# EXHIBIT A



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE   12
NOVEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

| 10/16/12 | CWH | Review and analyze settlement issues with case manager; | L190 | .10 hrs |
|---|---|---|---|---|

10/17/12  CWH  Exchange e-mails with counsel regarding     L190     1.80 hrs
                status and strategy in Yee case; draft
                new status reports for Yee; exchange
                e-mails with REO regarding status of
                several files, per their request;
                exchange e-mails with other in-house
                counsel regarding settlement details in
                one case; exchange e-mails with case
                manager regarding status and strategy in
                Chavers matter; review letters sent to
                borrower in Jeffreys matter; exchange
                e-mails with counsel in Escalera
                regarding payoff statement; exchange
                e-mails with other in-house counsel
                regarding open issues in Escalera/One
                West matter; review escrow breakdown for
                Yee loan; review order in Patrick case
                dismissing counterclaims; draft
                settlement advisory form for one case
                and exchange e-mails with counsel
                regarding opposing party's proposed
                edits to settlement agreement

10/19/12  CWH  Exchange e-mails with ETS regarding        L190     2.30 hrs
                whether a certain foreclosure should
                take place today; follow-up with counsel
                in Mechenstock regarding notice of
                bankruptcy and the injunction; exchange
                e-mails with other in-house counsel
                regarding Escalera loan and whether to
                start an action; exchange several emails
                with counsel in Thomas matter regarding
                steps to resolve the suit; exchange
                e-mails with Servicing Risk area
                regarding Garavito matter; review



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    13
ResCap                                                                NOVEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

|  |  |  | updates from mediation team on one matter; review and analyze final loan modification documents in one case and exchange e-mails with counsel regarding settlement of case; exchange several emails with counsel and mediation team about post-settlement questions on one borrower's modified account; exchange e-mails with counsel in St. John about movement of the motion to dismiss hearing date; draft status report on St. John file; review bankruptcy issues in Walker case; exchange internal emails about Attorney General Solicitation Communications; |  |  |
|---|---|---|---|---|---|
| 10/22/12 | CWH | Exchange e-mails with case manager regarding business approval for a subordination agreement; exchange e-mails with case manager and loss mitigation team regarding specifics of a loan modification; review and analyze several notices of bankruptcy for case manager, including Wysocki, Luft, George, Dodds, and Violet Rivers Estate cases review Wysocki loan status on internal systems to determine lien priority | L190 | 1.10 hrs |
| 10/25/12 | CWH | Exchange e-mails with counsel in Mills to confirm they can close their file and borrower is in normal servicing; follow-up with corporate witness group on status of discovery responses; exchange e-mails with REO regarding status of various cases, per their request | L190 | .60 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    14
NOVEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

10/26/12   CWH   Exchange e-mails with case manager                L190    3.40 hrs
                 regarding George matter and strategy for
                 same; review and revise settlement memo
                 and discuss same with case manager;
                 exchange e-mails with case manager and
                 counsel regarding the claims in Negrete;
                 review and analyze counsel's updated
                 notice of bankruptcy, case assessment
                 memo, and draft motion for summary
                 judgment in Alton case; exchange e-mails
                 with REO Department regarding status of
                 files, per their request; exchange
                 e-mails with counsel regarding changes
                 to settlement agreement and update
                 settlement memo regarding same; exchange
                 e-mails with counsel in Yee regarding
                 their thoughts on the updated notice of
                 bankruptcy; exchange internal emails to
                 confirm a witness's availability for
                 deposition; review and analyze counsel's
                 emails/questions about document
                 production in Anderson-Bruch case;
                 exchange e-mails with counsel in
                 Villicana regarding claims and the
                 bankruptcy stay; follow-up with counsel
                 on status in Kim matter; review
                 counsel's updates in Flinchum/Walker
                 case; exchange e-mails with counsel and
                 internal witness in order to get an
                 affidavit reviewed and executed;
                 exchange e-mails with counsel regarding
                 Munguia matter's status; exchange
                 several emails with case manager who
                 returned from leave regarding transition
                 of her cases



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     15
NOVEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

| 10/29/12 | CWH | Respond to loss mitigationÆs questions about a loan modification being executed; exchange e-mails with counsel about settlement terms in one case; exchange e-mails with human resources employee regarding an affidavit; final review and approval of Villicana notice of bankruptcy; exchange e-mails with counsel about dismissal of Kingston matter; | L190 | .80 hrs |

| 10/31/12 | CWH | Review and analyze pleadings and default counsel's handling of Weber matter and draft analysis of same; exchange e-mails with corporate witness about Rodriguez matter not reset yet for hearing; exchange e-mails with counsel in Polk regarding resolution of the case and final steps; exchange e-mails with counsel in Neyer regarding notice of bankruptcy; exchange e-mails with U.S. Bank regarding their supporting affidavit for a file; strategy discussion on Masterson with case manager; exchange e-mails with counsel regarding the dismissal in St. John but borrower's intention to file a proof of claim in the bankruptcy; exchange e-mails with regarding Simms contested foreclosure and request for fee approval; exchange e-mails with counsel for MERS regarding status of Mangan suit; exchange e-mails with counsel and case manager regarding Evans file and status of same | L120 | 2.30 hrs |

TOTAL FEES FOR THIS MATTER                              $19,437.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
NOVEMBER 17, 2012

0R0802-301144

FED ID NO. 63-0243316

| 10/22/12 | CWH | Complete review and analysis of portfolio of cases to determine which files did and did not have notices of bankruptcy filed and prepare lists of same for client review | L120 | 1.30 hrs |
| 10/22/12 | JPC | Review correspondence regarding estate | B410 | .20 hrs |
| 10/23/12 | DH | Research whether a GMAC case can be partially assigned under Texas law | L120 | 1.60 hrs |
| 10/23/12 | DH | Review lease and assignment to determine whether Attorney is an affiliate for trial issues regarding possible cas assignment | L120 | 1.40 hrs |
| 10/23/12 | DH | Research and analyze | L120 | 1.50 hrs |
| 10/23/12 | TMB | Review documents; discussion with W.Allen; meeting with D.Hartzog re research issues | L120 | .80 hrs |
| 10/23/12 | MPE | Finalize all information regarding notices of bankruptcies filed. | L110 | 1.30 hrs |
| 10/23/12 | KK | Email with local firms to follow up regarding assignment of bid question | L110 | .40 hrs |
| 10/24/12 | JPC | Review servicing bid reports | B410 | .60 hrs |
| 10/24/12 | DH | Research cases stating whether GMAC lease is a sub-lease or assignment and lease agreements review | L120 | 1.50 hrs |
| 10/24/12 | TMB | Review research results regarding effect of assignment | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301145

INVOICE # 818594

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:   0R0802-301145
      Kentucky Mortgage Dispute - 726413
      TC # 726413

PROFESSIONAL SERVICES

10/01/12  RLB  Draft monthly report regarding contact        L190      .30 hrs
               with borrower about mortgage release and
               borrower's response

10/23/12  RLB  E-mail to client regarding case status        L190      .10 hrs

               TOTAL FEES FOR THIS MATTER                               $106.40

BILLING SUMMARY

     Rashad L. Blossom          .40 hrs    266.00 /hr     106.40

TOTAL FEES                     0.40 hrs                  $106.40

**TOTAL CHARGES FOR THIS INVOICE**                      **$106.40**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-301153

INVOICE #  830047

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:   0R0802-301153
      Florida Advice Matter - 730465
      TC # 730465

PROFESSIONAL SERVICES

| 10/01/12 | MW | Draft status update regarding litigation strategy | L320 | .10 hrs |
| 12/03/12 | MPE | Research docket to determine status. | L110 | .20 hrs |
| 12/03/12 | MPE | Research docket to confirm status. | L110 | .20 hrs |
| 12/03/12 | MPE | Research public records to determine status of property. | L110 | .20 hrs |
| 12/03/12 | MPE | Research for borrower's latest address and phone number. | L110 | .50 hrs |
| 12/03/12 | MW | Draft status update for client regarding continued litigation strategy | L320 | .10 hrs |

TOTAL FEES FOR THIS MATTER                $216.50

BILLING SUMMARY

| Monica Wilson | .20 hrs | 263.00 /hr | 52.60 |
| Melisa P. Palmer | 1.10 hrs | 149.00 /hr | 163.90 |

| TOTAL FEES | 1.30 hrs | | $216.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      6
JANUARY 23, 2013

0R0802-301160

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 12/04/12 | JK | Draft and revise California Notice of Default and Notice of Sale to reflect recent changes in state foreclosure law | L120 | 3.60 hrs | |
| 12/05/12 | JBU | Researched Kansas case law regarding whether MERS, as prior nominee, should be added as party to foreclosure proceeding | C200 | 2.60 hrs | |
| 12/05/12 | DBO | Teleconference with I.Marx regarding final OTSC and letter to Judge Innes in NJ and approving and filing of same | L120 | .70 hrs | |
| 12/05/12 | JBU | Prepared for and assisted GMAC affidavit execution management and team with file review and discussion at offices of Pite Duncan | C300 | 10.00 hrs | |
| 12/05/12 | ACA | Reviewed revised per diem and title exceptions policy and procedures and sent out comments. | C300 | 2.30 hrs | |
| 12/06/12 | ACA | Reviewed and had conference call on Record Services Assignment Exceptions policy and procedure. | C300 | 2.00 hrs | |
| 12/06/12 | DBO | Correspondence and teleconference with client regarding off-boarding certain NY loans and files with certain firms relating to failure to remediate transfer loans | L120 | .60 hrs | |
| 12/06/12 | JW | Correspondence with New Jersey Office of Foreclosure regarding Certification of Proof specificity issues | L210 | .30 hrs | |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              NOVEMBER 17, 2012
1100 Virginia Drive                                 0R0802-301178
Fort Washington, PA 19034

                                                    INVOICE #  818608

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301178
     REO on-site review - 733668
     TC # 733668

PROFESSIONAL SERVICES

10/15/12  KSA  Review email communications regarding    L120     .50 hrs
               SCRA and rent control areas

10/15/12  CJA  Served as a on-site, dedicated legal     B250   11.20 hrs
               resource for GMAC REO, including
               telephone calls related to aged and
               litigated assets, resolving title
               disputes with title insurance providers
               and revising/editing closing and
               transactional documents

10/16/12  CJA  Served as a on-site, dedicated legal     B250   10.40 hrs
               resource for GMAC REO, including
               telephone calls related to aged and
               litigated assets, resolving title
               disputes with title insurance providers
               and revising/editing closing and
               transactional documents

10/16/12  KSA  Conference call with REO representative   L120     .80 hrs
               regarding SCRA requirements

10/17/12  CJA  Served as a on-site, dedicated legal     B250   10.90 hrs
               resource for GMAC REO, including
               telephone calls related to aged and
               litigated assets, resolving title
               disputes with title insurance providers
               and revising/editing closing and
               transactional documents



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
NOVEMBER 17, 2012

0R0802-301178

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 10/19/12 | CJA | Drafted and revised form donation agreement | B250 | 4.10 hrs | |
| 10/24/12 | CJA | Served as a on-site, dedicated legal resource for GMAC REO, including telephone calls related to aged and litigated assets, resolving title disputes with title insurance providers and revising/editing closing and transactional documents | B250 | 11.20 hrs | |
| 10/25/12 | CJA | Served as a on-site, dedicated legal resource for GMAC REO, including telephone calls related to aged and litigated assets, resolving title disputes with title insurance providers and revising/editing closing and transactional documents | B250 | 10.10 hrs | |
| 10/26/12 | CJA | Served as a on-site, dedicated legal resource for GMAC REO, including telephone calls related to aged and litigated assets, resolving title disputes with title insurance providers and revising/editing closing and transactional documents | B250 | 10.50 hrs | |
| 10/29/12 | CJA | Served as a on-site, dedicated legal resource for GMAC REO, including telephone calls related to aged and litigated assets, resolving title disputes with title insurance providers and revising/editing closing and transactional documents | B250 | 11.70 hrs | |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
NOVEMBER 17, 2012

0R0802-301178

FED ID NO. 63-0243316

10/30/12   CJA   Served as a on-site, dedicated legal        B250     10.20 hrs
resource for GMAC REO, including
telephone calls related to aged and
litigated assets, resolving title
disputes with title insurance providers
and revising/editing closing and
transactional documents

TOTAL FEES FOR THIS MATTER                          $19,252.90

BILLING SUMMARY

    Keith S. Anderson           1.30 hrs   223.00 /hr      289.90
    C. Jason Avery             90.30 hrs   210.00 /hr   18,963.00

TOTAL FEES                     91.60 hrs                $19,252.90

**TOTAL CHARGES FOR THIS INVOICE**                     $19,252.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301178

INVOICE #  821088

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:   0R0802-301178
      REO on-site review - 733668
      TC # 733668

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 11/01/12 | CJA | Confer with client regarding revisions to listing agreement and changes to procedure related to commission payment | B250 | .50 hrs | |
| 11/01/12 | CJA | Confer with client regarding revisions to seller's affidavit | B250 | .40 hrs | |
| 11/06/12 | CJA | Served as a on-site, dedicated legal resource for GMAC REO, including telephone calls with local litigation counsel and revising/editing closing and transactional documents | B250 | 10.30 hrs | |
| 11/07/12 | CJA | Served as a on-site, dedicated legal resource for GMAC REO, including telephone calls with local litigation counsel and revising/editing closing and transactional documents | B250 | 10.80 hrs | |
| 11/08/12 | CJA | Served as a on-site, dedicated legal resource for GMAC REO, including telephone calls with local litigation counsel and revising/editing closing and transactional documents | B250 | 12.30 hrs | |
| 11/12/12 | CJA | Served as a on-site, dedicated legal resource for GMAC REO, including telephone calls with local litigation counsel and revising/editing closing and transactional documents | B250 | 10.30 hrs | |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
NOVEMBER 30, 2012

0R0802-301178

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/13/12 | CJA | Served as a on-site, dedicated legal resource for GMAC REO, including telephone calls with local litigation counsel and revising/editing closing and transactional documents | B250 | 10.20 hrs |
| 11/14/12 | CJA | Served as a on-site, dedicated legal resource for GMAC REO, including telephone calls with local litigation counsel and revising/editing closing and transactional documents | B250 | 10.50 hrs |
| 11/15/12 | CJA | Review and revise hold harmless agreement and conferred with client regarding necessary changes | B250 | 1.20 hrs |
| 11/16/12 | CJA | Confer with client regarding HOA dispute as part of REO resource duties and research state law pertaining to superpriority of HOA lien after foreclosure or deed in lieu transaction | B250 | 3.30 hrs |
| 11/19/12 | CJA | Served as dedicated on-site REO legal resource, advising client regarding various REO related issues, including necessary changes to closing documents, title curative matters, eviction related documents and potential HOA litigation issues | B250 | 11.40 hrs |
| 11/20/12 | CJA | Served as dedicated on-site REO legal resource, advising client regarding various REO related issues, including necessary changes to closing documents, title curative matters, eviction related documents and potential HOA litigation issues | B250 | 11.50 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-301178

INVOICE #  830079

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:   0R0802-301178
      REO on-site review - 733668
      TC # 733668

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 12/04/12 | CJA | Confer with client regarding revisions to occupied asset rider and edited same | B250 | .60 hrs | |
| 12/05/12 | CJA | Conferred with client regarding necessary revisions to listing agreement and edited same | B250 | 1.10 hrs | |
| 12/11/12 | CJA | Served as dedicated on-site REO legal resource, advising client regarding various REO related issues, including necessary changes to closing documents, title curative matters, eviction related documents and potential HOA litigation issues | B250 | 10.50 hrs | |
| 12/12/12 | CJA | Served as dedicated on-site REO legal resource, advising client regarding various REO related issues, including necessary changes to closing documents, power of attorney authorization issues, title curative steps, eviction related documents and pleadings issues | B250 | 10.40 hrs | |
| 12/13/12 | CJA | Served as dedicated on-site REO legal resource, advising client regarding various REO related issues, including necessary changes to closing documents, title curative matters, eviction related documents and potential HOA litigation issues | B250 | 10.30 hrs | |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE        2
JANUARY 23, 2013

0R0802-301178

FED ID NO. 63-0243316

12/14/12   CJA   Served as dedicated on-site REO legal         B250      10.20 hrs
                 resource, advising client regarding
                 various REO related issues, including
                 necessary revisions to closing
                 documents, potential recovery related to
                 title claims and other litigated
                 matters, review and revise eviction
                 related pleading issues

12/17/12   CJA   Receipt and review of loan origination        B250       5.70 hrs
                 file and foreclosure documents in order
                 to develop title curative strategy for
                 incorrect legal description contained in
                 origination and foreclosure documents so
                 that GMACM REO can acquire title to
                 correct property and market asset

12/19/12   CJA   Confer with client regarding necessary        B250        .80 hrs
                 POA revision in order to consummate REO
                 transaction

12/21/12   CJA   Researched state law pertaining to            B250       2.20 hrs
                 collectability of rent by homeowner's
                 association following foreclosure and
                 issued but not executed writ of eviction

12/27/12   CJA   Draft and revise hold harmless agreement      B250        .80 hrs
                 related to mobile home located upon REO
                 asset

                 TOTAL FEES FOR THIS MATTER                            $11,046.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
JANUARY 23, 2013

0R0802-301182

FED ID NO. 63-0243316

| 12/03/12 | MSW | Review and analyze transferred foreclosure files | L120 | 10.10 hrs |
| 12/03/12 | CWH | Exchange several emails with clients regarding certain loans under the review, including escalated bankruptcy concerns, and additional files for review | L120 | .50 hrs |
| 12/03/12 | MPE | Initial review 10 additional loans in category 2. | L110 | .50 hrs |
| 12/03/12 | RLB | Review and analyze transferred mortgage files | C300 | 10.10 hrs |
| 12/03/12 | MCG | Review and analyze transferred mortgage files | C300 | 10.10 hrs |
| 12/03/12 | JMH | Review and analyze transferred foreclosure files | L120 | 9.00 hrs |
| 12/03/12 | KMS | Review and analyze transferred foreclosure files | L140 | 8.30 hrs |
| 12/03/12 | RAC | Review and analyze various issues | B120 | .70 hrs |
| 12/03/12 | RCS | Conducted on-site Litton loan review of transferred foreclosure files and exchanged multiple e-mails regarding same | L120 | 7.00 hrs |
| 12/03/12 | DCT | Begin reviewing and analyzing transferred foreclosure files | L190 | 7.00 hrs |
| 12/03/12 | WJH | Review and analyze transferred foreclosure files. | L240B | 10.50 hrs |
| 12/03/12 | NSR | Review and analyze transferred mortgage files | L120 | 10.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      9
OCTOBER 30, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 09/06/12 | RRM | Draft e-mail to client with detailed information on origination report | L190 | .40 hrs |
| 09/06/12 | RRM | Work on servicing standards with regard to contact for trustees for consumer issues | L190 | .60 hrs |
| 09/06/12 | RRM | Work on compliance issues regarding EX H to AG/DOJ Settlement | L190 | .90 hrs |
| 09/06/12 | RRM | Telephone conference with DOJ with regards to investigation and begin work related to same | L190 | .50 hrs |
| 09/06/12 | JK | Conference call with third party vendor regarding Consent Order Compliance Project project | L120 | .80 hrs |
| 09/06/12 | JK | Conference call with foreclousre firm | L120 | .80 hrs |
| 09/06/12 | JK | Draft comments for Consent Order Compliance Project project spreadsheet after conference calls | L120 | 2.50 hrs |
| 09/06/12 | JK | Review and analyze general principles of Consent Order Compliance Project | L120 | .80 hrs |
| 09/07/12 | JK | Conference call with foreclosure firm discussing retrospective and prospective pieces of the Consent Order Compliance Project | L120 | .90 hrs |
| 09/07/12 | JK | Conference call with foreclosure firm discussing retrospective and prospective pieces of the Consent Order Compliance Project | L120 | .50 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    15
OCTOBER 30, 2012

0R0802-301220

FED ID NO. 63-0243316

| 09/11/12 | ASI | Communicate with foreclosure counsel and analyze issues raised consistent with implementation of Consent Order Compliance Project | L120 | .70 hrs |
| 09/11/12 | ASI | Review and analyze issues raised relating to implementation of National Servicing Standards | L120 | 1.50 hrs |
| 09/11/12 | ASI | Prepare for and attend consumer relief discussion call relating to AG/DOJ consent order | L120 | 2.30 hrs |
| 09/11/12 | ASI | Prepare for and attend cross servicer call relating to implementation of National Servicing Standards | L120 | 1.60 hrs |
| 09/11/12 | ASI | Research, review and analyze issues raised by document execution team relating to execution of documents on state loan files | L120 | .40 hrs |
| 09/11/12 | ERP | Plan and coordinate conference calls with foreclosure counsel regarding GMAC Consent Order Compliance Project | L120 | 1.40 hrs |
| 09/11/12 | JW | Review proposed revision to Texas substitute trustee's deed to insert grantee address | L110 | .30 hrs |
| 09/11/12 | JW | Teleconference with J.Clunk | L120 | .30 hrs |
| 09/11/12 | LG | Participate in cross-servicer subgroup call discussing consumer relief issues related to the AG settlement | L120 | 1.50 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     18
OCTOBER 30, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 09/12/12 | JW | Consent Order Compliance Project teleconference with Milstead and Associates firm | L120 | .50 hrs |
| 09/12/12 | JW | Teleconference with foreclosure firm | L120 | .20 hrs |
| 09/12/12 | JW | Prepare for weekly teleconference with consent order compliance project client group | L120 | .50 hrs |
| 09/12/12 | JW | Attend weekly teleconference with Consent Order Compliance Project client group | L120 | .50 hrs |
| 09/12/12 | DCL | Telephone conference with GMACM and local counsel regarding status of Massachusetts Attorney General litigation | L120 | .50 hrs |
| 09/12/12 | DCL | Research and analyze developments in Massachusetts foreclosure law | L120 | 1.10 hrs |
| 09/12/12 | MPE | Review and finalize affidavit of ownership, affidavit of default, and affidavit of notice of Intent to Foreclose and update GMAC's index accordingly. | L110 | .40 hrs |
| 09/12/12 | MPE | Email correspondence with default firms regarding Consent Order Compliance Project initial telephone conference. | L110 | .50 hrs |
| 09/12/12 | DCL | Prepare for status conference call with client | L120 | .40 hrs |
| 09/12/12 | SJF | Research withholding and tax reporting obligations and treatment of settlement payments | B240 | 2.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    33
NOVEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| 10/16/12 | RRM | Review extensive e-mail from Tracy Zoebel for information requested by Monitor's Counsel and draft e-mail to Josh Stein with regards to same | L190 | .60 hrs |
| 10/16/12 | RRM | Multiple e-mails with client regard to scope and number of employees involved in foreclosure review and draft talking points about same | L190 | .80 hrs |
| 10/16/12 | RRM | Review of anti-deficiency statutes nationwide and direction for additional analysis about 2nd Liens | L190 | .70 hrs |
| 10/16/12 | RRM | Continue follow up work on living file and filed AOI's based on work and communicate with Monitor and Monitor's Counsel | L190 | 1.70 hrs |
| 10/16/12 | RRM | Represent company in Raleigh, NC regarding meeting with Monitor, OMSO and Monitor's Counsel | L190 | 2.40 hrs |
| 10/17/12 | RRM | Telephone conference with Martin Arms with regard to tax implications of AG/DOJ settlement | L190 | .20 hrs |
| 10/17/12 | RRM | Work on affidavits | L190 | 1.90 hrs |
| 10/17/12 | RRM | Extensive preparation for and subsequent telephone conference with client with regard to client conflicts between servicing standards and investor guidelines and walk through work plans, servicing standards and metrics for loss mitigation and force plied insurance | L190 | 3.80 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    15
NOVEMBER 30, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/08/12 | RRM | Meeting with Tammy Hamzehpour and discussion of contract provisions and then travel with Tammy Hamzehpour to NY for subsequent meeting in NY with Ocwen's General Counsel for discussion on APA and submission of same to Ocwen for review and Court and return to PA with Hamzehpour | L190 | 13.20 hrs |
| 11/08/12 | LG | Draft analysis of feedback and comments from interested parties concerning the liability section of the asset purchase agreement | L120 | .80 hrs |
| 11/08/12 | CWH | Review and revise chart detailing obligations of ResCap and new buyer regarding Attorney General/DOJ settlement and Federal Reserve Board Consent Order | L120 | .80 hrs |
| 11/08/12 | JK | Meeting to plan strategy going forward for completing outstanding Living File items | L120 | .50 hrs |
| 11/08/12 | JK | Revise Living File spreadsheet highlighting outstanding items in order to follow up with firms who have issues | L120 | 1.20 hrs |
| 11/09/12 | CSM | Emails with foreclosure firm regarding review and adoption of form Hawaii complaint verification and affidavit in support of summary judgment | P280 | .50 hrs |
| 11/09/12 | CWH | Additional review and analyze of Ocwen's proposed changes to asset purchase agreement section 6.16 | L120 | .50 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301102

INVOICE #  818659

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301102
     Rode, Richard D.
     Loan No. 7435631023; Matter No. 716371
     TC # 716371

PROFESSIONAL SERVICES

10/09/12  GWG  Call with client regarding bankruptcy      L120      .30 hrs
               issues

                    TOTAL FEES FOR THIS MATTER                      $78.90


BILLING SUMMARY

     Graham W. Gerhardt          .30 hrs   263.00 /hr      78.90


TOTAL FEES                    0.30 hrs            $78.90

**TOTAL CHARGES FOR THIS INVOICE**            $78.90

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301120

INVOICE #  818877

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301120
     Lewis, Joyce L. (MERS v. Lewis) - 693575
     0437801806
     TC # 693575

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | JWA | Review and analysis for hearings | C300 | .50 hrs |
| 10/12/12 | JWA | Prepare maximum exposure analysis | B110 | .50 hrs |
| 10/16/12 | MPE | Multiple telephone calls with borrower regarding availability for October 24, 2012 hearing. Reset hearing with judicial assistant and online during phone call | L110 | .70 hrs |
| 10/16/12 | MPE | Research docket to determine status. | L110 | .20 hrs |
| 10/16/12 | MPE | Cancel and draft notice of cancellation of October 24, 2012 hearing. | L210 | .70 hrs |
| 10/16/12 | MPE | Draft and finalize notice of hearing for November 7, 2012 and proposed order for judge's execution. | L210 | .90 hrs |
| 10/18/12 | JWA | Review file for compliance with bankruptcy order | B110 | .30 hrs |
| 10/19/12 | KK | Review pleadings and service on pleadings to confirm most recent filings to confirm consistency with borrower's address | L110 | .40 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0G2012-301193

INVOICE #  829639

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301193
     Dowdy, Bridgette (HFN v. Tax Rescue, L.P.) - 696331
     6011401
     TC # 696331

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 06/04/12 | JHP | Provided status update to client | L120 | .10 hrs |
| 06/19/12 | JHP | Reviewed settlement chart from client | L160 | .30 hrs |
| 06/19/12 | JHP | Review of file to determine strategy on file given new interim bankruptcy order | L120 | .20 hrs |
| 07/03/12 | JHP | Email to client contact P.Stokes | L160 | .10 hrs |
| 07/03/12 | JHP | Email to counsel for Tax Rescue to discuss bankruptcy interim order allowing for settlement funds to be disbursed and to discuss renewed settlement talks | L160 | .10 hrs |
| 07/05/12 | JHP | Emails to/from client contact P.Stokes | L160 | .20 hrs |
| 07/06/12 | JHP | Emails to/from client contact P.Stokes | L160 | .20 hrs |
| 07/09/12 | JHP | Email from client contact P.Stokes | L160 | .10 hrs |
| 07/11/12 | BG | Respond to P.Stokes request | L120 | .10 hrs |
| 07/18/12 | JHP | Email from client contact P.Stokes | L160 | .10 hrs |
| 07/26/12 | JHP | Email to counsel for Tax Rescue sending finalized settlement agreement and requesting execution by Tax Rescue | L160 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
JANUARY 17, 2013

0G2012-301193

FED ID NO. 63-0243316

| 07/31/12 | ABB | Analysis of file and draft monthly status update regarding case status and recent activity | L110 | .20 hrs |
| 08/01/12 | JHP | Email from counsel for Tax Rescue enclosing signed settlement agreement and W-9 for settlement check; reviewed agreement to confirm execution | L160 | .20 hrs |
| 08/01/12 | JHP | Email to client contact P.Stokes | L160 | .10 hrs |
| 08/03/12 | JHP | Received signed settlement agreement from client | L160 | .10 hrs |
| 08/03/12 | JHP | Emails to/from client contact R.Meeker | L160 | .10 hrs |
| 08/03/12 | JHP | Email to counsel for Tax Rescue enclosing signed copy of settlement agreement by client | L160 | .10 hrs |
| 08/21/12 | JHP | Drafted letter to counsel for Tax Rescue enclosing settlement check and discussing next steps to resolve case and dismiss complaint | L160 | .30 hrs |
| 09/03/12 | JHP | Provided monthly status update to client. | L120 | .10 hrs |
| 09/12/12 | JHP | Emails to/from client contact P.Stokes | L120 | .20 hrs |
| 10/15/12 | JHP | Emails to/from client contact P.Stokes | L120 | .10 hrs |
| 10/15/12 | JHP | Emails to/from counsel for Tax Rescue to check status of case in terms of determining whether tax lien release has been recorded so case can be closed out | L210 | .10 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE        3
JANUARY 17, 2013

0G2012-301193

FED ID NO. 63-0243316

| 10/16/12 | ABB | Inquiries and research to ascertain information regarding settlement agreement and terms stated therein including information pertaining to release of tax lien | L110 | .50 hrs |
| 10/17/12 | JHP | Emails to/from counsel for Tax Rescue LP to determine if tax lien release was recorded by his client | L160 | .20 hrs |
| 10/18/12 | JHP | Drafted and revised Joint Stipulation of Dismissal of case and proposed order | L240 | .90 hrs |
| 10/18/12 | JHP | Emails to/from counsel for Tax Rescue to discuss Joint Stipulation of Dismissal and proposed order | L240 | .40 hrs |
| 10/18/12 | JHP | Email to client contact P.Stokes | L160 | .10 hrs |
| 10/18/12 | ABB | Finalize Joint Stipulation of Dismissal and Proposed Order and prepare same for filing with Fort Bend County, Texas and for service upon all parties via e-mail and U.S mail | L110 | .50 hrs |
| 10/19/12 | ABB | Assimilation and compilation of filed pleadings received from there Court regarding management of pleadings and file materials | L110 | .20 hrs |
| 12/04/12 | ABB | Retrieval of docket report in Fort Bend, Texas to obtain information regarding last pleading filed and to determine if final order has been entered by the Court in order to close file | L110 | .30 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      7
JANUARY 17, 2013

0G2012-301200

FED ID NO. 63-0243316

Rescap

| | | | | | |
|---|---|---|---|---|---|
| 10/01/12 | ABB | Telephone conference with Jefferson County clerk's office regarding appearance of additional attorneys and e-mail communications regarding same | L110 | .20 hrs | |
| 10/01/12 | BG | Draft status update | L190 | .20 hrs | |
| 10/04/12 | ABB | Receipt and assimilation and compilation of Plaintiff's Answers to Defendants Interrogatories and update file regarding same | L110 | .50 hrs | |
| 10/04/12 | ABB | Assimilation and compilation of produced documents from borrower totaling 339 pages and update file regarding same | L110 | .90 hrs | |
| 10/04/12 | BG | Receipt / review of discovery responses | L120 | .60 hrs | |
| 10/09/12 | BG | Receipt / review of Motion to vacate order on motion to sever and evaluate response thereto | L120 | .20 hrs | |
| 10/09/12 | BG | Draft response to Motion to Vacate Order Reinstating case | L210 | 2.40 hrs | |
| 10/09/12 | BG | Correspondence to client | L210 | .10 hrs | √ |
| 10/10/12 | BG | Draft Motion to Escrow Funds | L210 | .90 hrs | |
| 10/10/12 | BG | Finish drafting response to Motion to Vacate Order Reinstating case | L210 | 1.00 hrs | |
| 10/10/12 | BG | Draft proposed order to Motion to Escrow Funds | L210 | .20 hrs | |
| 10/10/12 | BG | Draft Affidavit in Support of Motion to Escrow Funds | L210 | .40 hrs | |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE        8
JANUARY 17, 2013

0G2012-301200

FED ID NO. 63-0243316

| 10/10/12 | ABB | Receive and review Order regarding upcoming hearing from Judge Privett | L110 | .20 hrs |
|----------|-----|------------------------------------------------------------------------|------|---------|
| 10/10/12 | ABB | Calendar information regarding hearing on pending motions and update file regarding same | L110 | .30 hrs |
| 10/11/12 | ABB | FINALIZE RESPONSE TO DEFENDANTSÆ MOTION TO VACATE THE ORDER GRANTING U.S. BANKÆS MOTION TO REINSTATE CASE TO THE ACTIVE DOCKET AND, IN THE ALTERNATIVE, MOTION TO SEVER AND PREPARE SAME FOR FILING AND SERVICE UPON PARTIES | L110 | .40 hrs |
| 10/11/12 | BG | Revise / finalize Response to Motion to Reinstate and send to client for review | L210 | .30 hrs |
| 10/11/12 | BG | Revise / finalize Motion to Escrow Payments and supporting affidavit and send to client for review and execution | L210 | .30 hrs |
| 10/11/12 | BG | Edit and file Response to vacate order reinstating to the active | L210 | .20 hrs |
| 10/15/12 | BG | Incorporate client revisions to affidavit in support of Motion to Escrow Funds | L210 | .20 hrs |
| 10/15/12 | BG | Incorporate client revisions to the Motion to Escrow Funds | L210 | .20 hrs |
| 10/15/12 | BG | Correspondence with client | L120 | .10 hrs |
| 10/16/12 | ABB | Begin preparing voluminous notebook regarding motion to reinstate and upcoming hearing regarding same | L110 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      9
Rescap                                                                    JANUARY 17, 2013

0G2012-301200

FED ID NO. 63-0243316

| 10/16/12 | BG | Prepare for hearing on Motion to Reinstate or alternatively to sever | L230 | .10 hrs |
| 10/17/12 | BG | Prepare for hearing on Motion to vacate order reinstating the case | L230 | .50 hrs |
| 10/17/12 | BG | Evaluate file | L190 | .50 hrs |
| 10/17/12 | ABB | Further preparation of voluminous notebook containing client documents and pleadings in preparation or assisting with hearing on Motion to Reinstate | L110 | 1.20 hrs |
| 10/18/12 | BG | Attend hearing on Motion to Reinstate / motion to sever | L230 | .90 hrs |
| 10/18/12 | BG | Review reply to response to Motion to Reinstate / motion to sever | L120 | .20 hrs |
| 10/18/12 | BG | Finish preparing for hearing on Motion to Reinstate / motion to sever | L230 | .80 hrs |
| 10/18/12 | BG | Draft update to client regarding results of hearing on Motion to Reinstate / motion to sever | L120 | .20 hrs |
| 10/18/12 | BG | Receipt of order setting the case for hearing | L230 | .10 hrs |
| 10/18/12 | JHP | Attended hearing on motion to reinstate case to active docket | L250 | 1.00 hrs |
| 10/18/12 | ABB | Receive and review incoming Order regarding hearing from Judge Privett and update file | L110 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    10
JANUARY 17, 2013

0G2012-301200

FED ID NO. 63-0243316

| 10/18/12 | ABB | Calendar information regarding Order pertaining to hearing and e-mail communications with attachments regarding sane | L110 | .20 hrs |
| 10/19/12 | BG | Conversation with opposing counsel to convey escrow offer | L120 | .10 hrs |
| 10/19/12 | BG | Receipt / review of responses to request for admissions | L120 | .10 hrs |
| 10/22/12 | BG | Correspondence with opposing counsel regarding escrow payments | L120 | .20 hrs |
| 10/22/12 | BG | Draft letter to opposing counsel memorializing  agreement on escrow payments | L120 | .10 hrs |
| 10/22/12 | BG | Correspondence with client | L120 | .20 hrs |
| 10/22/12 | BG | Correspondence with opposing counsel regarding entry of an agreed notice on escrow payments | L120 | .10 hrs |
| 10/30/12 | BG | Draft factual background section of Motion for Summary Judgment | L210 | 2.30 hrs |
| 10/30/12 | BG | Draft executive summary section of Motion for Summary Judgment | L210 | .30 hrs |
| 10/30/12 | BG | Review full foreclosure file in preparation for drafting dispositive motion | L240 | .70 hrs |
| 10/30/12 | BG | Review full servicing call notes in preparation for drafting dispositive motion | L240 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301200

FED ID NO. 63-0243316

| 10/30/12 | BG | Review Borrowers' document production in preparation for drafting dispositive motion | L240 | .70 hrs |
| 10/30/12 | BG | Contact Borrowers' counsel regarding settlement | L160 | .10 hrs |
| 10/31/12 | BG | Draft procedural background section of Motion for Summary Judgment | L210 | .70 hrs |
| 10/31/12 | BG | Draft conclusion to Motion for Summary Judgment | L210 | .10 hrs |
| 10/31/12 | BG | Conversation with opposing counsel | L120 | .20 hrs |
| 10/31/12 | BG | Evaluate settlement alternatives | L160 | .20 hrs |
| 10/31/12 | BG | Review joint motion to escrow funds prior to approving | L210 | .10 hrs |
| 11/01/12 | BG | Draft status report for client | L190 | .20 hrs |
| 11/01/12 | BG | Correspondence from opposing counsel regarding escrow payments and order on motion to escrow | L120 | .10 hrs |
| 11/05/12 | BG | Receipt / review of order form the court directing payment into the court registry | L120 | .10 hrs |
| 11/06/12 | BG | Work on Motion for Summary Judgment | L210 | .20 hrs |
| 11/06/12 | ACRA | Review plaintiff's discovery production and evaluate issues with loss mitigation efforts for arguments in response to counterclaim | L120 | 2.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    12
JANUARY 17, 2013

0G2012-301200

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 11/07/12 | ACRA | Create timeline from plaintiff's discovery production to evaluate issues with loss mitigation efforts for arguments in response to counterclaim | L120 | 1.30 | hrs |
| 11/21/12 | BG | Send update to co-defendant | L120 | .10 | hrs |
| 11/28/12 | BG | Conversation with client | L120 | .20 | hrs |
| 11/28/12 | BG | Evaluate posture of case and strategy for dispositive motions | L240 | .30 | hrs |
| 11/28/12 | ACRA | Draft timeline of key communications in order to draft fact section of motion for summary judgment | L120 | 1.30 | hrs |
| 12/03/12 | BG | Draft status report | L190 | .20 | hrs |
| 12/05/12 | ACRA | Analyze facts for motion for summary judgment | L120 | .70 | hrs |
| 12/05/12 | BG | Evaluate arguments for summary judgment | L210 | .20 | hrs |
| 12/10/12 | JHP | Revised and edited status report to Court | L210 | .10 | hrs |
| 12/10/12 | BG | Draft status report regarding bankruptcy | L190 | .50 | hrs |
| 12/10/12 | BG | Receipt / review of Motion to Withdraw | L210 | .10 | hrs |
| 12/10/12 | BG | Revise status report to court regarding bankruptcy and file | L190 | .30 | hrs |
| 12/11/12 | BG | Evaluate arguments about application of payments during forbearance agreement | L120 | .20 | hrs |
| 12/11/12 | BG | Correspondence to client | L120 | .10 | hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0806-301020

INVOICE #  821013

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0806-301020
     Chatani, Navin
     Loan No. 7421243528
     TC # NA

PROFESSIONAL SERVICES

11/13/12   JAM   Pull Access online docket and review for   L190   .30 hrs
                 recent case activity for recent case
                 activity

               TOTAL FEES FOR THIS MATTER                          $43.50


BILLING SUMMARY

   Jamie Mathews              .30 hrs   145.00 /hr      43.50


TOTAL FEES                  0.30 hrs              $43.50

**TOTAL CHARGES FOR THIS INVOICE**              **$43.50**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0806-301020

INVOICE #  829686

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0806-301020
     Chatani, Navin
     Loan No. 7421243528
     TC # NA

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 12/03/12 | BAW | Confirm stay of matter | L190 | .20 hrs |
| 12/03/12 | BAW | Review correspondence with borrower regarding voluntary dismissal and follow up regarding same | L190 | .30 hrs |
| 12/07/12 | BAW | Review Dec., 2012 updated docket from J.Mathews | L210 | .20 hrs |
| 12/07/12 | BAW | Correspond with N.Chatani regarding case disposition | L160 | .20 hrs |
| 12/18/12 | BAW | Review correspondence from borrower regarding adjustment to forced place insurance and escrow as well as threatened litigation | L190 | .30 hrs |
| 12/18/12 | BAW | Follow up memo to client regarding escalation of seriousness of claim | L190 | .60 hrs |
| 12/19/12 | BAW | Review forced place insurance coverage provided for borrower for flood, fire and wind | L190 | .50 hrs |
| 12/19/12 | BAW | Research regarding proof of insurance provided by borrower | L190 | .30 hrs |
| 12/20/12 | BAW | Telephone conference with N.Chatani regarding forced place insurance | L190 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 30, 2012
1100 Virginia Drive                                       0R0808-301222
Fort Washington, PA 19034

                                                          INVOICE #  813690

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:   0R0808-301222
      Rzezutko, Rodney T.
      No. 731602
      TC # 731602

PROFESSIONAL SERVICES

08/16/12  HFH  Various conferences with client          C100     4.50 hrs
               regarding case and review motions,
               arrange for witnesses and calls with
               attorney for SunTrust and foreclosure
               counsel


               TOTAL FEES FOR THIS MATTER                        $1,710.00


BILLING SUMMARY

   Rick Humbracht              4.50 hrs    380.00 /hr    1,710.00


TOTAL FEES                     4.50 hrs                  $1,710.00

TOTAL CHARGES FOR THIS INVOICE                          $1,710.00

               ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0806-301020

INVOICE #  818001

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:   0R0806-301020
      Chatani, Navin
      Loan No. 7421243528
      TC # NA

PROFESSIONAL SERVICES

| 10/02/12 | JAM | Access online docket and review recent case activity | L190 | .30 hrs |
| 10/03/12 | BAW | Review October docket | L190 | .10 hrs |

               TOTAL FEES FOR THIS MATTER                    $74.00

BILLING SUMMARY

| Brian Wahl | .10 hrs | 305.00 /hr | 30.50 |
| Jamie Mathews | .30 hrs | 145.00 /hr | 43.50 |

| TOTAL FEES | 0.40 hrs | | $74.00 |

**TOTAL CHARGES FOR THIS INVOICE**                          **$74.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE       2
NOVEMBER 30, 2012

0R0802-301081

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 11/15/12 | CSM | Prepare for and participate in cross servicer legal workgroup conference call | P280 | 1.10 hrs | √ |
| 11/28/12 | CSM | Review proposed changes to Metric testing population definition | P280 | .20 hrs | |
| 11/28/12 | CSM | Review call materials | C300 | .10 hrs | √ |
| 11/29/12 | CSM | Participate in cross servicer group call | P280 | 1.00 hrs | √ |
| 11/29/12 | CSM | Review draft memorandum to be submitted to monitor regarding post-foreclosure issues | P280 | .50 hrs | |
| 11/29/12 | CSM | Emails with client recapping cross servicer group call and requesting information sought by cross servicer group | C400 | .70 hrs | |
| 11/29/12 | CSM | Review metric issues to be discussed on cross servicer group call | L120 | .90 hrs | |
| 11/30/12 | CSM | Prepare for and participate in cross servicer legal workgroup call and weekly servicing standards update call with client | P280 | 2.40 hrs | √ |

TOTAL FEES FOR THIS MATTER                              $4,320.00

BILLING SUMMARY

Cory S. Menees          14.40 hrs    300.00 /hr    4,320.00

TOTAL FEES                    14.40 hrs          $4,320.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-301081

INVOICE #  830017

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:   0R0802-301081
      Consent Order - Mortgage Operations Compliance Review -
      719626
      TC # 719626

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/03/12 | CSM | Review and analyze memorandum drafted by counsel for Bank of America regarding recoverability of post foreclosure deficiencies | P280 | .50 hrs |
| 12/05/12 | CSM | Review and analyze memorandum drafted by counsel for Bank of America regarding recoverability of post foreclosure deficiencies | P280 | 2.80 hrs |
| 12/07/12 | CSM | Prepare for and participate in weekly servicing standards update call with client | P280 | 1.10 hrs |
| 12/10/12 | CSM | Emails with servicer group regarding addition of items to agenda for weekly calls | P280 | .10 hrs |
| 12/11/12 | CSM | Prepare for and participate in weekly cross servicer metrics and testing workgroup call | P280 | 1.10 hrs |
| 12/14/12 | CSM | Participate in cross-servicer call regarding conflicts list and client call regarding servicing standards | P280 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE       2
JANUARY 23, 2013

0R0802-301081

FED ID NO. 63-0243316

| 12/19/12 | CSM | Emails with counsel for Bank of America regarding revised memorandum regarding recoverability of post foreclosure deficiencies | C400 | .20 hrs |
| 12/19/12 | CSM | Review and analyze revised memorandum drafted by counsel for Bank of America regarding recoverability of post foreclosure deficiencies | P280 | 2.30 hrs |
| 12/20/12 | CSM | Participate in weekly cross-servicer legal workgroup call | P280 | 1.00 hrs |
| 12/20/12 | CSM | Emails with client regarding deficiency waiver legal opinion | P280 | .20 hrs |
| 12/21/12 | CSM | Participate in weekly servicing standards update call with client | P280 | .60 hrs |

TOTAL FEES FOR THIS MATTER                                    $3,240.00

BILLING SUMMARY

Cory S. Menees                10.80 hrs   300.00 /hr    3,240.00

TOTAL FEES                        10.80 hrs              $3,240.00

**TOTAL CHARGES FOR THIS INVOICE**                        **$3,240.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                           JANUARY 23, 2013
1100 Virginia Drive                                             0R0802-301082
Fort Washington, PA 19034

                                                                INVOICE #  830018

                                                                FED ID NO. 63-0243316

        FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

        Re:   0R0802-301082
              Kentucky Mortgage Dispute - 721351
              TC # 721351

        PROFESSIONAL SERVICES

        10/01/12  RLB  Draft monthly report regarding contact     L190      .10 hrs
                       with borrower about mortgage release

        12/03/12  KK   Research and review status of case         L110      .20 hrs
                       pertaining to letter sent to borrower


                       TOTAL FEES FOR THIS MATTER                          $58.60


        BILLING SUMMARY

           Rashad L. Blossom              .10 hrs   266.00 /hr    26.60
           Kerry Keane                    .20 hrs   160.00 /hr    32.00


        TOTAL FEES                     0.30 hrs                 $58.60

        **TOTAL CHARGES FOR THIS INVOICE**                     **$58.60**

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301096

INVOICE #  821060

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:   0R0802-301096
      Kentucky Mortgage Dispute - 704821
      TC # 704821

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | RLB | Draft monthly status report for client | L190 | .10 hrs |
| 11/21/12 | RLB | Review status of matter | L190 | .10 hrs |
| 11/30/12 | KK | Draft status report for client | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $69.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rashad L. Blossom | .20 hrs | 266.00 /hr | 53.20 |
| Kerry Keane | .10 hrs | 160.00 /hr | 16.00 |

TOTAL FEES                 0.30 hrs              $69.20

**TOTAL CHARGES FOR THIS INVOICE**             **$69.20**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301110

INVOICE #   818582

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:   0R0802-301110
      REO Document Execution - 725704
      TC # 725704

PROFESSIONAL SERVICES

| Date | | Description | | | |
|---|---|---|---|---|---|
| 10/01/12 | CJA | Review of REO Document Execution training materials and published policies and procedures and conferred and commented on same with clients | B250 | 3.90 hrs |
| 10/04/12 | CJA | Receipt and review of revised document execution REO training materials and commented on same | B250 | 1.20 hrs |
| 10/08/12 | FWA | Review draft assessment of REO issues and revise the same | L190 | 2.20 hrs |
| 10/08/12 | CJA | Edit and revise REO report upon review of client's additional comments | B250 | 1.20 hrs |
| 10/09/12 | CJA | Review and revised REO policies and procedures related to tenant eviction exception to standard practices | B250 | 1.20 hrs |
| 10/09/12 | CJA | Review and revised REO policies and procedures related to tenant exception to standard eviction practices | B250 | 1.40 hrs |
| 10/09/12 | CJA | Review and revised REO policies and procedures related to Ally bank owned assets | B250 | 1.10 hrs |
| 10/10/12 | CJA | Conference calls with clients regarding revisions to seller's affidavit training module and revised same | B250 | 2.40 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      3
OCTOBER 30, 2012

ResCap

0R0802-301113

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/27/12 | FWA | Review notes and confer with client re: status | L190 | .60 hrs |
| 09/27/12 | JPD | Conference with counsel regarding vendor compliance project | L120 | .20 hrs |
| 09/27/12 | CLHA | Continued work on analysis of third party vendor remediation strategies | L120 | 5.70 hrs |
| 09/28/12 | FWA | Prepare for and attend weekly status meeting with client | L190 | .60 hrs |
| 09/28/12 | CLHA | Confer with third party vendors regarding remediation issues under consent order and logistics within GMAC for facilitating remediation | L120 | .70 hrs |

TOTAL FEES FOR THIS MATTER                              $10,192.50

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| J. Patrick Darby | .20 hrs | 420.00 /hr | 84.00 |
| Wendell Allen | 5.90 hrs | 345.00 /hr | 2,035.50 |
| Christopher L. Hawkins | 23.40 hrs | 345.00 /hr | 8,073.00 |

TOTAL FEES                    29.50 hrs                    $10,192.50

**TOTAL CHARGES FOR THIS INVOICE**                    **$10,192.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301113

INVOICE #    818583

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:   0R0802-301113
      ACS Document Review - 725849
      TC # 725849

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 10/03/12 | CLHA | Continued work on issues related to third party vendor remediation issues under consent order | L120 | .90 hrs |
| 10/03/12 | FWA | Review summary information from outside counsel and confer with client re: same | L190 | 2.50 hrs |
| 10/04/12 | FWA | Additional review of summary information from outside counsel and confer with client re: same | L190 | 1.60 hrs |
| 10/05/12 | FWA | Confer with outside counsel re: remedial steps | L190 | .80 hrs |
| 10/05/12 | FWA | Prepare for and attend weekly status call | L190 | .80 hrs |
| 10/05/12 | CLHA | Calls and emails with client and legal bankruptcy counsel regarding status of potential third party remediation programs | L120 | .60 hrs |
| 10/08/12 | CLHA | Conduct research and advise client and outside counsel regarding legal requirements for amendments to proofs of claim to the extent required by AG/DOJ consent order | L120 | .80 hrs |
| 10/08/12 | FWA | Confer with client re: forms for use in remediation and consider issues related to same | L190 | .60 hrs |

$\bigvee$



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
OR0802-301113

INVOICE #  830021

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:   OR0802-301113
      ACS Document Review - 725849
      TC # 725849

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 12/03/12 | CLHA | Continued work on third party remediation project | L120 | .80 hrs | |
| 12/04/12 | CLHA | Continued work on third party vendor remediation issues | L120 | 1.30 hrs | |
| 12/05/12 | CLHA | Continued work on third party remediation project | L120 | 1.20 hrs | |
| 12/06/12 | CLHA | Continued work on third party vendor remediation issues | L120 | 1.40 hrs | |
| 12/07/12 | CLHA | Call with client regarding status and remaining action items; continued work on third party vendor remediation issues | L120 | 1.30 hrs | |
| 12/07/12 | FWA | Prepare for and attend weekly status meeting | L190 | .50 hrs | |
| 12/10/12 | FWA | Confer with Fisher and Shapiro re: single endorsement issue | L190 | .40 hrs | |
| 12/11/12 | CLHA | Continued work on third party vendor remediation issues | L120 | 2.10 hrs | |
| 12/12/12 | CLHA | Continued work on third party vendor remediation issues | L120 | 1.20 hrs | |
| 12/13/12 | FWA | Confer with M. Potter at CS-Legal re: status of remediation | L190 | .60 hrs | |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
JANUARY 23, 2013

0R0802-301113

FED ID NO. 63-0243316

| 12/13/12 | FWA | Confer with client re: status | L190 | .40 hrs |
| 12/13/12 | CLHA | Analyze comments from local bankruptcy counsel regarding procedures for third party vendor remediation and provide detailed guidance regarding same | L120 | .90 hrs |
| 12/14/12 | CLHA | Call with client regarding status of third party vendor remediation. | L120 | .50 hrs |
| 12/14/12 | FWA | Prepare for and attend weekly status meeting with client and provide status report | L190 | .50 hrs |
| 12/17/12 | CLHA | Follow up with local bankruptcy counsel regarding third party vendor remediation | L120 | .30 hrs |
| 12/17/12 | FWA | Confer with Codilis re: status of remediation of certain files and consider appropriate response to same | L190 | .60 hrs |
| 12/18/12 | AH | Review comprehensive possible errors spreadsheet and create a spreadsheet identifying a specifically requested foreclosure firm | L629 | .60 hrs |
| 12/18/12 | CLHA | Continued work on third party vendor remediation issues | L120 | 1.30 hrs |
| 12/20/12 | CLHA | Continued work on third party vendor remediation issues | L120 | 2.80 hrs |
| 12/21/12 | CLHA | Conference call with client and continued work on remaining third party vendor remediation issues | L120 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
JANUARY 23, 2013

0R0802-301113

FED ID NO. 63-0243316

| 12/21/12 | FWA | Prepare for and attend weekly status meeting | L190 | .50 hrs |
| 12/26/12 | CLHA | Follow up with client regarding assignments of mortgages needed in third party vendor remediation project | L120 | .40 hrs |
| 12/28/12 | CLHA | Continued work on third party vendor remediation issues | L120 | .80 hrs |
| 12/31/12 | CLHA | Continued work on remediation project related to third party vendor uploads | B110 | .90 hrs |

TOTAL FEES FOR THIS MATTER                    $7,666.50

BILLING SUMMARY

| Wendell Allen | 3.50 hrs | 345.00 /hr | 1,207.50 |
| Christopher L. Hawkins | 18.40 hrs | 345.00 /hr | 6,348.00 |
| Ashlee Hightower | .60 hrs | 185.00 /hr | 111.00 |

TOTAL FEES                22.50 hrs                $7,666.50

**TOTAL CHARGES FOR THIS INVOICE**              **$7,666.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    NOVEMBER 30, 2012
1100 Virginia Drive                                      0R0802-301113
Fort Washington, PA 19034

                                                         INVOICE #  832552

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301113
     ACS Document Review - 725849
     TC # 725849

PROFESSIONAL SERVICES

11/01/12   FWA   Confer with Feiwell and Hannoy re: same      L190      .60 hrs

11/01/12   FWA   Confer with MDK re: status of remediation    L190      .50 hrs

11/01/12   CLHA  Follow up analysis of outside counsel        L120     1.50 hrs
                 review of third party vendor issues

11/02/12   FWA   Prepare for and attend weekly               L190      .60 hrs
                 touch-point with client to discuss status

11/02/12   FWA   Confer with FCL counsel re: status of        L190     1.20 hrs
                 remediation

11/02/12   CLHA  Call with client to discuss status and       L120      .50 hrs
                 strategy

11/02/12   CLHA  Continued analysis of files and              L120     2.60 hrs
                 correspondence with third party vendors
                 regarding remediation under consent order

11/04/12   FWA   Review status reports and provide same       L190      .70 hrs
                 to client

11/05/12   CLHA  Continued work on third party vendor         L120     2.60 hrs
                 remediation issues pursuant to consent
                 order

11/06/12   CLHA  Continued follow-up analysis of third        L120     2.40 hrs
                 party vendor files and work on
                 remediation issues under consent order



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
NOVEMBER 30, 2012

0R0802-301113

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/06/12 | FWA | Conference with CS-Legal re: status of remediation | L190 | .50 hrs |
| 11/07/12 | FWA | Attend conference calls with FCL counsel to discuss next steps | L190 | 1.70 hrs |
| 11/07/12 | FWA | Report project status to client | L190 | .80 hrs |
| 11/07/12 | CLHA | Continued work on third party vendor remediation issues | L120 | 3.80 hrs |
| 11/08/12 | CLHA | Continued work on remediation related to third party vendors, including analysis of files and conference calls with outside counsel | L120 | 5.00 hrs |
| 11/08/12 | FWA | Conference with Marshall Watson re: status | L190 | .90 hrs |
| 11/08/12 | FWA | Conference with CS-Legal re: status of remediation | L190 | .80 hrs |
| 11/09/12 | FWA | Prepare for and attend conference call with client re: status of remediation | L190 | .50 hrs |
| 11/09/12 | FWA | Conference with FCL counsel re: status of remediation | L190 | .60 hrs |
| 11/09/12 | CLHA | Call with client to discuss status and action items | L120 | .50 hrs |
| 11/09/12 | CLHA | Continued work on third party vendor remediation issues | L120 | 2.60 hrs |
| 11/12/12 | CLHA | Continued work on third party vendor remediation issues | L120 | 3.10 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301117

INVOICE #  813537

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:   0R0802-301117
      Meza, Gilbert
      Loan No. 0602139086; Ally No. 726190
      TC # 726190

PROFESSIONAL SERVICES

| 09/25/12 | KK  | Draft a closing memorandum to send to client regarding resolution of matter | L110 | .40 hrs |
| 09/25/12 | MCG | Prepare monthly case status report | C300 | .10 hrs |
| 09/25/12 | MCG | Review and revise closing memorandum | C300 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                     $160.90

BILLING SUMMARY

| Michael C. Griffin | .30 hrs | 323.00 /hr | 96.90 |
| Kerry Keane        | .40 hrs | 160.00 /hr | 64.00 |

TOTAL FEES                    0.70 hrs                      $160.90

**TOTAL CHARGES FOR THIS INVOICE**                          $160.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301134

INVOICE #  813545

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301134
     On-Site Litigation Review - 728178
     TC # 728178

PROFESSIONAL SERVICES

| 09/04/12 | MSW | Exchange emails from foreclosure counsel and GMAC staff | L120 | .90 hrs |
|---|---|---|---|---|
| 09/05/12 | MSW | Review and analyze email messages from foreclosure counsel and GMAC personnel for numerous cases | L120 | .70 hrs |
| 09/06/12 | MSW | Review and analyze messages from case managers and foreclosure counsel | L120 | .60 hrs |
| 09/07/12 | MSW | Review and analyze messages sent by case managers and foreclosure counsel | L120 | .90 hrs |
| 09/10/12 | CWH | Work onsite at GMAC Legal Department; attend internal monthly Legal meeting; exchange e-mails with outside counsel regarding witness/affidavit for Bahadori matter; exchange e-mails with outside counsel regarding asset plan in Jeffreys matter; review new matters assigned to case manager; assist case manager in identifying and addressing cases stayed by the bankruptcy; exchange several emails with mediation team and counsel regarding possible loan modification terms for Yee loan; internal meeting with attorneys at GMAC to discuss strategy and litigation issues; exchange e-mails with ETS regarding subpoena they received in California matter; exchange e-mails with counsel in Sweeting case | L120 | 10.40 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
OCTOBER 30, 2012

0R0802-301134

FED ID NO. 63-0243316

                    case; follow-up with title counsel on
                    several cases he is handling; exchange
                    e-mails with counsel on whether appeal
                    time expired in Manuel matter

09/11/12  CWH  Work onsite in GMAC Legal Suite; various        L120      7.50 hrs
                    discussions with case managers and other
                    in-house counsel about litigation files;
                    exchange e-mails with counsel in Mills
                    regarding borrower's request for loan
                    modification; attend internal Legal Loss
                    Mitigation meeting; review check from
                    trustee and borrower's account in
                    Regner; exchange e-mails with REO
                    department about Yee matter / loan;
                    exchange e-mails with customer service
                    department about final payment in
                    Williams matter; close out Williams case
                    internally; close out Eastbay case
                    internally and exchange several emails
                    regarding the loan to do same; review
                    and revise settlement agreement and
                    internal forms for a matter; exchange
                    e-mails with customer service department
                    about Lennon matter; review status of
                    Smith loan modification efforts;
                    discussion with case manager about CA
                    suit case going to trial next week and
                    witness preparation for same; exchange
                    e-mails with counsel in Morgan matter
                    and send additional documents for
                    discovery; review and analyze MorganÆs
                    Reply to Fannie Mae and MERSÆ New
                    Matter; review and revise/approve
                    various bankruptcy notices for case
                    managers; review new cases assigned to
                    various case managers; case managers
                    counsel in Rodriguez matter regarding



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     4
OCTOBER 30, 2012

0R0802-301134

FED ID NO. 63-0243316

> motion they are filing and October
> hearing; case managers counsel regarding
> S.Jones matter and pending motion for
> costs/fees; case managers counsel
> regarding Garavito matter and motion to
> sever; case managers on Garavito's
> performance on trial case managers plan;
> case managers counsel about continued
> search for possible employee of US Bank;
> case managers counsel regarding Evans
> matter and strategy in same; exchange
> internal emails about litigation in
> Evans; case managers counsel regarding
> Thaqi matter and strategy in same;
> exchange internal emails about
> litigation in Thaqi matter;

09/12/12  CWH  Work onsite in GMAC Legal Suite;          L190     8.70 hrs
               exchange internal emails regarding
               settlement; training/mentoring time with
               case manager, discussing Florida law;
               exchange e-mails with loss mitigation
               regarding Thaqi loan modification
               possibility; exchange internal emails
               with Legal regarding Thaqi loan
               modification; discussions with other
               in-house counsel about parameters of
               bankruptcy orders on certain litigation
               files; attend in-house Legal meeting;
               exchange e-mails with counsel in King
               matter regarding bankruptcy impact;
               exchange several emails with internally
               regarding Wohl matter, which involves
               contested foreclosure and a quiet title
               suit; exchange e-mails with outside
               counsel regarding status/directives in
               Wohl matter; draft monthly status report
               for Wohl matter; attend trial



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     5
OCTOBER 30, 2012

0R0802-301134

FED ID NO. 63-0243316

preparation conference call in CA suit;
exchange e-mails with counsel in
Garavito matter discussing status and
strategy; exchange e-mails with investor
in Yee matter about business issues;
review and analyze issues with
completion of steps for one settlement;

09/13/12  CWH  Review and analyze counsel's emails in     L190     4.50 hrs
Walker matter about investor; review
pleadings sent by MERS in Flinchum
matter; email counsel in Flinchum matter
about new pleading; phone calls with
case manager and litigation counsel
regarding trial and settlement issues in
CA suit; exchange e-mails with other
in-house counsel regarding
issues/strategy in CA suit; discuss
Sweeting subpoena and response
internally; exchange e-mails with
foreclosure department regarding a
Notice of Intent to Foreclose and letter
from borrower's counsel; exchange
e-mails with counsel regarding a Notice
of Intent to Foreclose and letter from
borrower's counsel; exchange e-mails
with internal emails about Evans
foreclosure sale date; follow-up with
counsel on hearing dates in Rodriguez;
review and analyze case manager's email
about Coleff notice of appeal; review
payoff information for Williams' loan
and update internal reporting
information on same; exchange e-mails
with counsel regarding Martin and
eviction issues; exchange e-mails with
counsel regarding status of settlement
agreement; exchange e-mails with trustee



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      6
OCTOBER 30, 2012

0R0802-301134

FED ID NO. 63-0243316

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | regarding foreclosure sales date in McClaine; exchange e-mails with counsel regarding status of McClaine; update status report for McClaine matter; |  |  |
| 09/14/12 | CWH | Exchange e-mails with counsel in McClaine regarding borrower's renewed interest in loan modification and remaining claims in case; discussion of case strategy with other in-house counsel; direct case manager on trial strategy for upcoming trial; | L190 | 1.00 hrs |
| 09/17/12 | CWH | Exchange e-mails with other in-house counsel about proof of claim forms in GMAC's bankruptcy; exchange e-mails with outside counsel about general issues with proof of claim forms, distribution of same, and which persons/entities received them; follow-up on Fernandez/Rojas file to determine if it can be closed; exchange e-mails with other in-house counsel about witness preparation issues; exchange e-mails with email in CA suit about ability to offer time to refinance loan; review and analyze ongoing issues with Canyon View Estates matter and settlement negotiations between the parties to date; review new files assigned to case managers; analyze borrower's counterclaims for review and approval of draft notice of bankruptcy in Krein matter; analyze borrower's counterclaims for review and approval of draft notice of bankruptcy in Foster matter; exchange emails with counsel regarding Evans matter and upcoming foreclosure sale; | L190 | 4.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE        7
OCTOBER 30, 2012

0R0802-301134

FED ID NO. 63-0243316

review detailed updates from counsel in
Labostrie matter and follow-up with
additional questions about suit and
multi-unit eviction; follow-up with case
manager on whether Paglio trial is
proceeding; review new scheduling order
and Rule 30(b)(6) deposition notice in
Anderson-Bruch matter and exchange
e-mails with counsel regarding scope of
same; work on obtaining witness for
deposition in Anderson-Bruch matter;
draft monthly status report in
Anderson-Bruch case; exchange e-mails
with counsel and loss mitigation group
about items needed for loan modification
review in Anderson/Bratcher case;
exchange e-mails with counsel regarding
Villanueva case resolution; draft final
status report for Villanueva matter,
which is now closed; exchange e-mails
with counsel and loss mitigation group
about Rozen loan and borrower's interest
in a variety of loss mitigation options;
draft status report for Rozen matter;
exchange e-mails with loss mitigation
department about Garavito's performance
on trial modification plan; exchange
e-mails with case manager regarding new
May case

09/18/12  CWH   Exchange e-mails with case manager          L190      5.70 hrs
regarding efforts to resolve Paglio
matter and/or trial setting; discussion
with case manager on bankruptcy impact
on several cases pending motion to
dismiss; review and analyze litigation
history and history of the multiple Alam
loans and determine proper allocation of



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     9
OCTOBER 30, 2012

0R0802-301134

FED ID NO. 63-0243316

for status of loss mitigation efforts in
Simms; exchange e-mails with loss
mitigation department and counsel
regarding items missing from financial
package in Mills case; exchange several
emails with counsel in Morgan matter
regarding various discovery issues;
exchange e-mails with Servicing Risk
area regarding QWR received in Morgan
matter and review QWR; draft monthly
status update for Morgan matter;
exchange e-mails with with New Jersey
counsel regarding Notice of Intent to
Foreclose issues;

09/19/12   CWH   Exchange e-mails with counsel regarding     L190     2.70 hrs
Cunningham/Walker case regarding
analysis and strategy in case; exchange
e-mails with counsel and loss mitigation
team regarding Mills case, status of the
pleadings, and loan modification review;
draft monthly status report on Mills
matter; complete necessary internal
tasks to close files; discussion with
document review team regarding certain
discovery review and verification;
review and analyze the power of attorney
given to GMAC by US Bank in Alton matter
and then exchange e-mails with counsel
regarding same and continuing title
demands; exchange e-mails with counsel
regarding change of borrower's counsel
in Morgan; conference call with case
manager regarding witness preparation;
review and analyze case history and
settlement efforts in Turzynski matter
and prepare for conference call with
same and case manager; conference call


### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      10
OCTOBER 30, 2012

0R0802-301134

FED ID NO. 63-0243316

with Turzynski counsel regarding status
and strategy; exchange e-mails with
counsel regarding McLaine matter and
upcoming foreclosure sales date; draft
monthly status report on McLaine matter;
exchange e-mails with counsel in
Lourente matter regarding discovery
questions;

09/20/12  CWH  Exchange e-mails with case manager        L190      5.40 hrs
regarding West matter and title coverage
issues; exchange e-mails with counsel in
Patrick matter about permitted and
stayed claims and approval of notice of
bankruptcy; draft monthly status report
for Patrick matter; exchange various
internal strategy and administrative
related emails with other persons in
Legal Department; exchange e-mails with
counsel in Walker/Flinchum case
regarding strategy issues and work
internally to obtain the documentation
counsel requested; draft monthly status
report for Walker/Flinchum matter;
exchange several emails with counsel
about Turnbull matter and likely
resolution of suit; draft monthly status
update in Turnbull matter; work
internally to get an incorrectly
released loan reestablished on GMAC's
system; exchange e-mails with counsel on
status in Perez matter; draft monthly
status update in Perez matter; exchange
e-mails with counsel in Masterson suit
about dismissal of case; draft final
status report in Masterson suit; review
and analyze the recorded judgment
reinstating lien in Flores matter and



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    11
OCTOBER 30, 2012

0R0802-301134

FED ID NO. 63-0243316

work on internal issues necessitated by
resolution of suit; exchange e-mails
with counsel in Bene/Lourente matter
regarding status of gathering
information for them; review counsel's
Amended Notice of Bankruptcy Stay in
Munguia and exchange e-mails with
counsel regarding same; review draft
pleadings submitted by counsel in
Munguia matter and exchange e-mails with
counsel regarding same; draft status
report for Munguia matter; exchange
e-mails with counsel regarding the
status of the Manuel appeal; draft
status report for Manuel matter; review
subordination agreement in Thomas matter
and follow internal procedures for
resolution; review and analyze amended
complaint in Neal and then review and
revise notice of bankruptcy for same;
exchange e-mails with case manager
regarding strategy and status of Neal
suit; exchange e-mails with counsel and
corporate witness group regarding the
efforts to set prove up hearing in
Rodriguez; draft status report for
Rodriguez matter; work with counsel and
loss mitigation department on one
borrower's request for deed in lieu of
foreclosure; draft new status report for
Rozen matter; exchange e-mails with
counsel regarding resolution of Martin
case; draft new status report for Martin
matter; review and analyze counsel's
update in Chavers matter, which included
court's new deadlines for suit; draft
status update for Chavers matter;
exchange e-mails with servicing risk



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     12
OCTOBER 30, 2012

0R0802-301134

FED ID NO. 63-0243316

area regarding Kirklewski matter;

| 09/21/12 | CWH | Exchange e-mails with case manager regarding resolution of case on eve of trial; follow internal protocols on settling subordination issue for one matter; internal discussions about administrative and management issues in Legal Department; confirm subpoena objection letters were sent in certain matters; exchange e-mails with case manager regarding advice and strategy in case where attorney-client privileged information is sought from GMAC's foreclosure counsel; review and analyze borrower's claims in Baird and review and revise notice of bankruptcy regarding same; exchange several emails with case manager regarding general strategy on their files | L190 | 1.70 hrs |
| 09/23/12 | CWH | Follow-up with corporate witness group on setting up witness for December deposition; follow administrative steps needed for particular settlement; prepare spreadsheet for use in identifying cases to remain with the bankruptcy estate | L190 | 1.30 hrs |
| 09/24/12 | CWH | Strategy discussion with case manager regarding borrower's settlement proposal; exchange e-mails with counsel in Yee regarding status of internal issues; confirm change in foreclosure sale date for McLaine matter and advise counsel of same; confirm administrative steps were taken to close certain files and return them to normal servicing; | L190 | 1.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    13
OCTOBER 30, 2012

0R0802-301134

FED ID NO. 63-0243316

|  |  |  | exchange e-mails with default counsel regarding Flores matter and send copy of recorded judgment; complete internal tasks to close various files; exchange e-mails with investor regarding a certain loan modification effort; exchange internal emails regarding business approval for a subordination of lien; review and revise settlement proposal for case manager and discuss strategy with case manager; review new cases assigned to case manager; |  |  |
|---|---|---|---|---|---|
| 09/25/12 | CWH | Review and analyze counsel's handling of contested foreclosure in particular matter; exchange e-mails with internal emails about litigation hold on a file in REO; email counsel in Yee to request copies of filed documents; review and analyze counsel's summary/advisory memo and their draft pleadings in Williams matter; | L190 | 1.40 hrs |
| 09/26/12 | CWH | Exchange e-mails with business operations area regarding new developments in Florida and fast-tracked trials; exchange e-mails with investor regarding loan modification terms for one borrower's loan and their request for pleadings from underlying suit; exchange e-mails with mediation team and counsel in Jeffreys matter about loss mitigation efforts; reach out to firm to determine who new counsel is for certain matters; review and approve a settlement proposal and discuss same with case manager; attend internal Legal Department meeting; exchange e-mails | L190 | 5.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    14
OCTOBER 30, 2012

0R0802-301134

FED ID NO. 63-0243316

with counsel and loss mitigation
department regarding completion of a
settlement and loan modification;
exchange e-mails with counsel and loss
mitigation department regarding issues
with borrower's request for a deed in
lieu of foreclosure review; exchange
e-mails with counsel in Morgan on
whether they need information to
complete their file and on status of
suit; exchange several internal emails
about new counsel for Morgans and issues
related to the QWR response; review
update email from counsel in McLaine;
exchange several emails with counsel and
ETS regarding the sale date in Evans and
recent Chapter 13 bankruptcy filing by
the executor of the Estate; review and
analyze Chapter 13 bankruptcy petition
and schedules from executor of the Evans
Estate; draft status report for Evans
matter; draft status report for Wohl
matter; exchange emails with other
in-house attorneys regarding case where
defendant was mis-named; exchange
e-mails with counsel in Munguia
regarding draft demurrer; exchange
e-mails with case manager regarding
settlement strategy in one of his cases;
follow-up with counsel in Anderson /
Bratcher matter on status of discussions
with borrower; exchange e-mails with
counsel and loss mitigation regarding
Simms progress on trial loan
modification; email counsel in
Kirklewski to request documentation
needed to close file; draft new status
report for Kirklewski matter;



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    15
OCTOBER 30, 2012

0R0802-301134

FED ID NO. 63-0243316

09/28/12  CWH  Exchange e-mails with counsel and other    L190    1.20 hrs
case manager regarding Poole matter;
review and analyze new files assigned
case manager; exchange e-mails with
counsel in Flinchum matter about
documentation they have requested and
follow-up internally on same; one on one
meetings with case manager to discuss
status and strategy of her cases;
exchange e-mails with counsel in
Jeffreys and mediation team about the
loan modification offer out to borrower;
draft monthly status report in Jeffreys

                TOTAL FEES FOR THIS MATTER                    $21,478.40

EXPENSES

09/18/12 Airline Tickets - CHRISTIAN HANCOCK TRAVEL TO           320.70
         FORT WASHINGTON OFFICE 9/10/12 - 9/12/12
         Bank ID: GENR Check Number: 99458
09/18/12 Travel Expense - CHRISTIAN HANCOCK TRAVEL TO            517.24
         FORT WASHINGTON OFFICE 9/10/12 - 9/12/12 HOTEL
         Bank ID: GENR Check Number: 99458
09/18/12 Travel Expense - CHRISTIAN HANCOCK TRAVEL TO            389.89
         FORT WASHINGTON OFFICE 9/10/12 - 9/12/12 RENTAL
         CAR
         Bank ID: GENR Check Number: 99458
09/18/12 Travel Expense - CHRISTIAN HANCOCK TRAVEL TO             50.00
         FORT WASHINGTON OFFICE 9/10/12 - 9/12/12
         PARKING
         Bank ID: GENR Check Number: 99458
09/18/12 Meal Expense - CHRISTIAN HANCOCK TRAVEL TO FORT          73.41
         WASHINGTON OFFICE 9/10/12 - 9/12/12
         Bank ID: GENR Check Number: 99458

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      NOVEMBER 17, 2012
1100 Virginia Drive                                         0R0802-301134
Fort Washington, PA 19034

                                                            INVOICE #  818589

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

.Re:  0R0802-301134
      On-Site Litigation Review - 728178
      TC # 728178

PROFESSIONAL SERVICES

10/01/12  CWH  Discussions with case manager regarding      L190    4.30 hrs
               Osgood matter; exchange e-mails with
               mediation team regarding the final loan
               modification documents in Thaqi matter;
               exchange several emails with counsel and
               corporate witness group regarding
               hearing scheduled for November 8th and
               setting up preparation for same;
               exchange e-mails with counsel in
               Rodriguez regarding status of case;
               update status report for Rodriguez
               matter; review counsel's updates in
               Munguia matter and calendar same; update
               status report for Munguia matter;
               continue to work with servicing risk
               area and counsel on Kirklewski
               accounting issues; review and revise
               various notices of bankruptcy for case
               manager; attend conference call with
               case manager and servicing risk
               specialist regarding issues in Osgood
               matter; review and analyze case
               manager's portfolio of files and update
               information in GMAC's tracking system;
               follow-up with counsel in St. John on
               outcome of motion to dismiss hearing;
               follow-up with counsel in Mechenstock on
               current status of suit; send supporting
               documents to counsel in Wohl and ask
               them to complete advisory memo; exchange
               e-mails with investor regarding the



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
NOVEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

status of Morgan case; review and
approve draft QWR response in Morgan
case; draft new status report for Morgan
matter; exchange e-mails with mediation
team regarding deed in lieu of
foreclosure review in Rozen matter;
review and revise counsel's draft
declaration in support of the motion to
dissolve preliminary injunction in
Villicana matter and review opposing
party's discovery requests; draft new
status report for Villicana matter;
exchange e-mails with counsel regarding
updates in Patrick matter on the
counterclaims; draft new status report
for Patrick matter

10/02/12   CWH   Exchange e-mails with case manager and       L190      3.90 hrs
servicing risk analyst regarding options
in Osgood matter; work on internal steps
to close Villanueva matter and return
same to normal servicing; exchange
e-mails with counsel regarding new
issues with a settled suit and loan
modification; attend conference call
with case manager and counsel in Walter
matter; review investor information for
Walker/Flinchum matter and exchange
internal emails regarding same; draft
email to counsel regarding investor
information in Walker/Flinchum matter;
draft new status reports for Mangan,
Walker/Flinchum, Yee, and Perez matters;
email counsel in Williams matter about
draft motion for summary judgment and
asking questions about outstanding
discovery issues; exchange e-mails with
counsel and MERS regarding discovery in



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
NOVEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

Mangan matter; exchange e-mails with
case manager regarding CPN Pipeline
matter and settlement negotiations;
exchange e-mails with case manager on
Canyon View Estates matter; exchange
e-mails with counsel about possible need
for live testimony in Rodriguez matter
and her intention to serve all parties
via publication; exchange several emails
with mediation team regarding the
proposed loan modification terms for one
borrower and exchange e-mails with
counsel regarding same; review counsel's
draft motion for summary judgment in
Perez and escalate their request for
supporting documents internally; review
and revise Beccara notice of bankruptcy
for case manager; follow-up with case
manager on cases set for trial in next
45 days

10/03/12  CWH  Review and analyze issues in California     L190     5.50 hrs
matter regarding which units borrower
owns/rents, status of prior unlawful
detainer actions, and determine ability
to evict; exchange e-mails with REO
department regarding direction to evict
in California matter; draft status
reports in Labostrie, Anderson-Brusch,
Bene, other  matters; exchange several
emails with counsel and corporate
witness group to arrange for corporate
representative deposition in
Anderson-Brusch matter;  review and
revise draft affidavit supporting motion
for summary judgment in Bene matter and
exchange e-mails with counsel regarding
same; follow-up with REO department on



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      4
NOVEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

efforts to obtain information from US
Bank in a litigated matter; discussions
with case manager regarding Osgood and
Bonner cases and strategy of same;
follow-up with counsel in Neyer on
status of the appeal; check status of
loan and foreclosure before litigation
in Neyer case and reach out to ETS with
questions; discussions with case manager
regarding settlement/strategy in one of
her files; continue to review and
analyze case manager's cases to
determine which should be moved to
bankruptcy estate;

10/04/12   CWH   Follow-up with counsel on Hale matter          L190      5.40 hrs
and need for status report; review ETS's
response about Neyer foreclosure status;
exchange several emails with title
counsel for Flinchum/Walker case about
the loan investor; continue to exchange
e-mails with counsel and MERS regarding
discovery responses in Mangan case and
submit same for verification; exchange
e-mails with counsel and REO department
about status of property in Labostrie;
exchange e-mails with loss mitigation
team and counsel on status and strategy
in Simms matter; exchange e-mails with
Chavers counsel about status of
suit/discovery and settlement authority;
exchange e-mails with counsel about
status of eviction case and review
docket for same matter; exchange e-mails
with case manager regarding settlement
authority in one of her files; review
and analyze all files with one
particular law firm, per manager's



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     5
NOVEMBER 17, 2012

0R0802-301134

<u>FED ID NO. 63-0243316</u>

directive and draft summaries of cases;
discuss Osgood case with case manager
and resolution of same; discussion with
case manager regarding note endorsement
issues in one of her cases; exchange
e-mails with counsel and loss mitigation
team about status of Garavito's
permanent loan modification review;
review last letters from counsel to
Flores in closed matter and send same to
file; work on settlement of an Illinois
matter and confirm borrower's
performance on modified loan; exchange
e-mails with counsel regarding
discovery/declaration in Villicana
matter; close settled files internally;
review and revise notice of bankruptcy
in Crosser matter; exchange e-mails with
counsel regarding Martin settlement;
follow-up with counsel on Jones case and
inquire how same can be brought to
complete resolution; follow-up with
counsel in Alton matter on status of
claims, upcoming case management
conference, and title demand efforts;
review opposing party's motion for
summary judgment in Flinchum matter and
continue to research issues about our
loan's investor; identify cases that
need case assessment memos and follow-up
with counsel on same; review and analyze
bankruptcy related issues in Bonner,
including his proof of claim; draft
status reports for Chavers, Gutierrez,
Sweetwyne, Kirklewski, and Alton matters



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      6
NOVEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

10/05/12   CWH   Exchange e-mails with counsel regarding      L190      .60 hrs
                 his efforts to contact the Polks; review
                 and analyze counsel's update in Hale
                 matter; review counsel's emails in Evans
                 case regarding the claims made in the
                 bankruptcy case; review bankruptcy
                 related issues in Crosser case

10/07/12   CWH   Review and analyze case manager's case        L190      4.70 hrs
                 load in preparation for her return and
                 transitioning files back to her,
                 including drafting detailed notes on
                 files; follow-up with counsel on
                 Arevalo-Amaya and borrower's counsel's
                 comments on the new Notice of Intent to
                 Foreclose, confirm status of Sweetwyne
                 loan; follow-up with counsel on McLaine
                 case and whether borrower submitted a
                 financial package and exchange e-mails
                 with ETS about the 10-12-12 sale date;
                 exchange e-mails with Rodriguez counsel
                 about property values and request latest
                 value from internal sources; exchange
                 e-mails with ETS regarding resolution of
                 a closed Arizona case; exchange e-mails
                 with mediation team and counsel
                 regarding set up of interior BPO in
                 Rozen matter; draft numerous status
                 reports on litigation files; follow-up
                 on the outstanding issues with the Thaqi
                 loan modification; complete internal
                 forms for case settlement; exchange
                 e-mails with counsel in Escalera
                 regarding latest correspondence from One
                 West and advise manager of same; request
                 payoff statement in Escalera matter;
                 forward additional paperwork for the
                 loan modification review; exchange



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    7
NOVEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

e-mails with REO, counsel, and US Bank
about getting a supporting affidavit in
Lourente/Bene matter; review counsel's
email in Neyer matter; exchange e-mails
with counsel in St. John about the new
motion to dismiss date and borrower's
lingering concerns; exchange internal
emails about conveyance of St. John
property to HUD; exchange e-mails with
counsel and REO department about status
of the appeal and claims in Manuel;
follow-up with counsel in Anderson case
on status/strategy of suit; exchange
e-mails with other in-house counsel
about resolution of Bonner case; approve
settlement proposal from case manager;
email counsel regarding verification in
support of his motion for Villicana
matter; exchange e-mails with counsel
regarding the bankruptcy in Evans and
the related litigation;

10/08/12  CWH   Exchange e-mails with counsel in          L190     4.20 hrs
Lourente regarding plan for two
supporting affidavits for motion for
summary judgment; review and analyze the
1099 forms St. John borrower received
after foreclosure; review and analyze
BPO for Rodriguez property; attend trial
preparation call with case manager and
outside counsel in Walter case; review
counsel's update in Simms matter; review
and analyze new matters assigned to five
case managers; review billing's
information on the legal spend on one
case up for settlement review; review
and revise several draft settlement
agreements sent by counsel; review and



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      8
NOVEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

revise issues with payoff funds and
various loans on Alam property; review
and analyze counsel's update in Jones
matter; exchange e-mails with counsel in
Hale regarding status and strategy;
draft several status updates; exchange
e-mails with counsel in Walker/Flinchum
case regarding proper ownership of the
loan by GMACM; exchange e-mails with REO
department with status/strategy in
Manuel case; draft status updates on
numerous cases for REO Department, per
their request; exchange e-mails with
counsel in Mclain regarding strategy;
follow-up with counsel in Regner on
notice of bankruptcy that was filed;
follow-up with counsel in Gobis to
confirm status of case;

10/09/12  CWH  Exchange e-mails with counsel in West      L190      5.20 hrs
regarding recent deposition; continue to
draft detailed notes on all of case
manager's cases in anticipation of her
return; continue to review and analyze
issues in Alam matter, draft
timeline/notes for same, determine
proper allocation of insurance proceeds
and determine how both loans should be
handled; draft updates on five case
managers cases of interest/concern;
phone call with new in-house counsel to
update her on five case managers' cases
of note and generally transition
work/knowledge;



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      9
NOVEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

10/10/12   CWH   Exchange internal emails about posting        L190      1.50 hrs
                  of funds to borrower's account following
                  payment by title insurer; exchange
                  e-mails with counsel in Martin about
                  revisions to settlement agreement; work
                  on resolving a subordination agreement
                  in old case; exchange e-mails with case
                  manager about resolution of Alam loans;
                  discuss allocation of insurance proceeds
                  to a loan with servicing area; exchange
                  several emails with new in-house
                  attorney and case managers as we
                  transition management of cases; review
                  and analyze counsel's questions on a
                  loan modification offered to borrower in
                  a litigated file

10/11/12   CWH   Exchange several emails with counsel           L190      6.20 hrs
                  regarding status and strategy in
                  Jeffreys case; draft several new status
                  reports; update case tracking chart with
                  details on individual cases in order to
                  transition files back to case manager;
                  conference call with case manager and
                  other in-house counsel to discuss status
                  and strategy in files in order to
                  transition same; exchange e-mails with
                  counsel regarding status of loan
                  -----8986; review two affidavits drafted
                  by counsel in Lourente matter and
                  exchange e-mails with counsel regarding
                  strategy in case; email investor to
                  obtain signature on affidavit for a
                  contested matter; exchange e-mails with
                  counsel regarding Sandoval matter;
                  exchange e-mails with counsel in
                  Rodriguez regarding documentation they
                  requested; exchange e-mails with legal



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    10
NOVEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

                    manager regarding lien release issues;
                    exchange e-mails with mediation team
                    regarding permanent loan modification
                    review for one borrower; send update to
                    counsel in Garavito; review counsel's
                    update in Williams matter; exchange
                    e-mails with counsel about court's
                    latest orders in Gobis; exchange e-mails
                    with counsel and accounting department
                    about status and next steps for
                    Kirklewski account; exchange e-mails
                    with counsel regarding next steps with
                    Canyon View Estates matter; exchange
                    several internal emails working on
                    questions and details for a loan
                    modification; review and analyze
                    counsel's strategy proposal in a case
                    and discuss same internally; exchange
                    e-mails with counsel in St. John about
                    tax issues in case; exchange e-mails
                    with counsel about final steps in Thaqi
                    case; follow-up with counsel on status
                    of Kim matter; follow-up with counsel on
                    status of Dominy matter; work on
                    internal steps for subordinating Thomas
                    loan; continue to work on steps
                    necessary for a deed in lieu of
                    foreclosure review on one file

    10/12/12   CWH  Exchange e-mails with case manager          L190    2.70 hrs
                    regarding Canyon View Estates issues;
                    exchange e-mails with case manager and
                    in-house counsel regarding Rodriguez
                    matter and next steps in same; review
                    and approve settlement forms for case
                    manager; continue to work with case
                    manager and new in-house counsel to
                    transition files back for their



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    11
NOVEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

management; follow-up with counsel in
Patrick to obtain court's order of
dismissal; exchange e-mails with case
manager and in-house attorney regarding
Patrick order and bankruptcy impact, if
any; exchange several emails with
counsel and with in-house counsel
regarding Flinchum/Walker case regarding
strategy and facts of case; review and
analyze issues with a lis pendens raised
by case manager; give direction to
counsel in Paterakis matter; exchange
e-mails with counsel in St. John
regarding borrower's remaining
questions/concerns

10/14/12  CWH  Exchange e-mails with counsel in                    L190    2.30 hrs
Paterakis matter regarding ongoing
issues with E*Trade's loan; confirm
status of Paterakis loan; exchange
e-mails with counsel in
Bratcher/Anderson about status of file;
provide status updates for several cases
held by one investor, per investor
request; exchange e-mails with counsel
in Manuel regarding the scope of
plaintiff's claims and bankruptcy impact
on same; internal emails regarding Mills
case; exchange e-mails with counsel
regarding questions raised by Chavers
regarding her account and research
answers to same; exchange e-mails with
counsel in Solano about analysis of
claims; review and analyze caseload to
determine whether any merit inclusion in
bankruptcy estate