# EXHIBIT B

# CARPENTER LIPPS & LELAND LLP

280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
(614) 365-4100
Federal ID # 31-1401115

---

November 15, 2012

Tammy Hamzephour
Residential Capital, LLC
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

Billed through  10/31/2012
Invoice #  51831       JAL
Our file #  932   00050

Re:  General Restructuring

## PROFESSIONAL SERVICES

| Date | | Description | | | |
|---|---|---|---|---|---|
| 10/01/2012 | RBS | Obtain and prepare electronic copies of bankruptcy pleadings requested by Mr. Beck. | L310 | 0.40 hrs | ✓ |
| 10/01/2012 | RBS | Draft and prepare e-mail to distribute with requested bankruptcy pleadings. | L310 | 0.20 hrs | ✓ |
| 10/02/2012 | RBS | Obtain and prepare electronic copies of bankruptcy pleadings requested by Mr. Beck. | L310 | 0.10 hrs | ✓ |
| 10/02/2012 | RBS | Draft and prepare e-mail to distribute requested bankruptcy pleadings. | L310 | 0.10 hrs | ✓ |
| 10/04/2012 | RBS | Obtain and prepare electronic copies of bankruptcy pleadings requested by Mr. Beck. | L310 | 0.20 hrs | ✓ |
| 10/04/2012 | RBS | Draft and prepare e-mail to distribute with requested bankruptcy pleadings. | L310 | 0.20 hrs | ✓ |
| 10/05/2012 | RBS | Obtain and prepare electronic sets of bankruptcy pleadings requested by Mr. Beck. | L310 | 0.20 hrs | ✓ |
| 10/05/2012 | RBS | Draft and prepare e-mail to distribute with requested bankruptcy pleadings. | L310 | 0.10 hrs | ✓ |
| 10/08/2012 | RBS | Obtain and prepare electronic copies of bankruptcy | L310 | 0.40 hrs | ✓ |

pleadings requested by Mr. Beck.

| Date | Initials | Description | Code | Hours | |
|---|---|---|---|---|---|
| 10/08/2012 | RBS | Draft and prepare e-mail to distribute with requested pleadings. | L310 | 0.40 hrs | √ |
| 10/09/2012 | RBS | Obtain and prepare electronic sets of bankruptcy pleadings requested by Mr. Beck. | L310 | 0.10 hrs | √ |
| 10/09/2012 | RBS | Draft and prepare e-mail to distribute with requested bankruptcy pleadings. | L310 | 0.10 hrs | √ |
| 10/10/2012 | RBS | Draft and prepare e-mail to distribute with requested bankruptcy pleadings. | L310 | 0.10 hrs | √ |
| 10/10/2012 | RBS | Obtain and prepare electronic copies of bankruptcy pleadings requested by Mr. Beck. | L310 | 0.20 hrs | √ |
| 10/11/2012 | RBS | Obtain and prepare electronic copies of bankruptcy pleadings requested by Mr. Beck. | L310 | 0.40 hrs | √ |
| 10/11/2012 | RBS | Draft and prepare e-mail to distribute with requested bankruptcy pleadings. | L310 | 0.20 hrs | √ |
| 10/12/2012 | RBS | Obtain and prepare electronic copies of bankruptcy pleadings requested by Mr. Beck. | L310 | 0.20 hrs | √ |
| 10/12/2012 | RBS | Prepare e-mail to distribute with requested bankruptcy pleadings. | L310 | 0.10 hrs | √ |
| 10/12/2012 | DAB | Communicate with Ms. Zellman (Residential Capital) regarding update for Citi on case status. | L120 | 0.10 hrs | √ |
| 10/15/2012 | RBS | Prepare and distribute e-mail of requested bankruptcy pleadings. | L310 | 0.20 hrs | √ |
| 10/15/2012 | RBS | Obtain and prepare electronic sets of bankruptcy pleadings requested by Mr. Beck. | L310 | 0.40 hrs | √ |
| 10/16/2012 | RBS | Obtain and prepare electronic copies of bankruptcy pleadings requested by Mr. Beck. | L310 | 0.20 hrs | √ |
| 10/16/2012 | RBS | Prepare e-mail to distribute with requested bankruptcy pleadings. | L310 | 0.10 hrs | √ |
| 10/17/2012 | RBS | Obtain electronic sets of bankruptcy pleadings requested by Mr. Beck. | L310 | 0.20 hrs | √ |

932  00050                                                          Invoice # 51831              Page 3

| Date | Initials | Description | Code | Hours | |
|---|---|---|---|---|---|
| 10/17/2012 | RBS | Draft e-mail to distribute with requested bankruptcy filings. | L310 | 0.10 hrs | ✓ |
| 10/18/2012 | RBS | Prepare electronic sets of bankruptcy pleadings requested by Mr. Beck. | L310 | 0.30 hrs | ✓ |
| 10/18/2012 | RBS | Prepare e-mail to distribute with requested bankruptcy pleadings. | L310 | 0.10 hrs | ✓ |
| 10/19/2012 | RBS | Prepare electronic sets of bankruptcy pleadings for Mr. Beck. | L310 | 0.20 hrs | ✓ |
| 10/19/2012 | RBS | Draft e-mail to distribute with requested bankruptcy pleadings. | L310 | 0.10 hrs | ✓ |
| 10/22/2012 | RBS | Obtain bankruptcy pleadings requested by Mr. Beck. | L310 | 1.70 hrs | ✓ |
| 10/22/2012 | RBS | Prepare e-mails to distribute with requested pleadings. | L310 | 0.80 hrs | ✓ |
| 10/23/2012 | RBS | Obtain and prepare electronic sets of bankruptcy pleadings requested by Mr. Beck. | L310 | 0.20 hrs | ✓ |
| 10/23/2012 | RBS | Prepare e-mail to distribute with requested bankruptcy filings. | L310 | 0.10 hrs | ✓ |
| 10/23/2012 | DAB | Draft calendar of outstanding dates in bankruptcy case related to Carpenter Lipps & Leland special counsel retention. | L120 | 0.40 hrs | ✓ |
| 10/24/2012 | RBS | Obtain and prepare electronic sets of bankruptcy pleadings requested by Mr. Beck. | L310 | 0.20 hrs | ✓ |
| 10/24/2012 | RBS | Draft e-mail to distribute with requested bankruptcy pleadings. | L310 | 0.10 hrs | ✓ |
| 10/25/2012 | RBS | Obtain and prepare electronic sets of bankruptcy pleadings requested by Mr. Beck. | L310 | 0.10 hrs | ✓ |
| 10/25/2012 | RBS | Prepare e-mail to distribute with requested bankruptcy pleadings. | L310 | 0.10 hrs | ✓ |
| 10/26/2012 | RBS | Obtain electronic copies of bankruptcy pleadings requested by Mr. Beck. | L310 | 0.30 hrs | ✓ |
| 10/26/2012 | RBS | Draft e-mail to distribute with requested | L310 | 0.10 hrs | ✓ |

932   00050                                                                 Invoice # 51831                Page 4

| Date | | Description | | Hours |
|---|---|---|---|---|
| | | bankruptcy pleadings. | | |
| 10/26/2012 | DAB | Call with Ms. Zellman (Residential Capital) regarding update for Citi regarding loan file requests. | L120 | 0.10 hrs ✓ |
| 10/29/2012 | RBS | Obtain electronic copies of bankruptcy pleadings requested by Mr. Beck. | L310 | 0.20 hrs ✓ |
| 10/29/2012 | RBS | Prepare e-mail to distribute with requested bankruptcy pleadings. | L310 | 0.10 hrs ✓ |
| 10/30/2012 | RBS | Obtain electronic copies of bankruptcy pleadings requested by Mr. Beck. | L310 | 1.10 hrs ✓ |
| 10/30/2012 | RBS | Draft e-mails to distribute with requested bankruptcy pleadings. | L310 | 0.40 hrs ✓ |
| 10/31/2012 | RBS | Obtain electronic copies of bankruptcy pleadings requested by Mr. Beck. | L310 | 0.30 hrs ✓ |
| 10/31/2012 | RBS | Prepare e-mail to distribute with requested bankruptcy pleadings. | L310 | 0.10 hrs ✓ |

                    TOTAL FEES FOR THIS MATTER                                                    $1,000.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Beck, David A. | 0.60 hrs | 230.00 /hr | $138.00 |
| Samson, Robert B. | 11.50 hrs | 75.00 /hr | $862.50 |
| TOTAL FEES | 12.10 hrs | | $1,000.50 |

**TOTAL CHARGES FOR THIS INVOICE**                                                 **$1,000.50**

# CARPENTER LIPPS & LELAND LLP

280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
(614) 365-4100
Federal ID # 31-1401115

---

January 02, 2013

Tammy Hamzephour
Residential Capital, LLC
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

Billed through  11/30/2012
Invoice #  52553    JAL
Our file #  932   00050

Re: General Restructuring

## PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours | |
|---|---|---|---|---|---|
| 11/01/2012 | RBS | Obtain and prepare bankruptcy pleadings requested by Mr. Beck. | L310 | 0.30 hrs | √ |
| 11/01/2012 | RBS | Draft e-mail to distribute requested bankruptcy documents. | L310 | 0.10 hrs | √ |
| 11/02/2012 | RBS | Obtain and prepare bankruptcy pleadings requested by Mr. Beck. | L310 | 0.20 hrs | √ |
| 11/02/2012 | RBS | Draft e-mail and distribute requested bankruptcy pleadings. | L310 | 0.10 hrs | √ |
| 11/02/2012 | DAB | Draft update for Ms. Zellman of Residential Capital regarding FHFA discovery disputes. | L320 | 0.20 hrs | |
| 11/05/2012 | RBS | Obtain and prepare bankruptcy pleadings requested by Mr. Beck. | L310 | 0.70 hrs | √ |
| 11/05/2012 | RBS | Draft e-mail and distribute requested bankruptcy pleadings. | L310 | 0.50 hrs | √ |
| 11/06/2012 | RBS | Obtain and prepare bankruptcy pleadings requested by Mr. Beck. | L310 | 0.40 hrs | √ |
| 11/06/2012 | RBS | Draft e-mail to distribute requested bankruptcy | L310 | 0.20 hrs | √ |

932   00050                                          Invoice # 52553                Page 2

| Date | Initials | Description | Code | Hours | |
|---|---|---|---|---|---|
| | | pleadings. | | | |
| 11/07/2012 | RBS | Obtain and prepare bankruptcy pleadings requested by Mr. Beck. | L310 | 0.10 hrs | ✓ |
| 11/07/2012 | RBS | Draft e-mail to distribute requested bankruptcy pleadings. | L310 | 0.10 hrs | ✓ |
| 11/08/2012 | RBS | Draft e-mail to distribute requested bankruptcy pleadings. | L310 | 0.20 hrs | ✓ |
| 11/08/2012 | RBS | Obtain and prepare bankruptcy pleadings requested by Mr. Beck. | L310 | 0.50 hrs | ✓ |
| 11/08/2012 | DAB | Analyze pleadings extending bar date. | L120 | 0.10 hrs | |
| 11/08/2012 | DAB | Draft update for Ms. Zellman of Residential Capital regarding FHFA discovery disputes. | L320 | 0.30 hrs | |
| 11/09/2012 | RBS | Obtain and prepare bankruptcy pleadings requested by Mr. Beck. | L310 | 0.10 hrs | ✓ |
| 11/09/2012 | RBS | Prepare e-mail to distribute requested bankruptcy pleadings. | L310 | 0.10 hrs | ✓ |
| 11/09/2012 | DAB | Call with Ms. Zellman (Residential Capital) regarding update for Citi on FHFA. | L120 | 0.20 hrs | |
| 11/12/2012 | RBS | Obtain and prepare bankruptcy pleadings requested by Mr. Beck. | L310 | 0.20 hrs | ✓ |
| 11/12/2012 | RBS | Prepare and distribute e-mail of requested bankruptcy pleadings. | L310 | 0.10 hrs | ✓ |
| 11/13/2012 | RBS | Obtain and prepare bankruptcy pleadings requested by Mr. Beck. | L310 | 0.30 hrs | ✓ |
| 11/13/2012 | RBS | Prepare e-mail to distribute requested bankruptcy pleadings. | L310 | 0.20 hrs | ✓ |
| 11/15/2012 | RBS | Obtain and prepare bankruptcy pleadings requested by Mr. Beck. | L310 | 0.30 hrs | ✓ |
| 11/15/2012 | RBS | Prepare e-mail to distribute requested bankruptcy pleadings. | L310 | 0.10 hrs | ✓ |

| | | | | | |
|---|---|---|---|---|---|
| 11/16/2012 | RBS | Obtain and prepare bankruptcy pleadings requested by Mr. Beck. | L310 | 0.40 hrs | ✓ |
| 11/16/2012 | RBS | Draft e-mail to distribute requested bankruptcy pleadings. | L310 | 0.20 hrs | ✓ |
| 11/16/2012 | DAB | Communicate with Ms. Zellman (Residential Capital) regarding Residential Capital litigation update for Citi. | L120 | 0.10 hrs | |
| 11/19/2012 | RBS | Prepare and obtain documents requested in bankruptcy pleadings by Mr. Beck. | L310 | 0.50 hrs | ✓ |
| 11/19/2012 | RBS | Draft e-mail to distribute requested bankruptcy pleadings. | L310 | 0.20 hrs | ✓ |
| 11/20/2012 | RBS | Prepare and obtain bankruptcy case requested by Mr. Beck. | L310 | 0.60 hrs | ✓ |
| 11/20/2012 | RBS | Draft e-mail to distribute requested bankruptcy pleadings. | L310 | 0.20 hrs | ✓ |
| 11/27/2012 | JAL | Prepare for meeting with examiner team to discuss various interview preparation issues (.50). Participate in meeting with examiner team to discuss same (1.0). Telephone conference with Ms. Battle regarding same (.10). | L120 | 1.60 hrs | ✓ |
| 11/27/2012 | JES | Prepare for and attend conference regarding upcoming deadlines and case issues. | L120 | 1.00 hrs | ✓ |
| 11/27/2012 | JALB | Telephone conference with Mr. Lipps regarding staffing and agenda for team meeting. | L120 | 0.20 hrs | ✓ |
| 11/27/2012 | JALB | Telephone conference with Mr. Lipps regarding staffing and agenda for team meeting. | L120 | 0.20 hrs | ✓ |
| 11/27/2012 | JALB | Telephone conference with Mr. Lipps regarding staffing and agenda for team meeting. | L120 | 0.10 hrs | ✓ |
| 11/27/2012 | JALB | Organize and participate in internal team meeting regarding current status of open projects and staffing priorities. | L120 | 0.90 hrs | ✓ |
| 11/27/2012 | JALB | Organize and participate in internal team meeting regarding current status of open projects and staffing priorities. | L120 | 0.80 hrs | ✓ |
| 11/27/2012 | DAB | Meeting with Mr. Lipps, Ms. Battle, Mr. Beekhuizen, Mr. Sechler, Mr. Corcoran, Ms. | L120 | 0.80 hrs | ✓ |

932   00050                                                     Invoice # 52553           Page 4

| Date | Atty | Description | Code | Hours | |
|---|---|---|---|---|---|
| | | Rhode and Ms. Mohler regarding work assignments and staffing issues accross matters. | | | |
| 11/27/2012 | JRC | Conference with Mr. Lipps, Ms. Battle, Mr. Rhode, Ms. Mohler, Mr. Beck, Ms. Marty, and Mr. Beekhuizen regarding work assignments and staffing issues accross matters. | L120 | 0.70 hrs | ✓ |
| 11/27/2012 | JDR | Conference with Mr. Lipps, Ms. Battle, Mr. Rhode, Ms. Mohler, Mr. Beck, Ms. Marty, and Mr. Beekhuizen regarding accross cases. (.80) Follow-up on same. (.10) | L120 | 0.90 hrs | ✓ |
| 11/27/2012 | GNM | Meeting with Mr. Lipps, Ms. Battle and others regarding projects | L120 | 0.70 hrs | ✓ |
| 11/28/2012 | RBS | Obtain bankruptcy pleadings requested by Mr. Beck. | L310 | 0.70 hrs | ✓ |
| 11/28/2012 | RBS | Prepare e-mail to distribute requested bankruptcy pleadings. | L310 | 0.30 hrs | ✓ |

TOTAL FEES FOR THIS MATTER                                                                $2,674.50

## BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Beck, David A. | 1.70 hrs | 230.00 /hr | $391.00 |
| Marty, Gretchen N. | 0.70 hrs | 150.00 /hr | $105.00 |
| Lipps, Jeffrey A. | 1.60 hrs | 360.00 /hr | $576.00 |
| Battle, Jennifer A.L. | 2.20 hrs | 250.00 /hr | $550.00 |
| Rhode, Jacob D. | 0.90 hrs | 160.00 /hr | $144.00 |
| Sechler, Joel E. | 1.00 hrs | 190.00 /hr | $190.00 |
| Corcoran, Jeffrey R. | 0.70 hrs | 180.00 /hr | $126.00 |
| Samson, Robert B. | 7.90 hrs | 75.00 /hr | $592.50 |

# CARPENTER LIPPS & LELAND LLP

280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
(614) 365-4100
Federal ID # 31-1401115

---

January 25, 2013

Tammy Hamzephour
Residential Capital, LLC
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

Billed through 12/31/2012
Invoice # 52818    JAL
Our file # 932   00050

Re: General Restructuring

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours | |
|---|---|---|---|---|---|
| 12/05/2012 | JAL | Conference with Morrison Foerster lawyers and Ally's counsel regarding material claims in cse and other case issues. | L120 | 2.00 hrs | ✓ |
| 12/05/2012 | DAB | Prepare for meeting with Morrison & Foerster on claims and other issues. | L120 | 1.30 hrs | ✓ |
| 12/05/2012 | DAB | Meeting with Mr. Lee, Mr. Marinuzzi, Mr. Goren, Ms. Marines, Ms. Beck and Ms. Moss (Morrison & Foerster) and Mr. Lipps (parts) regarding material claims in case and other case issues. | L120 | 2.80 hrs | ✓ |
| 12/07/2012 | RBS | Prepare e-mail to distribute requested bankruptcy pleadings. | L310 | 0.20 hrs | ✓ |
| 12/07/2012 | RBS | Obtain bankruptcy pleadings requested by Mr. Beck. | L310 | 0.50 hrs | ✓ |
| 12/12/2012 | RBS | Obtain bankruptcy pleadings requested by Mr. Beck. | L310 | 0.20 hrs | ✓ |
| 12/12/2012 | RBS | Prepare e-mail to distribute of requested bankruptcy pleadings. | L310 | 0.10 hrs | ✓ |
| 12/13/2012 | JALB | Weekly status telephone conference with Mr. Thompson, Mr. Ruckdaschel, Ms. Delehey, Ms. Zellmann (all Residential Capital) regarding open | L120 | 0.30 hrs | ✓ |

# CARPENTER LIPPS & LELAND LLP

280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
(614) 365-4100
Federal ID # 31-1401115

---

January 02, 2013

Tammy Hamzephour
Residential Capital, LLC
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

Billed through  11/30/2012
Invoice #  52558    JAL
Our file #  932  00058

Re: Securities Claims
Matter No.: 721750

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours | |
|---|---|---|---|---|---|
| 11/01/2012 | RBS | Prepare report of recent activity of various securities dockets for Mr. Phillips. | L310 | 0.20 hrs | ✓ |
| 11/01/2012 | RBS | Obtain recent pleadings from various securities dockets. | L310 | 0.20 hrs | ✓ |
| 11/02/2012 | RBS | Obtain recent pleadings from various securities dockets. | L310 | 0.20 hrs | ✓ |
| 11/02/2012 | RBS | Prepare report of recent activity of various securities cases for Mr. Phillips. | L310 | 0.10 hrs | ✓ |
| 11/05/2012 | RBS | Obtain recent pleadings from various securities dockets. | L310 | 0.40 hrs | ✓ |
| 11/05/2012 | RBS | Prepare report of recent Court activity of various securities cases for Mr. Phillips. | L310 | 0.20 hrs | ✓ |
| 11/05/2012 | SP | Review decision by Judge Cote in Federal Housing Finance Agency for JPMorgan Chase relating to motion to dismiss fraud claims. | L240 | 0.40 hrs | |
| 11/05/2012 | SP | Summarize Judge Cote's decision in Federal Housing Finance Agency and distribute to team. | L120 | 1.10 hrs | |
| 11/06/2012 | RBS | Obtain recent pleadings from various securities | L310 | 0.10 hrs | ✓ |

|            |     |                                                                               |      |      |     |   |
|------------|-----|-------------------------------------------------------------------------------|------|------|-----|---|
|            |     | dockets.                                                                      |      |      |     |   |
| 11/06/2012 | RBS | Prepare report of recent activity of various securities dockets for Mr. Phillips. | L310 | 0.20 | hrs | ✓ |
| 11/08/2012 | RBS | Obtain recent pleadings from various securities dockets.                      | L310 | 0.20 | hrs | ✓ |
| 11/08/2012 | RBS | Prepare report of recent Court activity of various securities cases for Mr. Phillips. | L310 | 0.10 | hrs | ✓ |
| 11/09/2012 | RBS | Obtain recent pleadings from various securities dockets.                      | L310 | 0.20 | hrs | ✓ |
| 11/09/2012 | RBS | Prepare report of recent Court activity of various securities cases for Mr. Phillips. | L310 | 0.10 | hrs | ✓ |
| 11/13/2012 | RBS | Obtain decisions and orders requested by Mr. Phillips.                        | L310 | 0.20 | hrs | ✓ |
| 11/13/2012 | RBS | Obtain recent filings from various securities cases.                          | L310 | 0.20 | hrs | ✓ |
| 11/13/2012 | RBS | Prepare report of recent activity in securities cases for Mr. Phillips.       | L310 | 0.10 | hrs | ✓ |
| 11/14/2012 | RBS | Obtain recent pleadings from various securities cases.                        | L310 | 0.20 | hrs | ✓ |
| 11/14/2012 | RBS | Prepare report of recent Court activity for Mr. Phillips.                     | L310 | 0.10 | hrs | ✓ |
| 11/14/2012 | RBS | Distribute sets of requested pleadings via e-mail.                            | L310 | 0.40 | hrs | ✓ |
| 11/15/2012 | RBS | Obtain recent pleadings from various securities cases.                        | L310 | 0.20 | hrs | ✓ |
| 11/15/2012 | RBS | Prepare report of recent Court activity in securities cases for Mr. Phillips. | L310 | 0.20 | hrs | ✓ |
| 11/16/2012 | RBS | Obtain pleadings from various securities cases.                               | L310 | 0.20 | hrs | ✓ |
| 11/16/2012 | RBS | Prepare report of recent filings in securities cases for Mr. Phillips.        | L310 | 0.10 | hrs | ✓ |

932   00058                                                           Invoice # 52558                     Page 3

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 11/18/2012 | JALB | Correspondence with Mr. Wishnew (Morrison & Foerster) regarding strategy for handling claims. | L120 | 0.10 hrs ✓ |
| 11/19/2012 | JALB | Correspondence with Mr. Wishnew regarding strategy for handling claims. | L120 | 0.10 hrs ✓ |
| 11/20/2012 | RBS | Obtain recent filings of various securities cases. | L310 | 0.20 hrs ✓ |
| 11/20/2012 | RBS | Prepare report of recent filings in securities cases for Mr. Phillips. | L310 | 0.10 hrs ✓ |
| 11/26/2012 | JALB | Attend meeting with Mr. Wishnew, Mr. Rosenbaum (both Morrison & Foerster) regarding proposed plan for claims resolution. | L120 | 0.20 hrs |
| 11/26/2012 | JALB | Discuss claims handling process with Mr. Lipps. | L120 | 0.20 hrs |
| 11/26/2012 | DAB | Conference with Ms. Moss (Morrison & Foerster) regarding subordination issues on securities claims. | L120 | 0.20 hrs |
| 11/27/2012 | JAL | Review motion of AIG to classify PLS Securities claims and rep. and warranty claims regarding same (3.30). Telephone conference with Mr. Beck regarding same (.50). Review and respond to e-mails regarding same (.10). | L120 | 3.90 hrs |
| 11/27/2012 | DAB | Communicate with Mr. Lipps, Ms. Battle and Mr. Beekhuizen regarding AIG motions on claims status. | L120 | 0.20 hrs |
| 11/28/2012 | JAL | Review and respond to e-mails regarding AIG's subordination motion. | L120 | 0.30 hrs |
| 11/28/2012 | JALB | Review notes from Mr. Beck regarding AIG motion. | L120 | 0.10 hrs |
| 11/28/2012 | DAB | Review and analyze AIG motion on claims subordination. | L120 | 0.60 hrs |
| 11/28/2012 | DAB | Read previous Morrison & Foerster memoranda on claims subordination. | L120 | 0.30 hrs |
| 11/28/2012 | DAB | Prepare for call on AIG motion by outlining key issues. | L120 | 0.20 hrs |
| 11/28/2012 | DAB | Call with Mr. Marinuzzi and Mr. Newton (Morrison & Foerster) regarding AIG motion. | L120 | 0.30 hrs |

932  00057                                              Invoice # 51835                           Page 2

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 10/01/2012 | JAL | Review disclosures of experts by potential objectors (.30). Conference with Mr. Beck regarding obtaining background on experts (.20). Review and respond to e-mails regarding discovery disputes and experts' background (.20). Conference with Ms. Battle regarding same (.30). | L130 | 1.00 hrs |
| 10/01/2012 | VLS | Review seller files recently obtained and loaded into DTI database. (.30) Annotate same for production to UCC. (.20) | L320 | (5.00 hrs) .5 |
| 10/01/2012 | JALB | Telephone conference with Mr. Rains (Morrison & Foerster) regarding scope of supporting materials relating to declaration. | L120 | 0.20 hrs |
| 10/01/2012 | JALB | Telephone conference with Mr. Clark (Morrison & Foerster) regarding status of production for seller files and other materials. | L120 | 0.20 hrs |
| 10/01/2012 | JALB | Respond to Morrison & Foerster questions regarding status of document productions. | L120 | 0.30 hrs |
| 10/01/2012 | JALB | Begin reviewing draft privilege log. | L320 | 0.20 hrs |
| 10/01/2012 | JALB | Meet with Mr. Lipps regarding scope of supporting materials relating to declaration. | L120 | 0.40 hrs |
| 10/01/2012 | DAB | Conference with Mr. Lipps and Ms. Battle regarding preparations for expert depositions in RMBS and other discovery tasks related to 9019 motion. | L120 | 0.30 hrs |
| 10/01/2012 | DAB | Conference with Ms. Levitt (Morrison & Foerster) regarding statute of limitations analysis needed on RMBS claims and expert witnesses identified by potential objectors. | L120 | 0.30 hrs |
| 10/01/2012 | DAB | Communicate with Ms. Levitt (Morrison & Foerster) regarding background of expert witnesses identified by potential objectors to RMBS settlement. | L120 | 0.30 hrs |
| 10/01/2012 | DAB | Analyze RMBS transaction documents on statute of limitation issues. | L120 | 0.70 hrs |
| 10/01/2012 | JRC | Conference with Ms. Battle regarding RMBS trust settlement motion. | L210 | 0.30 hrs |
| 10/01/2012 | JRC | Review and analyze supplemental declaration of Mr. Lipps in order to prepare for expert reports of parties objecting to the RMBS trust settlement. | L210 | 0.50 hrs |
| 10/01/2012 | JRC | Review and analyze Residential Capital, LLC's | L210 | 0.40 hrs |