# EXHIBIT D

# EXHIBIT E

# EXHIBIT F

# EXHIBIT G

# EXHIBIT H

# EXHIBIT I

# EXHIBIT J

# EXHIBIT K

# EXHIBIT L

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | | DATE: | 12/06/12 |
| 020530-0002 | CHAPTER 11 | | INVOICE #: | 230023 |

FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 10/17/12 | MW | REVIEW DOCUMENTS FOR 10/17/12 (.4); E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.60 | 129.00 |
| 10/18/12 | MW | REVIEW COURT FILINGS FOR 10/18/12 (.4) E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.60 | 129.00 |
| 10/19/12 | MW | REVIEW COURT FILINGS FOR 10/19/12 (.3); E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.50 | 107.50 |
| 10/22/12 | MW | REVIEW COURT FILINGS FOR 10/22/12 (.4) E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.60 | 129.00 |
| 10/23/12 | MW | REVIEW COURT FILINGS FOR 10/23/12; (.4); UPDATE CALENDAR (.1); DAILY E-MAIL DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.70 | 150.50 |
| 10/24/12 | MW | REVIEW COURT FILING FOR 10/24/12 (.4); REVIEW THIRD SCHEDULING ORDER RE DEBTORS' MOTION FOR APPROVAL OF RMBS SETTLEMENTS (.1); CALENDAR ALL DEADLINES (.2); E-DAILY MAIL DOCKET TO ATTORNEYS WITH PLEADINGS (.3). | 1.00 | 215.00 |
| 10/25/12 | MW | RETRIEVE COURT FILINGS FOR 10/25/12 (.3); E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.50 | 107.50 |
| 10/26/12 | MW | REVIEW COURT FILINGS FOR 10/26/12 (.3); E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.50 | 107.50 |
| 10/29/12 | MW | REVIEW COURT FILINGS FOR 10/27/12 THROUGH 10/29/12 (.4); E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.60 | 129.00 |
| 10/30/12 | MW | REVIEW COURT FILINGS FOR 10/30/12 (.3); E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.50 | 107.50 |
| 10/31/12 | MW | REVIEW COURT FILINGS FOR 10/31/12 (.4); E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.60 | 129.00 |
| TOTAL TASK CODE | | B110 Case Administration | 14.50 | 3117.50 |
| TASK CODE | B160 | Fee/Employment Applications | | |
| 10/08/12 | MW | REVIEW MAY 14, 2012 THROUGH AUGUST 31, 2012 MC INVOICE (.7); START DRAFTING EXHIBITS TO FIRST FEE APP (1.3). | 2.00 | 430.00 |
| 10/12/12 | MW | REVIEW SEPTEMBER INVOICE (.7); REVISE SAME (.4); FOLLOW UP WITH ACCOUNTING (.1). | 1.20 | 258.00 |
| 10/16/12 | RKD | DRAFT NARRATIVE SECTION OF FIRST INTERIM FEE APPLICATION (4.1); REVIEW MONTHLY FEE STATEMENTS IN CONNECTION WITH SAME (.8). | 4.90 | 2,572.50 |

Handwritten annotations: $215 p/h; $525 p/h; R 150.50; R 236.50; R 420.00; $807

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | | DATE: | 12/06/12 |
|---|---|---|---|---|
| 020530-0002 | CHAPTER 11 | | INVOICE # : | 230242 |

FOR PROFESSIONAL SERVICES RENDERED AS OF NOVEMBER 30, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 11/19/12 | MW | RETRIEVE COURT FILINGS FROM 11/17/12 THROUGH 11/19/12; E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.40 | 86.00 |
| 11/20/12 | MW | RETRIEVE COURT FILINGS FOR 11/20/12 (.4); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.50 | 107.50 |
| 11/21/12 | MW | RETRIEVE COURT FILINGS FOR 11/21/12 (.3); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.40 | 86.00 |
| 11/26/12 | MW | REVIEW COURT FILINGS FROM 11/22/12 THROUGH 11/26/12 (.7); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.80 | 172.00 |
| 11/27/12 | MW | RETRIEVE COURT FILINGS FOR 11/27/12 (.3); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.40 | 86.00 |
| 11/28/12 | MW | RETRIEVE COURT FILINGS FOR 11/8/12 (.4); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.50 | 107.50 |
| 11/29/12 | MW | RETRIEVE COURT FILINGS FOR 11/29/12 (.4); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.50 | 107.50 |
| 11/30/12 | MW | REVIEW COURT FILINGS FOR 11/30/12 (.3); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.40 | 86.00 |
| TOTAL TASK CODE | | B110     Case Administration | 9.90 | 2128.50 |
| TASK CODE   B160 | | Fee/Employment Applications | | |
| 11/08/12 | MW | REVISIONS TO MC SEPTEMBER INVOICE. | 0.70 | 150.50 |
| TOTAL TASK CODE | | B160     Fee/Employment Applications | 0.70 | 150.50 |
| TASK CODE   B260 | | Board of Directors Matters | | |
| 11/01/12 | DAP | EMAIL WITH COUNSEL FOR WILMINGTON TRUST REGARDING DISCOVERY (.2); E-MAIL WITH RKD RE PRIVILEGE LOG (.3); EMAIL REGARDING BOARD MEETING (.2); REV. BOARD MTG MATERIALS (.4); REVIEW 9019 PLEADINGS (1.5). | 2.30 | 1,322.50 |
| 11/01/12 | JTM | DISCUSSIONS WITH BOARD MEMBERS CONCERNING EXAMINER INTERVIEWS. | 0.60 | 411.00 |
| 11/01/12 | MC | REVIEW COMPENSATION COMMITTEE MATERIALS (1.1); FOLLOW UP RE: DISCOVERY SCHEDULE (.9). | 2.00 | 1,140.00 |
| 11/01/12 | RKD | EMAILS WITH D. PEIDRA REGARDING SCHEDULING CALL WITH COUNSEL FOR WILMINGTON RE: PRIV LOG (.3); EMAILS WITH M. LIGHTNER (CLEARY) REGARDING SAME (.1). | 0.40 | 210.00 |

# MorrisonCohen<sub>LLP</sub>

| | | | |
|---|---|---|---|
| 020530 | RESCAP, LLC | DATE: | 02/11/13 |
| 020530-0002 | CHAPTER 11 | INVOICE #: | 232437 |

TAMMY HAMZEHPOUR, GENERAL COUNSEL  
GMAC RESCAP  
ONE MERIDIAN CROSSINGS, SUITE 100  
MINNEAPOLIS, MN 55423

TAXPAYER IDENTIFICATION  
NUMBER 13-3205994

FOR PROFESSIONAL SERVICES RENDERED AS OF DECEMBER 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| TASK CODE | B110 | Case Administration | | |
| 12/04/12 | MW | REVIEW COURT FILINGS FOR 12/4/12 (.3); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.30 | 64.50 |
| 12/05/12 | MW | REVIEW COURT FILINGS FOR 12/5/12 (.3); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.40 | 86.00 |
| 12/06/12 | MW | REVIEW COURT FILINGS FOR 12/6/12 (.3); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.40 | 86.00 |
| 12/07/12 | JPR | UPLOADED DATA TO D4 FOR PROCESSING TO RELATIVITY. | 0.80 | 288.00 |
| 12/11/12 | MW | REVIEW COURT FILINGS FOR 12/11/12 (.3); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.40 | 86.00 |
| 12/12/12 | MW | REVIEW COURT FILINGS FOR 12/12/12 (.4); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.50 | 107.50 |
| 12/13/12 | MW | REVIEW COURT FILINGS FOR 12/13/12 (.3); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.40 | 86.00 |
| 12/13/12 | MW | PREPARING BINDERS FOR JTM WITH DOCUMENTS SUBMITTED PER EXAMINER'S REQUEST. | 2.60 | 559.00 |
| 12/14/12 | MW | REVIEW COURT FILINGS FOR 12/14/12 (.3); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.40 | 86.00 |
| 12/18/12 | MW | REVIEW COURT FILINGS FOR 12/18/12 (.2); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.30 | 64.50 |
| 12/19/12 | MW | REVIEW COURT FILINGS FOR 12/19/12 (.3); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.40 | 86.00 |
| 12/20/12 | MW | REVIEW COURT FILINGS FOR 12/20/12 (.4); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.50 | 107.50 |
| TOTAL TASK CODE | B110 | Case Administration | 7.40 | 1707.00 |
| TASK CODE | B160 | Fee/Employment Applications | | |
| 12/07/12 | MW | REVIEW MC NOVEMBER INVOICE (.3); REVISE SAME (.5); DRAFT COVER LETTER (.4). | 1.20 | 258.00 |

*handwritten annotations: "$215 p/h" and "R $172"*

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | | DATE: 02/11/13 |
| 020530-0002 | CHAPTER 11 | | INVOICE # : 232437 |

| | | | | |
|---|---|---|---|---|
| TOTAL TASK CODE | B160 | Fee/Employment Applications | 1.20 | 258.00 |
| TASK CODE B170 | | Fee/Employment Objections | | |
| 12/07/12 | MW | REVIEW US TRUSTEE OBJECTION TO FEE APPLICATIONS (.4); E-MAIL SAME TO RKD (.1). | 0.50 | 107.50 |
| 12/07/12 | RKD | REVISE MONTHLY FEE STATEMENTS TO REMOVE CONFIDENTIAL MATERIALS (1.1); OFFICE CONFERENCE WITH M. WIATRAK REGARDING SAME (.1); EMAILS WITH M. CONNOLLY REGARDING SAME (.1); REVIEW UST OBJECTION TO MOCO FIRST QUARTERLY FEE APPLICATION (.7); OFFICE CONFERENCE WITH J. MOLDOVAN REGARDING SAME (.1). | 2.10 | 1,102.50 |
| 12/12/12 | NS | CONFERENCE WITH ROBERT DAKIS RE: PORTION OF U.S. TRUSTEE'S OMNIBUS OBJECTION TO FIRST INTERIM FEE APPLICATIONS RELEVANT TO MORRISON COHEN (MOCO), AND NEED FOR A PROMPT INFORMAL RESPONSE (0.2); REVIEW RELEVANT PORTIONS OF U.S. TRUSTEE'S OBJECTION AND MOCO FIRST INTERIM FEE APPLICATION (0.6). | 0.80 | 360.00 |
| 12/13/12 | NS | ANALYSIS OF U.S. TRUSTEE'S FEE APPLICATION OBJECTION AND DRAFT A SUMMARY RESPONSE (4.5); DRAFT A TRANSMITTAL E-MAIL TO U.S. TRUSTEE'S ATTORNEYS WITH THE SUMMARY RESPONSE AND REQUESTING A CONFERENCE CALL TO DISCUSS THEIR OBJECTION AND THE MOCO RESPONSE (0.3). | 4.80 | 2,160.00 |
| 12/14/12 | NS | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH U.S. TRUSTEE'S ATTORNEYS RE: MOCO PORTION OF U.S. TRUSTEE'S OMNIBUS OBJECTION TO FIRST INTERIM FEE APPLICATIONS AND THE MOCO RESPONSE (1.7); FOLLOW-UP EXPENSE AND FEE CALCULATIONS TO ADDRESS QUESTIONS POSED BY THE U.S. TRUSTEE'S ATTORNEYS DURING CONFERENCE CALL (0.5); DRAFT SUPPLEMENTAL E-MAIL REPLY TO U.S. TRUSTEE'S ATTORNEYS WITH ANSWERS AND COUNTER-OFFER TO RESOLVE THE OBJECTION (0.3); REVIEW REPLY E-MAIL FROM U.S. TRUSTEE'S ATTORNEY ACCEPTING THE MOCO COUNTER-OFFER TO RESOLVE THE OBJECTION, ADVISE ROBERT DAKIS (0.1). | 2.60 | 1,170.00 |
| 12/14/12 | RKD | TELEPHONE CONFERENCE WITH B. MASOMOTO, M. DRISCOLL AND N. SIEGEL REGARDING UST OBJECTION TO MOCO FEE APPLICATION (.6); OFFICE CONFERENCES WITH J. MOLDOVAN, AND M. CONNOLLY REGARDING SAME (.2); EMAILS WITH J. LEVY, ET AL., REGARDING SAME (.1). | 0.90 | 472.50 |

909 Third Avenue, New York, NY 10022-4731 * p:212.735.8600 * f:212.735.8708 * www.morrisoncohen.com

# MorrisonCohen LLP

| 020530 | RESCAP, LLC |  | DATE: | 02/11/13 |
|---|---|---|---|---|
| 020530-0002 | CHAPTER 11 |  | INVOICE #: | 232437 |

FOR PROFESSIONAL SERVICES RENDERED AS OF DECEMBER 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 12/18/12 | NS | FOLLOW-UP COMMUNICATIONS WITH U.S. TRUSTEE'S COUNSEL CONFIRMING RESOLUTION OF THEIR FEE OBJECTION. | 0.30 | 135.00 |
| 12/20/12 | RKD | ATTEND OMNIBUS HEARING, INCLUDING HEARING ON FEE APPLICATIONS (5.1). | 5.10 | 2,677.50 |
| TOTAL TASK CODE | | B170  Fee/Employment Objections | 17.10 | 8185.00 |
| TASK CODE  B260 | | Board of Directors Matters | | |
| 12/01/12 | DAP | REVIEW AND COMMENT ON PROPOSED LETTER TO CLEARY CONCERNING IB FINANCE TRANSACTION ISSUE RAISED DURING EXAMINER INTERVIEW OF TED SMITH (.5); EMAIL CORRESPONDENCE WITH JAMIE LEVITT RE: SAME (.4); REVIEW NOTES REGARDING INDEPENDENT DIRECTOR COMMITTEE MEETINGS (.4); REVIEW DOCUMENT PRODUCTION FOR CLEARY (.4). | 1.70 | 977.50 |
| 12/01/12 | JTM | REVIEW AND RESPOND TO EMAILS RE PRODUCTION OF MATERIAL TO EXAMINER AND WILMINGTON (.9); REVIEW PROPOSED EMAIL TO COUNSEL FOR EXAMINER RE SMITH EXAMINATION (.5). | 1.40 | 959.00 |
| 12/02/12 | JTM | REVIEW OF MATERIAL POST TED SMITH EXAMINATION FOR SUPPLEMENAL SUBMISSION TO EXAMINER. | 3.70 | 2,534.50 |
| 12/03/12 | DAP | REVIEW MATERIALS FOR JOHN MACK INTERVIEW PREPARATION (3.5); MEET WITH JOHN MACK FOR INTERVIEW PREPARATION (4.5); CONFERENCE JTM AND LEVITT AT MOFO RE: 9019 STATUS AND STRATEGY (.5); REVIEW MACK DEPOSITION TRANSCRIPT FOR FURTHER CHANGES (.5); RECEIVE/REVIEW CORRESPONDENCE FROM TOM MALONEY CONCERNING SUBPOENA TO JOHN MACK (.4); PREPARE RESPONSE TO MALONEY LETTER (.5). | 9.90 | 5,692.50 |
| 12/03/12 | JTM | PREP JOHN MACK FOR EXAMINATION BY EXAMINER (4.4); REVIEW MATERIALS IN CONNECTION WITH SAME (3.7); REVIEW MOTION TO APPOINT MEDIATOR (.8). | 8.90 | 6,096.50 |
| 12/04/12 | DAP | REVIEW MATERIALS FOR EXAMINER INTERVIEW BINDER (4.5) PREPARE FOR THE EXAMINER INTERVIEW OF JOHN MACK, MEETING WITH JOHN MACK, JOE MOLDOVAN AND JAMIE LEVITT AT MOFO (5.5); CORRESPONDENCE WITH MOFO RE: SAME (.4); ATTEND TO COLLECTION OF DOCUMENTS FROM FORMER DIRECTOR KARIN HIRTLER-GARVEY (.8); CORRESPONDENCE JOEL HAIMS AT MOFO CONCERNING D&O INSURANCE RENEWAL/EXTENSION FOR INDEPENDENTS (.6). | 11.80 | 6,785.00 |

$5507.50