# EXHIBIT F

GMAC Mortgage LLC
Ally Financial, Inc.
Client/Matter Number: 139697.00002
October 15, 2012

Invoice: 10775556
Page 6

| Date | Name | Services | Time |
|------|------|----------|------|
| 8/19/12 | D. Kovsky-Apap | Work on standing review. | 0.20 |
| 8/19/12 | D. Kovsky-Apap | Review loan files. | 0.80 |
| 8/19/12 | L.S. Welwarth | Updated case analysis for stay damage recommendations; reviewed case law re technical violations | 2.70 |
| 8/20/12 | G. Apfel | Work on legal review process. | 2.30 |
| 8/20/12 | G. Apfel | Review loan files. | 1.80 |
| 8/20/12 | G. Apfel | Work on training materials. | 1.60 |
| 8/20/12 | G. Apfel | Work on retention application. | 0.40 |
| 8/20/12 | J. VandeWyngearde | Loan review with D. Kovsky. | 1.20 |
| 8/20/12 | D. Kovsky-Apap | Work on loan review testing. | 5.60 |
| 8/20/12 | D. Kovsky-Apap | Revise memorandum re stay violations. | 0.60 |
| 8/20/12 | D. Kovsky-Apap | Email to G. Apfel re stay violations. | 0.10 |
| 8/20/12 | D. Kovsky-Apap | Correspondence with G. Apfel and L. Welwarth re borrower harm memo. | 0.20 |
| 8/20/12 | D. Kovsky-Apap | Prepare for training session with primary reviewers. | 0.80 |
| 8/20/12 | L.S. Welwarth | Work on borrower memo, including review of additional cases; research re technical violations vs willful violations; computation and analysis of average awards granted. | 6.50 |
| 8/21/12 | G. Apfel | Work with D. Kovsky and S. Peltier on revisions to review process. | 1.20 |
| 8/21/12 | G. Apfel | Train reviewers for legal review process. | 7.70 |
| 8/21/12 | J. VandeWyngearde | Brief review of checklist for stay review. | 0.20 |
| 8/21/12 | J. VandeWyngearde | Participate in training for legal review process. | 7.70 |
| 8/21/12 | Andrea M. de Vries | Participate in training for legal review process. | 7.70 |
| 8/21/12 | C.A. DiValentino | Participate in training for legal review process. | 7.70 |
| 8/21/12 | A.L. Harris | Participate in training for legal review process. | 7.70 |
| 8/21/12 | C.B. Holtzman | Participate in training for legal review process. | 7.70 |
| 8/21/12 | D. Kovsky-Apap | Train reviewers on legal review process. | 7.70 |
| 8/21/12 | D. Kovsky-Apap | Work with G. Apfel and S. Peltier on revisions to review process. | 1.20 |
| 8/21/12 | A. Mavraganis | Participate in training for legal review process. | 7.70 |
| 8/21/12 | A.J.P.R. Rhee | Participate in training for legal review purposes. | 7.70 |
| 8/21/12 | N.R. Smarr | Participate in training for legal review process. | 7.70 |
| 8/21/12 | R.R. Tooley | Participate in training for legal review process. | 7.70 |
| 8/21/12 | L.S. Welwarth | Participate in legal training review process. | 7.70 |
| 8/22/12 | G. Apfel | Training reviewers for legal review process. | 3.40 |
| 8/22/12 | G. Apfel | Work on legal review process. | 1.40 |

GMAC Mortgage LLC
Ally Financial, Inc.
Client/Matter Number: 139697.00002                                    Invoice: 10775556
October 15, 2012                                                       Page 7

| Date | Name | Services | Time |
|------|------|----------|------|
| 8/22/12 | G. Apfel | Work on PwC review process, including telephone conversation with Adam Kelly. | 1.20 |
| 8/22/12 | Andrea M. de Vries | Participate in training for legal review process. | 3.80 |
| 8/22/12 | C.A. DiValentino | Participate in training for legal review process. | 3.80 |
| 8/22/12 | C.B. Holtzman | Participate in training for legal review process. | 3.80 |
| 8/22/12 | D. Kovsky-Apap | Review issues raised in review process with G. Apfel. | 0.40 |
| 8/22/12 | D. Kovsky-Apap | Train reviewers on legal review process. | 3.80 |
| 8/22/12 | A. Mavraganis | Participate in training for legal review process. | 3.80 |
| 8/22/12 | N.R. Smarr | Participate in training for legal review process. | 2.80 |
| 8/22/12 | R.R. Tooley | Participate in training for legal review process. | 3.80 |
| 8/22/12 | L.S. Welwarth | Participated in legal review training process. | 3.80 |
| 8/22/12 | L.S. Welwarth | Damage analysis memo draft. | 2.80 |
| 8/23/12 | G. Apfel | Work on loan review and legal review process. | 2.10 |
| 8/23/12 | D. Kovsky-Apap | Email to primary reviewers re fees review. | 0.10 |
| 8/23/12 | D. Kovsky-Apap | Review and revise fees checklist. | 0.60 |
| 8/23/12 | D. Kovsky-Apap | Work on review of test loan files. | 2.90 |
| 8/23/12 | D. Kovsky-Apap | Correspondence with S. Peltier and J. Basin re test loan files. | 0.20 |
| 8/23/12 | D. Kovsky-Apap | Email from N. Meliti re second stage of loan review. | 0.10 |
| 8/23/12 | D. Kovsky-Apap | Begin substantive stay review of loan file. | 0.80 |
| 8/23/12 | D. Kovsky-Apap | Email to N. Meliti with questions re review of call notes. | 0.10 |
| 8/23/12 | A.J.P.R. Rhee | Review mortgage review checklist, fees checklist, and substantive presentation notes in preparation to commence review. | 2.00 |
| 8/23/12 | L.S. Welwarth | Review of draft fees and stay checklists for training. | 0.60 |
| 8/24/12 | G. Apfel | IFR bankruptcy subcommittee conference call. | 0.50 |
| 8/24/12 | G. Apfel | Work on legal review process. | 1.20 |
| 8/24/12 | G. Apfel | Work on applicability of stay to recording of deed issue. | 0.80 |
| 8/24/12 | Andrea M. de Vries | Review background documents for legal review process. | 2.90 |
| 8/25/12 | D. Kovsky-Apap | Review email and case re presentment and recordation of deeds. | 0.20 |
| 8/25/12 | D. Kovsky-Apap | Review legal research re relation-back statute and email to G. Apfel re same. | 0.20 |
| 8/27/12 | G. Apfel | Review cases regarding borrower harm and work on memorandum. | 3.10 |

GMAC Mortgage LLC
Ally Financial, Inc.
Client/Matter Number: 139697.00002                                                Invoice: 10775556
October 15, 2012                                                                             Page 9

| Date | Name | Services | Time |
|------|------|----------|------|
| 8/29/12 | Andrea M. de Vries | Participate in training for legal review process. | 3.90 |
| 8/29/12 | A.L. Harris | Participate in training for legal review process. | 3.90 |
| 8/29/12 | A.L. Harris | Review materials for legal review process training. | 0.50 |
| 8/29/12 | C.B. Holtzman | Participate in training for legal review process. | 3.90 |
| 8/29/12 | D. Kovsky-Apap | Train primary reviewers on review processes. | 3.90 |
| 8/29/12 | D. Kovsky-Apap | Work with G. Apfel, J. VandeWyngearde, S. Peltier and PwC on review processes. | 4.00 |
| 8/29/12 | A. Mavraganis | Participate in training for legal review process. | 3.90 |
| 8/29/12 | A. Mavraganis | Prepare for training for legal review process by reviewing materials package. | 1.40 |
| 8/29/12 | A.J.P.R. Rhee | Participate in training for purposes of legal review. | 2.50 |
| 8/29/12 | R.R. Tooley | Participate in training for legal review process. | 3.90 |
| 8/29/12 | R.R. Tooley | Prepare for training for legal review process by reviewing materials package. | 2.00 |
| 8/29/12 | L.S. Welwarth | Reviewed checklist for "impermissible fees" legal review in anticipation of loan review training. | 0.20 |
| 8/29/12 | L.S. Welwarth | Participated in loan review training with K. Kovsky. | 3.90 |
| 8/30/12 | G. Apfel | Work on legal review process; | 1.90 |
| 8/30/12 | G. Apfel | Work on borrower harm issue. | 0.70 |
| 8/30/12 | G. Apfel | Review loan files; | 0.80 |
| 8/30/12 | J. VandeWyngearde | Train primary reviewers on review process. | 2.30 |
| 8/30/12 | J. VandeWyngearde | Meeting with initial reviewers. | 0.50 |
| 8/30/12 | Andrea M. de Vries | Participate in training for legal review process. | 2.30 |
| 8/30/12 | C.B. Holtzman | Participate in training for legal review process. | 2.30 |
| 8/30/12 | D. Kovsky-Apap | Train primary reviewers on review processes. | 2.30 |
| 8/30/12 | D. Kovsky-Apap | Respond to question from C. Chun re fees observations. | 0.10 |
| 8/30/12 | D. Kovsky-Apap | Review and revise Q&A from training session. | 0.20 |
| 8/30/12 | A. Mavraganis | Participate in legal review process. | 2.00 |
| 8/30/12 | A. Mavraganis | Review checklists and training materials to prepare for training session. | 1.10 |
| 8/30/12 | A.J.P.R. Rhee | Participate in training for purposes of legal review. | 2.00 |
| 8/30/12 | L.S. Welwarth | Participated in foreclosure look back review training with D. Kovsky. | 2.30 |
| 8/31/12 | G. Apfel | Participate in IFR subcommittee call. | 0.50 |
| 8/31/12 | G. Apfel | Work on legal review process; | 0.80 |
| 8/31/12 | G. Apfel | Work on Pepper Retention Application. | 1.20 |
| 8/31/12 | C.B. Holtzman | Review sharepoint and powerpoint slides for training. | 1.30 |

# Pepper Hamilton LLP
#### Attorneys at Law

Suite 1670
Wells Fargo Tower
333 South Grand Avenue
Los Angeles, CA 90071
213.293.3160

Invoice Number: 10775805
Client/Matter Number: 139697.00002
October 15, 2012

Tammy Hamzehpour, General Counsel
GMAC Mortgage LLC
1100 Virginia Drive
Fort Washington, PA 19034

William B. Solomon, Jr., General Counsel
Ally Financial, Inc.
P.O. Box 200
200 Renaissance Center
Detroit, MI 48265-2000

Requesting Attorney: Gary Apfel

Federal Identification No. 23-1433012

FOR PROFESSIONAL SERVICES RENDERED from September 1, 2012 through September 30, 2012
as follows:

RE:   **Foreclosure Look Back Review**

| Date | Name | Services | Time |
|------|------|----------|------|
| 9/1/12 | D. Kovsky-Apap | Review revisions to retention documents and questions raised by Morrison & Foerster. | 0.50 |
| 9/1/12 | D. Kovsky-Apap | Correspondence with G. Apfel and D. Clarke re additional information needed for retention documents. | 0.10 |
| 9/4/12 | G. Apfel | Work on stay and fees legal review processes. | 1.90 |
| 9/4/12 | G. Apfel | Work on Pepper Hamilton and Hudson Cook retention applications. | 2.60 |
| 9/4/12 | G. Apfel | Work on stay review process. | 1.10 |
| 9/4/12 | G. Apfel | Review loan files. | 1.80 |
| 9/4/12 | J. VandeWyngearde | Exchange emails with D. Kovsky re initial reviewers questions. | 0.20 |
| 9/4/12 | J. VandeWyngearde | Review loan files. | 2.90 |
| 9/4/12 | J. VandeWyngearde | Review and analyze Pepper's status tracker for first ten loans and related email from S. Peltier. | 0.10 |
| 9/4/12 | Andrea M. de Vries | Review loan files. | 2.90 |
| 9/4/12 | C.A. DiValentino | Review loan files. | 2.90 |
| 9/4/12 | A.L. Harris | Review loan files. | 2.90 |
| 9/4/12 | C.B. Holtzman | Review loan files. | 2.90 |

GMAC Mortgage LLC
Ally Financial, Inc.
Client/Matter Number: 139697.00002
October 15, 2012

Invoice: 10775805
Page 2

| Date | Name | Services | Time |
|------|------|----------|------|
| 9/4/12 | D. Kovsky-Apap | Review loan files. | 2.90 |
| 9/4/12 | D. Kovsky-Apap | Work on retention applications and declarations. | 2.10 |
| 9/4/12 | D. Kovsky-Apap | Correspondence with J. Newton re disclosures in declaration. | 0.10 |
| 9/4/12 | D. Kovsky-Apap | Correspondence with G. Apfel re revisions to retention documents. | 0.10 |
| 9/4/12 | D. Kovsky-Apap | Review further revisions to retention documents. | 0.10 |
| 9/4/12 | D. Kovsky-Apap | Correspondence with G. Apfel re data transfer issues with PwC. | 0.10 |
| 9/4/12 | D. Kovsky-Apap | Email from G. Apfel re additional review question. | 0.10 |
| 9/4/12 | A. Mavraganis | Review loan files. | 2.90 |
| 9/4/12 | A.J.P.R. Rhee | Review loan files. | 2.30 |
| 9/4/12 | R.R. Tooley | Review loan files. | 2.90 |
| 9/4/12 | L.S. Welwarth | Review loan files. | 2.90 |
| 9/5/12 | G. Apfel | Work on retention application. | 0.80 |
| 9/5/12 | G. Apfel | Review loan files. | 4.40 |
| 9/5/12 | R. Hertzberg | Review revised declaration and emails with D. Kovsky re same. | 0.50 |
| 9/5/12 | J. VandeWyngearde | Loan review. | 5.50 |
| 9/5/12 | Andrea M. de Vries | Review loan files. | 5.50 |
| 9/5/12 | C.A. DiValentino | Review loan files. | 5.50 |
| 9/5/12 | C.B. Holtzman | Review loan files. | 5.50 |
| 9/5/12 | D. Kovsky-Apap | Work with S. Peltier on revisions to review process. | 1.50 |
| 9/5/12 | D. Kovsky-Apap | Review loan files. | 5.50 |
| 9/5/12 | D. Kovsky-Apap | Telephone conference with C. Chun and G. Apfel re revisions to fees review process. | 0.20 |
| 9/5/12 | A. Mavraganis | Review loan files. | 5.50 |
| 9/5/12 | A.J.P.R. Rhee | Review loan files. | 5.50 |
| 9/5/12 | R.R. Tooley | Review loan files. | 5.50 |
| 9/5/12 | L.S. Welwarth | Review loan files. | 5.50 |
| 9/5/12 | L.S. Welwarth | Research re exempt property in bankruptcy filing; borrower harm, responsibilities of creditor with respect to third party purchaser of invalid foreclosure sale; standing orders with respect to acts not considered stay violations | 2.00 |
| 9/6/12 | G. Apfel | Review loan files. | 3.10 |
| 9/6/12 | G. Apfel | Work on loan review process. | 1.30 |
| 9/6/12 | G. Apfel | Research on automatic payments. | 0.80 |
| 9/6/12 | G. Apfel | Conference call with PwC and Hudson Cook re standing review process. | 0.40 |

GMAC Mortgage LLC
Ally Financial, Inc.
Client/Matter Number: 139697.00002                                        Invoice: 10775805
October 15, 2012                                                                    Page 3

| Date | Name | Services | Time |
|------|------|----------|------|
| 9/6/12 | J. VandeWyngearde | Email to Pepper team re Pacer registration. | 0.20 |
| 9/6/12 | J. VandeWyngearde | Loan review. | 2.20 |
| 9/6/12 | J. VandeWyngearde | Review draft bankruptcy stay period activity classification chart. | 0.20 |
| 9/6/12 | Andrea M. de Vries | Review loan files. | 2.20 |
| 9/6/12 | C.A. DiValentino | Review loan files. | 2.20 |
| 9/6/12 | C.B. Holtzman | Review loan files. | 2.20 |
| 9/6/12 | D. Kovsky-Apap | Review loan files. | 2.20 |
| 9/6/12 | D. Kovsky-Apap | Work on retention applications. | 0.30 |
| 9/6/12 | D. Kovsky-Apap | Correspondence with J. Newton re retention applications. | 0.10 |
| 9/6/12 | D. Kovsky-Apap | Telephone conference with G. Apfel re standing review process. | 0.20 |
| 9/6/12 | D. Kovsky-Apap | Draft summary of revised standing review process and open issues. | 0.40 |
| 9/6/12 | D. Kovsky-Apap | Work on issue of jurisdictions with standing orders affecting automatic stay. | 0.10 |
| 9/6/12 | D. Kovsky-Apap | Review standing orders and local rules re loan modifications and the automatic stay. | 0.80 |
| 9/6/12 | D. Kovsky-Apap | Correspondence with N. Meliti and S. Peltier re loan review. | 0.20 |
| 9/6/12 | D. Kovsky-Apap | Correspondence with PwC and S. Peltier re data exchange and additional review questions. | 0.40 |
| 9/6/12 | D. Kovsky-Apap | Work on revisions to review process checklist. | 1.50 |
| 9/6/12 | A. Mavraganis | Review loan files. | 2.20 |
| 9/6/12 | A.J.P.R. Rhee | Review loan files. | 2.20 |
| 9/6/12 | R.R. Tooley | Review loan files. | 2.20 |
| 9/6/12 | L.S. Welwarth | Review loan files. | 2.20 |
| 9/6/12 | L.S. Welwarth | Research re implications of void foreclosure sale during automatic stay period and creditor's responsibility to third party purchaser; research re jurisdictions with standing orders and other provisions relating to actions permitted without need to file relief from stay motion | 2.50 |
| 9/7/12 | G. Apfel | Work on standing review process. | 1.80 |
| 9/7/12 | G. Apfel | Work on retention application. | 1.30 |
| 9/7/12 | G. Apfel | Participate in IFR subcommittee call. | 0.50 |
| 9/7/12 | G. Apfel | Research on escrow accounts. | 1.10 |
| 9/7/12 | J. VandeWyngearde | Exchange emails with D. Kovsky re effective date of conversion of case. | 0.20 |

Ally Financial, Inc.
Client/Matter Number: 139697.00002
November 14, 2012

Invoice: 10781718
Page 11

| Date | Name | Services | Time |
|------|------|----------|------|
| 10/26/12 | G. Apfel | Conference call with PWC re stay review process and standing review process. | 1.00 |
| 10/26/12 | W.R. Wagner | Review loan files. | 4.10 |
| 10/26/12 | K.B. Braun | Review loan files. | 3.00 |
| 10/26/12 | R.L. Vanderpool, IV | Review loan files. | 2.50 |
| 10/26/12 | J. VandeWyngearde | Review loan files. | 4.60 |
| 10/26/12 | E.L. Coccia | Review loan files. | 2.50 |
| 10/26/12 | Andrea M. de Vries | Review loan files | 6.30 |
| 10/26/12 | D. Kovsky-Apap | Telephone conference with G. Apfel and PwC re review process. | 1.20 |
| 10/26/12 | D. Kovsky-Apap | Work on legal review process. | 0.30 |
| 10/26/12 | D. Kovsky-Apap | Participate in weekly update call with PwC and Hudson Cook. | 0.70 |
| 10/26/12 | D. Kovsky-Apap | Review loan files. | 3.90 |
| 10/26/12 | A.J.P.R. Rhee | Review loan files. | 4.10 |
| 10/26/12 | R.R. Tooley | Review loan files. | 3.00 |
| 10/26/12 | L.S. Welwarth | Review loan files. | 0.50 |
| 10/26/12 | M. Alexsy | Work on legal review process. | 1.70 |
| 10/27/12 | K.B. Braun | Review loan files. | 1.50 |
| 10/27/12 | D. Kovsky-Apap | Review loan files. | 4.60 |
| 10/28/12 | G. Apfel | Work on borrower harm issue | 1.80 |
| 10/28/12 | C.B. Holtzman | Review loan files. | 5.40 |
| 10/28/12 | D. Kovsky-Apap | Review loan files. | 2.50 |
| 10/29/12 | G. Apfel | Review loan files | 1.60 |
| 10/29/12 | G. Apfel | Work on fees review process | 0.60 |
| 10/29/12 | G. Apfel | Work on legal review process | 0.80 |
| 10/29/12 | G. Apfel | Work on borrower harm issue, including conference call with Scott Moyer of PWC and Jacki Hitchings of FRB. | 1.60 |
| 10/29/12 | K. Kress | Review loan files. | 1.00 |
| 10/29/12 | K.B. Braun | Review loan files. | 2.10 |
| 10/29/12 | J. VandeWyngearde | Review loan files. | 3.30 |
| 10/29/12 | E.L. Coccia | Review loan files. | 4.30 |
| 10/29/12 | Andrea M. de Vries | Review loan files. | 4.80 |
| 10/29/12 | C.A. DiValentino | Review loan files. | 5.50 |
| 10/29/12 | A.L. Harris | Review loan files. | 2.30 |
| 10/29/12 | C.B. Holtzman | Review loan files. | 5.30 |
| 10/29/12 | D. Kovsky-Apap | Perform legal research re surrender of property. | 1.10 |
| 10/29/12 | D. Kovsky-Apap | Review loan files. | 3.00 |

Ally Financial, Inc.
Client/Matter Number: 139697.00002
November 14, 2012

Invoice: 10781718
Page 10

| Date | Name | Services | Time |
|------|------|----------|------|
| 10/24/12 | G. Apfel | Conference call with FRB, PwC and Hudson Cook. | 0.70 |
| 10/24/12 | G. Apfel | Review loan files. | 2.10 |
| 10/24/12 | G. Apfel | Work on legal review process. | 1.30 |
| 10/24/12 | W.R. Wagner | Review loan files. | 4.00 |
| 10/24/12 | K.B. Braun | Review loan files. | 6.30 |
| 10/24/12 | L.A. Poltrock | Review loan files. | 2.20 |
| 10/24/12 | R.L. Vanderpool, IV | Review loan files. | 7.15 |
| 10/24/12 | J. VandeWyngearde | Work on legal review process. | 0.30 |
| 10/24/12 | E.L. Coccia | Review loan files. | 2.00 |
| 10/24/12 | Andrea M. de Vries | Review loan files. | 5.70 |
| 10/24/12 | A.L. Harris | Review loan files. | 2.30 |
| 10/24/12 | D. Kovsky-Apap | Participate in weekly update call with PwC and regulators. | 0.70 |
| 10/24/12 | D. Kovsky-Apap | Review loan files. | 3.60 |
| 10/24/12 | D. Kovsky-Apap | Work on legal review process. | 0.90 |
| 10/24/12 | A. Mavraganis | Review loan files. | 2.40 |
| 10/24/12 | A.J.P.R. Rhee | Review loan files. | 2.00 |
| 10/24/12 | L.S. Welwarth | Review loan files. | 1.50 |
| 10/25/12 | G. Apfel | Work on borrower harm issue. | 0.80 |
| 10/25/12 | G. Apfel | Review loan files. | 3.40 |
| 10/25/12 | G. Apfel | Work on loan review process. | 1.10 |
| 10/25/12 | W.R. Wagner | Review loan files. | 2.10 |
| 10/25/12 | K.B. Braun | Review loan files. | 7.70 |
| 10/25/12 | L.A. Poltrock | Review loan files. | 5.90 |
| 10/25/12 | J. VandeWyngearde | Review loan files. | 6.20 |
| 10/25/12 | E.L. Coccia | Review loan files. | 3.50 |
| 10/25/12 | Andrea M. de Vries | Review loan files. | 5.70 |
| 10/25/12 | A.L. Harris | Review loan files. | 1.40 |
| 10/25/12 | D. Kovsky-Apap | Review loan files. | 6.20 |
| 10/25/12 | D. Kovsky-Apap | Work on loan review process. | 1.70 |
| 10/25/12 | A. Mavraganis | Review loan files. | 0.30 |
| 10/25/12 | A.J.P.R. Rhee | Review loan files. | 1.40 |
| 10/25/12 | R.R. Tooley | Review loan files. | 3.00 |
| 10/25/12 | L.S. Welwarth | Review loan files. | 1.30 |
| 10/26/12 | G. Apfel | Work on legal review process. | 0.60 |
| 10/26/12 | G. Apfel | Research on applicability of stay to recording of deed. | 1.80 |
| 10/26/12 | G. Apfel | Conference call with PWC and HUDCO re loan review process | 0.70 |

Ally Financial, Inc.
Client/Matter Number: 139697.00002                              Invoice: 10781718
November 14, 2012                                                        Page 11

| Date | Name | Services | Time |
|------|------|----------|------|
| 10/26/12 | G. Apfel | Conference call with PWC re stay review process and standing review process. | 1.00 |
| 10/26/12 | W.R. Wagner | Review loan files. | 4.10 |
| 10/26/12 | K.B. Braun | Review loan files. | 3.00 |
| 10/26/12 | R.L. Vanderpool, IV | Review loan files. | 2.50 |
| 10/26/12 | J. VandeWyngearde | Review loan files. | 4.60 |
| 10/26/12 | E.L. Coccia | Review loan files. | 2.50 |
| 10/26/12 | Andrea M. de Vries | Review loan files | 6.30 |
| 10/26/12 | D. Kovsky-Apap | Telephone conference with G. Apfel and PwC re review process. | 1.20 |
| 10/26/12 | D. Kovsky-Apap | Work on legal review process. | 0.30 |
| 10/26/12 | D. Kovsky-Apap | Participate in weekly update call with PwC and Hudson Cook. | 0.70 |
| 10/26/12 | D. Kovsky-Apap | Review loan files. | 3.90 |
| 10/26/12 | A.J.P.R. Rhee | Review loan files. | 4.10 |
| 10/26/12 | R.R. Tooley | Review loan files. | 3.00 |
| 10/26/12 | L.S. Welwarth | Review loan files. | 0.50 |
| 10/26/12 | M. Alexsy | Work on legal review process. | 1.70 |
| 10/27/12 | K.B. Braun | Review loan files. | 1.50 |
| 10/27/12 | D. Kovsky-Apap | Review loan files. | 4.60 |
| 10/28/12 | G. Apfel | Work on borrower harm issue | 1.80 |
| 10/28/12 | C.B. Holtzman | Review loan files. | 5.40 |
| 10/28/12 | D. Kovsky-Apap | Review loan files. | 2.50 |
| 10/29/12 | G. Apfel | Review loan files | 1.60 |
| 10/29/12 | G. Apfel | Work on fees review process | 0.60 |
| 10/29/12 | G. Apfel | Work on legal review process | 0.80 |
| 10/29/12 | G. Apfel | Work on borrower harm issue, including conference call with Scott Moyer of PWC and Jacki Hitchings of FRB. | 1.60 |
| 10/29/12 | K. Kress | Review loan files. | 1.00 |
| 10/29/12 | K.B. Braun | Review loan files. | 2.10 |
| 10/29/12 | J. VandeWyngearde | Review loan files. | 3.30 |
| 10/29/12 | E.L. Coccia | Review loan files. | 4.30 |
| 10/29/12 | Andrea M. de Vries | Review loan files. | 4.80 |
| 10/29/12 | C.A. DiValentino | Review loan files. | 5.50 |
| 10/29/12 | A.L. Harris | Review loan files. | 2.30 |
| 10/29/12 | C.B. Holtzman | Review loan files. | 5.30 |
| 10/29/12 | D. Kovsky-Apap | Perform legal research re surrender of property. | 1.10 |
| 10/29/12 | D. Kovsky-Apap | Review loan files. | 3.00 |

GMAC Mortgage LLC
Ally Financial, Inc.
Client/Matter Number: 139697.00002
October 15, 2012

Invoice: 10763440
Page 6

TOTAL CHARGEABLE HOURS ................................................................................................. 324.20

TOTAL FEES .................................................................................................... $180,792.00

## Meals

| Date | Code | Description | Units | Cost | Value |
|------|------|-------------|-------|------|-------|
| 05/22/12 | CON1 | Meals - GARY APFEL - TRAVEL TO PHILADELPHIA (5/16/12 CORNER BISTRO, PHILA) | 1 | 8.88 | 8.88 |
| 05/22/12 | CON1 | Meals - DEBORAH KOVSKY-APAP - (5/16 - THE COVENTRY DELI, PHILA.) - (PwC) | 1 | 4.89 | 4.89 |
| 05/22/12 | CON1 | Meals - DEBORAH KOVSKY-APAP - (5/15 - STARBUCKS, PHILA.) - (PwC) | 1 | 5.87 | 5.87 |
| 05/22/12 | CON1 | Meals - DEBORAH KOVSKY-APAP - (5/16 - SNACK, PHILA) - (PwC) | 1 | 3.25 | 3.25 |
| 05/22/12 | CON1 | Meals - DEBORAH KOVSKY-APAP - (5/16 - STARBUCKS, PHILA.) - PwC) | 1 | 5.45 | 5.45 |
| 05/22/12 | CON1 | Meals - GARY APFEL - TRAVEL TO PHILA (5/17/12 CORNER BISTRO, PHILA) | 1 | 12.24 | 12.24 |
| 05/22/12 | CON1 | Meals - DEBORAH KOVSKY-APAP - (5/17 - STARBUCKS, PHILA.) - (PwC) | 1 | 11.51 | 11.51 |
| 05/22/12 | CON1 | Meals - GARY APFEL - TRAVEL TO PHILADELPHIA (5/15/12 THE COVENTRY DELI, PHILA) | 1 | 8.94 | 8.94 |
| 05/22/12 | CON1 | Meals - GARY APFEL - TRAVEL TO PHILADELPHIA (5/16/12 FUJI MOUNTAIN JAPANESE RESTAURANT, PHILA) | 1 | 75.03 | 75.03 |
| 05/29/12 | CON1 | Meals - GARY APFEL - 5/21-24/12 (5/24 CORNER BISTRO) | 1 | 10.65 | 10.65 |

GMAC Mortgage LLC
Ally Financial, Inc.
Client/Matter Number: 139697.00002                    Invoice: 10763440
October 15, 2012                                       Page 7

| Date | Code | Description | Units | Cost | Value |
|------|------|-------------|-------|------|-------|
| 05/29/12 | CON1 | Meals - GARY APFEL - 5/21-24/12 ($10.58 CORNER BISTRO, PHILA) | 1 | 10.58 | 10.58 |
| 05/29/12 | CON1 | Meals - GARY APFEL - 5/21-24/12 (5/21-$75.62 FUJI MOUNTAIN RESTAURANT, PHILA) | 1 | 75.62 | 75.62 |
| 05/29/12 | CON1 | Meals - GARY APFEL - 5/21-28/12 (5/22-$64.30 FUJI MOUNTAIN, PHILA) | 1 | 64.30 | 64.30 |
| 05/29/12 | CON1 | Meals - GARY APFEL - 5/21-24/12 (PHILA $7.98) | 1 | 7.98 | 7.98 |
| 05/31/12 | CON1 | Meals - PEPPER HAMILTON LLP LUNCH: G. APFEL, D. KOVKSY | 1 | 30.50 | 30.50 |
| | | **SubTotal For: Meals** | | | **$335.69** |

**Travel Expense**

| Date | Code | Description | Units | Cost | Value |
|------|------|-------------|-------|------|-------|
| 05/22/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - (5/17/12 AIRPORT PARKING - DETROIT METRO AIRPORT) - (PwC) | 1 | 80.00 | 80.00 |
| 05/22/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - (5/17/12 ROUNDTRIP MILEAGE TO DETROIT METRO AIRPORT) - (PwC) | 1 | 26.48 | 26.48 |
| 05/22/12 | TRV1 | Travel Expense - GARY APFEL - (5/17/12 UNITED TAXI, TRAVEL FROM LAX TO HOME) | 1 | 57.00 | 57.00 |
| 05/22/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - (5/15 - HERTZ CAR RENTAL, PHILA INT'L AIRPORT) - (PwC) | 1 | 144.63 | 144.63 |
| 05/22/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - (5/16 - HERTZ CAR RENTAL, PHILA INT'L AIRPORT) - (PwC) | 1 | 144.63 | 144.63 |
| 05/22/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - (5/15 LAZ PARKING, PHILA.) | 1 | 11.00 | 11.00 |

GMAC Mortgage LLC
Ally Financial, Inc.
Client/Matter Number: 139697.00002
October 15, 2012

Invoice: 10763440
Page 8

| 05/22/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - (5/15 LAZ PARKING, PHILA.) - (PwC) | 1 | 27.00 | 27.00 |
|---|---|---|---|---|---|
| 05/22/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - (5/15 FREEDOM TAXI, PHILA.) - (PwC) | 1 | 8.56 | 8.56 |
| 05/22/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - (5/17 LATHAM HOTEL PARKING) - (PwC) | 1 | 34.00 | 34.00 |
| 05/22/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - (5/17 PARKING LATHAM HOTEL PHILA) - (PwC) | 1 | 2.00 | 2.00 |
| 05/22/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - (5/17 PARKING LATHAM HOTEL PHILA) - (PwC) | 1 | 2.00 | 2.00 |
| 05/22/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - (5/17 - HERTZ CAR RENTAL, PHILA INT'L AIRPORT) - (PwC) | 1 | 144.64 | 144.64 |
| 05/22/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - (5/16 COMMERCE SQ GARAGE PARKING, PHILA) - (PwC) | 1 | 27.00 | 27.00 |
| 05/29/12 | TRV1 | Travel Expense - GARY APFEL - CABS 5/21-24/12 (5/21 $56.00 UNITED TAXI - HOME TO LAX) | 1 | 56.00 | 56.00 |
| 05/29/12 | TRV1 | Travel Expense - GARY APFEL - CABS 5/21-24/12 (5/24 $54.00 INDEPENDENT TAXI OF BEVERLY HILLS - LAX TO HOME) | 1 | 54.00 | 54.00 |
| 05/29/12 | TRV1 | Travel Expense - GARY APFEL - CABS 5/21-24/12 ($35.70 CRESCENT CAB - PHILA AIRPORT TO HOTEL) | 1 | 35.70 | 35.70 |
| 07/03/12 | TRV1 | Travel Expense - G. APFEL - 5/15-5/16/12 FOUR SEASONS HOTEL PHILA | 1 | 441.87 | 441.87 |

**SubTotal For: Travel Expense**                                             $1,296.51

TOTAL EXPENSES........................................................................................................... $1,632.20

TOTAL AMOUNT DUE...................................................................................................... $182,424.20

12-12020-mg    Doc 3187    Filed 03/14/13    Entered 03/14/13 15:42:28    Main Document
Pg 39 of 169

GMAC Mortgage LLC
Ally Financial, Inc.
Client/Matter Number: 139697.00002                          Invoice: 10766699
October 15, 2012                                             Page 8


**Meals**

| Date | Code | Description | Units | Cost | Value |
|------|------|-------------|-------|------|-------|
| 06/04/12 | CON1 | Meals - GARY APFEL - TRAVEL EXPENSES FOR 5/29-31/12 (5/30/12 FUJI MOUNTAIN JAPANESE RESTAURANT, PHILA) | 1 | 77.30 | 77.30 |
| 06/04/12 | CON1 | Meals - GARY APFEL - TRAVEL EXPENSES FOR 5/29-31/12 (5/30/12 CORNER BISTRO, PHILA) | 1 | 14.92 | 14.92 |
| 06/04/12 | CON1 | Meals - GARY APFEL - TRAVEL EXPENSES FOR 5/29-31/12 (5/29/12 FUJI MOUNTAIN JAPANESE RESTAURANT, PHILA) | 1 | 63.57 | 63.57 |
| 06/12/12 | CON1 | Meals - GARY APFEL - TRAVEL TO PHILADELPHIA, PA (6/5 MORIMOTO, PHILA) | 1 | 56.03 | 56.03 |
| 06/12/12 | CON1 | Meals - GARY APFEL - TRAVEL TO PHILADELPHIA, PA (6/6 CORNER BISTRO, PHILA) | 1 | 12.38 | 12.38 |
| 06/12/12 | CON1 | Meals - GARY APFEL - TRAVEL TO PHILADELPHIA, PA (6/5-CORNER BISTRO, PHILA) | 1 | 3.95 | 3.95 |
| 06/12/12 | CON1 | Meals - DEBORAH KOVSKY-APAP - PHILADELPHIA TRAVEL REGARDING PwC / ALLY BANK 5/29-31/12 - (5/29 - FRESH MARKET, PHILA) | 1 | 9.15 | 9.15 |
| 06/12/12 | CON1 | Meals - DEBORAH KOVSKY-APAP - (5/29 MEAL, MAMA'S VEGETARIAN PHILA.) | 1 | 7.50 | 7.50 |
| 06/12/12 | CON1 | Meals - DEBORAH KOVSKY-APAP - (5/22/12 CORNER BISTRO, PHILA) PHILADELPHIA TRAVEL REGARDING PwC / ALLY BANK | 1 | 5.44 | 5.44 |

GMAC Mortgage LLC
Ally Financial, Inc.
Client/Matter Number: 139697.00002          Invoice: 10766699
October 15, 2012                                                          Page 9

| Date | Code | Description | Units | Cost | Value |
|------|------|-------------|-------|------|-------|
| 06/12/12 | CON1 | Meals - DEBORAH KOVSKY-APAP - (5/24/12 STARBUCKS, PHILA) PHILADELPHIA TRAVEL REGARDING PwC / ALLY BANK | 1 | 6.37 | 6.37 |
| 06/12/12 | CON1 | Meals - DEBORAH KOVSKY-APAP - (5/24/12 CORNER BISTRO, PHILA) PHILADELPHIA TRAVEL REGARDING PwC | 1 | 6.18 | 6.18 |
| 06/12/12 | CQN1 | Meals - DEBORAH KOVSKY-APAP - PHILADELPHIA TRAVEL REGARDING PwC / ALLY BANK (5/30 CORNER BISTRO, PHILA) | 1 | 10.09 | 10.09 |
| 06/12/12 | CON1 | Meals - GARY APFEL - TRAVEL TO PHILADELPHIA, PA (6/3-FUJI MOUNTAIN, PHILA) | 1 | 70.82 | 70.82 |
| 06/12/12 | CON1 | Meals - GARY APFEL - TRAVEL TO PHILADELPHIA, PA (6/4- CORNER BISTRO) | 1 | 9.54 | 9.54 |
| 06/12/12 | CON1 | Meals - GARY APFEL - TRAVEL TO PHILADELPHIA, PA (6/4-SO. SIDE SANDWICH SHOP, PHILA) | 1 | 55.05 | 55.05 |
| 06/14/12 | CON1 | Meals - NEFERTIRI R. SMARR - (6/6 HARU MEAL) | 1 | 31.04 | 31.04 |
| 06/19/12 | CON1 | Meals - DEBORAH KOVSKY-APAP - (6/4/12 STARBUCKS, 1801 MARKET, PHILA) | 1 | 7.40 | 7.40 |
| 06/19/12 | CON1 | Meals - DEBORAH KOVSKY-APAP - (6/4 CORNER BISTRO, PHILA) | 1 | 11.63 | 11.63 |
| 06/19/12 | CON1 | Meals - DEBORAH KOVSKY-APAP - (6/5/12 STARBUCKS, PHILA) | 1 | 15.16 | 15.16 |
| 06/19/12 | CON1 | Meals - DEBORAH KOVSKY-APAP - (6/5/12 CORNER BISTRO, PHILA) | 1 | 14.72 | 14.72 |
| 06/19/12 | CON1 | Meals - DEBORAH KOVSKY-APAP - (6/6/12 STARBUCKS, PHILA) | 1 | 8.32 | 8.32 |

GMAC Mortgage LLC
Ally Financial, Inc.
Client/Matter Number: 139697.00002                    Invoice: 10766699
October 15, 2012                                        Page 11

| 06/04/12 | TRV1 | Travel Expense - GARY APFEL - TRAVEL EXPENSES FOR 5/29-31/12 (5/31/12 CHECKER CAB CO - FROM LAX AIRPORT TO HOME) | 1 | 58.00 | 58.00 |
|---|---|---|---|---|---|
| 06/04/12 | TRV1 | Travel Expense - GARY APFEL - TRAVEL EXPENSES FOR 5/29-31/12 (5/29/12 - YELLOW CAB FROM PHILA AIRPORT) | 1 | 35.70 | 35.70 |
| 06/04/12 | TRV1 | Travel Expense - GARY APFEL - TRAVEL EXPENSES FOR 5/29-31/12 (5/29/12 BEVERLY HILLS CAB CO - TRAVEL TO LAX AIRPORT) | 1 | 56.00 | 56.00 |
| 06/12/12 | TRV1 | Travel Expense - GARY APFEL - 6/3-6/6 CAB FARE - (6/3 BEVERLY HILLS CAB CO-HOME TO LAX) | 1 | 57.00 | 57.00 |
| 06/12/12 | TRV1 | Travel Expense - GARY APFEL - 6/3-6/6 CAB FARES - (6/3-$35.50 ALL CITY TAXI PHILA-AIRPORT TO HOTEL) | 1 | 35.50 | 35.50 |
| 06/12/12 | TRV1 | Travel Expense - GARY APFEL - 6/3-6/6 CAB FARES - (6/6 UNITED TAXI-LAX TO HOME) | 1 | 57.00 | 57.00 |
| 06/12/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - (5/22/12 LAZ PARKING, PHILA) PHILADELPHIA TRAVEL REGARDING PwC / ALLY BANK | 1 | 27.00 | 27.00 |
| 06/12/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - (5/22/12 HERTZ RENTAL, PHILA) PHILADELPHIA TRAVEL REGARDING PwC / ALLY BANK | 1 | 124.98 | 124.98 |
| 06/12/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - (5/23/12 HERTZ RENTAL, PHILA) PHILADELPHIA TRAVEL REGARDING PwC / ALLY BANK | 1 | 124.98 | 124.98 |
| 06/12/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - (5/24/12 HERTZ RENTAL, PHILA) PHILADELPHIA TRAVEL REGARDING PwC / ALLY BANK | 1 | 125.00 | 125.00 |

GMAC Mortgage LLC
Ally Financial, Inc.
Client/Matter Number: 139697.00002                          Invoice: 10766699
October 15, 2012                                                        Page 15

| Date | Code | Description | Units | Cost | Value |
|------|------|-------------|-------|------|-------|
| 06/19/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - TRAVEL TO PHILADELPHIA 6/4-6/8/12 - MILEAGE ROUNDTRIP HOME TO AIRPORT | 1 | 26.48 | 26.48 |
| 06/19/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - TRAVEL TO PHILADELPHIA - (6/4/12 FOUR SEASONS HOTEL PARKING) | 1 | 49.00 | 49.00 |
| 06/19/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - TRAVEL TO PHILADELPHIA - (6/5/12 IN ROOM INTERNET AT THE FOUR SEASONS HOTEL, PHILA) | 1 | 15.00 | 15.00 |
| 06/19/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - TRAVEL TO PHILADELPHIA - (6/5/12 OVERNIGHT PARKING AT FOUR SEASONS HOTEL PHILADELPHIA) | 1 | 49.00 | 49.00 |
| 06/19/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - 6/12/12 PHL TAXI CO. PHILA AIRPORT TO HOTEL | 1 | 36.16 | 36.16 |
| 06/19/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - TRAVEL TO PHILADELPHIA - (6/12/12 DETROIT METRO AIRPORT PARKING $60.00) | 1 | 60.00 | 60.00 |
| 06/19/12 | TRV1 | Travel Expense - GARY APFEL - TRAVEL (6/11/12 CAB FARE HOME TO LAX AIRPORT) | 1 | 29.00 | 29.00 |
| 06/19/12 | TRV1 | Travel Expense - GARY APFEL - TRAVEL (6/11/12 CAB FARE FROM PHILA AIRPORT TO HOTEL) | 1 | 17.79 | 17.79 |
| | | **SubTotal For: Travel Expense** | | | $5,927.16 |

**Travel Expense**

| Date | Code | Description | Units | Cost | Value |
|------|------|-------------|-------|------|-------|
| 06/08/12 | TRV2 | APAP 0522 TO 052412 - AIRFARE (DELTA ROUNDTRIP DETROIT TO PHILA) | 1 | 1,260.60 | 1,260.60 |

GMAC Mortgage LLC
Ally Financial, Inc.
Client/Matter Number: 139697.00002
October 15, 2012

Invoice: 10766699
Page 16

| 06/08/12 | TRV2 | APAP 051712 - AIRFARE (DELTA AIR, PHILA TO DETROIT) | 1 | 630.30 | 630.30 |
|---|---|---|---|---|---|
| 06/08/12 | TRV2 | APFEL 052112 - AIRFARE (5/21 DELTA AIR, L.A. TO PHILA / 5/24/12 PHILA TO L.A.) | 1 | 1,469.15 | 1,469.15 |
| 06/08/12 | TRV2 | APFEL 051712 - AIRFARE (DELTA AIR, PHILA TO L.A.) | 1 | 502.80 | 502.80 |
| 06/08/12 | TRV2 | Travel Expense - DEBORAH KOVSKY-APAP 060412 - DELTA AIRFARE (6/4-DETROIT TO PHILA,, 6/8 - NY TO DETROIT) | 1 | 895.60 | 895.60 |
| 06/08/12 | TRV2 | APFEL 5/13/12 - AIRFARE (DELTA AIR, L.A. TO PHILA) | 1 | 851.36 | 851.36 |
| 06/27/12 | TRV2 | KOVSKY-APAP 0618-062112 - AIRFARE (DELTA ROUNDTRIP DETROIT TO PHILA) | 1 | 1,260.60 | 1,260.60 |
| 06/27/12 | TRV2 | APFEL 061112 - DELTA AIRFARE (6/11-LA TO PHILA, 6/14-PHILA TO LA) | 1 | 1,049.85 | 1,049.85 |
| 06/29/12 | TRV2 | APFEL 062512-062812 - AMERICAN AIRFARE (LA TO PHILA/PHILA TO LA) | 1 | 957.35 | 957.35 |
| 06/29/12 | TRV2 | KOVSKY-APAP 0625-062812 - AIRFARE (DELTA ROUND TRIP DETROIT TO PHILA) | 1 | 895.60 | 895.60 |

**SubTotal For: Travel Expense**                                                    $9,773.21


TOTAL EXPENSES..................................................................................................$16,409.94

TOTAL AMOUNT DUE.............................................................................................$248,203.44

GMAC Mortgage LLC
Ally Financial, Inc.
Client/Matter Number: 139697.00002
October 15, 2012

Invoice: 10775097
Page 9

| Date | Code | Description | Units | Cost | Value |
|------|------|-------------|-------|------|-------|
| 07/03/12 | CON1 | Meals - G. APFEL - 5/31/12 FOUR SEASONS HOTEL PHILA PRIVATE BAR | 1 | 11.88 | 11.88 |
| 07/16/12 | CON1 | Meals - APFEL CLIENT MEETING (PwC) ON 6/12/12 | 1 | 51.60 | 51.60 |
| 07/17/12 | CON1 | Meals - G. APFEL - 7/5/12 LUNCH SUSHI MURASAK, SANTA ANA, CA. | 1 | 28.95 | 28.95 |
| 07/17/12 | CON1 | Meals - G. APFEL - 7/10/12 LUNCH DI BRUNO BROS., PHILA. | 1 | 10.12 | 10.12 |
| 07/17/12 | CON1 | Meals - G. APFEL - 7/9/12 DINNER WITH NICK MELITI OF PwC, ZAMA, PHILA | 1 | 102.25 | 102.25 |
| 07/17/12 | CON1 | Meals - LINDA CASEY - 5/31/12 CORNER BISTRO PHILA | 1 | 13.55 | 13.55 |
| 07/17/12 | CON1 | Meals - LINDA CASEY - 6/5/12 CORNER BISTRO PHILA | 1 | 12.30 | 12.30 |
| 07/17/12 | CON1 | Meals - LINDA CASEY - 5/17/12 CORNER BISTRO PHILA | 1 | 8.19 | 8.19 |
| 07/24/12 | CON1 | Meals - GARY 7/16/12 DINNER WITH NICK MILITI OF PwC, ZAMA, PHILA | 1 | 97.45 | 97.45 |
| 07/30/12 | CON1 | Meals - DEBORAH KOVSKY-APAP - 7/17/12 LUNCH AT PEPPER HAMILTON CAFE | 1 | 18.25 | 18.25 |
| 07/30/12 | CON1 | Meals - DEBORAH KOVSKY-APAP - 7/17/12 DINNER SU XING HOUSE PHILA | 1 | 17.69 | 17.69 |
| 07/30/12 | CON1 | Meals - DEBORAH KOVSKY-APAP - 7/18/12 LUNCH SU XING HOUSE PHILA | 1 | 16.29 | 16.29 |
| 07/30/12 | CON1 | Meals - DEBORAH KOVSKY-APAP - 7/19/12 SNACK AT PARADIES PHILA AIRPORT | 1 | 4.98 | 4.98 |
| 07/30/12 | CON1 | Meals - DEBORAH KOVSKY-APAP - 7/19/12 BREAKFAST STARBUCKS PHILA | 1 | 8.16 | 8.16 |
| 07/31/12 | CON1 | Meals - G. APFEL - 7/23/12 DINNER, FUJI MOUNTAIN, PHILA | 1 | 72.44 | 72.44 |

12-12020-mg    Doc 3187    Filed 03/14/13    Entered 03/14/13 15:42:28    Main Document
Pg 59 of 169

GMAC Mortgage LLC
Ally Financial, Inc.
Client/Matter Number: 139697.00002
October 15, 2012

Invoice: 10775097
Page 10

| Date | Code | Description | Units | Cost | Value |
|------|------|-------------|-------|------|-------|
| 07/31/12 | CON1 | Meals - G. APFEL - 7/25/12 LUNCH, JAKE & MAX'S PHILA. | 1 | 20.69 | 20.69 |
| 07/31/12 | CON1 | Meals - G. APFEL - 7/24/12 LUNCH DI BRUNO BROS, PHILA. | 1 | 11.08 | 11.08 |
| 07/31/12 | CON1 | Meals - G. APFEL - 7/25/12 DINNER YAKITORI BOY, PHILA | 1 | 62.00 | 62.00 |
| | | **SubTotal For: Meals** | | | $795.44 |

**Reference Service**

| Date | Code | Description | Units | Cost | Value |
|------|------|-------------|-------|------|-------|
| 07/24/12 | REF3 | CASEY 040112 - 063012 - PACER | 1 | 255.00 | 255.00 |
| 07/26/12 | REF3 | S. HENRY - 040112 - 063012 PACER | 1 | 9.00 | 9.00 |
| | | **SubTotal For: Reference Service** | | | $264.00 |

**Telephone**

| Date | Code | Description | Units | Cost | Value |
|------|------|-------------|-------|------|-------|
| 07/18/12 | TEL2 | Soundpath conference call | 1 | 7.56 | 7.56 |
| | | **SubTotal For: Telephone** | | | $7.56 |

**Travel Expense**

| Date | Code | Description | Units | Cost | Value |
|------|------|-------------|-------|------|-------|
| 07/03/12 | TRV1 | Travel Expense - G. APFEL - FOUR SEASONS HOTEL PHILA. 5/29/12 | 1 | 297.48 | 297.48 |
| 07/03/12 | TRV1 | Travel Expense - G. APFEL - 6/25/12 PHILA CAB CO. FROM PHILA AIRPORT TO HOTEL | 1 | 37.08 | 37.08 |
| 07/03/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - 6/21/12 MILEAGE ROUNDTRIP HOME TO DETROIT AIRPORT | 1 | 26.48 | 26.48 |

GMAC Mortgage LLC
Ally Financial, Inc.
Client/Matter Number: 139697.00002                           Invoice: 10775097
October 15, 2012                                             Page 11

| 07/03/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - 6/21/18 DETROIT METRO AIRPORT PARK | 1 | 80.00 | 80.00 |
| 07/03/12 | TRV1 | Travel Expense - G. APFEL - 5/15-5/16/12 FOUR SEASONS HOTEL PHILA | 1 | 441.87 | 441.87 |
| 07/03/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - 6/20/12 HERTZ RENTAL CAR PHILA AIRPORT | 1 | 123.40 | 123.40 |
| 07/03/12 | TRV1 | Travel Expense - G. APFEL - FOUR SEASONS HOTEL PHILA. 5/21/12 | 1 | 379.50 | 379.50 |
| 07/03/12 | TRV1 | Travel Expense - G. APFEL - FOUR SEASONS HOTEL PHILA 5/30/12 | 1 | 297.00 | 297.00 |
| 07/03/12 | TRV1 | Travel Expense - G. APFEL APFEL - 6/25/12 UNITED TAXI HOME TO LA AIRPORT | 1 | 27.00 | 27.00 |
| 07/03/12 | TRV1 | Travel Expense - G. APFEL - 6/28/12 UNITED TAX LA AIRPORT TO HOME | 1 | 27.00 | 27.00 |
| 07/03/12 | TRV1 | Travel Expense - D. KOVSKY - 5/29/12 FOUR SEASONS HOTEL PHILA | 1 | 282.24 | 282.24 |
| 07/03/12 | TRV1 | Travel Expense - D. KOVSKY - 5/30/12 FOUR SEASONS HOTEL PHILA | 1 | 282.24 | 282.24 |
| 07/03/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - 6/25/12 SPRINGHILL SUITES PHILA/PLYMOUTH MTG, PA | 1 | 173.88 | 173.88 |
| 07/03/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - 6/26/12 SPRINGHILL SUITES, PLYMOUTH MTG/PHILA, PA | 1 | 173.88 | 173.88 |
| 07/03/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - 6/27/12 SPRINGHILL SUITES, PLYMOUTH MTG/PHILA., PA | 1 | 173.88 | 173.88 |
| 07/03/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - 6/26/12 HERTZ RENTAL CAR PHILA AIRPORT | 1 | 111.84 | 111.84 |
| 07/03/12 | TRV1 | Travel Expense - DEBORAH KOVSKY-APAP - 6/25/12 HERTZ RENTAL CAR PHILA AIRPORT | 1 | 111.84 | 111.84 |