# EXHIBIT G

12-12020-mg Doc 3143 Filed 03/12/13 Entered 03/12/13 17:06:49 Main Document Pg 2 of 7

Towers Watson Second Interim Fee Application
Exhibit E

| Associate Name | Associate Comment | Task Code | Time Sheet Date | Hours |
|---|---|---|---|---|
| Michelle Acciavatti | preparing DC design materials for meeting | Contract Administration | 09/04/2012 | 1.4 |
| Michelle Acciavatti | preparing DC and health care design materials for meeting | Contract Administration | 09/05/2012 | 2.3 |
| Michelle Acciavatti | meeting with REsCap to go over payroll, DC, health care and communications | Contract Administration | 09/06/2012 | 5.5 |
| Michelle Acciavatti | discussion with team - follow up from meeting - write off | Contract Administration | 09/10/2012 | 0.7 |
| Michelle Acciavatti | Payroll meeting prep and discussions | Contract Administration | 09/14/2012 | 1.5 |
| Michelle Acciavatti | HR systems discussion and follow up | Contract Administration | 09/17/2012 | 0.5 |
| Michelle Acciavatti | DC plan design and nationstar comparison summary | Contract Administration | 09/18/2012 | 2 |
| Michelle Acciavatti | DC and HGB materials | Contract Administration | 09/19/2012 | 0.9 |
| Michelle Acciavatti | Materials for Monday - overall review, benefit summary and messaging | Contract Administration | 09/20/2012 | 1.2 |
| Michelle Acciavatti | materials for Monday - discussion with ResCap team to prepare for Monday | Contract Administration | 09/21/2012 | 0.5 |
| Michelle Acciavatti | design meeting #2 | Contract Administration | 09/24/2012 | 4.5 |
| Michelle Acciavatti | project update meeting and design recommendations | Contract Administration | 09/27/2012 | 0.8 |
| Michelle Acciavatti Total | | | | 21.8 |
| Michael Agrusa | Design meeting 1 | Contract Administration | 09/06/2012 | 5 |
| Michael Agrusa Total | | | | 5 |
| Janet Vermeulen | Draft meeting materials - benchmarking report, analysis of potential options, research on options for the Estate future planning, identify potential outcomes and preparation for those options. Review census data for completeness. | Health and Group Benefits | 08/31/2012 | 3.2 |
| Janet Vermeulen | Review and revise meeting materials; review relative value calculations and check benchmarking data. | Health and Group Benefits | 09/04/2012 | 2.2 |
| Janet Vermeulen | Meet to discuss requests from last meeting and review progress to date | Health and Group Benefits | 09/10/2012 | 1 |
| Janet Vermeulen | Plan design discussion - design revised plans | Health and Group Benefits | 09/12/2012 | 1 |
| Janet Vermeulen | Review Adam's preliminary financial illustrations. Discuss changes and additional information to be provided. Follow up on missing data | Health and Group Benefits | 09/14/2012 | 2 |
| Janet Vermeulen | Draft materials for Sept 24 meeting - health care reform and additional benchmarking requested | Health and Group Benefits | 09/17/2012 | 4 |
| Janet Vermeulen | Review financial illustrations - edit and check | Health and Group Benefits | 09/18/2012 | 2 |
| Janet Vermeulen | Process Rick Adams' various edits | Health and Group Benefits | 09/19/2012 | 3 |
| Janet Vermeulen | Meeting with ResCap transition team to review plan design scenarios, review cost impact, confirm decisions. | Health and Group Benefits | 09/24/2012 | 5 |
| Janet Vermeulen | Review revised pricing illustrations based on Monday's decisions and updated information | Health and Group Benefits | 09/27/2012 | 1 |
| Janet Vermeulen | Prepare revised cost report for HGB benefit designs | Health and Group Benefits | 09/28/2012 | 1 |
| Janet Vermeulen | Group meeting in Philadelphia to review analysis, develop project plan, confirm additional data requirements. | Health and Group Benefits | 09/06/2012 | 5 |
| Janet Vermeulen | Additional data follow up with Ally | Health and Group Benefits | 09/10/2012 | 1 |
| Janet Vermeulen | Documentation of additional data requirements | Health and Group Benefits | 09/13/2012 | 2 |
| Janet Vermeulen Total | | | | 33.4 |
| Ann Byman | Res Cap Healthmaps modeling and census compilation | Health and Group Benefits | 09/05/2012 | 2.2 |
| Ann Byman Total | | | | 2.2 |
| Rick Adams | Anaylsis of current ResCap and Nationstar plans, benchmarking, and prep of report for September 6, 2012 meeting. | Health and Group Benefits | 09/04/2012 | 2.4 |
| Rick Adams | Final prep of report of plan comparisons and benchmarking | Health and Group Benefits | 09/05/2012 | 0.5 |
| Rick Adams | Meeting at ResCap to discuss plan comparisons and benchmarking | Health and Group Benefits | 09/06/2012 | 5 |
| Rick Adams | Meeting with Janet and Adam to discuss 2013 and 2014 plan design structure and emp/er cost sharing | Health and Group Benefits | 09/12/2012 | 1 |
| Rick Adams | Plan design discussion - internal | Health and Group Benefits | 09/17/2012 | 0.5 |
| Rick Adams | 2013 plan design and report preparation | Health and Group Benefits | 09/19/2012 | 2.5 |
| Rick Adams | Plan design and preparation of report for 9/24 meeting | Health and Group Benefits | 09/20/2012 | 1.2 |
| Rick Adams | final review of 9/24 plan design and cost document | Health and Group Benefits | 09/21/2012 | 0.5 |
| Rick Adams | Design meeting with ResCap. | Health and Group Benefits | 09/24/2012 | 3 |
| Rick Adams Total | | | | 16.6 |

12-12020-mg Doc 3143 Filed 03/12/13 Entered 03/12/13 17:06:49 Main Document Pg 3 of 7

Towers Watson Second Interim Fee Application
Exhibit E

| Name | Description | Category | Date | Hours |
|---|---|---|---|---|
| Adam Dee | Provide data points for initial meeting | Health and Group Benefits | 09/05/2012 | 2.2 |
| Adam Dee | Review ResCap data; calculate plan values | Health and Group Benefits | 09/07/2012 | 1.5 |
| Adam Dee | Plan design modeling for 9/24 meeting | Health and Group Benefits | 09/12/2012 | 1.5 |
| Adam Dee | Plan design modeling for 9/24 meeting | Health and Group Benefits | 09/13/2012 | 0.2 |
| Adam Dee | Plan design modeling for 9/24 meeting | Health and Group Benefits | 09/14/2012 | 2 |
| Adam Dee | Plan design modeling for 9/24 meeting | Health and Group Benefits | 09/17/2012 | 2.5 |
| Adam Dee | Plan design modeling for 9/24 meeting | Health and Group Benefits | 09/18/2012 | 7.2 |
| Adam Dee | Plan design modeling for 9/24 meeting | Health and Group Benefits | 09/20/2012 | 4.5 |
| Adam Dee | Plan design modeling for 9/24 meeting | Health and Group Benefits | 09/21/2012 | 3 |
| Adam Dee | Call-in to ResCap benefit meeting (health care portion) | Health and Group Benefits | 09/24/2012 | 1.5 |
| Adam Dee | ResCap scenario updates | Health and Group Benefits | 09/26/2012 | 1.5 |
| Adam Dee Total | | | | 27.6 |
| Paul Abdelnour | ResCap: check Adam's formulas | Health and Group Benefits | 09/18/2012 | 0.5 |
| Paul Abdelnour Total | | | | 0.5 |
| Brian Morris | ResCap call and time line update/preparation | Health and Group Benefits | 09/25/2012 | 1.5 |
| Brian Morris | ResCap call and time line update/preparation | Health and Group Benefits | 09/28/2012 | 0.5 |
| Brian Morris Total | | | | 2 |
| Nicole Melton | ResCap call and time line update/preparation | Rewards, Talent and Communication | 09/04/2012 | 2 |
| Nicole Melton | Meeting at ResCap in PA with HR and Benefit teams | Rewards, Talent and Communication | 09/06/2012 | 7 |
| Nicole Melton | Meeting at ResCap in PA with HR and Benefit teams | Rewards, Talent and Communication | 09/24/2012 | 5 |
| Nicole Melton | Update working draft communication plan for weekly comm workstream call; facilitate weekly (half-hour) workstream call with Michelle T, Ali S, Leon, Susan (ResCap participants) | Rewards, Talent and Communication | 09/18/2012 | 3 |
| Nicole Melton Total | | | | 17 |
| Bethany McCune | QA Comm Strategy deck | Rewards, Talent and Communication | 09/18/2012 | 0.5 |
| Bethany McCune Total | | | | 0.5 |
| Teresa Schepp | prepare retirement plan meeting materials (2 hours), call with TW team to prep for 9/6 meeting (.25) | Retirement | 08/30/2012 | 2.3 |
| Teresa Schepp | prepare presentation for retirement plans - market data, gap analysis and benefit costs | Retirement | 09/04/2012 | 3 |
| Teresa Schepp | finalize presentation for retirement plans | Retirement | 09/05/2012 | 1 |
| Teresa Schepp | meet with ResCap team to discuss alternatives for benefit designs, gap analysis and implementation | Retirement | 09/06/2012 | 5 |
| Teresa Schepp | market data for retirement plan design | Retirement | 09/13/2012 | 0.2 |
| Teresa Schepp | DC plan pricings and preparing meeting #2 presentation (2.5 hours); team project update (.5) | Retirement | 09/17/2012 | 3 |
| Teresa Schepp | Meeting 2 presentation | Retirement | 09/18/2012 | 3.5 |
| Teresa Schepp | review meeting 2 presentation, updating participant examples, and confirming company costs | Retirement | 09/19/2012 | 1.5 |
| Teresa Schepp | review meeting presentation | Retirement | 09/20/2012 | 0.5 |
| Teresa Schepp | Meeting to discuss plan design alternatives | Retirement | 09/24/2012 | 4 |
| Teresa Schepp | calculate cost of proposed matching formula | Retirement | 09/26/2012 | 0.2 |
| Teresa Schepp | update cost worksheet after 9/26 meeting | Retirement | 09/28/2012 | 0.2 |
| Teresa Schepp Total | | | | 24.4 |
| Lisa Marie Trzop | Check presentation calculation for teresa | Retirement | 09/05/2012 | 1.5 |
| Lisa Marie Trzop Total | | | | 1.5 |
| Mary St Cyr | Market scan - determine viable vendor pool for Newco and Estate | HR Service Delivery | 09/13/2012 | 1.5 |
| Mary St Cyr | Finalize market scan and provide input to summary presentation | HR Service Delivery | 09/14/2012 | 1 |
| Mary St Cyr | Review deliverable - presentation to client | HR Service Delivery | 09/16/2012 | 0.5 |
| Mary St Cyr | Call with client to review Newco options | HR Service Delivery | 09/17/2012 | 1 |
| Mary St Cyr Total | | | | 4 |

Towers Watson Second Interim Fee Application
Exhibit E

$454.35

$4092.50

| Name | Description | Category | Date | Hours |
|---|---|---|---|---|
| Karla Ward | ResCap call and time line update/preparation | HR Service Delivery | 09/28/2012 | 0.5 |
| Karla Ward | Developing RFP requirements | HR Service Delivery | 09/17/2012 | 2 |
| Karla Ward | Developing RFP requirements | HR Service Delivery | 09/18/2012 | 4 |
| Karla Ward | Developing RFP requirements | HR Service Delivery | 09/21/2012 | 1 |
| Karla Ward | Developing RFP requirements | HR Service Delivery | 09/25/2012 | 2 |
| Karla Ward | Drafting RFP and outreach to vendors | HR Service Delivery | 09/26/2012 | 2 |
| Karla Ward | Meeting with Eileen and Mike Agrusa to discuss approach for Estate (.5 hour) and meeting with procurement and IT to discuss their needs during RFP process (1 hour). | HR Service Delivery | 09/27/2012 | 1.5 |
| Karla Ward | Drafting cover email for NDA and vendor outreach. | HR Service Delivery | 09/28/2012 | 0.5 |
| Karla Ward | Participating in kick-off meeting between ResCap and TW. Attended via conference call. | HR Service Delivery | 09/06/2012 | 1.5 |
| Karla Ward | Working on materials for 9/17 HR system marketplace meeting. | HR Service Delivery | 09/16/2012 | 2 |
| Karla Ward | Meeting with ResCap Newco team to discuss HR system marketplace and overall process and timeline for RFP. | HR Service Delivery | 09/17/2012 | 1 |
| Karla Ward | Attendance at Design Meeting #2 in Fort Washington, PA | HR Service Delivery | 09/24/2012 | 4.5 |
| Karla Ward Total | | | | 22.5 |
| Marlene Patricia Van | Developed draft requirement template for full HRMS RFP | HR Service Delivery | 09/17/2012 | 0.5 |
| Marlene Patricia Van Total | | | | 0.5 |
| | | | Total | 179.5 |

Towers Watson Second Interim Fee Application
Exhibit E

| Associate Name | Associate Comment | Task Code | Time Sheet Date | Hours |
|---|---|---|---|---|
| Michelle Acciavatti | exec summary materials and final designs | Contract Administration | 10/02/2012 | 1 |
| Michelle Acciavatti | exec summary materials, final designs and project plan update | Contract Administration | 10/03/2012 | 0.2 |
| Michelle Acciavatti | project plan update | Contract Administration | 10/04/2012 | 0.7 |
| Michelle Acciavatti | exec summary final draft materials, call to discuss with George and Michelle and follow up | Contract Administration | 10/05/2012 | 2 |
| Michelle Acciavatti | exec summary presentation on new benefit programs | Contract Administration | 10/08/2012 | 0.5 |
| Michelle Acciavatti | exec summary presentation on new benefit programs | Contract Administration | 10/10/2012 | 1 |
| Michelle Acciavatti | project update, next steps | Contract Administration | 10/11/2012 | 0.5 |
| Michelle Acciavatti Total | | | | 5.9 |
| Michael Agrusa | ResCap call and time line update/preparation | Contract Administration | 09/25/2012 | 1.2 |
| Michael Agrusa | ResCap call and time line update/preparation | Contract Administration | 10/01/2012 | 4 |
| Michael Agrusa Total | | | | 5.2 |
| Janet Vermeulen | Meeting follow up - vendor selections | Health and Group Benefits | 10/01/2012 | 1 |
| Janet Vermeulen | Begin drafting RFPs for medical and dental | Health and Group Benefits | 10/02/2012 | 1 |
| Janet Vermeulen | Continue drafting of RFPs for existing ResCap vendors | Health and Group Benefits | 10/04/2012 | 1 |
| Janet Vermeulen Total | | | | 3 |
| Rick Adams | Internal call with Jan and Adam re follow up and next steps from design meeting. | Health and Group Benefits | 10/03/2012 | 0.5 |
| Rick Adams Total | | | | 0.5 |
| Adam Dee | prep for Friday call | Health and Group Benefits | 10/03/2012 | 3 |
| Adam Dee | prep for Friday call | Health and Group Benefits | 10/04/2012 | 1.5 |
| Adam Dee | prep for Friday call, call with ResCap | Health and Group Benefits | 10/05/2012 | 2.7 |
| Adam Dee | EE scenarios for PPT | Health and Group Benefits | 10/08/2012 | 2.2 |
| Adam Dee | per capita and contribution checks | Health and Group Benefits | 10/10/2012 | 1 |
| Adam Dee Total | | | | 10.4 |
| Brian Morris | ResCap call and time line update/preparation | Health and Group Benefits | 10/04/2012 | 0.7 |
| Brian Morris Total | | | | 0.7 |
| Teresa Schepp | ResCap call and time line update/preparation | Retirement | 10/11/2012 | 0.2 |
| Teresa Schepp | reviewing project plan | Retirement | 10/03/2012 | 0.3 |
| Teresa Schepp | prepare retirement timeline for executive summary, edits to executive summary, changes to Newco timeline. | Retirement | 10/04/2012 | 1 |
| Teresa Schepp | changes to executive summary powerpoint | Retirement | 10/05/2012 | 0.5 |
| Teresa Schepp Total | | | | 2 |

12-12020-mg Doc 3143 Filed 03/12/13 Entered 03/12/13 17:08:49 Main Document Pg 23 of 24

Towers Watson Second Interim Fee Application
Exhibit E

| | | | | |
|---|---|---|---|---|
| David Zinn | ResCap call and time line update/preparation | Data, Surveys & Technology | 10/03/2012 | 1.2 |
| David Zinn | Drafting RFP | Data, Surveys & Technology | 10/04/2012 | 6.5 |
| David Zinn | Drafting RFP | Data, Surveys & Technology | 10/05/2012 | 5.2 |
| David Zinn | Drafting RFP and NDA discussion with Ceridian, Ultimate | Data, Surveys & Technology | 10/08/2012 | 9 |
| David Zinn | ResCap call, NDA and RFP discussion | Data, Surveys & Technology | 10/06/2012 | 1 |
| David Zinn | Drafting RFP and NDA discussion with Ceridian, Ultimate | Data, Surveys & Technology | 10/07/2012 | 9.7 |
| David Zinn | ResCap and Internal calls discussing RFP | Data, Surveys & Technology | 10/09/2012 | 2 |
| David Zinn | Call to ResCap for NDA confirmation | Data, Surveys & Technology | 10/11/2012 | 0.5 |
| David Zinn Total | | | | 35.1 |
| Grand Total | | | | 62.8 |

$22,126.53

Total $49,640.87

Towers Watson Second Interim Fee Application
Exhibit E

| Towers Watson Associate | Expense Description | Total |
|---|---|---|
| Janet Mary Vermeulen | Airfare for PA ResCap meeting | 1894.78 |
| Janet Mary Vermeulen | Hotel room for ResCap meeting | 144.83 |
| Karl Ward | Meal | 6.54 |
| Karla Ward | Airfare ResCap meeting | 1163.6 |
| Karla Ward | AmEx airfare fee | 15 |
| Karla Ward | Mileage to/from home and airport | 18.87 |
| Karla Ward | Airport Parking | 25 |
| Michael David Agrusa | Airfare for 9/24 ResCap PA meeting | 1256.59 |
| Michael David Agrusa | Airfare for ResCap PA meeting on 9/6. | 1149.6 |
| Michael David Agrusa | Airport Shuttle 9/6 meeting. TW: Mike Agrusa, Rick Adams, Jan Vermeulen, Teresa Schepp | 169.88 |
| Michael David Agrusa | Taxi fare for 9/6 PA meeting | 89.99 |
| Michelle Marie Acciavatti | Airfare for PA meetings | 1070.6 |
| Michelle Marie Acciavatti | Rental car for PA Design meeting #2 | 116.92 |
| Rick Adams | ResCap meeting airport parking | 20 |
| Rick Adams | Airfare ResCap meeting | 981.6 |
| Rick Adams | Hotel Rescap meeting | 160.92 |
| Rick Adams | Cab fare to hotel 9/6 PA meeting | 17 |
| Rick Adams | Cab fare PA airport to hotel meeting on 9/6. | 105.77 |
| Rick Adams | Airfare 9/24 meeting design #2 | 981.6 |
| Rick Adams | ResCap meeting on 9/6/12. | 160.92 |

| Expenses Grand Total | $9,550.01 |
|---|---|