# EXHIBIT H

**Coherent Economics, LLC**

# Invoice

Project: ResCap Economic Analysis

Invoice #: 211
Invoice Date: 10/10/2012

**Detail of Services:**

| | Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | Alan Frankel | 8/10/2012 | Reviewed and analyzed proposed settlement. | 1.50 | 775.00 | 1,162.50 |
| | Alan Frankel | 8/10/2012 | Discussions with R. Epstein, B. Cornell re: economic analysis, tasks. | 0.80 | 775.00 | 620.00 |
| | Roy Epstein | 8/10/2012 | Call with B. Cornell, A. Frankel re: economic analysis, tasks. | 0.80 | 690.00 | 552.00 |
| √ | Roy Epstein | 8/10/2012 | Reviewed materials received. | 5.20 | 690.00 | 3,588.00 |
| √ | Alan Frankel | 8/11/2012 | Analyzed expert reports. | 3.10 | 775.00 | 2,402.50 |
| | Alan Frankel | 8/11/2012 | Analyzed loan file sampling issues. | 1.20 | 775.00 | 930.00 |
| | Alan Frankel | 8/11/2012 | Reviewed and analyzed proposed settlement. | 2.20 | 775.00 | 1,705.00 |
| | Alan Frankel | 8/12/2012 | Analyzed Sillman report assumptions. | 3.70 | 775.00 | 2,867.50 |
| | Alan Frankel | 8/12/2012 | Call with R. Epstein re: Sillman report. | 3.10 | 775.00 | 2,402.50 |
| | Alan Frankel | 8/12/2012 | Analyzed and planned loan file sampling. | 0.60 | 775.00 | 465.00 |
| | Roy Epstein | 8/12/2012 | Call with A. Frankel re: Sillman report. | 3.10 | 690.00 | 2,139.00 |
| | Alan Frankel | 8/13/2012 | Analyzed Sillman report assumptions. | 6.20 | 775.00 | 4,805.00 |
| | Alan Frankel | 8/13/2012 | Analyzed sampling issues. | 0.50 | 775.00 | 387.50 |
| | Roy Epstein | 8/13/2012 | Discussions with A. Frankel re: Sillman assumptions, sampling. | 1.40 | 690.00 | 966.00 |
| | Roy Epstein | 8/13/2012 | Reviewed sampling and damages methodology. | 3.30 | 690.00 | 2,277.00 |
| √ | Alan Frankel | 8/14/2012 | Developed plan for loan level analysis. | 7.90 | 775.00 | 6,122.50 |
| | Alan Frankel | 8/14/2012 | Conference call hosted by P. Bentley, R. Epstein re: expert analysis. | 0.60 | 775.00 | 465.00 |
| | Roy Epstein | 8/14/2012 | Discussions with A. Frankel, P. Bentley re: sampling, tasks. | 2.00 | 690.00 | 1,380.00 |
| √ | Roy Epstein | 8/14/2012 | Reviewed deal data and sampling methodology. | 4.30 | 690.00 | 2,967.00 |
| | Alan Frankel | 8/15/2012 | Drafted exhibits re: sampling. | 2.20 | 775.00 | 1,705.00 |
| | Alan Frankel | 8/15/2012 | Discussed economic analysis with R. Epstein. | 0.50 | 775.00 | 387.50 |
| | Roy Epstein | 8/15/2012 | Discussions with A. Frankel re: economic analysis. | 2.00 | 690.00 | 1,380.00 |
| | Roy Epstein | 8/15/2012 | Reviewed Lipps and Sillman declarations. | 2.30 | 690.00 | 1,587.00 |
| √ | Alan Frankel | 8/16/2012 | Analyzed sampling and valuation issues. | 6.00 | 775.00 | 4,650.00 |
| | Alan Frankel | 8/16/2012 | Call with R. Epstein re: sampling and statistical analysis. | 0.70 | 775.00 | 542.50 |
| √ | Roy Epstein | 8/16/2012 | Reviewed deal data. | 4.60 | 690.00 | 3,174.00 |
| | Roy Epstein | 8/16/2012 | Calls with P. Bentley, A. Frankel re: sampling and statistical analysis. | 2.50 | 690.00 | 1,725.00 |
| | Roy Epstein | 8/16/2012 | Developed methodology and computer code to draw sample of loan files. | 3.00 | 690.00 | 2,070.00 |
| √ | Alan Frankel | 8/17/2012 | Analyzed sampling and valuation issues. | 7.90 | 775.00 | 6,122.50 |
| | Alan Frankel | 8/17/2012 | Conference call with R. Epstein, Moelis consultants and Kramer Levin re: sampling, planning. | 0.80 | 775.00 | 620.00 |
| | Roy Epstein | 8/17/2012 | Discussions with A. Frankel, Moelis consultants re: sampling, planning. | 0.70 | 690.00 | 483.00 |
| | Roy Epstein | 8/17/2012 | Calls with P. Bentley re: economic analysis. | 1.00 | 690.00 | 690.00 |
| √ | Roy Epstein | 8/17/2012 | Program and draw loan samples. | 5.70 | 690.00 | 3,933.00 |

| Total | |
|---|---|
| Payments/Credits | |
| Balance Due | |

Page 1

subtotal $32,959

**Coherent Economics, LLC**

# Invoice

Project: ResCap Economic Analysis

Invoice #: 211
Invoice Date: 10/10/2012

**Detail of Services:**

| | Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ✓ | Alan Frankel | 8/18/2012 | Replicated Sillman computations (3); prepared spreadsheets and slides (4.8). | 7.80 | 775.00 | 6,045.00 |
| ✓ | Alan Frankel | 8/19/2012 | Replicated Sillman computations (4); prepared spreadsheets and slides (3.9); discussion with R. Epstein, B. Cornell re: analysis, tasks (1.6). | 9.50 | 775.00 | ~~7,362.50~~ $6122.5 |
| | Roy Epstein | 8/19/2012 | Discussions with B. Cornell, A. Frankel re: analysis, tasks. | 1.60 | 690.00 | 1,104.00 |
| | Roy Epstein | 8/19/2012 | Developed research methodology. | 1.30 | 690.00 | 897.00 |
| | Alan Frankel | 8/20/2012 | Conference call with S. Zide, J. Sharret, B. Cornell, R. Epstein and Moelis personnel re: loan file review process and deliverables. | 0.90 | 775.00 | 697.50 |
| | Alan Frankel | 8/20/2012 | Call with R. Epstein, D. Shoag re: loan portfolio summary data | 0.40 | 775.00 | 310.00 |
| | Alan Frankel | 8/20/2012 | Call with R. Epstein re: loan file review and summary data. | 0.30 | 775.00 | 232.50 |
| | Alan Frankel | 8/20/2012 | Reviewed Digital Risk sample Review Guide. | 0.60 | 775.00 | 465.00 |
| | Alan Frankel | 8/20/2012 | Analyzed loss causation issues. | 1.30 | 775.00 | 1,007.50 |
| | Alan Frankel | 8/20/2012 | Edited powerpoint presentation re: economic analysis and Sillman methodology. | 4.50 | 775.00 | 3,487.50 |
| | Daniel Shoag | 8/20/2012 | Met with R. Epstein, S. Naimer re: tasks, analysis (0.4); reviewed data (0.8). | 1.20 | 645.00 | 774.00 |
| | Daniel Shoag | 8/20/2012 | Correspondence with S. Naimer, R. Epstein re: analysis, tasks. | 0.50 | 645.00 | 322.50 |
| | Daniel Shoag | 8/20/2012 | Reviewed Intralink website. | 0.20 | 645.00 | 129.00 |
| | Daniel Shoag | 8/20/2012 | Reviewed Vision Data description. | 0.50 | 645.00 | 322.50 |
| | Daniel Shoag | 8/20/2012 | Reviewed Sillman Affidavit. | 1.00 | 645.00 | 645.00 |
| | Roy Epstein | 8/20/2012 | Calls with P. Bentley re: economic analysis. | 0.90 | 690.00 | 621.00 |
| ✓ | Roy Epstein | 8/20/2012 | Analyzed pool data. | 5.00 | 690.00 | 3,450.00 |
| | Roy Epstein | 8/20/2012 | Calls and meetings with D. Shoag, S. Naimer re: loan portfolio summary data, tasks. | 3.40 | 690.00 | 2,346.00 |
| | Sivia Naimer | 8/20/2012 | Met with D. Shoag, R. Epstein re: tasks, data analysis. | 2.00 | 445.00 | 890.00 |
| ✓ | Sivia Naimer | 8/20/2012 | Revised excel tables. | 3.40 | 445.00 | 1,513.00 |
| | Alan Frankel | 8/21/2012 | Conference call with J. Sharret, P. Bentley and Moelis consultants re: forensic underwriting review. | 0.70 | 775.00 | 542.50 |
| | Alan Frankel | 8/21/2012 | Call with J. Sharret, P. Bentley and Moelis consultants to interview possible vendor. | 0.80 | 775.00 | 620.00 |
| | Alan Frankel | 8/21/2012 | E-mail correspondence with D. Shoag, S. Naimer re: analysis, tasks. | 0.50 | 775.00 | 387.50 |
| | Alan Frankel | 8/21/2012 | Call with R. Epstein re: analysis, forensic underwriting. | 1.10 | 775.00 | 852.50 |
| | Alan Frankel | 8/21/2012 | Edited slides for NY meeting. | 1.70 | 775.00 | 1,317.50 |
| | Alan Frankel | 8/21/2012 | Call with B. Cornell re: expert analysis. | 0.20 | 775.00 | 155.00 |
| | Daniel Shoag | 8/21/2012 | Reviewed Sillman Affidavit. | 1.00 | 645.00 | 645.00 |

| Total | |
|---|---|
| Payments/Credits | |
| Balance Due | |

Page 2

Subtotal $17,130.50

**Coherent Economics, LLC**

# Invoice

Project: ResCap Economic Analysis

Invoice #: 211
Invoice Date: 10/10/2012

**Detail of Services:**

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Daniel Shoag | 8/21/2012 | Developed procedure for recovering issue dates from Vision (0.4); downloaded and explored additional Vision files (0.4). | 0.80 | 645.00 | 516.00 |
| Daniel Shoag | 8/21/2012 | Correspondence with S. Naimer, A. Frankel, R. Epstein re: tasks, analysis. | 0.20 | 645.00 | 129.00 |
| Daniel Shoag | 8/21/2012 | Meeting with S. Naimer re: tasks. | 0.50 | 645.00 | 322.50 |
| Roy Epstein | 8/21/2012 | Calls with P. Bentley re: expert analysis. | 3.10 | 690.00 | 2,139.00 |
| Roy Epstein | 8/21/2012 | Discussions with D. Shoag, S. Naimer re: analysis, tasks. | 2.10 | 690.00 | 1,449.00 |
| Roy Epstein | 8/21/2012 | Discussions with A. Frankel re: analysis, forensic underwriting. | 1.10 | 690.00 | 759.00 |
| Sivia Naimer | 8/21/2012 | Met with D. Shoag re: tasks (0.5); correspondence with D. Shoag, A. Frankel re: tasks (0.2); created and merged stata files (5.3). | 6.00 | 445.00 | 2,670.00 |
| Alan Frankel | 8/22/2012 | Meeting with I. Stojanovic re: case overview, tasks. | 1.50 | 775.00 | 1,162.50 |
| Alan Frankel | 8/22/2012 | Meeting at Kramer Levin hosted by P. Bentley re: expert analysis. | 2.00 | 775.00 | 1,550.00 |
| Alan Frankel | 8/22/2012 | Discussions with R. Epstein re: analysis. | 0.30 | 775.00 | 232.50 |
| Ivana Stojanovic | 8/22/2012 | Meeting with A. Frankel re: case overview, tasks. | 1.50 | 495.00 | 742.50 |
| Roy Epstein | 8/22/2012 | Meeting at Kramer Levin hosted by P. Bentley re: expert analysis. | 2.30 | 690.00 | 1,587.00 |
| Roy Epstein | 8/22/2012 | Analyzed RMBS data. | 2.50 | 690.00 | 1,725.00 |
| Roy Epstein | 8/22/2012 | Call with A. Frankel re: analysis. | 0.30 | 690.00 | 207.00 |
| Sivia Naimer | 8/22/2012 | Created excel and stata files (6.3); downloaded data (0.7). | 7.00 | 445.00 | 3,115.00 |
| Alan Frankel | 8/23/2012 | Conference call with MoFo, P. Bentley re: loan file production; e-mail summary. | 0.60 | 775.00 | 465.00 |
| Daniel Shoag | 8/23/2012 | Worked on Vision loan level file conversion. | 4.00 | 645.00 | 2,580.00 |
| Sivia Naimer | 8/23/2012 | Created excel and stata files (6.5); downloaded data (0.5). | 7.00 | 445.00 | 3,115.00 |
| Daniel Shoag | 8/24/2012 | Worked on Vision loan level file conversion. | 3.50 | 645.00 | 2,257.50 |
| Daniel Shoag | 8/24/2012 | Wrote code to label loan files. | 1.20 | 645.00 | 774.00 |
| Roy Epstein | 8/24/2012 | Analyzed RMBS data. | 1.30 | 690.00 | 897.00 |
| Roy Epstein | 8/24/2012 | Call with A. Frankel re: summary data, analysis. | 0.40 | 690.00 | 276.00 |
| Sivia Naimer | 8/24/2012 | Created excel and stata files (5.5); downloaded data (0.5). | 6.00 | 445.00 | 2,670.00 |
| Alan Frankel | 8/24/2012 | Call with R. Epstein re: summary data, analysis. | 0.40 | 775.00 | 310.00 |
| Alan Frankel | 8/25/2012 | Correspondence with P. Bentley, Moelis re: loan file follow-up. | 0.30 | 775.00 | 232.50 |
| Alan Frankel | 8/26/2012 | Correspondence with R. Epstein, D. Shoag re: summary files. | 0.20 | 775.00 | 155.00 |
| Daniel Shoag | 8/26/2012 | Reviewed trust performance files. | 2.40 | 645.00 | 1,548.00 |
| Sivia Naimer | 8/26/2012 | Analyzed stata files. | 2.80 | 445.00 | 1,246.00 |
| Sivia Naimer | 8/27/2012 | Analyzed stata files. | 7.00 | 445.00 | 3,115.00 |

| | |
|---|---|
| Total | |
| Payments/Credits | |
| Balance Due | |

Page 3

subtotal $8,531

**Coherent Economics, LLC**

# Invoice

Project: ResCap Economic Analysis

Invoice #: 211
Invoice Date: 10/10/2012

Detail of Services:

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Alan Frankel | 8/28/2012 | Conference calls with P. Bentley, R. Epstein re: loan file review | 1.50 | 775.00 | 1,162.50 |
| Roy Epstein | 8/28/2012 | Calls with P. Bentley, A. Frankel re: loan review process. | 1.50 | 690.00 | 1,035.00 |
| ✓ Sivia Naimer | 8/28/2012 | Analyzed stata files. | 6.00 | 445.00 | 2,670.00 |
| ✓ Alan Frankel | 8/29/2012 | Drafted introduction to report. | 4.30 | 775.00 | 3,332.50 |
| Sivia Naimer | 8/29/2012 | Analyzed stata files. | 5.00 | 445.00 | 2,225.00 |
| Alan Frankel | 8/30/2012 | Call with P. Bentley re: expert analysis and loan review process. | 0.20 | 775.00 | 155.00 |
| ✓ Sivia Naimer | 8/30/2012 | Analyzed stata files. | 4.00 | 445.00 | 1,780.00 |
| Daniel Shoag | 8/31/2012 | Wrote and tested code to reshape loan level files (1.2); downloaded loss files (0.3). | 1.50 | 645.00 | 967.50 |
| ✓ Sivia Naimer | 8/31/2012 | Analyzed stata files. | 3.00 | 445.00 | 1,335.00 |
| Expenses | | | | | |
| | 8/17/2012 | Frankel airfare ORD-LGA for mtg 8/21 | | 1217.60 | 1,217.60 |
| | 8/22/2012 | Frankel dinner in NY for client meeting | | 76.44 | 76.44 |
| | 8/22/2012 | Breakfast for I. Stojanovic and A. Frankel | | 62.26 | 62.26 |
| | 8/22/2012 | Frankel parking at O'Hare for trip to LGA | | 45.00 | 45.00 |
| | 8/22/2012 | Frankel hotel in NY for client meeting | | 495.77 | 495.77 |
| | 8/25/2012 | Purchased journal article | | 29.95 | 29.95 |
| | | Total Reimbursable Expenses | | | 1,927.02 |
| | 9/1/2012 | Epstein travel expenses for meeting in NYC on 8/22 | | 979.60 | 979.60 |

| | |
|---|---|
| **Total** | $159,931.12 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $159,931.12 |

Page 4

subtotal $9,117

**Coherent Economics, LLC**

# Invoice

Project: ResCap Economic Analysis

Invoice #: 215
Invoice Date: 10/31/2012

Detail of Services:

| | Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| √ | Alan Frankel | 9/2/2012 | Reviewed RMBS research (2.1); drafted portion of report (.2). | 2.30 | 775.00 | ~~1,782.50~~ $1627.50 |
| √ | Sivia Naimer | 9/2/2012 | Reviewed files re: RMBS. | 2.00 | 445.00 | 890.00 |
| √ | Roy Epstein | 9/2/2012 | Analysis of data re: RMBS. | 2.00 | 690.00 | 1,380.00 |
| | Alan Frankel | 9/3/2012 | Drafted portion of report (0.5); reviewed RMBS research (0.7) | 1.20 | 775.00 | 930.00 |
| | Alan Frankel | 9/4/2012 | Call with underwriting expert J. Johnson re: analysis (0.6); call with underwriting expert Morrow re: analysis(0.5); call with P. Bentley re: expert reports (0.2). | 1.30 | 775.00 | 1,007.50 |
| √ | Daniel Shoag | 9/4/2012 | Conducted RMBS analysis. | 1.00 | 645.00 | 645.00 |
| | Alan Frankel | 9/5/2012 | Reviewed underwriting guideline documents (0.4); reviewed RMBS research (0.9). | 1.30 | 775.00 | 1,007.50 |
| | Daniel Shoag | 9/5/2012 | Correspondence with R. Epstein to discuss data plans (0.8); search for loans in Vision (2.3); reviewed loans (2.8). | 5.90 | 645.00 | 3,805.50 |
| √ | Alan Frankel | 9/6/2012 | Reviewed databases (1.8); hosted web meeting with consultants from Coherent, Analytic Focus, Moelis, and counsel re: underwriting guidelines (1); organized document review (0.4); reviewed RMBS research (1.3) | 4.50 | 775.00 | 3,487.50 $2,402.50 |
| √ | Sivia Naimer | 9/6/2012 | Coordinated RMBS analysis. | 2.50 | 445.00 | 1,112.50 |
| | Roy Epstein | 9/6/2012 | Calls with A. Frankel, I. Holt, S. Hasan re: analysis (0.9); reviewed database and conferred with A. Frankel, D. Shoag about same (1.5). | 2.40 | 690.00 | 1,656.00 |
| | Daniel Shoag | 9/6/2012 | Download Relativity (0.5); confer with R. Epstein, A. Frankel re: same (0.8). | 1.30 | 645.00 | 838.50 |
| | Laura McIntyre | 9/7/2012 | Attended web conference re: document review with A. Frankel, I. Stojanovic, R. Epstein (0.5); reviewed & indexed underwriting guideline documents (1.1). | 1.60 | 220.00 | 352.00 |
| | Alan Frankel | 9/7/2012 | Call with R. Epstein re: underwriting guideline docs (0.8); reviewed and indexed underwriting guideline documents (4.7); hosted web conference with R. Epstein, I. Stojanovic, L. McIntyre re: document review (0.5). | 6.00 | 775.00 | 4,650.00 |
| | Ivana Stojanovic | 9/7/2012 | Meeting regarding Relativity setup and usage (0.5); installed Relativity (1.6). | 2.10 | 495.00 | 1,039.50 |
| | Roy Epstein | 9/7/2012 | Call with A. Frankel re: underwriting guideline docs (0.8); worked with Relativity database (1.3); call with A. Frankel, I. Stojanovic, L. McIntyre re: underwriting guideline tasks (0.5). | 2.60 | 690.00 | 1,794.00 |
| √ | Laura McIntyre | 9/8/2012 | Reviewed & indexed underwriting guideline documents. | 10.00 | 220.00 | 2,200.00 |
| | Alan Frankel | 9/8/2012 | Reviewed & indexed underwriting guideline documents. | 3.80 | 775.00 | 2,945.00 |
| | Ivana Stojanovic | 9/8/2012 | Reviewed & indexed underwriting guideline documents. | 7.30 | 495.00 | 3,613.50 |
| | Roy Epstein | 9/8/2012 | Extracted data from Relativity database. | 4.00 | 690.00 | 2,760.00 |
| √ | Laura McIntyre | 9/9/2012 | Reviewed & indexed underwriting guideline documents. | 4.50 | 220.00 | 990.00 |

| | |
|---|---|
| Total | |
| Payments/Credits | |
| Balance Due | |

Page 1

subtotal $17,806

**Coherent Economics, LLC**

# Invoice

Project: ResCap Economic Analysis

Invoice #: 215
Invoice Date: 10/31/2012

**Detail of Services:**

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| Alan Frankel | 9/9/2012 | Reviewed & organized index of underwriting guideline documents. | 9.30 | 775.00 | 7,207.50 |
| √ Ivana Stojanovic | 9/9/2012 | Reviewed & indexed underwriting guideline documents. | 6.00 | 495.00 | 2,970.00 |
| Daniel Shoag | 9/9/2012 | Attended Relativity document coding and training tutorial. | 2.50 | 645.00 | 1,612.50 |
| Laura McIntyre | 9/10/2012 | Reviewed & indexed underwriting guideline documents. | 3.50 | 220.00 | 770.00 |
| Alan Frankel | 9/10/2012 | Call with I. Holt re: RMBS issues (0.2); call with R. Epstein re: expert report and file review (0.2); reviewed & organized index for underwriting manuals (2.1); reviewed RMBS research (4.3). | 6.80 | 775.00 | 5,270.00 |
| √ Ivana Stojanovic | 9/10/2012 | Reviewed & indexed underwriting guideline documents. | 6.50 | 495.00 | 3,217.50 |
| Roy Epstein | 9/10/2012 | Call with A. Frankel re: expert report and file review. | 0.20 | 690.00 | 138.00 |
| Alan Frankel | 9/11/2012 | Reviewed & organized index for underwriting manuals (0.4); call with L. McIntyre re: file review (0.3); reviewed RMBS research (2.2); organized document index (0.7). | 3.60 | 775.00 | 2,790.00 |
| Laura McIntyre | 9/11/2012 | Call with A. Frankel re: file review (0.3); reviewed & indexed underwriting guideline documents (5). | 5.30 | 220.00 | 1,166.00 |
| √ Ivana Stojanovic | 9/11/2012 | Reviewed & indexed underwriting guideline documents. | 2.50 | 495.00 | 1,237.50 |
| Daniel Shoag | 9/11/2012 | Downloaded and organized research re: Second Lien files. | 2.80 | 645.00 | 1,806.00 |
| Alan Frankel | 9/12/2012 | Reviewed RMBS research (1.6); call with P. Bentley re: economic analysis (0.5); call hosted by K. Eckstein and P. Bentley re: analysis (0.6); call with Cornell and Epstein re: same (0.8); analyzed performance data (2.6); reviewed data and documents produced in discovery (3); assisted expert with report preparation (2.2). | 11.30 | 775.00 | 8,757.50 |
| Sivia Naimer | 9/12/2012 | Compiled underwriting guideline documents. | 2.00 | 445.00 | 890.00 |
| Roy Epstein | 9/12/2012 | Call with P. Bentley, K. Eckstein, A. Frankel, B. Cornell re: analysis (0.8); extract data from Relativity database (3.6). | 4.40 | 690.00 | 3,036.00 |
| Daniel Shoag | 9/12/2012 | Reviewed files re: RMBS analysis. | 0.80 | 645.00 | 516.00 |
| Alan Frankel | 9/13/2012 | Assisted expert with report preparation (0.7); call with Moelis re: data production (0.2); analyzed documents and data re: analysis (1.1); calls with R. Epstein, S. Naimer re: same (0.2); analyzed underwriting documents (12.3). | 14.50 | 775.00 | 11,237.50 |
| Sivia Naimer | 9/13/2012 | Call with A. Frankel, R. Epstein, D. Shoag re: underwriting guideline docs (1); reviewed files re: same (2). | 3.00 | 445.00 | 1,335.00 |
| √ Roy Epstein | 9/13/2012 | Calls with A. Frankel, S. Naimer re: analysis (0.2); analyzed RMBS data (10.8). | 11.00 | 690.00 | 7,590.00  7,452 |
| Daniel Shoag | 9/13/2012 | Correspondence with S. Naimer re: data (0.3); reviewed loan files (4.1); data analysis for specific loans (2.6). | 7.00 | 645.00 | 4,515.00 |

| Total | |
|---|---|
| Payments/Credits | |
| Balance Due | |

Page 2

Subtotal $14,877

# Coherent Economics, LLC

# Invoice

**Project:** ResCap Economic Analysis

Invoice #: 215
Invoice Date: 10/31/2012

### Detail of Services:

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Alan Frankel | 9/14/2012 | Analyzed underwriting documents (7.8); call with S. Hasan re: CoreLogic (.2). | 8.00 | 775.00 | 6,200.00 |
| Ivana Stojanovic | 9/14/2012 | Reviewed RMBS research re: performance deals. | 4.50 | 495.00 | 2,227.50 |
| Roy Epstein | 9/14/2012 | Analyzed RMBS data. | 8.20 | 690.00 | 5,658.00 |
| Daniel Shoag | 9/14/2012 | Downloaded and organized loan files. | 1.50 | 645.00 | 967.50 |
| Alan Frankel | 9/15/2012 | Assisted expert with report preparation (3.3); analyzed data re: same (5.4). | 8.70 | 775.00 | 6,742.50 |
| Alan Frankel | 9/16/2012 | Analyzed RMBS issues (4.5); assisted expert with report preparation (2.2). | 6.70 | 775.00 | 5,192.50 |
| Roy Epstein | 9/16/2012 | Analyzed RMBS data. | 2.10 | 690.00 | 1,449.00 |
| Daniel Shoag | 9/16/2012 | Data analysis for specific loans. | 0.90 | 645.00 | 580.50 |
| Alan Frankel | 9/17/2012 | Analyzed RMBS documents (0.7); call with B. Cornell re: analysis (0.2). | 0.90 | 775.00 | 697.50 |
| Ivana Stojanovic | 9/17/2012 | Reviewed RMBS documents and data. | 2.00 | 495.00 | 990.00 |
| Roy Epstein | 9/17/2012 | Computer programming (0.8), analyzed RMBS data (3.5). | 4.30 | 690.00 | 2,967.00 |
| Alan Frankel | 9/18/2012 | Reviewed underwriting documents (1.8); drafted exhibits (1). | 2.80 | 775.00 | 2,170.00 |
| Ivana Stojanovic | 9/18/2012 | Downloaded documents and data re: RMBS analysis. | 5.00 | 495.00 | 2,475.00 |
| Roy Epstein | 9/18/2012 | Computer programming (0.6), analyzed RMBS data (4.5). | 5.10 | 690.00 | 3,519.00 |
| Laura McIntyre | 9/19/2012 | Call with A. Frankel re: document review (0.2); reviewed and indexed underwriting documents (3). | 3.20 | 220.00 | 704.00 |
| Alan Frankel | 9/19/2012 | Reviewed and organized underwriting documents (2.9); call with R. Epstein re: analysis (1); call with L. McIntyre re: document review (0.2); assisted expert with report preparation (10.3). | 14.40 | 775.00 | 11,160.00 |
| Ivana Stojanovic | 9/19/2012 | Reviewed documents and data re: RMBS analysis. | 3.50 | 495.00 | 1,732.50 |
| Roy Epstein | 9/19/2012 | Call with A. Frankel re: analysis (1); computer programming (0.3); analyzed RMBS data (2.6); analyses of RMBS issues (5). | 8.90 | 690.00 | 6,141.00 |
| Daniel Shoag | 9/19/2012 | Downloaded current version of monthly files (0.3); organized and reviewed current version of monthly files (2.5). | 2.80 | 645.00 | 1,806.00 |
| Laura McIntyre | 9/20/2012 | Reviewed and indexed underwriting documents. | 5.80 | 220.00 | 1,276.00 |
| Alan Frankel | 9/20/2012 | Call with R. Epstein re: economic analysis (0.7); call hosted by P. Bentley re: expert analysis (1.3); reviewed underwriting documents (2.1); assisted expert with report preparation (7.1). | 11.20 | 775.00 | 8,680.00 |
| Sivia Naimer | 9/20/2012 | Downloaded Relativity (0.5); reviewed data (0.5). | 1.00 | 445.00 | 445.00 |
| Ivana Stojanovic | 9/20/2012 | Downloaded and reviewed documents and data re: RMBS analysis. | 6.00 | 495.00 | 2,970.00 |

Handwritten annotations: ✓ marks next to several rows; "$ 3487.50" near 9/16 Frankel row; "$ 2415" near 9/17 Epstein row; "3105" near 9/18 Epstein row.

| Total | |
|---|---|
| Payments/Credits | |
| Balance Due | |

Page 3

*subtotal $ 14,665.50*

**Coherent Economics, LLC**

# Invoice

Project: ResCap Economic Analysis

Invoice #: 215
Invoice Date: 10/31/2012

**Detail of Services:**

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Roy Epstein | 9/20/2012 | Call with A. Frankel re: analysis (0.7); call with A. Frankel, P. Bentley, B. Cornell, Hull re: expert analysis (1.3); analyzed RMBS data (5). | 7.00 | 690.00 | 4,830.00 |
| Daniel Shoag | 9/20/2012 | Downloaded Relativity files (0.5); organized and reviewed Relativity files (1.8). | 2.30 | 645.00 | 1,483.50 |
| Laura McIntyre | 9/21/2012 | Call with S. Naimer re: document review (0.2); reviewed & indexed underwriting documents (4.6). | 4.80 | 220.00 | 1,056.00 |
| Alan Frankel | 9/21/2012 | Drafted exhibits to the expert report(5.5); analyzed data and documents (3). | 8.50 | 775.00 | 6,587.50 |
| Sivia Naimer | 9/21/2012 | Reviewed and indexed underwriting files (1.8); call with L. McIntyre re: document review (0.2). | 2.00 | 445.00 | 890.00 |
| Ivana Stojanovic | 9/21/2012 | Downloaded and reviewed documents and data. | 4.00 | 495.00 | 1,980.00 |
| ✓ Roy Epstein | 9/21/2012 | Analyses of RMBS issues. | 8.30 | 690.00 | 5,727.00 |
| Laura McIntyre | 9/22/2012 | Reviewed and indexed underwriting documents. | 4.40 | 220.00 | 968.00 |
| Alan Frankel | 9/22/2012 | Assisted expert with report preparation (4.3); analyzed documents re: same (2.2). | 6.50 | 775.00 | 5,037.50 |
| ✓ Ivana Stojanovic | 9/22/2012 | Reviewed RMBS research (2.1); analyzed same (2.4). | 4.50 | 495.00 | 2,227.50 |
| ✓ Roy Epstein | 9/22/2012 | Analyses of RMBS issues. | 6.00 | 690.00 | 4,140.00 |
| Alan Frankel | 9/23/2012 | Reviewed documents re: RMBS analysis. | 0.30 | 775.00 | 232.50 |
| Sivia Naimer | 9/23/2012 | Reviewed and indexed underwriting files (2.7); call with L. McIntyre re: document review (0.3). | 3.00 | 445.00 | 1,335.00 |
| Ivana Stojanovic | 9/23/2012 | Coordinated review of database re: underwriting documents. | 5.00 | 495.00 | 2,475.00 |
| ✓ Roy Epstein | 9/23/2012 | Analyses of RMBS issues. | 5.60 | 690.00 | 3,864.00 |
| Daniel Shoag | 9/23/2012 | Reviewed loans re: RMBS issues. | 5.70 | 645.00 | 3,676.50 |
| Laura McIntyre | 9/23/2012 | Call with S. Naimer re: document review (0.3); reviewed & indexed underwriting documents (6.7). | 7.00 | 220.00 | 1,540.00 |
| Laura McIntyre | 9/24/2012 | Call with S. Naimer re: document review (0.5); reviewed & indexed underwriting documents (2.7). | 3.20 | 220.00 | 704.00 |
| Alan Frankel | 9/24/2012 | Analyzed documents and data (7); analyzed industry data (4.7); call with R. Epstein re: analysis (0.7). | 12.40 | 775.00 | 9,610.00 |
| Sivia Naimer | 9/24/2012 | Reviewed & indexed underwriting documents. | 1.50 | 445.00 | 667.50 |
| Ivana Stojanovic | 9/24/2012 | Summarized RMBS research. | 1.00 | 495.00 | 495.00 |
| Roy Epstein | 9/24/2012 | Analyses of RMBS issues (7); call with A. Frankel re: analysis (0.7). | 7.70 | 690.00 | 5,313.00  4830 |
| Laura McIntyre | 9/25/2012 | Reviewed and indexed underwriting documents (2.7); reviewed & indexed GM family documents (0.8). | 3.50 | 220.00 | 770.00 |
| Alan Frankel | 9/25/2012 | Call hosted by P. Bentley re: economic analysis (1.5); follow-up call with P. Bentley, I. Holt, R. Epstein re: analysis (0.5); analyzed documents and data (5.6). | 7.60 | 775.00 | 5,890.00 |
| Sivia Naimer | 9/25/2012 | Reviewed & indexed underwriting documents. | 1.50 | 445.00 | 667.50 |
| Roy Epstein | 9/25/2012 | Call with A. Frankel, P. Bentley, B. Cornell, Hull re: analysis (1.5); analyzed data (5). | 6.50 | 690.00 | 4,485.00 |

| | |
|---|---|
| Total | |
| Payments/Credits | |
| Balance Due | |

Page 4

subtotal $20,788.50

# Coherent Economics, LLC

# Invoice

**Project:** ResCap Economic Analysis

**Invoice #:** 215
**Invoice Date:** 10/31/2012

**Detail of Services:**

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Daniel Shoag | 9/25/2012 | Reviewed loan files. | 2.00 | 645.00 | 1,290.00 |
| Alan Frankel | 9/26/2012 | Provided documents to P. Bentley, B. Cornell. | 0.70 | 775.00 | 542.50 |
| Roy Epstein | 9/26/2012 | Analyses of RMBS issues. | 3.80 | 690.00 | 2,622.00 |
| Alan Frankel | 9/27/2012 | Call hosted by P. Bentley re: analysis and related issues (1.8); analyzed data re: same (3.2); analyzed deal documents (3.7). | 8.70 | 775.00 | 6,742.50 |
| Ivana Stojanovic | 9/27/2012 | Downloaded and reviewed loans. | 4.00 | 495.00 | 1,980.00 |
| Roy Epstein | 9/27/2012 | Call with A. Frankel, P. Bentley, B. Cornell, Hull re: analysis and related issues (1.8); data analysis (7.9). | 9.70 | 690.00 | 6,693.00 |
| Daniel Shoag | 9/27/2012 | Reviewed loan files. | 2.30 | 645.00 | 1,483.50 |
| Alan Frankel | 9/28/2012 | Call with underwriting experts re: file review (1); call with R. Epstein re: analysis (0.6); analyzed deal documents (2.7); call with P. Bentley, L. Pettit re: analysis (1.2); call with experts re: analysis (0.5). | 6.00 | 775.00 | 4,650.00 |
| Ivana Stojanovic | 9/28/2012 | Downloaded and appended loans. | 2.00 | 495.00 | 990.00 |
| Roy Epstein | 9/28/2012 | Call with A. Frankel, P. Bentley, B. Cornell, Hull re: file review (1); call with A. Frankel, P. Bentley (1.2); data analysis (6.6); call with A. Frankel re: analysis (0.6). | 9.40 | 690.00 | 6,486.00 |
| Daniel Shoag | 9/28/2012 | Coded loan level files. | 1.10 | 645.00 | 709.50 |
| Alan Frankel | 9/29/2012 | Analyzed documents and spreadsheets (5.4); call with R. Epstein re: analysis (0.7); reviewed declarations (3.1). | 9.20 | 775.00 | 7,130.00 |
| Ivana Stojanovic | 9/29/2012 | Analysis of loans. | 6.40 | 495.00 | 3,168.00 |
| Roy Epstein | 9/29/2012 | Analyses of RMBS issues (8.4); call with A. Frankel re: analysis (0.7). | 9.10 | 690.00 | 6,279.00 |
| Alan Frankel | 9/30/2012 | Call with P. Bentley, L. Pettit, B. Cornell and R. Epstein re: declarations (1.1); reviewed declarations (0.8); assisted expert with report preparation (4.5). | 6.40 | 775.00 | 4,960.00 |
| Sivia Naimer | 9/30/2012 | Compiled data re: RMBS analysis. | 3.00 | 445.00 | 1,335.00 |
| Ivana Stojanovic | 9/30/2012 | Analysis of loans. | 4.60 | 495.00 | 2,277.00 |
| Roy Epstein | 9/30/2012 | Call with A. Frankel, P. Bentley, B. Cornell, L. Pettit re: declarations (1.1); analysis of RMBS data (2). | 3.10 | 690.00 | 2,139.00 |
| Expenses | | | | | |
| | 9/6/2012 | Conference Call Services (hosted web conference with other consultants re: underwriting guideline documents). | | 11.23 | 11.23 |
| | 9/24/2012 | Mortgage Bankers Assoc (purchased delinquency data). | | 400.00 | 400.00 |
| | 9/28/2012 | Conference Call Services (hosted conference call with Bentley, Pettit re: economic analysis). | | 31.24 | 31.24 |
| | 9/30/2012 | Conference Call Services (hosted conference call with Bentley, Pettit, Cornell and Epstein re: declarations). | | 37.49 | 37.49 |
| | | Total Reimbursable Expenses | | | 479.96 |

| | |
|---|---|
| **Total** | $320,307.96 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $320,307.96 |

Page 5

*Handwritten: subtotal $12,820*

**Coherent Economics, LLC**

# Invoice

Project: ResCap Economic Analysis

Invoice #: 220
Invoice Date: 12/4/2012

**Detail of Services:**

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Alan Frankel | 10/1/2012 | Call with Moelis, R. Epstein re: CoreLogic data (0.6); assisted expert with preparation of report (7.6). | 8.20 | 775.00 | 6,355.00 |
| Roy Epstein | 10/1/2012 | Call with A. Frankel, Moelis re: analysis (0.6); analyses of RMBS data (5.9). | 6.50 | 690.00 | 4,485.00 |
| ✓ Ivana Stojanovic | 10/1/2012 | Analyzed RMBS data. | 4.00 | 495.00 | 1,980.00 |
| ✓ Laura McIntyre | 10/2/2012 | Compiled loan history data. | 6.20 | 220.00 | 1,364.00 |
| Alan Frankel | 10/2/2012 | Assisted expert with preparation of report (8.7); call with R. Epstein re: analysis (0.5). | 9.20 | 775.00 | 7,130.00 |
| Roy Epstein | 10/2/2012 | Call with A. Frankel re: analysis (0.5); analyses of RMBS data (8.3). | 8.80 | 690.00 | 6,072.00 |
| ✓ Laura McIntyre | 10/3/2012 | Compiled loan history data. | 4.90 | 220.00 | 1,078.00 |
| Alan Frankel | 10/3/2012 | Call with P. Bentley re: analysis (0.6); assisted expert with preparation of report (9.2). | 9.80 | 775.00 | 7,595.00 |
| ✓ Roy Epstein | 10/3/2012 | Analyses for expert report. | 9.20 | 690.00 | 6,348.00 |
| ✓ Eric Schonberg | 10/3/2012 | Compiled loan history data. | 3.00 | 445.00 | 1,335.00 |
| ✓ Sivia Naimer | 10/3/2012 | Compiled loan history data. | 2.00 | 445.00 | 890.00 |
| ✓ Ivana Stojanovic | 10/3/2012 | Analyzed RMBS data. | 6.50 | 495.00 | 3,217.50 |
| ✓ Laura McIntyre | 10/4/2012 | Compiled loan history data. | 5.30 | 220.00 | 1,166.00 |
| Alan Frankel | 10/4/2012 | Assisted expert with preparation of report (8.7); call with R. Epstein re: analysis (0.5). | 6.70 | 775.00 | 5,192.50 |
| ✓ Roy Epstein | 10/4/2012 | Assisted with preparation of expert report. | 10.00 | 690.00 | 6,900.00 |
| ✓ Eric Schonberg | 10/4/2012 | Compiled loan history data. | (17.00) | 445.00 | 7,565.00 |
| ✓ Daniel Shoag | 10/4/2012 | Analyzed loan history data. | 1.30 | 645.00 | 838.50 |
| ✓ Ivana Stojanovic | 10/4/2012 | Analyzed RMBS data. | 4.00 | 495.00 | 1,980.00 |
| Alan Frankel | 10/5/2012 | Call hosted by P. Bentley re: analysis (2.2); reviewed brief (0.6); analyzed damages issues (1.2). | 4.00 | 775.00 | 3,100.00 |
| Roy Epstein | 10/5/2012 | Call with A. Frankel, P. Bentley, B. Cornell, Moelis re: analysis (2.2); analyzed RMBS data (8.2). | 10.40 | 690.00 | 7,176.00 |
| ✓ Eric Schonberg | 10/5/2012 | Compiled loan history data. | 4.80 | 445.00 | 2,136.00 |
| ✓ Daniel Shoag | 10/5/2012 | Analyzed loan history data. | 1.70 | 645.00 | 1,096.50 |
| Alan Frankel | 10/6/2012 | Call with R. Epstein re: analysis (1.8); analyzed damages issues (0.4); reviewed declaration and exhibits (0.6) | 2.80 | 775.00 | 2,170.00 |
| Roy Epstein | 10/6/2012 | Call with A. Frankel re: analysis (1.8); analyzed RMBS data (1.3). | 3.10 | 690.00 | 2,139.00 |
| ✓ Ivana Stojanovic | 10/6/2012 | Analyzed RMBS data. | 7.50 | 495.00 | 3,712.50 |
| Alan Frankel | 10/7/2012 | Call with R. Epstein re: analysis (1.4); analyzed damages issues (0.7); call with P. Bentley, R. Epstein re: same (1.8). | 3.90 | 775.00 | 3,022.50 |
| ✓ Roy Epstein | 10/7/2012 | Call with A. Frankel re: analysis (1.4); call with P. Bentley, A. Frankel re: same (1.8); analyzed RMBS data (6.9). | 10.10 | 690.00 | ~~6,969.00~~ $4,761 |
| Alan Frankel | 10/8/2012 | Analyzed RMBS data; drafted exhibits to expert report (1.6); call with R. Epstein re: analysis (1). | 2.60 | 775.00 | 2,015.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

Page 1

sub total $46,368

**Coherent Economics, LLC**

# Invoice

Project: ResCap Economic Analysis

Invoice #: 220
Invoice Date: 12/4/2012

**Detail of Services:**

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Roy Epstein | 10/8/2012 | Call with A. Frankel re: analysis (1); drafted exhibits to expert report (6). | 7.00 | 690.00 | 4,830.00 |
| √ Eric Schonberg | 10/8/2012 | Compiled loan history data. | 7.20 | 445.00 | 3,204.00 |
| √ Ivana Stojanovic | 10/8/2012 | Reviewed and indexed documents re: RMBS analysis. | 3.00 | 495.00 | 1,485.00 |
| Alan Frankel | 10/9/2012 | Analyzed loan data. ok | 0.40 | 775.00 | 310.00 |
| √ Ivana Stojanovic | 10/9/2012 | Reviewed and indexed documents re: RMBS analysis. | 7.00 | 495.00 | 3,465.00 |
| Alan Frankel | 10/10/2012 | Drafted exhibits to expert report (2.1); analyzed documents re: RMBS settlement (1.1). | 3.20 | 775.00 | 2,480.00 |
| Ivana Stojanovic | 10/10/2012 | Reviewed and indexed documents re: RMBS analysis. | 2.00 | 495.00 | 990.00 |
| Alan Frankel | 10/11/2012 | Analyzed loan data (0.4); call with P. Bentley, R. Epstein re: same (1.9); call with R. Epstein re: analysis (0.4). | 2.70 | 775.00 | 2,092.50 |
| Roy Epstein | 10/11/2012 | Call with A. Frankel, P. Bentley, B. Cornell re: analysis (1.9); call with A. Frankel re: analysis (0.4); drafted exhibits to expert report (0.9); analyzed RMBS data (4.3). | 7.50 | 690.00 | 5,175.00  $2,967 |
| Alan Frankel | 10/12/2012 | Call with Moelis, R. Epstein re: loan data. | 1.00 | 775.00 | 775.00 |
| Roy Epstein | 10/12/2012 | Call with A. Frankel, Moelis re: analysis (1); analyzed RMBS data (3). | 4.00 | 690.00 | 2,760.00 |
| Alan Frankel | 10/16/2012 | Reviewed documents re: RMBS settlement (2.4); call hosted by P. Bentley re: analysis (1.9); call with R. Epstein re: analysis (0.4). | 4.70 | 775.00 | 3,642.50 |
| Roy Epstein | 10/16/2012 | Call with A. Frankel, P. Bentley, B. Cornell re: analysis (1.9); call with A. Frankel re: analysis (0.4); analyzed RMBS data (1.6). | 3.90 | 690.00 | 2,691.00 |
| Alan Frankel | 10/17/2012 | Reviewed documents re: RMBS settlement. | 4.50 | 775.00 | 3,487.50 |
| √ Roy Epstein | 10/17/2012 | Analyzed RMBS data. | 1.70 | 690.00 | 1,173.00 |
| Alan Frankel | 10/18/2012 | Call hosted by P. Bentley re: analysis. | 0.30 | 775.00 | 232.50 |
| Roy Epstein | 10/18/2012 | Analyzed RMBS data (2.8); call with A. Frankel, P. Bentley, L. Parsons re: same (0.3). | 3.10 | 690.00 | 2,139.00 |
| Alan Frankel | 10/19/2012 | Analyzed underwriting results and related documents (2.8); call with P. Bentley, R. Epstein, L. Pettit re: analysis (1.3). | 4.10 | 775.00 | 3,177.50 |
| Roy Epstein | 10/19/2012 | Call with A. Frankel, P. Bentley, L. Pettit re: analysis (1.1); analyzed RMBS data (5.3). | 6.40 | 690.00 | 4,416.00 |
| Alan Frankel | 10/20/2012 | Analyzed underwriting results and related documents. | 3.20 | 775.00 | 2,480.00 |
| √ Roy Epstein | 10/20/2012 | Analyzed RMBS data. | 7.70 | 690.00 | 5,313.00 |
| Ivana Stojanovic | 10/20/2012 | Reviewed documents re: RMBS analysis. | 4.20 | 495.00 | 2,079.00 |
| Alan Frankel | 10/21/2012 | Drafted exhibits to expert report. | 0.80 | 775.00 | 620.00 |
| Roy Epstein | 10/21/2012 | Call with A. Frankel (0.5); drafted exhibits to expert report (9.9). | 10.40 | 690.00 | 7,176.00 |
| Alan Frankel | 10/22/2012 | Drafted exhibits to expert report. | 1.70 | 775.00 | 1,317.50 |
| √ Roy Epstein | 10/22/2012 | Revised draft exhibits (1.2); analyzed RMBS data (5.1). | 6.30 | 690.00 | 4,347.00  3519 |

| | |
|---|---|
| Total | |
| Payments/Credits | |
| Balance Due | |

Page 2

subtotal $17,892