# EXHIBIT J

12-12020-mg    Doc 3207    Filed 03/14/13    Entered 03/14/13 19:28:36    Main Document
Pg 18 of 35

SAN MARINO BUSINESS PARTNERS LLC
HOURS BY PROJECT CATEGORY: AUGUST 2012 - INVOICE: SMPB051-RC

## CATEGORY 1: RMBS Expert Analysis

| Date | Name | Description | Hours | Hourly Rate | Amount |
|------|------|-------------|-------|-------------|--------|
| 08/13/12 | BC | Rev. legal filings and background materials (3.0), Conf. call w/ A. Frankel and R. Epstein of Coherent (.5) | 3.50 | 975 | 3,412.50 |
| 08/14/12 | BC | Conf. calls w/ P. Bentley and Coherent: A. Frankel (1.0), Rev. academic material on sampling (2.30) | 3.30 | 975 | 3,217.50 |
| 08/15/12 | BC | Rev. background docs. (2.0), Correspondence P. Bentleyre: RMBS analysis (.30) | 2.30 | 975 | 2,242.50 |
| 08/16/12 | BC | Rev. legal filings and background materials (1.0), Correspondence/Calls w. A. Frankel & R. Epstein (0.50), Analysis of Sillman report (2.0) | 3.50 | 975 | 3,412.50 |
| 08/17/12 | BC | Calls w/ R. Frankel and Moelis (1.5), Rev. materials from Digital Risk (1.0), Work on sampling issues (0.50) | 3.50 | 975 | 3,412.50 |
| 08/17/12 | AC | Meet w/ Prof. Cornell re work plan (0.50), Download academic articles (0.50), Prepare binders for RMBS analysis (0.80) | 1.80 | 250 | 450.00 |
| 08/20/12 | BC | Conv w/ staff (0.30), Rev. work product (0.50), Conf. call w/ P. Bentley (0.50), Correspondence P. Bentley (0.30) | 2.10 | 975 | 2,047.50 |
| 08/21/12 | BC | Conf. call w/ P. Bentley (0.80) re: RMBS analysis, Followup call with P. Bentley re: RMBS analysis (0.30) | 1.10 | 975 | 1,072.50 |
| 08/22/12 | BC | Meet w/ P. Bentley, A. Frankel, R. Epstein in NYC (2.50), Correspondence with same (0.60) | 3.10 | 975 | 3,022.50 |
| 08/23/12 | BC | Call w/ A. Frankel & R. Epstein (0.30), Correspondence w/ P. Bentley and A. Frankel (0.30), Work on Cornell declaration (0.50) | 1.10 | 975 | 1,072.50 |
| 08/24/12 | BC | Correspondence w/ P. Bentley, A. Frankel and R. Epstein re: RMBS analysis (.30) | 0.30 | 975 | 292.50 |
| 08/28/12 | BC | Conf. call w/ KL attorneys, Moelis bankers, and Ira Holt of Analytic Focus (0.80) re: RMBS analysis, Conf. call w/ KL structured finance attorneys (0.80) | 1.60 | 975 | 1,560.00 |
| 08/29/12 | BC | Correspondence w/ Phil Bentley, other KL attorneys and Coherent staff including Alan Frankel (0.30) | 0.30 | 975 | 292.50 |
| 08/31/12 | BC | Rev. newest edition of Fabozzi book on MBS (1.50) | 1.50 | 975 | 1,462.50 |
| 08/31/12 | AC | Organize documents for B. Cornell (.5) | 0.50 | 250 | 125.00 |
| | | **TOTALS:** | **29.50** | | **27,095.00** |

## CATEGORY 2: Retention/Fee Applications

| Date | Name | Description | Hours | Hourly Rate | Amount |
|------|------|-------------|-------|-------------|--------|
| 08/15/12 | EB | Work on retention documents (.50) | 0.50 | 400 | 200.00 |
| 08/17/12 | EB | Meet w/ B. Cornell re: billing and retention (.50) | 0.50 | 400 | 200.00 |
| 08/17/12 | BC | Meet with E. Bergstrom re: retention and billing issues. (0.50) | 0.50 | 975 | 487.50 |
| 08/21/12 | EB | Meet w/ Prof. Cornell (0.30), Analyze documents from Kramer Levin re: retention (0.70) | 1.00 | 400 | 400.00 |
| 08/21/12 | BC | Work on retention issues (0.50) | 0.50 | 250 | 487.50 |
| 08/24/12 | EB | Work on billing (0.30) and retention (.50) | 0.80 | 400 | 320.00 |
| 08/27/12 | EB | Proof retention documents (0.80) | 0.80 | 400 | 320.00 |
| 08/27/12 | BC | Execute retention documents (0.30) | 0.30 | 975 | 292.50 |
| | | **TOTALS:** | **4.90** | | **2,707.50** |

**TOTAL FOR ALL PROJECT CATEGORIES:** 34.40    29,802.50

$29,802.50

SAN MARINO BUSINESS PARTNERS LLC
HOURS BY PROJECT CATEGORY: SEPTEMBER 2012 - INVOICE: SMPB052-RC

**CATEGORY 1: RMBS Expert Analysis**

| Date | Name | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|---|
| Tue, Sep 4 | BC | Correspondence w/ A. Frankel and Coherent staff (0.30), Calls with potential reunderwriting experts re: same (1.0) | 1.30 | 975 | 1,267.50 |
| Wed, Sep 5 | BC | Rev. background materials related to RMBS issues (2.5) | 2.50 | 975 | 2,437.50 |
| Wed, Sep 5 | AC | Prepare materials for Prof. Cornell (0.50) | 0.50 | 250 | 125.00 |
| Thu, Sep 6 | BC | Rev. materials re: RMBS issues  (2.00) | 2.00 | 975 | 1,950.00 |
| Fri, Sep 7 | BC | Rev. material on RMBS issues (1.50) | 1.50 | 975 | 1,462.50 |
| Tue, Sep 11 | BC | Correspondence with Coherent re: RMBS issues (0.40), Meet w/ E. Bergstrom and A. Cornell of SMBP re: bankruptcy rules (0.30) | 0.70 | 975 | 682.50 |
| Tue, Sep 11 | AC | Meet w/ Prof. Cornell re hearing and future steps (0.30) | 0.30 | 250 | 75.00 |
| Tue, Sep 11 | EB | Meet with B. Cornell re: rules for bankruptcy court (0.30) | 0.30 | 400 | 120.00 |
| Wed, Sep 12 | BC | Correspondence w/A. Frankel and Coherent staff (0.50), Rev. RMBS materials from staff (0.60), Conf. call w/ P. Bentley and staff (0.60), | 2.70 | 975 | 2,632.50 |
|  | BC | Conf. call w/ Coherent staff re: RMBS analysis (1.00) |  | 975 |  |
| Thu, Sep 13 | BC | Draft outline re: RMBS analysis (1.50) | 1.50 | 975 | 1,462.50 |
| Fri, Sep 14 | BC | Correspondence w/ A Frankel and Coherent staff re Moelis work flow (0.50), Rev. materials related to same (1.00) | 1.50 | 975 | 1,462.50 |
| Fri, Sep 14 | AC | Prepare materials for B. Cornell (0.50) | 0.50 | 250 | 125.00 |
| Mon, Sep 17 | BC | Call w/ A Frankel (0.30), Rev. materials re: RMBS analysis (1.00) | 1.30 | 975 | 1,267.50 |
| Tue, Sep 18 | BC | Correspondence w/ A Frankel, I Holt, P Bentley re: RMBS analysis (0.50) | 0.50 | 975 | 487.50 |
| Wed, Sep 19 | BC | Rev. materials related to reunderwriting (1.00) | 1.00 | 975 | 975.00 |
| Wed, Sep 19 | AC | Prepare materials for Prof. Cornell (0.30) | 0.30 | 250 | 75.00 |
| Thu, Sep 20 | BC | Prepare for all hands call (0.30), All hands call w/ attorneys and experts re: RMBS analysis (0.50) | 0.80 | 975 | 780.00 |
| Sun, Sep 23 | BC | Correspondence P. Bentley and A. Frankel re: RMBS analysis (0.50) | 0.50 | 975 | 487.50 |
| Mon, Sep 24 | BC | Correspondence w/ attorneys, P. Bentley and other experts (0.50), Prepare for conf. call (0.30), Rev. debtor spreadsheets (0.70) | 1.50 | 975 | 1,462.50 |
| Tue, Sep 25 | BC | Correspondence w/ attorneys and Coherent (0.50), Conf. call w/ attorneys, Coherent and other experts (1.50) | 2.00 | 975 | 1,950.00 |
| Wed, Sep 26 | BC | Rev. analysis to prepare for call (1.00) with P. Bentley, Rev. interview responses re: same (0.80) | 1.80 | 975 | 1,755.00 |
| Thu, Sep 27 | BC | Prepare for call (1.00), Conf. call w/ P. Bentley, Coherent and other experts re: RBMS analysis (1.80) | 2.80 | 975 | 2,730.00 |
| Fri, Sep 28 | BC | Rev. Coherent work product (0.50), Conf. call w/ attorneys, Coherent and underwriting experts (0.50), Corres. w/ A Frankel | 5.00 | 975 | 4,875.00 |
| Fri, Sep 28 | AC | Download and organize documents for Prof. Cornell (0.70) | 0.70 | 250 | 175.00 |
| Sat, Sep 29 | BC | Outline issues re: RMBS analysis (0.50) | 0.50 | 975 | 487.50 |
| Sun, Sep 30 | BC | Correspondence w/ P. Bentley and and Coherent re: RMBS analysis (.40), Conf. call w/ Coherent and P. Bentley re: same (1.10) | 1.50 | 975 | 1,462.50 |
| TOTALS |  |  | 35.50 |  | 32,772.50 |

*(handwritten notations:)* V = $8,420   O = $120

1

12-12020-mg    Doc 3207    Filed 03/14/13    Entered 03/14/13 19:28:36    Main Document
Pg 23 of 35

SAN MARINO BUSINESS PARTNERS LLC

HOURS BY PROJECT CATEGORY: SEPTEMBER 2012 - INVOICE: SMPB052-RC

**CATEGORY 2:** Retention/Fee Applications

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Tue, Sep 11 | EB | Rev. billing rules for bankruptcy court (0.50) | 0.50 | 400 | 200.00 |
| Wed, Sep 12 | EB | Develop and implement billing procedures (.5), Prepare initial invoices for review by Kramer Levin (2.00) | 2.40 | 400 | 960.00 |
| Thu, Sep 27 | EB | Emails to/from R. Ringer regarding format of ResCap Statement (.3) | 0.30 | 400 | 120.00 |
| Sun, Sep 30 | EB | Prepare final ResCap Statement for certified mailing for distribution to 5 parties (2.4) | 2.40 | 400 | 960.00 |
| Tue, Sep 11 | BC | Attend retention hearing with judge telephonically re: retention (1.30) | 1.30 | 975 | 1,267.50 |
| Tue, Sep 11 | EB | Meet w/ Prof. Cornell re: retention hearing and future steps for fee applications and related documentation (0.30) | 0.30 | 400 | 120.00 |
| | | **TOTALS** | 7.20 | | 3,627.50 |
| | | **TOTAL FOR ALL PROJECT CATEGORIES** | 42.70 | | 36,400.00 |

2

SAN MARINO BUSINESS PARTNERS LLC
HOURS BY PROJECT CATEGORY: OCTOBER 2012 - INVOICE: SMP8053-RC

**CATEGORY 1:** RMBS Expert Analysis

| Date | Name | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|---|
| Mon, Oct 1 | BC | Correspondence w/ Coherent re: RMBS analysis (0.50), Rev. product re: same (1.00) | 1.50 | 975 | 1,462.50 |
| Wed, Oct 3 | BC | Execute Core Logic documents (0.20), Rev. new materials in data room (0.80) | 1.00 | 975 | 975.00 |
| Thu, Oct 4 | BC | Correspondence w/ attorneys and Coherent re: RMBS analysis (0.80), Rev. work product re: same (0.80) | 1.10 | 975 | 1,072.50 |
| Thu, Oct 4 | AC | Download and print materials from data room (0.50) | 0.50 | 250 | 125.00 |
| Fri, Oct 5 | BC | Conf. call w/ P. Bentley, Coherent and other expert re: RMBS settlement analysis (1.20), Work on report (2.00), Correspond with Coherent re: same (0.30) | 3.50 | 975 | 3,412.50 |
| Sat, Oct 6 | BC | Rev. new filing from K. Patrick (1.00), Correspondence w/ P. Bentley re: same (.50), Rev. new materials from R. Epstein (.50) | 2.00 | 975 | 1,950.00 |
| Mon, Oct 8 | BC | Correspondence w/ P. Bentley and staff re: RMBS analysis (0.30) | 0.30 | 975 | 292.50 |
| Tue, Oct 9 | BC | Correspondence w/ P. Bentley and staff re: RMBS analysis (0.20) | 0.20 | 975 | 195.00 |
| Wed, Oct 10 | BC | Correspondence w/P. Bentley and Coherent re: RMBS analysis (0.40), Rev. materials from counsel (0.50) | 0.90 | 975 | 877.50 |
| Thu, Oct 11 | BC | Rev. work product from Coherent (0.50), Conf. call w/ Coherent and attorneys re: same (2.00) | 2.50 | 975 | 2,437.50 |
| Fri, Oct 12 | BC | Rev. materials from Core Logic (1.00) | 1.00 | 975 | 975.00 |
| Sat, Oct 13 | BC | Rev. new docs. in the data room (0.70), Correspondence w/ attorneys re: same (0.30) | 1.00 | 975 | 975.00 |
| Mon, Oct 15 | BC | Prepare for conference call re: RMBS settlement analysis (0.50) | 0.50 | 975 | 487.50 |
| Mon, Oct 15 | AC | Download and print materials from data room (0.50) | 0.50 | 250 | 125.00 |
| Tue, Oct 16 | BC | Conf. call w/ P. Bentley and experts re: RMBS settlement analysis (1.00) | 1.00 | 975 | 975.00 |
| Wed, Oct 17 | BC | Call w/ A. Frankel re: RMBS analysis (0.50) | 0.50 | 975 | 487.50 |
| Thu, Oct 18 | BC | Rev. new data room materials (1.00) | 1.00 | 975 | 975.00 |
| Fri, Oct 19 | BC | Correspondence w/ attorneys and Coherent re: settlement analysis (0.20) | 0.30 | 975 | 292.50 |
| Sat, Oct 20 | EB | Meet w/ A. Cornell re work schedule for report, deposition and hearing | 0.50 | 400 | 200.00 |
| Sat, Oct 20 | AC | Meet w/ Prof. Cornell re work schedule for report, deposition and hearing | 0.50 | 250 | 125.00 |
| Mon, Oct 22 | BC | Rev. correspondence w/ debtors re: RMBS analysis (1.00) | 1.00 | 975 | 975.00 |
| Tue, Oct 23 | BC | Call w/ A. Frankel re: RMBS analysis (0.50), Rev. Coherent work product (0.50), Conf. call w/ Coherent re: same (1.0), Prep for expert call (0.50) | 2.50 | 975 | 2,437.50 |
| Wed, Oct 24 | BC | Rev. work product from Coherent (0.50), Call w/ A. Frankel re: same (0.20), Conf. call w/ attorneys and experts re: same (2.0) | 2.70 | 975 | 2,632.50 |
| Thu, Oct 25 | BC | Prepare for and join call w/ reunderwriting experts (1.20) | 1.20 | 975 | 1,170.00 |
| Fri, Oct 26 | BC | Rev. new materials in data room (1.00) | 1.00 | 975 | 975.00 |
| Mon, Oct 29 | BC | Rev. work product and prepare for expert call (0.50) | 0.50 | 975 | 487.50 |
| Tue, Oct 30 | BC | Call w/ other experts, Coherent and P. Bentley re: RMBS analysis (1.00) | 1.00 | 975 | 975.00 |
| Wed, Oct 31 | BC | Rev. tables (0.40), Call w/ Coherent re: analysis (0.80) | 1.20 | 975 | 1,170.00 |
| | | **TOTALS** | **31.40** | | **29,240.00** |

1

SAN MARINO BUSINESS PARTNERS LLC
HOURS BY PROJECT CATEGORY: NOVEMBER 2012 - INVOICE: SMPB054-RC

**CATEGORY 1: RMBS Expert Analysis**

| Date | Name | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|---|
| Sun, Nov 4 | BC | Review analysis from A. Frankel/R. Epstein of Coherent (0.50) | 0.50 | 975 | 487.50 |
| Mon, Nov 5 | BC | Rev. analysis from Analytic Focus (0.70), Conf. call w/ P. Bentley and experts re: RMBS analysis (1.20), Conv. w/ A. Frankel and P. Bentley re:RMBS Analysis (1.30) | 3.20 | 975 | 3,120.00 |
| Tue, Nov 6 | BC | Prepare for meeting in NYC with P. Bentley, K. Epstein, and A. Frankel of Coherent (4.00) | 4.00 | 975 | 3,900.00 |
| Wed, Nov 7 | BC | Meet w/ A. Frankel re: RMBS presentation (2.00), Meet w/ P.Bentley re: same (3.00) | 5.00 | 975 | 4,875.00 |
| Thu, Nov 8 | BC | Day in NYC: Prepare for meeting (1.9), Meet w/P. Bentley, K. Epstein, A. Frankel (2.1), Meet w/ committee (2.0), Meet w/ P. Bentley and K. Epstein after meeting re: RMBS presentation (2.0) | 8.00 | 975 | 7,800.00 |
| Fri, Nov 9 | BC | Return home: Rev. materials on plane (2.0), Correspondence w/ staff (2.0) ** | 4.00 | 975 | 3,900.00 |
| Mon, Nov 12 | BC | Conf. call w/ Coherent re: RMBS analysis (0.50), Draft report (0.80) | 1.30 | 975 | 1,267.50 |
| Mon, Nov 12 | AC | Meet w/ B. Cornell re: document organization (0.5) | 0.30 | 975 | 75.00 |
| Tue, Nov 13 | BC | Rev. new docs. in data room re: RMBS issues (1.0) | 1.00 | 975 | 975.00 |
| Tue, Nov 13 | AC | Download and organize materials from data room (0.50) | 0.50 | 250 | 125.00 |
| Wed, Nov 14 | BC | Correspondence w/ Coherent and Analytic Focus re: expert analysis (0.50), Draft report (1.00) | 1.50 | 975 | 1,462.50 |
| Thu, Nov 15 | BC | Rev. new materials for report (1.50) | 1.50 | 975 | 1,462.50 |
| Fri, Nov 16 | BC | Conv. w/ Coherent (0.20) re: expert analysis , Draft report (1.00), Conf. call w/ J.F. Morrow re: expert analysis (0.60) | 1.80 | 975 | 1,755.00 |
| Sat, Nov 17 | BC | Call w/ A. Frankel and P. Bentley (0.50) | 0.50 | 975 | 487.50 |
| Mon, Nov 19 | BC | Draft expert report (1.30) | 1.30 | 975 | 1,267.50 |
| Tue, Nov 20 | BC | Draft expert report (3.00) | 3.00 | 975 | 2,925.00 |
| Wed, Nov 21 | BC | Conv. w/ A. Frankel regarding draft (0.40), Conf. call R. Epstein and A. Frankel re draft (0.20), Rev. Sillman deposition (2.00), Rev items relied on for report (1.00) | 3.60 | 975 | 3,510.00 |
| Fri, Nov 23 | BC | Revise draft of report (1.00), Conf. call w/ P. Bentley and Coherent re: same(0.50) | 1.50 | 975 | 1,462.50 |
| Sat, Nov 24 | BC | Revise draft of report (1.00), Correspondence and calls with Coherent re: same (0.50) | 1.50 | 975 | 1,462.50 |
| Sun, Nov 25 | BC | Revise draft of report (1.50), Correspondence and calls with Coherent re: same (0.50) | 2.00 | 975 | 1,950.00 |
| Mon, Nov 26 | BC | Call w/ A. Frankel re exhibits to report (0.20), Rev. exhibits to report (1.00) | 1.20 | 975 | 1,170.00 |
| Tue, Nov 27 | BC | Conf. call w/ attorneys and Coherent re report (0.70), Draft report (1.00), Rev. offset calculations (0.50), Call with Coherent re: legal damage theories (0.20), Rev. draft Cornell report of (1.20), Rev. Morrow expert report (2.00) | 5.60 | 975 | 5,460.00 |
| Wed, Nov 28 | BC | Call w/ Coherent re report edits (0.10), Conf. call w/ Coherent and attorneys re report edits (1.00), Edit report (1.80) | 2.90 | 975 | 2,827.50 |
| Thu, Nov 29 | BC | Correspondence w/ P. Bentley and Coherent re: report edits and deposition (1.00), Revised expert report (1.50) | 2.50 | 975 | 2,437.50 |
| | | TOTALS: | 58.20 | | 56,165.00 |