# EXHIBIT K

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER           September 30, 2012

                                                          Page    1


                                     For Services Through September 30, 2012
Our Matter #21955.010
       RESCAP: FEE/RETENTION APPLICATIONS


| | | | | |
|---|---|---|---|---|
| R | 09/02/12 | H. LAMB | Further review of billing proformas/daily time detail in preparation of first fee application. | 3.30 hrs. |
| R | 09/03/12 | H. LAMB | Continue comprehensive review of billing proformas/daily time detail in preparation of first fee application. | 5.20 hrs. |
| | 09/04/12 | R. A. SCHWINGER | TC with T. McCormack re ▓▓▓▓ (0.2); Draft ▓▓▓▓ and identifying relevant matters (0.8). | 1.00 hrs. |
| | 09/05/12 | D. M. LeMAY | Revise ▓▓▓▓ and circulate to ResCap team. | 0.60 hrs. |
| | 09/05/12 | T. J. MCCORMACK | Review issues of potential conflict/waiver as to certain subpoenas to be served on banks and third parties (1.3); confer H. Seife and D. LeMay re same (0.2). | 1.50 hrs. |
| R | 09/06/12 | D. E. DEUTSCH | Meeting with Helen Lamb to discuss various fee statement issues (1.2); begin reviewing related fee statement e-mails/materials (.9). | 2.10 hrs. 670.5 |
| | 09/06/12 | H. LAMB | Meeting with D.Deutsch regarding fee procedures, timing and related issues. | 0.90 hrs. |
| | 09/07/12 | D. E. DEUTSCH | Review and address various inquiries from Helen Lamb re: fee application issues for C&P and Moelis (1.3). | 1.30 hrs. |
| | 09/07/12 | H. LAMB | Emails with E.Richards (MoFo) regarding updated timing and procedures for first interim fee application (.2); conference with H.Seife regarding timing and procedures (.3); emails with D.Deutsch regarding same (.4). | 0.90 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER						September 30, 2012
								Page    2

| | Date | Attorney | Description | Hours |
|---|---|---|---|---|
| R | 09/08/12 | H. LAMB | Comprehensive review of billing proformas/daily time detail in preparation of monthly fee application. | 4.60 hrs. |
| R | 09/09/12 | H. LAMB | Further review of daily time detail in preparation of monthly fee application. | 3.30 hrs. |
| | 09/10/12 | H. LAMB | Conferences with J.Velasco at Mesirow regarding fee application timing/procedures. | 0.90 hrs. |
| | 09/11/12 | H. LAMB | Review expenses incurred during first fee period (.3); follow-up research on same (.9). | 1.20 hrs. |
| | 09/11/12 | D. E. DEUTSCH | Preliminary review of draft fee application for August and mark-up same (2.1). | 2.10 hrs. |
| | 09/14/12 | T. J. MCCORMACK | Review potential conflict issues on certain banks (0.5). | 0.50 hrs. |
| | 09/14/12 | R. A. SCHWINGER | Preparing revised ▓▓▓▓ ▓▓▓▓ (0.7); TCs with T. McCormack, M. Rossell re ▓▓▓▓ ▓▓▓▓ (0.3). | 1.00 hrs. |
| | 09/17/12 | H. LAMB | Conference with Mesirow team regarding procedures and timing for first monthly fee statement (.6); emails with J.Gonzalez regarding fee application (.2). | 0.80 hrs. |
| R | 09/18/12 | D. E. DEUTSCH | Preliminary review, analysis and editing of certain fee entries (1.1). | 1.10 hrs. |
| R | 09/20/12 | D. E. DEUTSCH | <u>Review certain fee entries to determine appropriate billing treatment (.7)</u>; meeting with Helen Lamb re: same (.4). | 1.10 hrs. $521.5 |
| | 09/20/12 | H. LAMB | Conference with D.Deutsch regarding confi issues re first fee statement. | 0.40 hrs. |
| | 09/24/12 | H. LAMB | Preparation of Examiner first fee statement (1.7); emails with J.Gonzalez regarding same (.3). | 2.00 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                October 31, 2012

                                                              Page     1


                                    For Services Through October 31, 2012
Our Matter #21955.010
          RESCAP: FEE/RETENTION APPLICATIONS


R  10/01/12    H. LAMB         Begin review of billing                6.40 hrs.
                               proformas/daily time detail in
                               preparation of September fee
                               statement.

R  10/06/12    H. LAMB         Further review of billing              5.80 hrs.
                               proformas/daily time detail in
                               preparation of September fee
                               statement.

R  10/07/12    H. LAMB         Further review of billing              7.40 hrs.
                               proformas/daily time detail in
                               preparation of monthly fee
                               statement (3.7); continue
                               preparation of Chadbourne's first
                               interim fee application (1.6);
                               preparation of the the Examiner's
                               first interim fee application
                               (1.4) and related certification
                               (.7).

R  10/08/12    H. LAMB         Further review of billing              2.80 hrs.
                               proformas/daily time detail in
                               preparation of September fee
                               statement.

   10/10/12    R. J. GAYDA     Review several examiner cases          1.90 hrs.
                               regarding retention of conflicts
                               counsel (1.5); review Chadbourne
                               and Mesirow retention applications
                               with respect to retention
                               application of Wolf Haldenstein
                               (.4).

R  10/10/12    H. LAMB         Further review of daily time           3.60 hrs.
                               detail in preparation of September
                               fee statement.

   10/11/12    H. LAMB         Further preparation of first           2.60 hrs.
                               interim fee application.

   10/11/12    R. J. GAYDA     Telephone call with E. Levine re       0.90 hrs.
                               retention of Wolf Hanldenstein
                               (.4); review documentation
                               responsive to request of E. Levine
                               (.5).

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          December 31, 2012
                                                              Page    2

| Date | Professional | Description | Hours | Amount |
|---|---|---|---|---|
| 12/12/12 | R. J. GAYDA $655 | Review and revise response to fee applications (1.1); meet with M. Cohen re same (.3). | 1.40 hrs. | $917 |
| 12/12/12 | D. E. DEUTSCH $745 | Begin review of objection to fee application (.5) and review detailed time entry to prepare for call with US Trustee on fee application issues (1.1); exchange related e-mails with US Trustee (.2). | 1.80 hrs. | $1,341 |
| 12/12/12 | D. BAVA $295 | Prepare chart re: detailed breakdown of time by professional and category in response to US Trustee objection to fees (2.9). | 2.90 hrs. | $855 |
| 12/13/12 | D. E. DEUTSCH | Review and edit charts to prepare for meeting on fees with US Trustee (2.2); discuss additional related research issues with Michaela Cohen (.3); pre-meeting with Bob Gayda on fee issues (.3); participate in related telephonic meeting with US Trustee (.5). | 3.30 hrs. | $2,458.50 |
| 12/13/12 | R. J. GAYDA | Prepare for (.4) and telephone call with UST re fee objection (.6); review and revise response to objection (.5). | 1.50 hrs. | $982.50 |
| 12/13/12 | M. COHEN | Researched issues related to fee objections (2.5); revised fee objection response (2.2) | 4.70 hrs. | $1856.5 |
| 12/14/12 | M. COHEN | Met with D. Deutsch about fee objection and discussed exhibits (.4); revised fee objection response (2.4). | 2.80 hrs. | $1,106 |
| 12/14/12 | R. J. GAYDA | Research re objection to fee applications (1.3); email correspondence with M. Cohen re same (.3); meeting with D. Deutsch re same (.4); draft exhibits for UST letter (1.4). | 3.40 hrs. | $2227 |
| 12/14/12 | D. E. DEUTSCH | Meeting with team to discuss next steps with US Trustee (.4); draft responsive letter and exhibits for US Trustee on objection to fee application (4.4); meetings with | 5.10 hrs. | $3,799.5 |

[Handwritten annotation on left margin: "UST Objection"]

$15,543

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                December 31, 2012

                                                              Page    1


                                            For Services Through December 31, 2012
Our Matter #21955.010
          RESCAP: FEE/RETENTION APPLICATIONS


| Date | Attorney | Description | Hours |
|---|---|---|---|
| 12/03/12 | D. BAVA | Review and analysis of docket sheet re: objections to Wolf Haldenstein retention (.20); draft certificate of no objection re: Wolf retention (.60). | 0.80 hrs. |
| 12/03/12 | R. J. GAYDA | Review and revise certificate of no objection with respect to Wolf Haldenstein retention (.4); review case docket for objections to proposed retention (.3); discuss same with D. LeMay (.2). | 0.90 hrs. |
| 12/04/12 | R. J. GAYDA | Conference with D.Bava to coordinate filing of CNO re Wolf Haldenstein retention (.3); email correspondence with E.Levine and D.LeMay re same (.4). | 0.70 hrs. |
| 12/04/12 | D. BAVA | Finalize Certificate of No Objection re: Wolf Haldenstein retention application (.40); electronically file Certificate of No Objection with the Court (.30); prepare by hand service on Debtors, Committee, Trustee and Court (.40). | 1.10 hrs. |
| 12/04/12 | D. M. LeMAY | Review CNO for filing re Wolf Haldenstein retention (.1) and telephone conference with R. Gayda re: same (.2). | 0.30 hrs. |
| 12/05/12 | R. J. GAYDA | Email correspondence with H. Seife and D. LeMay re proposed Wolf Haldenstein retention order. | 0.40 hrs. |
| 12/10/12 | H. LAMB $295 | Review UST objection to first interim fees (.4); follow up research on issues raised (.9). | 1.30 hrs. $383.50 |
| 12/11/12 | R. J. GAYDA $655 | Meet with D. Deutsch re UST objection to fee application (.5); review documents re same (.5); meeting with M. Cohen re same (.3). | 1.30 hrs. $851.50 |
| 12/11/12 | M. COHEN $395 | Worked on response to Examiner's fee objection. | 4.60 hrs. $1,817 |

                                                                  $3052

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                December 31, 2012
                                                              Page    3

|   |   |   |   |   |
|---|---|---|---|---|
|   |   |   | Michaela Cohen to discuss research on various follow-up issues (.3). |   |
|   | 12/15/12 | H. LAMB | Review response to UST objection on first interim fees (.3); email to D.Deutsch and R.Gayda with comments to same (.5). | 0.80 hrs. $736 |
|   | 12/15/12 | R. J. GAYDA | Review and revise response to UST re objection to fee application (2.2); email correspondence with D. Deutsch and H. Lamb re same (.5). | 2.70 hrs. $1768.5 |
| UST Objection | 12/15/12 | D. E. DEUTSCH | Exchange e-mails with Howard Seife re: billing issue (.2); preliminary review of comments to letter to US Trustee re: fee issues (.3); draft detailed e-mail to Bob Gayda on same (.4). | 0.90 hrs. $670.5 |
|   | 12/16/12 | H. LAMB | Further review of response to UST fee objection (.3); conference with R.Gayda re same (.2). | 0.50 hrs. $147.5 |
|   | 12/16/12 | R. J. GAYDA | Review and finalize letter to UST re objection to fee application (1.4); meet with H. Lamb re same (.3). | 1.70 hrs. $1113.5 |
|   | 12/16/12 | M. COHEN | Revised and updated response to fee objection | 3.70 hrs. $1461.50 |
|   | 12/16/12 | H. SEIFE | Review of draft letter to USTrustee regarding fees. | 0.30 hrs. $298.50 |
|   | 12/17/12 | H. SEIFE | Review and revise response to UST objection to first interim fees. | 0.30 hrs. $298.50 |
|   | 12/17/12 | D. E. DEUTSCH | Review and provide preliminary comments on draft response to US Trustee's objection to fee application (1.4); related meeting with Bob Gayda and M.Cohen (.5); work on revising exhibits for draft response (1.2); review Mesirow's draft response (.6); call with Melissa Knoll re: same (.5). | 4.20 hrs. $3,129.00 |

$9,123.5

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER        December 31, 2012
                                                      Page    4

| | | | | |
|---|---|---|---|---|
| 1st Obj | 12/17/12 | M. COHEN | Meeting with D.Deutsch and R.Gayda re fee objection response (.5); review and revise response (3.7); follow-up emails with R.Gayda re response (.4). | 4.60 hrs.<br>$1817 |
| | 12/17/12 | R. J. GAYDA | Review and ~~revise~~ response to UST objection (3.1); meeting with D. Deutsch and M. Cohen re same (.6); email correspondence with D. LeMay and E. Levine re Wolf Haldenstein retention application and hearing (.6); call with Judge Glenn's chambers re same (.4). | ~~4.70 hrs.~~<br>3.1<br>$2,030.5 |
| | 12/18/12 | R. J. GAYDA | Review and finalize response to fee application objection (.7); telephone call to UST re same (.5) | 1.20 hrs.<br>$786 |
| | 12/18/12 | D. E. DEUTSCH | Revise draft response to US Trustee's fee objection and related exhibits (2.8); hold two calls re: status of US Trustee's review of fee objections and related matters with Melissa Knoll (.5); call with US Trustee (Brian Masumoto) re: status of review and next steps (.2); follow-up on filing of responses with Helen Lamb (.2). | 3.70 hrs.<br>$2,756.50 |
| 1st Obj | 12/19/12 | D. E. DEUTSCH | Review and prepare materials for tomorrow's hearing (1.1); e-mails with Mesirow re: problem with tomorrow's hearing agenda (.2); participate in call with US Trustee's office re: first interim fee application issues and resolution of same (.4); draft related summary memorandum to US Trustee (.6); participate in second call with US Trustee re: fee application (.2); draft additional summary e-mail on same (.3). | 2.80 hrs.<br>$2086 |
| | 12/19/12 | R. J. GAYDA | Review responses to fee applications (.8); detailed review of Chadbourne's fee application and related exhibits in preparation for 12.20 hearing (1.6); prepare presentation re | 4.70 hrs.<br>$3078.50 |

$12,556.5