United States Bankruptcy Court Southern District of New York

In Re:

Residential Capital, LLC, et al.　　　　　Chapter 11

Case No. 12-12020 (MG)
Jointly Administered

**Affidavit of Briane Pagel in Support of Attorney Anthony Baer's Motion for Pro Hac Vice**

STATE OF WISCONSIN　　)
　　　　　　　　　　　　)
COUNTY OF DANE　　　　 )

Briane Pagel, UNDER OATH, STATES:

1. I am a partner in the law firm Krekeler Strother S.C. and am a member in good standing of the Wisconsin Bar.

2. This affidavit is prepared in support of Anthony Baer's Pro Hac Vice motion for admission to the SDNY Bankruptcy Court.

3. Anthony Baer is an associate working at my firm and I know him to be in good standing with the State Bar of Wisconsin as reflected in this true and correct printout from the Wisconsin State Bar printed and dated today, marked as Exhibit A.

Subscribed and sworn to before me this 18th day of March, 2013.

Briane Pagel

Notary Public, State of Wisconsin
My commission expires: 6/9/2013



Lawyer Search | Legal Research | Directories | Cont

**About Us**    *for* **Members**    **Marketplace**    **News &**

NOTICE: Wisbar.org may be down intermittently for system maintenance on March 18 between 5:30pm and 10pm

 WISBAR > Directories > LawyerProfile

# Lawyer Search

The license status and member type information provided reflect this lawyer's current information. For his on their license status, please contact Customer Service.

State Bar Members: Login to View Full Profile

### ATTORNEY INFORMATION



**Atty. Anthony F. Baer**
*Krekeler Strother SC*
2901 W Beltline Hwy Ste 301
Madison, WI 53713-4228
**Phone:** (608) 258-8555
**Fax:** (608) 258-8299
**Email:** tbaer@ks-lawfirm.com
**County:** Dane

**Member ID:** 1042955
**Graduation Year:** 2002
**Law School:** University of Wisconsin Law School
**Wisconsin Admission:** 8/29/2002
**License Status:** Good
**Member Type:** Active

You must Login to view full profile



EXHIBIT A