# Raymond Wm Fullerton
Attorney at Law
401 Columbus Avenue
Frederick, Maryland 21701
Phone: (301) 662-6707   Fax: (301) 631-1320



March 19, 2013

Vito Genna, Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Subject: In re Residential Capital, LLC, et al., Cases No. 12-12032. 12042

Enclosed for filing in these cases please find a Withdrawal of Claims and Proofs of Claims that had been filed by me on behalf of my clients Lawrence V. and Frances E. King.

The Certificate of Service identifies the counsel to whom this information has been provided.

Thank you for your cooperation and assistance.

Sincerely,

Raymond Wm Fullerton

RWF:sbh

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RECEIVED
MAR 21 2013
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

In re: ) Case No. 12-12032, 12042
)
RESIDENTIAL CAPITAL, LLC, et al., ) Chapter 11
)
Debtors. ) Withdrawal of Claims

## WITHDRAWAL OF CLAIMS AND PROOFS OF CLAIMS

**PLEASE TAKE NOTICE** that Lawrence V. and Frances E. King hereby withdraw their claims and proof of claims in the instant cases for the following reasons:

1. On or about October 24, 2012, Lawrence V. and Frances E. King's attorney, acting on their behalf, filed timely proof of claims pertaining to damages and attorney's fees associated with an unresolved case pending in a state court. Claim #1936 and Claim # 1051; Exhibits 1, 2 and 3.

2. The state court case was settled this year.

3. The claims of Lawrence V. and Frances E. King are no longer viable.

**FOR THE REASONS STATED,** the claims and proofs of claims that were heretofore filed in this case on behalf of Lawrence V. and Frances E. King are hereby **WITHDRAWN.**

Respectfully submitted,

/s/ Raymond Wm. Fullerton
_____
RAYMOND Wm. FULLERTON
Attorney at Law
401 Columbus Avenue
Frederick, MD 21701
Phone: 301-552-6707
FAX: 301-631-1320

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March 2013, the following counsel were served with the foregoing Withdrawal of Claims and Proof Claims by first class mail, postage prepaid:

Gary S. Lee
Todd M. Goren
Alexandra Steinberg Barrage
Jennifer L. Marines
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104

S. RICHARDO NARVAIS
ATTORNEY AT LAW
1300 Spring Street, Suite 500
Silver Spring, MD 20910

KURTZMAN CARSON CONSULTANTS
2335 Alaska Avenue
El Segundo, California 900245

/s/ Raymond Wm. Fullerton
_____
RAYMOND Wm. FULLERTON

COPY

The Debtor has listed your claim as Contingent, Unliquidated and Disputed on Schedule F as a General Unsecured claim in the amount of $0.00. You MUST timely file a Proof of Claim or you will be forever barred from recovery.

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor: **GMAC Mortgage, LLC**    Case Number: **12-12032**

NOTE: This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
LAWRENCE V KING VS HOMECOMINGS FINANCIAL LLC GMAC MORTGAGE LLC US BANK NATIONAL ASSOCIATION TRUSTEE FOR RAMP 2005 EFC1

Name and address where notices should be sent:    NameID: 10988298
LAWRENCE V KING VS HOMECOMINGS FINANCIAL LLC GMAC MORTGAGE LLC US BANK NATIONAL ASSOCIATION TRUSTEE FOR RAMP 2005 EFC1
Raymond Wm Fullerton Attorney at Law
401 Columbus Ave
Frederick, MD 21701
Telephone number: 301 662-6707    email: lawyerray@verizon.net

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above):

Telephone number:    email:

1. Amount of Claim as of Date Case Filed: $73,030.00 includes $63,030. Atty fee claim that has also been claimed by counsel, Raymond Wm. Fullerton
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: _____
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: _____    3a. Debtor may have scheduled account as: _____ (See instruction #3a)    3b. Uniform Claim Identifier (optional): _____ (See instruction #3b)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
Nature of property or right of setoff: ☐Real Estate ☐Motor Vehicle ☐Other
Describe:
Value of Property: $_____    Annual Interest Rate _____% ☐Fixed ☐Variable (when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $_____    Basis for perfection: _____
Amount of Secured Claim: $_____    Amount Unsecured: $_____

Claim # 1920    Initials SEP

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

6. Claim Pursuant to 11 U.S.C. § 503(b)(9):
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$_____ (See instruction #6)

7. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

9. Signature: (See instruction #9) Check the appropriate box.
☐ I am the creditor.    ☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: Raymond Wm. Fullerton
Title: _____
Company: _____    (Signature) /s/ Wm    (Date) 10/24/12
Address and telephone number (if different from notice address above): _____

Telephone number: _____    Email: _____

RECEIVED
OCT 29 2012
KURTZMAN CARSON CONSULTANTS

COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

COPY

The Debtor has listed your claim as Contingent, Unliquidated, and Disputed on Schedule F as a General Unsecured claim in the amount of $0.00. You MUST timely file a Proof of Claim or you will be forever barred from recovery.

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor: Homecomings Financial, LLC
Case Number: 12-12042

NOTE: This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
LAWRENCE V KING VS HOMECOMINGS FINANCIAL LLC GMAC MORTGAGE LLC US BANK NATIONAL ASSOCIATION TRUSTEE FOR RAMP 2005 EFC1

Name and address where notices should be sent:    NameID: 10988298
LAWRENCE V KING VS HOMECOMINGS FINANCIAL LLC GMAC MORTGAGE LLC US BANK NATIONAL ASSOCIATION TRUSTEE FOR RAMP 2005 EFC1
Raymond Wm Fullerton Attorney at Law
401 Columbus Ave
Frederick, MD 21701
Telephone number: 301 662-6707    email: lawyerray@verizon.net

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____ (If known)
Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above):
Telephone number:    email:

1. Amount of Claim as of Date Case Filed: $ 73,030.00 Includes $63,030.00 atty fee claim that has also been claimed by counsel Raymond Wm. Fullerton

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: _____
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: ___

3a. Debtor may have scheduled account as:
(See instruction #3a)

3b. Uniform Claim Identifier (optional):
(See instruction #3b)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:
Value of Property: $_____  Annual Interest Rate _____% ☐ Fixed ☐ Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $_____    Basis for perfection: _____
Amount of Secured Claim: $_____    Amount Unsecured: $_____

Claim # 1936
Initials SEP

6. Claim Pursuant to 11 U.S.C. § 503(b)(9):
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$_____ (See instruction #6)

7. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

9. Signature: (See instruction #9) Check the appropriate box.
☐ I am the creditor.  ☑ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent.  ☐ I am a guarantor, surety, indorser, or other codebtor.
(Attach copy of power of attorney, if any.)  (See Bankruptcy Rule 3004.)  (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: Raymond Wm Fullerton
Title:
Company:
Address and telephone number (if different from notice address above):

(Signature) /s/    (Date) 10/24/12

Telephone number:    Email:

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

Amount entitled to priority:
$_____

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

RECEIVED
OCT 29 2012
KURTZMAN CARSON CONSULTANTS
COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

ResCap Claims Processing Center
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

**LAWRENCE V KING VS HOMECOMINGS FINANCIAL LLC
GMAC MORTGAGE LLC US BANK NATIONAL
ASSOCIATION TRUSTEE FOR RAMP 2005 EFC1**
Raymond Wm Fullerton Attorney at Law
401 Columbus Ave
Frederick, MD 21701

**PROOF OF CLAIM CONFIRMATION**
Your proof of claim filed against GMAC Mortgage, LLC,
case no 12-12032 was received on 10/29/2012
and assigned claim number 1951

For more information, please visit **www.kccllc.net/rescap** or call 1-888-251-2914