**C**

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL
CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CASE NO:

**09  45 1 5 8**

GMAC MORTGAGE, LLC

      PLAINTIFF

VS.

      CIVIL ~~ACTION~~ SUMMONS

DONNA CHINLOY, ET AL.

      DEFENDANT(S)

**14**

*8·17-9*
*505 M*
*2MCY*

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint /amended complaint or
petition on defendant(s):

DONNA CHINLOY    *X 9492 and/or*    *9000 NW 28 Dr. #1-306*
2672 NW 124TH AVENUE               *Coral Springs, FL 33065*
CORAL SPRINGS, FL 33065

      A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file
a written response to the attached complaint with the clerk of this court. A phone call will not protect you; your written
response, including the case number given above and the names of the parties, must be filed if you want the court to hear
your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and
property may thereafter be taken without further warning from the court. There are other legal requirements. You may
want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal
aid office (listed in the phone book)

      If you choose to file a written response yourself, at the same time you file your written response to the court,
you must also mail or take a carbon copy or photocopy of your written response to the "plaintiff's attorney" listed below:

      LAW OFFICES OF DAVID J. STERN, P.A.
      900 SOUTH PINE ISLAND ROAD SUITE 400
      PLANTATION, FL 33324-3920
      TELEPHONE: (954) 233-8000

      CLERK OF THE CIRCUIT COURT

DATED:    **AUG 1 4 2009**        BY:_____

09-79989(GMAP)(FHMLC)

      **MARIA ARZOLA**

      DEPUTY CLERK OF COURT
      **A TRUE COPY**
      CIRCUIT/COUNTY
      COURT SEAL

CFN # 108883734, OR BK 46558   Page 655, Page 1 of 1, Recorded 10/01/2009 at
11:00 AM, Broward County Commission,   Deputy Clerk 3405

Prepared by:        DAVID J. STERN, ESQ
Record &Return to:  900 South Pine Island Road Suite 400
                    Plantation, FL 33324-3920
                    09-79989(GMAPX/PHMLC)

This space is for recording purposes only

## ASSIGNMENT OF MORTGAGE

### KNOW ALL MEN BY THESE PRESENTS:

*THAT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.*

Residing or located at c/o GMAC MORTGAGE, LLC, 1100 VIRGINIA DRIVE, FT. WASHINGTON, PA 19034, herein designated as the assignor, for and in consideration of the sum of $1.00 Dollar and other good and valuable consideration, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell, assign, transfer and set over unto GMAC MORTGAGE, LLC residing or located at: 1100 VIRGINIA DRIVE, FT. WASHINGTON, PA 19034 herein designated as the assignee, the mortgage executed by DONNA CHINLOY, AN UNMARRIED WOMAN recorded in BROWARD County, Florida at book 41844 and page 1082 encumbering the property more particularly described as follows:

UNIT 1-306, OF THE ISLAND CLUB AT CORAL SPRINGS, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, RECORDED IN OFFICIAL RECORDS BOOK 41658, AT PAGE 1407, PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

together with the note and each and every other obligation described in said mortgage and the money due and to become due thereon

TO HAVE AND TO HOLD the same unto the said assignee, its successors and assigns forever, but without recourse on the undersigned.

*In Witness Whereof,* the said Assignor has hereunto set his hand and seal or caused these presents to be signed by its proper corporate officers and its corporate seal to be hereto affixed , this __ day of _____, 2009, but effective as of the 6th day of August, 2009.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
(CORPORATE SEAL)

ATTEST:
WITNESS: _____               BY: _____
Print Name: _____                    PRINT NAME: Jeffrey Stephan
                                                TITLE: Vice President
WITNESS _____
Print Name: _____

STATE OF _____
COUNTY OF _____

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the aforesaid county and state, on this the __ day of _____, 2009, within my jurisdiction, the within named Jeffrey Stephan _____ who is personally known to me and who acknowledged to me that (s)he is _____ and that for and on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and as its act executed the above and foregoing instrument, after first having been duly authorized by MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. to do so.

WITNESS my hand and official seal in the County and State last aforesaid this __ day of _____, 2009.

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Mary Lynch, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Nov. 3, 2010
Member, Pennsylvania Association of Notaries

* P B N *     * F 0 9 - 7 9 9 8 9 *     * D 1 1 0 4 *

CFN # 108808094, OR BK 46469  Page 6547, Page  1 of 2, Recorded 08/21/2009 at
09:50 AM, Broward County Commission,    Deputy Clerk 3370

09  45158

**14**

THIS IS NOT AN
OFFICIAL COPY

This space is for recording purposes only

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL
CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CASE NO:

GMAC MORTGAGE, LLC
    PLAINTIFF

VS.

DONNA CHINLOY; UNKNOWN SPOUSE OF
DONNA CHINLOY IF ANY; CRYSTAL LEE
CHINLOY; UNKNOWN SPOUSE OF
CRYSTAL LEE CHINLOY IF ANY; ANY AND
ALL UNKNOWN PARTIES CLAIMING BY,
THROUGH, UNDER, AND AGAINST THE
HEREIN NAMED INDIVIDUAL
DEFENDANT(S) WHO ARE NOT KNOWN
TO BE DEAD OR ALIVE , WHETHER SAID
UNKNOWN PARTIES MAY CLAIM AN
INTEREST AS SPOUSES, HEIRS, DEVISEES,
GRANTEES OR OTHER CLAIMANTS; THE
ISLAND CLUB AT CORAL SPRINGS
CONDOMINIUM ASSOCIATION, INC.; JOHN
DOE AND JANE DOE AS UNKNOWN
TENANTS IN POSSESSION
    DEFENDANT(S)

NOTICE OF LIS PENDENS

1. TO: The above named Defendants, AND ALL OTHERS WHOM IT MAY CONCERN:

F:\GROUPS\FCDOCS\COMPLAIN\0909-79982.CMP

CFN # 108808094, OR BK 46469 PG 6557 Page 2 of 2

2.  YOU ARE NOTIFIED of the institution of this action by the Plaintiff against you seeking to foreclose the Note and Mortgage encumbering the described property and the decreeing of a sale of the property under the direction of the court in default of the payment of the amount found to be due the Plaintiff under the Note and Mortgage, and for other, further and general relief set forth in the Complaint.

3.  The property involved is that certain parcel, lot or unit situate, lying and being in BROWARD County, Florida, as set forth in the mortgage recorded in Official Records Book 41844, at Page 1082, more particularly described as follows:

UNIT 1-306, OF THE ISLAND CLUB AT CORAL SPRINGS, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, RECORDED IN OFFICIAL RECORDS BOOK 41658, AT PAGE 1407, PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

Dated at Plantation, Broward County, Florida, this 12 day of Aug, 2009.

MARGARET E. KEPLER
Bar #: 59118
Miriam Mendieta
Bar #: 0866880
Law Offices of David J. Stern, P.A.
Attorney for Plaintiff
900 South Pine Island Road SUITE 400
Plantation, FL 33324-3920
(954) 233-8000

09-79989(GMAP)(FHMLC)

F:\GROUPS\FCDOCS\COMPLAIN\09\09-79989.CMP

THIS IS NOT AN OFFICIAL COPY

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

( 06/11/10 )

DONNA CHINLOY

2672 NW 124TH AVENUE

CORAL SPRINGS      FL 33065

*Re: Modification*
*Home Safe Arbitration Corp*
*Mcnab Executive Plaza*
*1000 W. Mcnab Rd*
*Pompano Bch, Fl*
*33069*

RE:      Account Number       0601506083
         Property Address      9000 NW 28 DRIVE #306

                              CORAL SPRINGS      FL 33065

Dear     DONNA CHINLOY

We have received your authorization allowing GMAC Mortgage, LLC to release account
information to Richard Rolland and Carolyn Reiser.  A copy of the request is now in your file.

For security purposes, an authorized individual must confirm the last four digits of one of the
borrower's Social Security numbers when contacting our office.

If you have any questions, please contact Customer Care at 800-766-4622 between the hours
of 6:00 am and 10:00 pm CT Monday through Friday and 9:00 am to 1:00 pm CT on
Saturday.

Customer Care
Loan Servicing

2:18

## VALUE OF REAL PROPERTY OR MORTGAGE FORECLOSURE CLAIM

The form below has been designed to assist with the calculation requirements of §28.241 (1)(a)2.a., F.S., regarding mortgage foreclosure graduated filing fees, based on the estimated value of the claim and includes the required fees for mediation, education and additional defendants.  (See chart below)

Date: August 12, 2009  Case Number: _____ **09  45 15 8**

Plaintiff(s): GMAC MORTGAGE, LLC

Defendant(s): DONNA CHINLOY, ET AL

| | | |
|---|---|---|
| 1. | $156,759.13 | Principal due on the note |
| 2. | $2,982.53 | Interest owed on the note |
| 3. | $0.00 | Total advances owed on the note including |
| | $0.00 | Property Taxes |
| | $0.00 | Insurance |
| | $0.00 | Other advances |

(The total of these three categories provides the amount for line 3.)

| | | |
|---|---|---|
| 4. | $0.00 | Value of Tax Certificates relating to mortgage |
| **5.** | **$159,741.66** | **TOTAL ESTIMATED VALUE OF CLAIM** |

(Add lines 1-4 to get the total for line 5)

Submitter: _____

(Please Print) Name, Title, Law Offices of David J. Stern, P.A.

### GRADUATED FILING FEES BASED ON THE VALUE OF THE CLAIM

| | |
|---|---|
| $401 | Value less than or equal to $50,000 with 5 defendants or less |
| $906 | Value greater than $50,000 but less than $250,000 with 5 defendants or less |
| $1,906 | Value $250,000 or greater with 5 defendants or less |
| $2.50 | Additional fee for each defendant over 5 |
| $10.00 | Additional fee for each summons to be issued |

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL
CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION
CASE NO:

GMAC MORTGAGE, LLC

      PLAINTIFF

VS.

DONNA CHINLOY; UNKNOWN SPOUSE OF
DONNA CHINLOY IF ANY; CRYSTAL LEE
CHINLOY; UNKNOWN SPOUSE OF
CRYSTAL LEE CHINLOY IF ANY; ANY AND
ALL UNKNOWN PARTIES CLAIMING BY,
THROUGH, UNDER, AND AGAINST THE
HEREIN NAMED INDIVIDUAL
DEFENDANT(S) WHO ARE NOT KNOWN TO
BE DEAD OR ALIVE , WHETHER SAID
UNKNOWN PARTIES MAY CLAIM AN
INTEREST AS SPOUSES, HEIRS, DEVISEES,
GRANTEES OR OTHER CLAIMANTS; THE
ISLAND CLUB AT CORAL SPRINGS
CONDOMINIUM ASSOCIATION, INC.; JOHN
DOE AND JANE DOE AS UNKNOWN
TENANTS IN POSSESSION

      DEFENDANT(S)



09 45158

14



A TRUE COPY

HOWARD C. FORMAN
CLERK OF THE CIRCUIT COURT
BROWARD COUNTY, FL.
AUG 14 2009

COMPLAINT TO FORECLOSE MORTGAGE
AND TO ENFORCE LOST LOAN DOCUMENTS

Plaintiff, sues the Defendant(s) and alleges:

### COUNT I

1.     THIS IS AN ACTION to foreclose a Mortgage on real property in  BROWARD County, Florida.

2.     This Court has jurisdiction over the subject matter herein.

3.     On APRIL 12, 2006 DONNA CHINLOY, AN UNMARRIED WOMAN executed and delivered a Promissory Note and a  Mortgage securing payment of the Note to the Payee named thereon.

4.     The Mortgage was recorded on APRIL 18, 2006 in Official Records Book 41844 at page 1082, of the Public Records of BROWARD County, Florida, and mortgaged the property described in it, then owned by and possessed by the Mortgagors, a copy of the Mortgage AND NOTE ARE attached hereto as "Exhibit "A". Said mortgage was subsequently assigned to GMAC MORTGAGE, LLC by virtue of an assignment to be recorded.

5.     Plaintiff, as servicer for the owner and acting on behalf of the owner with authority to do so, is the present designated holder of the note and mortgage with authority to pursue the present action.

6.     The property is now owned by the Defendant(s), DONNA CHINLOY AND CRYSTAL LEE CHINLOY, if living and if dead, the unknown spouses, heirs and beneficiaries of DONNA CHINLOY AND CRYSTAL LEE CHINLOY who hold(s) possession.

7.     There is a default under the terms of the note and mortgage for the MAY 1, 2009 payment and all payments due thereafter.

8.     All conditions precedent to the acceleration of this Mortgage Note and to foreclosure of the Mortgage have been fulfilled or have occurred.

9.      The Plaintiff declares the full amount payable under the Note and Mortgage to be due.

10.     The borrowers owe Plaintiff $156,759.13 that is due in principal on the Mortgage Note and Mortgage, together with interest from APRIL 1, 2009, late charges, and all costs of collection including title search expenses for ascertaining necessary parties to this action and reasonable attorney's fees.

11.     Plaintiff is obligated to pay its attorney a reasonable fee for his services rendered.

12.     Defendants, John Doe and Jane Doe, may claim an interest in the property described in the Mortgage as tenants pursuant to a lease agreement, either written or oral. Said interest is subject, subordinate, and inferior to the lien of the Mortgage held by Plaintiff.

13.     In addition to all other named defendants, the unknown spouses, heirs, devisees, grantees, assignees, creditors, trustees, successors in interest or other parties claiming an interest in the subject property by, through under or against any of said defendants, whether natural or corporate, who are not known to be alive or dead, dissolved or existing, are joined as defendants herein. The claims of any of said parties are subject, subordinate, and inferior to the interest of Plaintiff.

14.     The Defendant, THE ISLAND CLUB AT CORAL SPRINGS CONDOMINIUM ASSOCIATION, INC., is joined because it may claim some interest in or lien upon the subject property by virtue of possible association liens and assessments. Said interest is subject, subordinate, and inferior to the lien of the Mortgage held by the Plaintiff.

15.     The Defendant, UNKNOWN SPOUSE OF DONNA CHINLOY, is joined because HE may claim some interest in or lien upon the subject property by virtue of a possible homestead interest. Said interest is subject, subordinate and inferior to the interest of the Plaintiff's mortgage.

16.     The Defendant, UNKNOWN SPOUSE OF CRYSTAL LEE CHINLOY, is joined because HE/SHE may claim some interest in or lien upon the subject property by virtue of a possible homestead interest. Said interest is subject, subordinate and inferior to the interest of the Plaintiff's mortgage.

WHEREFORE, Plaintiff prays: That an accounting may be had and taken under the direction of this Court of what is due the Plaintiff for principal and interest on said Mortgage and Mortgage Note, and for the costs, charges and expenses, including attorney's fees and title search costs, and advancements which Plaintiff may be put to or incur in and about this suit, and that the Defendants found responsible for same be ordered to pay the Plaintiff herein the amounts so found to be due it; that in default of such payments, all right, title, interest, claim, demand, or equity of redemption of the Defendants and all other persons claiming by, through, under or against said Defendants since the filing of the Lis Pendens herein be absolutely barred and foreclosed and that said mortgage property be sold under the direction of this Court; that out of the proceeds of said sale, the amounts due the Plaintiff may be paid so far as same will suffice; and that a deficiency judgment be entered if applicable and only in the event no Order of Discharge of Personal Liability in Bankruptcy has been entered as to any of the Defendants who signed the subject Note and Mortgage and a Writ of Possession be issued.

## COUNT II

17.     This is an action to enforce a lost, destroyed or stolen promissory note and Mortgage under Fla.Stat.§673.3091.

18.   On APRIL 12, 2006, DONNA CHINLOY, AN UNMARRIED WOMAN, executed and delivered a Promissory Note and a Mortgage securing payment of the Note to the payee named thereon.

19.   The Mortgage was recorded on APRIL 18, 2006 in Official Records Book 41844 at page 1082, of the Public Records of BROWARD County, Florida, a substantial copy of the Mortgage being attached hereto as composite Exhibit "A" to the Plaintiff's original Complaint herein.

20.   The Plaintiff is not presently in possession of the original Note and Mortgage. However,

    a)   Plaintiff has directly or indirectly acquired ownership of the Note and Mortgage from a person who was entitled to enforce Them when the loss of possession occurred;

    b)   the loss of possession was not the result of a transfer by Plaintiff or lawful seizure; and

    c)   the Plaintiff cannot reasonably obtain possession of the Note and Mortgage because THEIR whereabouts cannot be determined.

21.   A copy of the Note is attached hereto as Exhibit "A".

22.   The Plaintiff will agree to entry of a Final Judgment of Foreclosure wherein it will be required to indemnify and hold harmless Defendant(s) DONNA CHINLOY from any loss they may incur by reason of a claim by another person to enforce the lost Note and Mortgage.

    WHEREFORE, Plaintiff requests entry of judgment confirming its right to enforce the lost Note and Mortgage under Fla. Stat.§673.3091.

**TO ALL DEFENDANTS: PLEASE NOTE EFFECTIVE OCTOBER 13, 2006, 15 U.S.C. §1692G OF THE FAIR DEBT COLLECTION PRACTICES ACT HAS BEEN AMENDED AS FOLLOWS:**

    **(a) LEGAL PLEADINGS -- Section 809 of the Fair Debt Collection Practices Act (15 U.S.C. 1692g) is amended by adding at the end the following new subsection:**

    **"(d) Legal Pleadings -- A communication in the form of a formal pleading in a civil action shall not be treated as an initial communication for purposes of subsection (a)."**

MARGARET E. KEPLER
Bar #: 59118
Miriam Mendieta
Bar #: 0866880
Law Offices of David J. Stern, P.A.
Attorney for Plaintiff
900 South Pine Island Road SUITE 400
Plantation, FL 33324-3920
(954) 233-8000

09-79989(GMAP)(FHMLC)

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT ,
IN AND FOR BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 09-45158-14

FLORIDA BAR NO.:  024937

GMAS MORTGAGE, LLC

    Plaintiff,

vs.

DONNA CHINLOY et al,

    Defendant(s).

_____/



### ANSWER TO FORECLOSURE COMPLAINT

**COMES NOW** Defendant, **ISLAND CLUB AT CORAL SPRINGS CONDOMINIUM ASSOCIATION INC**, by and through its undersigned counsel, and answers the Foreclosure Complaint in the above-captioned case as follows:

1.    Defendant, **ISLAND CLUB AT CORAL SPRINGS CONDOMINIUM ASSOCIATION INC.**,  is without sufficient knowledge as to the allegations contained in Paragraphs One (1) through Thirteen (13) and Fifteen  (15) through Twenty Two (22)  therefore, denies same and demands strict proof thereof.

2.    As to Paragraph Fourteen (14),   Defendant, **ISLAND CLUB AT CORAL SPRINGS CONDOMINIUM ASSOCIATION INC.**, admits that it claims an

interest in the subject property by virtue of its Declaration of Covenants and its authority to levy maintenance assessments.

3.    By way of further answer, Defendant, **DONNA CHINLOY et al**, is obligated to the Defendant, **ISLAND CLUB AT CORAL SPRINGS CONDOMINIUM ASSOCIATION INC**, for Condominium ' Association assessments. A Notice of Intent to Impose Claim of Lien letter was mailed on March 27, 2009. The defendant entered into a payment plan with the association on July 24, 2009 which was not honored.    The amount owed the Defendant, Island Club at Coral Springs Condominium Association, Inc., at the time the Notice of Intent to Impose Claim of Lien was mailed was $5,349.00 which has continued to increase for monthly assessments, interest at 18% costs and attorney's fees.

**4.**    Since the Plaintiff's mortgage was recorded after April 1, 1992,  **ISLAND CLUB AT CORAL SPRINGS CONDOMINIUM ASSOCIATION INC**, is entitled to the lesser of six months of unpaid assessments or one-percent (1%) of the original mortgage amount, pursuant to Florida Statute §718.116.

5.    The Defendant, **ISLAND CLUB AT CORAL SPRINGS CONDOMINIUM ASSOCIATION INC**,  has been required to retain counsel to file this Answer and is obligated to pay them a reasonable fee for their services.

**WHEREFORE**, Defendant, **ISLAND CLUB AT CORAL SPRINGS CONDOMINIUM ASSOCIATION INC**, respectfully requests this Court to issue and Order: (1) To determine the priority of the liens filed against the Defendants, that should this Court determine that Plaintiff, **GMAC MORTGAGE, LLC**, has a claim superior to Defendant, **ISLAND CLUB AT CORAL**

SPRINGS CONDOMINIUM ASSOCIATION INC., that the Court direct distribution of any

surplus to that Defendant; and (2) Awarding reasonable attorney's fees to the **ISLAND CLUB AT**

**CORAL SPRINGS CONDOMINIUM ASSOCIATION INC,**  and provide that the lesser of six

months of maintenance or one-percent of the original mortgage amount must be paid to the

Defendant, **ISLAND CLUB AT CORAL SPRINGS CONDOMINIUM ASSOCIATION INC.**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by mail

this /8th day of August  2009 to: LAW OFFICES OF DAVID J. STERN, P.A., 900 SOUTH PINE

ISLAND ROAD, SUITE 400, PLANTATION , FL 33324-3920

David F. Anderson, Esquire
Attorney for Defendant Estancia Palm
Springs Homeowners Association, Inc.
**DAVID F. ANDERSON, P.A.**
7735 NW 146 Street, Ste. 205
Miami Lakes, Florida  33016
Tel. No.: (305) 825-4052
Fax No.: (305) 819-3447

## IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

**CASE NO.: 09 45158**
**DIVISION: 14**

GMAC MORTGAGE,

     **Plaintiff,**

v.

DONNA CHINLOY, et. al.,

     **Defendants.**

_____/

## DEFENDANT DONNA CHINLOY'S MOTION FOR A MORE DEFINITE STATEMENT AND NOTICE OF DISPUTE PURUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT

Defendant **DONNA CHINLOY**, through undersigned counsel and pursuant to Florida Rule of Civil Procedure 1.140(e) hereby moves for a more definite statement in order to frame a responsive pleading, and as grounds therefore states:

1.    This is a mortgage foreclosure action. It appears that the Plaintiff is the trustee of a securitization trust.

2.    In Paragraph 5 of its Complaint, Plaintiff asserts, in a conclusory fashion, that it is the "servicer for the owner and acting on behalf of the owner with authority to do so." Significantly, it does not assert that it is the owner of the note and mortgage. In order to state a cause of action for mortgage foreclosure, a Plaintiff must allege that it's both the owner and holder of the mortgage and note in question. *Your Construction Center Inc. v. Gross*, 316 So.2d 596, 597 (Fla. 4th DCA 1975) citing 22 Fla. Jur. Mortgages S. 314 (1958).

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT, IN AND FOR BROWARD
COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION
CASE NO: CACE 09-45158    14

GMAC MORTGAGE, LLC

     PLAINTIFF

VS.

DONNA CHINLOY, ET AL

     DEFENDANT(S)

## RESPONSE TO DEMAND FOR VERIFICATION OF THE DEBT

     Plaintiff, GMAC MORTGAGE, LLC, by and through its undersigned counsel, hereby responds to the demand for verification of the debt of Defendant, DONNA CHINLOY, as follows:

     1.     Pursuant to §1692g(d), the initiation of the foreclosure action shall not be treated as an initial communication and therefore Plaintiff's counsel is not subject to the requirements of §1692g.

     2.     The demand for verification of the debt is untimely.

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this _18_ day of _January_ 2010 to:

MARC FLADELL, ESQ.
ATTY. FOR DONNA CHINLOY
1000 WEST MCNAB ROAD
POMPANO BEACH, FL  33069

MARGARET E. KEPLER
Law Offices of David J. Stern, P.A.
900 South Pine Island Road, Suite 400
Plantation, FL 33324-3920
(954) 233-8000, 1849
Fla. Bar No.: 59118

09-79989.FDC

DAVID F. ANDERSON, ESQ., .
ATTORNEY FOR THE ISLAND CLUB AT CORAL SPRINGS CONDOMINIUM
ASSOCIATION, INC.
7735 NW 146 ST, STE 205
MIAMI LAKES, FL 33016

JANE DOE N/K/A DEILA HATFIELD
9000 NW 28 DR., #1-306
CORAL SPRINGS, FL 33065

09-79989(GMAP)(FHMLC)

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT, IN AND FOR BROWARD
COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION
CASE NO: CACE09045158

GMAC MORTGAGE, LLC

    PLAINTIFF

VS.

DONNA CHINLOY; UNKNOWN SPOUSE OF DONNA
CHINLOY IF ANY; CRYSTAL LEE CHINLOY;
UNKNOWN SPOUSE OF CRYSTAL LEE CHINLOY IF
ANY; ANY AND ALL UNKNOWN PARTIES
CLAIMING BY, THROUGH, UNDER, AND AGAINST
THE HEREIN NAMED INDIVIDUAL DEFENDANT(S)
WHO ARE NOT KNOWN TO BE DEAD OR ALIVE ,
WHETHER SAID UNKNOWN PARTIES MAY CLAIM
AN INTEREST AS SPOUSES, HEIRS, DEVISEES,
GRANTEES OR OTHER CLAIMANTS; THE ISLAND
CLUB AT CORAL SPRINGS CONDOMINIUM
ASSOCIATION, INC.; JOHN DOE AND JANE DOE AS
UNKNOWN TENANTS IN POSSESSION

    DEFENDANT(S)

## AMENDED COMPLAINT TO FORECLOSE MORTGAGE

Plaintiff, sues the Defendant(s) and alleges:

### COUNT I

1.     THIS IS AN ACTION to foreclose a Mortgage on real property in BROWARD County,
   Florida.

2.     This Court has jurisdiction over the subject matter herein.

3.     On APRIL 12, 2006 DONNA CHINLOY, AN UNMARRIED WOMAN executed and
   delivered a Promissory Note and a Mortgage securing payment of the Note to the Payee
   named thereon.

4.     The Mortgage was recorded on APRIL 18, 2006 in Official Records Book 41844 at page
   1082, of the Public Records of BROWARD County, Florida, and mortgaged the proper⊥
   described in it, then owned by and possessed by the Mortgagors, a copy of the Mortg





AND NOTE is attached hereto as "Exhibit "A". Said mortgage was subsequently

assigned to GMAC MORTGAGE, LLC by virtue of an assignment recorded on October

1, 2009 in Official Records Book 46558 at page 655 of the public records of BROWARD

County, Florida, a copy of which is attached hereto as "Exhibit B".

5.      Mortgagee shown on the Mortgage as an exhibit is the original Mortgagee. Plaintiff is

now entitled to enforce said Mortgage and Mortgage Note pursuant to Florida Statutes

§673.3011.

6.      The property is now owned by the Defendant(s), DONNA CHINLOY AND CRYSTAL

LEE CHINLOY, if living and if dead, the unknown spouses, heirs and beneficiaries of

DONNA CHINLOY AND CRYSTAL LEE CHINLOY who hold(s) possession.

7.      There is a default under the terms of the note and mortgage for the MAY 1, 2009 payment

and all payments due thereafter.

8.      All conditions precedent to the acceleration of this Mortgage Note and to foreclosure of

the Mortgage have been fulfilled or have occurred.

9.      The Plaintiff declares the full amount payable under the Note and Mortgage to be due.

10.     The borrowers owe Plaintiff $156,759.13 that is due in principal on the Mortgage Note

and Mortgage, together with interest from APRIL 1, 2009, late charges, and all costs of

collection including title search expenses for ascertaining necessary parties to this action

and reasonable attorney's fees.

11.     Plaintiff is obligated to pay its attorney a reasonable fee for his services rendered.

12.     Defendants, John Doe and Jane Doe, may claim an interest in the property described in

the Mortgage as tenants pursuant to a lease agreement, either written or oral. Said interest

is subject, subordinate, and inferior to the lien of the Mortgage held by Plaintiff.

13.     In addition to all other named defendants, the unknown spouses, heirs, devisees, grantees,

assignees, creditors, trustees, successors in interest or other parties claiming an interest in

the subject property by, through under or against any of said defendants, whether natural

or corporate, who are not known to be alive or dead, dissolved or existing, are joined as

defendants herein. The claims of any of said parties are subject, subordinate, and inferior

to the interest of Plaintiff.

14.     The Defendant, THE ISLAND CLUB AT CORAL SPRINGS CONDOMINIUM

ASSOCIATION, INC., is joined because it may claim some interest in or lien upon the

subject property by virtue of possible association liens and assessments. Said interest is

subject, subordinate, and inferior to the lien of the Mortgage held by the Plaintiff.

15. The Defendant, UNKNOWN SPOUSE OF DONNA CHINLOY, is joined because HE may claim some interest in or lien upon the subject property by virtue of a possible homestead interest. Said interest is subject, subordinate and inferior to the interest of the Plaintiff's mortgage.

16. The Defendant, UNKNOWN SPOUSE OF CRYSTAL LEE CHINLOY, is joined because HE may claim some interest in or lien upon the subject property by virtue of a possible homestead interest. Said interest is subject, subordinate and inferior to the interest of the Plaintiff's mortgage.

WHEREFORE, Plaintiff prays: That an accounting may be had and taken under the direction of this Court of what is due the Plaintiff for principal and interest on said Mortgage and Mortgage Note, and for the costs, charges and expenses, including attorney's fees and title search costs, and advancements which Plaintiff may be put to or incur in and about this suit, and that the Defendants found responsible for same be ordered to pay the Plaintiff herein the amounts so found to be due it; that in default of such payments, all right, title, interest, claim, demand, or equity of redemption of the Defendants and all other persons claiming by, through, under or against said Defendants since the filing of the Lis Pendens herein be absolutely barred and foreclosed and that said mortgage property be sold under the direction of this Court; that out of the proceeds of said sale, the amounts due the Plaintiff may be paid so far as same will suffice; and that a deficiency judgment be entered if applicable and only in the event no Order of Discharge of Personal Liability in Bankruptcy has been entered as to any of the Defendants who signed the subject Note and Mortgage and a Writ of Possession be issued.

**TO ALL DEFENDANTS: PLEASE NOTE EFFECTIVE OCTOBER 13, 2006, 15 U.S.C. §1692G OF THE FAIR DEBT COLLECTION PRACTICES ACT HAS BEEN AMENDED AS FOLLOWS:**

**(a) LEGAL PLEADINGS -- Section 809 of the Fair Debt Collection Practices Act (15 U.S.C. 1692g) is amended by adding at the end the following new subsection:**

**"(d) Legal Pleadings -- A communication in the form of a formal pleading in a civil**

action shall not be treated as an initial communication for purposes of subsection (a)."

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Amended Complaint to Foreclose Mortgage was sent this __10__ day of __June__, 2010 to:

I. MARC FLADELL, ESQ.
ATTORNEY FOR DONNA CHINLOY
1000 WEST MCNAB ROAD
POMPANO BEACH, FL 33069

CRYSTAL LEE CHINLOY
2672 NW 124TH AVENUE
CORAL SPRINGS, FL 33065

DAVID F. ANDERSON, ESQ., .
ATTORNEY FOR THE ISLAND CLUB AT CORAL SPRINGS CONDOMINIUM
ASSOCIATION, INC.
7735 NW 146 ST, STE 205
MIAMI LAKES, FL 33016

JANE DOE N/K/A DEILA HATFIELD
9000 NW 28 DR., #1-306
CORAL SPRINGS, FL 33065

MARGARET E. KEPLER
Bar #: 59118
Miriam Mendieta
Bar #: 0866880
Law Offices of David J. Stern, P.A.
Attorney for Plaintiff
900 South Pine Island Road SUITE 400
Plantation, FL 33324-3920
(954) 233-8000

09-79989(GMAP)(FHMLC)

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL
CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION
CASE NO: CACE 09-45158    14

GMAC MORTGAGE, LLC
    PLAINTIFF
VS.

DONNA CHINLOY, ET AL
    DEFENDANT(S),

## AGREED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT TO DROP COUNT II AND TO ATTACH ASSIGNMENT OF MORTGAGE

Plaintiff moves this Court for leave to file an Amended Complaint, a copy of which is attached hereto, and as grounds therefore states:

1.    That the Complaint was filed in this cause on or about AUGUST 14, 2009.

2.    That subsequent to the filing of said Complaint, Plaintiff has confirmed it has possession of the original Note and has obtained a copy of the recorded Assignment of Mortgage. The proposed Amended Complaint Drops Count II and attaches the Assignment of Mortgage.

3.    The dropping of Count II and attachment of the Assignment of Mortgage will not prejudice the rights of any party to this cause.

4.    Plaintiff prays that an Order be entered granting leave to amend the Complaint and that said Order further provide that none of the defendants who were previously defaulted, or who have filed an answer shall be obligated nor permitted to respond to the Complaint as amended since the issues as to said defendants remain the same as in the original Complaint.

5.    All answering defendants have agreed to entry of this Order.

**WHEREFORE**, Plaintiff requests the Court enter an Order for leave to file the Amended Complaint attached hereto.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Agreed Motion for Leave of Court to File Amended Complaint to Drop Count II and to attach Assignment of Mortgage with a proposed Amended Complaint was mailed via U.S. Mail this _10_ day of

_June_____, 2010, to the following:

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
CIVIL ACTION

GMAC MORTGAGE, LLC,                               CASE NO.: CACE09045158

     **Plaintiff,**                                    DIVISION:

vs.

DONNA CHINLOY, et al.,

     **Defendants.**
_____/

### NOTICE OF DROPPING PARTY DEFENDANTS

     The Plaintiff, GMAC MORTGAGE, LLC, by and through its undersigned counsel, hereby

dismisses the above-styled cause against the Defendant **ANY AND ALL UNKNOWN PARTIES**

**CLAIMING BY, THROUGH, UNDER, AND AGAINST THE HEREIN NAMED INDIVIDUAL**

**DEFENDANTS WHO ARE NOT KNOWN TO BE DEAD OR ALIVE, WHETHER SAID**

**UNKNOWN PARTIES MAY CLAIM AN INTEREST AS SPOUSES, HEIRS, DEVISEES,**

**GRANTEES OR OTHER CLAIMANTS,** without prejudice.

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S.

Mail on this 20th day of September, 2011, to all parties on the attached service list.
             *October*

                    JOHNSON & FREEDMAN, LLC

                    400 Northridge Road, Suite 1100 M/S 27
                    Sandy Springs Georgia 30350
                    (770) 234-9181

                    By:

                    _____

                    Joseph K. McGhee
                    FLORIDA BAR NO. 626287
                    Jennifer Howell
                    FLORIDA BAR NO. 0383340

## SERVICE LIST

Donna Chinloy
2672 N.W. 12th Ave
Coral Springs, FL 33065

Crytsal Lee Chinloy
2672 N.W. 12th Ave
Coral Springs, FL 33065

The Island Club at Coral Springs Condominium Association Inc.
c/o David F. Anderson, Esq., David F. Anderson, P.A.
7735 N.W. 146th Street, Suite 205
Miami Lakes, FL 33016

Jane Doe N/K/A Deila Hatfield
9000 NW 28th Drive, #1-306
Coral Springs, FL 33065

The Unknown Spouse of Crystal Lee Chinloy
2672 NW 12th Ave
Coral Springs, FL 33065

The Unknown Spouse of Donna Chinloy
2672 NW 12th Ave
Coral Springs, FL 33065

John Doe
2672 NW 12th Ave
Coral Springs, FL 33065

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
CIVIL ACTION**

GMAC MORTGAGE, LLC

                    **Plaintiff,**

                                         CASE NO.:  CACE09045158

vs.

                                         DIVISION:  GENERAL

                                         FORECLOSURE CASE

DONNA CHINLOY, et al.

                    **Defendant(s).**

_____/

**AUTHORIZATION FOR SUBSTITUTION OF COUNSEL**

Dated: _____**3/4**_____, 2011

       This Authorization for Substitution of Counsel shall serve as confirmation that the Plaintiff in this matter respectfully requests a substitution of counsel from the Law Offices of David J. Stern, P.A. to Johnson & Freedman, LLC.  A copy of this original shall have the same effect as the original.

                                  By: _____
                                  Authorized Representative

                                  Name:  Patricia Ford
                                  Title:   Vice President
                                  Company: GMAC MORTGAGE, LLC

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA
## CIVIL ACTION

**GMAC MORTGAGE, LLC,**

                           **Plaintiff,**

                                          **CASE NO.: CACE09045158**

**vs.**

                                          **DIVISION: 11**

**DONNA CHINLOY, et. al.,**

                    **Defendant(s).**

_____/

**NOTICE OF HEARING**

> **A TRUE COPY**
>
> **JUL 1 0 2012**
>
> HOWARD C. FORMAN
> CLERK OF CIRCUIT COURT
> BROWARD COUNTY, FL

TO:    All parties on the attached Service List

**PLEASE TAKE NOTICE** that the Plaintiff's Motion for Summary Judgment will be called up

for hearing before the Honorable Presiding Foreclosure Judge, Judge of the above-styled Court,

in the Broward County Courthouse, 201 S.E. 6th St., Courtroom 519, Ft. Lauderdale, FL 33301

on September 25, 2012 at 1:30 p.m.(EST.), or as soon thereafter as counsel may be heard.

**PLEASE BE GOVERNED ACCORDINGLY.**

I **HEREBY CERTIFY** that A) I have made a good faith attempt to resolve this matter prior to
my noticing this motion for hearing, B) the issues before the Court may be heard and resolved by
the Court within five (5) minutes.

TIME RESERVED: 5 Minutes.

       I **HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished
via U.S. Mail on this ___31___ day of ___July_____, 2012, to all parties on the
attached service list.

                          JOHNSON & FREEDMAN, LLC
                          Attorneys on Behalf of Plaintiff
                          400 Northridge Road, Suite 1100 M/S 27
                          Sandy Springs, Georgia 30350
                          (770) 234-9181
                          By:
                          June Grant
                          FLORIDA BAR NO.: 59098
                          Sarah E. Butler
                          FLORIDA BAR NO.:86735

1926210 / CACE09045158

/ 0 7 2012

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
CIVIL ACTION**

GMAC MORTGAGE, LLC,

                 **Plaintiff,**              **CASE NO.:  CACE09045158**

vs.                            **DIVISION:  11**

**DONNAL CHINLOY; UNKNOWN SPOUSE OF
DONNAL CHINLOY IF ANY; CRYSTAL LEE
CHINLOY; UNKNOWN SPOUSE OF
CRYSTAL LEE IF ANY; ANY AND ALL
UNKNOWN PARTIES CLAIMING BY,
THROUGH, UNDER, AND AGAINST THE
HEREIN NAMED INDIVIDUAL
DEFENDANT(S) WHO ARE NOT KNOWN TO
BE DEAD OR ALIVE, WHETHER SAID
UNKNOWN PARTIES MAY CLAIM AN
INTEREST AS SPOUSES, HEIRS, DEVISEES,
GRANTEES OR OTHER CLAIMANTS; THE
ISLAND CLUB AT CORAL SPRINGS
CONDOMINIUM ASSOCIATION, INC.; JOHN
DOE AND JANE DOE AS UNKNOWN
TENATNS IN POSSESION.**

                 **Defendant(s).**

_____/

**FINAL SUMMARY JUDGMENT OF MORTGAGE FORECLOSURE**

THIS CAUSE having come to be heard on <u>September 25, 2012 at 1:30 pm</u> on the MOTION

FOR FINAL SUMMARY JUDGMENT OF MORTGAGE FORECLOSURE INCLUDING A

HEARING TO TAX ATTORNEYS' FEES AND COSTS filed on behalf of GMAC MORTGAGE,

LLC, hereinafter referred to as Plaintiff, and the Court having reviewed the pleadings and affidavits

filed by Plaintiff, having heard argument of counsel, and being otherwise fully advised in the

premises, it is:

CACE09045158

ORDERED AND ADJUDGED as follows:

## COUNT 1 – MORTGAGE FORECLOSURE

1.    Plaintiff's Motion for Final Summary Judgment is GRANTED.

2.    Service of process has been duly and regularly obtained over Defendants: DONNAL CHINLOY; UNKNOWN SPOUSE OF DONNAL CHINLOY IF ANY; CRYSTAL LEE CHINLOY; UNKNOWN SPOUSE OF CRYSTAL LEE IF ANY; THE ISLAND CLUB AT CORAL SPRINGS CONDOMINIUM ASSOCIATION, INC.; JOHN DOE AND JANE DOE N/K/A DEILA HARTFIELD, hereinafter referred to as "Defendants."

3.    The equities of this action are in favor of Plaintiff, and Plaintiff is entitled to the foreclosure of its mortgage. Plaintiff is due the following:

| | |
|---|---|
| Principal | $156,759.13 |
| Interest Rate at 6.87500% | |
| From April 1, 2009 Through October 20, 2011 | $24,656.80 |
| Per Diem of $12.88 | |
| Interest From October, 2011 to September 25, 2012 | $4,392.08 |
| Pre-Acceleration Late Charges | $265.60 |
| Property Inspections | $322.00 |
| Taxes | $4,948.22 |
| Forced Place Insurance | $6,941.76 |
| **Sub-Total:** | $198,285.59 |
| Title Search | $325.00 |
| Johnson & Freedman Attorney Transfer Flat Fee | $1,450.00 |
| **Grand Total:** | **$200,060.59** |

4.    The grand total amount referenced in paragraph 3 shall bear interest from this date forward at the prevailing legal rate of interest.

CACE09045158

5.     Plaintiff whose address is c/o GMAC Mortgage, LLC, 1100 Virginia Drive, Ft. Washington, PA 19034  holds a lien for the total sums set forth in Paragraph 3 superior in dignity to any right, title, interest or claim of the Defendant(s) named herein, and any person, corporation or entities claiming by, through, under or against these Defendant(s), with the exception of any assessments that are superior pursuant to Florida Statutes, Section 718.116. The Plaintiff's lien encumbers the subject property located in BROWARD County, Florida and is described as:

**UNIT 1-306 OF THE ISLAND CLUB AT CORAL SPRINGS, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, RECORDED IN OFFICIAL RECORDS BOOK 41658, PAGE 1407 OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA, AS AMENDED AND OR SUPPLEMENTED FROM TIME TO TIME.**

6.     If the total sum set forth in Paragraph 3, with interest at the rate described in paragraph 4 and all costs of this action accruing subsequent to this judgment, is not paid immediately, the Clerk of this Court shall sell the property described in Paragraph 5 at a public sale on _____, 2012, at 10:00am, to the highest bidder for cash, except as prescribed in Paragraph 8. The sale will be conducted on line at www.broward.realforeclose.com, the Clerk's website for online auctions after having first given notice as required by Section 45.031, Florida Statutes, provided however, that such sale shall not be held in the absence of Plaintiff's attorney or its representative.

7.     The Court finds that, based upon Section 702.065(2)(2006), Florida Statutes, and prevailing Florida case law, the affidavits filed herein, inquiry of counsel for Plaintiff, and upon consideration of the legal services rendered, the complexity of the foreclosure action, the amount of time and labor reasonably expended by lawyers in the community in prosecuting routine mortgage foreclosure actions, Johnson and Freedman, LLC's flat fee agreement with its client is reasonable,

CACE09045158

and the Court therefore awards a fee of $1,450.00. For all legal services performed in this uncontested residential foreclosure, Johnson & Freedman, LLC has agreed to charge, and this client has agreed to pay, a flat fee of $1,450.00. In the event that this matter becomes contested, Johnson & Freedman, LLC has agreed to charge, and its client has agreed to pay, an hourly fee of up to $225.00 per hour for services related to the contested issues. In no event does Johnson & Freedman, LLC seek to recover attorney's fees greater than the amount billed and paid by its client. The Court further finds that there are no reduction or enhancement factors for consideration by the Court pursuant to Florida Patient's Compensation Fund v. Rowe, 472 So. 2d 1145 (Fla. 1985).

8.    Plaintiff shall advance all subsequent costs of this action, and shall be reimbursed for them by the Clerk if Plaintiff is not the purchaser of the property at the sale. If Plaintiff is the purchaser, the bid may be assigned without further Order of this Court and the Clerk shall credit the Plaintiff's bid with the total sum with interest and costs accruing subsequent to this Judgment, or such part of it as is necessary to pay the bid in full.

9.    The successful bidder and purchaser at the foreclosure sale of the real property being foreclosed shall pay, in addition to the amount bid, any documentary stamps and Clerk's fee relating to the issuance of the Certificate of Title to be issued by the Clerk to the successful bidder and purchaser. At the time of the sale, the successful high bidder shall post with the Clerk a deposit equal to five (5%) of the final bid. The deposit shall be applied toward the judgment.

10.    On filing the Certificate of Sale, Defendants' Right of Redemption as prescribed by Florida Statute Section 45.0315 shall be terminated.

11.    On filing the Certificate of Title with respect to the property described in Paragraph 5, the Clerk shall distribute the proceeds of the sale, so far as the are sufficient, by paying: first, all of Plaintiff's costs; second, documentary stamps affixed to the Certificate; third, Plaintiff's attorney's fees; fourth, the total sum due to Plaintiff, as set forth in Paragraph 3, less the items paid, plus

CACE09045158

interest at the rate prescribed by law from this date to the date of the sale to Plaintiff. The Clerk shall retain any amount remaining pending the further order of this Court. Any amounts so retained are to be distributed to each Defendant, as determined by order of this Court.

12.    Upon filing the Certificate of Title with respect to the property described in Paragraph 5 above, the Defendants name herein, all persons claiming by, through, under or against them since the filing of Notice of Lis Pendens in this action, are foreclosed of all estate interest or claim in the property described in Paragraph 5, and the purchaser or purchasers to the sale shall be let into possession of the property. Jurisdiction over this action is retained to enter such further orders to give Plaintiff adequate and complete relief as may be necessary and proper, including, without limitation, writs of possession and the entry of a deficiency decree if borrower(s) has/have not been discharged in bankruptcy or constructively served, together with additional attorney's fees, if appropriate.

13.    If Plaintiff incurs additional expenses subsequent to the entry of this Final Judgment but prior to the sale date specified above, Plaintiff may, by written motion, served upon all parties, seek to amend this final judgment to include such additional expenses.

**14.    NOTICE PURSUANT TO AMENDMENT TO SECTION, 45.031, FLA. ST. (2006)**
IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN SIXTY (60) DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

**IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO**

CACE09045158

**ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT, 201 S. E. 6th Street, Room 230, Fort Lauderdale, Florida 33301, 954-831-7019, WITHIN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT. IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT LEGAL AID SERVICE OF BROWARD COUNTY, 491 N. STATE ROAD 7, PLANTATION, FL 32351. PHONE (954) 765-8950, TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT LEGAL AID SERVICE OF BROWARD COUNTY, 491 N. STATE ROAD 7, PLANTATION, FL 32351. PHONE (954) 765-8950 , YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.**

DONE AND ORDERED in Chambers, in BROWARD County, Florida, this _____

day of _____, 2012.

_____
Circuit Judge

Copies furnished to:
June Grant
JOHNSON & FREEDMAN, LLC
400 Northridge Road
Suite 1100, M/S 27
Sandy Springs, GA 30350
(770) 234-9181
All Parties on the Service List

CACE09045158

## SERVICE LIST

DONNA CHINLOY
c/o Marc Fladell, Esq.
Attorney for Defendant
1245 South Powerline Road,  # 253
Pompano Beach Florida  33069

CRYTSAL LEE CHINLOY
2672 NW 12th Ave
Coral Springs, FL 33065

THE ISLAND CLUB AT CORAL SPRINGS CONDOMINIUM ASSOCIATION INC.
c/o David F. Anderson, Esq., David F. Anderson, P.A.
7735 N.W. 146th Street, Suite 205
Miami Lakes, FL 33016

JANE DOE (N/K/A DEILA HATFIELD)
9000 NW 28th Drive, #1-306
Coral Springs, FL 33065

UNKNOWN TENANTS IN POSSESION
9000 NW 28th Drive, #1-306
Coral Springs, FL 33065

# IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL
# CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

Case No.: <u>CACE 09-045158</u>
Division: <u>FORECLOSURE</u>

GMAC MORTGAGE, LLC,

    Plaintiff,

    vs.

DONNA CHINLOY, et. al.

    Defendant.

_____/



A TRUE COPY

SEP 2 5 2012

HOWARD C. FORMAN
CLERK OF CIRCUIT COURT
BROWARD COUNTY, FL

### DEFENDANT'S MOTION TO COMPEL OR COURT ORDER(s) PLAINTIFF'S FAILURE TO SET HEARING(S) TO DISMISS CAUSE WITHOUT PREJUDICE; DISMISSING CAUSE AGAINST ALL DEFENDANTS,; AND VOLUNTARY DISMISSAL OF THE LOST NOTE.

COMES NOW, DEFENDANT, DONNA CHINLOY, Pro Se and in Proper Person, and files this, MOTION TO COMPEL OR FOR COURT ORDER(S),; on PLAINTIFF'S Failure to Set Hearing(s) Dismissing Cause without Prejudice;Dismissing Cause against all Defendants and Voluntary Dismissal of the Lost Note and in support thereof states:

This COURT records show that Gmac Mortgage, LLC filed with the COURT its PLEADINGS dated October 20, 2011 and June 5th, 2012.

A.  Dismissing the above-style Cause without Prejudice on **October 25, 2011.**

B.  Dismissing the above style-cause against ALL Defendants on **October 25, 2011**.

C.  Voluntary Dismissal of the **Lost NOTE** on **June 5, 2012.**

WHEREFORE. DEFENDANT HEREBY request that this honorable Court:

GRANT the ORDER(s) to Plaintiff's Pleadings above, or compel Plaintiff to set a

Hearing.    *See Exhibit A*

Respectfully submitted,

By:_____

DONNA CHINLOY
DEFENDANT, Pro Se
2572 NW 124th AVENUE
CORAL SPRINGS, FL 33065
(954)899-1961 chinloy0422@gmail.com

## CERTIFICATE OF SERVICE

I certify that a copy of this document was sent via e-Mail to the person(s) listed
below on September 25th, 2012.

JOHNSON & FREEDMAN, LLC.
June Grant, ESQ.
Bar #59098
Counsel for Plaintiff
400 North Ridge Road
Suite 1100; M/S 27
Sandy Springs, GA 30350
PH: 770-234-9181
FAX: (770) 234-9192

September 25, 2012

THE HONORABLE JUDGE MARINA GARCIA-WOOD

Circuit Judge; Foreclosure Division Room 518

17th Judicial Circuit

201 S.E. 6th Street

Fort Lauderdale, Florida 33301

A TRUE COPY

SEP 2 5 2012

HOWARD C. FORMAN
CLERK OF CIRCUIT COURT
BROWARD COUNTY, FL

RE: Case No.: 09-045158  GMAC MORTGAGE, LLC. vs. DONNA CHINLOY

Dear Judge,

  The attached DEFENDANT'S MOTION TO OBJECT TO EX PARTE HEARING, TO COMPEL AND REQUEST TO TAKE JUDICIAL NOTICE has been filed with the clerk. Your Honor is hereby provided with a "hand-delivered" copy in order to ensure that the court is furnished with said Motion prior to hearing at 1:30 P.M., September 25, 2012.

  Should you have any questions, I can be reached at 954.899.1961; eMail: chinloy0422@gmail.com. 2672  NW 124 AVE, CORAL SPRINGS, FL. 33065

Respectfully,

DONNA CHINLOY

Defendant/Pro Se

# IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL
# CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

Case No.: <u>CACE 09-045158</u>
Division: <u>FORECLOSURE</u>

GMAC MORTGAGE, LLC,

    Plaintiff,

    vs.

DONNA CHINLOY, et. al.

    Defendant.

_____/

```
A TRUE COPY

SEP 2 5 2012

HOWARD C. FORMAN
CLERK OF CIRCUIT COURT
BROWARD COUNTY, FL
```

## DEFENDANT'S MOTION TO OBJECT TO
## EX PARTE HEARING, TO COMPEL
## AND
## REQUEST TO TAKE JUDICIAL NOTICE

COMES NOW, DEFENDANT, DONNA CHINLOY, Pro Se and in Proper Person, and files this, MOTION OBJECTION TO EX PARTE HEARING ON MOTION FOR SUMMARY JUDGMENT, and in support thereof states:

1.    Plaintiff has scheduled an "ex parte" hearing that was allegedly scheduled to be heard on Tuesday, September 25, 2012, in Room 518 of the Foreclosure Division before the Honorable Judge Marina Garcia-Wood.

2.    Defendant became aware of the hearing by pure chance upon reviewing court records in another matter for which she is party to.

3.    Defendant contacted counsel for the Plaintiff on Monday, September 24, 2012 and advised them of the oversight.

4.    Plaintiff informed the Defendant she was not entitled to notice of proceedings since the docket reflects that Defendant is represented by former counsel, Mark Fladell who allegedly received copies of the filings and scheduled proceedings

5.      It is unknown at this time as to whether or not Mr. Fladell was noticed. Notwithstanding, Defendant requested that the Plaintiff reset said hearing so that mutual availability could be determined and noticed accordingly.

6.      Plaintiff refused to accommodate Defendant and further stated, "Your attorney has to file a Motion to Withdraw as counsel", and informed Defendant that they would not correspond with her until she was officially unrepresented on the record.

7.      It should be further noted that in October 20, 2011, counsel was aware of Defendant's pro se status when they issued certain filings, namely their Notice of Voluntary Dismissal related to this instant cause, as said motions and filings were sent directly to the attention and address of the pro se Defendant.

8.      Defendant therefore asserts that counsel for the Plaintiff is "selectively" deciding who shall and who shall not be properly noticed of court proceedings and/or filings in this instant case.

WHEREFORE, DEFENDANT HEREBY requests that this honorable court:

1)    Cancel the ex parte scheduled hearing that is/was scheduled to be heard before this Court at 1:30PM on Tuesday, September 25, 2012.

2)    Prohibit Plaintiff from engaging in and/or participating in further ex parte hearings, notices, filings and proceedings and to provide proper notice to Defendant, who is and remains pro se in these proceedings.

Respectfully submitted,

By: _____
DONNA CHINLOY
DEFENDANT, Pro Se
2572 NW 124th AVENUE
CORAL SPRINGS, FL 33065
(954)899-1961 chinloy0422@gmail.com

## CERTIFICATE OF SERVICE

I certify that a copy of this document was sent via e-Mail to the person(s) listed below on September 23rd, 2012.

JOHNSON & FREEDMAN, LLC.
June Grant, ESQ.
Bar #59098
Counsel for Plaintiff
400 North Ridge Road
Suite 1100; M/S 27
Sandy Springs, GA 30350
PH: 770-234-9181
FAX: (770) 234-9192

cc:    The Honorable Marina Garcia-Wood
       FORECLOSURE DIV./ROOM 518

## Case Detail

Broward County Case Number: **CACE09045158**
Court Type: **Civil Division - Circuit Court**

Incident Date: **N/A**
Court Location: **Central Courthouse**
Magistrate ID / Name: **N/A**

State Reporting Number: **062009CA045158AXXXCE**
Case Type: **\*Real Property MTG Foreclosure + (prior to 1/1/10)**
Sub Type: **Foreclosure >$50,000 <$250,000**
Filing Date: **08/14/2009**
Case Status: **Pending**
Judge ID / Name: **11 Perlman, Sandra**

Style: **Gmac Mtg Llc Plaintiff vs. Donna Chinloy, et al Defendant**

| Party(ies) | Disposition(s) | Event(s) |
|---|---|---|

[+] Expand All[-] Collapse All

Party Detail

| Party Type | Party Name | Address (Per AOSC07-49, only the addresses of counsel can be displayed.) | Attorneys / Address ★Denotes Lead Attorney (Per FL Bar Rule 1.3.3, the most current attorney contact information can be found on the Florida Bar website.) |
|---|---|---|---|
| Plaintiff | Gmac Mtg LLC | | ★Howell, Jennifer D *Retained* Johnson & Freedman LLC 400 Northridge Road Suite 1100 M/S 27 Sandy Springs, GA 30350 Grant, June J *Retained* Johnson & Freedman, LLC 400 Northridge Rd, Ste 1100 M/S 27 Sandy Springs, GA 30350 |
| Defendant | Chinloy, Crystal Lee | | |
| Defendant | Chinloy, Donna | | |
| Defendant | Island Club At Crl Spr Condo | | ★Anderson, David Fred *Retained* 7735 NW 146 ST STE 205 Miami Lakes, FL 33016 |

Disposition Detail

**There is no disposition information available for this case.**

Events, Hearings and Orders of the Court

| Date | Description | Additional Text |
|---|---|---|

| | | |
|---|---|---|
| 03/15/2011 | **Motion for Substitution of Counsel** | to Johnson & Freedman, LLC (FBN# 383340) / authorization attach<br>Party: *Plaintiff* Gmac Mtg LLC |
| 11/02/2010 | **Amended Complaint** | to foreclose mtg/pltf |
| 06/21/2010 | **Order** | granting agreed motion for leave of court file amended complaint to drop count ii and to attach assignment of mtg/granted |
| 06/21/2010 | **Agreed Motion** | for Leave to File Amended Complaint to Drop Count II and to Attach Assignment of Mtg<br>Party: *Plaintiff* Gmac Mtg LLC |
| 06/11/2010 | **Notice of Dropping Parties- Generic** | UKN SPOUSE OF DONNA CHINLOY, UKN SPOUSE OF CRYSTAL LEE CHINLOY, JOHN & JANE DOE, W/O PRJ |
| 01/19/2010 | **Response** | to demand for verification of the debt/pltf |
| 09/02/2009 | **Motion** | for a more definite statement and notice of dispute pursuant to the fair debt collection practices act/deft donna chinloy |
| 08/26/2009 | **Summons Returned Served** | 8/17/09 crystal lee chinloy |
| 08/26/2009 | **Summons Returned Unserved** | unknown spouse of donna chinloy |
| 08/26/2009 | **Summons Returned Served** | 8/17/09 donna chinloy |
| 08/26/2009 | **Summons Returned Served** | 8/17/09 jane doe nka deila |
| 08/26/2009 | **Summons Returned Unserved** | john doe |
| 08/26/2009 | **Summons Returned Served** | 8/17/09 the island club at coral springs condo assoc inc |
| 08/26/2009 | **Summons Returned Unserved** | unknown spouse of crystal lee chinloy |
| 08/24/2009 | **Answer to Complaint** | Party: *Defendant* Island Club At Crl Spr Condo |
| 08/14/2009 | **Filing Fee** | Filing Fee Paid (Axr) |
| 08/14/2009 | **Petition** | Petition: Fld (Mda) |
| 08/14/2009 | **Civil Cover Sheet** | Civil Cover Sheet (Axr) |
| 08/14/2009 | **Lis Pendens** | Lis Pendens: Fld & Rec (Mda) |
| 08/14/2009 | **Summons Issued** | Summons Issued 7 (Axr) |
| 08/14/2009 | **Clock In Date of Case** | 08/14/09 Is Clock-In Date Of Case (Axr) |
| 08/14/2009 | **Random Assignment** | Random Assignment Subd:14 (Mda) |

| Date | Type | Description |
|---|---|---|
| 11/08/2012 | Order | mot for withdrawl of counsel/ Granted/all pleading shall be sent directly to df at 2672 NW 124th Ave, Coral Springs, FL 33065 |
| 10/09/2012 | Motion to Withdraw | (of counsel) Marc Fladell, esq., Party: *Defendant* Chinloy, Donna |
| 10/09/2012 | Notice of Hearing | 11/8/12 at 9:00 AM room 518 |
| 09/25/2012 | Motion | TO OBJECT TO EX PARTE HEARING, TO COMPEL & & REQUEST TO TAKE JUDICIAL NOTICE Party: *Defendant* Chinloy, Donna |
| 09/25/2012 | Motion to Compel | OR COURT ORDER(S) PLTF'S FAILURE TO SET HEARING(S) TO DISMISS CAUSE W/OUT PRJ, DISMISSING CAUSE AGAINST ALL DEFT'S & VOLUNTARY DISMISSAL OF THE LOST NOTE Party: *Defendant* Chinloy, Donna |
| 09/14/2012 | Notice of Filing | aff of lost note and copy of the recorded mtg Party: *Plaintiff* Gmac Mtg LLC |
| 09/07/2012 | Notice of Dropping Parties- Generic | ALL UNK PARTIES W/O PRJ |
| 09/07/2012 | Notice of Filing | unattached amended affidavit as to reasonable attorney's fees Party: *Plaintiff* Gmac Mtg LLC |
| 09/07/2012 | Amended Affidavit | amended affidavit as to reasonable attorneys fees |
| 09/05/2012 | Notice of Filing Designation of Emailing Addresses | June grant fbn 59098 jjgrant@jflegal.com and secondary FLfcservice@jflegalprommis.com Party: *Plaintiff* Gmac Mtg LLC |
| 08/01/2012 | Notice of Hearing | 09/25/2012 at 1:30pm room 519 |
| 06/05/2012 | Motion for Summary Final Judgment | of fclsre and for atty's fees and costs Party: *Plaintiff* Gmac Mtg LLC |
| 06/05/2012 | Affidavit | of Pl counsel / June J Grant |
| 06/05/2012 | Affidavit of Reasonable Attorney Fees | / Carolyn Secor |
| 06/05/2012 | Affidavit of Indebtedness | / Lepketia Dukes |
| 06/05/2012 | Affidavit of Costs | / June Grant |
| 06/05/2012 | Notice of Filing | unattach copy of note, copy of orig mtg, demand letter & recorded AOM Party: *Plaintiff* Gmac Mtg LLC |
| 06/05/2012 | Notice of Voluntary Dismissal of Count(s) | COUNT II OF RE-ESTABLISHMENT OF LOST NOTE |
| 06/05/2012 | Notice of Filing | Party: *Plaintiff* Gmac Mtg LLC |
| 10/25/2011 | Notice of Dropping Parties- Generic | as to Any and All Unknown Parties or Other Claimsnts, w/o prej |
| 10/25/2011 | Motion for Default | |
| 10/25/2011 | Default | Jane Doe nka Deila Party: *Defendant* Chinloy, Crystal Lee |
| 10/25/2011 | Notice | of Inability to Determine Military Status Party: *Plaintiff* Gmac Mtg LLC |
| 05/18/2011 | Order | on Pls Mot for Substitution of Counsel/Granted |