

**GMAC Mortgage**

3451 Hammond Avenue
Waterloo, IA 50702
1-800-766-4622/Follow the Prompts

**Important Note:** In accordance with RESPA requirements, this notice is being sent as a result of the review completed on your escrow account.

### INITIAL ESCROW ACCOUNT DISCLOSURE STATEMENT

ACCOUNT NUMBER: 0601506083

PROPERTY ADDRESS:
9000 NW 28 DRIVE #306
CORAL SPRINGS FL 33065

ANALYSIS DATE: DECEMBER 11, 2012

48434-0037400-015
DONNA CHINLOY
2672 NW 124TH AVE
CORAL SPRINGS FL  33065-8007

**PLEASE KEEP THIS ESCROW ANALYSIS FOR COMPARISON TO NEXT YEAR'S STATEMENT.**

Section 1:

| DESCRIPTION | NEXT DUE DATE | ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT | AMOUNT(S) USED IN PRIOR ANALYSIS |
|---|---|---|---|
| FLOOD | MAY 2013 | 857.27 | 0.00 |
| COUNTY | NOVEMBER 2013 | 1,142.54 | 0.00 |
| | TOTAL ANNUAL DISBURSEMENTS: | 1,999.81 | 0.00 |
| | TOTAL ESCROW PAYMENT: | 166.65 | 537.34 |

The amounts above are based on either an estimate previously provided or the amount last disbursed.

| | | | |
|---|---|---|---|
| New Payment Amount: | | | 929.84 |
| New Payment Effective: | | | FEBRUARY 01, 2013 |
| Next Scheduled Analysis: | | | FEBRUARY 01, 2014 |
| | | New | Prior Analysis |
| Payment change: Escrow | | 166.65 | 537.34 |
| Total | | 166.65 | 537.34 |
| Principal/Interest | | 763.19 | 763.19 |
| Total Payment | | 929.84 | 1,300.53 |

For details about the difference between the old and new payment amounts, please reference the ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT and AMOUNT(S) USED IN PRIOR ANALYSIS columns listed above.

**Any questions regarding changes in the "Estimated Amount of Next Disbursement"**
**should be directed to your Tax Authority and/or Insurance Company.**
**To reach our insurance department call: 1-800-256-9962.**

680-0680-1200F

If you are utilizing a military allotment, or third-party company to make payments on your behalf, please notify your service of any payment changes.



THIS IS NOT A CHECK

 

R E S P A

Dear Valued Customer:

We recently reviewed your escrow account and found a surplus. The amount of the surplus is indicated in Section 2 of the Escrow Analysis Statement. This means there was more money in your account than we anticipated we will need to pay your estimated future escrow bills and maintain the cushion permitted by your contract. Shortly, you will receive a new monthly continuous statement based upon this new analysis.

Your escrow analysis was based on our estimate of your future escrow bills. We usually cannot determine the exact amount of these bills. Therefore, you could have either a shortage or a surplus when we do your next escrow analysis.

We are offering you **4 options** for the refund check:

**1. Cash the check.**
   If you choose to cash the surplus check you do not need to return the attached coupon.

**2. Apply the surplus to your escrow account.**
   You may return the check or a portion of the check and request we apply the money to your escrow account. If you choose this option, **the surplus will be used to lower your next 12 payments, starting with the effective date of your new analysis.**

**3. Apply the surplus to your mortgage payments.**
   You may return the check or a portion of the check and request to have the money applied toward your mortgage payments. This will reduce or satisfy one or more of your next monthly payments. **We would like to ask that if the escrow check does not fulfill your entire mortgage payment, please include additional funds to insure that we receive the exact amount of your monthly payment. This is done to insure the proper application of funds.**

**4. Apply the surplus to your outstanding principal balance.**
   You may return the check or a portion of the check and request the money be applied to your outstanding principal balance. This may reduce the number of months you repay your loan, however, it will not reduce your monthly payment.

If you choose Option 1, you need not contact us.

If you choose Option 2, 3, or 4, **we ask that you please:**

   **COMPLETE THE ATTACHED COUPON AND MAIL WITH THE SURPLUS
   CHECK AND ANY ADDITIONAL FUNDS TO US AT THE ADDRESS
   BELOW.**

**SEND TO:**

Attention: Escrow Analysis          ACCT #  _____
PO Box 780
Waterloo, IA 50704-0780

                                    OPTION #  _____

**(COUPON MUST ACCOMPANY ESCROW SURPLUS CHECK)**

# YOUR ESCROW ANALYSIS

If we are maintaining a reserve account for the payment of taxes, insurance premiums, and or other escrow items, a portion of your mortgage payment is deposited into your Escrow Impound account. Should your estimated or actual bills for taxes, insurance, and or other escrow items go up or down, the amount we collect may be too little or too much to pay the anticipated bills. Therefore, we analyze your escrow account each year to adjust for the difference.

Your escrow account is maintained on an aggregate balance basis. This means that we calculate the amount of your required escrow payment based upon the lowest balance expected to occur within the 12-month period beginning with the effective payment change date for your escrow analysis. The anticipated lowest balance is determined through a running trial balance of the expected escrow receipts and disbursements in which the anticipated balance at the end of each month is noted. Your mortgage contract indicates what the maximum permitted low balance should be.

Your escrow payment will be equal to 1/12 of the anticipated total escrow disbursement plus a pro-rata portion of any shortage determined to exist if the lowest escrow balance in the running trial balance is less than the maximum permitted low balance. Shortages are usually a result of estimated or actual increases in taxes and/or insurance premiums, and or the maintenance of any cushion authorized by your mortgage contract.

The effective date of your escrow analysis is the date on which the change in your payment takes effect.

## THE FOLLOWING EXPLANATION IS PROVIDED TO ASSIST YOU IN UNDERSTANDING YOUR ESCROW ANALYSIS STATEMENT.

### Section 1:
The "DESCRIPTION" identifies each escrow item that we will be paying.
The "NEXT DUE DATE" is the date by which the bill for each escrow item must be paid.
The "ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT" are the anticipated amount(s) for the next bill(s) for each escrow item.
The "AMOUNT(S) USED IN PRIOR ANALYSIS" are the corresponding amount(s) used in your prior escrow analysis.

### Section 2:
The "ANALYSIS TYPE" indicates how we have classified your mortgage contract for escrow analysis purposes. It specifies the percentage, if any, of the total projected disbursements that we used to determine the maximum permitted low point for your escrow account.

The "PROJECTED ESCROW BALANCE" is the projected balance in your account as of the effective date of the analysis.

The "ANTICIPATED LOW POINT FOR ANALYSIS PERIOD" is the lowest balance anticipated to be in your escrow account during the 12 month period beginning with the effective date of the analysis.

The "MAXIMUM PERMITTED LOW POINT" is the maximum balance that can be projected to be in your account at its lowest point during the period covered by the escrow analysis. This balance is determined by our classification of your mortgage contract.

### Section 3:
The "SURPLUS" is the amount by which the Anticipated Low Point exceeds the Maximum Permitted Low Point For Analysis Period.

The "SHORTAGE" is the amount by which the Maximum Permitted Low Point exceeds the Anticipated Low Point For Analysis Period.

ANALYSIS TYPE: 1/6 AGGREGATE
PROJECTED ESCROW BALANCE AS OF: JANUARY 31, 2013

ACCOUNT NUMBER: 0601506083
11,437.07 *

* Projected balance reflects all receipts and disbursements made prior to the date of analysis and all mortgagor payments and disbursements anticipated to be made prior to the effective date of analysis.

| DATE | RECEIPTS | PROJECTED DISBURSEMENTS | CUR. BAL. PROJECTIONS | REQ. BAL. PROJECTIONS |
|---|---|---|---|---|
| PROJECTED BALANCE | | | 11,437.07 | 666.61 |
| 2/01/13 | 166.65 | .00 | 11,603.72 | 833.26 |
| 3/01/13 | 166.65 | .00 | 11,770.37 | 999.91 |
| 4/01/13 | 166.65 | .00 | 11,937.02 | 1,166.56 |
| 5/01/13 | 166.65 | 857.27- | 11,246.40 | 475.94 |
| 6/01/13 | 166.65 | .00 | 11,413.05 | 642.59 |
| 7/01/13 | 166.65 | .00 | 11,579.70 | 809.24 |
| 8/01/13 | 166.65 | .00 | 11,746.35 | 975.89 |
| 9/01/13 | 166.65 | .00 | 11,913.00 | 1,142.54 |
| 0/01/13 | 166.65 | .00 | 12,079.65 | 1,309.19 |
| 1/01/13 | 166.65 | 1,142.54- | 11,103.76 | 333.30 L |
| 2/01/13 | 166.65 | .00 | 11,270.41 | 499.95 |
| 1/01/14 | 166.65 | .00 | 11,437.06 | 666.60 |

Current Escrow Balance: 10,593.87-

| Esc Rcpts to Eff Dt | | Esc Disb Prior to Eff Dt | |
|---|---|---|---|
| Due Dt | Due Amt | Disb Date | Disb Amt |
| 05/09 | .00 | | |
| 06/09 | .00 | | |
| 07/09 | 22,030.94 * | | |

*Indicates Sum of Remaining Escrow Payments &/or Escrow Disbursements to Effective Date.

L  ANTICIPATED LOW POINT FOR ANALYSIS PERIOD:
11,103.76

MAXIMUM PERMITTED LOW-POINT: (EXCLUDING MIP)
333.30



| Section 3: | SURPLUS | 10,770.46 |
|---|---|---|

ESCROW ACCOUNT ACTIVITY (FEBRUARY 01, 2012 – JANUARY 31, 2013)

| DATE | TXN | PREV PROJ AMOUNT | PREV PROJ BALANCE | TXN | ACTUAL AMOUNT | ACTUAL BALANCE |
|---|---|---|---|---|---|---|
| 11/01/11 | | .00 | .00 | TAX | 1,063.90- | 12,953.88- |
| 12/01/11 | | .00 | .00 | | .00 | 12,953.88- |
| 01/01/12 | | .00 | .00 | | .00 | 12,953.88- |
| BEGINNING BALANCE | | | .00 | | | 12,953.88- |
| 02/01/12 | | .00 | .00 | | .00 | 12,953.88- |
| 03/01/12 | | .00 | .00 | | .00 | 12,953.88- |
| 04/01/12 | | .00 | .00 | | .00 | 12,953.88- |
| 05/01/12 | | .00 | .00 | PAYMENT | 4,359.82 | 8,594.06- |
| 06/01/12 | | .00 | .00 | | .00 | 8,594.06- |
| 07/01/12 | | .00 | .00 | | .00 | 8,594.06- |
| 08/01/12 | | .00 | .00 | FLOOD | 857.27- | 9,451.33- |
| 09/01/12 | | .00 | .00 | | .00 | 9,451.33- |
| 10/01/12 | | .00 | .00 | | .00 | 9,451.33- |
| 11/01/12 | | .00 | .00 | TAX | 1,142.54- | 10,593.87- |
| 12/01/12 | | .00 | .00 | | .00 | 10,593.87- |
| 01/01/13 | | .00 | .00 | | .00 | 10,593.87- |

| Account Number | 0601506083 |
| --- | --- |
| Name | DONNA CHINLOY |
| Starting Escrow Balance | 0.00 |
| Ending Escrow Balance | -10,593.87 |
| Starting Time Period | 07/16/2009 |
| Ending Time Period | 12/12/2012 |

| Transaction Date | Amount To Escrow | Trans Type | Transaction Description | Escrow Balance |
| --- | --- | --- | --- | --- |
| 8/6/2009 | | FB - 163 | CORP ADV 2 ESCROW | |
| 8/7/2009 | -2,581.94 | SR0 | PAYMENT | -4,990.47 |
| 8/7/2009 | | FE - 163 | CORP ADV 2 ESCROW | |
| 11/9/2009 | -1,614.16 | E90 | Escrow Disb-Tax County | -6,604.63 |
| 6/3/2010 | | FB - 163 | CORP ADV 2 ESCROW | |
| 6/4/2010 | -2,179.91 | SR0 | PAYMENT | -8,784.54 |
| 6/4/2010 | | FE - 163 | CORP ADV 2 ESCROW | |
| 10/29/2010 | -925.53 | E90 | Escrow Disb-Tax County | -9,710.07 |
| 6/3/2011 | | FB - 163 | CORP ADV 2 ESCROW | |
| 6/6/2011 | -2,179.91 | SR0 | PAYMENT | -11,889.98 |
| 6/6/2011 | | FE - 163 | CORP ADV 2 ESCROW | |
| 11/2/2011 | -1,063.90 | E90 | Escrow Disb-Tax County | -12,953.88 |
| 5/31/2012 | 2,179.91 | R21 | Escrow Refund-Flood | -10,773.97 |
| 5/31/2012 | 2,179.91 | R21 | Escrow Refund-Flood | -8,594.06 |
| 8/7/2012 | -857.27 | E21 | Escrow Disb-Flood | -9,451.33 |
| 11/5/2012 | -1,142.54 | E90 | Escrow Disb-Tax County | -10,593.87 |
| Total Escrow Amounts | -8,185.34 | | | |

1

**Survey:** Lenders or title insurance companies often require a survey to mark the boundaries of the property. A survey is a drawing of the property showing the perimeter boundaries and marking the location of the house and other improvements. You may be able to avoid the cost of a complete survey if you can locate the person who previously surveyed the property and request an update. Check with your lender or title insurance company on whether an updated survey is acceptable.

## G.    RESPA Disclosures

One of the purposes of RESPA is to help consumers become better shoppers for settlement services. RESPA requires that borrowers receive disclosures at various times. Some disclosures spell out the costs associated with the settlement; outline lender servicing and escrow account practices and describe business relationships between settlement service providers.

**Good Faith Estimate of Settlement Costs:** RESPA requires that, when you apply for a loan, the lender or mortgage broker give you a Good Faith Estimate of settlement service charges you will likely have to pay. If you do not get this Good Faith Estimate when you apply, the lender or mortgage broker must mail or deliver it to you within the next three business days.

Be aware that the amounts listed on the Good Faith Estimate are only estimates. Actual costs may vary. Changing market conditions can affect prices. Remember that the lender's estimate is not a guarantee. **Keep your Good Faith Estimate so you can compare it with the final settlement costs and ask the lender questions about any changes.**

**Servicing Disclosure Statement:** RESPA requires the lender or mortgage broker to tell you in writing, when you apply for a loan or within the next three business days, whether it expects that someone else will be servicing your loan (collecting your payments).

**Affiliated Business Arrangements:** Sometimes, several businesses that offer settlement services are owned or controlled by a common corporate parent. These businesses are known as "affiliates." When a lender, real estate broker, or other participant in your settlement refers you to an affiliate for a settlement service (such as when a real estate broker refers you to a mortgage broker affiliate), RESPA requires the referring party to give you an Affiliated Business Arrangement Disclosure. This form will remind you that you are generally not required, with certain exceptions, to use the affiliate and are free to shop for other providers.

**HUD–1 Settlement Statement:** One business day before the settlement, you have the right to inspect the HUD-1 Settlement Statement. This statement itemizes the services provided to you and the fees charged to you. This form is filled out by the settlement agent who will conduct the settlement. Be sure you have the name, address, and telephone number of the settlement agent if you wish to inspect this form. The fully completed HUD-1 Settlement Statement generally must be delivered or mailed to you at or before the settlement. In cases where there is no settlement meeting, the escrow agent will mail you the HUD-1 after settlement, and you have no right to inspect it one day before settlement.

**Escrow Account Operation & Disclosures:** Your lender may require you to establish an escrow or impound account to insure that your taxes and insurance premiums are paid on time. If so, you will probably have to pay an initial amount at the settlement to start the account and an additional amount with each month's regular payment. Your escrow account payments may include a "cushion" or an extra amount to ensure that the lender has enough money to make the payments

Buying Your Home Settlement Costs and Helpful Information
—THE COMPLIANCE SOURCE, INC.—
www.compliancesource.com

Page 9 of 22

HUD-398 -H(4) 1997
00505MU 07/00 Rev. 10/02
©2002, The Compliance Source, Inc

6 0 1 5 0 6 0 8 3

when due. RESPA limits the amount of the cushion to a maximum of two months of escrow payments.

At the settlement or within the next 45 days, the person servicing your loan must give you an initial escrow account statement. That form will show all of the payments which are expected to be deposited into the escrow account and all of the disbursements which are expected to be made from the escrow account during the year ahead. Your lender or servicer will review the escrow account annually and send you a disclosure each year which shows the prior year's activity and any adjustments necessary in the escrow payments that you will make in the forthcoming year.

# H.   Processing Your Loan Application

There are several federal laws, which provide you with protection during the processing of your loan. The Equal Credit Opportunity Act ("ECOA"), the Fair Housing Act, and the Fair Credit Reporting Act ("FCRA") prohibit discrimination and provide you with the right to certain credit information.

**No Discrimination:** ECOA prohibits lenders from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age, the fact that all or part of the applicant's income comes from any public assistance program, or the fact that the applicant has exercised any right under any federal consumer credit protection law. To help government agencies monitor ECOA compliance, your lender or mortgage broker must request certain information regarding your race, sex, marital status and age when taking your loan application.

The Fair Housing Act also prohibits discrimination in residential real estate transactions on the basis of race, color, religion, sex, handicap, familial status or national origin. This prohibition applies to both the sale of a home to you and the decision by a lender to give you a loan to help pay for that home. Finally, your locality or state may also have a law that prohibits discrimination.

Frequently, there are differences in the types and amounts of settlement costs charged to the borrower — for example, some borrowers are charged greater fees for mortgages depending on their credit worthiness. These differences may be justified or they may be unlawfully discriminatory. It is important that you examine your settlement documents closely, especially lines 808-811 on the HUD-1 settlement statement, and do not hesitate to compare your settlement costs with those of your friends and neighbors.

If you feel you have been discriminated against by a lender or anyone else in the home buying process, you may file a private legal action against that person or complain to a state, local or federal administrative agency. You may want to talk to an attorney; or you may want to ask the federal agency that enforces ECOA (the Board of Governors of the Federal Reserve System) or the Fair Housing Act (HUD) about your rights under these laws.

**Prompt Action/Notification of Action Taken:** Your lender or mortgage broker must act on your application and inform you of the action taken no later than 30 days after it receives your completed application. Your application will not be considered complete, and the 30-day period will not begin, until you provide to your lender or mortgage broker all of the material and information requested.

**Statement of Reasons for Denial:** If your application is denied, ECOA requires your lender or mortgage broker to give you a statement of the specific reasons why it denied your application or

Buying Your Home Settlement Costs and Helpful Information
—THE COMPLIANCE SOURCE, INC.—
www.compliancesource.com

Page 10 of 22

HUD-398 -H(4) 1997
00505MU 07/00 Rev. 10/02
©2002, The Compliance Source, Inc

**Survey:** Lenders or title insurance companies often require a survey to mark the boundaries of the property. A survey is a drawing of the property showing the perimeter boundaries and marking the location of the house and other improvements. You may be able to avoid the cost of a complete survey if you can locate the person who previously surveyed the property and request an update. Check with your lender or title insurance company on whether an updated survey is acceptable.

## G.    RESPA Disclosures

One of the purposes of RESPA is to help consumers become better shoppers for settlement services. RESPA requires that borrowers receive disclosures at various times. Some disclosures spell out the costs associated with the settlement; outline lender servicing and escrow account practices and describe business relationships between settlement service providers.

**Good Faith Estimate of Settlement Costs:** RESPA requires that, when you apply for a loan, the lender or mortgage broker give you a Good Faith Estimate of settlement service charges you will likely have to pay. If you do not get this Good Faith Estimate when you apply, the lender or mortgage broker must mail or deliver it to you within the next three business days.

Be aware that the amounts listed on the Good Faith Estimate are only estimates. Actual costs may vary. Changing market conditions can affect prices. Remember that the lender's estimate is not a guarantee. **Keep your Good Faith Estimate so you can compare it with the final settlement costs and ask the lender questions about any changes.**

**Servicing Disclosure Statement:** RESPA requires the lender or mortgage broker to tell you in writing, when you apply for a loan or within the next three business days, whether it expects that someone else will be servicing your loan (collecting your payments).

**Affiliated Business Arrangements:** Sometimes, several businesses that offer settlement services are owned or controlled by a common corporate parent. These businesses are known as "affiliates." When a lender, real estate broker, or other participant in your settlement refers you to an affiliate for a settlement service (such as when a real estate broker refers you to a mortgage broker affiliate), RESPA requires the referring party to give you an Affiliated Business Arrangement Disclosure. This form will remind you that you are generally not required, with certain exceptions, to use the affiliate and are free to shop for other providers.

**HUD–1 Settlement Statement:** One business day before the settlement, you have the right to inspect the HUD-1 Settlement Statement. This statement itemizes the services provided to you and the fees charged to you. This form is filled out by the settlement agent who will conduct the settlement. Be sure you have the name, address, and telephone number of the settlement agent if you wish to inspect this form. The fully completed HUD-1 Settlement Statement generally must be delivered or mailed to you at or before the settlement. In cases where there is no settlement meeting, the escrow agent will mail you the HUD-1 after settlement, and you have no right to inspect it one day before settlement.

**Escrow Account Operation & Disclosures:** Your lender may require you to establish an escrow or impound account to insure that your taxes and insurance premiums are paid on time. If so, you will probably have to pay an initial amount at the settlement to start the account and an additional amount with each month's regular payment. Your escrow account payments may include a "cushion" or an extra amount to ensure that the lender has enough money to make the payments

**Buying Your Home Settlement Costs and Helpful Information**
—THE COMPLIANCE SOURCE, INC.—
www.compliancesource.com

Page 9 of 22

HUD-398 -H(4) 1997
00505MU 07/00 Rev. 10/02
©2002, The Compliance Source, Inc

601506083

when due. RESPA limits the amount of the cushion to a maximum of two months of escrow payments. ▓▓▓▓▓▓

At the settlement or within the next 45 days, the person servicing your loan must give you an initial escrow account statement. That form will show all of the payments which are expected to be deposited into the escrow account and all of the disbursements which are expected to be made from the escrow account during the year ahead. Your lender or servicer will review the escrow account annually and send you a disclosure each year which shows the prior year's activity and any adjustments necessary in the escrow payments that you will make in the forthcoming year.

## H.    Processing Your Loan Application

There are several federal laws, which provide you with protection during the processing of your loan. The Equal Credit Opportunity Act ("ECOA"), the Fair Housing Act, and the Fair Credit Reporting Act ("FCRA") prohibit discrimination and provide you with the right to certain credit information.

**No Discrimination:** ECOA prohibits lenders from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age, the fact that all or part of the applicant's income comes from any public assistance program, or the fact that the applicant has exercised any right under any federal consumer credit protection law. To help government agencies monitor ECOA compliance, your lender or mortgage broker must request certain information regarding your race, sex, marital status and age when taking your loan application.

The Fair Housing Act also prohibits discrimination in residential real estate transactions on the basis of race, color, religion, sex, handicap, familial status or national origin. This prohibition applies to both the sale of a home to you and the decision by a lender to give you a loan to help pay for that home. Finally, your locality or state may also have a law that prohibits discrimination.

Frequently, there are differences in the types and amounts of settlement costs charged to the borrower — for example, some borrowers are charged greater fees for mortgages depending on their credit worthiness. These differences may be justified or they may be unlawfully discriminatory. It is important that you examine your settlement documents closely, especially lines 808-811 on the HUD-1 settlement statement, and do not hesitate to compare your settlement costs with those of your friends and neighbors.

If you feel you have been discriminated against by a lender or anyone else in the home buying process, you may file a private legal action against that person or complain to a state, local or federal administrative agency. You may want to talk to an attorney; or you may want to ask the federal agency that enforces ECOA (the Board of Governors of the Federal Reserve System) or the Fair Housing Act (HUD) about your rights under these laws.

**Prompt Action/Notification of Action Taken:** Your lender or mortgage broker must act on your application and inform you of the action taken no later than 30 days after it receives your completed application. Your application will not be considered complete, and the 30-day period will not begin, until you provide to your lender or mortgage broker all of the material and information requested.

**Statement of Reasons for Denial:** If your application is denied, ECOA requires your lender or mortgage broker to give you a statement of the specific reasons why it denied your application or

6 0 1 5 0 6 0 8 3

# GMAC Mortgage

November 8, 2012

Donna Chinloy
2672 Nw 124th Avenue
Coral Springs FL  33065

RE:    Account Number:      0601506083
       Property Address:    9000 Nw 28 Drive #306
                            Coral Springs FL  33065

Dear Donna Chinloy,

This letter is in response to an inquiry from the Consumer Financial Protection Bureau regarding the above referenced account.  We are researching this request and will respond within 30 calendar days.

If you have any further questions, please contact me at 1-800-627-0128, option 2, extension 2365373.

Sincerely,

Bryan Duggan
Executive Account Manager

# GMAC Mortgage

November 15, 2012

Donna Chinloy
2672 NW 124th Avenue
Coral Springs FL 33065

RE:    Account Number        0601506083
       CFPB Case Number      121105-000277
       Property Address      9000 NW 28 Drive #306
                             Coral Springs FL 33065

Dear Ms. Chinloy:

This letter is in response to electronic correspondence received by GMAC Mortgage,
LLC (GMACM) on November 6, 2012, from the Consumer Financial Protection Bureau
(CFPB), regarding the concern you directed to that office. Specifically, this is regarding
the foreclosure status on the above-referenced property.

This account was referred to foreclosure on August 4, 2009. At the time of the
foreclosure referral, the account was past due for the May 1, 2009 and subsequent
payments. There is no record that you have ever applied for a loan modification;
specifically, there was no application received in 2009 when the foreclosure referral
occurred.

Our records indicate GMACM made several attempts to contact you in the months
leading up to the foreclosure referral, as well as since the referral. Our records indicate
you refused to discuss the account information over the phone and advised several
GMACM representatives that you were working directly with the bank.

GMACM has mailed several letters to the mailing address on file in an attempt to have
you complete a financial analysis package, which would allow GMACM to review the
account for any possible options that may be available. GMACM has yet to receive any
type of financial information from you. A financial analysis package has been recently
mailed to the mailing address on file and is also available on our website,
www.gmacmortgage.com.

November 15, 2012
Account Number 0601506083
Page Two

In your correspondence, you claim violations of the "Unfair and Deceptive Trade
Practices Act, Unauthorized and Fraudulent Mortgage Foreclosure Action, FCRA
violations, R.E.S.P.A Violations and H.U.D Violations" and you also claim that
GMACM used your identity; yet, you do not provide any evidence or documentation in
support of these claims. GMACM does not believe it violated any of these laws,
however, if you can provide the details on what you are basing these allegations on, we
will thoroughly investigate. In addition you claim that GMACM lost the original Note.
A copy of the original Note is enclosed for your review.

GMACM reported the account to the four major credit bureaus on November 13, 2012.
GMACM is reporting the original loan amount of $156,800.00, the amount past due (at
of the time of the last reporting of $59,392.00 including principal and interest) and the
current balance of $186,332.00 (the current balance is the current unpaid principal
balance and any past due interest). In addition, GMACM reported the account status as
180 days past due and that foreclosure proceeding have started.

ResCap, the parent company of GMAC Mortgage, filed Chapter 11 bankruptcy. We
continue to operate in the ordinary course of business and our filing has no affect on how
the account is serviced.

The account is past due for the May 1, 2009 and subsequent payments and is in
foreclosure; however, a sale date has not been scheduled.

If you have any further questions, please contact me at 800-627-0128 extension 2365373
or directly at 319-236-5373.

Sincerely,

Bryan Duggan
Executive Account Manager

Enclosure

cc:    Consumer Financial Protection Bureau
       Submitted Electronically

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

01/17/13

DONNA CHINLOY

2672 NW 124TH AVENUE

CORAL SPRINGS      FL 33065

*1 OF 5*

RE:    Account Number      0601506083
       Property Address    9000 NW 28 DRIVE #306

              CORAL SPRINGS       FL 33065

Dear    DONNA CHINLOY

It has come to our attention that the property listed above is currently vacant.

Within the next week, we will send a representative to change the locks and winterize the property (if necessary). We are taking these steps to protect our interest in the property per the terms of your Mortgage/Deed of Trust. Any cost associated with this service will be assessed to your loan account.

If you are currently maintaining the property, please call our office at 800-850-4622 (weekdays, 8:00 a.m. - 11:00 p.m. CT; Saturday, 8:00 a.m. - 12:00 p.m.).

Collections Department
Loan Servicing

5:26

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

11/01/12

DONNA CHINLOY

2672 NW 124TH AVENUE

CORAL SPRINGS    FL 33065

RE:    Account Number    0601506083
       Property Address    9000 NW 28 DRIVE #306

                           CORAL SPRINGS    FL 33065

Dear   DONNA CHINLOY

It has come to our attention that the property listed above is currently vacant.

Within the next week, we will send a representative to change the locks and winterize the property (if necessary). We are taking these steps to protect our interest in the property per the terms of your Mortgage/Deed of Trust.  Any cost associated with this service will be assessed to your loan account.

If you are currently maintaining the property, please call our office at 800-850-4622 (weekdays, 8:00 a.m. - 11:00 p.m. CT; Saturday, 8:00 a.m. - 12:00 p.m.).

Collections Department
Loan Servicing

5:26

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

11/12/12

2|5

DONNA CHINLOY

2672 NW 124TH AVENUE

CORAL SPRINGS    FL 33065

RE:    Account Number        0601506083
       Property Address      9000 NW 28 DRIVE #306

                             CORAL SPRINGS       FL 33065

Dear    DONNA CHINLOY

It has come to our attention that the property listed above is currently vacant.

Within the next week, we will send a representative to change the locks and winterize the property (if necessary). We are taking these steps to protect our interest in the property per the terms of your Mortgage/Deed of Trust. Any cost associated with this service will be assessed to your loan account.

If you are currently maintaining the property, please call our office at 800-850-4622 (weekdays, 8:00 a.m. - 11:00 p.m. CT; Saturday, 8:00 a.m. - 12:00 p.m.).

Collections Department
Loan Servicing

5:26

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

11/27/12

DONNA CHINLOY

2672 NW 124TH AVENUE

CORAL SPRINGS      FL 33065

RE:    Account Number        0601506083
       Property Address      9000 NW 28 DRIVE #306

                             CORAL SPRINGS      FL 33065

Dear   DONNA CHINLOY

You may qualify to receive financial assistance through the Florida Hardest Hit Fund (HHF)
Program. This program, administered by Florida Housing Finance Corporation, is available
statewide for homeowners who are unemployed or underemployed through no fault of their
own.

Homeowners who qualify for financial assistance from HHF may receive up to 12 months of
first mortgage payments paid directly to their lender, and/or funding to help bring a past-due
first mortgage current.

To determine if you are eligible for this funding, you may log onto the official HHF website at
*www.FLHardestHitHelp.org*. This website contains all the information you will need to
complete your application for assistance, including eligibility criteria, step-by-step instructions,
and prompts to help you.

Pre-screening services and application to receive funding from Florida's Hardest-Hit Fund
program are **FREE OF CHARGE**; homeowners will not be asked to pay for any eligibility
determination services in conjunction with applying for the program.

Please note that Florida Housing has identified several "imposter" and "copycat" websites
posing as HHF application sites. We strongly encourage you to *verify* that the website you are
using is, in fact, the official Florida HHF website **BEFORE** providing personal information. If
you are suspicious about a website, please contact the HHF Information Line toll-free at 877-
863-5244 to verify the website address.

Sincerely,

Special Programs
Loan Servicing

4:43

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

09/25/12

DONNA CHINLOY

2672 NW 124TH AVENUE

CORAL SPRINGS    FL 33065

RE:    Account Number    0601506083
       Property Address    9000 NW 28 DRIVE #306

                           CORAL SPRINGS        FL 33065

Dear    DONNA CHINLOY

It has come to our attention that the property listed above is currently vacant.

Within the next week, we will send a representative to change the locks and winterize the property (if necessary). We are taking these steps to protect our interest in the property per the terms of your Mortgage/Deed of Trust. Any cost associated with this service will be assessed to your loan account.

If you are currently maintaining the property, please call our office at 800-850-4622 (weekdays, 8:00 a.m. - 11:00 p.m. CT; Saturday, 8:00 a.m. - 12:00 p.m.).

Collections Department
Loan Servicing

5:26

# **GMAC Mortgage**

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

07/24/12

DONNA CHINLOY

2672 NW 124TH AVENUE

CORAL SPRINGS    FL 33065

RE:    Account Number        0601506083
       Property Address      9000 NW 28 DRIVE #306

                             CORAL SPRINGS      FL 33065

Dear    DONNA CHINLOY

It has come to our attention that the property listed above is currently vacant.

Within the next week, we will send a representative to change the locks and winterize the property (if necessary). We are taking these steps to protect our interest in the property per the terms of your Mortgage/Deed of Trust. Any cost associated with this service will be assessed to your loan account.

If you are currently maintaining the property, please call our office at 800-850-4622 (weekdays, 8:00 a.m. - 11:00 p.m. CT; Saturday, 8:00 a.m. - 12:00 p.m.).

Collections Department
Loan Servicing

5:26

# **GMAC** Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

05/24/12

DONNA CHINLOY

2672 NW 124TH AVENUE

CORAL SPRINGS    FL 33065

RE:    Account Number      0601506083
       Property Address     9000 NW 28 DRIVE #306

                            CORAL SPRINGS      FL 33065

Dear    DONNA CHINLOY

It has come to our attention that the property listed above is currently vacant.

Within the next week, we will send a representative to change the locks and winterize the property (if necessary). We are taking these steps to protect our interest in the property per the terms of your Mortgage/Deed of Trust.  Any cost associated with this service will be assessed to your loan account.

If you are currently maintaining the property, please call our office at 800-850-4622 (weekdays, 8:00 a.m. - 11:00 p.m. CT; Saturday, 8:00 a.m. - 12:00 p.m.).

Collections Department
Loan Servicing

5:26

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

04/21/11

DONNA CHINLOY

2672 NW 124TH AVENUE

CORAL SPRINGS      FL 33065

RE:    Account Number        0601506083
       Property Address      9000 NW 28 DRIVE #306

                             CORAL SPRINGS        FL 33065

Dear   DONNA CHINLOY

As we have been informed the above-referenced property is vacant, we will be sending a representative to the property within seven days to rekey and winterize, if applicable.

We are taking this action for the protection of our security under the terms of the Mortgage/Deed of Trust.

If you are maintaining the property, please contact the Collections Department at 800-850-4622 and we will attempt to cancel the work order.

Collections Department
Loan Servicing

5:26

9/28/2012

**Equifax Credit Report™ for Donna Chin loy**
**As of: 09/28/2012**
Available until: 10/28/2012 Report Does Not Update
Confirmation #:█████76445

## Closed Accounts

Account Name Account Number Date Opened Balance Date
Reported Past Due
Status Credit Limit
**GMAC MORTGAGE 60150XXXX 04/12/2006** $185,515 **08/31/2012**
**$56,625120+ DAYS PAST DUE**

PO Box 4622
Waterloo , IA-507044622
(319) 236-5400
Account Number: **60150XXXX** Current Status: 120+ DAYS PAST
DUE
Account Owner: **Individual Account. High Credit: $ 156,800**
Type of Account : Mortgage Credit Limit:
Term Duration: **30 Years Terms Frequency**: Monthly (due every
month)
**Date Opened: 04/12/2006 Balance: $ 185,515**
Date Reported: **08/31/2012 Amount Past** Due: **$ 56,625**
Date of Last Payment: **04/2009** Actual Payment Amount:
Scheduled Payment Amount: $ 763 Date of Last Activity: N/A
Date Major Delinquency First Reported: Months Reviewed: 74
Creditor Classification: Activity Description: N/A
Charge Off Amount: **Deferred Payment Start Date**:
Balloon Payment Amount: Balloon Payment Date:
Date Closed: Type of Loan: **Conventional RE**
**Mortgage**
Date of First Delinquency: 05/2009
                         Comments: Freddie



CoreLogic Field Services

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

06/11/10

*Re: Modification*
*Home Safe Arbitration, Corp*
*Mcnab Executive Plaza*
*1000 w. Mcnab Rd*
*Pompano Bch, Fl*
*33069*

DONNA CHINLOY

2672 NW 124TH AVENUE

CORAL SPRINGS    FL 33065

RE:    Account Number        0601506083
       Property Address      9000 NW 28 DRIVE #306

                             CORAL SPRINGS    FL 33065

Dear    DONNA CHINLOY

We have received your authorization allowing GMAC Mortgage, LLC to release account information to Richard Rolland and Carolyn Reiser. A copy of the request is now in your file.

For security purposes, an authorized individual must confirm the last four digits of one of the borrower's Social Security numbers when contacting our office.

If you have any questions, please contact Customer Care at 800-766-4622 between the hours of 6:00 am and 10:00 pm CT Monday through Friday and 9:00 am to 1:00 pm CT on Saturday.

Customer Care
Loan Servicing

2:18