MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Kayvan B. Sadeghi

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL PLEADINGS AND DOCUMENTS**

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned appears on behalf of the Debtors and Debtors in Possession (the "Debtors") in the above-captioned Chapter 11 case, and request, pursuant to Bankruptcy Rules 2002, 9007 and 9010, and section 342 of the Bankruptcy Code, that all papers, pleadings, motions and applications served or required to be served in this case, be given to and served upon the following:

**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, NY 10104
Kayvan B. Sadeghi

ny-1082936

Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email:  KSadeghi@mofo.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and the papers referred to in the Bankruptcy Rules and the Bankruptcy Code specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by ordinary mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which may affect or seek to affect in any way any rights or interests of the Debtors.

PLEASE TAKE FURTHER NOTICE that this appearance shall not be deemed or construed to be a waiver of the right of the Debtors (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which the Debtors are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Debtors expressly reserve.

Dated: New York, New York
       March 26, 2013

By: /s/ Kayvan B. Sadeghi
Kayvan B. Sadeghi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone:  (212) 468-8000
Facsimile: (212) 468-7900
Email:  KSadeghi@mofo.com

*Counsel for Debtors and Debtors in Possession*

ny-1082936                                    2