**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*<br><br>                              Debtors. | Case No. 12-12020 (MG)<br><br>Jointly Administered |
| Residential Capital, LLC, *et al.*,<br><br>                              Plaintiffs,<br><br>versus<br><br>Allstate Insurance Co., *et al.,*<br><br>                              Defendants. | Adv. Proc. No. 13-01262 (MG) |

## ORDER SCHEDULING ORAL ARGUMENT ON CROSS-MOTIONS

The Court previously approved an agreed schedule for cross-motions on a contested matter in the main case (see ECF Doc. # 2284) and in the adversary proceeding filed by the Debtors, with argument on the motions on May 14, 2013.  Counsel for the moving parties in the main case has requested that argument be rescheduled because of a scheduling conflict; counsel for the Debtors does not object to rescheduling argument.  Therefore, argument of the cross-motions shall be held at 2:00 p.m., May 23, 2013.  The schedule shall otherwise remain the same.

**IT IS SO ORDERED.**

Dated:   March 27, 2013
         New York, New York

                                                          *Martin Glenn*
                                                          MARTIN GLENN
                                                          United States Bankruptcy Judge