**CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP**
101 Park Avenue
New York, NY 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
Theresa A. Foudy

*Conflicts Counsel for Debtors and
  Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RESIDENTIAL CAPITAL, LLC, *et al.* | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE AND DEMAND
FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby enters its appearance as conflicts counsel to Residential Capital, LLC and certain of its direct and indirect subsidiaries (the "Debtors") in the above-captioned chapter 11 bankruptcy cases (collectively, the "Cases"), and that this request is made pursuant to §1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and that all notices, including those governed by Bankruptcy Rules 2002, 3017 and 9007, given and all papers served or required to be served in the Cases, or in any case, controversy or proceeding related to the Cases, be given to and served upon:

>Theresa A. Foudy, Esq.
>CURTIS, MALLET-PREVOST,
>  COLT & MOSLE LLP
>101 Park Avenue
>New York, NY 10178-0061
>Tel.: (212) 696-8860
>Fax: (212) 697-1559
>E-mail: tfoudy@curtis.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Code or Bankruptcy Rules, but also includes, without limitation, orders and notices of any applications, motions, orders, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to the Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, e-mail or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the Debtors do not intend that this Notice of Appearance and Demand for Notices and Service of Papers, or any later appearance or pleading, be deemed or construed to be a waiver of the Debtors' rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in the Cases, or any case, controversy, or proceeding related to the Cases; (iii) to have the District Court withdraw the reference of the Cases from this Court in any matter subject to mandatory or discretionary withdrawal; (iv) to require that notice be served upon any other person, firm or governmental agency; and (v) to any other rights, claims, actions or defenses to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, or defenses the Debtors expressly reserve.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Demand for Notices and Service of Papers shall not be construed as an appointment of Theresa A. Foudy or Curtis, Mallet-Prevost, Colt & Mosle LLP as authorized agents of the Debtors,

–2–

14544391

either expressly or impliedly, for purposes of receiving service of process pursuant to Rule 7004 of the Federal Rules of Bankruptcy Procedure or Rule 4 of the Federal Rules of Civil Procedure.

Dated: March 27, 2013
      New York, New York

                  **CURTIS, MALLET-PREVOST,**
                    **COLT & MOSLE LLP**

             By:  /s/ Theresa A. Foudy
                Theresa A. Foudy
                101 Park Avenue
                New York, NY 10178-0061
                Tel.: (212) 696-6000
                Fax: (212) 697-1559
                E-mail: tfoudy@curtis.com

*Conflicts Counsel for Debtors and Debtors-in-Possession*

14544391