**MEYNER AND LANDIS LLP**
One Gateway Center, Suite 2500
Newark, New Jersey 07102
(973) 602-3427
Attorneys for PNC Bank, National Association
Meredith I. Friedman (MF 9495)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>RESIDENTIAL CAPITAL, LLC, et.al,<br><br>Debtor. | Case No. 12-12020<br><br>Chapter 11<br><br>Jointly Administered |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

TO:    CLERK, UNITED STATES BANKRUPTCY COURT

   PLEASE TAKE NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the undersigned hereby appears as counsel for PNC Bank, National Association for the above captioned proceedings of this Court. Pursuant to Rule 2002 and Section 9010 of the Bankruptcy Code, the undersigned requests that copies of all pleadings, orders and notices in this matter be served by all parties upon the undersigned at the above stated address.

                                    MEYNER AND LANDIS LLP
                                    PNC Bank, National Association


                            By:    *Meredith I. Friedman*
                                    Meredith I. Friedman

DATED: March 28, 2013