BARTLETT HACKETT FEINBERG P.C.
155 Federal Street, 9th Floor
Boston, Massachusetts 02110
Tel: (617) 422-0200
Fax: (617) 896-6275
Hale Yazicioglu, Esq.
e-mail: hy@bostonbusinesslaw.com

*Attorneys for Iron Mountain Information Management, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                Chapter 11

RESIDENTIAL CAPITAL, LLC, et al.,             Case No. 12-12020 (MG)
                                                                        (Jointly Administered)
                      Debtors.
---------------------------------------------------------x

**WITHDRAWAL OF IRON MOUNTAIN INFORMATION MANAGEMENT, INC.'S
RESERVATION OF RIGHTS AND LIMITED OBJECTION TO
NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN
EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY
AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY
AND (II) CURE AMOUNTS RELATED THERETO [DOCKET # 1636]**

Iron Mountain Information Management, LLC, formerly known as Iron Mountain Information Management, Inc. ("Iron Mountain") hereby withdraws the following document filed with this Court in the above-captioned Chapter 11 case as the Debtors and Iron Mountain have reconciled and resolved all issues raised therein:

1. IRON MOUNTAIN INFORMATION MANAGEMENT, INC.'S RESERVATION OF RIGHTS AND LIMITED OBJECTION TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO [DOCKET # 1636]

Dated:  Boston, Massachusetts
        March 29, 2013

                                              BARTLETT HACKETT FEINBERG P.C.
                                              *Attorneys for Iron Mountain Information Management, LLC*

By:   /s/ Hale Yazicioglu
       HALE YAZICIOGLU
       155 Federal Street, 9th Floor
       Boston, Massachusetts 02110
       Tel: (617) 422-0200
       hy@bostonbusinesslaw.com

**TO**:

Larren M. Nashelsky
Gary S. Lee
Morrison & Foerster LLP
*Counsel for the Debtors*
1290 Avenue of the Americas
New York, New York 10104


Jessica C.K. Boelter
Sidley Austin LLP
*Attorneys for Nationstar Mortgage LLC*
One South Dearborn
Chicago, IL 60603
jboelter@sidley.com


Kenneth H. Eckstein
Douglas H. Mannal
Kramer Levin Naftalis & Frankel LLP
*Counsel to the Creditors' Committee*
1177 Avenue of the Americas
New York, New York 10036
keckstein@kramerlevin.com
dmannal@kramerlevin.com

Brian Masumoto
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004

Seth Goldman
Thomas Walper
Munger, Tolles & Olson LLP
*Attorneys for BH*
355 South Grand Avenue
Los Angeles, CA 90071
Seth.goldman@mto.com
twalper@mto.com