|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>Southern DISTRICT OF NEW YORK | Date of Motion: May 14, 2013<br>Time of Motion: 10:00 a.m. |
| In re:<br><br>Residential Capital, LLC aka Residential<br>Capital Corporation<br><br>                    Debtor(s) | Notice of Motion for Relief from the<br>Automatic Stay Under 11 U.S.C. §362<br><br>Case Number: 12-12020<br>Chapter: 11<br>Property 2041 Grey Ridge., Maryville, TN 37801 |

SIRS:

PLEASE TAKE NOTICE, that a hearing will come on to be heard before the Honorable Martin Glenn, United States Bankruptcy Judge on May 14, 2013 at 10:00 a.m., **One Bowling Green, New York, NY 10004 at Courtroom 501** or as soon thereafter as counsel can be heard, for an Order pursuant to Section 362 of the Bankruptcy Code vacating automatic stay imposed against DLJ Mortgage Capital, Inc, its assignees and/or successors in interest, or alternatively dismissing this Chapter 11 proceeding, together with such other and further relief as this Court may deem just and proper.

Dated: March 29, 2013
       Rockville Centre, New York

/S/Ted Eric May, Esq.
By: Ted Eric May, Esquire
Sheldon May & Associates, P.C.
Attorneys for Secured Creditor
255  Merrick Road
Rockville Centre, New York 11570
(516) 763-3200 Extension 264
(516) 763-3243 Facsimile
Ted.May@MayLawFirm.Com