UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re: | Affidavit of Service |
|---|---|
| Residential Capital, LLC aka Residential Capital Corporation<br>Social Security Number: XXX-XX-20-1770738<br><br>Debtor(s) | Case Number: 12-12020<br>Chapter: 11<br>Property: 2041 Grey Ridge., Maryville, TN 37801 |

State of New York, County of Nassau ) ss.:

I, the undersigned, being duly sworn, deposes and says:

(1) I am not a party to this action; (2) I am employed by Sheldon May & Associates, P.C. in the County of Nassau, State of New York; and (3) I am over the age of 18 and not a party to the within action.

On March 29, 2013, I served the Notice of Motion for Relief from the Automatic Stay Under 11 U.S.C. §362 and Affirmation in Support of Motion; Affirmation in Support of Motion for Relief From Automatic Stay Under 11 U.S.C. 362; Affidavit in Support of Motion for Relief From Automatic Stay; Federal Rules of Civil Procedure Affidavit; Worksheet; Order Pursuant To 11 U.S.C. § 362(d) Modifying The Automatic Stay Imposed By 11 U.S.C. § 362(A); by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

| Debtor | **Residential Capital, LLC aka Residential Capital Corporation** at 1177 Avenue of the Americas, New York, NY 10036<br>2041 Grey Ridge., Maryville, TN 37801 |
|---|---|
| Debtor's Attorney | **Anthony Princi, Esq.; Gary S. Lee; Joel C. Haims; Kayvan B. Sadeghi; Larren M. Nashelsky; Lorenzo Marinuzzi; Lorraine S. McGowen; Norman Scott Rosenbaum; Stefan W. Engelhardt; Steven J. Reisman; Todd M. Goren; Yvette R. Freedman** at 1290 Avenue of the Americas, New York, NY 10104 |
| Trustee | **Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC by Sean A. O'Neal and Thomas J. Moloney** at One Liberty Plaza, New York, NY 10006 |
| Trustee | **HSBC Bank USA, National Association by John Kibler, Esq.** at 1221 Avenue of the Americas, New York, NY 10178 |
| U.S. Trustee | 33 Whitehall Street, 21st Floor, New York, NY 10004 |
| Claims and Noticing Agent | **Kurtzman Carson Consultants LLC, Claims Agent** Attn: James Le 2335 Alaska Avenue, El Segundo, CA 90245 |
| Creditor Committee | Official Committee of Unsecured Creditors by **Douglas Mannal; Kenneth H. Eckstein; Steven S. Sparling at 1177 Avenue of the Americas, New York, NY 10036 and Robert J. Feinstein at 780 Third Avenue, 36th Floor, New York, NY 10017** |
| Creditor | Official Committee of Unsecured Creditors of Residential Capital, LLC |

| Committee | by **Robert J. Feinstein and Stephen Zide** at 1177 Avenue of the Americas, New York, NY 10036 |
| --- | --- |
| Creditor Committee | Pachulski Stang Ziehl & Jones LLP, Co-Counsel for the Official Committee of Unsecured Creditors by **Robert J. Feinstein** at 1177 Avenue of the Americas, New York, NY 10036 |
| Creditor Committee | Pachulski Stang Ziehl & Jones LLP, Co-Counsel for the Officila Committee of Unsecured Creditors by **Robert J. Feinstein** at 1177 Avenue of the Americas, New York, NY 10036 |

/S/Kara Loewenstein
Kara Loewenstein

Sworn to before me this
29th day of March, 2013

/S/Ted Eric May
Ted Eric May
Notary Public, State of New York
Registration No. 02MA5087205
Qualified in Nassau County
Commission Expires October 27, 2013