UNITED STATES BANKRUPTCY COURT
Southern DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Residential Capital, LLC aka Residential<br>Capital Corporation<br><br>                              Debtor(s) | Order for Relief from<br>Automatic Stay Under 11 U.S.C. 362<br><br>Chapter 11<br>Case Number 12-12020<br><br>Property 2041 Grey Ridge., Maryville, TN<br>37801 |

It appearing that neither the Debtor nor any interested party has any opposition to the Motion for Relief from Automatic Stay filed by DLJ Mortgage Capital, Inc, its assignees and/or successors in interest ("Movant" herein) and with good cause appearing therefor, the Court makes its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above entitled Bankruptcy proceeding is immediately vacated and extinguished as to Movant with respect to the subject property, and Movant DLJ Mortgage Capital, Inc, its assignees and/or successors in interest, may proceed with foreclosure of the subject Property pursuant to applicable statutory law and thereafter commenced any action necessary to obtain complete possession thereof. The subject Property is generally described as 2041 Grey Ridge., Maryville, TN 37801.

IT IS FURTHER ORDERED That the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

Dated: _____, 20___
                    , New York

<br><br>

_____ _

Honorable: Martin Glenn
United States Bankruptcy Judge