UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF DISINTERESTEDNESS

STATE OF NEW YORK )
                  ) ss:
COUNTY OF NASSAU  )

**ALAN E. MARDER**, being duly sworn, upon his oath, deposes and says:

1. I am a shareholder of Meyer, Suozzi, English & Klein, P.C., located at 990 Stewart Avenue, Suite 300, Garden City, New York 11530 (the "Firm").

2. The above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively the "Debtors") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. Except as noted below, the Firm does not perform services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Prior to the Firm's retention by the Debtors, the Firm acted as local counsel to Digital Lewisville, LLC ("Digital") in connection with certain claims against the

ny-1050237

Debtors relating to nonresidential leases of real property. Digital claims against the Debtors have been resolved and, as part of the settlement, Digital's proof of claim was withdrawn.

5. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases,

6. Neither I, nor shareholder of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

7. Neither I, nor shareholder of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

8. The Debtors do not owe the Firm money for prepetition services.

9. As of the Petition Date, the Firm was not party to an agreement for indemnification with certain of the Debtors.

10. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

ny-1050237

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2013

_____
ALAN E. MARDER

Sworn to and subscribed before me
this 28th day of March, 2013

_____
Notary Public

MICHELLE M. ROCONDINO
Notary Public, State of New York
No. 01RO6167856
Qualified in Suffolk County
Commission Expires June 04, 20 15

933367
ny-1050237

*In re Residential Capital, LLC*, et al.
Chapter 11 Case No. 12-12020 (MG)

RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY RESIDENTIAL CAPITAL, LLC, et al. (the "Debtors")

THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:

>Morrison & Foerster LLP
>1290 Avenue of the Americas
>New York, New York 10104
>Attn: Norman S. Rosenbaum and Jordan A. Wishnew

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    Meyer, Suozzi, English & Klein, P.C.

    990 Stewart Avenue, Suite 300

    PO Box 9194

    Garden City, New York 11530

2. Date of original retention: March 14, 2013

3. Brief description of legal services to be provided:

    Representation of Residential Funding Company, LLC in connection with (i) Residential Funding Company, LLC v. Saxon Equity Mortgage Bankers, Ltd. and Mark M. Wolf, filed in the New York Supreme Court, Nassau County, and (ii) Mark M. Wolf's probate proceeding

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

1

ny-1050235

4. Arrangements for compensation (hourly, contingent, etc.)

(a) Average hourly rate (if applicable): $525.00

(b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):

$5,250.00

5. Prepetition claims against any of the Debtors held by the firm:

Amount of claim: N/A

Date claim arose: N/A

Source of claim: N/A

6. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: N/A

Status: N/A

Amount of Claim: N/A

Date claim arose: N/A

Source of Claim: N/A

7. Stock of any of the Debtors currently held by the firm:

Kind of shares: N/A

No. of shares: N/A

2

ny-1050235

8. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: N/A

   

   Kind of shares: N/A

   No. of shares: N/A

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

   Meyer, Suozzi, English & Klein, P.C. acted as local counsel to Digital Lewisville, LLC ("Digital") in connection with certain claims against the Debtors relating to nonresidential leases of real property. Digital claims against the Debtors have been resolved and, as part of the settlement, Digital's proof of claim was withdrawn.

10. Amount of any retainer received from the Debtors held by the firm:

    (a) As of May 14, 2012: $0

    (b) Balance remaining after application to invoices due and owing prior to May 14, 2012:

    $0

Name: Alan E. Marder

Title: Shareholder

933360
ny-1050235

3