**Hearing Date:  April 30, 2013 at 10:00 a.m. (Prevailing Eastern Time)**
**Response Date:   April 23, 2013 at 4:00 p.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Samantha Martin

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- )
                                                         )
In re:                                                   )    Case No. 12-12020 (MG)
                                                         )
RESIDENTIAL CAPITAL, LLC, et al.,                        )    Chapter 11
                                                         )
                                        Debtors.         )    Jointly Administered
                                                         )
------------------------------------------------------- )

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF DAVID**
**AND LESLIE KINWORTHY REQUESTING RELIEF FROM THE**
**AUTOMATIC STAY TO APRIL 30, 2013 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the *Motion of David and Leslie Kinworthy Requesting*

*Relief from the Automatic Stay* [Docket No. 2660] (the "Motion"), previously scheduled to be

heard on April 11, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned by mutual

agreement of the parties to **April 30, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be

heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the

Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room

501, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the deadline for the Debtors to file a

response to the Motion has been extended by mutual agreement of the parties from April 4, 2013

at 4:00 p.m. (Prevailing Eastern Time) to **April 23, 2013 at 4:00 p.m. (Prevailing Eastern**

**Time)**.

Dated: April 1, 2013
     New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Samantha Martin
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and*
*Debtors in Possession*