DUANE M. GECK (State Bar No. 114823)
dmg@severson.com
DONALD H. CRAM (State Bar No. 160004)
dhc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Retained Professionals

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>          Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**SEVERSON & WERSON, P.C.'S MONTHLY STATEMENT
FOR COMPENSATION AND EXPENSE REIMBURSEMENT
FOR THE TIME PERIOD SEPTEMBER 1, 2012 THROUGH SEPTEMBER 30, 2012**

       Pursuant to the Court's Order Establishing Procedures for Interim Compensation and
Reimbursement of Expenses of Professionals entered July 17, 2012 ("Order"), Retained
Professional, Severson & Werson, P.C., submits this monthly statement for compensation and
expense reimbursement for the time period September 1, 2012 through September 30, 2012
("Monthly Statement"), respectfully showing as follows:

       1.     During the Monthly Statement period, individuals from Severson & Werson, P.C.
performed services on behalf of one or more of the Debtor entities with respect to 190 different
litigation matters in California concerning mortgage loans held by and/or serviced by one or more
of the Debtor entities.  The total compensation sought for the Monthly Statement period is
$223,715.25 and the total expense reimbursement sought for the Monthly Statement period is
$27,557.87.

       2.     A list of individuals who provided services during the Monthly Statement period,
their respective titles, billing rates and aggregate hours spent by each individual during the

Monthly Statement period is attached hereto as **Exhibit A**.

3.      A detailed breakdown of disbursements incurred and contemporaneously maintained time entries for the services performed by individuals from Severson & Werson, P.C. for each respective matter during the Monthly Statement period are itemized in the corresponding invoices attached hereto as **Exhibit B**.

4.      Pursuant to the Court's Order, the deadline within which to serve a Notice of Objection to Fee Statement is 20 days after receipt of this Monthly Statement.


DATED:  October 25, 2012                SEVERSON & WERSON
                                        A Professional Corporation


                                        By:  _____
                                                    Donald H. Cram

                                        Retained Professionals

# Exhibit A

09/1/2012 - 09/30/2012

| | Title | Billed Amount | Billed Hours | Billed Rate |
|---|---|---|---|---|
| Givental, Alisa | Associate | $1,264.05 | 5.30 | $238.50 |
| Kenney, Austin | Associate | $198.00 | 0.80 | $247.50 |
| Sears, Alex | Associate | $9,187.20 | 31.90 | $288.00 |
| Le, An | Associate | $163.80 | 0.70 | $234.00 |
| Barasch, Adam | Associate/Special Counsel | $4,358.25 | 14.90 | $292.50 |
| Eilenberg, Benjamin A. | Associate | $3,242.25 | 13.10 | $247.50 |
| Whittemore, Brian | Associate | $292.05 | 1.10 | $265.50 |
| Rommell, Clair | Paralegal | $991.80 | 7.60 | $130.50 |
| McTigue, Casey | Associate | $596.25 | 2.50 | $238.50 |
| Cram, Donald | Member | $2,430.00 | 7.20 | $337.50 |
| Reed, David J. | Associate/Special Counsel | $4,999.50 | 20.20 | $247.50 |
| Liu, David | Associate | $16,675.20 | 57.90 | $288.00 |
| Babcock, Daska | Associate/Special Counsel | $7,632.00 | 26.50 | $288.00 |
| Kemp, Erik | Associate | $1,015.65 | 3.70 | $274.50 |
| Kouvabina, Elena | Associate | $14,089.50 | 50.50 | $279.00 |
| Feldfeber, Edward | Paralegal | $26.10 | 0.20 | $130.50 |
| Roman, Eleanor | Associate/Special Counsel | $4,069.80 | 13.30 | $306.00 |
| Buell, Edward | Associate | $6,556.50 | 23.50 | $279.00 |
| Manukyan, Evelina | Associate | $5,747.40 | 20.60 | $279.00 |
| Eisner, Gregory E | Associate/Special Counsel | $2,583.90 | 9.90 | $261.00 |
| Webb, Gilla | Paralegal | $1,148.40 | 8.80 | $130.50 |
| Walser-Jolly, Genevieve | Associate | $1,487.70 | 5.70 | $261.00 |
| Jones, Harold R. | Associate | $3,610.80 | 11.80 | $306.00 |
| Da Cunha, Ian | Associate | $190.80 | 0.80 | $238.50 |
| Sullivan, John | Member | $1,496.25 | 3.50 | $427.50 |
| Dykstra, Jonathan | Associate | $3,267.45 | 13.70 | $238.50 |
| Ives, Jon | Associate | $9,513.90 | 34.10 | $279.00 |
| Tuffaha, Joe | Associate | $11,257.20 | 47.20 | $238.50 |
| Negrete, Jennifer | Paralegal | $1,761.75 | 13.50 | $130.50 |
| Chilton, Jan T. | Member | $196.20 | 0.40 | $490.50 |
| Lee, Kristina | Paralegal | $114.75 | 1.50 | $76.50 |
| Franich, Kerry | Associate | $7,749.00 | 28.70 | $270.00 |
| Ash, Laura | Paralegal | $104.40 | 0.80 | $130.50 |
| Tarwater, Linda | Paralegal | $1,866.15 | 14.30 | $130.50 |
| Probert, Michelle | Paralegal | $665.55 | 5.10 | $130.50 |
| Kelly, Megan | Associate/Special Counsel | $3,416.40 | 14.60 | $234.00 |
| Nowlin, Marlene | Associate/Special Counsel | $9,210.60 | 30.10 | $306.00 |
| Gruber, Megan | Associate | $7,073.10 | 27.10 | $261.00 |
| Holt, M. Elizabeth | Associate | $5,637.60 | 21.60 | $261.00 |
| Cross, Michael | Associate | $4,626.90 | 19.40 | $238.50 |
| Wraight, Mark | Member | $54.90 | 0.20 | $274.50 |
| Esposito, Matthew | Associate | $6,305.40 | 22.60 | $279.00 |
| Nelson, Michele | Associate/Special Counsel | $156.60 | 0.60 | $261.00 |
| Kamka, Mary Kate | Associate/Special Counsel | $4,905.00 | 21.80 | $225.00 |
| Sullivan, Mary Kate | Member | $2,592.00 | 9.60 | $270.00 |
| McGuinness, Michelle | Associate | $2,073.60 | 7.20 | $288.00 |
| Schindler, Maria | Associate | $3,736.80 | 17.30 | $216.00 |
| Riedman, Natilee | Associate | $3,839.85 | 16.10 | $238.50 |
| Grammatico, Paul | Associate | $1,188.00 | 4.80 | $247.50 |
| Gandy, Robert | Associate | $6,121.35 | 22.30 | $274.50 |
| Ito, Ryan | Associate | $1,460.25 | 5.90 | $247.50 |
| Firoozabadi, Rozie | Paralegal | $393.75 | 3.50 | $112.50 |
| Saelao, Rebecca | Associate/Special Counsel | $9,129.60 | 31.70 | $288.00 |
| Hankins, Suzanne | Member | $1,731.60 | 5.20 | $333.00 |
| Abbott, Thomas | Associate | $4,320.00 | 16.00 | $270.00 |
| Shaham, Yaron | Associate/Special Counsel | $15,192.45 | 63.70 | $238.50 |
| **Report Grand Totals** | | $223,715.25 | 862.60 | |

# Exhibit B