# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329384 | CLIENT | GMAC ResCap | | Page | 3 |
|---|---|---|---|---|---|---|
| | | MATTER | Hill, Clydell (II) | | | |

**TOTAL THIS INVOICE**          **$1,225.80**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329385    JBS                                           October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1384    Silver, Francine
              GMAC Matter No.: 732710

**TOTAL AMOUNT DUE**              **$948.15**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 329385 | JBS | October 15, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1384    Silver, Francine
GMAC Matter No.: 732710

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 09/18/12 | Analysis and evaluation of defense strategy | L120 | 0.30 | 427.50 | 128.25 |
| DHC | 09/18/12 | Review State Court complaint. | L120 | 0.50 | 337.50 | 168.75 |
| DHC | 09/18/12 | Conference with Adam Barasch re demurrer to State Court complaint based upon standing. | L120 | 0.50 | 337.50 | 168.75 |
| CHR | 09/18/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| RJG | 09/18/12 | Analysis and evaluation of Plaintiff's complaint and attention to initial case investigation and litigation strategy. | L120 | 0.50 | 274.50 | 137.25 |
| RJG | 09/28/12 | Multiple correspondence with our client to respond to inquiries regarding responsive pleading issues. | L120 | 0.40 | 274.50 | 109.80 |
| DL | 09/28/12 | Analyze complaint and court docket re case status; analyze companion bankruptcy case and order granting motion to dismiss in adversary proceeding. | L190 | 0.50 | 288.00 | 144.00 |
| LJT | 09/29/12 | Research title records re current status of title, and Pacer research re status of bankruptcy and adversary actions. | L110 | 0.30 | 130.50 | 39.15 |
| | | **TOTAL** | | **3.40** | | **$948.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.   329385 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Silver, Francine | | |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.30 | $39.15 |
| L120 | Analysis/Strategy | 2.20 | $712.80 |
| L190 | Other Case Assessment | 0.90 | $196.20 |
| | **TOTAL** | **3.40** | **$948.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Cram, Donald | DHC | Member | 1.00 | 337.50 | $337.50 |
| Liu, David | DL | Associate | 0.50 | 288.00 | $144.00 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Tarwater, Linda | LJT | Paralegal | 0.30 | 130.50 | $39.15 |
| Gandy, Robert | RJG | Special Counsel | 0.90 | 274.50 | $247.05 |
| | **Total** | | **3.40** | | **$948.15** |

| | | |
|---|---|---|
| | FEES | $948.15 |
| | **TOTAL THIS INVOICE** | **$948.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329386    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1385    Pham, Dinh
GMAC Matter No.: 732677

**TOTAL AMOUNT DUE**            **$477.45**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329386    JBS                                          October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1385    Pham, Dinh
GMAC Matter No.: 732677

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| PG | 09/18/12 | Legal analysis and strategizing with B. Idleman re: allegations in Complaint and strategy for resolving case. | L120 | 0.50 | 247.50 | 123.75 |
| LJT | 09/19/12 | Research title records to prepare chronology. | L110 | 0.40 | 130.50 | 52.20 |
| CHR | 09/19/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.30 | 130.50 | 39.15 |
| LJT | 09/20/12 | Research re Plaintiff's multiple bankruptcy filings, review dockets re status and various pertinent documents, including schedules, orders for relief from stay and dismissals. | L110 | 0.60 | 130.50 | 78.30 |
| LJT | 09/22/12 | Review title records and prepare chronology. | L110 | 0.90 | 130.50 | 117.45 |
| SMH | 09/25/12 | Review and evaluate complaint. | L210 | 0.20 | 333.00 | 66.60 |
| | | **TOTAL** | | **2.90** | | **$477.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 1.90 | $247.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   329386 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER | Pham, Dinh | | | |

| | | | | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | | 0.50 | $123.75 | |
| L190 | Other Case Assessment | | 0.30 | $39.15 | |
| L210 | Pleadings | | 0.20 | $66.60 | |
| | **TOTAL** | | **2.90** | **$477.45** | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Tarwater, Linda | LJT | Paralegal | 1.90 | 130.50 | $247.95 |
| Grammatico, Paul | PG | Associate | 0.50 | 247.50 | $123.75 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **2.90** | | **$477.45** |

|  |  |  |
|---|---|---|
| | FEES | $477.45 |
| **TOTAL THIS INVOICE** | | $477.45 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329387    JBS                                        October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1386     Wesbrook, Frank and Tabitha
                     GMAC Matter No.: 732923

**TOTAL AMOUNT DUE**              **$1,017.45**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329387    JBS                                            October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1386    Wesbrook, Frank and Tabitha
                        GMAC Matter No.: 732923

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| LJT | 09/19/12 | Research title records to prepare chronology. | L110 | 0.40 | 130.50 | 52.20 |
| RJG | 09/19/12 | Analysis and evaluation of case investigation and preliminary case issues and correspondence with our client to advise regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| LJT | 09/20/12 | Research to ascertain bankruptcy filings by plaintiff. | L110 | 0.10 | 130.50 | 13.05 |
| CHR | 09/20/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| JBS | 09/21/12 | Analysis and evaluation of documents from court records | L120 | 0.30 | 427.50 | 128.25 |
| DL | 09/21/12 | Analyze correspondence to client re complaint; analyze complaint and court docket; analyze GMAC's response to complaint filed with Department of Corporations; analyze plaintiff's bankruptcy filing. | L190 | 1.20 | 288.00 | 345.60 |
| LJT | 09/22/12 | Additional title research, review title records and prepare chronology. | L110 | 1.10 | 130.50 | 143.55 |
| DL | 09/27/12 | Further analysis of complaint, review court docket and title chronology and prepare strategy re demurring to complaint. | L190 | 0.50 | 288.00 | 144.00 |
| DL | 09/28/12 | Prepare case update for client on case | L190 | 0.10 | 288.00 | 28.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 329387 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Wesbrook, Frank & Tabitha | | |

chart.
**TOTAL**                                    4.50                $1,017.45

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.60 | $208.80 |
| L120 | Analysis/Strategy | 0.70 | $238.05 |
| L190 | Other Case Assessment | 2.20 | $570.60 |
| | **TOTAL** | **4.50** | **$1,017.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Liu, David | DL | Associate | 1.80 | 288.00 | $518.40 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Tarwater, Linda | LJT | Paralegal | 1.60 | 130.50 | $208.80 |
| Gandy, Robert | RJG | Special Counsel | 0.40 | 274.50 | $109.80 |
| | **Total** | | **4.50** | | **$1,017.45** |

|  | FEES | $1,017.45 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$1,017.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329388    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1388     Buelna, Michael and Fotini
                   GMAC Matter No.: 732868

**TOTAL AMOUNT DUE**              **$802.35**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329388    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1388    Buelna, Michael and Fotini
GMAC Matter No.: 732868

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| SMH | 09/25/12 | Review and evaluate new complaint. | L210 | 0.40 | 333.00 | 133.20 |
| CHR | 09/25/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| DL | 09/26/12 | [19000.1388]  Analyze complaint and court docket; formulate initial strategy for responding to complaint. | L430 | 0.50 | 288.00 | 144.00 |
| SMH | 09/28/12 | Attention to A. Hartshorn's email with U.S. Bank tender. | L190 | 0.10 | 333.00 | 33.30 |
| DL | 09/28/12 | Draft demurrer to complaint re claims for Section 2923.5, fraud, wrongful foreclosure, quiet title, declaratory relief and injunctive relief. | L430 | 1.20 | 288.00 | 345.60 |
| DL | 09/28/12 | Prepare case update for client on case chart. | L190 | 0.10 | 288.00 | 28.80 |
| LJT | 09/29/12 | Research title records to prepare chronology, Pacer research re bankruptcy filings by plaintiffs and transferees (co-trustees of Plaintiff's trust), and review dockets on at least six bankruptcies re status. | L110 | 0.50 | 130.50 | 65.25 |
| | | **TOTAL** | | **3.20** | | **$802.35** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   329388      CLIENT   GMAC ResCap                          Page        2
                          MATTER   Buelna, Michael & Fotini

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.50 | $65.25 | | | |
| L190 | Other Case Assessment | 0.60 | $114.30 | | | |
| L210 | Pleadings | 0.40 | $133.20 | | | |
| L430 | Written Motions/Submissions | 1.70 | $489.60 | | | |
| | **TOTAL** | **3.20** | **$802.35** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Liu, David | DL | Associate | 1.80 | 288.00 | $518.40 |
| Tarwater, Linda | LJT | Paralegal | 0.50 | 130.50 | $65.25 |
| Hankins, Suzanne | SMH | Member | 0.50 | 333.00 | $166.50 |
| | **Total** | | **3.20** | | **$802.35** |

FEES                    $802.35
**TOTAL THIS INVOICE**        **$802.35**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329389    JBS                                        October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT    19000    GMAC ResCap
MATTER    1389     Freer, Brian
                   GMAC Matter No.: 732812




**TOTAL AMOUNT DUE**                **$438.30**




### *** REMITTANCE COPY ***
*Please include this page with payment.*




Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329389     JBS                                              October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1389      Freer, Brian
                           GMAC Matter No.: 732812

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 09/24/12 | Attention to new complaint, evaluate same. | L210 | 0.30 | 333.00 | 99.90 |
| JBS | 09/25/12 | Analysis and evaluation of new complaint | L120 | 0.30 | 427.50 | 128.25 |
| CHR | 09/25/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| SMH | 09/27/12 | Brief attention to client documents regarding potential short sale. | L110 | 0.20 | 333.00 | 66.60 |
| LJT | 09/29/12 | Research title records to prepare chronology, Pacer research to ascertain bankruptcy filings by plaintiff, and review Chapter 7 petition, schedules and discharge order and docket on new Chapter 13 bankruptcy. | L110 | 0.70 | 130.50 | 91.35 |
| | | **TOTAL** | | **1.90** | | **$438.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L110 | Fact Investigation/Development | 0.90 | $157.95 |
| L120 | Analysis/Strategy | 0.30 | $128.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   329389 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Freer, Brian | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L190 | Other Case Assessment | | 0.40 | $52.20 | | |
| L210 | Pleadings | | 0.30 | $99.90 | | |
| | **TOTAL** | | **1.90** | **$438.30** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Tarwater, Linda | LJT | Paralegal | 0.70 | 130.50 | $91.35 |
| Hankins, Suzanne | SMH | Member | 0.50 | 333.00 | $166.50 |
| | **Total** | | **1.90** | | **$438.30** |

|  | FEES | $438.30 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$438.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329390    JBS                                October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1390     Williams, Richard
                   GMAC Matter No.: 732794

**TOTAL AMOUNT DUE**          $787.05

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329390    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1390    Williams, Richard
                        GMAC Matter No.: 732794

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 09/25/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| RJG | 09/25/12 | Analysis and evaluation of complaint, foreclosure and initial case handling issues and correspondence with our client to advise regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| YS | 09/25/12 | Review and analysis of plaintiff's complaint, the allegations contained therein, title history, and pleadings on file in order to determine client's legal defenses and remedies | L120 | 1.80 | 238.50 | 429.30 |
| LJT | 09/26/12 | Research title records to prepare chronology, Pacer research to ascertain bankruptcy filings by plaintiff, and review docket re status, Chapter 7 petition and schedules and order for relief from stay. | L110 | 0.60 | 130.50 | 78.30 |
| LJT | 09/27/12 | Review title records and prepare chronology. | L110 | 0.90 | 130.50 | 117.45 |
| | | **TOTAL** | | **4.10** | | **$787.05** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 329390 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Williams, Richard | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.50 | $195.75 |
| L120 | Analysis/Strategy | 2.20 | $539.10 |
| L190 | Other Case Assessment | 0.40 | $52.20 |
| | **TOTAL** | **4.10** | **$787.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Tarwater, Linda | LJT | Paralegal | 1.50 | 130.50 | $195.75 |
| Gandy, Robert | RJG | Special Counsel | 0.40 | 274.50 | $109.80 |
| Shaham, Yaron | YS | Special Counsel | 1.80 | 238.50 | $429.30 |
| | **Total** | | **4.10** | | **$787.05** |

| | FEES | $787.05 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$787.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329391     JBS                                October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0384      Shepherd, Dwayne and Selene v. GMAC Mortgage
                     GMAC Matter No.: 695408

**TOTAL AMOUNT DUE**          $5,238.33

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329391     JBS                              October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 0384     Shepherd, Dwayne and Selene v. GMAC Mortgage
GMAC Matter No.: 695408

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DJR | 08/02/12 | Review ex parte application and docket, email to S. Gridley re calendar issues and possibility of appearing by courtcall. | L220 | 0.30 | 247.50 | 74.25 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| DJR | 08/09/12 | Draft opposition to plaintiffs' motion to consolidate unlawful detainer action with quiet title action | L250 | 1.60 | 247.50 | 396.00 |
| DJR | 08/13/12 | Draft Notice of Bankruptcy Stay and cover letter to plaintiff's counsel and prepare for ex parte hearing on status of bankruptcy stay and plaintiffs' request to proceed with case against other defendants notwithstanding the stay | L250 | 1.60 | 247.50 | 396.00 |
| DJR | 08/14/12 | Represent GMAC Mortgage at hearing on plaintiff's ex parte application to proceed with action against other defendants notwithstanding the stay, | L250 | 4.40 | 247.50 | 1,089.00 |
| DJR | 08/16/12 | Draft opposition to motion. | L250 | 1.80 | 247.50 | 445.50 |
| DJR | 08/16/12 | Review plainitffs' motion to consolidate unlawful detainer action with wrongful foreclosure action. | L250 | 0.30 | 247.50 | 74.25 |
| DJR | 08/17/12 | Telephone conference with A. Hartshorn re status of case and hearing on ex parte application | L250 | 0.20 | 247.50 | 49.50 |
| DJR | 08/24/12 | Review plaintiffs' notice of ex parte application to seek clarification of order following August 14, 2012 hearing, telephone conference with K. DeBolt re | L250 | 0.70 | 247.50 | 173.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329391 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Shepherd, Dwayne & Selene | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | clarification of order, draft stipulation re same | | | | |
| DJR | 08/29/12 | Revise opposition to motion to consolidate unlawful detainer action with wrongful foreclosure action | L250 | 1.80 | 247.50 | 445.50 |
| DJR | 08/30/12 | Review and revise plaintiff's proposed stipulation to correct minute order re August 14, 2012 hearing. | L250 | 0.80 | 247.50 | 198.00 |
| DJR | 08/30/12 | Review plaintiffs' reply brief, prepare for hearing. | L250 | 0.80 | 247.50 | 198.00 |
| DJR | 08/30/12 | Review tentative ruling on plaintiffs' motion to consolidate unlawful detainer action with wrongful foreclosure action. | L250 | 0.30 | 247.50 | 74.25 |
| DJR | 08/31/12 | Telephone conference with court calendar clerk re hearing on demurrers. | L250 | 0.30 | 247.50 | 74.25 |
| DJR | 08/31/12 | Email to A. Hartshorn re same. | L250 | 0.20 | 247.50 | 49.50 |
| DJR | 08/31/12 | Represent client at hearing on plaintiffs' motion to consolidate unlawful detainer action with wrongful foreclosure action. | L250 | 3.90 | 247.50 | 965.25 |
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | **19.20** | | **$4,758.30** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service;  07/17/12 | 78.00 |
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service;  07/24/12 | 78.00 |
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 08/14/12 | 78.00 |
| 08/27/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees;  SDSUPCT ROA CA 07/15/12 | 7.50 |
| 08/29/12 | David Reed; Transportation  Mileage & parking to San Diego Superior Court, El Cajon Courthouse, to attend and represent client at hearing on Plaintiff's Ex Parte, 250 East Main Street, El Cajon, CA 92020  183.2 miles RT and $10 toll. | 98.68 |
| 09/13/12 | DDS Legal Support Systems; Serv Process, Subpoena Fees; Michael Alfred at 7220 Trade | 39.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329391 | CLIENT | GMAC ResCap | | Page | 3 |
| | | MATTER | Shepherd, Dwayne & Selene | | | |

| | | |
|---|---|---|
| | St., Ste 101, San Diego Ca. 92121 8/14/12 | |
| 09/13/12 | DDS Legal Support Systems; Transmittal of filing to court; SDSC- El Cajon East 8/13/12 | 39.95 |
| 09/13/12 | DDS Legal Support Systems; Transmittal of filing to court; SDSC- East, El Cajon, Ca. 8/29/12 | 59.95 |
| | **TOTAL COSTS & EXPENSES** | **$480.03** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $55.80 |
| L220 | Preliminary Injunctions/Provis | 0.30 | $74.25 |
| L250 | Other Written Motions | 18.70 | $4,628.25 |
| | **TOTAL** | **19.20** | **$4,758.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Reed, David J. | DJR | Special Counsel | 19.00 | 247.50 | $4,702.50 |
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| | **Total** | | **19.20** | | **$4,758.30** |

| | |
|---|---|
| PRIOR FEES | $20,741.85 |
| PRIOR COSTS & EXPENSES | $2,721.19 |

| | |
|---|---|
| FEES | $4,758.30 |
| COSTS & EXPENSES | $480.03 |
| **TOTAL THIS INVOICE** | **$5,238.33** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329392      JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0588      Inoue, Hitoshi and Wakana
                           C/M# 703325
                           Time and expenses must be split between Ally and Rescap

**TOTAL AMOUNT DUE**           **$6,101.12**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329392    JBS                                          October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0588    Inoue, Hitoshi and Wakana
C/M# 703325
Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ACS | 07/30/12 | Phone call with J. Newton re: bankruptcy relief from stay motion and trial in unlimited civil case | L190 | 0.50 | 288.00 | 144.00 |
| ERB | 08/01/12 | Attention to and communications with client re Plaintiff's motion for relief from stay. | L250 | 0.40 | 279.00 | 111.60 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 08/06/12 | Communications with client re strategy for response to motion for relief from stay. | L120 | 0.20 | 279.00 | 55.80 |
| ACS | 08/06/12 | Prepare draft trial plan and budget | L440 | 1.10 | 288.00 | 316.80 |
| ACS | 08/06/12 | Analyze case status and trial readiness for response to motion for bankruptcy stay relief | L190 | 0.70 | 288.00 | 201.60 |
| ACS | 08/07/12 | Phone call with J. Newton re: bankruptcy stay relief motion | L250 | 0.30 | 288.00 | 86.40 |
| ACS | 08/07/12 | E-mail communication with J. Newton re: bankruptcy relief from stay motion | L250 | 0.30 | 288.00 | 86.40 |
| ERB | 08/09/12 | Analysis of remaining issues in preparing for trial and revisions to trial budget pursuant to clients request. | L120 | 0.50 | 279.00 | 139.50 |
| ACS | 08/09/12 | Revise trial plan & budget | L440 | 1.10 | 288.00 | 316.80 |
| ACS | 08/13/12 | Revise trial plan and budget | L440 | 0.50 | 288.00 | 144.00 |
| ACS | 08/20/12 | Review & analyze status conference statements of plaintiffs and MED&G | L190 | 0.30 | 288.00 | 86.40 |
| MKS | 08/21/12 | Study and review Stipulation and Order submitted by bankruptcy counsel to SDNY bankruptcy court granting relief | L210 | 0.30 | 270.00 | 81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   329392      CLIENT   GMAC ResCap                              Page      2
                          MATTER   Inoue, Hitoshi & Wakana

---

| | | | | | | |
|---|---|---|---|---|---|---|
| | | from stay; strategy re: inaccurate statements contained therein. | | | | |
| ERB | 08/21/12 | Attention to stipulation for relief from stay and incorrect statement regarding status of civil matter and strategize re potential options for amending and revising stipulation. | L250 | 1.40 | 279.00 | 390.60 |
| JBS | 08/22/12 | Analysis and evaluation of trial preparation issues | L120 | 0.80 | 427.50 | 342.00 |
| ERB | 08/22/12 | Review and analysis of amended cross-complaint and strategize re response and impact on matter proceeding to trial based on stipulated relief from stay as cross-complainant was not party to stip. | L120 | 0.80 | 279.00 | 223.20 |
| ERB | 08/23/12 | Communications with client and Bankruptcy counsel re status of revisions to stipulation and recommendation for upcoming status conference re Bankruptcy. | L250 | 0.30 | 279.00 | 83.70 |
| ACS | 08/23/12 | Confer with T. Buell re: status report to Court re: bankruptcy stay | L190 | 0.20 | 288.00 | 57.60 |
| RSS | 08/23/12 | Meet with T. Buell to confer regarding case status and strategy and prepare for and follow up regarding same. | L120 | 0.70 | 288.00 | 201.60 |
| ERB | 08/24/12 | Attention to CMC statements and revisions to clients statement based on issues with stipulation for relief from bankruptcy stay. | L230 | 0.40 | 279.00 | 111.60 |
| ACS | 08/24/12 | Confer with R. Saelao re: report for status conference re: lifting of bankruptcy stay | L440 | 0.20 | 288.00 | 57.60 |
| RSS | 08/24/12 | Prepare case management statement, and review and analyze case materials in connection with same, to prepare for case management conference, and to transition handling of case. | L230 | 2.70 | 288.00 | 777.60 |
| ERB | 08/27/12 | Communications re status of revisions to stipulated relief from stay. | L120 | 0.20 | 279.00 | 55.80 |
| ERB | 08/27/12 | Strategize re disposition following call from Plaintiff's counsel wherein settlement seemed unlikely. | L120 | 0.60 | 279.00 | 167.40 |
| RSS | 08/27/12 | Prepare and file case management | L230 | 0.80 | 288.00 | 230.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   329392      CLIENT   GMAC ResCap                          Page      3
                          MATTER   Inoue, Hitoshi & Wakana

|      |          |                                                                 |      |      |       |         |
|------|----------|-----------------------------------------------------------------|------|------|-------|---------|
|      |          | statement, and confer with court and opposing counsel regarding same and update client regarding tentative ruling regarding same. |      |      |       |         |
| ERB  | 08/28/12 | Attention to status of revisions to stipulation for relief from stay and communications with client re same. | L250 | 0.30 | 279.00 | 83.70  |
| RSS  | 08/31/12 | Review and analyze case materials and files to understand case background and prepare case for trial. | L120 | 1.90 | 288.00 | 547.20 |
| ERB  | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90  |
| JBS  | 09/04/12 | Analysis and evaluation of opposition to demurrer. | L240 | 0.80 | 427.50 | 342.00 |
| DHC  | 09/13/12 | Conference with Natasha Campbell, Jennifer Scoliard, Kathy Priore and Mary Kate Sullivan re plaintiff's RFS motion in Res Cap BK. | L250 | 0.30 | 337.50 | 101.25 |
| ERB  | 09/18/12 | Communications with bankruptcy counsel re status of amending stipulation for relief from stay based on conversations with plaintiff's counsel. | L250 | 0.30 | 279.00 | 83.70  |
|      |          | **TOTAL**                                                       |      | **19.10** |  | **$5,683.05** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/14/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Entry 07/25/12 | 49.95 |
| 08/20/12 | Attorney's Diversified Services; Serv Process, Subpoena Fees; Sonoma Superior Court Hitoshi Inoue @ Kaiser Hospital & PMG - Santa Rosa, 401 Bicentenial Way, Santa, CA 95404 07/26/12 | 97.13 |
| 08/20/12 | Attorney's Diversified Services;Serv Process, Subpoena Fees ; Sonoma Superior Court Hitoshi Inoue @ Rex Harner, M.D, 5300 Snyder Lane, Rohnert Park, CA 94928 07/26/12 | 50.84 |
| 09/14/12 | First Legal Network, LLC; Court Services; Sonoma County Superior Court 8/24/12 | 97.00 |
| 09/18/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 08/27/12 | 61.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329392    **CLIENT**    GMAC ResCap                                 Page    4
                        **MATTER**    Inoue, Hitoshi & Wakana

---

| | | |
|---|---|---:|
| 09/21/12 | One Legal, Inc.; Transmittal of filing to court; Reply Brief in Support of Defendant's GMAC Mortgage Group, LLC and Ally Financial Inc's Demurre to Second Amended...09/04/12 | 61.45 |
| | **TOTAL COSTS & EXPENSES** | **$418.07** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---:|---:|
| L120 | Analysis/Strategy | 5.90 | $1,788.30 |
| L190 | Other Case Assessment | 1.70 | $489.60 |
| L210 | Pleadings | 0.30 | $81.00 |
| L230 | Court Mandated Conferences | 3.90 | $1,119.60 |
| L240 | Dispositive Motions | 0.80 | $342.00 |
| L250 | Other Written Motions | 3.60 | $1,027.35 |
| L440 | Other Trial Preparation | 2.90 | $835.20 |
| | **TOTAL** | **19.10** | **$5,683.05** |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---:|---:|---:|
| Sears, Alex | ACS | | Associate | 5.20 | 288.00 | $1,497.60 |
| Cram, Donald | DHC | | Member | 0.30 | 337.50 | $101.25 |
| Buell, Edward | ERB | | Associate | 5.60 | 279.00 | $1,562.40 |
| Sullivan, John | JBS | | Member | 1.60 | 427.50 | $684.00 |
| Sullivan, Mary Kate | MKS | | Member | 0.30 | 270.00 | $81.00 |
| Saelao, Rebecca | RSS | | Special Counsel | 6.10 | 288.00 | $1,756.80 |
| | **Total** | | | **19.10** | | **$5,683.05** |

| | |
|---|---|
| PRIOR FEES | $95,000.85 |
| PRIOR COSTS & EXPENSES | $8,464.01 |

| | |
|---:|---:|
| FEES | $5,683.05 |
| COSTS & EXPENSES | $418.07 |
| **TOTAL THIS INVOICE** | **$6,101.12** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329393     JBS

October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0770 | Locker v. Ally Bank |
| | | C/M# 709371 |
| | | Time and expenses must be split between Ally and Rescap |

**TOTAL AMOUNT DUE**          $1,306.75

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329393    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0770    Locker v. Ally Bank
C/M# 709371
Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MKS | 09/12/12 | Prepare for CMC. | L230 | 0.30 | 270.00 | 81.00 |
| EK | 09/12/12 | Draft status conference report | L310 | 0.90 | 274.50 | 247.05 |
| MKS | 09/14/12 | Prepare for and participate in Court ordered Status conference. | L230 | 0.80 | 270.00 | 216.00 |
| EK | 09/14/12 | Review and analyze notice of appearance filed by Spire Law Group and confer with M.K. Sullivan re strategy at case management conference | L160 | 0.40 | 274.50 | 109.80 |
| MKS | 09/17/12 | Prepare for and attend (telephonically) Court ordered status conference. | L230 | 1.00 | 270.00 | 270.00 |
| EK | 09/24/12 | Draft notice of ruling re case management conference | L190 | 0.40 | 274.50 | 109.80 |
| EK | 09/25/12 | Review and analyze voicemails from Locker plaintiffs re representation issues | L160 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | **4.00** | | **$1,088.55** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 09/05/12 | CourtCall, LLC; CourtCall - Conference Service; 08/29/12 | 78.00 |
| 09/17/12 | CourtCall, LLC; CourtCall - Conference Service; 09/17/12 | 78.00 |
| 09/26/12 | One Legal, Inc.; Transmittal of filing to court; Defendant's Status Conference Report 09/13/12 | 62.20 |

**TOTAL COSTS & EXPENSES**        **$218.20**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329393 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Locker v. Ally Bank | | | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 0.60 | $164.70 | | | |
| L190 | Other Case Assessment | 0.40 | $109.80 | | | |
| L230 | Court Mandated Conferences | 2.10 | $567.00 | | | |
| L310 | Written Discovery | 0.90 | $247.05 | | | |
| | TOTAL | 4.00 | $1,088.55 | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Kemp, Erik | EK | Associate | | 1.90 | 274.50 | $521.55 |
| Sullivan, Mary Kate | MKS | Member | | 2.10 | 270.00 | $567.00 |
| | Total | | | 4.00 | | $1,088.55 |

| | | |
|---|---|---|
| PRIOR FEES | $70,749.90 | |
| PRIOR COSTS & EXPENSES | $10,768.46 | |

| | | |
|---|---|---|
| FEES | $1,088.55 | |
| COSTS & EXPENSES | $218.20 | |
| **TOTAL THIS INVOICE** | **$1,306.75** | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329394    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1001     Hayomyom LLC (Zygleman)
                     GMAC Matter No.: 716183
                     Time and expenses must be split between Ally and Rescap

**TOTAL AMOUNT DUE              $683.10**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329394       JBS                                            October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  1001      Hayomyom LLC (Zygleman)
GMAC Matter No.:  716183
Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| EMF | 07/18/12 | Telephone call with Brittany of Health Care Recovery re withdrawal of subpoena. | L390 | 0.20 | 130.50 | 26.10 |
| DL | 08/01/12 | Analyze letter from Zygelman's counsel re voluntary production of documents after stay of action and strategy re same. | L320 | 0.20 | 288.00 | 57.60 |
| DL | 08/03/12 | Analyze letter from Zygelman's counsel re further document production re loan files and prepare correspondence to counsel re same. | L390 | 0.20 | 288.00 | 57.60 |
| DL | 08/08/12 | Exchange correspondence with Zygelman's counsel re voluntary production of loan file pending stay of action. | L320 | 0.20 | 288.00 | 57.60 |
| DL | 08/28/12 | Exchange correspondence with plaintiff's counsel re mediation for all of the parties. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 08/29/12 | Analyze letter from Zygelman's counsel re status of settlement and arranging mediation. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 08/31/12 | Prepare correspondence to Hayomyom's counsel re mediation | L160 | 0.10 | 288.00 | 28.80 |
| RJG | 09/05/12 | Analysis and evaluation of proposed settlement negotiations and potential bankruptcy stay issues and multiple correspondence with our clients to | L160 | 0.40 | 274.50 | 109.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 329394 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | MATTER | Hayomyom LLC (Zygleman) | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | advise regarding the same. | | | | |
| DL | 09/05/12 | Prepare correspondence to clients re plaintiff's request for mediation and conducting mediation during bankruptcy. | L160 | 0.40 | 288.00 | 115.20 |
| DL | 09/11/12 | Exchange further correspondence with parties re status of requesting mediation | L160 | 0.20 | 288.00 | 57.60 |
| DL | 09/26/12 | Analyze mediator's report re mediation between other parties. | L160 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **2.50** | | **$683.10** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 1.60 | $455.40 |
| L190 | Other Case Assessment | 0.10 | $28.80 |
| L320 | Document Production | 0.40 | $115.20 |
| L390 | Other Discovery | 0.40 | $83.70 |
| | **TOTAL** | **2.50** | **$683.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.90 | 288.00 | $547.20 |
| Feldfeber, Edward | EMF | Paralegal | 0.20 | 130.50 | $26.10 |
| Gandy, Robert | RJG | Special Counsel | 0.40 | 274.50 | $109.80 |
| | **Total** | | **2.50** | | **$683.10** |

| PRIOR FEES | $76,423.50 |
|---|---|
| PRIOR COSTS & EXPENSES | $5,231.92 |

| | FEES | $683.10 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$683.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329395      JBS                                      October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1077       Schneidereit, Jeff and Adele
                       GMAC Matter No.: 719297
                       Time and expenses must be split between Ally and Rescap

**TOTAL AMOUNT DUE**              $1,471.95

***REMITTANCE COPY***

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329395    JBS                                      October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1077    Schneidereit, Jeff and Adele
                          GMAC Matter No.: 719297
                          Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 08/01/12 | Analyze file status and court docket, noting deadline to file amended complaint, and absence of rulings on motion to dismiss appeals. | L120 | 0.40 | 270.00 | 108.00 |
| RJG | 08/08/12 | Analysis and evaluation of the court's rulings on our motions to dismiss Plaintiffs' appeal and Plaintiffs' motion to appoint counsel and correspondence with our client to advise regarding the same. | L510 | 0.40 | 274.50 | 109.80 |
| KWF | 08/08/12 | Prepare email to client, A. Angelo, re: order dismissing appeals. | L120 | 0.30 | 270.00 | 81.00 |
| RJG | 08/13/12 | Attention to 4th amended complaint and pending case issues and correspondence with co-defendants' counsel to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 08/13/12 | Telephone conference with co-defendant's counsel, T. Schubert, re: filing of fourth amended complaint. | L120 | 0.20 | 270.00 | 54.00 |
| RJG | 08/15/12 | Analysis and evaluation of 4th amended complaint appeal and Plaintiff's settlement proposals with co-defendants and correspondence with our client to advise regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| KWF | 08/15/12 | Telephone conference with T. Schubert, re: settlement. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 08/15/12 | Prepare email to client, A. Angelo, re: settlement with co-defendants. | L160 | 0.40 | 270.00 | 108.00 |
| RJG | 08/16/12 | Attention to Plaintiffs' purported | L160 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329395 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Schneidereit, Jeff & Adele | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | settlement terms with co-defendants and correspondence with our client to address the same. | | | | |
| RJG | 08/16/12 | Attention to Plaintiffs' purported settlement terms and pending case issues and correspondence with co-defendants' counsel to address the same. | L160 | 0.40 | 274.50 | 109.80 |
| KWF | 08/16/12 | Receive and analyze draft settlement agreement with co-defendants. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/16/12 | Telephone conference with co-defendant's counsel, T. Schubert, re: potential settlement and case strategy. | L120 | 0.20 | 270.00 | 54.00 |
| RJG | 08/17/12 | Attention to Plaintiffs' settlement negotiations with co-defendants and correspondence with co-defendants' counsel to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| KWF | 08/17/12 | Receive and analyze Plaintiff's revised stipulation re: settlement. Prepare email to co-defendant's counsel, T. Schubert, re: same. | L120 | 0.30 | 270.00 | 81.00 |
| RJG | 08/20/12 | Attention to the court's order staying the case and pending case issues, and correspondence with co-defendants' counsel to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 08/20/12 | Receive analyze court order staying action. Prepare email to client, A. Angelo, advising of stay of litigation. | L120 | 0.30 | 270.00 | 81.00 |
| RJG | 08/21/12 | Analysis and evaluation of fourth amended complaint and pending case issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/21/12 | Attention to Plaintiffs' attempts to settle with co-defendants and the court's order staying the civil action and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 09/06/12 | Attention to the appellate court's mandate regarding its judgment on the appeal. | L510 | 0.10 | 274.50 | 27.45 |
| | | **TOTAL** | | **5.40** | | **$1,471.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   329395        **CLIENT**   GMAC ResCap                              Page        3
                            **MATTER**   Schneidereit, Jeff & Adele

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.40 | $925.20 |
| L160 | Settlement/Non-Binding ADR | 1.50 | $409.50 |
| L510 | Appellate Motions & Submission | 0.50 | $137.25 |
| | **TOTAL** | **5.40** | **$1,471.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 2.30 | 270.00 | $621.00 |
| Gandy, Robert | RJG | Special Counsel | 3.10 | 274.50 | $850.95 |
| | **Total** | | **5.40** | | **$1,471.95** |

PRIOR FEES                          $87,466.95
PRIOR COSTS & EXPENSES         $851.64

|  | FEES | $1,471.95 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$1,471.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# *Severson*
## *&Werson*

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329396    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1172 | Boyd, Raymond |
| | | E-Mail Invoices to Kari Krull |

**TOTAL AMOUNT DUE**              $1,328.70

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329396     JBS                                          October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1172     Boyd, Raymond
                          E-Mail Invoices to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 07/09/12 | Review and analyze email from client, with notice of entry of judgment, prepare response to client email recommending motion to set aside. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 07/09/12 | Prepare motion to vacate judgment due to pending bankruptcy. | L250 | 1.00 | 270.00 | 270.00 |
| KWF | 07/27/12 | Prepare email to client advising of hearing on motion to set aside judgment. | L250 | 0.30 | 270.00 | 81.00 |
| KWF | 08/01/12 | Telephone conference with court clerk re: motion to vacate judgment. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/03/12 | Prepare for hearing on motion to vacate judgment. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 08/06/12 | Appear at hearing on motion to vacate judgment. | L120 | 1.00 | 270.00 | 270.00 |
| KWF | 08/06/12 | Prepare amended notice of bankruptcy. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 08/06/12 | Prepare letter to Plaintiff re: final supplemental order. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/07/12 | Prepare email to client, K. Krull, with amended notice of BK and cover letter to Plaintiff. | L190 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **3.70** | | **$999.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 08/06/12 | 78.00 |
| 08/13/12 | CourtCall, LLC; CourtCall - Conference | 78.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 329396 | CLIENT GMAC ResCap | Page | 2 |
|---|---|---|---|
| | MATTER Boyd, Raymond | | |

Service; 08/06/12

| | | |
|---|---|---|
| 09/13/12 | DDS Legal Support Systems; Court Services; LA Superior - NorthValley, Chatsworth, Ca. 8/17/12 | 97.70 |
| 09/13/12 | First Legal Network, LLC; Transmittal of filing to court; LA County Court- Chatsworth 8/2/12 | 76.00 |
| | **TOTAL COSTS & EXPENSES** | **$329.70** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L120 Analysis/Strategy | 1.90 | $513.00 |
| L190 Other Case Assessment | 0.20 | $54.00 |
| L210 Pleadings | 0.30 | $81.00 |
| L250 Other Written Motions | 1.30 | $351.00 |
| **TOTAL** | **3.70** | **$999.00** |

| Timekeeper | Position | Hours | Rate | Value |
|---|---|---|---|---|
| Franich, Kerry KWF | Associate | 3.70 | 270.00 | $999.00 |
| Total | | **3.70** | | **$999.00** |

| | |
|---|---|
| PRIOR FEES | $4,291.50 |
| PRIOR COSTS & EXPENSES | $292.95 |

| | |
|---|---|
| FEES | $999.00 |
| COSTS & EXPENSES | $329.70 |
| **TOTAL THIS INVOICE** | **$1,328.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329397    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1233     Uddin, Mohammed and Rebeka
                   GMAC Matter No.: 726554
                   Time and expenses must be split between Ally and Rescap

**TOTAL AMOUNT DUE**              $5,895.63

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329397    JBS                                           October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1233    Uddin, Mohammed and Rebeka
                        GMAC Matter No.: 726554
                        Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| SMH | 08/06/12 | Attention to proposed amended bankruptcy notice, J. Hoy email regarding permitted claims. | L210 | 0.20 | 333.00 | 66.60 |
| YS | 08/06/12 | Draft client's amended notice of bankruptcy and suggestion of the automatic stay | L210 | 0.50 | 238.50 | 119.25 |
| YS | 08/06/12 | Draft correspondence to plaintiff's counsel regarding status of client's bankruptcy | L190 | 0.40 | 238.50 | 95.40 |
| JHT | 08/07/12 | Reviewed Client Correspondence Re. Application of B/K Stay. | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/12/12 | Draft correspondence to client regarding what causes of action are excluded from the automatic stay in light of the Bankruptcy Court's final order on the subject | L190 | 0.40 | 238.50 | 95.40 |
| SMH | 08/13/12 | Attention to potential monetary value of identified claims. | L190 | 0.20 | 333.00 | 66.60 |
| YS | 08/13/12 | Receipt, review and analysis of co-defendants' demurrer to plaintiffs' first amended complaint | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/15/12 | Further drafting and revising of client's amended notice of bankruptcy stay | L210 | 0.20 | 238.50 | 47.70 |
| YS | 08/15/12 | Draft correspondence to plaintiffs' counsel regarding impact of client's bankruptcy case on the state court litigation | L190 | 0.20 | 238.50 | 47.70 |
| SMH | 08/17/12 | Attention to J. Hoy's email regarding disposition of "hybrid" claims. | L120 | 0.20 | 333.00 | 66.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329397        CLIENT    GMAC ResCap                                    Page        2
                             MATTER    Uddin, Mohammed & Rebeka

| | | | | | | |
|---|---|---|---|---|---|---|
| YS | 08/28/12 | Draft and prepare clients' case management statement in light of pending case management conference hearing | L210 | 0.30 | 238.50 | 71.55 |
| YS | 08/28/12 | Review and analysis of plaintiffs' bankruptcy docket to determine status of their bankruptcy filings | L120 | 0.10 | 238.50 | 23.85 |
| SMH | 08/29/12 | Review J. Hoy email with new complaint naming 3rd party purchaser,address same with Y. Shaham for recommendation to client. | L210 | 0.40 | 333.00 | 133.20 |
| YS | 08/29/12 | Draft correspondence to client regarding the most recent complaint filed by plaintiff, how to respond to the third party purchaser's queries, and how to respond to the new complaint | L190 | 0.60 | 238.50 | 143.10 |
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 09/11/12 | Draft and prepare Notice of Related Case in light of plaintiffs filing another lawsuit regarding the foreclosure sale of the subject property | L210 | 0.30 | 238.50 | 71.55 |
| YS | 09/11/12 | Review and analysis of plaintiffs' new complaint, plaintiffs related bankruptcy cases, and determine how to respond to the complaint | L120 | 0.60 | 238.50 | 143.10 |
| YS | 09/11/12 | Draft correspondence to client regarding plaintiffs' most recent complaint, filing notice of related cases, providing the Court with notice of client's bankruptcy case, and filing a demurrer to the new complaint | L190 | 0.40 | 238.50 | 95.40 |
| JHT | 09/11/12 | Drafted Notice of Bankruptcy Stay on behalf of client with respect to second case filed by Plaintiffs. | L210 | 0.60 | 238.50 | 143.10 |
| JHT | 09/11/12 | Drafted correspondence to Plaintiffs' counsel regarding effect of bankruptcy stay on second case filed by Plaintiffs. | L190 | 0.40 | 238.50 | 95.40 |
| JHT | 09/11/12 | Reviewed case files for Plaintiff's two actions and case notes in preparation for Case Management Conference. | L230 | 0.50 | 238.50 | 119.25 |
| LJT | 09/12/12 | Research title records re recording of new notice of trustee's sale and draft | L110 | 0.20 | 130.50 | 26.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329397 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Uddin, Mohammed & Rebeka | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | e-mail re same and recording of lis pendens. | | | | |
| YS | 09/12/12 | Draft correspondence to client regarding outcome from the Court's case management conference hearing and proceeding with clients' defense in this case | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 09/12/12 | Drafted Proposed Order on Demurrer to Complaint. (in case #2 - BC490515 - initiated by Plaintiffs). | L210 | 0.30 | 238.50 | 71.55 |
| JHT | 09/12/12 | Appeared at Case Management Conference. | L230 | 4.70 | 238.50 | 1,120.95 |
| JHT | 09/12/12 | Drafted Notice of Demurrer and Demurrer and Memorandum of Points and Authorities on client's behalf in response to Complaint (in case #2 - BC490515 - initiated by Plaintiffs). | L210 | 4.80 | 238.50 | 1,144.80 |
| JHT | 09/12/12 | Drafted Request for Judicial Notice in support of Demurrer to Complaint. (in case #2 - BC490515). | L210 | 0.70 | 238.50 | 166.95 |
| YS | 09/13/12 | Further drafting and revising of client's demurrer, request for judicial notice, and proposed order in response to plaintiff's new complaint | L210 | 0.30 | 238.50 | 71.55 |
| YS | 09/19/12 | Receipt, review and analysis of co-defendant Aslan Residential's demurrer to plaintiffs' complaint | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 09/25/12 | Drafted Notice of Demurrer, Demurrer and Memorandum of Points and Authorities on behalf of GMACM in response to Plaintiffs' Complaint (in case #2 - BC490515 - initiated by Plaintiffs). | L210 | 3.70 | 238.50 | 882.45 |
| JHT | 09/25/12 | Drafted Request for Judicial Notice in support of GMACM's Demurrer to Plaintiffs' Complaint (in case #2 - BC490515 - initiated by Plaintiffs). | L210 | 0.50 | 238.50 | 119.25 |
| JHT | 09/25/12 | Drafted Proposed Order on GMACM's Demurrer to Plaintiffs' Complaint (in case #2 - BC490515 - initiated by Plaintiffs). | L210 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **22.80** | | **$5,510.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329397 | CLIENT | GMAC ResCap | Page | 4 |
| | | MATTER | Uddin, Mohammed & Rebeka | | |

## COSTS & EXPENSES

| | | |
|---|---|---:|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 3801 West 2nd Street Los Angeles, CA 90004 07/31/12 | 28.19 |
| 08/14/12 | One Legal, Inc.; Transmittal of filing to court; Defs. Demurrer to Pl's FAC, Defs. RJN ISO Demurrer to Pl's FAC Defs. Proposed Order ISO Demurrer to Pl's FAC including Court Filing Fee $60 08/02/12 | 141.20 |
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 3801-3807 West 2nd Street Los Angeles, CA 90004 08/06/12 | 8.39 |
| 09/11/12 | One Legal, Inc.; Transmittal of filing to court; Amended Notice of BK and Automatic Stay 08/17/12 | 66.20 |
| 09/18/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 08/30/12 | 49.95 |
| 09/26/12 | Joe H. Tuffaha; Transportation; Travel to CMC from home to LASC-Central 9/12/12 | 24.00 |
| 09/26/12 | First Legal Network, LLC; Transmittal of filing to court; LA County Court - Unlimited Los Angeles, CA 09/12/12 | 29.75 |
| 09/26/12 | First Legal Network, LLC; Transmittal of filing to court; LA County Court - Unlimited Los Angeles, CA 09/13/12 | 37.25 |
| | **TOTAL COSTS & EXPENSES** | **$384.93** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---:|---:|
| L110 | Fact Investigation/Development | 0.20 | $26.10 |
| L120 | Analysis/Strategy | 1.10 | $281.25 |
| L190 | Other Case Assessment | 3.20 | $782.10 |
| L210 | Pleadings | 13.10 | $3,181.05 |
| L230 | Court Mandated Conferences | 5.20 | $1,240.20 |
| | **TOTAL** | **22.80** | **$5,510.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---:|---:|---:|
| Tuffaha, Joe | JHT | Associate | 16.70 | 238.50 | $3,982.95 |
| Tarwater, Linda | LJT | Paralegal | 0.20 | 130.50 | $26.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    329397 | CLIENT | GMAC ResCap | | | Page | 5 |
|---|---|---|---|---|---|---|
| | MATTER | Uddin, Mohammed & Rebeka | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Hankins, Suzanne | SMH | Member | 1.00 | 333.00 | $333.00 |
| Shaham, Yaron | YS | Special Counsel | 4.90 | 238.50 | $1,168.65 |
| | Total | | 22.80 | | $5,510.70 |

PRIOR FEES                                $11,993.40
PRIOR COSTS & EXPENSES          $1,399.00

|  |  |
|---|---|
| FEES | $5,510.70 |
| COSTS & EXPENSES | $384.93 |
| **TOTAL THIS INVOICE** | **$5,895.63** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329398    JBS                                October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1239     Garavito, Flora Margot
                    GMAC Matter No.: 726515
                    Time and expenses must be split between Ally and Rescap

**TOTAL AMOUNT DUE**          **$1,314.10**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329398    JBS                                          October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1239    Garavito, Flora Margot
                         GMAC Matter No.: 726515
                         Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 08/01/12 | Analyze correspondence from client re finalizing notice of bankruptcy stay; finalize notice of stay and letter to plaintiff. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 08/01/12 | Prepare notice of mediation completion date, final status conference and trial date. | L430 | 0.30 | 288.00 | 86.40 |
| RJG | 08/02/12 | Attention to bankruptcy stay and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/06/12 | Exchange correspondence with plaintiff re making first trial loan modification payment. | L160 | 0.10 | 288.00 | 28.80 |
| RJG | 08/27/12 | Attention to case investigation, responsive pleading and pending case issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/28/12 | Attention to demurrer to complaint and case investigation issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/29/12 | Attention to bankruptcy stay and pending civil case issues stayed by the court and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/29/12 | Analyze order on bankruptcy and vacating all dates; prepare notice of | L430 | 0.40 | 288.00 | 115.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329398 | CLIENT | GMAC ResCap | | | Page | 2 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | MATTER | Garavito, Flora Margot | | | | |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | ruling re same; prepare correspondence to client re same. | | | | | |
| RJG | 08/31/12 | Analysis and evaluation of bankruptcy stay and pending case claims and correspondence with our client to respond to an inquiry regarding the same. | L160 | 0.30 | 274.50 | | 82.35 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | | 28.80 |
| DL | 09/04/12 | Exchange further correspondence with client re determining claims stayed and not stayed due to bankruptcy. | L190 | 0.20 | 288.00 | | 57.60 |
| DL | 09/05/12 | Analyze correspondence from plaintiff re making second trial payment. | L190 | 0.10 | 288.00 | | 28.80 |
| RJG | 09/11/12 | Analysis and evaluation of bankruptcy stay, informal resolution and pending case issues and attention to litigation strategy to respond to a client inquiry regarding the same. | L120 | 0.30 | 274.50 | | 82.35 |
| DL | 09/12/12 | Exchange correspondence with client re status of payments on trial payment plan and litigation status. | L190 | 0.20 | 288.00 | | 57.60 |
| DL | 09/24/12 | Discuss plaintiff making third trial payment and dismissal of action for loan modification. | L160 | 0.20 | 288.00 | | 57.60 |
| | | **TOTAL** | | **3.70** | | | **$1,041.30** |

## COSTS & EXPENSES

| | | |
| --- | --- | --- |
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service; 07/31/12 | 78.00 |
| 08/14/12 | One Legal, Inc.; Transmittal of filing to court; Notice of BK 08/02/12 | 49.95 |
| 08/14/12 | DDS Legal Support Systems; Transmittal of filing to court; LASC- Chatsworth 7/16/12 | 44.95 |
| 08/20/12 | One Legal, Inc.; Transmittal of filing to court; Notice, 08/03/12 | 49.95 |
| 09/18/12 | One Legal, Inc.; Transmittal of filing to court; Notice 08/31/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$272.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.   329398 | CLIENT   GMAC ResCap | | Page | 3 |
| | MATTER   Garavito, Flora Margot | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.50 | $411.75 |
| L160 | Settlement/Non-Binding ADR | 0.60 | $168.75 |
| L190 | Other Case Assessment | 0.60 | $172.80 |
| L430 | Written Motions/Submissions | 1.00 | $288.00 |
| | **TOTAL** | **3.70** | **$1,041.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.90 | 288.00 | $547.20 |
| Gandy, Robert | RJG | Special Counsel | 1.80 | 274.50 | $494.10 |
| | **Total** | | **3.70** | | **$1,041.30** |

PRIOR FEES                    $8,858.70

| | |
|---|---|
| FEES | $1,041.30 |
| COSTS & EXPENSES | $272.80 |
| **TOTAL THIS INVOICE** | **$1,314.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329399    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1314    Harper, Kirsten
E-Mail Invoices to Kari Krull

**TOTAL AMOUNT DUE**            **$652.54**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329399      JBS                                      October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  1314        Harper, Kirsten
                               E-Mail Invoices to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| LJT | 06/28/12 | Research title records to ascertain recording of UCC statements by Harper and research Orange County Superior Court Index to ascertain filing of complaint by Harper. | L110 | 0.20 | 130.50 | 26.10 |
| LJT | 06/29/12 | Draft e-mail re property reports pertaining to Harper's property. | L110 | 0.10 | 130.50 | 13.05 |
| SMH | 07/02/12 | Attention to title history, borrower correspondence, draft email to Kari Krull re same. | L190 | 0.30 | 333.00 | 99.90 |
| CHR | 07/02/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| KWF | 07/02/12 | Review and analyze file in preparation for further handling, prepare letter to borrower re debt elimination correspondence. | L190 | 1.00 | 270.00 | 270.00 |
| KWF | 07/19/12 | Evaluate file status, prepare email to client K. Krull advising of no developments and recommending file closing. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 08/09/12 | Receive and analyze borrower correspondence re: "standing" and "real party in interest." | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/09/12 | Prepare email to client, K. Krull, | L120 | 0.20 | 270.00 | 54.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 329399 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Harper, Kirsten | | |

advising of new correspondence from borrower.

| **TOTAL** | **2.60** | **$623.25** |

## COSTS & EXPENSES

| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 310 Fernando Street #106 Orange, CA 06/28/12 | | 29.29 |
| | **TOTAL COSTS & EXPENSES** | **$29.29** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.30 | $39.15 |
| L120 | Analysis/Strategy | 0.50 | $135.00 |
| L190 | Other Case Assessment | 1.80 | $449.10 |
| | **TOTAL** | **2.60** | **$623.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Franich, Kerry | KWF | Associate | 1.60 | 270.00 | $432.00 |
| Tarwater, Linda | LJT | Paralegal | 0.30 | 130.50 | $39.15 |
| Hankins, Suzanne | SMH | Member | 0.30 | 333.00 | $99.90 |
| | **Total** | | **2.60** | | **$623.25** |

| | | |
|---|---|---|
| FEES | $623.25 |
| COSTS & EXPENSES | $29.29 |
| **TOTAL THIS INVOICE** | **$652.54** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329400    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1365    Terraza Maintenance Corporation
E-Mail Invoices to Kari Krull

**TOTAL AMOUNT DUE**          **$648.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329400    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1365    Terraza Maintenance Corporation
E-Mail Invoices to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 08/22/12 | Attention to initial case analysis and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/22/12 | Drafting of a notice of bankruptcy stay and correspondence with to Plaintiff to advise regarding the bankruptcy and automatic stay. | L120 | 0.70 | 274.50 | 192.15 |
| RJG | 08/22/12 | Attention to bankruptcy stay application to pending case claims and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DJR | 08/22/12 | Emails to and from M. K. Sullivan re new matter (Terraza), review complaint, email to S. Gridley re Notice of Stay | L120 | 0.30 | 247.50 | 74.25 |
| CHR | 08/24/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| RJG | 08/28/12 | Attention to bankruptcy stay and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 09/17/12 | Correspondence with our client to advise regarding the court's order vacating the small claims trial in light of the filed notice of bankruptcy stay. | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   329400 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Terraza Maintenance Corp. | | |

| **TOTAL** | **2.60** | **$648.00** |
|---|---|---|

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.20 | $595.80 |
| L190 | Other Case Assessment | 0.40 | $52.20 |
| | **TOTAL** | **2.60** | **$648.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Reed, David J. | DJR | Special Counsel | 0.30 | 247.50 | $74.25 |
| Gandy, Robert | RJG | Special Counsel | 1.90 | 274.50 | $521.55 |
| | **Total** | | **2.60** | | **$648.00** |

| FEES | $648.00 |
|---|---|
| **TOTAL THIS INVOICE** | **$648.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329458    JBS                                October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1021    Silva, Arthur and Kimberly
GMAC Matter No.: 717257

**TOTAL AMOUNT DUE**          **$1,012.84**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329458    JBS                                    October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1021    Silva, Arthur and Kimberly
GMAC Matter No.: 717257

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MJE | 09/11/12 | Review of file in preparation for demurrer; numerous calls to Court clerk regarding ststua | L240 | 1.00 | 279.00 | 279.00 |
| MJE | 09/12/12 | Draft and revision of letter to Court Clerk regarding demurrer hearing; provide courtesy copies of filings | L240 | 1.00 | 279.00 | 279.00 |
| MJE | 09/18/12 | Review of docket for upcoming demurrer hearing and exchange of emails with Plaintiff re same after confirming hearing with Court | L240 | 0.60 | 279.00 | 167.40 |
| MJE | 09/20/12 | Receipt of tentative ruling continuing hearing and informed Plaintiff of same | L240 | 0.50 | 279.00 | 139.50 |
| | | **TOTAL** | | **3.10** | | **$864.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 4907 Patina Court San Diego, CA 08/20/12 | 39.19 |
| 09/26/12 | First Legal Network, LLC; Transmittal of filing to court; SDSC - Vista, CA 09/12/12 | 108.75 |
| | **TOTAL COSTS & EXPENSES** | **$147.94** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L240    Dispositive Motions | 3.10 | $864.90 |
| **TOTAL** | **3.10** | **$864.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No.  329458 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Silva, Arthur & Kimberly | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Esposito, Matthew | MJE | Associate | 3.10 | 279.00 | $864.90 |
| | **Total** | | **3.10** | | **$864.90** |

| | |
|---|---|
| PRIOR FEES | $7,694.10 |
| PRIOR COSTS & EXPENSES | $803.81 |

| | |
|---|---|
| FEES | $864.90 |
| COSTS & EXPENSES | $147.94 |
| **TOTAL THIS INVOICE** | **$1,012.84** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 368991 | 9/15/12 | 9,926.25 | 8 |

## Service Detail

| Date | Ordr No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/12/12 FILING-FAX/PDF | 9511493 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: Liz C. Roberts   Wait: 26 Min Case No.: LASC-BC489627 Please advance First Signed: FILED | LA County Court-Unlimited 111 N Hill St LOS ANGELES      CA 90012 Case Title: Bembry Appearance fees, if Ref: 11951.0054 | Base Chg   :  29.75 PDF Chg   :  11.25 Adv/Wit CK:  435.00 | 476.00 |
| 9/12/12 FILING-BRANCH FAX/PDF | 9511546 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: Liz C. Roberts Case No.: SDSC-37-2011-0005268 Please deliver the a Signed: DELIVERED | SDSC-VISTA 325 SOUTH MELROSE DRIVE VISTA        CA 92083 Case Title: Silva tached docs (3), to Ref: 19000.1021 | Base Chg   :  106.50 PDF Chg   :  2.25 | 108.75 |
| 9/12/12 FILING-FAX/PDF | 9511689 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: MARY CRONIN Case No.: 56 2012 00415881 FILE/CONFORM/RETURN Signed: DROP BOXED | VCSC-VENTURA 800 SOUTH VICTORIA AVENUE VENTURA        CA 93009 Case Title: david maas v bank of Ref: 70000.0766 | Base Chg   :  29.75 | 29.75 |
| 9/12/12 RESEARCH-BRANCH NEXT DAY | 9511769 | BNR | LASC-LONG BEACH 415 WEST OCEAN BOULEVARD LONG BEACH      CA 90802 Caller: Farida Baig Case No.: NC056818 PLEASE GET A CERTIFI Signed: completed | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Case Title: White v. Mortgageit ED COPY OF THE ATTAC Ref: 19000-1285 | Base Chg   :  61.75 Research   :  20.10 Adv/Wit CK:  25.00 | 106.85 |
| 9/12/12 FILING-BRANCH FAX/PDF | 9511799 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: Farida Baig Case No.: NC056818 FILE/CONFORM/RETURN Signed: filed | LA County Court-Long Beach 415 West Ocean Blvd LONG BEACH      CA 90802 Case Title: White v. Mortgageit Ref: 19000-1285 | Base Chg   :  71.75 | 71.75 |
| 9/13/12 RESEARCH-BRANCH SAME DAY | 9512099 | BAR | LASC-WHITTIER 7339 SOUTH PAINTER AVENUE WHITTIER        CA 90602 Caller: VICTORIA Case No.: 12s00673 OBTAIN  OF MINUTE OR Signed: COMPLETED/PDF/ROR | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Case Title: CARFAGNO V WESTRUX I DER FROM 8/20/12 Ref: CARFAGNO V WESTRUX INT | Base Chg   :  98.75 Research   :  13.40 Adv/Wit CK:  1.00 | 113.15 |
| | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329459      JBS                                    October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1066       Riggio, Jaye
                       GMAC Matter No.: 719018

**TOTAL AMOUNT DUE**                    **$862.88**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329459    JBS                                              October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1066    Riggio, Jaye
                         GMAC Matter No.: 719018

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| JDI | 09/04/12 | Review Respondent's Brief filed by co-respondent Prospect Mortgage. | L520 | 0.40 | 279.00 | 111.60 |
| JDI | 09/24/12 | Review appellants' reply brief and correspond with client re same. | L520 | 0.90 | 279.00 | 251.10 |
| | | **TOTAL** | | **1.30** | | **$362.70** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 09/06/12 | Copy Central  Maritime; Outside Copies; Black & White 8 1/2 x 11 Copies - 9 Orig. x 8 Set, Black & White 11 x 17 Copies - 19 Orig. x 17 Set 08/29/12 | 86.94 |
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 1732 Geranium St San Diego, CA 08/06/12 | 23.24 |
| 09/12/12 | Clerk of the Court -D; Court and Filing Fees; First Apperance Fee for GMAC Case. No. D061400. Draft#28553 8/30/12 | 390.00 |

**TOTAL COSTS & EXPENSES**                                    **$500.18**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L520    Appellate Briefs | | 1.30 | $362.70 |
| **TOTAL** | | **1.30** | **$362.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Ives, Jon | JDI | Associate | 1.30 | 279.00 | $362.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329459 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Riggio, Jaye | | | |

| | | | |
|---|---|---|---|
| **Total** | | **1.30** | **$362.70** |

PRIOR FEES                              $22,229.55
PRIOR COSTS & EXPENSES         $2,461.55

| | |
|---|---|
| FEES | $362.70 |
| COSTS & EXPENSES | $500.18 |
| **TOTAL THIS INVOICE** | **$862.88** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**28553**

| DATE | CLIENT | MATTER | PURPOSE |
|---|---|---|---|
| 8/30/12 | 19000 | 1066 | Riggio v. GMAC Mortgage |

CASE/CLIENT
Riggio v. GMAC Mortgage

PURPOSE (cont.)
First appearance fee for
Case No. D061400

**(VOID 60 DAYS AFTER DATE)**

90-3779
121

PAY TO THE
ORDER OF _Clerk of the Court_

THE SUM OF _Three hundred ninety only_ ———— DOLLARS $ _390.—_

PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $650.00.

PAYABLE THROUGH


**Borel Private Bank
& Trust Company®**
433 CALIFORNIA STREET · SAN FRANCISCO, CA 94104

SEVERSON & WERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

BY _____

**NON NEGOTIABLE**

ONE EMBARCADERO CENTER 26th FLOOR · SAN FRANCISCO, CA 94111 · (415) 396-3344
19100 VON KARMAN, SUITE 700 · IRVINE, CA 92612 · (949) 442-7110

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329460    JBS                                      October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1074    Smith, Tia
GMAC Matter No.:  719188

**TOTAL AMOUNT DUE**          $2,169.90

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329460     JBS                                          October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1074     Smith, Tia
GMAC Matter No.:  719188

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 09/04/12 | Analyze correspondence from court reporter re preparation of plaintiff's deposition; exchange correspondence with Aurora's counsel re order staying entire action and continuance of plaintiff's deposition. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 09/10/12 | Prepare correspondence to client re deposition of plaintiff and court staying action based on bankruptcy filing. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 09/27/12 | Analyze notice of setting bankruptcy status conference and prepare correspondence to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **0.70** | | **$201.60** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/13/12 | One Legal, Inc.; Transmittal of filing to court; Notice 08/24/12 | 22.95 |
| 09/25/12 | Esquire Deposition Solutions, LLC; Deposition Transcript; Services Provided on 08/30/2012, Tia Smith (Los Angeles, CA) 09/05/12 | 1,945.35 |
| | **TOTAL COSTS & EXPENSES** | **$1,968.30** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L190 | Other Case Assessment | 0.70 | $201.60 |
| | **TOTAL** | **0.70** | **$201.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 329460 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Smith, Tia | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 0.70 | 288.00 | $201.60 |
| | **Total** | | **0.70** | | **$201.60** |

| PRIOR FEES | $28,736.55 |
|---|---|
| PRIOR COSTS & EXPENSES | $3,697.75 |

| FEES | $201.60 |
|---|---|
| COSTS & EXPENSES | $1,968.30 |
| **TOTAL THIS INVOICE** | **$2,169.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# ESQUIRE
### SOLUTIONS

Toll Free (800) 211-DEPO
Fax (856) 437-5009

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

OK PJR

12000·1074

## Invoice # EQ405449

| | |
|---|---|
| Invoice Date | 09/05/2012 |
| Terms | NET 30 |
| Payment Due | 10/05/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

DAVID LIU ,ESQ.
SEVERSON & WERSON, APC - IRVINE
SUITE 700
19100 VON KARMAN AVENUE
IRVINE, CA 92612

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/30/2012 | SMITH, TIA vs. AMERICAN MORTGAGE NETWOR | 362491 | 09/04/2012 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 08/30/2012, TIA SMITH (LOS ANGELES, CA) | |
| ONE COPY OF TRANSCRIPT PACKAGE | $ 1,020.40 |
| EXHIBITS | $ 407.00 |
| ROUGH ASCII | $ 401.20 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 35.00 |
| COPY HANDLING FEE | $ 50.00 |
| | $ 1,913.60 |
| | |
| DELIVERY-FED EX SAVER | $ 31.75 |
| | $ 31.75 |

Please
APPv.

OK - DML

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 10/20/2012** | **$ 1,945.35** |
| Amount Due After 10/20/2012 | $ 2,139.88 |

Tax Number:   45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | EQ405449 |
| Payment Due: | 10/05/2012 |
| **Amount Due On/Before 10/20/2012** | **$ 1,945.35** |
| Amount Due After 10/20/2012 | $ 2,139.88 |

# ESQUIRE
### SOLUTIONS

DAVID LIU ,ESQ.
SEVERSON & WERSON, APC - IRVINE
SUITE 700
19100 VON KARMAN AVENUE
IRVINE, CA 92612

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

039  0000405449  09052012  5  000194535  7  10052012  10202012  5  000213988  66

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329461      JBS                                                      October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT      19000      GMAC ResCap
MATTER      1120       Manuel, Aubrey
                       GMAC Matter No.: 721026



**TOTAL AMOUNT DUE**            **$912.00**




*** *REMITTANCE COPY* ***
*Please include this page with payment.*




Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329461    JBS                                October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1120    Manuel, Aubrey
                         GMAC Matter No.: 721026

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|-----|-------|------|--------|
| MEH | 09/12/12 | Draft email to client (C. Hancock) outlining initial appellate strategy recommendations. | L120 | 0.40 | 261.00 | 104.40 |
| MEH | 09/20/12 | Exchange multiple emails with client (C. Hancock) re: plaintiff's default for flawed civil case information statement. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 09/26/12 | Exchange multiple emails with client (C. Hancock) re: case status updates. | L520 | 0.30 | 261.00 | 78.30 |
| MEH | 09/26/12 | Review/analyze appellate and trial court dockets re: appellant's designations of record on appeal. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 09/26/12 | Draft counter-designations of record on appeal | L510 | 0.50 | 261.00 | 130.50 |
| MEH | 09/29/12 | Status check: review case file and court dockets for upcoming deadlines. | L510 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | **2.00** | | **$522.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 09/28/12 | Clerk of the Court -D; Court and Filing Fees; First Appearance Fee. Draft#28658 9/14/12 | 390.00 |

**TOTAL COSTS & EXPENSES**                    **$390.00**

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 0.40 | $104.40 |
| L510    Appellate Motions & Submission | 1.30 | $339.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329461 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Manuel, Aubrey | | | | |

| L520 | Appellate Briefs | | 0.30 | $78.30 | | |
|---|---|---|---|---|---|---|
| | **TOTAL** | | **2.00** | **$522.00** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Holt, M. Elizabeth | MEH | Associate | 2.00 | 261.00 | $522.00 |
| | **Total** | | **2.00** | | **$522.00** |

PRIOR FEES                    $16,272.45
PRIOR COSTS & EXPENSES        $2,392.98

| | | |
|---|---|---|
| FEES | | $522.00 |
| COSTS & EXPENSES | | $390.00 |
| **TOTAL THIS INVOICE** | | **$912.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

28658

| | | DATE 9/14/12 | CLIENT 19000 | MATTER 1120 | | PURPOSE First appearance fee |
|---|---|---|---|---|---|---|
| | CASE/CLIENT Manuel v. Greenpoint Mortgage, Case No. C123338N | | | | | |

(VOID 60 DAYS AFTER DATE)

90-3779
1211

PAY TO THE
ORDER OF _____ CLERK OF THE COURT _____

THE SUM OF ___ THREE HUNDRED NINETY and 00/100---------------------- DOLLARS $ 390.00

PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $650.00.

PAYABLE THROUGH

**Borel Private Bank
& Trust Company®**
433 CALIFORNIA STREET • SAN FRANCISCO, CA 94104

SEVERSON & WERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

NON NEGOTIABLE

BY _____

ONE EMBARCADERO CENTER 26th FLOOR - SAN FRANCISCO, CA 94111 - (415) 396-3344
19100 VON KARMAN, SUITE 700 - IRVINE, CA 92612 - (949) 442-7110

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329462    JBS                                          October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1124     Simril, Barbara J.
                   GMAC Matter No.: 721144

**TOTAL AMOUNT DUE**            $5,492.25

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329462      JBS                                    October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 1124      Simril, Barbara J.
                            GMAC Matter No.: 721144

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCN | 09/04/12 | Further analysis of strategy for case in view of violation of stay and upcoming case management conference. | L120 | 0.80 | 306.00 | 244.80 |
| MCN | 09/04/12 | Multiple correspondence with Plaintiff's counsel regarding offer to dismiss action in return for modification of action and analysis of same in view of pending case management conference. | L160 | 1.40 | 306.00 | 428.40 |
| MCN | 09/04/12 | Correspondence with Bonello. | L160 | 0.90 | 306.00 | 275.40 |
| MCN | 09/04/12 | Analysis and evaluation of strategy for settlement and whether cash for keys is appropriate. | L160 | 0.20 | 306.00 | 61.20 |
| MCN | 09/05/12 | Analysis and evaluation of strategy for resolution in view of offer by plaintiff and status of foreclosure. | L160 | 0.50 | 306.00 | 153.00 |
| MCN | 09/05/12 | Further analysis of strategy for motion to strike. | L160 | 0.70 | 306.00 | 214.20 |
| MCN | 09/05/12 | Further analysis of strategy for case management conference in view of pending settlement offer. | L230 | 0.30 | 306.00 | 91.80 |
| MCN | 09/07/12 | Drafting of arguments in support of demurrer to first amended complaint regarding wrongful foreclosure in view of automatic stay. | L240 | 1.20 | 306.00 | 367.20 |
| MCN | 09/07/12 | Plaintiff's refusal to agree to move out date in event modification is not approved. | L160 | 0.60 | 306.00 | 183.60 |
| MCN | 09/07/12 | Further prepare facts to be set forth in demurrer to first amended complaint. | L240 | 0.50 | 306.00 | 153.00 |
| RJG | 09/07/12 | Analysis and evaluation of proposed | L160 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329462 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Simril, Barbara J. | | | | |

| | | settlement terms and issues and attention to settlement strategy. | | | | |
|---|---|---|---|---|---|---|
| MCN | 09/10/12 | Further analysis and prepare arguments for demurrer and motion to strike amended complaint. | L240 | 1.20 | 306.00 | 367.20 |
| MCN | 09/11/12 | Further analysis of terms of settlement proposal and whether to proceed with motion to strike claims seeking monetary relief. | L160 | 0.70 | 306.00 | 214.20 |
| MCN | 09/12/12 | Correspondence with Bonello. | L120 | 0.70 | 306.00 | 214.20 |
| MCN | 09/12/12 | Further analysis of strategy for striking claims in violation of bankruptcy court stay in view of upcoming case management conference. | L240 | 0.40 | 306.00 | 122.40 |
| MCN | 09/13/12 | Correspondence with Bonello and analysis of procedures for case management conference. | L230 | 0.30 | 306.00 | 91.80 |
| MCN | 09/13/12 | Further analysis and preparation of arguments in support of motion to strike and demurrer. | L240 | 1.10 | 306.00 | 336.60 |
| MCN | 09/13/12 | Correspondence with plaintiff's counsel negotiating terms of move-out in event plaintiffs do not qualify for modification. | L160 | 0.30 | 306.00 | 91.80 |
| MCN | 09/14/12 | Telephone call to court clerk to confirm appearance by phone and determine whether case will be stayed due to bankruptcy. | L160 | 0.60 | 306.00 | 183.60 |
| MCN | 09/17/12 | Attendance at case management conference hearing regarding status of default and preparation for additional order to show cause. | L230 | 2.40 | 306.00 | 734.40 |
| MCN | 09/20/12 | Correspondence with Bonello. | L160 | 0.70 | 306.00 | 214.20 |
| MCN | 09/24/12 | Correspondence with plaintiff's counsel regarding position as to settlement to determine whether to request that stay be lifted. | L160 | 0.30 | 306.00 | 91.80 |
| MCN | 09/25/12 | Multiple correspondence with plaintiff's counsel regarding revision to proposed terms of settlement offer and analysis of same. | L160 | 0.40 | 306.00 | 122.40 |
| MCN | 09/27/12 | Correspondence with plaintiff and review strategy for settlement in order | L160 | 0.40 | 306.00 | 122.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329462 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | Simril, Barbara J. | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | to determine whether to seek order lifting stay. | | | | | |
| MCN | 09/28/12 | Further analysis of strategy for settlement in order to determine whether to seek order lifting stay. | L160 | 0.40 | 306.00 | | 122.40 |
| | | **TOTAL** | | **17.30** | | | **$5,284.35** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/13/12 | One Legal, Inc.; Transmittal of filing to court; Amended Notice of Bankruptcy and Suggestion of Automatic Stay 08/22/12 | 49.95 |
| 09/17/12 | CourtCall, LLC; CourtCall - Conference Service; 09/17/12 | 108.00 |
| 09/18/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 08/31/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$207.90** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.50 | $459.00 |
| L160 | Settlement/Non-Binding ADR | 8.40 | $2,560.95 |
| L230 | Court Mandated Conferences | 3.00 | $918.00 |
| L240 | Dispositive Motions | 4.40 | $1,346.40 |
| | **TOTAL** | **17.30** | **$5,284.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Nowlin, Marlene | MCN | Special Counsel | 17.00 | 306.00 | $5,202.00 |
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |
| | Total | | 17.30 | | $5,284.35 |

PRIOR FEES                     $29,443.50
PRIOR COSTS & EXPENSES          $2,506.49

| | |
|---|---|
| FEES | $5,284.35 |
| COSTS & EXPENSES | $207.90 |
| **TOTAL THIS INVOICE** | **$5,492.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# all Debit Ledger for 09/11/2012 through

# Debit Account Number CCDA-01-378

| APP DATE | ATTORNEY | CCID# | COURT | JUDGE | CASENAME/NUMBER | VIDEO/ LATE FEE | FEE / LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| /2 | 9/28/12 Paul Grammatico | 5122504 | Ventura County Superior Court-Ventura | Judge Jeanne Flaherty | Page vs. Wells Fargo Bank/20120415733 | | Refund $78.00 | | ($13,858.40) |
| /14/12 | 9/14/12 Jarlath Curran II | 5140822 | Orange County Superior Court-Santa Ana | Judge Andrew Banks | Brandi L. Langley vs. Wells Fargo Bank N. A./30-2011-00471617 | | Refund $78.00 | | ($13,936.40) |
| 9/14/12 | 9/17/12 Marlene Nowlin | 5164875 | Los Angeles Superior Court-Van Nuys | Judge Russell S. Kussman | Barbara J. Simril vs. GMAC Mortgage, et al/LC095389 | | $78.00 $30.00 | $108.00 | ($13,828.40) |
| | | | | | Reference # 19000.1124 | | | | |
| 9/14/12 | 9/14/12 Ben Eilenberg | 5165085 | Los Angeles Superior Court-Central(M-Z) | Judge Barbara M. Scheper | Ghazarian, et al vs. Wells Fargo Bank N A, et al/BC481657 | | $78.00 $30.00 | $108.00 | ($13,720.40) |
| | | | | | Reference # 55000-0238 | | | | |
| 9/14/12 | 12/14/12 Adam Hutchinson | 5165091 | San Bernardino Superior Court-San Bernardino District | Judge Donna Gunnell Garza | Phillip Palmer vs. Allied Financial/CIVDS1202770 | | $78.00 $0.00 | | ($13,642.40) |
| | | | | | Reference # 07462.0397 | | | | |
| 9/14/12 | 9/18/12 Yaron Shaham | 5165164 | Riverside County Superior Court-Riverside | Judge Daniel A. Ottolia | Cervantes vs. Green Tree Servicing/RIC1210107 | | $78.00 $30.00 | $108.00 | ($13,534.40) |
| | | | | | Reference # 112930161 | | | | |
| 9/14/12 | 9/18/12 Yaron Shaham | 5165179 | Los Angeles Superior Court-Chatsworth | Judge Stephen P. Pfahler | Paul Corrado vs Residential Funding Corp./PC048203 | | $78.00 $30.00 | $108.00 | ($13,426.40) |
| | | | | | Reference # 19000.0651 | | | | |
| 9/14/12 | 11/2/12 Brian Whittemore | 5165184 | Placer County Superior Court | Comr. Trilla E. Bahrke | Christian and Shirley Steele v. Bank of America, N.A., et al/TCV0001799 | | $78.00 $0.00 | $78.00 | ($13,348.40) |
| | | | | | Reference # 70000.0798 | | | | |

2012

From Auto Debit Send on 09/15/12 at 11:15 PM

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329463    JBS                                     October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1175     McLain, Patricia
                     GMAC Matter No.: 723224

**TOTAL AMOUNT DUE**            **$414.32**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329463    JBS                                      October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1175    McLain, Patricia
                        GMAC Matter No.: 723224

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| LJA | 09/06/12 | Calculate applicable recoverable costs and prepare memorandum of costs to the court | L210 | 0.80 | 130.50 | 104.40 |
| KWF | 09/06/12 | Receive and execute draft cost memorandum. | L210 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **0.90** | | **$131.40** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/04/12 | CourtCall, LLC; CourtCall - Conference Service; 08/20/12 | 108.00 |
| 09/06/12 | One Legal, Inc.; Transmittal of filing to court; Demurrer to Second Amended Complaint, Request for Judicial Notice including Court Filing Fee $90 07/30/12 | 99.95 |
| 09/10/12 | Benjamin A. Eilenberg; Transportation; Mileage and parking to Orange County Superior Court, Santa Ana Courthouse, to attend and represent client at Case Management Conference 6/25/12 | 12.91 |
| 09/13/12 | DDS Legal Support Systems; Transmittal of filing to court; Orange County Superior Court., Santa Ana Ca. 8/3/12 | 52.11 |
| 09/26/12 | One Legal, Inc.; Transmittal of filing to court; Memorandum of Costs (Summary & Worksheet) 09/10/12 | 9.95 |

**TOTAL COSTS & EXPENSES**                          **$282.92**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329463 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | McLain, Patricia | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L210    Pleadings | | 0.90 | $131.40 |
| **TOTAL** | | **0.90** | **$131.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 0.10 | 270.00 | $27.00 |
| Ash, Laura | LJA | Paralegal | 0.80 | 130.50 | $104.40 |
| | **Total** | | **0.90** | | **$131.40** |

| PRIOR FEES | $20,776.05 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,619.97 |

| | | |
|---|---|---|
| | FEES | $131.40 |
| | COSTS & EXPENSES | $282.92 |
| | **TOTAL THIS INVOICE** | **$414.32** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Call-Debit Ledger for 08/16/2012 through

## Debit Account Number CCDA-01-378

| APP DATE | ATTORNEY | CCID# | COURT | CASENAME/NUMBER | JUDGE | VIDEO/ LATE FEE | LATE FEE | FEE / TOTAL FEE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| **Reference # 70000.0525** | | | | | | | | | |
| 8/17/12 | Ian Da Cunha | 5082057 | Alameda County Superior Court-Hayward-HOJ | Cleveland vs. Aurora Loan Services, LLC/AG11555349 | Judge Dennis Hayashi | $78.00 | $0.00 | $78.00 | ($14,933.70) |
| **Reference # 11991.0069** | | | | | | | | | |
| 8/7/12 | Bernard Komberg | 5089619 | U.S. Bankruptcy Court-C.D. California (Santa Ana) | Hellesen/11-26193 | Honorable Erithe A. Smith | $65.00 | $0.00 | $65.00 | ($14,868.70) |
| 8/17/12 | Bernard Komberg | 5101713 | U.S. Bankruptcy Court-E.D. California (Sacramento) | Hertzog/12-28955 (CAH-1) | Honorable Michael S. McManus | $37.00 | $0.00 | $37.00 | ($14,831.70) |
| **Reference # 17000-3459** | | | | | | | | | |
| 8/17/12 | Harold Jones | 5116952 | Fresno County Superior Court-Fresno | Negrete vs. Mission Homes/09CECG01744 | Judge Mark Snauffer | $78.00 | $0.00 | $78.00 | ($14,753.70) |
| **Reference # 19000.1105** | | | | | | | | | |
| 8/17/12 | Ben Eilenberg | 5117082 | Orange County Superior Court-Santa Ana | McClain vs. GMAC/30-2012-00535434 | Judge Frederick Horn | $78.00 | $30.00 | $108.00 | ($14,645.70) |
| **Reference # 19000-1175** | | | | | | | | | |
| 8/20/12 | Mary Kate Sullivan | 5117666 | Stanislaus County Superior Court | Chavez vs. The Auto Store of Merced/380682 | Judge Roger Beauchesne | $78.00 | $0.00 | $78.00 | ($14,567.70) |
| 8/20/12 | Thomas Abbott | 5117846 | Sonoma County Superior Court | Novack vs MortgageIT Inc./251005 | Judge Gary Nadler | $78.00 | $0.00 | $78.00 | ($14,489.70) |
| **Reference # 19000.1238** | | | | | | | | | |
| 8/20/12 | Jason Julian | 5118385 | Santa Clara County Superior Court | Nevarez vs. The Bank of New York Mellon, et al./10-111CV212441 | Judge Peter Kirwan | $78.00 | $0.00 | $78.00 | ($14,411.70) |
| **Reference # 70000.0473** | | | | | | | | | |

2012

*(handwritten notations: 30000.6085, 10363.0037)*

From Auto Debit Send on 08/31/12 at 11:19 PM

Page 7

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329464    JBS                                                    October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1213    Woods-White, Elizabeth
                  GMAC Matter No.: 725602
                  Loan No.: 359479670

**TOTAL AMOUNT DUE**            **$1,758.00**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329464    JBS                                      October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1213    Woods-White, Elizabeth
GMAC Matter No.: 725602
Loan No.: 359479670

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 09/07/12 | Draft correspondence to plaintiff's counsel regarding denial of trial loan modification offer due to plaintiff's failure to make first payment | L160 | 0.30 | 238.50 | 71.55 |
| YS | 09/19/12 | Review and analysis of plaintiff's first amended complaint and determine how to respond to the allegations contained therein | L120 | 0.60 | 238.50 | 143.10 |
| YS | 09/19/12 | Draft client's request for judicial notice in support of demurrer to plaintiff's first amended complaint | L210 | 0.50 | 238.50 | 119.25 |
| YS | 09/19/12 | Draft proposed order on client's demurrer to plaintiff's first amended complaint | L210 | 0.30 | 238.50 | 71.55 |
| YS | 09/19/12 | Draft client's notice of demurrer, demurrer, and memorandum of points and authorities in response to plaintiff's first amended complaint | L210 | 3.30 | 238.50 | 787.05 |
| YS | 09/20/12 | Attend hearing on the Court's order to show cause regarding status of client's bankruptcy case | L450 | 1.70 | 238.50 | 405.45 |
| | | **TOTAL** | | **6.80** | | **$1,621.80** |

### COSTS & EXPENSES

09/13/12  One Legal, Inc.; Transmittal of filing to court;                          136.20

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   329464      CLIENT   GMAC ResCap                        Page      2
                          MATTER   Woods-White, Elizabeth

Def. GMAC's Demurrer to Pl's Complaint, Def.
GMAC's Proposed Order ISO Demurrer to Pl's
Complaint, Def. GMAC's RJN...including
Court Filing Fee $60 08/23/12

**TOTAL COSTS & EXPENSES**                              **$136.20**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $143.10 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $71.55 |
| L190 | Other Case Assessment | 0.10 | $23.85 |
| L210 | Pleadings | 4.10 | $977.85 |
| L450 | Trial and Hearing Attendance | 1.70 | $405.45 |
| | **TOTAL** | **6.80** | **$1,621.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 6.80 | 238.50 | $1,621.80 |
| | **Total** | | **6.80** | | **$1,621.80** |

PRIOR FEES                        $10,023.30
PRIOR COSTS & EXPENSES              $736.14

| | |
|---|---|
| FEES | $1,621.80 |
| COSTS & EXPENSES | $136.20 |
| **TOTAL THIS INVOICE** | **$1,758.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

Novato, CA 94947
(800) 938-8815

26-0259046



Novato, CA 94947
(800) 938-8815

SEVERSON & WERSON
ATTN: Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111



| INVOICE No. | |
|---|---|
| 7173218 | |
| Date: | 8/23/12 |
| Cust. No.: | 0000562 |

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 7173218 |
| Inv. Date: | 8/23/12 |
| Due Date: | 9/7/12 |
| Total: | $136.20 |
| Terms: | Net 15 |



| Law Firm Contact: | Yaron Shaham |
|---|---|
| Client File No.: | 19000.1213 |
| Case Short Title: | Elizabeth Woods-White V. GMAC Mortgage, LLC, et al. |
| Documents: | Def. GMAC's Demurrer to Pl's Complaint, Def. GMAC's Proposed Order ISO Demurrer to Pl's Complaint, Def. GMAC's RJN... |
| One Legal Branch: | Los Angeles |
| Court: Description: | Superior Court of California, Los Angeles County |

OK to Pay
J. W.

| COURT FILING FEE | $60.00 |
|---|---|
| COURT FILING SERVICE FEE | $49.95 |
| COURT FILING COPY CHARGE | $16.25 |
| COURTESY COPY | $10.00 |



| Due Date | 9/7/12 | Total This Invoice | $136.20 |
|---|---|---|---|

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       329465       JBS                                      October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1254 | Stone, Lance |
| | | GMAC Matter No.: 727306 |

**TOTAL AMOUNT DUE**            $2,473.80

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   329465   JBS                                    October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 1254   Stone, Lance
GMAC Matter No.: 727306

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994       09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 09/05/12 | Exchange further correspondence with eviction counsel re eviction terms for settlement agreement and review same; prepare correspondence to plaintiff re same. | L160 | 0.40 | 288.00 | 115.20 |
| DL | 09/06/12 | Review and revise settlement agreement re writ of possession and payment of settlement check; exchange correspondence with client and eviction counsel re same. | L160 | 0.70 | 288.00 | 201.60 |
| DL | 09/07/12 | Exchange correspondence with plaintiff's counsel re status of finalizing settlement agreement; exchange correspondence with client and eviction counsel re revisions to settlement agreement. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 09/10/12 | Analyze revised settlement agreement from eviction counsel; exchange correspondence with client and plaintiff's counsel re same. | L160 | 0.40 | 288.00 | 115.20 |
| DL | 09/12/12 | Make further revisions to settlement agreement to remove language re payment of damages; prepare correspondence to client and eviction counsel re same. | L160 | 0.40 | 288.00 | 115.20 |
| DL | 09/13/12 | Exchange further correspondence with client and eviction counsel re changes to settlement agreement re plaintiff's motion to obtain attorneys fees if settlement breached. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 09/14/12 | Revise settlement agreement re | L160 | 0.80 | 288.00 | 230.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329465 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Stone, Lance | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | excluding damages and attorneys's fees; exchange correspondence with client and eviction counsel re same. | | | | |
| DL | 09/17/12 | Exchange correspondence with client and eviction counsel re revising settlement agreement to exclude terms for damages but permitting parties to recover fees and costs. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 09/18/12 | Exchange correspondence with eviction counsel re revisions to settlement agreement and revise same; prepare correspondence to client re further revisions to settlement agreement re excluding provision for damages and recovering fees; and prepare correspondence to plaintiff's counsel re same. | L160 | 1.10 | 288.00 | 316.80 |
| DL | 09/19/12 | Exchange correspondence with client, eviction counsel and plaintiff's counsel re finalizing settlement. | L160 | 0.40 | 288.00 | 115.20 |
| DL | 09/20/12 | Exchange correspondence with eviction counsel re revisions to settlement agreement; review and comment re same; exchange correspondence with client re same. | L160 | 0.50 | 288.00 | 144.00 |
| SMH | 09/24/12 | Attention to status of settlement. | L160 | 0.20 | 333.00 | 66.60 |
| DL | 09/25/12 | Prepare correspondence to client re status of settlement discussions with issue regarding inspection of property. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 09/26/12 | Analyze correspondence from client and eviction counsel re steps needed to inspect property to finalize settlement agreement. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 09/27/12 | Analyze correspondence from client and eviction counsel re finalizing settlement agreement regarding inspection of property. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 09/28/12 | Analyze correspondence with client and eviction counsel re status of settlement. | L160 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **6.50** | | **$1,881.00** |

# COSTS & EXPENSES
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   329465    CLIENT   GMAC ResCap                          Page      3
                        MATTER   Stone, Lance

| | | |
|---|---|---|
| 08/23/12 | PGI- Premiere Global Services; CourtCall - Conference Service; 8/9/12 | 11.05 |
| 09/13/12 | First Legal Network, LLC; Court Services; SDSC- Chula Vista, Ca. 8/14/12. Advance ck. $435.00 | 581.75 |
| | **TOTAL COSTS & EXPENSES** | **$592.80** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 6.50 | $1,881.00 |
| | **TOTAL** | **6.50** | **$1,881.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 6.30 | 288.00 | $1,814.40 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **6.50** | | **$1,881.00** |

| | |
|---|---|
| PRIOR FEES | $18,519.60 |
| PRIOR COSTS & EXPENSES | $1,287.39 |

| | |
|---|---|
| FEES | $1,881.00 |
| COSTS & EXPENSES | $592.80 |
| **TOTAL THIS INVOICE** | **$2,473.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|

| Date | Ordr No. | Svc | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 8/14/12 FILING-REGULAR VEHICLE | 9500767 | REF | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Caller: Ryan Brooks Case No.: TBD Please pick up the o Signed: FILED | SDSC-CHULA VISTA 500 THIRD AVENUE CHULA VISTA    CA 91910 Case Title: MortgageIt v. Bouche riginals from my off Ref: 19000-1254 | Base Chg : Adv/Wit CK: | 146.75 435.00 | 581.75 |
| 8/14/12 PDF COURTESY DELIVERY | 9500817 | PDF | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Caller: Jeff Weddle Case No.: na Tomorrow, 8/15/12, n Signed: DEL | USDC-Central 312 N. Spring Street LOS ANGELES    CA 90012 o later than 10 a.m. Ref: 19000.0928 | Base Chg : PDF Chg : | 25.00 8.25 | 33.25 |
| 8/14/12 FILING-BRANCH NEXT DAY | 9500875 | BFL RET | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Caller: Ryan Brooks Case No.: 37-2012-00012444 Please pick up the o Signed: FILED | San Diego County Court 325 S Melrose VISTA    CA 92081 Case Title: Stell v, GMAC riginals from my off Ref: 19000-1295 | Base Chg : | 48.25 | 48.25 |
| 8/14/12 FILING-BRANCH NEXT DAY | 9500878 | BFL RET | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Caller: Ryan Brooks Case No.: 12W00397 Please pick up the o Signed: FILED | LA County Court-West LA 1633 Purdue Ave LOS ANGELES    CA 90025 Case Title: Binafard v. GMAC riginals from my off Ref: 19000-1250 | Base Chg : | 25.00 | 25.00 |
| 8/14/12 DELIVERY-RUSH VEHICLE | 9500879 | RSH | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Caller: RYAN BROOKS PICK UP DOCS Signed: COMPLETED | FIRST LEGAL-OC/CO#3 301 CIVIC CENTER DRIVE WEST SANTA ANA    CA 92701 9500875-VISTA Ref: 9500875/9500878 | Base Chg : | 19.75 | 19.75 |
| 8/14/12 FILING-BRANCH FAX/PDF | 9500941 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Caller: Liz C. Roberts Case No.: 55000.0164 Please file the atta Signed: FILED | LA County Court-Torrance 825 Maple Ave TORRANCE    CA 90503 Case Title: Uzondu (YC065932) ched doc (I) with th Ref: 55000.0164 | Base Chg : | 71.75 | 71.75 |
| | | | | | | | Continued |

*(handwritten)* split charge
#19000.1295 - 9.87
#19000.1250 - 9.88

## INVOICE PAYMENT DUE UPON RECEIPT



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329466    JBS                                    October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1331    Kemp, Tracy Strode
                  GMAC Matter No.: 730275

**TOTAL AMOUNT DUE**            **$2,423.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329466     JBS                                          October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1331     Kemp, Tracy Strode
                          GMAC Matter No.: 730275

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| BAE | 09/11/12 | Attend hearing on demurrer to complaint. | L240 | 0.90 | 247.50 | 222.75 |
| LJT | 09/13/12 | Draft request for judicial notice in support of demurrer to first amended complaint. | L250 | 0.90 | 130.50 | 117.45 |
| KWF | 09/13/12 | Review and edit draft demurrer to FAC. Prepare email to B. Eilenberg re: same. | L120 | 0.40 | 270.00 | 108.00 |
| BAE | 09/13/12 | Draft demurrer to first amended complaint. | L240 | 3.20 | 247.50 | 792.00 |
| | | **TOTAL** | | **5.40** | | **$1,240.20** |

### COSTS & EXPENSES

| | | |
|--|--|--|
| 09/13/12 | First Legal Network, LLC; Transmittal of filing to court; LA County Court- Lancaster 8/1/12. Advance ck. $870.00 | 1,015.00 |
| 09/17/12 | CourtCall, LLC; CourtCall - Conference Service; 09/11/12 | 108.00 |
| 09/28/12 | Clerk of the Court, LASC; Court and Filing Fees; Filing fee- Demurrer to First Amended Complaint. Draft#28443 9/14/12 | 60.00 |

**TOTAL COSTS & EXPENSES**                    **$1,183.00**

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 0.40 | $108.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&* Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329466    CLIENT    GMAC ResCap                          Page        2
                        MATTER    Kemp, Tracy Strode

| | | | Hours | | Value |
|---|---|---|---|---|---|
| L240 | Dispositive Motions | | 4.10 | | $1,014.75 |
| L250 | Other Written Motions | | 0.90 | | $117.45 |
| | **TOTAL** | | **5.40** | | **$1,240.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 4.10 | 247.50 | $1,014.75 |
| Franich, Kerry | KWF | Associate | 0.40 | 270.00 | $108.00 |
| Tarwater, Linda | LJT | Paralegal | 0.90 | 130.50 | $117.45 |
| | **Total** | | **5.40** | | **$1,240.20** |

PRIOR FEES                          $2,516.85

                                    FEES                $1,240.20
                        COSTS & EXPENSES                $1,183.00
                        **TOTAL THIS INVOICE**          **$2,423.20**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|---|---|
| | | | 23103 | 367743 | 8/15/12 | 9,088.32 | 2 |

| Date | Ordr No. | Svc | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 8/01/12 FILING-FAX/PDF | 9496168 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Caller: Liz C. Roberts Case No.: 70001.0050 Please file the atta Signed: lodged/pdf | San Diego County Court 330 W Broadway SAN DIEGO    CA 92101 Case Title: Olympia Group (37-20 ched doc (1) with th Ref: FILE W/CT ON 08/02/12 | Base Chg  :   29.75 | | 29.75 |
| 8/01/12 FILING-FORWARD FAX/PDF | 9496172 | FFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Caller: Ryan Brooks Case No.: MC023574 Please go to dept A1 Signed: FEES PAID | LA County Court-Lancaster 42011 4th St West LANCASTER    CA 93534 Case Title: Kemp v. Wells Fargo, 0 (S/w Elvira) & adv Ref: 19000-1331 | Base Chg  :  145.00 Adv/Wit CK:  870.00 | | 1,015.00 |
| 8/01/12 OC-UNLIMITED PDF/FAX FILE | 9496222 | OCU | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Caller: Jeff Weddle Case No.: 30-2012-00571890-CU- Pls. file the attach Signed: filed/cc-c24 | OCSC-Central 700 Civic Center Drive West SANTA ANA    CA 92701 Case Title: Younessi v. Bank of ed 2 Replies tomorro Ref: 70000.0809 | Base Chg  :    9.75 | | 9.75 |
| 8/02/12 FILING-REGULAR VEHICLE | 9496390 | REF RET | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Caller: Lorraine Johnson Wait: 35 Min Case No.: N/A RECORD/CONFORM/RETRN | RECORDER-NORWALK 12400 EAST IMPERIAL HIGHWAY NORWALK    CA 90650 *WILL BE AT LORRIANE* Ref: 10597.0194 | Base Chg  :   48.00 Wait      :    3.35 Adv/Wit CK:   33.00 | | 84.35 |
| 8/02/12 RESEARCH-NEXT DAY | 9496431 | NRS | Orange County Court 700 Civic Center Dr West SANTA ANA    CA 92701 Caller: Ryan Brooks Case No.: 30-2011-00532278 Please obtain a CERT Signed: obtained/ror | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Case Title: Quental v. Green Tre IFIED copy of the No Ref: 11293-0137 | Base Chg  :   17.50 Research  :   12.06 Adv/Wit CK:   27.00 | | 56.56 |
| 8/02/12 RESEARCH-SAME DAY | 9496444 | SRS | USDC-SANTA ANA 411 WEST 4TH STREET SANTA ANA    CA 92701 Caller: Jeff Weddle Case No.: CV 12-5276 PA (JCGx) Pls. obtain a CERTIF Signed: obtain/fwd recorders | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Case Title: Awadalla v. GMAC Mor IED copy of the atta Ref: 19000.0070 | Base Chg  :   34.75 Research  :   10.05 Adv/Wit CK:   12.00 | | 56.80 |
| | | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

Hong Dello Hong
Severson & Werson
One Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: 415-398-3344
Fax: 415-956-0439

**Debit Account Number CCDA-01-378**

# To make a payment on this account

**Pay by credit card** by calling our accounting department at (888) 882-6878, option 5 or ask us to **register your debit account for online access** using our website at www.courtcall.com.

**Mail your check** to CourtCall, LLC, 6383 Arizona Circle, Los Angeles, CA 90045, payable to: CourtCall, LLC and write your debit account number in the memo section of the check

## Trust Ledger for 09/11/2012 through 09/15/2012

## Payment of any balance is due in full upon receipt of this statement

| TRAN DATE | APP DATE | ATTORNEY | CCID# | COURT | JUDGE | CASENAME/NUMBER | VIDEO/LATE FEE | LATE FEE | FEE / TOTAL FEE | | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Reference # 70000.0406** | | | | | | | | | |
| 9/11/12 | 9/18/12 | Clayton Gaddis | 5156082 | San Mateo County Superior Court | Judge Dylina/Folles (CMC) | Razo vs. Bank of America, et al/508704 | | | $78.00 | $78.00 | ($16,725.10) |
| | | | | | | | | | $0.00 | | |
| 9/11/12 | 9/7/12 | Andrew Wood | 5140643 | Ventura County Superior Court-Ventura | Judge Jeanne Flaherty | Weller vs Bank of America/2012000412754 | | | Refund | $78.00 | ($16,803.10) |
| | | 7000.0451 | | | | | | | 0 | | |
| 9/11/12 | 9/11/12 | Ben Eilenberg | 5156572 | Los Angeles Superior Court-Lancaster | Judge Brian C. Yep | Kemp vs. Wells Fargo & GMAC/MC023574 | | | $78.00 | $108.00 | ($16,695.10) |
| | | 19000.1331 | | | | | | | $30.00 | | |
| 9/11/12 | 9/21/12 | Thomas Abbott | 4989447 | Alameda County Superior Court-Oakland | Judge Jon Tigar | Ho vs. Wells Fargo Bank/RG12611658 | | | Refund | $78.00 | ($16,773.10) |
| | | 55000.0130  original date 04/25/12 | | | | | | | 0 | | |
| 9/11/12 | 9/11/12 | Brian Whittemore | 5126757 | Santa Clara County Superior Court | Judge Peter Kirwan | Koo vs Wells Fargo Bank/111CV195413 | | | Refund | $78.00 | ($16,851.10) |
| | | 07685.0922 | | | | | | | 0 | | |
| 9/11/12 | 9/14/12 | Evelina Manukyan | 5156621 | Alameda County Superior Court-Oakland | Judge Jon Tigar | Walterson vs. Aurora Loan Services/HG12619281 | | | $78.00 | $78.00 | ($16,773.10) |
| | | | | | | | | | $0.00 | | |
| | | **Reference # 11991.0136** | | | | | | | | | |
| 9/11/12 | 10/11/12 | Harold Jones | 5156730 | Alameda County Superior Court-Oakland | Judge Frank Roesch | Page v. AD Hills Repo Company/HG12633053 | | | $78.00 | $78.00 | ($16,695.10) |
| | | | | | | | | | $0.00 | | |

$ 4342.70

2012

Page 1

nd on 09/15/12 at 11:15 PM



**Severson**
**& Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329467    JBS                                              October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1333    Tikhonov, Albina (3)
                  GMAC Matter No.: 729305

**TOTAL AMOUNT DUE**                    **$833.07**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329467    JBS                                              October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1333    Tikhonov, Albina (3)
                        GMAC Matter No.: 729305

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 09/05/12 | Analysis and evaluation of responsive pleading issues regarding newly named defendants and case investigation issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| RJG | 09/12/12 | Analysis and evaluation of case investigation and issues regarding joinder regarding newly named defendants and attention to litigation strategy. | L120 | 0.50 | 274.50 | 137.25 |
| | | **TOTAL** | | **0.90** | | **$247.05** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 14713 Valleyheart Drive Los Angeles, CA 08/09/12 | 39.19 |
| 09/13/12 | All Countries Courier, Inc.; Messenger; Albina Tikhonov, Sherman Oaks, Ca. 8/13/12 | 7.53 |
| 09/13/12 | DDS Legal Support Systems; Court Services; LASC, Central Distrcit, Los Angeles 8/17/12. Advanced Fees $60.00 | 77.40 |
| 09/13/12 | DDS Legal Support Systems;Transmittal of filing to court ; LASC- Central District, Los Angeles, Ca. 8/13/12. Advance fees $60.00 | 107.45 |
| 09/13/12 | DDS Legal Support Systems; Transmittal of | 354.45 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   329467 | CLIENT   GMAC ResCap | | Page | 2 |
| | MATTER   Tikhonov, Albina (3) | | | |

filing to court; Los Angeles Superior- Main
8/17/12. 8/17/12. Advanced Fees $60.00
57603. Advance fees $240.00 56700.

**TOTAL COSTS & EXPENSES**                                    **$586.02**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120    Analysis/Strategy | | 0.90 | $247.05 |
| **TOTAL** | | **0.90** | **$247.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Gandy, Robert | RJG | Special Counsel | 0.90 | 274.50 | $247.05 |
| | **Total** | | **0.90** | | **$247.05** |

| PRIOR FEES | $12,010.95 |
|---|---|
| PRIOR COSTS & EXPENSES | $199.68 |

| | | |
|---|---|---|
| FEES | $247.05 |
| COSTS & EXPENSES | $586.02 |
| **TOTAL THIS INVOICE** | **$833.07** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

Account Number 5
4669
Invoice Number
268275

## References    -  19000-1333

| | | Origin | Destination | References |
|---|---|---|---|---|
| | 2370914 | ddsla<br>123 S Figueroa St Ste 115<br>Los Angeles CA 90012-5517 | Lasc - Central District<br>111 N Hill St<br>Los Angeles CA 90012 | 19000-1333 |

E-Delivery
Gridley

Remarks:  rjn, demurrer

Documents:

| | |
|---|---|
| E-File/Fax File/E-Delivery | $39.95 |
| Waiting Time | $4.50 |
| Advanced Fees | $60.00  57528 |
| Advanced Costs Surcharge | $3.00 |
| Order Total: | $107.45 |

### References - 19000-1333 Total:                    $107.45

## References    -  19000-170007

| Order Date<br>Order Type<br>Caller | Order ID | Origin | Destination | References |
|---|---|---|---|---|
| 08/08/2012<br>"Economy" Delivery<br>Sabrina Gridley | 2368260 | ddsla<br>123 S Figueroa St Ste 115<br>Los Angeles CA 90012-5517 | Severson & Werson<br>19100 Von Karman Ave Ste 700<br>Irvine CA 92612-6578 | 19000-170007<br>BC464367 |

Remarks:  Go to dept 65 see court reporter- Anne

Documents:

| | |
|---|---|
| "Economy" Delivery | $69.10 |
| Order Total: | $69.10 |

### References - 19000-170007 Total:                    $69.10

## References    -  55000.0282 FOXWELL

| Order Date<br>Order Type<br>Caller | Order ID | Origin | Destination | References |
|---|---|---|---|---|
| 08/09/2012<br>Statewide "Rush" Filing<br>Sabrina Gridley | 2369546 | Severson & Werson<br>19100 Von Karman Ave Ste 700<br>Irvine CA 92612-6578 | San Luis Obispo<br>1050 Monterey St<br>San Luis Obispo CA 93408-6000 | 55000.0282 FOXWELL<br>cv120240 |

Remarks:  CMS

Documents:

| | |
|---|---|
| Statewide "Rush" Filing | $89.00 |
| Order Total: | $89.00 |

### References - 55000.0282 FOXWELL Total:                    $89.00

We appreciate your business!



4669
269221

**References    -  19000.1333**

| Order Date Order Type Caller | Order ID | Origin | Destination | References |
|---|---|---|---|---|
| 08/17/2012 E-File/Fax File/E-Delivery Sabrina Gridley (949) 442-7110 | 2373139 | ddsla 123 S Figueroa St Ste 115 Los Angeles CA 90012-5517 | Los Angeles Superior - (MAIN) 111 N Hill St STE DEPT. 53 Los Angeles CA 90012 | 19000.1333 TIKHONOV v. GMAC BC487215 |

Remarks:  please file and conform; email the face

Documents:

| | | |
|---|---|---|
| E-File/Fax File/E-Delivery | $19.95 | |
| Waiting Time | $4.50 | |
| Advanced Fees | $60.00 | 57603 |
| Advanced Fees | $240.00 | 56700 |
| Advanced Costs Surcharge | $15.00 | |
| Document prep/correction | $15.00 | exihibit tabs double hole punch |
| **Order Total:** | **$354.45** | |

**References - 19000.1333 Total:**        **$354.45**

**References    -  19000-1172**

| Order Date Order Type Caller | Order ID | Origin | Destination | References |
|---|---|---|---|---|
| 08/17/2012 "Economy" Delivery Ryan Brooks (949) 225-7945 | 2373630 | ddsla 123 S Figueroa St Ste 115 Los Angeles CA 90012-5517 | LA Superior - (Northvalley) 9425 Penfield Ave Chatsworth CA 91311 | 19000-1172 Boyd v. GMAC CHA 11W01622 |

Remarks:  Amended Notice of Bankruptcy-Please pick

Documents:

| | |
|---|---|
| "Economy" Delivery | $114.70 |
| **Order Total:** | **$114.70** |

**References - 19000-1172 Total:**        **$114.70**

**References    -  19000-1296**

| Order Date Order Type Caller | Order ID | Origin | Destination | References |
|---|---|---|---|---|
| 08/17/2012 "Economy" Delivery Ryan Brooks (949) 225-7945 | 2373635 | ddsla 123 S Figueroa St Ste 115 Los Angeles CA 90012-5517 | LA Superior - (Northvalley) 9425 Penfield Ave Chatsworth CA 91311 | 19000-1296 Spooner v. GMAC CHA 12W01657 |

Remarks:  Amended Ntc of Bankruptcy Please pick up

Documents:

| | |
|---|---|
| "Economy" Delivery | $114.70 |
| **Order Total:** | **$114.70** |

We appreciate your business!

**References - 19000-1296 Total:**        **$114.70**

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329468    JBS                                October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1346    Marquez, Edgardo M.
                  GMAC Matter No.: 731029

**TOTAL AMOUNT DUE**          **$1,747.48**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329468    JBS                                    October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1346    Marquez, Edgardo M.
                        GMAC Matter No.: 731029

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **0.10** | | **$23.85** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 1811 N. Lincoln Avenue Los Angeles, CA 08/16/12 | 34.24 |
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 1811 North Lincoln Street Los Angeles, CA 08/01/12 | 68.89 |
| 09/11/12 | One Legal, Inc.; Transmittal of filing to court; Demurrer to Complaint, Request for Judicial Notice, Proposed Order on Demurrer, ETS Declaration of Non Monetary...including Court Filing Fee $1305 08/20/12 | 1,354.95 |
| 09/13/12 | First Legal Network, LLC; Court Services; LASC, Burbank 8/6/12 | 78.70 |
| 09/13/12 | First Legal Network, LLC; Court Services; LASC- Burbank, Ca. 8/13/12 | 126.15 |
| 09/13/12 | One Legal, Inc.; Transmittal of filing to court; Supplemental Proof of Service 08/24/12 | 60.70 |

**TOTAL COSTS & EXPENSES**                    **$1,723.63**

### BILLING SUMMARY
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.    329468 | CLIENT    GMAC ResCap | Page | 2 |
| | MATTER    Marquez, Edgardo M. | | |

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190    Other Case Assessment | | 0.10 | $23.85 |
| TOTAL | | 0.10 | $23.85 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | Total | | 0.10 | | $23.85 |

| | | |
|---|---|---|
| PRIOR FEES | $5,842.35 | |
| | FEES | $23.85 |
| | COSTS & EXPENSES | $1,723.63 |
| | TOTAL THIS INVOICE | $1,747.48 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

223

Novato, CA  94947
(800) 938-8815

26-0259046

**REMIT PAYMENT TO:**
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



SEVERSON & WERSON
ATTN: Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| Cust. No.: | 0000562 |
| --- | --- |
| Invoice No.: | 7172899 |
| Inv. Date: | 8/20/12 |
| Due Date: | 9/4/12 |
| Total: | $1,354.95 |
| Terms: | Net 15 |

| INVOICE No. | |
| --- | --- |
| 7172899 | |
| Date: | 8/20/12 |
| Cust. No.: | 0000562 |

| Law Firm Contact: | Joe H Tuffaha |
| --- | --- |
| Client File No.: | 19000.1346 Marquez |
| Case Short Title: | Edgardo M Marquez V. GMAC Mortgage LLC, et al. |
| Documents: | Demurrer to Complaint, Request for Judicial Notice, Proposed Order on Demurrer, ETS Declaration of Non Monetary... |
| One Legal Branch: | Los Angeles |
| Court: Description: | Superior Court of California, Los Angeles County |



| COURT FILING FEE | $1,305.00 |
| --- | --- |
| COURT FILING SERVICE FEE | $49.95 |



| Due Date | 9/4/12 | Total This Invoice | $1,354.95 |
| --- | --- | --- | --- |



BILLING QUESTIONS CALL
PAYMENT QUESTIONS CALL
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 367743 | 8/15/12 | 9,088.32 | 11 |

| Date | Ordr No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/13/12<br>RESEARCH-BRANCH SAME DAY | 9500260 | BAR | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br>Caller: Jeff Weddle<br>Case No.: 10C00297<br>Per the attached LAS<br>Signed: COMPLETED/PDF | LASC-BURBANK<br>300 EAST OLIVE AVENUE<br>BURBANK          CA 91503<br><br>Case Title: GMAC Mortgage v. Mar<br>C Docket dated 8-4-1<br>Ref: 19000.1346 | Base Chg  : 83.00<br>Research   : 30.15<br>Adv/Wit CK: 13.00 | 126.15 |
| 8/13/12<br>RESEARCH-BRANCH SAME DAY | 9500392 | BAR | LASC-WHITTIER<br>7339 SOUTH PAINTER AVENUE<br>WHITTIER          CA 90602<br>Caller: VICTORIA<br>Case No.: 12S00674<br>OBTAIN A COPY OF THE<br>Signed: COMPLETED | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br><br>Case Title: ALICE CARFAGNO V WEL<br>COMPLAINT FIRST THIN<br>Ref: 076850.0000 | Base Chg  : 98.75<br>Research   : 23.45<br>Adv/Wit CK: 3.00 | 125.20 |
| 8/14/12<br>FILING-FORWARD FAX/PDF | 9500638 | FFX | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br>Caller: Liz C. Roberts<br>Case No.: 55000.0127<br>Please file the atta<br>Signed: RECEIVED/EMAILED/ROR | Kern County Court<br>1415 Truxtun Ave<br>BAKERSFIELD          CA 93301<br><br>Case Title: Ames (S-1500-CV-2753<br>ched docs (3) with t<br>Ref: FILE W/CT TODAY | Base Chg  : 145.00 | 145.00 |
| 8/14/12<br>FILING-BRANCH FAX/PDF | 9500645 | BFX | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br>Caller: Liz C. Roberts<br>Case No.: 55000.0209<br>Please file the atta<br>Signed: filed/rcvd | LA County Court-Van Nuys East<br>6230 Sylmar Ave<br>VAN NUYS          CA 91401<br><br>Case Title: Ghione (LC096485)<br>ched docs (3) with t<br>Ref: 55000.0209 | Base Chg  : 71.75 | 71.75 |
| 8/14/12<br>FILING-FAX/PDF | 9500731 | FAX | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br>Caller: MARY CRONIN<br>Case No.: ric1107746<br>FILE BEFORE NOON<br>Signed: filed/received | RCSC-RIVERSIDE<br>4050 MAIN STREET<br>RIVERSIDE          CA 92501<br><br>Case Title: jerold randolph v ba<br>ADVANCE FEES AND PDF<br>Ref: 7000.0121 | Base Chg  : 29.75<br>PDF Chg   : 6.75<br>Adv/Wit CK: 90.00 | 126.50 |
| 8/14/12<br>FILING-FAX/PDF | 9500752 | FAX | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br>Caller: Liz C. Roberts<br>Case No.: 55000.0278<br>Please file the atta<br>Signed: filed | LA County Court-Unlimited<br>111 N Hill St<br>LOS ANGELES          CA 90012<br><br>Case Title: Khachi (BC483809)<br>ched doc (1) with th<br>Ref: 55000.0278 | Base Chg  : 29.75 | 29.75 |
| | | | | | Continued | |

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329469    JBS                                          October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1347 | Solomon, Lawrence and Marilynn |
| | | GMAC Matter No.: 731178 |

**TOTAL AMOUNT DUE**          **$761.99**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329469    JBS                                        October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1347    Solomon, Lawrence and Marilynn
                        GMAC Matter No.: 731178

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **0.10** | | **$23.85** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 28344 Pontevedra Drive Los Angeles, CA 08/06/12 | 63.94 |
| 09/18/12 | One Legal, Inc.; Transmittal of filing to court; Def. GMAC's Demurrer to Pl's Complaint, Def. GMAC's RJN ISO Demurrer to Pl's Complaint, Def. GMAC's Proposed Order...including Court Filing Fee $435 08/30/12 | 518.45 |
| 09/26/12 | First Legal Network, LLC; Transmittal of filing to court; Nevada Cou Superior Ct - Nevada City, CA 09/06/12 | 155.75 |
| | **TOTAL COSTS & EXPENSES** | **$738.14** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---------------------------|--|-------|--------|--|--|
| L190    Other Case Assessment | | 0.10 | $23.85 | | |
| **TOTAL** | | **0.10** | **$23.85** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | **0.10** | | **$23.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329469 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Solomon, Lawrence & Marilynn | | |

PRIOR FEES                         $2,649.60

|  | |
|---|---|
| FEES | $23.85 |
| COSTS & EXPENSES | $738.14 |
| **TOTAL THIS INVOICE** | **$761.99** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**One Legal LLC**
**504 Redwood Blvd., Suite 223**
**Novato, CA  94947**
**(800) 938-8815**

26-0259046

REMIT PAYMENT TO:
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



SEVERSON & WERSON
ATTN: Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 7174013 |
| Inv. Date: | 8/30/12 |
| Due Date: | 9/14/12 |
| Total: | $518.45 |
| Terms: | Net 15 |

| INVOICE No. | |
|---|---|
| 7174013 | |
| Date: | 8/30/12 |
| Cust. No.: | 0000562 |



OK to pay
J-aw

| Law Firm Contact: | Yaron Shaham |
|---|---|
| Client File No.: | 19000.1347 |
| Case Short Title: | Lawrence & Marilynn Salomon V. GMAC Mortgage, LLC, et al. |
| Documents: | Def. GMAC's Demurrer to Pls' Complaint, Def. GMAC's RJN ISO Demurrer to Pls' Complaint, Def. GMAC's Proposed Order... |
| One Legal Branch: | Los Angeles |
| Court: Description: | Superior Court of California, Los Angeles County |

| | |
|---|---|
| COURT FILING FEE | $435.00 |
| COURT FILING SERVICE FEE | $49.95 |
| COURT FILING COPY CHARGE | $23.50 |
| COURTESY COPY | $10.00 |



| Due Date | 9/14/12 | Total This Invoice | $518.45 |
|---|---|---|---|

...etwork LLC

**INVOICE**

...LX 844250 LOS ANGELES, CA 90084—4250

TAX ID= 2T-3093840

| | |
|---|---|
| 270453 | 82035 |
| 9/15/12 | 34,198.42 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | 82035 | 270453 | 9/15/12 | 34,198.42 | 8 |

| Date | Order No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/06/12 FILING-FAX/PDF | 6833824 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Chilly Kada Case No.: 34-2011-00108083 FILE/CONFORM/RETURN Signed: Filed | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO    CA 95814 Case Title: Murray v. Mortgage, CC Dept 54 Ref: 7000.0292 | Base Chg :  29.75 PDF/OvrNte:  4.50 | 34.25 |
| 9/06/12 FILING-FORWARD FAX/PDF | 6833825 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Chilly Kada Case No.: 173052 FILE/CONFORM/RETURN Signed: filed | SHASTA CO SUPERIOR CT-REDDING 1500 COURT STREET REDDING    CA 96001-1686 Case Title: lesinski v boa Ref: 70000.0384 | Base Chg :  120.75 Adv/Wit Ck:  20.00 | 140.75 |
| 9/06/12 RESEARCH-NEXT DAY | 6833885 | NRS | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: DEBORAH L.   Wait:  5 Min Case No.: SEE EMAIL 5 DOCUMENTS Signed: OBTAINED | RECORDER-REDWOOD CITY 401 MARSHALL STREET REDWOOD CITY    CA 94063 Case Title: SEE EMAIL SEE EMAIL *11991-0100* Ref: 5 DOCUMENTS | Base Chg :  67.75 Wait    :  4.00 Adv/Wit Ck:  228.00 | 299.75 |
| 9/06/12 FILING-FAX/PDF | 6833886 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Theresa V   Henry Wait: 15 Min Case No.: CGC12520064 FILE/CONFORM/RETURN Signed: filed cc to dpt 501 | SFSC-SAN FRANCISCO 400 MCALLISTER STREET SAN FRANCISCO    CA 94102 Case Title: POPOV V SUNTRUST BAN CC TO DPET 501 Ref: POPOV V SUNTRUST BANKS *11950-0108* | Base Chg :  29.75 Adv/Wit Ck:  60.00 | 89.75 |
| 9/06/12 FILING-FORWARD FAX/PDF | 6833920 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Verdia Nash Case No.: 75565 FILE/CONFORM/RETURN Signed: DROP BOX | NEVADA COU SUPERIOR CT-NEVADA CITY 201 CHURCH STREET NEVADA CITY    CA 95959-2505 Case Title: SOLOMON V E LOAN Ref: 75565 *19000·1347* | Base Chg :  155.75 | 155.75 |
| 9/06/12 FILING-FORWARD FAX/PDF | 6833935 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Len Shaffer Case No.: MCV057494 FILE/CONFORM/RETURN Signed: filed | MADERA CO SUPERIOR CT-MADERA 209 WEST YOSEMITE AVENUE MADERA    CA 93637-3596 Case Title: BROCKMAN V GMAC COURTESY COPY TO JDG Ref: 19000.1043 | Base Chg :  100.50 | 100.50 |

Continued

**INVOICE PAYMENT DUE UPON RECEIPT**

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        329470        JBS                                October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000        GMAC ResCap
MATTER        1354         Zaveri, Mohammed Y.
                           GMAC Matter No.: 731363

**TOTAL AMOUNT DUE**              **$1,125.69**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329470    JBS                                October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1354    Zaveri, Mohammed Y.
                        GMAC Matter No.: 731363

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 09/19/12 | Telephone conference with Plaintiff's counsel re: settlement. | L160 | 0.30 | 270.00 | 81.00 |
| KWF | 09/19/12 | Prepare email to client, A. Hartshorn, re: settlement, modification review, and possibility of stay of litigation. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 09/20/12 | Prepare email to client, A. Hartshorn, re: loss mitigation package. | L120 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **0.60** | | **$162.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 20300 Landing Circle Orange, CA 08/15/12 | 83.74 |
| 09/18/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy, Answer to Complaint including Court Filing Fee $870 1st App Fees GMAC ETS 08/29/12 | 879.95 |

**TOTAL COSTS & EXPENSES**                        **$963.69**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $81.00 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $81.00 |
| | **TOTAL** | **0.60** | **$162.00** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 329470 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | MATTER | Zaveri, Mohammed Y. | | | | | |

| Franich, Kerry | KWF | Associate | 0.60 | 270.00 | $162.00 |
|---|---|---|---|---|---|
| | **Total** | | **0.60** | | **$162.00** |

PRIOR FEES                          $1,880.55

|  |  |
|---|---|
| FEES | $162.00 |
| COSTS & EXPENSES | $963.69 |
| **TOTAL THIS INVOICE** | **$1,125.69** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815

26-0259046

REMIT PAYMENT TO:
One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815

SEVERSON & WERSON
ATTN: Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

| Cust. No.: | 0000562 |
| Invoice No.: | 5143921 |
| Inv. Date: | 8/29/12 |
| Due Date: | 9/13/12 |
| Total: | $879.95 |
| Terms: | Net 15 |

| INVOICE No. | |
| 5143921 | |
| Date: | 8/29/12 |
| Cust. No.: | 0000562 |

| Law Firm Contact: | KERRY W FRANICH |
| Client File No.: | 19000-1354 |
| Case Short Title: | Mohammed Y. Zaveri vs. GMAC Mortgage, LLC V. N/A |
| Documents: | Notice of Bankruptcy, Answer to Complaint |
| One Legal Branch: | |
| Court: | Superior Court of California, Orange County |
| Description: | |



| COURT FILING FEE | $870.00 |
| E-FILING SERVICE FEE - UNLIMITED | $9.95 |

*(handwritten)* — 1st App Fees
GMAc
ETS

| Due Date | 9/13/12 | Total This Invoice | $879.95 |

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329471      JBS                                    October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1370 | Rivera, Albert |
| | | GMAC Matter No.: 731868 |

**TOTAL AMOUNT DUE**                    **$457.86**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329471    JBS                                        October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1370    Rivera, Albert
                        GMAC Matter No.: 731868

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        09/30/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
|      |      | **TOTAL** | **0.00** |      | **$0.00** |

### COSTS & EXPENSES

| | | |
|---|---|---:|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 1318 Hedionda Avenue San Diego, CA 08/27/12 | 13.34 |
| 09/24/12 | Federal Express Corporation; Federal Express; Clerk of the Court - North Cou San Diego Superior Court 325 S Melrose Dr Vista CA 92081 US 08/30/12 | 9.52 |
| 09/28/12 | Clerk of the Court -D; Court and Filing Fees; First Appearance Fee. GMAC Mortgage LLC. Draft#28417 8/28/12 | 435.00 |
| | **TOTAL COSTS & EXPENSES** | **$457.86** |

### BILLING SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| | **TOTAL** | | **0.00** | **$0.00** | |
| Timekeeper | Position | | Hours | Rate | Value |
| | Total | | 0.00 | | $0.00 |

PRIOR FEES                    $1,029.15

                              COSTS & EXPENSES        $457.86
                              **TOTAL THIS INVOICE**  **$457.86**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329551      JBS                                October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0050      Walker, Shelby S. v. GMAC Mortgage, LLC
                      GMAC Matter No.: 698537

**TOTAL AMOUNT DUE**              **$578.50**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329551    JBS                                      October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0050    Walker, Shelby S. v. GMAC Mortgage, LLC
GMAC Matter No.: 698537

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| JD | 09/11/12 | Prepare for and attend status conference L230 re: BK. | 1.80 | 238.50 | 429.30 |
| | | **TOTAL** | **1.80** | | **$429.30** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/16/12 | One Legal, Inc.; Transmittal of filing to court; Proposed Order Granting GMAC's Motion to Deem Matters Admitted 06/05/12 | 51.20 |
| 09/12/12 | CourtCall, LLC; CourtCall - Conference Service; 09/11/12 | 98.00 |
| | **TOTAL COSTS & EXPENSES** | **$149.20** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L230 | Court Mandated Conferences | 1.80 | $429.30 |
| | **TOTAL** | **1.80** | **$429.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Dykstra, Jonathan | JD | Associate | 1.80 | 238.50 | $429.30 |
| | **Total** | | **1.80** | | **$429.30** |

| | |
|---|---|
| PRIOR FEES | $97,545.41 |
| PRIOR COSTS & EXPENSES | $9,978.15 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329551 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Walker, Shelby S. | | | |

| | | |
|---|---|---|
| FEES | | $429.30 |
| COSTS & EXPENSES | | $149.20 |
| **TOTAL THIS INVOICE** | | **$578.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329552    JBS                                    October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|---|---|---|
| MATTER | 0704 | Casas, Hermina |
| | | GMAC Matter No.: 732095 |

**TOTAL AMOUNT DUE**            $7,741.24

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329552    JBS                                October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0704    Casas, Hermina
                        GMAC Matter No.: 732095

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/01/12 | Analysis of matter and strategize re amending complaint. | L210 | 0.60 | 279.00 | 167.40 |
| RSS | 08/01/12 | Research and draft revised complaint. | L210 | 2.80 | 288.00 | 806.40 |
| RSS | 08/02/12 | Research, draft and revise complaint and confer with team regarding same. | L210 | 5.80 | 288.00 | 1,670.40 |
| ERB | 08/03/12 | Review and revise draft Complaint. | L210 | 0.50 | 279.00 | 139.50 |
| RSS | 08/03/12 | Research, draft, and revise complaint. | L210 | 2.10 | 288.00 | 604.80 |
| ERB | 08/06/12 | Review complaint with attention to potential UCC issues and strength of claim. | L210 | 0.40 | 279.00 | 111.60 |
| RSS | 08/06/12 | Research, draft, and revise complaint and confer with team regarding same. | L210 | 3.10 | 288.00 | 892.80 |
| RSS | 08/07/12 | Revise, finalize and file complaint. | L210 | 1.90 | 288.00 | 547.20 |
| RSS | 08/15/12 | Review materials to prepare case, including materials for service of summons. | L120 | 0.30 | 288.00 | 86.40 |
| RSS | 08/17/12 | Review and return voicemessage from outside party. | L190 | 0.20 | 288.00 | 57.60 |
| RSS | 08/20/12 | Review correspondence regarding service of process. | L210 | 0.20 | 288.00 | 57.60 |
| RSS | 08/21/12 | Meet with T. Buell regarding case status and strategy and prepare for and follow up regarding same. | L120 | 0.90 | 288.00 | 259.20 |
| RJG | 09/04/12 | Attention to complaint and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L210 | 0.30 | 274.50 | 82.35 |
| RSS | 09/05/12 | Meet and confer with opposing counsel regarding pleadings, deadlines, and case status, and follow up regarding same. | L210 | 0.40 | 288.00 | 115.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329552 | CLIENT | GMAC ResCap | | | Page | 2 |

| | | MATTER | Casas, Hermina | | | | |

| RSS | 09/05/12 | Review and analyze case documents to prepare litigation strategy. | L120 | 0.80 | 288.00 | 230.40 |
|---|---|---|---|---|---|---|
| RSS | 09/11/12 | Confer with M. Heller, counsel for Metlife and title companies, regarding complaint, case status, and potential settlement, and prepare for and follow up regarding same. | L210 | 0.90 | 288.00 | 259.20 |
| RSS | 09/18/12 | Review and analyze case materials and coordinate with client regarding same to prepare case strategy. | L110 | 1.20 | 288.00 | 345.60 |
| RSS | 09/26/12 | Meet and confer with outside counsel for Metlife and title companies regarding case status, complaint, and possible settlement, and follow up regarding same including review and analysis of case materials. | L210 | 1.70 | 288.00 | 489.60 |
| RSS | 09/27/12 | Conduct factual and legal research and analysis regarding case status and strategy and confer and coordinate with J. Sullivan and S. Huo regarding same. | L120 | 2.60 | 288.00 | 748.80 |
| | | **TOTAL** | | **26.70** | | **$7,672.05** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/07/12 | One Legal, Inc.; Transmittal of filing to court; Request for Dismissal without Prejudice - Entire Action 07/30/12 | 9.95 |
| 08/14/12 | One Legal, Inc.; Transmittal of filing to court; Request for Dismissal with Prejudice - Party 08/01/12 | 9.95 |
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 408 E. Chestnut Avenue Orange, CA 08/03/12 | 13.34 |
| 09/11/12 | One Legal, Inc.; Serv Process, Subpoena Fees; Civil Case Cover Sheet, Summons, Complaint, ADR Information Package, Notice re Bookmarking, Civil Department...Served: The Union Labor Life Insurance Company 818 West Seventh Street Los Angeles, CA 90017 08/20/12 | 35.95 |
| | **TOTAL COSTS & EXPENSES** | **$69.19** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   329552 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|
| | MATTER | Casas, Hermina | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.20 | $345.60 |
| L120 | Analysis/Strategy | 4.60 | $1,324.80 |
| L190 | Other Case Assessment | 0.20 | $57.60 |
| L210 | Pleadings | 20.70 | $5,944.05 |
| | TOTAL | 26.70 | $7,672.05 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 1.50 | 279.00 | $418.50 |
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |
| Saelao, Rebecca | RSS | Special Counsel | 24.90 | 288.00 | $7,171.20 |
| | Total | | 26.70 | | $7,672.05 |

| | | |
|---|---|---|
| PRIOR FEES | $6,126.75 | |
| PRIOR COSTS & EXPENSES | $184.13 | |

| | |
|---|---|
| FEES | $7,672.05 |
| COSTS & EXPENSES | $69.19 |
| **TOTAL THIS INVOICE** | **$7,741.24** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329553      JBS                                    October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000     GMAC ResCap
MATTER      1269      Nyamekye, Adwoa
                      GMAC Matter No.: 717293

**TOTAL AMOUNT DUE**          $2,360.70

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329553    JBS                                    October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1269    Nyamekye, Adwoa
GMAC Matter No.: 717293

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 08/28/12 | Draft and prepare clients' case management statement in light of pending case management conference hearing | L210 | 0.30 | 238.50 | 71.55 |
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 09/04/12 | Review and analysis of plaintiff's first amended complaint and determine how to respond | L120 | 0.50 | 238.50 | 119.25 |
| YS | 09/04/12 | Draft proposed order sustaining the clients' demurrer to plaintiff's first amended complaint | L210 | 0.30 | 238.50 | 71.55 |
| YS | 09/04/12 | Draft clients' request for judicial notice in support of demurrer to plaintiff's first amended complaint | L210 | 0.50 | 238.50 | 119.25 |
| YS | 09/04/12 | Draft clients' notice of demurrer, demurrer, and memorandum of points and authorities in support of demurrer to plaintiff's first amended complaint | L210 | 2.50 | 238.50 | 596.25 |
| JHT | 09/06/12 | Reviewed case file and case notes in preparation for Case Management Conference. | L190 | 0.30 | 238.50 | 71.55 |
| YS | 09/07/12 | Further drafting and revising of the notice of continued case management conference and order to show cause regarding failure to serve the first amended complaint on co-defendants | L210 | 0.20 | 238.50 | 47.70 |
| JHT | 09/07/12 | DRafted Notice of Continued Case Management Conference and Order to Show Cause Regarding Service of | L210 | 0.40 | 238.50 | 95.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329553 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Nyamekye, Adwoa | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Plaintiff's First Amended Complaint. | | | | | |
| JHT | 09/07/12 | Appeared at Case Management Conference. | L230 | 3.70 | 238.50 | | 882.45 |
| JHT | 09/07/12 | Drafted correspondence to client regarding case status. | L190 | 0.20 | 238.50 | | 47.70 |
| | | **TOTAL** | | **9.00** | | | **$2,146.50** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/18/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 08/30/12 | 49.95 |
| 09/26/12 | First Legal Network, LLC; Court Services; LA County Court - Unlimited Los Angeles, CA 09/06/12 Adv/Ck; $60 | 99.50 |
| 09/26/12 | First Legal Network, LLC; Transmittal of filing to court; LA County Court - Unlimited Los Angeles, CA 09/07/12 | 64.75 |
| | **TOTAL COSTS & EXPENSES** | **$214.20** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $119.25 |
| L190 | Other Case Assessment | 0.60 | $143.10 |
| L210 | Pleadings | 4.20 | $1,001.70 |
| L230 | Court Mandated Conferences | 3.70 | $882.45 |
| | **TOTAL** | **9.00** | **$2,146.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 4.60 | 238.50 | $1,097.10 |
| Shaham, Yaron | YS | Special Counsel | 4.40 | 238.50 | $1,049.40 |
| | **Total** | | **9.00** | | **$2,146.50** |

| | |
|---|---|
| PRIOR FEES | $3,036.15 |
| PRIOR COSTS & EXPENSES | $143.50 |

| | |
|---|---|
| FEES | $2,146.50 |
| COSTS & EXPENSES | $214.20 |
| **TOTAL THIS INVOICE** | **$2,360.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329554    JBS                                        October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1299    Pacheco, Carlos
                  GMAC Matter No.: 729442

**TOTAL AMOUNT DUE**               **$491.62**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329554    JBS                              October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1299    Pacheco, Carlos
                        GMAC Matter No.: 729442

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DHC | 09/07/12 | Conference with Adam Barasch re strategy at continued hearing on RFS motion. | L250 | 0.30 | 337.50 | 101.25 |
| ANB | 09/12/12 | Consult and confer with client regarding clarification as to additional information needed supplemental declaration in support of relief from stay, confirm need to continue relief from stay hearing, draft, review, revise and file notice of continued relief from stay hearing notice | L210 | 1.00 | 292.50 | 292.50 |
| | | **TOTAL** | | **1.30** | | **$393.75** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| | 09/24/12 | Adam N. Barasch; Travel and Expenses to; Court Appearance at Motion to Dismiss adversary complaint, Objection to Plan Confirmation hearing (2) 9/6/12 | 97.87 |
| | | **TOTAL COSTS & EXPENSES** | **$97.87** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L210 | Pleadings | 1.00 | $292.50 |
| L250 | Other Written Motions | 0.30 | $101.25 |
| | **TOTAL** | **1.30** | **$393.75** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   329554 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | MATTER | Pacheco, Carlos | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 1.00 | 292.50 | $292.50 | |
| Cram, Donald | DHC | Member | 0.30 | 337.50 | $101.25 | |
| | **Total** | | **1.30** | | **$393.75** | |

PRIOR FEES                                   $2,261.25

|  | |
|---|---|
| FEES | $393.75 |
| COSTS & EXPENSES | $97.87 |
| **TOTAL THIS INVOICE** | **$491.62** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329555     JBS                                              October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1349      Martinez, Erica
                     GMAC Matter No.: 731380

**TOTAL AMOUNT DUE**               $290.79

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329555       JBS                                          October 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  1349     Martinez, Erica
                           GMAC Matter No.: 731380

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        09/30/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| DHC | 09/07/12 | Conference with Adam Barasch re loan  L190 modification as resolution. | 0.50 | 337.50 | 168.75 |
|  |  | **TOTAL** | **0.50** |  | **$168.75** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; CA-Kern, Document 2006.121180 08/08/12 | 24.75 |
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 11310 Westerham Court, Kern, CA 08/08/12 | 97.29 |
| | **TOTAL COSTS & EXPENSES** | **$122.04** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L190 | Other Case Assessment | 0.50 | $168.75 | | |
| | **TOTAL** | **0.50** | **$168.75** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 |
| | **Total** | | **0.50** | | **$168.75** |

PRIOR FEES                        $1,676.25

| | | |
|---|---|---|
| | FEES | $168.75 |
| | COSTS & EXPENSES | $122.04 |
| | **TOTAL THIS INVOICE** | **$290.79** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement