# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    330520    JBS

November 1, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1368 | Gonzalez, Efran |
| | | GMAC Matter No.: 731767 |

**TOTAL AMOUNT DUE**          $2,679.38

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    330520    JBS                                    November 1, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1368    Gonzalez, Efran
GMAC Matter No.: 731767

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| WJI | 09/01/12 | Review and analyze allegations of the complaint and strategize regarding response to opposing counsel. | L120 | 0.60 | 256.50 | 153.90 |
| WJI | 09/02/12 | Draft correspondence to opposing counsel regarding the rescission status of the foreclosure sale. | L110 | 0.20 | 256.50 | 51.30 |
| WJI | 09/02/12 | Draft and revise stipulation to opposing counsel to continue the preliminary injunction hearing. | L120 | 0.70 | 256.50 | 179.55 |
| WJI | 09/02/12 | Teleconference with opposing counsel regarding the status of the foreclosure sale. | L110 | 0.20 | 256.50 | 51.30 |
| WJI | 09/03/12 | Teleconference with opposing counsel regarding terms of stipulation to continue the preliminary injunction hearing. | L190 | 0.30 | 256.50 | 76.95 |
| RJG | 09/05/12 | Analysis and evaluation of temporary restraining order/preliminary injunction and responsive pleading issues and attention to potential informal resolution terms. | L250 | 0.40 | 274.50 | 109.80 |
| LJT | 09/06/12 | Research title records re rescission of trustee's deed upon sale and draft e-mail re same. | L110 | 0.20 | 130.50 | 26.10 |
| RJG | 09/06/12 | Analysis and evaluation of rescission of trustee's sale and preliminary injunction issues and attention to litigation and informal resolution strategy. | L120 | 0.40 | 274.50 | 109.80 |
| RJG | 09/07/12 | Attention to service of process and responsive pleading issues and | L120 | 0.20 | 274.50 | 54.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 330520 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Gonzalez, Efran | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | correspondence with our client to respond to an inquiry regarding the same. | | | | |
| RJG | 09/13/12 | Analysis and evaluation of the court's order postponing the preliminary injunction hearing and attention to responsive pleading issues. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 09/14/12 | Analysis and evaluation of preliminary injunction and responsive pleading issues and attention to litigation strategy. | L120 | 0.40 | 274.50 | 109.80 |
| RJG | 09/17/12 | Analysis and evaluation of Plaintiff's Chapter 13 bankruptcy petition and proposed settlement terms to advise our client regarding litigation and settlement strategy. | L120 | 0.30 | 274.50 | 82.35 |
| WJI | 09/17/12 | Correspondence with opposing counsel regarding dismissal of complaint. | L190 | 0.80 | 256.50 | 205.20 |
| WJI | 09/17/12 | Analysis and evaluation of loan contact history file. | L120 | 1.40 | 256.50 | 359.10 |
| WJI | 09/17/12 | Drafting of status update and proposal to settle to client. | L190 | 0.60 | 256.50 | 153.90 |
| RJG | 09/19/12 | Analysis and evaluation of rescission of trustee's sale and proposed settlement terms and attention to settlement strategy. | L120 | 0.30 | 274.50 | 82.35 |
| WJI | 09/19/12 | Drafting of letter to opposing counsel confirming rescission of sale. | L160 | 2.30 | 256.50 | 589.95 |
| WJI | 09/24/12 | Draft correspondence to opposing counsel regarding request for dismissal. | L190 | 0.20 | 256.50 | 51.30 |
| WJI | 09/27/12 | Correspondence with client regarding status of the case dismissal. | L190 | 0.20 | 256.50 | 51.30 |
| | | **TOTAL** | | **10.00** | | **$2,581.20** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 26866 Vista Allegra Riverside, CA 08/24/12 | | 98.18 |
| | **TOTAL COSTS & EXPENSES** | **$98.18** | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   330520 | CLIENT | GMAC ResCap | Page | 3 |
| | MATTER | Gonzalez, Efran | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.60 | $128.70 |
| L120 | Analysis/Strategy | 4.60 | $1,214.10 |
| L160 | Settlement/Non-Binding ADR | 2.30 | $589.95 |
| L190 | Other Case Assessment | 2.10 | $538.65 |
| L250 | Other Written Motions | 0.40 | $109.80 |
| | **TOTAL** | **10.00** | **$2,581.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tarwater, Linda | LJT | Paralegal | 0.20 | 130.50 | $26.10 |
| Gandy, Robert | RJG | Special Counsel | 2.30 | 274.50 | $631.35 |
| Idleman, William J. | WJI | Associate | 7.50 | 256.50 | $1,923.75 |
| | **Total** | | **10.00** | | **$2,581.20** |

PRIOR FEES                    $1,424.25

| | |
|---|---|
| FEES | $2,581.20 |
| COSTS & EXPENSES | $98.18 |
| **TOTAL THIS INVOICE** | **$2,679.38** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    330521    JBS                                  November 1, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER   1371    Alexander-Kasparik, Rosalind
                     GMAC Matter No.: 731760

**TOTAL AMOUNT DUE**          $3,632.69

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    330521    JBS

November 1, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1371    Alexander-Kasparik, Rosalind
GMAC Matter No.: 731760

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/27/12 | Analysis and evaluation of case investigation and pending case issues and attention to litigation and responsive pleading strategies. | L120 | 0.40 | 274.50 | 109.80 |
| WJI | 09/03/12 | Review and analyze chain of title in support of drafting demurrer to Plaintiff's complaint. | L110 | 0.40 | 256.50 | 102.60 |
| WJI | 09/03/12 | Review and analyze legal argument of Plaintiff's complaint. | L120 | 0.50 | 256.50 | 128.25 |
| WJI | 09/03/12 | Draft and revise demurrer to Plaintiff's complaint. | L210 | 1.10 | 256.50 | 282.15 |
| RJG | 09/05/12 | Analysis and evaluation of responsive pleading and pending case issues and attention to litigation and responsive pleading strategy. | L250 | 0.30 | 274.50 | 82.35 |
| WJI | 09/05/12 | Drafting of introduction and statement of facts to the demurrer to Plaintiff's Complaint. | L210 | 1.20 | 256.50 | 307.80 |
| RJG | 09/06/12 | Analysis and evaluation of complaint issues and attention to responsive pleading arguments and strategy. | L250 | 0.30 | 274.50 | 82.35 |
| WJI | 09/06/12 | Draft and revise legal argument of the demurrer to Plaintiff's complaint. | L210 | 3.80 | 256.50 | 974.70 |
| RJG | 09/07/12 | Analysis and evaluation of complaint issues and review and revise the demurrer to the complaint. | L250 | 1.10 | 274.50 | 301.95 |
| RJG | 09/07/12 | Analysis and evaluation of bankruptcy stay application to complaint claims and attention to litigation strategy. | L120 | 0.40 | 274.50 | 109.80 |
| WJI | 09/07/12 | Draft and revise case analysis memo to | L120 | 1.50 | 256.50 | 384.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 330521 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Alexander-Kasparik, Rosalind | | | | |

| | | client regarding response strategy to Plaintiff's complaint. | | | | |
|---|---|---|---|---|---|---|
| WJI | 09/07/12 | Revise and edit demurrer to Plaintiff's complaint. | L210 | 2.10 | 256.50 | 538.65 |
| LJT | 09/17/12 | Draft request for judicial notice in support of demurrer. | L250 | 0.40 | 130.50 | 52.20 |
| WJI | 09/17/12 | Review and revise request for judicial notice. | L210 | 0.30 | 256.50 | 76.95 |
| | | **TOTAL** | | **13.80** | | **$3,534.30** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 1021 Scott Street #149 San Diego, CA 08/27/12 | | 98.39 |
| | **TOTAL COSTS & EXPENSES** | **$98.39** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.40 | $102.60 |
| L120 | Analysis/Strategy | 2.80 | $732.60 |
| L210 | Pleadings | 8.50 | $2,180.25 |
| L250 | Other Written Motions | 2.10 | $518.85 |
| | **TOTAL** | **13.80** | **$3,534.30** |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Tarwater, Linda | LJT | | Paralegal | 0.40 | 130.50 | $52.20 |
| Gandy, Robert | RJG | | Special Counsel | 2.50 | 274.50 | $686.25 |
| Idleman, William J. | WJI | | Associate | 10.90 | 256.50 | $2,795.85 |
| | | **Total** | | **13.80** | | **$3,534.30** |

| | | |
|---|---|---|
| PRIOR FEES | $1,551.60 | |
| | FEES | $3,534.30 |
| | COSTS & EXPENSES | $98.39 |
| | **TOTAL THIS INVOICE** | **$3,632.69** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    330522    JBS                                      November 1, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER   1378    Twitty, Marc
                        GMAC Matter No.: 732106

**TOTAL AMOUNT DUE**            $5,570.55

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    330522    JBS                                        November 1, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1378    Twitty, Marc
                        GMAC Matter No.: 732106

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| LJT | 09/05/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff. | L110 | 0.40 | 130.50 | 52.20 |
| LJT | 09/06/12 | Review title records and prepare chronology. | L110 | 1.10 | 130.50 | 143.55 |
| NKS | 09/13/12 | Review Complaint and supporting documents | L110 | 1.10 | 247.50 | 272.25 |
| LJT | 09/14/12 | Ascertain status foreclosure sale, e-mail re same. | L110 | 0.10 | 130.50 | 13.05 |
| NKS | 09/18/12 | Continue review of Complaint and accompanying documents | L110 | 0.20 | 247.50 | 49.50 |
| NKS | 09/19/12 | Begin drafting demurrer. | L240 | 2.10 | 247.50 | 519.75 |
| NKS | 09/19/12 | Reviewed timeline, complaint, exhibits, and sample demurrer in similar cases. | L240 | 1.20 | 247.50 | 297.00 |
| NKS | 09/20/12 | Continue drafting demurrer; conduct cross-reference and research into CA Mortgage statutes. | L240 | 4.30 | 247.50 | 1,064.25 |
| NKS | 09/21/12 | Continue drafting and revising Demurrer | L240 | 6.20 | 247.50 | 1,534.50 |
| NKS | 09/25/12 | Completed revisions to Demurrer; incorporated facts from review of client docs and loan file. | L240 | 3.00 | 247.50 | 742.50 |
| SMH | 09/26/12 | Attention to demurrer draft, reassignment of matter. | L210 | 0.30 | 333.00 | 99.90 |
| NKS | 09/26/12 | Confer without opposing counsel re: extension of time to file responsive pleading. | L240 | 0.30 | 247.50 | 74.25 |
| DB | 09/26/12 | Review internal correspondence regarding preparation of demurrer and extension of deadline for same. | L240 | 0.20 | 256.50 | 51.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 330522 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Twitty, Marc | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|
| SMH | 09/28/12 | Attention to QWR request. | L110 | 0.20 | 333.00 | 66.60 |
| DB | 09/28/12 | Draft internal memorandum regarding series of correspondence from opposing counsel. | L320 | 0.70 | 256.50 | 179.55 |
| DB | 09/28/12 | Review Complaint in preparation to draft response to pleading and response to RESPA demand for production. | L310 | 0.50 | 256.50 | 128.25 |
| DB | 09/28/12 | Review series of correspondence from opposing counsel which included a RESPA demand for production and request to postpone the foreclosure sale. | L320 | 0.60 | 256.50 | 153.90 |
| DB | 09/28/12 | Research procedural law in order to prepare response to series of correspondence from opposing counsel. | L310 | 0.50 | 256.50 | 128.25 |
| | | **TOTAL** | | **23.00** | | **$5,570.55** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 3.10 | $597.15 |
| L210 | Pleadings | 0.30 | $99.90 |
| L240 | Dispositive Motions | 17.30 | $4,283.55 |
| L310 | Written Discovery | 1.00 | $256.50 |
| L320 | Document Production | 1.30 | $333.45 |
| | **TOTAL** | **23.00** | **$5,570.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Berkley, David Allan | DB | Associate | 2.50 | 256.50 | $641.25 |
| Tarwater, Linda | LJT | Paralegal | 1.60 | 130.50 | $208.80 |
| Singh, Navdeep Kumar | NKS | Associate | 18.40 | 247.50 | $4,554.00 |
| Hankins, Suzanne | SMH | Member | 0.50 | 333.00 | $166.50 |
| | **Total** | | **23.00** | | **$5,570.55** |

PRIOR FEES                          $304.20

FEES              $5,570.55

**TOTAL THIS INVOICE**       $5,570.55

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        330523        JBS

November 1, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000        GMAC ResCap
MATTER        1379         Becerra, Patricia
                           GMAC Matter No.: 732149

**TOTAL AMOUNT DUE**             $7,912.39

## *** REMITTANCE COPY ***

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        330523        JBS                                          November 1, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  1379      Becerra, Patricia
                            GMAC Matter No.: 732149

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| LJT | 08/31/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff, and review dockets re status of same. | L110 | 0.40 | 130.50 | 52.20 |
| RJG | 08/31/12 | Analysis and evaluation of Plaintiff's complaint and attention to case investigation and litigation strategy. | L120 | 1.00 | 274.50 | 274.50 |
| RJG | 08/31/12 | Attention to initial case analysis and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| JBS | 09/04/12 | Analysis and evaluation of defense strategy. | L120 | 0.30 | 427.50 | 128.25 |
| CHR | 09/04/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| LJT | 09/05/12 | Review title records and prepare chronology and Pacer research to ascertain any new bankruptcy filings by plaintiff. | L110 | 0.90 | 130.50 | 117.45 |
| RJG | 09/05/12 | Analysis and evaluation of responsive pleading and case investigation issues and attention to responsive pleading strategy. | L250 | 0.30 | 274.50 | 82.35 |
| RJG | 09/06/12 | Analysis and evaluation of Plaintiffs' prior bankruptcy actions and case investigation and attention to litigation | L120 | 0.40 | 274.50 | 109.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 330523 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Becerra, Patricia | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | and responsive pleading strategy. | | | | |
| WJI | 09/06/12 | Fact analysis and review recent case law applicable to the res judicata argument in the demurrer to Plaintiff's complaint. | L210 | 2.20 | 256.50 | 564.30 |
| LJT | 09/07/12 | Additional Pacer research to ascertain new bankruptcy filing by plaintiff due to postponement of foreclosure sale due to bankruptcy, draft e-mail re same. | L110 | 0.20 | 130.50 | 26.10 |
| RJG | 09/07/12 | Attention to case investigation issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 09/07/12 | Analysis and evaluation of bankruptcy stay application to complaint claims and attention to litigation strategy. | L120 | 0.40 | 274.50 | 109.80 |
| WJI | 09/07/12 | Draft and revise case analysis memo to client regarding response strategy to Plaintiff's complaint. | L110 | 1.30 | 256.50 | 333.45 |
| WJI | 09/07/12 | Begin drafting of demurrer to Plaintiff's complaint. | L210 | 2.10 | 256.50 | 538.65 |
| RJG | 09/10/12 | Analysis and evaluation of case investigation and responsive pleading issues and correspondence with our client to advise regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| WJI | 09/10/12 | Draft and revise robo-signing argument of the demurrer to the complaint. | L210 | 2.10 | 256.50 | 538.65 |
| WJI | 09/10/12 | Review and analyze plaintiff's claims in relation to bankruptcy stay order. | L210 | 0.80 | 256.50 | 205.20 |
| WJI | 09/11/12 | Analysis and evaluation of recent case law regarding robo-signing allegations. | L210 | 1.80 | 256.50 | 461.70 |
| WJI | 09/11/12 | Drafting of legal argument of demurrer to the complaint. | L210 | 1.20 | 256.50 | 307.80 |
| RJG | 09/12/12 | Analysis and evaluation of Plaintiff's complaint issues and review and revise the demurrer to the complaint. | L250 | 0.90 | 274.50 | 247.05 |
| WJI | 09/12/12 | Review and revise demurrer to plaintiff's complaint. | L210 | 4.20 | 256.50 | 1,077.30 |
| WJI | 09/13/12 | Drafting of memorandum to client regarding the status of pleadings. | L190 | 0.20 | 256.50 | 51.30 |
| RJG | 09/14/12 | Analysis and evaluation of bankruptcy stay application to pending case claims and attention to litigation strategy. | L120 | 0.50 | 274.50 | 137.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 330523 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Becerra, Patricia | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| WJI | 09/14/12 | Drafting of letter to plaintiff regarding bankruptcy stay. | L190 | 1.10 | 256.50 | 282.15 |
| WJI | 09/14/12 | Drafting of letter to plaintiff regarding foreclosure sale and loan modification review. | L190 | 0.70 | 256.50 | 179.55 |
| WJI | 09/14/12 | Drafting of notice of bankruptcy stay to the court. | L210 | 1.10 | 256.50 | 282.15 |
| RJG | 09/17/12 | Analysis and evaluation of issues regarding complaint claims stayed by the Residential Capital bankruptcy and claims permitted to proceed to advise our client regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| WJI | 09/17/12 | Review and revise letter to plaintiff regarding bankruptcy stay. | L190 | 1.80 | 256.50 | 461.70 |
| WJI | 09/17/12 | Drafting of email to client regarding bankruptcy stay. | L190 | 0.30 | 256.50 | 76.95 |
| WJI | 09/18/12 | Telephone call with MERS regarding approach to demurrer. | L190 | 0.60 | 256.50 | 153.90 |
| WJI | 09/18/12 | Review and revise MERS argument of the demurrer to the complaint. | L210 | 1.50 | 256.50 | 384.75 |
| LJT | 09/19/12 | Draft request for judicial notice in support of demurrer. | L250 | 0.60 | 130.50 | 78.30 |
| LJT | 09/19/12 | Pacer research to ascertain any new bankruptcy filing by plaintiff, e-mail re same. | L110 | 0.10 | 130.50 | 13.05 |
| WJI | 09/19/12 | Correspondence with client regarding plaintiff's bankruptcy status. | L120 | 0.30 | 256.50 | 76.95 |
| WJI | 09/19/12 | Factual investigation into Plaintiff's bankruptcy filing history. | L120 | 0.30 | 256.50 | 76.95 |
| | | **TOTAL** | | **31.30** | | **$7,838.55** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 13657 Darwin Drive Riverside, CA 08/31/12 | 73.84 |
| | **TOTAL COSTS & EXPENSES** | **$73.84** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 330523 | CLIENT | GMAC ResCap | |
| | | MATTER | Becerra, Patricia | |

Page        4

| | | | | |
|---|---|---|---|---|
| L110 | Fact Investigation/Development | | 2.90 | $542.25 |
| L120 | Analysis/Strategy | | 4.50 | $1,270.35 |
| L190 | Other Case Assessment | | 5.10 | $1,257.75 |
| L210 | Pleadings | | 17.00 | $4,360.50 |
| L250 | Other Written Motions | | 1.80 | $407.70 |
| | **TOTAL** | | **31.30** | **$7,838.55** |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Rommell, Clair | CHR | | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | | Member | 0.30 | 427.50 | $128.25 |
| Tarwater, Linda | LJT | | Paralegal | 2.20 | 130.50 | $287.10 |
| Gandy, Robert | RJG | | Special Counsel | 4.80 | 274.50 | $1,317.60 |
| Idleman, William J. | WJI | | Associate | 23.60 | 256.50 | $6,053.40 |
| | **Total** | | | **31.30** | | **$7,838.55** |

| | | |
|---|---|---|
| FEES | | $7,838.55 |
| COSTS & EXPENSES | | $73.84 |
| **TOTAL THIS INVOICE** | | **$7,912.39** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     330526     JBS

November 1, 2012

n/a
n/a

CLIENT    19000    GMAC ResCap
MATTER    9997     ResCap Bankruptcy Issues
                   GMAC Matter No.: 733619

**TOTAL AMOUNT DUE**          $26,732.25

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      330526      JBS                                November 1, 2012

n/a
n/a
Matter    19000 9997    ResCap Bankruptcy Issues
GMAC Matter No.: 733619

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DHC | 05/25/12 | Legal research case law on extending the protection of the automatic stay to non-debtor entities. | L190 | 2.00 | 337.50 | 675.00 |
| MKS | 06/21/12 | Study and review briefing submitted in support of request for limited relief from stay, transcript of hearing re same and interim order issued after hearing to provide recommendation to client regarding effect of Bankruptcy filing and scope of claims effected by limited relief from stay. | L190 | 0.50 | 270.00 | 135.00 |
| MKS | 06/21/12 | Study and review briefing submitted in support of request for limited relief from stay, transcript of hearing re same and interim order issued after hearing to provide recommendation to client regarding effect of Bankruptcy filing and scope of claims effected by limited relief from stay. | L190 | 0.50 | 270.00 | 135.00 |
| MKS | 06/21/12 | Analysis and study of Interim order and request by client to identify claims to be stayed and claims to move forward under the terms of the Interim order issued by Bankruptcy Court. Review of briefings and transcripts related to the issuance of the Interim Order for purposes of responding to same. | L190 | 0.60 | 270.00 | 162.00 |
| MKS | 06/21/12 | Analysis and study of Interim order and request by client to identify claims to be stayed and claims to move forward under the terms of the Interim order issued by Bankruptcy Court. Review of briefings and transcripts related to the | L190 | 0.60 | 270.00 | 162.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 330526 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | ResCap Bankruptcy Issues | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | issuance of the Interim Order for purposes of responding to same. | | | | |
| DHC | 06/21/12 | Review ResCap Motion for Limited Stay Relief, Transcript of Hearing and Interim Order. | L250 | 2.50 | 337.50 | 843.75 |
| DHC | 06/21/12 | Conference with John Sullivan, Mary Kate Sullivan, Ted Buell, Suzanna Hankins and Robert Gandy re Interim Order for Limited Stay Relief entered in ResCap BK and impact on litigation. | L250 | 1.00 | 337.50 | 337.50 |
| DHC | 06/27/12 | Conference with Client re interpretation and implementation of limited stay relief. | L190 | 1.00 | 337.50 | 337.50 |
| MKS | 06/29/12 | Bankruptcy administration. Review draft declaration in support of request to be named retained counsel.  Draft and send e-mail to attorneys and paralegals to obtain information needed for same. Review responses from attorneys and paralegals. | L120 | 5.00 | 270.00 | 1,350.00 |
| DHC | 07/01/12 | Conference with John Sullivan, Mary Kate Sullivan and Ted Buell re disclosures required by employment application. | L190 | 0.50 | 337.50 | 168.75 |
| DHC | 07/01/12 | Drafting of firmwide inquiry as to relationships with ResCap entities. | L190 | 0.50 | 337.50 | 168.75 |
| DHC | 07/01/12 | Review and revise Employment application. | L120 | 3.00 | 337.50 | 1,012.50 |
| MKS | 07/02/12 | Receive and review responses to inquiries to attorneys and paralegals for information needed to complete declaration in support of request to employ as retained counsel. | L120 | 1.80 | 270.00 | 486.00 |
| MKS | 07/02/12 | Review and revise draft declaration in support of employment application to Bankruptcy court | L210 | 0.80 | 270.00 | 216.00 |
| DHC | 07/02/12 | Review and revise Employment Application. | L120 | 1.00 | 337.50 | 337.50 |
| DHC | 07/02/12 | Correspondence with Jordan Wishnew re Employment Application and timing for hearing on approval. | L190 | 0.50 | 337.50 | 168.75 |
| DMG | 07/05/12 | Review and revise application for employment as counsel | L120 | 0.70 | 382.50 | 267.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 330526 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | ResCap Bankruptcy Issues | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| JBS | 07/05/12 | Review and revise application for retained counsel designation | L120 | 0.90 | 427.50 | 384.75 |
| MKS | 07/05/12 | Review correspondence from MoFo related to draft Application to be retained.  Revise and revise draft application and declaration in support. | L190 | 2.00 | 270.00 | 540.00 |
| DHC | 07/05/12 | Review comments from debtor's counsel re employment application. | L190 | 1.00 | 337.50 | 337.50 |
| DHC | 07/05/12 | Conference with John Sullivan, Mary Kate Sullivan and Duane Geck re revisions to employment application. | L190 | 0.50 | 337.50 | 168.75 |
| DHC | 07/05/12 | Review and revise Employment Application. | L190 | 2.50 | 337.50 | 843.75 |
| DHC | 07/06/12 | Correspondence with Res Cap counsel re revisions to employment application and firm's pre-petition claim. | L190 | 2.00 | 337.50 | 675.00 |
| DHC | 07/09/12 | Correspondence with debtor's counsel re further revisions to application for retention and U.S. Trustee's comments to form of order. | L190 | 1.00 | 337.50 | 337.50 |
| DHC | 07/13/12 | Correspondence with debtor's counsel re need for supplemental declaration to respond to U.S. Trustee's objections to retention application. | L250 | 0.50 | 337.50 | 168.75 |
| JBS | 07/16/12 | Analysis and evaluation of further affidavit necessary for retention as retained counsel | L120 | 1.20 | 427.50 | 513.00 |
| DHC | 07/16/12 | Conference with John Sullivan and Mary Kate Sullivan re supplemental declaration in support of application for retention. | L190 | 1.00 | 337.50 | 337.50 |
| DHC | 07/16/12 | Review and revise draft of supplemental declaration. | L190 | 0.50 | 337.50 | 168.75 |
| DMG | 07/18/12 | Review bankruptcy court order for interim compensation procedures and prepare and organize for complying with court order for monthly statements and interim fee applications | L120 | 1.80 | 382.50 | 688.50 |
| JBS | 07/18/12 | Analysis and evaluation of order on retention of Severson & Werson as retained counsel and billing | L120 | 0.50 | 427.50 | 213.75 |
| DHC | 07/18/12 | Correspondence with Debtor's counsel re guidance re compliance with Court's | L250 | 0.50 | 337.50 | 168.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   330526      **CLIENT**   GMAC ResCap                    Page      4
                          **MATTER**   ResCap Bankruptcy Issues

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Order re compensation. | | | | |
| DHC | 07/18/12 | Review Order Establishing Procedures for Interim Compensation. | L120 | 1.00 | 337.50 | 337.50 |
| DHC | 07/18/12 | Conference with John Sullivan, Mark Lonergan, Duane Geck and Ron Manuel re compliance with Court's Order re compensation. | L120 | 1.00 | 337.50 | 337.50 |
| DMG | 07/19/12 | Prepare for hearing on motion to employ S&W | L250 | 0.50 | 382.50 | 191.25 |
| JBS | 07/19/12 | Analysis and evaluation of appearance at hearing for confirmation of retained counsel and questions regarding potential conflicts | L120 | 0.70 | 427.50 | 299.25 |
| MKS | 07/19/12 | Study and review new Notice of bankrutpcy Stay in light of entry of Final Supplemental Order. | L210 | 0.50 | 270.00 | 135.00 |
| DHC | 07/19/12 | Review Bankruptcy Court docket for opposition to employment application. | L120 | 1.00 | 337.50 | 337.50 |
| DHC | 07/19/12 | Conference with debtor's counsel re creditor's committees opposition to employment application and appearance at hearing on 7/24/12. | L190 | 1.00 | 337.50 | 337.50 |
| DHC | 07/20/12 | Correspondence with debtor's counsel re appearance at hearing on application for employment. | L190 | 0.30 | 337.50 | 101.25 |
| DHC | 07/20/12 | Conference with John Sullivan, Mary Kate Sullivan and Duane Geck re appearance at hearing on application for employment. | L120 | 0.50 | 337.50 | 168.75 |
| DMG | 07/23/12 | Prepare for bankruptcy court hearing on employment of S&W | L250 | 0.80 | 382.50 | 306.00 |
| DMG | 07/23/12 | Analysis and administration of case handling and implementation of bankruptcy court order modifying stay in non-judicial foreclosure matters | L190 | 0.60 | 382.50 | 229.50 |
| MKS | 07/23/12 | Prepare for and attend general meeting re: Final Supplemental Order and new Notice of Stay Template. | L190 | 0.50 | 270.00 | 135.00 |
| DHC | 07/23/12 | Conference with GMACM attorney team re billing guidelines and time entries. | L190 | 0.50 | 337.50 | 168.75 |
| DHC | 07/23/12 | Drafting of Monthly Statement Form for interim compensation and expense | L190 | 1.00 | 337.50 | 337.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 330526 | CLIENT | GMAC ResCap | | | Page | 5 |
|---|---|---|---|---|---|---|---|
| | | MATTER | ResCap Bankruptcy Issues | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | reimbursement. | | | | |
| DHC | 07/23/12 | Correspondence with Stacy Molison at MoFo re prepetition fee arrangement and ethical wall between Ally and GMACM work teams. | L190 | 0.50 | 337.50 | 168.75 |
| DHC | 07/23/12 | Review Notice re Telephonic Participation and Proposed Agenda for ResCap hearings 8/24/12. | L190 | 0.50 | 337.50 | 168.75 |
| DHC | 07/23/12 | Prepare for court appearance at Hearing on Application for Retention of Firm in ResCap BK. | L250 | 1.50 | 337.50 | 506.25 |
| DMG | 07/24/12 | Prepare for bankruptcy court hearing on employment of S&W | L250 | 0.40 | 382.50 | 153.00 |
| DMG | 07/24/12 | Prepare monthly statement format and prepare monthly statement submission | L190 | 1.30 | 382.50 | 497.25 |
| DMG | 07/24/12 | Meet with D. Cram, T. Buell and E. Holt re scope of stay modification on appeals where debtor employees are named defendants | L190 | 0.60 | 382.50 | 229.50 |
| JBS | 07/24/12 | Analysis and evaluation of summary statement for retained counsel | L120 | 0.50 | 427.50 | 213.75 |
| MKS | 07/24/12 | Appear (telephonically) at hearing in SDNY Bankruptcy court hearing re:retention application | L250 | 3.00 | 270.00 | 810.00 |
| DHC | 07/24/12 | Attendance at hearing on application to approve retention of Firm in ResCap BK. | L190 | 3.00 | 337.50 | 1,012.50 |
| DHC | 07/24/12 | Review and revise Form Monthly Statement for interim compensation. | L190 | 1.00 | 337.50 | 337.50 |
| DHC | 07/24/12 | Review and revise Schedule A to Monthly Statement. | L190 | 2.00 | 337.50 | 675.00 |
| DMG | 07/25/12 | Prepare monthly statement for distribution pursuant to court procedures order | L250 | 0.40 | 382.50 | 153.00 |
| DHC | 07/25/12 | Drafting of Cover letter to Noticed parties re Monthly Statement for interim compensation. | L190 | 1.00 | 337.50 | 337.50 |
| DHC | 07/25/12 | Review Exhibits to Monthly Statement for interim compensation. | L190 | 1.50 | 337.50 | 506.25 |
| DHC | 07/25/12 | Correspondence with counsel for Debtors re entry of order approving retention application and form of Monthly Statement for interim | L190 | 0.50 | 337.50 | 168.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 330526 | CLIENT | GMAC ResCap | | | Page | 6 |
|---|---|---|---|---|---|---|---|
| | | MATTER | ResCap Bankruptcy Issues | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | compensation. | | | | |
| DMG | 07/30/12 | Analysis and applicaiton of scope of stay modification to foreclosure cases | L120 | 0.40 | 382.50 | 153.00 |
| DMG | 07/31/12 | Review Notice to Assume and Assign executory contract with S&W | L120 | 0.80 | 382.50 | 306.00 |
| DMG | 08/01/12 | Review submission of Monthly Statements for May 15 - June 30 period | L120 | 0.40 | 382.50 | 153.00 |
| DHC | 08/03/12 | Correspondence with debtor's counsel re status of review of interim fee monthly statement and invoices. | L190 | 0.50 | 337.50 | 168.75 |
| DHC | 08/10/12 | Correspondence with debtor's counsel re review of invoices and monthly statement for reimbursement. | L190 | 0.50 | 337.50 | 168.75 |
| MKS | 08/15/12 | Review and compare new template for Notice of Bankruptcy stay. | L120 | 0.40 | 270.00 | 108.00 |
| DMG | 08/17/12 | Review court order re procedures for interim fee applications and review issues for monthly statements and fee applications and prepare for same | L120 | 0.50 | 382.50 | 191.25 |
| DHC | 08/17/12 | Conference with John Sullivan and Duane Geck and Ron Manuel re July, 2012 billing and service of Monthly Statement for interim compensation. | L190 | 0.50 | 337.50 | 168.75 |
| DHC | 08/28/12 | Correspondence with Client re terms of Bankruptcy Court's order establishing procedures for interim compensation and parties to receive copies of invoices. | L190 | 0.50 | 337.50 | 168.75 |
| DHC | 09/04/12 | Drafting of Monthly Fee Statement for Interim Compensation for time period July 1, 2012 to July 30, 2012. | L190 | 1.00 | 337.50 | 337.50 |
| DHC | 09/04/12 | Drafting of cover letter to Noticed Parties re Monthly Fee Statement for July, 2012. | L190 | 0.50 | 337.50 | 168.75 |
| DHC | 09/04/12 | Conference with billing department re invoices and crafting Exhibit A to Monthly Statement. | L190 | 1.00 | 337.50 | 337.50 |
| DMG | 09/05/12 | Preparation of monthly statements for August services for distribution pursuant to bankruptcy court order | L120 | 0.40 | 382.50 | 153.00 |
| DHC | 09/05/12 | Correspondence with debtor's counsel re no objections to Monthly Statement and upcoming interim fee application. | L190 | 0.50 | 337.50 | 168.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 330526 | **CLIENT** | GMAC ResCap | | | Page | 7 |
|---|---|---|---|---|---|---|---|
| | | **MATTER** | ResCap Bankruptcy Issues | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| DHC | 09/05/12 | Review Order Setting Claims Bar Date. | L190 | 0.50 | 337.50 | 168.75 |
| DHC | 09/05/12 | Review and revise Monthly Statement for July 1 - July 31 fees and costs. | L190 | 1.00 | 337.50 | 337.50 |
| DHC | 09/06/12 | Correspondence with debtor's counsel re mechanics for receiving payment after objections deadline to monthly statement has expired. | L190 | 0.50 | 337.50 | 168.75 |
| DHC | 09/06/12 | Review Form of interim fee application suggested by debtor's counsel. | L190 | 1.00 | 337.50 | 337.50 |
| DHC | 09/13/12 | Correspondence with Client re timing of payment of invoices. | L190 | 0.30 | 337.50 | 101.25 |
| DMG | 09/14/12 | Review court procedures for interim fee application and emails from debtor's counsel re same | L120 | 0.40 | 382.50 | 153.00 |
| DHC | 09/26/12 | Drafting of Monthly Statement for Compensation and Expense Reimbursement for August, 2012. | L190 | 1.00 | 337.50 | 337.50 |
| DHC | 09/26/12 | Drafting of Cover letter to Noticed Parties re Monthly Statement for August, 2012. | L190 | 0.50 | 337.50 | 168.75 |
| DHC | 09/26/12 | Conference with Accounting Department and attention to preparation of schedule exhibits to Monthly Statement. | L190 | 1.00 | 337.50 | 337.50 |
| | | **TOTAL** | | **80.10** | | **$26,732.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 23.90 | $8,165.25 |
| L190 | Other Case Assessment | 43.80 | $14,577.75 |
| L210 | Pleadings | 1.30 | $351.00 |
| L250 | Other Written Motions | 11.10 | $3,638.25 |
| | **TOTAL** | **80.10** | **$26,732.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 50.10 | 337.50 | $16,908.75 |
| Geck, Duane | DMG | Member | 10.00 | 382.50 | $3,825.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 330526 | CLIENT | GMAC ResCap | | | Page | 8 |
|---|---|---|---|---|---|---|---|
| | | MATTER | ResCap Bankruptcy Issues | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sullivan, John | JBS | Member | | 3.80 | 427.50 | $1,624.50 |
| Sullivan, Mary Kate | MKS | Member | | 16.20 | 270.00 | $4,374.00 |
| | | **Total** | | **80.10** | | **$26,732.25** |

|  |  |  |
|---|---|---|
| | FEES | $26,732.25 |
| **TOTAL THIS INVOICE** | | **$26,732.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331624    JBS

November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0003    Anderson, Karl T. and Hooper, Monique v. ETS Services, LLC
GMAC Matter No.: 691868

**TOTAL AMOUNT DUE**          **$882.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 331624 | JBS | November 8, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| Matter | 19000 0003 | Anderson, Karl T. and Hooper, Monique v. ETS Services, LLC |
|---|---|---|
| | | GMAC Matter No.: 691868 |

## FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 10/01/12 | Draft monthly case status update | L190 | 0.10 | 238.50 | 23.85 |
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| DHC | 10/09/12 | Review and revise Status Report Regarding Bankruptcy Proceeding. | L190 | 0.50 | 337.50 | 168.75 |
| JDI | 10/09/12 | Prepare status report re GMAC and ETS bankruptcy proceedings per court order. | L250 | 1.50 | 279.00 | 418.50 |
| JDI | 10/10/12 | Review case for bankruptcy related issues. | L120 | 0.50 | 279.00 | 139.50 |
| JDI | 10/25/12 | Correspond with A. Starr re appellate brief. | L510 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | **3.00** | | **$862.20** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/18/12 | Pacer Service Center; Data Search; Account No. SW0061. 7/1/12 - 9/30/12 | 20.60 |
| | **TOTAL COSTS & EXPENSES** | **$20.60** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $167.40 |
| L190 | Other Case Assessment | 0.60 | $192.60 |
| L250 | Other Written Motions | 1.50 | $418.50 |
| L510 | Appellate Motions & Submission | 0.30 | $83.70 |
| | **TOTAL** | **3.00** | **$862.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    331624 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Anderson, Karl & Hooper, M. | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Ives, Jon | JDI | Associate | 2.30 | 279.00 | $641.70 |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | **3.00** | | **$862.20** |

PRIOR FEES                              $28,431.00
PRIOR COSTS & EXPENSES          $2,233.65

| | | |
|---|---|---|
| FEES | $862.20 |
| COSTS & EXPENSES | $20.60 |
| **TOTAL THIS INVOICE** | **$882.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        331625        JBS

November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0073 | Bonner, Charles A. v. GMAC Mortgage, Inc., et al. |
| | | GMAC Matter No.: 696525 |

**TOTAL AMOUNT DUE**        $385.65

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# $\mathcal{S}$everson
# $\mathscr{C}$Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331625    JBS

November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0073    Bonner, Charles A. v. GMAC Mortgage, Inc., et al.
GMAC Matter No.: 696525

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 10/02/12 | Call with client. | L190 | 0.20 | 238.50 | 47.70 |
| MGC | 10/02/12 | Review settlement discussions with plaintiff's counsel per client request. | L160 | 1.30 | 238.50 | 310.05 |
| | | **TOTAL** | | **1.60** | | **$385.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 1.30 | $310.05 |
| L190 | Other Case Assessment | 0.20 | $47.70 |
| | **TOTAL** | **1.60** | **$385.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Cross, Michael | MGC | Associate | 1.50 | 238.50 | $357.75 |
| | | **Total** | **1.60** | | **$385.65** |

PRIOR FEES                        $35,098.47
PRIOR COSTS & EXPENSES            $2,090.52

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331625        CLIENT    GMAC ResCap                                    Page        2
                             MATTER    Bonner, Charles A.

|  | FEES | $385.65 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$385.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331626    JBS

November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0111    Officer, Karen and Robert v. CitiMortgage, Inc.
GMAC Matter No.: 697786

**TOTAL AMOUNT DUE**          **$450.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331626      JBS

November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0111      Officer, Karen and Robert v. CitiMortgage, Inc.
GMAC Matter No.: 697786

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MKS | 10/19/12 | Research and report in response to client's request for updated information on status of bankruptcy stay, filing of notice and remaining claims and parties. | L190 | 0.20 | 270.00 | 54.00 |
| MKS | 10/23/12 | Attention to and strategy re: going forward with foreclosure sale in light of court's stay in appellate matter. | L190 | 0.30 | 270.00 | 81.00 |
| MEH | 10/23/12 | Telephone call with client (J. Holtgren) re: bankruptcy stay and advisability of proceeding with foreclosure. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 10/23/12 | Draft email to client (J. Holtgren) following up re: advisability of proceeding with foreclosure. | L510 | 0.80 | 261.00 | 208.80 |
| | | **TOTAL** | | **1.70** | | **$450.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 0.50 | $135.00 |
| L510 | Appellate Motions & Submission | 1.10 | $287.10 |
| | **TOTAL** | **1.70** | **$450.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   331626 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Officer, Karen & Robert | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Holt, M. Elizabeth | MEH | Associate | 1.10 | 261.00 | $287.10 |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| | **Total** | | **1.70** | | **$450.00** |

| PRIOR FEES | $8,136.90 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,007.66 |

| FEES | $450.00 |
|---|---|
| **TOTAL THIS INVOICE** | **$450.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331627    JBS                                November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0156     Alton, Patricia v. GMAC Mortgage, LLC
                   GMAC Matter No.: 695737

**TOTAL AMOUNT DUE**          $7,750.15

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331627    JBS

November 8, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0156    Alton, Patricia v. GMAC Mortgage, LLC
GMAC Matter No.: 695737

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ACS | 10/02/12 | Prepare case management statement | L190 | 0.30 | 288.00 | 86.40 |
| ACS | 10/09/12 | Attend case management conference | L190 | 2.50 | 288.00 | 720.00 |
| ACS | 10/12/12 | Prepare draft amended notice of bankruptcy stay | L190 | 1.10 | 288.00 | 316.80 |
| ACS | 10/12/12 | Outline motion for judgment on the pleadings | L250 | 1.80 | 288.00 | 518.40 |
| ACS | 10/15/12 | Prepare draft motion for judgment on pleadings | L250 | 4.10 | 288.00 | 1,180.80 |
| ACS | 10/16/12 | Prepare motion for judgment on pleadings | L250 | 3.80 | 288.00 | 1,094.40 |
| ACS | 10/17/12 | Revise draft motion for judgment on pleadings | L250 | 2.60 | 288.00 | 748.80 |
| ACS | 10/17/12 | Analyze pleadings & outcome in related Alton v. JPMorgan Chase matter | L190 | 0.60 | 288.00 | 172.80 |
| ACS | 10/17/12 | Outline case assessment | L190 | 0.90 | 288.00 | 259.20 |
| ACS | 10/17/12 | Phone call with codefendant Greenpoint's counsel re: case status, Greenpoint demurrer outcome and next steps | L190 | 0.30 | 288.00 | 86.40 |
| ACS | 10/18/12 | Prepare case assessment | L190 | 2.00 | 288.00 | 576.00 |
| ACS | 10/19/12 | Revise case assessment | L190 | 1.00 | 288.00 | 288.00 |
| ACS | 10/19/12 | Analyze P. Alton deposition testimony in Alton v. JPMorgan Chase matter | L190 | 1.80 | 288.00 | 518.40 |
| ACS | 10/19/12 | Revise draft motion for judgment on pleadings | L250 | 0.90 | 288.00 | 259.20 |
| ACS | 10/26/12 | Update to J. Best re: case status | L190 | 0.20 | 288.00 | 57.60 |
| ACS | 10/26/12 | Revise motion for judgment on pleadings | L240 | 0.80 | 288.00 | 230.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331627 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Alton, Patricia | | | | | |

| ACS | 10/26/12 | Revise amended bankruptcy notice | L190 | 0.40 | 288.00 | 115.20 |
|---|---|---|---|---|---|---|
| ACS | 10/26/12 | Follow up with title carrier by phone re: title claim defense tender | L190 | 0.20 | 288.00 | 57.60 |
| ACS | 10/29/12 | Prepare cover letter for amended bankruptcy notice | L190 | 0.80 | 288.00 | 230.40 |
| ACS | 10/29/12 | Revise motion for judgment on pleadings | L240 | 0.50 | 288.00 | 144.00 |
| | | **TOTAL** | | **26.70** | | **$7,688.70** |

## COSTS & EXPENSES

| 10/22/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 10/05/12 | 61.45 |
|---|---|---|
| | **TOTAL COSTS & EXPENSES** | **$61.45** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 12.10 | $3,484.80 |
| L240 | Dispositive Motions | 1.30 | $374.40 |
| L250 | Other Written Motions | 13.20 | $3,801.60 |
| | **TOTAL** | **26.70** | **$7,688.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sears, Alex | ACS | Associate | 26.60 | 288.00 | $7,660.80 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | Total | | **26.70** | | **$7,688.70** |

| PRIOR FEES | $39,072.60 |
|---|---|
| PRIOR COSTS & EXPENSES | $3,891.74 |

| FEES | $7,688.70 |
|---|---|
| COSTS & EXPENSES | $61.45 |
| **TOTAL THIS INVOICE** | **$7,750.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     331628     JBS                                  November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0188      Breining, Fred and Cathy v. Wells Fargo Bank
                     C/M# 699646

**TOTAL AMOUNT DUE**                    $3,543.35

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   331628   JBS

November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 0188   Breining, Fred and Cathy v. Wells Fargo Bank
C/M# 699646

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| JDI | 10/01/12 | Draft reply in support of demurrer to complaint. | L240 | 4.50 | 279.00 | 1,255.50 |
| JDI | 10/02/12 | Draft reply in support of demurrer to complaint. | L240 | 2.90 | 279.00 | 809.10 |
| JDI | 10/02/12 | Draft notice of non-opposition to motion to strike portions of the complaint. | L250 | 0.60 | 279.00 | 167.40 |
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| JDI | 10/03/12 | Finalize reply in support of demurrer and motion to strike complaint. | L240 | 0.60 | 279.00 | 167.40 |
| JDI | 10/10/12 | Analyze tentative rulings on motion for sanctions, demurrer, and motion to strike and prepare for oral argument on hearings for same. | L240 | 1.80 | 279.00 | 502.20 |
| JDI | 10/11/12 | Attend oral argument on hearing for motion for sanctions, demurrer, and motion to strike. | L240 | 1.20 | 279.00 | 334.80 |
| MKS | 10/19/12 | Research and report in response to client's request for updated information on status of bankruptcy stay, filing of notice and remaining claims and parties. | L190 | 0.20 | 270.00 | 54.00 |
| JDI | 10/22/12 | Provide case status update to N. Vaccaro and J. Holtgren. | L190 | 0.40 | 279.00 | 111.60 |
| JDI | 10/31/12 | Respond to J. Holtgren's inquiry re status of the two Breining cases. | L190 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | **12.60** | | **$3,513.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.   331628 | CLIENT | GMAC ResCap | | Page | 2 |
| | MATTER | Breining, Fred & Cathy | | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/22/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- Sacramento 10/03/12 | 29.75 |
| | **TOTAL COSTS & EXPENSES** | **$29.75** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 0.90 | $249.30 |
| L240 | Dispositive Motions | 11.00 | $3,069.00 |
| L250 | Other Written Motions | 0.60 | $167.40 |
| | **TOTAL** | **12.60** | **$3,513.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Ives, Jon | JDI | Associate | 12.30 | 279.00 | $3,431.70 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **12.60** | | **$3,513.60** |

| | |
|---|---|
| PRIOR FEES | $100,348.65 |
| PRIOR COSTS & EXPENSES | $2,896.38 |

| | |
|---|---|
| FEES | $3,513.60 |
| COSTS & EXPENSES | $29.75 |
| **TOTAL THIS INVOICE** | **$3,543.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       331629       JBS                                          November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000       GMAC ResCap
MATTER       0260        Krause, Paul and Jennifer v. Homecomings Financial, LLC
                         C/M# 697891

**TOTAL AMOUNT DUE**             **$446.05**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331629    JBS

November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0260    Krause, Paul and Jennifer v. Homecomings Financial, LLC
C/M# 697891

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| GWJ | 10/15/12 | Telephone call with co-defendant regarding settlement options. | L160 | 0.30 | 261.00 | 78.30 |
| GWJ | 10/15/12 | Correspondence with co-defendant regarding FHA guidelines. | L160 | 0.20 | 261.00 | 52.20 |
| GWJ | 10/22/12 | Correspondence with co-defendant regarding possible mandatory settlement conference. | L160 | 0.20 | 261.00 | 52.20 |
| GWJ | 10/22/12 | Correspondence with client regarding possible mandatory settlement conference. | L160 | 0.20 | 261.00 | 52.20 |
| GWJ | 10/23/12 | Correspondence with client regarding possible mandatory settlement conference. | L160 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | **1.20** | | **$315.00** |

## COSTS & EXPENSES

| | | |
|------|---|---|
| 10/01/12 | CourtCall, LLC; CourtCall - Conference Service; 09/27/12 | 78.00 |
| 10/10/12 | One Legal, Inc.; Transmittal of filing to court; Updated Bankruptcy Status Report 09/21/12 | 49.95 |
| 10/17/12 | Pacer Service Center; Data Search; Cust. No. SW0122 7/01/12-9/30/12 | 3.10 |

**TOTAL COSTS & EXPENSES**    **$131.05**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331629 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Krause, Paul & Jennifer | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 1.10 | $287.10 |
| | **TOTAL** | **1.20** | **$315.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Walser-Jolly, Genevieve | GWJ | Associate | 1.10 | 261.00 | $287.10 |
| | **Total** | | **1.20** | | **$315.00** |

| PRIOR FEES | $85,537.35 |
|---|---|
| PRIOR COSTS & EXPENSES | $2,763.33 |

| | |
|---|---|
| FEES | $315.00 |
| COSTS & EXPENSES | $131.05 |
| **TOTAL THIS INVOICE** | **$446.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331630    JBS                                November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0268     Olson, Cari
                   GMAC Matter No.: 695432


**TOTAL AMOUNT DUE**              **$247.50**


***REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331630    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0268    Olson, Cari
GMAC Matter No.: 695432

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ERB | 10/02/12 | Communications with client re status of L120 matter. | 0.10 | 279.00 | 27.90 |
| EK | 10/05/12 | Review and analyze correspondence re L520 dismissal of appeal and potential reinstatement | 0.20 | 274.50 | 54.90 |
| ERB | 10/10/12 | Attention to status of bankruptcy, notice L120 of stay and impact on strategy and resolution of matter per clients request. | 0.30 | 279.00 | 83.70 |
| MKS | 10/15/12 | Analysis of claims and prayers for relief L190 and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | **0.90** | | **$247.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $111.60 |
| L190 | Other Case Assessment | 0.30 | $81.00 |
| L520 | Appellate Briefs | 0.20 | $54.90 |
| | **TOTAL** | **0.90** | **$247.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Kemp, Erik | EK | Associate | 0.20 | 274.50 | $54.90 |
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331630 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Olson, Cari | | | | |

| Sullivan, Mary Kate | MKS | Member | | 0.30 | 270.00 | $81.00 |
| | **Total** | | | **0.90** | | **$247.50** |

PRIOR FEES                    $57,721.50
PRIOR COSTS & EXPENSES        $6,606.10


| | FEES | $247.50 |
| **TOTAL THIS INVOICE** | | **$247.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      331631      JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0286      Kamell, Rafik Y. v. GMAC Mortgage
                             GMAC Matter No.: 697325

TOTAL AMOUNT DUE                 $361.80

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331631    JBS

November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0286    Kamell, Rafik Y. v. GMAC Mortgage
GMAC Matter No.: 697325

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| JD | 10/24/12 | Conference with plaintiff's counsel's office re: discovery. | L310 | 0.30 | 238.50 | 71.55 |
| JD | 10/24/12 | Review set of discovery from plaintiff and begin drafting response letter. | L310 | 0.60 | 238.50 | 143.10 |
| JD | 10/25/12 | Conference with plaintiff's counsel's office re: discovery. | L310 | 0.20 | 238.50 | 47.70 |
| JD | 10/26/12 | Conference with plaintiff's counsel re: discovery from plaintiff. | L310 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **1.50** | | **$361.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|---|-------|--------|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 | | |
| L310 | Written Discovery | 1.40 | $333.90 | | |
| | **TOTAL** | **1.50** | **$361.80** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Dykstra, Jonathan | JD | Associate | 1.40 | 238.50 | $333.90 |
| | Total | | **1.50** | | **$361.80** |

PRIOR FEES                    $27,114.53
PRIOR COSTS & EXPENSES        $1,160.21

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331631 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Kamell, Rafik Y. | | | |

| | | |
|---|---|---|
| FEES | | $361.80 |
| **TOTAL THIS INVOICE** | | **$361.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331632    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0370    Marques, Reynaldo and Anne v. MortgageIT, Inc.
GMAC Matter No.: 694913

**TOTAL AMOUNT DUE**        **$1,777.04**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     331632     JBS                                                November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  0370     Marques, Reynaldo and Anne v. MortgageIT, Inc.
                           GMAC Matter No.: 694913

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JHT | 09/26/12 | Appeared at hearing on client's Motion for Attorney's Fees and Costs. | L210 | 4.50 | 238.50 | 1,073.25 |
| JHT | 09/26/12 | Drafted correspondence to client regarding results of hearing on Attorney's Fee Motion and strategy going forward. | L190 | 0.40 | 238.50 | 95.40 |
| JHT | 09/27/12 | Drafted Notice of Ruling on Motion for Attorney's Fees and Costs. | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 09/27/12 | Drafted Proposed Order on Motion for Costs. | L210 | 0.40 | 238.50 | 95.40 |
| YS | 10/01/12 | Draft monthly case status update | L190 | 0.10 | 238.50 | 23.85 |
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| YS | 10/19/12 | Review and analysis of plaintiffs pleading titled  Judgment and determine if a response is necessary | L120 | 0.50 | 238.50 | 119.25 |
| YS | 10/22/12 | Receipt, review and analysis of the court's order granting motion for costs | L120 | 0.10 | 238.50 | 23.85 |
| YS | 10/22/12 | Draft notice of the court's order on client's motion for costs | L210 | 0.30 | 238.50 | 71.55 |
| ERB | 10/31/12 | Attention to miscleeaneous document filed by Plaintiff (.2) and communications with client re same (.1). | L250 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | **7.10** | | **$1,709.55** |

## COSTS & EXPENSES

10/11/12  Joe H. Tuffaha; Transportation; Travel re                                    17.10

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   331632 | CLIENT   GMAC ResCap | Page | 2 |
| --- | --- | --- | --- |
| | MATTER   Marques, Reynaldo & Anne | | |

| | | |
| --- | --- | --- |
| | hearing on GMAC's Motiuon for Atty's Fees and Costs - round trip from OC office to OCSC/CJC to OC Office. 9/26/12 | |
| 10/18/12 | Pacer Service Center; Data Search; Account No. SW0817 7/01/12-09/30/12 | 4.90 |
| 10/22/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Ruling on Defendant's GMAC Mortgage, LLC's and HSBC Bank USA, N.A.'s Motion for Attorney's Fees, Costs..10/03/12 | 17.87 |
| 10/22/12 | One Legal, Inc.; Transmittal of filing to court; Proposed Order on Defendant's GMAC Mortgage, LLC's and HSBC Bank USA, N.A.'s Motion for Costs 10/03/12 | 17.87 |
| 10/22/12 | First Legal Network, LLC; Transmittal of filing to court; Orange County Court 9/21/12 | 9.75 |
| | **TOTAL COSTS & EXPENSES** | **$67.49** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L120 | Analysis/Strategy | 0.70 | $171.00 |
| L190 | Other Case Assessment | 0.50 | $119.25 |
| L210 | Pleadings | 5.60 | $1,335.60 |
| L250 | Other Written Motions | 0.30 | $83.70 |
| | **TOTAL** | **7.10** | **$1,709.55** |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| Tuffaha, Joe | JHT | Associate | 5.70 | 238.50 | $1,359.45 |
| Shaham, Yaron | YS | Special Counsel | 1.00 | 238.50 | $238.50 |
| | **Total** | | **7.10** | | **$1,709.55** |

| | |
| --- | --- |
| PRIOR FEES | $87,248.25 |
| PRIOR COSTS & EXPENSES | $4,872.55 |

| | |
| --- | --- |
| FEES | $1,709.55 |
| COSTS & EXPENSES | $67.49 |
| **TOTAL THIS INVOICE** | **$1,777.04** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331635    JBS                                    November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT    19000    GMAC ResCap
MATTER    0588     Inoue, Hitoshi and Wakana
                   C/M# 703325
                   Time and expenses must be split between Ally and Rescap



**TOTAL AMOUNT DUE**          **$10,927.45**



## *** REMITTANCE COPY ***
*Please include this page with payment.*



Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      331635      JBS                                       November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  0588      Inoue, Hitoshi and Wakana
C/M# 703325
Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| RSS | 10/08/12 | Conduct research and analysis of case materials to prepare for trial and assess merits of re-noticing motion for summary judgment and re-opening discovery. | L120 | 6.80 | 288.00 | 1,958.40 |
| RSS | 10/09/12 | Review client documents and case materials to prepare for upcoming trial setting, trial, and potential settlement negotiations. | L120 | 2.10 | 288.00 | 604.80 |
| RSS | 10/10/12 | Review case materials, including all discovery responses and pleadings, to prepare additional dispositive motion and for setting of trial. | L120 | 2.60 | 288.00 | 748.80 |
| ACS | 10/11/12 | Confer with R. Saelao re: documents & facts re: reinstatement amount communicated to plaintiff | L110 | 0.30 | 288.00 | 86.40 |
| RSS | 10/11/12 | Review and analyze case materials and conduct research to prepare for trial and additional motions. | L120 | 4.60 | 288.00 | 1,324.80 |
| DHC | 10/12/12 | Review Order modifying stay and determine impact of 998 offer. | L190 | 0.50 | 337.50 | 168.75 |
| MIW | 10/12/12 | Confer with R. Saelao re litigation issues, including upcoming status conference, status of pleadings, whether to re-file motion for summary judgment, expert discovery, and settlement strategies. | L120 | 0.80 | 274.50 | 219.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   331635    **CLIENT**   GMAC ResCap                        Page      2
                        **MATTER**   Inoue, Hitoshi & Wakana

| | | | | | | |
|---|---|---|---|---|---|---|
| RSS | 10/12/12 | Confer with M. Wraight regarding case status and strategy. | L120 | 0.50 | 288.00 | 144.00 |
| RSS | 10/12/12 | Conduct research and correspond with D. Cram and team regarding bankruptcy questions relating to case strategy items. | L120 | 1.40 | 288.00 | 403.20 |
| DHC | 10/15/12 | Conference with Rebecca Saelao and Mark Wraight re effect of plaintiff's failure to timely file a Proof of Claim. | L190 | 0.50 | 337.50 | 168.75 |
| RSS | 10/15/12 | Conduct research and analysis and correspond with D. Cram regarding case status and strategy in context of bankruptcy stay. | L120 | 0.90 | 288.00 | 259.20 |
| RSS | 10/18/12 | Draft and send summary of case status and motion to dismiss outcome to T. Devine. | L120 | 0.60 | 288.00 | 172.80 |
| RSS | 10/22/12 | Research regarding case status and strategy and recommendation regarding Cal. Code Civ. Proc. 998 offer to compromise, and draft memorandum and offer regarding same. | L120 | 5.60 | 288.00 | 1,612.80 |
| MIW | 10/23/12 | Review draft settlement recommendation. Confer with R. Saelao re same. | L120 | 0.60 | 274.50 | 164.70 |
| JBS | 10/24/12 | Analysis and evaluation of settlement analysis and recommendation to client. | L120 | 1.00 | 427.50 | 427.50 |
| RSS | 10/24/12 | Research draft, and revise strategy memorandum and analysis of recommended offer of compromise. | L120 | 0.60 | 288.00 | 172.80 |
| MIW | 10/29/12 | Confer with R. Salaeo re settlement recommendation and 998 offer to compromise. | L160 | 0.30 | 274.50 | 82.35 |
| RSS | 10/29/12 | Conduct research and analysis regarding case recommendations and strategy and draft and revise memorandum relating to same. | L120 | 3.90 | 288.00 | 1,123.20 |
| RSS | 10/29/12 | Meet with M. Wraight regarding case status and strategy and prepare for and follow up regarding same. | L120 | 0.60 | 288.00 | 172.80 |
| RSS | 10/30/12 | Conduct additional research regarding and revise exposure analysis memorandum, and forward same to client and team. | L120 | 2.70 | 288.00 | 777.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    331635 | CLIENT    GMAC ResCap | | Page | 3 |
| | MATTER    Inoue, Hitoshi & Wakana | | | |

| | | | |
|---|---|---|---|
| **TOTAL** | | **37.00** | **$10,821.15** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/18/12 | Pacer Service Center; Data Search; Account No. SW0061. 7/1/12 - 9/30/12 | 8.30 |
| 10/22/12 | First Legal Network, LLC; Court Services; Sonoma County Superior Court 10/10/12 | 98.00 |
| | **TOTAL COSTS & EXPENSES** | **$106.30** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.30 | $86.40 |
| L120 | Analysis/Strategy | 35.40 | $10,314.90 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $82.35 |
| L190 | Other Case Assessment | 1.00 | $337.50 |
| | **TOTAL** | **37.00** | **$10,821.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sears, Alex | ACS | Associate | 0.30 | 288.00 | $86.40 |
| Cram, Donald | DHC | Member | 1.00 | 337.50 | $337.50 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Sullivan, John | JBS | Member | 1.00 | 427.50 | $427.50 |
| Wraight, Mark | MIW | Member | 1.70 | 274.50 | $466.65 |
| Saelao, Rebecca | RSS | Special Counsel | 32.90 | 288.00 | $9,475.20 |
| | **Total** | | **37.00** | | **$10,821.15** |

| | |
|---|---|
| PRIOR FEES | $99,800.10 |
| PRIOR COSTS & EXPENSES | $8,882.08 |

| | |
|---|---|
| FEES | $10,821.15 |
| COSTS & EXPENSES | $106.30 |
| **TOTAL THIS INVOICE** | **$10,927.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      331636      JBS

November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0610      Priestly, David and Debra
C/M# 703555

**TOTAL AMOUNT DUE**          $301.05

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331636    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0610    Priestly, David and Debra
                         C/M# 703555

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 08/01/12 | Receive and analyze order appointing pro bono counsel and providing revised briefing schedule. | L120 | 0.10 | 270.00 | 27.00 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| EK | 08/09/12 | Review status of appeal | L520 | 0.30 | 274.50 | 82.35 |
| KWF | 08/29/12 | Prepare email to client, J. Holtgren, re: borrower reinstatement attempt. | L190 | 0.10 | 270.00 | 27.00 |
| ERB | 09/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MKS | 10/15/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **1.10** | | **$301.05** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $110.70 |
| L190 | Other Case Assessment | 0.40 | $108.00 |
| L520 | Appellate Briefs | 0.30 | $82.35 |
| | **TOTAL** | **1.10** | **$301.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.    331636 | CLIENT | GMAC ResCap | | Page | 2 |
| | MATTER | Priestly, David & Debra | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kemp, Erik | EK | Associate | 0.30 | 274.50 | $82.35 |
| Buell, Edward | ERB | Associate | 0.30 | 279.00 | $83.70 |
| Franich, Kerry | KWF | Associate | 0.20 | 270.00 | $54.00 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | Total | | **1.10** | | **$301.05** |

PRIOR FEES                            $5,187.15
PRIOR COSTS & EXPENSES         $145.18

FEES                       $301.05
**TOTAL THIS INVOICE**         **$301.05**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      331637      JBS                                        November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER     0612       Reed, Ken
                            C/M# 703593

**TOTAL AMOUNT DUE**                    $883.35

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      331637        JBS

November 8, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  0612      Reed, Ken
C/M# 703593

## FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| AAG | 10/01/12 | Review plaintiff's modification documents and forwward to client. | L160 | 0.30 | 238.50 | 71.55 |
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 10/02/12 | Communicate with client regarding plaintiff's a modification application. | L160 | 0.20 | 238.50 | 47.70 |
| AAG | 10/03/12 | Communicate with client regarding receipt of Plaintiff's financial for modification review. | L160 | 0.10 | 238.50 | 23.85 |
| AAG | 10/05/12 | Draft case management statement. | L230 | 0.30 | 238.50 | 71.55 |
| ERB | 10/10/12 | Attention to status of bankruptcy, notice of stay and impact on strategy and resolution of matter per clients request. | L120 | 0.30 | 279.00 | 83.70 |
| AAG | 10/10/12 | Communicate with client regarding filing notice of stay. | L120 | 0.30 | 238.50 | 71.55 |
| AAG | 10/12/12 | Communicate with client regarding filing notice of stay. | L120 | 0.10 | 238.50 | 23.85 |
| MKS | 10/14/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| AAG | 10/18/12 | Communicate with plaintiff regarding CMC. | L230 | 0.20 | 238.50 | 47.70 |
| MXS | 10/22/12 | Appeared at case management conference. | L230 | 0.80 | 216.00 | 172.80 |
| MXS | 10/22/12 | Prepared for case management conference (covering for A. Givental due to hearing conflict). | L230 | 0.30 | 216.00 | 64.80 |
| AAG | 10/30/12 | Review loan modification offer and | L160 | 0.40 | 238.50 | 95.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331637 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Reed, Ken | | | |

communicate with plaintiff regarding same.

| **TOTAL** | | **3.70** | **$883.35** |
|---|---|---|---|

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $207.00 |
| L160 | Settlement/Non-Binding ADR | 1.00 | $238.50 |
| L190 | Other Case Assessment | 0.30 | $81.00 |
| L230 | Court Mandated Conferences | 1.60 | $356.85 |
| | **TOTAL** | **3.70** | **$883.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 1.90 | 238.50 | $453.15 |
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Schindler, Maria | MXS | Associate | 1.10 | 216.00 | $237.60 |
| | **Total** | | **3.70** | | **$883.35** |

| PRIOR FEES | $31,394.70 |
|---|---|
| PRIOR COSTS & EXPENSES | $2,964.74 |

| FEES | $883.35 |
|---|---|
| **TOTAL THIS INVOICE** | **$883.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        331638        JBS

November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000        GMAC ResCap
MATTER        0789         Gandrup, Gerald S.
                          GMAC Matter No.: 710153

**TOTAL AMOUNT DUE**                $3,307.95

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

**TAX ID 94-2774518**

Invoice No.    331638    JBS                                November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0789    Gandrup, Gerald S.
GMAC Matter No.: 710153

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| IJD | 09/04/12 | Review and reply to email from MERS' counsel, K. Lee, regarding status of case. | L120 | 0.20 | 238.50 | 47.70 |
| IJD | 09/10/12 | Analyze court's order on motion to dismiss plaintiff's first amended complaint. | L210 | 0.30 | 238.50 | 71.55 |
| IJD | 09/10/12 | Prepare email to client J. Holtgren regarding court's order on the motion to dismiss plaintiff's first amended complaint. | L120 | 0.20 | 238.50 | 47.70 |
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| IJD | 10/03/12 | Prepare email to client J. Holtgren regarding plaintiff's filing of an amended complaint. | L120 | 0.20 | 238.50 | 47.70 |
| IJD | 10/03/12 | Prepare email to counsel for MERS, K. Lee, regarding plaintiff's filing of an amended complaint. | L120 | 0.20 | 238.50 | 47.70 |
| IJD | 10/03/12 | Analyze plaintiff's second amended complaint in preparation for drafting motion to dismiss. | L210 | 1.10 | 238.50 | 262.35 |
| IJD | 10/04/12 | Begin to prepare motion to dismiss plaintiff's second amended complaint. | L210 | 2.00 | 238.50 | 477.00 |
| IJD | 10/05/12 | Finalize motion to dismiss plaintiff's second amended complaint. | L210 | 6.20 | 238.50 | 1,478.70 |
| ERB | 10/10/12 | Attention to status of bankruptcy, notice of stay and impact on strategy and resolution of matter per clients request. | L120 | 0.30 | 279.00 | 83.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331638 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Gandrup, Gerald S. | | | | |

| MKS | 10/14/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
|---|---|---|---|---|---|---|
| IJD | 10/17/12 | Prepare notice of bankruptcy stay. | L210 | 0.50 | 238.50 | 119.25 |
| JCP | 10/17/12 | Draft Notice of Bankruptcy and Effect of Automatic Stay | L190 | 0.40 | 130.50 | 52.20 |
| IJD | 10/18/12 | Review and reply to email from plaintiff's counsel H. Burgess regarding preparation of case management conference statement. | L120 | 0.20 | 238.50 | 47.70 |
| MKS | 10/19/12 | Research and report in response to client's request for updated information on status of bankruptcy stay, filing of notice and remaining claims and parties. | L190 | 0.20 | 270.00 | 54.00 |
| IJD | 10/19/12 | Finalize case management conference statement. | L210 | 0.60 | 238.50 | 143.10 |
| IJD | 10/19/12 | Prepare follow-up email to client J. Holtgren regarding notice of stay due to bankruptcy proceedings. | L120 | 0.20 | 238.50 | 47.70 |
| IJD | 10/22/12 | Analyze plaintiff's notice of voluntary dismissal. | L210 | 0.20 | 238.50 | 47.70 |
| IJD | 10/22/12 | Prepare email to counsel for MERS, K. Lee, regarding plaintiff's filing of notice of voluntary dismissal. | L120 | 0.20 | 238.50 | 47.70 |
| IJD | 10/22/12 | Prepare email to client J. Holtgren regarding plaintiff's filing of notice of voluntary dismissal. | L120 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **13.90** | | **$3,307.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.10 | $521.10 |
| L190 | Other Case Assessment | 0.90 | $187.20 |
| L210 | Pleadings | 10.90 | $2,599.65 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   331638 | CLIENT | GMAC ResCap | | | Page | 3 |
| --- | --- | --- | --- | --- | --- | --- |
| | MATTER | Gandrup, Gerald S. | | | | |

| | | | TOTAL | 13.90 | $3,307.95 | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Timekeeper** | | | **Position** | | **Hours** | **Rate** | **Value** |
| Buell, Edward | | ERB | Associate | | 0.50 | 279.00 | $139.50 |
| Da Cunha, Ian | | IJD | Associate | | 12.50 | 238.50 | $2,981.25 |
| Spann, Joel | | JCP | Paralegal | | 0.40 | 130.50 | $52.20 |
| Sullivan, Mary Kate | | MKS | Member | | 0.50 | 270.00 | $135.00 |
| | | **Total** | | | **13.90** | | **$3,307.95** |

| PRIOR FEES | $10,049.85 |
| --- | --- |
| PRIOR COSTS & EXPENSES | $183.73 |

| | FEES | $3,307.95 |
| --- | --- | --- |
| **TOTAL THIS INVOICE** | | **$3,307.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      331639      JBS

November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0810 | Villanueva, Jun |
| | | GMAC No.: 710877 |

**TOTAL AMOUNT DUE**          $1,143.75

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331639    JBS

November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0810    Villanueva, Jun
GMAC No.: 710877

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JHT | 09/27/12 | Corresponded with client regarding proposed settlement agreement and Plaintiff's proposed revisions. | L160 | 0.30 | 238.50 | 71.55 |
| JHT | 09/27/12 | Corresponded with Plaintiff's counsel regarding proposed settlement agreement and Plaintiff's proposed revisions. | L160 | 0.30 | 238.50 | 71.55 |
| JHT | 10/01/12 | Corresponded with Plaintiff's counsel regarding proposed revisions to settlement agreement. | L190 | 0.40 | 238.50 | 95.40 |
| JHT | 10/01/12 | Corresponded with client regarding proposed revisions to settlement agreement. | L190 | 0.30 | 238.50 | 71.55 |
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| JHT | 10/08/12 | Drafted correspondence to Plaintiff's counsel regarding status of settlement agreement revisions. | L160 | 0.20 | 238.50 | 47.70 |
| JHT | 10/11/12 | Drafted correspondence to client regarding proposed disparagement language revisions in proposed settlement agreement. | L160 | 0.30 | 238.50 | 71.55 |
| JHT | 10/12/12 | Drafted correspondence to client regarding acceptability of proposed revisions to disparagement language in settlement agreement. | L160 | 0.20 | 238.50 | 47.70 |
| JHT | 10/16/12 | Receipt and review of finanalized settlement agreement. | L160 | 0.30 | 238.50 | 71.55 |
| JHT | 10/17/12 | Corresponded with client regarding finalized settlement agreement and | L160 | 0.30 | 238.50 | 71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   331639       CLIENT    GMAC ResCap                                    Page    2
                           MATTER    Villanueva, Jun

| | | | | | | |
|---|---|---|---|---|---|---|
| | | comparison to form GMACM agreement. | | | | |
| JHT | 10/18/12 | Corresponded with client regarding execution of settlement agreement. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 10/18/12 | Drafted Updated Timeline of Events and Exposure Analysis for client. | L190 | 0.70 | 238.50 | 166.95 |
| JHT | 10/18/12 | Corresponded with Plaintiff's counsel regarding fully executed settlement agreement and dismissal of case. | L160 | 0.40 | 238.50 | 95.40 |
| JHT | 10/23/12 | Corresponded with client regarding Notice of Dismissal of action. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 10/23/12 | Corresponded with client regarding fully executed settlement agreement and dismissal of action. | L190 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **4.50** | | **$1,077.30** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/11/12 | One Legal, Inc.; Transmittal of filing to court; Amended Notice of BK 09/21/12 | 66.45 |
| | **TOTAL COSTS & EXPENSES** | **$66.45** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 2.30 | $548.55 |
| L190 | Other Case Assessment | 2.10 | $500.85 |
| | **TOTAL** | **4.50** | **$1,077.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Tuffaha, Joe | JHT | Associate | 4.40 | 238.50 | $1,049.40 |
| | **Total** | | **4.50** | | **$1,077.30** |

PRIOR FEES                        $40,777.20
PRIOR COSTS & EXPENSES            $3,857.80

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 331639 | CLIENT | GMAC ResCap | Page | 3 |
| | | MATTER | Villanueva, Jun | | |

| | |
|---|---|
| FEES | $1,077.30 |
| COSTS & EXPENSES | $66.45 |
| **TOTAL THIS INVOICE** | **$1,143.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     331640      JBS                                           November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0811 | Villanueva, Jun |
| | | GMAC No.: 710872 |

**TOTAL AMOUNT DUE**          **$671.85**

***\*\*\* REMITTANCE COPY \*\*\****
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331640    JBS

November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0811    Villanueva, Jun
GMAC No.: 710872

### FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| JHT | 10/11/12 | Drafted potential liability exposure assessment and analysis to client. | L190 | 1.50 | 238.50 | 357.75 |
| JHT | 10/18/12 | Drafted Updated Timeline of Events and Exposure Analysis for client. | L190 | 0.80 | 238.50 | 190.80 |
| JHT | 10/24/12 | Continued to update memorandum to client regarding status of case. | L190 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **2.80** | | **$671.85** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---------------------------|---|-------|--------|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 | | |
| L190 | Other Case Assessment | 2.70 | $643.95 | | |
| | **TOTAL** | **2.80** | **$671.85** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Tuffaha, Joe | JHT | Associate | 2.70 | 238.50 | $643.95 |
| | **Total** | | **2.80** | | **$671.85** |

PRIOR FEES                              $12,438.45
PRIOR COSTS & EXPENSES          $3,242.95

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 331640 | CLIENT | GMAC ResCap | Page    2 |
| | | MATTER | Villanueva, Jun | |

| | |
|---|---|
| FEES | $671.85 |
| **TOTAL THIS INVOICE** | **$671.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331642    JBS

November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0942 | Spence, Gloria and Anthony |
| | | GMAC Matter No.:  713996 |

**TOTAL AMOUNT DUE**            $265.30

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331642    JBS

November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0942    Spence, Gloria and Anthony
GMAC Matter No.: 713996

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| JVZ | 08/31/12 | Research re court files re dismissal and email to C. Bonello re same | L120 | 0.40 | 288.00 | 115.20 |
| ERB | 09/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| JVZ | 10/28/12 | Review court website re dismissal; email to T. Buell re same | L120 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **0.90** | | **$256.50** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 16486 Hughes Rd San Bernardino, CA 08/31/12 | 8.80 |

**TOTAL COSTS & EXPENSES**    **$8.80**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.90 | $256.50 |
| | **TOTAL** | **0.90** | **$256.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.30 | 279.00 | $83.70 |
| Van Zandt, Jonah | JVZ | Associate | 0.60 | 288.00 | $172.80 |
| | **Total** | | **0.90** | | **$256.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    331642 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Spence, Gloria & Anthony | | |

PRIOR FEES                              $1,042.20

|  |  |
|---|---|
| FEES | $256.50 |
| COSTS & EXPENSES | $8.80 |
| **TOTAL THIS INVOICE** | **$265.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      331643      JBS                                        November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0962  | Ward, Bernard |
|        |       | GMAC Matter No.: 714861 |

**TOTAL AMOUNT DUE**              **$517.05**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331643    JBS                                                November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0962    Ward, Bernard
                          GMAC Matter No.: 714861

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        10/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ERB | 10/02/12 | Communications with client re status of L120 matter. | 0.10 | 279.00 | 27.90 |
| CG | 10/26/12 | Communication with client contact regarding filing of amended notice of stay of proceeding. L190 | 0.30 | 238.50 | 71.55 |
| CG | 10/26/12 | Draft revised notice of bankruptcy. L210 | 0.70 | 238.50 | 166.95 |
| ERB | 10/29/12 | Review and revise Amended Notice of Bankruptcy following Clients request to prepare amended notice. L120 | 0.30 | 279.00 | 83.70 |
| CG | 10/29/12 | Revise notice of bankruptcy filing and required cover letter. L210 | 0.70 | 238.50 | 166.95 |
| | | **TOTAL** | **2.10** | | **$517.05** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $111.60 |
| L190 | Other Case Assessment | 0.30 | $71.55 |
| L210 | Pleadings | 1.40 | $333.90 |
| | **TOTAL** | **2.10** | **$517.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Gaddis, Clayton | CG | Associate | 1.70 | 238.50 | $405.45 |
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| | **Total** | | **2.10** | | **$517.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 331643 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Ward, Bernard | | |

| | |
|---|---|
| PRIOR FEES | $114,286.77 |
| PRIOR COSTS & EXPENSES | $8,450.51 |

|  |  |
|---|---|
| FEES | $517.05 |
| **TOTAL THIS INVOICE** | **$517.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331644    JBS                                          November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1016    Lin, Stephen and Evelyn
                  GMAC Matter No.:  717087

**TOTAL AMOUNT DUE**          $646.90

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     331644     JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1016     Lin, Stephen and Evelyn
GMAC Matter No.: 717087

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ACS | 10/01/12 | Prepare status update for court re: bankruptcy | L510 | 0.70 | 288.00 | 201.60 |
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ACS | 10/11/12 | Revise case assessment | L190 | 0.50 | 288.00 | 144.00 |
| ACS | 10/22/12 | Analyze filings in plaintiffs' bankruptcy, advise client re: effect of bankruptcy stay & pending appeal on foreclosure | L190 | 0.80 | 288.00 | 230.40 |
| | | **TOTAL** | | **2.10** | | **$603.90** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 10/22/12 | First Legal Network, LLC; Court Services; CACOA- San Francisco 10/02/12 | 13.25 |
| 10/22/12 | First Legal Network, LLC; Transmittal of filing to court; CACOA- San Francisco 10/01/12 | 29.75 |

**TOTAL COSTS & EXPENSES**                                   **$43.00**

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120   Analysis/Strategy | 0.10 | $27.90 |
| L190   Other Case Assessment | 1.30 | $374.40 |
| L510   Appellate Motions & Submission | 0.70 | $201.60 |
| **TOTAL** | **2.10** | **$603.90** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    331644 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | MATTER | Lin, Stephen & Evelyn | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sears, Alex | ACS | Associate | 2.00 | 288.00 | $576.00 | |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 | |
| | **Total** | | **2.10** | | **$603.90** | |

| | |
|---|---|
| PRIOR FEES | $20,677.50 |
| PRIOR COSTS & EXPENSES | $2,412.32 |

| | |
|---|---|
| FEES | $603.90 |
| COSTS & EXPENSES | $43.00 |
| **TOTAL THIS INVOICE** | **$646.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331645    JBS                                        November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1025    Blanche, John R.
C/M# 717587

**TOTAL AMOUNT DUE**          **$580.50**

***REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331645    JBS                                November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1025    Blanche, John R.
C/M# 717587

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 10/10/12 | Attention to status of bankruptcy, notice of stay and impact on strategy and resolution of matter per clients request. | L120 | 0.30 | 279.00 | 83.70 |
| MGC | 10/12/12 | Draft update to client. | L190 | 0.30 | 238.50 | 71.55 |
| MKS | 10/14/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| MGC | 10/15/12 | Draft notice of bankruptcy. | L210 | 0.80 | 238.50 | 190.80 |
| MKS | 10/17/12 | Review and revise draft Notice of Bankruptcy. | L190 | 0.20 | 270.00 | 54.00 |
| MGC | 10/17/12 | draft letter to plaintiff. | L190 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **2.30** | | **$580.50** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $111.60 |
| L190 | Other Case Assessment | 1.10 | $278.10 |
| L210 | Pleadings | 0.80 | $190.80 |
| | **TOTAL** | **2.30** | **$580.50** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331645 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Blanche, John R. | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | | 0.40 | 279.00 | $111.60 | |
| Cross, Michael | MGC | Associate | | 1.40 | 238.50 | $333.90 | |
| Sullivan, Mary Kate | MKS | Member | | 0.50 | 270.00 | $135.00 | |
| | **Total** | | | **2.30** | | **$580.50** | |

PRIOR FEES                          $5,624.55
PRIOR COSTS & EXPENSES              $1,168.09

FEES                    $580.50
**TOTAL THIS INVOICE**              **$580.50**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331646    JBS                                                          November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1106 | Villicana, Jose M. |
| | | GMAC Matter No.: 720505 |

**TOTAL AMOUNT DUE**          $1,146.60

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331646    JBS                                November 8, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1106    Villicana, Jose M.
                         GMAC Matter No.: 720505

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994      10/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ERB | 10/02/12 | Communications with client re status of L120 matter. | 0.10 | 279.00 | 27.90 |
| ERB | 10/10/12 | Attention to status of bankruptcy, notice L120 of stay and impact on strategy and resolution of matter per clients request. | 0.30 | 279.00 | 83.70 |
| MKS | 10/14/12 | Analysis of claims and prayers for relief L190 and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | 0.30 | 270.00 | 81.00 |
| MGC | 10/15/12 | Draft notice of bankruptcy.          L190 | 1.00 | 238.50 | 238.50 |
| MGC | 10/15/12 | Draft email to plaintiffs' counsel.  L190 | 0.20 | 238.50 | 47.70 |
| MGC | 10/15/12 | Finalize motion to dissolve preliminary L210 injunction. | 0.50 | 238.50 | 119.25 |
| MGC | 10/24/12 | Draft letter to plaintiffs' counsel. L190 | 0.30 | 238.50 | 71.55 |
| MGC | 10/24/12 | Draft response to form interrogatories. L310 | 2.00 | 238.50 | 477.00 |
|     |          | **TOTAL** | **4.70** |      | **$1,146.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $111.60 |
| L190 | Other Case Assessment | 1.80 | $438.75 |
| L210 | Pleadings | 0.50 | $119.25 |
| L310 | Written Discovery | 2.00 | $477.00 |
|      | **TOTAL** | **4.70** | **$1,146.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331646        CLIENT    GMAC ResCap                          Page        2
                            MATTER    Villicana, Jose M.

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| Cross, Michael | MGC | Associate | 4.00 | 238.50 | $954.00 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **4.70** | | **$1,146.60** |

PRIOR FEES                            $20,475.90
PRIOR COSTS & EXPENSES            $1,903.37

                                    FEES        $1,146.60
                        **TOTAL THIS INVOICE**        **$1,146.60**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331647    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1115    Nguyen, Luan
            GMAC Matter No.: ~~707072~~  121046

**TOTAL AMOUNT DUE**          **$1,561.95**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331647    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1115    Nguyen, Luan
                        GMAC Matter No.: 707072

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MJN | 09/26/12 | Internal communication with Y. Sharon and A. Givental regarding amended notice of stay. | L210 | 0.20 | 261.00 | 52.20 |
| MJN | 09/27/12 | Review complaint and bankruptcy documents .10 hours and internally communicate regarding strategy with Y. Sharon and T. Buell - .20 hours. | L210 | 0.30 | 261.00 | 78.30 |
| YS | 10/01/12 | Further drafting and revising of client's demurrer to plaintiff's first amended complaint and client's amended notice of bankruptcy stay | L210 | 0.50 | 238.50 | 119.25 |
| MJN | 10/01/12 | Draft letter regarding notice of amended stay | L210 | 0.50 | 261.00 | 130.50 |
| MJN | 10/01/12 | Draft notice of amended stay to court and internally communicate with Y. Shaham and T. Buell regarding strategy. | L210 | 0.70 | 261.00 | 182.70 |
| MJN | 10/01/12 | Revise demurrer to comport with permitted claims | L210 | 2.30 | 261.00 | 600.30 |
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MJN | 10/03/12 | Communicate with T. Buell regading amended notice of bankrutpcy stay. | L210 | 0.10 | 261.00 | 26.10 |
| ERB | 10/04/12 | Review and revise notice of bankruptcy stay. | L250 | 0.30 | 279.00 | 83.70 |
| MJN | 10/05/12 | Revise amended notice of stay and communicate with T. Buell regarding the same. | L210 | 0.20 | 261.00 | 52.20 |
| MJN | 10/08/12 | Finalize demurrer, amended notice of stay, correspondence to plaintiffs' | L210 | 0.80 | 261.00 | 208.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331647 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Nguyen, Luan | | | |

counsel and forward to client for review.

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | | **6.00** | **$1,561.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 | | |
| L210 | Pleadings | 5.60 | $1,450.35 | | |
| L250 | Other Written Motions | 0.30 | $83.70 | | |
| | **TOTAL** | **6.00** | **$1,561.95** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| Nelson, Michele | MJN | Special Counsel | 5.10 | 261.00 | $1,331.10 |
| Shaham, Yaron | YS | Special Counsel | 0.50 | 238.50 | $119.25 |
| | **Total** | | **6.00** | | **$1,561.95** |

| | | |
|---|---|---|
| PRIOR FEES | $21,431.70 | |
| PRIOR COSTS & EXPENSES | $520.89 | |

| | | |
|---|---|---|
| FEES | | $1,561.95 |
| **TOTAL THIS INVOICE** | | **$1,561.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      331648      JBS                                November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1156 | Suckow, Jeffrey |
| | | GMAC Matter No.: 722444 |

**TOTAL AMOUNT DUE**            $690.75

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331648    JBS

November 8, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1156    Suckow, Jeffrey
GMAC Matter No.: 722444

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 10/05/12 | Call with client re status and strategy based on Bankruptcy. | L120 | 0.30 | 279.00 | 83.70 |
| BSW | 10/09/12 | Receipt and review Plaintiff's Motion for Preliminary Injunction and review court's tenative ruling regarding same. | L220 | 0.80 | 265.50 | 212.40 |
| ERB | 10/10/12 | Attention to status of bankruptcy, notice of stay and impact on strategy and resolution of matter per clients request. | L120 | 0.30 | 279.00 | 83.70 |
| MKS | 10/14/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| IJD | 10/17/12 | Prepare email to client J. Holtgren regarding notice of bankruptcy stay. | L120 | 0.20 | 238.50 | 47.70 |
| JCP | 10/17/12 | Draft Notice of Stay of Proceedings | L190 | 0.60 | 130.50 | 78.30 |
| MKS | 10/19/12 | Research and report in response to client's request for updated information on status of bankruptcy stay, filing of notice and remaining claims and parties. | L190 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **2.70** | | **$640.80** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 10/29/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Stay of Proceedings 10/17/12 | | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$49.95** | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   331648 | CLIENT    GMAC ResCap | Page | 2 |
|---|---|---|---|
| | MATTER    Suckow, Jeffrey | | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $215.10 |
| L190 | Other Case Assessment | 1.10 | $213.30 |
| L220 | Preliminary Injunctions/Provis | 0.80 | $212.40 |
| | **TOTAL** | **2.70** | **$640.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Whittemore, Brian | BSW | Associate | 0.80 | 265.50 | $212.40 |
| Buell, Edward | ERB | Associate | 0.60 | 279.00 | $167.40 |
| Da Cunha, Ian | IJD | Associate | 0.20 | 238.50 | $47.70 |
| Spann, Joel | JCP | Paralegal | 0.60 | 130.50 | $78.30 |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| | **Total** | | **2.70** | | **$640.80** |

| PRIOR FEES | $11,787.30 |
|---|---|
| PRIOR COSTS & EXPENSES | $2,723.04 |

| | | |
|---|---|---|
| FEES | $640.80 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$690.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331649    JBS                                November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1167     Perez, Rosa  and Raul
                   GMAC Matter No.: 722900

**TOTAL AMOUNT DUE**          $2,871.00

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331649    JBS                                        November 8, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1167    Perez, Rosa  and Raul
GMAC Matter No.: 722900

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DPB | 08/15/12 | E-mail from C.DiCicco authorizing drafting of complaint against title insurer. | L210 | 0.10 | 288.00 | 28.80 |
| DPB | 08/22/12 | E-mail to C.DiCicco regarding drafting a complaint against title insurer. | L210 | 0.10 | 288.00 | 28.80 |
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| DPB | 09/17/12 | E-mail from C.DiCicco regarding drafting of complaint. | L210 | 0.10 | 288.00 | 28.80 |
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 10/10/12 | Attention to status of bankruptcy, notice of stay and impact on strategy and resolution of matter per clients request. | L120 | 0.20 | 279.00 | 55.80 |
| MKS | 10/14/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| DPB | 10/18/12 | E-mails from, to C.DiCicco regarding preparing complaint against First American Title. | L210 | 0.20 | 288.00 | 57.60 |
| DPB | 10/23/12 | Review securitization agreements to determine which entity is proper party to sue title insurer and on what basis. | L210 | 1.20 | 288.00 | 345.60 |
| DPB | 10/24/12 | Begin drafting complaint. | L210 | 1.50 | 288.00 | 432.00 |
| DPB | 10/24/12 | Research authorities for legal pitfalls regarding loan servicers' claims against title insurers. | L210 | 1.50 | 288.00 | 432.00 |
| DPB | 10/25/12 | Continue drafting complaint. | L210 | 1.20 | 288.00 | 345.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331649 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Perez, Rosa & Raul | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DPB | 10/25/12 | Select documents to use as exhibits to complaint against First American. | L210 | 1.00 | 288.00 | | 288.00 |
| DPB | 10/26/12 | Finish preparing draft of complaint. | L210 | 1.40 | 288.00 | | 403.20 |
| DPB | 10/26/12 | E-mail to C.DiCicco regarding draft complaint. | L210 | 0.10 | 288.00 | | 28.80 |
| DPB | 10/29/12 | Communications with C.DiCicco regarding fixing the amount of loss alleged in complaint. | L210 | 0.20 | 288.00 | | 57.60 |
| DPB | 10/30/12 | Communications with C.DiCicco regarding finalizing, verifying draft complaint against First American. | L210 | 0.70 | 288.00 | | 201.60 |
| | | **TOTAL** | | **10.00** | | | **$2,871.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $111.60 |
| L190 | Other Case Assessment | 0.30 | $81.00 |
| L210 | Pleadings | 9.30 | $2,678.40 |
| | **TOTAL** | **10.00** | **$2,871.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Babcock, Daska | DPB | Special Counsel | 9.30 | 288.00 | $2,678.40 |
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **10.00** | | **$2,871.00** |

| PRIOR FEES | $1,721.70 |
|---|---|
| PRIOR COSTS & EXPENSES | $72.74 |

| | FEES | $2,871.00 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$2,871.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331650    JBS

November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1207    Mechenstock, Thomas E.
GMAC Matter No.: 725102
Loan No.: 035492305

**TOTAL AMOUNT DUE**          **$6,123.60**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331650    JBS                                              November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1207    Mechenstock, Thomas E.
GMAC Matter No.: 725102
Loan No.: 035492305

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 08/13/12 | Update client regarding ruling on demurrer and propose further strategy. | L210 | 0.40 | 238.50 | 95.40 |
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 10/05/12 | Analysis of remaining claims and strategize re disposition and potential settlement options. | L120 | 0.50 | 279.00 | 139.50 |
| AAG | 10/05/12 | Research validity of an attorney's verification and revise answer pursuant to same. | L210 | 0.60 | 238.50 | 143.10 |
| MJN | 10/05/12 | Draft answer to complaint. | L210 | 2.70 | 261.00 | 704.70 |
| ERB | 10/10/12 | Attention to status of bankruptcy, notice of stay and impact on strategy and resolution of matter per clients request. | L120 | 0.30 | 279.00 | 83.70 |
| MJN | 10/12/12 | Review materials and internally discuss motion to dissolve preliminary injunction. | L210 | 0.20 | 261.00 | 52.20 |
| MKS | 10/14/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| MJN | 10/16/12 | Review file, internally discuss strategy and draft motion to dissolve preliminary injunction. | L210 | 4.60 | 261.00 | 1,200.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331650 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Mechenstock, Thomas E. | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MJN | 10/17/12 | Review docket and preliminary injunction applciation, continue draft of motion to dissolve injunction and internally discuss strategy regarding the same. | L210 | 1.60 | 261.00 | | 417.60 |
| BJJ | 10/18/12 | Review documents to prepare for production | L190 | 0.40 | 130.50 | | 52.20 |
| MJN | 10/18/12 | Review client file, extract pertinent documents, communicate same internally and draft motion to dissolve preliminary injunction. | L210 | 4.00 | 261.00 | | 1,044.00 |
| BJJ | 10/19/12 | Extract and number collection notes for use in production. | L190 | 0.30 | 130.50 | | 39.15 |
| MJN | 10/20/12 | Draft declaration in support of motion to dissolve preliminary injunction. | L210 | 1.20 | 261.00 | | 313.20 |
| MJN | 10/20/12 | Draft declaration in support of and motion to dissolve preliminary injunction. | L210 | 2.30 | 261.00 | | 600.30 |
| AAG | 10/22/12 | Update client regarding status of motion to dissolve PI and communicate internally regarding same. | L100 | 0.30 | 238.50 | | 71.55 |
| AAG | 10/23/12 | Revise motion for preliminary injunction and declaration supporting same; prepare exhibits; and communicate with client regarding motion. | L250 | 2.10 | 238.50 | | 500.85 |
| AAG | 10/23/12 | Communicate with plaintiff's attorney regarding settlement. | L160 | 0.20 | 238.50 | | 47.70 |
| AAG | 10/24/12 | Prepare case management statement. | L230 | 0.20 | 238.50 | | 47.70 |
| AAG | 10/26/12 | Revise motion to dissolve PI and communicate with client regarding same. | L250 | 0.40 | 238.50 | | 95.40 |
| AAG | 10/29/12 | Draft notice of automatic stay and cover letter. | L210 | 1.20 | 238.50 | | 286.20 |
| AAG | 10/30/12 | Communicate with client regarding filing notice of stay. | L210 | 0.10 | 238.50 | | 23.85 |
| | | **TOTAL** | | **24.20** | | | **$6,123.60** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   331650 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|
| | MATTER | Mechenstock, Thomas E. | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L100 | NOT A VALID TASK CODE | 0.30 | $71.55 |
| L120 | Analysis/Strategy | 1.10 | $306.90 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $47.70 |
| L190 | Other Case Assessment | 1.00 | $172.35 |
| L210 | Pleadings | 18.90 | $4,881.15 |
| L230 | Court Mandated Conferences | 0.20 | $47.70 |
| L250 | Other Written Motions | 2.50 | $596.25 |
| | **TOTAL** | **24.20** | **$6,123.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 5.50 | 238.50 | $1,311.75 |
| Johnson, Betty | BJJ | Paralegal | 0.70 | 130.50 | $91.35 |
| Buell, Edward | ERB | Associate | 1.10 | 279.00 | $306.90 |
| Nelson, Michele | MJN | Special Counsel | 16.60 | 261.00 | $4,332.60 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **24.20** | | **$6,123.60** |

| PRIOR FEES | $8,329.95 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,794.38 |

| | FEES | $6,123.60 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$6,123.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     331651     JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1218      Flores, Panfilo and Irene
                     GMAC Matter No.: 725898

**TOTAL AMOUNT DUE**          $6,300.90

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331651    JBS                                        November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1218    Flores, Panfilo and Irene
                         GMAC Matter No.:  725898

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JDI | 10/01/12 | Follow up with plaintiffs' counsel re proposed mediation dates. | L230 | 0.30 | 279.00 | 83.70 |
| JDI | 10/02/12 | Arrange date for mediation. | L230 | 0.50 | 279.00 | 139.50 |
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| JDI | 10/10/12 | Analyze case to determine whether bankruptcy stay should be filed and correspond with J. Holtgren re same. | L120 | 0.90 | 279.00 | 251.10 |
| JDI | 10/10/12 | Attend pre-mediation conference with mediator and opposing counsel. | L230 | 0.60 | 279.00 | 167.40 |
| ERB | 10/10/12 | Attention to status of bankruptcy, notice of stay and impact on strategy and resolution of matter per clients request. | L120 | 0.30 | 279.00 | 83.70 |
| JDI | 10/11/12 | Prepare notice of bankruptcy stay and cover letter to plaintiffs' counsel re same. | L250 | 1.40 | 279.00 | 390.60 |
| JDI | 10/12/12 | File notice of bankruptcy stay. | L250 | 0.30 | 279.00 | 83.70 |
| MKS | 10/14/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| JDI | 10/16/12 | Confer with J. Holtgren re mediation. | L230 | 0.20 | 279.00 | 55.80 |
| JDI | 10/16/12 | Draft mediation statement. | L250 | 4.50 | 279.00 | 1,255.50 |
| JDI | 10/17/12 | Draft mediation statement. | L250 | 2.50 | 279.00 | 697.50 |
| JDI | 10/18/12 | Draft mediation statement. | L250 | 1.30 | 279.00 | 362.70 |
| MKS | 10/19/12 | Research and report in response to client's request for updated information on status of bankruptcy stay, filing of notice and remaining claims and | L190 | 0.20 | 270.00 | 54.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331651 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Flores, Panfilo & Irene | | | | |

| | | parties. | | | | |
|---|---|---|---|---|---|---|
| JDI | 10/22/12 | Correspond with mediator re mediation and mediation statement. | L230 | 0.50 | 279.00 | 139.50 |
| JDI | 10/24/12 | Review plaintiffs' mediation brief and correspond with C. DiCicco re mediation. | L230 | 0.80 | 279.00 | 223.20 |
| JDI | 10/25/12 | Prepare for and attend pre-mediation telephone conference with court-appointed mediator. | L230 | 0.80 | 279.00 | 223.20 |
| JDI | 10/25/12 | Correspond with C. DiCicco re mediation strategy. | L230 | 0.30 | 279.00 | 83.70 |
| JDI | 10/25/12 | Investigate factual background of why foreclosure sale was rescinded and status of plaintiffs' bankruptcies. | L110 | 0.90 | 279.00 | 251.10 |
| JDI | 10/25/12 | Prepare for court-ordered mediation. | L230 | 1.20 | 279.00 | 334.80 |
| JDI | 10/29/12 | Prepare for and attend court-ordered mediation. | L230 | 4.70 | 279.00 | 1,311.30 |
| | | **TOTAL** | | **22.60** | | **$6,300.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.90 | $251.10 |
| L120 | Analysis/Strategy | 1.30 | $362.70 |
| L190 | Other Case Assessment | 0.50 | $135.00 |
| L230 | Court Mandated Conferences | 9.90 | $2,762.10 |
| L250 | Other Written Motions | 10.00 | $2,790.00 |
| | **TOTAL** | **22.60** | **$6,300.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| Ives, Jon | JDI | Associate | 21.70 | 279.00 | $6,054.30 |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| | **Total** | | **22.60** | | **$6,300.90** |

| PRIOR FEES | $9,344.25 |
|---|---|
| PRIOR COSTS & EXPENSES | $179.68 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   331651      CLIENT   GMAC ResCap                          Page      3
                         MATTER   Flores, Panfilo & Irene

|  |  |  |
|--|--|--|
| FEES | | $6,300.90 |
| **TOTAL THIS INVOICE** | | **$6,300.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331652    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1232    Copeland, Robert (Borrego)
                  GMAC Matter No.: 726516

**TOTAL AMOUNT DUE**            **$1,704.15**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331652    JBS                                November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1232    Copeland, Robert (Borrego)
                        GMAC Matter No.: 726516

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| IJD | 10/01/12 | Telephone call with plaintiff's counsel K. Foley regarding loan modification application. | L120 | 0.20 | 238.50 | 47.70 |
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| IJD | 10/02/12 | Prepare email to plaintiff's counsel K. Foley regarding loan modification review. | L120 | 0.20 | 238.50 | 47.70 |
| ERB | 10/10/12 | Attention to Plaintiff's request to postpone sale to allow time to review assumption package (.2) and communications with client re same (.2). | L160 | 0.40 | 279.00 | 111.60 |
| ERB | 10/11/12 | Communications with client re postponing foreclosure sale. | L120 | 0.20 | 279.00 | 55.80 |
| MKS | 10/19/12 | Research and report in response to client's request for updated information on status of bankruptcy stay, filing of notice and remaining claims and parties. | L190 | 0.20 | 270.00 | 54.00 |
| IJD | 10/24/12 | Begin to prepare demurrer to plaintiff's complaint. | L210 | 4.20 | 238.50 | 1,001.70 |
| IJD | 10/24/12 | Analyze plaintiff's complaint. | L210 | 0.50 | 238.50 | 119.25 |
| IJD | 10/24/12 | Analyze plaintiff's title chronology. | L120 | 0.50 | 238.50 | 119.25 |
| IJD | 10/25/12 | Prepare case management conference statement. | L210 | 0.50 | 238.50 | 119.25 |
| | | **TOTAL** | | **7.00** | | **$1,704.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Séverson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.  331652 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Copeland, Robert (Borrego) | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.20 | $298.35 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $111.60 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L210 | Pleadings | 5.20 | $1,240.20 |
| | **TOTAL** | **7.00** | **$1,704.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.70 | 279.00 | $195.30 |
| Da Cunha, Ian | IJD | Associate | 6.10 | 238.50 | $1,454.85 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **7.00** | | **$1,704.15** |

PRIOR FEES                         $582.30

| | | |
|---|---|---|
| | FEES | $1,704.15 |
| | **TOTAL THIS INVOICE** | **$1,704.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331653    JBS                                     November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1242 | Fetty, Frederick and Susan |
| | | GMAC Matter No.: 726842 |

**TOTAL AMOUNT DUE**          **$2,264.05**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331653    JBS                                              November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1242    Fetty, Frederick and Susan
GMAC Matter No.: 726842

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 10/08/12 | Draft case assessment. | L190 | 1.30 | 238.50 | 310.05 |
| ERB | 10/09/12 | Review and revise case assesment for client and budget requested by client. | L120 | 0.30 | 279.00 | 83.70 |
| MGC | 10/09/12 | Revise proposed budget to client. | L190 | 0.60 | 238.50 | 143.10 |
| MGC | 10/10/12 | Draft stipulation to set aside default. | L250 | 1.10 | 238.50 | 262.35 |
| MGC | 10/10/12 | Call with plaintiffs' counsel. | L190 | 0.30 | 238.50 | 71.55 |
| MGC | 10/15/12 | Finalize draft of demurrer. | L210 | 3.70 | 238.50 | 882.45 |
| MGC | 10/17/12 | Review plaintiffs' counsel's email. | L190 | 0.20 | 238.50 | 47.70 |
| MGC | 10/17/12 | Revise demurrer. | L240 | 1.10 | 238.50 | 262.35 |
| MGC | 10/24/12 | Revise cost estimate for client. | L190 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **9.10** | | **$2,186.55** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/22/12 | First Legal Network, LLC; Transmittal of filing to court; Napa County Superior Court 10/11/12. Advance fees $20.00 | 77.50 |

**TOTAL COSTS & EXPENSES**                    **$77.50**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $111.60 |
| L190 | Other Case Assessment | 2.80 | $667.80 |
| L210 | Pleadings | 3.70 | $882.45 |
| L240 | Dispositive Motions | 1.10 | $262.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331653 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Fetty, Frederick & Susan | | | |

| L250 | Other Written Motions | | 1.10 | $262.35 | | |
| | **TOTAL** | | **9.10** | **$2,186.55** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| Cross, Michael | MGC | Associate | 8.70 | 238.50 | $2,074.95 |
| | **Total** | | **9.10** | | **$2,186.55** |

PRIOR FEES                     $10,794.60
PRIOR COSTS & EXPENSES      $296.14

| | | |
|---|---|---|
| FEES | $2,186.55 |
| COSTS & EXPENSES | $77.50 |
| **TOTAL THIS INVOICE** | **$2,264.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      331654      JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1276       Robinson, Tena
                       GMAC Matter No.: 728564

**TOTAL AMOUNT DUE**              $495.90

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331654    JBS

November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1276    Robinson, Tena
GMAC Matter No.: 728564

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 10/10/12 | Attention to status of bankruptcy, notice of stay and impact on strategy and resolution of matter per clients request. | L120 | 0.30 | 279.00 | 83.70 |
| MKS | 10/14/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| EXM | 10/15/12 | Strategize re issue of BK stay on behalf of GMAC; communications with client re the same | L120 | 0.40 | 279.00 | 111.60 |
| EXM | 10/18/12 | Comminications with client re status of plaintiff's trial modification | L160 | 0.20 | 279.00 | 55.80 |
| JCP | 10/30/12 | Draft Notice of Stay | L190 | 0.40 | 130.50 | 52.20 |
| EXM | 10/30/12 | Review and revise notice of bankruptcy stay; communications with client re the same | L210 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | **2.00** | | **$495.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 0.80 | $223.20 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $55.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331654 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Robinson, Tena | | | |

| | | | Hours | Value | | |
|---|---|---|---|---|---|---|
| L190 | Other Case Assessment | | 0.70 | $133.20 | | |
| L210 | Pleadings | | 0.30 | $83.70 | | |
| | **TOTAL** | | **2.00** | **$495.90** | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Buell, Edward | | ERB | Associate | 0.40 | 279.00 | $111.60 |
| Manukyan, Evelina | | EXM | Associate | 0.90 | 279.00 | $251.10 |
| Spann, Joel | | JCP | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, Mary Kate | | MKS | Member | 0.30 | 270.00 | $81.00 |
| | | **Total** | | **2.00** | | **$495.90** |

| PRIOR FEES | $7,124.40 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,468.19 |

| | | |
|---|---|---|
| FEES | | $495.90 |
| **TOTAL THIS INVOICE** | | **$495.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331655    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1284      Liu, Ceeou Ju
                     GMAC Matter No.: 728686

**TOTAL AMOUNT DUE**                  **$361.80**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331655    JBS                                November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1284    Liu, Ceeou Ju
GMAC Matter No.: 728686

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 10/03/12 | Update client regarding case status. | L210 | 0.20 | 238.50 | 47.70 |
| AAG | 10/05/12 | Prepare case management statement. | L230 | 0.30 | 238.50 | 71.55 |
| AAG | 10/19/12 | Prepare for and participate in case management conference. | L230 | 0.70 | 238.50 | 166.95 |
| AAG | 10/24/12 | Communicate internally regarding demurrer hearing appearing to be off calendar according to court docket. | L210 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **1.50** | | **$361.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L210 | Pleadings | 0.40 | $95.40 |
| L230 | Court Mandated Conferences | 1.00 | $238.50 |
| | **TOTAL** | **1.50** | **$361.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Givental, Alisa | AAG | Associate | 1.40 | 238.50 | $333.90 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **1.50** | | **$361.80** |

| | |
|---|---|
| PRIOR FEES | $3,925.35 |
| PRIOR COSTS & EXPENSES | $611.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331655 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Liu, Ceeou Ju | | | |

|  | FEES | $361.80 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$361.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331657    JBS                                          November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1306     Smith, Regina
                   GMAC Matter No.: 729608

**TOTAL AMOUNT DUE**          **$409.50**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331657    JBS                          November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1306    Smith, Regina
GMAC Matter No.: 729608

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 10/09/12 | Communicate with client regarding filing joinder. | L210 | 0.30 | 238.50 | 71.55 |
| AAG | 10/15/12 | Communicate with client regarding joinder to Wells Fargo's demurrer and applicability of automatic stay. | L210 | 0.20 | 238.50 | 47.70 |
| AAG | 10/16/12 | Communicate with client regarding plaintiffs' intentions to dismiss GMAC. | L210 | 0.10 | 238.50 | 23.85 |
| AAG | 10/17/12 | Draft joiner to Wells Fargo's demurrer and communicate with client regarding same. | L210 | 0.40 | 238.50 | 95.40 |
| AAG | 10/18/12 | Revise joiner to demurrer and communicate with client regarding same. | L210 | 0.30 | 238.50 | 71.55 |
| AAG | 10/19/12 | Revise joinder and communicate with client regarding same. | L210 | 0.20 | 238.50 | 47.70 |
| AAG | 10/23/12 | File joinder to demurrer. | L210 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **1.70** | | **$409.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L210 | Pleadings | 1.60 | $381.60 |
| | **TOTAL** | **1.70** | **$409.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 331657 | CLIENT | GMAC ResCap | | Page | 2 |
| | MATTER | Smith, Regina | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 1.60 | 238.50 | $381.60 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **1.70** | | **$409.50** |

PRIOR FEES                                $1,393.20
PRIOR COSTS & EXPENSES          $139.95

|  | FEES | $409.50 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$409.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     331658     JBS                                          November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1308      Ellison, Keith Edward
                     GMAC Matter No.: 729778

**TOTAL AMOUNT DUE**               $499.50

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331658    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1308    Ellison, Keith Edward
                        GMAC Matter No.: 729778

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 10/10/12 | Attention to status of bankruptcy, notice of stay and impact on strategy and resolution of matter per clients request. | L120 | 0.30 | 279.00 | 83.70 |
| MKS | 10/13/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| EXM | 10/15/12 | Analyze issue of BK stay on behalf of ETS; communications with client re bankruptcy stay | L120 | 0.60 | 279.00 | 167.40 |
| EXM | 10/16/12 | Communications with client re notice of BK stay | L120 | 0.10 | 279.00 | 27.90 |
| EXM | 10/30/12 | Revise notice of bankruptcy stay; communications with client re the same | L210 | 0.40 | 279.00 | 111.60 |
| | | **TOTAL** | | **1.80** | | **$499.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 1.10 | $306.90 |
| L190 | Other Case Assessment | 0.30 | $81.00 |
| L210 | Pleadings | 0.40 | $111.60 |
| | **TOTAL** | **1.80** | **$499.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331658 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Ellison, Keith Edward | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| Manukyan, Evelina | EXM | Associate | 1.10 | 279.00 | $306.90 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **1.80** | | **$499.50** |

PRIOR FEES                        $10,167.30
PRIOR COSTS & EXPENSES            $1,378.24

| | FEES | $499.50 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$499.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331659    JBS

November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1313    Maciel, Martha and Antonio
                  GMAC Matter No.: 729795

**TOTAL AMOUNT DUE**          **$1,029.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      331659      JBS                                            November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  1313      Maciel, Martha and Antonio
GMAC Matter No.: 729795

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MKK | 10/08/12 | Communication with opposing counsel regarding joint case management statement and loan modification application. | L210 | 0.20 | 225.00 | 45.00 |
| ERB | 10/09/12 | Attention to Court notice of transfer to Western District of Wisconsin. | L120 | 0.40 | 279.00 | 111.60 |
| ERB | 10/09/12 | Attention to upcoming status conference and strategize re continuance based on continued hearing on motion to dismiss. | L230 | 0.20 | 279.00 | 55.80 |
| MKK | 10/09/12 | Review documents related to transfer of case to Wisconsin. | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 10/09/12 | Communication with court regarding transfer of case to Wisconsin. | L210 | 0.20 | 225.00 | 45.00 |
| MKK | 10/09/12 | Communication with client regarding loan modification application. | L160 | 0.10 | 225.00 | 22.50 |
| MKK | 10/09/12 | regarding loan modification application. | L160 | 0.10 | 225.00 | 22.50 |
| MKK | 10/10/12 | Draft stipulation to continue case management conference. | L210 | 0.90 | 225.00 | 202.50 |
| MKK | 10/10/12 | Communication with opposing counsel regarding continuance of case managment conference. | L210 | 0.10 | 225.00 | 22.50 |
| MKK | 10/11/12 | Communication with opposing counsel regarding ADR and Rule 26 deadlines. | L210 | 0.10 | 225.00 | 22.50 |
| MKK | 10/11/12 | Draft ADR stipulation (.1); Draft ADR certification (.1). | L210 | 0.20 | 225.00 | 45.00 |
| MKK | 10/12/12 | Communication wtih opposing counsel regarding ADR stipulations. | L210 | 0.10 | 225.00 | 22.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331659 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Maciel, Martha & Antonio | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MKS | 10/13/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | | 81.00 |
| MKK | 10/16/12 | Communication with opposing counsel regarding joint case management statements. | L210 | 0.10 | 225.00 | | 22.50 |
| MKK | 10/16/12 | Draft case management statement. | L210 | 0.60 | 225.00 | | 135.00 |
| MKK | 10/16/12 | Communication with client regarding filing of case management conference statement. | L210 | 0.10 | 225.00 | | 22.50 |
| MKK | 10/17/12 | Communication with client regarding ADR certification. | L210 | 0.20 | 225.00 | | 45.00 |
| | | **TOTAL** | | **4.30** | | | **$1,018.80** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 10/18/12 | Pacer Service Center; Data Search; Account No. SW0061. 7/1/12 - 9/30/12 | | 11.00 |
| | **TOTAL COSTS & EXPENSES** | **$11.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $139.50 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $45.00 |
| L190 | Other Case Assessment | 0.30 | $81.00 |
| L210 | Pleadings | 3.10 | $697.50 |
| L230 | Court Mandated Conferences | 0.20 | $55.80 |
| | **TOTAL** | **4.30** | **$1,018.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.70 | 279.00 | $195.30 |
| Kamka, Mary Kate | MKK | Special Counsel | 3.30 | 225.00 | $742.50 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **4.30** | | **$1,018.80** |

| | |
|---|---|
| PRIOR FEES | $8,515.00 |
| PRIOR COSTS & EXPENSES | $86.49 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331659 | CLIENT | GMAC ResCap | Page | 3 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Maciel, Martha & Antonio | | |

|  | | |
| --- | --- | --- |
| FEES | $1,018.80 |
| COSTS & EXPENSES | $11.00 |
| **TOTAL THIS INVOICE** | **$1,029.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331660    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1317     Von Brincken, Shelley (3)
                   GMAC Matter No.: 730041

**TOTAL AMOUNT DUE**          $3,175.65

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331660    JBS                                    November 8, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1317    Von Brincken, Shelley (3)
                        GMAC Matter No.: 730041

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 09/05/12 | Attention to and analysis of Plaintiff's motion for leave to file complaint in intervention and impact on other related actions. | L250 | 0.50 | 279.00 | 139.50 |
| ERB | 10/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 10/10/12 | Attention to status of bankruptcy, notice of stay and impact on matter per clients request. | L120 | 0.30 | 279.00 | 83.70 |
| MKS | 10/13/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| MGC | 10/15/12 | Review plaintiffs' opposition. | L210 | 0.50 | 238.50 | 119.25 |
| MGC | 10/15/12 | Begin to draft motion to dismiss. | L240 | 1.50 | 238.50 | 357.75 |
| MGC | 10/17/12 | Draft bankruptcy stay. | L210 | 0.70 | 238.50 | 166.95 |
| MGC | 10/17/12 | Draft letter to plaintiff. | L190 | 0.30 | 238.50 | 71.55 |
| MKS | 10/18/12 | Review and revise draft Notice of Bankruptcy and cover letter for same. | L210 | 0.30 | 270.00 | 81.00 |
| MGC | 10/19/12 | Draft joinder to motion to dismiss. | L240 | 1.00 | 238.50 | 238.50 |
| MGC | 10/22/12 | Draft motion to dismiss. | L240 | 2.50 | 238.50 | 596.25 |
| MKS | 10/23/12 | Review and revise draft Motion to Dismiss and proposed joinder in pending motion to dismiss. | L240 | 0.50 | 270.00 | 135.00 |
| MGC | 10/23/12 | Finalize motion to dismiss. | L240 | 2.80 | 238.50 | 667.80 |
| MGC | 10/23/12 | Revise notice of bankruptcy. | L210 | 0.30 | 238.50 | 71.55 |
| MGC | 10/23/12 | Draft email update to client | L190 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.  331660     CLIENT    GMAC ResCap                     Page        2
                        MATTER    Von Brincken, Shelley (3)

| | | | | | | |
|---|---|---|---|---|---|---|
| MGC | 10/25/12 | Draft letter to court re: proposed order. | L240 | 0.40 | 238.50 | 95.40 |
| MGC | 10/26/12 | Finalize joinder. | L240 | 0.30 | 238.50 | 71.55 |
| MGC | 10/26/12 | Finalize motion to dismiss. | L240 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **13.00** | | **$3,175.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $139.50 |
| L190 | Other Case Assessment | 0.80 | $200.25 |
| L210 | Pleadings | 1.80 | $438.75 |
| L240 | Dispositive Motions | 9.40 | $2,257.65 |
| L250 | Other Written Motions | 0.50 | $139.50 |
| | **TOTAL** | **13.00** | **$3,175.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| Cross, Michael | MGC | Associate | 10.90 | 238.50 | $2,599.65 |
| Sullivan, Mary Kate | MKS | Member | 1.10 | 270.00 | $297.00 |
| | **Total** | | **13.00** | | **$3,175.65** |

PRIOR FEES                        $1,464.30
PRIOR COSTS & EXPENSES            $156.00

|  | |
|---|---|
| FEES | $3,175.65 |
| **TOTAL THIS INVOICE** | **$3,175.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331661    JBS

November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1339     Stanton, Gary Josef
                    GMAC Matter No.: 730521

**TOTAL AMOUNT DUE**          **$1,782.60**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331661    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1339    Stanton, Gary Josef
                        GMAC Matter No.: 730521

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MXS | 10/01/12 | E-mailed with client C. DiCiccio re outcome of demurrer hearing, modification review package, and amended complaint. | L160 | 0.50 | 216.00 | 108.00 |
| MXS | 10/02/12 | Prepared for case management conference | L230 | 0.40 | 216.00 | 86.40 |
| ERB | 10/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 10/10/12 | Attention to status of bankruptcy, notice of stay and impact on strategy and resolution of matter per clients request. | L120 | 0.30 | 279.00 | 83.70 |
| MXS | 10/10/12 | Strategized re notice of bankruptcy and suggestion of stay. | L250 | 0.30 | 216.00 | 64.80 |
| MXS | 10/10/12 | Drafted e-mail to client regarding appropriateness of notice of bankruptcy and suggestion of stay. | L250 | 0.30 | 216.00 | 64.80 |
| MXS | 10/10/12 | Spoke and e-mailed with opposing counsel re stay of case and HAMP Agreement. | L160 | 0.40 | 216.00 | 86.40 |
| MXS | 10/10/12 | Drafted stipulation to stay trial. | L160 | 0.50 | 216.00 | 108.00 |
| MXS | 10/10/12 | E-mailed with client re stipulation to vacate deadlines and possible stay of case for bankruptcy reasons. | L160 | 0.60 | 216.00 | 129.60 |
| MXS | 10/11/12 | Emailed with client Re ETA of mod docs | L160 | 0.30 | 216.00 | 64.80 |
| MXS | 10/12/12 | Drafted e-mail to opposing counsel enclosing stipulation to stay case. | L160 | 0.20 | 216.00 | 43.20 |
| MXS | 10/12/12 | E-mailed and spoke with opposing counsel regarding suggested edits to stipulation to stay proceedings pending | L160 | 0.60 | 216.00 | 129.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 331661 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Stanton, Gary Josef | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | trial plan. | | | | |
| MKS | 10/13/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| MXS | 10/15/12 | E-mailed with opposing counsel re new version of joint stipulation to stay litigation. | L160 | 0.20 | 216.00 | 43.20 |
| MXS | 10/16/12 | Revised stipulation to stay litigation to reflect input from opposing counsel and e-mailed to client for review | L160 | 0.60 | 216.00 | 129.60 |
| MXS | 10/16/12 | Exchanged e-mails with opposing counsel re changes to stipulation to stay case | L160 | 0.60 | 216.00 | 129.60 |
| MXS | 10/16/12 | Reviewed e-mail from client attaching HAMP modification documents and attached HAMP modification trial plan documents for legal effect. | L160 | 0.60 | 216.00 | 129.60 |
| MXS | 10/16/12 | Revised stipulation and prepared for delivery to opposing counsel | L160 | 0.30 | 216.00 | 64.80 |
| MXS | 10/18/12 | Wrote e-mail to client C. DiCiccio explaining reasons to postpone sale. | L160 | 0.30 | 216.00 | 64.80 |
| MXS | 10/18/12 | Reviewed e-mail from client C. DiCiccio re postponement of sale. | L160 | 0.30 | 216.00 | 64.80 |
| | | **TOTAL** | | **7.70** | | **$1,704.60** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 10/02/12 | CourtCall, LLC; CourtCall - Conference Service; 11/05/12 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $111.60 |
| L160 | Settlement/Non-Binding ADR | 6.00 | $1,296.00 |
| L190 | Other Case Assessment | 0.30 | $81.00 |
| L230 | Court Mandated Conferences | 0.40 | $86.40 |
| L250 | Other Written Motions | 0.60 | $129.60 |
| | **TOTAL** | **7.70** | **$1,704.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No.   331661 | CLIENT | GMAC ResCap | | | Page | 3 |
| | MATTER | Stanton, Gary Josef | | | | |

| Timekeeper | | Position | Hours | Rate | Value | |
|---|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 | |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 | |
| Schindler, Maria | MXS | Associate | 7.00 | 216.00 | $1,512.00 | |
| | **Total** | | **7.70** | | **$1,704.60** | |

PRIOR FEES                                $3,698.55
PRIOR COSTS & EXPENSES                     $574.20

| | |
|---|---|
| FEES | $1,704.60 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$1,782.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331662    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1350    Teang, Srey
GMAC Matter No.: 731340

**TOTAL AMOUNT DUE**          $578.70

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331662    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1350    Teang, Srey
GMAC Matter No.: 731340

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| EMR | 10/01/12 | Appear for hearing on motion to dismiss or alternatively to transfer venue. | L240 | 1.60 | 306.00 | 489.60 |
| ERB | 10/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| EMR | 10/11/12 | Review court's minute order continuing intitial scheduling conference pending hearing on motion to compel. | L230 | 0.10 | 306.00 | 30.60 |
| EMR | 10/11/12 | Review and respond to request for clarification from J. Hoy regarding court's order dismissing action. | L120 | 0.10 | 306.00 | 30.60 |
| | | **TOTAL** | | **1.90** | | **$578.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $58.50 |
| L230 | Court Mandated Conferences | 0.10 | $30.60 |
| L240 | Dispositive Motions | 1.60 | $489.60 |
| | **TOTAL** | **1.90** | **$578.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Roman, Eleanor | EMR | Special Counsel | 1.80 | 306.00 | $550.80 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **1.90** | | **$578.70** |

PRIOR FEES                    $8,770.95
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331662    CLIENT    GMAC ResCap                                     Page        2
                         MATTER    Teang, Srey

PRIOR COSTS & EXPENSES                        $96.70

|                      |          |
|----------------------|----------|
| FEES                 | $578.70  |
| **TOTAL THIS INVOICE** | **$578.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331663    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1353     Robles, Francisco
                     GMAC Matter No.: 731391

**TOTAL AMOUNT DUE**          $1,010.35

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331663    JBS                                      November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1353    Robles, Francisco
                        GMAC Matter No.: 731391

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 10/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 10/10/12 | Attention to status of bankruptcy, notice of stay and impact on strategy and resolution of matter per clients request. | L120 | 0.30 | 279.00 | 83.70 |
| MKK | 10/10/12 | Draft notice of bankruptcy stay. | L210 | 0.60 | 225.00 | 135.00 |
| MKK | 10/11/12 | Communication with client regarding demurrer hearing date. | L210 | 0.10 | 225.00 | 22.50 |
| MKS | 10/13/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| MKK | 10/15/12 | Revise draft of Notice of Bankruptcy Stay. | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 10/15/12 | Communication with client regarding Notice of Bankruptcy Stay. | L210 | 0.10 | 225.00 | 22.50 |
| | | **TOTAL** | | **1.80** | | **$440.10** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 10/23/12 | First Legal Network, LLC; Transmittal of filing to court; CCSC- Martinez 9/20/12. Advance ck. $465.00 | | 570.25 |

**TOTAL COSTS & EXPENSES**                    **$570.25**

### BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331663 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Robles, Francisco | | | | |

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $111.60 | | | |
| L190 | Other Case Assessment | 0.30 | $81.00 | | | |
| L210 | Pleadings | 1.10 | $247.50 | | | |
| | TOTAL | 1.80 | $440.10 | | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Buell, Edward | | ERB | Associate | 0.40 | 279.00 | $111.60 |
| Kamka, Mary Kate | | MKK | Special Counsel | 1.10 | 225.00 | $247.50 |
| Sullivan, Mary Kate | | MKS | Member | 0.30 | 270.00 | $81.00 |
| | | Total | | 1.80 | | $440.10 |

PRIOR FEES                          $2,322.45
PRIOR COSTS & EXPENSES          $77.69

| | | |
|---|---|---|
| FEES | $440.10 |
| COSTS & EXPENSES | $570.25 |
| TOTAL THIS INVOICE | $1,010.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

| Invoice No. | Customer No. |
|---|---|
| 271104 | 82035 |
| Invoice Date | Total Due |
| 9/30/12 | 37,282.21 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 271104 | 9/30/12 | 37,282.21 | 13 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/20/12 FILING-BRANCH FAX/PDF | 6838537 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Deborah L. Case No.: MSC12-00073 Please file Ally Fin Signed: FILED | Contra Costa County Court 725 Court St MARTINEZ         CA 94553 Case Title: Wahner v. Antioch Ch ancial CMC Statement Ref: 07462.0379 | Base Chg :   71.50 | 71.50 |
| 9/20/12 FILING-BRANCH FAX/PDF | 6838620 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: MARILYN HECHMER Case No.: S-CV-0030722 FILE/CONFORM/RETURN Signed: Filed | PLACER SUPERIOR COURT 10820 JUSTICE CENTER DRIVE ROSEVILLE      CA 95678 Case Title: Moore v. Wells Fargo COURTESY COPY TO JDG Ref: 07685.0994 | Base Chg :   48.25 | 48.25 |
| 9/20/12 FILING-FAX/PDF | 6838632 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Verdia Nash   Wait: 15 Min Case No.: BC453610 Signed: FILED/PDF/RTN | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES   CA 90012 Case Title: LIMON V ING FILE/CONFORM/RETURN Ref: 70000.0190 | Base Chg :   29.75 | 29.75 |
| 9/20/12 FILING-FAX/PDF | 6838636 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Theresa V. Henry Wait: 15 Min Case No.: TBD FILE/CONFORM/RETURN Signed: Filed | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE      CA 95113 Case Title: Bay Area Geo v. Sout ADVANCE FEES Ref: 15363.0000 | Base Chg :   29.75 Adv/Wit Ck:   435.00 | 464.75 |
| 9/20/12 FILING-FAX/PDF | 6838640 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Chilly Kada Case No.: 34-2012-00124120 FILE/CONFORM/RETURN Signed: RECEIVED DROP BOX | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO    CA 95814 Case Title: Gacilan v. Residenti Ref: 70000.0924 | Base Chg :   29.75 | 29.75 |
| 9/20/12 FILING-BRANCH FAX/PDF | 6838655 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: ANGELA L. EURE   Wait: 20 Min Case No.: C12 01858 FILE/CONFORM/RETURN Signed: FILED | CCSC-MARTINEZ 725 COURT STREET MARTINEZ      CA 94553 Case Title: ROBLES Ref: 1900 1353 ROBLES | Base Chg :   71.50 PDF/OvrNte:   33.75 Adv/Wit Ck:   465.00 | 570.25 |
| | | | | | Continued | |

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331664    JBS                                  November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT    19000    GMAC ResCap
MATTER    1356     Cooper, Kathleen E. (III)
                   GMAC Matter No.: 731871



**TOTAL AMOUNT DUE**          **$6,135.30**



# *** *REMITTANCE COPY* ***
*Please include this page with payment.*



Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331664 | JBS | | November 8, 2012 |
|---|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1356    Cooper, Kathleen E. (III)
GMAC Matter No.: 731871

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| EXM | 10/03/12 | Draft Manukyan declaration in support of motion for sanctions | L210 | 1.90 | 279.00 | 530.10 |
| EXM | 10/03/12 | Draft motion for sanctions | L210 | 2.50 | 279.00 | 697.50 |
| ERB | 10/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| EXM | 10/04/12 | Communications with C. DiCicco re foreclosure sale status and sanctions award | L120 | 0.20 | 279.00 | 55.80 |
| EXM | 10/04/12 | Draft motion for sanctions | L210 | 3.40 | 279.00 | 948.60 |
| EXM | 10/04/12 | Strategize re issue of sanctions | L210 | 0.10 | 279.00 | 27.90 |
| EXM | 10/05/12 | Draft motion for sanctions | L210 | 0.60 | 279.00 | 167.40 |
| ERB | 10/10/12 | Attention to status of bankruptcy, notice of stay and impact on strategy and resolution of matter per clients request. | L120 | 0.30 | 279.00 | 83.70 |
| MKS | 10/13/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| EXM | 10/17/12 | Draft motion for sanctions | L210 | 1.60 | 279.00 | 446.40 |
| BJJ | 10/18/12 | Obtain copy of Trustee's Deed Upon Sale recorded on October 17, 2012 for the 1702 Myrtle St., Calistoga, CA property | L190 | 0.20 | 130.50 | 26.10 |
| EXM | 10/18/12 | Draft motion for sanction and declaration iso thereof; review and organize exhibits | L210 | 5.10 | 279.00 | 1,422.90 |
| BJJ | 10/19/12 | Obtain copies of 3 bankruptcy petitions and the subsequent dismissals by the courts. | L190 | 0.50 | 130.50 | 65.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331664 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Cooper, Kathleen E. (III) | | | | |

| BJJ | 10/19/12 | Prepare 28 exhibits to be attached to Request for Judicial Notice in Support of Motion for Sanctions/Attorney Fees | L190 | 1.70 | 130.50 | 221.85 |
|-----|----------|------|------|------|--------|--------|
| BJJ | 10/19/12 | Draft request for judicial notice in support of motion for sanctions containing 28 documents | L190 | 1.80 | 130.50 | 234.90 |
| EXM | 10/23/12 | Revise motion for sanctions and prepare for service | L210 | 1.80 | 279.00 | 502.20 |
| EXM | 10/24/12 | Strategize re service of motion for sanctions | L210 | 0.10 | 279.00 | 27.90 |
| EXM | 10/24/12 | Organise exhibits to RJN iso motion for sanctions | L210 | 0.20 | 279.00 | 55.80 |
| BJJ | 10/25/12 | Edit fact section of memorandum of points and authorities in support of our motion for sanctions to ensure exhibit designations are correct | L190 | 0.80 | 130.50 | 104.40 |
| BJJ | 10/25/12 | Edit request for judicial notice to add in new exhibits and ensure all exhibit designations are correct. | L190 | 0.80 | 130.50 | 104.40 |
| EXM | 10/26/12 | Draft notice of non-receipt of opposition to demurrer | L210 | 0.30 | 279.00 | 83.70 |
| JCP | 10/30/12 | Draft Notice of Stay | L190 | 0.40 | 130.50 | 52.20 |
| EXM | 10/30/12 | Draft letter to opposing counsel re motion for sanctions; communucations with opposing counsel re dismissal | L210 | 0.60 | 279.00 | 167.40 |
| | | **TOTAL** | | 25.30 | | **$6,135.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|------|--------|
| L120 | Analysis/Strategy | 0.60 | $167.40 |
| L190 | Other Case Assessment | 6.50 | $890.10 |
| L210 | Pleadings | 18.20 | $5,077.80 |
| | **TOTAL** | **25.30** | **$6,135.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|------|------|------|------|------|------|
| Johnson, Betty | BJJ | Paralegal | 5.80 | 130.50 | $756.90 |
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331664 | CLIENT | GMAC ResCap | | | | Page | 3 |
| | | MATTER | Cooper, Kathleen E. (III) | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Manukyan, Evelina | EXM | Associate | 18.40 | 279.00 | $5,133.60 |
| Spann, Joel | JCP | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **25.30** | | **$6,135.30** |

PRIOR FEES                          $9,435.15
PRIOR COSTS & EXPENSES      $2,132.75

|  |  |  |
|---|---|---|
| FEES | | $6,135.30 |
| **TOTAL THIS INVOICE** | | **$6,135.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331665    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1362     Naidu, Satyanadan and Rampiyami
                     GMAC Matter No.: 731605

**TOTAL AMOUNT DUE**              $1,016.36

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
.A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331665    JBS                              November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1362    Naidu, Satyanadan and Rampiyami
                         GMAC Matter No.: 731605

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         10/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ERB | 10/04/12 | Communications with client re status of L120 matter. | 0.10 | 279.00 | 27.90 |
| MKS | 10/13/12 | Analysis of claims and prayers for relief L190 and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | 0.30 | 270.00 | 81.00 |
| ERB | 10/15/12 | Review client files and analysis of L120 same. | 0.70 | 279.00 | 195.30 |
| AAG | 10/30/12 | Review client file and county records to L120 determine whether GMAC has recourse to enforce a senior lien foreclosed on by junior lien holder and communicate with T. Buell regarding same. | 1.90 | 238.50 | 453.15 |
| ERB | 10/31/12 | Communications with client re strategy. L120 | 0.30 | 279.00 | 83.70 |
| AAG | 10/31/12 | Communicate with T. Buell regarding L120 case status and strategy proposal for client. | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | **3.50** | | **$888.75** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; CA-Solano, Document 2010.76631 08/27/12 | 4.95 |
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; CA-Solano, Document 1991.118193 08/27/12 | 4.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331665 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Naidu, Satyanadan & Rampiyami | | |

| | | | |
|---|---|---|---:|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; CA-Solano, Document 1991.70963 08/27/12 | | 4.95 |
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; CA-Solano, Document 1991.28611 08/27/12 | | 24.75 |
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; Satyanadan Naidu Solano, CA 08/28/12 | | 8.39 |
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 545 Pinedale Sacramento, CA 08/22/12 | | 79.62 |
| | **TOTAL COSTS & EXPENSES** | **$127.61** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.20 | $807.75 |
| L190 | Other Case Assessment | 0.30 | $81.00 |
| | **TOTAL** | **3.50** | **$888.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 2.10 | 238.50 | $500.85 |
| Buell, Edward | ERB | Associate | 1.10 | 279.00 | $306.90 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **3.50** | | **$888.75** |

| | | | |
|---|---|---|---|
| PRIOR FEES | | $1,460.70 | |
| | | FEES | $888.75 |
| | | COSTS & EXPENSES | $127.61 |
| | | **TOTAL THIS INVOICE** | **$1,016.36** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     331666     JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1375     Pratt, Timothy/Schmidt, Scot
                   GMAC Matter No.: 731930

**TOTAL AMOUNT DUE**          $2,660.04

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   331666   JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 1375   Pratt, Timothy/Schmidt, Scot
GMAC Matter No.: 731930

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 10/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ACS | 10/04/12 | Communicate by e-mail with plainitiff's counsel re: renoticing demurrer hearing date | L190 | 0.20 | 288.00 | 57.60 |
| ACS | 10/05/12 | Prepare amended notice of demurrer | L240 | 0.30 | 288.00 | 86.40 |
| ACS | 10/05/12 | Phone calls with plaintiffs' counsel & court clerk re: new demurrer hearing date | L240 | 0.30 | 288.00 | 86.40 |
| ERB | 10/10/12 | Attention to status of bankruptcy, notice of stay and impact on strategy and resolution of matter per clients request. | L120 | 0.30 | 279.00 | 83.70 |
| ACS | 10/10/12 | Prepare draft notice of bankrutpcy stay | L190 | 1.60 | 288.00 | 460.80 |
| ACS | 10/11/12 | Revise notice of bankruptcy stay | L190 | 0.90 | 288.00 | 259.20 |
| ACS | 10/12/12 | Finalize notice of bankruptcy stay | L190 | 0.30 | 288.00 | 86.40 |
| ACS | 10/12/12 | Prepare cover letter for bankruptcy stay notice | L190 | 0.40 | 288.00 | 115.20 |
| MKS | 10/19/12 | Research and report in response to client's request for updated information on status of bankruptcy stay, filing of notice and remaining claims and parties. | L190 | 0.20 | 270.00 | 54.00 |
| ACS | 10/19/12 | Phone call with M. Van Fleet (Round Crabtree & Olsen) re: representation of clients in this matter | L190 | 0.20 | 288.00 | 57.60 |
| ACS | 10/22/12 | Communicate with R. Nguyen (UD counsel) re: status of litigation & demurrer | L190 | 0.20 | 288.00 | 57.60 |
| ACS | 10/26/12 | Communicate with plaintiffs' counsel re: demurrer hearing | L240 | 0.30 | 288.00 | 86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   331666 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER | Pratt, Timothy/Schmidt, Scot | | | |

| | TOTAL | 5.30 | $1,519.20 |
|---|---|---|---|

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/15/12 | Cardmember Service/Bank One (Acct #0705); Data Search; 400 Squaw Creek Road 102 Placer, CA 09/25/12 | 47.99 |
| 10/15/12 | Cardmember Service/Bank One (Acct #0705); Data Search; CA - Placer, Document 2012.62580 09/13/12 | 14.85 |
| 10/22/12 | First Legal Network, LLC; Transmittal of filing to court; Placer Superior Court 10/15/12 | 77.50 |
| 10/23/12 | First Legal Network, LLC; Transmittal of filing to court; Placer Superior Court, Roseville. Advance ck. $870.00 | 1,000.50 |
| | **TOTAL COSTS & EXPENSES** | **$1,140.84** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $111.60 |
| L190 | Other Case Assessment | 4.00 | $1,148.40 |
| L240 | Dispositive Motions | 0.90 | $259.20 |
| | **TOTAL** | **5.30** | **$1,519.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sears, Alex | ACS | Associate | 4.70 | 288.00 | $1,353.60 |
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **5.30** | | **$1,519.20** |

| | |
|---|---|
| PRIOR FEES | $6,907.05 |
| PRIOR COSTS & EXPENSES | $229.60 |

| | |
|---|---|
| FEES | $1,519.20 |
| COSTS & EXPENSES | $1,140.84 |
| **TOTAL THIS INVOICE** | **$2,660.04** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**INVOICE**

| Invoice No. | Customer No. |
|---|---|
| 271104 | 82035 |
| Invoice Date | Amount Due |
| 9/30/12 | 37,282.21 |

LOS ANGELES, CA 90084-4250

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 271104 | 9/30/12 | 37,282.21 | 29 |

**Service Detail**

| Date | Order No. | SVC | | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/28/12 | 6841558 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Len Shaffer   Wait: 25 Min<br>Case No.: HG12626180<br>FILE/CONFORM/RETURN<br>Signed: FILED/RECEIVED | ACSC-HAYWARD<br>24405 AMADOR STREET<br>HAYWARD   CA 94544<br>Case Title: CLAPP-GREY V. WELLS<br>Ref: 55000.0270 | Base Chg :  57.50<br>Adv/Wit Ck:  60.00 | 117.50 |
| FILING-BRANCH FAX/PDF | | | | | | |
| 9/28/12 | 6841574 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Valerie Vitullo<br>Case No.: SCV252114<br>FILE/CONFORM/RETURN<br>Signed: Filed | SONOMA COUNTY SUPERIOR COURT<br>600 ADMINSTRATION DRIVE<br>SANTA ROSA   CA 95403-2818<br>Case Title: Bonelli v. Wells Far<br>Ref: 55000.0428 | Base Chg :  92.50<br>PDF/OvrNte:  257.25<br>Adv/Wit Ck: 1305.00 | 1,654.75 |
| FILING-BRANCH FAX/PDF | | | | | | |
| 9/28/12 | 6841581 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Len Shaffer<br>Case No.: SCV 0031193<br>FILE/CONFORM/RETURN<br>Signed: Filed | PLACER SUPERIOR COURT<br>10820 JUSTICE CENTER DRIVE<br>ROSEVILLE   CA 95678<br>Case Title: Schmidt v. GMAC<br>COURTESY COPY TO JDG<br>Ref: 19000.1375 | Base Chg :  83.25<br>PDF/OvrNte:  47.25<br>Adv/Wit Ck:  870.00 | 1,000.50 |
| FILING-BRANCH FAX/PDF | | | | | | |

Invoice Amount: 16,077.21
Fees Advanced: 21,205.00
**Total  Amount Due:** 37,282.21

**Total**   37,282.21

**INVOICE PAYMENT DUE UPON RECEIPT**

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     331667     JBS

November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1380      Hart, Alan and Barbara
                     GMAC Matter No.: 732121

**TOTAL AMOUNT DUE**            $499.40

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## *&* Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331667    JBS                                                November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1380    Hart, Alan and Barbara
GMAC Matter No.: 732121

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        10/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ERB | 10/04/12 | Communications with client re status of L120 matter. | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | **0.10** | | **$27.90** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 10/23/12 | First Legal Network, LLC; Transmittal of filing to court; Santa Clara County 9/28/12. Advance ck. $435.00 | | 471.50 |
| | **TOTAL COSTS & EXPENSES** | **$471.50** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| | **TOTAL** | **0.10** | **$27.90** |

| Timekeeper | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **0.10** | | **$27.90** |

PRIOR FEES                        $638.10

|  |  |
|---|---|
| FEES | $27.90 |
| COSTS & EXPENSES | $471.50 |
| **TOTAL THIS INVOICE** | **$499.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 271104 | 82035 |
| Invoice Date | Total Due |
| 9/30/12 | 37,282.21 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

...ANGELES, CA 90084-4250

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 271104 | 9/30/12 | 37,282.21 | 27 |

## Service Detail

| Date | Order No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/27/12 | 6841123 | SDF | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Imelda Hernandez<br>Case No.: cgc12 524154<br>FILE/CONFORM/RETURN<br>Signed: FILED | SFSC-SAN FRANCISCO<br>400 MCALLISTER STREET<br>SAN FRANCISCO   CA 94102<br><br>Case Title: NGUYEN V MORTGAGE IT<br>Ref: 70000.1003 | Base Chg : 10.25<br>Adv/Wit Ck: 900.00 | 910.25 |
| FILING SAME DAY-DAILY RUN | | | | | | |
| 9/28/12 | 6841320 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Sylvia Coleman<br>Case No.: PC20120437<br>FILE/CONFORM/RETURN<br>Signed: Received | EDCSC-CAMERON PARK<br>3321 CAMERON PARK DRIVE<br>CAMERON PARK   CA 95682<br><br>Case Title: LIU V WELLS FARGO BA<br>COURTESY COPY TO DPT<br>Ref: 55000.0404 | Base Chg : 90.75<br>Adv/Wit Ck: 20.00 | 110.75 |
| FILING-BRANCH FAX/PDF | | | | | | |
| 9/28/12 | 6841328 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Len Shaffer   Wait: 20 Min<br>Case No.: C12-01418<br>FILE/CONFORM/RETURN<br>Signed: FILED | CCSC-MARTINEZ<br>725 COURT STREET<br>MARTINEZ   CA 94553<br><br>Case Title: ALTAMIRANO V. WESTMI<br>CC TO DEPT 31<br>Ref: 55002.0039 | Base Chg : 71.50 | 71.50 |
| FILING-BRANCH FAX/PDF | | | | | | |
| 9/28/12 | 6841347 | FAX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Kathi DeLeon   Wait: 15 Min<br>Case No.: 112CV230933<br>Please pay 1st appea<br>Signed: Filed | Santa Clara County Court<br>191 N First St<br>SAN JOSE   CA 95113<br><br>Case Title: Hart vs. GMAC, et al<br>rance fee for 1 defe<br>Ref: 19000-1380 | Base Chg : 29.75<br>PDF/OvrNte: 6.75<br>Adv/Wit Ck: 435.00 | 471.50 |
| FILING-FAX/PDF | | | | | | |
| 9/28/12 | 6841426 | REG | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Marilyn Li<br>Case No.: na<br>pick up and pouch to<br>Signed: COMPLETED | FIRST LEGAL SUPPORT-CO#2<br>1138 HOWARD ST<br>SAN FRANCISCO   CA 94103<br><br>la<br>Ref: 70000.0743 | Base Chg : 13.25 | 13.25 |
| DELIVERY-REGULAR BICYCLE | | | | | | |
| 9/28/12 | 6841457 | FAX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Len Shaffer<br>Case No.: 34-2010-00082042<br>FILE/CONFORM/RETURN<br>Signed: Drop Boxed | SCSC-SACRAMENTO<br>720 9TH STREET<br>SACRAMENTO   CA 95814<br><br>Case Title: La Brasca v. MERS<br>Insert Exhibit Tabs<br>Ref: 15288.0012 LA BRASCA | Base Chg : 29.75 | 29.75 |
| FILING-FAX/PDF | | | | | | |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331771    JBS                                        November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0034 | Yee, Seewing and Chom Suk v. E*Trade, et al. |
| | | GMAC Matter No.: 698209 |

**TOTAL AMOUNT DUE**          $1,618.20

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331771    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0034    Yee, Seewing and Chom Suk v. E*Trade, et al.
GMAC Matter No.: 698209

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MIW | 09/05/12 | Draft and send follow-up correspondence to client re status of loan modification review. | L190 | 0.10 | 274.50 | 27.45 |
| MIW | 09/05/12 | Review correspondence from plaintiffs' counsel re proposed stipulation re appeal. Confer with E. Kemp re same. | L190 | 0.20 | 274.50 | 54.90 |
| MIW | 09/24/12 | Draft and send correspondence to client re modification status. Review reply re same. | L190 | 0.20 | 274.50 | 54.90 |
| MIW | 09/27/12 | Review correspondence from client re summary of disposition of case. Draft and send reply re same. | L190 | 0.20 | 274.50 | 54.90 |
| EK | 10/09/12 | Draft email to plaintiffs' counsel, V. Goins, re loan modification offer terms | L160 | 0.60 | 274.50 | 164.70 |
| EK | 10/10/12 | Call from plaintiffs' counsel, V. Goins, loan modification offer | L160 | 0.20 | 274.50 | 54.90 |
| EK | 10/10/12 | Draft email to C. Hancock re plaintiffs' response to loan modification offer | L160 | 0.70 | 274.50 | 192.15 |
| EK | 10/10/12 | Evaluation of bankruptcy and stay issues' application toward appeal | L190 | 0.20 | 274.50 | 54.90 |
| EK | 10/11/12 | Review third amended complaint and prior pleadings and draft notice of stay | L190 | 0.90 | 274.50 | 247.05 |
| EK | 10/11/12 | Draft email to C. Hancock re notice of stay in appeal | L120 | 0.30 | 274.50 | 82.35 |
| MKS | 10/15/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| EK | 10/17/12 | Draft email to C. Hancock re notice of | L160 | 0.50 | 274.50 | 137.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331771 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Yee, Seewing & Chom Suk | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | stay issues | | | | | |
| EK | 10/30/12 | Analysis and evaluation of issues re loan modification | L160 | 0.30 | 274.50 | 82.35 |
| EK | 10/30/12 | Draft email to plaintiffs' counsel, V. Goins, re questions re loan modification | L160 | 0.60 | 274.50 | 164.70 |
| EK | 10/30/12 | Draft letter to V. Goins re bankruptcy stay | L190 | 0.40 | 274.50 | 109.80 |
| EK | 10/30/12 | Draft email to J. Best updating on case status | L190 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | **5.90** | | **$1,618.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $82.35 |
| L160 | Settlement/Non-Binding ADR | 2.90 | $796.05 |
| L190 | Other Case Assessment | 2.70 | $739.80 |
| | **TOTAL** | **5.90** | **$1,618.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kemp, Erik | EK | Associate | 4.90 | 274.50 | $1,345.05 |
| Wraight, Mark | MIW | Member | 0.70 | 274.50 | $192.15 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **5.90** | | **$1,618.20** |

| | |
|---|---|
| PRIOR FEES | $42,888.15 |
| PRIOR COSTS & EXPENSES | $4,011.40 |

| | |
|---|---|
| FEES | $1,618.20 |
| **TOTAL THIS INVOICE** | **$1,618.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement