# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331772    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0106 | Veldghorn, Ella v. GMAC Mortgage, et al. |
| | | GMAC Matter No.: 696528 |

**TOTAL AMOUNT DUE**          **$1,152.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331772    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0106    Veldghorn, Ella v. GMAC Mortgage, et al.
GMAC Matter No.: 696528

### FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ACS | 10/01/12 | Revise draft settlement agreement | L160 | 0.20 | 288.00 | 57.60 |
| ACS | 10/01/12 | Email / phone communications with client, plaintiff's counsel re: loan modification settlement offer | L160 | 0.30 | 288.00 | 86.40 |
| ACS | 10/02/12 | Analyze further edits to draft settlement agreement based on updated template | L160 | 0.40 | 288.00 | 115.20 |
| ACS | 10/11/12 | Revise settlement agreement | L160 | 2.30 | 288.00 | 662.40 |
| ACS | 10/15/12 | Communicate with plaintiff's counsel & client by email re: status of loan modification settlement offer | L160 | 0.20 | 288.00 | 57.60 |
| ACS | 10/19/12 | Communicate with plaintiff's counsel & client by email re: loan modification settlement offer & acceptance | L160 | 0.40 | 288.00 | 115.20 |
| ACS | 10/26/12 | Communicate by email with plaintiff's counsel & client re: loan modification status | L160 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **4.00** | | **$1,152.00** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L160 | Settlement/Non-Binding ADR | 4.00 | $1,152.00 |
| | **TOTAL** | **4.00** | **$1,152.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Sears, Alex | ACS | Associate | 4.00 | 288.00 | $1,152.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   331772 | CLIENT<br>MATTER | GMAC ResCap<br>Veldghorn, Ella | | Page | 2 |
|---|---|---|---|---|---|
| | **Total** | | 4.00 | **$1,152.00** | |

PRIOR FEES                          $38,137.50
PRIOR COSTS & EXPENSES      $2,490.31

FEES _____ $1,152.00
**TOTAL THIS INVOICE** **$1,152.00**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331773    JBS                                November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0439    Israel, Alan
C/M# 700241

**TOTAL AMOUNT DUE**            $633.30

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331773    JBS                                             November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0439    Israel, Alan
                         C/M# 700241

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 10/05/12 | Call with client re status and strategy based on Bankruptcy. | L120 | 0.30 | 279.00 | 83.70 |
| MEG | 10/11/12 | Review and analysis of plaintiff's case management statement. | L230 | 0.20 | 261.00 | 52.20 |
| MEG | 10/16/12 | Review case status and provide update to client. | L120 | 0.20 | 261.00 | 52.20 |
| MEG | 10/17/12 | Review court's order and prior pleadings; prepare for bankruptcy status conference. | L230 | 0.20 | 261.00 | 52.20 |
| MEG | 10/18/12 | Attend bankruptcy status conference. | L230 | 0.80 | 261.00 | 208.80 |
| MKS | 10/19/12 | Research and report in response to client's request for updated information on status of bankruptcy stay, filing of notice and remaining claims and parties. | L190 | 0.20 | 270.00 | 54.00 |
| MEG | 10/22/12 | Prepare update to new handling contact regarding bankruptcy stay. | L120 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | **2.10** | | **$555.30** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 10/11/12 | CourtCall, LLC; CourtCall - Conference Service; 10/18/12 | 78.00 |

**TOTAL COSTS & EXPENSES**                    **$78.00**

### BILLING SUMMARY

**Task Code and Description**            **Hours**        **Amount**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   331773    CLIENT   GMAC ResCap                          Page      2
                       MATTER   Israel, Alan

| | | | | |
|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.70 | $188.10 | |
| L190 | Other Case Assessment | 0.20 | $54.00 | |
| L230 | Court Mandated Conferences | 1.20 | $313.20 | |
| | **TOTAL** | **2.10** | **$555.30** | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.30 | 279.00 | $83.70 |
| Gruber, Megan | MEG | Associate | 1.60 | 261.00 | $417.60 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **2.10** | | **$555.30** |

PRIOR FEES                              $50,971.95
PRIOR COSTS & EXPENSES                     $477.10

| | | |
|---|---|---|
| | FEES | $555.30 |
| | COSTS & EXPENSES | $78.00 |
| | **TOTAL THIS INVOICE** | **$633.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331775    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0717    Ganesan, Skandapriya (2)
C/M# 697731

**TOTAL AMOUNT DUE**          $3,090.60

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331775    JBS                                      November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0717    Ganesan, Skandapriya (2)
C/M# 697731

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCK | 10/01/12 | Review Order from Court setting hearing on motion to dismiss for November 1, 2012. | L240 | 0.10 | 234.00 | 23.40 |
| MKS | 10/07/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L190 | 0.20 | 270.00 | 54.00 |
| MCK | 10/10/12 | Review of case file, including prior pleadings, for analysis of Opposition and in preparation for drafting Reply. | L240 | 2.00 | 234.00 | 468.00 |
| MCK | 10/12/12 | Draft reply to opposition to motion to dismiss. | L240 | 5.00 | 234.00 | 1,170.00 |
| MCK | 10/11/12 | E-mail correspondence to unlawful detainer counsel regarding upcoming trial. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 10/11/12 | Draft request for judicial notice in support of reply to opposition to motion to dismiss. | L240 | 0.30 | 234.00 | 70.20 |
| MCK | 10/11/12 | Revise reply to opposition to motion to dismiss complaint. | L240 | 0.50 | 234.00 | 117.00 |
| MCK | 10/11/12 | Communications with client re: reply to opposition to motion to dismiss. | L120 | 0.30 | 234.00 | 70.20 |
| MKS | 10/15/12 | Study and review Order granting motion to dismiss and strategy re: same. | L240 | 0.30 | 270.00 | 81.00 |
| MCK | 10/15/12 | E-mail correspondence from client (MERS) re: file closure. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 10/15/12 | E-mail correspondence with unlawful detainer counsel regarding trial. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 10/15/12 | Research, review and analysis of Court's Order Granting Motion to Dismiss Without Leave to Amend. | L120 | 1.00 | 234.00 | 234.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331775 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Ganesan, Skandapriya (2) | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MCK | 10/15/12 | E-mail correspondence to clients re Court's order granting defendants' motion to dismiss. | L120 | 0.50 | 234.00 | | 117.00 |
| MCK | 10/15/12 | Review and analysis of unlawful detainer proceedings; settlement reached. | L120 | 0.30 | 234.00 | | 70.20 |
| MCK | 10/16/12 | E-mail from unlawful detainer counsel and review of stipulated judgment in unlawful detainer matter. | L120 | 0.30 | 234.00 | | 70.20 |
| MKS | 10/19/12 | Research and report in response to client's request for updated information on status of bankruptcy stay, filing of notice and remaining claims and parties. | L190 | 0.20 | 270.00 | | 54.00 |
| MCK | 10/19/12 | E-mail correspondence with client regarding implications of order granting motion to dismiss without leave, in response to client's request for same. | L120 | 0.70 | 234.00 | | 163.80 |
| MCK | 10/23/12 | Attention to file re: order granting motion to dismiss and next steps for closing file. | L120 | 0.30 | 234.00 | | 70.20 |
| MCK | 10/23/12 | Draft proposed judgment of dismissal. | L240 | 0.30 | 234.00 | | 70.20 |
| MCK | 10/25/12 | Communications with Plaintiff's counsel regarding proposed judgment and withdrawal of lis pendens. | L120 | 0.30 | 234.00 | | 70.20 |
| MCK | 10/29/12 | E-mail correspondence from plaintiff's counsel regarding lis pendens. | L120 | 0.10 | 234.00 | | 23.40 |
| MCK | 10/31/12 | Correspondence with client regarding handling of remaining matter. | L120 | 0.10 | 234.00 | | 23.40 |
| | | **TOTAL** | | **13.10** | | | **$3,090.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 4.20 | $982.80 |
| L190 | Other Case Assessment | 0.40 | $108.00 |
| L240 | Dispositive Motions | 8.50 | $1,999.80 |
| | **TOTAL** | **13.10** | **$3,090.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   331775      CLIENT    GMAC ResCap                    Page      3
                          MATTER    Ganesan, Skandapriya (2)

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kelly, Megan | MCK | Special Counsel | 12.40 | 234.00 | $2,901.60 |
| Sullivan, Mary Kate | MKS | Member | 0.70 | 270.00 | $189.00 |
| | **Total** | | **13.10** | | **$3,090.60** |

PRIOR FEES                        $89,602.20
PRIOR COSTS & EXPENSES            $6,309.94

                                              FEES          $3,090.60
                          **TOTAL THIS INVOICE**            **$3,090.60**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331776    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0769    Amerivest v. Wachovia
                  GMAC No.: 709177

**TOTAL AMOUNT DUE**            $360.95

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331776    JBS                                          November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0769    Amerivest v. Wachovia
                         GMAC No.: 709177

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994       10/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| MKS | 10/14/12 | Analysis of claims and prayers for relief L190 and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | 0.30 | 270.00 | 81.00 |
| MKS | 10/16/12 | Attention to need for Notice of Bankruptcy Stay to be filed notwithstanding status of Declaration of Non-Monetary Status.  L190 | 0.30 | 270.00 | 81.00 |
| KWF | 10/16/12 | Analyze file status and court docket.  L120 | 0.20 | 270.00 | 54.00 |
| KWF | 10/16/12 | Prepare email to client, C. DiCicco, advising of notice of appeal.  L120 | 0.20 | 270.00 | 54.00 |
| KWF | 10/18/12 | Prepare letter to Plaintiff's counsel re: final supplemental order.  L120 | 0.30 | 270.00 | 81.00 |
|  |  | **TOTAL** | **1.30** |  | **$351.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 10/30/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy 10/19/12 | 9.95 |

**TOTAL COSTS & EXPENSES**                    **$9.95**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.70 | $189.00 |
| L190 | Other Case Assessment | 0.60 | $162.00 |
|  | **TOTAL** | **1.30** | **$351.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   331776       **CLIENT**   GMAC ResCap                          Page        2
                           **MATTER**   Amerivest v. Wachovia

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 0.70 | 270.00 | $189.00 |
| Sullivan, Mary Kate | MKS | Member | 0.60 | 270.00 | $162.00 |
| | **Total** | | **1.30** | | **$351.00** |

PRIOR FEES                              $2,202.75
PRIOR COSTS & EXPENSES            $167.49

FEES                $351.00
COSTS & EXPENSES        $9.95
**TOTAL THIS INVOICE**        **$360.95**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331777    JBS                                    November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     0770     Locker v. Ally Bank
                    C/M# 709371
                    Time and expenses must be split between Ally and Rescap


**TOTAL AMOUNT DUE**              $2,244.00


## *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331777    JBS                                    November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0770    Locker v. Ally Bank
                        C/M# 709371
                        Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 10/01/12 | Analysis and evaluation of further defense strategy and foreclosure issues | L120 | 0.50 | 427.50 | 213.75 |
| EK | 10/01/12 | Analyze issues re legal codes on Locker plaintiffs and confer with J. Sullivan re same | L120 | 0.20 | 274.50 | 54.90 |
| JBS | 10/02/12 | Analysis and evaluation of current status of plaintiff loans | L120 | 0.50 | 427.50 | 213.75 |
| JBS | 10/03/12 | Analysis and evaluation of status of plaintiff's loans; Telephone conference with client regarding same; Analysis and evaluation of further defense strategy | L120 | 1.00 | 427.50 | 427.50 |
| EK | 10/03/12 | Prepare for and attend call with D. Booth and J. Sullivan re removal of legal codes re Locker plaintiffs | L160 | 0.40 | 274.50 | 109.80 |
| JBS | 10/04/12 | Analysis and evaluation of status of loans and Attorney General's initial letter | L120 | 0.40 | 427.50 | 171.00 |
| EK | 10/04/12 | Draft email to D. Booth updating on case status and new attorneys purporting to represent plaintiffs | L120 | 1.10 | 274.50 | 301.95 |
| MKS | 10/07/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L190 | 0.20 | 270.00 | 54.00 |
| EK | 10/17/12 | Draft updated status conference statement | L230 | 1.10 | 274.50 | 301.95 |
| EK | 10/17/12 | Call with Countrywide's counsel, N. Cekirge, re strategy in mass joinder cases | L210 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   331777    CLIENT   GMAC ResCap                    Page      2
                        MATTER   Locker v. Ally Bank

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EK | 10/19/12 | Review and analyze plaintiffs' status conference report | L210 | | 0.20 | 274.50 | 54.90 |
| EK | 10/22/12 | Prepare for and attend case management conference via CourtCall | L230 | | 0.50 | 274.50 | 137.25 |
| | | **TOTAL** | | | **6.40** | | **$2,123.10** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/05/12 | One Legal, Inc.; Transmittal of filing to court; Defendant's Notice of Ruling re Status Conference 09/25/12 | 60.95 |
| 10/30/12 | One Legal, Inc.; Transmittal of filing to court; Defendant's Status Conf. Report 10/18/12 | 59.95 |
| | **TOTAL COSTS & EXPENSES** | **$120.90** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.70 | $1,382.85 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $109.80 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L210 | Pleadings | 0.50 | $137.25 |
| L230 | Court Mandated Conferences | 1.60 | $439.20 |
| | **TOTAL** | **6.40** | **$2,123.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kemp, Erik | EK | Associate | 3.80 | 274.50 | $1,043.10 |
| Sullivan, John | JBS | Member | 2.40 | 427.50 | $1,026.00 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **6.40** | | **$2,123.10** |

| | |
|---|---|
| PRIOR FEES | $71,838.45 |
| PRIOR COSTS & EXPENSES | $10,986.66 |

| | |
|---|---|
| FEES | $2,123.10 |
| COSTS & EXPENSES | $120.90 |
| **TOTAL THIS INVOICE** | **$2,244.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331778    JBS                                        November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0796 | CPN Pipeline Company |
| | | GMAC Matter No.: 710028 |

**TOTAL AMOUNT DUE**              **$1,546.65**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331778    JBS                                         November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0796    CPN Pipeline Company
GMAC Matter No.: 710028

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| HRJ | 10/09/12 | Review and analyze draft settlement agreement. | L160 | 0.50 | 306.00 | 153.00 |
| DHC | 10/17/12 | Review Settlement Agreement and terms of ResCap BK Orders re ability of client to settle. | L160 | 1.00 | 337.50 | 337.50 |
| DHC | 10/17/12 | Conference with Harold Jones re necessity for GMAC to get Bankruptcy Court appeal to enter into Settlement Agreement. | L160 | 0.50 | 337.50 | 168.75 |
| HRJ | 10/17/12 | Review and analyze issues re settlement and bankruptcy. | L160 | 0.50 | 306.00 | 153.00 |
| HRJ | 10/17/12 | Draft correspondence to C. DiCicco re settlement. | L160 | 0.40 | 306.00 | 122.40 |
| HRJ | 10/18/12 | Review and analyze correspondence from client re settlement agreement. | L160 | 0.40 | 306.00 | 122.40 |
| HRJ | 10/19/12 | Review and analyze issues re settlement under bankruptcy court order. | L160 | 0.40 | 306.00 | 122.40 |
| HRJ | 10/23/12 | Telephone conferences re settlement agreement. | L160 | 0.70 | 306.00 | 214.20 |
| HRJ | 10/23/12 | Draft status report to client. | L120 | 0.30 | 306.00 | 91.80 |
| HRJ | 10/25/12 | Review and analyze correspondence re settlement and settlement agreement. | L160 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **4.90** | | **$1,546.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No.   331778 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | CPN Pipeline Company | | | | |

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $91.80 | | | |
| L160 | Settlement/Non-Binding ADR | 4.60 | $1,454.85 | | | |
| | **TOTAL** | **4.90** | **$1,546.65** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 1.50 | 337.50 | $506.25 |
| Jones, Harold R. | HRJ | Associate | 3.40 | 306.00 | $1,040.40 |
| | **Total** | | **4.90** | | **$1,546.65** |

PRIOR FEES                          $10,864.80
PRIOR COSTS & EXPENSES        $344.42

| | | |
|---|---|---|
| FEES | | $1,546.65 |
| **TOTAL THIS INVOICE** | | **$1,546.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331780    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     0839     Neal, Dennis and Jacqueline
                    GMAC Matter No.: 711542

**TOTAL AMOUNT DUE**          **$833.40**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331780    JBS                                  November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0839    Neal, Dennis and Jacqueline
GMAC Matter No.: 711542

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| BSW | 10/01/12 | Communicate with opposing counsel (G. Guth) regarding Case Management Conference. | L140 | A108 | 0.20 | 265.50 | 53.10 |
| BSW | 10/01/12 | Communicate with client regarding National Mortgage Settlement Program. | L140 | A106 | 0.20 | 265.50 | 53.10 |
| MKS | 10/07/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L190 | | 0.20 | 270.00 | 54.00 |
| BSW | 10/10/12 | Commuicate with opposing counsel regarding date for continued Case Mangement Conference. | L140 | A107 | 0.20 | 265.50 | 53.10 |
| BSW | 10/10/12 | Communicate with client regarding revised notice of bankruptcy. | L140 | A106 | 0.20 | 265.50 | 53.10 |
| BSW | 10/10/12 | Receipt and review Court's Case Management Order. | L230 | A104 | 0.20 | 265.50 | 53.10 |
| BSW | 10/15/12 | Analyze revised Notice of Bankruptcy Stay and procedural effect of the remaining permitted claims, communicate with client (A. Angelo) regarding same. | L120 | A103 | 0.60 | 265.50 | 159.30 |
| BSW | 10/19/12 | Communicate with client regarding Notice of Bankruptcy Stay. | L140 | A106 | 0.20 | 265.50 | 53.10 |
| BSW | 10/27/12 | Draft updated Case Management Statement. | L230 | A103 | 0.30 | 265.50 | 79.65 |
| BSW | 10/30/12 | Communicate with client regarding Notice of Bankruptcy Stay and status of litigation stay. | L140 | A106 | 0.20 | 265.50 | 53.10 |
| | | **TOTAL** | | | **2.50** | | **$664.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331780 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Neal, Dennis and Jacqueline | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/11/12 | CourtCall, LLC; CourtCall - Conference Service;  11/19/12 | 78.00 |
| 10/23/12 | First Legal Network, LLC; Transmittal of filing to court; Yuba CMC- Marysville 9/18/12 | 90.75 |
| | **TOTAL COSTS & EXPENSES** | **$168.75** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $159.30 |
| L140 | Document/File Management | 1.20 | $318.60 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L230 | Court Mandated Conferences | 0.50 | $132.75 |
| | **TOTAL** | **2.50** | **$664.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Whittemore, Brian | BSW | Associate | 2.30 | 265.50 | $610.65 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **2.50** | | **$664.65** |

| | | |
|---|---|---|
| PRIOR FEES | $25,348.95 | |
| PRIOR COSTS & EXPENSES | $4,089.43 | |

| | |
|---|---|
| FEES | $664.65 |
| COSTS & EXPENSES | $168.75 |
| **TOTAL THIS INVOICE** | **$833.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331781    JBS                                November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER    0851      Feliciano, Jose
                    GMAC Matter No.: 711719

**TOTAL AMOUNT DUE**            $1,404.05

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331781    JBS                                        November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0851    Feliciano, Jose
GMAC Matter No.: 711719

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| BSW | 10/03/12 | Review and revise Motion for Comfort Order prepared by client's bankrupcty counsel (E. Richards). | L250 | A103 | 0.80 | 265.50 | 212.40 |
| MKS | 10/04/12 | Review and revise draft motion for "comfort order". | L250 | | 0.40 | 270.00 | 108.00 |
| DHC | 10/04/12 | Review and revise Motion for Bankruptcy authority to conduct Remediation. | L250 | | 1.00 | 337.50 | 337.50 |
| BSW | 10/16/12 | Communicate with client (K. Priore) regarding Defendants' Motion for Comfort Order. | L140 | A106 | 0.30 | 265.50 | 79.65 |
| BSW | 10/16/12 | Communicate with client's bankruptcy counsel (E. Richards) regarding declaration in support of Motion for Comfort Order. | L140 | A107 | 0.20 | 265.50 | 53.10 |
| MKS | 10/17/12 | Review revised draft motion to be filed in B/K court to obtain comfort order. | L250 | | 0.30 | 270.00 | 81.00 |
| BSW | 10/17/12 | Review revised Tenant Section 363 Motion received from bankruptcy counsel (N. Rosenbaum). | L250 | A104 | 0.50 | 265.50 | 132.75 |
| BSW | 10/27/12 | Prepare updated Case Management Statement. | L230 | A103 | 0.30 | 265.50 | 79.65 |
| | | **TOTAL** | | | **3.80** | | **$1,084.05** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/27/12 | California Translation International; Professional Services; Spanish Interpretation Services on 4/18/2012.  Cancellation less than | 320.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   331781   **CLIENT**   GMAC ResCap                      Page        2
                       **MATTER**   Feliciano, Jose

---

24 hours; oral translation 2 hours.
### TOTAL COSTS & EXPENSES                                    $320.00

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L140 | Document/File Management | 0.50 | $132.75 |
| L230 | Court Mandated Conferences | 0.30 | $79.65 |
| L250 | Other Written Motions | 3.00 | $871.65 |
| | **TOTAL** | **3.80** | **$1,084.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Whittemore, Brian | BSW | Associate | 2.10 | 265.50 | $557.55 |
| Cram, Donald | DHC | Member | 1.00 | 337.50 | $337.50 |
| Sullivan, Mary Kate | MKS | Member | 0.70 | 270.00 | $189.00 |
| | Total | | **3.80** | | **$1,084.05** |

PRIOR FEES                        $82,842.75
PRIOR COSTS & EXPENSES            $8,137.79

FEES                $1,084.05
COSTS & EXPENSES      $320.00
**TOTAL THIS INVOICE**   **$1,404.05**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331782    JBS                                          November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0926  | Vargas, Robert |
|        |       | C/M# 713841 |

**TOTAL AMOUNT DUE**          $1,589.85

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331782    JBS

November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0926    Vargas, Robert
C/M# 713841

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| AAG | 10/01/12 | Communicate with client and plaintiffs' attorney about cash for keys settlement authority. | L160 | 0.30 | 238.50 | 71.55 |
| AAG | 10/03/12 | Communicate with plaintiffs' attorney and client regarding counter-offer to cash for keys settlement proposal. | L160 | 0.30 | 238.50 | 71.55 |
| AAG | 10/04/12 | Communicate with client and plaintiffs' attorney regarding cash for keys settlement and withdrawal of notice of appeal | L160 | 0.80 | 238.50 | 190.80 |
| MKS | 10/07/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L190 | 0.20 | 270.00 | 54.00 |
| MKS | 10/08/12 | Study and review draft settlement agreement. | L160 | 0.30 | 270.00 | 81.00 |
| AAG | 10/08/12 | Communicate with plaintiffs' attorney regarding deadline for appeal and update client regarding same. | L160 | 0.40 | 238.50 | 95.40 |
| AAG | 10/08/12 | Draft settlement agreement and communicate with client regarding same. | L160 | 0.60 | 238.50 | 143.10 |
| AAG | 10/09/12 | Communicate with client and opposing counsel regarding settlement agreement and revise same. | L160 | 1.10 | 238.50 | 262.35 |
| AAG | 10/09/12 | Communicate with plaintiffs' attorney regarding terms of settlement agreement and update client regarding same. | L160 | 0.40 | 238.50 | 95.40 |
| AAG | 10/11/12 | Communicate with client and plaintiffs' attorney regarding settlement | L160 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331782 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Vargas, Robert | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | agreement and W-9 form. | | | | |
| AAG | 10/12/12 | Communicate with client and plaintiffs' attorney regarding changes to settlement agreement to reflect Mr. Vargas as the only payee. | L160 | 0.30 | 238.50 | 71.55 |
| AAG | 10/15/12 | Communicate with client about status of settlement agreement and extension of deadlines therein. | L160 | 0.30 | 238.50 | 71.55 |
| AAG | 10/19/12 | Communicate with plaintiffs' attorney and client regarding executed copies of settlement agreement. | L160 | 0.30 | 238.50 | 71.55 |
| AAG | 10/22/12 | Communicate with Plaintiffs' attorney and client regarding plaintiffs vacating property. | L160 | 0.30 | 238.50 | 71.55 |
| AAG | 10/22/12 | Communicate with plaintiffs' attorney and client regarding plaintiffs' vacating the property and inspection of property by REO. | L160 | 0.30 | 238.50 | 71.55 |
| AAG | 10/26/12 | Communicate with client regarding status of property inspeciton. | L160 | 0.10 | 238.50 | 23.85 |
| AAG | 10/26/12 | Communicate with client regarding status of plaintiffs' move out. | L160 | 0.10 | 238.50 | 23.85 |
| AAG | 10/30/12 | Communicate with client and plaintiffs' attorney regarding status of property review for compliance with settlement agreement terms. | L160 | 0.20 | 238.50 | 47.70 |
| AAG | 10/30/12 | Communicate with client regarding legible copy of settlement agreement executed by plaintiffs. | L160 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **6.60** | | **$1,589.85** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 6.40 | $1,535.85 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| | **TOTAL** | **6.60** | **$1,589.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331782    CLIENT    GMAC ResCap                    Page        3
                        MATTER    Vargas, Robert

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 6.10 | 238.50 | $1,454.85 |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| | **Total** | | **6.60** | | **$1,589.85** |

PRIOR FEES                        $13,867.65
PRIOR COSTS & EXPENSES            $2,293.73

|  | FEES | $1,589.85 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$1,589.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      331783      JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0967       Murray, Burnel R.
                       GMAC Matter No.: 715022

**TOTAL AMOUNT DUE**           $1,053.00

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331783    JBS                                November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0967    Murray, Burnel R.
GMAC Matter No.:  715022

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ALS | 10/08/12 | Telephone call to plaintiff's counsel to see if plaintiff finally receiving correct statement | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 10/08/12 | Telephone call from Amy Hartshorn to discuss status- whether plaintiff receiving the correct billing statement and when dismissal will occur | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 10/09/12 | Brief email update to Mary Kate regarding status of dismissal | L110 | 0.20 | 292.50 | 58.50 |
| ALS | 10/11/12 | Email from and telephone call to Amy Hartshorn | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 10/11/12 | Telephone call from Amy Hartshorn to inform me that GMAC has still not straightened out the escrow issue | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 10/11/12 | Email from plaintiff's counsel informing me that invoice still does not reflect correct amount owed | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 10/12/12 | Telephon call from Amy Hartshorn advising that she would look into title issue on Monday | L160 | 0.10 | 292.50 | 29.25 |
| ALS | 10/12/12 | Telephone call from and to Amy Hartshorn informing me that GMAC is going to make sure that November invoice reflects the corrrect amount owed by the borrower | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 10/12/12 | Email to plaintiff's counsel advsing him that GMAC is going to make sure that November invoice reflects the corrrect amount owed by the borrower | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 10/12/12 | Email from (twice) and to plaintiff's | L160 | 0.30 | 292.50 | 87.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 331783 | CLIENT | GMAC ResCap | Page | 2 |
| --- | --- | --- | --- | --- |
| | MATTER | Murray, Burnel R. | | |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | counsel re: title to home is still with Deutsche Bank | | | | |
| ALS | 10/15/12 | Telephone call from Amy Hartshorn advising me of status regarding efforts to get title in borrowers name and correct invoicing | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 10/15/12 | Email from and to (and telephone call) plaintiff's counsel re: attendance at CMC hearing and status regarding correcting statement and title | L160 | 0.30 | 292.50 | 87.75 |
| ALS | 10/18/12 | Email from Amy Hartshorn advising that sale has been rescinded and asking me to call her | L160 | 0.10 | 292.50 | 29.25 |
| ALS | 10/18/12 | Telephone call to and from Amy Hartshorn (twice) to discuss fact that title is still in the name of Deutsche Bank | L160 | 0.30 | 292.50 | 87.75 |
| ALS | 10/18/12 | Telephone call to plaintiff's counsel to discuss fact that title is still in the name of Deutsche Bank | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 10/26/12 | Telephone call from and to Amy Hartshorn to discuss status of where title resides and whether statement now correctly reflects amount owed | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 10/26/12 | Telephone call to plaintiff's counsel to discuss status of where title resides and whether statement now correctly reflects amount owed | L160 | 0.10 | 292.50 | 29.25 |
| ALS | 10/29/12 | Email from and telephone call to plaintiff's counsel regarding whether title now in Murray's name | L160 | 0.20 | 292.50 | 58.50 |
| | | **TOTAL** | | **3.60** | | **$1,053.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L110 | Fact Investigation/Development | 0.20 | $58.50 |
| L160 | Settlement/Non-Binding ADR | 3.40 | $994.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   331783      CLIENT   GMAC ResCap                          Page        3
                          MATTER   Murray, Burnel R.

| | TOTAL | | 3.60 | $1,053.00 | | | |
|---|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** |
| Strayer, Ann | ALS | Special Counsel | | 3.60 | 292.50 | $1,053.00 |
| | **Total** | | | **3.60** | | **$1,053.00** |

PRIOR FEES                        $40,923.00
PRIOR COSTS & EXPENSES            $2,066.03

|  |  |
|---|---|
| FEES | $1,053.00 |
| **TOTAL THIS INVOICE** | **$1,053.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331784    JBS                          November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1035  | Ross, Richard |
|        |       | GMAC Matter No.: 718077 |

**TOTAL AMOUNT DUE**        **$1,324.70**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331784    JBS                                  November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1035    Ross, Richard
                GMAC Matter No.: 718077

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| NSR | 10/01/12 | Draft correspondence to Plaintiff's counsel regarding Plaintiff's failure to reserve oral argument and the impending order on our demurrer | L240 | 0.40 | 238.50 | 95.40 |
| NSR | 10/02/12 | Draft proposed order on demurrer | L240 | 0.50 | 238.50 | 119.25 |
| NSR | 10/02/12 | Draft proposed judgment of dismissal | L240 | 0.40 | 238.50 | 95.40 |
| NSR | 10/02/12 | Draft letter to Plaintiff's counsel regarding the proposed order on demurrer and proposed judgment of dismissal | L240 | 0.40 | 238.50 | 95.40 |
| MKS | 10/07/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L190 | 0.20 | 270.00 | 54.00 |
| NSR | 10/08/12 | Exchange correspondence with Ms. Hoy regarding the Court's tentative ruling on the demurrer and motion to strike and Plaintiff's failure to challenge the same | L240 | 0.40 | 238.50 | 95.40 |
| NSR | 10/09/12 | Confirm that there has been no objection by Plaintiff to our proposed order on the demurrer and motion to strike | L240 | 0.40 | 238.50 | 95.40 |
| NSR | 10/09/12 | Draft letter to the Court regarding the proposed order on our demurrer and motion to strike and Plaintiff's failure to object to the same | L240 | 0.30 | 238.50 | 71.55 |
| NSR | 10/12/12 | Finalize the proposed order on demurrer and motion to strike prior to filing | L240 | 0.20 | 238.50 | 47.70 |
| NSR | 10/16/12 | Determine status of the Court's | L240 | 0.30 | 238.50 | 71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331784 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Ross, Richard | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | execution of the order on our demurrer and motion to strike | | | | | |
| NSR | 10/17/12 | Analysis of the Court's order on the demurrer and motion to strike | L240 | 0.30 | 238.50 | | 71.55 |
| NSR | 10/17/12 | Draft notice of entry of order pertaining to the Court's order sustaining the demurrer with prejudice | L240 | 0.40 | 238.50 | | 95.40 |
| NSR | 10/17/12 | Exchange correspondence with Ms. Hoy regarding the Court's order sustaining the demurrer with prejudice | L240 | 0.40 | 238.50 | | 95.40 |
| NSR | 10/18/12 | Finalize notice of entry prior to filing | L240 | 0.20 | 238.50 | | 47.70 |
| NSR | 10/23/12 | Determine whether the Court has issued an order of dismissal | L210 | 0.30 | 238.50 | | 71.55 |
| NSR | 10/29/12 | Determine status of the Court's execution of the proposed judgment | L210 | 0.30 | 238.50 | | 71.55 |
| | | **TOTAL** | | **5.40** | | | **$1,294.20** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 10/23/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- San Jose 9/20/12 | | 30.50 |
| | **TOTAL COSTS & EXPENSES** | **$30.50** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L210 | Pleadings | 0.60 | $143.10 |
| L240 | Dispositive Motions | 4.60 | $1,097.10 |
| | **TOTAL** | **5.40** | **$1,294.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Riedman, Natilee | NSR | Associate | 5.20 | 238.50 | $1,240.20 |
| | **Total** | | **5.40** | | **$1,294.20** |

| | | |
|---|---|---|
| PRIOR FEES | $23,413.50 | |
| PRIOR COSTS & EXPENSES | $2,669.59 | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331784 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Ross, Richard | | |

| | |
|---|---|
| FEES | $1,294.20 |
| COSTS & EXPENSES | $30.50 |
| **TOTAL THIS INVOICE** | **$1,324.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331785    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1043    Brockman, Edna C.
                  GMAC Matter No.: 718192

**TOTAL AMOUNT DUE**              $705.40

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331785    JBS                                      November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1043    Brockman, Edna C.
                         GMAC Matter No.: 718192

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ACS | 10/05/12 | Revise notice of bankruptcy stay | L190 | 0.60 | 288.00 | 172.80 |
| MKS | 10/08/12 | Review further revised draft Notice of Bankruptcy Stay; attention to possible mandatory monetary claims. | L120 | 0.40 | 270.00 | 108.00 |
| ACS | 10/08/12 | Communicate with client by email re: revisions to bankruptcy stay notice | L190 | 0.20 | 288.00 | 57.60 |
| ACS | 10/08/12 | Update revised bankruptcy stay notice | L190 | 0.20 | 288.00 | 57.60 |
| CHR | 10/11/12 | Prepare Notice of Stay. | L190 | 0.10 | 130.50 | 13.05 |
| ACS | 10/11/12 | Prepare cover letter enclosing bankruptcy stay notice | L190 | 0.50 | 288.00 | 144.00 |
| ACS | 10/11/12 | Finalize bankruptcy stay notice | L190 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **2.20** | | **$610.65** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 10/22/12 | First Legal Network, LLC; Transmittal of filing to court; Madera Co Superior Ct- Madera 10/11/12 | 94.75 |

### TOTAL COSTS & EXPENSES                             $94.75

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $108.00 |
| L190 | Other Case Assessment | 1.80 | $502.65 |
| | **TOTAL** | **2.20** | **$610.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sears, Alex | ACS | Associate | 1.70 | 288.00 | $489.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   331785 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | MATTER | Brockman, Edna C. | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.10 | 130.50 | $13.05 | |
| Sullivan, Mary Kate | MKS | Member | 0.40 | 270.00 | $108.00 | |
| | **Total** | | **2.20** | | **$610.65** | |

PRIOR FEES                          $15,193.80
PRIOR COSTS & EXPENSES        $2,744.20

| | |
|---|---|
| FEES | $610.65 |
| COSTS & EXPENSES | $94.75 |
| **TOTAL THIS INVOICE** | **$705.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      331786      JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1105       Negrete, Maricela
                       GMAC Matter No.: 719957

**TOTAL AMOUNT DUE**              **$612.00**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331786    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1105    Negrete, Maricela
                        GMAC Matter No.: 719957

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| HRJ | 09/04/12 | Respond to client inquiry re pleadings and bankruptcy court order. | L120 | 0.40 | 306.00 | 122.40 |
| HRJ | 09/10/12 | Review and analyze issues re bankruptcy order and cross-complaint. | L110 | 0.80 | 306.00 | 244.80 |
| HRJ | 09/10/12 | Review and analyze court order re case management conference. | L110 | 0.20 | 306.00 | 61.20 |
| HRJ | 09/11/12 | Review and analyze issues re bankruptcy court order and cross-complaint. | L120 | 0.40 | 306.00 | 122.40 |
| HRJ | 10/15/12 | Draft correspondence to client re bankruptcy order. | L110 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **2.00** | | **$612.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 1.20 | $367.20 |
| L120 | Analysis/Strategy | 0.80 | $244.80 |
| | **TOTAL** | **2.00** | **$612.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Jones, Harold R. | HRJ | Associate | 2.00 | 306.00 | $612.00 |
| | **Total** | | **2.00** | | **$612.00** |

PRIOR FEES                    $8,853.30
PRIOR COSTS & EXPENSES        $690.59

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.  331786      CLIENT    GMAC ResCap                              Page        2
                         MATTER    Negrete, Maricela

|  | FEES | $612.00 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$612.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      331787      JBS                                      November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1139      Jones, Louis H.
                      GMAC Matter No.: 722027

**TOTAL AMOUNT DUE**              **$391.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331787    JBS                                          November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1139    Jones, Louis H.
                        GMAC Matter No.: 722027

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| KWF | 09/28/12 | Prepare email to client, J. Holtgren, re: status conference re: bankruptcy and trial date. | L120 | 0.20 | 270.00 | 54.00 |
| WJI | 09/28/12 | Appear for case managment conference. | L230 | 0.80 | 256.50 | 205.20 |
| KWF | 10/04/12 | Prepare email to client, J. Holtgren, advising of dismissal and file closing. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **1.20** | | **$313.20** |

## COSTS & EXPENSES

|  |  |  |
|---|---|---|
| 10/02/12 | CourtCall, LLC; CourtCall - Conference Service; 09/28/12 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $108.00 |
| L230 | Court Mandated Conferences | 0.80 | $205.20 |
| | **TOTAL** | **1.20** | **$313.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|------|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 0.40 | 270.00 | $108.00 |
| Idleman, William J. | WJI | Associate | 0.80 | 256.50 | $205.20 |
| | **Total** | | **1.20** | | **$313.20** |

| | |
|---|---|
| PRIOR FEES | $6,514.65 |
| PRIOR COSTS & EXPENSES | $3,069.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331787 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
|  |  | MATTER | Jones, Louis H. |  |  |

|  |  |
|---|---|
| FEES | $313.20 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$391.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331788    JBS                                November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1149    Mathew, Vincent and Rosemole
GMAC Matter No.: 722251

**TOTAL AMOUNT DUE**          **$493.25**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331788    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1149    Mathew, Vincent and Rosemole
GMAC Matter No.: 722251

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| NSR | 09/05/12 | Review prior related correspondence and draft correspondence to Ms. Bonello regarding the status of GMAC's execution of the modification agreement and Plaintiff's payments | L160 | 0.30 | 238.50 | 71.55 |
| NSR | 10/10/12 | Exchange correspondence with Ms. Bonello regarding the settlement agreement as executed by Plaintiffs | L160 | 0.30 | 238.50 | 71.55 |
| NSR | 10/12/12 | Draft case management statement | L230 | 0.30 | 238.50 | 71.55 |
| NSR | 10/19/12 | Analysis of correspondence from Plaintiff's counsel regarding the status of the execution of the settlement agreement | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 10/19/12 | Analysis regarding the status of settlement | L160 | 0.30 | 238.50 | 71.55 |
| NSR | 10/19/12 | Draft correspondence to Ms. Bonello regarding the status of the defendants' execution of the settlement agreement | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 10/26/12 | Analysis regarding the upcoming case management conference and the status of settlement | L230 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **1.70** | | **$405.45** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/11/12 | CourtCall, LLC; CourtCall - Conference Service; 11/09/12 | 78.00 |
| 10/18/12 | Pacer Service Center; Data Search; Account No. SW0817 7/01/12-09/30/12 | 3.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331788 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Mathew, Vincent & Rosemole | | | |

| | | |
|---|---|---|
| 10/18/12 Pacer Service Center; Data Search; Account No. SW0061. 7/1/12 - 9/30/12 | | 6.20 |
| **TOTAL COSTS & EXPENSES** | **$87.80** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 1.10 | $262.35 |
| L230 | Court Mandated Conferences | 0.60 | $143.10 |
| | **TOTAL** | **1.70** | **$405.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Riedman, Natilee | NSR | Associate | 1.70 | 238.50 | $405.45 |
| | **Total** | | **1.70** | | **$405.45** |

| | |
|---|---|
| PRIOR FEES | $9,408.60 |
| PRIOR COSTS & EXPENSES | $350.09 |

| | |
|---|---|
| FEES | $405.45 |
| COSTS & EXPENSES | $87.80 |
| **TOTAL THIS INVOICE** | **$493.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331789    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER    1164      Vielma, Martha
                    GMAC Matter No.: 722889

**TOTAL AMOUNT DUE**              **$438.75**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      331789      JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 1164   Vielma, Martha
                       GMAC Matter No.: 722889

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 10/19/12 | Research and report in response to client's request for updated information on status of bankruptcy stay, filing of notice and remaining claims and parties. Telephone call with client re:same. | L190 | 0.30 | 270.00 | 81.00 |
| NSR | 10/19/12 | Analysis of Plaintiffs' allegations and requests for relief in their various pleadings to determine possible permitted claims | L210 | 0.70 | 238.50 | 166.95 |
| NSR | 10/19/12 | Review the Bankruptcy Court's supplemental order to determine possible permitted claims | L190 | 0.40 | 238.50 | 95.40 |
| NSR | 10/23/12 | Telephone communications with Plaintiffs' counsel's office regarding the bankruptcy stay and the scheduled hearing on the demurrer by Fannie Mae | L190 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **1.80** | | **$438.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L190 | Other Case Assessment | 1.10 | $271.80 |
| L210 | Pleadings | 0.70 | $166.95 |
| | **TOTAL** | **1.80** | **$438.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  331789 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Vielma, Martha | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Riedman, Natilee | NSR | Associate | 1.50 | 238.50 | $357.75 |
| | **Total** | | **1.80** | | **$438.75** |

| | |
|---|---|
| PRIOR FEES | $29,192.85 |
| PRIOR COSTS & EXPENSES | $1,769.99 |

| | |
|---|---|
| FEES | $438.75 |
| **TOTAL THIS INVOICE** | **$438.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331790    JBS                                           November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1173 | Liguori, Lisa |
| | | GMAC Matter No.: 723336 |

**TOTAL AMOUNT DUE**            $545.65

**\*\*\* *REMITTANCE COPY* \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331790    JBS                                   November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1173    Liguori, Lisa
                        GMAC Matter No.: 723336

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| MKS | 10/14/12 | Analysis of claims and prayers for relief L190 and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | 0.30 | 270.00 | 81.00 |
| KWF | 10/18/12 | Prepare email to client, L. Delehy re: status of litigation and request for entry of default. L120 | 0.20 | 270.00 | 54.00 |
| DHC | 10/23/12 | Conference with Karry Franich, Mary Kate Sullivan and Bernie Kornberg re pursuing a nondischargeability complaint in broker's bankruptcy case. L210 | 0.50 | 337.50 | 168.75 |
| KWF | 10/23/12 | Receive and analyze Plaintiff's notice of L120 stay and Chapter 7 BK notice. | 0.30 | 270.00 | 81.00 |
| KWF | 10/23/12 | Prepare email to D. Cram re: non-dischargeability. L120 | 0.20 | 270.00 | 54.00 |
| KWF | 10/23/12 | Prepare email to client, L. Delehey, re: chapter 7 bankruptcy. L120 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | **1.80** | | **$519.75** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/10/12 | One Legal, Inc.; Transmittal of filing to court; Non Service Report 09/26/12 | 12.95 |
| 10/10/12 | One Legal, Inc.; Transmittal of filing to court; Non - Service Report 09/26/12 | 12.95 |
| | **TOTAL COSTS & EXPENSES** | **$25.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 331790 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Liguori, Lisa | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.00 | $270.00 |
| L190 | Other Case Assessment | 0.30 | $81.00 |
| L210 | Pleadings | 0.50 | $168.75 |
| | **TOTAL** | **1.80** | **$519.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 |
| Franich, Kerry | KWF | Associate | 1.00 | 270.00 | $270.00 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **1.80** | | **$519.75** |

PRIOR FEES                        $13,283.10
PRIOR COSTS & EXPENSES      $1,448.01

| | FEES | $519.75 |
|---|---|---|
| | COSTS & EXPENSES | $25.90 |
| | **TOTAL THIS INVOICE** | **$545.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331792    JBS                                   November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1221    Robertson, Thomas
                  GMAC Matter No.: 725973  .

**TOTAL AMOUNT DUE**              **$322.20**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331792    JBS                                   November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1221    Robertson, Thomas
GMAC Matter No.: 725973

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 10/05/12 | Call with client re status and strategy based on Bankruptcy. | L120 | 0.30 | 279.00 | 83.70 |
| MKS | 10/07/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L190 | 0.20 | 270.00 | 54.00 |
| MKS | 10/11/12 | Strategy re: judge's request for brief on the impact of bankruptcy stay on ability to dismiss co-defendant MERS. | L120 | 0.30 | 270.00 | 81.00 |
| ABK | 10/12/12 | Report to J. Holtgren at GMAC ResCap re: case status and recommendations for further handling. | L120 | 0.20 | 247.50 | 49.50 |
| MKS | 10/19/12 | Research and report in response to client's request for updated information on status of bankruptcy stay, filing of notice and remaining claims and parties. | L190 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **1.20** | | **$322.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.80 | $214.20 |
| L190 | Other Case Assessment | 0.40 | $108.00 |
| | **TOTAL** | **1.20** | **$322.20** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331792 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Robertson, Thomas | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Kenney, Austin | ABK | Associate | 0.20 | 247.50 | $49.50 |
| Buell, Edward | ERB | Associate | 0.30 | 279.00 | $83.70 |
| Sullivan, Mary Kate | MKS | Member | 0.70 | 270.00 | $189.00 |
| | **Total** | | **1.20** | | **$322.20** |

PRIOR FEES                      $5,899.50
PRIOR COSTS & EXPENSES          $2,124.39

| | | |
|---|---|---|
| FEES | | $322.20 |
| **TOTAL THIS INVOICE** | | **$322.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331793    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1238    Novak, James
                  GMAC Matter No.: 726566

**TOTAL AMOUNT DUE**                    $429.00

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     331793     JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1238     Novak, James
                          GMAC Matter No.: 726566

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| TNA | 09/10/12 | Telephone conference with plaintiff's counsel regarding request for dismissal as to GMACM only to request dismissal of HSBC too. | L190 | 0.20 | 270.00 | 54.00 |
| TNA | 09/10/12 | Communication to J. Holtgren at Ally regarding dismissal of GMACM. | L190 | 0.10 | 270.00 | 27.00 |
| MKS | 10/07/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L190 | 0.20 | 270.00 | 54.00 |
| TNA | 10/08/12 | Prepare communication to J. Holtgren at Ally regarding demurrer to complaint as it concerns remaining represented party, HSBC. | L190 | 0.10 | 270.00 | 27.00 |
| TNA | 10/09/12 | Prepare letter to court requesting that demurrer of HSBC be put back on calendar in light of dismissal of GMACM. | L190 | 0.30 | 270.00 | 81.00 |
| MKS | 10/19/12 | Research and report in response to client's request for updated information on status of bankruptcy stay, filing of notice and remaining claims and parties. | L190 | 0.20 | 270.00 | 54.00 |
| TNA | 10/24/12 | Telephone call from court regarding new hearing date for HSBC"s demurrer to complaint. | L190 | 0.10 | 270.00 | 27.00 |
| TNA | 10/24/12 | Advise J. Holtgren at Ally regarding new hearing date for HSBC"s demurrer to complaint. | L190 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **1.30** | | **$351.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331793 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Novak, James | | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/04/12 | CourtCall, LLC; CourtCall - Conference Service; 09/07/12 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 1.30 | $351.00 |
| | **TOTAL** | **1.30** | **$351.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.40 | 270.00 | $108.00 |
| Abbott, Thomas | TNA | Associate | 0.90 | 270.00 | $243.00 |
| | **Total** | | **1.30** | | **$351.00** |

| | |
|---|---|
| PRIOR FEES | $3,071.70 |
| PRIOR COSTS & EXPENSES | $462.73 |

| | |
|---|---|
| FEES | $351.00 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$429.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331794    JBS                                      November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1247 | Galaviz, Jorge and Consuelo |
| | | GMAC Matter No.: 727068 |

**TOTAL AMOUNT DUE**          $2,244.25

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331794    JBS                                November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1247    Galaviz, Jorge and Consuelo
GMAC Matter No.: 727068

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKK | 10/04/12 | Communicate with client regarding status of case. | L210 | 0.40 | 225.00 | 90.00 |
| MKK | 10/04/12 | Draft answer to complaint. | L210 | 2.80 | 225.00 | 630.00 |
| MKS | 10/05/12 | Review and revise draft verified answer to remaining claims of Complaint | L210 | 0.60 | 270.00 | 162.00 |
| MKK | 10/05/12 | Communication with L. Furuta regarding extension for answer to complaint. | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 10/05/12 | Revise Answer | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 10/05/12 | Legal research regarding answer to complaint. | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 10/05/12 | Revise answer to complaint. | L210 | 1.90 | 225.00 | 427.50 |
| MKS | 10/07/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L190 | 0.20 | 270.00 | 54.00 |
| MKS | 10/08/12 | Attention to factual background needed to confirm verified answer and logistics of obtaining verification for GMACM and ETS. | L210 | 0.50 | 270.00 | 135.00 |
| MKK | 10/08/12 | Communication with L. Furuta regarding extension for answer to complaint. | L210 | 0.20 | 225.00 | 45.00 |
| MKK | 10/08/12 | Revise answer to incorporate revisions by M.K. Sullivan (.9); Revise answer to incorporate revisions by client. (.3). | L210 | 1.20 | 225.00 | 270.00 |
| MKK | 10/08/12 | Communication with J. Hoy regarding answer to complaint. | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 10/09/12 | Revise answer to complaint. | L210 | 0.20 | 225.00 | 45.00 |
| MKK | 10/09/12 | Communication with client regarding answer to complaint. | L210 | 0.20 | 225.00 | 45.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331794 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Galaviz, Jorge & Consuelo | | | | |

| MKK | 10/25/12 | Communication with client regarding answer to complaint. | L210 | 0.10 | 225.00 | 22.50 |
| | | **TOTAL** | | **9.50** | | **$2,196.00** |

### COSTS & EXPENSES

| 10/23/12 | First Legal Network, LLC; Transmittal of filing to court; SCMC- North/Fairfield 9/26/12 | 48.25 |
| | **TOTAL COSTS & EXPENSES** | **$48.25** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L210 | Pleadings | 9.30 | $2,142.00 |
| | **TOTAL** | **9.50** | **$2,196.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kamka, Mary Kate | MKK | Special Counsel | 8.20 | 225.00 | $1,845.00 |
| Sullivan, Mary Kate | MKS | Member | 1.30 | 270.00 | $351.00 |
| | **Total** | | **9.50** | | **$2,196.00** |

| PRIOR FEES | $14,316.30 |
| PRIOR COSTS & EXPENSES | $1,821.78 |

| FEES | $2,196.00 |
| COSTS & EXPENSES | $48.25 |
| **TOTAL THIS INVOICE** | **$2,244.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331795    JBS                                      November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1274    Lee, Sally
GMAC Matter No.: 728468

**TOTAL AMOUNT DUE**          **$241.70**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331795    JBS

November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1274    Lee, Sally
GMAC Matter No.: 728468

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 10/07/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| MIW | 10/08/12 | Research court docket to confirm defendant has not appeared. Draft request for entry of default. | L210 | 0.30 | 274.50 | 82.35 |
| MIW | 10/18/12 | Draft and send correspondence to client re status of case. | L190 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | **0.70** | | **$191.25** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/24/12 | One Legal, Inc.; Transmittal of filing to court; Request for Entry of Default 10/10/12 | 50.45 |

**TOTAL COSTS & EXPENSES**                          **$50.45**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L190 | Other Case Assessment | 0.20 | $54.90 |
| L210 | Pleadings | 0.30 | $82.35 |
| | **TOTAL** | **0.70** | **$191.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Wraight, Mark | MIW | Member | 0.50 | 274.50 | $137.25 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **0.70** | | **$191.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   331795 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER | Lee, Sally | | | |

| | | |
|---|---|---|
| PRIOR FEES | $2,726.55 | |
| PRIOR COSTS & EXPENSES | $758.29 | |

| | | |
|---|---|---|
| FEES | $191.25 |
| COSTS & EXPENSES | $50.45 |
| **TOTAL THIS INVOICE** | **$241.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331796    JBS                                      November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1283     Munguia, Jorge and Michele
                   GMAC Matter No.: 728959

**TOTAL AMOUNT DUE**          $1,495.59

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331796    JBS                                         November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1283    Munguia, Jorge and Michele
                         GMAC Matter No.: 728959

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCK | 10/05/12 | Attention to file re: information requested from client re: bankruptcy. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 10/05/12 | Review Plaintiffs' opposition to co-defendants' demurrer. | L120 | 0.20 | 234.00 | 46.80 |
| MKS | 10/07/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L190 | 0.20 | 270.00 | 54.00 |
| MCK | 10/10/12 | Attention to file re: upcoming demurrer hearings. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 10/15/12 | E-mail correspondence to client regarding co-defendants' demurrer hearing. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 10/16/12 | Research regarding tentative ruling on co-defendants' demurrer. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 10/16/12 | Correspondence to co-defendant counsel regarding demurrer hearing. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 10/17/12 | Telephone call to co-defendant confirming no challenge to tentative ruling. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 10/17/12 | E-mail correspondence to client regarding ruling on co-defendants' demurrer. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 10/17/12 | Telephone call from plaintiffs' counsel regarding intent to file amended complaint. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 10/18/12 | Telephone call with plaintiffs' counsel re: upcoming demurrer hearing and intent to amend pleadings. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 10/23/12 | Review Plaintiffs' Notice of Intent to File Second Amended Complaint. | L120 | 0.10 | 234.00 | 23.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331796 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Munguia, Jorge & Michele | | | | |

| MCK | 10/26/12 | E-mail correspondence with client regarding contact information. | L120 | 0.10 | 234.00 | 23.40 |
|---|---|---|---|---|---|---|
| MCK | 10/30/12 | Review of docket to verify filing of second amended complaint. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 10/30/12 | Review of Court's tentative ruling on demurrer. | L120 | 0.10 | 234.00 | 23.40 |
| | | **TOTAL** | | **2.80** | | **$662.40** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/01/12 | CourtCall, LLC; CourtCall - Conference Service; 10/31/12 | 78.00 |
| 10/11/12 | CourtCall, LLC; CourtCall - Conference Service; 11/21/12 | 78.00 |
| 10/11/12 | CourtCall, LLC; CourtCall - Conference Service; 10/17/12 | 78.00 |
| 10/15/12 | Cardmember Service/Bank One (Acct #0705); Data Search; 1219 Hartwell Avenue San Joaquin, CA 09/13/12 | 28.19 |
| 10/23/12 | First Legal Network, LLC; Transmittal of filing to court; SJMC- Stockton 9/24/12. Advance ck. $435.00 | 571.00 |
| | **TOTAL COSTS & EXPENSES** | **$833.19** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.60 | $608.40 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| | **TOTAL** | **2.80** | **$662.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kelly, Megan | MCK | Special Counsel | 2.60 | 234.00 | $608.40 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | Total | | **2.80** | | **$662.40** |

| | |
|---|---|
| PRIOR FEES | $5,530.95 |
| PRIOR COSTS & EXPENSES | $551.82 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331796 | CLIENT | GMAC ResCap | | Page | 3 |
| | | MATTER | Munguia, Jorge & Michele | | | |

|  |  |
| --- | --- |
| FEES | $662.40 |
| COSTS & EXPENSES | $833.19 |
| **TOTAL THIS INVOICE** | **$1,495.59** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

LES, CA 90084-4250

| INVOICE NO. | | 82035 |
|---|---|---|
| 271104 | | |
| INVOICE DATE | TOTAL DUE | |
| 9/30/12 | 37,282.21 | |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | PB |
|---|---|---|---|---|
| 82035 | 271104 | 9/30/12 | 37,282.21 | 18 |

| Date | Ord No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/24/12 | 6839606 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: ANGELA L. EURE<br>Case No.: SCV0030396<br>FILE/CONFORM/RETURN<br>Signed: Filed | PLACER SUPERIOR COURT<br>10820 JUSTICE CENTER DRIVE<br>ROSEVILLE    CA 95678<br><br>Case Title: ALBERY V ALLY BANK A<br><br>Ref: 19000.1268 ALBERY | Base Chg : 48.25 | 48.25 |
| FILING-BRANCH FAX/PDF | | | | | | |
| 9/24/12 | 6839609 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: DEBORAH L.<br>Case No.: 39-2012-00279551<br>FILE/CONFORM/RETURN<br>Signed: Filed | SJSC-STOCKTON<br>222 EAST WEBER AVENUE<br>STOCKTON    CA 95202<br><br>Case Title: Munguia v. Aurora Ba<br>ADVANCE FEES<br>Ref: 19000.1283 | Base Chg : 48.25<br>PDF/OvrNte: 87.75<br>Adv/Wit Ck: 435.00 | 571.00 |
| FILING-BRANCH FAX/PDF | | | | | | |
| 9/24/12 | 6839629 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Kathi DeLeon<br>Case No.: CVM005481<br>Please pay 1st appea<br>Signed: filed | Merced County Court<br>2260 "N" Street<br>MERCED    CA 95340<br><br>Case Title: American Express v M<br>rance fee for 1 defe<br>Ref: 70001-0127 | Base Chg : 61.50<br>Adv/Wit Ck: 225.00 | 286.50 |
| FILING-FORWARD FAX/PDF | | | | | | |
| 9/24/12 | 6839833 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Len Shaffer    Wait: 15 Min<br>Case No.: C12 01004<br>FILE/CONFORM/RETURN<br>Signed: Filed | CCSC-MARTINEZ<br>725 COURT STREET<br>MARTINEZ    CA 94553<br><br>Case Title: GARCIA V. GREENPOINT<br>CC TO DEPT 31<br>Ref: 15314.0319. | Base Chg : 71.50 | 71.50 |
| FILING-BRANCH FAX/PDF | | | | | | |
| 9/24/12 | 6839637 | REF | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Sylvia Coleman    Wait: 30 Min<br>Case No.: -<br>FILE/CONFORM/RETURN<br>Signed: FILED | SFSC-SAN FRANCISCO<br>400 McALLISTER STREET<br>SAN FRANCISCO    CA 94102<br><br>Case Title: Garcia v. Avila, et<br>attach SASE for<br>Ref: 11951.0011 | Base Chg : 27.25 | 27.25 |
| FILING-REGULAR BICYCLE | | | | | | |
| 9/24/12 | 6839641 | RDS | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Verdia Nash<br>Signed: MICHAEL MERCADO | MELLEN LAW FIRM<br>411 BOREL AVE.<br>SAN MATEO    CA 94401<br><br>Ref: 70000.0417 | Base Chg : 97.00<br>PDF/OvrNte: 19.50 | 116.50 |
| DROP SERVE-REGULAR | | | | | | |
| | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331797    JBS                                  November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1301    Torres, Jose Gabriel
                  GMAC Matter No.: 729520

**TOTAL AMOUNT DUE**            $346.24

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331797    JBS                                 November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1301    Torres, Jose Gabriel
                         GMAC Matter No.: 729520

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| TNA | 10/05/12 | Prepare case management conference statement. | L230 | 0.20 | 270.00 | 54.00 |
| TNA | 10/15/12 | Review and respond to inquiry from J. Hoy at GMACM regarding foreclosure and strategy for resolving single claim not barred by bankruptcy stay. | L190 | 0.20 | 270.00 | 54.00 |
| TNA | 10/22/12 | Review court docket to determine whether plaintiff has taken any actions against GMACM or ETS in matter. | L190 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **0.50** | | **$135.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 24873 Williment Way Alameda, CA 94544 08/29/12 | 8.39 |
| 09/14/12 | First Legal Network, LLC; Court Services; ACSC- Hayward 8/27/12 | 107.75 |
| 10/11/12 | CourtCall, LLC; CourtCall - Conference Service; 10/22/12 | 78.00 |
| 10/18/12 | Pacer Service Center; Data Search; Account No. SW0061. 7/1/12 - 9/30/12 | 17.10 |
| | **TOTAL COSTS & EXPENSES** | **$211.24** |

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   331797    CLIENT   GMAC ResCap                        Page       2
                        MATTER   Torres, Jose Gabriel

| | | | | |
|---|---|---|---|---|
| L190 | Other Case Assessment | 0.30 | $81.00 | |
| L230 | Court Mandated Conferences | 0.20 | $54.00 | |
| | **TOTAL** | **0.50** | **$135.00** | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Abbott, Thomas | TNA | Associate | 0.50 | 270.00 | $135.00 |
| | **Total** | | **0.50** | | **$135.00** |

PRIOR FEES                      $3,571.20
PRIOR COSTS & EXPENSES          $1,143.04

| | | |
|---|---|---|
| FEES | $135.00 |
| COSTS & EXPENSES | $211.24 |
| **TOTAL THIS INVOICE** | **$346.24** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 269786 | 8/31/12 | 40,404.75 | 22 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/27/12 MONTHLY RETAINER FEE | 6830243 | RET | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: DAILY ROUTE<br>BILL FOR DAILY ROUTE<br>Signed: complete | FIRST LEGAL SUPPORT-CO#2<br><br>SAN FRANCISCO    CA 94103<br><br>Ref: DAILY ROUTE  c/c 7690.1 | Base Chg : 150.00 | 150.00 |
| 8/27/12 FILING-REGULAR VEHICLE | 6830353 | REF | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Deborah Carter<br>Case No.: HG12633910<br>FILE/CONFORM/RETURN<br>Signed: FILED | ACSC-HAYWARD<br>24405 AMADOR STREET<br>HAYWARD    CA 94544<br><br>Case Title: TORRES V RESIDENTIAL<br><br>Ref: 19000.1301 | Base Chg : 107.75 | 107.75 |
| 8/27/12 RESEARCH-NEXT DAY | 6830373 | NRS | MCSC-SAN RAFAEL<br>3501 CIVIC CENTER DRIVE<br>SAN RAFAEL    CA 94903<br>Caller: Marilyn Li<br>Case No.: CV 1105432<br>OBTAIN REQUEST<br>Signed: OBTAINED | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br><br>Case Title: KHALILI V BOFA<br>FOR DISMISSAL<br>Ref: 70000.0501 | Base Chg : 61.50<br>Adv/Wit Ck: 2.00 | 63.50 |
| 8/27/12 RESEARCH-BRANCH SAME DAY | 6830390 | BAR | SBSC-FONTANA<br>17780 ARROW HIGHWAY<br>FONTANA    CA 92335<br>Caller: Joel Spann<br>Case No.: UDSF1102654<br>Please obtain a copy<br>Signed: OBTAINED | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br><br>Case Title: Deutsche Bank v. Lar<br>of the Judgment, fi<br>Ref: 70000.0880 | Base Chg : 155.50 | 155.50 |
| 8/27/12 RESEARCH-BRANCH SAME DAY | 6830399 | BAR | San Bernardino Appellate Court<br>401 N Arrowhead<br>SAN BERNARDINO    CA 92415<br>Caller: Joel Spann<br>Case No.: ACIAS1200029<br>Please obtain a copy<br>Signed: obtained | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br><br>Case Title: Deutsche Bank v. Lar<br>of the Appellant's<br>Ref: 70000.0880 | Base Chg : 155.50<br>Research : 20.10<br>Adv/Wit Ck: 11.00 | 186.60 |
| 8/27/12 FILING-BRANCH FAX/PDF | 6830420 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Imelda Hernandez Wait: 20 Min<br>Case No.: RG12638863<br>Please file the atta<br>Signed: FILED | Alameda County Court<br>1225 Fallon St<br>OAKLAND    CA 94612<br><br>Case Title: Nguyen v. Cal Wester<br>ched Answer with the<br>Ref: 11951.0047 | Base Chg : 57.50<br>Adv/Wit Ck: 870.00 | 927.50 |
| | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     331798     JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1307      Henle, Thomas N.
                     GMAC Matter No.: 729616

**TOTAL AMOUNT DUE**          **$1,755.10**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331798    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1307    Henle, Thomas N.
                         GMAC Matter No.: 729616

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 10/01/12 | Review and revise draft responses to written discovery. | L310 | 0.40 | 270.00 | 108.00 |
| MTM | 10/01/12 | Forward information regarding beneficial interest in 2nd Deed of Trust to opposing counsel. | L210 | 0.10 | 288.00 | 28.80 |
| MTM | 10/01/12 | Review settlement proposal from opposing counsel. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 10/01/12 | Communicate with opposing counsel regarding proposed settlement agreement. | L160 | 0.20 | 288.00 | 57.60 |
| MTM | 10/10/12 | Confer with M. Sullivan regarding notice of bankruptcy stay and review file regarding status of same. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 10/11/12 | Communicate with J. Hoy regarding status and proposed joint stipulation of settlement. | L160 | 0.50 | 288.00 | 144.00 |
| MTM | 10/16/12 | Attend Case Management Conference. | L230 | 1.20 | 288.00 | 345.60 |
| MTM | 10/16/12 | Communicate with Plaintiff's counsel regarding interrogatories and Case Management Conference. | L310 | 0.30 | 288.00 | 86.40 |
| MTM | 10/18/12 | Email Plaintiff's counsel regarding stipulated judgment and deadline for interrogatories. | L210 | 0.10 | 288.00 | 28.80 |
| MTM | 10/19/12 | Review proposed Stipulated Judgement. | L210 | 0.40 | 288.00 | 115.20 |
| MTM | 10/22/12 | Attention to email from J. Hoy regarding stipulated judgment; research priority of liens. | L160 | 1.60 | 288.00 | 460.80 |
| MTM | 10/23/12 | Review treatise and confer with colleague regarding lien priority issue and email J. Hoy and opposing counsel. | L160 | 0.40 | 288.00 | 115.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    331798 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER | Henle, Thomas N. | | | |

| | | | |
|---|---|---|---|
| **TOTAL** | | **5.60** | **$1,605.60** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/11/12 | CourtCall, LLC; CourtCall - Conference Service; 10/16/12 | 78.00 |
| 10/22/12 | First Legal Network, LLC; Transmittal of filing to court; CCSC- Martinez 10/01/12 | 71.50 |
| | **TOTAL COSTS & EXPENSES** | **$149.50** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 2.70 | $777.60 |
| L210 | Pleadings | 1.00 | $288.00 |
| L230 | Court Mandated Conferences | 1.20 | $345.60 |
| L310 | Written Discovery | 0.70 | $194.40 |
| | **TOTAL** | **5.60** | **$1,605.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.40 | 270.00 | $108.00 |
| McGuinness, Michelle | MTM | Associate | 5.20 | 288.00 | $1,497.60 |
| | Total | | **5.60** | | **$1,605.60** |

| | |
|---|---|
| PRIOR FEES | $5,031.45 |
| PRIOR COSTS & EXPENSES | $602.48 |

| | |
|---|---|
| FEES | $1,605.60 |
| COSTS & EXPENSES | $149.50 |
| **TOTAL THIS INVOICE** | **$1,755.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     331799     JBS

November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1311     Chao, Yao Sae
                   GMAC Matter No.: 729670

**TOTAL AMOUNT DUE**          $4,302.90

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331799    JBS                                      November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1311    Chao, Yao Sae
                         GMAC Matter No.: 729670

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| AAG | 09/19/12 | Update client regarding case status. | L190 | | 0.10 | 238.50 | 23.85 |
| AAG | 09/24/12 | Communicate with client and outside counsel regarding notice of acknowledgement and receipt and case status. | L190 | | 0.30 | 238.50 | 71.55 |
| AAG | 09/27/12 | Update client. | L190 | | 0.20 | 238.50 | 47.70 |
| AAG | 10/05/12 | Prepare case management statement. | L230 | | 0.30 | 238.50 | 71.55 |
| AAG | 10/10/12 | Communicate with client regarding filing notice of stay. | L120 | A105 | 0.30 | 238.50 | 71.55 |
| MIW | 10/11/12 | Review draft summaries and recommendations to client.  Confer with A. Givental re same. | L120 | | 0.50 | 274.50 | 137.25 |
| AAG | 10/11/12 | Review client file and draft recommendation for client. | L120 | A103 | 2.10 | 238.50 | 500.85 |
| AAG | 10/11/12 | Communicate with plaintiffs' attorney about factual discrepancies in the complaint. | L110 | A107 | 0.60 | 238.50 | 143.10 |
| AAG | 10/12/12 | Communicate with client regarding postponement of response date. | L210 | A106 | 0.20 | 238.50 | 47.70 |
| AAG | 10/12/12 | Communicate with client regarding filing notice of stay. | L120 | A106 | 0.10 | 238.50 | 23.85 |
| AAG | 10/15/12 | Communicate with plaintiffs' attorney regarding postponement of deadline to respond to complaint. | L210 | A107 | 0.10 | 238.50 | 23.85 |
| AAG | 10/16/12 | Communicate with attorney for co-defendant Ally regarding case status. | L120 | | 0.30 | 238.50 | 71.55 |
| MIW | 10/18/12 | Review summary of REO notes re eviction process. | L110 | | 0.50 | 274.50 | 137.25 |
| MIW | 10/19/12 | Review correspondence from plaintiffs' counsel re settlement offer. Strategy re | L160 | | 0.20 | 274.50 | 54.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331799 | CLIENT | GMAC ResCap | | | Page | 2 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | MATTER | Chao, Yao Sae | | | | |

| | | same | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| AAG | 10/24/12 | Communicate with client regarding eviction file. | L110 | 0.20 | 238.50 | 47.70 |
| AAG | 10/26/12 | Review client documents and draft letter to plaintiffs' attorney and client regarding same. | L120 | 2.80 | 238.50 | 667.80 |
| MIW | 10/29/12 | Confer with A. Givental re review of UD file and strategy for responding to plaintiffs' settlement demand. | L120 | 0.20 | 274.50 | 54.90 |
| AAG | 10/29/12 | Communicate with plaintiffs' attorney about settlment. | L160 | 0.30 | 238.50 | 71.55 |
| AAG | 10/29/12 | Draft notice of automatic stay and cover letter. | L210 | 0.90 | 238.50 | 214.65 |
| AAG | 10/30/12 | Communicate with plaintiff' attorney regarding lowering settlement demand and factors affecting same. | L160 | 0.30 | 238.50 | 71.55 |
| AAG | 10/30/12 | Update client regarding status of pleadings and settlement discussions. | L120 | 0.20 | 238.50 | 47.70 |
| MIW | 10/31/12 | Confer with A. Givental re demurrer strategy. | L120 | 0.20 | 274.50 | 54.90 |
| AAG | 10/31/12 | Draft demurrer to plaintiffs' complaint. | L210 | 6.50 | 238.50 | 1,550.25 |
| AAG | 10/31/12 | Research unlawful detainer default judgment as res judicata with regard to claims arising of issues of right to possession and notice to take possession of property and update client regarding same. | L120 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **17.80** | | **$4,302.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L110 | Fact Investigation/Development | 1.30 | $328.05 |
| L120 | Analysis/Strategy | 7.10 | $1,725.75 |
| L160 | Settlement/Non-Binding ADR | 0.80 | $198.00 |
| L190 | Other Case Assessment | 0.60 | $143.10 |
| L210 | Pleadings | 7.70 | $1,836.45 |
| L230 | Court Mandated Conferences | 0.30 | $71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331799 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | Chao, Yao Sae | | | | |

| | | **TOTAL** | | **17.80** | **$4,302.90** | | |
|---|---|---|---|---|---|---|---|
| **Timekeeper** | | | **Position** | **Hours** | **Rate** | **Value** | |
| Givental, Alisa | | AAG | Associate | 16.20 | 238.50 | $3,863.70 | |
| Wraight, Mark | | MIW | Member | 1.60 | 274.50 | $439.20 | |
| | | **Total** | | **17.80** | | **$4,302.90** | |

PRIOR FEES                    $1,563.30

|  | FEES | $4,302.90 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$4,302.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331800    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1315 | Bentancourt, Ruben and Rosa |
| | | E-Mail Invoices to Kari Krull |

**TOTAL AMOUNT DUE**          $2,720.08

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331800    JBS                                    November 8, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1315    Bentancourt, Ruben and Rosa
E-Mail Invoices to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| NSR | 08/01/12 | Communicate via telephone with cross-complainant Builder's Concrete's counsel regarding possible bankruptcy issues and the deadline for our responsive pleading | L210 | 0.30 | 238.50 | 71.55 |
| NSR | 08/01/12 | Exchange correspondence with cross-complainant Builder's Concrete's counsel memorializing our discussions and confirming our deadline to file a responsive pleading | L210 | 0.30 | 238.50 | 71.55 |
| NSR | 08/07/12 | Develop litigation plan in light of the bankruptcy court's final supplemental order and in preparation of drafting client recommendation | L190 | 0.70 | 238.50 | 166.95 |
| NSR | 08/09/12 | Communicate via telephone with Plaintiffs' counsel's office regarding the incomplete copy of the complaint | L210 | 0.20 | 238.50 | 47.70 |
| NSR | 08/09/12 | Exchange correspondence with Plaintiffs' counsel regarding the incomplete complaint | L210 | 0.40 | 238.50 | 95.40 |
| NSR | 08/09/12 | Obtain and analyze recorded documents concerning the 455 Almond Street Property | L110 | 0.80 | 238.50 | 190.80 |
| NSR | 08/09/12 | Draft initial evaluation and opinion report | L190 | 1.90 | 238.50 | 453.15 |
| NSR | 08/15/12 | Communicate via telephone with Ms. Krull regarding her authorization to file a notice of bankruptcy | L210 | 0.10 | 238.50 | 23.85 |
| NSR | 08/16/12 | Draft notice of bankruptcy | L210 | 0.90 | 238.50 | 214.65 |
| NSR | 08/16/12 | Draft correspondence to Ms. Krull | L190 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331800 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Bentancourt, Ruben & Rosa | | | | |

|  |  | regarding the form of our appearance on behalf of GMAC | | | | |
|---|---|---|---|---|---|---|
| CHR | 08/17/12 | Prepare Notice of Stay | L190 | 0.10 | 130.50 | 13.05 |
| NSR | 08/17/12 | Communicate via telephone with cross-complainant's counsel regarding case status, the impending notice of bankruptcy and our deadline to file a responsive pleading | L210 | 0.40 | 238.50 | 95.40 |
| NSR | 08/22/12 | Exchange various correspondence with Ms. Krull regarding the form of our appearance on behalf of GMAC | L190 | 0.20 | 238.50 | 47.70 |
| NSR | 08/23/12 | Review and revise notice of bankruptcy and suggestion of automatic stay to reflect recent rulings by the Bankruptcy Court | L210 | 0.40 | 238.50 | 95.40 |
| NSR | 08/24/12 | Draft cover letter to accompany notice of bankruptcy | L210 | 0.60 | 238.50 | 143.10 |
| MKS | 08/29/12 | Update client on status, developments and pending dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| NSR | 08/29/12 | Obtain as-filed bankruptcy pleadings | L210 | 0.20 | 238.50 | 47.70 |
| NSR | 08/29/12 | Draft correspondence to Ms. Krull regarding the as-filed notice of bankruptcy | L210 | 0.20 | 238.50 | 47.70 |
| NSR | 09/14/12 | Analysis of the various notices of entry of dismissal filed by Plaintiff | L210 | 0.20 | 238.50 | 47.70 |
| NSR | 09/14/12 | Analysis of the deposition subpoena by Builder's Concrete | L210 | 0.10 | 238.50 | 23.85 |
| NSR | 09/18/12 | Analysis of correspondence from Builder's Concrete to the Special Master regarding service of depositions | L210 | 0.10 | 238.50 | 23.85 |
| NSR | 09/19/12 | Review of letter by Bella Vista Estates to the Special Master | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 09/19/12 | Review letter from Builder's concrete to Special Master | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 09/21/12 | Analysis of the numerous default judgments served by cross-complainants | L210 | 0.30 | 238.50 | 71.55 |
| NSR | 09/21/12 | Analysis of the recommendation and order allowing Quanta Specialty Insurance Company to intervene on behalf of Lambeth Construction of California | L210 | 0.10 | 238.50 | 23.85 |
| NSR | 09/21/12 | Review the complaint in intervention | L210 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331800 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Bentancourt, Ruben & Rosa | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | by Lambeth Construction | | | | |
| NSR | 09/21/12 | Review the complaint in intervention by Quanta Specialty Insurance | L210 | 0.20 | 238.50 | 47.70 |
| NSR | 09/25/12 | Analysis of Builder's Concrete's Objection to Recommendation and Order allowing Quanta Specialty Insurance Company to Intervene | L210 | 0.10 | 238.50 | 23.85 |
| NSR | 10/10/12 | Analysis of the request for dismissal of co-defendant Suntrust Mortgage, Inc. | L210 | 0.10 | 238.50 | 23.85 |
| NSR | 10/10/12 | Analysis of the deposition subpoena for production of business records of co-defendant CWB Designs | L210 | 0.10 | 238.50 | 23.85 |
| NSR | 10/10/12 | Analysis of the deposition subpoena for production of business records to co-defendant Engineering Designs | L210 | 0.10 | 238.50 | 23.85 |
| NSR | 10/10/12 | Analysis of the substitution of attorney for RJA Landscape, Inc. | L210 | 0.10 | 238.50 | 23.85 |
| NSR | 10/10/12 | Analysis of the Amended Deposition Subpoena for Production of Business Records to the Custodian of Records of CWB Designs | L210 | 0.10 | 238.50 | 23.85 |
| NSR | 10/16/12 | Analysis of the Statement of Insurance by cross-complainant Builder's Concrete | L210 | 0.10 | 238.50 | 23.85 |
| NSR | 10/16/12 | Analysis of the statement of work by cross-complainant Builder's Concrete | L210 | 0.10 | 238.50 | 23.85 |
| NSR | 10/16/12 | Analysis of the letter by co-defendant Bella Vista Estates to Mitchell S. Golub | L190 | 0.10 | 238.50 | 23.85 |
| NSR | 10/16/12 | Draft correspondence to Ms. Krull regarding the filed notice of bankruptcy and cover letter | L190 | 0.30 | 238.50 | 71.55 |
| NSR | 10/16/12 | Obtain conformed copy of the notice of bankruptcy | L210 | 0.20 | 238.50 | 47.70 |
| NSR | 10/17/12 | Exchange correspondence with Ms. Krull regarding the conformed notice of bankruptcy | L210 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **11.10** | | **$2,642.85** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 945 Sierra Fresno, CA 08/09/12 | 21.73 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 331800 | CLIENT | GMAC ResCap | Page | 4 |
|---|---|---|---|---|
| | MATTER | Bentancourt, Ruben & Rosa | | |

| | | |
|---|---|---|
| 09/14/12 First Legal Network, LLC; Transmittal of filing to court; FCSC- Fresno 8/24/12 | | 55.50 |
| **TOTAL COSTS & EXPENSES** | **$77.23** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.80 | $190.80 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $47.70 |
| L190 | Other Case Assessment | 3.70 | $877.95 |
| L210 | Pleadings | 6.40 | $1,526.40 |
| | **TOTAL** | **11.10** | **$2,642.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.10 | 130.50 | $13.05 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Riedman, Natilee | NSR | Associate | 10.80 | 238.50 | $2,575.80 |
| | **Total** | | **11.10** | | **$2,642.85** |

| PRIOR FEES | $769.95 | | |
|---|---|---|---|
| | FEES | $2,642.85 |
| | COSTS & EXPENSES | $77.23 |
| | **TOTAL THIS INVOICE** | **$2,720.08** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331801    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER    1328     Sosoban, Junkey and Brenda
                          E-Mail Invoices to Kari Krull

**TOTAL AMOUNT DUE**            **$1,044.80**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331801    JBS                                        November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1328    Sosoban, Junkey and Brenda
E-Mail Invoices to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 08/01/12 | Evaluate court docket and removal to Federal court. Prepare email to R. Brooks re: same. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/06/12 | Prepare amended notice of BK and affect of automatic stay. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 08/06/12 | Prepare letter to Plaintiffs re: final supplemental order. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/09/12 | Telephone conference with Plaintiff's counsel re: status of litigation. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/13/12 | Prepare email to client, K. Krull, with amended bankruptcy notice and cover letter to Plaintiff. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 08/15/12 | Receive and analyze order removing case from active case list. Prepare email to client, K. Krull, advising of same.3 | L120 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **1.50** | | **$405.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Court Services; LASC - Van Nuys, CA 07/12/12 | 82.85 |
| 08/15/12 | First Legal Network, LLC; Court Services; USDC- Central District 7/16/12. Advance ck. $350.00 | 410.50 |
| 08/15/12 | First Legal Network, LLC; Court Services; LA County Court- Van Nuys East 7/17/12 | 117.00 |
| 08/31/12 | One Legal, Inc.; Transmittal of filing to court; Amended Notice of BK 08/15/12 | 29.45 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   331801 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER | Sosoban, Junkey & Brenda | | | |

### TOTAL COSTS & EXPENSES                                    $639.80

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.10 | $297.00 |
| L190 | Other Case Assessment | 0.10 | $27.00 |
| L210 | Pleadings | 0.30 | $81.00 |
| | **TOTAL** | **1.50** | **$405.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 1.50 | 270.00 | $405.00 |
| | Total | | **1.50** | | **$405.00** |

| PRIOR FEES | $511.20 |
|---|---|
| PRIOR COSTS & EXPENSES | $38.20 |

| | |
|---|---|
| FEES | $405.00 |
| COSTS & EXPENSES | $639.80 |
| **TOTAL THIS INVOICE** | **$1,044.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 367241 | 23103 |
| Invoice Date | Total Due |
| 7/31/12 | 18,687.02 |

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 367241 | 7/31/12 | 18,687.02 | 2 |

| Date | Ordr No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/16/12 | 9489136 | OCU | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Jeff Weddle Case No.: 30-2012-00543237-CU-Pls. file the attach Signed: filed | OCSC-Central 700 Civic Center Drive West SANTA ANA CA 92701 Case Title: Reiss v. The Bank of ed CMC Statement on Ref: 19000.1231 | Base Chg : 9.75 | 9.75 |
| OC-UNLIMITED PDF/FAX | | FILE | | | | |
| 7/16/12 | 9489395 | REF RET | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Ryan Brooks Wait: 40 Min Case No.: CHA 11W01622 Please pick up the o Signed: zor filed/c | LA County Court-Chatsworth 9425 Penfield Ave CHATSWORTH CA 91311 Case Title: Boyd v. GMAC riginal from my offi Ref: 19000-1172 | Base Chg : 117.75 Wait : 6.70 Adv/Wit Ck: 20.00 | 144.45 |
| FILING-REGULAR VEHICLE | | | | | | |
| 7/16/12 | 9489438 | REF RET | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Ryan Brooks Case No.: TBD Please pick up the o Signed: filed | USDC-Central District 312 N. Spring St LOS ANGELES CA 90012 Case Title: Sosoban v. GMAC riginals from my off Ref: 19000-1328 | Base Chg : 60.50 Adv/Wit Ck: 350.00 | 410.50 |
| FILING-REGULAR VEHICLE | | | | | | |
| 7/16/12 | 9489440 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: DIANA J LOPEZ Case No.: civrs1203829 FILE/CONFORM/RETURN Signed: REJECTED | SBSC-RANCHO CUCAMONGA 8303 HAVEN AVENUE RANCHO CUCAMONGA CA 91730 Case Title: kabir v wells fargo NEED EMAIL CONFIRMAT Ref: 70000.0819 | Base Chg : 71.75 PDF Chg : 34.50 | 106.25 |
| FILING-BRANCH FAX/PDF | | | | | | |
| 7/16/12 | 9489458 | BNR | VCSC-VENTURA 800 SOUTH VICTORIA AVENUE VENTURA CA 93009 Caller: Christine Morine Case No.: 56201200413184 ADVANCE FEES Signed: obtained | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Case Title: DORA LUZ LOPEZ V WEL NEED IN 2 DAYS Ref: 55000.0207 | Base Chg : 34.75 Research : 30.15 Adv/Wit Ck: 1.00 | 65.90 |
| RESEARCH-BRANCH NEXT DAY | | | | | | |
| 7/16/12 | 9489462 | BNR | VCSC-VENTURA 800 SOUTH VICTORIA AVENUE VENTURA CA 93009 Caller: Christine Morine Case No.: 56 2011 00400713 ADVANCE FEES Signed: obtained | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Case Title: TERRY COOK V WELLS F NEED WITHIN 2 DAYS Ref: 11960.0291 | Base Chg : 34.75 Research : 30.15 Adv/Wit Ck: 1.00 | 65.90 |
| RESEARCH-BRANCH NEXT DAY | | | | | | |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 367241 | 23103 |
| **Invoice Date** | **Total Due** |
| 7/31/12 | 18,687.02 |

BILLING QUESTIONS CALL:
BILLING DEPT (213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 367241 | 7/31/12 | 18,687.02 | 4 |

**Service Detail**

| Date | Order No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/14/12 | 9489633 | BFX | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br>Caller: DIANA J LOPEZ<br>Case No.: CIVRS1203829<br>FILE/CONFORM/RETURN<br>Signed: filed | SBSC-RANCHO CUCAMONGA<br>8303 HAVEN AVENUE<br>RANCHO CUCAMONGA CA 91730<br><br>Case Title: KABIR V WELLS FARGO<br>NEEDS EMAIL CONFIRMA<br>Ref: 70000.0819 | Base Chg : 71.75<br>PDF Chg : 34.50<br>Adv/Wit Ck: 1305.00 | 1,411.25 |
| FILING-BRANCH FAX/PDF | | | | | | |
| 7/17/12 | 9489887 | BFX<br>RET | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br>Caller: DIANA J LOPEZ   Wait: 40 Min<br>Case No.: VC061131<br>FILE/CONFORM/RETURN<br>Signed: pdf ror filed/c | LASC-NORWALK<br>12720 NORWALK BOULEVARD<br>NORWALK          CA 90650<br><br>Case Title: SLAUGHTER V BANK OF<br>NEED EMAIL CONFIRMAT<br>Ref: 70000.0789 | Base Chg : 71.75<br>Wait : 6.70<br>Adv/Wit Ck: 870.00 | 948.45 |
| FILING-BRANCH FAX/PDF | | | | | | |
| 7/17/12 | 9489960 | BFX | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br>Caller: DIANA J LOPEZ<br>Case No.: LC095389<br>FILE/CONFORM/RETURN<br>Signed: FILED | LASC-VAN NUYS<br>6230 SYLMAR AVENUE<br>VAN NUYS          CA 91401<br><br>Case Title: SMIRIL V GMAC MORTGA<br>NEED EMAIL CONFIRMAT<br>Ref: 19000.1124 | Base Chg : 71.75 | 71.75 |
| FILING-BRANCH FAX/PDF | | | | | | |
| 7/17/12 | 9489978 | RSF<br>RET | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br>Caller: Ryan Brooks   Wait: 30 Min<br>Case No.: VAV 12V03752<br>Please pick up the o<br>Signed: ror rcvd/c | LA County Court-Van Nuys East<br>6230 Sylmar Ave<br>VAN NUYS          CA 91401<br><br>Case Title: Sesoban v. GMAC<br>riginal from our off<br>Ref: 19000-1328 | Base Chg : 117.00 | 117.00 |
| FILING-RUSH VEHICLE | | | | | | |
| 7/17/12 | 9490038 | BFX | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br>Caller: Terri Keller<br>Case No.: 37-2012-00066564<br>FILE/CONFORM/RETURN<br>Signed: FILED/PDF | SDSC-EL CAJON<br>250 EAST MAIN STREET<br>EL CAJON          CA 92020<br><br>Case Title: LUMPP V RECONTRUST<br>Ref: 70000.0765 | Base Chg : 97.50 | 97.50 |
| FILING-BRANCH FAX/PDF | | | | | | |
| 7/17/12 | 9490147 | FAX | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br>Caller: MARY CRONIN<br>Case No.: 56 2011 00409818<br>FILE/CONFORM/RETURN<br>Signed: FILED | VCSC-VENTURA<br>800 SOUTH VICTORIA AVENUE<br>VENTURA          CA 93009<br><br>Case Title: jelinek v bank of am<br>pdf cc<br>Ref: 70000.0583 | Base Chg : 29.75 | 29.75 |
| FILING-FAX/PDF | | | | | | |

Continued

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     331802     JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1348      Bolivar, Maria
                     GMAC Matter No.: 731197

**TOTAL AMOUNT DUE**               $292.03

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      331802      JBS                                      November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 1348      Bolivar, Maria
                            GMAC Matter No.: 731197

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      10/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| EK | 10/01/12 | Analyze order on motion to dismiss and L210 email to D. Booth re same | 0.30 | 274.50 | 82.35 |
| MKS | 10/07/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. L190 | 0.20 | 270.00 | 54.00 |
| EK | 10/26/12 | Review order of dismissal and draft email to D. Booth re same L190 | 0.20 | 274.50 | 54.90 |
| EK | 10/26/12 | Draft further email to D. Booth in response to question re dismissal of case L120 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | **1.00** | | **$273.60** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 10/03/12 | Western Service, Inc.; Court Services; From: Serverson & Werson To: San Fran - USDC 450 Golden Gate Avenue San Francisco 09/19/12 | 13.13 |
| 10/18/12 | Pacer Service Center; Data Search; Account No. SW0061. 7/1/12 - 9/30/12 | 5.30 |

**TOTAL COSTS & EXPENSES**                                   **$18.43**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|------|--------|
| L120 | Analysis/Strategy | 0.30 | $82.35 |
| L190 | Other Case Assessment | 0.40 | $108.90 |
| L210 | Pleadings | 0.30 | $82.35 |
| | **TOTAL** | **1.00** | **$273.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331802 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Bolivar, Maria | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kemp, Erik | EK | Associate | 0.80 | 274.50 | $219.60 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **1.00** | | **$273.60** |

| PRIOR FEES | $4,618.80 |
|---|---|
| PRIOR COSTS & EXPENSES | $23.24 |

| | |
|---|---|
| FEES | $273.60 |
| COSTS & EXPENSES | $18.43 |
| **TOTAL THIS INVOICE** | **$292.03** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      331803      JBS                                        November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1367      Parker, Edna
                      GMAC Matter No.: 731904

**TOTAL AMOUNT DUE**              **$547.08**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331803 | JBS | | November 8, 2012 |
|---|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1367    Parker, Edna
            GMAC Matter No.: 731904

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| TNA | 10/01/12 | Meet and confer with plaintiff's counsel regarding dismissal with prejudice in exchange for loan modification review without guarantee of modification. | L160 | 0.20 | 270.00 | 54.00 |
| TNA | 10/03/12 | Receive and review request for dismissal signed by plaintiff. | L190 | 0.10 | 270.00 | 27.00 |
| MKS | 10/07/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L190 | 0.20 | 270.00 | 54.00 |
| TNA | 10/24/12 | Telephone call from plaintiff's counsel regarding trustee's sale. | L190 | 0.20 | 270.00 | 54.00 |
| TNA | 10/24/12 | Receive and respond to inquiry from C. Bonello at GMACM regarding pending trustee's sale. | L190 | 0.20 | 270.00 | 54.00 |
| TNA | 10/26/12 | Review and respond to inquiry by C. Bonello at GMACM regarding preliminary injunction. | L190 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **1.10** | | **$297.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 10/15/12 | Cardmember Service/Bank One (Acct #0705); Data Search; CA - Alameda, Document 2012.134963 09/10/12 | 9.90 |
| 10/15/12 | Cardmember Service/Bank One (Acct #0705); Data Search; 2512 Rawson Street Alameda, CA 94601 09/07/12 | 18.29 |
| 10/15/12 | Cardmember Service/Bank One (Acct #0705); | 82.64 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331803 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Parker, Edna | | | |

| | | Amount |
|---|---|---:|
| | Data Search; 2512 Rawson Street Alameda, CA 09/10/12 | |
| 10/23/12 | First Legal Network, LLC; Court Services; ACSC- Oakland 9/17/12 | 46.50 |
| 10/23/12 | First Legal Network, LLC; Transmittal of filing to court; Alameda County Court 9/24/12 | 92.75 |
| | **TOTAL COSTS & EXPENSES** | **$250.08** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---:|---:|
| L160 | Settlement/Non-Binding ADR | 0.20 | $54.00 |
| L190 | Other Case Assessment | 0.90 | $243.00 |
| | **TOTAL** | **1.10** | **$297.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---:|---:|---:|
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Abbott, Thomas | TNA | Associate | 0.90 | 270.00 | $243.00 |
| | **Total** | | **1.10** | | **$297.00** |

| | |
|---|---:|
| PRIOR FEES | $2,857.95 |
| PRIOR COSTS & EXPENSES | $105.09 |

| | |
|---:|---:|
| FEES | $297.00 |
| COSTS & EXPENSES | $250.08 |
| **TOTAL THIS INVOICE** | **$547.08** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      331804      JBS                                          November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1372 | Anderegg, Michael |
| | | GMAC Matter No.: 731862 |

**TOTAL AMOUNT DUE**          $1,436.04

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331804    JBS                                November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1372    Anderegg, Michael
GMAC Matter No.: 731862

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DPB | 10/04/12 | Review plaintiff's opposition to our motion to dismiss the complaint. | L240 | 0.20 | 288.00 | 57.60 |
| MKS | 10/07/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L190 | 0.20 | 270.00 | 54.00 |
| DPB | 10/09/12 | Prepare reply brief in support of motion to dismiss complaint. | L240 | 3.50 | 288.00 | 1,008.00 |
| DPB | 10/09/12 | E-mail to C.DiCicco regarding draft reply brief. | L240 | 0.10 | 288.00 | 28.80 |
| MKS | 10/10/12 | Review and revise draft reply in support of motion to dismiss. | L240 | 0.30 | 270.00 | 81.00 |
| DPB | 10/10/12 | Telephone calls to and from plaintiff regarding electronic service of our reply brief. | L240 | 0.20 | 288.00 | 57.60 |
| DPB | 10/10/12 | E-mail from C.DiCicco approving draft reply brief. | L240 | 0.10 | 288.00 | 28.80 |
| DPB | 10/29/12 | Review court's minute order rescheduling hearing on our motion to dismiss. | L240 | 0.10 | 288.00 | 28.80 |
| DPB | 10/29/12 | Telephone call from court clerk regarding court's continuance of hearing on our motion to dismiss. | L240 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **4.80** | | **$1,373.40** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 10/15/12 | Cardmember Service/Bank One (Acct #0705); Data Search; 1205 Melanie Way, Alameda, CA 09/07/12 | 47.99 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331804 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Anderegg, Michael | | |

| | | | | |
|---|---|---|---|---|
| 10/18/12 | Pacer Service Center; Data Search; Account No. SW0817 7/01/12-09/30/12 | | | 4.40 |
| 10/22/12 | First Legal Network, LLC; Court Services; USDC- San Francisco 10/10/12 | | | 10.25 |
| | **TOTAL COSTS & EXPENSES** | | **$62.64** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L240 | Dispositive Motions | 4.60 | $1,319.40 |
| | **TOTAL** | **4.80** | **$1,373.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Babcock, Daska | DPB | Special Counsel | 4.30 | 288.00 | $1,238.40 |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| | **Total** | | **4.80** | | **$1,373.40** |

PRIOR FEES                    $4,605.30

| | |
|---|---|
| FEES | $1,373.40 |
| COSTS & EXPENSES | $62.64 |
| **TOTAL THIS INVOICE** | **$1,436.04** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331806    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1398    Nanak Foundation Trust (Virk)
                  GMAC Matter No.: 733284

**TOTAL AMOUNT DUE**          $3,823.65

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331806    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1398    Nanak Foundation Trust (Virk)
GMAC Matter No.: 733284

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MKS | 10/09/12 | Study and review new complaint for evaluation, handling and defense strategy. Investigate online docket. | L210 | 1.20 | 270.00 | 324.00 |
| JBS | 10/10/12 | Analysis and evaluation of e-mail and documents from client (Please move to GMAC ResCap/Nannak Foundation 1398) | L120 | 0.40 | 427.50 | 171.00 |
| CHR | 10/10/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| HRJ | 10/23/12 | Review and analyze complaint and correspondence from client. | L110 | 0.90 | 306.00 | 275.40 |
| HRJ | 10/23/12 | Initial review of client documents. | L110 | 1.60 | 306.00 | 489.60 |
| HRJ | 10/23/12 | Draft correspondence to client re case. | L110 | 0.30 | 306.00 | 91.80 |
| GSW | 10/24/12 | Print client documents from email attachments, organize in chronological order and create indexed work binder for attorney | L110 | 1.90 | 130.50 | 247.95 |
| GSW | 10/25/12 | Continue to create attorney work binders of client documents, finalize same | L110 | 1.40 | 130.50 | 182.70 |
| HRJ | 10/31/12 | Continue review and analysis of client documents. | L110 | 3.30 | 306.00 | 1,009.80 |
| HRJ | 10/31/12 | Conduct legal research re determining citizenship of plaintiff Trust. | L120 | 1.20 | 306.00 | 367.20 |
| HRJ | 10/31/12 | Conduct legal research re whether | L120 | 1.40 | 306.00 | 428.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331806 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Nanak Foundation Trust (Virk) | | | | |

| | | plaintiff trust is real party in interest. | | | | |
|---|---|---|---|---|---|---|
| HRJ | 10/31/12 | Telephone conference with plaintiff's counsel re case status and claims. | L190 | 0.30 | 306.00 | 91.80 |
| HRJ | 10/31/12 | Conduct factual research re plaintiff's counsel. | L110 | 0.30 | 306.00 | 91.80 |
| | | **TOTAL** | | **14.60** | | **$3,823.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 9.70 | $2,389.05 |
| L120 | Analysis/Strategy | 3.00 | $966.60 |
| L190 | Other Case Assessment | 0.70 | $144.00 |
| L210 | Pleadings | 1.20 | $324.00 |
| | **TOTAL** | **14.60** | **$3,823.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Webb, Gilla | GSW | Paralegal | 3.30 | 130.50 | $430.65 |
| Jones, Harold R. | HRJ | Associate | 9.30 | 306.00 | $2,845.80 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Sullivan, Mary Kate | MKS | Member | 1.20 | 270.00 | $324.00 |
| | **Total** | | **14.60** | | **$3,823.65** |

| | | FEES | $3,823.65 |
|---|---|---|---|
| | | **TOTAL THIS INVOICE** | **$3,823.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331807    JBS                                      November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1400 | Phelps, Timothy and Carol |
| | | GMAC Matter No.: 733372 |

**TOTAL AMOUNT DUE**            **$846.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      331807      JBS                                      November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 1400      Phelps, Timothy and Carol
                            GMAC Matter No.: 733372

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 10/16/12 | Phelps - study and review new complaint for handling, evaluation and defense strategy. | L210 | 0.50 | 270.00 | 135.00 |
| EK | 10/16/12 | Review and analyze new complaint and email to D. Booth re same | L120 | 0.30 | 274.50 | 82.35 |
| CHR | 10/16/12 | 1400  Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| EK | 10/30/12 | Review and analyze complaint and draft notice of bankruptcy and notice of stay | L210 | 1.60 | 274.50 | 439.20 |
| EK | 10/30/12 | Draft email to D. Booth re evaluation of complaint and filing of notice of stay | L190 | 0.50 | 274.50 | 137.25 |
| | | **TOTAL** | | **3.30** | | **$846.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $82.35 |
| L190 | Other Case Assessment | 0.90 | $189.45 |
| L210 | Pleadings | 2.10 | $574.20 |
| | **TOTAL** | **3.30** | **$846.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 331807 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Phelps, Timothy & Carol | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Kemp, Erik | EK | Associate | 2.40 | 274.50 | $658.80 |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| | **Total** | | **3.30** | | **$846.00** |

| | | | FEES | | $846.00 |
| | | **TOTAL THIS INVOICE** | | | **$846.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331808    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER    1409      Lykins, Alexander
                          GMAC Matter No.: 733644

**TOTAL AMOUNT DUE**                    **$589.50**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331808    JBS                                   November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1409    Lykins, Alexander
                         GMAC Matter No.: 733644

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994       10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 10/19/12 | Lykin- Study and review new complaint for handling, evaluation and defense strategy. | L210 | 1.00 | 270.00 | 270.00 |
| CHR | 10/19/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 1.90 | 130.50 | 247.95 |
| AAG | 10/19/12 | Review complaint and develop litigation strategy. | L110 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **3.20** | | **$589.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.30 | $71.55 |
| L190 | Other Case Assessment | 1.90 | $247.95 |
| L210 | Pleadings | 1.00 | $270.00 |
| | **TOTAL** | **3.20** | **$589.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Givental, Alisa | AAG | Associate | 0.30 | 238.50 | $71.55 |
| Rommell, Clair | CHR | Paralegal | 1.90 | 130.50 | $247.95 |
| Sullivan, Mary Kate | MKS | Member | 1.00 | 270.00 | $270.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331808 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Lykins, Alexander | | |

| | | | |
|---|---|---|---|
| | **Total** | **3.20** | **$589.50** |
| | FEES | | $589.50 |
| | **TOTAL THIS INVOICE** | | **$589.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331809    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1412    Rogers, Elaine
                 GMAC Matter No.: 733708

**TOTAL AMOUNT DUE**          **$711.90**

# *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331809    JBS                                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1412    Rogers, Elaine
GMAC Matter No.: 733708

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 10/19/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| JBS | 10/22/12 | Analysis and evaluation of defense strategy and customer history. | L120 | 0.40 | 427.50 | 171.00 |
| MKS | 10/22/12 | Rogers, Elaine - Study and review new complaint for handling, evaluation and defense strategy,  Telephone call with counsel referenced on summons.  Study and review substitution of counsel. | L210 | 1.20 | 270.00 | 324.00 |
| JMJ | 10/24/12 | Analyze complaint and case documents. | L120 | 0.60 | 274.50 | 164.70 |
| | | **TOTAL** | | **2.60** | | **$711.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.00 | $335.70 |
| L190 | Other Case Assessment | 0.40 | $52.20 |
| L210 | Pleadings | 1.20 | $324.00 |
| | **TOTAL** | **2.60** | **$711.90** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331809      CLIENT    GMAC ResCap                                    Page        2
                          MATTER    Rogers, Elaine

| | | | | | |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Julian, Jason | JMJ | Special Counsel | 0.60 | 274.50 | $164.70 |
| Sullivan, Mary Kate | MKS | Member | 1.20 | 270.00 | $324.00 |
| | **Total** | | **2.60** | | **$711.90** |

FEES                    $711.90
**TOTAL THIS INVOICE**          **$711.90**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     331810      JBS                                      November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1414       Cherrington, William and Lynne
                       GMAC Matter No.: 733724

**TOTAL AMOUNT DUE**          **$1,678.95**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    331810    JBS                                    November 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1414    Cherrington, William and Lynne
GMAC Matter No.: 733724

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 10/23/12 | Analysis and evaluation of defense strategy. | L120 | 0.40 | 427.50 | 171.00 |
| MKS | 10/23/12 | Cherrington - Study and review new complaint for evaluation, handling and defense strategy. | L210 | 1.00 | 270.00 | 270.00 |
| CHR | 10/23/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.70 | 130.50 | 91.35 |
| MCK | 10/24/12 | 19000.1414 Cherrington. Preliminary review of complaint, motion for preliminary injunction and supporting documents. | L120 | 0.80 | 234.00 | 187.20 |
| MCK | 10/24/12 | 19000.1414 Cherrington. Research and analysis of title chronology. | L120 | 1.00 | 234.00 | 234.00 |
| MCK | 10/24/12 | 19000.1414 Cherrington. Preliminary drafting of response to motion for preliminary injunction. | L120 | 1.10 | 234.00 | 257.40 |
| MCK | 10/24/12 | 19000.1414 Cherrington. E-mail correspondence to client requesting confirmation of trustee's sale date and information regarding modification application. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 10/25/12 | 19000.1414 Cherrington. Correspondence with Plaintiffs' counsel to discuss postponement of trustee's sale and potential dismissal of case. | L120 | 0.50 | 234.00 | 117.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 331810 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Cherrington, William & Lynne | | | | |

| MCK | 10/25/12 | 19000.1414 Cherrington. Correspondence with client regarding HAMP denial and potential for traditional in-house modification review. | L120 | 0.30 | 234.00 | 70.20 |
|---|---|---|---|---|---|---|
| MCK | 10/26/12 | 19000.1414 Cherrington. Telephone call with Plaintiffs' counsel re: continuance for preliminary injunction motion. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 10/29/12 | E-mail correspondence with client regarding loan modification approval; review of proposed loan modification terms. | L120 | 0.40 | 234.00 | 93.60 |
| MCK | 10/29/12 | Telephone call with Plaintiffs' counsel regarding proposed loan modification in exchange for dismissal and release. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 10/29/12 | Draft correspondence to Plaintiffs' counsel regarding settlement and proposed terms of modification. | L120 | 0.30 | 234.00 | 70.20 |
| | | **TOTAL** | | **7.00** | | **$1,678.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 5.30 | $1,317.60 | | | |
| L190 | Other Case Assessment | 0.70 | $91.35 | | | |
| L210 | Pleadings | 1.00 | $270.00 | | | |
| | **TOTAL** | **7.00** | **$1,678.95** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.70 | 130.50 | $91.35 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Kelly, Megan | MCK | Special Counsel | 4.90 | 234.00 | $1,146.60 |
| Sullivan, Mary Kate | MKS | Member | 1.00 | 270.00 | $270.00 |
| | **Total** | | **7.00** | | **$1,678.95** |

| | | FEES | $1,678.95 |
|---|---|---|---|
| | **TOTAL THIS INVOICE** | | **$1,678.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332038    JBS                                          November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0005    Neyer, Leland Anthony, et al. v. GMAC Homecomings Financial Bank, et al.
GMAC Matter No.: 692012

**TOTAL AMOUNT DUE**          $875.70

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332038    JBS                                   November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0005    Neyer, Leland Anthony, et al. v. GMAC Homecomings Financial Bank, et al.
GMAC Matter No.: 692012

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MEG | 10/04/12 | Correspondence to and from client regading status of appeal. | L510 | 0.30 | 261.00 | 78.30 |
| ERB | 10/10/12 | Attention to status of bankruptcy, notice of stay and impact on strategy and resolution of matter per clients request. | L120 | 0.30 | 279.00 | 83.70 |
| MEG | 10/12/12 | Review status and history regarding necessity of bankruptcy stay. | L110 | 0.50 | 261.00 | 130.50 |
| MKS | 10/14/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| MEG | 10/16/12 | Draft bankruptcy notice of stay and cover letter to plaintiffs. | L250 | 0.90 | 261.00 | 234.90 |
| MKS | 10/17/12 | Review and revise draft Notice of Bankruptcy Stay and cover letter re: same. | L210 | 0.50 | 270.00 | 135.00 |
| MEH | 10/30/12 | Assist with strategy re: notice of bankruptcy stay and accompanying cover letter. | L510 | 0.40 | 261.00 | 104.40 |
| | | **TOTAL** | | **3.30** | | **$875.70** |

### COSTS & EXPENSES

### BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332038 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Neyer, Leland Anthony | | | | |

| Task Code and Description | | Hours | Amount | | | | |
|---|---|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.50 | $130.50 | | | | |
| L120 | Analysis/Strategy | 0.40 | $111.60 | | | | |
| L190 | Other Case Assessment | 0.30 | $81.00 | | | | |
| L210 | Pleadings | 0.50 | $135.00 | | | | |
| L250 | Other Written Motions | 0.90 | $234.90 | | | | |
| L510 | Appellate Motions & Submission | 0.70 | $182.70 | | | | |
| | TOTAL | 3.30 | $875.70 | | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | | 0.40 | 279.00 | $111.60 |
| Gruber, Megan | MEG | Associate | | 1.70 | 261.00 | $443.70 |
| Holt, M. Elizabeth | MEH | Associate | | 0.40 | 261.00 | $104.40 |
| Sullivan, Mary Kate | MKS | Member | | 0.80 | 270.00 | $216.00 |
| | | Total | | 3.30 | | $875.70 |

PRIOR FEES                      $29,443.05
PRIOR COSTS & EXPENSES          $3,068.04


                                        FEES _____ $875.70
                    TOTAL THIS INVOICE          $875.70


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332040    JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0032  | Johnson, Wes W. v. Homecomings Financial, et al. |
|        |       | GMAC Matter No.: 692775 |

**TOTAL AMOUNT DUE**            **$405.30**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332040    JBS                                  November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0032    Johnson, Wes W. v. Homecomings Financial, et al.
                         GMAC Matter No.: 692775

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JDI | 10/01/12 | Correspond with plaintiff's counsel and J. Holtgren re settlement offer. | L160 | 0.40 | 279.00 | 111.60 |
| DL | 10/02/12 | Analyze correspondence from client re rejection of plaintiff's latest settlement offer. | L160 | 0.10 | 288.00 | 28.80 |
| JDI | 10/10/12 | Review case for bankruptcy related issues. | L120 | 0.50 | 279.00 | 139.50 |
| DL | 10/22/12 | Analyze complaint for filing amended notice of bankruptcy to permit foreclosure claims to proceed and prepare correspondence to client re same. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 10/31/12 | Analyze correspondence from client re filing amended notice of bankruptcy re parsing stayed and non-stayed claims. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **1.40** | | **$395.10** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 10/17/12 | Pacer Service Center; Data Search; Cust. No. SW0122 7/01/12-9/30/12 | 10.20 |

**TOTAL COSTS & EXPENSES**        **$10.20**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $139.50 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $140.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332040 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Johnson, Wes W. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L190 | Other Case Assessment | | 0.40 | $115.20 | | |
| | **TOTAL** | | **1.40** | **$395.10** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 0.50 | 288.00 | $144.00 |
| Ives, Jon | JDI | Associate | 0.90 | 279.00 | $251.10 |
| | **Total** | | **1.40** | | **$395.10** |

PRIOR FEES                    $29,325.60
PRIOR COSTS & EXPENSES        $2,362.85

|  |  |
|---|---|
| FEES | $395.10 |
| COSTS & EXPENSES | $10.20 |
| **TOTAL THIS INVOICE** | **$405.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      332042      JBS                                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER     0270       Bailey, Patricia Gail v. GMAC Mortgage, LLC
                      GMAC Matter No.: 698056

**TOTAL AMOUNT DUE**          $1,704.60

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332042 | JBS | November 14, 2012 |
|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0270    Bailey, Patricia Gail v. GMAC Mortgage, LLC
GMAC Matter No.: 698056

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| YS | 10/01/12 | Draft monthly case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 10/09/12 | Receipt, review and analysis of the Court of Appeals notice of date and time of oral argument on Plaintiff's appeal | L120 | 0.10 | 238.50 | 23.85 |
| MKS | 10/15/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| YS | 10/26/12 | Prepare and draft outline of points and authorities to be used during oral argument before the Court of Appeals | L190 | 1.40 | 238.50 | 333.90 |
| JTC | 10/29/12 | Review letter citing additional authorities and authorities cited.  Weigh whether to respond in writing or only at oral argument. | L530 | 1.90 | 490.50 | 931.95 |
| YS | 10/29/12 | Review and analysis of plaintiff's correspondence regarding new authorities and legislation in support of her case before the Court of Appeals, and determine how to respond | L120 | 1.30 | 238.50 | 310.05 |
| | | **TOTAL** | | **5.10** | | **$1,704.60** |

### COSTS & EXPENSES

### BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332042 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Bailey, Patricia Gail | | | |

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $333.90 | | | |
| L190 | Other Case Assessment | 1.80 | $438.75 | | | |
| L530 | Oral Argument | 1.90 | $931.95 | | | |
| | **TOTAL** | **5.10** | **$1,704.60** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Chilton, Jan T. | JTC | Member | 1.90 | 490.50 | $931.95 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Shaham, Yaron | YS | Special Counsel | 2.90 | 238.50 | $691.65 |
| | **Total** | | **5.10** | | **$1,704.60** |

PRIOR FEES                          $27,414.00
PRIOR COSTS & EXPENSES              $3,999.96

|  | FEES | $1,704.60 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$1,704.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332044    JBS

November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0433    Haroutunian, Hedeya
C/M# 697640

**TOTAL AMOUNT DUE**            $566.28

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332044    JBS                                    November 14, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0433    Haroutunian, Hedeya
C/M# 697640

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEH | 10/05/12 | Review case status re: bankruptcy stay and upcoming deadline to file update with appellate court re: status of stay. | L120 | 0.30 | 261.00 | 78.30 |
| KPL | 10/11/12 | Create case management / status spreadsheet for MEH's cases. | L140 | 0.10 | 76.50 | 7.65 |
| KPL | 10/12/12 | Analyze and update case status. | L140 | 0.60 | 76.50 | 45.90 |
| MEH | 10/15/12 | Draft status update re: bankruptcy case. | L510 | 0.40 | 261.00 | 104.40 |
| MEH | 10/15/12 | Draft email update to client (C. Bonello) enclosing draft of bankruptcy status update letter, with comments. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 10/16/12 | Finalize letter to court re: bankruptcy status update. | L510 | 0.30 | 261.00 | 78.30 |
| KPL | 10/22/12 | Review and update case status. | L140 | 0.60 | 76.50 | 45.90 |
| KPL | 10/23/12 | Review appellate docket for recent filings. | L140 | 0.25 | 76.50 | 19.13 |
| KPL | 10/29/12 | Analyze and update case status. | L140 | 0.60 | 76.50 | 45.90 |
| MEH | 10/30/12 | Draft email to client (C. Bonello) enclosing copy of order lifting bankruptcy stay, with comments. | L510 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | **3.65** | | **$555.98** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/18/12 | Pacer Service Center; Data Search; Account No. SW0817 7/01/12-09/30/12 | 10.30 |

**TOTAL COSTS & EXPENSES**                    **$10.30**

## BILLING SUMMARY
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332044 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Haroutunian, Hedeya | | |

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $78.30 |
| L140 | Document/File Management | 2.15 | $164.48 |
| L510 | Appellate Motions & Submission | 1.20 | $313.20 |
| | **TOTAL** | **3.65** | **$555.98** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Lee, Kristina | KPL | Legal Assistant | 2.15 | 76.50 | $164.48 |
| Holt, M. Elizabeth | MEH | Associate | 1.50 | 261.00 | $391.50 |
| | **Total** | | **3.65** | | **$555.98** |

| PRIOR FEES | $81,381.60 |
|---|---|
| PRIOR COSTS & EXPENSES | $3,995.83 |

| | |
|---|---|
| FEES | $555.98 |
| COSTS & EXPENSES | $10.30 |
| **TOTAL THIS INVOICE** | **$566.28** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      332045      JBS                                         November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000      GMAC ResCap
MATTER      0573       Yakimenko, Nikolay
                      GMAC Matter No.: 695861

**TOTAL AMOUNT DUE**          **$383.40**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332045    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0573    Yakimenko, Nikolay
                        GMAC Matter No.: 695861

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CJM | 10/08/12 | Confer with D. Cram re case status. | L190 | 0.20 | 238.50 | 47.70 |
| DHC | 10/09/12 | Conference with Casey McTigue re effect of automatic stay on litigation and ability of title company to settle on behalf of client. | L120 | 0.50 | 337.50 | 168.75 |
| CJM | 10/09/12 | Strategize re effect of bankruptcy action on potential settlement (.3), draft email to handling attorney re same (.2), draft summary of case status for M. Sullivan. | L160 | 0.70 | 238.50 | 166.95 |
| | | **TOTAL** | | **1.40** | | **$383.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $168.75 |
| L160 | Settlement/Non-Binding ADR | 0.70 | $166.95 |
| L190 | Other Case Assessment | 0.20 | $47.70 |
| | **TOTAL** | **1.40** | **$383.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| McTigue, Casey | CJM | Associate | 0.90 | 238.50 | $214.65 |
| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 |
| | **Total** | | **1.40** | | **$383.40** |

PRIOR FEES                    $1,804.95
PRIOR COSTS & EXPENSES        $80.80

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.  332045 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Yakimenko, Nikolay | | |

| | | |
|---|---|---|
| FEES | | $383.40 |
| **TOTAL THIS INVOICE** | | **$383.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      332047      JBS

November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER    0656      Tajbakhsh, Abdi E.
C/M# 705333

**TOTAL AMOUNT DUE**          $2,065.35

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332047    JBS

November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0656    Tajbakhsh, Abdi E.
C/M# 705333

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| BJK | 10/05/12 | Revised proposed notice that no bankruptcy stay is in effect per request of Ted Buell | L250 | 0.90 | 234.00 | 210.60 |
| ERB | 10/05/12 | Analysis of latest settlement proposal from Plaintiff and strategize re counter offer vs moving forward with litigation. | L160 | 0.40 | 279.00 | 111.60 |
| ERB | 10/05/12 | Analysis of Bankruptcy issues based on Plaintiff filing notice of Bankruptcy (of client) in hopes of staying action. | L120 | 0.40 | 279.00 | 111.60 |
| ERB | 10/05/12 | Draft Notice of Bankruptcy and Relief from Stay based on remaining claims. | L250 | 0.40 | 279.00 | 111.60 |
| ERB | 10/05/12 | Review opposition to demurrer and strategize re reply. | L210 | 0.60 | 279.00 | 167.40 |
| ERB | 10/05/12 | Multiple communications with client re settlement, reply in support of demurrer and Bankruptcy issues (.4)multiple communications with client re settlement, reply in support of demurrer and Bankruptcy issues. | L100 | 0.40 | 279.00 | 111.60 |
| ERB | 10/11/12 | Prepare reply in support of demurrer. | L210 | 1.90 | 279.00 | 530.10 |
| MXS | 10/18/12 | Prepared for demurrer hearing. (Covering for T. Buell.) | L240 | 0.20 | 216.00 | 43.20 |
| MXS | 10/19/12 | Updated client with results of demurrer hearing. | L240 | 0.20 | 216.00 | 43.20 |
| MJN | 10/22/12 | Draft notice of ruling and accompanying letter | L210 | 1.00 | 261.00 | 261.00 |
| ERB | 10/29/12 | Communications with client re outcome of demurrer hearing and subsequent | L120 | 0.20 | 279.00 | 55.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332047 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Tajbakhsh, Abdi E. | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | offer to settle recieved from Plaintiff/ | | | | | |
| ERB | 10/29/12 | Review and analysis of settlement offer received from Plaintiffs after ruling on demurrer. | L160 | | 0.30 | 279.00 | 83.70 |
| ERB | 10/31/12 | Multiple communications with client re settlement offer from plaintiff after Court order sustaining demurrer without leave to amend. | L160 | | 0.40 | 279.00 | 111.60 |
| | | **TOTAL** | | | **7.40** | | **$1,980.90** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 10/24/12 | One Legal, Inc.; Transmittal of filing to court; Reply of Defendants in Support of Their Demurrer to Plaintiff's Complaint, Notice that Automatic Stay has been...10/12/12 | | 84.45 |
| | **TOTAL COSTS & EXPENSES** | **$84.45** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L100 | NOT A VALID TASK CODE | 0.40 | $111.60 |
| L120 | Analysis/Strategy | 0.70 | $195.30 |
| L160 | Settlement/Non-Binding ADR | 1.10 | $306.90 |
| L210 | Pleadings | 3.50 | $958.50 |
| L240 | Dispositive Motions | 0.40 | $86.40 |
| L250 | Other Written Motions | 1.30 | $322.20 |
| | **TOTAL** | **7.40** | **$1,980.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kornberg, Bernard | BJK | Associate | 0.90 | 234.00 | $210.60 |
| Buell, Edward | ERB | Associate | 5.10 | 279.00 | $1,422.90 |
| Nelson, Michele | MJN | Special Counsel | 1.00 | 261.00 | $261.00 |
| Schindler, Maria | MXS | Associate | 0.40 | 216.00 | $86.40 |
| | **Total** | | **7.40** | | **$1,980.90** |

| | |
|---|---|
| PRIOR FEES | $14,754.60 |
| PRIOR COSTS & EXPENSES | $2,178.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332047 | CLIENT | GMAC ResCap | | Page | 3 |
|---|---|---|---|---|---|---|
| | | MATTER | Tajbakhsh, Abdi E. | | | |

|  | FEES | $1,980.90 |
|---|---|---|
|  | COSTS & EXPENSES | $84.45 |
|  | **TOTAL THIS INVOICE** | **$2,065.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     332048     JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT      19000     GMAC ResCap
MATTER      0678      Winick, Daniel S. and Claire
                      GMAC Matter No.: 705967




**TOTAL AMOUNT DUE**          **$1,204.20**




### *** *REMITTANCE COPY* ***
*Please include this page with payment.*




Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332048    JBS                                November 14, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0678    Winick, Daniel S. and Claire
                        GMAC Matter No.: 705967

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DL | 09/28/12 | Prepare case update for client on case chart. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/02/12 | Exchange correspondence with client re status of approval of loan modification and settlement; prepare correspondence to plaintiff re same. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 10/03/12 | Exchange correspondence with plaintiff re concluding settlement in current action and in newly-filed action. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 10/04/12 | Prepare correspondence to client re status of settlement discussions with plaintiff. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 10/05/12 | Exchange multiple correspondence with client and plaintiff re finalizing settlement, determining status of foreclosure and access to online account. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 10/08/12 | Prepare correspondence to plaintiff re rescission of foreclosure and accessing online account. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 10/10/12 | Analyze correspondence from client re plainitff accessing on-line account and prepare correspondence to plaintiff re same. | L190 | 0.20 | 288.00 | 57.60 |
| MKS | 10/14/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| DL | 10/15/12 | Prepare correspondence to plaintiff's | L160 | 0.20 | 288.00 | 57.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.  332048    CLIENT    GMAC ResCap                          Page        2
                       MATTER    Winick, Daniel S. & Claire

| | | | | | | |
|---|---|---|---|---|---|---|
| | | counsel re resolving issues with settlement. | | | | |
| DL | 10/16/12 | Exchange correspondence with client and plaintiff re access to online account. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 10/18/12 | Analyze correspondence from plaintiff re purported errors with settlement and prepare response re same. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 10/19/12 | Prepare correspondence to client re plaintiff not dismissing newly-filed action and strategy re filing notice of bankruptcy stay and demurring for MERS. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 10/22/12 | Draft demurrer to complaint for MERS re claims for breach of contract, fraud, breach of implied covenant and declaratory relief. | L430 | 1.60 | 288.00 | 460.80 |
| | | **TOTAL** | | **4.20** | | **$1,204.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 1.70 | $489.60 |
| L190 | Other Case Assessment | 0.90 | $253.80 |
| L430 | Written Motions/Submissions | 1.60 | $460.80 |
| | **TOTAL** | **4.20** | **$1,204.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 3.90 | 288.00 | $1,123.20 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **4.20** | | **$1,204.20** |

| | |
|---|---|
| PRIOR FEES | $78,775.20 |
| PRIOR COSTS & EXPENSES | $13,383.19 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332048 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Winick, Daniel S. & Claire | | |

| | | |
|---|---|---|
| | FEES | $1,204.20 |
| | **TOTAL THIS INVOICE** | **$1,204.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332049    JBS                                     November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0683 | Burnett (Daniels) |
| | | GMAC Matter No.: 706245 |

**TOTAL AMOUNT DUE**          $342.04

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332049    JBS                                        November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0683    Burnett (Daniels)
                        GMAC Matter No.: 706245

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 09/12/12 | Receipt, review and analysis of plaintiff's motion to quash subpoena from Wells Fargo | L120 | 0.10 | 238.50 | 23.85 |
| YS | 09/13/12 | Telephone conference with co-defendant's counsel regarding defense strategies | L190 | 0.20 | 238.50 | 47.70 |
| YS | 10/01/12 | Draft monthly case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 10/10/12 | Draft correspondence to client regarding status of the case and efforts to resolve property dispute with the Conservator for the decedent's estate | L190 | 0.30 | 238.50 | 71.55 |
| YS | 10/10/12 | Receipt. review and analysis of Wells Fargo's responses to the Conservator's requests for production of documents | L120 | 0.10 | 238.50 | 23.85 |
| YS | 10/12/12 | Receipt, review and analysis of the Conservator's deposition notice for Donna Daniels | L330 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **1.00** | | **$238.50** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; CA- Los Angeles, Document 2000.293841 08/18/12 | 34.65 |
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 3910 Walton Avenue Los Angeles, CA 08/15/12 | 68.89 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   332049 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Burnett (Daniels) | | |

**TOTAL COSTS & EXPENSES**                                    **$103.54**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $47.70 | | | |
| L190 | Other Case Assessment | 0.70 | $166.95 | | | |
| L330 | Depositions | 0.10 | $23.85 | | | |
| | **TOTAL** | **1.00** | **$238.50** | | | |
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** |
| Shaham, Yaron | YS | Special Counsel | | 1.00 | 238.50 | $238.50 |
| | **Total** | | | **1.00** | | **$238.50** |

PRIOR FEES                          $15,547.95
PRIOR COSTS & EXPENSES              $1,462.57

|  | | |
|---|---|---|
| FEES | $238.50 |
| COSTS & EXPENSES | $103.54 |
| **TOTAL THIS INVOICE** | **$342.04** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332050    JBS

November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0753 | Labostrie, Alvin and Sandra |
| | | GMAC Matter No.: 708651 |

**TOTAL AMOUNT DUE**           $460.80

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332050    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0753    Labostrie, Alvin and Sandra
                        GMAC Matter No.: 708651

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 09/28/12 | Prepare case update for client on case chart. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/03/12 | Provide copy of lis pendens filed in earlier-filed action to client and exchange correspondence re same. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 10/09/12 | Exchange correspondence with plaintiff's counsel re complaint made to California Attorney General, discussion of litigation to date and possible settlement options. | L190 | 0.40 | 288.00 | 115.20 |
| DL | 10/11/12 | Exchange correspondence with plaintiff's counsel re complaint made to Attorney General and review complaint. | L190 | 0.40 | 288.00 | 115.20 |
| DL | 10/22/12 | Exchange correspondence with plaintiff's counsel re status of eviction of plaintiff from property. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 10/24/12 | Exchange correspondence with plaintiff's counsel and client re status of eviction and taking plaintiff's name off eviction action as he does not live in property. | L190 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | **1.60** | | **$460.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   332050   **CLIENT**   GMAC ResCap                    Page        2
                       **MATTER**   Labostrie, Alvin & Sandra

| Task Code and Description | Hours | Amount | | |
|---|---|---|---|---|
| L190    Other Case Assessment | 1.60 | $460.80 | | |
| **TOTAL** | **1.60** | **$460.80** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.60 | 288.00 | $460.80 |
| | **Total** | | **1.60** | | **$460.80** |

PRIOR FEES                    $139,516.20
PRIOR COSTS & EXPENSES        $17,061.52

                                        FEES            $460.80
                        **TOTAL THIS INVOICE**          **$460.80**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332051    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0844     Nguyen, Diem T.
                   GMAC Matter No.:  712197

**TOTAL AMOUNT DUE**          **$287.10**

***\*\*\* REMITTANCE COPY \*\*\****
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332051    JBS

November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0844    Nguyen, Diem T.
GMAC Matter No.: 712197

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEH | 10/30/12 | Draft status update letter to appellate court re: bankruptcy proceedings. | L510 | 0.70 | 261.00 | 182.70 |
| MEH | 10/30/12 | Telephone call to client contact (L. Delehey) re: draft status update (left voicemail). | L510 | 0.10 | 261.00 | 26.10 |
| MEH | 10/30/12 | Exchange emails with client (L. Delehey) enclosing draft status update with comments. | L510 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | **1.10** | | **$287.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L510 | Appellate Motions & Submission | 1.10 | $287.10 | | |
| | **TOTAL** | **1.10** | **$287.10** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Holt, M. Elizabeth | MEH | Associate | 1.10 | 261.00 | $287.10 |
| | **Total** | | **1.10** | | **$287.10** |

| | |
|---|---|
| PRIOR FEES | $24,509.25 |
| PRIOR COSTS & EXPENSES | $886.81 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  332051 | CLIENT    GMAC ResCap | Page    2 |
| | MATTER    Nguyen, Diem T. | |

|  | FEES | $287.10 |
|  | **TOTAL THIS INVOICE** | **$287.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332052    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0852    Eastbay Rentals
                  GMAC Matter No.: ~~711557~~  711507

**TOTAL AMOUNT DUE**          **$225.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332052    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0852    Eastbay Rentals
                         GMAC Matter No.: 711557

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 07/10/12 | Prepare status update and information re Bankruptcy stay per clients request. | L120 | 0.20 | 279.00 | 55.80 |
| JVZ | 07/13/12 | Email to counsel for plaintiff re recordation of reconveyance | L160 | 0.20 | 288.00 | 57.60 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | **0.80** | | **$225.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.60 | $167.40 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $57.60 |
| | **TOTAL** | **0.80** | **$225.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.60 | 279.00 | $167.40 |
| Van Zandt, Jonah | JVZ | Associate | 0.20 | 288.00 | $57.60 |
| | **Total** | | **0.80** | | **$225.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 332052 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Eastbay Rentals | | |

| | |
|---|---|
| PRIOR FEES | $19,818.45 |
| PRIOR COSTS & EXPENSES | $2,974.08 |

| | |
|---|---|
| FEES | $225.00 |
| **TOTAL THIS INVOICE** | **$225.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332053    JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0928     Chavers, Linda M.
                   GMAC Matter No.: 713706

**TOTAL AMOUNT DUE**        $1,818.55

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332053    JBS

November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0928    Chavers, Linda M.
GMAC Matter No.:  713706

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| YS | 10/01/12 | Review and analysis of plaintiff's counsel's declaration regarding her client's failure to pay the sanction amount and respond to discovery | L120 | 0.20 | 238.50 | 47.70 |
| YS | 10/01/12 | Draft correspondence to plaintiff's counsel regarding deadline to respond to MERS' written discovery and pay the sanction amount | L190 | 0.20 | 238.50 | 47.70 |
| YS | 10/01/12 | Draft monthly case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 10/01/12 | Draft declaration of Yaron Shaham regarding plaintiff's failure to pay the sanction amount or respond to discovery | L210 | 0.70 | 238.50 | 166.95 |
| YS | 10/03/12 | Draft correspondence to client regarding status of the case, payment by plaintiff of sanction amount, pending discovery responses, and dates and deadlines | L190 | 0.40 | 238.50 | 95.40 |
| YS | 10/03/12 | Draft notice of client's deposition of plaintiff | L330 | 0.40 | 238.50 | 95.40 |
| YS | 10/04/12 | Draft correspondence to plaintiff's counsel regarding client's settlement offer in an effort to resolve this case | L160 | 0.40 | 238.50 | 95.40 |
| YS | 10/08/12 | Receipt, review and analysis of the plaintiff's initial response to client's settlement offer | L120 | 0.10 | 238.50 | 23.85 |
| YS | 10/11/12 | Receipt, review and analysis of plaintiff's counter offer to client's settlement proposal | L120 | 0.10 | 238.50 | 23.85 |
| YS | 10/11/12 | Draft correspondence to client | L160 | 0.30 | 238.50 | 71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332053 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Chavers, Linda M. | | | | |

| | | regarding plaintiff's counter-offer to client's settlement proposal | | | | |
|---|---|---|---|---|---|---|
| YS | 10/12/12 | Telephone conference with Plaintiff's counsel regarding options to resolve this matter via a settlement agreement | L120 | 0.20 | 238.50 | 47.70 |
| YS | 10/15/12 | Draft correspondence to plaintiff's counsel regarding deadline for plaintiff to respond to client's discovery and settlement of the case | L190 | 0.50 | 238.50 | 119.25 |
| YS | 10/17/12 | Draft correspondence to client regarding pending trial and discovery deadlines, and plaintiff's pending depositions | L120 | 0.20 | 238.50 | 47.70 |
| RJG | 10/19/12 | Analysis and evaluation of pending case and trial issues and attention to litigation and trial strategy. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 10/24/12 | Review and analysis of case file, pleadings, client and title documents in preparation for plaintiff's deposition | L330 | 2.10 | 238.50 | 500.85 |
| YS | 10/24/12 | Receipt, review and analysis of correspondence from plaintiff's counsel requesting a continuance of plaintiff's deposition | L120 | 0.10 | 238.50 | 23.85 |
| YS | 10/24/12 | Draft notice of continued deposition of plaintiff | L330 | 0.30 | 238.50 | 71.55 |
| YS | 10/24/12 | Draft correspondence to plaintiff's counsel requesting to meet and confer due to plaintiff's failure to respond to written discovery | L310 | 0.40 | 238.50 | 95.40 |
| YS | 10/31/12 | Receipt, review and analysis of the plaintiff's settlement offer and determine how to respond | L120 | 0.10 | 238.50 | 23.85 |
| YS | 10/31/12 | Draft correspondence to client regarding plaintiff's settlement offer and recommendation of how to proceed | L160 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **7.40** | | **$1,775.70** |

## COSTS & EXPENSES

| 10/11/12 | One Legal, Inc.; Transmittal of filing to court; Defendant's Unilateral Scheduling Conference Report; Declaration 08/29/12 | 22.95 |
|---|---|---|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  332053 | CLIENT   GMAC ResCap | Page   3 |
|---|---|---|
| | MATTER  Chavers, Linda M. | |

| | | |
|---|---|---|
| 10/18/12 | Pacer Service Center; Data Search; Account No. SW0817 7/01/12-09/30/12 | 19.90 |
| | **TOTAL COSTS & EXPENSES** | **$42.85** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.30 | $320.85 |
| L160 | Settlement/Non-Binding ADR | 1.00 | $238.50 |
| L190 | Other Case Assessment | 1.20 | $286.20 |
| L210 | Pleadings | 0.70 | $166.95 |
| L310 | Written Discovery | 0.40 | $95.40 |
| L330 | Depositions | 2.80 | $667.80 |
| | **TOTAL** | **7.40** | **$1,775.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |
| Shaham, Yaron | YS | Special Counsel | 7.10 | 238.50 | $1,693.35 |
| | **Total** | | **7.40** | | **$1,775.70** |

PRIOR FEES                        $21,226.05
PRIOR COSTS & EXPENSES      $683.47

| | |
|---|---|
| FEES | $1,775.70 |
| COSTS & EXPENSES | $42.85 |
| **TOTAL THIS INVOICE** | **$1,818.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      332054      JBS                                        November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER     1007        Abed-Stephen, Vachagan and Susie
                       C/M# 716689


**TOTAL AMOUNT DUE**                    **$330.98**


### *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332054    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1007    Abed-Stephen, Vachagan and Susie
C/M# 716689

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEH | 10/10/12 | Strategize re: timing of bankruptcy stay notice to appeals court. | L120 | 0.20 | 261.00 | 52.20 |
| KPL | 10/11/12 | Create case management / status spreadsheet for MEH's cases. | L140 | 0.10 | 76.50 | 7.65 |
| KPL | 10/12/12 | Analyze and update case status. | L140 | 0.60 | 76.50 | 45.90 |
| MKS | 10/15/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| SMH | 10/19/12 | Review status, attention to bankruptcy notice, if applicable, per J. Holtgren request. | L190 | 0.10 | 333.00 | 33.30 |
| KPL | 10/22/12 | Review and update case status. | L140 | 0.60 | 76.50 | 45.90 |
| KPL | 10/23/12 | Review appellate docket for recent filings. | L140 | 0.25 | 76.50 | 19.13 |
| KPL | 10/29/12 | Analyze and update case status. | L140 | 0.60 | 76.50 | 45.90 |
| | | **TOTAL** | | **2.75** | | **$330.98** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $52.20 |
| L140 | Document/File Management | 2.15 | $164.48 |
| L190 | Other Case Assessment | 0.40 | $114.30 |
| | **TOTAL** | **2.75** | **$330.98** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   332054      CLIENT   GMAC ResCap                          Page       2
                          MATTER   Abed-Stephen, Vachagan

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Lee, Kristina | KPL | Legal Assistant | 2.15 | 76.50 | $164.48 |
| Holt, M. Elizabeth | MEH | Associate | 0.20 | 261.00 | $52.20 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Hankins, Suzanne | SMH | Member | 0.10 | 333.00 | $33.30 |
| | **Total** | | **2.75** | | **$330.98** |

PRIOR FEES                        $21,089.25
PRIOR COSTS & EXPENSES            $2,080.42

                                             FEES            $330.98
                          **TOTAL THIS INVOICE**            $330.98

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332055    JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1009    Rice, Christopher
                  C/M# 716701

**TOTAL AMOUNT DUE**                    **$483.75**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332055    JBS                                      November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1009    Rice, Christopher
C/M# 716701

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 09/28/12 | Prepare case update for client on case chart. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/01/12 | Exchange correspondence with plaintiff's counsel re filing dismissal with prejudice to finalize settlement. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 10/05/12 | Exchange correspondence with plaintiff's counsel re filing stipulation of dismissal and prepare correspondence to client re same. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 10/09/12 | Draft stipulation of dismissal with prejudice and prepare correspondence to plaintiff's counsel re same. | L160 | 0.40 | 288.00 | 115.20 |
| DL | 10/10/12 | Exchange correspondence with plaintiff's counsel re finalizing stipulation of dismissal with prejudice, revise same and prepare for filing. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 10/11/12 | Exchange correspondence with client re closing file based on dismissal of action with prejudice. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 10/17/12 | Analyze stipulation of dismissal signed by court and prepare correspondence to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **1.60** | | **$460.80** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/29/12 | One Legal, Inc.; Transmittal of filing to court; Stipulation 10/12/12 | 22.95 |

**TOTAL COSTS & EXPENSES**                                    **$22.95**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332055 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Rice, Christopher | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 0.80 | $230.40 | | | |
| L190 | Other Case Assessment | 0.50 | $144.00 | | | |
| L430 | Written Motions/Submissions | 0.30 | $86.40 | | | |
| | TOTAL | 1.60 | $460.80 | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Liu, David | DL | Associate | | 1.60 | 288.00 | $460.80 |
| | Total | | | 1.60 | | $460.80 |

| | | |
|---|---|---|
| PRIOR FEES | $40,059.45 | |
| PRIOR COSTS & EXPENSES | $831.50 | |

| | | |
|---|---|---|
| FEES | $460.80 |
| COSTS & EXPENSES | $22.95 |
| TOTAL THIS INVOICE | $483.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332056    JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1010     Vogel, Michael A.
                   C/M# 717033

**TOTAL AMOUNT DUE**            **$405.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332056    JBS

November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1010    Vogel, Michael A.
C/M# 717033

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 10/01/12 | Prepare email to client, C. Adams, re: settlement agreement revisions sought by Plaintiffs. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 10/10/12 | Telephone conference with Plaintiff's counsel re: settlement and loan modification offer. | L160 | 0.20 | 270.00 | 54.00 |
| KWF | 10/10/12 | Prepare emails to C. Adams and A. Leon, re: same. | L160 | 0.30 | 270.00 | 81.00 |
| KWF | 10/11/12 | Prepare email to Plaintiff's counsel with accounting re: escrow account. | L120 | 0.20 | 270.00 | 54.00 |
| MKS | 10/14/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| KWF | 10/16/12 | Prepare email to client, C. Adams, re: settlement agreement and file closing. | L120 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **1.50** | | **$405.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.70 | $189.00 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $135.00 |
| L190 | Other Case Assessment | 0.30 | $81.00 |
| | **TOTAL** | **1.50** | **$405.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   332056      **CLIENT**   GMAC ResCap                                    Page      2
                         **MATTER**   Vogel, Michael A.

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 1.20 | 270.00 | $324.00 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **1.50** | | **$405.00** |

PRIOR FEES                          $8,830.35
PRIOR COSTS & EXPENSES          $22.48


                                             FEES          $405.00
                            **TOTAL THIS INVOICE**     **$405.00**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332057    JBS                                          November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1036     Trust Holding (Aqueduct Trust)
                   GMAC Matter No.: 718103

**TOTAL AMOUNT DUE**              **$386.00**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement