# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332057    JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1036    Trust Holding (Aqueduct Trust)
GMAC Matter No.: 718103

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| BJK | 09/24/12 | Reviewed bankruptcy docket and pleadings and researched applicability of declaration of non-monetary status after removal to bankruptcy court | L120 | 0.70 | 234.00 | 163.80 |
| BJK | 10/04/12 | Communication with trustee's counsel regarding status of case and potential dismissall | L160 | 0.20 | 234.00 | 46.80 |
| BJK | 10/10/12 | Appeared telephonically at status conference hearing | L230 | 0.60 | 234.00 | 140.40 |
| | | **TOTAL** | | **1.50** | | **$351.00** |

## COSTS & EXPENSES

|  |  |  |
|---|---|---|
| 10/16/12 | CourtCall, LLC; CourtCall - Conference Service; 10/10/12 | 35.00 |

**TOTAL COSTS & EXPENSES**                          **$35.00**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 0.70 | $163.80 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $46.80 |
| L230 | Court Mandated Conferences | 0.60 | $140.40 |
| | **TOTAL** | **1.50** | **$351.00** |

| Timekeeper | Position | | Hours | Rate | Value |
|------|------|------|-------|------|-------|
| Kornberg, Bernard | BJK | Associate | 1.50 | 234.00 | $351.00 |
| | **Total** | | **1.50** | | **$351.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332057 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Trust Holding (Aqueduct Trust) | | |

| PRIOR FEES | $6,174.90 |
| PRIOR COSTS & EXPENSES | $894.38 |

| FEES | $351.00 |
| COSTS & EXPENSES | $35.00 |
| **TOTAL THIS INVOICE** | **$386.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     332058     JBS                                          November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1042      Gillard, Griselda L.
                     GMAC Matter No.: 718047


**TOTAL AMOUNT DUE**          **$247.05**


## *** REMITTANCE COPY ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      332058      JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1042     Gillard, Griselda L.
                          GMAC Matter No.: 718047

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 10/17/12 | Telephone call with title company counsel regarding pending demurrer to fourth amended complaint issues. | L250 | 0.30 | 274.50 | 82.35 |
| RJG | 10/22/12 | Correspondence with title company counsel regarding the court's demurrer ruling and regarding pending hearing and trial dates. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 10/24/12 | Correspondence with our client to advise regarding demurrer to fourth amended complaint results and pending hearing and trial dates and issues. | L120 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | **0.90** | | **$247.05** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.60 | $164.70 |
| L250 | Other Written Motions | 0.30 | $82.35 |
| | **TOTAL** | **0.90** | **$247.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Gandy, Robert | RJG | Special Counsel | 0.90 | 274.50 | $247.05 |
| | **Total** | | **0.90** | | **$247.05** |

| | |
|---|---|
| PRIOR FEES | $9,749.25 |
| PRIOR COSTS & EXPENSES | $516.09 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   332058      CLIENT    GMAC ResCap                              Page        2
                          MATTER    Gillard, Griselda L.

|  | FEES | $247.05 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$247.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332060    JBS

November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1057    DeLery, Henry
GMAC Matter No.: 718687

**TOTAL AMOUNT DUE**          $569.70

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332060    JBS                                        November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1057    DeLery, Henry
                       GMAC Matter No.: 718687

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 10/11/12 | Attention to outcome of discovery motions. | L350 | 0.20 | 333.00 | 66.60 |
| SMH | 10/18/12 | Attention to status of meet and confer on discovery issues, review email re same. | L310 | 0.20 | 333.00 | 66.60 |
| SMH | 10/18/12 | Attention to meet and confer issues related to plaintiff's deficient discovery responses. | L310 | 0.30 | 333.00 | 99.90 |
| KWF | 10/18/12 | Receive and analyze meet and confer email re: discovery responses. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 10/18/12 | Receive and analyze email correspondence from Plaintiff's counsel re: discovery meet and confer. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 10/18/12 | Prepare emails to title counsel re: response to discovery meet and confer. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 10/18/12 | Prepare email to J. Hoy re: loan modification. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 10/24/12 | Prepare email to J. Hoy re: loan modification. | L120 | 0.10 | 270.00 | 27.00 |
| SMH | 10/25/12 | Attention to potential for mediation and/or offer of proposed earlier modification. | L160 | 0.20 | 333.00 | 66.60 |
| | | **TOTAL** | | **1.90** | | **$569.70** |

### COSTS & EXPENSES

### BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332060 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | DeLery, Henry | | | |

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.00 | $270.00 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $66.60 |
| L310 | Written Discovery | 0.50 | $166.50 |
| L350 | Discovery Motions | 0.20 | $66.60 |
| **TOTAL** | | **1.90** | **$569.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 1.00 | 270.00 | $270.00 |
| Hankins, Suzanne | SMH | Member | 0.90 | 333.00 | $299.70 |
| **Total** | | | **1.90** | | **$569.70** |

| PRIOR FEES | $33,334.20 |
|---|---|
| PRIOR COSTS & EXPENSES | $2,017.16 |

|  | FEES | $569.70 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$569.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      332061      JBS                                        November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1098 | Rodriguez, Ignacio and Rosa Maria |
| | | C/M# 719794 |

**TOTAL AMOUNT DUE**          $4,234.60

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332061    JBS

November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1098    Rodriguez, Ignacio and Rosa Maria
C/M# 719794

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 10/01/12 | Attention to status, background and requirements of prove-up hearing. | L190 | 0.30 | 333.00 | 99.90 |
| SMH | 10/01/12 | Attention to default prove-up hearing issues with Judge. | L210 | 0.20 | 333.00 | 66.60 |
| MCN | 10/01/12 | Correspondence with Hancock. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 10/01/12 | Further analysis of strategy for prove-up hearing and whether to proceed against unknown parties. | L120 | 0.40 | 306.00 | 122.40 |
| MCN | 10/02/12 | Analysis and evaluation of strategy for completion of prove-up and preparation of application for order allowing service by publication. | L230 | 0.30 | 306.00 | 91.80 |
| MCN | 10/02/12 | Correspondence with Hancock. | L230 | 0.20 | 306.00 | 61.20 |
| MCN | 10/02/12 | Analysis and evaluation of status of case in order to draft status report to client. | L120 | 0.30 | 306.00 | 91.80 |
| MCN | 10/02/12 | Preparation of status report to client. | L120 | 0.30 | 306.00 | 91.80 |
| SMH | 10/03/12 | Attention to title issue, potential for title insurance upon sale. | L190 | 0.20 | 333.00 | 66.60 |
| MCN | 10/03/12 | Multiple correspondence with LSI Title regarding status of case and strategy for obtaining marketable title. | L120 | 0.80 | 306.00 | 244.80 |
| NLA | 10/04/12 | Westlaw & docket research & analysis re Maria Quinones; emails re same. | L110 | 1.10 | 130.50 | 143.55 |
| NLA | 10/04/12 | Westlaw & docket research & analysis re Rosa Maria Rodriguez; emails re same. | L110 | 1.10 | 130.50 | 143.55 |
| NLA | 10/04/12 | Westlaw & docket research & analysis re Ignacio Rodriguez; emails re same. | L110 | 1.10 | 130.50 | 143.55 |
| LJT | 10/04/12 | Ascertain research done as to unlawful | L110 | 0.20 | 130.50 | 26.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332061 | CLIENT | GMAC ResCap | | | Page | 2 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | MATTER | Rodriguez, Ignacio & Rosa | | | | |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | detainer actions and bankruptcies for Rodriguez and Maria Quinones and draft e-mail re same. | | | | |
| MCN | 10/04/12 | Multiple correspondence with title officer regarding procedures for completing judgment and obtaining marketable title. | L120 | 0.40 | 306.00 | 122.40 |
| MCN | 10/04/12 | Further analysis of strategy for completing prove-up, obtaining marketable title and correspondence with Hancock regarding same. | L120 | 0.30 | 306.00 | 91.80 |
| NLA | 10/05/12 | Bankruptcy docket research & analysis re Maria Quinones; emails re same. | L110 | 0.90 | 130.50 | 117.45 |
| NLA | 10/05/12 | Bankruptcy docket research & analysis re Rosa Maria Rodriguez; emails re same. | L110 | 0.90 | 130.50 | 117.45 |
| NLA | 10/05/12 | Bankruptcy docket research & analysis re Ignazio Rodriguez; emails re same. | L110 | 0.90 | 130.50 | 117.45 |
| MCN | 10/05/12 | Analysis and evaluation of status of completion of litigation guaranty. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 10/05/12 | Correspondence with title officer of LSI Title regarding status of litigation guaranty. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 10/08/12 | Further analysis of bankruptcy schedules to determine additional procedures for entering judgment. | L120 | 0.50 | 306.00 | 153.00 |
| MKS | 10/14/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| MCN | 10/17/12 | Analysis and evaluation of status of preparation of litigation guarantee in order to advise client of status of case. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 10/17/12 | Multiply correspondence with Best and LSI Title Co. regarding status of default prove-up and litigation guarantee. | L230 | 0.30 | 306.00 | 91.80 |
| MCN | 10/18/12 | Correspondence with Best. | L230 | 0.40 | 306.00 | 122.40 |
| MCN | 10/18/12 | Correspondence with Truitt with LSI regarding status of title review. | L230 | 0.60 | 306.00 | 183.60 |
| SMH | 10/29/12 | Attention to tax lien, impact on default prove-up. | L190 | 0.20 | 333.00 | 66.60 |
| MCN | 10/29/12 | Analysis and evaluation of litigation | L230 | 0.70 | 306.00 | 214.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332061 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Rodriguez, Ignacio & Rosa | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | guarantee and analysis of strategy in view of previously undisclosed IRS lien. | | | | |
| MCN | 10/29/12 | Multiple correspondence with Best and title officer to determine strategy for prove-up hearing. | L230 | 0.40 | 306.00 | 122.40 |
| MCN | 10/29/12 | Drafting of application for continuance of prove-up hearing and preparation supporting papers and exhibits. | L250 | 2.20 | 306.00 | 673.20 |
| MCN | 10/29/12 | Drafting of application for service on unknown parties by publication. | L250 | 0.50 | 306.00 | 153.00 |
| LJA | 10/29/12 | Conduct research for court approved newspapers and research costs for each regarding service of summons via publication. | L210 | 0.90 | 130.50 | 117.45 |
| | | **TOTAL** | | **17.70** | | **$4,183.65** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/04/12 | One Legal, Inc.; Transmittal of filing to court; Statement of Punitive Damages, Request for Entry of Default, Affidavit of Reasonable Diligence (Quinones in... 09/14/12 | 50.95 |
| | **TOTAL COSTS & EXPENSES** | **$50.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 6.20 | $809.10 |
| L120 | Analysis/Strategy | 3.80 | $1,162.80 |
| L190 | Other Case Assessment | 1.00 | $314.10 |
| L210 | Pleadings | 1.10 | $184.05 |
| L230 | Court Mandated Conferences | 2.90 | $887.40 |
| L250 | Other Written Motions | 2.70 | $826.20 |
| | **TOTAL** | **17.70** | **$4,183.65** |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Ash, Laura | | LJA | Paralegal | 0.90 | 130.50 | $117.45 |
| Tarwater, Linda | | LJT | Paralegal | 0.20 | 130.50 | $26.10 |
| Nowlin, Marlene | | MCN | Special Counsel | 9.40 | 306.00 | $2,876.40 |
| Sullivan, Mary Kate | | MKS | Member | 0.30 | 270.00 | $81.00 |
| Athas, Natalie | | NLA | Paralegal | 6.00 | 130.50 | $783.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332061 | CLIENT | GMAC ResCap | | | Page | 4 |
| | | MATTER | Rodriguez, Ignacio & Rosa | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Hankins, Suzanne | SMH | Member | | 0.90 | 333.00 | $299.70 | |
| | **Total** | | | **17.70** | | **$4,183.65** | |

| | | |
|---|---|---|
| PRIOR FEES | $26,304.75 | |
| PRIOR COSTS & EXPENSES | $2,311.89 | |

|  |  |
|---|---|
| FEES | $4,183.65 |
| COSTS & EXPENSES | $50.95 |
| **TOTAL THIS INVOICE** | **$4,234.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     332062     JBS                                      November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1113      Guo, Yong X.
                     GMAC Matter No.: 720229

**TOTAL AMOUNT DUE**                    $1,020.60

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332062    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1113    Guo, Yong X.
                         GMAC Matter No.: 720229

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| YS | 10/01/12 | Draft monthly case status update | L190 | 0.10 | 238.50 | 23.85 |
| SMH | 10/10/12 | Attention to HAMP approval and potential for nominal cash to resolve. | L160 | 0.20 | 333.00 | 66.60 |
| YS | 10/10/12 | Draft correspondence to client regarding status of the case, and attempt to settle the case via a permanent loan modification | L190 | 0.30 | 238.50 | 71.55 |
| YS | 10/11/12 | Draft correspondence to plaintiff's counsel regarding continuing he foreclosure sale in light of loan modification negotiations | L190 | 0.20 | 238.50 | 47.70 |
| YS | 10/26/12 | Review and analysis of the permanent loan modification agreement client is offering plaintiff to resolve this case | L120 | 0.20 | 238.50 | 47.70 |
| YS | 10/26/12 | Draft client's settlement agreement and release in light of permanent loan modification agreement and in an effort to formally resolve this matter | L160 | 2.60 | 238.50 | 620.10 |
| YS | 10/26/12 | Draft correspondence to plaintiffs' counsel regarding client's permanent loan modification offer in an attempt to resolve this case | L190 | 0.30 | 238.50 | 71.55 |
| YS | 10/26/12 | Draft and prepare client's case management statement in light of pending case management conference hearing | L210 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **4.20** | | **$1,020.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.   332062 | CLIENT   GMAC ResCap | | Page        2 |
| | MATTER   Guo, Yong X. | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $47.70 |
| L160 | Settlement/Non-Binding ADR | 2.80 | $686.70 |
| L190 | Other Case Assessment | 0.90 | $214.65 |
| L210 | Pleadings | 0.30 | $71.55 |
| | **TOTAL** | **4.20** | **$1,020.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| Shaham, Yaron | YS | Special Counsel | 4.00 | 238.50 | $954.00 |
| | **Total** | | **4.20** | | **$1,020.60** |

| | |
|---|---|
| PRIOR FEES | $18,278.10 |
| PRIOR COSTS & EXPENSES | $1,206.00 |

| | |
|---|---|
| FEES | $1,020.60 |
| **TOTAL THIS INVOICE** | **$1,020.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      332063      JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1120 | Manuel, Aubrey |
| | | GMAC Matter No.: 721026 |

**TOTAL AMOUNT DUE**              $1,054.13

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332063    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1120    Manuel, Aubrey
                         GMAC Matter No.: 721026

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MEH | 10/10/12 | Strategize re: timing of bankruptcy stay notice to appeals court. | L120 | 0.20 | 261.00 | 52.20 |
| KPL | 10/11/12 | Create case management / status spreadsheet for MEH's cases. | L140 | 0.10 | 76.50 | 7.65 |
| MEH | 10/11/12 | Exchange emails with client (C. Hancock) re: timing and necessity of automatic bankruptcy stay. | L510 | 0.30 | 261.00 | 78.30 |
| KPL | 10/12/12 | Analyze and update case status. | L140 | 0.60 | 76.50 | 45.90 |
| MKS | 10/15/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| MEH | 10/19/12 | Check status of trial court's progress in preparation of appellate record. | L510 | 0.20 | 261.00 | 52.20 |
| KPL | 10/22/12 | Review and update case status. | L140 | 0.60 | 76.50 | 45.90 |
| KPL | 10/23/12 | Review appellate docket for recent filings. | L140 | 0.25 | 76.50 | 19.13 |
| KPL | 10/29/12 | Analyze and update case status. | L140 | 0.60 | 76.50 | 45.90 |
| MEH | 10/30/12 | Draft notice of bankruptcy stay (appellate). | L510 | 0.60 | 261.00 | 156.60 |
| MEH | 10/30/12 | Draft cover letter to pro se plaintiff re: effect of automatic bankruptcy stay. | L510 | 0.60 | 261.00 | 156.60 |
| MEH | 10/30/12 | Draft email to client (J. Best, C. Hancock) enclosing drafts of notice of bankruptcy stay, cover letter, and copies of other requested documents, and providing status update re: MERS. | L510 | 0.60 | 261.00 | 156.60 |
| | | **TOTAL** | | **4.95** | | **$897.98** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. 332063 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Manuel, Aubrey | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/23/12 | First Legal Network, LLC; Transmittal of filing to court; LASC- Los Angeles 9/26/12 | 126.40 |
| 10/23/12 | First Legal Network, LLC; Transmittal of filing to court; LASC- Los Angeles 9/27/12 | 29.75 |
| | **TOTAL COSTS & EXPENSES** | **$156.15** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $52.20 |
| L140 | Document/File Management | 2.15 | $164.48 |
| L190 | Other Case Assessment | 0.30 | $81.00 |
| L510 | Appellate Motions & Submission | 2.30 | $600.30 |
| | **TOTAL** | **4.95** | **$897.98** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Lee, Kristina | KPL | Legal Assistant | 2.15 | 76.50 | $164.48 |
| Holt, M. Elizabeth | MEH | Associate | 2.50 | 261.00 | $652.50 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **4.95** | | **$897.98** |

| | |
|---|---|
| PRIOR FEES | $16,794.45 |
| PRIOR COSTS & EXPENSES | $2,782.98 |

| | |
|---|---|
| FEES | $897.98 |
| COSTS & EXPENSES | $156.15 |
| **TOTAL THIS INVOICE** | **$1,054.13** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

| INVOICE NO. | CUSTOMER NO. |
|---|---|
| 271104 | 82035 |
| INVOICE DATE | TOTAL DUE |
| 9/30/12 | 37,282.21 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 271104 | 9/30/12 | 37,282.21 | 22 |

| Date | Ord.No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/25/12 6840268 BFX FILING-BRANCH FAX/PDF | | | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Imelda Hernandez Wait: 15 Min Please file the Signed: FILED | Solano County Court 600 Union Ave. FAIRFIELD CA 94533 Case Title: CIG Financial v. Fai attached with the Co Ref: 12127.0011 | Base Chg : 48.25 PDF/OvrNte: .75 Adv/Wit Ck: 370.00 | 419.00 |
| 9/25/12 6840273 SDF FILING SAME DAY-DAILY RUN | | | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Stephanie Gravem Case No.: CGC-09-490109 FILE/CONFORM/RETURN Signed: FILED/CC-DEPT 610 | SFSC-SAN FRANCISCO 400 MCALLISTER STREET SAN FRANCISCO CA 94102 Case Title: EDWARD CONNER V COUN COURTESY COPY TO DPT Ref: 11249.0110 | Base Chg : 10.25 | 10.25 |
| 9/25/12 6840274 SDF FILING SAME DAY-DAILY RUN | | | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Imelda Hernandez Case No.: CGC-12-521821 FILE/CONFORM/RETURN Signed: FILED | SFSC-SAN FRANCISCO 400 MCALLISTER STREET SAN FRANCISCO CA 94102 Case Title: MONGE IRIZARRY V BAN Ref: 70000.0889 | Base Chg : 10.25 | 10.25 |
| 9/26/12 6840402 BFX FILING-BRANCH FAX/PDF | | | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Chilly Kada Case No.: C-11-02090 FILE/CONFORM/RETURN Signed: RECEIVED | CCSC-MARTINEZ 725 COURT STREET MARTINEZ CA 94553 Case Title: BARRETO V. DEUTSCHE CC TO DEPT 6 Ref: 70000.0358 | Base Chg : 71.50 | 71.50 |
| 9/26/12 6840466 BAR RESEARCH-BRANCH SAME DAY | | | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES CA 90012 Caller: Sylvia Coleman Case No.: BC473015 CONTACT SYLVIA Signed: OBTAINED | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Case Title: MANUAL V GREEN POINT IMMEDIATELY IF UNABL Ref: 9000.1120 | Base Chg : 108.00 Research : 13.40 Adv/Wit Ck: 5.00 | 126.40 |
| 9/26/12 6840477 FAX FILING-FAX/PDF | | | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: ANGELA L. EURE Case No.: 34.2012.00127910 FILE/CONFORM/RETURN Signed: drop box | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO CA 95814 Case Title: BOUGH V AURORA LOAN Ref: 11951.0058 BOUGH | Base Chg : 29.75 | 29.75 |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      332064      JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1121      Alfaro, Leonel
                     GMAC Matter No.: 721103

**TOTAL AMOUNT DUE**                    $459.90

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332064    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1121    Alfaro, Leonel
                        GMAC Matter No.: 721103

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 09/28/12 | Prepare case update for client on case chart. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/12/12 | Prepare correspondence to client re filing notice of bankruptcy in action and proceeding with demurrer for MERS. | L190 | 0.20 | 288.00 | 57.60 |
| MKS | 10/14/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| SMH | 10/19/12 | Review status, attention to bankruptcy notice, if applicable, per J. Holtgren request. | L190 | 0.10 | 333.00 | 33.30 |
| DL | 10/19/12 | Exchange correspondence with client re preparing notice of bankruptcy stay and prepare same for filing. | L430 | 0.60 | 288.00 | 172.80 |
| DL | 10/29/12 | Exchange correspondence with plaintiff and client re status of loan modification review. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 10/31/12 | Analyze correspondence from client re denial of loan modification. | L160 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **1.60** | | **$459.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

**Task Code and Description**         **Hours**         **Amount**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  332064 | CLIENT  GMAC ResCap | | | | Page | 2 |
| | MATTER  Alfaro, Leonel | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | | | 0.30 | $86.40 | |
| L190 | Other Case Assessment | | | 0.70 | $200.70 | |
| L430 | Written Motions/Submissions | | | 0.60 | $172.80 | |
| | **TOTAL** | | | **1.60** | **$459.90** | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Liu, David | DL | Associate | | 1.20 | 288.00 | $345.60 |
| Sullivan, Mary Kate | MKS | Member | | 0.30 | 270.00 | $81.00 |
| Hankins, Suzanne | SMH | Member | | 0.10 | 333.00 | $33.30 |
| | **Total** | | | **1.60** | | **$459.90** |

PRIOR FEES                         $19,473.30
PRIOR COSTS & EXPENSES             $3,062.29

| | FEES | $459.90 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$459.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332065    JBS                                        November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1124    Simril, Barbara J.
GMAC Matter No.: 721144

**TOTAL AMOUNT DUE**          $1,254.60

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     332065     JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1124     Simril, Barbara J.
                          GMAC Matter No.: 721144

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCN | 10/01/12 | Correspondence with Bonello. | L160 | 0.30 | 306.00 | 91.80 |
| MCN | 10/01/12 | Further analysis of strategy for proceeding with trustee's sale in view of plaintiff's refusal to agree to cash for keys agreement. | L160 | 0.60 | 306.00 | 183.60 |
| MCN | 10/02/12 | Analysis and evaluation of status of case in order to prepare status report to client. | L120 | 0.40 | 306.00 | 122.40 |
| MCN | 10/02/12 | Preparation of status report to client. | L120 | 0.30 | 306.00 | 91.80 |
| MCN | 10/03/12 | Analysis and evaluation of strategy for settlement and whether to proceed with cash for keys settlement or trustee's sale. | L160 | 0.70 | 306.00 | 214.20 |
| MCN | 10/03/12 | Analysis and evaluation of strategy for case management conference and further draft case management conference statement. | L230 | 0.40 | 306.00 | 122.40 |
| MCN | 10/03/12 | Correspondence with Bonello. | L160 | 0.40 | 306.00 | 122.40 |
| MCN | 10/03/12 | Correspondence with plaintiff's counsel regarding demand for response to proposal for settlement and analysis of procedures for proceeding with trustee's sale. | L160 | 0.20 | 306.00 | 61.20 |
| MCN | 10/10/12 | Further analysis of strategy for resolution of case in view of Plaintiff's failure to respond to cash for keys offer. | L160 | 0.30 | 306.00 | 91.80 |
| MCN | 10/10/12 | Correspondence with plaintiff's counsel regarding status of response to most recent settlement terms and analysis regarding whether to ask court to draft | L160 | 0.50 | 306.00 | 153.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No. | 332065 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Simril, Barbara J. | | | |

stay as to foreclosure issues.

**TOTAL**                                      4.10                    **$1,254.60**

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.70 | $214.20 | | | |
| L160 | Settlement/Non-Binding ADR | 3.00 | $918.00 | | | |
| L230 | Court Mandated Conferences | 0.40 | $122.40 | | | |
| | **TOTAL** | **4.10** | **$1,254.60** | | | |
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** |
| Nowlin, Marlene | MCN | Special Counsel | | 4.10 | 306.00 | $1,254.60 |
| | **Total** | | | **4.10** | | **$1,254.60** |

| | |
|---|---|
| PRIOR FEES | $34,727.85 |
| PRIOR COSTS & EXPENSES | $2,714.39 |

|  | |
|---|---|
| FEES | $1,254.60 |
| **TOTAL THIS INVOICE** | **$1,254.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332066    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1150    Wieland, Jacqueline O.
                  GMAC Matter No.: 722387

**TOTAL AMOUNT DUE**            $3,497.55

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332066    JBS

November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1150    Wieland, Jacqueline O.
GMAC Matter No.: 722387

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DL | 09/04/12 | Analyze plaintiff's notice of ruling for case management conference. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 09/27/12 | Exchange correspondence with plaintiff re preparing joint case management conference statement. | L230 | 0.20 | 288.00 | 57.60 |
| DL | 09/28/12 | Prepare case update for client on case chart. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/02/12 | Prepare case management statement and advise on status of pending bankruptcy. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 10/09/12 | Analyze MortgageIT's case management conference statement. | L430 | 0.10 | 288.00 | 28.80 |
| DL | 10/09/12 | Review plaintiff's case management statement. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/19/12 | Analyze plaintiff's opposition to demurrer and opposition to MortgageIT's demurrer along with request for judicial notice. | L190 | 0.50 | 288.00 | 144.00 |
| DL | 10/22/12 | Draft reply for demurrer to second amended complaint re opposition's arguments re agency between GMAC and other defendants and part performance on loan modification. | L430 | 2.10 | 288.00 | 604.80 |
| DL | 10/23/12 | Finalize reply for demurrer to second amended complaint re standing issues, contract and fraud issues, wrongful foreclosure issues and prepare introduction. | L430 | 2.40 | 288.00 | 691.20 |
| DL | 10/26/12 | Analyze MortgageIT's reply for its demurrer to second amended complaint. | L430 | 0.30 | 288.00 | 86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332066 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Wieland, Jacqueline O. | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DL | 10/30/12 | Revise order and prepare judgment for demurrer to second amended complaint. | L430 | 0.40 | 288.00 | | 115.20 |
| DL | 10/31/12 | Attend hearing on second amended complaint and prepare correspondence to client re tentative ruling was to sustain without leave to amend. | L430 | 5.10 | 288.00 | | 1,468.80 |
| | | **TOTAL** | | **11.70** | | | **$3,369.60** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 10/11/12 | CourtCall, LLC; CourtCall - Conference Service; 10/17/12 | | 78.00 |
| 10/22/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 10/03/12 | | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$127.95** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.80 | $230.40 |
| L230 | Court Mandated Conferences | 0.20 | $57.60 |
| L430 | Written Motions/Submissions | 10.70 | $3,081.60 |
| | **TOTAL** | **11.70** | **$3,369.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 11.70 | 288.00 | $3,369.60 |
| | Total | | **11.70** | | **$3,369.60** |

| | | |
|---|---|---|
| PRIOR FEES | $26,885.40 | |
| PRIOR COSTS & EXPENSES | $2,573.05 | |

| | |
|---|---|
| FEES | $3,369.60 |
| COSTS & EXPENSES | $127.95 |
| **TOTAL THIS INVOICE** | **$3,497.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332068    JBS                                              November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1168    Hungerford, Timothy
                  GMAC Matter No.: 723040

**TOTAL AMOUNT DUE**            **$570.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332068    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1168    Hungerford, Timothy
GMAC Matter No.: 723040

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DL | 09/28/12 | Analyze plaintiff's bankruptcy docket and provide status of plaintiff's bankruptcy. | L190 | 0.20 | 288.00 | 57.60 |
| MKS | 10/14/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| DL | 10/15/12 | Analyze bankruptcy court docket re status of bankruptcy and prepare case update for client. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 10/18/12 | Prepare case management conference statement. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 10/22/12 | Analyze order discharging borrower's bankruptcy and research re timing of filing notice of entry of judgment after bankuptcy action is closed. | L190 | 0.40 | 288.00 | 115.20 |
| DL | 10/24/12 | Analyze plaintiff's bankruptcy docket and prepare correspondence to client re discharge of bankruptcy and proceeding with sale. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 10/24/12 | Prepare notice of entry of judgment, calculate appeal deadline and prepare correspondence to client re same. | L190 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | **2.00** | | **$570.60** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 332068 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Hungerford, Timothy | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 1.70 | $484.20 |
| L430 | Written Motions/Submissions | 0.30 | $86.40 |
| | **TOTAL** | **2.00** | **$570.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.70 | 288.00 | $489.60 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **2.00** | | **$570.60** |

| PRIOR FEES | $18,726.30 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,078.55 |

| FEES | $570.60 |
|---|---|
| **TOTAL THIS INVOICE** | **$570.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332069    JBS                                        November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1171    Zamora, Elsa
                  GMAC Matter No.: 723112

**TOTAL AMOUNT DUE**            **$930.28**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332069    JBS                                      November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1171    Zamora, Elsa
GMAC Matter No.: 723112

FOR PROFESSIONAL SERVICES RENDERED       01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEH | 10/02/12 | Exchange voicemails with client (J. Holtgren) re: expungement of lis pendens. | L120 | 0.10 | 261.00 | 26.10 |
| MEH | 10/02/12 | Review/analyze title documents re: expungement of lis pendens. | L510 | 0.20 | 261.00 | 52.20 |
| MJE | 10/02/12 | Review of status of expungement and research law re recording and communicate with Ms. Holtgren re same. | L140 | 0.40 | 279.00 | 111.60 |
| MJE | 10/05/12 | Exchange of emails within firm re call to Plaintiff's counsel re withdrawal of lis pendens status | L140 | 0.30 | 279.00 | 83.70 |
| MEH | 10/10/12 | Strategize re: timing of bankruptcy stay notice to appeals court. | L120 | 0.20 | 261.00 | 52.20 |
| MEH | 10/10/12 | Draft email status update to client (J. Holtgren). | L120 | 0.30 | 261.00 | 78.30 |
| KPL | 10/11/12 | Create case management / status spreadsheet for MEH's cases. | L140 | 0.10 | 76.50 | 7.65 |
| MJE | 10/11/12 | Review of title history and update status of withdrawal of lis pendens | L190 | 0.30 | 279.00 | 83.70 |
| KPL | 10/12/12 | Analyze and update case status. | L140 | 0.60 | 76.50 | 45.90 |
| MKS | 10/15/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| MJE | 10/17/12 | Receipt of withdrawal of lis pendens from Plaintiff and email to J. Holtgren re same; worked with firm staff to record same in title history | L140 | 0.50 | 279.00 | 139.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 332069 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Zamora, Elsa | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| KPL | 10/22/12 | Review and update case status. | L140 | 0.60 | 76.50 | 45.90 |
| KPL | 10/23/12 | Review appellate docket for recent filings. | L140 | 0.25 | 76.50 | 19.13 |
| KPL | 10/29/12 | Analyze and update case status. | L140 | 0.60 | 76.50 | 45.90 |
| | | **TOTAL** | | **4.75** | | **$872.78** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/22/12 | First Legal Network, LLC; Transmittal of filing to court; LASC- Norwalk 10/01/12 | 57.50 |
| | **TOTAL COSTS & EXPENSES** | **$57.50** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $156.60 |
| L140 | Document/File Management | 3.35 | $499.28 |
| L190 | Other Case Assessment | 0.60 | $164.70 |
| L510 | Appellate Motions & Submission | 0.20 | $52.20 |
| | **TOTAL** | **4.75** | **$872.78** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Lee, Kristina | KPL | Legal Assistant | 2.15 | 76.50 | $164.48 |
| Holt, M. Elizabeth | MEH | Associate | 0.80 | 261.00 | $208.80 |
| Esposito, Matthew | MJE | Associate | 1.50 | 279.00 | $418.50 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **4.75** | | **$872.78** |

| | | |
|---|---|---|
| PRIOR FEES | $21,407.85 | |
| PRIOR COSTS & EXPENSES | $2,755.24 | |

| | | |
|---|---|---|
| FEES | $872.78 |
| COSTS & EXPENSES | $57.50 |
| **TOTAL THIS INVOICE** | **$930.28** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332070    JBS                                   November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1178    Matias, Lailo
                  GMAC Matter No: 723522
                  Loan No.: 7442411955

**TOTAL AMOUNT DUE**            $334.80

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332070    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1178    Matias, Lailo
                         GMAC Matter No: 723522
                         Loan No.: 7442411955

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 08/24/12 | Attention to status of settlement and dismissal and communications with client and counsel for investor defendant re same. | L160 | 0.50 | 279.00 | 139.50 |
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 10/04/12 | Communications with co-defendant counsel re settlement and dismisasl of action including inability to share settlement agreement based on confidentiality clause. | L160 | 0.40 | 279.00 | 111.60 |
| | | **TOTAL** | | **1.20** | | **$334.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $83.70 |
| L160 | Settlement/Non-Binding ADR | 0.90 | $251.10 |
| | **TOTAL** | **1.20** | **$334.80** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332070 | CLIENT<br>MATTER | GMAC ResCap<br>Matias, Lailo | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| Buell, Edward | | ERB<br>**Total** | Associate | 1.20<br>**1.20** | 279.00 | $334.80<br>**$334.80** | |

PRIOR FEES         $3,207.15
PRIOR COSTS & EXPENSES    $323.75

|  | FEES | $334.80 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$334.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332071    JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1179     Dumalanta, Dwayne
                   GMAC Matter No.: 723459

**TOTAL AMOUNT DUE**                    **$266.40**

## *** REMITTANCE COPY ***

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332071    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1179    Dumalanta, Dwayne
GMAC Matter No.: 723459

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CJM | 10/01/12 | Review, respond to series of emails from plaintiff's counsel, client re loan modification (x6). | L160 | 0.80 | 238.50 | 190.80 |
| CJM | 10/01/12 | Analyze plaintiff's request for dismissal, draft email to client informing of same and closing file. | L190 | 0.20 | 238.50 | 47.70 |
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | **1.10** | | **$266.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 0.80 | $190.80 |
| L190 | Other Case Assessment | 0.20 | $47.70 |
| | **TOTAL** | **1.10** | **$266.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| McTigue, Casey | CJM | Associate | 1.00 | 238.50 | $238.50 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | Total | | **1.10** | | **$266.40** |

PRIOR FEES                        $8,111.25
PRIOR COSTS & EXPENSES            $1,971.74

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   332071      CLIENT    GMAC ResCap                              Page        2
                          MATTER   Dumalanta, Dwayne

|  | FEES | $266.40 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$266.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332072    JBS                                           November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1181    Tikhonov, Albina
                  GMAC Matter No.: 723392

**TOTAL AMOUNT DUE**           **$253.84**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332072    JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1181    Tikhonov, Albina
                        GMAC Matter No.: 723392

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 09/09/12 | Analysis and evaluation of complaint and defense strategy | L120 | 0.30 | 427.50 | 128.25 |
| SMH | 09/25/12 | Review and evaluate complaint. | L210 | 0.20 | 333.00 | 66.60 |
| | | **TOTAL** | | **0.50** | | **$194.85** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 10/15/12 | Cardmember Service/Bank One (Acct #0705); Data Search; 25277 Corle Sombreno Riverside, CA 09/08/12 | | 58.99 |

**TOTAL COSTS & EXPENSES**                    **$58.99**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $128.25 |
| L210 | Pleadings | 0.20 | $66.60 |
| | **TOTAL** | **0.50** | **$194.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **0.50** | | **$194.85** |

| | |
|---|---|
| PRIOR FEES | $23,026.05 |
| PRIOR COSTS & EXPENSES | $1,988.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332072 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Tikhonov, Albina | | | |

| | | |
|---|---|---|
| FEES | | $194.85 |
| COSTS & EXPENSES | | $58.99 |
| **TOTAL THIS INVOICE** | | **$253.84** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     332073     JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1183      Kimbrough, William IV
                     GMAC Matter No.: 723491

**TOTAL AMOUNT DUE**          $6,316.60

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332073    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1183    Kimbrough, William IV
                         GMAC Matter No.: 723491

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 09/28/12 | Prepare case update for client on case chart. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/01/12 | Exchange correspondence with plaintiff's counsel and client re plaintiffs accessing property to remove personal belongings. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 10/01/12 | Analyze docket re filing of demurrer to second amended complaint. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/02/12 | Attend case management conference and prepare correspondence to client re continuance of conference. | L230 | 0.70 | 288.00 | 201.60 |
| DL | 10/02/12 | Exchange further correspondence with plaintiff's counsel re settlement by dismissal for plaintiffs staying in property; prepare correspondence to client re same. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 10/03/12 | Exchange further correspondence with plaintiffs' counsel and client re plaintiffs accessing property to retrieve personal possessions. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 10/04/12 | Analyze plaintiffs' opposition to demurrer to second amended complaint. | L430 | 0.40 | 288.00 | 115.20 |
| DL | 10/08/12 | Further revise reply brief re arguments re substitution of trustee and assignment were improper and address other issues raised in opposition; prepare correspondence to client re same. | L430 | 1.80 | 288.00 | 518.40 |
| DL | 10/09/12 | Exchange correspondence with client and plaintiff's counsel re dates and | L160 | 0.20 | 288.00 | 57.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332073 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Kimbrough, William IV | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | times for accessing property. | | | | | |
| DL | 10/09/12 | Finalize reply for demurrer to second amended complaint. | L430 | 0.40 | 288.00 | | 115.20 |
| DL | 10/11/12 | Exchange correspondence with client and plaintiff's counsel accessing property and possible settlement of action. | L160 | 0.30 | 288.00 | | 86.40 |
| MKS | 10/14/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | | 81.00 |
| DL | 10/15/12 | Draft judgment of dismissal with prejudice for hearing on demurrer. | L190 | 0.20 | 288.00 | | 57.60 |
| DL | 10/16/12 | Attend hearing on demurrer to second amended complaint and prepare correspondence to client re continuance of hearing. | L430 | 3.50 | 288.00 | | 1,008.00 |
| DL | 10/17/12 | Prepare notice of continuance of hearing on demurrer to second amended complaint. | L430 | 0.30 | 288.00 | | 86.40 |
| DL | 10/17/12 | Attend status conference and prepare correspondence to client re continuance of same. | L230 | 1.10 | 288.00 | | 316.80 |
| SMH | 10/19/12 | Review status, attention to bankruptcy notice, if applicable, per J. Holtgren request. | L190 | 0.10 | 333.00 | | 33.30 |
| DL | 10/19/12 | Exchange correspondence with client re preparing notice of bankruptcy stay and prepare same for filing. | L430 | 0.60 | 288.00 | | 172.80 |
| DL | 10/23/12 | Attend hearing on continued demurrer to second amended complaint and prepare correspondence to client re further continuance of hearing. | L430 | 3.60 | 288.00 | | 1,036.80 |
| DL | 10/23/12 | Exchange correspondence with plaintiff and client re settlement through cash for keys offer. | L160 | 0.30 | 288.00 | | 86.40 |
| DL | 10/25/12 | Analyze court docket re plaintiff filing declaration in support of request to amend complaint. | L190 | 0.10 | 288.00 | | 28.80 |
| GEE | 10/29/12 | Prepare for hearing on demurrer to second amended complaint. | L240 | 0.70 | 261.00 | | 182.70 |
| GEE | 10/29/12 | Review file, second amended | L240 | 1.00 | 261.00 | | 261.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332073 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Kimbrough, William IV | | |

| | | complaint, demurrer, opposition, reply briefs relating to same, prior demurrer, complaints, notice of bankruptcy. | | | | |
|---|---|---|---|---|---|---|
| DL | 10/29/12 | Analyze plaintiff's counsel's motion to withdraw as counsel and review court docket re same. | L430 | 0.30 | 288.00 | 86.40 |
| GEE | 10/31/12 | Appear at hearing on demurrer to second amended complaint, sustained without leave to amend. | L240 | 4.50 | 261.00 | 1,174.50 |
| GEE | 10/31/12 | Take call from clerk of court regarding bankruptcy issues, impact on demurrer, evaluate strategy relating to same. | L240 | 0.50 | 261.00 | 130.50 |
| DL | 10/31/12 | Exchange correspondence with court clerk re hearing re possible stay of action and prepare correspondence to client re same. | L430 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | **22.20** | | **$6,211.80** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/29/12 | David M. Liu; Transportation; Hearing on Demurrer, RCSC. 10/16/12 | 53.90 |
| 10/29/12 | David M. Liu; Transportation; Hearing on Demurrer to SAC, RCSC. 10/23/12 | 50.90 |
| | **TOTAL COSTS & EXPENSES** | **$104.80** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 1.60 | $460.80 |
| L190 | Other Case Assessment | 0.90 | $258.30 |
| L230 | Court Mandated Conferences | 1.80 | $518.40 |
| L240 | Dispositive Motions | 6.70 | $1,748.70 |
| L430 | Written Motions/Submissions | 11.20 | $3,225.60 |
| | **TOTAL** | **22.20** | **$6,211.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 15.10 | 288.00 | $4,348.80 |
| Eisner, Gregory E | GEE | Special Counsel | 6.70 | 261.00 | $1,748.70 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Hankins, Suzanne | SMH | Member | 0.10 | 333.00 | $33.30 |
| | **Total** | | **22.20** | | **$6,211.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332073 | CLIENT | GMAC ResCap | | Page | 4 |
|---|---|---|---|---|---|---|
| | | MATTER | Kimbrough, William IV | | | |

| | |
|---|---|
| PRIOR FEES | $17,911.80 |
| PRIOR COSTS & EXPENSES | $1,791.99 |

| | |
|---|---|
| FEES | $6,211.80 |
| COSTS & EXPENSES | $104.80 |
| **TOTAL THIS INVOICE** | **$6,316.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332075    JBS                                        November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1203    Hodlin, Matthew and Bridgette
GMAC Matter No.: 725005

**TOTAL AMOUNT DUE**            **$365.40**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      332075      JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  1203     Hodlin, Matthew and Bridgette
                           GMAC Matter No.: 725005

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| LJA | 10/08/12 | Conduct detailed review of Court docket and compare with hard file to identify all applicable recoverable fees/costs associated with the case following successful demurrer. Prepare draft Memorandum of Costs Worksheet | L210 | 1.00 | 130.50 | 130.50 |
| KWF | 10/10/12 | Prepare email to client, J. Holtgren, re: status of lockout. | L190 | 0.20 | 270.00 | 54.00 |
| LJA | 10/15/12 | Revise and edit Memorandum of Costs | L210 | 0.40 | 130.50 | 52.20 |
| SMH | 10/19/12 | Review status, attention to bankruptcy notice, if applicable, per J. Holtgren request. | L190 | 0.10 | 333.00 | 33.30 |
| KWF | 10/26/12 | Prepare email to client, J. Holtgren, with judgment and advising of deadline to appeal. | L120 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **1.80** | | **$297.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/17/12 | Pacer Service Center; Data Search; Cust. No. SW0122 7/01/12-9/30/12 | 8.60 |
| 10/18/12 | Pacer Service Center; Data Search; Account No. SW0817 7/01/12-09/30/12 | 8.80 |
| 10/31/12 | San Diego County Recorder-D; Recorder Fees; Fee to record judgment expunges lis pendens. Draft#28499 10/23/12 | 51.00 |

**TOTAL COSTS & EXPENSES**                    **$68.40**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.  332075 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Hodlin, Matthew & Bridgette | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.00 |
| L190 | Other Case Assessment | 0.30 | $87.30 |
| L210 | Pleadings | 1.40 | $182.70 |
| | TOTAL | 1.80 | $297.00 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 0.30 | 270.00 | $81.00 |
| Ash, Laura | LJA | Paralegal | 1.40 | 130.50 | $182.70 |
| Hankins, Suzanne | SMH | Member | 0.10 | 333.00 | $33.30 |
| | Total | | 1.80 | | $297.00 |

| | |
|---|---|
| PRIOR FEES | $19,835.55 |
| PRIOR COSTS & EXPENSES | $2,304.18 |

| | |
|---|---|
| FEES | $297.00 |
| COSTS & EXPENSES | $68.40 |
| TOTAL THIS INVOICE | $365.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332138    JBS                                  November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1172     Boyd, Raymond
                   E-Mail Invoices to Kari Krull

**TOTAL AMOUNT DUE**                    **$226.10**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 332138 | JBS | November 14, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1172      Boyd, Raymond
E-Mail Invoices to Kari Krull

| | | | | |
|---|---|---|---|---|
| FOR PROFESSIONAL SERVICES RENDERED | | 01/01/1994 | | 10/31/2012 |

| Atty | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| KWF | 10/09/12 | Prepare email to client, K. Krull, advising of status conference and courtcall appearance. | L120 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | **0.10** | | **$27.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | First Legal Network, LLC; Court Services; LA County Court- Chatsworth 6/01/12 | 121.10 |
| 10/11/12 | CourtCall, LLC; CourtCall - Conference Service; 10/17/12 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$199.10** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.00 |
| | **TOTAL** | **0.10** | **$27.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 0.10 | 270.00 | $27.00 |
| | **Total** | | **0.10** | | **$27.00** |

| | |
|---|---|
| PRIOR FEES | $5,290.50 |
| PRIOR COSTS & EXPENSES | $622.65 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332138 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Boyd, Raymond | | |

| | | |
|---|---|---|
| FEES | | $27.00 |
| COSTS & EXPENSES | | $199.10 |
| **TOTAL THIS INVOICE** | | **$226.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 365778 | 23103 |
| **Invoice Date** | **Total Due** |
| 6/15/12 | 16,117.14 |

...work LLC
...9806 Los Angeles, CA 90074—9806

TAX ID#: 27-3093840

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 365778 | 6/15/12 | 16,117.14 | 2 |

| Date | Ordr No. | Svc | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 6/01/12<br>FILING-REGULAR VEHICLE | 9473543 | REF<br>RET | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE        CA 92605<br>Caller: Ryan Brooks    Wait: 35 Min<br>Case No.: CHA11W01622<br>Please pick up the o<br>Signed: fld/ror | LA County Court-Chatsworth<br>9425 Penfield Ave<br>CHATSWORTH      CA 91311<br><br>Case Title: Boyd v. GMAC<br>riginal (& copies) f<br>Ref: 19000-1172 | Base Chg : 117.75<br>Wait     :   3.35 | | 121.10 |
| 6/01/12<br>FILING-ASAP VEHICLE | 9473589 | ASF | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE        CA 92605<br>Caller: DIANA J LOPEZ    Wait: 35 Min<br>Case No.: N/A<br>PICK UP DOCUMENT TO<br>Signed: recorded/cert | RECORDER-NORWALK<br>12400 EAST IMPERIAL HIGHWAY<br>NORWALK      CA 90650<br><br>Case Title: N/A<br>BE RECORDED IN NORWA<br>Ref: 19000.1098 | Base Chg : 67.00<br>Wait     :   3.35<br>Adv/Wit Ck: 48.00 | | 118.35 |
| 6/01/12<br>FILING-ASAP VEHICLE | 9473591 | ASF | RECORDER-NORWALK<br>12400 EAST IMPERIAL HIGHWAY<br>NORWALK      CA 90650<br>Caller: DIANA J LOPEZ    Wait: 25 Min<br>Case No.: N/A<br>TAKE RECORDED CERTIF<br>Signed: filed/conf | LASC-COMPTON<br>200 WEST COMPTON BOULEVARD<br>COMPTON      CA 90220<br><br>Case Title: N/A<br>IED CC OF CNTRLH<br>Ref: 19000.1098 | Base Chg :  71.00 | | 71.00 |
| 6/01/12<br>FILING-BRANCH FAX/PDF | 9473593 | BFX | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE        CA 92605<br>Caller: Rosa<br>Case No.: 37 2011 0059634<br>FILE/CONFORM/RETURN<br>Signed: FILED | SDSC-VISTA<br>325 SOUTH MELROSE DRIVE<br>VISTA      CA 92083<br><br>Case Title: GONZALEZ V GMAC<br>PDF CC<br>Ref: 19000.1119 | Base Chg : 106.50 | | 106.50 |
| 6/01/12<br>FILING-BRANCH FAX/PDF | 9473606 | BFX | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE        CA 92605<br>Caller: Liz C. Roberts<br>Case No.: pc050699<br>Please file the atta<br>Signed: RCD | LA County Court-Chatsworth<br>9425 Penfield Ave<br>CHATSWORTH      CA 91311<br><br>Case Title: Ganlath - PC050699<br>ched doc (1) with th<br>Ref: 11960.0263 | Base Chg :  62.50 | | 62.50 |
| 6/01/12<br>FILING-BRANCH FAX/PDF | 9473627 | BFX | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE        CA 92605<br>Caller: DIANA J LOPEZ<br>Case No.: tc026180<br>FILE/CONFORM/RETURN<br>Signed: filed | LASC-COMPTON<br>200 WEST COMPTON BOULEVARD<br>COMPTON      CA 90220<br><br>Case Title: gmac mortgage v rodr<br>NEEDS EMAIL CONFIRMA<br>Ref: 19000.1098 | Base Chg :  62.50 | | 62.50 |
| | | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     332139     JBS                                      November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1296      Spooner, Edward
                     E-Mail Invoices to Kari Krull

**TOTAL AMOUNT DUE**          $1,051.48

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332139    JBS

November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1296    Spooner, Edward
E-Mail Invoices to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 07/06/12 | Evaluate file status and court docket re small claims trial and effect of bankruptcy. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 08/01/12 | Telephone conference with court clerk re: status conference. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 08/01/12 | Prepare email to client, K. Krull, advising of status conference. | L190 | 0.20 | 270.00 | 54.00 |
| KWF | 08/07/12 | Prepare amended notice of bankruptcy. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 08/07/12 | Prepare letter to Plaintiff, E. Spooner, re: final supplemental order. | L190 | 0.30 | 270.00 | 81.00 |
| KWF | 08/10/12 | Prepare for status conference. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/10/12 | Prepare email to client, K. Krull, re: status conference, and attaching amended notice of bankruptcy. | L190 | 0.20 | 270.00 | 54.00 |
| KWF | 08/13/12 | Appear at status conference re: bankruptcy. | L230 | 0.80 | 270.00 | 216.00 |
| KWF | 10/26/12 | Analyze file status. Prepare email to client, K. Krull, advising of same. | L120 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **2.40** | | **$648.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | First Legal Network, LLC; Court Services; LA County Court- Chatsworth 6/8/12 | 99.53 |
| 07/06/12 | First Legal Network, LLC; Court Services; First Legal, Los Angeles 6/11/12 | 53.25 |
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 08/13/12 | 78.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332139 | CLIENT | GMAC ResCap | | Page | 2 |
| --- | --- | --- | --- | --- | --- | --- |
| | | MATTER | Spooner, Edward | | | |

| | | | |
| --- | --- | --- | --- |
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 08/13/12 | | 78.00 |
| 09/13/12 | DDS Legal Support Systems; Court Services; LA Superior - NorthValley, Chatsworth, Ca. 8/17/12 | | 94.70 |
| | **TOTAL COSTS & EXPENSES** | **$403.48** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L120 | Analysis/Strategy | 0.40 | $108.00 |
| L190 | Other Case Assessment | 0.90 | $243.00 |
| L210 | Pleadings | 0.30 | $81.00 |
| L230 | Court Mandated Conferences | 0.80 | $216.00 |
| | **TOTAL** | **2.40** | **$648.00** |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Franich, Kerry | KWF | Associate | 2.40 | 270.00 | $648.00 |
| | **Total** | | **2.40** | | **$648.00** |

| | | |
| --- | --- | --- |
| | FEES | $648.00 |
| | COSTS & EXPENSES | $403.48 |
| | **TOTAL THIS INVOICE** | **$1,051.48** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332141    JBS                                      November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1204    McLaine, Carol
GMAC Matter No.: 724911

**TOTAL AMOUNT DUE**          **$646.65**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332141    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1204    McLaine, Carol
                         GMAC Matter No.: 724911

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| BAE | 10/06/12 | Draft letter to opposing counsel regarding loan modification and second amended complaint. | L160 | 0.40 | 247.50 | 99.00 |
| RJG | 10/08/12 | Analysis and evaluation of pending foreclosure issues and attention to motion for summary judgment and litigation strategy. | L120 | 0.40 | 274.50 | 109.80 |
| RJG | 10/09/12 | Analysis and evaluation of case investigation regarding promissory estoppel claims and attention to potential motion for summary judgment strategy. | L250 | 0.50 | 274.50 | 137.25 |
| RJG | 10/11/12 | Analysis and evaluation of second amended complaint and proposed informal resolution terms and attention to responsive pleading and settlement strategy. | L120 | 0.50 | 274.50 | 137.25 |
| MKS | 10/14/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| RJG | 10/31/12 | Analysis and evaluation of second amended complaint promissory estoppel issues and attention to responsive pleading strategy. | L250 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | **2.40** | | **$646.65** |

**COSTS & EXPENSES**
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332141 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | McLaine, Carol | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.90 | $247.05 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $99.00 |
| L190 | Other Case Assessment | 0.30 | $81.00 |
| L250 | Other Written Motions | 0.80 | $219.60 |
| | **TOTAL** | **2.40** | **$646.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 0.40 | 247.50 | $99.00 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Gandy, Robert | RJG | Special Counsel | 1.70 | 274.50 | $466.65 |
| | **Total** | | **2.40** | | **$646.65** |

| | |
|---|---|
| PRIOR FEES | $14,511.60 |
| PRIOR COSTS & EXPENSES | $1,599.66 |

| | | |
|---|---|---|
| FEES | | $646.65 |
| **TOTAL THIS INVOICE** | | **$646.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   332142   JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000   GMAC ResCap
MATTER    1209    La Bella, Steven
                  GMAC Matter No.: 725278

**TOTAL AMOUNT DUE**          **$1,327.68**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332142    JBS                              November 14, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1209    La Bella, Steven
                        GMAC Matter No.: 725278

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 09/28/12 | Prepare case update for client on case chart. | L190 | 0.10 | 288.00 | 28.80 |
| BAE | 10/02/12 | Draft proposed judgment. | L240 | 0.30 | 247.50 | 74.25 |
| BAE | 10/02/12 | Draft proposed order sustaining demurrer. | L240 | 0.20 | 247.50 | 49.50 |
| DL | 10/03/12 | Analyze order and judgment on demurrer and prepare correspondence to client re same. | L430 | 0.20 | 288.00 | 57.60 |
| BAE | 10/03/12 | Appear at demurrer to FAC in Rancho Cucamonga Superior Court. | L240 | 2.90 | 247.50 | 717.75 |
| DL | 10/05/12 | Calculate deadline to appeal and prepare correspondence to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 10/08/12 | Strategy re recording order granting motion to expunge lis pendens. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/12/12 | Calculate deadline for appeal and prepare correspondence to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| MKS | 10/14/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **4.50** | | **$1,152.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/10/12 | One Legal, Inc.; Transmittal of filing to court; Reply 09/26/12 | 49.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   332142    CLIENT   GMAC ResCap                    Page        2
                        MATTER   La Bella, Steven

| Date | Description | Amount |
|---|---|---|
| 10/25/12 | DDS Legal Support Systems; Court Services; SBSCR- Rancho Cucamonga 10/4/12. Advance fees $26.50 | 91.83 |
| 10/31/12 | San Bernadino County Recorder-D; Recorder Fees; Recording fee Motion to Expunge. Draft#28492 10/15/12 | 33.00 |
| | **TOTAL COSTS & EXPENSES** | **$174.78** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.90 | $253.80 |
| L240 | Dispositive Motions | 3.40 | $841.50 |
| L430 | Written Motions/Submissions | 0.20 | $57.60 |
| | **TOTAL** | **4.50** | **$1,152.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 3.40 | 247.50 | $841.50 |
| Liu, David | DL | Associate | 0.80 | 288.00 | $230.40 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **4.50** | | **$1,152.90** |

| | |
|---|---|
| PRIOR FEES | $12,170.25 |
| PRIOR COSTS & EXPENSES | $3,347.97 |

| | |
|---|---|
| FEES | $1,152.90 |
| COSTS & EXPENSES | $174.78 |
| **TOTAL THIS INVOICE** | **$1,327.68** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332143    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1226    Vaught, Robert and Melody
                  GMAC Matter No.: 726136

**TOTAL AMOUNT DUE**          **$1,214.84**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332143    JBS                                     November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1226    Vaught, Robert and Melody
                        GMAC Matter No.: 726136

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MJE | 09/27/12 | Draft of email to J. Holtgren including changes to be made to approval letter and communicate with Plaintiff's counsel re same. | L160 | 0.40 | 279.00 | 111.60 |
| MJE | 10/01/12 | Exchange of emails with D. Lewis re status of review of Short Sale and status re same | L190 | 0.40 | 279.00 | 111.60 |
| MJE | 10/02/12 | Exchange of emails with J. Holtgren re status of Vaught sale | L140 | 0.20 | 279.00 | 55.80 |
| MJE | 10/08/12 | Assisted in providing documents to Plaintiff needed for short sale including emails with J. Holtgren and D. Lewis and revising of approval letter | L190 | 1.00 | 279.00 | 279.00 |
| MKS | 10/14/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| MJE | 10/15/12 | Exchange of emails with D. Lewis re status of dismissal and completion of short sale and continuanc of response date. | L190 | 0.30 | 279.00 | 83.70 |
| SMH | 10/19/12 | Review status, attention to bankruptcy notice, if applicable, per J. Holtgren request. | L190 | 0.10 | 333.00 | 33.30 |
| LJA | 10/19/12 | Draft Case Management Conference Statement in advance of upcoming hearing. | L210 | 0.40 | 130.50 | 52.20 |
| MJE | 10/19/12 | Assist in preparation of CMC statement | L230 | 0.20 | 279.00 | 55.80 |
| MJE | 10/25/12 | Email exchange with D. Lewis re status | L190 | 0.30 | 279.00 | 83.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332143 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Vaught, Robert & Melody | | | | | |

| | | of sale and dismissal | | | | |
|---|---|---|---|---|---|---|
| LJA | 10/26/12 | Draft Case Management Conference Statement. | L210 | 0.70 | 130.50 | 91.35 |
| MJE | 10/26/12 | Work with firm staff re CMC Statement | L230 | 0.20 | 279.00 | 55.80 |
| MJE | 10/26/12 | Prepare and organize file/client documents pending expected dismissal | L140 | 0.40 | 279.00 | 111.60 |
| | | **TOTAL** | | **4.90** | | **$1,206.45** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 10/15/12 | Cardmember Service/Bank One (Acct #0705); Data Search; 12 Morning View Orange, CA 09/10/12 | | 8.39 |
| | **TOTAL COSTS & EXPENSES** | **$8.39** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L140 | Document/File Management | 0.60 | $167.40 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $111.60 |
| L190 | Other Case Assessment | 2.40 | $672.30 |
| L210 | Pleadings | 1.10 | $143.55 |
| L230 | Court Mandated Conferences | 0.40 | $111.60 |
| | **TOTAL** | **4.90** | **$1,206.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Ash, Laura | LJA | Paralegal | 1.10 | 130.50 | $143.55 |
| Esposito, Matthew | MJE | Associate | 3.40 | 279.00 | $948.60 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Hankins, Suzanne | SMH | Member | 0.10 | 333.00 | $33.30 |
| | **Total** | | **4.90** | | **$1,206.45** |

| | |
|---|---|
| PRIOR FEES | $15,457.95 |
| PRIOR COSTS & EXPENSES | $1,121.42 |

| | |
|---|---|
| FEES | $1,206.45 |
| COSTS & EXPENSES | $8.39 |
| **TOTAL THIS INVOICE** | **$1,214.84** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332144    JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1229    Owner Management Service, LLC dba Trust Holding Service Co.
GMAC No: 726233

**TOTAL AMOUNT DUE**           $1,054.84

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332144    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1229    Owner Management  Service, LLC dba Trust Holding Service Co.
                         GMAC  No: 726233

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 10/01/12 | Draft monthly case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 10/03/12 | Draft and prepare client's case management statement in light of pending case management conference hearing | L210 | 0.30 | 238.50 | 71.55 |
| YS | 10/11/12 | Draft correspondence to client regarding status of the case, pending case management conference, and whether plaintiff has abided by the Court's orders | L190 | 0.30 | 238.50 | 71.55 |
| YS | 10/15/12 | Review and analysis of plaintiff's notice of bankruptcy filing and determine how to proceed in the matter in light thereof | L120 | 0.20 | 238.50 | 47.70 |
| JHT | 10/15/12 | Drafted correspondence to client regarding case status. | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 10/16/12 | Appeared at Case Management Conferece. | L230 | 2.90 | 238.50 | 691.65 |
| YS | 10/23/12 | Receipt, review and analysis of the Court's notice of hearing on its order to show cause regarding dismissal | L120 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **4.20** | | **$1,001.70** |

## COSTS & EXPENSES

| | | |
|------|-------------|------|
| 10/09/12 | Benjamin A. Eilenberg; Transportation; Mileage and parking to Riverside Superior Court, Historic Courthouse to attend and represent client at Case Management Conference 9/7/12 | 53.14 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 332144 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Owner Management Service, LLC | | |

**TOTAL COSTS & EXPENSES**      **$53.14**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $71.55 |
| L190 | Other Case Assessment | 0.70 | $166.95 |
| L210 | Pleadings | 0.30 | $71.55 |
| L230 | Court Mandated Conferences | 2.90 | $691.65 |
| | **TOTAL** | **4.20** | **$1,001.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 3.20 | 238.50 | $763.20 |
| Shaham, Yaron | YS | Special Counsel | 1.00 | 238.50 | $238.50 |
| | **Total** | | **4.20** | | **$1,001.70** |

| PRIOR FEES | $2,340.00 |
|---|---|
| PRIOR COSTS & EXPENSES | $230.77 |

| | |
|---|---|
| FEES | $1,001.70 |
| COSTS & EXPENSES | $53.14 |
| **TOTAL THIS INVOICE** | **$1,054.84** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332145    JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1245     Boucher (Victorino)
                   GMAC Matter No.: 726876

**TOTAL AMOUNT DUE**          $1,065.15

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332145    JBS                                    November 14, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1245    Boucher (Victorino)
GMAC Matter No.: 726876

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DL | 09/12/12 | Strategy re obtaining addresses for service of complaint on defendants. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 09/19/12 | Further strategy re service of summons and complaint on Boucher while he attends hearing on another case. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 09/28/12 | Prepare case update for client on case chart. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/09/12 | Work on determining addresses for service on defendants and strategy re serving complaint. | L190 | 0.40 | 288.00 | 115.20 |
| DL | 10/10/12 | Further strategy re locating defendants for personal service. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 10/12/12 | Prepare correspondence to client re status of service of summons and complaint and further strategy re service on Aguilera defendants. | L190 | 0.20 | 288.00 | 57.60 |
| MKS | 10/14/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| DL | 10/15/12 | Strategy re status of service of summons and complaint; prepare Certificate of Progress re status of service. | L430 | 0.40 | 288.00 | 115.20 |
| DL | 10/17/12 | Check on status of service on defendants. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 10/18/12 | Work on determining addresses and locations for service on defendants. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 10/19/12 | Analyze correspondence from process | L190 | 0.20 | 288.00 | 57.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332145 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Boucher (Victorino) | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | server re status of service on Boucher and attempts at sub-serving. | | | | |
| DL | 10/23/12 | Work on further service of summons and complaint on defendants and prepare case update to client re same. | L190 | 0.40 | 288.00 | 115.20 |
| BAE | 10/24/12 | Research status of criminal case against David A. Boucher and obtain copy of criminal complaint. | L210 | 0.40 | 247.50 | 99.00 |
| DL | 10/30/12 | Work on obtaining declarations re attempts to serve complaint on defendants. | L190 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **3.60** | | **$1,015.20** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 10/29/12 | One Legal, Inc.; Transmittal of filing to court; Certificate of Progress 10/15/12 | | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$49.95** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 2.80 | $801.00 |
| L210 | Pleadings | 0.40 | $99.00 |
| L430 | Written Motions/Submissions | 0.40 | $115.20 |
| | **TOTAL** | **3.60** | **$1,015.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 0.40 | 247.50 | $99.00 |
| Liu, David | DL | Associate | 2.90 | 288.00 | $835.20 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **3.60** | | **$1,015.20** |

| | |
|---|---|
| PRIOR FEES | $6,009.30 |
| PRIOR COSTS & EXPENSES | $78.79 |

| | |
|---|---|
| FEES | $1,015.20 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$1,065.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332147    JBS                                        November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1253 | De Vico, Robert |
| | | GMAC Matter No.: 727337 |

**TOTAL AMOUNT DUE**          $6,214.05

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.  332147  JBS | | | | November 14, 2012 |

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1253    De Vico, Robert
GMAC Matter No.: 727337

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 10/01/12 | Draft monthly case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 10/01/12 | Draft correspondence to client regarding whether an injunction is in place to prevent the pending foreclosure sale | L190 | 0.20 | 238.50 | 47.70 |
| LJT | 10/02/12 | Ascertain status of foreclosure and e-mail re same. | L110 | 0.10 | 130.50 | 13.05 |
| YS | 10/02/12 | Review and analysis of plaintiff's new complaint in light of pending foreclosure sale and determine how to respond | L120 | 0.80 | 238.50 | 190.80 |
| JHT | 10/02/12 | Corresponded with client regarding Judge's request the foreclosure sale be postponed. | L190 | 0.40 | 238.50 | 95.40 |
| JHT | 10/02/12 | Corresponded with Court staff regarding date of foreclosure sale. | L190 | 0.40 | 238.50 | 95.40 |
| YS | 10/03/12 | Review and analysis of plaintiff's ex parte application for a temporary restraining order in an effort to stop the foreclosure sale | L120 | 0.50 | 238.50 | 119.25 |
| YS | 10/05/12 | Receipt, review and analysis of the Court's order denying plaintiff's ex parte application for a temporary restraining order | L120 | 1.00 | 238.50 | 238.50 |
| YS | 10/05/12 | Draft correspondence to the client regarding status of the case, the Court's denial of plaintiff's ex parte application for a temporary restraining order, and further defense of client in this case | L190 | 0.30 | 238.50 | 71.55 |
| YS | 10/08/12 | Draft correspondence to client | L190 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332147 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | De Vico, Robert | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | regarding status of pending foreclosure sale and whether foreclosure sale may proceed | | | | | |
| YS | 10/08/12 | Telephone conference with plaintiff's counsel regarding plaintiff's pending ex parte application seeking an injunction of the foreclosure sale | L190 | 0.20 | 238.50 | | 47.70 |
| YS | 10/09/12 | Review and analysis of the plaintiff's ex parte application for a temporary restraining order to stop the pending foreclosure sale and determine how to proceed | L120 | 0.30 | 238.50 | | 71.55 |
| YS | 10/09/12 | Draft correspondence to client regarding status of plaintiff's efforts to stay the pending foreclosure sale | L190 | 0.20 | 238.50 | | 47.70 |
| YS | 10/09/12 | Draft correspondence to plaintiff's counsel regarding proposed dates and deadlines for hearing on preliminary injunction request and the new foreclosure sale date | L190 | 0.40 | 238.50 | | 95.40 |
| YS | 10/09/12 | Review and analysis of proposed stipulation on TRO and setting a briefing schedule for the preliminary injunction hearing | L120 | 0.20 | 238.50 | | 47.70 |
| YS | 10/09/12 | Draft correspondence to plaintiff's counsel regarding proposed stipulation on TRO and setting a briefing schedule for the preliminary injunction hearing | L190 | 0.20 | 238.50 | | 47.70 |
| JHT | 10/10/12 | Review and analysis of case file, pleadings, etc. to determine the effect of the automatic stay and client's bankruptcy on the case proceeding forward. | L190 | 0.40 | 238.50 | | 95.40 |
| JHT | 10/11/12 | Drafted correspondence to client indicating evaluation of Final Supplemental Bankruptcy Order and permitted nature of claims. | L190 | 0.30 | 238.50 | | 71.55 |
| YS | 10/15/12 | Receipt, review and analysis of the Court's order on the stipulation regarding plaintiff's request for an injunction | L120 | 0.10 | 238.50 | | 23.85 |
| YS | 10/15/12 | Draft clients proposed order granting the motion to dismiss plaintiff's complaint | L210 | 0.30 | 238.50 | | 71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332147 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | De Vico, Robert | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| YS | 10/15/12 | Draft clients' request for judicial notice in support of motion to dismiss plaintiff's complaint | L210 | 0.50 | 238.50 | 119.25 |
| YS | 10/15/12 | Draft clients' notice of motion, motion to dismiss, and memorandum of points and authorities in support motion to dismiss plaintiff's complaint | L210 | 4.20 | 238.50 | 1,001.70 |
| YS | 10/16/12 | Telephone conference with plaintiff's counsel to meet and confer regarding client's pending motion to dismiss plaintiff's complaint as required by the Court's local rules | L190 | 0.40 | 238.50 | 95.40 |
| YS | 10/16/12 | Draft correspondence to plaintiff's counsel regarding the client's loan modification application for plaintiff to complete in an effort to resolve this matter | L160 | 0.30 | 238.50 | 71.55 |
| YS | 10/16/12 | Further drafting and revising of clients' opposition to plaintiff's request for the imposition of a preliminary injunction and the request for judicial notice in support thereof | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 10/16/12 | Drafted Opposition to Court's OSC Re. Preliminary Injunction. | L210 | 4.00 | 238.50 | 954.00 |
| JHT | 10/16/12 | Drafted Request for Judicial Notice in support of Opposition to Court's OSC Re. Preliminary Injunction. | L210 | 0.50 | 238.50 | 119,25 |
| YS | 10/17/12 | Draft correspondence to client regarding status of the case, and preclusing others from making contact with plaintiff since clients have counsel as does Plaintiff himself | L190 | 0.30 | 238.50 | 71.55 |
| YS | 10/17/12 | Draft and prepare clients' notice of interested parties in light of making the first appearance in the case | L210 | 0.30 | 238.50 | 71.55 |
| YS | 10/17/12 | Receipt, review and analysis of the Court's notice of continuance of clients' motion to dismiss | L120 | 0.10 | 238.50 | 23.85 |
| YS | 10/24/12 | Review and analysis of plaintiff's reply brief in light of client's opposition to preliminary injunction motion and determine how to proceed | L120 | 0.50 | 238.50 | 119.25 |
| JHT | 10/28/12 | Reviewed case file and ex parte papers | L210 | 1.50 | 238.50 | 357.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332147 | CLIENT | GMAC ResCap | | | Page | 4 |
|---|---|---|---|---|---|---|---|
| | | MATTER | De Vico, Robert | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | in preparation for hearing on Plaintiff's application for a preliminary injunction. | | | | |
| YS | 10/29/12 | Draft correspondence to plaintiff's counsel regarding to whom the injunction check should be made payable to | L120 | 0.20 | 238.50 | 47.70 |
| YS | 10/29/12 | Draft correspondence to client regarding the outcome of the hearing on plaintiff's preliminary injunction motion, continuing the foreclosure sale, and how to dissolve the injunction | L190 | 0.40 | 238.50 | 95.40 |
| JHT | 10/29/12 | Appeared at hearing on Plaintiff's Application for a Preliminary Injunction. | L210 | 5.00 | 238.50 | 1,192.50 |
| YS | 10/30/12 | Receipt, review, and analysis of the declaration of Matthew Resnick regarding plaintiff's payment of the October 30, 2012 bond per the Court's order | L120 | 0.10 | 238.50 | 23.85 |
| YS | 10/30/12 | Review and analysis of the Court's order granting plaintiff's preliminary injunction motion | L120 | 0.30 | 238.50 | 71.55 |
| YS | 10/30/12 | Draft correspondence to plaintiff's counsel regarding the continued date for the foreclosure sale in light of the Court's preliminary injunction motion ruling | L190 | 0.20 | 238.50 | 47.70 |
| YS | 10/30/12 | Receipt, review and analysis of correspondence from plaintiff's counsel regarding plaintiff's first payment under the terms of the preliminary injunction order | L120 | 0.10 | 238.50 | 23.85 |
| YS | 10/30/12 | Draft correspondence to client regarding plaintiff's first payment of the required amount under the terms of the Court's preliminary injunction order | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **26.10** | | **$6,214.05** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   332147 | CLIENT | GMAC ResCap | Page | 5 |
|---|---|---|---|---|
| | MATTER | De Vico, Robert | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.10 | $13.05 |
| L120 | Analysis/Strategy | 4.20 | $1,001.70 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $71.55 |
| L190 | Other Case Assessment | 4.80 | $1,144.80 |
| L210 | Pleadings | 16.70 | $3,982.95 |
| | **TOTAL** | **26.10** | **$6,214.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 12.50 | 238.50 | $2,981.25 |
| Tarwater, Linda | LJT | Paralegal | 0.10 | 130.50 | $13.05 |
| Shaham, Yaron | YS | Special Counsel | 13.50 | 238.50 | $3,219.75 |
| | Total | | **26.10** | | **$6,214.05** |

| PRIOR FEES | $7,025.85 |
|---|---|
| PRIOR COSTS & EXPENSES | $121.97 |

| | FEES | $6,214.05 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$6,214.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332148    JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT    19000    GMAC ResCap
MATTER    1254    Stone, Lance
                  GMAC Matter No.: 727306


**TOTAL AMOUNT DUE**            **$829.80**


## *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332148    JBS                                    November 14, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1254    Stone, Lance
                        GMAC Matter No.: 727306

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 09/28/12 | Prepare case update for client on case chart. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/02/12 | Analyze correspondence with client and eviction counsel re status of settlement agreement. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 10/08/12 | Exchange correspondence with client and eviction counsel re status of settlement and inspection of property. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 10/09/12 | Exchange correspondence with client and eviction counsel re monitoring plaintiff's compliance with settlement. | L160 | 0.20 | 288.00 | 57.60 |
| MKS | 10/14/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| DL | 10/15/12 | Exchange correspondence with client, eviction counsel and plaintiff's counsel re settlement issues. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 10/16/12 | Exchange correspondence with plaintiff's counsel re dismissal of action and payment of settlement funds. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 10/18/12 | Exchange correspondence with plaintiff's counsel and eviction counsel re status of check, dismissal and inspection of property. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 10/19/12 | Analyze correspondence from client re settlement check issued. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 10/24/12 | Prepare correspondence and letter to plaintiff's counsel with settlement | L160 | 0.30 | 288.00 | 86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332148 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Stone, Lance | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | check. | | | | | |
| DL | 10/25/12 | Exchange correspondence with plaintiff's counsel re filing of dismissal of action and recording withdrawal of lis pendens. | L160 | 0.20 | 288.00 | | 57.60 |
| DL | 10/26/12 | Analyze request for dismissal from plaintiff. | L160 | 0.10 | 288.00 | | 28.80 |
| DL | 10/29/12 | Exchange correspondence with plaintiff's counsel re court rejected dismissal of action. | L160 | 0.20 | 288.00 | | 57.60 |
| DL | 10/30/12 | Analyze plaintiff's notice of errata re request for dismissal. | L160 | 0.10 | 288.00 | | 28.80 |
| DL | 10/31/12 | Analyze plaintiff's ex parte notice for filing dismissal and exchange correspondence with parties re global dismissal of action. | L430 | 0.30 | 288.00 | | 86.40 |
| | | **TOTAL** | | **2.90** | | | **$829.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 2.20 | $633.60 | | | |
| L190 | Other Case Assessment | 0.40 | $109.80 | | | |
| L430 | Written Motions/Submissions | 0.30 | $86.40 | | | |
| | **TOTAL** | **2.90** | **$829.80** | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Liu, David | DL | Associate | | 2.60 | 288.00 | $748.80 |
| Sullivan, Mary Kate | MKS | Member | | 0.30 | 270.00 | $81.00 |
| | **Total** | | | **2.90** | | **$829.80** |

| | | | |
|---|---|---|---|
| PRIOR FEES | | $20,400.60 | |
| PRIOR COSTS & EXPENSES | | $1,880.19 | |

FEES                    $829.80

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332148 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Stone, Lance | | |

**TOTAL THIS INVOICE**          $829.80

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332149    JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1256      Teang, Srey (Meas)
                     GMAC Matter No.: 725847

**TOTAL AMOUNT DUE**          $2,950.20

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332149    JBS                                    November 14, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1256    Teang, Srey (Meas)
GMAC Matter No.: 725847

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| KPL | 10/03/12 | Prepare RJN exhibits. | L210 | 1.20 | 76.50 | 91.80 |
| KPL | 10/03/12 | Draft Request for Judicial Notice. | L210 | 1.40 | 76.50 | 107.10 |
| EMR | 10/08/12 | Prepare joint status report and discovery plan in accordance with Court's order for initial scheduling conference. | L230 | 1.30 | 306.00 | 397.80 |
| EMR | 10/08/12 | E-mail to Plaintiffs' counsel re meet and confer on hearing date for Defendants' motion to dismiss and re proposed joint discovery plan. | L240 | 0.20 | 306.00 | 61.20 |
| EMR | 10/08/12 | Update case citations contained memorandum of points and authorities also include published decisions from the Eastern District of California which support arguments. | L240 | 1.90 | 306.00 | 581.40 |
| EMR | 10/09/12 | Prepare proposed order granting motion to dismiss. | L240 | 0.30 | 306.00 | 91.80 |
| EMR | 10/09/12 | Telephonic meet and confer conference with opposing cousel E. Fobi regarding hearing date for motion to dismiss and regarding preparation and submission of joint discovery plan. | L230 | 0.30 | 306.00 | 91.80 |
| EMR | 10/09/12 | E-mail communications with opposing counsel to follow up on telephonic meet and confer. | L240 | 0.20 | 306.00 | 61.20 |
| EMR | 10/09/12 | Prepare request for telephonic appearance at hearing of defendants' motion to dismiss. | L240 | 0.30 | 306.00 | 91.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332149 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Teang, Srey (Meas) | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EMR | 10/09/12 | Prepare proposed order granting request to appear telephonically at hearing of motion to dismiss. | L240 | 0.10 | 306.00 | | 30.60 |
| EMR | 10/09/12 | Complete updating case citations in memorandum of points and authorities in support of motion to dismiss and as needed to include citations to decisions from federal court in the Eastern District of California. | L240 | 1.70 | 306.00 | | 520.20 |
| EMR | 10/09/12 | Complete and file defendants' motion to dismiss and all supporting pleadings. | L240 | 0.50 | 306.00 | | 153.00 |
| EMR | 10/10/12 | E-mail update to J. Hoy regarding motion to dismiss pleadings and hearing. | L240 | 0.20 | 306.00 | | 61.20 |
| EMR | 10/11/12 | E-mail communications with J. Hoy regarding court's minute order continuing initial scheduling conference pending hearing on motion to compel. | L230 | 0.20 | 306.00 | | 61.20 |
| EMR | 10/15/12 | Work on research, analysis  and strategy regarding response to court's stay of entire action, as needed to make recommendation to client. | L120 | 0.90 | 306.00 | | 275.40 |
| EMR | 10/15/12 | Analysis of claims and defenses, status of lis pendens as needed in connection with seeking reconsideration of Court's stay of entire action. | L120 | 0.80 | 306.00 | | 244.80 |
| | | **TOTAL** | | **11.60** | | | **$2,950.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.80 | $548.10 |
| L210 | Pleadings | 2.60 | $198.90 |
| L230 | Court Mandated Conferences | 1.80 | $550.80 |
| L240 | Dispositive Motions | 5.40 | $1,652.40 |
| | **TOTAL** | **11.60** | **$2,950.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   332149 | CLIENT   GMAC ResCap | | | | Page | 3 |
|---|---|---|---|---|---|---|
| | MATTER   Teang, Srey (Meas) | | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Roman, Eleanor | EMR | Special Counsel | 8.90 | 306.00 | $2,723.40 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Lee, Kristina | KPL | Legal Assistant | 2.60 | 76.50 | $198.90 |
| | **Total** | | **11.60** | | **$2,950.20** |

PRIOR FEES                           $14,867.10

| | FEES | $2,950.20 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$2,950.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332150    JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER    1257      Fernandez, Leyne R.
                    GMAC Matter No.: 727363

**TOTAL AMOUNT DUE**          $4,066.50

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332150    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1257    Fernandez, Leyne R.
                        GMAC Matter No.: 727363

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ANB | 09/19/12 | Review QWR letter received from client by debtors new counsel | L120 | 0.30 | 292.50 | 87.75 |
| ANB | 10/19/12 | Begin drafting MPA in support of MTD to FAC | L210 | 1.50 | 292.50 | 438.75 |
| ANB | 10/22/12 | Draft facts section and argument regarding standing, abstention and judicial estoppel for MPA in support of MTD | L210 | 3.00 | 292.50 | 877.50 |
| ANB | 10/23/12 | Finish drafting MPA in support of MTD | L210 | 5.00 | 292.50 | 1,462.50 |
| ANB | 10/24/12 | Make final edits and final argument on MPA in support of MTD the FAC and forward to client for review | L210 | 1.50 | 292.50 | 438.75 |
| ANB | 10/25/12 | Review and revise Moton to Dismiss, Request for Judicial Notice, Exhibit Documents, Notice of Hearing and Proof of Sevice and file | L210 | 2.00 | 292.50 | 585.00 |
| ANB | 10/26/12 | Review communication from MERS contact, advised MERS contact of status of case and forward copy of Motion to Dismiss | L120 | 0.50 | 292.50 | 146.25 |
| | | **TOTAL** | | **13.80** | | **$4,036.50** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/05/12 | CourtCall, LLC; CourtCall - Conference Service; 08/23/12 | 30.00 |

**TOTAL COSTS & EXPENSES**                    **$30.00**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332150 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Fernandez, Leyne R. | | | |

## BILLING SUMMARY

### Task Code and Description

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $234.00 |
| L210 | Pleadings | 13.00 | $3,802.50 |
| | **TOTAL** | **13.80** | **$4,036.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 13.80 | 292.50 | $4,036.50 |
| | **Total** | | **13.80** | | **$4,036.50** |

| PRIOR FEES | $2,076.30 | | |
|---|---|---|---|
| | | FEES | $4,036.50 |
| | | COSTS & EXPENSES | $30.00 |
| | | **TOTAL THIS INVOICE** | **$4,066.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332151    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1263 | Fernandez, Ricardo and Resurreccion |
| | | GMAC Matter No.: 728258 |

**TOTAL AMOUNT DUE**            **$241.75**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332151    JBS                                          November 14, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1263    Fernandez, Ricardo and Resurreccion
GMAC Matter No.: 728258

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 09/28/12 | Prepare case update for client on case chart. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/02/12 | Exchange correspondence with client re no more loan modification consideration and status of appeal from dismissal. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 10/04/12 | Analyze docket for filing appeal from judgment and prepare correspondence to client re no appeal filed and to close file. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 10/04/12 | Prepare correspondence to plaintiff's counsel re GMAC no longer considering plaintiff for loan modification. | L160 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **0.60** | | **$172.80** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/08/12 | DDS Legal Support Systems; Transmittal of filing to court; Riverside Superior- Main. 7/9/12 | 68.95 |
| | **TOTAL COSTS & EXPENSES** | **$68.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L160 | Settlement/Non-Binding ADR | 0.10 | $28.80 |
| L190 | Other Case Assessment | 0.50 | $144.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.   332151 | **CLIENT** | GMAC ResCap | | Page | 2 |
| | **MATTER** | Fernandez, Ricardo & Resurrecc | | | |

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | **0.60** | **$172.80** | |

| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 0.60 | 288.00 | $172.80 |
| | **Total** | | **0.60** | | **$172.80** |

PRIOR FEES                    $8,368.65
PRIOR COSTS & EXPENSES        $1,390.24

| | |
|---|---|
| FEES | $172.80 |
| COSTS & EXPENSES | $68.95 |
| **TOTAL THIS INVOICE** | **$241.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     332152     JBS                                     November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1269     Nyamekye, Adwoa
                    GMAC Matter No.: 717293

**TOTAL AMOUNT DUE**          **$209.09**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332152    JBS                                          November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1269    Nyamekye, Adwoa
                        GMAC Matter No.: 717293

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| YS | 10/01/12 | Draft monthly case status update | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 10/10/12 | Review and analysis of case file, pleadings, etc. to determine the effect of the automatic stay and client's bankruptcy on the case proceeding forward. | L190 | 0.40 | 238.50 | 95.40 |
| YS | 10/11/12 | Draft correspondence to client regarding whether a notice of bankruptcy stay should be filed since the claims are permitted | L190 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **0.80** | | **$190.80** |

### COSTS & EXPENSES

| | | | |
|--|--|--|--|
| 10/15/12 | Cardmember Service/Bank One (Acct #0705); Data Search; 5318 3rd Avenue Los Angeles, CA 90043 09/04/12 | | 18.29 |
| | **TOTAL COSTS & EXPENSES** | **$18.29** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---------------------------|--|-------|--------|--|--|--|
| L190 | Other Case Assessment | 0.80 | $190.80 | | | |
| | **TOTAL** | **0.80** | **$190.80** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Tuffaha, Joe | JHT | Associate | 0.40 | 238.50 | $95.40 |
| Shaham, Yaron | YS | Special Counsel | 0.40 | 238.50 | $95.40 |
| | **Total** | | **0.80** | | **$190.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   332152 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Nyamekye, Adwoa | | |

| | | |
|---|---|---|
| PRIOR FEES | | $5,182.65 |
| PRIOR COSTS & EXPENSES | | $357.70 |

| | |
|---|---|
| FEES | $190.80 |
| COSTS & EXPENSES | $18.29 |
| **TOTAL THIS INVOICE** | **$209.09** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     332153     JBS                                  November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1271      Anyanwu, Charity
                     GMAC Matter No.: 728855


**TOTAL AMOUNT DUE**          **$345.60**


### *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332153    JBS                                                  November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1271    Anyanwu, Charity
GMAC Matter No.: 728855

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 09/28/12 | Prepare case update for client on case chart. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/03/12 | Exchange correspondence with title company re documents and information needed to proceed with title claim. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 10/16/12 | Analyze file for reports and other items requested by insurance company for insurance claim and prepare correspondence to client re needed documents. | L190 | 0.40 | 288.00 | 115.20 |
| DL | 10/18/12 | Analyze photos of repairs, agreement with Tenant Access and repair orders as requested by insurance company for claim. | L110 | 0.50 | 288.00 | 144.00 |
| | | **TOTAL** | | **1.20** | | **$345.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.50 | $144.00 |
| L190 | Other Case Assessment | 0.70 | $201.60 |
| | **TOTAL** | **1.20** | **$345.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 1.20 | 288.00 | $345.60 |
| | **Total** | | **1.20** | | **$345.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.  332153 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Anyanwu, Charity | | |

| | |
|---|---|
| PRIOR FEES | $5,572.35 |
| PRIOR COSTS & EXPENSES | $177.90 |

|  | |
|---|---|
| FEES | $345.60 |
| **TOTAL THIS INVOICE** | **$345.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332154    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1273    Jackson, Juanita
                  GMAC Matter No.: 728508

**TOTAL AMOUNT DUE**          **$455.40**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332154    JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1273    Jackson, Juanita
                        GMAC Matter No.: 728508

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DL | 07/12/12 | Analyze court docket re status of action and possible service on GMAC; advise client of no new activity and of upcoming status conference. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/31/12 | Analyze court docket for proof of service on GMAC; analyze order setting OSC re dismissal; and prepare correspondence to client re same. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 09/28/12 | Analyze court docket re plaintiff filing default judgment package against First Federal and prepare correspondence to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 10/03/12 | Prepare correspondence to client re inability to obtain default judgment package from court to determine if any issues with default relate to GMAC. | L190 | 0.20 | 288.00 | 57.60 |
| MKS | 10/14/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| DL | 10/26/12 | Analyze court docket re case status and prepare correspondence to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **1.60** | | **$455.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   332154      CLIENT    GMAC ResCap                                      Page          2
                          MATTER    Jackson, Juanita

---

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description |  | Hours | Amount |  |  |
|---|---|---|---|---|---|
| L190     Other Case Assessment |  | 1.60 | $455.40 |  |  |
| **TOTAL** |  | **1.60** | **$455.40** |  |  |

| Timekeeper |  | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.30 | 288.00 | $374.40 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | | **Total** | **1.60** | | **$455.40** |

PRIOR FEES                                      $945.45

|  | FEES | $455.40 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$455.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332155    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1280 | Tikhonov, Albina (BK) |
| | | GMAC Matter No.: 729305 |

**TOTAL AMOUNT DUE**            **$418.50**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332155    JBS                                November 14, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1280    Tikhonov, Albina (BK)
GMAC Matter No.: 729305

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| BJK | 10/02/12 | Drafted letter to 9th Circuit B.A.P. regarding disallowance of oral argument | L520 | 1.00 | 234.00 | 234.00 |
| BJK | 10/03/12 | Revised and prepared letter to 9th Circuit B.A.P. regarding disallowance of oral argument for filing | L520 | 0.30 | 234.00 | 70.20 |
| MKS | 10/15/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| SMH | 10/19/12 | Review status, attention to bankruptcy notice, if applicable, per J. Holtgren request. | L190 | 0.10 | 333.00 | 33.30 |
| | | **TOTAL** | | **1.70** | | **$418.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L190 | Other Case Assessment | 0.40 | $114.30 |
| L520 | Appellate Briefs | 1.30 | $304.20 |
| | **TOTAL** | **1.70** | **$418.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Kornberg, Bernard | BJK | Associate | 1.30 | 234.00 | $304.20 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332155 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Tikhonov, Albina (BK) | | | | |

| Hankins, Suzanne | SMH | Member | | 0.10 | 333.00 | $33.30 |
|---|---|---|---|---|---|---|
| | **Total** | | | **1.70** | | **$418.50** |

PRIOR FEES                         $10,449.45

FEES                    $418.50
**TOTAL THIS INVOICE**    **$418.50**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332157    JBS                                          November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1286    Brooks, Eric E. and Jack T.
                 GMAC Matter No.: 729183

**TOTAL AMOUNT DUE**          **$1,526.40**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      332157      JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  1286      Brooks, Eric E. and Jack T.
                             GMAC Matter No.: 729183

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 09/28/12 | Prepare case update for client on case chart. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/02/12 | Draft motion for judgment on pleadings re factual background and claims for wrongful foreclosure. | L430 | 1.10 | 288.00 | 316.80 |
| DL | 10/02/12 | Analyze plaintiff's notice of trial setting. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/18/12 | Prepare correspondence to client re preparing motion for judgment on the pleadings for claims moving forward in bankruptcy. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/22/12 | Draft and revise motion for judgment on pleadings re allegations regarding section 2923.5, tender, section 2924 and review bankruptcy filings for possible facts for use with motion. | L430 | 1.80 | 288.00 | 518.40 |
| DL | 10/22/12 | Draft answer for GMAC and ETS for filing with motion for judgment on pleadings. | L210 | 0.70 | 288.00 | 201.60 |
| DL | 10/29/12 | Finalize motion for judgment on the pleadings, request for judicial notice and order. | L430 | 1.20 | 288.00 | 345.60 |
| DL | 10/31/12 | Exchange correspondence with plaintiff's counsel re her withdrawal of attorney of record. | L190 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **5.30** | | **$1,526.40** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332157 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Brooks, Eric E. & Jack T. | | | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.50 | $144.00 |
| L210 | Pleadings | 0.70 | $201.60 |
| L430 | Written Motions/Submissions | 4.10 | $1,180.80 |
| | TOTAL | 5.30 | $1,526.40 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 5.30 | 288.00 | $1,526.40 |
| | Total | | 5.30 | | $1,526.40 |

| | |
|---|---|
| PRIOR FEES | $4,079.25 |
| PRIOR COSTS & EXPENSES | $277.34 |

| | |
|---|---|
| FEES | $1,526.40 |
| **TOTAL THIS INVOICE** | **$1,526.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     332158     JBS                                        November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1290      Evans, George (Estate of)
                     GMAC Matter No.: 729147

**TOTAL AMOUNT DUE**                    **$570.60**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received.
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332158    JBS                                      November 14, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1290    Evans, George (Estate of)
                        GMAC Matter No.: 729147

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 09/28/12 | Prepare case update for client on case chart. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/01/12 | Strategy re preparing motion for relief from stay and prepare correspondence to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 10/03/12 | Analyze bankruptcy docket re possible dismissal of petitioner's bankruptcy. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/05/12 | Analyze petitioner's bankruptcy schedules and prepare correspondence to client re filing motion for relief from stay and objecting to bankruptcy plan. | L190 | 0.50 | 288.00 | 144.00 |
| DL | 10/08/12 | Prepare correspondence to GMAC's bankruptcy counsel re filing motion for relief from stay. | L190 | 0.20 | 288.00 | 57.60 |
| MKS | 10/13/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| DL | 10/18/12 | Analyze petitioner's bankruptcy docket re status of bankruptcy and prepare correspondence to GMAC's bankruptcy counsel re same. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 10/19/12 | Exchange correspondence with bankrutpcy counsel re opposing debtor's bankruptcy plan and filing motion for relief from stay and prepare correspondence to client re same. | L190 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | **2.00** | | **$570.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 332158 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Evans, George (Estate of) | | |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L190    Other Case Assessment | | 2.00 | $570.60 | | |
| TOTAL | | **2.00** | **$570.60** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.70 | 288.00 | $489.60 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | Total | | **2.00** | | **$570.60** |

| PRIOR FEES | $9,431.55 |
|---|---|
| PRIOR COSTS & EXPENSES | $370.18 |

| | FEES | $570.60 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$570.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332159    JBS                                         November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER    1291     Allen, Pearlie
                          GMAC Matter No.: 728835

**TOTAL AMOUNT DUE**                    **$667.80**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332159    JBS                                    November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1291    Allen, Pearlie
                         GMAC Matter No.: 728835

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 09/13/12 | Evaluate file status. Prepare email to Plaintiff's counsel re: loss mitigation package. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 09/14/12 | Analysis of email from Plaintiff's counsel and accompanying loss mitigation package. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 09/21/12 | Prepare email to Plaintiff's counsel re: loss mitigation package. | L120 | 0.20 | 270.00 | 54.00 |
| SMH | 10/08/12 | Attention to status of modification review. | L160 | 0.20 | 333.00 | 66.60 |
| KWF | 10/08/12 | Prepare response to client inquiry re: loan modification package. | L120 | 0.30 | 270.00 | 81.00 |
| SMH | 10/29/12 | Attention to trial setting and related deadlines. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 10/29/12 | Attention to plaintiff's proposed resolution via loan modification review. | L160 | 0.20 | 333.00 | 66.60 |
| BAE | 10/29/12 | Appear at court mandated conference/trial setting conference. | L230 | 0.80 | 247.50 | 198.00 |
| | | **TOTAL** | | **2.40** | | **$667.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 1.00 | $270.00 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $133.20 |
| L190 | Other Case Assessment | 0.20 | $66.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   332159     CLIENT    GMAC ResCap                                    Page        2
                         MATTER    Allen, Pearlie

| L230 | Court Mandated Conferences | | 0.80 | $198.00 | | |
|---|---|---|---|---|---|---|
| | **TOTAL** | | **2.40** | **$667.80** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 0.80 | 247.50 | $198.00 |
| Franich, Kerry | KWF | Associate | 1.00 | 270.00 | $270.00 |
| Hankins, Suzanne | SMH | Member | 0.60 | 333.00 | $199.80 |
| | Total | | **2.40** | | **$667.80** |

PRIOR FEES                              $3,008.25
PRIOR COSTS & EXPENSES                  $1,643.88


                                        FEES        $667.80
                        TOTAL THIS INVOICE          $667.80

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332160    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1292 | Chavez, Joseph J. |
| | | GMAC Matter No.: 728841 |

**TOTAL AMOUNT DUE**               $243.00

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332160    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1292    Chavez, Joseph J.
                          GMAC Matter No.: 728841

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 10/05/12 | Receive and analyze meet and confer correspondence from Plaintiff's counsel. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 10/10/12 | Appear at meet and confer re: case management conference. | L230 | 0.30 | 270.00 | 81.00 |
| KWF | 10/11/12 | Review and revise draft CMC statement. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 10/16/12 | Prepare email to client, C. Bonello, re: status of litigation and upcoming CMC. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **0.90** | | **$243.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---------------------------|---|-------|--------|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $162.00 | | | |
| L230 | Court Mandated Conferences | 0.30 | $81.00 | | | |
| | **TOTAL** | **0.90** | **$243.00** | | | |
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** |
| Franich, Kerry | KWF | Associate | | 0.90 | 270.00 | $243.00 |
| | **Total** | | | **0.90** | | **$243.00** |

PRIOR FEES                      $4,472.55
PRIOR COSTS & EXPENSES          $339.09

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332160 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Chavez, Joseph J. | | |

|  | FEES | | $243.00 |
| **TOTAL THIS INVOICE** | | | **$243.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      332161      JBS                                      November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000      GMAC ResCap
MATTER      1293        Orozco, Javier and Ada
                        GMAC Matter No.: 729255

**TOTAL AMOUNT DUE**          $1,508.40

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      332161      JBS                                              November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  1293      Orozco, Javier and Ada
                              GMAC Matter No.: 729255

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 09/24/12 | Attention to status, upcoming deadlines. | L190 | 0.20 | 333.00 | 66.60 |
| DB | 09/24/12 | Analysis of issues in preparation to draft responsive pleading in light of Simon & Resnick case. | L240 | 0.10 | 256.50 | 25.65 |
| DB | 10/01/12 | Review file and draft update on GMAC Monthly Status Report. | L190 | 0.30 | 256.50 | 76.95 |
| DB | 10/11/12 | Review email from Donna Dishbak regarding scope of bankruptcy stay. | L190 | 0.10 | 256.50 | 25.65 |
| DB | 10/11/12 | Telephone conversation with Donna Dishbak regarding status and effect of bankruptcy stay. | L190 | 0.40 | 256.50 | 102.60 |
| DB | 10/11/12 | Review file and analyze issue regarding automatic stay of bankruptcy petition. | L190 | 0.40 | 256.50 | 102.60 |
| DB | 10/11/12 | Exchange emails with Donna Dishbak regarding scope of bankruptcy automatic stay. | L190 | 0.40 | 256.50 | 102.60 |
| SMH | 10/18/12 | Attention to status, non-monetary claims, draft email to l. Delehey re handling. | L190 | 0.30 | 333.00 | 99.90 |
| DB | 10/24/12 | Review file to assess scope of suggested bankruptcy stay in light of upcoming case management conference and the fact that pleadings are at issue. | L140 | 0.20 | 256.50 | 51.30 |
| DB | 10/29/12 | Review file in order to prepare case management conference statement. | L230 | 0.30 | 256.50 | 76.95 |
| DB | 10/29/12 | Draft case management conference statement. | L230 | 0.40 | 256.50 | 102.60 |
| SMH | 10/30/12 | Attention to status,potential for any resolution via original HAMP modification or alternative modification | L190 | 0.30 | 333.00 | 99.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332161 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Orozco, Javier & Ada | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | after default on HAMP. | | | | | |
| KKB | 10/30/12 | Research foreclosure date | L110 | 0.10 | 148.50 | | 14.85 |
| DB | 10/30/12 | Review file and status of sale date in preparation for case management conference. | L230 | 0.30 | 256.50 | | 76.95 |
| DB | 10/30/12 | Appeared at case management conference via courtcall. | L230 | 0.80 | 256.50 | | 205.20 |
| DB | 10/30/12 | Draft internal memorandum regarding case management conference. | L230 | 0.20 | 256.50 | | 51.30 |
| DB | 10/30/12 | Analysis and strategy moving forward in light of case management conference. | L120 | 0.30 | 256.50 | | 76.95 |
| KKB | 10/31/12 | Research BK dockets | L110 | 0.50 | 148.50 | | 74.25 |
| DB | 10/31/12 | Review bankruptcy filings. | L110 | 0.10 | 256.50 | | 25.65 |
| | | **TOTAL** | | **5.70** | | | **$1,458.45** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/11/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy 08/17/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$49.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.70 | $114.75 |
| L120 | Analysis/Strategy | 0.30 | $76.95 |
| L140 | Document/File Management | 0.20 | $51.30 |
| L190 | Other Case Assessment | 2.40 | $676.80 |
| L230 | Court Mandated Conferences | 2.00 | $513.00 |
| L240 | Dispositive Motions | 0.10 | $25.65 |
| | **TOTAL** | **5.70** | **$1,458.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Berkley, David Allan | DB | Associate | 4.30 | 256.50 | $1,102.95 |
| Brown, Kimberly | KKB | Paralegal | 0.60 | 148.50 | $89.10 |
| Hankins, Suzanne | SMH | Member | 0.80 | 333.00 | $266.40 |
| | **Total** | | **5.70** | | **$1,458.45** |

| | |
|---|---|
| PRIOR FEES | $4,371.75 |
| PRIOR COSTS & EXPENSES | $1,003.69 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   332161       CLIENT    GMAC ResCap                                    Page        3
                          MATTER    Orozco, Javier & Ada

|  | FEES | $1,458.45 |
|---|---|---|
|  | COSTS & EXPENSES | $49.95 |
|  | **TOTAL THIS INVOICE** | **$1,508.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332162    JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1297    Kabat, Walter C.
                GMAC Matter No.: 729092

**TOTAL AMOUNT DUE**            **$480.60**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332162    JBS

November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1297    Kabat, Walter C.
GMAC Matter No.: 729092

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| NKS | 08/28/12 | Discussed task with associate re: whether modification of bankruptcy stay order permits Kabat's suit; began reviewing casefile. | L120 | 0.40 | 247.50 | 99.00 |
| YS | 10/01/12 | Draft monthly case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 10/12/12 | Draft correspondence to client regarding status of the adversary proceeding, title history, and possible resolution of the matter | L190 | 0.70 | 238.50 | 166.95 |
| YS | 10/12/12 | Telephone conference with client regarding status of the adversary proceeding and proceeding with possible negotiated judgment in an effort to resolve this case | L190 | 0.30 | 238.50 | 71.55 |
| YS | 10/19/12 | Draft correspondence to client regarding stipulating to judgment where client's lien amount will be reduced | L190 | 0.20 | 238.50 | 47.70 |
| YS | 10/29/12 | Draft notice of change of address for J. Eisenfeld, client's local counsel in the matter | L210 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **2.00** | | **$480.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $99.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332162 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Kabat, Walter C. | | | | |

| | | | Hours | Value | | | |
|---|---|---|---|---|---|---|---|
| L190 | Other Case Assessment | | 1.30 | $310.05 | | | |
| L210 | Pleadings | | 0.30 | $71.55 | | | |
| | **TOTAL** | | **2.00** | **$480.60** | | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Singh, Navdeep Kumar | | NKS | Associate | 0.40 | 247.50 | $99.00 |
| Shaham, Yaron | | YS | Special Counsel | 1.60 | 238.50 | $381.60 |
| | | **Total** | | **2.00** | | **$480.60** |

PRIOR FEES                              $2,062.80
PRIOR COSTS & EXPENSES          $103.54

| | | |
|---|---|---|
| FEES | | $480.60 |
| **TOTAL THIS INVOICE** | | **$480.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332163    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1299    Pacheco, Carlos
                  GMAC Matter No.: 729442

**TOTAL AMOUNT DUE**              **$256.50**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332163    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1299    Pacheco, Carlos
                        GMAC Matter No.: 729442

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DHC | 10/30/12 | Conference with Adam Barasch re client's inability to secure original documents and effect on RFS motion. | L250 | 0.50 | 337.50 | 168.75 |
| ANB | 10/31/12 | Phone conference with client to discuss status of return of supplemental declaration, payment status of debtors and continuing relief from stay hearing to allow for verification of information in supplemental declaration | L120 | 0.30 | 292.50 | 87.75 |
| | | **TOTAL** | | **0.80** | | **$256.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---------------------------|---|-------|--------|---|---|
| L120 | Analysis/Strategy | 0.30 | $87.75 | | |
| L250 | Other Written Motions | 0.50 | $168.75 | | |
| | **TOTAL** | **0.80** | **$256.50** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Barasch, Adam | ANB | Special Counsel | 0.30 | 292.50 | $87.75 |
| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 |
| | **Total** | | **0.80** | | **$256.50** |

PRIOR FEES                    $2,655.00
PRIOR COSTS & EXPENSES        $97.87

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332163 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Pacheco, Carlos | | |

FEES _____ $256.50
**TOTAL THIS INVOICE** $256.50

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332165    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1303 | Caldera, Yolanda |
| | | GMAC Matter No.: 729718 |

**TOTAL AMOUNT DUE**          **$218.85**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332165    JBS                                      November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1303    Caldera, Yolanda
                         GMAC Matter No.: 729718

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 09/06/12 | Prepare email to client with order sustaining demurrer without leave to amend. Evaluate notice of entry of judgment. | L190 | 0.20 | 270.00 | 54.00 |
| MKS | 10/13/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **0.50** | | **$135.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/26/12 | First Legal Network, LLC; Court Services; LASC - Norwalk, CA 08/31/12 | 83.85 |
| | **TOTAL COSTS & EXPENSES** | **$83.85** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L190    Other Case Assessment | | 0.50 | $135.00 |
| **TOTAL** | | **0.50** | **$135.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 0.20 | 270.00 | $54.00 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **0.50** | | **$135.00** |

PRIOR FEES                          $3,587.40

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   332165 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Caldera, Yolanda | | |

PRIOR COSTS & EXPENSES                    $370.84

|  |  |
|---|---|
| FEES | $135.00 |
| COSTS & EXPENSES | $83.85 |
| **TOTAL THIS INVOICE** | **$218.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332166    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER   1304     Esparza, Roy and Lisa
                          GMAC Matter No.: 729444

**TOTAL AMOUNT DUE**                    $341.55

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332166    JBS                                          November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1304    Esparza, Roy and Lisa
                          GMAC Matter No.: 729444

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 08/03/12 | Analyze docket for service of complaint on Fannie Mae. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 08/14/12 | Attention to status conference and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/14/12 | Analyze court docket re status of service on Fannie Mae or GMAC; and provide update to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 09/28/12 | Prepare case update for client on case chart. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/22/12 | Analyze complaint for filing amended notice of bankruptcy to permit foreclosure claims to proceed and prepare correspondence to client re same. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 10/31/12 | Analyze correspondence from client re filing amended notice of bankruptcy re parsing stayed and non-stayed claims. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **1.20** | | **$341.55** |

## COSTS & EXPENSES

## BILLING SUMMARY

**Task Code and Description**          **Hours**      **Amount**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   332166 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Esparza, Roy & Lisa | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | | 0.30 | $82.35 | | | |
| L190 | Other Case Assessment | | 0.90 | $259.20 | | | |
| | **TOTAL** | | **1.20** | **$341.55** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 0.90 | 288.00 | $259.20 |
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |
| | **Total** | | **1.20** | | **$341.55** |

| PRIOR FEES | $2,325.15 |
|---|---|
| PRIOR COSTS & EXPENSES | $123.79 |

| FEES | $341.55 |
|---|---|
| **TOTAL THIS INVOICE** | **$341.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332167    JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1316 | Zeppeiro, Peter |
| | | GMAC Matter No.: 730045 |

**TOTAL AMOUNT DUE**         **$1,255.06**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332167    JBS

November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1316    Zeppeiro, Peter
GMAC Matter No.: 730045

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 09/28/12 | Prepare case update for client on case chart. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/01/12 | Exchange correspondence with plaintiff's counsel re revisions and finalizing Rule 26 report. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 10/02/12 | Analyze correspondence from title company acknowledging receipt of title claim. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/02/12 | Further revise joint scheduling report re discovery issues, motion issues and other pre-trial dates; exchange correspondence with plaintiff's counsel re same. | L430 | 1.20 | 288.00 | 345.60 |
| DL | 10/04/12 | Work on further revisions to joint scheduling conference report and exchange correspondence with plaintiff re same. | L430 | 0.50 | 288.00 | 144.00 |
| DL | 10/05/12 | Analyze order taking motion to dismiss under submission and prepare correspondence to plaintiff's counsel and client re same. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 10/12/12 | Analyze letter from title company denying title claim. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 10/17/12 | Analyze court's detailed order granting motion to dismiss with and without leave to amend and prepare correspondence to client re same. | L190 | 0.40 | 288.00 | 115.20 |
| DL | 10/18/12 | Exchange correspondence with client re possible dismissal of action if plaintiff does not timely amend complaint. | L190 | 0.10 | 288.00 | 28.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Séverson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332167 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Zeppeiro, Peter | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DL | 10/22/12 | Analyze letter from title company to GMAC re permitting title claim and exchange correspondence with client re title company's separate letter denying title claim. | L190 | 0.40 | 288.00 | 115.20 |
| DL | 10/30/12 | Analyze court docket re status of filing of amended complaint. | L210 | 0.10 | 288.00 | 28.80 |
| DL | 10/31/12 | Analyze first amended complaint. | L210 | 0.50 | 288.00 | 144.00 |
| | | **TOTAL** | | **4.20** | | **$1,209.60** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 10/17/12 | Pacer Service Center; Data Search; Cust. No. SW0122 7/01/12-9/30/12 | 9.70 |
| 10/24/12 | Federal Express Corporation; Federal Express; Claims Department First American Title Ins. Co. 171 N Clark St Chicago IL 60601 US 09/28/12 | 35.76 |
| | **TOTAL COSTS & EXPENSES** | **$45.46** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 1.70 | $489.60 |
| L210 | Pleadings | 0.60 | $172.80 |
| L430 | Written Motions/Submissions | 1.90 | $547.20 |
| | **TOTAL** | **4.20** | **$1,209.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 4.20 | 288.00 | $1,209.60 |
| | **Total** | | **4.20** | | **$1,209.60** |

| | | |
|---|---|---|
| PRIOR FEES | $8,427.60 | |
| PRIOR COSTS & EXPENSES | $182.48 | |

| | |
|---|---|
| FEES | $1,209.60 |
| COSTS & EXPENSES | $45.46 |
| **TOTAL THIS INVOICE** | **$1,255.06** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332168    JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1318 | Corona, Octavio and Angelica |
| | | GMAC Matter No.: 729890 |

**TOTAL AMOUNT DUE**          **$507.75**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332168    JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1318    Corona, Octavio and Angelica
                        GMAC Matter No.: 729890

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DL | 09/28/12 | Prepare case update for client on case chart. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/02/12 | Prepare case management statement and advise on status of pending bankruptcy. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 10/04/12 | Analyze GreenPoint's case management conference statement. | L430 | 0.10 | 288.00 | 28.80 |
| DL | 10/15/12 | Exchange correspondence with co-defendant re court continuing status conference | L190 | 0.20 | 288.00 | 57.60 |
| DL | 10/16/12 | Analyze notice of continuance of case management conference. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 10/22/12 | Analyze complaint for filing amended notice of bankruptcy to permit foreclosure claims to proceed and prepare correspondence to client re same. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 10/31/12 | Analyze correspondence from client re filing amended notice of bankruptcy re parsing stayed and non-stayed claims. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **1.30** | | **$374.40** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 10/11/12 | CourtCall, LLC; CourtCall - Conference Service; 10/16/12 | 78.00 |
| 10/17/12 | Pacer Service Center; Data Search; Cust. No. SW0122 7/01/12-9/30/12 | 5.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332168 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Corona, Octavio & Angelica | | | |

| 10/18/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 10/02/12 | | | 49.95 |
|---|---|---|---|---|
| | **TOTAL COSTS & EXPENSES** | | **$133.35** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L190 | Other Case Assessment | 0.90 | $259.20 | | | |
| L430 | Written Motions/Submissions | 0.40 | $115.20 | | | |
| | **TOTAL** | **1.30** | **$374.40** | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Liu, David | DL | Associate | | 1.30 | 288.00 | $374.40 |
| | **Total** | | | **1.30** | | **$374.40** |

| PRIOR FEES | $2,068.65 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,919.44 |

| | FEES | $374.40 |
|---|---|---|
| | COSTS & EXPENSES | $133.35 |
| | **TOTAL THIS INVOICE** | **$507.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332169    JBS                                          November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1320 | Krajnyak-Vestil, Ildiko |
| | | GMAC Matter No.: 730087 |

**TOTAL AMOUNT DUE**          **$1,601.82**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332169    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1320    Krajnyak-Vestil, Ildiko
GMAC Matter No.: 730087

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 10/01/12 | Attend hearing on client's demurrer to plaintiff's complaint and determine how to proceed based on the court's ruling | L450 | 3.80 | 238.50 | 906.30 |
| YS | 10/01/12 | Draft notice of ruling on client's demurrer to plaintiff's complaint | L210 | 0.30 | 238.50 | 71.55 |
| YS | 10/01/12 | Draft correspondence to client regarding status of the case, outcome from hearing on client's demurrer, and proceeding further with client's defense in this case | L190 | 0.30 | 238.50 | 71.55 |
| YS | 10/01/12 | Draft monthly case status update | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 10/10/12 | Review and analysis of case file, pleadings, etc. to determine the effect of the automatic stay and client's bankruptcy on the case proceeding forward. | L190 | 0.40 | 238.50 | 95.40 |
| JHT | 10/11/12 | Drafted correspondence to Plaintiff regarding Notice of Bankruptcy Stay and fact that claims alleged against clients are not permitted. | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 10/11/12 | Drafted Notice of Bankruptcy Stay on behalf of clients. | L210 | 0.70 | 238.50 | 166.95 |
| MKS | 10/13/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| YS | 10/19/12 | Draft correspondence to plaintiff's counsel regarding obtaining his proposed revisions to the settlement | L160 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332169 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Krajnyak-Vestil, Ildiko | | |

agreement
**TOTAL**                                              6.50                    **$1,559.70**

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/08/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 09/18/12 | 9.95 |
| 10/11/12 | Yaron Shaham; Transportation; Court Appearance- Case Management Conference, Orange County Superior Court 10/01/12 | 12.27 |
| 10/22/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Ruling on Defendant GMAC Mortgage, LLC's Demurrer to Plaintiff's Complaint 10/05/12 | 9.95 |
| 10/29/12 | One Legal, Inc.; Transmittal of filing to court; Defendant's GMAC Mortgage, LLC's and Executive Trustee Services, LLC's Notice of Bankruptcy Stay and Suggestion of... 10/17/12 | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$42.12** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 0.20 | $47.70 |
| L190 | Other Case Assessment | 1.10 | $271.80 |
| L210 | Pleadings | 1.40 | $333.90 |
| L450 | Trial and Hearing Attendance | 3.80 | $906.30 |
| | **TOTAL** | **6.50** | **$1,559.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 1.50 | 238.50 | $357.75 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Shaham, Yaron | YS | Special Counsel | 4.70 | 238.50 | $1,120.95 |
| | **Total** | | **6.50** | | **$1,559.70** |

PRIOR FEES                              $5,557.95
PRIOR COSTS & EXPENSES                   $580.67

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332169 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Krajnyak-Vestil, Ildiko | | |

|  |  |
|---|---|
| FEES | $1,559.70 |
| COSTS & EXPENSES | $42.12 |
| **TOTAL THIS INVOICE** | **$1,601.82** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332172    JBS                                   November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1323 | Powderly, Christina and Paul |
| | | GMAC Matter No.: 730151 |

**TOTAL AMOUNT DUE**          **$759.21**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332172    JBS                          November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1323    Powderly, Christina and Paul
                        GMAC Matter No.: 730151

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994       10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 09/28/12 | Prepare case update for client on case chart. | L190 | 0.10 | 288.00 | 28.80 |
| SMH | 10/01/12 | Attention to notice of bankruptcy format. | L210 | 0.10 | 333.00 | 33.30 |
| DL | 10/02/12 | Exchange correspondence with client re finalizing demurrer and notice of bankruptcy. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 10/05/12 | Finalize demurrer, notice of bankruptcy and letter to plaintiffs re bankruptcy. | L430 | 1.30 | 288.00 | 374.40 |
| DL | 10/12/12 | Analyze order resetting hearing date for demurrer and prepare notice re same. | L190 | 0.30 | 288.00 | 86.40 |
| MKS | 10/13/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| SMH | 10/19/12 | Review status, attention to bankruptcy notice, if applicable, per J. Holtgren request. | L190 | 0.10 | 333.00 | 33.30 |
| | | **TOTAL** | | **2.40** | | **$694.80** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/15/12 | Cardmember Service/Bank One (Acct #0705); Data Search; 522 S. Helena Street Orange, CA 09/18/12 | 29.29 |
| 10/17/12 | Pacer Service Center; Data Search; Cust. No. SW0122 7/01/12-9/30/12 | 7.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332172 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Powderly, Christina & Paul | | |

| | | | |
|---|---|---|---|
| 10/24/12 | Federal Express Corporation; Federal Express; Christina Marie Powderly Paul Joseph Powderly 522 South Helena Street Anaheim CA 92805 US 10/08/12 | | 17.27 |
| 10/30/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Hearing 10/22/12 | | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$64.41** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.80 | $229.50 |
| L210 | Pleadings | 0.10 | $33.30 |
| L430 | Written Motions/Submissions | 1.50 | $432.00 |
| | **TOTAL** | **2.40** | **$694.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.90 | 288.00 | $547.20 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **2.40** | | **$694.80** |

| | | |
|---|---|---|
| PRIOR FEES | $6,352.20 | |
| PRIOR COSTS & EXPENSES | $2,053.83 | |

| | | |
|---|---|---|
| FEES | $694.80 |
| COSTS & EXPENSES | $64.41 |
| **TOTAL THIS INVOICE** | **$759.21** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      332173      JBS                                         November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1326      Rabbitt, Mark and Maria Teresa
                      GMAC Matter No.: 730109

**TOTAL AMOUNT DUE**          $1,710.49

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332173    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1326    Rabbitt, Mark and Maria Teresa
                        GMAC Matter No.: 730109

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 10/01/12 | Draft monthly case status update | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 10/04/12 | Drafted Notice of Demurrer, Demurrer and Memorandum of points and Authorities on client's behalf in response to Plaintiffs' First Amended Complaint. | L210 | 3.50 | 238.50 | 834.75 |
| JHT | 10/04/12 | Drafted Request for Judicial Notice in support of Demurrer to First Amended Complaint. | L210 | 0.50 | 238.50 | 119.25 |
| JHT | 10/04/12 | Drafted Proposed Order on Demurrer to First Amended Complaint. | L210 | 0.30 | 238.50 | 71.55 |
| YS | 10/05/12 | Further drafting and revising of client's demurrer, request for judicial notice, and proposed order in response to plaintiffs' amended complaint | L210 | 0.50 | 238.50 | 119.25 |
| JHT | 10/10/12 | Review and analysis of case file, pleadings, etc. to determine the effect of the automatic stay and client's bankruptcy on the case proceeding forward. | L190 | 0.40 | 238.50 | 95.40 |
| YS | 10/11/12 | Draft notice of bankruptcy stay and affect of the automatic stay on the case | L210 | 0.60 | 238.50 | 143.10 |
| YS | 10/11/12 | Draft correspondence to plaintiffs' counsel regarding client's bankruptcy filing and affect of the automatic stay | L190 | 0.40 | 238.50 | 95.40 |
| MKS | 10/13/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332173 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Rabbitt, Mark & Maria Teresa | | | | |

| YS | 10/16/12 | Draft correspondence to client regarding notice of bankruptcy file with the court and the stay imposed on future hearings in the case | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **6.80** | | **$1,631.25** |

## COSTS & EXPENSES

| 10/15/12 | Cardmember Service/Bank One (Acct #0705); Data Search; 4504 Morrow Bay Street San Diego, CA 09/29/12 | 29.29 |
| 10/29/12 | One Legal, Inc.; Transmittal of filing to court; Defendant GMAC Mortgage LLC's Notice of Bankruptcy Stay and Suggestion of Automatic Stay 10/17/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$79.24** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L190 | Other Case Assessment | 1.40 | $343.35 |
| L210 | Pleadings | 5.40 | $1,287.90 |
| | **TOTAL** | **6.80** | **$1,631.25** |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Tuffaha, Joe | JHT | Associate | 4.70 | 238.50 | $1,120.95 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Shaham, Yaron | YS | Special Counsel | 1.80 | 238.50 | $429.30 |
| | **Total** | | **6.80** | | **$1,631.25** |

| PRIOR FEES | $3,179.70 |
| PRIOR COSTS & EXPENSES | $600.33 |

| | FEES | $1,631.25 |
| | COSTS & EXPENSES | $79.24 |
| | **TOTAL THIS INVOICE** | **$1,710.49** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332174    JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|---|---|---|
| MATTER | 1327 | Ganci, Ashley |
| | | GMAC Matter No.: 730090 |

**TOTAL AMOUNT DUE**          **$1,114.65**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332174    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1327    Ganci, Ashley
                        GMAC Matter No.: 730090

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 10/01/12 | Draft monthly case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 10/10/12 | Draft correspondence to client regarding status of the case and pending hearing on client's demurrer to plaintiff's first amended complaint | L190 | 0.30 | 238.50 | 71.55 |
| YS | 10/10/12 | Review and analysis of plaintiff's loan modification application in attempt toresolve this litigation | L120 | 0.40 | 238.50 | 95.40 |
| YS | 10/10/12 | Draft correspondence to client regarding plaintiff's loan modification application | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 10/10/12 | Review and analysis of case file, pleadings, etc. to determine the effect of the automatic stay and client's bankruptcy on the case proceeding forward. | L190 | 0.40 | 238.50 | 95.40 |
| YS | 10/11/12 | Draft notice of bankruptcy stay and affect of the automatic stay on the case | L210 | 0.60 | 238.50 | 143.10 |
| YS | 10/11/12 | Draft correspondence to plaintiffs' counsel regarding client's bankruptcy filing and affect of the automatic stay | L190 | 0.40 | 238.50 | 95.40 |
| MKS | 10/13/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| YS | 10/15/12 | Review and analysis of plaintiff's opposition to client's demurrer to the first amended complaint and determine how to respond | L120 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332174 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Ganci, Ashley | | | | |

| YS | 10/19/12 | Draft correspondence to plaintiff's counsel regarding status of her loan modification application | L190 | 0.20 | 238.50 | 47.70 |
|---|---|---|---|---|---|---|
| BAE | 10/19/12 | Appearance at hearing on demurrer. | L240 | 0.90 | 247.50 | 222.75 |
| YS | 10/24/12 | Draft correspondence to plaintiff's counsel regarding client's request fro additional information and documentation from plaintiff to complete loan modification review | L160 | 0.30 | 238.50 | 71.55 |
| YS | 10/25/12 | Draft notice of ruling on clients' demurrer to plaintiff's first amended complaint | L210 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **4.60** | | **$1,114.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $143.10 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $71.55 |
| L190 | Other Case Assessment | 1.90 | $462.60 |
| L210 | Pleadings | 0.90 | $214.65 |
| L240 | Dispositive Motions | 0.90 | $222.75 |
| | **TOTAL** | **4.60** | **$1,114.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 0.90 | 247.50 | $222.75 |
| Tuffaha, Joe | JHT | Associate | 0.40 | 238.50 | $95.40 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Shaham, Yaron | YS | Special Counsel | 3.00 | 238.50 | $715.50 |
| | **Total** | | **4.60** | | **$1,114.65** |

| PRIOR FEES | $3,495.60 |
|---|---|
| PRIOR COSTS & EXPENSES | $49.95 |

| | FEES | $1,114.65 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,114.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332175    JBS                                         November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1331 | Kemp, Tracy Strode |
| | | GMAC Matter No.: 730275 |

**TOTAL AMOUNT DUE**            **$747.02**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332175    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1331    Kemp, Tracy Strode
GMAC Matter No.: 730275

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| BAE | 10/02/12 | Draft amended notice of demurrer. | L240 | 0.30 | 247.50 | 74.25 |
| SMH | 10/18/12 | Attention to L. Delehy inquiry re bankruptcy filing. | L190 | 0.10 | 333.00 | 33.30 |
| BAE | 10/18/12 | Appearance at hearing on demurrer. | L240 | 0.90 | 247.50 | 222.75 |
| BAE | 10/18/12 | Research court's authority to sustain demurrer as to GMAC and Wells Fargo when Wells Fargo was the only moving party. | L240 | 0.30 | 247.50 | 74.25 |
| BAE | 10/18/12 | Emails with client regarding court's authority to sustain demurrer as to GMAC and Wells Fargo when Wells Fargo was the only moving party. | L240 | 0.30 | 247.50 | 74.25 |
| SMH | 10/19/12 | Attention to court's ruling on demurrer on behalf of GMAC in light of stay, response to L. Delehey inquiry. | L240 | 0.20 | 333.00 | 66.60 |
| | | **TOTAL** | | **2.10** | | **$545.40** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 10/16/12 | CourtCall, LLC; CourtCall - Conference Service; 10/18/12 | 78.00 |
| 10/17/12 | Pacer Service Center; Data Search; Cust. No. SW0122 7/01/12-9/30/12 | 12.20 |
| 10/22/12 | NORCO Delivery Services; Messenger; Tracey Strode Kemp DBA Evi. Lancaster, Ca. 10/02/12 | 22.42 |
| 10/25/12 | DDS Legal Support Systems; Court Services; Los Angeles Superior Main. 10/02/12 | 89.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.   332175 | CLIENT | GMAC ResCap | | Page | 2 |
| | MATTER | Kemp, Tracy Strode | | | |

---

**TOTAL COSTS & EXPENSES**                                        **$201.62**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.10 | $33.30 |
| L240 | Dispositive Motions | 2.00 | $512.10 |
| | **TOTAL** | **2.10** | **$545.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 1.80 | 247.50 | $445.50 |
| Hankins, Suzanne | SMH | Member | 0.30 | 333.00 | $99.90 |
| | **Total** | | **2.10** | | **$545.40** |

| | |
|---|---|
| PRIOR FEES | $3,757.05 |
| PRIOR COSTS & EXPENSES | $1,183.00 |

| | |
|---|---|
| FEES | $545.40 |
| COSTS & EXPENSES | $201.62 |
| **TOTAL THIS INVOICE** | **$747.02** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332176    JBS                                      November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1332     Dale, Robert D.
                   GMAC Matter No.: 730281

**TOTAL AMOUNT DUE**          $705.70

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332176    JBS                              November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1332    Dale, Robert D.
GMAC Matter No.: 730281

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 09/17/12 | Prepare correspondence to client re result of court sustaining Wells Fargo's demurrer with leave to amend and review order re same. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 09/19/12 | Analyze Wells Fargo's notice of ruling sustaining its demurrer with leave to amend. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 09/28/12 | Prepare case update for client on case chart. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/01/12 | Analyze first amended complaint and request for judicial notice and compare to allegations in prior complaint and prepare correspondence to client re same. | L210 | 0.50 | 288.00 | 144.00 |
| DL | 10/02/12 | Analyze court docket for filing of first amended complaint. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/03/12 | Analyze correspondence from client re not filing new declaration of non-monetary status to amended complaint. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/12/12 | Draft notice of bankruptcy stay and letter re bankruptcy and exchange correspondence with client re same. | L430 | 0.50 | 288.00 | 144.00 |
| MKS | 10/13/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| DL | 10/15/12 | Revise notice of bankruptcy and letter to plaintiff's counsel. | L430 | 0.20 | 288.00 | 57.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332176 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Dale, Robert D. | | | | |

| DL | 10/29/12 | Analyze co-defendant Preiminent Investment's motion to expunge lis pendens. | L430 | 0.20 | 288.00 | 57.60 |
|---|---|---|---|---|---|---|
| | | **TOTAL** | | **2.40** | | **$685.80** |

### COSTS & EXPENSES

| 09/11/12 | One Legal, Inc.; Transmittal of filing to court; Declaration of Non-Monetary Status 07/26/12 | 9.95 |
|---|---|---|
| 10/30/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy and Suggestion of Automatic Stay 10/18/12 | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$19.90** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 1.00 | $282.60 |
| L210 | Pleadings | 0.50 | $144.00 |
| L430 | Written Motions/Submissions | 0.90 | $259.20 |
| | **TOTAL** | **2.40** | **$685.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 2.10 | 288.00 | $604.80 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **2.40** | | **$685.80** |

| PRIOR FEES | $1,908.90 |
|---|---|
| PRIOR COSTS & EXPENSES | $93.64 |

| FEES | $685.80 |
|---|---|
| COSTS & EXPENSES | $19.90 |
| **TOTAL THIS INVOICE** | **$705.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332177    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1334    Villanueva, Manuel, Lourdes and Angel
                  GMAC Matter No.: 730481

**TOTAL AMOUNT DUE**           **$581.85**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      332177      JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 1334      Villanueva, Manuel, Lourdes and Angel
                            GMAC Matter No.: 730481

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| YS | 10/01/12 | Draft monthly case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 10/04/12 | Draft correspondence to client regarding possible settlement offer to make to plaintiff to resolve this matter | L160 | 0.20 | 238.50 | 47.70 |
| YS | 10/08/12 | Draft correspondence to plaintiff's counsel regarding denial of plaintiff's loan modification offer and client's settlement offer to plaintiff | L190 | 0.40 | 238.50 | 95.40 |
| YS | 10/10/12 | Review and analysis of case file, pleadings, etc. to determine the effect of the automatic stay and client's bankruptcy on the case proceeding forward | L120 | 0.40 | 238.50 | 95.40 |
| YS | 10/10/12 | Draft client's notice of bankruptcy stay and affect of the stay on the litigation | L210 | 0.60 | 238.50 | 143.10 |
| YS | 10/10/12 | Draft correspondence to plaintiffs' counsel regarding notice of clients bankruptcy case and affect of the automatic stay on the litigation going forward | L190 | 0.40 | 238.50 | 95.40 |
| MKS | 10/13/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **2.40** | | **$581.85** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. 332177 | **CLIENT** | GMAC ResCap | | Page | 2 |
| | **MATTER** | Villanueva, Manuel & Lourdes | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $95.40 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $47.70 |
| L190 | Other Case Assessment | 1.20 | $295.65 |
| L210 | Pleadings | 0.60 | $143.10 |
| | **TOTAL** | **2.40** | **$581.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Shaham, Yaron | YS | Special Counsel | 2.10 | 238.50 | $500.85 |
| | **Total** | | **2.40** | | **$581.85** |

| | |
|---|---|
| PRIOR FEES | $6,206.85 |
| PRIOR COSTS & EXPENSES | $2,000.79 |

| | |
|---|---|
| FEES | $581.85 |
| **TOTAL THIS INVOICE** | **$581.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332178    JBS                                      November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1335    Jones, Emertha
                  GMAC Matter No.: 730533

**TOTAL AMOUNT DUE**              **$418.95**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332178    JBS                                  November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1335    Jones, Emertha
GMAC Matter No.: 730533

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 09/28/12 | Prepare case update for client on case chart. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/01/12 | Analyze docket for first amended complaint and prepare correspondence to client re no amended complaint filed. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 10/12/12 | Draft notice of bankruptcy stay and letter re bankruptcy and exchange correspondence with client re same. | L430 | 0.50 | 288.00 | 144.00 |
| MKS | 10/13/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| DL | 10/15/12 | Revise notice of bankruptcy and letter to plaintiff's counsel. | L430 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **1.30** | | **$369.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/29/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy and Suggestion of Automatic Stay 10/17/12 | 49.95 |

**TOTAL COSTS & EXPENSES**                          **$49.95**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L190    Other Case Assessment | 0.60 | $167.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332178 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Jones, Emertha | | | | |

| L430 | Written Motions/Submissions | | | 0.70 | $201.60 | | |
|---|---|---|---|---|---|---|---|
| | **TOTAL** | | | **1.30** | **$369.00** | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Liu, David | DL | Associate | | 1.00 | 288.00 | $288.00 |
| Sullivan, Mary Kate | MKS | Member | | 0.30 | 270.00 | $81.00 |
| | **Total** | | | **1.30** | | **$369.00** |

PRIOR FEES                          $1,504.35
PRIOR COSTS & EXPENSES        $148.54

| | | |
|---|---|---|
| FEES | $369.00 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$418.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332179    JBS                                     November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1345 | Rozier, Karen Michelle |
| | | GMAC Matter No.: 731151 |

**TOTAL AMOUNT DUE**         $5,107.50

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332179    JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1345    Rozier, Karen Michelle
                        GMAC Matter No.: 731151

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ANB | 10/01/12 | Draft, review and revise Motion for Extension of Time to Respond to Appellant's Opening Brief | L210 | 2.00 | 292.50 | 585.00 |
| ANB | 10/01/12 | Draft, review and revise Declaration in support of Motion for Extension of Time to Respond to Appellant's Opening Brief | L210 | 1.00 | 292.50 | 292.50 |
| ANB | 10/02/12 | Further phone conference with client, and foreclosure trustee representatives to discuss merits of rescinding sale, and process going forward to rescind sale and to take measures to re-notice sale | L120 | 0.50 | 292.50 | 146.25 |
| ANB | 10/15/12 | Review e-mail from Debtor advising seeking judicial review of order granting extension of time, advise client and request clarification on sale date | L120 | 0.20 | 292.50 | 58.50 |
| DHC | 10/16/12 | Conference with Adam Barasch re appellate brief and Rozier's motion for stay of foreclosure. | L520 | 0.50 | 337.50 | 168.75 |
| ANB | 10/16/12 | Briefly review debtors emergency stay pending appeal, advise client and review BAP rule regarding stays pending appeal | L120 | 1.00 | 292.50 | 292.50 |
| ANB | 10/18/12 | Draft, review and revise Opposition to Debtors Moton for Stay Pending Appeal of Ordr Granting Relief from Stay and file | L210 | 5.00 | 292.50 | 1,462.50 |
| DHC | 10/19/12 | Conference with Adam Barasch re plaintiff's sanctions motion and email threats. | L250 | 0.50 | 337.50 | 168.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   332179   CLIENT   GMAC ResCap                                Page        2
                      MATTER   Rozier, Karen Michelle

| | | | | | | |
|---|---|---|---|---|---|---|
| ANB | 10/19/12 | Review latest filing from debtor challenging motion for extension of time after order has been granted and demanding a response | L120 | 0.50 | 292.50 | 146.25 |
| DHC | 10/24/12 | Correspondence with plaintiff re misspelling of middle name, vile comments and threats. | L190 | 0.50 | 337.50 | 168.75 |
| DHC | 10/24/12 | Conference with Adam Barasch re handling threats made by plaintiff. | L190 | 0.50 | 337.50 | 168.75 |
| ANB | 10/24/12 | Review Request for Judicial Review filed by appellant and draft Opposition | L210 | 2.00 | 292.50 | 585.00 |
| DHC | 10/25/12 | Review Appellant's Request for Judicial Review filed with the BAP. | L510 | 0.50 | 337.50 | 168.75 |
| DHC | 10/25/12 | Review and revise Opposition to Appellants' Request for Judicial Review. | L510 | 0.50 | 337.50 | 168.75 |
| ANB | 10/25/12 | Review and revise Opposition to Request for Judicial Review and file | L210 | 0.80 | 292.50 | 234.00 |
| ANB | 10/30/12 | Continue review debtors opening brief | L120 | 1.00 | 292.50 | 292.50 |
| | | **TOTAL** | | **17.00** | | **$5,107.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.20 | $936.00 |
| L190 | Other Case Assessment | 1.00 | $337.50 |
| L210 | Pleadings | 10.80 | $3,159.00 |
| L250 | Other Written Motions | 0.50 | $168.75 |
| L510 | Appellate Motions & Submission | 1.00 | $337.50 |
| L520 | Appellate Briefs | 0.50 | $168.75 |
| | **TOTAL** | **17.00** | **$5,107.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 14.00 | 292.50 | $4,095.00 |
| Cram, Donald | DHC | Member | 3.00 | 337.50 | $1,012.50 |
| | **Total** | | **17.00** | | **$5,107.50** |

PRIOR FEES                          $3,252.15

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332179 | CLIENT | GMAC ResCap | Page | 3 |
| | | MATTER | Rozier, Karen Michelle | | |

PRIOR COSTS & EXPENSES                    $38.09


                                    FEES        $5,107.50
                        **TOTAL THIS INVOICE**      **$5,107.50**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      332180      JBS                                           November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1346       Marquez, Edgardo M.
                       GMAC Matter No.: 731029

**TOTAL AMOUNT DUE**              **$624.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332180    JBS                                        November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1346    Marquez, Edgardo M.
                        GMAC Matter No.: 731029

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 10/01/12 | Draft monthly case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 10/10/12 | Review and analysis of case file, pleadings, etc. to determine the effect of the automatic stay and client's bankruptcy on the case proceeding forward | L120 | 0.40 | 238.50 | 95.40 |
| YS | 10/10/12 | Draft client's notice of bankruptcy stay and affect of the stay on the litigation | L210 | 0.60 | 238.50 | 143.10 |
| YS | 10/10/12 | Draft correspondence to plaintiffs' counsel regarding notice of clients bankruptcy case and affect of the automatic stay on the litigation going forward | L190 | 0.40 | 238.50 | 95.40 |
| JHT | 10/11/12 | Drafted correspondence to client regarding proposed filing of Notice of Bankruptcy Stay and Letter to Plaintiff. | L190 | 0.30 | 238.50 | 71.55 |
| MKS | 10/13/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| SMH | 10/19/12 | Review status, attention to bankruptcy notice, if applicable, per J. Holtgren request. | L190 | 0.10 | 333.00 | 33.30 |
| YS | 10/26/12 | Receipt, review and analysis of co-defendant Greenpoint Mortgage's notice of non-opposition to its demurrer to the complaint | L120 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **2.30** | | **$567.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332180 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Marquez, Edgardo M. | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/17/12 | Pacer Service Center; Data Search; Cust. No. SW0122 7/01/12-9/30/12 | 7.40 |
| 10/29/12 | One Legal, Inc.; Transmittal of filing to court; Defendant's GMAC Mortgage, LLC's and Executive Trustee Services, LLC dba ETS Services, LLC's Notice of Banckruptcy... 10/16/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$57.35** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $119.25 |
| L190 | Other Case Assessment | 1.20 | $305.10 |
| L210 | Pleadings | 0.60 | $143.10 |
| | **TOTAL** | **2.30** | **$567.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.30 | 238.50 | $71.55 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Hankins, Suzanne | SMH | Member | 0.10 | 333.00 | $33.30 |
| Shaham, Yaron | YS | Special Counsel | 1.60 | 238.50 | $381.60 |
| | **Total** | | **2.30** | | **$567.45** |

| | |
|---|---|
| PRIOR FEES | $5,866.20 |
| PRIOR COSTS & EXPENSES | $1,723.63 |

| | |
|---|---|
| FEES | $567.45 |
| COSTS & EXPENSES | $57.35 |
| **TOTAL THIS INVOICE** | **$624.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      332182      JBS

November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER     1349       Martinez, Erica
                            GMAC Matter No.: 731380

**TOTAL AMOUNT DUE**          $1,140.75

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332182    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 1349    Martinez, Erica
                       GMAC Matter No.: 731380

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ANB | 10/10/12 | Communication with Plaintiffs counsel on second extension of time to respond to complaint while client is reviewing plaintiff for loan modification | L120 | 0.20 | 292.50 | 58.50 |
| ANB | 10/11/12 | Communicate with client status of case regarding extension of deadline to respond and request conference to discuss response to interrogatories | L120 | 0.30 | 292.50 | 87.75 |
| ANB | 10/11/12 | Appear at Status Conference | L230 | 1.00 | 292.50 | 292.50 |
| ANB | 10/11/12 | Review and revise second stipulation to extend deadline to respond to complaint, and forward to Plaintiffs counsel | L120 | 0.50 | 292.50 | 146.25 |
| ANB | 10/12/12 | Review client narrative on additional information needed to review plaintiff for loan modification, forward information to plaintiffs counsel and request information be forwarded to client | L120 | 0.30 | 292.50 | 87.75 |
| ANB | 10/29/12 | Review additional financial information sent by Plaintiff in support of loan modification and forward onto client | L120 | 0.30 | 292.50 | 87.75 |
| ANB | 10/30/12 | Review tentative ruling on motion to modify plan, advise bankruptcy counsel of loan modification | L120 | 0.20 | 292.50 | 58.50 |
| ANB | 10/31/12 | Prepare for Court Appearance | L230 | 0.30 | 292.50 | 87.75 |
| ANB | 10/31/12 | Telephonic Court Appearance for status conference | L230 | 0.50 | 292.50 | 146.25 |
| ANB | 10/31/12 | Update client on case after latest status conference | L120 | 0.30 | 292.50 | 87.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 332182 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER | Martinez, Erica | | | |

| | | |
|---|---|---|
| **TOTAL** | 3.90 | **$1,140.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.10 | $614.25 |
| L230 | Court Mandated Conferences | 1.80 | $526.50 |
| | **TOTAL** | **3.90** | **$1,140.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 3.90 | 292.50 | $1,140.75 |
| | **Total** | | **3.90** | | **$1,140.75** |

| | |
|---|---|
| PRIOR FEES | $1,845.00 |
| PRIOR COSTS & EXPENSES | $122.04 |

| | |
|---|---|
| FEES | $1,140.75 |
| **TOTAL THIS INVOICE** | **$1,140.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332183    JBS

November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER    1354     Zaveri, Mohammed Y.
                   GMAC Matter No.: 731363

**TOTAL AMOUNT DUE**              **$316.80**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement