# Severson & Werson
### A Professional Corporation

Donald H. Cram
Attorney
Direct Line: (415) 677-5536
dhc@severson.com

One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

December 20, 2012

**VIA FEDEX**

**Counsel for Debtors**
Morrison & Foerster LLP
Attn: Larren M. Nashelsky, Gary S. Lee and Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

**United States Trustee**
Office of the U.S. Trustee for the Southern District of New York
Attn: Tracy Hope Davis, Linda A. Rifkin and Brian S. Masumoto
33 Whitehall Street, 21st Floor
New York, NY 10004

**Counsel for Creditors' Committee**
Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein and Douglas H. Mannal
1177 Avenue of the Americas
New York, NY 10036

**Counsel for Ally Financial Inc.**
Kirkland & Ellis
Attn: Richard M. Cieri and Ray C. Schrock
601 Lexington Avenue
New York, NY 10022

**Counsel for Barclays Bank PLC**
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Kenneth S. Ziman and Jonathan H. Hofer
4 Times Square
New York, NY 10036

Re: *In re Residential Capital, LLC, et al.*
Case No. 12-12020
Monthly Statement for Compensation and Expense Reimbursement

Dear Counsel:

Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find Severson & Werson's monthly fee statement for the period November 1, 2012 through November 30, 2012 (the "Statement"), which was served on the parties listed in paragraph (a) of the Order, on December 20, 2012.

19000.9997/2505876.1           San Francisco ~ Orange County ~ Walnut Creek



Morrison & Foerster LLP, et al.
December 20, 2012
Page 2

    In the absence of a timely objection, the Debtors shall pay $227,965.60, consisting of the sum of (a) $203,817.10, an amount equal to 80% of the fees ($203,817.10 = $254,771.37 x 0.80) and (b) 100% of the expenses ($24,148.50) being requested in the Statement.

    Objections to the Statement are due by January 10, 2013.

    Please contact me should you have any questions.

                                  Very truly yours,

                                    Donald H. Cram

DHC:dc
Enclosures

cc:    John B. Sullivan
        Duane M. Geck

19000.9997/2505876.1

DUANE M. GECK (State Bar No. 114823)
dmg@severson.com
DONALD H. CRAM (State Bar No. 160004)
dhc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Retained Professionals

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re | Case No. 12-12020 (MG) |
|---|---|
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**SEVERSON & WERSON, P.C.'S MONTHLY STATEMENT
FOR COMPENSATION AND EXPENSE REIMBURSEMENT
FOR THE TIME PERIOD NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012**

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered July 17, 2012 ("Order"), Retained Professional, Severson & Werson, P.C., submits this monthly statement for compensation and expense reimbursement for the time period November 1, 2012 through November 30, 2012 ("Monthly Statement"), respectfully showing as follows:

1. During the Monthly Statement period, individuals from Severson & Werson, P.C. performed services on behalf of one or more of the Debtor entities with respect to 199 different litigation matters in California concerning mortgage loans held by and/or serviced by one or more of the Debtor entities. The total compensation sought for the Monthly Statement period is $254,771.37 and the total expense reimbursement sought for the Monthly Statement period is $24,148.50.

2. A list of individuals who provided services during the Monthly Statement period, their respective titles, billing rates and aggregate hours spent by each individual during the

Monthly Statement period is attached hereto as **Exhibit A**.

3.  A detailed breakdown of disbursements incurred and contemporaneously maintained time entries for the services performed by individuals from Severson & Werson, P.C. for each respective matter during the Monthly Statement period are itemized in the corresponding invoices attached hereto as **Exhibit B**.

4.  Pursuant to the Court's Order, the deadline within which to serve a Notice of Objection to Fee Statement is 20 days after receipt of this Monthly Statement.

DATED: December 20, 2012

SEVERSON & WERSON
A Professional Corporation

By: _____
Donald H. Cram

Retained Professionals

# Exhibit A

11/1/2012 - 11/30/2012

| Name | Title | Billed Amount | Billed Hours | Billed Rate |
|---|---|---|---|---|
| Givental, Alisa | Associate | $9,134.55 | 38.30 | $238.50 |
| Sears, Alex | Associate | $9,072.00 | 31.50 | $288.00 |
| Strayer, Ann | Associate/Special Counsel | $760.50 | 2.60 | $292.50 |
| Barasch, Adam | Associate/Special Counsel | $3,276.00 | 11.20 | $292.50 |
| Eilenberg, Benjamin A. | Associate | $7,920.00 | 32.00 | $247.50 |
| Johnson, Betty | Paralegal | $65.25 | 0.50 | $130.50 |
| Kornberg, Bernard | Associate | $2,106.00 | 9.00 | $234.00 |
| Whittemore, Brian | Associate | $955.80 | 3.60 | $265.50 |
| Rommell, Clair | Paralegal | $1,062.27 | 8.14 | $130.50 |
| Berkley, David Allan | Associate | $795.15 | 3.10 | $256.50 |
| Cram, Donald | Member | $7,526.25 | 22.30 | $337.50 |
| Reed, David J. | Associate/Special Counsel | $1,757.25 | 7.10 | $247.50 |
| Liu, David | Associate | $27,331.20 | 94.90 | $288.00 |
| Geck, Duane | Member | $382.50 | 1.00 | $382.50 |
| Babcock, Daska | Associate/Special Counsel | $9,244.80 | 32.10 | $288.00 |
| Kemp, Erik | Associate | $2,497.95 | 9.10 | $274.50 |
| Kouvabina, Elena | Associate | $2,845.80 | 10.20 | $279.00 |
| Roman, Eleanor | Associate/Special Counsel | $5,538.60 | 18.10 | $306.00 |
| Buell, Edward | Associate | $4,519.80 | 16.20 | $279.00 |
| Manukyan, Evelina | Associate | $753.30 | 2.70 | $279.00 |
| Webb, Gilla | Paralegal | $535.05 | 4.10 | $130.50 |
| Walser-Jolly, Genevieve | Associate | $2,479.50 | 9.50 | $261.00 |
| Jones, Harold R. | Associate | $7,466.40 | 24.40 | $306.00 |
| Da Cunha, Ian | Associate | $787.05 | 3.30 | $238.50 |
| Sullivan, John | Member | $3,633.75 | 8.50 | $427.50 |
| Dykstra, Jonathan | Associate | $4,412.25 | 18.50 | $238.50 |
| Ives, Jon | Associate | $4,296.60 | 15.40 | $279.00 |
| Tuffaha, Joe | Associate | $9,754.65 | 40.90 | $238.50 |
| Julian, Jason | Associate/Special Counsel | $2,278.35 | 8.30 | $274.50 |
| Negrete, Jennifer | Paralegal | $339.30 | 2.60 | $130.50 |
| Chilton, Jan T. | Member | $1,814.85 | 3.70 | $490.50 |
| Brown, Kimberly | Paralegal | $1,663.20 | 11.20 | $148.50 |
| Walker, Kristin | Member | $540.00 | 1.60 | $337.50 |
| Lee, Kristina | Paralegal | $367.20 | 4.80 | $76.50 |
| Franich, Kerry | Associate | $3,672.00 | 13.60 | $270.00 |
| Ash, Laura | Paralegal | $234.90 | 1.80 | $130.50 |
| Tarwater, Linda | Paralegal | $3,132.00 | 24.00 | $130.50 |
| Probert, Michelle | Paralegal | $1,957.50 | 15.00 | $130.50 |
| Kelly, Megan | Associate/Special Counsel | $2,761.20 | 11.80 | $234.00 |
| Nowlin, Marlene | Associate/Special Counsel | $4,681.80 | 15.30 | $306.00 |
| Gruber, Megan | Associate | $5,976.90 | 22.90 | $261.00 |
| Holt, M. Elizabeth | Associate | $2,636.10 | 10.10 | $261.00 |
| Cross, Michael | Associate | $5,819.40 | 24.40 | $238.50 |
| Wraight, Mark | Member | $54.90 | 0.20 | $274.50 |
| Esposito, Matthew | Associate | $12,638.70 | 45.30 | $279.00 |
| Nelson, Michele | Associate/Special Counsel | $104.40 | 0.40 | $261.00 |
| Sullivan, Mary Kate | Member | $7,614.00 | 28.20 | $270.00 |
| McGuinness, Michelle | Associate | $576.00 | 2.00 | $288.00 |
| Schindler, Maria | Associate | $1,836.00 | 8.50 | $216.00 |
| Riedman, Natilee | Associate | $1,764.90 | 7.40 | $238.50 |
| Gandy, Robert | Associate | $8,317.35 | 30.30 | $274.50 |
| Ito, Ryan | Associate | $4,950.00 | 20.00 | $247.50 |
| Firoozabadi, Rozie | Paralegal | $348.75 | 3.10 | $112.50 |
| Saelao, Rebecca | Associate/Special Counsel | $5,097.60 | 17.70 | $288.00 |
| Hankins, Suzanne | Member | $6,759.90 | 20.30 | $333.00 |
| Tilton, Seana | Paralegal | $10.35 | 0.10 | $103.50 |
| Abbott, Thomas | Associate | $783.00 | 2.90 | $270.00 |
| Idleman, William J. | Associate | $5,771.25 | 22.50 | $256.50 |
| Shaham, Yaron | Associate/Special Counsel | $29,359.35 | 123.10 | $238.50 |
| **Report Grand Totals** | | **$254,771.37** | 981.34 | |

# Exhibit B