# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335237    JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0003     Anderson, Karl T. and Hooper, Monique v. ETS Services, LLC
                   GMAC Matter No.: 691868

**TOTAL AMOUNT DUE**          **$2,661.75**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335237    JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0003    Anderson, Karl T. and Hooper, Monique v. ETS Services, LLC
                         GMAC Matter No.: 691868

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| JDI | 11/01/12 | Check to see if any individual employee is named as a defendant. | L110 | 0.20 | 279.00 | 55.80 |
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| JDI | 11/06/12 | Analyze briefing filed in Ninth Circuit Bankruptcy Appellate Panel. | L510 | 0.50 | 279.00 | 139.50 |
| JDI | 11/07/12 | Review Appellants' Opening Brief and Ninth Circuit BAP filings. | L520 | 1.50 | 279.00 | 418.50 |
| JDI | 11/08/12 | Review draft appellees' brief. | L520 | 1.80 | 279.00 | 502.20 |
| JDI | 11/09/12 | Review multiple drafts of appellees' brief and prepare certificate of interested parties. | L520 | 3.30 | 279.00 | 920.70 |
| JDI | 11/12/12 | Review draft appellees' brief. | L520 | 1.20 | 279.00 | 334.80 |
| YS | 11/13/12 | Review and analysis of clients' brief filed with the ninth circuit in  response to appellant's brief | L120 | 0.70 | 238.50 | 166.95 |
| YS | 11/13/12 | Draft correspondence to A. Starr regarding final proposed revisions to the appellee's brief | L520 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **9.70** | | **$2,661.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L110    Fact Investigation/Development | 0.20 | $55.80 |
| L120    Analysis/Strategy | 0.80 | $194.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   335237 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Anderson, Karl & Hooper, M. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L510 | Appellate Motions & Submission | | 0.50 | $139.50 | | |
| L520 | Appellate Briefs | | 8.20 | $2,271.60 | | |
| | **TOTAL** | | **9.70** | **$2,661.75** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Ives, Jon | JDI | Associate | 8.50 | 279.00 | $2,371.50 |
| Shaham, Yaron | YS | Special Counsel | 1.10 | 238.50 | $262.35 |
| | **Total** | | **9.70** | | **$2,661.75** |

PRIOR FEES                    $29,293.20
PRIOR COSTS & EXPENSES        $2,254.25

| | | |
|---|---|---|
| | FEES | $2,661.75 |
| **TOTAL THIS INVOICE** | | **$2,661.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335238    JBS                                        December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0005    Neyer, Leland Anthony, et al. v. GMAC Homecomings Financial Bank, et al.
                  GMAC Matter No.: 692012

**TOTAL AMOUNT DUE**          **$3,251.70**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335238    JBS

December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0005    Neyer, Leland Anthony, et al. v. GMAC Homecomings Financial Bank, et al.
GMAC Matter No.: 692012

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 11/01/12 | Attention to possible need to contact individually named defendants represented currently under ResCap representation to alert to possible change in indemnification status. | L120 | 0.30 | 270.00 | 81.00 |
| MEG | 11/01/12 | Research information and identification of individually named employees to the action. | L110 | 1.00 | 261.00 | 261.00 |
| MKS | 11/02/12 | Analyze ability and propriaety of preparing and filing proofs of claim on behalf of individually named defendants. | 1200 | 0.40 | 270.00 | 108.00 |
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MEG | 11/02/12 | Call to Sunil Jayasinha regarding ETS bankruptcy and proof of claim. | L110 | 0.10 | 261.00 | 26.10 |
| MEG | 11/02/12 | Further research of contact information for Maria deBelen or potential alternate information for Sunil Jayasinha. | L110 | 0.30 | 261.00 | 78.30 |
| MEG | 11/02/12 | Draft correspondence to client regarding location of individually named ETS employees who must file proofs of claim. | L110 | 0.20 | 261.00 | 52.20 |
| DHC | 11/05/12 | Conference with Mary Kate Sullivan, John Sullivan and Duane Geck re issues surrounding contingent claims held by employee defendants. | L190 | 0.50 | 337.50 | 168.75 |
| MEG | 11/05/12 | Draft correspondence to client regarding bankruptcy stay. | L120 | 0.30 | 261.00 | 78.30 |
| MEG | 11/05/12 | Revisions and additions to notice of | L120 | 1.00 | 261.00 | 261.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335238 | CLIENT | GMAC ResCap | | | Page | 2 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | MATTER | Neyer, Leland Anthony | | | | |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | bankruptcy stay and letter to plaintiffs. | | | | |
| MEG | 11/05/12 | Correspondence to client regarding individually named plaintiffs. | L120 | 0.20 | 261.00 | 52.20 |
| MKS | 11/06/12 | Attention to efforts to protect rights of individually named defendants in the event that their indemnification rights are not covered post sale. Correspondence and telephone calls with client and MoFo bankruptcy counsel re: same. | L120 | 0.40 | 270.00 | 108.00 |
| DHC | 11/06/12 | Drafting of Proof of Claim for employee Marie De Belen. | L190 | 1.00 | 337.50 | 337.50 |
| DHC | 11/06/12 | Drafting of Proof of Claim for employee Sunil Jayasinha. | L190 | 1.00 | 337.50 | 337.50 |
| MEG | 11/06/12 | Call to Sunil Jayasinha regarding bankruptcy stay and proof of claim. | L110 | 0.20 | 261.00 | 52.20 |
| MEG | 11/06/12 | Call to Maria deBelen regarding bankruptcy stay and proof of claim. | L110 | 0.20 | 261.00 | 52.20 |
| MEG | 11/06/12 | Strategize regarding whereabouts of former ETS employees. | L110 | 0.20 | 261.00 | 52.20 |
| MEG | 11/06/12 | Strategize regarding handling of bankrtupcy proof of claim forms. | L110 | 0.20 | 261.00 | 52.20 |
| MEG | 11/07/12 | Telephone call from Sunil Jayasinha regarding status of bankruptcy and proof of claim. | L110 | 0.20 | 261.00 | 52.20 |
| MEG | 11/07/12 | Draft correspondence to Maria deBelen regarding bankruptcy and proof of claim issues. | L110 | 0.30 | 261.00 | 78.30 |
| MEG | 11/08/12 | Correspondence to and from client regarding contact information for former ETS employees. | L110 | 0.20 | 261.00 | 52.20 |
| MEG | 11/08/12 | Attention to finalization and filing of notice of bankrtupcy stay. | L210 | 0.30 | 261.00 | 78.30 |
| MEG | 11/09/12 | Telephone call from individually named defendant M.DeBelen regarding proof of claim; draft memorandum re: same. | L110 | 0.50 | 261.00 | 130.50 |
| DHC | 11/12/12 | Drafting of Proof of Claim for employee Maria De Belen. | L190 | 1.00 | 337.50 | 337.50 |
| DHC | 11/16/12 | Correspondence with Sunil Jayasinha re confirmation that Proof of Claim was received by ResCap claim administrator. | L190 | 0.50 | 337.50 | 168.75 |
| ERB | 11/26/12 | Review Court's notice re staying action | L250 | 0.20 | 279.00 | 55.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335238 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Neyer, Leland Anthony | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | for 120 days based on Bankruptcy proceedings. | | | | | |
| ERB | 11/27/12 | Review statement from plaintiffs re interpretation of stayed and permitted claims and strategize re response. | L250 | 0.40 | 279.00 | | 111.60 |
| | | **TOTAL** | | **11.20** | | | **$3,251.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| 1200 | NOT A VALID TASK CODE | 0.40 | $108.00 |
| L110 | Fact Investigation/Development | 3.60 | $939.60 |
| L120 | Analysis/Strategy | 2.30 | $608.40 |
| L190 | Other Case Assessment | 4.00 | $1,350.00 |
| L210 | Pleadings | 0.30 | $78.30 |
| L250 | Other Written Motions | 0.60 | $167.40 |
| | **TOTAL** | **11.20** | **$3,251.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 4.00 | 337.50 | $1,350.00 |
| Buell, Edward | ERB | Associate | 0.70 | 279.00 | $195.30 |
| Gruber, Megan | MEG | Associate | 5.40 | 261.00 | $1,409.40 |
| Sullivan, Mary Kate | MKS | Member | 1.10 | 270.00 | $297.00 |
| | **Total** | | **11.20** | | **$3,251.70** |

| | | |
|---|---|---|
| PRIOR FEES | $30,318.75 | |
| PRIOR COSTS & EXPENSES | $3,068.04 | |

| | | |
|---|---|---|
| FEES | | $3,251.70 |
| **TOTAL THIS INVOICE** | | **$3,251.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335239     JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0260 | Krause, Paul and Jennifer v. Homecomings Financial, LLC |
| | | C/M# 697891 |

**TOTAL AMOUNT DUE**          **$382.05**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335239    JBS                                          December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0260    Krause, Paul and Jennifer v. Homecomings Financial, LLC
C/M# 697891

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MKS | 11/26/12 | Attention to effect of Bankruptcy stay on pending demurrer and plaintiff's counsel's intention to file amended complaint.  Strategy re: same. | L120 | 0.30 | 270.00 | 81.00 |
| DHC | 11/28/12 | Correspondence with Genevieve Walser-Jolly and Mary Kate Sullivan re contents of updated bankruptcy status report required by Court. | L190 | 0.50 | 337.50 | 168.75 |
| GWJ | 11/28/12 | Drafting of updated bankruptcy status report to court. | L230 | 0.40 | 261.00 | 104.40 |
| | | **TOTAL** | | **1.30** | | **$382.05** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $108.90 |
| L190 | Other Case Assessment | 0.50 | $168.75 |
| L230 | Court Mandated Conferences | 0.40 | $104.40 |
| | **TOTAL** | **1.30** | **$382.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Walser-Jolly, Genevieve | GWJ | Associate | 0.40 | 261.00 | $104.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  335239 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Krause, Paul & Jennifer | | | | |

| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **1.30** | | **$382.05** |

| PRIOR FEES | $85,852.35 |
| PRIOR COSTS & EXPENSES | $2,894.38 |

|  | FEES | $382.05 |
|  | **TOTAL THIS INVOICE** | **$382.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335240    JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0286    Kamell, Rafik Y. v. GMAC Mortgage
                  GMAC Matter No.: 697325

**TOTAL AMOUNT DUE**        $1,172.70

**\*\*\* *REMITTANCE COPY* \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335240    JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0286    Kamell, Rafik Y. v. GMAC Mortgage
                        GMAC Matter No.: 697325

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JD | 11/02/12 | Update status report. | L120 | 0.20 | 238.50 | 47.70 |
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| JD | 11/20/12 | Draft declaration. | L230 | 0.40 | 238.50 | 95.40 |
| JD | 11/26/12 | Prepare for and attend status conference re: BK. | L230 | 4.20 | 238.50 | 1,001.70 |
| | | **TOTAL** | | **4.90** | | **$1,172.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $75.60 |
| L230 | Court Mandated Conferences | 4.60 | $1,097.10 |
| | **TOTAL** | **4.90** | **$1,172.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Dykstra, Jonathan | JD | Associate | 4.80 | 238.50 | $1,144.80 |
| | **Total** | | **4.90** | | **$1,172.70** |

PRIOR FEES                        $27,476.33
PRIOR COSTS & EXPENSES            $1,160.21

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 335240 | CLIENT | GMAC ResCap | Page    2 |
| | | MATTER | Kamell, Rafik Y. | |

|  | |
|---|---|
| FEES | $1,172.70 |
| **TOTAL THIS INVOICE** | **$1,172.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335241    JBS

December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER    0325      Passaretti, Jr. (II), Albert v. ETS Services, et al.
GMAC Matter No.: 694566

**TOTAL AMOUNT DUE**          **$742.05**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335241    JBS

December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0325    Passaretti, Jr. (II), Albert v. ETS Services, et al.
GMAC Matter No.: 694566

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JTC | 11/02/12 | Conference call with client and MoFo lawyer re letter to court about effect of stay. Revise and finalize letter. E-mail revised version of letter to client for approval. Attention to service and filing. | L510 | 1.10 | 490.50 | 539.55 |
| MKS | 11/02/12 | Participate in conference call with cient and bankruptcy counsel regarding contents of letter in response to request from appellate court for briefing on impact of Bankruptcy Stay. | L510 | 0.30 | 270.00 | 81.00 |
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MEH | 11/05/12 | Draft client status update re: appeal. | L120 | 0.30 | 261.00 | 78.30 |
| KPL | 11/25/12 | Review court dockets for case status update. | L190 | 0.20 | 76.50 | 15.30 |
| | | **TOTAL** | | **2.00** | | **$742.05** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------|---------------------------|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $106.20 |
| L190 | Other Case Assessment | 0.20 | $15.30 |
| L510 | Appellate Motions & Submission | 1.40 | $620.55 |
| | **TOTAL** | **2.00** | **$742.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335241      CLIENT    GMAC ResCap                                          Page        2
                           MATTER    Passaretti, Jr. (II), Albert

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Chilton, Jan T. | JTC | Member | 1.10 | 490.50 | $539.55 |
| Lee, Kristina | KPL | Legal Assistant | 0.20 | 76.50 | $15.30 |
| Holt, M. Elizabeth | MEH | Associate | 0.30 | 261.00 | $78.30 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **2.00** | | **$742.05** |

PRIOR FEES                        $58,019.40
PRIOR COSTS & EXPENSES        $4,941.18


                                                 FEES _____ $742.05
                              **TOTAL THIS INVOICE**           **$742.05**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335242     JBS                              December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0328 | Moss, Alan Irving |
| | | GMAC Matter No.: 712506 |

**TOTAL AMOUNT DUE**          $6,263.97

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335242    JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0328    Moss, Alan Irving
GMAC Matter No.:  712506

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| EKK | 11/01/12 | Draft proposed order regarding Plaintiff's motion to compel discovery responses; communicate with Plaintiff regarding proposed order | L390 | 1.60 | 279.00 | 446.40 |
| ERB | 11/02/12 | Attention to lengthy tentative ruling and strategize re possible contesting portions of ruling. | L350 | 0.50 | 279.00 | 139.50 |
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 11/02/12 | Communicate with E. Kouvabina regarding strategy for hearing on motion to compel. | L310 | 1.10 | 238.50 | 262.35 |
| EKK | 11/02/12 | Draft objectins to Plaintiff's Subpoena for Business Records to ETS (2); draft CMC statement (1); review Court's Order re BONYMT's motion to compel responses to Plaintiff's discovery requests (0.5); prepare for Court's hearing  (1.7) | L310 | 5.20 | 279.00 | 1,450.80 |
| ERB | 11/05/12 | Attention to outcome of motion to compel hearing and strategize re next steps and impact on litigation and discovery plan. | L350 | 0.50 | 279.00 | 139.50 |
| AAG | 11/05/12 | Communicate with E. Kouvabina regarding outcome of motion to compel discovery from plaintiff and discuss strategy going forward. | L310 | 0.40 | 238.50 | 95.40 |
| GSW | 11/08/12 | Label and log in Deposition Transcripts and Sealed Transcripts of Alan Irving Moss, save all to worksite | L110 | 0.60 | 130.50 | 78.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335242 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Moss, Alan | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AAG | 11/09/12 | Draft proposed order on BONYMT's motion to compel, revise proposed order on plaintiff's motion to compel, and draft cover letter regarding both proposed orders to be sent to plaintiff. | L310 | 1.20 | 238.50 | | 286.20 |
| EKK | 11/13/12 | Attend Court's hearing on BONYMT's motion to compel (2); draft summary of hearing to client (0.7); draft summary of discovery status (0.7) | L310 | 3.40 | 279.00 | | 948.60 |
| AAG | 11/20/12 | Prepare for and participate in case management conference. | L230 | 1.30 | 238.50 | | 310.05 |
| AAG | 11/20/12 | Draft letter to judge regarding proposed orders on motions to compel. | L250 | 0.30 | 238.50 | | 71.55 |
| AAG | 11/21/12 | Draft recommendation for client. | L120 | 1.10 | 238.50 | | 262.35 |
| ERB | 11/26/12 | Attention to foreclosure isues and re-starting foreclosure proceedings and strategize re impact on case and potential for mooting pending claims. | L120 | 0.50 | 279.00 | | 139.50 |
| AAG | 11/26/12 | Communicate with client regarding status of re-recording documents. | L120 | 0.30 | 238.50 | | 71.55 |
| AAG | 11/27/12 | Update client regarding mandatory settlement conference and strategy. | L120 | 0.30 | 238.50 | | 71.55 |
| AAG | 11/29/12 | Draft responses to plaintiff's interrogatories. | L310 | 1.30 | 238.50 | | 310.05 |
| AAG | 11/29/12 | Communicate with client regarding recording documents to clarify recorded chain of title. | L120 | 0.10 | 238.50 | | 23.85 |
| ERB | 11/30/12 | Attention to issues re written discovery and Plaintiff's attempt to compel further responses and strategize re potential objections. | L310 | 0.40 | 279.00 | | 111.60 |
| ERB | 11/30/12 | Review and revise responses to special interrogatories. | L310 | 0.60 | 279.00 | | 167.40 |
| AAG | 11/30/12 | Draft and revise responses to plaintiff's interrogatories. | L310 | 1.50 | 238.50 | | 357.75 |
| AAG | 11/30/12 | Communicate with client regarding strategy for clearing up chain of title. | L120 | 0.50 | 238.50 | | 119.25 |
| | | **TOTAL** | | **22.80** | | | **$5,891.40** |

## COSTS & EXPENSES

| 11/02/12 | CourtCall, LLC; CourtCall - Conference | | 78.00 |
|---|---|---|---|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335242 | CLIENT | GMAC ResCap | | Page | 3 |
|---|---|---|---|---|---|---|
| | | MATTER | Moss, Alan | | | |

| | | | |
|---|---|---|---:|
| | Service; 10/31/12 | | |
| 11/02/12 | CourtCall, LLC; CourtCall - Conference Service; 11/05/12 | | 78.00 |
| 11/12/12 | One Legal, Inc.; Transmittal of filing to court; The Bank...Reply in Support of its Motion for an Order...Supplement Declaration of Elena Kouvabina...10/29/12 | | 49.95 |
| 11/16/12 | CourtCall, LLC; CourtCall - Conference Service; 11/20/12 | | 78.00 |
| 11/29/12 | Elena K. Kouvabina; Transportation; Attend hearing on Plaintiff's Motion to Compel 10/31; Attend hearing on Bank of New York Trust Co.'s Motion to Compel 11/5/12 | | 88.62 |
| | **TOTAL COSTS & EXPENSES** | | **$372.57** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---:|---:|
| L110 | Fact Investigation/Development | 0.60 | $78.30 |
| L120 | Analysis/Strategy | 2.90 | $715.95 |
| L230 | Court Mandated Conferences | 1.30 | $310.05 |
| L250 | Other Written Motions | 0.30 | $71.55 |
| L310 | Written Discovery | 15.10 | $3,990.15 |
| L350 | Discovery Motions | 1.00 | $279.00 |
| L390 | Other Discovery | 1.60 | $446.40 |
| | **TOTAL** | **22.80** | **$5,891.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---:|---:|---:|
| Givental, Alisa | AAG | Associate | 9.40 | 238.50 | $2,241.90 |
| Kouvabina, Elena | EKK | Associate | 10.20 | 279.00 | $2,845.80 |
| Buell, Edward | ERB | Associate | 2.60 | 279.00 | $725.40 |
| Webb, Gilla | GSW | Paralegal | 0.60 | 130.50 | $78.30 |
| | **Total** | | **22.80** | | **$5,891.40** |

| | |
|---|---:|
| PRIOR FEES | $173,306.28 |
| PRIOR COSTS & EXPENSES | $5,532.83 |

| | |
|---|---:|
| FEES | $5,891.40 |
| COSTS & EXPENSES | $372.57 |
| **TOTAL THIS INVOICE** | **$6,263.97** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335243     JBS                                      December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0370 | Marques, Reynaldo and Anne v. MortgageIT, Inc. |
| | | GMAC Matter No.: 694913 |

**TOTAL AMOUNT DUE**          **$340.25**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335243    JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0370    Marques, Reynaldo and Anne v. MortgageIT, Inc.
                        GMAC Matter No.: 694913

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| YS | 11/02/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 11/13/12 | Review and analysis of plaintiffs' seventh writ of error concerning clients' motion for costs | L120 | 0.30 | 238.50 | 71.55 |
| ERB | 11/21/12 | Attention to miscellaneous document submitted by Pro Per plaintiff's (.3) and communications with client re same (.1). | L120 | 0.40 | 279.00 | 111.60 |
| JHT | 11/27/12 | Drafted correspondence to client regarding closing of file and outstanding issues regarding collection of costs owed by Plaintiff. | L190 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **1.30** | | **$330.30** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 11/06/12 | One Legal, Inc.; Transmittal of filing to court; Notice of the Court's Order on Defendant's GMAC Mortgage, LLC's and HSBC Bank USA, N.A.'s Motion for Costs 10/24/12 | 9.95 |

**TOTAL COSTS & EXPENSES**                                    **$9.95**

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 0.80 | $211.05 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 335243 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Marques, Reynaldo & Anne | | | | |

| L190 | Other Case Assessment | | 0.50 | $119.25 | | |
|---|---|---|---|---|---|---|
| | **TOTAL** | | **1.30** | **$330.30** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.50 | 279.00 | $139.50 |
| Tuffaha, Joe | JHT | Associate | 0.40 | 238.50 | $95.40 |
| Shaham, Yaron | YS | Special Counsel | 0.40 | 238.50 | $95.40 |
| | **Total** | | **1.30** | | **$330.30** |

PRIOR FEES                         $88,957.80
PRIOR COSTS & EXPENSES             $4,940.04

| | | |
|---|---|---|
| FEES | $330.30 |
| COSTS & EXPENSES | $9.95 |
| **TOTAL THIS INVOICE** | **$340.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335244     JBS                                            December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0384 | Shepherd, Dwayne and Selene v. GMAC Mortgage |
| | | GMAC Matter No.: 695408 |

**TOTAL AMOUNT DUE**          $1,785.15

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335244    JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0384    Shepherd, Dwayne and Selene v. GMAC Mortgage
GMAC Matter No.: 695408

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| DJR | 11/08/12 | Review Court's tentative ruling on demurrer to second amended complaint, review cases cited in plaintiff's opposition brief, prepare for hearing on demurrer. | L210 | 2.10 | 247.50 | 519.75 |
| DJR | 11/09/12 | Represent client at hearing on demurrer to second amended complaint | L210 | 3.10 | 247.50 | 767.25 |
| DJR | 11/14/12 | Draft email to A. Hartshorn re result of demurrer hearing and strategy going forward | L140 | 0.30 | 247.50 | 74.25 |
| DJR | 11/19/12 | Review and analysis of loan servicing notes, payment history, trustee's file and related documents, outline discovery and motion plan. | L120 | 1.60 | 247.50 | 396.00 |
| | | **TOTAL** | | **7.20** | | **$1,785.15** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.70 | $423.90 |
| L140 | Document/File Management | 0.30 | $74.25 |
| L210 | Pleadings | 5.20 | $1,287.00 |
| | **TOTAL** | **7.20** | **$1,785.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 335244 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Shepherd, Dwayne & Selene | | | | |

| Timekeeper | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|
| Reed, David J. | DJR | Special Counsel | 7.10 | 247.50 | $1,757.25 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **7.20** | | **$1,785.15** |

PRIOR FEES                           $25,973.55
PRIOR COSTS & EXPENSES      $3,762.24

|  | FEES | $1,785.15 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$1,785.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335246    JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0452 | Washington, Manya |
| | | C/M# 699353 |

**TOTAL AMOUNT DUE**          **$264.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335246    JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0452    Washington, Manya
                         C/M# 699353

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MEH | 10/26/12 | Draft bankruptcy status update letter to appellate court. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 10/26/12 | Exchange emails with client (C. DiCicco) re: draft of bankruptcy status letter. | L510 | 0.20 | 261.00 | 52.20 |
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MEH | 11/05/12 | Draft client status update re: appeal. | L120 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | **1.00** | | **$264.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $134.10 |
| L510 | Appellate Motions & Submission | 0.50 | $130.50 |
| | **TOTAL** | **1.00** | **$264.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Holt, M. Elizabeth | MEH | Associate | 0.80 | 261.00 | $208.80 |
| | **Total** | | **1.00** | | **$264.60** |

PRIOR FEES                      $17,919.90
PRIOR COSTS & EXPENSES          $2,353.91

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335246 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Washington, Manya | | |

|  | FEES | $264.60 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$264.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335247    JBS                                December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0495    Frick, Linda v. Valerie Pina
                  GMAC Matter No.: 700169

**TOTAL AMOUNT DUE**              **$973.80**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335247    JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0495    Frick, Linda v. Valerie Pina
GMAC Matter No.: 700169

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| EMR | 10/17/12 | Review and respond to e-mail from J. Best re handling of matter. | L120 | 0.10 | 306.00 | 30.60 |
| EMR | 10/19/12 | E-mail update to L. Delehey. | L120 | 0.10 | 306.00 | 30.60 |
| EMR | 10/23/12 | E-mail to L. Delehey re litigation settlement proposal. | L160 | 0.20 | 306.00 | 61.20 |
| EMR | 10/30/12 | Conversation with counsel for plaintiff re status of settlement. | L160 | 0.10 | 306.00 | 30.60 |
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| EMR | 11/13/12 | E-mail communications and conversation with counsel for plaintiff regarding draft settlement agreement. | L160 | 0.30 | 306.00 | 91.80 |
| EMR | 11/13/12 | Revise settlement agreement and release with parties to lawsuit, and revise separate agreemetn with title company. | L160 | 0.80 | 306.00 | 244.80 |
| EMR | 11/13/12 | E-mail to J. Best re revised agreements. | L160 | 0.10 | 306.00 | 30.60 |
| EMR | 11/16/12 | E-mail and telephone communications with plaintiffs' counsel regarding settlement, settlement agreement and agreement with title insurance company. | L160 | 1.00 | 306.00 | 306.00 |
| EMR | 11/27/12 | Review e-mail from counsel for Lawyers Title re settlement documents. | L160 | 0.10 | 306.00 | 30.60 |
| EMR | 11/27/12 | E-mail communications with plaintiff's counsel re execution of settlement agreement, settlement payment. | L160 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **3.20** | | **$973.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  335247 | CLIENT  GMAC ResCap | | | | Page | 2 |
| | MATTER  Frick, Linda | | | | | |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $117.00 | | | |
| L160 | Settlement/Non-Binding ADR | 2.80 | $856.80 | | | |
| | **TOTAL** | **3.20** | **$973.80** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Roman, Eleanor | EMR | Special Counsel | 3.00 | 306.00 | $918.00 |
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| | **Total** | | **3.20** | | **$973.80** |

| PRIOR FEES | $94,219.65 |
|---|---|
| PRIOR COSTS & EXPENSES | $11,711.32 |

| FEES | $973.80 |
|---|---|
| **TOTAL THIS INVOICE** | **$973.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335248    JBS                                                December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     0588     Inoue, Hitoshi and Wakana
                    C/M# 703325
                    Time and expenses must be split between Ally and Rescap

**TOTAL AMOUNT DUE**          $4,957.80

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335248    JBS                                      December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0588    Inoue, Hitoshi and Wakana
                        C/M# 703325
                        Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 11/01/12 | Analysis and evaluation of bankruptcy claim | L160 | 0.30 | 427.50 | 128.25 |
| RSS | 11/01/12 | Coordinate with client regarding potential 998 offer and follow up regarding same with team. | L160 | 0.50 | 288.00 | 144.00 |
| JBS | 11/02/12 | Analysis and evaluation of negotiated claim in bankruptcy court as settlement | L120 | 0.50 | 427.50 | 213.75 |
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| RSS | 11/06/12 | Confer with client regarding potential settlement option and case status and strategy, and prepare for and follow up regarding same. | L160 | 0.90 | 288.00 | 259.20 |
| JBS | 11/07/12 | Analysis and evaluation of mediation strategy and discovery issues | L120 | 1.00 | 427.50 | 427.50 |
| RSS | 11/07/12 | Research, draft, and revise potential 998 offer and coordinate with team and bankruptcy counsel regarding same. | L120 | 1.90 | 288.00 | 547.20 |
| RSS | 11/07/12 | Prepare for case management conference and correspond with opposing counsel regarding same. | L230 | 1.20 | 288.00 | 345.60 |
| RSS | 11/07/12 | Conduct research and case analysis to prepare for potential trial. | L120 | 1.10 | 288.00 | 316.80 |
| JBS | 11/08/12 | Analysis and evaluation of mechanics of bankruptcy settlement offer; Review emails regarding same | L160 | 0.50 | 427.50 | 213.75 |
| RSS | 11/08/12 | Prepare for, conduct, and follow up regarding conference call with client regarding case status, strategy, and | L120 | 1.30 | 288.00 | 374.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335248 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Inoue, Hitoshi & Wakana | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | potential settlement offer. | | | | | |
| RSS | 11/08/12 | Prepare for, attend, and follow up regarding case management conference. | L230 | 2.60 | 288.00 | | 748.80 |
| RSS | 11/08/12 | Confer with opposing counsel regarding dismissal of parent company defendants, per court order. | L230 | 0.30 | 288.00 | | 86.40 |
| JBS | 11/09/12 | Analysis and evaluation of settlement and strategy and trial preparation | L120 | 1.10 | 427.50 | | 470.25 |
| RSS | 11/09/12 | Confer with J. Sullivan regarding case status and strategy and follow up regarding same. | L120 | 0.50 | 288.00 | | 144.00 |
| RSS | 11/09/12 | Confer with K. Priore regarding case status and strategy. | L120 | 0.30 | 288.00 | | 86.40 |
| RSS | 11/13/12 | Draft and file case management statement, meet and confer with counsel per court order and draft and file declaration in connection with same. | L230 | 1.20 | 288.00 | | 345.60 |
| | | **TOTAL** | | **15.30** | | | **$4,879.80** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 11/16/12 | CourtCall, LLC; CourtCall - Conference Service; 12/06/12 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 7.80 | $2,608.20 |
| L160 | Settlement/Non-Binding ADR | 2.20 | $745.20 |
| L230 | Court Mandated Conferences | 5.30 | $1,526.40 |
| | **TOTAL** | **15.30** | **$4,879.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Sullivan, John | JBS | Member | 3.40 | 427.50 | $1,453.50 |
| Saelao, Rebecca | RSS | Special Counsel | 11.80 | 288.00 | $3,398.40 |
| | **Total** | | **15.30** | | **$4,879.80** |

| | |
|---|---|
| PRIOR FEES | $110,621.25 |
| PRIOR COSTS & EXPENSES | $8,988.38 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335248 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Inoue, Hitoshi & Wakana | | |

|  |  |
|---|---|
| FEES | $4,879.80 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$4,957.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335249      JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0612  | Reed, Ken   |
|        |       | C/M# 703593 |

**TOTAL AMOUNT DUE**          **$517.65**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335249    JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0612    Reed, Ken
C/M# 703593

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 11/02/12 | Follow up re: need for, preparation, approval and filing of Notice or Revised Notice of Bankruptcy Stay. | L120 | 0.20 | 270.00 | 54.00 |
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 11/06/12 | Communicate with client regarding status of plaintiff's modification. | L160 | 0.20 | 238.50 | 47.70 |
| AAG | 11/07/12 | Communicate with plaintiff regarding modification offer. | L160 | 0.50 | 238.50 | 119.25 |
| AAG | 11/08/12 | Communicate with plaintiff and client regarding modification acceptance. | L160 | 0.30 | 238.50 | 71.55 |
| AAG | 11/14/12 | Communicate with plaintiff and client regarding modification agreement. | L160 | 0.50 | 238.50 | 119.25 |
| | | **TOTAL** | | **1.80** | | **$439.65** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 11/02/12 | CourtCall, LLC; CourtCall - Conference Service; 10/22/12 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $81.90 |
| L160 | Settlement/Non-Binding ADR | 1.50 | $357.75 |
| | **TOTAL** | **1.80** | **$439.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335249 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Reed, Ken | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 1.50 | 238.50 | $357.75 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **1.80** | | **$439.65** |

PRIOR FEES                      $32,278.05
PRIOR COSTS & EXPENSES          $2,964.74

| | | |
|---|---|---|
| FEES | $439.65 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$517.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335250     JBS                                December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0692      AMNA LLC
                     GMAC No.: 706489

**TOTAL AMOUNT DUE**          $3,118.40

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   335250   JBS                                      December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 0692   AMNA LLC
                      GMAC No.: 706489

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ACS | 11/02/12 | Prepare notice of continued hearing on motion to dissolve preliminary injunction | L220 | 0.30 | 288.00 | 86.40 |
| ACS | 11/02/12 | Communicate by phone with plaintiff's counsel re: case status, hearing date for motion to dissolve preliminary injunction | L220 | 0.20 | 288.00 | 57.60 |
| ACS | 11/03/12 | Revise / file request to continue hearing on motion to dissolve preliminary injunction | L220 | 0.20 | 288.00 | 57.60 |
| ERB | 11/07/12 | Review and revise Notice of Bankruptcy | L250 | 0.30 | 279.00 | 83.70 |
| ACS | 11/07/12 | Prepare draft notice of bankruptcy & effect of automatic stay as to ETS | L250 | 0.70 | 288.00 | 201.60 |
| ACS | 11/08/12 | Revise draft notice of bankruptcy & effect of automatic stay as to ETS | L250 | 0.40 | 288.00 | 115.20 |
| ACS | 11/13/12 | Follow up by phone with plaintiff's counsel re: continuance of motion to dissolve prelim. injunction | L220 | 0.20 | 288.00 | 57.60 |
| ACS | 11/19/12 | Analyze opposition to motion to dissolve preliminary injunction | L220 | 0.40 | 288.00 | 115.20 |
| ACS | 11/20/12 | Prepare reply on motion to dissolve preliminary injunction | L220 | 1.50 | 288.00 | 432.00 |
| ACS | 11/21/12 | Prepare reply on motion to dissolve preliminary injunction | L220 | 4.60 | 288.00 | 1,324.80 |
| ACS | 11/29/12 | Analyze tentative ruling on motion to dissolve preliminary injunction, prepare for hearing | L220 | 0.50 | 288.00 | 144.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335250 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | AMNA LLC | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACS | 11/30/12 | Attend hearing on motion to dissolve preliminary injunction | L220 | 1.10 | 288.00 | | 316.80 |
| | | **TOTAL** | | **10.50** | | | **$3,020.40** |

### COSTS & EXPENSES

| | | | | |
|---|---|---|---|---|
| 11/02/12 | CourtCall, LLC; CourtCall - Conference Service; 11/16/12 | | | 78.00 |
| 11/19/12 | Clerk, Sacramento County Superior Court-D; Court and Filing Fees; Fee for renotice of hearing. Draft#29607 11/5/12 | | | 20.00 |
| | **TOTAL COSTS & EXPENSES** | | **$98.00** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L220 | Preliminary Injunctions/Provis | 9.00 | $2,592.00 |
| L250 | Other Written Motions | 1.40 | $400.50 |
| | **TOTAL** | **10.50** | **$3,020.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sears, Alex | ACS | Associate | 10.10 | 288.00 | $2,908.80 |
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| | **Total** | | **10.50** | | **$3,020.40** |

| | | |
|---|---|---|
| PRIOR FEES | $14,311.80 | |
| PRIOR COSTS & EXPENSES | $1,146.96 | |

| | | |
|---|---|---|
| FEES | $3,020.40 |
| COSTS & EXPENSES | $98.00 |
| **TOTAL THIS INVOICE** | **$3,118.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&*Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335251     JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0731     Teang, Kimpo
                    GMAC Matter No.: ~~708237~~     731740

**TOTAL AMOUNT DUE**          $2,748.60

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335251    JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0731    Teang, Kimpo
GMAC Matter No.: 708237

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| EMR | 10/15/12 | E-mail communications with J. Hoy re analysis and recommendation. | L120 | 0.30 | 306.00 | 91.80 |
| EMR | 10/16/12 | Further communications with J. Hoy re analysis and recommendation. | L120 | 0.20 | 306.00 | 61.20 |
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| EMR | 11/09/12 | Prepare amended notice of stay. | L250 | 1.30 | 306.00 | 397.80 |
| EMR | 11/09/12 | E-mail update to J. Hoy. | L120 | 0.10 | 306.00 | 30.60 |
| EMR | 11/19/12 | Prepare notice of withdrawal and intent to re-file motion to dismiss. | L240 | 0.60 | 306.00 | 183.60 |
| EMR | 11/19/12 | Begin preparation of memorandum of points and authorities in support of motion to dismiss permitted claims alleged against GMACM and Homecomings and to dismiss all claims against MERS. | L240 | 2.80 | 306.00 | 856.80 |
| EMR | 11/30/12 | Revise and file amended notice of stay. | L250 | 0.20 | 306.00 | 61.20 |
| EMR | 11/30/12 | Complete and file notice of withdrawal and intent to re-file motion to dismiss. | L250 | 0.40 | 306.00 | 122.40 |
| EMR | 11/30/12 | Prepare memorandum of points and authorities in support of motion to dismiss. | L240 | 2.60 | 306.00 | 795.60 |
| EMR | 11/30/12 | Prepare case update for client. | L120 | 0.30 | 306.00 | 91.80 |
| | | **TOTAL** | | **9.00** | | **$2,748.60** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 335251 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Teang, Kimpo | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.10 | $331.20 |
| L240 | Dispositive Motions | 6.00 | $1,836.00 |
| L250 | Other Written Motions | 1.90 | $581.40 |
| | **TOTAL** | **9.00** | **$2,748.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Roman, Eleanor | EMR | Special Counsel | 8.80 | 306.00 | $2,692.80 |
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| | **Total** | | **9.00** | | **$2,748.60** |

| PRIOR FEES | $23,326.65 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,463.10 |

| | FEES | $2,748.60 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$2,748.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335253     JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0933      Valenzuela, Alexander
                     C/M# 713796

**TOTAL AMOUNT DUE**          $230.90

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335253 | JBS | | December 11, 2012 |
|---|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0933    Valenzuela, Alexander
C/M# 713796

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| RMI | 11/02/12 | Attention to docket re conformed dismissal and plaintiff's appeal.  Call to clerk re conformed dismissal. | L190 | 0.30 | 247.50 | 74.25 |
| RMI | 11/05/12 | Attention to docket re conformed dismissal.  Call to clerk re dismissal. | L160 | 0.20 | 247.50 | 49.50 |
| RMI | 11/07/12 | Review correspondence from court re notice of entry.  Attention to docket re notice of entry of judgment. | L190 | 0.20 | 247.50 | 49.50 |
| | | **TOTAL** | | **0.80** | | **$201.15** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/07/12 | First Legal Network, LLC; Transmittal of filing to court; SBSC- San Bernardino 10/9/12 | 29.75 |
| | **TOTAL COSTS & EXPENSES** | **$29.75** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $49.50 |
| L190 | Other Case Assessment | 0.50 | $123.75 |
| | **TOTAL** | **0.80** | **$201.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Ito, Ryan | RMI | Associate | 0.70 | 247.50 | $173.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   335253 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Valenzuela, Alexander | | |

| | | | |
|---|---|---|---|
| **Total** | | 0.80 | **$201.15** |

| | |
|---|---|
| PRIOR FEES | $11,233.35 |
| PRIOR COSTS & EXPENSES | $2,757.01 |

| | |
|---|---|
| FEES | $201.15 |
| COSTS & EXPENSES | $29.75 |
| **TOTAL THIS INVOICE** | **$230.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335254    JBS                                December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0968    Solano, Julie
                  GMAC Matter No.: 714697

**TOTAL AMOUNT DUE**        $1,287.45

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335254    JBS                          December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0968    Solano, Julie
                         GMAC Matter No.: 714697

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| DPB | 11/02/12 | Review court's notice of case management conference. | L230 | 0.20 | 288.00 | 57.60 |
| DPB | 11/13/12 | Prepare e-mail to A.Hartshorn regarding outcome of today's hearings. | L220 | 0.30 | 288.00 | 86.40 |
| DPB | 11/13/12 | Prepare face page for recording order expunging plaintiffs' second lis pendens. | L250 | 0.20 | 288.00 | 57.60 |
| DPB | 11/14/12 | Research authorities interpreting Civil Code provision deeming a rejected tender of funds to be effective unless recipient of tender expressly stated reasons for rejection. | L120 | 0.90 | 288.00 | 259.20 |
| DPB | 11/14/12 | Prepare case management statement. | L230 | 0.80 | 288.00 | 230.40 |
| DPB | 11/15/12 | Leave voice message for M.K.Sullivan regarding partial relief from bankruptcy stay. | L120 | 0.10 | 288.00 | 28.80 |
| DPB | 11/15/12 | Review plaintiff's case management statement. | L230 | 0.20 | 288.00 | 57.60 |
| DPB | 11/21/12 | Check court's web site for tentative ruling regarding case management conference. | L230 | 0.10 | 288.00 | 28.80 |
| DPB | 11/25/12 | Plan for telephonic appearance at case management conference. | L230 | 0.10 | 288.00 | 28.80 |
| DPB | 11/25/12 | Review court's procedure for contesting tentative ruling relating to case management conference. | L230 | 0.10 | 288.00 | 28.80 |
| DPB | 11/25/12 | Check court's web site for tentative ruling regarding case management | L230 | 0.20 | 288.00 | 57.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335254 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Solano, Julie | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | conference. | | | | | |
| DPB | 11/26/12 | Check court's web site several times throughout day for tentative ruling regarding case management conference. | L230 | 0.30 | 288.00 | | 86.40 |
| DPB | 11/26/12 | Review court's tentative ruling to continue case management conference by several months. | L230 | 0.10 | 288.00 | | 28.80 |
| DPB | 11/27/12 | Review voice message from plaintiff's counsel's office advising of plaintiff's intent to contest tentative ruling regarding case management conference. | L230 | 0.10 | 288.00 | | 28.80 |
| DPB | 11/27/12 | Confirm plans for telephonic appearance at case management conference. | L230 | 0.10 | 288.00 | | 28.80 |
| DPB | 11/29/12 | Appear telephonically for case management conference. | L230 | 0.40 | 288.00 | | 115.20 |
| | | **TOTAL** | | **4.30** | | | **$1,237.50** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 11/29/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 11/15/12 | | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$49.95** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.10 | $315.90 |
| L220 | Preliminary Injunctions/Provis | 0.30 | $86.40 |
| L230 | Court Mandated Conferences | 2.70 | $777.60 |
| L250 | Other Written Motions | 0.20 | $57.60 |
| | **TOTAL** | **4.30** | **$1,237.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Babcock, Daska | DPB | Special Counsel | 4.20 | 288.00 | $1,209.60 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **4.30** | | **$1,237.50** |

| | |
|---|---|
| PRIOR FEES | $49,885.20 |
| PRIOR COSTS & EXPENSES | $4,663.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   335254    CLIENT   GMAC ResCap                    Page        3
                        MATTER   Solano, Julie

---

| | |
|---|---|
| FEES | $1,237.50 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$1,287.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335255      JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1025     Blanche, John R.
                   C/M# 717587

**TOTAL AMOUNT DUE**          $2,104.75

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335255    JBS                                December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1025    Blanche, John R.
C/M# 717587

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 11/02/12 | Follow up re: need for, preparation, approval and filing of Notice or Revised Notice of Bankruptcy Stay. | L120 | 0.20 | 270.00 | 54.00 |
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 11/09/12 | Review tentative ruling. | L210 | 0.40 | 238.50 | 95.40 |
| MGC | 11/09/12 | Strategize re demurrer. | L240 | 0.30 | 238.50 | 71.55 |
| MGC | 11/09/12 | Telephone call with plaintiff. | L110 | 0.20 | 238.50 | 47.70 |
| IJD | 11/12/12 | Prepare for hearing on demurrer. | L120 | 0.60 | 238.50 | 143.10 |
| IJD | 11/13/12 | Analyze plaintiff's opposition to demurrer to third amended complaint. | L210 | 0.50 | 238.50 | 119.25 |
| IJD | 11/13/12 | Attend hearing on demurrer to plaintiff's third amended complaint, | L450 | 1.00 | 238.50 | 238.50 |
| ERB | 11/19/12 | Attention to Bankruptcy issues and notice of stay. | L120 | 0.30 | 279.00 | 83.70 |
| MGC | 11/19/12 | Review file and draft email re: strategy to client. | L120 | 0.30 | 238.50 | 71.55 |
| MGC | 11/19/12 | Strategize re: bankruptcy issues. | L120 | 0.50 | 238.50 | 119.25 |
| MGC | 11/20/12 | Draft demurrer based on court's order. | L240 | 2.90 | 238.50 | 691.65 |
| ERB | 11/26/12 | Review and revise portions of the demurrer based on Courts request to clarify claims subject to BK Stay. | L210 | 0.40 | 279.00 | 111.60 |
| MGC | 11/27/12 | Revise demurrer. | L240 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **8.10** | | **$1,970.55** |

## COSTS & EXPENSES

11/12/12    One Legal, Inc.; Transmittal of filing to court;                        56.20
Notice of Bankruptcy and Effect of Automatic

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 335255 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Blanche, John R. | | |

| | | |
|---|---|---|
| | Stay 10/30/12 | |
| 11/12/12 | CourtCall, LLC; CourtCall - Conference Service; 11/13/12 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$134.20** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $47.70 |
| L120 | Analysis/Strategy | 2.00 | $499.50 |
| L210 | Pleadings | 1.30 | $326.25 |
| L240 | Dispositive Motions | 3.60 | $858.60 |
| L450 | Trial and Hearing Attendance | 1.00 | $238.50 |
| | **TOTAL** | **8.10** | **$1,970.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.80 | 279.00 | $223.20 |
| Da Cunha, Ian | IJD | Associate | 2.10 | 238.50 | $500.85 |
| Cross, Michael | MGC | Associate | 5.00 | 238.50 | $1,192.50 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **8.10** | | **$1,970.55** |

| | |
|---|---|
| PRIOR FEES | $6,205.05 |
| PRIOR COSTS & EXPENSES | $1,168.09 |

| | |
|---|---|
| FEES | $1,970.55 |
| COSTS & EXPENSES | $134.20 |
| **TOTAL THIS INVOICE** | **$2,104.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335256    JBS                                      December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1115 | Nguyen, Luan |
| | | GMAC Matter No.: ~~707072~~ 721046 |

**TOTAL AMOUNT DUE**          **$366.73**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335256    JBS                                December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1115    Nguyen, Luan
                        GMAC Matter No.: 707072

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MJN | 10/26/12 | Update amended notice of stay for filing. | L210 | 0.10 | 261.00 | 26.10 |
| MJN | 10/30/12 | Draft request for judicial notice and coordinate filing of amended notice of stay and demurrer to first amended complaint.. | L210 | 0.30 | 261.00 | 78.30 |
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| YS | 11/14/12 | Draft notice of case management conference hearing | L210 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **0.90** | | **$227.70** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/12/12 | One Legal, Inc.; Transmittal of filing to court; Defendant's GMAC Mortgage, LLC's Notice of Demurrer to Plaintiff's First Amended Complaint; Memorandum of Points and...11/01/12 | 49.95 |
| 11/13/12 | CourtCall, LLC; CourtCall - Conference Service; 11/14/12 | 78.00 |
| 11/15/12 | NORCO Delivery Services; Messenger; Graham Martin at 3130 South Harbor Blvd., Santa Ana, Ca. 10/30/12 | 11.08 |

**TOTAL COSTS & EXPENSES**                    **$139.03**

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   335256 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Nguyen, Luan | | |

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L210 | Pleadings | 0.80 | $199.80 |
| | **TOTAL** | **0.90** | **$227.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Nelson, Michele | MJN | Special Counsel | 0.40 | 261.00 | $104.40 |
| Shaham, Yaron | YS | Special Counsel | 0.40 | 238.50 | $95.40 |
| | **Total** | | **0.90** | | **$227.70** |

PRIOR FEES                              $22,993.65
PRIOR COSTS & EXPENSES          $520.89


| | | |
|---|---|---|
| FEES | $227.70 |
| COSTS & EXPENSES | $139.03 |
| **TOTAL THIS INVOICE** | **$366.73** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335257    JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1156    Suckow, Jeffrey
                  GMAC Matter No.: 722444

**TOTAL AMOUNT DUE**          **$234.90**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335257    JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1156    Suckow, Jeffrey
                        GMAC Matter No.: 722444

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| IJD | 11/01/12 | Review and reply to email from client J. Holtgren regarding case status. | L120 | 0.20 | 238.50 | 47.70 |
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| IJD | 11/05/12 | Prepare case status update. | L120 | 0.20 | 238.50 | 47.70 |
| ERB | 11/08/12 | Attention to and analysis of settlement offer from Plaintiffs. | L160 | 0.40 | 279.00 | 111.60 |
| | | **TOTAL** | | **0.90** | | **$234.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $123.30 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $111.60 |
| | **TOTAL** | **0.90** | **$234.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.50 | 279.00 | $139.50 |
| Da Cunha, Ian | IJD | Associate | 0.40 | 238.50 | $95.40 |
| | **Total** | | **0.90** | | **$234.90** |

| | |
|---|---|
| PRIOR FEES | $12,428.10 |
| PRIOR COSTS & EXPENSES | $2,772.99 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335257 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Suckow, Jeffrey | | | |

|  | FEES | $234.90 |
| **TOTAL THIS INVOICE** | | **$234.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335258    JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1207 | Mechenstock, Thomas E. |
| | | GMAC Matter No.: 725102 |
| | | Loan No.: 035492305 |

**TOTAL AMOUNT DUE**          **$1,210.65**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335258    JBS                                          December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1207    Mechenstock, Thomas E.
GMAC Matter No.: 725102
Loan No.: 035492305

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 11/06/12 | Communicate with court of clerk regarding notice of stay. | L240 | 0.20 | 238.50 | 47.70 |
| AAG | 11/06/12 | Prepare for and participate in case management conference. | L230 | 0.50 | 238.50 | 119.25 |
| AAG | 11/07/12 | Draft notice of stay form. | L210 | 0.20 | 238.50 | 47.70 |
| AAG | 11/08/12 | Communicate with court clerk regarding notice of stay and prepare same. | L210 | 0.20 | 238.50 | 47.70 |
| AAG | 11/14/12 | Communicate with client regarding motion to dissolve preliminary injunction. | L250 | 0.10 | 238.50 | 23.85 |
| AAG | 11/15/12 | Communicate with court clerk regarding GMAC's notice of automatic stay, revise notice, and draft cover letter to clerk. | L210 | 0.70 | 238.50 | 166.95 |
| JN | 11/19/12 | Review and redact documents in preparation for use as exhibits. | L140 | 0.70 | 130.50 | 91.35 |
| JN | 11/20/12 | Review and redact documents in preparation for use as exhibits. | L140 | 1.90 | 130.50 | 247.95 |
| AAG | 11/20/12 | Draft request for judicial notice in support of motion to dissolve preliminary injunction and revise memorandum in support of motion. | L250 | 0.80 | 238.50 | 190.80 |
| AAG | 11/26/12 | Communicate with client regarding motion to dissolve PI. | L250 | 0.10 | 238.50 | 23.85 |
| AAG | 11/27/12 | Communicate with plaintiff's attorney regarding date of hearing on motion to | L250 | 0.10 | 238.50 | 23.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335258 | CLIENT | GMAC ResCap | | | Page | 2 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | MATTER | Mechenstock, Thomas E. | | | | |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | dissolve preliminary injunction. | | | | | |
| AAG | 11/30/12 | Communicate with client regarding confirmed copies of notice of bankruptcy stay. | L210 | 0.10 | 238.50 | | 23.85 |
| | | **TOTAL** | | **5.70** | | | **$1,082.70** |

### COSTS & EXPENSES

| | | | |
| --- | --- | --- | --- |
| 11/01/12 | One Legal, Inc.; Transmittal of filing to court; Answer 10/05/12 | | 49.95 |
| 11/02/12 | CourtCall, LLC; CourtCall - Conference Service; 11/06/12 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$127.95** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L140 | Document/File Management | 2.60 | $339.30 |
| L210 | Pleadings | 1.20 | $286.20 |
| L230 | Court Mandated Conferences | 0.50 | $119.25 |
| L240 | Dispositive Motions | 0.20 | $47.70 |
| L250 | Other Written Motions | 1.10 | $262.35 |
| | **TOTAL** | **5.70** | **$1,082.70** |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Givental, Alisa | AAG | Associate | 3.00 | 238.50 | $715.50 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Negrete, Jennifer | JN | Paralegal | 2.60 | 130.50 | $339.30 |
| | **Total** | | **5.70** | | **$1,082.70** |

| | |
| --- | --- |
| PRIOR FEES | $14,453.55 |
| PRIOR COSTS & EXPENSES | $1,794.38 |

| | |
| --- | --- |
| FEES | $1,082.70 |
| COSTS & EXPENSES | $127.95 |
| **TOTAL THIS INVOICE** | **$1,210.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335260    JBS                                December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1232    Copeland, Robert (Borrego)
GMAC Matter No.: 726516

**TOTAL AMOUNT DUE**              $302.40

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335260    JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1232    Copeland, Robert (Borrego)
                         GMAC Matter No.: 726516

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| IJD | 11/05/12 | Prepare case status update. | L120 | 0.20 | 238.50 | 47.70 |
| ERB | 11/27/12 | Communications wtih client re status of modification application and pending sale date. | L120 | 0.30 | 279.00 | 83.70 |
| IJD | 11/27/12 | Prepare email to plaintiff's counsel K. Foley regarding borrower's loan modification package. | L120 | 0.20 | 238.50 | 47.70 |
| IJD | 11/28/12 | Telephone call with plaintiff's counsel K. Foley regarding plaintiff's loan modification application | L120 | 0.20 | 238.50 | 47.70 |
| IJD | 11/28/12 | Prepare email to client J. Holtgren regarding the status of plaintiff's loan modification application. | L120 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **1.20** | | **$302.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120    Analysis/Strategy | | 1.20 | $302.40 |
| **TOTAL** | | **1.20** | **$302.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| Da Cunha, Ian | IJD | Associate | 0.80 | 238.50 | $190.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335260 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Copeland, Robert (Borrego) | | | |

| | | | |
|---|---|---|---|
| **Total** | | 1.20 | **$302.40** |

PRIOR FEES                      $2,286.45

|  |  |
|---|---|
| FEES | $302.40 |
| **TOTAL THIS INVOICE** | **$302.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335261    JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1242 | Fetty, Frederick and Susan |
| | | GMAC Matter No.: 726842 |

**TOTAL AMOUNT DUE**          **$1,853.10**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335261    JBS                                December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1242    Fetty, Frederick and Susan
GMAC Matter No.: 726842

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994       11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MGC | 10/29/12 | Draft email to plaintiffs' counsel. | L190 | 0.30 | 238.50 | 71.55 |
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 11/05/12 | Call with plaintiffs' counsel re: settlement. | L160 | 0.70 | 238.50 | 166.95 |
| MGC | 11/07/12 | Strategize re: demurrer. | L240 | 0.30 | 238.50 | 71.55 |
| MGC | 11/07/12 | Revise demurrer with respect to GMACM. | L240 | 1.90 | 238.50 | 453.15 |
| ERB | 11/08/12 | Strategize re potential settlement options (.2) and review and revise settlement communication (.2) | L160 | 0.40 | 279.00 | 111.60 |
| ERB | 11/08/12 | Review and revise Demurrer. | L210 | 0.50 | 279.00 | 139.50 |
| MGC | 11/08/12 | Draft letter to plaintiff's counsel. | L110 | 1.30 | 238.50 | 310.05 |
| MGC | 11/08/12 | Draft update to client. | L110 | 0.40 | 238.50 | 95.40 |
| MGC | 11/20/12 | Review demurrer to complaint. | L240 | 0.60 | 238.50 | 143.10 |
| MGC | 11/20/12 | Draft documents in support of demurrer. | L240 | 0.80 | 238.50 | 190.80 |
| MGC | 11/30/12 | Finalize filing of demurrer | L240 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **7.60** | | **$1,853.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 1.70 | $405.45 |
| L120 | Analysis/Strategy | 0.10 | $27.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335261 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Fetty, Frederick & Susan | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | | 1.10 | $278.55 | | |
| L190 | Other Case Assessment | | 0.30 | $71.55 | | |
| L210 | Pleadings | | 0.50 | $139.50 | | |
| L240 | Dispositive Motions | | 3.90 | $930.15 | | |
| | **TOTAL** | | **7.60** | **$1,853.10** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| Cross, Michael | MGC | Associate | 6.60 | 238.50 | $1,574.10 |
| | **Total** | | **7.60** | | **$1,853.10** |

PRIOR FEES                        $12,981.15
PRIOR COSTS & EXPENSES        $373.64

| | FEES | $1,853.10 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$1,853.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335262     JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT       19000     GMAC ResCap
MATTER      1256      Teang, Srey (Meas)
                            GMAC Matter No.: 725847


**TOTAL AMOUNT DUE**          $1,772.10


## *** REMITTANCE COPY ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.    335262    JBS | | | December 11, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1256    Teang, Srey (Meas)
GMAC Matter No.: 725847

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| EMR | 11/09/12 | E-mail communications with T. Peabody re failure to withdraw lis pendens, defendants' right to attorneys fees on motion to expunge. | L250 | 0.20 | 306.00 | 61.20 |
| EMR | 11/09/12 | E-mail update to J. Hoy. | L250 | 0.10 | 306.00 | 30.60 |
| EMR | 11/19/12 | Prepare reply memorandum points and authorities in support of motion to dismiss complaint. | L240 | 3.60 | 306.00 | 1,101.60 |
| EMR | 11/20/12 | Meet and confer with opposing counsel re telephonic appearance at mediation. | L240 | 0.20 | 306.00 | 61.20 |
| EMR | 11/21/12 | Review and respond to e-mail from J. Hoy regarding reply memorandum in support of motion to dismiss. | L240 | 0.10 | 306.00 | 30.60 |
| EMR | 11/21/12 | Revise and complete reply memorandum of points and authorities in support of motion to dismiss and supporting pleadings. | L240 | 1.20 | 306.00 | 367.20 |
| EMR | 11/30/12 | Prepare case update for client. | L120 | 0.30 | 306.00 | 91.80 |
| | | **TOTAL** | | **5.80** | | **$1,772.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 0.40 | $119.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335262 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Teang, Srey (Meas) | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L240 | Dispositive Motions | | 5.10 | $1,560.60 | | | |
| L250 | Other Written Motions | | 0.30 | $91.80 | | | |
| | **TOTAL** | | **5.80** | **$1,772.10** | | | |

| Timekeeper | | | Position | Hours | Rate | Value | |
|---|---|---|---|---|---|---|---|
| Roman, Eleanor | | EMR | Special Counsel | 5.70 | 306.00 | $1,744.20 | |
| Buell, Edward | | ERB | Associate | 0.10 | 279.00 | $27.90 | |
| | | **Total** | | **5.80** | | **$1,772.10** | |

| PRIOR FEES | $17,817.30 | | |
|---|---|---|---|
| | | FEES | $1,772.10 |
| | | **TOTAL THIS INVOICE** | **$1,772.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335263    JBS                                December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1276 | Robinson, Tena |
| | | GMAC Matter No.: 728564 |

**TOTAL AMOUNT DUE**          **$306.90**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335263    JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1276    Robinson, Tena
                         GMAC Matter No.: 728564

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| EXM | 11/14/12 | Review and analyze communication from opposing counsel re stipulation to file amended complaint | L210 | 0.30 | 279.00 | 83.70 |
| EXM | 11/16/12 | Communications with opposing counsel re request for stipulation to file an amended complaint | L210 | 0.30 | 279.00 | 83.70 |
| EXM | 11/27/12 | Check the docket for opposition to demurrer | L210 | 0.20 | 279.00 | 55.80 |
| EXM | 11/30/12 | Follow up with court re plaintiff's opposition to demurrer | L210 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | **1.10** | | **$306.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L210 | Pleadings | 1.00 | $279.00 |
| | **TOTAL** | **1.10** | **$306.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Manukyan, Evelina | EXM | Associate | 1.00 | 279.00 | $279.00 |
| | **Total** | | **1.10** | | **$306.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335263 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Robinson, Tena | | |

| | | |
|---|---|---|
| PRIOR FEES | $7,620.30 | |
| PRIOR COSTS & EXPENSES | $1,468.19 | |

|  | FEES | $306.90 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$306.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335264    JBS                          December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1277     Grismore, Desia
                    GMAC Matter No.: 728822

**TOTAL AMOUNT DUE**              **$415.80**

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335264    JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1277    Grismore, Desia
GMAC Matter No.: 728822

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ERB | 10/02/12 | Communications with client re status of L120 matter. | 0.10 | 279.00 | 27.90 |
| MKS | 10/13/12 | Analysis of claims and prayers for relief L190 and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | 0.30 | 270.00 | 81.00 |
| ERB | 11/02/12 | Communications with client re status of L120 matter. | 0.10 | 279.00 | 27.90 |
| ERB | 11/06/12 | Prepare notice of bankruptcy and cover L250 letter to Plaintiff re same (.8) and communications with client re same (.2) | 1.00 | 279.00 | 279.00 |
| | | **TOTAL** | **1.50** | | **$415.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $55.80 |
| L190 | Other Case Assessment | 0.30 | $81.00 |
| L250 | Other Written Motions | 1.00 | $279.00 |
| | **TOTAL** | **1.50** | **$415.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 1.20 | 279.00 | $334.80 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **1.50** | | **$415.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335264 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Grismore, Desia | | | |

PRIOR FEES                              $470.70

|  |  |
|---|---|
| FEES | $415.80 |
| **TOTAL THIS INVOICE** | **$415.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335265      JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1284       Liu, Ceeou Ju
                       GMAC Matter No.: 728686

**TOTAL AMOUNT DUE**            $1,363.50

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335265     JBS                                        December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1284    Liu, Ceeou Ju
GMAC Matter No.: 728686

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 11/07/12 | Review plaintiff's opposition to Wells Fargo's demurrer. | L240 | 0.30 | 238.50 | 71.55 |
| AAG | 11/13/12 | Draft reply in support of demurrer to plaintiff's complaint. | L240 | 2.30 | 238.50 | 548.55 |
| AAG | 11/14/12 | Revise reply in support of demurrer to plaintiff's complaint and draft reply in support of request for judicial notice. | L240 | 2.10 | 238.50 | 500.85 |
| AAG | 11/20/12 | Monitor tentative ruling on demurrer, update client regarding same, and communicate with plaintiff's attorney regarding proposed order memorialized the ruling. | L250 | 0.60 | 238.50 | 143.10 |
| AAG | 11/21/12 | Draft proposed order sustaining Wells Fargo's demurrer and cover letter regarding same. | L240 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **5.70** | | **$1,363.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L240 | Dispositive Motions | 5.00 | $1,192.50 |
| L250 | Other Written Motions | 0.60 | $143.10 |
| | **TOTAL** | **5.70** | **$1,363.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   335265 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | MATTER | Liu, Ceeou Ju | | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 5.60 | 238.50 | $1,335.60 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **5.70** | | **$1,363.50** |

PRIOR FEES                     $4,287.15
PRIOR COSTS & EXPENSES         $611.40

|  | FEES | $1,363.50 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$1,363.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335267    JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1298     Groupe, Karen
                   Email Invoice to Kari Krull

**TOTAL AMOUNT DUE**          $235.50

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335267    JBS                                         December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1298    Groupe, Karen
                        Email Invoice to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ERB | 07/02/12 | Review matter and prepare status report L120 for client. | 0.10 | 279.00 | 27.90 |
| ERB | 08/06/12 | Attention to status and strategy and L120 communications with client re same. | 0.10 | 279.00 | 27.90 |
| ERB | 09/03/12 | Communications with client re status of L120 matter. | 0.10 | 279.00 | 27.90 |
| ERB | 10/02/12 | Communications with client re status of L120 matter. | 0.10 | 279.00 | 27.90 |
| ERB | 11/02/12 | Communications with client re status of L120 matter. | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | **0.50** | | **$139.50** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; Sacramento County Superior Court 6/11/12 | 96.00 |
| | **TOTAL COSTS & EXPENSES** | **$96.00** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $139.50 |
| | **TOTAL** | **0.50** | **$139.50** |

| Timekeeper | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.50 | 279.00 | $139.50 |
| | **Total** | | **0.50** | | **$139.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    335267 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Groupe, Karen | | |

PRIOR FEES                                  $284.85

| | |
|---|---|
| FEES | $139.50 |
| COSTS & EXPENSES | $96.00 |
| **TOTAL THIS INVOICE** | **$235.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335268    JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1308    Ellison, Keith Edward
                  GMAC Matter No.: 729778

**TOTAL AMOUNT DUE**            $279.00

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335268    JBS                                December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1308    Ellison, Keith Edward
GMAC Matter No.: 729778

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| EXM | 11/05/12 | Communications with client re notice of BK stay | L120 | 0.10 | 279.00 | 27.90 |
| EXM | 11/21/12 | Communications re upcoming trustee's sale | L210 | 0.30 | 279.00 | 83.70 |
| EXM | 11/28/12 | Factual reserach re plaintiff's contact information  (to contact re cash for keys) | L110 | 0.30 | 279.00 | 83.70 |
| EXM | 11/29/12 | Client communications re "cash for keys" | L160 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | **1.00** | | **$279.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.30 | $83.70 |
| L120 | Analysis/Strategy | 0.20 | $55.80 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $55.80 |
| L210 | Pleadings | 0.30 | $83.70 |
| | **TOTAL** | **1.00** | **$279.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Manukyan, Evelina | EXM | Associate | 0.90 | 279.00 | $251.10 |
| | Total | | **1.00** | | **$279.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335268 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Ellison, Keith Edward | | |

| | |
|---|---|
| PRIOR FEES | $10,666.80 |
| PRIOR COSTS & EXPENSES | $1,378.24 |

| | |
|---|---|
| FEES | $279.00 |
| **TOTAL THIS INVOICE** | **$279.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335269    JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1317 | Von Brincken, Shelley (3) |
| | | GMAC Matter No.: 730041 |

**TOTAL AMOUNT DUE**           **$445.95**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335269    JBS                                     December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1317    Von Brincken, Shelley (3)
                        GMAC Matter No.: 730041

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MGC | 10/29/12 | Draft summary of case posture for client. | L190 | 0.50 | 238.50 | 119.25 |
| MKS | 11/02/12 | Follow up re: preparation, approval and filing of Notice of Bankruptcy Stay. | L210 | 0.20 | 270.00 | 54.00 |
| MKS | 11/02/12 | Follow up re: need for, preparation, approval and filing of Notice or Revised Notice of Bankruptcy Stay. | L120 | 0.20 | 270.00 | 54.00 |
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 11/20/12 | Review plaintiff's motion. | L210 | 0.80 | 238.50 | 190.80 |
| | | **TOTAL** | | **1.80** | | **$445.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $81.90 |
| L190 | Other Case Assessment | 0.50 | $119.25 |
| L210 | Pleadings | 1.00 | $244.80 |
| | **TOTAL** | **1.80** | **$445.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Cross, Michael | MGC | Associate | 1.30 | 238.50 | $310.05 |
| Sullivan, Mary Kate | MKS | Member | 0.40 | 270.00 | $108.00 |
| | **Total** | | **1.80** | | **$445.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  335269 | CLIENT | GMAC ResCap | | Page | 2 |
| | MATTER | Von Brincken, Shelley (3) | | | |

| | | |
|---|---|---|
| PRIOR FEES | $4,639.95 | |
| PRIOR COSTS & EXPENSES | $156.00 | |

| | |
|---|---|
| FEES | $445.95 |
| **TOTAL THIS INVOICE** | **$445.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335270    JBS                                      December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1339 | Stanton, Gary Josef |
| | | GMAC Matter No.: 730521 |

**TOTAL AMOUNT DUE**          **$438.30**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335270    JBS                                December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1339    Stanton, Gary Josef
                        GMAC Matter No.: 730521

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MXS | 11/03/12 | Emailed with Plaintiff's counsel re as filed stipulation. | L160 | 0.20 | 216.00 | 43.20 |
| MXS | 11/13/12 | Reviewed letter from and emailed with opposing counsel re HAMP modification trial plan. | L160 | 0.40 | 216.00 | 86.40 |
| MXS | 11/13/12 | Drafted e-mail to client C. Diccio re HAMP modification trial plan. | L160 | 0.30 | 216.00 | 64.80 |
| MXS | 11/14/12 | Spoke with and emailed with opposing counsel re rejection of first HAMP trial check and resubmission. | L160 | 0.40 | 216.00 | 86.40 |
| MXS | 11/14/12 | Emailed with client Chris DiCiccio re HAMP payments | L160 | 0.30 | 216.00 | 64.80 |
| MXS | 11/16/12 | Reviewed new court filing and settlement conference requirements and strategized re effect on settlement. | L160 | 0.30 | 216.00 | 64.80 |
| | | **TOTAL** | | **2.00** | | **$438.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 1.90 | $410.40 |
| | **TOTAL** | **2.00** | **$438.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335270 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Stanton, Gary Josef | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Schindler, Maria | MXS | Associate | 1.90 | 216.00 | $410.40 |
| | **Total** | | **2.00** | | **$438.30** |

PRIOR FEES                       $5,403.15
PRIOR COSTS & EXPENSES           $652.20

|  | FEES | $438.30 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$438.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335271    JBS                                      December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1350     Teang, Srey
                   GMAC Matter No.: 731340

**TOTAL AMOUNT DUE**          **$211.50**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335271    JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1350    Teang, Srey
GMAC Matter No.: 731340

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ERB | 11/02/12 | Communications with client re status of L120 matter. | 0.10 | 279.00 | 27.90 |
| EMR | 11/20/12 | E-mail to opposing counsel to follow up L250 on his agreement to withdraw lis pendens. | 0.10 | 306.00 | 30.60 |
| EMR | 11/20/12 | E-mail to opposing counsel regarding L160 trial date and regarding identification of a mediation and selection of a mediation date. | 0.20 | 306.00 | 61.20 |
| EMR | 11/30/12 | Prepare case update for client.    L120 | 0.30 | 306.00 | 91.80 |
| | | **TOTAL** | **0.70** | | **$211.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $119.70 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $61.20 |
| L250 | Other Written Motions | 0.10 | $30.60 |
| | **TOTAL** | **0.70** | **$211.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Roman, Eleanor | EMR | Special Counsel | 0.60 | 306.00 | $183.60 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **0.70** | | **$211.50** |

PRIOR FEES                        $9,349.65

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   335271 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Teang, Srey | | |

| PRIOR COSTS & EXPENSES | $96.70 |
| --- | --- |

| | FEES | $211.50 |
| --- | --- | --- |
| **TOTAL THIS INVOICE** | | **$211.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335272    JBS                                  December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1356     Cooper, Kathleen E. (III)
                   GMAC Matter No.: 731871

**TOTAL AMOUNT DUE**          $251.10

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335272    JBS                                        December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1356    Cooper, Kathleen E. (III)
                        GMAC Matter No.: 731871

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| EXM | 11/01/12 | Check the court's website for tentative ruling on demurrer; communications re the same | L210 | 0.20 | 279.00 | 55.80 |
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| EXM | 11/02/12 | Correspondence with client re demurrer and motion for sanctions;; communications with court clerk re the same | L210 | 0.40 | 279.00 | 111.60 |
| EXM | 11/26/12 | Communications with R. Goldsmith | L210 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | **0.90** | | **$251.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L210 | Pleadings | 0.80 | $223.20 |
| | **TOTAL** | **0.90** | **$251.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Manukyan, Evelina | EXM | Associate | 0.80 | 279.00 | $223.20 |
| | **Total** | | **0.90** | | **$251.10** |

| | |
|---|---|
| PRIOR FEES | $15,570.45 |
| PRIOR COSTS & EXPENSES | $2,132.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335272        CLIENT    GMAC ResCap                              Page        2
                             MATTER    Cooper, Kathleen E. (III)

|  |  |
|---|---|
| FEES | $251.10 |
| **TOTAL THIS INVOICE** | **$251.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335273    JBS                                December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1362    Naidu, Satyanadan and Rampiyami
GMAC Matter No.: 731605

**TOTAL AMOUNT DUE**            $1,395.45

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335273    JBS                                December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1362    Naidu, Satyanadan and Rampiyami
                        GMAC Matter No.: 731605

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 11/01/12 | Analysis of title chron, client fact package and issues and strategize re potential claims and options for pursuing recovery. | L120 | 1.00 | 279.00 | 279.00 |
| AAG | 11/01/12 | Meet with T. Buell about strategy and prepare summary and analysis for client. | L120 | 2.80 | 238.50 | 667.80 |
| ERB | 11/02/12 | Communications with client and attention to strategy and potential offensive claims for recovery. | L120 | 0.40 | 279.00 | 111.60 |
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 11/02/12 | Revise strategy recommendation and communicate with client regarding same. | L120 | 0.40 | 238.50 | 95.40 |
| RRF | 11/07/12 | Go through Solano County records and separate title documents by different properties, update previous title chron., & create new title chronology for the Almond Street Property. | L110 | 1.90 | 112.50 | 213.75 |
| | | **TOTAL** | | **6.60** | | **$1,395.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 1.90 | $213.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335273      CLIENT    GMAC ResCap                                Page         2
                          MATTER    Naidu, Satyanadan & Rampiyami

| L120 | Analysis/Strategy | | 4.70 | $1,181.70 | |
|------|-------------------|--|------|-----------|--|
| | **TOTAL** | | **6.60** | **$1,395.45** | |

| Timekeeper | | | Position | Hours | Rate | Value |
|------------|--|--|----------|-------|------|-------|
| Givental, Alisa | AAG | | Associate | 3.20 | 238.50 | $763.20 |
| Buell, Edward | ERB | | Associate | 1.50 | 279.00 | $418.50 |
| Firoozabadi, Rozie | RRF | | Paralegal | 1.90 | 112.50 | $213.75 |
| | **Total** | | | **6.60** | | **$1,395.45** |

PRIOR FEES                           $2,349.45
PRIOR COSTS & EXPENSES            $127.61

                                              FEES            $1,395.45
                        **TOTAL THIS INVOICE**              **$1,395.45**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335274      JBS                                December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1369      Volz, Marc and Laura
                      GMAC Matter No.: 731849

**TOTAL AMOUNT DUE**          **$762.30**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335274    JBS                                    December 11, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1369    Volz, Marc and Laura
                        GMAC Matter No.: 731849

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| HRJ | 10/01/12 | Review and analyze issues re potential settlement. | L160 | 0.40 | 306.00 | 122.40 |
| HRJ | 10/01/12 | Telephone conference with plaintiff's counsel re settlement issues. | L160 | 0.30 | 306.00 | 91.80 |
| HRJ | 10/01/12 | Draft correspondence to plaintiff's counsel re settlement. | L160 | 0.70 | 306.00 | 214.20 |
| HRJ | 10/02/12 | Review and analyze issues re settlement. | L160 | 0.40 | 306.00 | 122.40 |
| HRJ | 10/05/12 | Review and analyze issues re settlement. | L160 | 0.60 | 306.00 | 183.60 |
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | **2.50** | | **$762.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 2.40 | $734.40 |
| | **TOTAL** | **2.50** | **$762.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Jones, Harold R. | HRJ | Associate | 2.40 | 306.00 | $734.40 |
| | **Total** | | **2.50** | | **$762.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   335274 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Volz, Marc & Laura | | |

| | | |
|---|---|---|
| PRIOR FEES | $8,631.00 | |
| PRIOR COSTS & EXPENSES | $259.13 | |

|  | |
|---|---|
| FEES | $762.30 |
| **TOTAL THIS INVOICE** | **$762.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335275      JBS                                        December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1375       Pratt, Timothy/Schmidt, Scot
                       GMAC Matter No.: 731930

**TOTAL AMOUNT DUE**              **$229.50**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335275    JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1375    Pratt, Timothy/Schmidt, Scot
GMAC Matter No.: 731930

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ACS | 11/02/12 | Communicate by email with client re: case status, request for dismissal | L190 | 0.10 | 288.00 | 28.80 |
| ACS | 11/02/12 | Communicate by email with plaintiff's counsel re: request for dismissal | L190 | 0.20 | 288.00 | 57.60 |
| ACS | 11/03/12 | Communicate with clerk by phone re: entry of dismissal, vacation of demurrer hearing | L240 | 0.20 | 288.00 | 57.60 |
| ACS | 11/28/12 | Email followup to plaintiff's counsel re: status of dismissal filing, copy of request for dismissal | L190 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **0.80** | | **$229.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 0.50 | $144.00 |
| L240 | Dispositive Motions | 0.20 | $57.60 |
| | **TOTAL** | **0.80** | **$229.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Sears, Alex | ACS | Associate | 0.70 | 288.00 | $201.60 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | Total | | **0.80** | | **$229.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335275 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Pratt, Timothy/Schmidt, Scot | | |

PRIOR FEES                        $8,426.25
PRIOR COSTS & EXPENSES            $1,370.44

FEES _____ $229.50
**TOTAL THIS INVOICE** $229.50

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335279    JBS                           December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0156    Alton, Patricia v. GMAC Mortgage, LLC
                  GMAC Matter No.: 695737

**TOTAL AMOUNT DUE**            **$444.40**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335279    JBS                                         December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0156    Alton, Patricia v. GMAC Mortgage, LLC
                         GMAC Matter No.: 695737

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ERB | 11/02/12 | Communications with client re status of L120 matter. | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | **0.10** | | **$27.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/02/12 | CourtCall, LLC; CourtCall - Conference Service;  03/14/13 | 78.00 |
| 11/02/12 | CourtCall, LLC; CourtCall - Conference Service;  12/04/12 | 78.00 |
| 11/13/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- San Jose 10/29/12. Advance ck. $90.00 | 260.50 |

**TOTAL COSTS & EXPENSES**                    **$416.50**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|--|-------|--------|--|--|
| L120    Analysis/Strategy | | 0.10 | $27.90 | | |
| **TOTAL** | | **0.10** | **$27.90** | | |

| Timekeeper | Position | | Hours | Rate | Value |
|------------|----------|--|-------|------|-------|
| Buell, Edward | ERB    Associate | | 0.10 | 279.00 | $27.90 |
| **Total** | | | **0.10** | | **$27.90** |

| | |
|---|---|
| PRIOR FEES | $46,761.30 |
| PRIOR COSTS & EXPENSES | $3,953.19 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 335279 | **CLIENT** | GMAC ResCap | Page | 2 |
| | | **MATTER** | Alton, Patricia | | |

|  |  |
|---|---|
| FEES | $27.90 |
| COSTS & EXPENSES | $416.50 |
| **TOTAL THIS INVOICE** | **$444.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# First Legal Network LLC

**INVOICE**

P.O. BOX 844250 LOS ANGELES, CA 90084-4250

*** REPRINT ***

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 272784 | 82035 |
| Invoice Date | Total Due |
| 10/31/12 | 11,936.12 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 272784 | 10/31/12 | 11,936.12 | 9 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 10/29/12 FILING-BRANCH FAX/PDF | 6851645 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Chilly Kada<br>Case No.: PC20100145<br>FILE/CONFORM/RETURN<br>Signed: Received | EDCMC-CAMERON PARK<br>3321 CAMERON PARK DRIVE<br>CAMERON PARK    CA 95682<br><br>Case Title: Bourkov v. BofA<br>COURTESY COPY TO JDG<br>Ref: 11952.0332 | Base Chg : 90.75<br>Adv/Wit Ck: 20.00 | 110.75 |
| 10/29/12 FILING-BRANCH FAX/PDF | 6851692 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Verdia Nash    Wait: 15 Min<br>Case No.: civ510822<br>FILE/CONFORM/RETURN<br>Signed: filed | SMSC-REDWOOD CITY<br>400 COUNTY CENTER DR<br>REDWOOD CITY    CA 94063<br><br>Case Title: PARK V B OF A<br><br>Ref: 70000.0539 | Base Chg : 57.50 | 57.50 |
| 10/29/12 FILING-FORWARD FAX/PDF | 6851738 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: MARILYN HECHMER<br>Case No.: M114794<br>FILE/CONFORM/RETURN<br>Signed: drop boxed | MONTEREY CO SUPERIOR CT-MONTEREY<br>1200 AGUAJITO ROAD<br>MONTEREY    CA 93940<br><br>Case Title: VILLICANA V DEUTSCHE<br>OK TO DROP BOX<br>Ref: 19000.1106 | Base Chg : 92.50<br>PDF/OvrNte: 7.50 | 100.00 |
| 10/29/12 FILING-FAX/PDF | 6851816 | FAX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Isabel Kunst    Wait: 15 Min<br>Case No.: 109CV155505<br>FILE/CONFORM/RETURN<br>Signed: Filed | SCSC-SAN JOSE<br>191 NORTH 1ST STREET<br>SAN JOSE    CA 95113<br><br>Case Title: Alton v. GMAC<br><br>Ref: 19000.0156 | Base Chg : 64.75<br>PDF/OvrNte: 105.75<br>Adv/Wit Ck: 90.00 | 260.50 |
| 10/30/12 FILING NEXT DAY-DAILY | 6851975 | NDF RUN | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Chilly Kada<br>Case No.: CIV513117<br>FILE/CONFORM/RETURN<br>Signed: FILED | SMSC-REDWOOD CITY<br>400 COUNTY CENTER DR<br>REDWOOD CITY    CA 94063<br><br>Case Title: CARRETO V BANK OF NE<br><br>Ref: 70000.0753 | Base Chg : 111.75<br>Adv/Wit Ck: 180.00 | 291.75 |
| 10/30/12 DROP SERVE-ASAP | 6852052 | ADS | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Linda Han<br>DELIVER ENVELOPE<br>Signed: ANDRE SAMURKASHIAN | COTCHETT, PITRE, & MCCARTHY<br>840 MALCOM ROAD<br>BURLINGAME    CA 94010<br><br>CLIENT WILL PDF<br>Ref: 11950-0104 | Base Chg : 88.50 | 88.50 |

Continued

**INVOICE PAYMENT DUE UPON RECEIPT**

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335280      JBS                                                December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0512       Mangan, Andrea
                       C/M# 701217

**TOTAL AMOUNT DUE**          $4,788.05

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335280    JBS                                    December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0512    Mangan, Andrea
C/M# 701217

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ERB | 11/02/12 | Communications with client re status of L120 matter. | 0.10 | 279.00 | 27.90 |
| MEG | 11/05/12 | Review and analysis of plaintiff's meet L310 and confer letter regarding MERS' discovery responses. | 1.60 | 261.00 | 417.60 |
| MEG | 11/05/12 | Strategize regarding plaintiff's letter L120 regarding property lockout; draft response letter re: same. | 2.00 | 261.00 | 522.00 |
| MEG | 11/05/12 | Draft correspondence to counsel for L310 MERS regarding discovery responses. | 0.40 | 261.00 | 104.40 |
| MEG | 11/05/12 | Draft correspondence to client L120 regarding plaintiff's letter regarding lockout of property. | 0.50 | 261.00 | 130.50 |
| MEG | 11/06/12 | Correspondence to and from MERS L310 regarding discovery responses. | 0.20 | 261.00 | 52.20 |
| MEG | 11/07/12 | Telephone conference with counsel for L310 MERS regarding discovery responses. | 0.40 | 261.00 | 104.40 |
| MEG | 11/07/12 | Research and analysis of cases cited by L310 plaintiff in meet and confer letter. | 0.70 | 261.00 | 182.70 |
| MEG | 11/07/12 | Draft meet and confer response letter to L310 plaintiff regarding their objections to MERS's discovery responses. | 3.90 | 261.00 | 1,017.90 |
| MEG | 11/08/12 | Revisions and additions to meet and L310 confer letter to plaintiffs. | 0.40 | 261.00 | 104.40 |
| MEG | 11/16/12 | Draft further supplemental responses to L310 plaintiff's form interrogatories, special interrogatories, requests for admission and requests for production. | 3.80 | 261.00 | 991.80 |
| MEG | 11/19/12 | Correspondence to and from counsel L310 for MERS regarding further discovery | 0.40 | 261.00 | 104.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335280 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Mangan, Andrea | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | responses. | | | | | |
| MEG | 11/26/12 | Correspondence to MERS and to GMAC regarding discovery responses. | L310 | 0.40 | 261.00 | | 104.40 |
| MEG | 11/27/12 | Further correspondence to MERS and GMAC regarding discovery response deadline. | L310 | 0.30 | 261.00 | | 78.30 |
| MEG | 11/28/12 | Revisions and additions to supplemental discovery responses; finalize for service. | L310 | 1.40 | 261.00 | | 365.40 |
| | | **TOTAL** | | **16.50** | | | **$4,308.30** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/23/12 | First Legal Network, LLC;Court and Filing Fees ; SFSC- San Francisco 8/15/12 | 450.00 |
| 11/13/12 | First Legal Network, LLC; Transmittal of filing to court; SFSC- San Francisco 10/30/12 | 29.75 |
| | **TOTAL COSTS & EXPENSES** | **$479.75** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.60 | $680.40 |
| L310 | Written Discovery | 13.90 | $3,627.90 |
| | **TOTAL** | **16.50** | **$4,308.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Gruber, Megan | MEG | Associate | 16.40 | 261.00 | $4,280.40 |
| | **Total** | | **16.50** | | **$4,308.30** |

| | |
|---|---|
| PRIOR FEES | $44,606.70 |
| PRIOR COSTS & EXPENSES | $1,903.72 |

| | |
|---|---|
| FEES | $4,308.30 |
| COSTS & EXPENSES | $479.75 |
| **TOTAL THIS INVOICE** | **$4,788.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 271104 | 82035 |
| Invoice Date | Total Due |
| 9/30/12 | 37,282.21 |

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 271104 | 9/30/12 | 37,282.21 | 1 |

| Date | Ord No. | SVC | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/15/12 | 6841345 | BIL | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: ANGELA L. EURE<br>Case No.: CGC10500318<br>FILE/CONFORM/RETURN<br>Signed: REBILL FROM 6826537 | SFSC-SAN FRANCISCO<br>400 MCALLISTER STREET<br>SAN FRANCISCO    CA 94102<br>Comment: REBILL FROM 6826537<br>Case Title: MANGAN V KEY MORTGAG<br>CC TO DEPT 610<br>Ref: 19000.0512 | Adv/Wit Ck:    450.00 | 450.00 |
| ADDITIONAL BILLING | | | | | | |
| 8/22/12 | 6829225 | RPS | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Isabel Kunst<br>Case No.: C 11-01941 JSW<br>ADVANCE $42.86 WF!!!<br>Signed: CANCEL AND SEND DEC. | BRENDA WADE<br>1533 EDDY STREET<br>SAN FRANCISCO    CA 94115<br>Comment: 2 ADDS/8 ATTEMPTS<br>Case Title: SORAL VS. FEDERAL<br>Ref: 07685-0964 | Base Chg :    106.00<br>Attmpt/StkO:    218.00 | 324.00 |
| PROCESS-NEXT DAY | | | | | | |
| 9/05/12 | 6833463 | FNR | Stanislaus County Court<br>800 11th St.<br>MODESTO    CA 95354<br>Caller: Clair Romell<br>Case No.: 677745<br>Please obtain a copy<br>Signed: OBTAINED | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Case Title: Macedo v. Wells Farg<br>of the complaint t<br>Ref: 55000.MACEDO | Base Chg :    125.00<br>Adv/Wit Ck:    18.00 | 143.00 |
| RESEARCH-FORWARD NEXT DAY | | | | | | |
| 9/11/12 | 6835438 | NRS | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Yvonne Coleman    Wait:  5 Min<br>Case No.: FCS038418<br>FILED ON AUG 6 2012<br>Signed: obtained | SCMC-NORTH/FAIRFIELD<br>530 UNION AVENUE<br>FAIRFIELD    CA 94533<br>Case Title: SINGH VS BOFA<br>Ref: 70000.0360 | Base Chg :    117.00<br>Wait :    4.00<br>Research :    13.40<br>Adv/Wit Ck:    15.00 | 149.40 |
| RESEARCH-NEXT DAY | | | | | | |
| 9/12/12 | 6835631 | SRS | Contra Costa County Trial Depts.<br>725 Court St<br>MARTINEZ    CA 94553<br>Caller: Clair Romell<br>Case No.: MSC12-01928<br>Please obtain a copy<br>Signed: OBTAINED | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Case Title: Olascoaga-Decampos v<br>of the Opposition t<br>Ref: 55000.0439 | Base Chg :    153.50<br>Adv/Wit Ck:    3.00 | 156.50 |
| RESEARCH-SAME DAY | | | | | | |
| 9/12/12 | 6835736 | FNP | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: MARILYN HECHMER<br><br>Signed: VINCENT SCOTT | 590 LAKESHORE PARTNERS LLC<br>936 SOUTHWOOD BLVD<br>INCLINE VILLAGE  NV<br>Case Title: LAKESHORE PARTNERSS<br>Ref: CASAVANT | Base Chg :    225.00<br>PDF/OvrNte:    25.00<br>Attmpt/StkO:    225.00 | 475.00 |
| PROCESS-FORWARD NEXT DAY | | | | | | |
| | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335281      JBS                                          December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1106 | Villicana, Jose M. |
| | | GMAC Matter No.: 720505 |

**TOTAL AMOUNT DUE**          **$2,025.15**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3544

TAX ID 94-2774518

Invoice No.    335281    JBS

December 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1106    Villicana, Jose M.
GMAC Matter No.: 720505

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MGC | 10/29/12 | Revise notice of bankruptcy. | L250 | 0.30 | 238.50 | 71.55 |
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 11/02/12 | Call with client. | L120 | 0.20 | 238.50 | 47.70 |
| SXT | 11/19/12 | Conduct research re status of recorded documents | L110 | 0.10 | 103.50 | 10.35 |
| MGC | 11/19/12 | Review Plaintiffs' opposition to demurrer. | L240 | 0.70 | 238.50 | 166.95 |
| MGC | 11/20/12 | Begin to draft reply brief. | L210 | 1.70 | 238.50 | 405.45 |
| MGC | 11/21/12 | Continue to draft reply brief. | L210 | 2.70 | 238.50 | 643.95 |
| MGC | 11/21/12 | Finalize reply brief. | L210 | 0.40 | 238.50 | 95.40 |
| MGC | 11/28/12 | Review letter from plaintiff. | L110 | 0.40 | 238.50 | 95.40 |
| MGC | 11/28/12 | Call with plaintiffs' counsel. | L110 | 0.30 | 238.50 | 71.55 |
| MGC | 11/28/12 | Draft email to plaintiffs' counsel. | L110 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **7.10** | | **$1,683.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/02/12 | CourtCall, LLC; CourtCall - Conference Service;  11/30/12 | 78.00 |
| 11/13/12 | First Legal Network, LLC; Transmittal of filing to court; Monterey Co Superior Ct- Monterey 10/16/12. Advance ck. $60.00 | 163.25 |
| 11/13/12 | First Legal Network, LLC; Transmittal of filing to court; Monterey Co Superior Ct- Monterey 10/29/12 | 100.00 |

**TOTAL COSTS & EXPENSES**        **$341.25**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335281 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Villicana, Jose M. | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.00 | $225.00 |
| L120 | Analysis/Strategy | 0.30 | $75.60 |
| L210 | Pleadings | 4.80 | $1,144.80 |
| L240 | Dispositive Motions | 0.70 | $166.95 |
| L250 | Other Written Motions | 0.30 | $71.55 |
| | **TOTAL** | **7.10** | **$1,683.90** |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | | 0.10 | 279.00 | $27.90 |
| Cross, Michael | MGC | Associate | | 6.90 | 238.50 | $1,645.65 |
| Tilton, Seana | SXT | Paralegal | | 0.10 | 103.50 | $10.35 |
| | **Total** | | | **7.10** | | **$1,683.90** |

PRIOR FEES                                    $21,622.50
PRIOR COSTS & EXPENSES              $1,903.37

| | | |
|---|---|---|
| FEES | $1,683.90 |
| COSTS & EXPENSES | $341.25 |
| **TOTAL THIS INVOICE** | **$2,025.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# First Legal Network LLC

**INVOICE**

P.O. BOX 844250 LOS ANGELES, CA 90084−4250

\*\*\* REPRINT \*\*\*

| Invoice No. | Customer No. |
|---|---|
| 272784 | 82035 |
| Invoice Date | Total Due |
| 10/31/12 | 11,936.12 |

TAX ID# 27-3093840

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 272784 | 10/31/12 | 11,936.12 | 1 |

| Date | Ord.No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/07/12 ADDITIONAL BILLING | 6851835 | BIL | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: DEBORAH L.<br>Case No.: C 11-02257<br>FILE/CONFORM/RETURN<br>Signed: rebill from 6834308 | CCSC-MARTINEZ<br>725 COURT STREET<br>MARTINEZ        CA 94553<br>Comment: rebill from 6834308<br>Case Title: MOJADDEDI V. BOFA<br>CC TO DEPT 09<br>Ref: 11293.0072 | Adv/Wit Ck:    465.00 | 465.00 |
| 9/12/12 PROCESS-NEXT DAY | 6835734 | RPS | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: MARILYN HECHMER<br><br>Signed: PERSONAL | ALAN SUMMERS<br>460 DIABLO VALLEY ROAD<br>DANVILLE        CA 94526<br>Comment: 4 ADDRESSES/-10%<br>Case Title: LAKESHORE PARTNERSS<br>Ref: CASAVANT    12072 · 0069 | Base Chg :    161.75<br>PDF/OvrNte:    86.25<br>Atmpt/StkO:    485.25<br>Misc      :    73.33 | 659.92 |
| 9/28/12 FOLLOWUP-COURT SERVICE | 6841326 | FOL | SDSC-SAN DIEGO<br>330 WEST BROADWAY<br>SAN DIEGO       CA 92101<br>Caller: Narda Gaskell<br>Case No.: 37-2009-000868.36-C<br>FOLLOW UP ON CONTROL<br>Signed: OBTAINED/POUCHED | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Case Title: TANNERHECHT V DIEGAN<br>#842328<br>Ref: 11607.0002 | Base Chg :    23.75 | 23.75 |
| 10/16/12 FILING NEXT DAY-DAILY RUN | 6847096 | NDF | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Chilly Kada    Wait: 10 Min<br>Case No.: CIV514210<br>FILE/CONFORM/RETURN<br>Signed: FILED CC TO L&M | SMSC-REDWOOD CITY<br>400 COUNTY CENTER DR<br>REDWOOD CITY     CA 94063<br>Case Title: AVENA&GARCIA VS. BOF<br>CC TO LAW & MOTION<br>Ref: 70000-0797 | Base Chg :    111.75 | 111.75 |
| 10/16/12 FILING-BRANCH FAX/PDF | 6847174 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Isabel Kunst    Wait: 20 Min<br>Case No.: RG11604113<br>FILE/CONFORM/RETURN<br>Signed: FILED | ACSC-OAKLAND<br>1225 FALLON STREET<br>OAKLAND         CA 94612<br>Case Title: MARTINEZ V. WELLS FA<br>CC TO DEPT 18<br>Ref: 55000.0068 | Base Chg :    57.50<br>Adv/Wit Ck:    60.00 | 117.50 |
| 10/16/12 FILING-FORWARD FAX/PDF | 6847178 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: MARILYN HECHMER<br>Case No.: M114794<br>FILE/CONFORM/RETURN<br>Signed: FILED/CC | MONTEREY CO SUPERIOR CT-MONTEREY<br>1200 AGUAJITO ROAD<br>MONTEREY        CA 93940<br>Case Title: VILLACANA V DEUTSCHE<br>COURTESY COPY TO JDG<br>Ref: 1900.1106 | Base Chg :    57.50<br>PDF/OvrNte:    45.75<br>Adv/Wit Ck:    60.00 | 163.25 |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# First Legal Network LLC

P.O. BOX 844250 LOS ANGELES, CA 90084—4250

*** REPRINT ***

# INVOICE

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 272784 | 82035 |
| Invoice Date | Total Due |
| 10/31/12 | 11,936.12 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 272784 | 10/31/12 | 11,936.12 | 9 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 10/29/12 FILING-BRANCH FAX/PDF | 6851645 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Chilly Kada Case No.: PC20100145 FILE/CONFORM/RETURN Signed: Received | EDCMC-CAMERON PARK 3321 CAMERON PARK DRIVE CAMERON PARK   CA 95682 Case Title: Bourkov v. BofA COURTESY COPY TO JDG Ref: 11952.0332 | Base Chg : 90.75 Adv/Wit Ck: 20.00 | 110.75 |
| 10/29/12 FILING-BRANCH FAX/PDF | 6851692 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Verdia Nash    Wait: 15 Min Case No.: civ510822 FILE/CONFORM/RETURN Signed: filed | SMSC-REDWOOD CITY 400 COUNTY CENTER DR REDWOOD CITY   CA 94063 Case Title: PARK V B OF A Ref: 70000.0539 | Base Chg : 57.50 | 57.50 |
| 10/29/12 FILING-FORWARD FAX/PDF | 6851738 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: MARILYN HECHMER Case No.: M114794 FILE/CONFORM/RETURN Signed: drop boxed | MONTEREY CO SUPERIOR CT-MONTEREY 1200 AGUAJITO ROAD MONTEREY   CA 93940 Case Title: VILLICANA V DEUTSCHE OK TO DROP BOX Ref: 19000.1106 | Base Chg : 92.50 PDF/OvrNte: 7.50 | 100.00 |
| 10/29/12 FILING-FAX/PDF | 6851816 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Isabel Kunst    Wait: 15 Min Case No.: 109CV155505 FILE/CONFORM/RETURN Signed: Filed | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE   CA 95113 Case Title: Alton v. GMAC Ref: 19000.0156 | Base Chg : 64.75 PDF/OvrNte: 105.75 Adv/Wit Ck: 90.00 | 260.50 |
| 10/30/12 FILING NEXT DAY-DAILY RUN | 6851975 | NDF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Chilly Kada Case No.: CIV513117 FILE/CONFORM/RETURN Signed: FILED | SMSC-REDWOOD CITY 400 COUNTY CENTER DR REDWOOD CITY   CA 94063 Case Title: CARRETO V BANK OF NE Ref: 70000.0753 | Base Chg : 111.75 Adv/Wit Ck: 180.00 | 291.75 |
| 10/30/12 DROP SERVE-ASAP | 6852052 | ADS | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Linda Han DELIVER ENVELOPE Signed: ANDRE SAMURKASHIAN | COTCHETT, PITRE, & MCCARTHY 840 MALCOM ROAD BURLINGAME   CA 94010 CLIENT WILL PDF Ref: 11950-0104 | Base Chg : 88.50 | 88.50 |

Continued

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335675    JBS

December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0017 | Sweeting, Robert v. Jason Kishaba, et al. |
| | | GMAC Matter No.: 693709 |

**TOTAL AMOUNT DUE**        **$317.55**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335675    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0017    Sweeting, Robert v. Jason Kishaba, et al.
GMAC Matter No.: 693709

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JD | 11/02/12 | Update status report. | L120 | 0.40 | 238.50 | 95.40 |
| JD | 11/05/12 | Reveiw Chicago Title's discovery responses. | L310 | 0.60 | 238.50 | 143.10 |
| JD | 11/05/12 | Review correspondence from plaintiff re: discovery. | L110 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **1.30** | | **$310.05** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 10/31/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange Co Superior Court WE CA 09/11/12 | 7.50 |

**TOTAL COSTS & EXPENSES**                              **$7.50**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.30 | $71.55 |
| L120 | Analysis/Strategy | 0.40 | $95.40 |
| L310 | Written Discovery | 0.60 | $143.10 |
| | **TOTAL** | **1.30** | **$310.05** |

| Timekeeper | Position | | Hours | Rate | Value |
|------------|----------|---|-------|------|-------|
| Dykstra, Jonathan | JD | Associate | 1.30 | 238.50 | $310.05 |
| | **Total** | | **1.30** | | **$310.05** |

PRIOR FEES                    $48,766.14
PRIOR COSTS & EXPENSES        $5,946.40

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 335675 | CLIENT | GMAC ResCap | Page    2 |
| | | MATTER | Sweeting, Robert | |

| | |
|---|---|
| FEES | $310.05 |
| COSTS & EXPENSES | $7.50 |
| **TOTAL THIS INVOICE** | **$317.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335676    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0023      Jones, Sylvia v. GMAC Mortgage, LLC
                     GMAC Matter No.: 686344

**TOTAL AMOUNT DUE**             **$287.10**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335676    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0023    Jones, Sylvia v. GMAC Mortgage, LLC
                        GMAC Matter No.: 686344

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEG | 11/09/12 | Correspondence to and from clerk of court regarding signed amended judgment. | L460 | 0.40 | 261.00 | 104.40 |
| MEG | 11/13/12 | Review and analysis of final amended judgment received from Judge Bondonno. | L460 | 0.20 | 261.00 | 52.20 |
| MEG | 11/16/12 | Prepare notice of entry of amended judgment and research regarding plaintiff's new address for service. | L460 | 0.30 | 261.00 | 78.30 |
| MEG | 11/30/12 | Review notice of entry of order of judgment and analyze regarding possible amendment thereto. | L460 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | **1.10** | | **$287.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L460 | Post-Trial Motions & Submissio | 1.10 | $287.10 |
| | **TOTAL** | **1.10** | **$287.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Gruber, Megan | MEG | Associate | 1.10 | 261.00 | $287.10 |
| | **Total** | | **1.10** | | **$287.10** |

PRIOR FEES                    $157,513.86
PRIOR COSTS & EXPENSES        $37,151.79

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335676        CLIENT    GMAC ResCap                    Page        2
                            MATTER    Jones, Sylvia

|  | FEES | $287.10 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$287.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335677    JBS

December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER    0034     Yee, Seewing and Chom Suk v. E*Trade, et al.
GMAC Matter No.: 698209

**TOTAL AMOUNT DUE**          $256.40

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335677    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0034    Yee, Seewing and Chom Suk v. E*Trade, et al.
                        GMAC Matter No.: 698209

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MKS | 11/05/12 | Update status report; provide pending dates and deadlines, litigation developments and strategy | L120 | 0.20 | 270.00 | 54.00 |
| EK | 11/05/12 | Draft email to J. Best re case status | L160 | 0.10 | 274.50 | 27.45 |
| EK | 11/14/12 | Draft email to J. Best updating on case status | L160 | 0.10 | 274.50 | 27.45 |
| EK | 11/14/12 | Draft email to V. Goins following up on loan modification discussion | L160 | 0.10 | 274.50 | 27.45 |
| EK | 11/27/12 | Draft email to J. Best re plaintiffs' response to settlement offer | L160 | 0.40 | 274.50 | 109.80 |
| | | **TOTAL** | | **0.90** | | **$246.15** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 11/13/12 | First Legal Network, LLC; Court Services; CACOA- San Francisco 10/31/12 | 10.25 |

**TOTAL COSTS & EXPENSES**                    **$10.25**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L160 | Settlement/Non-Binding ADR | 0.70 | $192.15 |
| | **TOTAL** | **0.90** | **$246.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Kemp, Erik | EK | Associate | 0.70 | 274.50 | $192.15 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **0.90** | | **$246.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335677 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Yee, Seewing & Chom Suk | | | |

PRIOR FEES                         $44,506.35
PRIOR COSTS & EXPENSES             $4,011.40


                                    FEES              $246.15
                      COSTS & EXPENSES                 $10.25
                      **TOTAL THIS INVOICE**        **$256.40**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335678    JBS

December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0106 | Veldghorn, Ella v. GMAC Mortgage, et al. |
| | | GMAC Matter No.: 696528 |

**TOTAL AMOUNT DUE**         **$399.60**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335678    JBS

December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0106    Veldghorn, Ella v. GMAC Mortgage, et al.
GMAC Matter No.: 696528

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ACS | 11/01/12 | Communicate by email to plaintiff's counsel & client re: status of loan modification | L160 | 0.30 | 288.00 | 86.40 |
| MKS | 11/05/12 | Update status report; provide pending dates and deadlines, litigation developments and strategy | L120 | 0.20 | 270.00 | 54.00 |
| ACS | 11/15/12 | Communicate by phone with client re: status of loan modification & settlement agreement | L160 | 0.20 | 288.00 | 57.60 |
| ACS | 11/15/12 | Revise draft settlement agreement | L160 | 0.30 | 288.00 | 86.40 |
| ACS | 11/15/12 | Correspond by e-mail with plaintiff's counsel re: status of loan modification & settlement | L160 | 0.20 | 288.00 | 57.60 |
| ACS | 11/16/12 | E-mail correspondence with plaintiff's counsel re: settlement agreement | L160 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **1.40** | | **$399.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L160 | Settlement/Non-Binding ADR | 1.20 | $345.60 |
| | **TOTAL** | **1.40** | **$399.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Sears, Alex | ACS | Associate | 1.20 | 288.00 | $345.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335678 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | | MATTER | Veldghorn, Ella | | | | | |

| Sullivan, Mary Kate | MKS | Member | | 0.20 | 270.00 | $54.00 |
| | **Total** | | | **1.40** | | **$399.60** |

PRIOR FEES                            $39,289.50
PRIOR COSTS & EXPENSES        $2,490.31

|  | FEES | $399.60 |
| **TOTAL THIS INVOICE** | | **$399.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335679    JBS

December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0655 | Yeganeh, Fran v. GMAC Mortgage, LLC |
| | | GMAC Matter No.: 705330 |

**TOTAL AMOUNT DUE**        $259.55

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335679    JBS                                December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0655    Yeganeh, Fran v. GMAC Mortgage, LLC
                         GMAC Matter No.: 705330

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| JDI | 10/10/12 | Review case for bankruptcy related issues. | L120 | 0.50 | 279.00 | 139.50 |
| JDI | 11/01/12 | Check to see if any individual employees are named as defendants. | L110 | 0.20 | 279.00 | 55.80 |
| MKS | 11/05/12 | Update status report; provide pending dates and deadlines, litigation developments and strategy | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **0.90** | | **$249.30** |

### COSTS & EXPENSES

| | | |
|--|--|--|
| 10/22/12 | First Legal Network, LLC; Court Services; CACOA- San Francisco 10/01/12 | 10.25 |
| | **TOTAL COSTS & EXPENSES** | **$10.25** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 0.20 | $55.80 |
| L120 | Analysis/Strategy | 0.70 | $193.50 |
| | **TOTAL** | **0.90** | **$249.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Ives, Jon | JDI | Associate | 0.70 | 279.00 | $195.30 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | | **Total** | **0.90** | | **$249.30** |

| | |
|--|--|
| PRIOR FEES | $21,884.40 |
| PRIOR COSTS & EXPENSES | $1,815.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.  335679      CLIENT   GMAC ResCap                              Page        2
                         MATTER   Yeganeh, Fran

|                      |          |
|----------------------|---------:|
| FEES                 | $249.30  |
| COSTS & EXPENSES     | $10.25   |
| **TOTAL THIS INVOICE** | **$259.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335680    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0717    Ganesan, Skandapriya (2)
C/M# 697731

**TOTAL AMOUNT DUE**              **$896.40**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335680    JBS                                December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0717    Ganesan, Skandapriya (2)
C/M# 697731

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCK | 11/01/12 | Communications with Plaintiff's counsel regarding proposed judgment and withdrawal of lis pendens. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 11/02/12 | E-mail correspondence with client regarding order granting motion to dismiss and other pending matters. | L120 | 0.50 | 234.00 | 117.00 |
| MKS | 11/05/12 | Update status report; provide pending dates and deadlines, litigation developments and strategy | L120 | 0.20 | 270.00 | 54.00 |
| MCK | 11/05/12 | Telephone call with Jennifer Holtgren regarding closure of all Ganesan files. | L120 | 0.60 | 234.00 | 140.40 |
| MCK | 11/06/12 | Review of conformed judgment of dismissal and transmittal to client. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 11/08/12 | Research regarding lis pendens recorded to date. | L120 | 0.70 | 234.00 | 163.80 |
| MCK | 11/12/12 | Review Plaintiff's notice of withdrawal of lis pendens. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 11/16/12 | Research regarding recording of withdrawal of lis pendens. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 11/28/12 | Research to confirm Plaintiff's recording of notice of withdrawal of lis pendens. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 11/28/12 | E-mail correspondence to client contacts regarding judgment of dismissal, appeal and lis pendens issues. | L120 | 0.50 | 234.00 | 117.00 |
| MCK | 11/29/12 | E-mail correspondence to Plaintiff's counsel regarding remaining notices of lis pendens. | L120 | 0.30 | 234.00 | 70.20 |
| | | **TOTAL** | | **3.80** | | **$896.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.    335680 | **CLIENT** | GMAC ResCap | | Page | 2 |
| | **MATTER** | Ganesan, Skandapriya (2) | | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120      Analysis/Strategy | | 3.80 | $896.40 |
| **TOTAL** | | **3.80** | **$896.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kelly, Megan | MCK | Special Counsel | 3.60 | 234.00 | $842.40 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| **Total** | | | **3.80** | | **$896.40** |

PRIOR FEES                                        $92,692.80
PRIOR COSTS & EXPENSES                   $6,309.94

| | | |
|---|---|---|
| FEES | | $896.40 |
| **TOTAL THIS INVOICE** | | **$896.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335681    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0770     Locker v. Ally Bank
                   C/M# 709371
                   Time and expenses must be split between Ally and Rescap

**TOTAL AMOUNT DUE**            **$711.30**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335681     JBS                                      December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0770    Locker v. Ally Bank
C/M# 709371
Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| EK | 11/13/12 | Draft status conference report and Kemp declaration re communications with plaintiffs | L230 | 1.30 | 274.50 | 356.85 |
| EK | 11/16/12 | Prepare for and attend case management conference via courtcall | L230 | 0.50 | 274.50 | 137.25 |
| | | **TOTAL** | | **1.80** | | **$494.10** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 11/02/12 | CourtCall, LLC; CourtCall - Conference Service; 10/22/12 | 78.00 |
| 11/16/12 | CourtCall, LLC; CourtCall - Conference Service; 11/16/12 | 78.00 |
| 11/29/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 11/14/12 | 61.20 |

**TOTAL COSTS & EXPENSES**                              **$217.20**

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L230    Court Mandated Conferences | 1.80 | $494.10 |
| TOTAL | 1.80 | $494.10 |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
| Kemp, Erik    EK | Associate | 1.80 | 274.50 | $494.10 |
| Total | | 1.80 | | $494.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335681 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Locker v. Ally Bank | | |

| | | |
|---|---|
| PRIOR FEES | $73,961.55 |
| PRIOR COSTS & EXPENSES | $11,107.56 |

| | |
|---|---|
| FEES | $494.10 |
| COSTS & EXPENSES | $217.20 |
| **TOTAL THIS INVOICE** | **$711.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335682    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0796 | CPN Pipeline Company |
| | | GMAC Matter No.: 710028 |

**TOTAL AMOUNT DUE**            **$520.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&* Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 335682 | JBS | December 17, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0796    CPN Pipeline Company
GMAC Matter No.: 710028

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| HRJ | 10/05/12 | Draft status report to client. | L120 | 0.10 | 306.00 | 30.60 |
| HRJ | 10/08/12 | Draft correspondence to J. Lowenthal re settlement. | L160 | 0.20 | 306.00 | 61.20 |
| HRJ | 11/27/12 | Attend to issues re settlement agreements. | L160 | 1.30 | 306.00 | 397.80 |
| HRJ | 11/30/12 | Draft status report to client. | L110 | 0.10 | 306.00 | 30.60 |
| | | **TOTAL** | | **1.70** | | **$520.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.10 | $30.60 |
| L120 | Analysis/Strategy | 0.10 | $30.60 |
| L160 | Settlement/Non-Binding ADR | 1.50 | $459.00 |
| | **TOTAL** | **1.70** | **$520.20** |

| Timekeeper | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|
| Jones, Harold R. | HRJ | Associate | 1.70 | 306.00 | $520.20 |
| | **Total** | | **1.70** | | **$520.20** |

| | |
|---|---|
| PRIOR FEES | $12,411.45 |
| PRIOR COSTS & EXPENSES | $344.42 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335682 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | CPN Pipeline Company | | |

|  |  |
|---|---|
| FEES | $520.20 |
| **TOTAL THIS INVOICE** | **$520.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335683    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0813    Lai, Van Kim
                  GMAC Matter No.: 718663

**TOTAL AMOUNT DUE**          **$227.25**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335683    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 0813      Lai, Van Kim
                            GMAC Matter No.: 718663

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| AAG | 08/14/12 | Communicate with client regarding notice of stay. | L250 | 0.30 | 238.50 | 71.55 |
| MKS | 08/28/12 | Update to client re: case status, new developments and upcoming dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| AAG | 10/16/12 | Update client regarding case status | L120 | 0.20 | 238.50 | 47.70 |
| MKS | 11/05/12 | Update status report; provide pending dates and deadlines, litigation developments and strategy | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **0.90** | | **$227.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $101.70 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L250 | Other Written Motions | 0.30 | $71.55 |
| | **TOTAL** | **0.90** | **$227.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Givental, Alisa | AAG | Associate | 0.50 | 238.50 | $119.25 |
| Sullivan, Mary Kate | MKS | Member | 0.40 | 270.00 | $108.00 |
| | **Total** | | **0.90** | | **$227.25** |

PRIOR FEES                    $6,990.75
PRIOR COSTS & EXPENSES        $473.81

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 335683 | CLIENT | GMAC ResCap | Page    2 |
| | | MATTER | Lai, Van Kim | |

|  | |
|---|---|
| FEES | $227.25 |
| **TOTAL THIS INVOICE** | **$227.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335684    JBS                                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0839    Neal, Dennis and Jacqueline
                          GMAC Matter No.: 711542

**TOTAL AMOUNT DUE**                    **$496.65**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335684    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0839    Neal, Dennis and Jacqueline
                        GMAC Matter No.: 711542

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 11/05/12 | Update status report; provide pending dates and deadlines, litigation developments and strategy | L120 | 0.20 | 270.00 | 54.00 |
| BSW | 11/19/12 | Prepare and apear for Case Management Conference. | L230 | 0.80 | 265.50 | 212.40 |
| BSW | 11/21/12 | Communicate with client (A.Angelo) regarding outcome of Case Management Conference and status of litigation stay. | L140 | 0.20 | 265.50 | 53.10 |
| BSW | 11/26/12 | Review Court's Case Management Order. | L230 | 0.20 | 265.50 | 53.10 |
| BSW | 11/27/12 | Communicate with client (A. Angelo) regarding court's decision to stay action. | L140 | 0.10 | 265.50 | 26.55 |
| | | **TOTAL** | | **1.50** | | **$399.15** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/13/12 | First Legal Network, LLC; Transmittal of filing to court; Yuba CMC- Marysville 10/16/12 | 97.50 |

**TOTAL COSTS & EXPENSES**                    **$97.50**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 0.20 | $54.00 |
| L140    Document/File Management | 0.30 | $79.65 |
| L230    Court Mandated Conferences | 1.00 | $265.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335684 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Neal, Dennis and Jacqueline | | | | |

| TOTAL | | | 1.50 | $399.15 | | |
|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** | |
| Whittemore, Brian | BSW | Associate | 1.30 | 265.50 | $345.15 | |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 | |
| | **Total** | | **1.50** | | **$399.15** | |

PRIOR FEES                          $26,013.60
PRIOR COSTS & EXPENSES       $4,258.18

| | | |
|---|---|---|
| FEES | $399.15 |
| COSTS & EXPENSES | $97.50 |
| **TOTAL THIS INVOICE** | **$496.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335685    JBS                                December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     0851     Feliciano, Jose
                    GMAC Matter No.: 711719

**TOTAL AMOUNT DUE**          $1,039.65

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335685    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0851    Feliciano, Jose
GMAC Matter No.: 711719

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| DHC | 11/06/12 | Review Statement of No Opposition to Motion for Authorization to Remediate Property in BK Ct. | L190 | 0.50 | 337.50 | 168.75 |
| DHC | 11/07/12 | Review entry of order authorizing remediation of REO property. | L190 | 0.30 | 337.50 | 101.25 |
| BSW | 11/07/12 | Receipt and review order authorizing repairs from bankruptcy counsel. | L140 | 0.20 | 265.50 | 53.10 |
| BSW | 11/07/12 | Communicate with client (K. Priore) regarding further handling after receipt of comfort order. | L140 | 0.20 | 265.50 | 53.10 |
| BSW | 11/08/12 | Communuicate with opposing counsel (S. McDonald) regading bankruptcy court order sanctioning remediation and settlement. | L140 | 0.30 | 265.50 | 79.65 |
| MKS | 11/16/12 | Attention to settlement correspondence from plaintiff's counsel. Strategy re:same. | L160 | 0.30 | 270.00 | 81.00 |
| BSW | 11/16/12 | Prepare and appear for Court ordered compliance hearing. | L230 | 0.70 | 265.50 | 185.85 |
| BSW | 11/16/12 | Receipt and analysis of Plaintiffs' Settlement Demand Letter. | L120 | 0.50 | 265.50 | 132.75 |
| BSW | 11/20/12 | Communicate with client (K. Priore) regarding plaintiff's settlement demand regarding buy-out of tenancy. | L140 | 0.20 | 265.50 | 53.10 |
| BSW | 11/21/12 | Communicate with opposing counsel (S. McDonald) acknowledging settlement demand. | L140 | 0.20 | 265.50 | 53.10 |
| | | **TOTAL** | | **3.40** | | **$961.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. 335685 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Feliciano, Jose | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/02/12 | CourtCall, LLC; CourtCall - Conference Service; 11/16/12 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $132.75 |
| L140 | Document/File Management | 1.10 | $292.05 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $81.00 |
| L190 | Other Case Assessment | 0.80 | $270.00 |
| L230 | Court Mandated Conferences | 0.70 | $185.85 |
| | **TOTAL** | **3.40** | **$961.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Whittemore, Brian | BSW | Associate | 2.30 | 265.50 | $610.65 |
| Cram, Donald | DHC | Member | 0.80 | 337.50 | $270.00 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **3.40** | | **$961.65** |

| | |
|---|---|
| PRIOR FEES | $83,926.80 |
| PRIOR COSTS & EXPENSES | $8,457.79 |

| | |
|---|---|
| FEES | $961.65 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$1,039.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335686    JBS                                December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0926    Vargas, Robert
                  C/M# 713841

**TOTAL AMOUNT DUE**            **$244.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335686    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0926    Vargas, Robert
                        C/M# 713841

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| AAG | 11/01/12 | Communicate with client regarding settlement. | L160 | 0.10 | 238.50 | 23.85 |
| AAG | 11/02/12 | Communicate with plaintiffs' attorney regarding status of settlement check. | L160 | 0.10 | 238.50 | 23.85 |
| MKS | 11/05/12 | Update status report; provide pending dates and deadlines, litigation developments and strategy | L120 | 0.20 | 270.00 | 54.00 |
| AAG | 11/09/12 | Communicate with plaintiffs' attorney regarding settlement check. | L160 | 0.20 | 238.50 | 47.70 |
| AAG | 11/14/12 | Communicate with plaintiff's attorney regarding withdrawing lis pendens. | L160 | 0.10 | 238.50 | 23.85 |
| AAG | 11/21/12 | Communicate with plaintiff's attorney regarding Lis Pendens expungement. | L160 | 0.10 | 238.50 | 23.85 |
| AAG | 11/26/12 | Communicate with client regarding status of plaintiffs' expungement of Lis Pendens. | L160 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **1.00** | | **$244.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 0.20 | $54.00 |
| L160    Settlement/Non-Binding ADR | 0.80 | $190.80 |
| **TOTAL** | **1.00** | **$244.80** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335686 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Vargas, Robert | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | | 0.80 | 238.50 | $190.80 | |
| Sullivan, Mary Kate | MKS | Member | | 0.20 | 270.00 | $54.00 | |
| | **Total** | | | **1.00** | | **$244.80** | |

PRIOR FEES $15,457.50
PRIOR COSTS & EXPENSES $2,293.73

| | | |
|---|---|---|
| FEES | | $244.80 |
| **TOTAL THIS INVOICE** | | **$244.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335687    JBS                                      December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0967 | Murray, Burnel R. |
| | | GMAC Matter No.:  715022 |

**TOTAL AMOUNT DUE**          $760.50

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335687    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0967    Murray, Burnel R.
          GMAC Matter No.:  715022

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ALS | 11/05/12 | Telephone call from Amy Hartshorn inquiring whether we know if title is now properly reflected as plaintiff | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 11/06/12 | Email to and from plaintiff's counsel inquiring whether we know if title is now properly reflected in name of plaintiff | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 11/07/12 | Telephone call from Amy Hartshorn re: status of title issue | L160 | 0.10 | 292.50 | 29.25 |
| ALS | 11/09/12 | Telephone call from Amy Hartshorn advising that last mortgage payment was in September | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 11/09/12 | Telephone call to plaintiff's counsel regarding overdue mortgage payment | L160 | 0.10 | 292.50 | 29.25 |
| ALS | 11/09/12 | Email to and from plaintiff's counsel regarding overdue mortgage payment and inquiry as to why this has happened | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 11/14/12 | Email from plaintiff's counsel showing that that he paid October and November mortgage invoices | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 11/14/12 | Forward plaintiff's counsel's email to Amy Hartshorn showing that payments have been made | L160 | 0.10 | 292.50 | 29.25 |
| ALS | 11/15/12 | Telephone call to Amy Hartshorn to discuss fact that Murray is current with mortgage payments | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 11/15/12 | Email to plaintiff's counsel regarding receipt of payments and status of title | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 11/15/12 | Email from and to Amy Hartshorn (twice) regarding Murray's account and | L160 | 0.40 | 292.50 | 117.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335687 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | | MATTER | Murray, Burnel R. | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | title to property | | | | | |
| ALS | 11/15/12 | Email from plaintiff's counsel regarding changing due date for mortgage payment | L160 | 0.10 | 292.50 | | 29.25 |
| ALS | 11/28/12 | Email from and to Amy Hartshorn inquiring as to status of title | L160 | 0.20 | 292.50 | | 58.50 |
| ALS | 11/28/12 | Email to and from plaintiff's counsel inquiring as to status of title | L160 | 0.20 | 292.50 | | 58.50 |
| | | **TOTAL** | | **2.60** | | | **$760.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 2.60 | $760.50 | | | |
| | **TOTAL** | **2.60** | **$760.50** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Strayer, Ann | ALS | Special Counsel | 2.60 | 292.50 | $760.50 |
| | **Total** | | **2.60** | | **$760.50** |

| | | | |
|---|---|---|---|
| PRIOR FEES | $41,976.00 | | |
| PRIOR COSTS & EXPENSES | $2,066.03 | | |

| | | |
|---|---|---|
| FEES | | $760.50 |
| **TOTAL THIS INVOICE** | | **$760.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335688    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER   1006     Juharyan, Ishkhan
                  C/M# 716686

**TOTAL AMOUNT DUE**          $255.75

**\*\*\* REMITTANCE COPY \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   335688   JBS                                December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 1006   Juharyan, Ishkhan
C/M# 716686

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| MKS | 10/19/12 | Research and report in response to client's request for updated information on status of bankruptcy stay, filing of notice and remaining claims and parties. Telephone call with client re:same. | L190 | 0.30 | 270.00 | 81.00 |
| MXS | 10/19/12 | Searched court records for copy of notice of stay conformed by court. | L240 | 0.30 | 216.00 | 64.80 |
| MKS | 11/05/12 | Update status report; provide pending dates and deadlines, litigation developments and strategy | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **0.80** | | **$199.80** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/12/12 | One Legal, Inc.; Transmittal of filing to court; Defendant's GMAC, LLC's Noitce of Bankruptcy and Suggestion of Automatic Stay 10/29/12 | 55.95 |
| | **TOTAL COSTS & EXPENSES** | **$55.95** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120   Analysis/Strategy | 0.20 | $54.00 |
| L190   Other Case Assessment | 0.30 | $81.00 |
| L240   Dispositive Motions | 0.30 | $64.80 |
| **TOTAL** | **0.80** | **$199.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335688 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Juharyan, Ishkhan | | | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | | Member | 0.50 | 270.00 | $135.00 |
| Schindler, Maria | MXS | | Associate | 0.30 | 216.00 | $64.80 |
| | | **Total** | | **0.80** | | **$199.80** |

PRIOR FEES                    $24,772.50
PRIOR COSTS & EXPENSES        $1,795.46

|  |  |
|---|---|
| FEES | $199.80 |
| COSTS & EXPENSES | $55.95 |
| **TOTAL THIS INVOICE** | **$255.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335689    JBS                                        December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1035    Ross, Richard
GMAC Matter No.: 718077

**TOTAL AMOUNT DUE**          **$238.50**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335689    JBS                          December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1035    Ross, Richard
                         GMAC Matter No.: 718077

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| NSR | 11/15/12 | receipt and analysis of the Court's judgment of dismissal | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 11/16/12 | Draft notice of entry of order of judgment of dismissal | L210 | 0.40 | 238.50 | 95.40 |
| NSR | 11/16/12 | Analysis regarding Plaintiff's deadline to file a notice of appeal | L190 | 0.30 | 238.50 | 71.55 |
| NSR | 11/26/12 | Draft correspondence to Ms. Hoy regarding the judgment of dismissal and Plaintiff's deadline to file a notice of appeal | L210 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **1.00** | | **$238.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L160 | Settlement/Non-Binding ADR | 0.10 | $23.85 |
| L190 | Other Case Assessment | 0.30 | $71.55 |
| L210 | Pleadings | 0.60 | $143.10 |
| | **TOTAL** | **1.00** | **$238.50** |

| Timekeeper | Position | | Hours | Rate | Value |
|------------|----------|---|-------|------|-------|
| Riedman, Natilee | NSR | Associate | 1.00 | 238.50 | $238.50 |
| | **Total** | | **1.00** | | **$238.50** |

PRIOR FEES                    $24,707.70
PRIOR COSTS & EXPENSES        $2,700.09

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335689 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Ross, Richard | | |

|  | FEES | $238.50 |
| **TOTAL THIS INVOICE** | | **$238.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335690    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1072 | Malinowski, Kenneth J. and Patricia L. |
| | | GMAC Matter No.: 719341 |

**TOTAL AMOUNT DUE**           **$297.00**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335690     JBS                          December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1072     Malinowski, Kenneth J. and Patricia L.
                          GMAC Matter No.: 719341

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 10/14/12 | Analysis of claims and prayers for relief L190 and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | | 0.30 | 270.00 | 81.00 |
| KWF | 10/23/12 | Review and analyze order of sale. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 10/23/12 | Prepare email to client, M. Verma, re: order of sale. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 11/03/12 | Review and analyze notice of void order from borrower. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 11/27/12 | Prepare status update to client, M. Verma, re: sale of property by Marshall's office. | L120 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **1.10** | | **$297.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.80 | $216.00 |
| L190 | Other Case Assessment | 0.30 | $81.00 |
| | **TOTAL** | **1.10** | **$297.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 0.80 | 270.00 | $216.00 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **1.10** | | **$297.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.  335690 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Malinowski, Kenneth & Patricia | | |

| | |
|---|---|
| PRIOR FEES | $6,951.60 |
| PRIOR COSTS & EXPENSES | $220.24 |

| | |
|---|---|
| FEES | $297.00 |
| **TOTAL THIS INVOICE** | **$297.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335691    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1149  | Mathew, Vincent and Rosemole |
|        |       | GMAC Matter No.: 722251 |

**TOTAL AMOUNT DUE**          $1,144.80

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement