# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335691    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1149    Mathew, Vincent and Rosemole
                        GMAC Matter No.: 722251

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| NSR | 11/05/12 | Analysis of correspondence from Plaintiff's counsel regarding the status of the execution of the settlement agreement | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 11/05/12 | Draft correspondence to Ms. Bonello regarding the upcoming case management conference and the status of settlement | L230 | 0.30 | 238.50 | 71.55 |
| NSR | 11/05/12 | Communicate via telephone with Plaintiff's counsel regarding the upcoming case management conference and the status of settlement | L160 | 0.30 | 238.50 | 71.55 |
| NSR | 11/06/12 | Analysis of correspondence from Ms. Bonello regarding the executed settlement agreement | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 11/06/12 | Analysis of the executed settlement agreement provided by Ms. Bonello, to determine completion | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 11/06/12 | Determine whether we previously received a copy of the modification agreement, as executed and notarized by GMAC | L160 | 0.20 | 238.50 | 47.70 |
| NSR | 11/06/12 | Draft correspondence to Ms. Bonello regarding the status of the executed modification agreement | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 11/06/12 | Analysis of correspondence from Ms. Bonello regarding the executed modification agreement | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 11/06/12 | Finalize the settlement agreement and modification agreement prior to sending | L160 | 0.50 | 238.50 | 119.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335691 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Mathew, Vincent & Rosemole | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | the same to Plaintiff | | | | |
| NSR | 11/06/12 | Determine whether Plaintiff produced the original notice of rescission of lis pendens | L160 | 0.30 | 238.50 | 71.55 |
| NSR | 11/06/12 | Draft correspondence to Plaintiff's counsel regarding the finalized settlement and modification agreements, our filing of the stipulation to dismiss and Plaintiff's production of the original notice of rescission of lis pendens | L160 | 0.30 | 238.50 | 71.55 |
| NSR | 11/08/12 | Finalize stipulation to dismiss prior to filing | L160 | 0.20 | 238.50 | 47.70 |
| NSR | 11/08/12 | Prepare to attend case management conference | L230 | 0.40 | 238.50 | 95.40 |
| NSR | 11/09/12 | Attend case management conference | L230 | 1.30 | 238.50 | 310.05 |
| NSR | 11/13/12 | Analysis of correspondence from Plaintiff's counsel regarding the stipulation to dismiss | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 11/13/12 | Determine status of the Courts entry of the stipulation to dismiss | L160 | 0.30 | 238.50 | 71.55 |
| NSR | 11/13/12 | Draft correspondence to Plaintiff's counsel regarding the status of the stipulation to dismiss | L160 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **4.80** | | **$1,144.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 2.80 | $667.80 |
| L230 | Court Mandated Conferences | 2.00 | $477.00 |
| | **TOTAL** | **4.80** | **$1,144.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Riedman, Natilee | NSR | Associate | 4.80 | 238.50 | $1,144.80 |
| | **Total** | | **4.80** | | **$1,144.80** |

PRIOR FEES                                    $9,814.05

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335691 | CLIENT | GMAC ResCap | Page | 3 |
| | | MATTER | Mathew, Vincent & Rosemole | | |

PRIOR COSTS & EXPENSES                     $437.89

|  | FEES | $1,144.80 |
| | **TOTAL THIS INVOICE** | **$1,144.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335692    JBS                                December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1164      Vielma, Martha
                     GMAC Matter No.: 722889

**TOTAL AMOUNT DUE**              **$381.60**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335692    JBS                                         December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1164    Vielma, Martha
                        GMAC Matter No.: 722889

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| NSR | 11/13/12 | Receipt of Plaintiff's first amended complaint | L210 | 0.20 | 238.50 | 47.70 |
| NSR | 11/14/12 | Analysis of Plaintiffs' first amended complaint and comparison to the original complaint | L210 | 1.10 | 238.50 | 262.35 |
| NSR | 11/15/12 | Analysis regarding removal of the pending demurrer and motion to strike from the calendar in light of Plaintiffs' filing of the first amended complaint | L240 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **1.60** | | **$381.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L210 | Pleadings | 1.30 | $310.05 |
| L240 | Dispositive Motions | 0.30 | $71.55 |
| | **TOTAL** | **1.60** | **$381.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|-----|----------|-------|------|-------|
| Riedman, Natilee | NSR | Associate | 1.60 | 238.50 | $381.60 |
| | **Total** | | **1.60** | | **$381.60** |

PRIOR FEES                          $29,631.60
PRIOR COSTS & EXPENSES              $1,769.99

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335692 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Vielma, Martha | | |

|  | FEES | $381.60 |
| --- | --- | --- |
| **TOTAL THIS INVOICE** | | **$381.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335693      JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1173       Liguori, Lisa
                       GMAC Matter No.: 723336

**TOTAL AMOUNT DUE**          $1,313.35

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335693    JBS                                          December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1173    Liguori, Lisa
                       GMAC Matter No.: 723336

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 11/05/12 | [McLaughlin] Prepare email to DRE re: status of investigation. | L120 | 0.20 | 270.00 | 54.00 |
| MKS | 11/08/12 | Attention to litigation strategy going forward in light of b/k filing and retention of counsel by defendant. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 11/08/12 | Prepare email to M. Sims re: status of commission dispute. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 11/08/12 | Prepare case summary and agenda for conference call. | L120 | 0.80 | 270.00 | 216.00 |
| MKS | 11/09/12 | Participate in strategy conference call with client to determine whether or not to pursue defendant in bankruptcy court. | L120 | 0.40 | 270.00 | 108.00 |
| DHC | 11/09/12 | Correspondence with Client re pursuing Adversary Proceeding objecting to discharge. | L210 | 0.50 | 337.50 | 168.75 |
| KWF | 11/09/12 | Prepare email to B. Kornberg re: documents to facilitate transfer of litigation. | L190 | 0.20 | 270.00 | 54.00 |
| KWF | 11/09/12 | Telephone conference with client, L. Delehey, re: pursuing McLaughlin in BK court. | L120 | 0.40 | 270.00 | 108.00 |
| BJK | 11/13/12 | Researched issue relating to filing of nondischargability complaint | L120 | 0.70 | 234.00 | 163.80 |
| BJK | 11/13/12 | Reviewed case files, bankruptcy docket and  state court complaints filed by GMAC and Lisa Ligouri | L120 | 0.80 | 234.00 | 187.20 |
| KWF | 11/14/12 | Prepare email to B. Kornberg re: handling of 341(a) hearing. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 11/27/12 | Prepare email to B. Kornberg re: status | L120 | 0.10 | 270.00 | 27.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335693 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Liguori, Lisa | | | | |

and strategy.

| BJK | 11/28/12 | Reviewed bankruptcy docket to determine status of 341(a) hearing | L110 | 0.20 | 234.00 | 46.80 |
| | | **TOTAL** | | **4.90** | | **$1,295.55** |

## COSTS & EXPENSES

| 10/31/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; SDSUPCT ROA CA 08/24/12 | 17.80 |
| | **TOTAL COSTS & EXPENSES** | **$17.80** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L110 | Fact Investigation/Development | 0.20 | $46.80 |
| L120 | Analysis/Strategy | 4.00 | $1,026.00 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L210 | Pleadings | 0.50 | $168.75 |
| | **TOTAL** | **4.90** | **$1,295.55** |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Kornberg, Bernard | BJK | Associate | 1.70 | 234.00 | $397.80 |
| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 |
| Franich, Kerry | KWF | Associate | 2.10 | 270.00 | $567.00 |
| Sullivan, Mary Kate | MKS | Member | 0.60 | 270.00 | $162.00 |
| | **Total** | | **4.90** | | **$1,295.55** |

| PRIOR FEES | $13,802.85 |
| PRIOR COSTS & EXPENSES | $1,473.91 |

| FEES | $1,295.55 |
| COSTS & EXPENSES | $17.80 |
| **TOTAL THIS INVOICE** | **$1,313.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335694    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1184 | Berdan, Felino V. and Belinda |
| | | GMAC Matter No.: 723763 |

**TOTAL AMOUNT DUE**            **$440.40**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335694    JBS

December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1184    Berdan, Felino V. and Belinda
GMAC Matter No.: 723763

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MKS | 11/05/12 | Update status report; provide pending dates and deadlines, litigation developments and strategy | L120 | 0.20 | 270.00 | 54.00 |
| MTM | 11/06/12 | Finalize proposed order and judgment and draft letter to judge forwarding same. | L210 | 0.60 | 288.00 | 172.80 |
| MTM | 11/20/12 | Communicate with C. DiCicco regarding status. | L210 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **1.00** | | **$284.40** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 11/02/12 | CourtCall, LLC; CourtCall - Conference Service; 11/14/12 | 78.00 |
| 11/16/12 | CourtCall, LLC; CourtCall - Conference Service; 01/08/13 | 78.00 |

**TOTAL COSTS & EXPENSES**    **$156.00**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L210 | Pleadings | 0.80 | $230.40 |
| | **TOTAL** | **1.00** | **$284.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| McGuinness, Michelle | MTM | Associate | 0.80 | 288.00 | $230.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335694 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Berdan, Felino V. & Belinda | | | |

| Total | | 1.00 | $284.40 |
|---|---|---|---|

PRIOR FEES                        $19,947.15
PRIOR COSTS & EXPENSES     $2,445.73

|  | |
|---|---|
| FEES | $284.40 |
| COSTS & EXPENSES | $156.00 |
| **TOTAL THIS INVOICE** | **$440.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335695     JBS                                        December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1247 | Galaviz, Jorge and Consuelo |
| | | GMAC Matter No.: 727068 |

**TOTAL AMOUNT DUE**          $771.65

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335695    JBS

December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1247    Galaviz, Jorge and Consuelo
GMAC Matter No.: 727068

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 11/05/12 | Update status report; provide pending dates and deadlines, litigation developments and strategy | L120 | 0.20 | 270.00 | 54.00 |
| MKS | 11/05/12 | Strategy re: recommendation to client to address single remaining claim (2923.5) and possible mitigation or elimination of remedy. | L120 | 0.30 | 270.00 | 81.00 |
| MKS | 11/07/12 | Correspondence with client re: recommended next steps in litigation and request for authority to reach out to plaintiff's counsel re: same. | L120 | 0.30 | 270.00 | 81.00 |
| MKS | 11/08/12 | Correspondence to and receipt of correspondence from client re: strategy re informal resolution of dispositive motion. Review with client requirements of 2923.5 and evidence of compliance with same. | L120 | 0.30 | 270.00 | 81.00 |
| MKS | 11/27/12 | Multiple telephone conferences and correspondences with plaintiff's counsel's offices to follow up on plaintiff's interest in a modification and the possibility of resolving the matter through modification. Study and review bank statements for self-employed plaintiff and follow up with plaintiff's counsel's paralegal re: incompleteness of statements provided. | L160 | 0.80 | 270.00 | 216.00 |
| MKS | 11/27/12 | Multiple correspondence with client re: status of modification efforts; respond to inquiry re: possible summary judgment motion; respond to inquiry re: | L120 | 0.50 | 270.00 | 135.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  335695 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Galaviz, Jorge & Consuelo | | |

possible re-initialtion of foreclosure
activities.

| | | |
|---|---|---|
| **TOTAL** | **2.40** | **$648.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 11/26/12 | One Legal, Inc.; Transmittal of filing to court; [Proposed] Order Regarding Demurrer to Plaintiff's Complaint 10/15/12 | 60.45 |
| 11/26/12 | One Legal, Inc.; Transmittal of filing to court; Verified Answer to Verified Complaint 10/17/12 | 63.20 |
| | **TOTAL COSTS & EXPENSES** | **$123.65** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.60 | $432.00 |
| L160 | Settlement/Non-Binding ADR | 0.80 | $216.00 |
| | **TOTAL** | **2.40** | **$648.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 2.40 | 270.00 | $648.00 |
| | **Total** | | **2.40** | | **$648.00** |

| | |
|---|---|
| PRIOR FEES | $16,512.30 |
| PRIOR COSTS & EXPENSES | $1,870.03 |

| | |
|---|---|
| FEES | $648.00 |
| COSTS & EXPENSES | $123.65 |
| **TOTAL THIS INVOICE** | **$771.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335696     JBS                                December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1283 | Munguia, Jorge and Michele |
| | | GMAC Matter No.: 728959 |

**TOTAL AMOUNT DUE**             **$491.40**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335696    JBS                                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1283    Munguia, Jorge and Michele
GMAC Matter No.: 728959

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCK | 11/09/12 | Research regarding filing of Second Amended Complaint and e-mail correspondence to client re: same. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 11/13/12 | E-mail correspondence with client regarding stay of proceedings and matter in general. | L120 | 0.60 | 234.00 | 140.40 |
| MCK | 11/15/12 | E-mail correspondence with client responding to request for conformed copies of First Amended Complaint and Amended Notice of Bankruptcy. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 11/20/12 | E-mail correspondence with client regarding application of bankruptcy stay to action. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 11/28/12 | Communications with Plaintiffs' counsel regarding second amended complaint and failure to serve on office. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 11/30/12 | Draft case management conference statement. | L230 | 0.30 | 234.00 | 70.20 |
| MCK | 11/30/12 | Preliminary review of Plaintiffs' Second Amended Complaint. | L120 | 0.30 | 234.00 | 70.20 |
| | | **TOTAL** | | **2.10** | | **$491.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.80 | $421.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335696 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Munguia, Jorge & Michele | | | |

| L230 | Court Mandated Conferences | | 0.30 | $70.20 | | | |
|---|---|---|---|---|---|---|---|
| | **TOTAL** | | **2.10** | **$491.40** | | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Kelly, Megan | | MCK | Special Counsel | 2.10 | 234.00 | $491.40 |
| | | **Total** | | **2.10** | | **$491.40** |

| PRIOR FEES | $6,193.35 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,385.01 |

| | FEES | $491.40 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$491.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335697    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1301      Torres, Jose Gabriel
                     GMAC Matter No.: 729520

**TOTAL AMOUNT DUE**          $756.00

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335697    JBS                                          December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1301    Torres, Jose Gabriel
                         GMAC Matter No.: 729520

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| TNA | 11/02/12 | Review court docket to determine status of case and update J. Hoy at GMACM regarding same. | L220 | 0.20 | 270.00 | 54.00 |
| MKS | 11/14/12 | Telephone calls from and call to plaintiff's counsel concerning the fact that foreclosure sale went forward notwithstanding GMACM bankruptcy stay. | L120 | 0.30 | 270.00 | 81.00 |
| TNA | 11/15/12 | Review and respond to message from plaintiff's counsel regarding trustee's sale. | L160 | 0.20 | 270.00 | 54.00 |
| TNA | 11/19/12 | Review and respond to inquiry from J. Hoy at GMACM regarding whether a lis pendens was filed against the property. | L220 | 0.20 | 270.00 | 54.00 |
| MKS | 11/29/12 | Attention to and strategy re: possible motion to dispose of 2923.5 claim rendered moot by f/c sale. | L120 | 0.40 | 270.00 | 108.00 |
| TNA | 11/29/12 | Commence preparing motion for judgment on the pleadings as to claim under section 2923.5 | L210 | 1.30 | 270.00 | 351.00 |
| TNA | 11/29/12 | Review and respond to inquiry by J. Hoy at GMACM regarding section 2923.5 claim. | L210 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **2.80** | | **$756.00** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335697 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Torres, Jose Gabriel | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.70 | $189.00 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $54.00 |
| L210 | Pleadings | 1.50 | $405.00 |
| L220 | Preliminary Injunctions/Provis | 0.40 | $108.00 |
| | **TOTAL** | **2.80** | **$756.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.70 | 270.00 | $189.00 |
| Abbott, Thomas | TNA | Associate | 2.10 | 270.00 | $567.00 |
| | **Total** | | **2.80** | | **$756.00** |

| PRIOR FEES | $3,706.20 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,354.28 |

| | FEES | $756.00 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$756.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335698    JBS

December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1307    Henle, Thomas N.
                    GMAC Matter No.: 729616

**TOTAL AMOUNT DUE**        **$399.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335698    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1307    Henle, Thomas N.
GMAC Matter No.: 729616

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MTM | 11/01/12 | Communicate with MERS counsel regarding status. | L100 | 0.10 | 288.00 | 28.80 |
| MKS | 11/05/12 | Update status report; provide pending dates and deadlines, litigation developments and strategy | L120 | 0.20 | 270.00 | 54.00 |
| MTM | 11/05/12 | Communicate with counsel for MERS. | L120 | 0.20 | 288.00 | 57.60 |
| MTM | 11/06/12 | Respond to inquiry from J. Hoy regarding status. | L210 | 0.10 | 288.00 | 28.80 |
| MTM | 11/06/12 | Respond to inquiry from J. Hoy regarding status. | L160 | 0.10 | 288.00 | 28.80 |
| MTM | 11/08/12 | Correspond with additional counsel for MERS regarding status. | L210 | 0.10 | 288.00 | 28.80 |
| MTM | 11/16/12 | Correspond with additional counsel for MERS regarding status. | L210 | 0.10 | 288.00 | 28.80 |
| MTM | 11/16/12 | Communicate with counsel for MERS regarding status. | L120 | 0.10 | 288.00 | 28.80 |
| MTM | 11/20/12 | Review correspondence from opposing counsel regarding status of stipulated judgment. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 11/30/12 | Communicate with J. Hoy regarding status. | L120 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **1.40** | | **$399.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335698 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Henle, Thomas N. | | |

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L100 | NOT A VALID TASK CODE | 0.10 | $28.80 |
| L120 | Analysis/Strategy | 0.70 | $198.00 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $28.80 |
| L210 | Pleadings | 0.50 | $144.00 |
| **TOTAL** | | **1.40** | **$399.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| McGuinness, Michelle | MTM | Associate | 1.20 | 288.00 | $345.60 |
| **Total** | | | **1.40** | | **$399.60** |

| PRIOR FEES | $6,637.05 |
|---|---|
| PRIOR COSTS & EXPENSES | $751.98 |

| | FEES | $399.60 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$399.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335699    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1311    Chao, Yao Sae
GMAC Matter No.: 729670

**TOTAL AMOUNT DUE**            **$670.35**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335699     JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1311     Chao, Yao Sae
                          GMAC Matter No.: 729670

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| AAG | 11/01/12 | Draft RJN and revise demurrer to complaint. | L210 | 1.40 | 238.50 | 333.90 |
| MKS | 11/05/12 | Update status report; provide pending dates and deadlines, litigation developments and strategy | L120 | 0.20 | 270.00 | 54.00 |
| MIW | 11/15/12 | Confer with A. Givental re settlement strategy. | L160 | 0.20 | 274.50 | 54.90 |
| AAG | 11/21/12 | Communicate with clerk of court regarding postponement of case management conference. | L230 | 0.10 | 238.50 | 23.85 |
| AAG | 11/26/12 | Communicate with attorney for ally regarding status of case. | L110 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **2.10** | | **$514.35** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/12/12 | CourtCall, LLC; CourtCall - Conference Service; 02/21/13 | 78.00 |
| 11/16/12 | CourtCall, LLC; CourtCall - Conference Service; 11/21/12 | 78.00 |

**TOTAL COSTS & EXPENSES**                     **$156.00**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L110 | Fact Investigation/Development | 0.20 | $47.70 |
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $54.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335699 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Chao, Yao Sae | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L210 | Pleadings | | | 1.40 | $333.90 | | |
| L230 | Court Mandated Conferences | | | 0.10 | $23.85 | | |
| | **TOTAL** | | | **2.10** | **$514.35** | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | | 1.70 | 238.50 | $405.45 |
| Wraight, Mark | MIW | Member | | 0.20 | 274.50 | $54.90 |
| Sullivan, Mary Kate | MKS | Member | | 0.20 | 270.00 | $54.00 |
| | **Total** | | | **2.10** | | **$514.35** |

PRIOR FEES                                    $5,866.20

|  | | |
|---|---|---|
| FEES | $514.35 |
| COSTS & EXPENSES | $156.00 |
| **TOTAL THIS INVOICE** | **$670.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335700    JBS

December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1319 | Baker, Tyler |
| | | GMAC Matter No.: 730118 |

**TOTAL AMOUNT DUE**         **$210.60**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335700    JBS                                December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1319    Baker, Tyler
                        GMAC Matter No.: 730118

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCK | 09/07/12 | Review of conformed amended order. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 09/17/12 | Research regarding appealability of Probate Order on preliminary injunction. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 09/17/12 | E-mail correspondence to client with conformed copy of Notice of Entry of revised Order After Hearing. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 11/07/12 | Attention to file and draft e-mail correspondence to client regarding expiration of appeal period and file closure. | L120 | 0.20 | 234.00 | 46.80 |
| | | **TOTAL** | | **0.90** | | **$210.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.90 | $210.60 |
| | **TOTAL** | **0.90** | **$210.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Kelly, Megan | MCK | Special Counsel | 0.90 | 234.00 | $210.60 |
| | **Total** | | **0.90** | | **$210.60** |

PRIOR FEES                        $5,367.60
PRIOR COSTS & EXPENSES            $169.69

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 335700 | CLIENT | GMAC ResCap | Page 2 |
| | | MATTER | Baker, Tyler | |

|  |  |
|---|---|
| FEES | $210.60 |
| **TOTAL THIS INVOICE** | **$210.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335701     JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000     GMAC ResCap
MATTER       1358      Aniel, Erlinda Abibas
                       GMAC Matter No.: 732286

**TOTAL AMOUNT DUE**                    **$495.45**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335701    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1358    Aniel, Erlinda Abibas
                        GMAC Matter No.: 732286

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994      11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 11/01/12 | Attention to updating client re: status of litigation, pending dates, recent developments, strategy going forward. | L120 | 0.20 | 270.00 | 54.00 |
| MKS | 11/05/12 | Update status report; provide pending dates and deadlines, litigation developments and strategy | L120 | 0.20 | 270.00 | 54.00 |
| MKS | 11/06/12 | Strategy re: seeking relief from Bankruptcy stay to prevent further delay in litigation and foreclosure. | L120 | 0.20 | 270.00 | 54.00 |
| TNA | 11/06/12 | Exchange of communications with J. Holtgren at GMACM regarding plaintiffs' bankruptcy petition. | L210 | 0.10 | 270.00 | 27.00 |
| TNA | 11/06/12 | Analyze bankruptcy filing by plaintiff Marc Jason Aniel to formulate recommendations to GMACM regarding pending foreclosure. | L210 | 0.30 | 270.00 | 81.00 |
| BJJ | 11/08/12 | Obtain copies of the security documents to be used in Motion for Relief from Stay | L190 | 0.50 | 130.50 | 65.25 |
| TNA | 11/11/12 | Formulate strategy regarding motion for relief from stay, specifically as to facts relating to obligor under the Note to argue against any reorganization arguments by debtor. | L210 | 0.20 | 270.00 | 54.00 |
| CHR | 11/16/12 | Conduct title search and update title chronology for Tobin Drive property. | L190 | 0.40 | 130.50 | 52.20 |
| TNA | 11/27/12 | Telephone call from plaintiff's chapter 11 bankruptcy trustee regarding pending litigation and plans to move for relief from stay. | L220 | 0.20 | 270.00 | 54.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.   335701 | CLIENT | GMAC ResCap | | Page | 2 |
| | MATTER | Aniel, Erlinda Abibas | | | |

| | | | |
|---|---|---|---|
| **TOTAL** | | 2.30 | $495.45 |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $162.00 |
| L190 | Other Case Assessment | 0.90 | $117.45 |
| L210 | Pleadings | 0.60 | $162.00 |
| L220 | Preliminary Injunctions/Provis | 0.20 | $54.00 |
| | **TOTAL** | **2.30** | **$495.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Johnson, Betty | BJJ | Paralegal | 0.50 | 130.50 | $65.25 |
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, Mary Kate | MKS | Member | 0.60 | 270.00 | $162.00 |
| Abbott, Thomas | TNA | Associate | 0.80 | 270.00 | $216.00 |
| | **Total** | | **2.30** | | **$495.45** |

| | |
|---|---|
| PRIOR FEES | $7,616.70 |
| PRIOR COSTS & EXPENSES | $188.13 |

| | |
|---|---|
| FEES | $495.45 |
| **TOTAL THIS INVOICE** | $495.45 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335702    JBS                                      December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1387     Gonzalez, Ruben and Esperana
                     GMAC Matter No.: 732737

**TOTAL AMOUNT DUE**          $1,500.75

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335702    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1387    Gonzalez, Ruben and Esperana
GMAC Matter No.: 732737

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 11/01/12 | Receive and review message from court clerk re: impact of Notice of Bankruptcy on pending demurrer and inquiry re: removing demurrer form calendar.  Telephone call to court clerk confirming that demurrer should stay on calendar. | L240 | 0.30 | 270.00 | 81.00 |
| MXS | 11/03/12 | Strategized re possibility of taking demurrer hearing off calendar. | L240 | 0.20 | 216.00 | 43.20 |
| MKS | 11/05/12 | Update status report; provide pending dates and deadlines, litigation developments and strategy | L120 | 0.20 | 270.00 | 54.00 |
| MEH | 11/05/12 | Draft email to client (A. Hartshorn) following up re: approval of draft bankruptcy documents. | L250 | 0.20 | 261.00 | 52.20 |
| MXS | 11/07/12 | Reviewed revised notice of stay | L250 | 0.20 | 216.00 | 43.20 |
| MXS | 11/07/12 | Strategized re response to written discovery | L310 | 0.30 | 216.00 | 64.80 |
| MXS | 11/08/12 | Spoke with opposing counsel re possible dismissal and modification review, wrote e-mail memorializing phone call. | L160 | 0.40 | 216.00 | 86.40 |
| MXS | 11/08/12 | Drafted e-mail to client A. Hartshorn re trustee's sale and possible settlement. | L160 | 0.30 | 216.00 | 64.80 |
| MXS | 11/09/12 | E-mailed with opposing counsel re modification review and possible sale date. | L160 | 0.40 | 216.00 | 86.40 |
| MXS | 11/19/12 | E-mailed with client A. Hartshorn regarding occurrence of trustee's sale. | L240 | 0.40 | 216.00 | 86.40 |
| MXS | 11/21/12 | Spoke with and e-mailed with Plaintiff's | L160 | 0.40 | 216.00 | 86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335702 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Gonzalez, Ruben & Esperana | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | counsel re trustee's sale and dismissal. | | | | | |
| MXS | 11/27/12 | Strategized re tentative ruling on demurrer. | L240 | 0.30 | 216.00 | | 64.80 |
| MXS | 11/28/12 | Prepared for oral argument on demurrer, reviewed and analyzed tentative ruling on demurrer. | L240 | 0.80 | 216.00 | | 172.80 |
| MXS | 11/28/12 | Spoke with opposing counsel re contesting tentative ruling on hearing on demurrer and wrote confirming e-mail. | L240 | 0.30 | 216.00 | | 64.80 |
| MKS | 11/29/12 | Attention to outcome of demurrer hearing and strategy re: entry of order and dismissal. | L240 | 0.20 | 270.00 | | 54.00 |
| MXS | 11/29/12 | Attended hearing on demurrer. | L240 | 1.20 | 216.00 | | 259.20 |
| MXS | 11/29/12 | E-mailed client with results of demurrer hearing and next steps. | L240 | 0.20 | 216.00 | | 43.20 |
| MXS | 11/29/12 | E-mailed with client re sustaining of demurrer | L240 | 0.20 | 216.00 | | 43.20 |
| | | **TOTAL** | | **6.50** | | | **$1,450.80** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 11/06/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Stay of Proceedings 10/23/12 | | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$49.95** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L160 | Settlement/Non-Binding ADR | 1.50 | $324.00 |
| L240 | Dispositive Motions | 4.10 | $912.60 |
| L250 | Other Written Motions | 0.40 | $95.40 |
| L310 | Written Discovery | 0.30 | $64.80 |
| | **TOTAL** | **6.50** | **$1,450.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Holt, M. Elizabeth | MEH | Associate | 0.20 | 261.00 | $52.20 |
| Sullivan, Mary Kate | MKS | Member | 0.70 | 270.00 | $189.00 |
| Schindler, Maria | MXS | Associate | 5.60 | 216.00 | $1,209.60 |
| | **Total** | | **6.50** | | **$1,450.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335702 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Gonzalez, Ruben & Esperana | | |

| | | |
|---|---|---|
| PRIOR FEES | $2,652.30 | |
| PRIOR COSTS & EXPENSES | $1,384.95 | |

| | |
|---|---|
| FEES | $1,450.80 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$1,500.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335703    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1409    Lykins, Alexander
                  GMAC Matter No.: 733644

**TOTAL AMOUNT DUE**          $3,108.15

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335703      JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1409     Lykins, Alexander
                          GMAC Matter No.: 733644

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 11/05/12 | Update status report; provide pending dates and deadlines, litigation developments and strategy | L120 | 0.20 | 270.00 | 54.00 |
| MKS | 11/05/12 | Attention to scope of claims in new lawsuit and applicability of bankruptcy stay to them.  Strategy re: response to permitted claims and applicability of res judicata. | L120 | 0.30 | 270.00 | 81.00 |
| AAG | 11/05/12 | Draft analysis and recommendation for client. | L120 | 0.90 | 238.50 | 214.65 |
| AAG | 11/05/12 | Draft motion to dismiss plaintiff's complaint. | L240 | 3.20 | 238.50 | 763.20 |
| MKS | 11/06/12 | Review and revise draft motion to dismiss. | L240 | 0.50 | 270.00 | 135.00 |
| AAG | 11/06/12 | Draft and revise motion to dismiss plaintiff's complaint. | L240 | 2.80 | 238.50 | 667.80 |
| AAG | 11/06/12 | Revise motion to dismiss plaintiff's complaint. | L240 | 0.80 | 238.50 | 190.80 |
| AAG | 11/07/12 | Draft notice of bankruptcy stay and cover letter and communicate with client regarding same. | L210 | 0.80 | 238.50 | 190.80 |
| AAG | 11/08/12 | Draft RJN, notice of motion, and certificate of interested parties in support of motion to dismiss. | L210 | 1.30 | 238.50 | 310.05 |
| AAG | 11/08/12 | Revise motion to dismiss. | L210 | 0.60 | 238.50 | 143.10 |
| AAG | 11/09/12 | Draft notice of motion to dismiss, certificate of interested parties, and proposed order. | L240 | 1.10 | 238.50 | 262.35 |
| AAG | 11/14/12 | Revise and file certificate of interested parties. | L210 | 0.30 | 238.50 | 71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335703 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Lykins, Alexander | | | | |

| AAG | 11/15/12 | Communicate with client regarding conformed copies of motion to dismiss and notice of automatic stay filed on behalf of GMAC, ETS, and MERS. | L240 | 0.10 | 238.50 | 23.85 |
|---|---|---|---|---|---|---|
| | | **TOTAL** | | **12.90** | | **$3,108.15** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $349.65 |
| L210 | Pleadings | 3.00 | $715.50 |
| L240 | Dispositive Motions | 8.50 | $2,043.00 |
| | **TOTAL** | **12.90** | **$3,108.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 11.90 | 238.50 | $2,838.15 |
| Sullivan, Mary Kate | MKS | Member | 1.00 | 270.00 | $270.00 |
| | **Total** | | **12.90** | | **$3,108.15** |

PRIOR FEES                                          $589.50

                                                            FEES        $3,108.15
                                          **TOTAL THIS INVOICE**    **$3,108.15**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335704     JBS                                        December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1412 | Rogers, Elaine |
| | | GMAC Matter No.: 733708 |

**TOTAL AMOUNT DUE**          $2,534.40

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335704    JBS                              December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1412    Rogers, Elaine
                        GMAC Matter No.: 733708

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 11/05/12 | Update status report; provide pending dates and deadlines, litigation developments and strategy | L120 | 0.20 | 270.00 | 54.00 |
| MKS | 11/14/12 | Review and revise draft cover letter and Notice of Bankruptcy Stay. | L210 | 0.20 | 270.00 | 54.00 |
| JMJ | 11/14/12 | Review and analyze case documents and docket and prepare status report and recommendation to client. | L120 | 1.10 | 274.50 | 301.95 |
| JMJ | 11/14/12 | Draft notice of stay and concurrent letter to plaintiff re notice of stay. | L210 | 2.50 | 274.50 | 686.25 |
| CHR | 11/16/12 | Conduct title search and obtain copy of Notice of Default. | L190 | 0.10 | 130.50 | 13.05 |
| JMJ | 11/17/12 | Research and draft demurrer to complaint and supporting papers. | L210 | 4.50 | 274.50 | 1,235.25 |
| MKS | 11/19/12 | Review and revise draft demurrer to complaint. | L240 | 0.50 | 270.00 | 135.00 |
| JMJ | 11/19/12 | Communications with client re revisions to demurrer. | L210 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | 9.30 | | **$2,534.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 1.30 | $355.95 |
| L190 | Other Case Assessment | 0.10 | $13.05 |
| L210 | Pleadings | 7.40 | $2,030.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335704 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Rogers, Elaine | | | | |

| L240 | Dispositive Motions | | 0.50 | $135.00 | | | |
|---|---|---|---|---|---|---|---|
| | **TOTAL** | | **9.30** | **$2,534.40** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.10 | 130.50 | $13.05 |
| Julian, Jason | JMJ | Special Counsel | 8.30 | 274.50 | $2,278.35 |
| Sullivan, Mary Kate | MKS | Member | 0.90 | 270.00 | $243.00 |
| | **Total** | | **9.30** | | **$2,534.40** |

PRIOR FEES                                    $711.90

|  |  |  |
|---|---|---|
| | FEES | $2,534.40 |
| **TOTAL THIS INVOICE** | | **$2,534.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335705    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1414    Cherrington, William and Lynne
GMAC Matter No.: 733724

**TOTAL AMOUNT DUE**          $1,351.80

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335705    JBS                                                December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1414    Cherrington, William and Lynne
                          GMAC Matter No.: 733724

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|-----|-------|------|--------|
| MCK | 11/01/12 | Communications with Plaintiffs' counsel regarding modification and taking preliminary injunction off-calendar. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 11/02/12 | E-mail correspondence to client re withdrawal of preliminary injunction motion. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 11/05/12 | Attention to file and e-mail correspondence with Plaintiffs' counsel re: vacating preliminary injunction hearing and Plaintiffs response to proposed modification. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 11/06/12 | Attention to file re: notice that preliminary injunction hearing is off-calendar. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 11/07/12 | Review of tentative ruling vacating preliminary injunction hearing. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 11/08/12 | E-mail correspondence from Plaintiffs' counsel advising no response on modification terms. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 11/08/12 | Telephone call to Plaintiffs' counsel to follow-up on potential resolution to matter. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 11/14/12 | Multiple e-mails with client and Plaintiffs' counsel regarding modification terms and extension for response due date. | L120 | 0.50 | 234.00 | 117.00 |
| MCK | 11/19/12 | E-mail to client regarding questions on modification terms and advising of extension for responding to complaint. | L120 | 0.20 | 234.00 | 46.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335705 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Cherrington, William & Lynne | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|
| MCK | 11/20/12 | E-mail correspondence with client regarding borrower inquiries on terms of proposed modification. | L160 | 0.20 | 234.00 | 46.80 |
| MCK | 11/20/12 | E-mails with client and plaintiffs' counsel regarding acceptance of settlement proposal. | L160 | 0.10 | 234.00 | 23.40 |
| MCK | 11/21/12 | E-mail to Plaintiffs' counsel answering questions re: proposed modification inquiries. | L160 | 0.20 | 234.00 | 46.80 |
| MCK | 11/21/12 | E-mail from client with underwriter's responses to Borrowers' modification questions. | L160 | 0.10 | 234.00 | 23.40 |
| MCK | 11/28/12 | Preliminary drafting of settlement agreement. | L160 | 1.40 | 234.00 | 327.60 |
| MKS | 11/29/12 | Review and revise draft settlement agreement. | L160 | 0.50 | 270.00 | 135.00 |
| MCK | 11/29/12 | Continued drafting of settlement agreement. | L160 | 0.80 | 234.00 | 187.20 |
| MCK | 11/29/12 | E-mail correspondence to client with draft settlement agreement. | L160 | 0.20 | 234.00 | 46.80 |
| MCK | 11/30/12 | E-mail correspondence with Plaintiffs' counsel regarding acceptance of modification and settlement procedure. | L160 | 0.20 | 234.00 | 46.80 |
| | | **TOTAL** | | **5.70** | | **$1,351.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.00 | $468.00 |
| L160 | Settlement/Non-Binding ADR | 3.70 | $883.80 |
| | **TOTAL** | **5.70** | **$1,351.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kelly, Megan | MCK | Special Counsel | 5.20 | 234.00 | $1,216.80 |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| | **Total** | | **5.70** | | **$1,351.80** |

PRIOR FEES                    $1,678.95

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335705 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Cherrington, William & Lynne | | |

|  | FEES | $1,351.80 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,351.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335706    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1417     Dagliyan, Tagun Susan
                     GMAC Matter No.: 733810

**TOTAL AMOUNT DUE**            $757.35

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335706    JBS                                     December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1417    Dagliyan, Tagun Susan
                         GMAC Matter No.: 733810

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| JBS | 11/01/12 | Analysis and evaluation of email from client regarding new matter | L120 | 0.30 | 427.50 | 128.25 |
| MKS | 11/06/12 | Study and review complaint and assess claims for impact of Bankruptcy Stay. Review and revise draft Notice of Stay. | L210 | 0.50 | 270.00 | 135.00 |
| EK | 11/06/12 | Draft email to D. Booth re notice of stay and bankruptcy violation letter | L120 | 0.20 | 274.50 | 54.90 |
| EK | 11/06/12 | Analysis and evaluation of complaint and automatic stay issues and confer with B. Kornberg re same | L120 | 1.00 | 274.50 | 274.50 |
| EK | 11/06/12 | Draft notice of stay and bankruptcy violation letter | L160 | 0.40 | 274.50 | 109.80 |
| EK | 11/14/12 | Draft email to D. Booth updating on case status | L160 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | **2.60** | | **$757.35** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 1.50 | $457.65 |
| L160 | Settlement/Non-Binding ADR | 0.60 | $164.70 |
| L210 | Pleadings | 0.50 | $135.00 |
| | **TOTAL** | **2.60** | **$757.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Kemp, Erik | EK | Associate | 1.80 | 274.50 | $494.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335706 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Dagliyan, Tagun Susan | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sullivan, John | JBS | Member | | 0.30 | 427.50 | $128.25 | |
| Sullivan, Mary Kate | MKS | Member | | 0.50 | 270.00 | $135.00 | |
| | **Total** | | | **2.60** | | **$757.35** | |

| | | |
|---|---|---|
| FEES | | $757.35 |
| **TOTAL THIS INVOICE** | | **$757.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335707    JBS                                          December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1422    Jones Estate (Annie Mae Jones)
                  GMAC Matter No.: 733847

**TOTAL AMOUNT DUE**          $1,090.35

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335707    JBS                          December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1422    Jones Estate (Annie Mae Jones)
                        GMAC Matter No.: 733847

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 10/31/12 | Clarence Jones Estate - Study and review documents filed in support of request for TRO.  Research existence and status of civil action.  Review Probate Court documents and title chronology to determine strategy in response to TRO request. | L120 | 0.80 | 270.00 | 216.00 |
| CHR | 10/31/12 | Conduct Title Search. | L190 | 0.30 | 130.50 | 39.15 |
| MKS | 11/01/12 | Telephone call to client to determine status of property preservation activities in attemtp to get TRO removed from calendar. | L120 | 0.20 | 270.00 | 54.00 |
| CHR | 11/01/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| MKS | 11/02/12 | Telephone call with counsel for Estate Administrator re: scheduled TRO hearing, postential sale and satsfaction of lienand exchange of information to facilitate resolution.  Confirming e-mail. | L120 | 0.60 | 270.00 | 162.00 |
| MKS | 11/05/12 | Receive from plaintiff and transmit to client documents related to proposed probate sale. | L120 | 0.20 | 270.00 | 54.00 |
| MKS | 11/06/12 | Multiple correspondences with client and counsel for Administrator relating | L160 | 0.40 | 270.00 | 108.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335707 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Jones Estate (Annie Mae Jones) | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | to agreement to cease property preservation activities and hold off on foreclosure process to allow for Probate Sale.   Efforts to have TRO hearing taken off calendar. | | | | |
| MKS | 11/07/12 | Estate of Clarence Jones.  Multiple correspondence with client and Administrator's counsel re: payoff statement and questions related to amounts contained therein. | L120 | 0.40 | 270.00 | 108.00 |
| MKS | 11/19/12 | Review correspondence from client with explanation of fees included in payoff statement. Draft correspondence in reply. | L120 | 0.40 | 270.00 | 108.00 |
| MKS | 11/21/12 | Correspondence with plaitiff's counsel and client re: additional information requested regarding payoff statement. | L120 | 0.20 | 270.00 | 54.00 |
| MKS | 11/28/12 | Review further payoff statement information provided by client and report same to plaintiff's counsel in advance of December 7, 2012 probate sale. | L120 | 0.50 | 270.00 | 135.00 |
| | | **TOTAL** | | **4.40** | | **$1,090.35** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.30 | $891.00 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $108.00 |
| L190 | Other Case Assessment | 0.70 | $91.35 |
| | **TOTAL** | **4.40** | **$1,090.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.70 | 130.50 | $91.35 |
| Sullivan, Mary Kate | MKS | Member | 3.70 | 270.00 | $999.00 |
| | **Total** | | **4.40** | | **$1,090.35** |

| | FEES | $1,090.35 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,090.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335708    JBS                                December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1439     Roybal-de-Aguero, Fedelina
                     GMAC Matter No.: 734684

**TOTAL AMOUNT DUE**          **$1,072.80**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335708    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1439    Roybal-de-Aguero, Fedelina
                        GMAC Matter No.: 734684

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MKS | 11/21/12 | Review and study new complaint and research factual background of subject loan. Evaluation for handling and defense strategy. | L210 | 1.20 | 270.00 | 324.00 |
| ACS | 11/21/12 | Analyze complaint, status of service, identification of defendants represented | L190 | 0.40 | 288.00 | 115.20 |
| ACS | 11/26/12 | Analyze claims in complaint & defenses to same | L210 | 0.40 | 288.00 | 115.20 |
| ACS | 11/26/12 | Analyze plaintiff's bankruptcy filings & servicing history | L110 | 0.80 | 288.00 | 230.40 |
| ACS | 11/26/12 | Phone call with plaintiff's counsel re: status of service, representation of defendants | L190 | 0.20 | 288.00 | 57.60 |
| ACS | 11/27/12 | Follow-up phone call to plaintiff's counsel re: amendment of complaint, status of service | L190 | 0.20 | 288.00 | 57.60 |
| ACS | 11/28/12 | Analyze fact package and foreclosure process notes from client | L110 | 0.60 | 288.00 | 172.80 |
| | | **TOTAL** | | **3.80** | | **$1,072.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L110 | Fact Investigation/Development | 1.40 | $403.20 |
| L190 | Other Case Assessment | 0.80 | $230.40 |
| L210 | Pleadings | 1.60 | $439.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No. | 335708 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Roybal-de-Aguero, Fedelina | | | |

| | TOTAL | | 3.80 | $1,072.80 | | |
|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** | |
| Sears, Alex | ACS | Associate | 2.60 | 288.00 | $748.80 | |
| Sullivan, Mary Kate | MKS | Member | 1.20 | 270.00 | $324.00 | |
| | **Total** | | **3.80** | | **$1,072.80** | |

|  |  |  |
|---|---|---|
| | FEES | $1,072.80 |
| **TOTAL THIS INVOICE** | | **$1,072.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335709    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1440    Cole v. Sheen (Barrett)
                  GMAC Matter No.: 730726

**TOTAL AMOUNT DUE**          **$1,412.10**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335709    JBS                                December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1440    Cole v. Sheen (Barrett)
GMAC Matter No.: 730726

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JD | 11/19/12 | Review subpoenas and strategize re: same. | L120 | 0.80 | 238.50 | 190.80 |
| MKS | 11/21/12 | Study and review subpoenas and research underlying litigation related to documents demanded.  Telephone call with former Severson counsel re: same. Correspondence to client re: subpoenas, background, service issues and recommendation. | L120 | 1.00 | 270.00 | 270.00 |
| MKS | 11/26/12 | Review subpoenas and response to recommendation to client re: same. Strategy re: same.  Review letter from former S&W attorney (also subpoenaed) to subpoenaing attorney. | L320 | 0.80 | 270.00 | 216.00 |
| KLW | 11/26/12 | Review of subpoenas and strategy re response to same | L120 | 0.90 | 337.50 | 303.75 |
| KLW | 11/26/12 | Review and analyze communications with N. Gieleghem re Cole subpoenas | L120 | 0.70 | 337.50 | 236.25 |
| JD | 11/26/12 | Conference with Cole's counsel re: subpoenas and provide status report re: same. | L120 | 0.60 | 238.50 | 143.10 |
| CHR | 11/27/12 | Review Initial Correspondence and Pleadings, Court Docket for Additional Pleadings and Calendar Dates; Draft New Matter Form and Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| | | **TOTAL** | | **5.20** | | **$1,412.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335709 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Cole v. Sheen (Barrett) | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 4.00 | $1,143.90 |
| L190 | Other Case Assessment | 0.40 | $52.20 |
| L320 | Document Production | 0.80 | $216.00 |
| | **TOTAL** | **5.20** | **$1,412.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Dykstra, Jonathan | JD | Associate | 1.40 | 238.50 | $333.90 |
| Walker, Kristin | KLW | Member | 1.60 | 337.50 | $540.00 |
| Sullivan, Mary Kate | MKS | Member | 1.80 | 270.00 | $486.00 |
| | **Total** | | **5.20** | | **$1,412.10** |

| | | | | FEES | $1,412.10 |
|---|---|---|---|---|---|
| | | | **TOTAL THIS INVOICE** | | **$1,412.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335744    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1167 | Perez, Rosa  and Raul |
| | | GMAC Matter No.: 722900 |

**TOTAL AMOUNT DUE**            **$998.40**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335744    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1167    Perez, Rosa  and Raul
                        GMAC Matter No.: 722900

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994          11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DPB | 10/30/12 | Communications from C.DiCicco regarding payoff amount, finalizing complaint against title insurer. | L210 | 0.20 | 288.00 | 57.60 |
| DPB | 11/01/12 | Communications with C.DiCicco regarding verifying the complaint against First American Title Ins. Co. | L210 | 0.20 | 288.00 | 57.60 |
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| DPB | 11/07/12 | E-mail to C.DiCicco confirming receipt of verified complaint. | L210 | 0.10 | 288.00 | 28.80 |
| DPB | 11/07/12 | Review verified complaint. | L210 | 0.10 | 288.00 | 28.80 |
| DPB | 11/08/12 | Review title documents. | L110 | 0.20 | 288.00 | 57.60 |
| DPB | 11/12/12 | Review three e-mails from S.Hunsaker regarding loan file materials. | L140 | 0.20 | 288.00 | 57.60 |
| DPB | 11/13/12 | Review conformed copies of summons and complaint and court's case-opening documents. | L210 | 0.20 | 288.00 | 57.60 |
| DPB | 11/13/12 | E-mail to C.DiCicco confirming filing of summons and complaint. | L210 | 0.10 | 288.00 | 28.80 |
| DPB | 11/13/12 | Plan for service of summons and complaint on defendant title insurer. | L210 | 0.10 | 288.00 | 28.80 |
| DPB | 11/16/12 | Review proof of service of summons on First American returned by process server. | L210 | 0.10 | 288.00 | 28.80 |
| DPB | 11/18/12 | E-mail to C.DiCicco confirming service of process on defendant First American. | L210 | 0.10 | 288.00 | 28.80 |
| DPB | 11/19/12 | Review proof of service of process; arrange for filing of same. | L210 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **1.80** | | **$517.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 335744 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Perez, Rosa & Raul | | |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 11/27/12 | One Legal, Inc.; Transmittal of filing to court; Civil Case Cover Sheet, Complaint, Summons to First American Title Insurance Compnay, Summons...to Doc Defendant's...including Court Filing Fee $435 11/13/12 | 444.95 |
| 11/29/12 | One Legal, Inc.; Serv Process, Subpoena Fees; Summons, Complaint, Civil Case Cover Sheet, New Procedures for Expedited Jury Trials in Civil Cases, Civil...Served: First America Title Insurance Company 2710 N Gateway Oaks Dr Sacramento, CA 95833 11/15/12 | 35.95 |
| | **TOTAL COSTS & EXPENSES** | **$480.90** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $57.60 |
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L140 | Document/File Management | 0.20 | $57.60 |
| L210 | Pleadings | 1.30 | $374.40 |
| | **TOTAL** | **1.80** | **$517.50** |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Babcock, Daska | DPB | | Special Counsel | 1.70 | 288.00 | $489.60 |
| Buell, Edward | ERB | | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | | **1.80** | | **$517.50** |

| | | |
|---|---|---|
| PRIOR FEES | $4,592.70 | |
| PRIOR COSTS & EXPENSES | $72.74 | |

| | |
|---|---|
| FEES | $517.50 |
| COSTS & EXPENSES | $480.90 |
| **TOTAL THIS INVOICE** | **$998.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

REMIT PAYMENT TO:
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



SEVERSON & WERSON
ATTN: Accounting  Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

| INVOICE No. | |
|---|---|
| 5166495 | |
| **Date:** | 11/13/12 |
| **Cust. No.:** | 0000562 |

| | |
|---|---|
| **Cust. No.:** | 0000562 |
| **Invoice No.:** | 5166495 |
| **Inv. Date:** | 11/13/12 |
| **Due Date:** | 11/28/12 |
| **Total:** | $444.95 |
| **Terms:** | Net 15 |

| | |
|---|---|
| **Law Firm Contact:** | Daska P. Babcock |
| **Client File No.:** | 19000.1167 |
| **Case Short Title:** | GMAC Mortgage, LLC vs. First American Title Insurance Company V. N/A |
| **Documents:** | Civil Case Cover Sheet, Complaint, Summons to First American Title Insurance Company, Summons to Doe Defendants... |
| **One Legal Branch:** | |
| **Court:** | Superior Court of California, Orange County |
| **Description:** | |

| | |
|---|---|
| **COURT FILING FEE** | $435.00 |
| **E-FILING SERVICE FEE - UNLIMITED** | $9.95 |

*(handwritten)* Th—
DPB

| **Due Date** | 11/28/12 | **Total This Invoice** | $444.95 |
|---|---|---|---|



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335745    JBS                                         December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1264    Von Brincken, Shelley (3)
                  GMAC Matter No.: 730041

**TOTAL AMOUNT DUE**            $1,643.70

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335745    JBS                                December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1264    Von Brincken, Shelley (3)
                        GMAC Matter No.: 730041

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 11/19/12 | Attention to Bankruptcy issues and notice of stay. | L120 | 0.30 | 279.00 | 83.70 |
| MGC | 11/20/12 | Draft letter brief re: effect of bankruptcy. | L210 | 2.70 | 238.50 | 643.95 |
| MGC | 11/26/12 | Review court order. | L210 | 0.30 | 238.50 | 71.55 |
| MGC | 11/26/12 | Review file and draft email re: strategy to client. | L120 | 0.20 | 238.50 | 47.70 |
| MGC | 11/26/12 | Review judgment of dismissal. | L210 | 0.20 | 238.50 | 47.70 |
| MGC | 11/27/12 | Draft demurrer for Fannie Mae. | L240 | 0.90 | 238.50 | 214.65 |
| MGC | 11/30/12 | Draft email to court clerk re: status of motion to dismiss | L240 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **5.00** | | **$1,208.70** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 11/30/12 | Nevada County Superior Court-D; Court and Filing Fees; First Appearance Fee for Federal National Mortgage. Draft#29653 11/28/12 | | 435.00 |

**TOTAL COSTS & EXPENSES**                    **$435.00**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 0.60 | $159.30 |
| L210    Pleadings | 3.20 | $763.20 |
| L240    Dispositive Motions | 1.20 | $286.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No.  335745 | **CLIENT** | GMAC ResCap | | | Page | 2 |
| | **MATTER** | Von Brincken, Shelley (3) | | | | |

| | **TOTAL** | | **5.00** | **$1,208.70** | | |
|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** | |
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 | |
| Cross, Michael | MGC | Associate | 4.60 | 238.50 | $1,097.10 | |
| | **Total** | | **5.00** | | **$1,208.70** | |

| | | |
|---|---|---|
| PRIOR FEES | $5,454.90 | |
| PRIOR COSTS & EXPENSES | $1,815.55 | |

| | |
|---|---|
| FEES | $1,208.70 |
| COSTS & EXPENSES | $435.00 |
| **TOTAL THIS INVOICE** | **$1,643.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

9653

| | DATE | CLIENT | MATTER | | PURPOSE |
|---|---|---|---|---|---|
| | 11/28/12 | 19000 | 1264 | | First Appearance fee for |

CASE/CLIENT
Shelley Von Brincken v. Federal National

Federal National Mortgage
Case No.: 78503

**(VOID 60 DAYS AFTER DATE)**

PAY TO THE
ORDER OF  Clerk of Court, Nevada County Superior Court

THE SUM OF  Four hundred ~~XXXXXXXXXX~~ thirty-five and 00/100----------DOLLARS $ 435.00**

PAYABLE THROUGH

PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $1000.00.

**Union**Bank
The Private Bank
Payable at any Union Bank branch including
at California Street, San Francisco, CA 94101
(888) 825-2869 unionbank.com

SEVERSON & WERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
NON-NEGOTIABLE

BY _____

ONE EMBARCADERO CENTER 26th FLOOR - SAN FRANCISCO, CA 94111 - (415) 398-3344
19100 VON KARMAN, SUITE 700 - IRVINE, CA 92612 - (949) 442-7110

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335746     JBS                                   December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1306     Smith, Regina
                    GMAC Matter No.: 729608

**TOTAL AMOUNT DUE**          $524.70

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335746    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1306    Smith, Regina
                        GMAC Matter No.: 729608

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 11/14/12 | Communicate with client regarding conformed copies of demurrer and joinder filed on behalf of GMAC. | L240 | 0.10 | 238.50 | 23.85 |
| AAG | 11/15/12 | Communicate with client regarding conformed copy of GMAC's joinder to Wells Fargo and MERS's demurrer. | L240 | 0.10 | 238.50 | 23.85 |
| AAG | 11/27/12 | Draft proposed order and communicate with plaintiff regarding same. | L240 | 0.20 | 238.50 | 47.70 |
| AAG | 11/30/12 | Draft letter to plaintiff regarding proposed order, judgment of dismissal, and withdrawal of Lis Pendens. | L240 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **0.80** | | **$194.85** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/01/12 | One Legal, Inc.; Transmittal of filing to court; Demurrer, Request for Judicial Notice including Court Filing Fee $90 10/10/12 | 189.90 |
| 11/06/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Joinder including Court Filing Fee $90 10/24/12 | 139.95 |
| | **TOTAL COSTS & EXPENSES** | **$329.85** |

## BILLING SUMMARY

**Task Code and Description          Hours          Amount**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335746    CLIENT    GMAC ResCap                                    Page        2
                         MATTER    Smith, Regina

| L120 | Analysis/Strategy | | 0.10 | $27.90 |
| L240 | Dispositive Motions | | 0.70 | $166.95 |
| | **TOTAL** | | **0.80** | **$194.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 0.70 | 238.50 | $166.95 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **0.80** | | **$194.85** |

PRIOR FEES                    $1,802.70
PRIOR COSTS & EXPENSES          $139.95

|  |  |
|---|---|
| FEES | $194.85 |
| COSTS & EXPENSES | $329.85 |
| **TOTAL THIS INVOICE** | **$524.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

REMIT PAYMENT TO:
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



SEVERSON & WERSON
ATTN: Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 6830466 |
| Inv. Date: | 10/10/12 |
| Due Date: | 10/25/12 |
| Total: | $189.90 |
| Terms: | Net 15 |

| INVOICE No. | |
|---|---|
| 6830466 | |
| Date: | 10/10/12 |
| Cust. No.: | 0000562 |

| Law Firm Contact: | Alisa A. Givental |
|---|---|
| Client File No.: | 19000.1306 |
| Case Short Title: | Smith V. Wells Fargo |
| Documents: | Demurrer, Request for Judicial Notice |
| One Legal Branch: | San Joaquin |
| Court: | Superior Court of California, Stanislaus County |
| Description: | |

| | |
|---|---|
| COURT FILING FEE | $90.00 |
| COURT FILING SERVICE FEE | $49.95 |
| COURT FILING URGENT CHARGE | $49.95 |

*OK to pay*
*AAG/TP*

| Due Date | 10/25/12 | Total This Invoice | $189.90 |
|---|---|---|---|



One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815

SEVERSON & WERSON
ATTN: Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

| | |
|---|---|
| Cust. No.: | 0000562 |
| Invoice No.: | 6830769 |
| Inv. Date: | 10/24/12 |
| Due Date: | 11/8/12 |
| Total: | $139.95 |
| Terms: | Net 15 |

| INVOICE No. | |
|---|---|
| 6830769 | |
| Date: | 10/24/12 |
| Cust. No.: | 0000562 |

| | |
|---|---|
| Law Firm Contact: | Alisa A. Givental |
| Client File No.: | 19000.1306 |
| Case Short Title: | Smith V. Wells Fargo |
| Documents: | Notice of Joinder |
| One Legal Branch: | San Joaquin |
| Court: | Superior Court of California, Stanislaus County |
| Description: | |

| | |
|---|---|
| COURT FILING FEE | $90.00 |
| COURT FILING SERVICE FEE | $49.95 |

OK to pay
AAG/TP



| Due Date | 11/8/12 | Total This Invoice | $139.95 |
|---|---|---|---|

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335748    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1400 | Phelps, Timothy and Carol |
| | | GMAC Matter No.: 733372 |

**TOTAL AMOUNT DUE**            **$517.35**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335748    JBS                                December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1400    Phelps, Timothy and Carol
                        GMAC Matter No.: 733372

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| EK | 11/01/12 | Proofread and finalize notice of stay and violation letter | L110 | 0.10 | 274.50 | 27.45 |
| EK | 11/14/12 | Draft email to D. Booth updating on case status | L190 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | **0.30** | | **$82.35** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 11/27/12 | Clerk, Superior Court; Court and Filing Fees; First Appearance Fee. Draft#29503. 11/2/12 | 435.00 |

**TOTAL COSTS & EXPENSES**                    **$435.00**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 0.10 | $27.45 |
| L190 | Other Case Assessment | 0.20 | $54.90 |
| | **TOTAL** | **0.30** | **$82.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Kemp, Erik | EK | Associate | 0.30 | 274.50 | $82.35 |
| | **Total** | | **0.30** | | **$82.35** |

PRIOR FEES                        $846.00

| | |
|--|--|
| FEES | $82.35 |
| COSTS & EXPENSES | $435.00 |
| **TOTAL THIS INVOICE** | **$517.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## CHECK DETAILS

| Account | Check number | Reference | Posted | Amount |
|---------|-------------|-----------|--------|--------|
| 8580011137 | 29503 | 000003040081 | 11/23/2012 | $435.00 |

*First Appearance fee*

| 29503 | DATE 11-2-12 | CLIENT 19000 | MATTER 1408 | |
|-------|------|--------|--------|---|

CASE/CLIENT *Phelps v. Bank of America, et al.*

(VOID 60 DAYS AFTER DATE)

PAY TO THE ORDER OF *Clerk Superior Court*

THE SUM OF *Four Hundred Thirty-Five*

PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $1000.00.

PAYABLE THROUGH

**UnionBank**
The Private Bank
Payable at any Union Bank branch including
400 California Street, San Francisco, CA 94104
(866) 825-7668  unionbank.com

BY _____

ONE EMBARCADERO CENTER 26
19100 VON KARMAN, S

⑈029503⑈ ⑆122000496⑆ 8580011137⑈

Seq:00123 11/21/12
BAT:243605 CC:3180000495
WT:01 LTPS:Los Angeles
BC:South Lake Tahoe BC CA1-139

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335798      JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|---|---|---|
| MATTER | 0032 | Johnson, Wes W. v. Homecomings Financial, et al. |
| | | GMAC Matter No.: 692775 |

**TOTAL AMOUNT DUE**              **$401.40**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335798    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0032    Johnson, Wes W. v. Homecomings Financial, et al.
GMAC Matter No.: 692775

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| JDI | 11/01/12 | Check to see if any individual employee L110 is named as a defendant. | 0.20 | 279.00 | 55.80 |
| DL | 11/02/12 | Exchange correspondence with client re L160 obtaining appraisal of property for possible sale to plaintiff. | 0.20 | 288.00 | 57.60 |
| DL | 11/02/12 | Prepare case update on chart for client.  L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/04/12 | Prepare correspondence to plaintiff re L160 interior appraisal of property. | 0.20 | 288.00 | 57.60 |
| DL | 11/04/12 | Analyze order requiring filing of joint L430 status report re status of bankruptcy. | 0.20 | 288.00 | 57.60 |
| DL | 11/07/12 | Analyze correspondence from client re L160 status of inspection of property. | 0.10 | 288.00 | 28.80 |
| DL | 11/13/12 | Exchange correspondence with client L160 and plaintiff's counsel re completion of BPO of property. | 0.20 | 288.00 | 57.60 |
| DL | 11/16/12 | Exchange correspondence with plaintiff L160 and client re sharing BPO with plaintiff. | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | **1.40** | | **$401.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L110 | Fact Investigation/Development | 0.20 | $55.80 |
| L160 | Settlement/Non-Binding ADR | 0.90 | $259.20 |
| L190 | Other Case Assessment | 0.10 | $28.80 |
| L430 | Written Motions/Submissions | 0.20 | $57.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335798 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Johnson, Wes W. | | | | |

| | TOTAL | | | 1.40 | $401.40 | | |
|---|---|---|---|---|---|---|---|

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Liu, David | | DL | Associate | 1.20 | 288.00 | $345.60 |
| Ives, Jon | | JDI | Associate | 0.20 | 279.00 | $55.80 |
| | | Total | | 1.40 | | $401.40 |

| | | |
|---|---|---|
| PRIOR FEES | $29,720.70 | |
| PRIOR COSTS & EXPENSES | $2,373.05 | |

| | FEES | $401.40 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$401.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335799    JBS                                        December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0050 | Walker, Shelby S. v. GMAC Mortgage, LLC |
| | | GMAC Matter No.: 698537 |

**TOTAL AMOUNT DUE**            $1,127.40

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335799    JBS                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0050    Walker, Shelby S. v. GMAC Mortgage, LLC
                        GMAC Matter No.: 698537

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| JD | 11/02/12 | Update status report. | L120 | 0.20 | 238.50 | 47.70 |
| JD | 11/09/12 | Prepare for and attend status conference re: BK. | L230 | 2.40 | 238.50 | 572.40 |
| JD | 11/29/12 | Prepare for and attend OSC re: dismissal. | L230 | 1.80 | 238.50 | 429.30 |
| | | **TOTAL** | | **4.40** | | **$1,049.40** |

## COSTS & EXPENSES

| | | | |
|--|--|--|--|
| 11/13/12 | CourtCall, LLC; CourtCall - Conference Service; 11/09/12 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $47.70 |
| L230 | Court Mandated Conferences | 4.20 | $1,001.70 |
| | **TOTAL** | **4.40** | **$1,049.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Dykstra, Jonathan | JD | Associate | 4.40 | 238.50 | $1,049.40 |
| | **Total** | | **4.40** | | **$1,049.40** |

| | |
|--|--|
| PRIOR FEES | $97,974.71 |
| PRIOR COSTS & EXPENSES | $10,127.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   335799      CLIENT    GMAC ResCap                          Page        2
                          MATTER    Walker, Shelby S.

|  |  |  |
|---|---|---|
| FEES | $1,049.40 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$1,127.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335800    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0071    Rozier, Karen M. and John v. GMAC Mortgage, LLC, et al.
                  GMAC Matter No.: 28811

TOTAL AMOUNT DUE          $1,410.75

*** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335800    JBS                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0071    Rozier, Karen M. and John v. GMAC Mortgage, LLC, et al.
GMAC Matter No.: 28811

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| BAE | 11/08/12 | Conference call with K. Franich and A. Barasch. | L220 | 0.40 | 247.50 | 99.00 |
| BAE | 11/08/12 | Preparation for ex parte application for TRO. | L220 | 1.40 | 247.50 | 346.50 |
| BAE | 11/09/12 | Attend ex parte application for TRO | L220 | 3.90 | 247.50 | 965.25 |
| | | **TOTAL** | | **5.70** | | **$1,410.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L220    Preliminary Injunctions/Provis | | 5.70 | $1,410.75 |
| **TOTAL** | | **5.70** | **$1,410.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Eilenberg, Benjamin A. | BAE | Associate | 5.70 | 247.50 | $1,410.75 |
| | **Total** | | **5.70** | | **$1,410.75** |

PRIOR FEES                    $13,621.95
PRIOR COSTS & EXPENSES        $395.21

| | | |
|---|---|---|
| FEES | | $1,410.75 |
| **TOTAL THIS INVOICE** | | **$1,410.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335801    JBS                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0113     Ballecer, Neil S. v. GMAC Mortgage, LLC
                   GMAC Matter No.: 697088

**TOTAL AMOUNT DUE**           **$854.10**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335801    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0113    Ballecer, Neil S. v. GMAC Mortgage, LLC
                        GMAC Matter No.: 697088

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 10/23/12 | Analysis and evaluation of judicial foreclosure and pending case issues to advise our client regarding an inquiry regarding proceeding with judicial foreclosure. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 10/25/12 | Correspondence with our client to advise regarding judicial foreclosure issues. | L120 | 0.30 | 274.50 | 82.35 |
| JHT | 11/12/12 | Reviewed case file and case notes in preparation for Case Management Conference. | L230 | 0.50 | 238.50 | 119.25 |
| JHT | 11/13/12 | Appeared at Case Management Conference. | L230 | 1.50 | 238.50 | 357.75 |
| JHT | 11/13/12 | Drafted correspondence to client regarding case status. | L190 | 0.20 | 238.50 | 47.70 |
| RJG | 11/26/12 | Analysis and evaluation of bankruptcy status conference issues and results and attention to litigation strategy. | L230 | 0.30 | 274.50 | 82.35 |
| RJG | 11/27/12 | Correspondence with our client to advise regarding the results of the bankruptcy status conference and pending case issues. | L120 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | **3.40** | | **$854.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335801      CLIENT    GMAC ResCap                              Page        2
                          MATTER    Ballecer, Neil S.

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.90 | $247.05 | | | |
| L190 | Other Case Assessment | 0.20 | $47.70 | | | |
| L230 | Court Mandated Conferences | 2.30 | $559.35 | | | |
| | **TOTAL** | **3.40** | **$854.10** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 2.20 | 238.50 | $524.70 |
| Gandy, Robert | RJG | Special Counsel | 1.20 | 274.50 | $329.40 |
| | **Total** | | **3.40** | | **$854.10** |

PRIOR FEES                        $42,947.50
PRIOR COSTS & EXPENSES            $2,519.49


                                   FEES          $854.10
                    TOTAL THIS INVOICE           $854.10

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335803    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0259 | Moses, Clark v. GMAC Mortgage, Inc. |
| | | GMAC Matter No.: 695145 |

**TOTAL AMOUNT DUE**          $2,388.15

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335803    JBS                                      December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0259    Moses, Clark v. GMAC Mortgage, Inc.
                        GMAC Matter No.: 695145

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/03/12 | Attention to deed in lieu of foreclosure terms and issues and multiple correspondence with Plaintiffs' counsel to address the same. | L160 | 0.50 | 274.50 | 137.25 |
| RJG | 08/03/12 | Attention to deed in lieu of foreclosure terms and issues and correspondence with our client to address the same. | L160 | 0.40 | 274.50 | 109.80 |
| RJG | 08/07/12 | Attention to deed in lieu of foreclosure issues and correspondence with our client to respond to an inquiry regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 08/07/12 | Attention to deed in lieu of foreclosure and informal resolution issues and correspondence with Plaintiffs' counsel to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 08/14/12 | Multiple correspondence with Plaintiffs' counsel to address deed in lieu of foreclosure issues. | L160 | 0.40 | 274.50 | 109.80 |
| RJG | 08/14/12 | Attention to deed in lieu of foreclosure issues and correspondence with our client to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 08/29/12 | Attention to proposed deed in lieu of foreclosure terms and issues and correspondence with Plaintiff's counsel to address the same. | L160 | 0.40 | 274.50 | 109.80 |
| RJG | 08/29/12 | Attention to deed in lieu of foreclosure issues and correspondence with our client to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 09/05/12 | Attention to resolution of outstanding HOA dues lien and deed in lieu of | | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335803 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Moses, Clark | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | foreclosure issues and correspondence with our client to address the same. | | | | |
| RJG | 09/10/12 | Analysis and evaluation of deed in lieu of foreclosure documents and correspondence with our client to address deed in lieu of foreclosure issues. | L160 | 0.50 | 274.50 | 137.25 |
| RJG | 09/10/12 | Attention to deed in lieu of foreclosure issues and correspondence with Plaintiffs' counsel to address the same. | L160 | 0.40 | 274.50 | 109.80 |
| RJG | 09/12/12 | Attention to deed in lieu of foreclosure issues and correspondence with Plaintiff's counsel to address the same. | L160 | 0.40 | 274.50 | 109.80 |
| RJG | 09/13/12 | Attention to deed in lieu of foreclosure issues and correspondence with Plaintiffs' counsel to respond to an inquiry regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 09/14/12 | Telephone call with Plaintiffs' counsel to address deed in lieu of foreclosure procedures and documents. | L160 | 0.50 | 274.50 | 137.25 |
| RJG | 09/21/12 | Telephone call with Plaintiffs' counsel to address his inquiries regarding deed in lieu of foreclosure issues. | L160 | 0.40 | 274.50 | 109.80 |
| RJG | 09/25/12 | Telephone call Plaintiffs' counsel regarding finalizing deed in lieu of foreclosure issues. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 09/27/12 | Correspondence with Plaintiffs' counsel to respond to an inquiry regarding deed in lieu of foreclosure terms. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 09/27/12 | Telephone call with Plaintiffs' counsel to address issues he raised regarding deed in lieu of foreclosure property possession terms. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 10/01/12 | Correspondence with our client to respond to an inquiry regarding deed in lieu of foreclosure status and issues. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 10/04/12 | Analysis and evaluation of deed in lieu of foreclosure documents received from Plaintiffs' counsel. | L160 | 0.20 | 274.50 | 54.90 |
| RJG | 10/04/12 | Correspondence with our client to advise regarding deed in lieu of foreclosure documents and issues. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 11/01/12 | Correspondence with our client to | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335803 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Moses, Clark | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | address potential improper foreclosure issues. | | | | | |
| RJG | 11/01/12 | Correspondence with Plaintiffs' counsel to respond to inquiry regarding improper foreclosure notices and issues. | L120 | 0.40 | 274.50 | | 109.80 |
| RJG | 11/02/12 | Correspondence with Plaintiffs' counsel to address resolution of potential improper foreclosure notice issues. | L120 | 0.30 | 274.50 | | 82.35 |
| RJG | 11/02/12 | Correspondence with our client to address deed in lieu of foreclosure status and potential improper foreclosure notice issues. | L120 | 0.30 | 274.50 | | 82.35 |
| | | **TOTAL** | | **8.70** | | | **$2,388.15** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.30 | $356.85 |
| L160 | Settlement/Non-Binding ADR | 7.40 | $2,031.30 |
| | **TOTAL** | **8.70** | **$2,388.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Gandy, Robert | RJG | Special Counsel | 8.70 | 274.50 | $2,388.15 |
| | **Total** | | **8.70** | | **$2,388.15** |

| | | |
|---|---|---|
| PRIOR FEES | $34,109.55 | |
| PRIOR COSTS & EXPENSES | $797.92 | |

| | | |
|---|---|---|
| FEES | | $2,388.15 |
| **TOTAL THIS INVOICE** | | **$2,388.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335804    JBS                                  December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0270 | Bailey, Patricia Gail v. GMAC Mortgage, LLC |
| | | GMAC Matter No.: 698056 |

**TOTAL AMOUNT DUE**          $3,923.05

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335804       JBS                                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 0270     Bailey, Patricia Gail v. GMAC Mortgage, LLC
                          GMAC Matter No.: 698056

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 11/02/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 11/05/12 | Review and analysis of co-respondent's appellate brief in light of pending oral argument before the Court of Appeals | L120 | 0.90 | 238.50 | 214.65 |
| YS | 11/05/12 | Review and analysis of the case law and cases cited in the respective briefs in preparation for the oral argument on plaintiff's appeal | L120 | 5.30 | 238.50 | 1,264.05 |
| YS | 11/06/12 | Review and analysis of the appendixes, briefs, etc. in preparation for the oral argument on plaintiff's appeal | L120 | 2.90 | 238.50 | 691.65 |
| YS | 11/07/12 | Attend oral argument on clients' behalf in light of plaintiff's appeal of the state court's demurrer ruling | L530 | 5.60 | 238.50 | 1,335.60 |
| YS | 11/07/12 | Draft correspondence to client regarding status of plaintiff's appeal and what occurred at oral argument before the Court of Appeals | L190 | 0.40 | 238.50 | 95.40 |
| YS | 11/19/12 | Review and analysis of the Court of Appeals' Opinion in the clients favor | L120 | 0.70 | 238.50 | 166.95 |
| YS | 11/19/12 | Draft correspondence to client regarding the Court of Appeals' Opinion affirming the Trial Court's ruling sustaining the clients' demurrer without leave to amend | L190 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **16.20** | | **$3,863.70** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335804 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Bailey, Patricia Gail | | |

| | | |
|---|---|---|
| 11/09/12 | Yaron Shaham; Transportation;  Appeal hearing, Riverside 11/7/12 | 59.35 |
| | **TOTAL COSTS & EXPENSES** | **$59.35** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 9.80 | $2,337.30 |
| L190 | Other Case Assessment | 0.80 | $190.80 |
| L530 | Oral Argument | 5.60 | $1,335.60 |
| | **TOTAL** | **16.20** | **$3,863.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 16.20 | 238.50 | $3,863.70 |
| | **Total** | | **16.20** | | **$3,863.70** |

| | |
|---|---|
| PRIOR FEES | $29,118.60 |
| PRIOR COSTS & EXPENSES | $3,999.96 |

| | |
|---|---|
| FEES | $3,863.70 |
| COSTS & EXPENSES | $59.35 |
| **TOTAL THIS INVOICE** | **$3,923.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335806      JBS                                              December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0433 | Haroutunian, Hedeya |
| | | C/M# 697640 |

**TOTAL AMOUNT DUE**          **$277.65**

# *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335806    JBS                                    December 18, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0433    Haroutunian, Hedeya
C/M# 697640

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KPL | 11/01/12 | Review court docket for case status update. | L190 | 0.20 | 76.50 | 15.30 |
| MEH | 11/01/12 | Review/analyze appellant's motion to continue deadline for filing opening brief. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 11/05/12 | Review/analyze court order altering appellate briefing schedule. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 11/05/12 | Draft email to client (C. Bonello) re: new appellate briefing schedule and status update. | L510 | 0.30 | 261.00 | 78.30 |
| KPL | 11/08/12 | Review court docket and update case status. | L190 | 0.20 | 76.50 | 15.30 |
| KPL | 11/16/12 | Locate and review trial and appeals court dockets for any new case status updates. | L190 | 0.20 | 76.50 | 15.30 |
| KPL | 11/21/12 | Locate and review docket for case status update. | L190 | 0.20 | 76.50 | 15.30 |
| KPL | 11/25/12 | Review court docket for case status update. AOB due date extended. | L190 | 0.10 | 76.50 | 7.65 |
| | | **TOTAL** | | **1.70** | | **$277.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L190    Other Case Assessment | 0.90 | $68.85 |
| L510    Appellate Motions & Submission | 0.80 | $208.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335806 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Haroutunian, Hedeya | | | | |

| | | | TOTAL | 1.70 | $277.65 | | |
|---|---|---|---|---|---|---|---|
| **Timekeeper** | | | **Position** | **Hours** | **Rate** | **Value** | |
| Lee, Kristina | KPL | | Legal Assistant | 0.90 | 76.50 | $68.85 | |
| Holt, M. Elizabeth | MEH | | Associate | 0.80 | 261.00 | $208.80 | |
| | | **Total** | | **1.70** | | **$277.65** | |

PRIOR FEES                    $81,937.58
PRIOR COSTS & EXPENSES        $4,006.13

| | FEES | $277.65 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$277.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335808      JBS                                      December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0628       Gjurovich, Alan and Star Hill v. GMAC Mortgage, LLC
                       GMAC Matter No.: 704149

**TOTAL AMOUNT DUE**           **$3,121.65**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335808     JBS                                    December 18, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 0628     Gjurovich, Alan and Star Hill v. GMAC Mortgage, LLC
                          GMAC Matter No.: 704149

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 09/28/12 | Prepare case update for client on case chart. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/04/12 | Check status of staying action in Court of Appeals. | L190 | 0.10 | 288.00 | 28.80 |
| KPL | 10/11/12 | Create case management / status spreadsheet for MEH's cases. | L140 | 0.10 | 76.50 | 7.65 |
| DL | 10/26/12 | Analyze appellate court docket re case status and prepare correspondence to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| MKS | 11/01/12 | Attention to possible need to contact individually named defendants represented currently under ResCap representation to alert to possible change in indemnification status. | L120 | 0.20 | 270.00 | 54.00 |
| MKS | 11/02/12 | Analyze ability and propriety of preparing and filing proofs of claim on behalf of individually named defendants. | L120 | 0.40 | 270.00 | 108.00 |
| DL | 11/02/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| JBS | 11/05/12 | Analysis and evaluation of filing proof of claims for former employees for defense indemnity; Review emails regarding same | L120 | 1.20 | 427.50 | 513.00 |
| DHC | 11/05/12 | Conference with Mary Kate Sullivan, John Sullivan and Duane Geck re issues surrounding contingent claims held by employee defendants. | L190 | 0.50 | 337.50 | 168.75 |
| DHC | 11/12/12 | Conference with Mary Kate Sullivan, John Sullivan and Duane Geck re issues surrounding contingent claims held by | L190 | 0.50 | 337.50 | 168.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335808 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Gjurovich, Alan | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | employee defendants. | | | | |
| MKS | 11/06/12 | Attention to efforts to protect rights of individually named defendants in the event that their indemnification rights are not covered post sale. Correspondence and telephone calls with client and MoFo bankruptcy counsel re: same.  Telephone call with Chuck Hoecker (one of the individually named defendatns) re: same and retrieval of information needed to complete POC form. | L120 | 1.00 | 270.00 | 270.00 |
| DHC | 11/06/12 | Drafting of Proof of Claim for employee Charles Hoecker. | L190 | 1.00 | 337.50 | 337.50 |
| DHC | 11/07/12 | Drafting of Proof of Claim for employee Adam Leppo. | L190 | 1.00 | 337.50 | 337.50 |
| DHC | 11/07/12 | Drafting of Proof of Claim for employee, Omar Solorzano. | L190 | 1.00 | 337.50 | 337.50 |
| DHC | 11/12/12 | Drafting of Proof of Claim for employee Joe Pensabene. | L190 | 1.00 | 337.50 | 337.50 |
| DHC | 11/12/12 | Drafting of Proof of Claim for employee Mark Lahiff. | L190 | 1.00 | 337.50 | 337.50 |
| | | **TOTAL** | | **9.40** | | **$3,121.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.80 | $945.00 |
| L140 | Document/File Management | 0.10 | $7.65 |
| L190 | Other Case Assessment | 6.50 | $2,169.00 |
| | **TOTAL** | **9.40** | **$3,121.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 6.00 | 337.50 | $2,025.00 |
| Liu, David | DL | Associate | 0.50 | 288.00 | $144.00 |
| Sullivan, John | JBS | Member | 1.20 | 427.50 | $513.00 |
| Lee, Kristina | KPL | Legal Assistant | 0.10 | 76.50 | $7.65 |
| Sullivan, Mary Kate | MKS | Member | 1.60 | 270.00 | $432.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335808      CLIENT    GMAC ResCap                              Page        3
                           MATTER    Gjurovich, Alan

| | | |
|---|---|---|
| **Total** | 9.40 | **$3,121.65** |

PRIOR FEES                    $52,209.90
PRIOR COSTS & EXPENSES        $8,335.84

FEES           $3,121.65
**TOTAL THIS INVOICE**        **$3,121.65**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335809    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|---|---|---|
| MATTER | 0844 | Nguyen, Diem T. |
| | | GMAC Matter No.: 712197 |

**TOTAL AMOUNT DUE**          **$874.35**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335809    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0844    Nguyen, Diem T.
                        GMAC Matter No.: 712197

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEH | 11/01/12 | Exchange emails with client (L. Delehey) re: status update letter to court re: bankruptcy proceedings. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 11/01/12 | Finalize bankruptcy status update letter for filing. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 11/05/12 | Calculate/calendar next deadline for updating appellate court re: bankruptcy case status. | L510 | 0.20 | 261.00 | 52.20 |
| BAE | 11/14/12 | Attend demurrer hearing. | L240 | 2.90 | 247.50 | 717.75 |
| | | **TOTAL** | | **3.50** | | **$874.35** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L240 | Dispositive Motions | 2.90 | $717.75 |
| L510 | Appellate Motions & Submission | 0.60 | $156.60 |
| | **TOTAL** | **3.50** | **$874.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Eilenberg, Benjamin A. | BAE | Associate | 2.90 | 247.50 | $717.75 |
| Holt, M. Elizabeth | MEH | Associate | 0.60 | 261.00 | $156.60 |
| | Total | | **3.50** | | **$874.35** |

PRIOR FEES                    $24,796.35
PRIOR COSTS & EXPENSES        $886.81

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335809 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Nguyen, Diem T. | | |

|  |  |
|---|---|
| FEES | $874.35 |
| **TOTAL THIS INVOICE** | **$874.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335810    JBS                              December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0928    Chavers, Linda M.
                  GMAC Matter No.:  713706

**TOTAL AMOUNT DUE**        $2,264.85

***REMITTANCE COPY***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335810    JBS                                  December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0928    Chavers, Linda M.
GMAC Matter No.:  713706

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| YS | 11/01/12 | Draft notice of continued deposition of plaintiff | L330 | 0.30 | 238.50 | 71.55 |
| YS | 11/01/12 | Draft notice to plaintiff's counsel regarding continuing plaintiff's deposition in light of settlement negotiations | L330 | 0.30 | 238.50 | 71.55 |
| YS | 11/02/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 11/06/12 | Draft correspondence to plaintiff's counsel regarding settling the case and deadline for plaintiff to file a proof of claim | L160 | 0.30 | 238.50 | 71.55 |
| YS | 11/06/12 | Draft the settlement agreement and release in light of the terms and conditions agreed on by the parties | L210 | 2.80 | 238.50 | 667.80 |
| YS | 11/06/12 | Draft correspondence to plaintiff's counsel regarding the terms and conditions contained in the proposed settlement agreement | L160 | 0.30 | 238.50 | 71.55 |
| YS | 11/06/12 | Draft correspondence to client regarding the proposed terms and conditions contained in the settlement agreement | L160 | 0.30 | 238.50 | 71.55 |
| YS | 11/07/12 | Draft proposed revisions to the settlement agreement | L160 | 0.40 | 238.50 | 95.40 |
| YS | 11/07/12 | Draft correspondence to plaintiff's counsel regarding revisions made to the settlement agreement | L160 | 0.30 | 238.50 | 71.55 |
| YS | 11/08/12 | Review and analysis of plaintiff's proposed revisions to the most recent settlement agreement draft | L120 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   335810 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Chavers, Linda M. | | | | |

| YS | 11/08/12 | Draft correspondence to client regarding plaintiff's proposed revisions to the most recent settlement agreement draft | L160 | 0.40 | 238.50 | 95.40 |
|---|---|---|---|---|---|---|
| YS | 11/12/12 | Draft revisions to the proposed stipulation to dismiss the case as to the remaining defendants | L160 | 0.30 | 238.50 | 71.55 |
| YS | 11/12/12 | Draft correspondence to plaintiff's counsel regarding proposed revisions to the stipulation to dismiss the case | L190 | 0.30 | 238.50 | 71.55 |
| YS | 11/12/12 | Draft correspondence to plaintiff's counsel regarding final version of the settlement agreement | L160 | 0.40 | 238.50 | 95.40 |
| YS | 11/13/12 | Receipt, review and analysis of the Court's minute order on pre-trial dates and deadlines | L120 | 0.10 | 238.50 | 23.85 |
| YS | 11/15/12 | Receipt, review and analysis of correspondence from plaintiff's counsel regarding her client's approval of the terms and conditions of the agreement | L120 | 0.10 | 238.50 | 23.85 |
| YS | 11/15/12 | Draft correspondence to client regarding status of settling the matter and obtaining the remaining signatures to the settlement agreement | L160 | 0.30 | 238.50 | 71.55 |
| YS | 11/15/12 | Draft correspondence to client regarding plaintiff's executed W-9 form in light of the settlement agreement to resolve this case | L160 | 0.20 | 238.50 | 47.70 |
| YS | 11/15/12 | Draft correspondence to plaintiff's counsel regarding stipulation to dismiss the case | L190 | 0.20 | 238.50 | 47.70 |
| YS | 11/19/12 | Draft correspondence to client contact at MERS regarding status of the case, the pending settlement, and trial not going forward in light of the parties' settlement of the case | L120 | 0.30 | 238.50 | 71.55 |
| YS | 11/20/12 | Draft correspondence to R. Goldsmith at MERS regarding the settlement agreement and its terms and conditions | L160 | 0.40 | 238.50 | 95.40 |
| YS | 11/27/12 | Receipt, review and analysis of the Court's order dismissing the case | L120 | 0.10 | 238.50 | 23.85 |
| YS | 11/28/12 | Draft correspondence to plaintiff's counsel regarding proposed revisions to | L160 | 0.30 | 238.50 | 71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   335810 | CLIENT   GMAC ResCap | | Page | 3 |
| --- | --- | --- | --- | --- |
| | MATTER   Chavers, Linda M. | | | |

| | | the settlement agreement | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| YS | 11/28/12 | Draft correspondence to client regarding the dismissal of the case by the Court | L190 | 0.30 | 238.50 | 71.55 |
| YS | 11/29/12 | Receipt, review and analysis of plaintiff's response to client's recent proposed revisions to the settlement agreement | L160 | 0.10 | 238.50 | 23.85 |
| YS | 11/29/12 | Draft correspondence to client regarding plaintiff's response to the proposed terms and conditions in the settlement agreement | L160 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **9.40** | | **$2,241.90** |

## COSTS & EXPENSES

| 11/01/12 | One Legal, Inc.; Transmittal of filing to court; Declaration of Yaron Shaham Regarding Plaintiff's Failure to Pay ...10/03/12 | 22.95 |
| --- | --- | --- |
| | **TOTAL COSTS & EXPENSES** | **$22.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L120 | Analysis/Strategy | 0.80 | $190.80 |
| L160 | Settlement/Non-Binding ADR | 4.30 | $1,025.55 |
| L190 | Other Case Assessment | 0.90 | $214.65 |
| L210 | Pleadings | 2.80 | $667.80 |
| L330 | Depositions | 0.60 | $143.10 |
| | **TOTAL** | **9.40** | **$2,241.90** |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Shaham, Yaron | YS | Special Counsel | 9.40 | 238.50 | $2,241.90 |
| | **Total** | | **9.40** | | **$2,241.90** |

| PRIOR FEES | $23,001.75 |
| --- | --- |
| PRIOR COSTS & EXPENSES | $726.32 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335810 | CLIENT | GMAC ResCap | Page | 4 |
|---|---|---|---|---|---|
| | | MATTER | Chavers, Linda M. | | |

|  |  |
|---|---|
| FEES | $2,241.90 |
| COSTS & EXPENSES | $22.95 |
| **TOTAL THIS INVOICE** | **$2,264.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335811      JBS                                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1001 | Hayomyom LLC (Zygleman) |
| | | GMAC Matter No.:  716183 |
| | | Time and expenses must be split between Ally and Rescap |

**TOTAL AMOUNT DUE**            $1,237.05

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335811    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1001    Hayomyom LLC (Zygleman)
GMAC Matter No.:  716183
Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994      11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 11/01/12 | Attention to possible need to contact individually named defendants represented currently under ResCap representation to alert to possible change in indemnification status. | L120 | 0.20 | 270.00 | 54.00 |
| MKS | 11/02/12 | Analyze ability and propriaety of preparing and filing proofs of claim on behalf of individually named defendants. | 1200 | 0.40 | 270.00 | 108.00 |
| DL | 11/02/12 | Prepare letter to Zygelman's counsel re possible loan modification and further discussion re other settlement efforts. | L160 | 0.40 | 288.00 | 115.20 |
| DL | 11/02/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DHC | 11/05/12 | Conference with Mary Kate Sullivan, John Sullivan and Duane Geck re issues surrounding contingent claims held by employee defendants. | L190 | 0.50 | 337.50 | 168.75 |
| MKS | 11/06/12 | Attention to efforts to protect rights of individually named defendants in the event that their indemnification rights are not covered post sale. Correspondence and telephone calls with client and MoFo bankruptcy counsel re: same. | L120 | 0.40 | 270.00 | 108.00 |
| DHC | 11/06/12 | Drafting of Proof of Claim for employee Robbie Robertson. | L190 | 1.00 | 337.50 | 337.50 |
| DL | 11/15/12 | Exchange correspondence with plaintiff's counsel re possible settlement in bankruptcy, status of bankruptcy and upcoming status conference. | L160 | 0.30 | 288.00 | 86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335811 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Hayomyom LLC (Zygleman) | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DL | 11/16/12 | Exchange correspondence with client re status of sending loan modificaiton offer per AG settlement. | L160 | 0.20 | 288.00 | | 57.60 |
| DL | 11/16/12 | Exchange correspondence with plaintiff's counsel re report re status of bankruptcy and review and revise report. | L430 | 0.40 | 288.00 | | 115.20 |
| DL | 11/20/12 | Analyze final version of joint bankruptcy statement for status conference. | L430 | 0.20 | 288.00 | | 57.60 |
| | | **TOTAL** | | | **4.10** | | **$1,237.05** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| 1200 | NOT A VALID TASK CODE | 0.40 | $108.00 |
| L120 | Analysis/Strategy | 0.60 | $162.00 |
| L160 | Settlement/Non-Binding ADR | 0.90 | $259.20 |
| L190 | Other Case Assessment | 1.60 | $535.05 |
| L430 | Written Motions/Submissions | 0.60 | $172.80 |
| | **TOTAL** | **4.10** | **$1,237.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 1.50 | 337.50 | $506.25 |
| Liu, David | DL | Associate | 1.60 | 288.00 | $460.80 |
| Sullivan, Mary Kate | MKS | Member | 1.00 | 270.00 | $270.00 |
| | | **Total** | **4.10** | | **$1,237.05** |

| | | |
|---|---|---|
| PRIOR FEES | $77,337.00 | |
| PRIOR COSTS & EXPENSES | $5,427.64 | |

| | | |
|---|---|---|
| | FEES | $1,237.05 |
| | **TOTAL THIS INVOICE** | **$1,237.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335812    JBS                                        December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1042    Gillard, Griselda L.
GMAC Matter No.: 718047

**TOTAL AMOUNT DUE**            $713.70

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335812    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1042    Gillard, Griselda L.
                         GMAC Matter No.: 718047

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 11/09/12 | Correspondence with title company counsel to respond to an inquiry regarding the answer to the fourth amended complaint. | L210 | 0.30 | 274.50 | 82.35 |
| RJG | 11/12/12 | Correspondence with title company counsel regarding verified answer to fourth amended complaint revisions and issues. | L210 | 0.40 | 274.50 | 109.80 |
| RJG | 11/13/12 | Correspondence with title company counsel to respond to issues raised regarding the verified answer to the fourth amended complaint. | L210 | 0.30 | 274.50 | 82.35 |
| RJG | 11/14/12 | Correspondence with title company counsel to advise regarding verified answer to fourth amended complaint issues. | L210 | 0.30 | 274.50 | 82.35 |
| RJG | 11/14/12 | Telephone call our client to discuss verified answer to fourth | L210 | 0.30 | 274.50 | 82.35 |
| RJG | 11/14/12 | Correspondence with our client to advise regarding verified answer to fourth amended complaint issues. | L210 | 0.40 | 274.50 | 109.80 |
| RJG | 11/27/12 | Correspondence with title company counsel to address issues regarding the verified answer and affirmative defenses to the fourth amended complaint. | L210 | 0.30 | 274.50 | 82.35 |
| RJG | 11/30/12 | Correspondence with our client to advise regarding answer to fourth amended complaint and pending case issues. | L210 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   335812    CLIENT   GMAC ResCap                              Page        2
                        MATTER   Gillard, Griselda L.

| TOTAL | 2.60 | $713.70 |
|---|---|---|

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L210   Pleadings | 2.60 | $713.70 |
| TOTAL | 2.60 | $713.70 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Gandy, Robert | RJG | Special Counsel | 2.60 | 274.50 | $713.70 |
| Total | | | 2.60 | | $713.70 |

PRIOR FEES                       $9,996.30
PRIOR COSTS & EXPENSES        $516.09

|  | FEES | $713.70 |
|---|---|---|
| TOTAL THIS INVOICE | | $713.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335814    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1053 | Crnic, Carol Ann and Terry |
| | | C/M# 718068 |

**TOTAL AMOUNT DUE**            **$357.75**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335814    JBS                                          December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1053    Crnic, Carol Ann and Terry
C/M# 718068

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 10/01/12 | Draft monthly case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 10/22/12 | Review and analysis of the Court's orders on co-defendants' demurrer and motion to strike plaintiffs' amended complaint | L120 | 0.20 | 238.50 | 47.70 |
| YS | 10/26/12 | Draft and prepare clients' case management statement in light of pending case management conference hearing | L210 | 0.40 | 238.50 | 95.40 |
| YS | 11/02/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 11/15/12 | Draft notice of continued case management conference hearing | L210 | 0.40 | 238.50 | 95.40 |
| YS | 11/26/12 | Receipt, review and analysis of the Court's notice of mandatory appearance at the pending case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 11/26/12 | Receipt and review of Notice of Mandatory Appearance at Case Management Conference. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 11/26/12 | Receipt and review of Notice of Continued Case Management Conference. | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **1.50** | | **$357.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   335814 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Crnic, Carol Ann & Terry | | |

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $71.55 |
| L190 | Other Case Assessment | 0.40 | $95.40 |
| L210 | Pleadings | 0.80 | $190.80 |
| | **TOTAL** | **1.50** | **$357.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.20 | 238.50 | $47.70 |
| Shaham, Yaron | YS | Special Counsel | 1.30 | 238.50 | $310.05 |
| | **Total** | | **1.50** | | **$357.75** |

| PRIOR FEES | $20,956.95 |
|---|---|
| PRIOR COSTS & EXPENSES | $2,864.60 |

| | FEES | $357.75 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$357.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335815    JBS                                          December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1057    DeLery, Henry
                  GMAC Matter No.: 718687

**TOTAL AMOUNT DUE**          $1,166.40

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335815    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1057    DeLery, Henry
                            GMAC Matter No.: 718687

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 11/01/12 | Prepare email to J. Lowenthal re: discovery and judicial foreclosure. | L190 | 0.30 | 270.00 | 81.00 |
| KWF | 11/06/12 | Prepare response to client email re: settlement negotiations and discovery dispute. | L120 | 0.30 | 270.00 | 81.00 |
| SMH | 11/08/12 | Review and evaluate supplemental responses to GMAC discovery. | L310 | 0.40 | 333.00 | 133.20 |
| SMH | 11/19/12 | Telephone conversation with Jed Lowenthal re discovery responses, potential for renewed discovery motions and on what topics. | L310 | 0.50 | 333.00 | 166.50 |
| SMH | 11/19/12 | Review discovery responses to date, potential responses to further compel, attention to court's order on prior motion, in preparation for conference call. | L310 | 0.40 | 333.00 | 133.20 |
| KWF | 11/19/12 | Prepare for and attend conference call re: discovery dispute. | L120 | 0.50 | 270.00 | 135.00 |
| SMH | 11/20/12 | Attention to J. Lowenthal email re judicial foreclosure as an option. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 11/26/12 | Evaluate potential Next Steps including potential judicial foreclosure complaint and DeLery deposition scheduling. | L190 | 0.30 | 333.00 | 99.90 |
| KWF | 11/26/12 | Prepare email to client, J. Hoy, re: deposition of Plaintiff and cross-complaint. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 11/26/12 | Telephone conference with S. Hankins re: cross-complaint. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 11/26/12 | Prepare status update to client, J. Hoy, re: discovery dispute and potential | L120 | 0.50 | 270.00 | 135.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    335815 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | DeLery, Henry | | |

cross-complaint.

**TOTAL**                                              3.90            **$1,166.40**


## COSTS & EXPENSES


## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.80 | $486.00 |
| L190 | Other Case Assessment | 0.80 | $247.50 |
| L310 | Written Discovery | 1.30 | $432.90 |
| | **TOTAL** | **3.90** | **$1,166.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 2.10 | 270.00 | $567.00 |
| Hankins, Suzanne | SMH | Member | 1.80 | 333.00 | $599.40 |
| | **Total** | | **3.90** | | **$1,166.40** |

PRIOR FEES                          $33,903.90
PRIOR COSTS & EXPENSES        $2,017.16


FEES                $1,166.40
**TOTAL THIS INVOICE**        **$1,166.40**


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335816    JBS                                      December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1066     Riggio, Jaye
                   GMAC Matter No.: 719018

**TOTAL AMOUNT DUE**             **$415.80**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335816    JBS                                    December 18, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1066    Riggio, Jaye
                        GMAC Matter No.: 719018

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JDI | 10/10/12 | Review case for bankruptcy related issues. | L120 | 0.50 | 279.00 | 139.50 |
| MKS | 10/15/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| JDI | 11/01/12 | Check to see if we represent any individual employees of GMAC. | L110 | 0.20 | 279.00 | 55.80 |
| JDI | 11/05/12 | Provide case status update to M.K. Sullivan. | L190 | 0.20 | 279.00 | 55.80 |
| JDI | 11/23/12 | Provide case status update to C. DiCicco. | L190 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | **1.50** | | **$415.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.20 | $55.80 |
| L120 | Analysis/Strategy | 0.50 | $139.50 |
| L190 | Other Case Assessment | 0.80 | $220.50 |
| | **TOTAL** | **1.50** | **$415.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Ives, Jon | JDI | Associate | 1.20 | 279.00 | $334.80 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   335816 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Riggio, Jaye | | |

|  | **Total** | **1.50** | **$415.80** |
| --- | --- | --- | --- |

PRIOR FEES                        $22,592.25
PRIOR COSTS & EXPENSES            $2,961.73

|  | FEES | $415.80 |
| --- | --- | --- |
| | **TOTAL THIS INVOICE** | **$415.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335817      JBS                                          December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1070       Ozuna, Rolando H. and Socorro A.
                       GMAC Matter No.: 719053 *17Y84Y*

TOTAL AMOUNT DUE            $1,383.30

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335817    JBS                                  December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1070    Ozuna, Rolando H. and Socorro A.
                        GMAC Matter No.: 719053

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 11/29/12 | Telephone conference with plaintiffs' counsel regarding his pending ex parte to stay the foreclosure sale in light of alleged breach of settlement agreement by client | L190 | 0.30 | 238.50 | 71.55 |
| YS | 11/29/12 | Draft correspondence to client regarding status of the case and plaintiffs pending ex parte to stay the foreclosure sale in light of alleged breach of settlement agreement by client | L190 | 0.50 | 238.50 | 119.25 |
| YS | 11/29/12 | Review and analysis of plaintiffs' ex parte application for a temporary restraining order and motion to enforce the settlement agreement, and determine how to respond | L120 | 0.50 | 238.50 | 119.25 |
| YS | 11/30/12 | Attend hearing on plaintiffs' ex parte application for a temporary restraining order to stay the foreclosure sale and determine how to proceed based on the court's ruling | L450 | 4.10 | 238.50 | 977.85 |
| YS | 11/30/12 | Draft correspondence to client regarding outcome from hearing on plaintiffs' ex parte application for a temporary restraining order and how to proceed with client's defense with the case | L190 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **5.80** | | **$1,383.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335817 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Ozuna, Rolando & Socorro | | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $119.25 |
| L190 | Other Case Assessment | 1.20 | $286.20 |
| L450 | Trial and Hearing Attendance | 4.10 | $977.85 |
| | **TOTAL** | **5.80** | **$1,383.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 5.80 | 238.50 | $1,383.30 |
| | **Total** | | **5.80** | | **$1,383.30** |

| | |
|---|---|
| PRIOR FEES | $18,202.05 |
| PRIOR COSTS & EXPENSES | $1,737.72 |

| | |
|---|---|
| FEES | $1,383.30 |
| **TOTAL THIS INVOICE** | **$1,383.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335818     JBS                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1077 | Schneidereit, Jeff and Adele |
| | | GMAC Matter No.: 719297 |
| | | Time and expenses must be split between Ally and Rescap |

**TOTAL AMOUNT DUE**          **$960.75**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335818    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1077    Schneidereit, Jeff and Adele
                        GMAC Matter No.: 719297
                        Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 11/01/12 | Correspondence with all parties regarding pending status conference issues to respond to the court clerk as requested. | L230 | 0.30 | 274.50 | 82.35 |
| RJG | 11/05/12 | Correspondence with our client to advise regarding the results of today's status conference. | L230 | 0.30 | 274.50 | 82.35 |
| RJG | 11/05/12 | Prepare for court appearance and court appearance at the court ordered status conference. | L230 | 1.30 | 274.50 | 356.85 |
| RJG | 11/07/12 | Analysis and evaluation of Plaintiffs' motion for judgment on the pleadings to advise our client regarding the same. | L250 | 0.40 | 274.50 | 109.80 |
| RJG | 11/19/12 | Analysis and evaluation of the 9th Circuit Court of Appeals order of dismissal of the appeal. | L120 | 0.10 | 274.50 | 27.45 |
| RJG | 11/20/12 | Analysis and evaluation of co-defendants' motion for judgment on the pleadings and supporting documents. | L250 | 0.20 | 274.50 | 54.90 |
| RJG | 11/26/12 | Analysis and evaluation of the court's scheduling conference minute order. | L120 | 0.10 | 274.50 | 27.45 |
| RJG | 11/28/12 | Analysis and evaluation of co-defendants' opposition and supporting documents to Plaintiffs' motion for summary judgment on the pleadings. | L250 | 0.30 | 274.50 | 82.35 |
| RJG | 11/29/12 | Analysis and evaluation of Plaintiffs' objections to co-defendants' oppositions | L250 | 0.50 | 274.50 | 137.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335818 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Schneidereit, Jeff & Adele | | |

to Plaintiffs' motion for judgment on
the pleadings and Plaintiffs' opposition
and objections to co-defendants' motion
for judgment on the pleadings.

| | | | |
|---|---|---|---|
| **TOTAL** | | **3.50** | **$960.75** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $54.90 |
| L230 | Court Mandated Conferences | 1.90 | $521.55 |
| L250 | Other Written Motions | 1.40 | $384.30 |
| | **TOTAL** | **3.50** | **$960.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Gandy, Robert | RJG | Special Counsel | 3.50 | 274.50 | $960.75 |
| | **Total** | | **3.50** | | **$960.75** |

| | | |
|---|---|---|
| PRIOR FEES | $88,938.90 | |
| PRIOR COSTS & EXPENSES | $851.64 | |

| | | |
|---|---|---|
| FEES | | $960.75 |
| **TOTAL THIS INVOICE** | | **$960.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335819     JBS                                          December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1095      Boyd, Michael E.
                     GMAC Matter No.: 719832

**TOTAL AMOUNT DUE**              **$325.73**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335819    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1095    Boyd, Michael E.
GMAC Matter No.: 719832

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MXS | 10/02/12 | Read email from client Heather Franchii re closing of files. | L190 | 0.10 | 216.00 | 21.60 |
| MXS | 10/03/12 | Strategized re entry of judgment. | L250 | 0.20 | 216.00 | 43.20 |
| MXS | 10/04/12 | E-mailed client H. Franchii re judgment of dismissal. | L240 | 0.20 | 216.00 | 43.20 |
| MEH | 11/05/12 | Revise substitution of counsel form for Ninth Circuit appeal. | L510 | 0.20 | 261.00 | 52.20 |
| KPL | 11/16/12 | Locate and review appeals court docket for any new case status updates and briefing schedule. | L190 | 0.10 | 76.50 | 7.65 |
| KPL | 11/21/12 | Locate and review docket for case status update. | L190 | 0.20 | 76.50 | 15.30 |
| KPL | 11/25/12 | Review court docket for case status update. | L190 | 0.10 | 76.50 | 7.65 |
| MXS | 11/29/12 | Reviewed deadlines for transcript ordering and court order re transcript | L510 | 0.20 | 216.00 | 43.20 |
| | | **TOTAL** | | **1.40** | | **$261.90** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 11/30/12 | Maria Schindler; Transportation; Court Hearing, Jose, Ca. 8/4/12 | | 63.83 |
| | **TOTAL COSTS & EXPENSES** | **$63.83** | |

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 335819 | CLIENT | GMAC ResCap | | Page | 2 |
| | MATTER | Boyd, Michael E. | | | |

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 | | | |
| L190 | Other Case Assessment | 0.50 | $52.20 | | | |
| L240 | Dispositive Motions | 0.20 | $43.20 | | | |
| L250 | Other Written Motions | 0.20 | $43.20 | | | |
| L510 | Appellate Motions & Submission | 0.40 | $95.40 | | | |
| | TOTAL | 1.40 | $261.90 | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Lee, Kristina | KPL | Legal Assistant | 0.40 | 76.50 | $30.60 |
| Holt, M. Elizabeth | MEH | Associate | 0.20 | 261.00 | $52.20 |
| Schindler, Maria | MXS | Associate | 0.70 | 216.00 | $151.20 |
| | Total | | 1.40 | | $261.90 |

PRIOR FEES                    $41,577.75
PRIOR COSTS & EXPENSES            $754.22

|  | |
|---|---|
| FEES | $261.90 |
| COSTS & EXPENSES | $63.83 |
| **TOTAL THIS INVOICE** | **$325.73** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335820      JBS                                      December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1098 | Rodriguez, Ignacio and Rosa Maria |
|        |      | C/M# 719794 |

**TOTAL AMOUNT DUE**          $4,039.30

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335820      JBS                                              December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  1098      Rodriguez, Ignacio and Rosa Maria
                            C/M# 719794

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCN | 11/01/12 | Further preparation for hearing on ex parte application to continue prove-up and strategy for service by publication in view of additional liens on the property. | L230 | 0.40 | 306.00 | 122.40 |
| MCN | 11/01/12 | Preparation of continuance of prove-up, application and to serve by publication and analysis of resolution of IRS tax lien. | L230 | 1.20 | 306.00 | 367.20 |
| MCN | 11/01/12 | Further preparation for ex parte hearing. | L230 | 0.30 | 306.00 | 91.80 |
| MCN | 11/02/12 | Analysis and evaluation of strategy in view of continued ex parte hearing. | L230 | 0.20 | 306.00 | 61.20 |
| MCN | 11/02/12 | Attendance at hearing on ex parte application to continue prove-up and seek order for permission to serve by publication. | L230 | 1.30 | 306.00 | 397.80 |
| MCN | 11/02/12 | Analysis and evaluation of strategy in view of Court's error in processing ex parte papers and request to re-set hearing. | L230 | 0.30 | 306.00 | 91.80 |
| MCN | 11/02/12 | Drafting of notice of continuance of hearing on ex parte application to continue prove-up hearing. | L230 | 0.60 | 306.00 | 183.60 |
| MCN | 11/05/12 | Analysis and evaluation of status of court's receipt and review of ex parte application to continue prove-up and for order for service by publication. | L230 | 0.90 | 306.00 | 275.40 |
| MCN | 11/06/12 | Attendance at ex parte hearing regarding request for service by publication and for continuance of | L230 | 0.20 | 306.00 | 61.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335820 | CLIENT | GMAC ResCap | | | Page | 2 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | MATTER | Rodriguez, Ignacio & Rosa | | | | |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | default prove-up. | | | | | |
| MCN | 11/07/12 | Preparation of additional documents to be submitted to the Court in support of request for service by publication. | L230 | 0.20 | 306.00 | | 61.20 |
| MCN | 11/08/12 | Analysis of results of ex parte hearing regarding request for service by publication and for continuance of default prove-up in order to prepare necessary papers. | L230 | 1.10 | 306.00 | | 336.60 |
| MCN | 11/12/12 | Analysis and evaluation of strategy for serving IRS with summons and complaint and preparation of DOE amendment. | L230 | 0.50 | 306.00 | | 153.00 |
| MCN | 11/12/12 | Analysis and evaluation of procedure for service on IRS. | L120 | 0.20 | 306.00 | | 61.20 |
| LJA | 11/12/12 | Conduct research for applicable federal codes pertaining to service of process on Federal Agencies.  Obtain appropriate contact information for same. | L210 | 0.80 | 130.50 | | 104.40 |
| MCN | 11/13/12 | Further analysis of procedures for naming and serving the IRS and status of order authorizing service by publication. | L230 | 0.50 | 306.00 | | 153.00 |
| MCN | 11/13/12 | Call to courtroom clerk to determine status of approval of order permitting service by publication. | L230 | 0.20 | 306.00 | | 61.20 |
| MCN | 11/14/12 | Review of status of documents to be served on IRS and DOE amendment of IRS and analysis of strategy in view of delay in entry of order authorizing service by publication. | L230 | 0.50 | 306.00 | | 153.00 |
| MCN | 11/14/12 | Analysis of instruction from courtroom clerk regarding procedure to obtain approval of service by publication. | L120 | 0.20 | 306.00 | | 61.20 |
| LJA | 11/14/12 | Prepare, file and serve DOE Amendments to Complaint. | L210 | 0.60 | 130.50 | | 78.30 |
| MCN | 11/15/12 | Further analysis of instruction from courtroom clerk regarding procedure to obtain approval of service by publication. | L230 | 0.30 | 306.00 | | 91.80 |
| MCN | 11/16/12 | Review of DOE amendment to add IRS and procedure for same. | L230 | 0.30 | 306.00 | | 91.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335820 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Rodriguez, Ignacio & Rosa | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MCN | 11/16/12 | Preparation of document to serve on the IRS. | L230 | 0.20 | 306.00 | 61.20 |
| MCN | 11/16/12 | Analysis of revisions to proposed order allowing service by publication. | L230 | 0.40 | 306.00 | 122.40 |
| MCN | 11/19/12 | Review of Minute order regarding required language to be included in order of publication. | L230 | 0.30 | 306.00 | 91.80 |
| MCN | 11/19/12 | Further preparation of documents to serve on the IRS. | L230 | 0.20 | 306.00 | 61.20 |
| MCN | 11/19/12 | Further draft order allowing service by publication. | L230 | 0.40 | 306.00 | 122.40 |
| MCN | 11/20/12 | Review and revise order allowing service by publication and review of Court minute order regarding same. | L240 | 0.40 | 306.00 | 122.40 |
| LJA | 11/30/12 | Arrange for Court approved ervice of Summons via Publication. | L210 | 0.40 | 130.50 | 52.20 |
| | | **TOTAL** | | **13.10** | | **$3,692.70** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/02/12 | CourtCall, LLC; CourtCall - Conference Service; 11/02/12 | 78.00 |
| 11/12/12 | One Legal, Inc.; Transmittal of filing to court; Order for Publication including Court Filing Fee $20 11/02/12 | 69.95 |
| 11/12/12 | CourtCall, LLC; CourtCall - Conference Service;  11/06/12 | 78.00 |
| 11/27/12 | One Legal, Inc.; Transmittal of filing to court; Application for Publication, Order for Publication including Corut Filing Fee $20 11/08/12 | 70.70 |
| 11/29/12 | One Legal, Inc.; Transmittal of filing to court; Amendment to Complaint (Fictitious Name) 11/16/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$346.60** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $122.40 |
| L210 | Pleadings | 1.80 | $234.90 |
| L230 | Court Mandated Conferences | 10.50 | $3,213.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335820 | CLIENT | GMAC ResCap | | | Page | 4 |
| | | MATTER | Rodriguez, Ignacio & Rosa | | | | |

| L240 | Dispositive Motions | | | 0.40 | $122.40 | | |
| | **TOTAL** | | | **13.10** | **$3,692.70** | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Ash, Laura | | LJA | Paralegal | 1.80 | 130.50 | $234.90 |
| Nowlin, Marlene | | MCN | Special Counsel | 11.30 | 306.00 | $3,457.80 |
| | | **Total** | | **13.10** | | **$3,692.70** |

| PRIOR FEES | $30,488.40 |
|---|---|
| PRIOR COSTS & EXPENSES | $2,362.84 |

| | |
|---|---|
| FEES | $3,692.70 |
| COSTS & EXPENSES | $346.60 |
| **TOTAL THIS INVOICE** | **$4,039.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335822     JBS                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1111 | Cooper, Kathleen E. (II) |
| | | GMAC Matter No.: 720831 |

**TOTAL AMOUNT DUE**          **$241.49**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335822    JBS                                        December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1111    Cooper, Kathleen E. (II)
                         GMAC Matter No.: 720831

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ERB | 09/03/12 | Communications with client re status of  L120 matter. | 0.10 | 279.00 | 27.90 |
| ERB | 09/27/12 | Attention to and strategize re Plaintiff's  L120 communications re cancellation of sale based on Bankruptcy of client and suggestion of sanctions for violation of stay. | 0.50 | 279.00 | 139.50 |
| ERB | 10/02/12 | Communications with client re status of  L120 matter. | 0.10 | 279.00 | 27.90 |
| ERB | 11/02/12 | Communications with client re status of  L120 matter. | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | **0.80** | | **$223.20** |

## COSTS & EXPENSES

|  |  |  |
|--|--|--|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 1702 Myrtle St Napa, CA 08/20/12 | 18.29 |

**TOTAL COSTS & EXPENSES**                              **$18.29**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 0.80 | $223.20 |
| **TOTAL** | **0.80** | **$223.20** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
| Buell, Edward | ERB    Associate | 0.80 | 279.00 | $223.20 |
| **Total** | | **0.80** | | **$223.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.   335822 | CLIENT<br>MATTER | GMAC ResCap<br>Cooper, Kathleen E. (II) | Page | 2 |

| | |
|---|---|
| PRIOR FEES | $10,823.76 |
| PRIOR COSTS & EXPENSES | $552.75 |

| | |
|---|---|
| FEES | $223.20 |
| COSTS & EXPENSES | $18.29 |
| **TOTAL THIS INVOICE** | **$241.49** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335823    JBS                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1113    Guo, Yong X.
                 GMAC Matter No.: 720229

**TOTAL AMOUNT DUE**              $626.55

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335823    JBS                                      December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1113    Guo, Yong X.
GMAC Matter No.: 720229

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 11/01/12 | Draft correspondence to plaintiffs' counsel regarding the terms and conditions contained in the proposed settlement agreement | L160 | 0.40 | 238.50 | 95.40 |
| YS | 11/02/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 11/02/12 | Draft correspondence to plaintiffs' counsel regarding the need for settlement payees to execute W-9 forms in order to receive settlement check | L160 | 0.30 | 238.50 | 71.55 |
| YS | 11/05/12 | Receipt, review and analysis of plaintiffs' case management statement in light of pending case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| YS | 11/08/12 | Draft correspondence to plaintiffs' counsel regarding obtaining status as to when plaintiffs will execute the proposed agreement and dismiss the case | L160 | 0.30 | 238.50 | 71.55 |
| YS | 11/13/12 | Draft correspondence to plaintiffs' counsel requesting her clients cease contacting defendants' counsel in light of the fact they are represented by counsel themselves | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 11/15/12 | Corresponded with client regarding difference in payments between Plaintiff's trial loan modification and permanent loan modification in response to Plaintiffs' counsel's inquiry. | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 11/19/12 | Corresponded with client regarding varying payment terms between Plaintiff's trial loan modification and | L190 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335823 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Guo, Yong X. | | | | |

| | | permanent loan modification. | | | | |
|---|---|---|---|---|---|---|
| JHT | 11/19/12 | Corresponded with Plaintiffs' counsel regarding varying payment terms between Plaintiff's trial loan modification and permanent loan modification. | L190 | 0.20 | 238.50 | 47.70 |
| YS | 11/27/12 | Draft correspondence to plaintiff's counsel regarding obtaining status of obtaining plaintiff's approval to the settlement agreement | L160 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **2.30** | | **$548.55** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 11/13/12 | CourtCall, LLC; CourtCall - Conference Service;  11/13/12 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $23.85 |
| L160 | Settlement/Non-Binding ADR | 1.20 | $286.20 |
| L190 | Other Case Assessment | 1.00 | $238.50 |
| | **TOTAL** | **2.30** | **$548.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.70 | 238.50 | $166.95 |
| Shaham, Yaron | YS | Special Counsel | 1.60 | 238.50 | $381.60 |
| | **Total** | | **2.30** | | **$548.55** |

| | | |
|---|---|---|
| PRIOR FEES | $19,298.70 | |
| PRIOR COSTS & EXPENSES | $1,206.00 | |

| | | |
|---|---|---|
| FEES | $548.55 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$626.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335824     JBS                                        December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1121     Alfaro, Leonel
                    GMAC Matter No.: 721103

**TOTAL AMOUNT DUE**          $2,393.45

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335824    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1121    Alfaro, Leonel
                        GMAC Matter No.: 721103

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 11/02/12 | Analyze email from client re reason for denying loan modification to plaintiff. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 11/02/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/07/12 | Prepare case management conference statement. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 11/12/12 | Analyze docket for filing of opposition to demurrer. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/13/12 | Analyze court docket for filing of opposition to demurrer. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/15/12 | Analyze opposition to demurrer and analyze cases cited therein. | L430 | 0.50 | 288.00 | 144.00 |
| DL | 11/15/12 | Draft reply for demurrer to third amended complaint. | L430 | 0.80 | 288.00 | 230.40 |
| DL | 11/16/12 | Finalize reply for demurrer and prepare correspondence to client re same. | L430 | 0.60 | 288.00 | 172.80 |
| DL | 11/20/12 | Analyze correspondence from MERS re case reassignment. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/27/12 | Attend hearing on demurrer to first amended complaint and prepare correspondence to client re demurrer sustained. | L430 | 4.20 | 288.00 | 1,209.60 |
| DL | 11/27/12 | Prepare correspondence to MERS re court sustained demurrer without leave to amend as to MERS. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/28/12 | Prepare notice of ruling on demurrer, revise proposed order and prepare judgment. | L430 | 0.40 | 288.00 | 115.20 |
| RJG | 11/30/12 | Multiple telephone calls with our client to address inquiries regarding bankruptcy stay and pending case | L120 | 0.40 | 274.50 | 109.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335824 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | | MATTER | Alfaro, Leonel | | | | | |

|  |  | issues. |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| DL | 11/30/12 | Analyze court docket and search bankruptcy records re plaintiff's possible bankruptcy and advise client to proceed with sale of property. | L190 | 0.30 | 288.00 | | 86.40 |
| | | **TOTAL** | | **8.20** | | | **$2,356.20** |

### COSTS & EXPENSES

| | 11/20/12 | First Legal Network, LLC; Transmittal of filing to court; LA County Court- Unlimited 10/19/12 | | | 37.25 |
|---|---|---|---|---|---|
| | | **TOTAL COSTS & EXPENSES** | | **$37.25** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $109.80 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $28.80 |
| L190 | Other Case Assessment | 0.90 | $259.20 |
| L430 | Written Motions/Submissions | 6.80 | $1,958.40 |
| | **TOTAL** | **8.20** | **$2,356.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 7.80 | 288.00 | $2,246.40 |
| Gandy, Robert | RJG | Special Counsel | 0.40 | 274.50 | $109.80 |
| | **Total** | | **8.20** | | **$2,356.20** |

PRIOR FEES                         $19,933.20
PRIOR COSTS & EXPENSES             $3,062.29

| | | |
|---|---|---|
| FEES | $2,356.20 |
| COSTS & EXPENSES | $37.25 |
| **TOTAL THIS INVOICE** | **$2,393.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335825    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1124    Simril, Barbara J.
                  GMAC Matter No.: 721144

**TOTAL AMOUNT DUE**          $1,306.35

# *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335825    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1124    Simril, Barbara J.
                          GMAC Matter No.: 721144

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCN | 11/01/12 | Analysis and evaluation of strategy for case in order to prepare status report to client. | L110 | 0.40 | 306.00 | 122.40 |
| MCN | 11/01/12 | Preparation of status report to client. | L110 | 0.20 | 306.00 | 61.20 |
| MCN | 11/12/12 | Analysis and evaluation of strategy for foreclosure in view of stay until March 2013 and whether to seek order lifting stay. | L120 | 0.60 | 306.00 | 183.60 |
| MCN | 11/14/12 | Analysis of strategy for upcoming case management conference in view of plaintiff's failure to accept cash for keys and whether to seek order lifting bankruptcy stay. | L230 | 0.60 | 306.00 | 183.60 |
| MCN | 11/15/12 | Further analysis of strategy for upcoming case management conference in view of plaintiffs' failure to accept cash for keys and whether to seek order lifting bankruptcy stay. | L230 | 0.30 | 306.00 | 91.80 |
| MCN | 11/16/12 | Analysis of correspondence with Plaintiffs to determine strategy for seeking order lifting stay as to quiet title claims due to plaintiffs' failure to accept cash for keys. | L230 | 0.70 | 306.00 | 214.20 |
| MCN | 11/19/12 | Further analysis of strategy for seeking order lifting stay as to quiet title claims due to plaintiffs' failure to accept cash for keys. | L230 | 0.30 | 306.00 | 91.80 |
| MCN | 11/20/12 | Correspondence with Bonello regarding analysis of strategy for seeking order lifting stay as to quiet title claims due to Plaintiffs' failure to accept cash for | L230 | 0.30 | 306.00 | 91.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335825 | CLIENT | GMAC ResCap | | | | Page | 2. |
| | | MATTER | Simril, Barbara J. | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | keys. | | | | | |
| MCN | 11/28/12 | Analysis of strategy regarding motion to lift stay. | L120 | | 0.60 | 306.00 | 183.60 |
| RJG | 11/28/12 | Analysis and evaluation of informal resolution and potential motion to lift stay as to permitted claim issues. | L120 | | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | | **4.30** | | **$1,306.35** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.60 | $183.60 | | | |
| L120 | Analysis/Strategy | 1.50 | $449.55 | | | |
| L230 | Court Mandated Conferences | 2.20 | $673.20 | | | |
| | **TOTAL** | **4.30** | **$1,306.35** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Nowlin, Marlene | MCN | Special Counsel | 4.00 | 306.00 | $1,224.00 |
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |
| | **Total** | | **4.30** | | **$1,306.35** |

| PRIOR FEES | $35,982.45 |
|---|---|
| PRIOR COSTS & EXPENSES | $2,714.39 |

| | FEES | $1,306.35 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,306.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335826    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1150    Wieland, Jacqueline O.
GMAC Matter No.: 722387

**TOTAL AMOUNT DUE**              $278.64

*\*\*\* REMITTANCE COPY \*\*\**
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335826    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1150    Wieland, Jacqueline O.
                         GMAC Matter No.: 722387

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DL | 11/07/12 | Check docket for status of order on demurrer to second amended complaint. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/13/12 | Analyze court docket re status of order on demurrer taken under submission and prepare correspondence to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/20/12 | Analyze court docket for order on demurrer. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/21/12 | Analyze order on demurrer to second amended complaint. | L190 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **0.60** | | **$172.80** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/06/12 | One Legal, Inc.; Transmittal of filing to court; Reply 10/25/12 | 49.95 |
| 11/08/12 | David M. Liu; Transportation; Hearing on Demurrer (x2), LASC Burbank 10/31/12 | 55.89 |

**TOTAL COSTS & EXPENSES**                     **$105.84**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L190    Other Case Assessment | 0.60 | $172.80 |
| **TOTAL** | **0.60** | **$172.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.60 | 288.00 | $172.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  335826 | CLIENT | GMAC ResCap | | Page | 2 |
| | MATTER | Wieland, Jacqueline O. | | | |

|  | **Total** | **0.60** | **$172.80** |
| --- | --- | --- | --- |

PRIOR FEES                          $30,255.00
PRIOR COSTS & EXPENSES      $2,701.00


|  | FEES | $172.80 |
| --- | --- | --- |
|  | COSTS & EXPENSES | $105.84 |
|  | **TOTAL THIS INVOICE** | **$278.64** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335827    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1153    Gaunt, Francia Carmen
                  GMAC Matter No.: 722390

**TOTAL AMOUNT DUE**            **$210.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335827    JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1153    Gaunt, Francia Carmen
GMAC Matter No.: 722390

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEH | 10/05/12 | Telephone call with client (J. Holtgren) re: documents filed during period of bankruptcy stay. | L120 | 0.30 | 261.00 | 78.30 |
| MEH | 10/05/12 | Draft email to client (J. Holtgren) enclosing copies of documents filed during stay, with comments. | L120 | 0.30 | 261.00 | 78.30 |
| MKS | 10/07/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L190 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **0.80** | | **$210.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---------------------------|---|-------|--------|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $156.60 | | | |
| L190 | Other Case Assessment | 0.20 | $54.00 | | | |
| | **TOTAL** | **0.80** | **$210.60** | | | |
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** |
| Holt, M. Elizabeth | MEH | Associate | | 0.60 | 261.00 | $156.60 |
| Sullivan, Mary Kate | MKS | Member | | 0.20 | 270.00 | $54.00 |
| | **Total** | | | **0.80** | | **$210.60** |

PRIOR FEES                    $17,690.40
PRIOR COSTS & EXPENSES        $217.93

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335827 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Gaunt, Francia Carmen | | | |

|  | FEES | _____ | $210.60 |
| --- | --- | --- | --- |
| | **TOTAL THIS INVOICE** | | **$210.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335828    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1157 | Cirino, Sepideh |
| | | GMAC Matter No.: 730034 |

**TOTAL AMOUNT DUE**        $1,111.05

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335828    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1157    Cirino, Sepideh
                        GMAC Matter No.: 730034

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KPL | 10/11/12 | Create case management / status spreadsheet for MEH's cases. | L140 | 0.10 | 76.50 | 7.65 |
| SMH | 10/19/12 | Review status, attention to bankruptcy notice, if applicable, per J. Holtgren request. | L190 | 0.10 | 333.00 | 33.30 |
| MEH | 11/09/12 | Review/analyze appellant's opening brief. | L520 | 1.50 | 261.00 | 391.50 |
| MEH | 11/26/12 | Strategize re: upcoming deadlines re: answering brief on behalf of pool trustee and MERS; supplemental brief re: bankruptcy stay on behalf of GMAC. | L520 | 0.30 | 261.00 | 78.30 |
| MEH | 11/26/12 | Review/analyze title search on plaintiff's real property. | L120 | 0.20 | 261.00 | 52.20 |
| MEH | 11/27/12 | Exchange emails with client (P. Favorite) re: appellate briefing schedule. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 11/27/12 | Outline respondents' brief. | L520 | 1.10 | 261.00 | 287.10 |
| MEH | 11/29/12 | Telephone call with pro se plaintiff re: extension of time for appellee brief. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 11/29/12 | Telephone call with clerk's office re: extension of time for appellee brief. | L520 | 0.30 | 261.00 | 78.30 |
| MEH | 11/29/12 | Draft letter to pro se plaintiff re: extension of time to file appellee brief. | L520 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | **4.30** | | **$1,111.05** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   335828 | CLIENT   GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER   Cirino, Sepideh | | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $52.20 | | |
| L140 | Document/File Management | 0.10 | $7.65 | | |
| L190 | Other Case Assessment | 0.10 | $33.30 | | |
| L520 | Appellate Briefs | 3.90 | $1,017.90 | | |
| | **TOTAL** | **4.30** | **$1,111.05** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Lee, Kristina | KPL | Legal Assistant | 0.10 | 76.50 | $7.65 |
| Holt, M. Elizabeth | MEH | Associate | 4.10 | 261.00 | $1,070.10 |
| Hankins, Suzanne | SMH | Member | 0.10 | 333.00 | $33.30 |
| | **Total** | | **4.30** | | **$1,111.05** |

| | | |
|---|---|---|
| PRIOR FEES | $17,047.80 | |
| PRIOR COSTS & EXPENSES | $509.84 | |

| | | |
|---|---|---|
| FEES | $1,111.05 |
| **TOTAL THIS INVOICE** | **$1,111.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335829    JBS                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1175    McLain, Patricia
                  GMAC Matter No.: 723224

**TOTAL AMOUNT DUE**            **$352.35**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335829    JBS                                      December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1175    McLain, Patricia
GMAC Matter No.: 723224

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| LJT | 11/06/12 | Ascertain status of foreclosure sale, e-mail re same. | L110 | 0.10 | 130.50 | 13.05 |
| SMH | 11/07/12 | Attention to potential contact with Plaintiff as to lis pendens removal. | L120 | 0.20 | 333.00 | 66.60 |
| SMH | 11/07/12 | Attention to C. Bonello email re checks and lis pendens, attention to same. | L120 | 0.20 | 333.00 | 66.60 |
| SMH | 11/11/12 | Attention to status, correspondence due. | L190 | 0.20 | 333.00 | 66.60 |
| LJT | 11/13/12 | Draft notice of withdrawal of lis pendens. | L110 | 0.50 | 130.50 | 65.25 |
| BAE | 11/16/12 | Call with D. Brown regarding withdrawal of lis pendens. | L220 | 0.30 | 247.50 | 74.25 |
| | | **TOTAL** | | **1.50** | | **$352.35** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 0.60 | $78.30 |
| L120 | Analysis/Strategy | 0.40 | $133.20 |
| L190 | Other Case Assessment | 0.20 | $66.60 |
| L220 | Preliminary Injunctions/Provis | 0.30 | $74.25 |
| | **TOTAL** | **1.50** | **$352.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Eilenberg, Benjamin A. | BAE | Associate | 0.30 | 247.50 | $74.25 |
| Tarwater, Linda | LJT | Paralegal | 0.60 | 130.50 | $78.30 |
| Hankins, Suzanne | SMH | Member | 0.60 | 333.00 | $199.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335829 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | McLain, Patricia | | | |

|  | Total | 1.50 | $352.35 |
|---|---|---|---|

PRIOR FEES                    $20,907.45
PRIOR COSTS & EXPENSES        $1,902.89

|  | FEES | $352.35 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$352.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335830    JBS                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1183    Kimbrough, William IV
                  GMAC Matter No.: 723491

**TOTAL AMOUNT DUE**        $1,811.30

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335830     JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1183     Kimbrough, William IV
                          GMAC Matter No.: 723491

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 11/02/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/04/12 | Analyze order setting hearing re staying action due to pending bankruptcy. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/12/12 | Prepare case management statement. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 11/20/12 | Analyze court docket re result of plaintiff's counsel's motion to be relieved as counsel. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/28/12 | Attend continued hearing on demurrer to second amended complaint, and prepare correspondence to client re hearing continued again. | L430 | 3.70 | 288.00 | 1,065.60 |
| DL | 11/28/12 | Exchange correspondence with plaintiff's counsel re continuance of case management conference. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/29/12 | Attend case management conference and advise client of continuance of conference. | L230 | 0.90 | 288.00 | 259.20 |
| | | **TOTAL** | | **5.50** | | **$1,584.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/31/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; CNTY RVSD Online MO Riverside CA 09/06/12 | 90.00 |
| 11/08/12 | Gregory E. Eisner; Transportation; Attend Demurrer to Second Complaint of Wililam Kimbrough, IV by GMAC Mortgage, LLC. Executive Trustee Services, LLC. Mortgage Electronic Registration Systems, Riverside | 59.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335830 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Kimbrough, William IV | | | |

| | | | |
|---|---|---|---|
| | 10/31/12 | | |
| | 11/16/12 | CourtCall, LLC; CourtCall - Conference Service; 11/29/12 | 78.00 |
| | | **TOTAL COSTS & EXPENSES** | **$227.30** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L190 | Other Case Assessment | 0.60 | $172.80 | | | |
| L230 | Court Mandated Conferences | 0.90 | $259.20 | | | |
| L430 | Written Motions/Submissions | 4.00 | $1,152.00 | | | |
| | **TOTAL** | **5.50** | **$1,584.00** | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Liu, David | DL | Associate | | 5.50 | 288.00 | $1,584.00 |
| | **Total** | | | **5.50** | | **$1,584.00** |

| | |
|---|---|
| PRIOR FEES | $24,123.60 |
| PRIOR COSTS & EXPENSES | $1,896.79 |

| | |
|---|---|
| FEES | $1,584.00 |
| COSTS & EXPENSES | $227.30 |
| **TOTAL THIS INVOICE** | **$1,811.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335832      JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1197       Vargas, Raymond
                       GMAC Matter No.: 724684


**TOTAL AMOUNT DUE**              $275.35


*** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement