# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335874 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Shepherd, Scott | | | | |

| RMI | 11/02/12 | Review email from client re loan modification package. Review loan modification checklist/application. Prepare email to plaintiff's counsel re loan modification package. Review emails from plaintiff's counsel re loan modification package. | L160 | 0.40 | 247.50 | 99.00 |
|-----|----------|------|------|------|--------|-------|
| RMI | 11/02/12 | Appear for and attend OSC re PI hearing. Prepare email to client re OSC re PI hearing and continuance. | L230 | 3.10 | 247.50 | 767.25 |
| RMI | 11/03/12 | Research re likelihood of modification based on financial data from Plaintiff's counsel. Prepare emails to client re modification review. | L160 | 0.60 | 247.50 | 148.50 |
| SMH | 11/04/12 | Attention to status, update GMAC spreadsheet. | L190 | 0.20 | 333.00 | 66.60 |
| RMI | 11/04/12 | Conference with S.Hankins re OSC hearing and case strategy. Attention to file re OSC re PI hearing. Prepare email re OSC re PI and settlement strategy. | L220 | 0.30 | 247.50 | 74.25 |
| RMI | 11/06/12 | Call from plaintiff's counsel re modification package. Conference with plaintiff's counsel re modification package. | L160 | 0.30 | 247.50 | 74.25 |
| RMI | 11/09/12 | Call to plaintiff's counsel re modification application. | L160 | 0.20 | 247.50 | 49.50 |
| RMI | 11/12/12 | Conference with plaintiff's counsel re modification application and title history. | L160 | 0.30 | 247.50 | 74.25 |
| RMI | 11/14/12 | Review message from plaintiff's counsel re modification. Conference with plaintiff's counsel re modification package. Prepare email to plaintiff's counsel re status of modification package. Review multiple emails from plaintiff's counsel re modification. | L160 | 0.90 | 247.50 | 222.75 |
| RMI | 11/15/12 | Conference with plaintiff's counsel re modification inquiries. | L160 | 0.30 | 247.50 | 74.25 |
| SMH | 11/16/12 | Attention to status of modification review, potential postponement of preliminary injunction hearing. | L160 | 0.20 | 333.00 | 66.60 |
| RMI | 11/16/12 | Review email from plaintiff's counsel re | L120 | 0.50 | 247.50 | 123.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&* Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   335874    CLIENT   GMAC ResCap                        Page      3
                        MATTER   Shepherd, Scott

| | | | | | |
|---|---|---|---|---|---|
| | | loan modification package.  Review and analyze plaintiff's loan modification package. | | | |
| RMI | 11/16/12 | Prepare email to client re plaintiff's loan modification application and case strategy.  Attention to case file re future hearings and modification review. | L120 | 0.30 | 247.50 | 74.25 |
| RMI | 11/16/12 | Review emails from plaintiff's counsel re stipulation to continue litigation per modification review.  Prepare emails to plaintiff's counsel re stipulation to continue litigation. | L120 | 0.30 | 247.50 | 74.25 |
| RMI | 11/19/12 | Review email from client re modification review update.  Call to plaintiff's counsel re modification review. | L160 | 0.30 | 247.50 | 74.25 |
| RMI | 11/20/12 | Call from plaintiff's counsel re modification.  Call to plaintiff's counsel re modification. | L120 | 0.30 | 247.50 | 74.25 |
| RMI | 11/21/12 | Call from plaintiff's counsel re modification review.  Call to plaintiff's counsel re modification review. | L160 | 0.30 | 247.50 | 74.25 |
| RMI | 11/27/12 | Call from plaintiff's counsel re status of modification review. | L160 | 0.20 | 247.50 | 49.50 |
| RMI | 11/30/12 | Call from plaintiff's counsel re modification application.  Attention to file re modification application and preliminary injunction request.  Call to plaintiff's counsel re possible litigation stipulation. | L120 | 0.40 | 247.50 | 99.00 |
| | | **TOTAL** | | **13.50** | | **$3,409.65** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/14/12 | Ryan Ito; Transportation; Attendance at Preliminary Injunction hearing located at OCSC. 11/2/12 | 19.89 |
| 11/27/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Continuance 11/07/12 | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$29.84** |

## BILLING SUMMARY
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    335874 | CLIENT | GMAC ResCap | Page | 4 |
|---|---|---|---|---|
| | MATTER | Shepherd, Scott | | |

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.80 | $445.50 |
| L160 | Settlement/Non-Binding ADR | 6.20 | $1,551.60 |
| L190 | Other Case Assessment | 0.60 | $199.80 |
| L220 | Preliminary Injunctions/Provis | 0.30 | $74.25 |
| L230 | Court Mandated Conferences | 4.60 | $1,138.50 |
| | **TOTAL** | **13.50** | **$3,409.65** |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Ito, Ryan | RMI | | Associate | 12.70 | 247.50 | $3,143.25 |
| Hankins, Suzanne | SMH | | Member | 0.80 | 333.00 | $266.40 |
| | | **Total** | | **13.50** | | **$3,409.65** |

PRIOR FEES                          $3,578.85
PRIOR COSTS & EXPENSES              $1,076.59

|  | |
|---|---|
| FEES | $3,409.65 |
| COSTS & EXPENSES | $29.84 |
| **TOTAL THIS INVOICE** | **$3,439.49** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335875    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1366    Park, Jae Keun
GMAC Matter No.: 731798

**TOTAL AMOUNT DUE**            **$351.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335875    JBS                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1366    Park, Jae Keun
GMAC Matter No.: 731798

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 11/01/12 | Telephone conference with Plaintiff's loan modification company re: status of loan modification review. | L160 | 0.30 | 270.00 | 81.00 |
| KWF | 11/02/12 | Review and respond to email from Grantee's counsel re: eviction. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 11/05/12 | Prepare email to client, C. DiCicco, re: communication by REO agents. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 11/08/12 | Prepare email to Plaintiff's counsel re: status of modification review. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 11/27/12 | Prepare email to client, C. DiCicco, inquiry re: decision on workout package. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 11/28/12 | Telephone conference with Plaintiff's counsel, G. Choe, re: status of loan modification. | L190 | 0.30 | 270.00 | 81.00 |
| KWF | 11/28/12 | Prepare email to G. Choe re: status of dispute and loan modification review. | L190 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **1.30** | | **$351.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $135.00 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $81.00 |
| L190 | Other Case Assessment | 0.50 | $135.00 |
| | **TOTAL** | **1.30** | **$351.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335875 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Park, Jae Keun | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 1.30 | 270.00 | $351.00 |
| | **Total** | | **1.30** | | **$351.00** |

| | | |
|---|---|---|
| PRIOR FEES | $1,233.00 | |
| PRIOR COSTS & EXPENSES | $103.84 | |

| | |
|---|---|
| FEES | $351.00 |
| **TOTAL THIS INVOICE** | **$351.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335876    JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1372    Anderegg, Michael
GMAC Matter No.: 731862

**TOTAL AMOUNT DUE**                    **$687.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335876     JBS                                              December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1372     Anderegg, Michael
                          GMAC Matter No.: 731862

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DPB | 11/01/12 | Telephone call from court clerk advising that judge is stuck on east coast due to hurricane and needs to reschedule the initial case management conference. | L230 | 0.20 | 288.00 | 57.60 |
| DPB | 11/02/12 | Communications from plaintiff regarding rescheduling case management conference and hearing on our motion to dismiss and preparing joint motion to continue. | L230 | 0.20 | 288.00 | 57.60 |
| MKS | 11/05/12 | Update status report; provide pending dates and deadlines, litigation developments and strategy | L120 | 0.20 | 270.00 | 54.00 |
| DPB | 11/05/12 | Communications with plaintiff regarding preparing joint motion to continue case management conference and hearing. | L230 | 0.40 | 288.00 | 115.20 |
| DPB | 11/05/12 | Revise plaintiff's draft, joint motion to continue case management conference and hearing. | L230 | 0.30 | 288.00 | 86.40 |
| DPB | 11/05/12 | E-mail to plaintiff authorizing filing of revised, joint motion to continue case management conference and hearing. | L230 | 0.10 | 288.00 | 28.80 |
| DPB | 11/06/12 | E-mail from plaintiff confirming his submission of joint motion to court today. | L230 | 0.10 | 288.00 | 28.80 |
| DPB | 11/08/12 | Telephone call from court clerk requesting that we e-file the joint motion to continue the case management conference and hearing on | L230 | 0.10 | 288.00 | 28.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 335876 | CLIENT GMAC ResCap |  |  |  | Page 2 |
|---|---|---|---|---|---|
|  | MATTER Anderegg, Michael |  |  |  |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | our motion to dismiss. | | | | |
| DPB | 11/08/12 | Prepare electronic copy of joint motion to continue the case management conference and hearing on our motion to dismiss for e-filing today. | L230 | 0.20 | 288.00 | 57.60 |
| DPB | 11/09/12 | Review court's minute order continuing initial CMC and hearing on our motion to dismiss to December 6. | L230 | 0.20 | 288.00 | 57.60 |
| DPB | 11/26/12 | Communications with plaintiff regarding his request to appear by telephone for case management conference and hearing. | L230 | 0.20 | 288.00 | 57.60 |
| DPB | 11/29/12 | Review plaintiff's motion for leave to appear by telephone for hearing on our motion to dismiss and initial case management conference. | L240 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **2.40** | | **$687.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $54.00 | | | |
| L230 | Court Mandated Conferences | 2.00 | $576.00 | | | |
| L240 | Dispositive Motions | 0.20 | $57.60 | | | |
| | **TOTAL** | **2.40** | **$687.60** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Babcock, Daska | DPB | Special Counsel | 2.20 | 288.00 | $633.60 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **2.40** | | **$687.60** |

| PRIOR FEES | $5,978.70 |
|---|---|
| PRIOR COSTS & EXPENSES | $62.64 |

| | FEES | $687.60 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$687.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335877      JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1378      Twitty, Marc
                      GMAC Matter No.: 732106

**TOTAL AMOUNT DUE**              $910.35

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335877    JBS                                   December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1378    Twitty, Marc
            GMAC Matter No.: 732106

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DB | 11/01/12 | Exchange emails with J. Holtgren regarding postponement of foreclosure and loan modification application. | L160 | 0.20 | 256.50 | 51.30 |
| DB | 11/01/12 | Draft email to A. Singh regarding postponement of foreclosure and loan modification application. | L160 | 0.10 | 256.50 | 25.65 |
| DB | 11/01/12 | Review loan modification application to identify missing information. | L160 | 0.30 | 256.50 | 76.95 |
| DB | 11/02/12 | Exchange emails with A. Singh regarding loan modification application. | L160 | 0.20 | 256.50 | 51.30 |
| DB | 11/02/12 | Exchange email with J. Holtgren regarding loan modification application. | L160 | 0.20 | 256.50 | 51.30 |
| DB | 11/05/12 | Review email from J. Holtgren regarding Linda Twitty and her loan modification application. | L160 | 0.10 | 256.50 | 25.65 |
| DB | 11/06/12 | Telephone call to A. Singh regarding proof of income for L. Twitty. | L160 | 0.10 | 256.50 | 25.65 |
| DB | 11/06/12 | Draft email to J. Holtgren regarding telephone conversation with A. Singh related to proof of income for L. Twitty. | L160 | 0.20 | 256.50 | 51.30 |
| DB | 11/06/12 | Draft email to A. Singh regarding proof of income for L. Twitty. | L160 | 0.10 | 256.50 | 25.65 |
| DB | 11/06/12 | Review email from A. Singh and attached Letter of Explanation from L. Twitty regarding proof of income. | L160 | 0.20 | 256.50 | 51.30 |
| DB | 11/06/12 | Draft email to J. Holtgren regarding letter of explanation from L. Twitty of proof of income. | L160 | 0.10 | 256.50 | 25.65 |
| DB | 11/08/12 | Exchange emails with J. Holtgren | L160 | 0.20 | 256.50 | 51.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335877 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Twitty, Marc | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | regarding HAMP questions. | | | | |
| SMH | 11/13/12 | Attention to HAMP inquiry, status of response to questions posed. | L190 | 0.20 | 333.00 | 66.60 |
| DB | 11/13/12 | Review email from Letycia Lopez regarding 4 HAMP questions. | L160 | 0.10 | 256.50 | 25.65 |
| DB | 11/13/12 | Draft email to Letycia Loepz and Jennifer Holtgren regarding 4 HAMP questions. | L160 | 0.10 | 256.50 | 25.65 |
| DB | 11/13/12 | Drafted email to Armine Singh regarding revised request for 4 HAMP questions. | L160 | 0.20 | 256.50 | 51.30 |
| DB | 11/14/12 | Exchange communication with Armine Singh, plaintiff's counsel, regarding HAMP questions. | L160 | 0.20 | 256.50 | 51.30 |
| DB | 11/14/12 | Draft email to J. Holtgren regarding loan modification application. | L160 | 0.10 | 256.50 | 25.65 |
| DB | 11/14/12 | Research trustee's website for status of postponement on foreclosure sale. | L160 | 0.10 | 256.50 | 25.65 |
| KKB | 11/26/12 | Research trustee sale date | L110 | 0.50 | 148.50 | 74.25 |
| DB | 11/26/12 | Exchanged correspondence with opposing counsel regarding postponement of trustee's sale. | L160 | 0.20 | 256.50 | 51.30 |
| | | **TOTAL** | | **3.70** | | **$910.35** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.50 | $74.25 |
| L160 | Settlement/Non-Binding ADR | 3.00 | $769.50 |
| L190 | Other Case Assessment | 0.20 | $66.60 |
| | **TOTAL** | **3.70** | **$910.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Berkley, David Allan | DB | Associate | 3.00 | 256.50 | $769.50 |
| Brown, Kimberly | KKB | Paralegal | 0.50 | 148.50 | $74.25 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **3.70** | | **$910.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335877 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Twitty, Marc | | |

| | | | |
|---|---|---|---|
| PRIOR FEES | | $8,837.55 | |
| | | FEES | $910.35 |
| | **TOTAL THIS INVOICE** | | **$910.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335878    JBS                                      December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1381    Villalpado, David Francisco
GMAC Matter No.: 732309

**TOTAL AMOUNT DUE**            $1,918.80

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335878    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1381    Villalpado, David Francisco
                         GMAC Matter No.: 732309

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 11/04/12 | Attention to status, update GMAC spreadsheet. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 11/05/12 | Attention to bankruptcy notice, claims that are stayed. | L210 | 0.20 | 333.00 | 66.60 |
| MJE | 11/05/12 | Draft and revision of Notice of Stay and BK and draft and revision of accompanying letter to counsel for Plaintiff; email exchange with C. Dicicco re same. | L250 | 1.40 | 279.00 | 390.60 |
| MJE | 11/06/12 | Finalize notice and revise same per instruction from C. Dicicco | L250 | 0.40 | 279.00 | 111.60 |
| MJE | 11/20/12 | Prepare for demurrer hearing; review of relevant pleadings and notice of bankruptcy filed; prepare argument re same | L240 | 1.50 | 279.00 | 418.50 |
| MJE | 11/21/12 | Attend hearing on demurrer to Complaint | L240 | 1.30 | 279.00 | 362.70 |
| MJE | 11/27/12 | Draft and revision of Notice of Ruling; review of docket and prepare/draft formal Order as instructed by Court. | L250 | 1.00 | 279.00 | 279.00 |
| MJE | 11/28/12 | Draft of formal order and exchange of emails with C. Dicicco re same and strategy moving forward | L120 | 0.80 | 279.00 | 223.20 |
| | | **TOTAL** | | **6.80** | | **$1,918.80** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.   335878 | **CLIENT** | GMAC ResCap | Page | 2 |
| | **MATTER** | Villalpado, David Francisco | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $223.20 | | |
| L190 | Other Case Assessment | 0.20 | $66.60 | | |
| L210 | Pleadings | 0.20 | $66.60 | | |
| L240 | Dispositive Motions | 2.80 | $781.20 | | |
| L250 | Other Written Motions | 2.80 | $781.20 | | |
| | **TOTAL** | **6.80** | **$1,918.80** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Esposito, Matthew | MJE | Associate | 6.40 | 279.00 | $1,785.60 |
| Hankins, Suzanne | SMH | Member | 0.40 | 333.00 | $133.20 |
| | **Total** | | **6.80** | | **$1,918.80** |

| | |
|---|---|
| PRIOR FEES | $4,396.50 |
| PRIOR COSTS & EXPENSES | $49.95 |

| | |
|---|---|
| FEES | $1,918.80 |
| **TOTAL THIS INVOICE** | **$1,918.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335879    JBS                          December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1384 | Silver, Francine |
| | | GMAC Matter No.: 732710 |

**TOTAL AMOUNT DUE**          **$4,008.29**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.    335879    JBS | | December 18, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1384    Silver, Francine
GMAC Matter No.: 732710

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 11/01/12 | Exchange correspondence with client and plaintiff's counsel agreeing to stay of litigation. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/02/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/04/12 | Analyze plaintiff's brief in support of preliminary injunction, supporting declaration and exhibits. | L430 | 0.50 | 288.00 | 144.00 |
| DL | 11/07/12 | Exchange correspondence with plaintiff re continuing hearing on OSC re preliminary injunction and prepare stipulation. | L430 | 0.60 | 288.00 | 172.80 |
| DL | 11/12/12 | Draft opposition to OSC re preliminary injunction. | L430 | 1.20 | 288.00 | 345.60 |
| DL | 11/12/12 | Draft evidentiary objection to declaration in support of preliminary injunction. | L430 | 0.80 | 288.00 | 230.40 |
| DL | 11/14/12 | Analyze correspondence from plaintiff's counsel re setting of sale, review letter re same, and exchange correspondence with client to postpone sale. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 11/14/12 | Work on further revisions to opposition to OSC re preliminary injunction and evidentiary objections to two supporting declarations. | L430 | 3.20 | 288.00 | 921.60 |
| DL | 11/15/12 | Exchange correspondence with plaintiff re status of court signing judgment to continue OSC re preliminary injunction. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/16/12 | Exchange correspondence with plaintiff re status of postponement of sale. | L190 | 0.10 | 288.00 | 28.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335879 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Silver, Francine | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DL | 11/16/12 | Exchange correspondence with plaintiff re preparing for OSC re preliminary injunction. | L190 | 0.10 | 288.00 | | 28.80 |
| DL | 11/26/12 | Analyze plaintiff's reply re OSC re preliminary injunction. | L430 | 0.40 | 288.00 | | 115.20 |
| DL | 11/26/12 | Exchange multiple correspondence with court clerk, client and plaintiff's counsel re possible dates for continuance of OSC re preliminary injunction. | L190 | 0.40 | 288.00 | | 115.20 |
| DL | 11/27/12 | Prepare correspondence to court clerk re not changing date on OSC re preliminary injunction. | L190 | 0.20 | 288.00 | | 57.60 |
| DL | 11/29/12 | Analyze court docket for tentative ruling on OSC re preliminary injunction. | L190 | 0.10 | 288.00 | | 28.80 |
| DL | 11/30/12 | Attend hearing on OSC re preliminary injunction and prepare correspondence to client re continuance of hearing. | L220 | 5.20 | 288.00 | | 1,497.60 |
| | | **TOTAL** | | **13.60** | | | **$3,916.80** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/09/12 | Joe H. Tuffaha; Transportation; Ex Parte Hearing TRO Preliminary Injunction, Santa Monica, CA 10/25/12 | 21.54 |
| 11/29/12 | One Legal, Inc.; Transmittal of filing to court; Stipulation including Court Filing Fee $20 11/14/12 | 69.95 |
| | **TOTAL COSTS & EXPENSES** | **$91.49** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L190 | Other Case Assessment | 1.70 | $489.60 | | |
| L220 | Preliminary Injunctions/Provis | 5.20 | $1,497.60 | | |
| L430 | Written Motions/Submissions | 6.70 | $1,929.60 | | |
| | **TOTAL** | **13.60** | **$3,916.80** | | |

| Timekeeper | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 13.60 | 288.00 | $3,916.80 |
| | **Total** | | **13.60** | | **$3,916.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335879 | CLIENT | GMAC ResCap | | Page | 3 |
| | | MATTER | Silver, Francine | | | |

| | | |
|---|---|---|
| PRIOR FEES | $6,980.40 | |
| PRIOR COSTS & EXPENSES | $597.59 | |

| | |
|---|---|
| FEES | $3,916.80 |
| COSTS & EXPENSES | $91.49 |
| **TOTAL THIS INVOICE** | **$4,008.29** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        335880        JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1385 | Pham, Dinh |
| | | GMAC Matter No.: 732677 |

**TOTAL AMOUNT DUE**              $209.75

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335880    JBS                             December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1385    Pham, Dinh
GMAC Matter No.: 732677

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 11/04/12 | Attention to status, update GMAC spreadsheet. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 11/26/12 | Telephone conversation with attorney Javier re bankruptcy notice, pending demurrer. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 11/26/12 | Evaluate demurrer in light of stayed claims, instructions from C. DiCicco re same. | L240 | 0.20 | 333.00 | 66.60 |
| | | **TOTAL** | | **0.60** | | **$199.80** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 11/06/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy and Suggestion of Automatic Stay 10/23/12 | | 9.95 |
| | **TOTAL COSTS & EXPENSES** | | **$9.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L190 | Other Case Assessment | 0.40 | $133.20 |
| L240 | Dispositive Motions | 0.20 | $66.60 |
| | **TOTAL** | **0.60** | **$199.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Hankins, Suzanne | SMH | Member | 0.60 | 333.00 | $199.80 |
| | | **Total** | **0.60** | | **$199.80** |

PRIOR FEES                    $4,366.80

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   335880       CLIENT    GMAC ResCap                          Page        2
                          MATTER    Pham, Dinh

---

PRIOR COSTS & EXPENSES                     $1,010.64


                                                    FEES              $199.80
                                       COSTS & EXPENSES               $9.95
                                       **TOTAL THIS INVOICE**         **$209.75**


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335881    JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1388 | Buelna, Michael and Fotini |
| | | GMAC Matter No.: 732868 |

**TOTAL AMOUNT DUE**          $2,140.20

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335881      JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1388    Buelna, Michael and Fotini
GMAC Matter No.: 732868

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| SMH | 11/02/12 | Attention to status of bankruptcy notice. L210 | 0.20 | 333.00 | 66.60 |
| DL | 11/02/12 | Prepare case update on chart for client.  L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/04/12 | Exchange correspondence with MERS   L190 re preparing motion for judgment on the pleadings. | 0.20 | 288.00 | 57.60 |
| DL | 11/07/12 | Draft motion for judgment on pleadings L430 re notice, motion, background and address claims for wrongful foreclosure, declaratory relief, quiet title and unfair competition. | 1.40 | 288.00 | 403.20 |
| DL | 11/12/12 | Work on further revisions to demurrer, L430 request for judicial notice and prepare correspondence to MERS and GMAC re same. | 2.30 | 288.00 | 662.40 |
| DL | 11/12/12 | Analyze multiple bankruptcy filings by L190 persons with recorded interest in property and form analysis re proceeding with sale of property. | 0.70 | 288.00 | 201.60 |
| DL | 11/14/12 | Exchange correspondence with MERS   L430 re revisions to demurrer and finalize demurrer and request for judicial notice. | 1.10 | 288.00 | 316.80 |
| DL | 11/14/12 | Further review bankruptcy filings by L190 persons with interest in property, review court docket re status of any TROs and prepare correspondence to client re proceeding with sale. | 0.60 | 288.00 | 172.80 |
| DL | 11/20/12 | Exchange correspondence with client re L110 new person with purported interest in property filling for bankruptcy and review bankruptcy schedule re same. | 0.40 | 288.00 | 115.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335881 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Buelna, Michael & Fotini | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DL | 11/21/12 | Exchange correspondence with plaintiff re notice of bankruptcy and claims proceeding in action. | L190 | 0.20 | 288.00 | | 57.60 |
| DL | 11/30/12 | Exchange further correspondence with plaintiff's counsel re filing of notice of bankruptcy. | L190 | 0.20 | 288.00 | | 57.60 |
| | | **TOTAL** | | **7.40** | | | **$2,140.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.40 | $115.20 |
| L190 | Other Case Assessment | 2.00 | $576.00 |
| L210 | Pleadings | 0.20 | $66.60 |
| L430 | Written Motions/Submissions | 4.80 | $1,382.40 |
| | **TOTAL** | **7.40** | **$2,140.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 7.20 | 288.00 | $2,073.60 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | | **Total** | **7.40** | | **$2,140.20** |

| | |
|---|---|
| PRIOR FEES | $2,875.50 |
| PRIOR COSTS & EXPENSES | $89.54 |

| | |
|---|---|
| FEES | $2,140.20 |
| **TOTAL THIS INVOICE** | **$2,140.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335882      JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1390      Williams, Richard
                     GMAC Matter No.: 732794

**TOTAL AMOUNT DUE**              **$1,217.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335882    JBS                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1390    Williams, Richard
                        GMAC Matter No.: 732794

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| YS | 11/01/12 | Draft correspondence to plaintiff regarding the terms and conditions of the proposed trial hamp modification offer | L160 | 0.40 | 238.50 | 95.40 |
| YS | 11/01/12 | Review and analysis of the terms and conditions of the proposed trial hamp modification offered to plaintiff | L120 | 0.20 | 238.50 | 47.70 |
| YS | 11/02/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| BAE | 11/13/12 | Attend case management conference | L230 | 1.80 | 247.50 | 445.50 |
| YS | 11/21/12 | Draft correspondence to client regarding outcome from hearing on the demurrer and proceeding forward with client's defense in this case | L190 | 0.40 | 238.50 | 95.40 |
| BAE | 11/21/12 | Attend demurrer in Riverside Superior Court. | L240 | 1.80 | 247.50 | 445.50 |
| YS | 11/30/12 | Review and analysis of the Court's order to show cause why the case should not be dismissed in light of the bankruptcy stay imposed by the client's bankruptcy filing | L120 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **4.90** | | **$1,201.05** |

## COSTS & EXPENSES

| | | | |
|--|--|--|--|
| 11/20/12 | First Legal Network, LLC; Court Services; Riverside County Court 10/17/12 | | 16.75 |
| | **TOTAL COSTS & EXPENSES** | **$16.75** | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | Page | 2 |
|---|---|---|---|---|---|

Invoice No.    335882       CLIENT    GMAC ResCap
                            MATTER    Williams, Richard

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $95.40 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $95.40 |
| L190 | Other Case Assessment | 0.50 | $119.25 |
| L230 | Court Mandated Conferences | 1.80 | $445.50 |
| L240 | Dispositive Motions | 1.80 | $445.50 |
| | **TOTAL** | **4.90** | **$1,201.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 3.60 | 247.50 | $891.00 |
| Shaham, Yaron | YS | Special Counsel | 1.30 | 238.50 | $310.05 |
| | **Total** | | **4.90** | | **$1,201.05** |

| | |
|---|---|
| PRIOR FEES | $2,993.85 |
| PRIOR COSTS & EXPENSES | $98.54 |

| | |
|---|---|
| FEES | $1,201.05 |
| COSTS & EXPENSES | $16.75 |
| **TOTAL THIS INVOICE** | **$1,217.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        335884        JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1401 | Glickstein, Baruch |
| | | GMAC Matter No.:  733492 |

**TOTAL AMOUNT DUE**            $1,896.75

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335884    JBS                                  December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1401    Glickstein, Baruch
                        GMAC Matter No.:  733492

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MAP | 10/17/12 | Title research regarding status of foreclosure, call the trustee to confirm sale date. | L190 | 0.30 | 130.50 | 39.15 |
| SMH | 11/01/12 | Draft email to A. Hartshorn re status, need to postpone sale date. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 11/01/12 | Telephone conversation with Ron Gold re status. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 11/01/12 | Attention to opposing counsel email with order vacating 11/9/12 hearing. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 11/01/12 | Attention to appraisal information on subject property. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 11/07/12 | Review and respond to multiple emails re postponement of foreclosure sale per court order. | L190 | 0.30 | 333.00 | 99.90 |
| SMH | 11/07/12 | Attention to R. Ziff email with listing prices, draft email to A. Hartshorn with recommendation re sale proceeds, review A. Hartshorn response. | L190 | 0.50 | 333.00 | 166.50 |
| SMH | 11/07/12 | Attention to court's Minute Order continuing hearing date. | L210 | 0.10 | 333.00 | 33.30 |
| SMH | 11/07/12 | Review payoff information, draft email to A. Hartshorn requesting additional information on property valuation, request sale postponement. | L190 | 0.60 | 333.00 | 199.80 |
| SMH | 11/07/12 | Draft correspondence to plaintiff's counsel re listing of properties, listing price. | L190 | 0.50 | 333.00 | 166.50 |
| LJT | 11/07/12 | Ascertain current status of foreclosure sale on 23411 Schoenborn, Canoga Park, CA and draft e-mail re same. | L110 | 0.20 | 130.50 | 26.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&* Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335884 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | | MATTER | Glickstein, Baruch | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SMH | 11/08/12 | Draft follow-up email to A. Hartshorn recommending 90-day postponement to provide opportunity to sell properties. | L110 | 0.40 | 333.00 | 133.20 |
| SMH | 11/09/12 | Attention to A.Hartshorn email approving 3-month timeframe for sale, respond to same. | L120 | 0.20 | 333.00 | 66.60 |
| SMH | 11/28/12 | Draft letter to Ron Ziff re 11/30/12 hearing date, sale of subject properties. | L190 | 0.80 | 333.00 | 266.40 |
| SMH | 11/28/12 | Telephone conversation with Ron Ziff re status, sale of properties. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 11/28/12 | Attention to borrower correspondence to client, A. Hartshorn email re status. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 11/28/12 | Draft status update to A. Hartshorn. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 11/29/12 | Telephone conference with Ron Gold regarding sale status of GMAC properties. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 11/29/12 | Attention to contracts for sale for subject properties, compare sales prices to BPO. | L190 | 0.30 | 333.00 | 99.90 |
| SMH | 11/29/12 | Forward contract with cover email to A. Hartshorn. | L190 | 0.20 | 333.00 | 66.60 |
| | | **TOTAL** | | **6.00** | | **$1,896.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.60 | $159.30 |
| L120 | Analysis/Strategy | 0.20 | $66.60 |
| L190 | Other Case Assessment | 5.10 | $1,637.55 |
| L210 | Pleadings | 0.10 | $33.30 |
| | **TOTAL** | **6.00** | **$1,896.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tarwater, Linda | LJT | Paralegal | 0.20 | 130.50 | $26.10 |
| Probert, Michelle | MAP | Paralegal | 0.30 | 130.50 | $39.15 |
| Hankins, Suzanne | SMH | Member | 5.50 | 333.00 | $1,831.50 |
| | **Total** | | **6.00** | | **$1,896.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335884 | CLIENT | GMAC ResCap | Page | 3 |
| | | MATTER | Glickstein, Baruch | | |

| | | | |
|---|---|---|---|
| PRIOR FEES | | $937.80 | |
| | | FEES | $1,896.75 |
| | **TOTAL THIS INVOICE** | | **$1,896.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        335885        JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1404     Espinosa, Amador
                     GMAC Matter No.: 733430

**TOTAL AMOUNT DUE**              **$237.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335885    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1404    Espinosa, Amador
                        GMAC Matter No.: 733430

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MAP | 10/18/12 | Research and retreive title documents. Prepare a title chronology and a title binder. | L190 | 1.60 | 130.50 | 208.80 |
| DL | 11/02/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **1.70** | | **$237.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---------------------------|--|-------|--------|--|--|
| L190    Other Case Assessment | | 1.70 | $237.60 | | |
| **TOTAL** | | **1.70** | **$237.60** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.10 | 288.00 | $28.80 |
| Probert, Michelle | MAP | Paralegal | 1.60 | 130.50 | $208.80 |
| | | **Total** | **1.70** | | **$237.60** |

PRIOR FEES                        $688.05

                                        FEES             $237.60
                        TOTAL THIS INVOICE               $237.60

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335886    JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1406 | Jimenez (Salone) |
| | | GMAC Matter No.: 733566 |

**TOTAL AMOUNT DUE**          **$1,260.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.    335886    JBS | | December 18, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1406    Jimenez (Salone)
                         GMAC Matter No.: 733566

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| WJI | 11/05/12 | Analysis and evaluation of REO addendum to the third-party purchase agreement. | L160 | 0.30 | 256.50 | 76.95 |
| WJI | 11/09/12 | Correspondence to client regarding recommendation to pay lien and file motion to strike. | L210 | 0.60 | 256.50 | 153.90 |
| WJI | 11/19/12 | Draft motion to strike irrelevant portions of plaintiffs complaint. | L210 | 1.90 | 256.50 | 487.35 |
| WJI | 11/19/12 | Draft correspondence to opposing counsel regarding settlement possibilities. | L160 | 0.30 | 256.50 | 76.95 |
| LJT | 11/20/12 | Research and review title records and prepare chronology. | L110 | 1.10 | 130.50 | 143.55 |
| WJI | 11/20/12 | Revise and edit legal argument of motion to strike. | L210 | 0.40 | 256.50 | 102.60 |
| LJT | 11/21/12 | Finalize title chronology. | L110 | 0.30 | 130.50 | 39.15 |
| WJI | 11/21/12 | Final revision and edit of motion to strike portions of plaintiffs' complaint. | L210 | 0.50 | 256.50 | 128.25 |
| WJI | 11/26/12 | Exchange correspondences with client regarding litigation strategy and settlement options. | L210 | 0.20 | 256.50 | 51.30 |
| | | **TOTAL** | | **5.60** | | **$1,260.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335886 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Jimenez (Salone) | | | | |

| | | | Hours | Value | | | |
|---|---|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | | 1.40 | $182.70 | | | |
| L160 | Settlement/Non-Binding ADR | | 0.60 | $153.90 | | | |
| L210 | Pleadings | | 3.60 | $923.40 | | | |
| | **TOTAL** | | **5.60** | **$1,260.00** | | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Tarwater, Linda | LJT | | Paralegal | 1.40 | 130.50 | $182.70 |
| Idleman, William J. | WJI | | Associate | 4.20 | 256.50 | $1,077.30 |
| | | **Total** | | **5.60** | | **$1,260.00** |

PRIOR FEES                    $3,258.45

|  | FEES | $1,260.00 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$1,260.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335887    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1410 | Tademy, Gloria |
| | | GMAC Matter No.: 733403 |

**TOTAL AMOUNT DUE**          **$1,607.40**

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335887    JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1410    Tademy, Gloria
GMAC Matter No.: 733403

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| LJT | 11/01/12 | Pacer research re bankruptcy filings by plaintiff, review docket re status and discharge order on 2009 bankruptcy and docket on Chapter 13, stipulation for adequate protection order and order on motion for relief from stay. | L110 | 0.20 | 130.50 | 26.10 |
| LJT | 11/01/12 | Additional title research, review title records and prepare chronology. | L110 | 1.00 | 130.50 | 130.50 |
| MJE | 11/05/12 | Review of Complaint and analysis of same; prepare early case evaluation | L190 | 1.20 | 279.00 | 334.80 |
| MJE | 11/05/12 | Review of title history and BK filings and email exchange with C. Diccico re same | L190 | 0.50 | 279.00 | 139.50 |
| MJE | 11/06/12 | Draft and revise evaluation report and communicate with S. Hankins re same. | L190 | 0.50 | 279.00 | 139.50 |
| MJE | 11/12/12 | Receipt and review of emails from C. Dicicco re status of Borrower's bankruptcy and including information re documents needed for modification review. | L190 | 0.30 | 279.00 | 83.70 |
| MJE | 11/12/12 | Phone call with counsel for Plaintiff re status and request for additional documents | L190 | 0.40 | 279.00 | 111.60 |
| MJE | 11/13/12 | Review and delivery of modification application documents and exchange of emails and phone calls with Plaintiff's counsel and communicate with C. Dicicco re same. | L190 | 1.20 | 279.00 | 334.80 |
| MJE | 11/27/12 | Draft of email to C. Dicicco re status of modifcation review and draft and | L190 | 0.50 | 279.00 | 139.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  335887 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Tademy, Gloria | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | revision of email to Plaintiff's counsel re same. | | | | |
| MJE | 11/28/12 | Exchange of emails with Plaintiff's counsel and C. Dicicco re statu of modification review, response to Complaint and status of related bankruptcy | L190 | 0.60 | 279.00 | 167.40 |
| | | **TOTAL** | | **6.40** | | **$1,607.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 1.20 | $156.60 | | | |
| L190 | Other Case Assessment | 5.20 | $1,450.80 | | | |
| | **TOTAL** | **6.40** | **$1,607.40** | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Tarwater, Linda | LJT | Paralegal | | 1.20 | 130.50 | $156.60 |
| Esposito, Matthew | MJE | Associate | | 5.20 | 279.00 | $1,450.80 |
| | **Total** | | | **6.40** | | **$1,607.40** |

| PRIOR FEES | $1,424.25 | | |
|---|---|---|---|
| | | FEES | $1,607.40 |
| | **TOTAL THIS INVOICE** | | **$1,607.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335888    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1411    Hernandez, Miguel and Kimberly
GMAC Matter No.: 733660

**TOTAL AMOUNT DUE**          **$1,721.70**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       335888       JBS                                      December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1411       Hernandez, Miguel and Kimberly
                            GMAC Matter No.: 733660

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994       11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MAP | 10/22/12 | Research and retreive title documents. | L190 | 0.80 | 130.50 | 104.40 |
| MAP | 10/23/12 | Prepare a title chronology and a title binder. | L190 | 1.80 | 130.50 | 234.90 |
| DL | 11/02/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/12/12 | Draft demurrer to complaint re notice, demurrer, factual background and address claims for wrongful foreclosure and other claims. | L430 | 1.40 | 288.00 | 403.20 |
| DL | 11/14/12 | Work on further revisions to demurrer and prepare correspondence to client re same. | L430 | 1.60 | 288.00 | 460.80 |
| DL | 11/14/12 | Prepare and revise notice of bankruptcy stay. | L430 | 0.40 | 288.00 | 115.20 |
| DL | 11/16/12 | Finalize demurrer, request for judicial notice and notice of bankruptcy stay. | L430 | 1.30 | 288.00 | 374.40 |
| | | **TOTAL** | | **7.40** | | **$1,721.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L190 | Other Case Assessment | 2.70 | $368.10 |
| L430 | Written Motions/Submissions | 4.70 | $1,353.60 |
| | **TOTAL** | **7.40** | **$1,721.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 4.80 | 288.00 | $1,382.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    335888 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Hernandez, Miguel & Kimberly | | | | |

| Probert, Michelle | MAP | Paralegal | 2.60 | 130.50 | $339.30 |
| | Total | | 7.40 | | $1,721.70 |

PRIOR FEES                    $889.65

|  | FEES | $1,721.70 |
| **TOTAL THIS INVOICE** | | **$1,721.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335889    JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER   1416    Figueroa / de la Torre
                 GMAC Matter No.: 733780

**TOTAL AMOUNT DUE**              $782.55

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335889     JBS                                        December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  1416     Figueroa / de la Torre
GMAC Matter No.: 733780

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| LJT | 11/01/12 | Additional title research, review title records and prepare chronology. | L110 | 1.10 | 130.50 | 143.55 |
| DL | 11/02/12 | Review title chronology. | L190 | 0.40 | 288.00 | 115.20 |
| DL | 11/02/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| BJK | 11/06/12 | Drafted email to Erik Kemp regarding question about effect of automatic stay on Federal Court proceeding | L120 | 0.20 | 234.00 | 46.80 |
| SMH | 11/07/12 | Review code section re termination of UCC filings, attention to  of De LaTorre identification (filer), impact on title. | L120 | 0.50 | 333.00 | 166.50 |
| SMH | 11/07/12 | Telephone call to J. Best - left message. | L120 | 0.10 | 333.00 | 33.30 |
| SMH | 11/07/12 | Attention to J. Best re status, attention to same, review plaintiff's UCC filing and potential for response. | L120 | 0.40 | 333.00 | 133.20 |
| DL | 11/07/12 | Strategy re filing UCC termination with California Secretary of State and preparing demand letter to borrower. | L190 | 0.40 | 288.00 | 115.20 |
| | | **TOTAL** | | **3.20** | | **$782.55** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L110 | Fact Investigation/Development | 1.10 | $143.55 |
| L120 | Analysis/Strategy | 1.20 | $379.80 |
| L190 | Other Case Assessment | 0.90 | $259.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    335889 | CLIENT    GMAC ResCap | | Page    2 |
| MATTER    Figueroa / de la Torre | | | |

| | TOTAL | | 3.20 | **$782.55** | | |
|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** | |
| Kornberg, Bernard | BJK | Associate | 0.20 | 234.00 | $46.80 | |
| Liu, David | DL | Associate | 0.90 | 288.00 | $259.20 | |
| Tarwater, Linda | LJT | Paralegal | 1.10 | 130.50 | $143.55 | |
| Hankins, Suzanne | SMH | Member | 1.00 | 333.00 | $333.00 | |
| | **Total** | | **3.20** | | **$782.55** | |

PRIOR FEES                                      $760.05

FEES                          $782.55

**TOTAL THIS INVOICE**                          **$782.55**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335890      JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1418      Balesky, Ian
                      Email Invoice to Kari Krull

**TOTAL AMOUNT DUE**          $848.25

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335890    JBS                                  December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1418    Balesky, Ian
Email Invoice to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 10/31/12 | Analysis and evaluation of the small claims complaint and Attention to preliminary case investigation issues. | L120 | 0.40 | 274.50 | 109.80 |
| RJG | 10/31/12 | Correspondence with our client regarding preliminary case investigation issues. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 10/31/12 | Drafting of notice of bankruptcy to file on our client's behalf as requested. | L210 | 0.50 | 274.50 | 137.25 |
| CHR | 11/01/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| RJG | 11/01/12 | Multiple correspondence with our client to advise regarding notice of bankruptcy and pending case issues. | L120 | 0.40 | 274.50 | 109.80 |
| RJG | 11/01/12 | Preparation of correspondence with Plaintiff regarding bankruptcy notice and bankruptcy stay issues. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 11/26/12 | Correspondence with our client to advise regarding pending small claims trial issues. | L440 | 0.30 | 274.50 | 82.35 |
| RJG | 11/26/12 | Preparation of a request for order to vacate the pending trial date in light of the bankruptcy stay. | L250 | 0.40 | 274.50 | 109.80 |
| RJG | 11/27/12 | Correspondence with our client regarding request for order vacating | L440 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335890 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Balesky, Ian | | |

pending trial date issues.

**TOTAL**                                    3.30                    $848.25

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $384.30 |
| L190 | Other Case Assessment | 0.40 | $52.20 |
| L210 | Pleadings | 0.50 | $137.25 |
| L250 | Other Written Motions | 0.40 | $109.80 |
| L440 | Other Trial Preparation | 0.60 | $164.70 |
| | **TOTAL** | **3.30** | **$848.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Gandy, Robert | RJG | Special Counsel | 2.90 | 274.50 | $796.05 |
| | **Total** | | **3.30** | | **$848.25** |

FEES                    $848.25

**TOTAL THIS INVOICE**                    **$848.25**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335891      JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000     GMAC ResCap
MATTER      1419      Carson, Donna
                      WF Matter No.: 733734

**TOTAL AMOUNT DUE**            **$2,541.60**

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335891    JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1419    Carson, Donna
WF Matter No.: 733734

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 10/31/12 | Review and evaluate new complaint. | L190 | 0.30 | 333.00 | 99.90 |
| CHR | 11/01/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| JBS | 11/02/12 | Analysis and evaluation of issues regarding conveyance of property to living trust and denial of loan modification and defense strategy | L120 | 0.40 | 427.50 | 171.00 |
| SMH | 11/04/12 | Attention to status, update GMAC spreadsheet. | L190 | 0.20 | 333.00 | 66.60 |
| LJT | 11/06/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff. | L110 | 0.50 | 130.50 | 65.25 |
| WJI | 11/06/12 | Initial analysis and evaluation of plaintiff's complaint. | L210 | 0.50 | 256.50 | 128.25 |
| LJT | 11/07/12 | Review title records and prepare chronology. | L110 | 0.90 | 130.50 | 117.45 |
| SMH | 11/28/12 | Review and edit proposed early case evaluation. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 11/28/12 | Attention to demurrer draft, issue related to specific performance, required revisions. | L240 | 0.40 | 333.00 | 133.20 |
| SMH | 11/28/12 | Review proposed notice of stay, request revisions. | L210 | 0.20 | 333.00 | 66.60 |
| WJI | 11/28/12 | Draft notice of bankruptcy and | L210 | 0.50 | 256.50 | 128.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335891 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Carson, Donna | | | | |

| | | suggestion of automatic stay. | | | | |
|---|---|---|---|---|---|---|
| WJI | 11/28/12 | Analysis and evaluation of facts and exhibits to plaintiff's complaint. | L210 | 0.50 | 256.50 | 128.25 |
| SMH | 11/29/12 | Review proposed demurrer and edit same. | L210 | 0.50 | 333.00 | 166.50 |
| SMH | 11/29/12 | Review and supplement relief from stay notice. | L120 | 0.20 | 333.00 | 66.60 |
| SMH | 11/29/12 | Review and edit early case evaluation. | L120 | 0.10 | 333.00 | 33.30 |
| WJI | 11/29/12 | Draft case evaluation memorandum to client. | L120 | 0.30 | 256.50 | 76.95 |
| WJI | 11/29/12 | Revise and edit notice of bankruptcy stay. | L210 | 0.20 | 256.50 | 51.30 |
| WJI | 11/29/12 | Draft demurrer to plaintiff's complaint. | L210 | 3.60 | 256.50 | 923.40 |
| | | **TOTAL** | | **9.90** | | **$2,541.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.40 | $182.70 |
| L120 | Analysis/Strategy | 1.00 | $347.85 |
| L190 | Other Case Assessment | 1.10 | $285.30 |
| L210 | Pleadings | 6.00 | $1,592.55 |
| L240 | Dispositive Motions | 0.40 | $133.20 |
| | **TOTAL** | **9.90** | **$2,541.60** |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Rommell, Clair | CHR | | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | | Member | 0.40 | 427.50 | $171.00 |
| Tarwater, Linda | LJT | | Paralegal | 1.40 | 130.50 | $182.70 |
| Hankins, Suzanne | SMH | | Member | 2.10 | 333.00 | $699.30 |
| Idleman, William J. | WJI | | Associate | 5.60 | 256.50 | $1,436.40 |
| | | **Total** | | **9.90** | | **$2,541.60** |

| | | |
|---|---|---|
| | FEES | $2,541.60 |
| **TOTAL THIS INVOICE** | | **$2,541.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335892      JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1421       Turrentine, Edward and Patricia
                       GMAC Matter No.: 733997

**TOTAL AMOUNT DUE**            $3,876.30

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335892      JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 1421      Turrentine, Edward and Patricia
                            GMAC Matter No.: 733997

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 10/31/12 | Analysis and evaluation of preliminary case investigation and pending case issues. | L120 | 0.50 | 274.50 | 137.25 |
| RJG | 10/31/12 | Correspondence with our client to advise regarding preliminary case investigation issues. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 10/31/12 | Review and analysis of plaintiffs' complaint, the allegations and causes of action contained therein, and title history in order to determine client's available legal remedies and defenses | L120 | 1.80 | 238.50 | 429.30 |
| CHR | 11/01/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.30 | 130.50 | 39.15 |
| LJT | 11/02/12 | Review new complaint and docket, research title records to update status of title since prior 2010 case, review title records and update title chronology, Pacer research to ascertain bankruptcies by plaintiffs, and review dockets on multiple bankruptcies re status. | L110 | 1.50 | 130.50 | 195.75 |
| YS | 11/02/12 | Review and analysis of client's loan file and servicing notes in light of allegations contained in the complaint and to assist in the determination of client's legal remedies and defenses | L120 | 2.20 | 238.50 | 524.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335892 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Turrentine, Edward & Patricia | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| JBS | 11/05/12 | Analysis and evaluation of defense strategy | L120 | 0.30 | 427.50 | 128.25 |
| YS | 11/05/12 | Draft clients' notice of bankruptcy stay and affect of the stay on the ongoing litigation | L210 | 1.20 | 238.50 | 286.20 |
| YS | 11/05/12 | Draft correspondence to plaintiffs' counsel regarding clients' notice of bankruptcy stay and affect of the stay on the ongoing litigation | L190 | 0.70 | 238.50 | 166.95 |
| YS | 11/06/12 | Draft and prepare notice of related case in light of previous case with plaintiff which was dismissed | L210 | 0.40 | 238.50 | 95.40 |
| YS | 11/07/12 | Draft declaration of non-monetary status for ETS Services in response to plaintiffs' complaint | L210 | 0.30 | 238.50 | 71.55 |
| YS | 11/07/12 | Draft correspondence to M. Ravelo regarding ETS Services' declaration of non-monetary status in response to plaintiffs' complaint | L190 | 0.20 | 238.50 | 47.70 |
| YS | 11/08/12 | Draft proposed order on clients' demurrer to plaintiffs' complaint | L210 | 0.30 | 238.50 | 71.55 |
| YS | 11/08/12 | Draft clients' request for judicial notice in support of demurrer to the complaint | L210 | 0.70 | 238.50 | 166.95 |
| YS | 11/08/12 | Draft clients' notice of demurrer, demurrer, and memorandum of points and authorities in support of demurrer to plaintiffs' complaint | L210 | 5.70 | 238.50 | 1,359.45 |
| YS | 11/27/12 | Receipt, review and analysis of plaintiff's counsel's notice of change of address | L120 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **16.50** | | **$3,826.35** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| | 11/27/12 | One Legal, Inc.; Transmittal of filing to court; Defendants GMAC Mortgage, LLC's and Executive Trustee Services, LLC dba ETS Services, LLC's Notice of Bankruptcy...11/08/12 | 49.95 |
| | | **TOTAL COSTS & EXPENSES** | **$49.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.    335892 | CLIENT   GMAC ResCap | | | Page | 3 |
| | MATTER   Turrentine, Edward & Patricia | | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 1.50 | $195.75 | | |
| L120 | Analysis/Strategy | 5.20 | $1,325.70 | | |
| L190 | Other Case Assessment | 1.20 | $253.80 | | |
| L210 | Pleadings | 8.60 | $2,051.10 | | |
| | **TOTAL** | **16.50** | **$3,826.35** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Tarwater, Linda | LJT | Paralegal | 1.50 | 130.50 | $195.75 |
| Gandy, Robert | RJG | Special Counsel | 0.80 | 274.50 | $219.60 |
| Shaham, Yaron | YS | Special Counsel | 13.60 | 238.50 | $3,243.60 |
| | **Total** | | **16.50** | | **$3,826.35** |

| | | |
|---|---|---|
| FEES | | $3,826.35 |
| COSTS & EXPENSES | | $49.95 |
| **TOTAL THIS INVOICE** | | **$3,876.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        335893        JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER     1424       Jones, Anthony
                             GMAC Matter No.: 734113

**TOTAL AMOUNT DUE**            $3,973.95

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335893    JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1424    Jones, Anthony
GMAC Matter No.: 734113

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 11/05/12 | Analysis and evaluation of TRO application and email from client | L120 | 0.30 | 427.50 | 128.25 |
| CHR | 11/05/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| SMH | 11/06/12 | Attention to A. Hartshorn email re service on GMAC. | L190 | 0.20 | 333.00 | 66.60 |
| LJT | 11/06/12 | Research title records to prepare chronology, Pacer research to ascertain bankruptcy filings by plaintiff and review docket re status of same. | L110 | 0.70 | 130.50 | 91.35 |
| JBS | 11/07/12 | Analysis and evaluation of defense strategy and bankruptcy implications | L120 | 0.40 | 427.50 | 171.00 |
| LJT | 11/09/12 | Review title records and prepare chronology. | L110 | 1.00 | 130.50 | 130.50 |
| JHT | 11/09/12 | Receipt and review of case file and determination of strategy going forward. | L190 | 0.50 | 238.50 | 119.25 |
| SMH | 11/12/12 | Attention to proposed QWR response, suggest edits/revisions to same. | L190 | 0.20 | 333.00 | 66.60 |
| JHT | 11/12/12 | Researched, drafted and revised response to Plaintiff's numerous Qualified Written Requests on behalf of client. | L190 | 3.50 | 238.50 | 834.75 |
| JHT | 11/12/12 | Drafted correspondence to client | L190 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 335893 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Jones, Anthony | | | | |

| | | regarding recommendation for responding to purported QWRs. | | | | |
|---|---|---|---|---|---|---|
| JHT | 11/13/12 | Corresponded with client regarding documentation to be included with response to Plaintiff's Qualified Written Requests. | L190 | 0.30 | 238.50 | 71.55 |
| YS | 11/15/12 | Draft declaration of non-monetary status for ETS in response to plaintiff's complaint | L210 | 0.70 | 238.50 | 166.95 |
| YS | 11/15/12 | Draft correspondence to M. Ravelo regarding ETS' declaration of non-monetary status in response to plaintiff's complaint | L190 | 0.30 | 238.50 | 71.55 |
| YS | 11/15/12 | Draft client's proposed order sustaining the demurrer to plaintiff's complaint | L210 | 0.40 | 238.50 | 95.40 |
| YS | 11/15/12 | Draft client's request for judicial notice in support of demurrer to plaintiff's complaint | L210 | 0.70 | 238.50 | 166.95 |
| YS | 11/15/12 | Draft client's notice of demurrer, demurrer, and memorandum of points and authorities in support of demurrer to plaintiff's complaint | L210 | 4.80 | 238.50 | 1,144.80 |
| JHT | 11/19/12 | Revised response letter to Plaintiff's purported QWR. | L190 | 0.40 | 238.50 | 95.40 |
| JHT | 11/19/12 | Prepared and compiled exhibits to attach to response letter to Plaintiff's purported QWR. | L190 | 1.00 | 238.50 | 238.50 |
| JHT | 11/19/12 | Reviewed loan notes/file and strategized as to next steps in case. | L190 | 0.70 | 238.50 | 166.95 |
| JHT | 11/20/12 | Corresponded with client regarding postponement of foreclosure sale. | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **16.90** | | **$3,973.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.70 | $221.85 |
| L120 | Analysis/Strategy | 0.70 | $299.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   335893     CLIENT   GMAC ResCap              Page      3
                          MATTER   Jones, Anthony

| | | | | |
|---|---|---|---|---|
| L190 | Other Case Assessment | 7.90 | $1,878.75 | |
| L210 | Pleadings | 6.60 | $1,574.10 | |
| | **TOTAL** | **16.90** | **$3,973.95** | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.70 | 427.50 | $299.25 |
| Tuffaha, Joe | JHT | Associate | 6.80 | 238.50 | $1,621.80 |
| Tarwater, Linda | LJT | Paralegal | 1.70 | 130.50 | $221.85 |
| Hankins, Suzanne | SMH | Member | 0.40 | 333.00 | $133.20 |
| Shaham, Yaron | YS | Special Counsel | 6.90 | 238.50 | $1,645.65 |
| | **Total** | | **16.90** | | **$3,973.95** |

|  | | |
|---|---|---|
| | FEES | $3,973.95 |
| **TOTAL THIS INVOICE** | | **$3,973.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335894      JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1425       Moeller, Catrina and Julie
                       GMAC Matter No.:  734125

**TOTAL AMOUNT DUE**          **$3,643.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335894    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1425    Moeller, Catrina and Julie
GMAC Matter No.: 734125

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| CHR | 11/06/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| RJG | 11/06/12 | Correspondence with our client to advise regarding preliminary case investigation and litigation strategy issues. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 11/06/12 | Analysis and evaluation of preliminary case investigation issues and attention to litigation strategy. | L120 | 0.50 | 274.50 | 137.25 |
| DL | 11/06/12 | Analyze complaint and exhibits, analyze court docket re status of litigation and research background of plaintiff's counsel. | L110 | 0.50 | 288.00 | 144.00 |
| DL | 11/07/12 | Analyze ex parte notice for TRO and strategy re preparing for hearing re same. | L430 | 0.40 | 288.00 | 115.20 |
| DL | 11/07/12 | Prepare correspondence to client re denial of TRO and discuss representation of Ally in action. | L190 | 0.30 | 288.00 | 86.40 |
| JD | 11/08/12 | Prepare for and attend ex parte hearing for TRO. | L220 | 6.30 | 238.50 | 1,502.55 |
| LJT | 11/09/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by | L110 | 0.40 | 130.50 | 52.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335894 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Moeller, Catrina & Julie | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | plaintiffs. | | | | |
| LJT | 11/10/12 | Pacer research to ascertain bankruptcy filings by Plaintiffs, review docket, petition, schedules and discharge order on bankruptcy filed by Catrina Moeller. | L110 | 0.20 | 130.50 | 26.10 |
| LJT | 11/10/12 | Review title records and prepare chronology. | L110 | 0.70 | 130.50 | 91.35 |
| DL | 11/15/12 | Further analyze complaint, title chronology, plaintiff's bankruptcy filing and prepare memorandum re responding to complaint via demurrer and notice of bankruptcy. | L190 | 0.60 | 288.00 | 172.80 |
| DL | 11/20/12 | Analyze correspondence from client re postponement of sale and offering loan modification. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/21/12 | Analyze loan and servicing files re background of loan and prior loan modification efforts and exchange correspondence with client re same. | L110 | 1.20 | 288.00 | 345.60 |
| DL | 11/26/12 | Work on further drafting and revising demurrer to complaint and prepare correspondence to client re same. | L430 | 1.20 | 288.00 | 345.60 |
| DL | 11/26/12 | Draft notice of bankruptcy re claims stayed and not stayed. | L430 | 0.40 | 288.00 | 115.20 |
| DL | 11/30/12 | Finalize demurrer re claims not stayed, address claim for wrongful foreclosure, finalize notice of bankruptcy stay and request for judicial notice. | L430 | 1.20 | 288.00 | 345.60 |
| | | **TOTAL** | | **14.70** | | **$3,643.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 3.00 | $659.25 |
| L120 | Analysis/Strategy | 0.80 | $219.60 |
| L190 | Other Case Assessment | 1.40 | $340.20 |
| L220 | Preliminary Injunctions/Provis | 6.30 | $1,502.55 |
| L430 | Written Motions/Submissions | 3.20 | $921.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335894 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | Moeller, Catrina & Julie | | | | |

| | TOTAL | | 14.70 | $3,643.20 | | |
|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** | |
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Liu, David | DL | Associate | 5.90 | 288.00 | $1,699.20 |
| Dykstra, Jonathan | JD | Associate | 6.30 | 238.50 | $1,502.55 |
| Tarwater, Linda | LJT | Paralegal | 1.30 | 130.50 | $169.65 |
| Gandy, Robert | RJG | Special Counsel | 0.80 | 274.50 | $219.60 |
| | **Total** | | **14.70** | | **$3,643.20** |

|  |  |
|---|---|
| FEES | $3,643.20 |
| **TOTAL THIS INVOICE** | **$3,643.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335895      JBS                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1426      Pineda, Mario Eduardo
                      GMAC Matter No.: 734211

**TOTAL AMOUNT DUE**            $3,861.45

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335895    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1426    Pineda, Mario Eduardo
GMAC Matter No.: 734211

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 11/06/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| MJE | 11/06/12 | Receipt and review of new matter and initial strategy assessment of same. | L190 | 1.00 | 279.00 | 279.00 |
| JBS | 11/08/12 | Analysis and evaluation of defense strategy and bankruptcy issues | L120 | 0.30 | 427.50 | 128.25 |
| MJE | 11/08/12 | Review of title history and Complaint; strategize re response | L190 | 0.80 | 279.00 | 223.20 |
| LJT | 11/09/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff. | L110 | 0.40 | 130.50 | 52.20 |
| MJE | 11/09/12 | Review of new matter foreclosure documents | L190 | 0.30 | 279.00 | 83.70 |
| LJT | 11/10/12 | Additional title research, review title records and prepare chronology and additional Pacer research re bankruptcy filings by plaintiff due to postpone of foreclosure sale due to bankruptcy. | L110 | 1.00 | 130.50 | 130.50 |
| MJE | 11/16/12 | Review of title binder and draft notes in preparation of demurrer | L190 | 1.10 | 279.00 | 306.90 |
| MJE | 11/19/12 | Receipt and review of loan file. | L110 | 0.80 | 279.00 | 223.20 |
| MJE | 11/19/12 | Review of correspondence and communicate with S. Hankins re representation of Wells as trustee | L110 | 0.30 | 279.00 | 83.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335895 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Pineda, Mario Eduardo | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MJE | 11/19/12 | Review of Complaint and evaluation of claims | L110 | 1.10 | 279.00 | 306.90 |
| SMH | 11/27/12 | Attention to early case evaluation. | L190 | 0.20 | 333.00 | 66.60 |
| MJE | 11/27/12 | Exchange of emails with J. Holtgren re representing trustee; draft and revision of email evaluation to J. Holtgren | L120 | 1.00 | 279.00 | 279.00 |
| MJE | 11/27/12 | Receipt and review of letter from Plaintiff's counsel and prepare demurrer strategy re same. | L240 | 0.50 | 279.00 | 139.50 |
| MJE | 11/30/12 | Legal research re argument asserted in Complaint for purposes of draft of demurrer | L240 | 1.20 | 279.00 | 334.80 |
| MJE | 11/30/12 | Draft and revision of Memorandum of Points and Authorities in support of demurrer | L240 | 3.20 | 279.00 | 892.80 |
| MJE | 11/30/12 | Draft and revision of Notice of Demurrer and Demurrer to Complaint | L240 | 1.00 | 279.00 | 279.00 |
| | | **TOTAL** | | **14.60** | | **$3,861.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 3.60 | $796.50 |
| L120 | Analysis/Strategy | 1.30 | $407.25 |
| L190 | Other Case Assessment | 3.80 | $1,011.60 |
| L240 | Dispositive Motions | 5.90 | $1,646.10 |
| | **TOTAL** | **14.60** | **$3,861.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Tarwater, Linda | LJT | Paralegal | 1.40 | 130.50 | $182.70 |
| Esposito, Matthew | MJE | Associate | 12.30 | 279.00 | $3,431.70 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | | **Total** | **14.60** | | **$3,861.45** |

| | | |
|---|---|---|
| | FEES | $3,861.45 |
| | **TOTAL THIS INVOICE** | **$3,861.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335896    JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1427    Mitchell, Loleita John
GMAC Matter No.: 734026

**TOTAL AMOUNT DUE**         $409.05

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335896    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1427    Mitchell, Loleita John
GMAC Matter No.: 734026

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 11/06/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| EK | 11/14/12 | Review and analyze complaint and effect of automatic stay | L120 | 0.40 | 274.50 | 109.80 |
| EK | 11/14/12 | Draft violation letter re automatic stay to plaintiff's counsel | L190 | 0.30 | 274.50 | 82.35 |
| EK | 11/15/12 | Draft notice of bankruptcy and suggestion of automatic stay | L190 | 0.30 | 274.50 | 82.35 |
| EK | 11/15/12 | Draft email to D. Booth re filing of notice of bankruptcy and suggestion of automatic stay | L190 | 0.20 | 274.50 | 54.90 |
| EK | 11/26/12 | Review and revise notice of bankruptcy | L120 | 0.10 | 274.50 | 27.45 |
| | | **TOTAL** | | **1.70** | | **$409.05** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $137.25 |
| L190 | Other Case Assessment | 1.20 | $271.80 |
| | **TOTAL** | **1.70** | **$409.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.    335896 | CLIENT   GMAC ResCap | | | Page | 2 |
| | MATTER   Mitchell, Loleita & John | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Kemp, Erik | EK | Associate | 1.30 | 274.50 | $356.85 |
| | **Total** | | **1.70** | | **$409.05** |

| | | |
|---|---|---|
| | FEES | $409.05 |
| **TOTAL THIS INVOICE** | | **$409.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        335897        JBS                                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000      GMAC ResCap
MATTER       1428       Richardson, Madison F.
                                     WF Matter No.: 733906

**TOTAL AMOUNT DUE**            $3,996.00

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       335897       JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1428    Richardson, Madison F.
                         WF Matter No.: 733906

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| CHR | 11/07/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| RJG | 11/07/12 | Correspondence with our client to advise regarding preliminary investigation and litigation strategy issues. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 11/07/12 | Analysis and evaluation of preliminary case investigation issues and attention to litigation strategy. | L120 | 0.50 | 274.50 | 137.25 |
| JBS | 11/08/12 | Analysis and evaluation of defense strategy and bankruptcy implications | L120 | 0.30 | 427.50 | 128.25 |
| LJT | 11/09/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff. | L110 | 0.80 | 130.50 | 104.40 |
| JHT | 11/09/12 | Receipt and review of case file and determination of strategy going forward. | L190 | 0.50 | 238.50 | 119.25 |
| LJT | 11/13/12 | Additional title research, review title records and prepare chronology. | L110 | 1.90 | 130.50 | 247.95 |
| YS | 11/15/12 | Review and analysis of plaintiff's complaint and the allegations contained therein, title history, and determine client's available legal remedies and defenses | L120 | 1.30 | 238.50 | 310.05 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335897 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Richardson, Madison F. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| YS | 11/19/12 | Telephone conference with plaintiff's counsel regarding staying the case in light of plaintiff's loan modification application | L190 | 0.20 | 238.50 | 47.70 |
| YS | 11/19/12 | Draft stipulation to stay the litigation pending the loan modification review and proposed order | L210 | 1.30 | 238.50 | 310.05 |
| YS | 11/19/12 | Draft correspondence to plaintiff's counsel regarding content of proposed stipulation to stay the litigation in light of plaintiff's loan modification application | L190 | 0.40 | 238.50 | 95.40 |
| YS | 11/20/12 | Draft correspondence to plaintiff's counsel regarding rejection of loan modification application, alternative settlement options, and deadline to respond to the complaint | L190 | 0.40 | 238.50 | 95.40 |
| YS | 11/26/12 | Draft declaration of non-monetary status for ETS Services in response to plaintiff's complaint | L210 | 0.70 | 238.50 | 166.95 |
| YS | 11/26/12 | Draft notice of clients' bankruptcy filing and the affect of the automatic stay on the case | L210 | 1.20 | 238.50 | 286.20 |
| YS | 11/26/12 | Draft correspondence to plaintiff's counsel regarding notice of clients' bankruptcy filing and the affect of the automatic stay on the case | L190 | 0.90 | 238.50 | 214.65 |
| YS | 11/26/12 | Draft clients' proposed order on demurrer to plaintiff's complaint | L210 | 0.30 | 238.50 | 71.55 |
| YS | 11/26/12 | Draft clients' request for judicial notice in support of demurrer to plaintiff's complaint | L210 | 0.70 | 238.50 | 166.95 |
| YS | 11/27/12 | Draft clients' notice of demurrer, demurrer, and memorandum of points and authorities in support of demurrer to the plaintiff's complaint | L210 | 5.30 | 238.50 | 1,264.05 |
| YS | 11/28/12 | Draft correspondence to plaintiff's counsel regarding denial of plaintiff's loan modification request | L190 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **17.80** | | **$3,996.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   335897 | CLIENT   GMAC ResCap | | | Page | 3 |
| | MATTER   Richardson, Madison F. | | | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2.70 | $352.35 |
| L120 | Analysis/Strategy | 2.40 | $657.90 |
| L190 | Other Case Assessment | 3.20 | $720.00 |
| L210 | Pleadings | 9.50 | $2,265.75 |
| | TOTAL | 17.80 | $3,996.00 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Tuffaha, Joe | JHT | Associate | 0.50 | 238.50 | $119.25 |
| Tarwater, Linda | LJT | Paralegal | 2.70 | 130.50 | $352.35 |
| Gandy, Robert | RJG | Special Counsel | 0.80 | 274.50 | $219.60 |
| Shaham, Yaron | YS | Special Counsel | 13.10 | 238.50 | $3,124.35 |
| | Total | | 17.80 | | $3,996.00 |

| | | FEES | $3,996.00 |
|---|---|---|---|
| | TOTAL THIS INVOICE | | $3,996.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       335898       JBS                                                  December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000       GMAC ResCap
MATTER       1429        Meyer, Patty
                         GMAC Matter No.: 733995

**TOTAL AMOUNT DUE**              **$3,744.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335898     JBS                                                  December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1429     Meyer, Patty
                          GMAC Matter No.: 733995

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 11/07/12 | Review and evaluate new complaint. | L190 | 0.30 | 333.00 | 99.90 |
| CHR | 11/07/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| JBS | 11/08/12 | Analysis and evaluation of defense strategy and bankruptcy implications | L120 | 0.30 | 427.50 | 128.25 |
| SMH | 11/09/12 | Draft email to C. DiCicco re assignment. | L120 | 0.20 | 333.00 | 66.60 |
| LJT | 11/09/12 | Research title records to prepare chronology. | L110 | 0.50 | 130.50 | 65.25 |
| LJT | 11/10/12 | Additional title research, review title records and prepare chronology. | L110 | 1.80 | 130.50 | 234.90 |
| MJE | 11/15/12 | Inital preparation of argument. | L240 | 1.30 | 279.00 | 362.70 |
| MJE | 11/20/12 | Draft and revision of demurrer to Complaint | L240 | 1.10 | 279.00 | 306.90 |
| MJE | 11/28/12 | Legal research re claims asserted in Complaint for purposes of demurrer | L240 | 1.10 | 279.00 | 306.90 |
| MJE | 11/28/12 | Draft and revision of memorandum of points and authorities in support of demurrer to Complaint | L240 | 2.80 | 279.00 | 781.20 |
| MJE | 11/29/12 | Draft and revision of Notice of Demurrer and Demurrer to Complaint | L240 | 0.80 | 279.00 | 223.20 |
| MJE | 11/29/12 | Draft and revision of Memorandum of Points and Authorities in support of demurrer to Complaint | L240 | 2.10 | 279.00 | 585.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335898 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Meyer, Patty | | | | |

| MJE | 11/30/12 | Draft and revision of Request for Judicial Notice in support of demurrer and prepare exhibits to same. | L240 | 1.20 | 279.00 | 334.80 |
|---|---|---|---|---|---|---|
| MJE | 11/30/12 | Finalized draft of demurrer and email to C. Dicicco re same and inquiry into Notice of Stay | L240 | 0.70 | 279.00 | 195.30 |
| | | **TOTAL** | | **14.60** | | **$3,744.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2.30 | $300.15 |
| L120 | Analysis/Strategy | 0.50 | $194.85 |
| L190 | Other Case Assessment | 0.70 | $152.10 |
| L240 | Dispositive Motions | 11.10 | $3,096.90 |
| | **TOTAL** | **14.60** | **$3,744.00** |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Rommell, Clair | CHR | | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | | Member | 0.30 | 427.50 | $128.25 |
| Tarwater, Linda | LJT | | Paralegal | 2.30 | 130.50 | $300.15 |
| Esposito, Matthew | MJE | | Associate | 11.10 | 279.00 | $3,096.90 |
| Hankins, Suzanne | SMH | | Member | 0.50 | 333.00 | $166.50 |
| | **Total** | | | **14.60** | | **$3,744.00** |

| | | FEES | $3,744.00 |
|---|---|---|---|
| | | **TOTAL THIS INVOICE** | **$3,744.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       335899       JBS                                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000       GMAC ResCap
MATTER       1431        Kennedy, James P.
                         GMAC Matter No.: 734216

**TOTAL AMOUNT DUE**              $402.57

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335899    JBS                                        December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1431    Kennedy, James P.
                        GMAC Matter No.: 734216

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 11/09/12 | Open New File Including Sending Confirmation to Client re Receipt and Contact Attorney Assignment; Review Initial Correspondence and Pleadings, Court Docket for Additional Pleadings and Calendar Dates; Draft New Matter Form and Prepare Conflicts and Calendar Request Memo. | L190 | 0.14 | 130.50 | 18.27 |
| EK | 11/14/12 | Analysis and evaluation of complaint and application of automatic stay | L120 | 0.40 | 274.50 | 109.80 |
| EK | 11/14/12 | Draft notice of violation letter to plaintiff Kennedy | L190 | 0.30 | 274.50 | 82.35 |
| EK | 11/15/12 | Draft notice of bankruptcy and suggestion of automatic stay | L190 | 0.30 | 274.50 | 82.35 |
| EK | 11/15/12 | Draft email to D. Booth re filing of notice of bankruptcy and suggestion of automatic stay | L190 | 0.20 | 274.50 | 54.90 |
| EK | 11/26/12 | Revise notice of bankruptcy per D. Booth's suggestions | L190 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | **1.54** | | **$402.57** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 0.40 | $109.80 |
| L190    Other Case Assessment | 1.14 | $292.77 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335899 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Kennedy, James P. | | | | |

|  | **TOTAL** |  |  | **1.54** | **$402.57** | |
| --- | --- | --- | --- | --- | --- | --- |
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** |
| Rommell, Clair | CHR | Paralegal | | 0.14 | 130.50 | $18.27 |
| Kemp, Erik | EK | Associate | | 1.40 | 274.50 | $384.30 |
| | **Total** | | | **1.54** | | **$402.57** |

| | | | FEES | $402.57 |
| --- | --- | --- | --- | --- |
| | | **TOTAL THIS INVOICE** | | **$402.57** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335900      JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER     1432       Rozier, Karen Michelle
                              GMAC Matter No.: 734358

**TOTAL AMOUNT DUE**          $3,573.00

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335900    JBS                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1432    Rozier, Karen Michelle
GMAC Matter No.: 734358

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 11/13/12 | Open New File Including Sending Confirmation to Client re Receipt and Contact Attorney Assignment; Review Initial Correspondence and Pleadings, Court Docket for Additional Pleadings and Calendar Dates; Draft New Matter Form and Prepare Conflicts and Calendar Request Memo. | L190 | 0.30 | 130.50 | 39.15 |
| RJG | 11/13/12 | Correspondence with our client to advise regarding preliminary investigation and litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 11/13/12 | Analysis and evaluation of preliminary case investigation and pending case issues in this case as well as pending and prior actions and attention to litigation strategy. | L120 | 0.70 | 274.50 | 192.15 |
| LJT | 11/15/12 | Review new complaint, research title records re current status of title, review prior and newly recorded title documents, research to locate rescission of trustee's deed upon sale, and prepare title chronology and notebook. | L110 | 1.40 | 130.50 | 182.70 |
| YS | 11/15/12 | Review and analysis of plaintiff's complaint, the allegations and causes of action contained therein, title history, in order to determine client's available legal remedies and defenses | L120 | 2.10 | 238.50 | 500.85 |
| YS | 11/16/12 | Draft declaration o f non-monetary status for ETS Services in response to plaintiff's complaint | L210 | 0.80 | 238.50 | 190.80 |
| YS | 11/16/12 | Draft correspondence to M. Ravelo | L190 | 0.30 | 238.50 | 71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.  335900    CLIENT   GMAC ResCap                    Page      2
                       MATTER  Rozier, Karen Michelle

| | | | | | | |
|---|---|---|---|---|---|---|
| | | regarding ETS Services' declaration of non-monetary status in response to plaintiff's complaint | | | | |
| YS | 11/16/12 | Draft clients' notice of bankruptcy stay in light of certain claims that stayed as to clients which are alleged in the complaint | L210 | 0.90 | 238.50 | 214.65 |
| YS | 11/16/12 | Draft correspondence to plaintiff regarding notice of the bankruptcy stay and the affect of the stay on the claims in the case | L190 | 0.80 | 238.50 | 190.80 |
| YS | 11/16/12 | Draft correspondence to client regarding the affect of the bankruptcy stay on the claims in this case | L190 | 0.40 | 238.50 | 95.40 |
| YS | 11/16/12 | Draft and prepare notice of related cases in light of previous complaints filed by plaintiff against clients | L210 | 0.60 | 238.50 | 143.10 |
| YS | 11/16/12 | Draft clients' proposed order sustaining clients' demurrer to plaintiff's complaint | L210 | 0.40 | 238.50 | 95.40 |
| YS | 11/16/12 | Draft clients' request for judicial notice in support of demurrer to plaintiff's complaint | L210 | 0.90 | 238.50 | 214.65 |
| YS | 11/19/12 | Draft clients notice of demurrer, demurrer, and memorandum of points and authorities in support of demurrer to plaintiff's complaint | L210 | 5.70 | 238.50 | 1,359.45 |
| | | **TOTAL** | | **15.60** | | **$3,573.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.40 | $182.70 |
| L120 | Analysis/Strategy | 3.10 | $775.35 |
| L190 | Other Case Assessment | 1.80 | $396.90 |
| L210 | Pleadings | 9.30 | $2,218.05 |
| | **TOTAL** | **15.60** | **$3,573.00** |

| Timekeeper | Position | Hours | Rate | Value |
|---|---|---|---|---|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335900 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | Rozier, Karen Michelle | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Tarwater, Linda | LJT | Paralegal | 1.40 | 130.50 | $182.70 |
| Gandy, Robert | RJG | Special Counsel | 1.00 | 274.50 | $274.50 |
| Shaham, Yaron | YS | Special Counsel | 12.90 | 238.50 | $3,076.65 |
| | **Total** | | **15.60** | | **$3,573.00** |

FEES $3,573.00

**TOTAL THIS INVOICE** $3,573.00

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335901      JBS                                      December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1433 | Carillo, Jose |
| | | GMAC Matter No.: 734295 |

**TOTAL AMOUNT DUE**            $533.25

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335901     JBS                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1433     Carillo, Jose
                          GMAC Matter No.: 734295

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| EK | 11/12/12 | Analysis and evaluation of new complaint | L190 | 0.20 | 274.50 | 54.90 |
| CHR | 11/14/12 | Open New File Including Sending Confirmation to Client re Receipt and Contact Attorney Assignment; Review Initial Correspondence and Pleadings, Court Docket for Additional Pleadings and Calendar Dates; Draft New Matter Form and Prepare Conflicts and Calendar Request Memo. | L190 | 0.30 | 130.50 | 39.15 |
| EK | 11/15/12 | Analysis and evaluation of complaint and potential application of automatic stay | L190 | 0.50 | 274.50 | 137.25 |
| EK | 11/29/12 | Analysis and evaluation of motion for preliminary injunction and email to D. Booth re same | L250 | 0.60 | 274.50 | 164.70 |
| EK | 11/29/12 | Review complaint and draft notice of bankruptcy and violation letter to plaintiff | L120 | 0.50 | 274.50 | 137.25 |
| | | **TOTAL** | | **2.10** | | **$533.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $137.25 |
| L190 | Other Case Assessment | 1.00 | $231.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   335901 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Carillo, Jose | | | | |

| L250 | Other Written Motions | | 0.60 | $164.70 | | |
|---|---|---|---|---|---|---|
| | **TOTAL** | | **2.10** | **$533.25** | | |

| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Kemp, Erik | EK | Associate | 1.80 | 274.50 | $494.10 |
| | **Total** | | **2.10** | | **$533.25** |

|  | FEES | $533.25 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$533.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        335902        JBS                                      December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000        GMAC ResCap
MATTER        1434        Quintos, Gerard
                    GMAC Matter No.: 734406

**TOTAL AMOUNT DUE**                **$1,396.35**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335902    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1434    Quintos, Gerard
                      GMAC Matter No.: 734406

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 11/14/12 | Open New File Including Sending Confirmation to Client re Receipt and Contact Attorney Assignment; Review Initial Correspondence and Pleadings, Court Docket for Additional Pleadings and Calendar Dates; Draft New Matter Form and Prepare Conflicts and Calendar Request Memo. | L190 | 0.30 | 130.50 | 39.15 |
| SMH | 11/15/12 | Attention to new complaint, evaluate same. | L210 | 0.40 | 333.00 | 133.20 |
| LJT | 11/15/12 | Research title records to prepare chronology, Pacer research to ascertain bankruptcy filings by plaintiff and review docket re status of same. | L110 | 0.50 | 130.50 | 65.25 |
| DL | 11/15/12 | Analyze complaint, court docket re case status, bankruptcy docket for possible bankruptcy filling and formulate initial strategy for responding to complaint. | L190 | 0.50 | 288.00 | 144.00 |
| LJT | 11/16/12 | Review title records and prepare chronology. | L110 | 1.10 | 130.50 | 143.55 |
| JBS | 11/18/12 | Analysis and evaluation of defense strategy | L120 | 0.40 | 427.50 | 171.00 |
| SMH | 11/20/12 | Attention to early case evaluation. | L190 | 0.20 | 333.00 | 66.60 |
| DL | 11/20/12 | Review plaintiff's bankruptcy schedules, review title chronology and prepare litigation summary for client. | L190 | 0.80 | 288.00 | 230.40 |
| DL | 11/21/12 | Exchange further correspondence with plaintiff's counsel and client re offering loan modification. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/21/12 | Analyze loan file and servicing notes | L110 | 1.20 | 288.00 | 345.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335902 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Quintos, Gerard | | |

for facts for use with possible defense
of action.

**TOTAL**                                5.60                    **$1,396.35**

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2.80 | $554.40 |
| L120 | Analysis/Strategy | 0.40 | $171.00 |
| L190 | Other Case Assessment | 2.00 | $537.75 |
| L210 | Pleadings | 0.40 | $133.20 |
| | **TOTAL** | **5.60** | **$1,396.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Liu, David | DL | Associate | 2.70 | 288.00 | $777.60 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Tarwater, Linda | LJT | Paralegal | 1.60 | 130.50 | $208.80 |
| Hankins, Suzanne | SMH | Member | 0.60 | 333.00 | $199.80 |
| | **Total** | | **5.60** | | **$1,396.35** |

|  |  |
|---|---|
| FEES | $1,396.35 |
| **TOTAL THIS INVOICE** | **$1,396.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335903    JBS                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1435    Rushing, Joseph and Sally
                  GMAC Matter No.: 734471

**TOTAL AMOUNT DUE**          $1,836.90

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335903      JBS                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1435      Rushing, Joseph and Sally
                          GMAC Matter No.:  734471

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| LJT | 11/15/12 | Research and review title records and prepare chronology, Pacer research to ascertain bankruptcy filings by plaintiffs and review docket re status of same. | L110 | 1.40 | 130.50 | 182.70 |
| RJG | 11/15/12 | Correspondence with our client to advise regarding preliminary case investigation and pending foreclosure issues. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 11/15/12 | Analysis and evaluation of preliminary investigation and pending foreclosure issues and attention to litigation strategy. | L120 | 0.50 | 274.50 | 137.25 |
| DL | 11/15/12 | [19000.1435] Analyze complaint, court docket re case status, bankruptcy docket for possible bankruptcy filing and formulate initial strategy for responding to complaint. | L190 | 0.50 | 288.00 | 144.00 |
| CHR | 11/16/12 | Open New File Including Sending Confirmation to Client re Receipt and Contact Attorney Assignment; Review Initial Correspondence and Pleadings, Court Docket for Additional Pleadings and Calendar Dates; Draft New Matter Form and Prepare Conflicts and Calendar Request Memo. | L190 | 0.30 | 130.50 | 39.15 |
| DL | 11/16/12 | [19000.1435]  Analyze title chronology and prepare litigation strategy for client. | L110 | 0.40 | 288.00 | 115.20 |
| JBS | 11/17/12 | Analysis and evaluation of defense strategy and bankruptcy implications | L120 | 0.30 | 427.50 | 128.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335903 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Rushing, Joseph & Sally | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| DL | 11/20/12 | [19000.1435] Analyze correspondence from client re filing notice of bankruptcy stay and demurrer. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/20/12 | [19000.1435] Prepare correspondence to court re setting of case management conference. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/21/12 | [19000.1435] Exchange further correspondence with plaintiff's counsel and client re offering loan modification. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 11/21/12 | [19000.1435] Analyze loan file and servicing notes for facts for use with possible defense of action. | L110 | 1.10 | 288.00 | 316.80 |
| DL | 11/26/12 | Prepare correspondence to plaintiff re no postponement of sale and offer loan modification. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/27/12 | Prepare correspondence to plaintiff's counsel re inquiry as to whether she will seek TRO to stop sale of property. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/29/12 | Exchange correspondence with plaintiff's counsel re loan modification application, review same and discussion re postponement of sale. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 11/29/12 | Draft demurrer, notice, factual background and address claims for wrongful foreclosure. | L430 | 1.20 | 288.00 | 345.60 |
| | | **TOTAL** | | **7.20** | | **$1,836.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2.90 | $614.70 |
| L120 | Analysis/Strategy | 1.10 | $347.85 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $144.00 |
| L190 | Other Case Assessment | 1.50 | $384.75 |
| L430 | Written Motions/Submissions | 1.20 | $345.60 |
| | **TOTAL** | **7.20** | **$1,836.90** |

| Timekeeper | Position | Hours | Rate | Value |
|---|---|---|---|---|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335903 | CLIENT | GMAC ResCap | | | | Page | 3 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Rushing, Joseph & Sally | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Liu, David | DL | Associate | 4.40 | 288.00 | $1,267.20 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Tarwater, Linda | LJT | Paralegal | 1.40 | 130.50 | $182.70 |
| Gandy, Robert | RJG | Special Counsel | 0.80 | 274.50 | $219.60 |
| | **Total** | | **7.20** | | **$1,836.90** |

|  |  |  |
|---|---|---|
| FEES | $1,836.90 |
| **TOTAL THIS INVOICE** | **$1,836.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335904    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1437    Brown, Larry (Nguyen)
                  GMAC Matter No.: 734473

**TOTAL AMOUNT DUE**          $1,500.75

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335904     JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1437     Brown, Larry (Nguyen)
                          GMAC Matter No.: 734473

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994     11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MKS | 11/19/12 | Attention to need for Notice of Bankruptcy Stay. Assessment of claims for purposes of drafting same. | L210 | 0.40 | 270.00 | 108.00 |
| SMH | 11/19/12 | Telephone conversation with R. Saelao re status of removal of complaint, attention to responsive pleading deadline. | L190 | 0.30 | 333.00 | 99.90 |
| SMH | 11/19/12 | Attention to new complaint and "tender" request, evaluate same. | L190 | 0.40 | 333.00 | 133.20 |
| CHR | 11/19/12 | Open New File Including Sending Confirmation to Client re Receipt and Contact Attorney Assignment; Review Initial Correspondence and Pleadings, Court Docket for Additional Pleadings and Calendar Dates; Draft New Matter Form and Prepare Conflicts and Calendar Request Memo. | L190 | 0.50 | 130.50 | 65.25 |
| RSS | 11/19/12 | Review claims in context of bankruptcy and assess case status and strategy in light of same. | L120 | 1.20 | 288.00 | 345.60 |
| RSS | 11/26/12 | Research, draft, and circulate to client notice of bankruptcy and effect of automatic stay and cover letter regarding same. | L210 | 1.90 | 288.00 | 547.20 |
| RSS | 11/30/12 | Correspond with client regarding, finalize, and file notice of bankruptcy and cover letter regarding same. | L210 | 0.70 | 288.00 | 201.60 |
| | | **TOTAL** | | **5.40** | | **$1,500.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   335904      CLIENT   GMAC ResCap                    Page      2
                         MATTER   Brown, Larry (Nguyen)

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.20 | $345.60 |
| L190 | Other Case Assessment | 1.20 | $298.35 |
| L210 | Pleadings | 3.00 | $856.80 |
| | **TOTAL** | **5.40** | **$1,500.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.50 | 130.50 | $65.25 |
| Sullivan, Mary Kate | MKS | Member | 0.40 | 270.00 | $108.00 |
| Saelao, Rebecca | RSS | Special Counsel | 3.80 | 288.00 | $1,094.40 |
| Hankins, Suzanne | SMH | Member | 0.70 | 333.00 | $233.10 |
| | **Total** | | **5.40** | | **$1,500.75** |

|  |  |
|---|---|
| FEES | $1,500.75 |
| **TOTAL THIS INVOICE** | **$1,500.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335905     JBS                                          December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1441      Brown, Eric J.
                     GMAC Matter No.: 734639

**TOTAL AMOUNT DUE**          **$1,140.30**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335905     JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1441     Brown, Eric J.
                          GMAC Matter No.: 734639

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 11/26/12 | Review and evaluate new complaint and client email re same, draft email to C. DiCicco re status and assignment. | L190 | 0.60 | 333.00 | 199.80 |
| SMH | 11/27/12 | Attention to impact of stay, recordation of order on stay relief. | L190 | 0.20 | 333.00 | 66.60 |
| LJT | 11/27/12 | Research title records re current status of title and to ascertain recording of in rem order granting motion for relief from stay and draft e-mail re same. | L110 | 0.30 | 130.50 | 39.15 |
| YS | 11/27/12 | Review and analysis of plaintiff's complaint and supporting documents to determine status of the case, related bankruptcy filings, title history, and determine client's available legal remedies and defenses to the complaint | L120 | 2.50 | 238.50 | 596.25 |
| YS | 11/28/12 | Draft correspondence to client regarding the declaration of non-monetary status in response to plaintiffs' complaint | L190 | 0.30 | 238.50 | 71.55 |
| YS | 11/28/12 | Draft client's declaration of non-monetary status in response to plaintiffs' complaint | L210 | 0.70 | 238.50 | 166.95 |
| | | **TOTAL** | | **4.60** | | **$1,140.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335905 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Brown, Eric J. | | |

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.30 | $39.15 | | | |
| L120 | Analysis/Strategy | 2.50 | $596.25 | | | |
| L190 | Other Case Assessment | 1.10 | $337.95 | | | |
| L210 | Pleadings | 0.70 | $166.95 | | | |
| | TOTAL | 4.60 | $1,140.30 | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tarwater, Linda | LJT | Paralegal | 0.30 | 130.50 | $39.15 |
| Hankins, Suzanne | SMH | Member | 0.80 | 333.00 | $266.40 |
| Shaham, Yaron | YS | Special Counsel | 3.50 | 238.50 | $834.75 |
| | Total | | 4.60 | | $1,140.30 |

|  |  | FEES | $1,140.30 |
|---|---|---|---|
| | TOTAL THIS INVOICE | | $1,140.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        335906        JBS                                   December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1442 | Rodriguez, Norma E. |
| | | GMAC Matter No.: 734751 |

**TOTAL AMOUNT DUE**              **$1,071.45**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335906      JBS                                          December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  1442      Rodriguez, Norma E.
                             GMAC Matter No.: 734751

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 11/27/12 | New File Including Sending Confirmation to Client re Receipt and Contact Attorney Assignment; Review Initial Correspondence and Pleadings, Court Docket for Additional Pleadings and Calendar Dates; Draft New Matter Form and Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| RJG | 11/27/12 | Analysis and evaluation of preliminary case investigation and temporary restraining order issues and attention to litigation strategy. | L120 | 0.60 | 274.50 | 164.70 |
| RJG | 11/27/12 | Correspondence with our client to advise regarding preliminary case investigation and temporary restraining order issues. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 11/27/12 | Review and analysis of plaintiff's complaint and supporting documents to determine status of the case, related pleadings, title history, and determine client's available legal remedies and defenses to the complaint | L120 | 2.10 | 238.50 | 500.85 |
| YS | 11/29/12 | Review and analysis of the Court's order denying plaintiff's request for a temporary restraining order and setting an order to show cause regarding lack of subject matter jurisdiction in this case | L120 | 0.20 | 238.50 | 47.70 |
| JBS | 11/30/12 | Analysis and evaluation of email from client and bankruptcy filing implications | L120 | 0.30 | 427.50 | 128.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| Invoice No. | 335906 | CLIENT | GMAC ResCap | | | | |
| | | MATTER | Rodriguez, Norma E. | | | | |

| YS | 11/30/12 | Draft correspondence to client regarding status of the case, the pending motion to dismiss in response to plaintiff's complaint, and the Court's denial of plaintiff's request for a temporary restraining order | L190 | 0.40 | 238.50 | 95.40 |
|---|---|---|---|---|---|---|
| | | **TOTAL** | | **4.30** | | **$1,071.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.50 | $923.85 |
| L190 | Other Case Assessment | 0.80 | $147.60 |
| | **TOTAL** | **4.30** | **$1,071.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Gandy, Robert | RJG | Special Counsel | 0.90 | 274.50 | $247.05 |
| Shaham, Yaron | YS | Special Counsel | 2.70 | 238.50 | $643.95 |
| | **Total** | | **4.30** | | **$1,071.45** |

| | | FEES | $1,071.45 |
|---|---|---|---|
| | | **TOTAL THIS INVOICE** | **$1,071.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335907    JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1444    Brown, Robert
GMAC Matter No.: 734723

**TOTAL AMOUNT DUE**    **$2,574.90**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335907    JBS                                      December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1444    Brown, Robert
GMAC Matter No.: 734723

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| BJK | 11/26/12 | Reviewed complaint and docket of adversary proceeding | L120 | 0.40 | 234.00 | 93.60 |
| RMI | 11/27/12 | Conference with B.Kornberg re case history and coverage of status conference. Review and analyze Debtor's adversary complaint. Review and analyze debtor's chapter 7 filing and trustee's report. | L120 | 0.60 | 247.50 | 148.50 |
| RMI | 11/27/12 | Research standing and judicial estoppel defense to debtor's improper adversary filing in preparation for court mandated conference. Research debtor's chapter 7 bankruptcy filing in preparation for court mandated conference. Prepare outline of argument and case history in preparation for court mandated conference. | L230 | 0.90 | 247.50 | 222.75 |
| CHR | 11/28/12 | Opening of New Matter including Sending Confirmation to Client re Receipt and Contact Attorney Assignment; Review Initial Correspondence and Pleadings, Court Docket for Additional Pleadings and Calendar Dates; Draft New Matter Form and Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| RMI | 11/28/12 | Appear for and attend bankruptcy adversary action status conference. | L450 | 4.60 | 247.50 | 1,138.50 |
| RMI | 11/28/12 | Prepare status report and status conference update for client. Conference with debtor's counsel re | L230 | 0.50 | 247.50 | 123.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335907 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Brown, Robert | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | service of adversary complaint. | | | | | |
| BJK | 11/29/12 | Drafted motion to dismiss adversary proceeding | L240 | | 2.30 | 234.00 | 538.20 |
| BJK | 11/30/12 | Drafted motion to dismiss adversary proceeding | L240 | | 1.10 | 234.00 | 257.40 |
| | | **TOTAL** | | | **10.80** | | **$2,574.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.00 | $242.10 |
| L190 | Other Case Assessment | 0.40 | $52.20 |
| L230 | Court Mandated Conferences | 1.40 | $346.50 |
| L240 | Dispositive Motions | 3.40 | $795.60 |
| L450 | Trial and Hearing Attendance | 4.60 | $1,138.50 |
| | **TOTAL** | **10.80** | **$2,574.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kornberg, Bernard | BJK | Associate | 3.80 | 234.00 | $889.20 |
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Ito, Ryan | RMI | Associate | 6.60 | 247.50 | $1,633.50 |
| | **Total** | | **10.80** | | **$2,574.90** |

| | | | |
|---|---|---|---|
| | | FEES | $2,574.90 |
| | | **TOTAL THIS INVOICE** | **$2,574.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335909    JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1120 | Manuel, Aubrey |
| | | GMAC Matter No.: 721026 |

**TOTAL AMOUNT DUE**         $408.15

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335909    JBS                              December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1120    Manuel, Aubrey
GMAC Matter No.: 721026

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| KPL | 11/01/12 | Review court dockets for case status update. | L190 | 0.20 | 76.50 | 15.30 |
| MEH | 11/02/12 | Strategize re: timing of bankruptcy stay notice in relation to preparation of appellate record. | L510 | 0.40 | 261.00 | 104.40 |
| MEH | 11/02/12 | Finalize notice of bankruptcy stay for filing with appellate court. | L510 | 0.40 | 261.00 | 104.40 |
| MEH | 11/05/12 | Draft client status update re: appeal. | L120 | 0.30 | 261.00 | 78.30 |
| KPL | 11/08/12 | Review court docket and update case status. | L190 | 0.20 | 76.50 | 15.30 |
| MEH | 11/08/12 | Check docket for order responding to notice of bankruptcy stay and strategize re: necessity of payment of fees for clerk's transcript. | L120 | 0.20 | 261.00 | 52.20 |
| KPL | 11/16/12 | Locate and review trial and appeals court dockets for any new case status updates. | L190 | 0.20 | 76.50 | 15.30 |
| KPL | 11/21/12 | Locate and review docket for case status update. | L190 | 0.20 | 76.50 | 15.30 |
| KPL | 11/25/12 | Review court docket for case status update. | L190 | 0.10 | 76.50 | 7.65 |
| | | **TOTAL** | | **2.20** | | **$408.15** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&*Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 335909 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER | Manuel, Aubrey | | | |

| | | | | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | | 0.50 | $130.50 | |
| L190 | Other Case Assessment | | 0.90 | $68.85 | |
| L510 | Appellate Motions & Submission | | 0.80 | $208.80 | |
| | **TOTAL** | | **2.20** | **$408.15** | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Lee, Kristina | KPL | Legal Assistant | 0.90 | 76.50 | $68.85 |
| Holt, M. Elizabeth | MEH | Associate | 1.30 | 261.00 | $339.30 |
| | **Total** | | **2.20** | | **$408.15** |

PRIOR FEES                    $17,692.43
PRIOR COSTS & EXPENSES        $2,939.13

FEES                    $408.15
**TOTAL THIS INVOICE**        **$408.15**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335910    JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1233 | Uddin, Mohammed and Rebeka |
| | | GMAC Matter No.: 726554 |

**TOTAL AMOUNT DUE**          $1,031.25

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335910    JBS                           December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1233    Uddin, Mohammed and Rebeka
                        GMAC Matter No.: 726554

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 11/01/12 | Review and analysis of plaintiffs respective bankruptcy filings to determine the affect on the ongoing litigation | L120 | 0.40 | 238.50 | 95.40 |
| YS | 11/02/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 11/08/12 | Telephone conference with Martha at Sound Equity regarding proper amount of monies to be refunded to them per the rescinded foreclosure sale | L190 | 0.20 | 238.50 | 47.70 |
| YS | 11/08/12 | Draft correspondence to client regarding proper amount of monies to be refunded to Sound Equity per the rescinded foreclosure sale | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 11/08/12 | Drafted Notice of Change of Venue of Demurrer to Plaintiffs' Complaint. | L210 | 0.40 | 238.50 | 95.40 |
| YS | 11/09/12 | Draft correspondence to Martha with Sound Equity regarding to whom the stale check should be sent back to | L190 | 0.20 | 238.50 | 47.70 |
| YS | 11/13/12 | Draft correspondence to Martha at Sound Equity regarding when remaining amounts of monies will be paid in light of rescinded foreclosure sale | L190 | 0.30 | 238.50 | 71.55 |
| YS | 11/15/12 | Draft correspondence to Martha at Sound Equity regarding return of purchased funds in light of rescinded foreclosure sale | L190 | 0.20 | 238.50 | 47.70 |
| YS | 11/19/12 | Draft and prepare case management statement in light of pending case management conference hearing | L210 | 0.40 | 238.50 | 95.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.  335910 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Uddin, Mohammed & Rebeka | | |

| | | | |
|---|---|---|---|
| **TOTAL** | | 2.50 | $596.25 |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/07/12 | First Legal Network, LLC;Court and Filing Fees ; LA County Court- Unlimited. Advance ck.#435.00 9/25/12 | 435.00 |
| | **TOTAL COSTS & EXPENSES** | **$435.00** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $95.40 |
| L190 | Other Case Assessment | 1.30 | $310.05 |
| L210 | Pleadings | 0.80 | $190.80 |
| | **TOTAL** | **2.50** | **$596.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.40 | 238.50 | $95.40 |
| Shaham, Yaron | YS | Special Counsel | 2.10 | 238.50 | $500.85 |
| | | **Total** | **2.50** | | **$596.25** |

| | |
|---|---|
| PRIOR FEES | $17,861.85 |
| PRIOR COSTS & EXPENSES | $1,917.52 |

| | |
|---|---|
| FEES | $596.25 |
| COSTS & EXPENSES | $435.00 |
| **TOTAL THIS INVOICE** | **$1,031.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# First Legal Network LLC

# INVOICE

P.O. BOX 844250 LOS ANGELES, CA 90084-4250

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 369867 | 23103 |
| Invoice Date | Total Due |
| 10/15/12 | 4,567.25 |

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 369867 | 10/15/12 | 4,567.25 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/25/12 ADDITIONAL BILLING | 9521940 | BIL | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Farida Baig FILE/CONFORM/RETURN Signed: FILED/PDF | LA County Court-Unlimited 111 N Hill St LOS ANGELES CA 90012 Comment: * NO BASE CHARGE * Case Title: Uddin v. Aslan PDF CC Ref: 19000-1233 | Adv/Wit CK: 435.00 | 435.00 |
| 9/27/12 RESEARCH-BRANCH SAME DAY | 9517852 | BAR | LASC-NORWALK 12720 NORWALK BOULEVARD NORWALK CA 90650 Caller: Terri Keller Case No.: VC061645 OBTAIN A COPY OF THE Signed: completed/pdf | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Case Title: CYNTHIA VENEGAS V AU 8/31/12 DEPT'S MTC Ref: 11951.0067 | Base Chg : 98.75 Research : 20.10 Adv/Wit CK: 39.00 | 157.85 |
| 10/01/12 FILING-BRANCH FAX/PDF | 9518722 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Liz C. Roberts Wait: 20 Min Case No.: SDSC-37-2012-0005606 Please advance First Signed: filed | SDSC-VISTA 325 SOUTH MELROSE DRIVE VISTA CA 92083 Case Title: Martin, Jeff & Judy Appearance Fees if Ref: 70000.0971 | Base Chg : 106.50 PDF Chg : 48.00 Adv/Wit CK: 435.00 | 589.50 |
| 9518844 | FAX | | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Tanya Nguyen Wait: 15 Min Case No.: BC489796 PLEASE FILE THE ATTA Signed: FILED/PDF | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES CA 90012 Case Title: Nerja Investments v. CHED ANSWER TODAY AN Ref: 70000.0916 | Base Chg : 29.75 Adv/Wit CK: 435.00 | 464.75 |
| 9519869 | BAR | BRANCH SAME DAY | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES CA 90012 Caller: VICTORIA Case No.: 12k07456 OBTAIN A COPY OF THE Signed: COPIED | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Case Title: KIM V-WELLS FARGO BA FILED/SIGNED REQUEST Ref: 07685.1125 | Base Chg : 62.25 Research : 16.75 Adv/Wit CK: 1.00 | 80.00 |
| 10/03/12 FILING-ASAP VEHICLE | 9519932 | ASF RET | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Stephanie Crisp Wait: 30 Min Case No.: VC060772 Please have the Judg Signed: ror recorder/c | LA County Recorder 12400 East Imperial Hwy NORWALK CA 90650 Case Title: Pfeffer v. Loan Corr ment of Dismissal re Ref: 11989-0041 | Base Chg : 67.00 Adv/Wit CK: 30.00 | 97.00 |

11989.0041 OK

Continued

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335939    JBS

December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1326    Rabbitt, Mark and Maria Teresa
GMAC Matter No.: 730109

**TOTAL AMOUNT DUE**        **$400.75**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        335939        JBS                                     December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1326    Rabbitt, Mark and Maria Teresa
GMAC Matter No.: 730109

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 11/02/12 | Follow up re: need for, preparation, approval and filing of Notice or Revised Notice of Bankruptcy Stay. | L120 | 0.20 | 270.00 | 54.00 |
| YS | 11/02/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 11/06/12 | Review and analysis of plaintiffs' settlement offer and determine how to respond | L160 | 0.20 | 238.50 | 47.70 |
| YS | 11/06/12 | Draft correspondence to client regarding plaintiffs' settlement offer and recommendation of how to respond | L160 | 0.40 | 238.50 | 95.40 |
| YS | 11/08/12 | Draft client's response to plaintiffs' settlement offer | L160 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **1.20** | | **$292.50** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| | 11/07/12 | First Legal Network, LLC; Court Services; SDSC- Vista 10/9/12. Advance ck. $60.00 | 108.25 |
| | **TOTAL COSTS & EXPENSES** | | **$108.25** |

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 0.20 | $54.00 |
| L160    Settlement/Non-Binding ADR | 0.90 | $214.65 |
| L190    Other Case Assessment | 0.10 | $23.85 |
| **TOTAL** | **1.20** | **$292.50** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  335939 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Rabbitt, Mark & Maria Teresa | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Shaham, Yaron | YS | Special Counsel | 1.00 | 238.50 | $238.50 |
| | **Total** | | **1.20** | | **$292.50** |

| | |
|---|---|
| PRIOR FEES | $4,810.95 |
| PRIOR COSTS & EXPENSES | $679.57 |

| | |
|---|---|
| FEES | $292.50 |
| COSTS & EXPENSES | $108.25 |
| **TOTAL THIS INVOICE** | **$400.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# First Legal Network LLC

## INVOICE

P.O. BOX 844250 LOS ANGELES, CA 90084—4250

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 369867 | 23103 |
| Invoice Date | Total Due |
| 10/15/12 | 4,567.25 |

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 369867 | 10/15/12 | 4,567.25 | 2 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 10/03/12 | 9519964 | FFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Farida Baig Case No.: INC1206057 Please file and conf Signed: FILED/EMAILED/ROR | RCSC-INDIO 46-200 OASIS STREET INDIO CA 92201 Case Title: Gengler v. Nationsta orm - return a conf0 Ref: 11951-0079 | Base Chg : 95.00 | 95.00 |
| | | | FILING-FORWARD FAX/PDF | | | |
| 10/03/12 | 9520002 | BNR | SEVERSON & WERSON 325 SOUTH MELROSE DRIVE VISTA CA 92083 Caller: Terri Keller Case No.: 37-2012-00053429 Signed: COPIED/PDF | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Case Title: DRASKOVIC V THE BANK Ref: DESKOVIC V BANK OF AMER | Base Chg : 117.00 Research : 10.05 Adv/Wit CK: 2.00 | 129.05 |
| | | | RESEARCH-BRANCH NEXT DAY | | | |
| 10/05/12 | 9521143 | REF RET | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Stephanie Crisp Wait: 20 Min Case No.: BC483986 Please file and conf Signed: filed | Los Angeles County Superior Court 111 North Hill street LOS ANGELES CA 90012 Case Title: Trujillo v. Bank of orm the Demurrer to Ref: 11293.0154 | Base Chg : 60.50 Adv/Wit CK: 120.00 | 180.50 |
| | | | FILING-REGULAR VEHICLE | | | |
| 10/05/12 | 9521190 | BSM | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: VICTORIA Case No.: BC 479166 drop service for Signed: front door | ALEJANDRO ALERS JR., ESQ 611 NORTH PARK AVENUE INGLEWOOD CA 90302 Case Title: ALERS V BOA today! Ref: ALERS SR V BOA | Base Chg : 130.50 | 130.50 |
| | | | DELIVERY-BRANCH SAME DAY | | | |
| 10/09/12 | 9521868 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Lorraine Johnson Wait: 20 Min Case No.: CIVDS1106135 FILE/CONFORM/RETURN Signed: filed | SBSC-SAN BERNARDINO 303 W 3RD ST. SAN BERNARDINO CA 92415 Case Title: VALENZUELA V NEW CEN Ref: 19000.0933 | Base Chg : 29.75 | 29.75 |
| | | | FILING-BRANCH FAX/PDF | | | |
| 10/09/12 | 9521920 | BFL | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Stephanie Crisp Case No.: 37-2012-00054702 CU Please file and conf Signed: FILED | SDSC-VISTA 325 SOUTH MELROSE DRIVE VISTA CA 92083 Case Title: Rabbitt v. GMAC orm the Notice of De Ref: 19000.1326 | Base Chg : 48.25 Adv/Wit CK: 60.00 | 108.25 |
| | | | FILING-BRANCH NEXT DAY | | | |
| | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       335940       JBS                                    December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1327       Ganci, Ashley
                       GMAC Matter No.: 730090

**TOTAL AMOUNT DUE**            $418.50

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335940      JBS                                    December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 1327      Ganci, Ashley
                            GMAC Matter No.: 730090

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 11/02/12 | Follow up re: preparation, approval and filing of Notice of Bankruptcy Stay. | L210 | 0.20 | 270.00 | 54.00 |
| YS | 11/02/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 11/06/12 | Draft correspondence to client regarding status of the case, outcome on the demurrer hearing, and imposition of the automatic stay on the case | L190 | 0.30 | 238.50 | 71.55 |
| YS | 11/13/12 | Review and analysis of additional documents and information produced by plaintiff in an effort to obtain a loan modification | L120 | 0.20 | 238.50 | 47.70 |
| YS | 11/13/12 | Draft correspondence to client regarding plaintiff's submission of additional documents and information in an attempt to obtain a loan modification | L190 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **1.10** | | **$268.65** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/01/12 | One Legal, Inc.; Transmittal of filing to court; Demurrer to First Amended Complaint, Proposed Order to Demurrer 09/25/12 | 49.95 |
| 11/02/12 | CourtCall, LLC; CourtCall - Conference Service; 10/25/12 | 99.90 |

**TOTAL COSTS & EXPENSES**          **$149.85**

## BILLING SUMMARY
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335940 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Ganci, Ashley | | | |

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $47.70 |
| L190 | Other Case Assessment | 0.70 | $166.95 |
| L210 | Pleadings | 0.20 | $54.00 |
| | **TOTAL** | **1.10** | **$268.65** |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | | Member | 0.20 | 270.00 | $54.00 |
| Shaham, Yaron | YS | | Special Counsel | 0.90 | 238.50 | $214.65 |
| | **Total** | | | **1.10** | | **$268.65** |

| | |
|---|---|
| PRIOR FEES | $4,610.25 |
| PRIOR COSTS & EXPENSES | $49.95 |

| | |
|---|---|
| FEES | $268.65 |
| COSTS & EXPENSES | $149.85 |
| **TOTAL THIS INVOICE** | **$418.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       335941       JBS                                    December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1363       Acosta, Daniel and Maritza
                       GMAC Matter: 731645

**TOTAL AMOUNT DUE**            **$2,286.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335941    JBS                                    December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1363    Acosta, Daniel and Maritza
                        GMAC Matter: 731645

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JD | 11/05/12 | Research re: status of opposition to demurrer. | L210 | 0.30 | 238.50 | 71.55 |
| RJG | 11/15/12 | Analysis and evaluation of demurrer and pending case issues and attention to demurrer hearing argument strategy. | L250 | 0.30 | 274.50 | 82.35 |
| BAE | 11/16/12 | Attend demurrer hearing in Superior Court [Personal appearance required]. | L240 | 4.90 | 247.50 | 1,212.75 |
| | | **TOTAL** | | **5.50** | | **$1,366.65** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 11/12/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Demurrer and Demurrer to Plaintiff's Complaint, Request...including Court Filing Fee $870 09/28/12 | 919.95 |

**TOTAL COSTS & EXPENSES**                          **$919.95**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L210 | Pleadings | 0.30 | $71.55 |
| L240 | Dispositive Motions | 4.90 | $1,212.75 |
| L250 | Other Written Motions | 0.30 | $82.35 |
| | **TOTAL** | **5.50** | **$1,366.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 4.90 | 247.50 | $1,212.75 |
| Dykstra, Jonathan | JD | Associate | 0.30 | 238.50 | $71.55 |
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   335941 | CLIENT   GMAC ResCap | | Page | 2 |
| MATTER   Acosta, Daniel & Maritza | | | |

|  | **Total** | 5.50 | **$1,366.65** |
| --- | --- | --- | --- |

PRIOR FEES                          $3,870.00
PRIOR COSTS & EXPENSES      $68.89

|  | FEES | $1,366.65 |
| --- | --- | --- |
|  | COSTS & EXPENSES | $919.95 |
|  | **TOTAL THIS INVOICE** | **$2,286.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



**REMIT PAYMENT TO:**

**One Legal  LLC**
504 Redwood Blvd., Suite 223
Novato CA   94947
(800) 938-8815

SEVERSON & WERSON
ATTN: Accounting  Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco CA   94111

| | |
|---|---|
| **Cust. No.:** | 0000562 |
| **Invoice No.:** | 2098081 |
| **Inv. Date:** | 9/28/2012 |
| **Due Date:** | 10/13/2012 |
| **Total:** | $919.95 |
| **Terms:** | Net 15 |

## INVOICE No.
2098081

| | |
|---|---|
| Date: | 9/28/2012 |
| Cust No. | 0000562 |

Law Firm Contact : Jonathan D Dykstra

Client File No. : 19000.1363

Case Short Title: Daniel and Maritza Acosta V. GMAC Mortgage, LLC

Documents: Notice of Demurrer and Demurrer to Plaintiff's Complaint, Reques

One Legal Branch: SAN DIEGO

Court: Superior Court of California, San Diego County

Description:

```
PLEASE NOTE
NEW ADDRESS
ABOVE
```

| | |
|---|---|
| **COURT FILING SERVICE FEE** | $49.95 |
| **COURT FILING FEE** | $870.00 |



FROM ACCOUNTING
Please provide the following:
☐ Client/Match # 19000-1363
☐ Firm - G/L #
Authorization



| Due Date | 10/13/2012 | Total This Invoice | $919.95 |
|---|---|---|---|

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335943    JBS                              December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1386    Wesbrook, Frank and Tabitha
GMAC Matter No.: 732923

**TOTAL AMOUNT DUE**              **$279.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        335943        JBS                                      December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter       19000 1386        Wesbrook, Frank and Tabitha
GMAC Matter No.: 732923

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        11/30/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| DL | 11/02/12 | Prepare case update on chart for client.  L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/16/12 | Analyze court docket re setting of status L190 conference. | 0.10 | 288.00 | 28.80 |
| DL | 11/27/12 | Analyze order staying action against        L190 GMAC and ETS Services. | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | **0.40** | | **$115.20** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 10/23/12 | First Legal Network, LLC; Court Services; Kern County Court 9/19/12 | | 164.00 |
| | **TOTAL COSTS & EXPENSES** | **$164.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L190 | Other Case Assessment | 0.40 | $115.20 |
| | **TOTAL** | **0.40** | **$115.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.40 | 288.00 | $115.20 |
| | **Total** | | **0.40** | | **$115.20** |

PRIOR FEES                                    $1,386.45
PRIOR COSTS & EXPENSES              $148.34

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335943 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Wesbrook, Frank & Tabitha | | |

| | |
|---|---|
| FEES | $115.20 |
| COSTS & EXPENSES | $164.00 |
| **TOTAL THIS INVOICE** | **$279.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 271104 | 82035 |
| Invoice Date | Total Due |
| 9/30/12 | 37,282.21 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

...LES, CA 90084-4250

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 271104 | 9/30/12 | 37,282.21 | 10 |

## Service Detail

| Date | Ordr No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/19/12 | 6838136 | FSR | Kern County Court 1415 Truxtun Ave BAKERSFIELD   CA 93301 Caller: Clair Romell Case No.: 277466 Please obtain a copy Signed: obtained | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Case Title: Westbrook v. of the complaint N Ref: 19000.1386 | Base Chg : 145.00 Adv/Wit Ck: 19.00 | 164.00 |
| RESEARCH-FORWARD SAME DAY | | | | | | |
| 9/19/12 | 6838166 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Imelda Hernandez Case No.: CV174201 Please file the atta Signed: FILED | Santa Cruz County Court 701 Ocean St SANTA CRUZ   CA 95060 Case Title: Cox v. Recontrust, e ched with the Court Ref: 70000.0811 | Base Chg : 57.50 PDF/OvrNte: 56.25 Adv/Wit Ck: 60.00 | 173.75 |
| FILING-FORWARD FAX/PDF | | | | | | |
| 9/19/12 | 6838180 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Verdia Nash Case No.: 34-2012-00128426 FILE/CONFORM/RETURN Signed: Filed/Del CC | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO   CA 95814 Case Title: Coble v. Wells Fargo ADVANCE FEES Ref: 55000.0419 | Base Chg : 29.75 PDF/OvrNte: 24.75 Adv/Wit Ck: 435.00 | 489.50 |
| FILING-FAX/PDF | | | | | | |
| 9/19/12 | 6838219 | ARS | SONOMA COUNTY SUPERIOR COURT 600 ADMINSTRATION DRIVE SANTA ROSA   CA 95403-2818 Caller: Len Shaffer Case No.: SCV 249375 Obtain today Signed: Obtained | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Case Title: Bernal v. WFB Ref: 07685.0946 | Base Chg : 125.00 Adv/Wit Ck: 2.00 | 127.00 |
| RESEARCH-ASAP | | | | 07685.0946 | | |
| 9/19/12 | 6838247 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Theresa V. Henry Case No.: CU11 00119 FILE/CONFORM/RETURN Signed: received/cc | SAN BENITO COUNTY SUPERIOR COURT 440 5TH STREET HOLLISTER   CA 95023-3892 Case Title: CALI V WILSON COURTESY COPY TO JDG Ref: 11989.0030 | Base Chg : 90.75 PDF/OvrNte: 2.25 | 93.00 |
| FILING-FORWARD FAX/PDF | | | | | | |
| 9/19/12 | 6838248 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Chilly Kada Case No.: 34-2012-00116773 FILE/CONFORM/RETURN Signed: Filed | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO   CA 95814 Case Title: Mountjoy v. BofA Hom COURTESY COPY TO SDG Ref: 70000.0531 | Base Chg : 29.75 | 29.75 |
| FILING-FAX/PDF | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        335944        JBS                                    December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1389      Freer, Brian
                     GMAC Matter No.: 732812

**TOTAL AMOUNT DUE**              **$587.75**

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335944    JBS                                    December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1389    Freer, Brian
GMAC Matter No.: 732812

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JHT | 11/02/12 | Updated GMACM spreadsheet with recent case developments and pertinent future hearings and litigation strategy. | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 11/26/12 | Receipt and review of Plaintiff's Objection to Northwest Trustee's Filing of Declaration of Non-Monetary Status. | L210 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **0.50** | | **$119.25** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 11/20/12 | First Legal Network, LLC; Court Services; SDSC- San Diego 10/19/12 | 16.75 |
| 11/20/12 | First Legal Network, LLC; Court Services; SDSC- San Diego 10/23/12. Advance ck. $435.00 | 451.75 |
| **TOTAL COSTS & EXPENSES** | | **$468.50** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.30 | $71.55 |
| L210 | Pleadings | 0.20 | $47.70 |
| | **TOTAL** | **0.50** | **$119.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.50 | 238.50 | $119.25 |
| | **Total** | | **0.50** | | **$119.25** |

PRIOR FEES                    $2,690.10
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  335944 | CLIENT   GMAC ResCap | Page | 2 |
|---|---|---|---|
| | MATTER   Freer, Brian | | |

---

PRIOR COSTS & EXPENSES                                $98.59

|  |  |
|---|---|
| FEES | $119.25 |
| COSTS & EXPENSES | $468.50 |
| **TOTAL THIS INVOICE** | **$587.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**...al Network** LLC

...X 844250 LOS ANGELES, CA 90084—4250

... 27-3093840

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 370326 | 23103 |
| Invoice Date | Total Due |
| 10/31/12 | 5,932.30 |

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 370326 | 10/31/12 | 5,932.30 | 3 |

| Date | Ordr No. | Svc | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 10/19/12 FILING-BRANCH NEXT DAY | 9526698 | BFL | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Stephanie Crisp Case No.: 37-2012-00140336 Please file and conf Signed: LODGED | SDSC-SAN DIEGO 330 WEST BROADWAY SAN DIEGO CA 92101 Case Title: Freer v. GMAC orm, return the conf Ref: 19000.1389 | Base Chg : | 16.75 | 16.75 |
| 10/19/12 FILING-FAX/PDF | 9526864 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Ryan Brooks    Wait: 25 Min Case No.: BC472487 Please file and conf Signed: filed/pdf | LA County Court-Unlimited 111 N Hill St LOS ANGELES CA 90012 Case Title: Alfaro v. American M orm. Thank you! Ref: 19000-1121 | Base Chg : PDF Chg : | 29.75 7.50 | 37.25 |
| 10/22/12 RESEARCH-SAME DAY | 9527211 | SRS | RECORDER-SANTA ANA 630 BROADWAY SANTA ANA CA 92701 Caller: Kimberly Brown Case No.: 30-2011-00469455 Please obtain certif Signed: OBTAIN/ROR | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Case Title: Howerton v. Golden E ied copies of the at Ref: 70000.0110 | Base Chg : Adv/Wit CK: | 34.75 42.00 | 76.75 |
| 10/22/12 FILING-BRANCH FAX/PDF | 9527390 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Lorraine Johnson Wait: 15 Min Case No.: 37 2012 00077678 FILE/CONFORM/RETURN Signed: FILED/PDF | SDSC-CHULA VISTA 500 THIRD AVENUE CHULA VISTA CA 91910 Case Title: CESENA/RUBLVABA V BA Ref: 70001.0136 | Base Chg : Adv/Wit CK: | 97.50 435.00 | 532.50 |
| 10/23/12 FILING-BRANCH NEXT DAY | 9527759 | BFL | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Stephanie Crisp Case No.: 37-2012-00104336 Please file and conf Signed: filed | SDSC-SAN DIEGO 330 WEST BROADWAY SAN DIEGO CA 92101 Case Title: Freer v. GMAC orm and return confo Ref: 19000.1389 | Base Chg : Adv/Wit CK: | 16.75 435.00 | 451.75 |
| 10/23/12 FILING-BRANCH FAX/PDF | 9527904 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Liz C. Roberts   Wait: 15 Min Case No.: 37-2012-00078335 Please advance First Signed: filed/pdf | SDSC-CHULA VISTA 500 THIRD AVENUE CHULA VISTA CA 91910 Case Title: Garcia, Acacio Appearance fees if Ref: 70001.0141 (GARCIA) | Base Chg : Adv/Wit CK: | 62.50 435.00 | 497.50 |

Continued

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       335945       JBS                                          December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1391       Winick, Daniel S. and Claire
                       GMAC Matter No.: 705967

**TOTAL AMOUNT DUE**            **$1,346.65**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement