DUANE M. GECK (State Bar No. 114823)
dmg@severson.com
DONALD H. CRAM (State Bar No. 160004)
dhc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Retained Professionals

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**SEVERSON & WERSON, P.C.'S MONTHLY STATEMENT**
**FOR COMPENSATION AND EXPENSE REIMBURSEMENT**
**FOR THE TIME PERIOD DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012**

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered July 17, 2012 ("Order"), Retained Professional, Severson & Werson, P.C., submits this monthly statement for compensation and expense reimbursement for the time period December 1, 2012 through December 31, 2012 ("Monthly Statement"), respectfully showing as follows:

1.  During the Monthly Statement period, individuals from Severson & Werson, P.C. performed services on behalf of one or more of the Debtor entities with respect to 186 different litigation matters in California concerning mortgage loans held by and/or serviced by one or more of the Debtor entities. The total compensation sought for the Monthly Statement period is $259,867.25 and the total expense reimbursement sought for the Monthly Statement period is $35,291.77.

2.  A list of individuals who provided services during the Monthly Statement period, their respective titles, billing rates and aggregate hours spent by each individual during the

Monthly Statement period is attached hereto as **Exhibit A**.

3.  A detailed breakdown of disbursements incurred and contemporaneously maintained time entries for the services performed by individuals from Severson & Werson, P.C. for each respective matter during the Monthly Statement period are itemized in the corresponding invoices attached hereto as **Exhibit B**.

4.  Pursuant to the Court's Order, the deadline within which to serve a Notice of Objection to Fee Statement is 20 days after receipt of this Monthly Statement.

DATED: January 31, 2013        SEVERSON & WERSON
                               A Professional Corporation

                               By: _____
                                        Donald H. Cram

                               Retained Professionals

# Exhibit A

12/1/2012 - 12/31/2012

| | | Title | Billed Amount | Billed Hours | Billed Rate |
|---|---|---|---|---|---|
| AAG | Givental, Alisa | Associate | $15,097.05 | 63.30 | $238.50 |
| AAW | Wood, Andrew | Associate | $675.00 | 3.00 | $225.00 |
| ABK | Kenney, Austin | Associate | $297.00 | 1.20 | $247.50 |
| ACS | Sears, Alex | Associate | $18,921.60 | 65.70 | $288.00 |
| ALS | Strayer, Ann | Associate/Special Counsel | $672.75 | 2.30 | $292.50 |
| ANB | Barasch, Adam | Associate/Special Counsel | $12,051.00 | 41.20 | $292.50 |
| ASL | Laing, Andrew | Paralegal | $45.00 | 0.30 | $150.00 |
| BAE | Eilenberg, Benjamin A. | Associate | $1,782.00 | 7.20 | $247.50 |
| BJK | Kornberg, Bernard | Associate | $4,141.80 | 17.70 | $234.00 |
| BSW | Whittemore, Brian | Associate | $1,539.90 | 5.80 | $265.50 |
| CHR | Rommell, Clair | Paralegal | $574.20 | 24.50 | $23.44 |
| CJM | McTigue, Casey | Associate | $119.25 | 0.50 | $238.50 |
| DB | Berkley, David Allan | Associate | $795.15 | 3.10 | $256.50 |
| DHC | Cram, Donald | Member | $4,320.00 | 12.80 | $337.50 |
| DJQ | Querio, Donald | Member | $305.55 | 0.70 | $436.50 |
| DJR | Reed, David J. | Associate/Special Counsel | $173.25 | 0.70 | $247.50 |
| DL | Liu, David | Associate | $28,368.00 | 98.50 | $288.00 |
| DMG | Geck, Duane | Member | $2,715.75 | 7.10 | $382.50 |
| DPB | Babcock, Daska | Associate/Special Counsel | $10,339.20 | 35.90 | $288.00 |
| EK | Kemp, Erik | Associate | $1,592.10 | 5.80 | $274.50 |
| EMR | Roman, Eleanor | Associate/Special Counsel | $1,468.80 | 4.80 | $306.00 |
| ERB | Buell, Edward | Associate | $5,607.90 | 20.10 | $279.00 |
| EXM | Manukyan, Evelina | Associate | $2,287.80 | 8.20 | $279.00 |
| GSW | Webb, Gilla | Paralegal | $221.85 | 1.70 | $130.50 |
| GWJ | Walser-Jolly, Genevieve | Associate | $2,114.10 | 8.10 | $261.00 |
| HRJ | Jones, Harold R. | Associate | $1,285.20 | 4.20 | $306.00 |
| JBS | Sullivan, John | Member | $3,120.75 | 7.30 | $427.50 |
| JCP | Spann, Joel | Paralegal | $78.30 | 0.60 | $130.50 |
| JD | Dykstra, Jonathan | Associate | $1,597.95 | 6.70 | $238.50 |
| JDI | Ives, Jon | Associate | $1,004.40 | 3.60 | $279.00 |
| JHT | Tuffaha, Joe | Associate | $12,735.90 | 53.40 | $238.50 |
| JMJ | Julian, Jason | Associate/Special Counsel | $109.80 | 0.40 | $274.50 |
| JSC | Carr, Jeremy Scott | Associate | $1,256.85 | 4.90 | $256.50 |
| JTC | Chilton, Jan T. | Member | $784.80 | 1.60 | $490.50 |
| KAP | Paese, Kimberly A. | Associate | $24,664.95 | 92.90 | $265.50 |
| KKB | Brown, Kimberly | Paralegal | $1,158.30 | 7.80 | $148.50 |
| KLW | Walker, Kristin | Member | $236.25 | 0.70 | $337.50 |
| KPL | Lee, Kristina | Paralegal | $91.80 | 1.20 | $76.50 |
| KWF | Franich, Kerry | Associate | $1,593.00 | 5.90 | $270.00 |
| LJT | Tarwater, Linda | Paralegal | $2,779.65 | 21.30 | $130.50 |
| MCK | Kelly, Megan | Associate/Special Counsel | $4,656.60 | 19.90 | $234.00 |
| MCN | Nowlin, Marlene | Associate/Special Counsel | $1,927.80 | 6.30 | $306.00 |
| MEG | Gruber, Megan | Associate | $1,278.90 | 4.90 | $261.00 |
| MEH | Holt, M. Elizabeth | Associate | $12,371.40 | 47.40 | $261.00 |
| MGC | Cross, Michael | Associate | $500.85 | 2.10 | $238.50 |
| MIW | Wraight, Mark | Member | $54.90 | 0.20 | $274.50 |
| MJE | Esposito, Matthew | Associate | $5,440.50 | 19.50 | $279.00 |
| MKK | Kamka, Mary Kate | Associate | $2,520.00 | 11.20 | $225.00 |
| MKS | Sullivan, Mary Kate | Member | $6,237.00 | 23.10 | $270.00 |
| MTM | McGuinness, Michelle | Associate | $1,728.00 | 6.00 | $288.00 |
| MXS | Schindler, Maria | Associate | $2,829.60 | 13.10 | $216.00 |
| NSR | Riedman, Natilee | Associate | $2,456.55 | 10.30 | $238.50 |
| RJG | Gandy, Robert | Associate/Special Counsel | $3,513.60 | 12.80 | $274.50 |
| RMI | Ito, Ryan | Associate | $5,222.25 | 21.10 | $247.50 |
| RRF | Firoozabadi, Rozie | Paralegal | $157.50 | 1.40 | $112.50 |
| RSS | Saelao, Rebecca | Associate/Special Counsel | $1,814.40 | 6.30 | $288.00 |
| SL | Li, Shan | Paralegal | $169.65 | 1.30 | $130.50 |
| SMH | Hankins, Suzanne | Member | $2,997.00 | 9.00 | $333.00 |
| SRM | McTigue, Sean R. | Associate | $2,375.00 | 9.50 | $250.00 |
| TNA | Abbott, Thomas | Associate | $621.00 | 2.30 | $270.00 |
| TSH | Holmes, Toriana | Associate | $6,840.00 | 30.40 | $225.00 |
| WJI | Idleman, William J. | Associate | $5,873.85 | 22.90 | $256.50 |
| YS | Shaham, Yaron | Associate/Special Counsel | $19,557.00 | 82.00 | $238.50 |
| | | **Report Grand Totals** | **$259,867.25** | 1,015.70 | |

# Exhibit B