# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337773    JBS                                         January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0156    Alton, Patricia v. GMAC Mortgage, LLC
                  GMAC Matter No.: 695737

**TOTAL AMOUNT DUE**          **$2,101.50**

## *** REMITTANCE COPY ***

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337773    JBS                                          January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0156    Alton, Patricia v. GMAC Mortgage, LLC
GMAC Matter No.: 695737

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 12/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ACS | 12/05/12 | Prepare proposed order on motion for judgment on the pleadings | L240 | 0.40 | 288.00 | 115.20 |
| ACS | 12/06/12 | Revise proposed order on motion for judgment on pleadings | L240 | 0.20 | 288.00 | 57.60 |
| ACS | 12/06/12 | Draft motion to compel document production | L350 | 3.70 | 288.00 | 1,065.60 |
| ACS | 12/06/12 | Strategize re: discovery motion for documents | L350 | 0.40 | 288.00 | 115.20 |
| ACS | 12/07/12 | Call clerk & plaintiff's counsel re: hearing date for motion to compel document production | L350 | 0.20 | 288.00 | 57.60 |
| ACS | 12/07/12 | Prepare supporting papers for motion to compel document production | L350 | 0.70 | 288.00 | 201.60 |
| ACS | 12/07/12 | Revise motion to compel document production | L350 | 1.10 | 288.00 | 316.80 |
| ACS | 12/18/12 | Prepare correspondence to court clerk re: order on motion for judgment on pleadings | L240 | 0.30 | 288.00 | 86.40 |
| ACS | 12/18/12 | Follow-up email to plaintiff's counsel re: production of documents, motion to compel | L350 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | 7.30 | | **$2,101.50** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 337773 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Alton, Patricia | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L240 | Dispositive Motions | 0.90 | $259.20 |
| L350 | Discovery Motions | 6.30 | $1,814.40 |
| | **TOTAL** | **7.30** | **$2,101.50** |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Sears, Alex | ACS | | Associate | 7.20 | 288.00 | $2,073.60 |
| Buell, Edward | ERB | | Associate | 0.10 | 279.00 | $27.90 |
| | Total | | | **7.30** | | **$2,101.50** |

| PRIOR FEES | $46,789.20 |
|---|---|
| PRIOR COSTS & EXPENSES | $4,369.69 |

| FEES | $2,101.50 |
|---|---|
| **TOTAL THIS INVOICE** | **$2,101.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337775    JBS                                    January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0188     Breining, Fred and Cathy v. Wells Fargo Bank
                   C/M# 699646

**TOTAL AMOUNT DUE**          **$558.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337775    JBS                                              January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0188    Breining, Fred and Cathy v. Wells Fargo Bank
C/M# 699646

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| JDI | 11/05/12 | Provide case status update to T. Buell. | L190 | 0.20 | 279.00 | 55.80 |
| JDI | 11/26/12 | Correspond with plaintiffs' counsel re loan modification application. | L160 | 0.30 | 279.00 | 83.70 |
| ERB | 12/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| JDI | 12/17/12 | Review court order on motion for sanctions against plaintiffs' counsel. | L120 | 0.60 | 279.00 | 167.40 |
| JDI | 12/18/12 | Respond to plaintiffs' inquiry re loan modification application. | L160 | 0.30 | 279.00 | 83.70 |
| JDI | 12/19/12 | Correspond with J. Holtgren re ruling on motion for sanctions against plaintiffs' counsel. | L120 | 0.40 | 279.00 | 111.60 |
| | | **TOTAL** | | **2.00** | | **$558.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.20 | $334.80 |
| L160 | Settlement/Non-Binding ADR | 0.60 | $167.40 |
| L190 | Other Case Assessment | 0.20 | $55.80 |
| | **TOTAL** | **2.00** | **$558.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 337775 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Breining, Fred & Cathy | | | | |

| Ives, Jon | | JDI | Associate | 1.80 | 279.00 | $502.20 |
|---|---|---|---|---|---|---|
| | | **Total** | | **2.00** | | **$558.00** |

| | | |
|---|---|---|
| PRIOR FEES | $103,862.25 | |
| PRIOR COSTS & EXPENSES | $2,926.13 | |

| | | |
|---|---|---|
| FEES | | $558.00 |
| **TOTAL THIS INVOICE** | | **$558.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      337777      JBS                                    January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0260       Krause, Paul and Jennifer v. Homecomings Financial, LLC
                       C/M# 697891

**TOTAL AMOUNT DUE**              **$547.35**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337777    JBS                                    January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0260    Krause, Paul and Jennifer v. Homecomings Financial, LLC
C/M# 697891

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 12/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| GWJ | 12/04/12 | Correspondence with Plaintiff regarding dismissal. | L120 | 0.20 | 261.00 | 52.20 |
| GWJ | 12/05/12 | Attendance at bankruptcy status hearing. | L230 | 1.30 | 261.00 | 339.30 |
| | | **TOTAL** | | **1.60** | | **$419.40** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 11/30/12 | CourtCall, LLC; CourtCall - Conference Service; 12/05/12 | 78.00 |
| 12/18/12 | One Legal, Inc.; Transmittal of filing to court; Updated Bankruptcy Status Report 11/29/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$127.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|--------------------------|--|-------|--------|--|--|--|
| L120 | Analysis/Strategy | 0.30 | $80.10 | | | |
| L230 | Court Mandated Conferences | 1.30 | $339.30 | | | |
| | **TOTAL** | **1.60** | **$419.40** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Walser-Jolly, Genevieve | GWJ | Associate | 1.50 | 261.00 | $391.50 |
| | **Total** | | **1.60** | | **$419.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 337777 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Krause, Paul & Jennifer | | |

| | |
|---|---|
| PRIOR FEES | $86,234.40 |
| PRIOR COSTS & EXPENSES | $2,894.38 |

| | |
|---|---|
| FEES | $419.40 |
| COSTS & EXPENSES | $127.95 |
| **TOTAL THIS INVOICE** | **$547.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337780    JBS                                    January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000     GMAC ResCap
MATTER      0328      Moss, Alan Irving
                      GMAC Matter No.: 712506

**TOTAL AMOUNT DUE**           **$6,238.35**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337780    JBS                                            January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0328      Moss, Alan Irving
                          GMAC Matter No.:  712506

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 12/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 12/05/12 | Communicate with client regarding recording documents to show clean chain of title. | L120 | 0.10 | 238.50 | 23.85 |
| AAG | 12/06/12 | Attention to strategy for recording documents to rescind assignments of beneficiary interest, notice of default, and substitution of trustee. | L120 | 0.30 | 238.50 | 71.55 |
| DJQ | 12/07/12 | Conference with A. Givental re strategy re missing link in beneficiary assignment | L120 | 0.70 | 436.50 | 305.55 |
| AAG | 12/07/12 | Attention to strategy regarding execution of rescission of assignments of beneficiary interest under deed of trust. | L120 | 1.40 | 238.50 | 333.90 |
| AAG | 12/10/12 | Review plaintiff's supplemental responses to discovery. | L310 | 0.80 | 238.50 | 190.80 |
| AAG | 12/11/12 | Draft and revise documents to be recorded in order to clear up chain of title. | L250 | 4.10 | 238.50 | 977.85 |
| ERB | 12/12/12 | Review and revise Rescission of incorrect assignments and corrected assignments and substitution of trustee (.8) and attention to and analysis of chain of title issues (.4). | L120 | 1.20 | 279.00 | 334.80 |
| AAG | 12/12/12 | Attention to strategy with regard to documents rescinding assignments of deed of trust and other documents clearing up chain of title. | L120 | 0.40 | 238.50 | 95.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 337780 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Moss, Alan | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AAG | 12/13/12 | Attention to strategy regarding record action of rescission of assignments and clearing up chain of title. | L120 | 0.70 | 238.50 | | 166.95 |
| AAG | 12/14/12 | Revise documents to be recorded and communicate with client regarding same. | L120 | 0.40 | 238.50 | | 95.40 |
| ERB | 12/18/12 | Review and revise responses to written discovery. | L310 | 0.90 | 279.00 | | 251.10 |
| AAG | 12/18/12 | Draft responses to plaintiff's form interrogatories. | L310 | 3.40 | 238.50 | | 810.90 |
| AAG | 12/18/12 | Revise responses to plaintiff's form interrogatories and communicate with client regarding same. | L310 | 0.60 | 238.50 | | 143.10 |
| AAG | 12/19/12 | Communicate with client regarding discovery responses. | L310 | 0.20 | 238.50 | | 47.70 |
| AAG | 12/20/12 | Review plaintiff's discovery responses and draft meet and confer letter regarding document requests, interrogatories, and payment of sanctions. | L310 | 5.20 | 238.50 | | 1,240.20 |
| AAG | 12/20/12 | Research motion for terminating sanctions. | L310 | 0.30 | 238.50 | | 71.55 |
| ERB | 12/21/12 | Review and revise meet and confer letter. | L310 | 0.60 | 279.00 | | 167.40 |
| AAG | 12/21/12 | Revise meet and confer letter and communicate with client and plaintiff regarding same. | L310 | 1.40 | 238.50 | | 333.90 |
| AAG | 12/26/12 | Review plaintiff's meet and confer letter and additional discovery. | L310 | 0.70 | 238.50 | | 166.95 |
| AAG | 12/26/12 | Communicate with plaintiff regarding meet and confer letter. | L310 | 0.20 | 238.50 | | 47.70 |
| AAG | 12/28/12 | Review and send out responses to discovery. | L310 | 0.20 | 238.50 | | 47.70 |
| AAG | 12/28/12 | Draft response to plaintiff's meet and confer letter regarding subpoena deuces tecum to Executive Trustee Services, LLC. | L310 | 1.20 | 238.50 | | 286.20 |
| | | **TOTAL** | | 25.10 | | | $6,238.35 |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 337780 | CLIENT | GMAC ResCap | | Page | 3 |
| | MATTER | Moss, Alan | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 5.30 | $1,455.30 |
| L250 | Other Written Motions | 4.10 | $977.85 |
| L310 | Written Discovery | 15.70 | $3,805.20 |
| | **TOTAL** | **25.10** | **$6,238.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 21.60 | 238.50 | $5,151.60 |
| Querio, Donald | DJQ | Member | 0.70 | 436.50 | $305.55 |
| Buell, Edward | ERB | Associate | 2.80 | 279.00 | $781.20 |
| | Total | | **25.10** | | **$6,238.35** |

PRIOR FEES                     $179,197.68
PRIOR COSTS & EXPENSES     $5,905.40

| | | |
|---|---|---|
| FEES | $6,238.35 |
| **TOTAL THIS INVOICE** | **$6,238.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337782    JBS                              January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0384     Shepherd, Dwayne and Selene v. GMAC Mortgage
                   GMAC Matter No.: 695408

**TOTAL AMOUNT DUE**          **$216.15**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337782    JBS                                   January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0384    Shepherd, Dwayne and Selene v. GMAC Mortgage
                         GMAC Matter No.: 695408

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 12/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| DJR | 12/17/12 | Revise Answers to Verified Second Amended Complaint | L210 | 0.40 | 247.50 | 99.00 |
| DJR | 12/21/12 | Review verifications provided by Amy Hartshorn, follow up re filing of Answer to Second Amended Complaint | L210 | 0.30 | 247.50 | 74.25 |
| | | **TOTAL** | | **0.80** | | **$201.15** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 12/26/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange Co Superior Court WE CA 09/23/12 | 7.50 |
| 12/26/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; SDSUPCT ROA CA 09/23/12 | 7.50 |
| | **TOTAL COSTS & EXPENSES** | **$15.00** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L210 | Pleadings | 0.70 | $173.25 |
| | **TOTAL** | **0.80** | **$201.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Reed, David J. | DJR | Special Counsel | 0.70 | 247.50 | $173.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   337782 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Shepherd, Dwayne & Selene | | | | |

| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
|---|---|---|---|---|---|
| | **Total** | | **0.80** | | **$201.15** |

PRIOR FEES                    $27,758.70
PRIOR COSTS & EXPENSES        $3,762.24

| | |
|---|---|
| FEES | $201.15 |
| COSTS & EXPENSES | $15.00 |
| **TOTAL THIS INVOICE** | **$216.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     337784     JBS                                    January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0419 | Jimenez, Jesus |
| | | GMAC Matter No.: 698513 |

**TOTAL AMOUNT DUE**          **$238.95**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337784    JBS                                      January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0419    Jimenez, Jesus
                        GMAC Matter No.: 698513

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 10/01/12 | Draft monthly case status update | L190 | 0.10 | 238.50 | 23.85 |
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 10/10/12 | Attention to status of bankruptcy, notice of stay and impact on strategy and resolution of matter per clients request. | L120 | 0.30 | 279.00 | 83.70 |
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| YS | 11/02/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| ERB | 12/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| YS | 12/03/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **0.90** | | **$238.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.60 | $167.40 |
| L190 | Other Case Assessment | 0.30 | $71.55 |
| | **TOTAL** | **0.90** | **$238.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.60 | 279.00 | $167.40 |
| Shaham, Yaron | YS | Special Counsel | 0.30 | 238.50 | $71.55 |
| | **Total** | | **0.90** | | **$238.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 337784 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Jimenez, Jesus | | |

| | | |
|---|---|---|
| PRIOR FEES | $7,606.80 | |
| PRIOR COSTS & EXPENSES | $459.52 | |

| | |
|---|---|
| FEES | $238.95 |
| **TOTAL THIS INVOICE** | **$238.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337789    JBS                                January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0495    Frick, Linda v. Valerie Pina
GMAC Matter No.: 700169

**TOTAL AMOUNT DUE**              **$807.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337789    JBS                                    January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0495    Frick, Linda v. Valerie Pina
GMAC Matter No.: 700169

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 12/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| EMR | 12/05/12 | E-mail communications with opposing counsel re execution of settlement agreement, execution of Fidelity release, and dismissal. | L160 | 0.20 | 306.00 | 61.20 |
| ERB | 12/06/12 | Attention to completion of settlement. | L160 | 0.20 | 279.00 | 55.80 |
| EMR | 12/06/12 | Review and respond to e-mails from plaintiff's counsel re settlement and dismissal. | L160 | 0.10 | 306.00 | 30.60 |
| EMR | 12/06/12 | Review fully executed settlement agreement and executed release from Fidelity to ensure complete. | L160 | 0.20 | 306.00 | 61.20 |
| EMR | 12/06/12 | E-mail to J. Best and L. Delehey re fully executed settlement agreement and executed release from Fidelity. | L160 | 0.10 | 306.00 | 30.60 |
| EMR | 12/12/12 | Letter to J. Best re settlement payment and recordation of reconveyance. | L160 | 0.30 | 306.00 | 91.80 |
| MEH | 12/13/12 | Prepare for show-cause hearing. | L230 | 0.30 | 261.00 | 78.30 |
| MEH | 12/13/12 | Attend show cause hearing via court call. | L230 | 1.00 | 261.00 | 261.00 |
| EMR | 12/20/12 | Review and respond to e-mail from J. Best re settlement and recordation of reconveyance. | L160 | 0.10 | 306.00 | 30.60 |
| | | **TOTAL** | | **2.60** | | **$729.00** |

## COSTS & EXPENSES

12/11/12  CourtCall, LLC; CourtCall - Conference                    78.00

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 337789 | CLIENT GMAC ResCap | | | Page | 2 |
| | MATTER Frick, Linda | | | | |

Service;  12/13/12

**TOTAL COSTS & EXPENSES**        **$78.00**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 | | |
| L160 | Settlement/Non-Binding ADR | 1.20 | $361.80 | | |
| L230 | Court Mandated Conferences | 1.30 | $339.30 | | |
| | **TOTAL** | **2.60** | **$729.00** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Roman, Eleanor | EMR | Special Counsel | 1.00 | 306.00 | $306.00 |
| Buell, Edward | ERB | Associate | 0.30 | 279.00 | $83.70 |
| Holt, M. Elizabeth | MEH | Associate | 1.30 | 261.00 | $339.30 |
| | **Total** | | **2.60** | | **$729.00** |

PRIOR FEES        $95,193.45
PRIOR COSTS & EXPENSES        $11,711.32

|  | FEES | $729.00 |
|---|---|---|
|  | COSTS & EXPENSES | $78.00 |
|  | **TOTAL THIS INVOICE** | **$807.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      337790      JBS                                    January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000     GMAC ResCap
MATTER       0512      Mangan, Andrea
                       C/M# 701217

**TOTAL AMOUNT DUE**              **$1,344.80**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337790    JBS                                            January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 0512     Mangan, Andrea
                          C/M# 701217

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 12/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MEG | 12/06/12 | Review docket and tentative ruling regarding demurrer. | L240 | 0.20 | 261.00 | 52.20 |
| MEG | 12/06/12 | Prepare for oral argument regarding demurrer. | L240 | 0.70 | 261.00 | 182.70 |
| MEG | 12/06/12 | Telephone calls to and from plaintiff's counsel regarding oral argument on demurrer. | L240 | 0.20 | 261.00 | 52.20 |
| MEG | 12/07/12 | Attend hearing on demurrer to complaint for defendant MERS. | L240 | 2.50 | 261.00 | 652.50 |
| MEG | 12/09/12 | Correspondence to client regarding hearing on demurrer by MERS to complaint. | L240 | 0.20 | 261.00 | 52.20 |
| MEG | 12/10/12 | Draft proposed order sustaining demurrer and corresponding letter to plaintiff re: same. | L240 | 0.60 | 261.00 | 156.60 |
| MEG | 12/18/12 | Correspondence from counsel for MortgageIT regarding demurrer and proposed order. | L110 | 0.10 | 261.00 | 26.10 |
| MEG | 12/28/12 | Receipt, review and analysis of settlement offer sent by plaintiff to MERS. | L160 | 0.40 | 261.00 | 104.40 |
| | | **TOTAL** | | **5.00** | | **$1,306.80** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 12/13/12 | Megan E. Gruber; Transportation; Demurrer Hearing, San Francisco 12/7/12 | 38.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   337790 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER | Mangan, Andrea | | | |

| **TOTAL COSTS & EXPENSES** | **$38.00** |
|---|---|

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.10 | $26.10 |
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $104.40 |
| L240 | Dispositive Motions | 4.40 | $1,148.40 |
| | **TOTAL** | **5.00** | **$1,306.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Gruber, Megan | MEG | Associate | 4.90 | 261.00 | $1,278.90 |
| | Total | | **5.00** | | **$1,306.80** |

| PRIOR FEES | $48,915.00 |
|---|---|
| PRIOR COSTS & EXPENSES | $2,383.47 |

| FEES | $1,306.80 |
|---|---|
| COSTS & EXPENSES | $38.00 |
| **TOTAL THIS INVOICE** | **$1,344.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337791    JBS                                    January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0588  | Inoue, Hitoshi and Wakana |
|        |       | C/M# 703325 |
|        |       | Time and expenses must be split between Ally and Rescap |

**TOTAL AMOUNT DUE**          **$1,607.40**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337791    JBS                                             January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  0588    Inoue, Hitoshi and Wakana
                          C/M# 703325
                          Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 12/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| RSS | 12/04/12 | Review and analyze case documents and update client regarding same. | L210 | 0.40 | 288.00 | 115.20 |
| RSS | 12/04/12 | Review tentative ruling regarding case management conference and follow up with cross defendant's counsel regarding their request for personal appearance regarding same. | L230 | 0.30 | 288.00 | 86.40 |
| RSS | 12/05/12 | Prepare for case management conference and confer with opposing counsel regarding same. | L230 | 0.50 | 288.00 | 144.00 |
| RSS | 12/06/12 | Prepare for and attend case management conference, and follow up regarding same with client and team. | L230 | 1.00 | 288.00 | 288.00 |
| JBS | 12/07/12 | Analysis and evaluation of results of Case Management Conference mediation strategy | L120 | 0.50 | 427.50 | 213.75 |
| JBS | 12/17/12 | Analysis and evaluation of settlement strategy and email from client | L120 | 0.50 | 427.50 | 213.75 |
| RSS | 12/17/12 | Confer with client and opposing counsel regarding proposed settlement and follow up with team regarding same. | L160 | 0.90 | 288.00 | 259.20 |
| RSS | 12/18/12 | Draft, revise and send settlement offer to plaintiff and confer with team regarding same. | L160 | 0.90 | 288.00 | 259.20 |
| | | **TOTAL** | | **5.10** | | **$1,607.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 337791 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Inoue, Hitoshi & Wakana | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.10 | $455.40 |
| L160 | Settlement/Non-Binding ADR | 1.80 | $518.40 |
| L210 | Pleadings | 0.40 | $115.20 |
| L230 | Court Mandated Conferences | 1.80 | $518.40 |
| | **TOTAL** | **5.10** | **$1,607.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Sullivan, John | JBS | Member | 1.00 | 427.50 | $427.50 |
| Saelao, Rebecca | RSS | Special Counsel | 4.00 | 288.00 | $1,152.00 |
| | **Total** | | **5.10** | | **$1,607.40** |

| PRIOR FEES | $115,501.05 |
|---|---|
| PRIOR COSTS & EXPENSES | $9,066.38 |

| | FEES | $1,607.40 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,607.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337792    JBS                                    January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0612      Reed, Ken
                     C/M# 703593

**TOTAL AMOUNT DUE**          **$433.35**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337792    JBS                                     January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0612    Reed, Ken
C/M# 703593

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| AAG | 12/03/12 | Communicate with client regarding modification offer, draft request for dismissal with prejudice, and draft letter to plaintiff regarding both of the above. | L160 | 0.80 | 238.50 | 190.80 |
| ERB | 12/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 12/05/12 | Communicate with plaintiff regarding terms of modification offer and dismissal with prejudice. | L160 | 0.30 | 238.50 | 71.55 |
| AAG | 12/07/12 | Draft letter to client regarding plaintiff's modification documents. | L160 | 0.20 | 238.50 | 47.70 |
| AAG | 12/21/12 | Communicate with client regarding plaintiff's modification application. | L160 | 0.20 | 238.50 | 47.70 |
| AAG | 12/26/12 | Communicate with client regarding plaintiff's modification application. | L160 | 0.10 | 238.50 | 23.85 |
| AAG | 12/27/12 | Communicate with client regarding status of plaintiff's loan modification. | L160 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **1.80** | | **$433.35** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 1.70 | $405.45 |
| | **TOTAL** | **1.80** | **$433.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337792    CLIENT    GMAC ResCap                    Page    2
                         MATTER    Reed, Ken

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 1.70 | 238.50 | $405.45 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | Total | | 1.80 | | $433.35 |

PRIOR FEES                     $32,717.70
PRIOR COSTS & EXPENSES         $3,042.74

FEES                      $433.35
**TOTAL THIS INVOICE**         **$433.35**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337793    JBS                                 January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0692     AMNA LLC
                  GMAC No.: 706489

**TOTAL AMOUNT DUE**            $272.80

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337793    JBS                                      January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0692    AMNA LLC
                        GMAC No.: 706489

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 12/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ACS | 12/11/12 | Prepare notice of entry of order dissolving preliminary injunction | L220 | 0.30 | 288.00 | 86.40 |
| ACS | 12/11/12 | E-mail update to client re: order on motion to dissolve preliminary injunction | L220 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **0.50** | | **$143.10** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/30/12 | CourtCall, LLC; CourtCall - Conference Service; 11/30/12 | 78.00 |
| 12/05/12 | One Legal, Inc.; Transmittal of filing to court; Reply in Support of Motion to Dissolve Preliminary Injunction 11/21/12 | 51.70 |
| | **TOTAL COSTS & EXPENSES** | **$129.70** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L220 | Preliminary Injunctions/Provis | 0.40 | $115.20 |
| | **TOTAL** | **0.50** | **$143.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Sears, Alex | ACS | Associate | 0.40 | 288.00 | $115.20 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 337793 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | AMNA LLC | | | |

| | | | |
|---|---|---|---|
| **Total** | | **0.50** | **$143.10** |

| | |
|---|---|
| PRIOR FEES | $17,332.20 |
| PRIOR COSTS & EXPENSES | $1,244.96 |

| | |
|---|---|
| FEES | $143.10 |
| COSTS & EXPENSES | $129.70 |
| **TOTAL THIS INVOICE** | **$272.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337794    JBS                                          January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0731  | Teang, Kimpo |
|        |       | GMAC Matter No.: 725847 |

**TOTAL AMOUNT DUE**          $1,378.64

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337794    JBS                                     January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0731    Teang, Kimpo
                         GMAC Matter No.: 725847

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|-|-------|------|--------|
| ERB | 12/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| EMR | 12/18/12 | Prepare notice of motion and motion for reconsideration, with memorandum of points and authorities in support. | L250 | 2.40 | 306.00 | 734.40 |
| SL | 12/20/12 | Prepare exhibits to be attached to GMAC's RJN ISO Application For Reconsideration of Order Staying Entire Action. | L210 | 1.30 | 130.50 | 169.65 |
| EMR | 12/20/12 | Complete application for reconsideration of order staying entire action. | L250 | 0.30 | 306.00 | 91.80 |
| EMR | 12/20/12 | E-mail communications with Judge Mendez' courtroom deputy regarding hearing of Defendant' application for reconsideration. | L250 | 0.10 | 306.00 | 30.60 |
| EMR | 12/20/12 | Prepare request for judicial notice in support of application for reconsideration of order staying entire action. | L250 | 0.70 | 306.00 | 214.20 |
| EMR | 12/20/12 | Prepare proposed order granting application for reconsideration of order staying entire action. | L250 | 0.30 | 306.00 | 91.80 |
| | | **TOTAL** | | **5.20** | | **$1,360.35** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/15/12 | Cardmember Service/Chase (Acct #0705); Data Search; 1228 Michael Dr. San Joaquin, CA | 18.29 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 337794 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Teang, Kimpo | | |

10/15/12

**TOTAL COSTS & EXPENSES**                                        **$18.29**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L210 | Pleadings | 1.30 | $169.65 |
| L250 | Other Written Motions | 3.80 | $1,162.80 |
| | **TOTAL** | **5.20** | **$1,360.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Roman, Eleanor | EMR | Special Counsel | 3.80 | 306.00 | $1,162.80 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Li, Shan | SL | Paralegal | 1.30 | 130.50 | $169.65 |
| | **Total** | | **5.20** | | **$1,360.35** |

PRIOR FEES                         $26,075.25
PRIOR COSTS & EXPENSES             $1,463.10

| | |
|---|---|
| FEES | $1,360.35 |
| COSTS & EXPENSES | $18.29 |
| **TOTAL THIS INVOICE** | **$1,378.64** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337798    JBS                                January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     0917     Kinworthy, David and Leslie
                    GMAC Matter No.: 713557

**TOTAL AMOUNT DUE**            $220.95

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337798    JBS                                January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0917    Kinworthy, David and Leslie
                        GMAC Matter No.: 713557

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| EK | 10/01/12 | Draft status report re bankruptcy          L190 | 0.50 | 274.50 | 137.25 |
| ERB | 10/02/12 | Communications with client re status of L120 matter. | 0.10 | 279.00 | 27.90 |
| ERB | 11/02/12 | Communications with client re status of L120 matter. | 0.10 | 279.00 | 27.90 |
| ERB | 12/02/12 | Communications with client re status of L120 matter. | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | **0.80** | | **$220.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $83.70 |
| L190 | Other Case Assessment | 0.50 | $137.25 |
| | **TOTAL** | **0.80** | **$220.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|------|------|----------|-------|------|-------|
| Kemp, Erik | EK | Associate | 0.50 | 274.50 | $137.25 |
| Buell, Edward | ERB | Associate | 0.30 | 279.00 | $83.70 |
| | **Total** | | **0.80** | | **$220.95** |

PRIOR FEES                        $26,500.95
PRIOR COSTS & EXPENSES            $2,262.19

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 337798 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Kinworthy, David & Leslie | | | |

| | | |
|---|---|---|
| FEES | | $220.95 |
| **TOTAL THIS INVOICE** | | **$220.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337799    JBS                                    January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0933    Valenzuela, Alexander
                  C/M# 713796

**TOTAL AMOUNT DUE**              $225.90

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337799    JBS                                          January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0933    Valenzuela, Alexander
                         C/M# 713796

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 12/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| RMI | 12/07/12 | Attention to docket re plaintiff's notice of appeal. Conference with clerk re notice of appeal and conformed dismissal. | L160 | 0.40 | 247.50 | 99.00 |
| RMI | 12/17/12 | Attention to docket re dismissal and evidence of plaintiff's appeal filing. Call to court clerk re conformed dismissal and inquiry as to plaintiff's appeal. | L110 | 0.40 | 247.50 | 99.00 |
| | | **TOTAL** | | **0.90** | | **$225.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 0.40 | $99.00 |
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $99.00 |
| | **TOTAL** | **0.90** | **$225.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Ito, Ryan | RMI | Associate | 0.80 | 247.50 | $198.00 |
| | **Total** | | **0.90** | | **$225.90** |

PRIOR FEES                          $11,434.50

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 337799 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Valenzuela, Alexander | | |

---

PRIOR COSTS & EXPENSES                    $2,786.76


FEES          $225.90
**TOTAL THIS INVOICE**          **$225.90**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337800    JBS                                    January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0968    Solano, Julie
                  GMAC Matter No.: 714697

**TOTAL AMOUNT DUE**          **$221.10**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337800    JBS                                    January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0968    Solano, Julie
GMAC Matter No.: 714697

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 12/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| DPB | 12/06/12 | Communications with client regarding bankruptcy stay. | L120 | 0.20 | 288.00 | 57.60 |
| DPB | 12/06/12 | Review court's minutes from case management conference. | L230 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **0.50** | | **$143.10** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 11/30/12 | CourtCall, LLC; CourtCall - Conference Service; 11/29/12 | 78.00 |

**TOTAL COSTS & EXPENSES**                    **$78.00**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $85.50 |
| L230 | Court Mandated Conferences | 0.20 | $57.60 |
| | **TOTAL** | **0.50** | **$143.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Babcock, Daska | DPB | Special Counsel | 0.40 | 288.00 | $115.20 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **0.50** | | **$143.10** |

| | |
|--|--|
| PRIOR FEES | $51,122.70 |
| PRIOR COSTS & EXPENSES | $4,713.15 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 337800 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Solano, Julie | | | |

| | |
|---|---|
| FEES | $143.10 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$221.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337801    JBS                                    January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1106     Villicana, Jose M.
                     GMAC Matter No.: 720505

**TOTAL AMOUNT DUE**          **$417.89**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337801    JBS                                      January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1106    Villicana, Jose M.
                        GMAC Matter No.: 720505

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 12/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 12/12/12 | Review pleadings. | L210 | 0.30 | 238.50 | 71.55 |
| MGC | 12/13/12 | Draft letter to plaintiffs' counsel re: payment history. | L110 | 0.70 | 238.50 | 166.95 |
| MGC | 12/21/12 | Draft CMS. | L230 | 0.60 | 238.50 | 143.10 |
| | | **TOTAL** | | **1.70** | | **$409.50** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Albanil David O /Albanil Francisco, 1708 Lennox Way, Salinas, CA, 93906 11/21/12 | 8.39 |

**TOTAL COSTS & EXPENSES**                              **$8.39**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.70 | $166.95 |
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L210 | Pleadings | 0.30 | $71.55 |
| L230 | Court Mandated Conferences | 0.60 | $143.10 |
| | **TOTAL** | **1.70** | **$409.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Cross, Michael | MGC | Associate | 1.60 | 238.50 | $381.60 |
| | **Total** | | **1.70** | | **$409.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 337801 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Villicana, Jose M. | | | |

| | | |
|---|---|---|
| PRIOR FEES | $23,306.40 | |
| PRIOR COSTS & EXPENSES | $2,244.62 | |

| | |
|---|---|
| FEES | $409.50 |
| COSTS & EXPENSES | $8.39 |
| **TOTAL THIS INVOICE** | **$417.89** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337802    JBS                                    January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1115     Nguyen, Luan
                   GMAC Matter No.: 707072    721046

TOTAL AMOUNT DUE              $2,359.80

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337802    JBS                                             January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1115    Nguyen, Luan
                         GMAC Matter No.: 707072

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 12/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| YS | 12/03/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 12/10/12 | Receipt, review and analysis of the Court's notice of continued hearing on client's demurrer | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 12/10/12 | Receipt and review of Notice of Continuance of Hearing. | L190 | 0.10 | 238.50 | 23.85 |
| YS | 12/18/12 | Review and analysis of plaintiffs' opposition to the demurrer and determine how to respond | L120 | 0.50 | 238.50 | 119.25 |
| YS | 12/21/12 | Further drafting and revising of client's reply brief in light of opposition to demurrer to plaintiffs' first amended complaint | L210 | 0.60 | 238.50 | 143.10 |
| JHT | 12/27/12 | Reviewed docket to confirm upcoming hearing dates and status of litigation. | L190 | 0.20 | 238.50 | 47.70 |
| YS | 12/28/12 | Attend the Court's hearing on the client's demurrer to plaintiff's first amended complaint and determine how to proceed based on the Court's ruling | L450 | 4.30 | 238.50 | 1,025.55 |
| JHT | 12/28/12 | Drafted Reply in support of Demurrer to First Amended Complaint. | L210 | 3.50 | 238.50 | 834.75 |
| | | **TOTAL** | | **9.50** | | **$2,269.80** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 12/30/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; CNTY RVSD Online | 90.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | Page | 2 |
|---|---|---|---|---|---|---|
| Invoice No. | 337802 | CLIENT | GMAC ResCap | | | |
| | | MATTER | Nguyen, Luan | | | |

Civil MO Riverside CA 10/30/12

**TOTAL COSTS & EXPENSES**                                   **$90.00**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.70 | $171.00 |
| L190 | Other Case Assessment | 0.40 | $95.40 |
| L210 | Pleadings | 4.10 | $977.85 |
| L450 | Trial and Hearing Attendance | 4.30 | $1,025.55 |
| | **TOTAL** | **9.50** | **$2,269.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Tuffaha, Joe | JHT | Associate | 3.80 | 238.50 | $906.30 |
| Shaham, Yaron | YS | Special Counsel | 5.60 | 238.50 | $1,335.60 |
| | **Total** | | **9.50** | | **$2,269.80** |

| PRIOR FEES | $23,221.35 |
|---|---|
| PRIOR COSTS & EXPENSES | $659.92 |

| | | |
|---|---|---|
| FEES | $2,269.80 |
| COSTS & EXPENSES | $90.00 |
| **TOTAL THIS INVOICE** | **$2,359.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337803    **JBS**                                                January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1167     Perez, Rosa  and Raul
                   GMAC Matter No.: 722900

**TOTAL AMOUNT DUE**              $1,080.60

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337803    JBS                                       January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1167     Perez, Rosa and Raul
                          GMAC Matter No.: 722900

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994      12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 12/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| DPB | 12/05/12 | Review proof of service of opening documents on defendant. | L210 | 0.10 | 288.00 | 28.80 |
| DPB | 12/17/12 | Review court's docket to determine whether defendant filed a response to complaint. | L210 | 0.10 | 288.00 | 28.80 |
| DPB | 12/18/12 | Review court's docket at beginning and end of day to determine whether defendant filed a response to complaint. | L210 | 0.20 | 288.00 | 57.60 |
| DPB | 12/18/12 | E-mail to client regarding taking defendant's default. | L210 | 0.20 | 288.00 | 57.60 |
| DPB | 12/19/12 | Prepare request for entry of default. | L210 | 0.40 | 288.00 | 115.20 |
| DPB | 12/19/12 | Review court's docket to determine whether defendant filed a response to complaint. | L210 | 0.40 | 288.00 | 115.20 |
| DPB | 12/19/12 | Communications with process server regarding completing a proof of service of summons. | L210 | 0.30 | 288.00 | 86.40 |
| DPB | 12/20/12 | Review court's notice of initial case management conference. | L230 | 0.10 | 288.00 | 28.80 |
| DPB | 12/20/12 | Review request for entry of default, signed by court clerk. | L210 | 0.10 | 288.00 | 28.80 |
| DPB | 12/20/12 | E-mails to C.DiCicco regarding default entered against defendant. | L210 | 0.20 | 288.00 | 57.60 |
| DPB | 12/21/12 | E-mail from C.DiCicco regarding check sent to GMAC comprising surplus funds from trustee's sale. | L110 | 0.10 | 288.00 | 28.80 |
| DPB | 12/21/12 | E-mail to First American's counsel regarding court's entry of default. | L210 | 0.10 | 288.00 | 28.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337803    CLIENT    GMAC ResCap    Page    2
MATTER    Perez, Rosa & Raul

| | | | | | | |
|---|---|---|---|---|---|---|
| DPB | 12/21/12 | Telephone call from First American's counsel requesting stipulation to set aside default. | L210 | 0.20 | 288.00 | 57.60 |
| DPB | 12/21/12 | Communications with C.DiCicco regarding First American's request for stipulation to set aside default. | L210 | 0.20 | 288.00 | 57.60 |
| DPB | 12/21/12 | Telephone call from First American's counsel requesting more time to answer in light of fact that complaint is verified. | L210 | 0.20 | 288.00 | 57.60 |
| DPB | 12/21/12 | Communications with C.DiCicco regarding First American's request for more time to prepare verified answer to complaint. | L210 | 0.20 | 288.00 | 57.60 |
| DPB | 12/26/12 | Review proposed stipulation to set aside defualt prepared by First American's counsel. | L210 | 0.20 | 288.00 | 57.60 |
| DPB | 12/26/12 | E-mail to First American's counsel regarding executed, proposed stipulation to set aside default. | L210 | 0.10 | 288.00 | 28.80 |
| DPB | 12/26/12 | E-mail from First American's counsel regarding filing of stipulation to set aside default. | L210 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **3.60** | | **$1,035.90** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 12/04/12 | One Legal, Inc.; Transmittal of filing to court; Proof of Service of Summons 11/19/12 | 9.95 |
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Specific Document 18994348 11/08/12 | 14.85 |
| 12/29/12 | One Legal, Inc.; Transmittal of filing to court; Proof of Service by Mail 12/20/12 | 9.95 |
| 12/29/12 | One Legal, Inc.; Transmittal of filing to court; Request for Entry of Default 12/20/12 | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$44.70** |

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L110    Fact Investigation/Development | 0.10 | $28.80 |
| L120    Analysis/Strategy | 0.10 | $27.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 337803 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | Perez, Rosa & Raul | | | | |

| | | | | | | | |
|-----|-----|-----|-----|-----|-----|-----|-----|
| L210 | Pleadings | | | 3.30 | $950.40 | | |
| L230 | Court Mandated Conferences | | | 0.10 | $28.80 | | |
| | | **TOTAL** | | **3.60** | **$1,035.90** | | |

| Timekeeper | | | Position | Hours | Rate | Value | |
|-----|-----|-----|-----|-----|-----|-----|-----|
| Babcock, Daska | | DPB | Special Counsel | 3.50 | 288.00 | $1,008.00 | |
| Buell, Edward | | ERB | Associate | 0.10 | 279.00 | $27.90 | |
| | | **Total** | | **3.60** | | **$1,035.90** | |

PRIOR FEES                     $5,110.20
PRIOR COSTS & EXPENSES         $553.64

| | |
|-----|-----|
| FEES | $1,035.90 |
| COSTS & EXPENSES | $44.70 |
| **TOTAL THIS INVOICE** | **$1,080.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337804    JBS                                January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1218    Flores, Panfilo and Irene
                  GMAC Matter No.: 725898

**TOTAL AMOUNT DUE**        **$558.00**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337804    JBS                                    January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1218    Flores, Panfilo and Irene
                        GMAC Matter No.: 725898

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| JDI | 11/05/12 | Provide case status update to T. Buell. | L190 | 0.20 | 279.00 | 55.80 |
| JDI | 11/08/12 | Provide an update on mediation to J. Holtgren. | L190 | 0.30 | 279.00 | 83.70 |
| JDI | 11/26/12 | Correspond with J. Holtgren re plaintiffs' loan modification application. | L160 | 0.30 | 279.00 | 83.70 |
| ERB | 12/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| JDI | 12/05/12 | Prepare for and attend telephone mediation conference. | L230 | 0.50 | 279.00 | 139.50 |
| JDI | 12/13/12 | Provide case status update to C. Malycke of MERS. | L120 | 0.20 | 279.00 | 55.80 |
| JDI | 12/27/12 | Correspond with plaintiffs' counsel re additional documents needed for loan modification application. | L160 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | **2.00** | | **$558.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $111.60 |
| L160 | Settlement/Non-Binding ADR | 0.60 | $167.40 |
| L190 | Other Case Assessment | 0.50 | $139.50 |
| L230 | Court Mandated Conferences | 0.50 | $139.50 |
| | **TOTAL** | **2.00** | **$558.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 337804 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Flores, Panfilo & Irene | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Ives, Jon | JDI | Associate | 1.80 | 279.00 | $502.20 |
| | **Total** | | **2.00** | | **$558.00** |

PRIOR FEES                    $15,645.15
PRIOR COSTS & EXPENSES        $179.68

|  | FEES | $558.00 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$558.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337805    JBS                                    January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1284 | Liu, Ceeou Ju |
| | | GMAC Matter No.: 728686 |

**TOTAL AMOUNT DUE**          **$1,649.70**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337805    JBS                                    January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1284    Liu, Ceeou Ju
GMAC Matter No.: 728686

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|-|-------|------|--------|
| AAG | 12/03/12 | Communicate with client regarding case status. | L110 | 0.20 | 238.50 | 47.70 |
| ERB | 12/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 12/05/12 | Communicate with plaintiff's attorney regarding status of first amended complaint. | L210 | 0.20 | 238.50 | 47.70 |
| AAG | 12/11/12 | Revise proposed order and draft letter to judge regarding same. | L250 | 0.30 | 238.50 | 71.55 |
| AAG | 12/21/12 | Update client regarding case status and proposed strategy for moving forward. | L120 | 0.20 | 238.50 | 47.70 |
| AAG | 12/24/12 | Draft memorandum of oints and authorities in support of demurrer to and motion to strike portions of plaintiffs' first amended complaint. | L240 | 5.90 | 238.50 | 1,407.15 |
| | | **TOTAL** | | **6.90** | | **$1,649.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|-|-------|--------|
| L110 | Fact Investigation/Development | 0.20 | $47.70 |
| L120 | Analysis/Strategy | 0.30 | $75.60 |
| L210 | Pleadings | 0.20 | $47.70 |
| L240 | Dispositive Motions | 5.90 | $1,407.15 |
| L250 | Other Written Motions | 0.30 | $71.55 |
| | **TOTAL** | **6.90** | **$1,649.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 337805 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Liu, Ceeou Ju | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 6.80 | 238.50 | $1,621.80 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **6.90** | | **$1,649.70** |

| | |
|---|---|
| PRIOR FEES | $5,650.65 |
| PRIOR COSTS & EXPENSES | $611.40 |

| | |
|---|---|
| FEES | $1,649.70 |
| **TOTAL THIS INVOICE** | **$1,649.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337806    JBS                                        January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1308 | Ellison, Keith Edward |
| | | GMAC Matter No.: 729778 |

**TOTAL AMOUNT DUE**          **$1,371.90**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337806    JBS

January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1308    Ellison, Keith Edward
GMAC Matter No.: 729778

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|-----|-------|------|--------|
| ERB | 12/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| EXM | 12/06/12 | Communications with plaintiff's former counsel re obtaining plaintiff's contact information | L120 | 0.20 | 279.00 | 55.80 |
| EXM | 12/06/12 | Draft letter to plaintff re settlement proposal | L160 | 0.20 | 279.00 | 55.80 |
| EXM | 12/10/12 | Revise notice of BK stay and letter to opposing counsel | L210 | 0.30 | 279.00 | 83.70 |
| EXM | 12/10/12 | Client communications re notice of bankruptcy stay | L120 | 0.20 | 279.00 | 55.80 |
| EXM | 12/11/12 | Prepare notice of bankruptcy stay for filing | L120 | 0.10 | 279.00 | 27.90 |
| EXM | 12/13/12 | Review tentative ruling re demurrer to complaint; communications re the same | L210 | 0.30 | 279.00 | 83.70 |
| EXM | 12/13/12 | Client communications re cash for keys offer and upcoming CMC | L160 | 0.20 | 279.00 | 55.80 |
| EXM | 12/17/12 | Call plaintiff re cash for keys | L160 | 0.10 | 279.00 | 27.90 |
| EXM | 12/17/12 | Call plaintiff re cash for keys | L160 | 0.20 | 279.00 | 55.80 |
| EXM | 12/18/12 | Communications with plainitff re cash for keys offer | L160 | 0.20 | 279.00 | 55.80 |
| EXM | 12/18/12 | Communications with plainitff re cash for keys settlement offer | L160 | 0.20 | 279.00 | 55.80 |
| EXM | 12/18/12 | Communications with plaintiff regarding cash for keys | L160 | 0.20 | 279.00 | 55.80 |
| EXM | 12/19/12 | Appear for case management conference | L230 | 1.00 | 279.00 | 279.00 |
| EXM | 12/19/12 | Draft proposed order re demurrer; draft letter to plaintiff re the same | L210 | 0.40 | 279.00 | 111.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 337806 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Ellison, Keith Edward | | | | |

| EXM | 12/20/12 | Check voicemail from plaintiff re cash for keys | L160 | 0.10 | 279.00 | 27.90 |
|---|---|---|---|---|---|---|
| | | **TOTAL** | | **4.00** | | **$1,116.00** |

## COSTS & EXPENSES

| 12/11/12 | CourtCall, LLC; CourtCall - Conference Service; 12/14/12 | 78.00 |
|---|---|---|
| 12/11/12 | CourtCall, LLC; CourtCall - Conference Service; 12/19/12 | 78.00 |
| 12/26/12 | First Legal Network, LLC; Transmittal of filing to court; EDCMC- Cameron Park, Ca. 12/08/12 | 49.95 |
| 12/27/12 | First Legal Network, LLC; Transmittal of filing to court; EDCMC- Cameron Park, Ca. 12/11/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$255.90** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $167.40 |
| L160 | Settlement/Non-Binding ADR | 1.40 | $390.60 |
| L210 | Pleadings | 1.00 | $279.00 |
| L230 | Court Mandated Conferences | 1.00 | $279.00 |
| | **TOTAL** | **4.00** | **$1,116.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Manukyan, Evelina | EXM | Associate | 3.90 | 279.00 | $1,088.10 |
| | **Total** | | **4.00** | | **$1,116.00** |

| PRIOR FEES | $10,945.80 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,378.24 |

| | FEES | $1,116.00 |
|---|---|---|
| | COSTS & EXPENSES | $255.90 |
| | **TOTAL THIS INVOICE** | **$1,371.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337807    JBS                                    January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1324       Benson, Burton and Eric
                       GMAC Matter No.: 729873

### TOTAL AMOUNT DUE            $383.85

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337807    JBS                                          January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1324    Benson, Burton and Eric
GMAC Matter No.: 729873

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| CJM | 11/13/12 | Telephone AUSA re lien priority stipulation, draft email to AUSA re same. | L160 | 0.20 | 238.50 | 47.70 |
| CJM | 11/14/12 | Analyze online docket re status of criminal seizure proceeding. | L160 | 0.10 | 238.50 | 23.85 |
| CJM | 11/15/12 | Strategize with E. Holt re lien priority stipulation with United States Attorney. | L160 | 0.20 | 238.50 | 47.70 |
| ERB | 12/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MEH | 12/18/12 | Telephone call to assistant US Attorney (D. Countryman) re: lien priority stipulation (left voicemail). | L120 | 0.10 | 261.00 | 26.10 |
| MEH | 12/20/12 | Telephone conversation with assistant US Attorney D. Countryman re: lien priority stipulation. | L120 | 0.40 | 261.00 | 104.40 |
| MEH | 12/20/12 | Strategize re: lien priority stipulation and additional research needed re: same. | L120 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | **1.50** | | **$383.85** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.00 | $264.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 337807 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Benson, Burton & Eric | | | | |

| L160 | Settlement/Non-Binding ADR | | 0.50 | $119.25 | |
|---|---|---|---|---|---|
| | **TOTAL** | | **1.50** | **$383.85** | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| McTigue, Casey | CJM | Associate | 0.50 | 238.50 | $119.25 |
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Holt, M. Elizabeth | MEH | Associate | 0.80 | 261.00 | $208.80 |
| | **Total** | | **1.50** | | **$383.85** |

PRIOR FEES                $1,861.65

|  | FEES | $383.85 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$383.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337808    JBS                                    January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1353     Robles, Francisco
                   GMAC Matter No.: 731391

**TOTAL AMOUNT DUE**                    **$378.25**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337808    JBS                                       January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1353    Robles, Francisco
                         GMAC Matter No.: 731391

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 11/02/12 | Follow up re: preparation, approval and filing of Notice of Bankruptcy Stay. | L210 | 0.20 | 270.00 | 54.00 |
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MKK | 11/06/12 | Communication with opposing counsel regarding returned mail and new mailing address. | L210 | 0.10 | 225.00 | 22.50 |
| MKK | 11/21/12 | Communication with client regarding vacating of demurrer hearing date and stay of case. | L210 | 0.20 | 225.00 | 45.00 |
| ERB | 12/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MKK | 12/20/12 | Strategy regarding Plaintiffs' attempts to continue to litigate case. | L210 | 0.40 | 225.00 | 90.00 |
| MKK | 12/20/12 | Review and analyze correspondence from opposing counsel to ETS. | L210 | 0.20 | 225.00 | 45.00 |
| | | **TOTAL** | | **1.30** | | **$312.30** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 11/26/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy Stay and Suggestion of Authomatic Stay 10/17/12 | 65.95 |

**TOTAL COSTS & EXPENSES**                          **$65.95**

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 337808 | CLIENT | GMAC ResCap | | Page | 2 |
| | MATTER | Robles, Francisco | | | |

| | | | | | | | |
|------|------------------|-----|-----------|------|--------|------|------|
| L120 | Analysis/Strategy | | | 0.20 | $55.80 | | |
| L210 | Pleadings | | | 1.10 | $256.50 | | |
| | **TOTAL** | | | **1.30** | **$312.30** | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|------------|-----|-----|----------|-------|------|-------|
| Buell, Edward | ERB | | Associate | 0.20 | 279.00 | $55.80 |
| Kamka, Mary Kate | MKK | | Associate | 0.90 | 225.00 | $202.50 |
| Sullivan, Mary Kate | MKS | | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | | **1.30** | | **$312.30** |

PRIOR FEES                    $2,762.55
PRIOR COSTS & EXPENSES        $647.94

| | |
|---|---|
| FEES | $312.30 |
| COSTS & EXPENSES | $65.95 |
| **TOTAL THIS INVOICE** | **$378.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337809    JBS                                    January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1362     Naidu, Satyanadan and Rampiyami
                     GMAC Matter No.: 731605

**TOTAL AMOUNT DUE**            $4,713.32

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337809    JBS                                    January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1362    Naidu, Satyanadan and Rampiyami
GMAC Matter No.: 731605

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| AAG | 12/03/12 | Draft complaint. | L210 | 2.20 | 238.50 | 524.70 |
| ERB | 12/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 12/04/12 | Draft and revise complaint for damages against First American and Frontier Title. | L210 | 6.30 | 238.50 | 1,502.55 |
| ERB | 12/06/12 | Analysis of background facts and strategize re potential claims for recovery to be included in complaint. | L210 | 1.00 | 279.00 | 279.00 |
| AAG | 12/06/12 | Research trustee's duties to beneficiary of a feed of trust, cancellation of instrument cause of action, and pleading requirements for equitable claims. | L210 | 1.20 | 238.50 | 286.20 |
| AAG | 12/06/12 | Review and revise complaint against First American and Frontier Title Company. | L210 | 0.40 | 238.50 | 95.40 |
| ERB | 12/07/12 | Review and revise draft of complaint. | L210 | 1.00 | 279.00 | 279.00 |
| AAG | 12/07/12 | Revise draft of complaint and communicate with client regarding same. | L210 | 1.40 | 238.50 | 333.90 |
| AAG | 12/13/12 | Communicate with client regarding filing of first amended complaint. | L210 | 0.10 | 238.50 | 23.85 |
| AAG | 12/13/12 | Attention to potential conflicts with regard to filing complaint against First American and Frontier. | L120 | 0.30 | 238.50 | 71.55 |
| AAG | 12/14/12 | Communicate with client regarding filing of complaint against First American and Frontier Title. | L210 | 0.10 | 238.50 | 23.85 |
| AAG | 12/18/12 | Research agent for service for First | L210 | 0.70 | 238.50 | 166.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 337809 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Naidu, Satyanadan & Rampiyami | | | | |

| | | American and Frontier Title. | | | | |
|---|---|---|---|---|---|---|
| ERB | 12/19/12 | Attention to potential conflicts issues and strategize re filing and serving complaint. | L120 | 0.40 | 279.00 | 111.60 |
| AAG | 12/19/12 | Investigate successor in interest to Frontier Title Company. | L120 | 0.30 | 238.50 | 71.55 |
| ERB | 12/21/12 | Strategize re final revisions to complaint including communications with client re same and potential conflict issues. | L120 | 0.40 | 279.00 | 111.60 |
| AAG | 12/21/12 | Revise complaint to exclude Frontier Title and communicate with client regarding same. | L210 | 1.60 | 238.50 | 381.60 |
| AAG | 12/21/12 | Attention to potential conflict with regard to Frontier Title and it's successor in interest. | L210 | 0.80 | 238.50 | 190.80 |
| AAG | 12/24/12 | Communicate with client regarding filing complaint against First American. | L210 | 0.10 | 238.50 | 23.85 |
| AAG | 12/26/12 | Draft summons and civil case cover sheet, file complaint, and communicate with court clerk regarding same. | L210 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **18.80** | | **$4,601.25** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 11/15/12 | Cardmember Service/Chase (Acct #0705); Data Search; Naidu Satyanadaw / Naidu R, 510 N Almond St, Dixon, CA, 95620 10/30/12 | 50.74 |
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Specific Document 1992.0011819 11/05/12 | 24.75 |
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Naidu Satyanada / Naidu R, 510 N Almond St, Dixon, CA, 95620 11/05/12 | 18.29 |
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Specific Document 1991.0028611 11/06/12 | 4.95 |
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Naidu Satyanadan / Naidu R, 510 N Almond St, Dixon, CA, 95620 11/01/12 | 13.34 |
| | **TOTAL COSTS & EXPENSES** | **$112.07** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.   337809 | CLIENT | GMAC ResCap | | Page | 3 |
| | MATTER | Naidu, Satyanadan & Rampiyami | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.50 | $394.20 |
| L210 | Pleadings | 17.30 | $4,207.05 |
| | **TOTAL** | **18.80** | **$4,601.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 15.90 | 238.50 | $3,792.15 |
| Buell, Edward | ERB | Associate | 2.90 | 279.00 | $809.10 |
| | **Total** | | **18.80** | | **$4,601.25** |

| | |
|---|---|
| PRIOR FEES | $3,744.90 |
| PRIOR COSTS & EXPENSES | $127.61 |

| | |
|---|---|
| FEES | $4,601.25 |
| COSTS & EXPENSES | $112.07 |
| **TOTAL THIS INVOICE** | **$4,713.32** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337810    JBS                                    January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1399  | Stone, Clarke A. and Carol A. |
|        |       | GMAC Matter No.: 73399 |

**TOTAL AMOUNT DUE**          $4,817.38

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337810    JBS                                              January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1399    Stone, Clarke A. and Carol A.
                        GMAC Matter No.: 73399

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| JBS | 10/11/12 | Analysis and evaluation of defense strategy and bankruptcy issues. | L120 | 0.40 | 427.50 | 171.00 |
| ERB | 10/12/12 | Initial review and analysis of complaint. | L120 | 1.00 | 279.00 | 279.00 |
| KAP | 10/15/12 | Review and analysis of documents within client fact package in order to prepare recommendations for response to complaint | L190 | 1.20 | 265.50 | 318.60 |
| KAP | 10/15/12 | Review, analyze, and summarize all documents recorded in chain of title for relevant party, including all foreclosure notices | L190 | 0.70 | 265.50 | 185.85 |
| KAP | 10/16/12 | Continue to prepare correspondence to client regarding intial analysis and evaluation of the action as well as recommendations for responding to complaint and impact of bankrtupcy stay on same | L120 | 0.80 | 265.50 | 212.40 |
| KAP | 10/16/12 | Prepare correspondence to client regarding intial analysis and evaluation of the action as well as recommendations for responding to complaint and impact of bankrtupcy stay on same | L190 | 1.50 | 265.50 | 398.25 |
| ERB | 11/06/12 | Analysis of claims and application of final supplemental order re permitted and stayed claims and strategize re potential for early resolution. | L120 | 0.50 | 279.00 | 139.50 |
| KAP | 11/06/12 | Prepare follow-up correspondence to Plaintiffs' counsel regarding proposal for timeline to respond to complaint in light of potential loan modification | L120 | 0.30 | 265.50 | 79.65 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 337810 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Stone, Clarke A. & Carol A. | | | | |

| | | review | | | | |
|---|---|---|---|---|---|---|
| KAP | 11/06/12 | Reply to correspondence from Jance Hoy regarding options for responding to cause of action for breach of contract in light of bankruptcy stay and nature of relief sought by Plaintiffs in connection therewith as well as discussions with Plaintiffs' counsel regarding potential settlement by way of modification review | L120 | 0.30 | 265.50 | 79.65 |
| KAP | 11/06/12 | Receipt and review correspondence from Plaintiffs' counsel concerning stipulated extension of time and case stay during potential resolution review | L190 | 0.10 | 265.50 | 26.55 |
| KAP | 11/06/12 | Ascertain current projected date of trustee's sale | L190 | 0.10 | 265.50 | 26.55 |
| KAP | 11/13/12 | Prepare correspondence to Jance Hoy regarding willingness of Plaintiffs to pay arrearage to reinstate loan modification of May 2012 and their position regarding a June payment | L120 | 0.30 | 265.50 | 79.65 |
| KAP | 11/13/12 | Telephone conference with Plaintiffs' counsel regarding willingness and ability to cure arrearage in order to reinstate loan modification of May 2012 and also discuss status of trustee's sale | L190 | 0.30 | 265.50 | 79.65 |
| KAP | 11/13/12 | Review servicing notes to confirm statements of Plaintiffs' counsel regarding certain June payment | L120 | 0.20 | 265.50 | 53.10 |
| KAP | 11/16/12 | Receipt and review of correspondence from Jance Hoy regarding confirmation of settlement proposal | L120 | 0.10 | 265.50 | 26.55 |
| KAP | 11/20/12 | Telephone conference with Plaintiffs' counsel regarding settlement offer and terms of offer to reinstate prior loan modification | L120 | 0.20 | 265.50 | 53.10 |
| KAP | 11/20/12 | Draft proposed order granting stipulation of extension of time to respond to complaint | L120 | 0.40 | 265.50 | 106.20 |
| KAP | 11/27/12 | Receipt and review of email correspondence from Plaintiffs' counsel granting further extension of time to respond to the complaint in light of | L190 | 0.10 | 265.50 | 26.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 337810 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Stone, Clarke A. & Carol A. | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | settlement discussions | | | | | |
| KAP | 11/27/12 | Draft proposed stipulation of extension of time to respond to complaint | L190 | 0.60 | 265.50 | | 159.30 |
| KAP | 11/27/12 | Receipt and review correspondence from Plaintiffs' counsel regarding settlement offer acceptance, but impact of same on alleged return trial payment | L190 | 0.10 | 265.50 | | 26.55 |
| KAP | 11/27/12 | Receipt and review of email correspondences from Jance Hoy showing deposit and return of June payment | L120 | 0.20 | 265.50 | | 53.10 |
| KAP | 11/27/12 | Prepare correspondence to Plaintiffs' counsel confirm settlement offer acceptance and requesting extension of time to respond to complaint in light of same | L120 | 0.30 | 265.50 | | 79.65 |
| KAP | 11/27/12 | Prepare correspondence to Jance Hoy regarding settlement offer acceptance by Plaintiffs, but impact of same on alleged return trial payment | L120 | 0.20 | 265.50 | | 53.10 |
| KAP | 11/28/12 | Draft correspondence to Plaintiffs' counsel re proposed stipulation to extend time to respond to complaint and proposed order re same | L120 | 0.10 | 265.50 | | 26.55 |
| KAP | 11/28/12 | Revise and finalize proposed stipulation to extend time to respond to complaint and proposed order re same | L190 | 0.20 | 265.50 | | 53.10 |
| KAP | 11/30/12 | Prepare correspondence to Jance Hoy providing update on status of disputed June payment and request for advisement as to impact of loan modification on due insurance and taxes | L120 | 0.30 | 265.50 | | 79.65 |
| KAP | 11/30/12 | Receipt and review correspondence from counsel for Plaintiffs regarding disputed June payment and impact of loan modification on insurance and taxes | L120 | 0.10 | 265.50 | | 26.55 |
| ERB | 12/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | | 27.90 |
| KAP | 12/04/12 | Receipt and review of correspondence from Plaintiffs' counsel re status of further information on June loan | L190 | 0.10 | 265.50 | | 26.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 337810 | CLIENT | GMAC ResCap | | | Page | 4 |
| | | MATTER | Stone, Clarke A. & Carol A. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | payment dispute | | | | |
| KAP | 12/04/12 | Receipt and review of correspondence from Jance Hoy along with forwarded email correspondences from loss mitigation re further information learned relating to June loan payment and anticipated production of relevant cancelled check | L120 | 0.20 | 265.50 | 53.10 |
| KAP | 12/04/12 | Prepare correspondence to Plaintiffs' counsel regarding further information learned re June loan payment, amount of same, and estimated time for production of copy of cancelled check along with information relating to due date for property taxes | L190 | 0.30 | 265.50 | 79.65 |
| KAP | 12/04/12 | Prepare correspondence to Jance Hoy re confirmation of transmission of information to Plaintiffs' counsel and decision to withhold screen shots until after copy of check is produced | L190 | 0.20 | 265.50 | 53.10 |
| KAP | 12/05/12 | Receipt and review of stipulation re extension of time executed by counsel for Plaintiff, execute same, and prepare for filing | L120 | 0.20 | 265.50 | 53.10 |
| KAP | 12/05/12 | Exchange email correspondences with Plaintiffs' counsel re stipulation and extension of time | L120 | 0.20 | 265.50 | 53.10 |
| KAP | 12/07/12 | Receipt and review correspondence from Jance Hoy re returned check and proof of cashing same | L190 | 0.10 | 265.50 | 26.55 |
| KAP | 12/07/12 | Exchange email correspondences with counsel for Plaintiffs re proof of returned check and impact of same on further settlement handling | L190 | 0.30 | 265.50 | 79.65 |
| KAP | 12/07/12 | Draft correspondence to Jance Hoy re Plaintiffs' acceptance of settlement and plan for further handling with respect to loan modification and settlement agreement | L190 | 0.30 | 265.50 | 79.65 |
| KAP | 12/10/12 | Draft settlement agreement and release | L190 | 1.10 | 265.50 | 292.05 |
| KAP | 12/13/12 | Continue to draft settlement agreement and release to reflect retro activity of loan modification agreement and details re same | L190 | 1.20 | 265.50 | 318.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 337810    CLIENT   GMAC ResCap                         Page    5
                      MATTER   Stone, Clarke A. & Carol A.

| KAP | 12/13/12 | Receipt, review, and reply to correspondence from Jance Hoy re draft settlement agreement and release to reflect retroactively of loan modification agreement and details re same | L190 | 0.30 | 265.50 | 79.65 |
|-----|----------|---|------|------|--------|-------|
| KAP | 12/14/12 | Exchange multiple email correspondences with Jance Hoy re revisions to draft settlement agreement and plan to push back modification regular payment commencement date to February 2013 | L120 | 0.40 | 265.50 | 106.20 |
| KAP | 12/14/12 | Revise proposed settlement agreement and release to reflect requested revisions from Jance Hoy as well as restructured commencement date | L120 | 0.80 | 265.50 | 212.40 |
| KAP | 12/21/12 | Receipt and review of entered order granting extension of time to respond to the complaint | L210 | 0.10 | 265.50 | 26.55 |
| KAP | 12/21/12 | Draft notice of entry of order granting extension of time to respond to the complaint | L210 | 0.30 | 265.50 | 79.65 |
| KAP | 12/21/12 | Prepare follow-up correspondence to Plaintiffs' counsel re status of review and approval of settlement agreement | L210 | 0.20 | 265.50 | 53.10 |
| KAP | 12/21/12 | Receipt and review correspondence from Plaintiffs' counsel re draft settlement agreement and release | L120 | 0.10 | 265.50 | 26.55 |
| KAP | 12/28/12 | Receipt and review of multiple email correspondences from Plaintiffs' counsel re execution of settlement agreement and loan modification paper work and tender of back pay funds | L160 | 0.20 | 265.50 | 53.10 |
| KAP | 12/28/12 | Prepare reply correspondence to Plaintiffs' counsel re execution of settlement agreement and loan modification paper work and tender of back pay funds | L160 | 0.20 | 265.50 | 53.10 |
| KAP | 12/28/12 | Prepare correspondence to Jance Hoy re Plaintiffs' execution of settlement agreement and loan modification paper work and status of tender of back pay payments | L160 | 0.20 | 265.50 | 53.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.   337810 | CLIENT | GMAC ResCap | | Page | 6 |
| | MATTER | Stone, Clarke A. & Carol A. | | | |

| | | | |
|---|---|---|---|
| **TOTAL** | | 17.70 | **$4,785.75** |

## COSTS & EXPENSES

| Date | Description | Amount |
|---|---|---|
| 11/15/12 | Cardmember Service/Chase (Acct #0705); Data Search; 65 Stamont Lane Contra Costa, CA 10/16/12 | 13.34 |
| 11/15/12 | Cardmember Service/Chase (Acct #0705); Data Search; 65 Starmont Lane Contra Costa, CA 10/29/12 | 18.29 |
| | **TOTAL COSTS & EXPENSES** | **$31.63** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 7.70 | $2,130.75 |
| L160 | Settlement/Non-Binding ADR | 0.60 | $159.30 |
| L190 | Other Case Assessment | 8.80 | $2,336.40 |
| L210 | Pleadings | 0.60 | $159.30 |
| | **TOTAL** | **17.70** | **$4,785.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 1.60 | 279.00 | $446.40 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Paese, Kimberly A. | KAP | Associate | 15.70 | 265.50 | $4,168.35 |
| | **Total** | | **17.70** | | **$4,785.75** |

| | | |
|---|---|---|
| FEES | | $4,785.75 |
| COSTS & EXPENSES | | $31.63 |
| **TOTAL THIS INVOICE** | | **$4,817.38** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337811    JBS                                             January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER    1430      Fuchs, Bill and Family Trust
                            GMAC Matter No.: 734146

**TOTAL AMOUNT DUE**          **$12,899.83**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337811    JBS                                         January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1430    Fuchs, Bill and Family Trust
                        GMAC Matter No.: 734146

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 12/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ACS | 12/03/12 | Draft motion to dismiss complaint | L240 | 2.30 | 288.00 | 662.40 |
| ACS | 12/03/12 | Research bankruptcy claim related issues for motion to dismiss complaint | L240 | 0.40 | 288.00 | 115.20 |
| ACS | 12/03/12 | Research subject matter jurisdiction issues for motion to dismiss | L220 | 0.90 | 288.00 | 259.20 |
| ACS | 12/03/12 | Analyze service of summons, complaint & acknowledgement & correction of naming of defendants | L210 | 0.20 | 288.00 | 57.60 |
| ACS | 12/04/12 | Analyze motion for preliminary injunction & supporting declaration | L220 | 0.30 | 288.00 | 86.40 |
| DHC | 12/05/12 | Correspondence with Alex Sears re claim filed by plaintiff in ResCap Bankruptcy and impact on motion to dismiss. | L240 | 0.50 | 337.50 | 168.75 |
| DHC | 12/05/12 | Review Claim filed by Plaintiff in ResCap Bankruptcy. | L120 | 0.50 | 337.50 | 168.75 |
| ACS | 12/05/12 | Analyze declaration filed by plaintiff in ResCap bankruptcy as related to claims filed in USDC-ND Cal. | L190 | 0.30 | 288.00 | 86.40 |
| ACS | 12/07/12 | Draft motion to dismiss complaint | L240 | 1.70 | 288.00 | 489.60 |
| ERB | 12/10/12 | Review and revise motion to dismiss (.8) and Notice of bankruptcy (.3). | L210 | 1.10 | 279.00 | 306.90 |
| ACS | 12/10/12 | Draft motion to dismiss complaint | L240 | 4.50 | 288.00 | 1,296.00 |
| ACS | 12/10/12 | Analyze docket & pleadings in unlawful detainer action, applicability of same to claims in district court civil action | L190 | 0.40 | 288.00 | 115.20 |
| ACS | 12/10/12 | Phone call with unlawful detainer | L190 | 0.30 | 288.00 | 86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 337811 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Fuchs, Bill & Family Trust | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | counsel re: status of unlawful detainer trial & appeal, unlawful detainer pleadings | | | | |
| ACS | 12/11/12 | Revise motion to dismiss complaint | L240 | 2.20 | 288.00 | 633.60 |
| ACS | 12/11/12 | Phone call with plaintiff re: stipulation to continue preliminary injunction briefing | L220 | 0.20 | 288.00 | 57.60 |
| ACS | 12/11/12 | Draft stipulation re: continuing preliminary injunction briefing | L220 | 0.70 | 288.00 | 201.60 |
| ACS | 12/11/12 | Analyze evidence submitted in support of application for preliminary injunction & objections to same | L220 | 1.20 | 288.00 | 345.60 |
| ACS | 12/11/12 | Prepare opposition to motion for preliminary injunction | L220 | 1.50 | 288.00 | 432.00 |
| ERB | 12/12/12 | Review and revise opposition to motion for preliminary injunction. | L220 | 0.80 | 279.00 | 223.20 |
| ACS | 12/12/12 | Draft opposition to motion for preliminary injunction | L220 | 4.60 | 288.00 | 1,324.80 |
| ACS | 12/12/12 | Prepare objections to evidence submitted on preliminary injunction motion | L220 | 1.80 | 288.00 | 518.40 |
| ACS | 12/12/12 | Prepare request for judicial notice in support of opposition to preliminary injunction | L220 | 0.40 | 288.00 | 115.20 |
| ACS | 12/13/12 | Revise motion to dismiss complaint | L240 | 0.90 | 288.00 | 259.20 |
| ACS | 12/13/12 | Prepare request for judicial notice on motion to dismiss complaint | L240 | 0.50 | 288.00 | 144.00 |
| ACS | 12/13/12 | Prepare proposed order on motion to dismiss complaint | L240 | 0.30 | 288.00 | 86.40 |
| ACS | 12/13/12 | Revise opposition to motion for preliminary injunction | L220 | 0.40 | 288.00 | 115.20 |
| ACS | 12/13/12 | Revise objections to evidence in support of opposition to motion for preliminary injunction | L220 | 0.40 | 288.00 | 115.20 |
| ACS | 12/13/12 | Prepare declaration in support of opposition to motion for preliminary injunction | L220 | 0.70 | 288.00 | 201.60 |
| ACS | 12/13/12 | Analyze claims in complaint filed in state court & demurrer to same | L210 | 0.90 | 288.00 | 259.20 |
| ACS | 12/13/12 | Communicate by e-mail & phone with unlawful detainer counsel re: status of state court civil action & transfer of files | L190 | 0.60 | 288.00 | 172.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 337811 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Fuchs, Bill & Family Trust | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ACS | 12/14/12 | Prepare supplemental request for judicial notice on motion to dismiss | L240 | 0.30 | 288.00 | 86.40 |
| ACS | 12/14/12 | Communicate by e-mail with plaintiff re: preliminary injunction & motion to dismiss hearing dates & briefing schedule, transfer of state court action | L220 | 0.30 | 288.00 | 86.40 |
| ACS | 12/17/12 | Communicate by phone with unlawful detainer counsel re: substitution of counsel & transfer of files for state court case | L190 | 0.30 | 288.00 | 86.40 |
| ACS | 12/18/12 | Prepare substitution of counsel for state court case | L190 | 0.20 | 288.00 | 57.60 |
| ACS | 12/18/12 | Communicate by phone & email with unlawful detainer counsel re: substitution of counsel, declaration of nonmonetary status for defendant ETS | L190 | 0.30 | 288.00 | 86.40 |
| ACS | 12/19/12 | Prepare notice of pendency of related action for district court case re: state court case | L250 | 1.40 | 288.00 | 403.20 |
| ACS | 12/19/12 | Revise notice of bankruptcy to file in US District Court case | L250 | 0.30 | 288.00 | 86.40 |
| ACS | 12/20/12 | Revise declaration of nonmonetary status | L250 | 0.30 | 288.00 | 86.40 |
| ACS | 12/20/12 | Revise notice of pendency of other action re: state court cases | L250 | 0.40 | 288.00 | 115.20 |
| ACS | 12/20/12 | Revise notice of bankruptcy stay | L250 | 0.30 | 288.00 | 86.40 |
| ACS | 12/21/12 | Analyze request from plaintiff to continue hearing date on demurrer & preliminary injunction, update to client re: same | L250 | 0.30 | 288.00 | 86.40 |
| ACS | 12/27/12 | Analyze opposition to demurrer & declaration filed concurrently therewith | L240 | 0.40 | 288.00 | 115.20 |
| ACS | 12/27/12 | Analyze reply on preliminary injunction | L220 | 0.30 | 288.00 | 86.40 |
| ACS | 12/27/12 | Outline reply on motion to dismiss complaint | L240 | 0.80 | 288.00 | 230.40 |
| ACS | 12/27/12 | Research conversion of motion to dismiss to summary judgment | L240 | 0.50 | 288.00 | 144.00 |
| ACS | 12/28/12 | Draft joint case management statement | L250 | 1.80 | 288.00 | 518.40 |
| ACS | 12/28/12 | Evaluate / strategize re: ADR options | L250 | 0.30 | 288.00 | 86.40 |
| ACS | 12/28/12 | Prepare email update & recommendations to client re: case management, ADR, hearing date changes on motion to dismiss & | L190 | 0.40 | 288.00 | 115.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 337811 | CLIENT | GMAC ResCap | | | Page | 4 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Fuchs, Bill & Family Trust | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | preliminary injunction | | | | | |
| ACS | 12/28/12 | Draft reply on motion to dismiss complaint | L240 | | 1.20 | 288.00 | 345.60 |
| ACS | 12/31/12 | Prepare reply memorandum on motion to dismiss complaint | L240 | | 2.70 | 288.00 | 777.60 |
| | | **TOTAL** | | | **44.40** | | **$12,818.70** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; HSBC Bank USA Series 2007-3, 2951 Roundhill Rd, Alamo, CA, 94507 11/08/12 | 13.34 |
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; HSBC Bank USA Series 2007-3 2951 Roundhill Rd, Alamo, CA, 94507 11/21/12 | 62.84 |
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Specific Document 2011.0149517 11/21/12 | 4.95 |
| | **TOTAL COSTS & EXPENSES** | **$81.13** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $196.65 |
| L190 | Other Case Assessment | 2.80 | $806.40 |
| L210 | Pleadings | 2.20 | $623.70 |
| L220 | Preliminary Injunctions/Provis | 14.50 | $4,168.80 |
| L240 | Dispositive Motions | 19.20 | $5,554.35 |
| L250 | Other Written Motions | 5.10 | $1,468.80 |
| | **TOTAL** | **44.40** | **$12,818.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sears, Alex | ACS | Associate | 41.40 | 288.00 | $11,923.20 |
| Cram, Donald | DHC | Member | 1.00 | 337.50 | $337.50 |
| Buell, Edward | ERB | Associate | 2.00 | 279.00 | $558.00 |
| | **Total** | | **44.40** | | **$12,818.70** |

| | | |
|---|---|---|
| PRIOR FEES | $5,461.65 | |
| | FEES | $12,818.70 |
| | COSTS & EXPENSES | $81.13 |
| | **TOTAL THIS INVOICE** | **$12,899.83** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337812    JBS                                    January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1445    Armstrong, Renee and Dennis
GMAC Matter No.: 734768

**TOTAL AMOUNT DUE**            $3,105.45

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337812    JBS                                          January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1445    Armstrong, Renee and Dennis
                        GMAC Matter No.: 734768

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 11/28/12 | Initial review and analysis of complaint. | L120 | 1.00 | 279.00 | 279.00 |
| CHR | 11/29/12 | Opening of New Matter including Sending Confirmation to Client re Receipt and Contact Attorney Assignment; Review Initial Correspondence and Pleadings, Court Docket for Additional Pleadings and Calendar Dates; Draft New Matter Form and Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| JBS | 12/03/12 | Analysis and evaluation of quiet title allegations | L120 | 0.30 | 427.50 | 128.25 |
| ERB | 12/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ACS | 12/13/12 | Analyze quiet title complaint, strategize re: response to same | L210 | 0.70 | 288.00 | 201.60 |
| ACS | 12/13/12 | Analyze other cases brought by plaintiff's counsel, strategize re: litigation tactics of same | L110 | 0.40 | 288.00 | 115.20 |
| ACS | 12/14/12 | Prepare initial case assessment & recommendations | L190 | 0.40 | 288.00 | 115.20 |
| ACS | 12/14/12 | Outline demurrer to complaint | L240 | 1.40 | 288.00 | 403.20 |
| RRF | 12/19/12 | Obtain title docs individually from Sacramento county recorders. | L110 | 1.00 | 112.50 | 112.50 |
| ACS | 12/21/12 | Draft demurrer to complaint | L240 | 3.90 | 288.00 | 1,123.20 |
| ACS | 12/27/12 | Revise demurrer to complaint | L240 | 1.40 | 288.00 | 403.20 |
| ACS | 12/27/12 | Prepare request for judicial notice on demurrer to complaint | L240 | 0.50 | 288.00 | 144.00 |
| | | **TOTAL** | | **11.50** | | **$3,105.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. 337812 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Armstrong, Renee & Dennis | | |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.40 | $227.70 |
| L120 | Analysis/Strategy | 1.40 | $435.15 |
| L190 | Other Case Assessment | 0.80 | $167.40 |
| L210 | Pleadings | 0.70 | $201.60 |
| L240 | Dispositive Motions | 7.20 | $2,073.60 |
| | **TOTAL** | **11.50** | **$3,105.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sears, Alex | ACS | Associate | 8.70 | 288.00 | $2,505.60 |
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Buell, Edward | ERB | Associate | 1.10 | 279.00 | $306.90 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Firoozabadi, Rozie | RRF | Paralegal | 1.00 | 112.50 | $112.50 |
| | **Total** | | **11.50** | | **$3,105.45** |

| | | |
|---|---|---|
| | FEES | $3,105.45 |
| | **TOTAL THIS INVOICE** | **$3,105.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337814    JBS                                    January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1172    Boyd, Raymond
                  E-Mail Invoices to Kari Krull

**TOTAL AMOUNT DUE**            **$347.45**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337814    JBS                                 January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1172    Boyd, Raymond
E-Mail Invoices to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | **TOTAL** | **0.00** | | **$0.00** |

### COSTS & EXPENSES

| | | | |
|------|------|------|------|
| 07/27/12 | First Legal Network, LLC; Court Services; LA County Court - Chatworth, CA 07/11/12 | | 203.00 |
| 08/15/12 | First Legal Network, LLC; Court Services; LA County Courts- Chatsworth 7/16/12. Advance ck. $20.00 | | 144.45 |
| | **TOTAL COSTS & EXPENSES** | | **$347.45** |

### BILLING SUMMARY

|  | TOTAL | | 0.00 | $0.00 | | |
|---|-------|---|------|-------|---|---|
| Timekeeper | | Position | | Hours | Rate | Value |
| | | Total | | 0.00 | | $0.00 |

| | |
|---|---|
| PRIOR FEES | $5,317.50 |
| PRIOR COSTS & EXPENSES | $821.75 |

| | |
|---|---|
| COSTS & EXPENSES | $347.45 |
| **TOTAL THIS INVOICE** | **$347.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

**Legal Network LLC**

BOX 844250 LOS ANGELES, CA 90084-4250

TAX ID# 27-3093840

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

| Invoice No. | Customer No. |
|---|---|
| 366675 | 23103 |
| Invoice Date | Amount Due |
| 7/15/12 | 16,009.40 |

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 366675 | 7/15/12 | 16,009.40 | 10 |

| Date | Ord No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/10/12 | 9487304 | FAX | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE        CA 92605<br>Caller: Liz C. Roberts<br>Case No.: 19000.1051<br>Attached docs (2)1)<br>Signed: LODGED/PDF | San Diego County Court<br>330 W Broadway<br>SAN DIEGO      CA 92101<br>Case Title: Nembur (2011-0009747<br>Ntc to Filing Party<br>Ref: 19000.1051 | Base Chg : 29.75 | 29.75 |
| FILING-FAX/PDF | | | | | | |
| 7/10/12 | 9487396 | BFX | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE        CA 92605<br>Caller: Rosa<br>Case No.: sc115929<br>FILE/CONFORM/RETURN<br>Signed: filed | LASC-SANTA-MONICA<br>1725 MAIN STREET<br>SANTA MONICA   CA 90401<br>Case Title: REYNOSO V/BONY<br>Ref: 70000.0695 | Base Chg : 97.50 | 97.50 |
| FILING-BRANCH FAX/PDF | | | | | | |
| 7/10/12 | 9487433 | BNR | San Bernardino County Court<br>303 W 3rd St<br>SAN BERNARDINO  CA 92415<br>Caller: Ryan Brooks<br>Case No.: CIVDS1200878<br>Please obtain copies<br>Signed: copied | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE        CA 92605<br>Case Title: Cruz v. Hernandez<br>of the order and th<br>Ref: 19000-1215 | Base Chg : 51.25<br>Research : 20.10<br>Adv/Wit CK: 2.00 | 73.35 |
| RESEARCH-BRANCH NEXT DAY | | | | | | |
| 7/10/12 | 9487449 | FAX | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE        CA 92605<br>Caller: Rosa<br>Case No.: 111CV230028<br>FILE/CONFORM/RETURN<br>Signed: FILED | SCSC-SAN JOSE<br>191 NORTH 1ST STREET<br>SAN JOSE      CA 95113<br>Case Title: SEPEHRY-FARD V BANK<br>Ref: 70000.0808 | Base Chg : 64.75 | 64.75 |
| FILING-FAX/PDF | | | | | | |
| 7/11/12 | 9487484 | OCU | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE        CA 92605<br>Caller: DIANA J LOPEZ<br>Case No.: 30 2012 00558841<br>FILE BY 11AM ON 7/11<br>Signed: filed/cnvd/cc-c15 | OASC-SANTA-ANA<br>700 CIVIC CENTER DRIVE WEST<br>SANTA ANA     CA 92701<br>Case Title: Kassof v berk of hme<br>AND DELIVER CC BY<br>Ref: 90000.0784 | Base Chg : 9.75<br>PDF Chg : 13.50<br>Adv/Wit CK: 60.00 | 83.25 |
| OC-UNLIMITED PDF/FAX FILE | | | | | | |
| 7/13/12 | 9487690 | REF/<br>REG | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE        CA 92605<br>Caller: Ryan Brooks    Wait: 30 Min<br>Case No.: CHA 11W01622<br>Please pick up the o<br>Signed: juan ramirez | LA County Court-Chatsworth<br>9425 Penfield Ave<br>CHATSWORTH    CA 91311<br>Case Title: Boyd v. GMAC<br>riginal from my offi<br>Ref: 19000-1172 | Base Chg : 117.75<br>Return : 85.25 | 203.00 |
| FILING-REGULAR VEHICLE | | | | | | |
| | | | | | | Continued |

# INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE



| Invoice No. | Customer No. |
|---|---|
| 367241 | 23103 |
| Invoice Date | Amount Due |
| 7/31/12 | 13,687.02 |

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 23103 | 367241 | 7/31/12 | 13,687.02 | 2 |

### Service Detail

| Date | Order No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/16/12 | 9489136 | OCU | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Caller: Jeff Waddle Case No.: 30-2012-00543237-CU- File, file the attach Signed: filed | OCSC-Central 700 Civic Center Drive West SANTA ANA    CA 92701 Case Title: Reise v. The Bank of ed CMC Statement on Ref: 18000-1231 | Base Chg    9.75 | 9.75 |
| CC-UNLIMITED PDF/FAX FILE |
| 7/16/12 | 9489395 | REF RET | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Caller: Ryan Brooks    Wait: 40 Min Case No.: CHA 11N01622 Please pick up the o Signed: ror filed/c | LA County Court-Chatsworth 9425 Penfield Ave CHATSWORTH    CA 91311 Case Title: Boyd v. GMAC riginal from my offi. Ref: 18000-1172 | Base Chg    117.75 Wait    6.70 Adv/Wit Ck:    20.00 | 144.45 |
| FILING-REGULAR VEHICLE |
| 7/16/12 | 9489439 | REF RET | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Caller: Ryan Brooks Case No.: TBD Please pick up the o Signed: filed | USDC-Central District 312 N. Spring St LOS ANGELES    CA 90012 Case Title: Saachau v. GMAC riginals from my offi. Ref: 19000-1328 | Base Chg    60.50 Adv/Wit Ck:    350.00 | 410.50 |
| FILING-REGULAR VEHICLE |
| 7/16/12 | 9489440 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Caller: DIANA C LOPEZ Case No.: CIVRS1203529 FILE/CONFORM/RETURN Signed: REJECTED | SBSC-RANCHO CUCAMONGA 8303 HAVEN AVENUE RANCHO CUCAMONGA CA 91730 Case Title: Kabir v wells fargo NEED FMAIL CONFIRMAT Ref: 70000-0819 | Base Chg    71.75 PDF Chg    34.50 | 106.25 |
| FILING-BRANCH FAX/POP |
| 7/16/12 | 9489455 | BNR | VCSC-VENTURA 800 SOUTH VICTORIA AVENUE VENTURA    CA 93009 Caller: Christine Morine Case No.: 56201200413184 ADVANCE FEES Signed: obtained | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Case Title: DORA LUZ LOPEZ V WEL NEED, IN 2 DAYS Ref: 55000-0207 | Base Chg    34.75 Research    30.15 Adv/Wit Ck:    1.00 | 65.90 |
| RESEARCH-BRANCH NEXT DAY |
| 7/16/12 | 9489462 | BNR | VCSC-VENTURA 800 SOUTH VICTORIA AVENUE VENTURA    CA 93009 Caller: Christine Morine Case No.: 56 2011 00406713 ADVANCE FEES Signed: obtained | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Case Title: TERRY COOK V WELLS F NEED WITHIN 2 DAYS Ref: 11960-0291 | Base Chg    34.75 Research    30.15 Adv/Wit Ck:    1.00 | 65.90 |
| RESEARCH-BRANCH NEXT DAY |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337816    JBS                                    January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1397     Junge, James
                     GMAC Matter No.: 733289

**TOTAL AMOUNT DUE**        $13,955.02

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    337816    JBS

January 15, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1397    Junge, James
GMAC Matter No.: 733289

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 10/09/12 | Analysis and evaluation of defense strategy and email from client | L120 | 0.40 | 427.50 | 171.00 |
| CHR | 10/10/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.30 | 130.50 | 39.15 |
| ERB | 10/12/12 | Initial review and analysis of complaint. | L120 | 1.00 | 279.00 | 279.00 |
| KAP | 10/16/12 | Review and analysis of Plaintiffs' motion for preliminary injunction, amended motion for preliminary injunction, and supporting declarations in order to advise client regarding recommended response to same and impact on bankrtupcy stay | L120 | 0.40 | 265.50 | 106.20 |
| KAP | 10/16/12 | Analysis and evaluation of all documents recorded in title history, including all related foreclosure notices, in order to evaluate complaint and prepare recommendations for responding to complaint and motion for injuntive relief | L190 | 0.80 | 265.50 | 212.40 |
| KAP | 10/16/12 | Review and analysis of Plaintiffs' complaint in order to prepare intial analysis and recommendations for responding to complaint and motion for preliminary injunction | L120 | 0.90 | 265.50 | 238.95 |
| KAP | 10/17/12 | Draft memorandom of points and authorities in opposition to motion for | L120 | 4.20 | 265.50 | 1,115.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  337816 | | CLIENT    GMAC ResCap | | | | Page    2 |
| --- | --- | --- | --- | --- | --- | --- |
| | | MATTER    Junge, James | | | | |

| | | preliminary injunction | | | | |
| --- | --- | --- | --- | --- | --- |
| KAP | 10/17/12 | Continue to prepare inital evaluation and analysis and recommendations for inital case handling | L190 | 0.70 | 265.50 | 185.85 |
| KAP | 10/17/12 | Review and analysis of servicing notes in order to prepare recommendations for response to complaint | L190 | 1.50 | 265.50 | 398.25 |
| KAP | 10/17/12 | Continue to draft memorandom of points and authorities in opposition to motion for preliminary injunction | L190 | 3.10 | 265.50 | 823.05 |
| KAP | 10/17/12 | Prepare inital evaluation and analysis and recommendations for inital case handling | L120 | 0.80 | 265.50 | 212.40 |
| KAP | 10/18/12 | Draft email correspondence to Plaintiffs' counsel regarding stipulation to conitnue motion for preliminary injunction | L190 | 0.30 | 265.50 | 79.65 |
| KAP | 10/19/12 | Telephone conference with Plaintiffs' counsel regarding general case background and stipuatled agreement to continue hearing on motion for preliminary injunction as well as date of scheduled trustee's sale | L120 | 0.30 | 265.50 | 79.65 |
| MKS | 10/22/12 | Review upcoming deadline to respond to OSC re: PI and documents received from client.  Telephone call with client to suggest postponement of sale in exchange for continuance of hearing and briefing schedule.  Obtain authority for same. | L250 | 0.30 | 270.00 | 81.00 |
| MKS | 10/22/12 | Correspondence with client re: plaintiff's request for continuance of f/c/ sale in return for continuance of PI hearing. | L190 | 0.20 | 270.00 | 54.00 |
| KAP | 10/22/12 | Draft stipulation to continue hearing on motion for preliminary injunction | L120 | 0.60 | 265.50 | 159.30 |
| KAP | 10/23/12 | Draft notice of bankrtuptcy and suggestion of automatic stay on behalf of GMAC Mortgage, LLC and ETS Services | L120 | 0.80 | 265.50 | 212.40 |
| KAP | 10/26/12 | Finalize memorandom of points and authorities in opposition to motion for preliminary injunction | L190 | 2.70 | 265.50 | 716.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.  337816        CLIENT    GMAC ResCap                                    Page    3
                          MATTER    Junge, James

| | | | | | | |
|---|---|---|---|---|---|---|
| KAP | 10/26/12 | Draft correspondence to Plaintiffs' counsel regarding stipulation for review and aproval and information relating to requset for loan modification review | L120 | 0.20 | 265.50 | 53.10 |
| KAP | 10/30/12 | Prepare notice of demurrer and demurrer to complaint | L120 | 0.70 | 265.50 | 185.85 |
| KAP | 10/30/12 | Review and analysis of correspondence from Plaintiffs' counsel regarding stipulation to continue hearing on motion for preliminary injunction and executed stipulation | L190 | 0.10 | 265.50 | 26.55 |
| KAP | 10/30/12 | Draft memorandum of points and authorities in support of demurrer to complaint | L190 | 3.70 | 265.50 | 982.35 |
| KAP | 10/30/12 | Continue to draft memorandum of points and authorities in support of demurrer to complaint | L190 | 1.80 | 265.50 | 477.90 |
| KAP | 10/31/12 | Draft correspondence to court clerk regarding request for continuance of hearing date and enclosure stipulaton as required by governing local rules | L120 | 0.30 | 265.50 | 79.65 |
| KAP | 10/31/12 | Continue to draft notice of bankrtuptcy and suggestion of automatic stay on behalf of GMAC Mortgage, LLC and ETS Services | L120 | 0.20 | 265.50 | 53.10 |
| KAP | 10/31/12 | Telephone conference with Plaintiffs' counsel regarding request for loan modification review and impact of same on litigation | L120 | 0.20 | 265.50 | 53.10 |
| KAP | 10/31/12 | Finish drafting memorandum of points and authorities in support of demurrer to complaint | L190 | 2.30 | 265.50 | 610.65 |
| KAP | 10/31/12 | Exchange multiple email correspondences with Plaintiffs' counsel regarding confirmation of stipulated continued hearing date and stipulated date to respond to complaint | L190 | 0.30 | 265.50 | 79.65 |
| KAP | 11/05/12 | Receipt and review of correspondence from Plaintiffs' counsel re update as to production of loan modification and financial package | L190 | 0.10 | 265.50 | 26.55 |
| KAP | 11/05/12 | Draft request for judicial notice in support of demurrer | L190 | 0.60 | 265.50 | 159.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 337816 | CLIENT | GMAC ResCap | | | Page | 4 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Junge, James | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| KAP | 11/05/12 | Prepare correspondence to Plaintiffs' counsel regarding continued hearing on motion for preliminary injunction and follow up on loan modification application | L120 | 0.30 | 265.50 | 79.65 |
| KAP | 11/05/12 | Ascertain status of recording notice of default and notice of trustee's sale | L120 | 0.10 | 265.50 | 26.55 |
| KAP | 11/05/12 | Prepare correspondence to Chris Dicco regarding proposed demurrer and notice of bankruptcy | L190 | 0.30 | 265.50 | 79.65 |
| ERB | 11/06/12 | Review and revise Demurrer. | L210 | 0.90 | 279.00 | 251.10 |
| KAP | 11/06/12 | Finish drafting notice of demurrer and demurrer to complaint | L190 | 0.60 | 265.50 | 159.30 |
| KAP | 11/06/12 | Receipt and review of correspondence from Chris Dicco re review of demurrer and requested revision to same and revise memorandum of points and authorities accordingly | L120 | 0.30 | 265.50 | 79.65 |
| KAP | 11/07/12 | Finalize memorandum of points and authorities in support of demurrer, notice of demurrer and demurrer, request for judicial notice, and notice of bankruptcy for filing | L120 | 0.80 | 265.50 | 212.40 |
| KAP | 11/07/12 | Draft notice of stay of proceedings | L190 | 0.20 | 265.50 | 53.10 |
| KAP | 11/07/12 | Telephone call with trustee regarding recording of notice of default and notice of trustee's sale in order to finalize demurrer and supporting request for judicial notice | L190 | 0.20 | 265.50 | 53.10 |
| KAP | 11/08/12 | Analysis and evaluation of all servicing and comments notes and loss mitigation packages in order to draft declaration of GMAC Mortgage, LLC in support of opposition to motion for preliminary injunction | L190 | 2.20 | 265.50 | 584.10 |
| KAP | 11/08/12 | Draft declaration of GMAC Mortgage, LLC in support of response to OSC re preliminary injunction | L190 | 1.80 | 265.50 | 477.90 |
| KAP | 11/08/12 | Prepare notice of entry of order continuing hearing on OSC re preliminary injunction | L120 | 0.40 | 265.50 | 106.20 |
| KAP | 11/13/12 | Receipt and review of fully executed declaration in support of response to | L120 | 0.30 | 265.50 | 79.65 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 337816 | CLIENT | GMAC ResCap | | | Page | 5 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Junge, James | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | OSC re preliminary injunction and finalize opposition papers and declaration for filing | | | | | |
| KAP | 11/13/12 | Prepare reply correspondence to Chris Dicco regarding request revision to response to OSC re preliminary injunction and review memorandum accordingly | L120 | 0.10 | 265.50 | | 26.55 |
| KAP | 11/13/12 | Receipt and review correspondence from Chris Dicco regarding request revision to response to OSC re preliminary injunction and review memorandum accordingly | L190 | 0.40 | 265.50 | | 106.20 |
| KAP | 11/14/12 | Receipt and review of email correspondence from Jance Hoy regarding state of trustee's sale | L190 | 0.10 | 265.50 | | 26.55 |
| ERB | 11/19/12 | Attention to settlement offer and communications re same. | L160 | 0.40 | 279.00 | | 111.60 |
| KAP | 11/19/12 | Receipt and review of email correspondence from Chris Dicco regarding modification approval and review terms of loan modification offer | L120 | 0.20 | 265.50 | | 53.10 |
| KAP | 11/19/12 | Receipt and review of correspondence from Plaintiffs' counsel regarding modification proposal | L120 | 0.10 | 265.50 | | 26.55 |
| KAP | 11/19/12 | Draft settlement correspondence to Plaintiffs' counsel regarding modification approval and terms of same in exchange for dismissal with prejudice | L120 | 0.30 | 265.50 | | 79.65 |
| KAP | 11/19/12 | Draft correspondence to Chris Dicco regarding settlement offer and requested response to same | L190 | 0.10 | 265.50 | | 26.55 |
| ERB | 11/20/12 | Review and revise settlement agreement. | L160 | 0.50 | 279.00 | | 139.50 |
| KAP | 11/20/12 | Receipt and review of correspondence from Plaintiffs' counsel accepting settlement offer | L120 | 0.10 | 265.50 | | 26.55 |
| KAP | 11/20/12 | Draft correspondence to Chris Dicco regarding proposed settlement agreement and release | L190 | 0.30 | 265.50 | | 79.65 |
| KAP | 11/20/12 | Draft proposed settlement agreement and release | L190 | 1.10 | 265.50 | | 292.05 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 337816 | CLIENT | GMAC ResCap | | | Page | 6 |
| | | MATTER | Junge, James | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| KAP | 11/20/12 | Telephone conference with counsel for Plaintiffs regarding confirmation of modification acceptance and impact of same on OSC re preliminary injunction | L120 | 0.20 | 265.50 | 53.10 |
| KAP | 11/20/12 | Draft reply correspondence to Plaintiffs' counsel acknowledging acceptance and addresses issues of negative credit reporting request and timing of hearing on OSC re preliminary injunction | L120 | 0.20 | 265.50 | 53.10 |
| KAP | 11/20/12 | Prepare correspondence to Chris Dicco regarding acceptance of loan modification offer and recommendations for further handling | L120 | 0.30 | 265.50 | 79.65 |
| KAP | 11/26/12 | Receipt and review correspondence form Plaintiffs' counsel re state of postponement of preliminary injunction hearing | L120 | 0.10 | 265.50 | 26.55 |
| KAP | 11/26/12 | Receipt and review correspondence from Chris Dicco re approved settlement agreement | L120 | 0.10 | 265.50 | 26.55 |
| KAP | 11/26/12 | Draft correspondence to Chris Dicco re agreement to postpone sale during settlement finalization and impact of same on preliminary injunction hearing | L120 | 0.10 | 265.50 | 26.55 |
| KAP | 11/26/12 | Draft reply correspondence to Plaintiffs' counsel re agreement to postpone sale and hearing on preliminary injunction during settlement finalization | L120 | 0.20 | 265.50 | 53.10 |
| KAP | 11/27/12 | Receipt and review of correspondence from Plaintiffs' counsel regarding stipulated continuance of hearing on OSC re preliminary injunction and prepare reply correspondence requesting TRO status | L120 | 0.20 | 265.50 | 53.10 |
| KAP | 11/27/12 | Receipt and review of correspondence from Chris Dicco regarding postponement of trustee's sale | L120 | 0.10 | 265.50 | 26.55 |
| KAP | 11/28/12 | Draft correspondence to Plaintiffs' counsel regarding objections to proposed stipulation to continue hearing on motion for preliminary injunction | L120 | 0.30 | 265.50 | 79.65 |
| KAP | 11/28/12 | Receipt and review correspondence from Plaintiffs' counsel re revised stipulation, review stipulation, execute | L120 | 0.20 | 265.50 | 53.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 337816 | CLIENT | GMAC ResCap | | | Page | 7 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Junge, James | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | and return to Plaintiffs' counsel for filing | | | | |
| KAP | 11/29/12 | Receipt and review of correspondence from Chris Dicco regarding minor revision to settlement agreement and release and otherwise approval of same | L190 | 0.10 | 265.50 | 26.55 |
| KAP | 11/29/12 | Receipt and review of correspondence from Chris Dicco regarding modification agreement and instructions for proceeding with settlement | L190 | 0.10 | 265.50 | 26.55 |
| KAP | 11/29/12 | Receipt and review loan modification agreement | L120 | 0.10 | 265.50 | 26.55 |
| KAP | 11/29/12 | Draft correspondence to Plaintiffs' counsel regarding modification agreement and proposed settlement agreement and release and instructions for proceeding with settlement | L120 | 0.30 | 265.50 | 79.65 |
| KAP | 11/30/12 | Draft email correspondence to Chris Dicco regarding non material revisions to modification agreement requested by Plaintiffs | L120 | 0.30 | 265.50 | 79.65 |
| KAP | 11/30/12 | Revise settlement agreement pursuant to requests of Plaintiffs' counsel and prepare reply correspondence to counsel re same | L120 | 0.30 | 265.50 | 79.65 |
| KAP | 11/30/12 | Receipt and review of multiple email correspondences from Plaintiffs' counsel regarding proposed revisions to settlement agreement and modification | L120 | 0.30 | 265.50 | 79.65 |
| ERB | 12/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| KAP | 12/05/12 | Receipt and review of correspondence from Chris Dicco re status of internal changes to modification agreement | L190 | 0.10 | 265.50 | 26.55 |
| KAP | 12/05/12 | Prepare correspondence to Plaintiffs' counsel re status of internal changes to modification agreement | L120 | 0.20 | 265.50 | 53.10 |
| KAP | 12/14/12 | Receipt and review of correspondence from Plaintiffs' counsel re postponement of sale date | L190 | 0.10 | 265.50 | 26.55 |
| KAP | 12/14/12 | Ascertain current date of trustee's sale in order to reply to correspondence | L190 | 0.20 | 265.50 | 53.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 337816 | CLIENT | GMAC ResCap | | | Page | 8 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Junge, James | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | from Plaintiffs' counsel re the same | | | | |
| KAP | 12/14/12 | Prepare reply correspondence to Plaintiffs' counsel re current sale date and resources for determining same in future | L190 | 0.10 | 265.50 | 26.55 |
| KAP | 12/14/12 | Draft email correspondence to counsel for Plaintiffs re proposed settlement agreement and release | L190 | 0.20 | 265.50 | 53.10 |
| KAP | 12/18/12 | Draft follow up email correspondence to Chris Dacca re redrawn loan modification documents | L120 | 0.10 | 265.50 | 26.55 |
| | | **TOTAL** | | **46.50** | | **$12,411.45** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/13/12 | CourtCall, LLC; CourtCall - Conference Service; 12/04/12 | 78.00 |
| 11/15/12 | Cardmember Service/Chase (Acct #0705); Data Search; 404 Mormon Street Sacramento, CA 10/17/12 | 8.39 |
| 11/15/12 | Cardmember Service/Chase (Acct #0705); Data Search; 404 Mormon Street Sacramento, CA 10/22/12 | 8.39 |
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Junge James R / Ghequiere Lori Moore, 404 Mormon St, Folsom, CA, 95630 11/06/12 | 8.39 |
| 12/14/12 | One Legal, Inc.; Transmittal of filing to court; Stipulation to Continue Hearing on Motion for...including Corut Filing Fee $20 10/31/12 | 70.70 |
| 12/14/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Demurrer and Demurrer by Defendant's ...including Court Filing Fee $1305 11/08/12 | 1,369.70 |
| | **TOTAL COSTS & EXPENSES** | **$1,543.57** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 17.70 | $4,779.00 |
| L160 | Settlement/Non-Binding ADR | 0.90 | $251.10 |
| L190 | Other Case Assessment | 26.70 | $7,049.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 337816 | CLIENT | GMAC ResCap | | | Page | 9 |
| | | MATTER | Junge, James | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L210 | Pleadings | | | 0.90 | $251.10 | | |
| L250 | Other Written Motions | | | 0.30 | $81.00 | | |
| | **TOTAL** | | | **46.50** | **$12,411.45** | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Rommell, Clair | | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Buell, Edward | | ERB | Associate | 2.90 | 279.00 | $809.10 |
| Sullivan, John | | JBS | Member | 0.40 | 427.50 | $171.00 |
| Paese, Kimberly A. | | KAP | Associate | 42.40 | 265.50 | $11,257.20 |
| Sullivan, Mary Kate | | MKS | Member | 0.50 | 270.00 | $135.00 |
| | | **Total** | | **46.50** | | **$12,411.45** |

| | | |
|---|---|---|
| FEES | | $12,411.45 |
| COSTS & EXPENSES | | $1,543.57 |
| **TOTAL THIS INVOICE** | | **$13,955.02** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**REMIT PAYMENT TO:**

One Legal  LLC
504 Redwood Blvd., Suite 223
Novato CA   94947
(800) 938-8815

SEVERSON & WERSON
ATTN: Accounting  Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco CA   94111



| | |
|---|---|
| Cust. No.: | 0000562 |
| Invoice No.: | 5995501 *Not Paid* |
| Inv. Date: | 11/8/2012  *12/13* |
| Due Date: | 11/23/2012 |
| Total: | $1,369.70 |
| Terms: | Net 15 |

## INVOICE No.
### 5995501

| | |
|---|---|
| Date: | 11/8/2012 |
| Cust No. | 0000562 |

Law Firm Contact : Kimberly Paese
Client File No. : 19000.1397
Case Short Title: James Junge, Kevin Ghequere and Lori Ghequere V. GMAC MOR
Documents: NOTICE OF DEMURRER AND DEMURRER BY DEFENDAN
One Legal Branch: SACRAMENTO
Court: Superior Court of California, Sacramento County
Description:

> **PLEASE NOTE
> NEW ADDRESS
> ABOVE**

| | |
|---|---|
| COURT FILING SERVICE FEE | $49.95 |
| COURT FILING FEE | $1,305.00 |
| COURT FILING COPY CHARGE | $14.75 |





| Due Date | 11/23/2012 | Total This Invoice | $1,369.70 |
|---|---|---|---|

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338061    JBS                                       January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT    19000    GMAC ResCap
MATTER    0034     Yee, Seewing and Chom Suk v. E*Trade, et al.
                   GMAC Matter No.: 698209


**TOTAL AMOUNT DUE**          **$301.95**


*** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338061    JBS                                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0034    Yee, Seewing and Chom Suk v. E*Trade, et al.
GMAC Matter No.: 698209

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| EK | 12/11/12 | Analysis and evaluation of email from J. Best re settlement issues | L160 | 0.30 | 274.50 | 82.35 |
| EK | 12/11/12 | Draft email to V. Goins responding to plaintiffs' questions re loan modification | L160 | 0.60 | 274.50 | 164.70 |
| EK | 12/20/12 | Draft email to J. Best re plaintiffs' acceptance of loan modification offer | L160 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | **1.10** | | **$301.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L160 | Settlement/Non-Binding ADR | 1.10 | $301.95 |
| | **TOTAL** | **1.10** | **$301.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Kemp, Erik | EK | Associate | 1.10 | 274.50 | $301.95 |
| | **Total** | | **1.10** | | **$301.95** |

| PRIOR FEES | $44,752.50 |
|------------|-----------|
| PRIOR COSTS & EXPENSES | $4,021.65 |

| FEES | $301.95 |
|------|---------|
| **TOTAL THIS INVOICE** | **$301.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338061 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Yee, Seewing & Chom Suk | | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338062    JBS                                     January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0132    Pierce, Stephen D. and Tamara v. U.S. Bank, N.A.
GMAC Matter No.: 688951

**TOTAL AMOUNT DUE**          $3,914.55

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement