# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338062    JBS    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0132    Pierce, Stephen D. and Tamara v. U.S. Bank, N.A.
GMAC Matter No.: 688951

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 12/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| GWJ | 12/04/12 | Correspondence with unlawful detainer counsel regarding declaration in support of unlawful detainer motion for summary judgment. | L240 | 0.30 | 261.00 | 78.30 |
| GWJ | 12/05/12 | Review and revise declaration in support of unlawful detainer motion for summary judgment. | L240 | 0.30 | 261.00 | 78.30 |
| GWJ | 12/06/12 | Review and revise supplemental brief in support of unlawful detainer motion for summary judgment. | L240 | 0.30 | 261.00 | 78.30 |
| KKB | 12/06/12 | Review file and draft Supplemental Brief in support of Service of MSJ | L210 | 1.00 | 148.50 | 148.50 |
| SMH | 12/07/12 | Attention to supplemental briefing, address and edit same. | L120 | 0.30 | 333.00 | 99.90 |
| KKB | 12/07/12 | Review file and draft Supplemental Brief in Support of MJOP | L210 | 2.50 | 148.50 | 371.25 |
| GWJ | 12/11/12 | Preparation for motion for judgment on the pleadings and unlawful detainer motion for summary judgment hearings. | L240 | 0.40 | 261.00 | 104.40 |
| GWJ | 12/12/12 | Attendance at motion for judgment on the pleadings and unlawful detainer motion for summary judgment hearings. | L240 | 4.40 | 261.00 | 1,148.40 |
| KKB | 12/12/12 | Office conference with GRW re status of litigation | L110 | 0.30 | 148.50 | 44.55 |
| SMH | 12/13/12 | Discuss results of hearing, upcoming trial with G. Walser-Jolly. | L120 | 0.20 | 333.00 | 66.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 338062 | CLIENT GMAC ResCap | | | | | Page 2 |
| --- | --- | --- | --- | --- | --- | --- |
| | MATTER Pierce, Stephen D. | | | | | |
| GWJ | 12/18/12 | Conference with T. Buell regarding trial and settlement strategy. | L120 | 0.20 | 261.00 | 52.20 |
| GWJ | 12/18/12 | Correspondence with client regarding trial and settlement strategy. | L120 | 0.30 | 261.00 | 78.30 |
| ERB | 12/18/12 | Attention to ruling on Motion for Judgment on the Pleadings and strategize re potential resolution and disposition based on Court's order. | L120 | 0.60 | 279.00 | 167.40 |
| GWJ | 12/26/12 | Telephone call with appraiser. | L160 | 0.20 | 261.00 | 52.20 |
| GWJ | 12/28/12 | Correspondence with Plaintiff regarding status of appraisal. | L160 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | **11.60** | | **$2,648.70** |

## COSTS & EXPENSES

| 11/20/12 | SetDepo; Deposition Transcript; Original Deposition for Tamara Pierce, 10/30/2012 (Irvine, CA) & Stephen Pierce, 10/30/2012 (Irvine, CA) 11/06/12 | 1,176.90 |
| --- | --- | --- |
| 12/26/12 | One Legal, Inc.; Transmittal of filing to court; Supplement Brief Regarding Motion for Judgment on the Pleadings 12/07/12 | 49.95 |
| 12/30/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; San Bernadino Superior Court CA 10/22/12 | 16.50 |
| 12/30/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; San Bernadino Superior Court CA 10/30/12 | 22.50 |
| | **TOTAL COSTS & EXPENSES** | **$1,265.85** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L110 | Fact Investigation/Development | 0.30 | $44.55 |
| L120 | Analysis/Strategy | 1.70 | $492.30 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $104.40 |
| L210 | Pleadings | 3.50 | $519.75 |
| L240 | Dispositive Motions | 5.70 | $1,487.70 |
| | **TOTAL** | **11.60** | **$2,648.70** |

| Timekeeper | Position | | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Buell, Edward | ERB | Associate | 0.70 | 279.00 | $195.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338062 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | Pierce, Stephen D. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Walser-Jolly, Genevieve | GWJ | Associate | | 6.60 | 261.00 | $1,722.60 |
| Brown, Kimberly | KKB | Paralegal | | 3.80 | 148.50 | $564.30 |
| Hankins, Suzanne | SMH | Member | | 0.50 | 333.00 | $166.50 |
| | **Total** | | | **11.60** | | **$2,648.70** |

PRIOR FEES                                  $68,025.80
PRIOR COSTS & EXPENSES          $5,530.94


FEES                        $2,648.70
COSTS & EXPENSES          $1,265.85
**TOTAL THIS INVOICE**      **$3,914.55**


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



SetDepo
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Remit to:**
SetDepo
P. O. Box 846099
Dallas, TX 75284-6099
www.setdepo.com

Toll Free (800) 451-3376
Fax (856) 437-5009



GENEVIEVE WALSER-JOLLY
SEVERSON & WERSON - IRVINE
SUITE 700
19100 VON KARMAN AVENUE
IRVINE, CA 92612

### Invoice # SD72359

| Invoice Date | 11/06/2012 |
|---|---|
| Terms | NET 30 |
| Payment Due | 12/06/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/30/2012 | PIERCE vs. U.S. BANK NATIONAL | 50803 | 11/05/2012 | FED EX |

**Description**

Original Deposition for TAMARA PIERCE, 10/30/2012 (IRVINE, CA)
    EXHIBITS
    SUMMARY

Original Deposition for STEPHEN PIERCE, 10/30/2012 (IRVINE, CA)
    EXHIBITS
    SUMMARY

RECEIVED
NOV 1 3 2012
SEVERSON & WERSON

*MATTER NUMBER: 19000.0132*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 12/21/2012** | **$ 1,176.90** |
| Amount Due After 12/21/2012 | $ 1,324.01 |

Tax Number:    45-3463120

---

Please detach and return this bottom portion with your payment



VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | SD72359 |
| Payment Due: | 12/06/2012 |
| **Amount Due On/Before 12/21/2012** | **$ 1,176.90** |
| Amount Due After 12/21/2012 | $ 1,324.01 |

GENEVIEVE WALSER-JOLLY
SEVERSON & WERSON - IRVINE
SUITE 700
19100 VON KARMAN AVENUE
IRVINE, CA 92612

**Remit to:**
SetDepo
P. O. Box 846099
Dallas, TX 75284-6099
www.setdepo.com

**Thank you for your business!**

003  0000072359  11062012  6  000117690  5  12062012  12212012  9  000132401  49

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338064    JBS                                         January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0711    Peel, Timothy and Cheryl, et al.
                  C/M# 707366

**TOTAL AMOUNT DUE**          $1,207.35

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338064    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0711    Peel, Timothy and Cheryl, et al.
C/M# 707366

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 12/05/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.30 | 270.00 | 81.00 |
| EK | 12/18/12 | Review email from L. Delehey re request for case summary and draft response to same | L120 | 2.40 | 274.50 | 658.80 |
| RSS | 12/18/12 | Review and provide comments on case status update, and review and analyze case materials related to same. | L120 | 0.50 | 288.00 | 144.00 |
| JBS | 12/19/12 | Review and revise summary of case for MoFo attorneys | L120 | 0.50 | 427.50 | 213.75 |
| EK | 12/19/12 | Revise case analysis and email to L. Delehey re same | L120 | 0.40 | 274.50 | 109.80 |
| | | **TOTAL** | | **4.10** | | **$1,207.35** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---------------------------|---|-------|--------|---|---|---|
| L120    Analysis/Strategy | | 4.10 | $1,207.35 | | | |
| **TOTAL** | | **4.10** | **$1,207.35** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Kemp, Erik | EK | Associate | 2.80 | 274.50 | $768.60 |
| Sullivan, John | JBS | Member | 0.50 | 427.50 | $213.75 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Saelao, Rebecca | RSS | Special Counsel | 0.50 | 288.00 | $144.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338064 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Peel, Timothy & Cheryl, et al. | | | |

| | | | | |
|---|---|---|---|---|
| **Total** | | | 4.10 | **$1,207.35** |

PRIOR FEES                        $409,385.70
PRIOR COSTS & EXPENSES           $82,317.95

FEES                $1,207.35
**TOTAL THIS INVOICE**      **$1,207.35**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338065    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0717    Ganesan, Skandapriya (2)
                  C/M# 697731

**TOTAL AMOUNT DUE**        **$519.27**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338065    JBS

January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0717    Ganesan, Skandapriya (2)
C/M# 697731

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 12/05/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.30 | 270.00 | 81.00 |
| MCK | 12/11/12 | E-mails with clients and Plaintiff's counsel regarding recording of withdrawals of lis pendens. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 12/12/12 | Additional e-mails with opposing counsel confirming that the litigation is resolved. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 12/12/12 | E-mail correspondence from opposing counsel regarding request to record notice of withdrawal of lis pendens. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 12/12/12 | Follow-up e-mail correspondence to opposing counsel re: lis pendens. [Previous e-mail returned as undeliverable] | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 12/12/12 | E-mail from client responding to summary re: dismissal and lis pendens. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 12/17/12 | E-mails with opposing counsel regarding lis pendens notices. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 12/19/12 | Communications with opposing counsel regarding lis pendens. | L120 | 0.40 | 234.00 | 93.60 |
| MCK | 12/20/12 | Communications with opposing counsel regarding lis pendens. | L120 | 0.30 | 234.00 | 70.20 |
| | | **TOTAL** | | **1.90** | | **$455.40** |

## COSTS & EXPENSES

11/15/12  Cardmember Service/Chase (Acct #0705); Data                           18.29

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338065 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Ganesan, Skandapriya (2) | | |

| | | | |
|---|---|---|---:|
| | Search; 3540 Mercato Court Alameda, CA 10/10/12 | | |
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Haroborview MTG Loan Trust 2006-10, 3540 Mercato Ct, Pleasanton, CA, 94566 11/08/12 | | 36.58 |
| 12/10/12 | Nationwide Legal Express; Court Services; USDC/ San Francisco Northern Dist. at 450 Golden Gate Ave., SF, CA. 11/02/12 | | 9.00 |
| | **TOTAL COSTS & EXPENSES** | | **$63.87** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---:|---:|
| L120    Analysis/Strategy | 1.90 | $455.40 |
| **TOTAL** | **1.90** | **$455.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---:|---:|---:|
| Kelly, Megan | MCK | Special Counsel | 1.60 | 234.00 | $374.40 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **1.90** | | **$455.40** |

| | |
|---|---|
| PRIOR FEES | $93,589.20 |
| PRIOR COSTS & EXPENSES | $6,309.94 |

| | |
|---|---:|
| FEES | $455.40 |
| COSTS & EXPENSES | $63.87 |
| **TOTAL THIS INVOICE** | **$519.27** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338066    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0796    CPN Pipeline Company
                  GMAC Matter No.: 710028

**TOTAL AMOUNT DUE**                $264.60

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338066    JBS                                              January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0796    CPN Pipeline Company
GMAC Matter No.: 710028

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| HRJ | 12/03/12 | Review and analyze issues re settlement agreement. | L160 | 0.20 | 306.00 | 61.20 |
| HRJ | 12/04/12 | Attend to issues re settlement agreement. | L160 | 0.20 | 306.00 | 61.20 |
| MKS | 12/05/12 | Attention to issue raised by client related to citation to bankruptcy court order recited in draft settlement agreement. | L160 | 0.30 | 270.00 | 81.00 |
| HRJ | 12/05/12 | Review and analyze issues re settlement agreement. | L160 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **0.90** | | **$264.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L160    Settlement/Non-Binding ADR | | 0.90 | $264.60 |
| TOTAL | | 0.90 | $264.60 |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Jones, Harold R. | HRJ | Associate | 0.60 | 306.00 | $183.60 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | Total | | 0.90 | | $264.60 |

PRIOR FEES                              $12,931.65
PRIOR COSTS & EXPENSES              $344.42

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 338066 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | CPN Pipeline Company | | |

|  | FEES | $264.60 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$264.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338068    JBS

January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0839     Neal, Dennis and Jacqueline
                   GMAC Matter No.: 711542

**TOTAL AMOUNT DUE**          **$1,435.05**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338068    JBS                                      January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0839    Neal, Dennis and Jacqueline
GMAC Matter No.: 711542

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 12/05/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.30 | 270.00 | 81.00 |
| BSW | 12/12/12 | Draft demurrer to Plaintiff's First Amended Complaint. | L240 | 3.40 | 265.50 | 902.70 |
| BSW | 12/15/12 | Begin draft motion to strike portions of Plaintiff's First Amended Complaint. | L250 | 1.70 | 265.50 | 451.35 |
| | | **TOTAL** | | **5.40** | | **$1,435.05** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $81.00 |
| L240 | Dispositive Motions | 3.40 | $902.70 |
| L250 | Other Written Motions | 1.70 | $451.35 |
| | **TOTAL** | **5.40** | **$1,435.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Whittemore, Brian | BSW | Associate | 5.10 | 265.50 | $1,354.05 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **5.40** | | **$1,435.05** |

PRIOR FEES                     $26,412.75
PRIOR COSTS & EXPENSES         $4,355.68

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 338068 | **CLIENT** | GMAC ResCap | Page | 2 |
| | | **MATTER** | Neal, Dennis and Jacqueline | | |

|  | |
|---|---|
| FEES | $1,435.05 |
| **TOTAL THIS INVOICE** | **$1,435.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338069    JBS                                           January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0851     Feliciano, Jose
                   GMAC Matter No.: 711719

**TOTAL AMOUNT DUE**          $321.75

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338069    JBS                                              January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0851    Feliciano, Jose
GMAC Matter No.: 711719

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 12/18/12 | Attention to draft summary a recommendation to client pertaining to repairs to be made at subject property and response to plaintiff's counsel's most recent correspondence containing settlement proposal. | L160 | 0.30 | 270.00 | 81.00 |
| MIW | 12/18/12 | Confer with B. Whittemore and M. K. Sullivan re status of settlement negotiations. | L120 | 0.20 | 274.50 | 54.90 |
| BSW | 12/18/12 | Analyze Plaintiffs settlement letter and communicate with client (K. Priore) regarding same. | L120 | 0.60 | 265.50 | 159.30 |
| BSW | 12/21/12 | Communicate with client regarding Plaintiff's settlement demand. | L140 | 0.10 | 265.50 | 26.55 |
| | | **TOTAL** | | **1.20** | | **$321.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.80 | $214.20 |
| L140 | Document/File Management | 0.10 | $26.55 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $81.00 |
| | **TOTAL** | **1.20** | **$321.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Whittemore, Brian | BSW | Associate | 0.70 | 265.50 | $185.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 338069 | CLIENT MATTER | GMAC ResCap Feliciano, Jose | | | Page | 2 |
|---|---|---|---|---|---|---|
| Wraight, Mark | MIW | Member | 0.20 | 274.50 | $54.90 | |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 | |
| | **Total** | | **1.20** | | **$321.75** | |

PRIOR FEES                            $84,888.45
PRIOR COSTS & EXPENSES        $8,535.79

| | | |
|---|---|---|
| FEES | | $321.75 |
| **TOTAL THIS INVOICE** | | **$321.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338070    JBS                                       January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0926  | Vargas, Robert |
|        |       | C/M# 713841 |

**TOTAL AMOUNT DUE**          **$200.25**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338070    JBS                                              January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0926    Vargas, Robert
                        C/M# 713841

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 12/05/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.30 | 270.00 | 81.00 |
| AAG | 12/05/12 | Communicate with plaintiff's attorney regarding recordation of Lis Pendens. | L160 | 0.10 | 238.50 | 23.85 |
| AAG | 12/18/12 | Communicate with plaintiffs' attorney regarding status of expungement of Lis Pendens. | L160 | 0.10 | 238.50 | 23.85 |
| AAG | 12/19/12 | Communicate with plaintiffs' attorney regarding expungement of Lis Pendens, review count records to obtain same, and update client regarding file closure pursuant to plaintiffs' having executed the last remaining obligation thereunder. | L160 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **0.80** | | **$200.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|---|-------|--------|---|---|
| L120 | Analysis/Strategy | 0.30 | $81.00 | | |
| L160 | Settlement/Non-Binding ADR | 0.50 | $119.25 | | |
| | **TOTAL** | **0.80** | **$200.25** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Givental, Alisa | AAG | Associate | 0.50 | 238.50 | $119.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338070 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | | MATTER | Vargas, Robert | | | | | |

| Sullivan, Mary Kate | MKS | Member | | 0.30 | 270.00 | $81.00 | |
| | **Total** | | | **0.80** | | **$200.25** | |

PRIOR FEES                          $15,702.30
PRIOR COSTS & EXPENSES          $2,293.73

FEES                    $200.25
**TOTAL THIS INVOICE**          **$200.25**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338071    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     0967     Murray, Burnel R.
                    GMAC Matter No.: 715022

**TOTAL AMOUNT DUE**        **$672.75**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338071    JBS                                January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0967    Murray, Burnel R.
                    GMAC Matter No.: 715022

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ALS | 12/05/12 | Receipt and review of email regarding from plaintiff's counsel regarding status of title - forward same to Amy Hartshorn | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 12/05/12 | Review title chron and forward to Amy Hartshorn | L110 | 0.30 | 292.50 | 87.75 |
| ALS | 12/05/12 | Telephone call to Amy Hartshorn to discuss how we get title to properly to correctly reflect borrower's name | L110 | 0.20 | 292.50 | 58.50 |
| ALS | 12/06/12 | Email from and to Amy Hartshorn regarding fact that Deutsche Bank is reflected as the owner by Chicago Title | L120 | 0.20 | 292.50 | 58.50 |
| ALS | 12/06/12 | Telephone call to Amy Hartshorn regarding fact that Deutsche Bank is reflected as the owner by Chicago Title | L120 | 0.20 | 292.50 | 58.50 |
| ALS | 12/11/12 | Telephone call from Amy Hartshorn regarding title and how to get it back in Murray's name | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 12/11/12 | Telephone call from and to Amy Hartshorn re: Chicago Title report | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 12/11/12 | Telephone call to plaintiff's counsel re: Chicago Title report | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 12/14/12 | Email from and to Amy Hartshorn regarding status of title issue | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 12/14/12 | Email to and from Agustin Pina regarding status of title issue | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 12/19/12 | Email from and to plaintiff's counsel regarding title to the property - forward same to Amy Hartshorn | L110 | 0.20 | 292.50 | 58.50 |
| | | **TOTAL** | | **2.30** | | **$672.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    338071 | CLIENT    GMAC ResCap | Page    2 |
|---|---|---|
| | MATTER    Murray, Burnel R. | |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.70 | $204.75 |
| L120 | Analysis/Strategy | 0.40 | $117.00 |
| L160 | Settlement/Non-Binding ADR | 1.20 | $351.00 |
| | TOTAL | 2.30 | $672.75 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Strayer, Ann | ALS | Special Counsel | 2.30 | 292.50 | $672.75 |
| | Total | | 2.30 | | $672.75 |

| | |
|---|---|
| PRIOR FEES | $42,736.50 |
| PRIOR COSTS & EXPENSES | $2,066.03 |

| | |
|---|---|
| FEES | $672.75 |
| TOTAL THIS INVOICE | $672.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338072    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1006     Juharyan, Ishkhan
                     C/M# 716686

**TOTAL AMOUNT DUE**              **$1,066.40**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338072    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1006    Juharyan, Ishkhan
                        C/M# 716686

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MXS | 10/19/12 | Reviewed pleading files for endorsed copy of notice of stay. | L250 | 0.40 | 216.00 | 86.40 |
| MXS | 12/05/12 | Strategized re mandatory settlement conference statement and outlined contents in case of requirement that Defendant Deutshe Bank appear at mandatory settlement conference | L230 | 0.30 | 216.00 | 64.80 |
| MXS | 12/05/12 | Wrote detailed update to client re status of case and likelihood that Deutsche Bank will need to appear at mandatory settlement conference | L230 | 0.40 | 216.00 | 86.40 |
| MXS | 12/05/12 | Spoke with Plaintiff's counsel re stipulation to continue settlement conference (.2), and strategized re likelihood of court accepting a continuance by stipulation. (.2) | L230 | 0.40 | 216.00 | 86.40 |
| MXS | 12/06/12 | Assembed and executed stipulation, prepared for filing. | L160 | 0.30 | 216.00 | 64.80 |
| MXS | 12/06/12 | E-mailed with opposing counsel re executed stipulation and filing timeline. | L160 | 0.10 | 216.00 | 21.60 |
| MXS | 12/06/12 | Drafted stipulation continuing trial setting and settlement conference dates due to stay. | L440 | 0.40 | 216.00 | 86.40 |
| MXS | 12/10/12 | Left voicemail for court clerk re stipulation to continue trial-setting conference, wrote follow-up email to court clerk re same. | L230 | 0.30 | 216.00 | 64.80 |
| MXS | 12/10/12 | Strategized re need for joint motion to continue trial setting conference. | L230 | 0.20 | 216.00 | 43.20 |
| MXS | 12/11/12 | Strategized re contents of settlement | L230 | 0.30 | 216.00 | 64.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338072 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | | MATTER | Juharyan, Ishkhan | | | | | |

| | | conference statement | | | | |
|---|---|---|---|---|---|---|
| MXS | 12/12/12 | E-mailed with Court re continuance of settlement conference due to stay. | L230 | 0.30 | 216.00 | 64.80 |
| MXS | 12/12/12 | Drafted detailed update to client re status of attempts to continue mandatory settlement conference | L230 | 0.40 | 216.00 | 86.40 |
| MXS | 12/12/12 | Spoke to court clerk re stay of case and status of efforts to continue trial setting conference. | L230 | 0.30 | 216.00 | 64.80 |
| MXS | 12/12/12 | Spoke to opposing counsel re status of efforts to continue trial-setting conference in light of stay of case. | L230 | 0.20 | 216.00 | 43.20 |
| MXS | 12/21/12 | Spoke to plaintiffs' counsel re adversary action. | L230 | 0.20 | 216.00 | 43.20 |
| MXS | 12/21/12 | Emailed with client re summary judgment plan. | L240 | 0.20 | 216.00 | 43.20 |
| | | **TOTAL** | | **4.70** | | **$1,015.20** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 12/27/12 | One Legal, Inc.; Transmittal of filing to court; Stipulation and Proposed Continuing Settlement Conference and Trial Setting Conference Conference Date 12/11/12 | 51.20 |
| | **TOTAL COSTS & EXPENSES** | **$51.20** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 0.40 | $86.40 |
| L230 | Court Mandated Conferences | 3.30 | $712.80 |
| L240 | Dispositive Motions | 0.20 | $43.20 |
| L250 | Other Written Motions | 0.40 | $86.40 |
| L440 | Other Trial Preparation | 0.40 | $86.40 |
| | **TOTAL** | **4.70** | **$1,015.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Schindler, Maria | MXS | Associate | 4.70 | 216.00 | $1,015.20 |
| | **Total** | | **4.70** | | **$1,015.20** |

| | |
|---|---|
| PRIOR FEES | $24,972.30 |
| PRIOR COSTS & EXPENSES | $1,851.41 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338072 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Juharyan, Ishkhan | | |

|  |  |
|---|---|
| FEES | $1,015.20 |
| COSTS & EXPENSES | $51.20 |
| **TOTAL THIS INVOICE** | **$1,066.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338073    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER   1043     Brockman, Edna C.
                         GMAC Matter No.: 718192

**TOTAL AMOUNT DUE**              **$460.80**

## \*\*\* REMITTANCE COPY \*\*\*
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338073    JBS                                      January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1043    Brockman, Edna C.
GMAC Matter No.: 718192

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ACS | 12/18/12 | Prepare for case management conference | L190 | 0.40 | 288.00 | 115.20 |
| ACS | 12/18/12 | Phone call with plaintiff's counsel re: case status, case management conference, bankruptcy status | L190 | 0.40 | 288.00 | 115.20 |
| ACS | 12/19/12 | Attend case management conference | L190 | 0.80 | 288.00 | 230.40 |
| | | **TOTAL** | | **1.60** | | **$460.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---------------------------|---|-------|--------|---|---|---|
| L190    Other Case Assessment | | 1.60 | $460.80 | | | |
| **TOTAL** | | **1.60** | **$460.80** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Sears, Alex | ACS | Associate | 1.60 | 288.00 | $460.80 |
| | **Total** | | **1.60** | | **$460.80** |

| | | |
|---|---|---|
| PRIOR FEES | $15,804.45 | |
| PRIOR COSTS & EXPENSES | $2,838.95 | |

| | |
|---|---|
| FEES | $460.80 |
| **TOTAL THIS INVOICE** | **$460.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338074    JBS

January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT    19000    GMAC ResCap
MATTER    1080    Enriquez, Romualdo D. and Olivia S.
                  GMAC Matter No.: 719059


**TOTAL AMOUNT DUE**        **$1,113.28**


## *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338074    JBS                                   January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1080    Enriquez, Romualdo D. and Olivia S.
GMAC Matter No.: 719059

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCK | 11/19/12 | Review co-defendants' reply to opposition to demurrer. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 11/19/12 | Review Plaintiffs' Opposition to co-defendants' demurrer to amended complaint. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 11/26/12 | Review of tentative ruling on co-defendant's demurrer to complaint. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 11/28/12 | E-mail correspondence to client regarding outcome of co-defendant's demurrer hearing. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 11/30/12 | Review Plaintiffs' counsel's notice of change of address. | L120 | 0.10 | 234.00 | 23.40 |
| MKS | 12/05/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.30 | 270.00 | 81.00 |
| MCK | 12/06/12 | Draft Reply to Opposition to Demurrer to First Amended Complaint. | L240 | 1.30 | 234.00 | 304.20 |
| MKS | 12/07/12 | Study and review plaintiff's Opposition to Demurrer. Review and revise draft reply in response. | L240 | 0.50 | 270.00 | 135.00 |
| MCK | 12/07/12 | Revisions to Reply to Opposition to Demurrer. | L240 | 0.50 | 234.00 | 117.00 |
| MCK | 12/13/12 | Review of tentative ruling on demurrer. | L240 | 0.20 | 234.00 | 46.80 |
| MCK | 12/17/12 | E-mail correspondence to client regarding outcome of demurrer hearing. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 12/17/12 | Draft proposed order on demurrer, proposed judgment of dismissal and transmittal correspondence. | L240 | 0.50 | 234.00 | 117.00 |
| MCK | 12/24/12 | Draft letter to court with proposed order and proposed judgment of dismissal. | L240 | 0.20 | 234.00 | 46.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    338074 | CLIENT    GMAC ResCap | | Page    2 | |
| | MATTER    Enriquez, Romualdo & Olivia | | | |

| | | | |
|---|---|---|---|
| **TOTAL** | | 4.50 | **$1,081.80** |

### COSTS & EXPENSES

| | |
|---|---|
| 12/26/12  One Legal, Inc.; Transmittal of filing to court; Reply to Opp to Demurrer to First Amended Complaint 12/07/12 | 31.48 |
| **TOTAL COSTS & EXPENSES** | **$31.48** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.30 | $315.00 | | |
| L240 | Dispositive Motions | 3.20 | $766.80 | | |
| | **TOTAL** | **4.50** | **$1,081.80** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kelly, Megan | MCK | Special Counsel | 3.70 | 234.00 | $865.80 |
| Sullivan, Mary Kate | MKS | Member | 0.80 | 270.00 | $216.00 |
| | **Total** | | **4.50** | | **$1,081.80** |

| | |
|---|---|
| PRIOR FEES | $7,202.70 |
| PRIOR COSTS & EXPENSES | $1,790.86 |

| | |
|---|---|
| FEES | $1,081.80 |
| COSTS & EXPENSES | $31.48 |
| **TOTAL THIS INVOICE** | **$1,113.28** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      338075      JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1105       Negrete, Maricela
                       GMAC Matter No.: 719957

**TOTAL AMOUNT DUE**              **$628.80**

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338075    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1105    Negrete, Maricela
                        GMAC Matter No.: 719957

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| HRJ | 12/06/12 | Appear at case management conference. | L230 | 0.70 | 306.00 | 214.20 |
| HRJ | 12/06/12 | Prepare for case management conference. | L120 | 0.50 | 306.00 | 153.00 |
| HRJ | 12/12/12 | Draft status report to J. Best. | L120 | 0.20 | 306.00 | 61.20 |
| HRJ | 12/27/12 | Draft status report to J. Best. | L110 | 0.20 | 306.00 | 61.20 |
| HRJ | 12/27/12 | Review and analyze issues re amended notice of bankruptcy. | L210 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **1.80** | | **$550.80** |

## COSTS & EXPENSES

| 12/11/12 | CourtCall, LLC; CourtCall - Conference Service; 03/21/13 | | 78.00 |
|----------|---------|---|-------|
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.20 | $61.20 |
| L120 | Analysis/Strategy | 0.70 | $214.20 |
| L210 | Pleadings | 0.20 | $61.20 |
| L230 | Court Mandated Conferences | 0.70 | $214.20 |
| | **TOTAL** | **1.80** | **$550.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Jones, Harold R. | HRJ | Associate | 1.80 | 306.00 | $550.80 |
| | Total | | **1.80** | | **$550.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338075 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Negrete, Maricela | | |

| | | |
|---|---|---|
| PRIOR FEES | $9,465.30 | |
| PRIOR COSTS & EXPENSES | $690.59 | |

| | |
|---|---|
| FEES | $550.80 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$628.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      338076      JBS                                        January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000      GMAC ResCap
MATTER      1149       Mathew, Vincent and Rosemole
                              GMAC Matter No.: 722251

**TOTAL AMOUNT DUE**              **$963.45**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338076    JBS                                          January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1149    Mathew, Vincent and Rosemole
                        GMAC Matter No.: 722251

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| NSR | 12/03/12 | Communications with Plaintiff's counsel regarding the settlement and a revised stipulation to dismiss to avoid first appearance fees | L160 | 0.30 | 238.50 | 71.55 |
| NSR | 12/03/12 | Prepare revised stipulation to dismiss in order to avoid first filing fees | L210 | 0.30 | 238.50 | 71.55 |
| NSR | 12/03/12 | Draft correspondence to Plaintiffs' counsel regarding the revised stipulation to dismiss and status of the notice of withdrawal of lis pendens | L210 | 0.30 | 238.50 | 71.55 |
| NSR | 12/03/12 | Draft letter to Plaintiff's counsel regarding the original copy of the revised stipulation to dismiss | L210 | 0.20 | 238.50 | 47.70 |
| MKS | 12/05/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.30 | 270.00 | 81.00 |
| NSR | 12/20/12 | Draft correspondence to Plaintiffs' counsel regarding the overdue status of Plaintiffs' withdrawal of the lis pendens | L160 | 0.30 | 238.50 | 71.55 |
| NSR | 12/20/12 | Communicate via telephone with Plaintiffs' counsel regarding status of the notice of withdrawal of lis pendens | L160 | 0.30 | 238.50 | 71.55 |
| NSR | 12/21/12 | Telephone and email communications with Plaintiffs' counsel regarding the original notarized notice of withdrawal | L210 | 0.50 | 238.50 | 119.25 |
| NSR | 12/21/12 | Finalize notice of withdrawal for recordation | L210 | 0.80 | 238.50 | 190.80 |
| NSR | 12/31/12 | Draft notice of entry of order | L210 | 0.40 | 238.50 | 95.40 |
| NSR | 12/31/12 | Obtain and analyze the Court's order of dismissal | L240 | 0.30 | 238.50 | 71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  338076 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Mathew, Vincent & Rosemole | | |

| | | | |
|---|---|---|---|
| **TOTAL** | | 4.00 | **$963.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $81.00 |
| L160 | Settlement/Non-Binding ADR | 0.90 | $214.65 |
| L210 | Pleadings | 2.50 | $596.25 |
| L240 | Dispositive Motions | 0.30 | $71.55 |
| | **TOTAL** | **4.00** | **$963.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Riedman, Natilee | NSR | Associate | 3.70 | 238.50 | $882.45 |
| | Total | | **4.00** | | **$963.45** |

| | |
|---|---|
| PRIOR FEES | $10,958.85 |
| PRIOR COSTS & EXPENSES | $437.89 |

| | |
|---|---|
| FEES | $963.45 |
| **TOTAL THIS INVOICE** | **$963.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338077    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1164    Vielma, Martha
                  GMAC Matter No.: 722889

**TOTAL AMOUNT DUE**              **$1,682.10**

### \*\*\* REMITTANCE COPY \*\*\*
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338077    JBS                              January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1164    Vielma, Martha
                         GMAC Matter No.: 722889

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| NSR | 12/01/12 | Draft amended notice of bankruptcy | L210 | 0.40 | 238.50 | 95.40 |
| NSR | 12/03/12 | Draft letter to Plaintiff's counsel regarding the amended notice of bankruptcy | L210 | 0.50 | 238.50 | 119.25 |
| NSR | 12/06/12 | Analysis regarding Plaintiffs' bond payments | L220 | 0.30 | 238.50 | 71.55 |
| MKS | 12/12/12 | Study and review newly served amended complaint;  strategy re: response to same. | L210 | 0.40 | 270.00 | 108.00 |
| NSR | 12/12/12 | Draft correspondence to Ms. Holtgren regarding Plaintiffs' first amended complaint, the allegations made therein, and amended notice of bankruptcy and our response to the first amended complaint | L120 | 0.50 | 238.50 | 119.25 |
| NSR | 12/12/12 | Analysis regarding stayed causes of action and permitted claims | L120 | 0.40 | 238.50 | 95.40 |
| NSR | 12/12/12 | Draft letter to Plaintiffs' counsel regarding the amended notice of bankruptcy | L210 | 0.60 | 238.50 | 143.10 |
| NSR | 12/27/12 | Analysis of correspondence from Ms. Holtgren regarding Fannie Mae's inquiry regarding bond payments | L220 | 0.10 | 238.50 | 23.85 |
| NSR | 12/27/12 | Finalize amended notice of bankruptcy and corresponding letter prior to filing | L240 | 0.30 | 238.50 | 71.55 |
| NSR | 12/27/12 | Analysis of correspondence from Ms. Holtgren, authorizing our preparation of a demurrer by GMAC and approving the proposed amended notice of bankruptcy | L240 | 0.10 | 238.50 | 23.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338077 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Vielma, Martha | | | | | |

| NSR | 12/27/12 | Analysis of the first amended complaint, in preparation of drafting demurrer | L240 | 1.10 | 238.50 | 262.35 |
|---|---|---|---|---|---|---|
| NSR | 12/31/12 | Outline memorandum of points and authorities in support of demurrer | L240 | 1.80 | 238.50 | 429.30 |
| NSR | 12/31/12 | Obtain information and authority concerning bond payments and release thereof | L120 | 0.50 | 238.50 | 119.25 |
| | | **TOTAL** | | **7.00** | | **$1,682.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $333.90 |
| L210 | Pleadings | 1.90 | $465.75 |
| L220 | Preliminary Injunctions/Provis | 0.40 | $95.40 |
| L240 | Dispositive Motions | 3.30 | $787.05 |
| | **TOTAL** | **7.00** | **$1,682.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.40 | 270.00 | $108.00 |
| Riedman, Natilee | NSR | Associate | 6.60 | 238.50 | $1,574.10 |
| | **Total** | | **7.00** | | **$1,682.10** |

| PRIOR FEES | $30,013.20 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,769.99 |

| | FEES | $1,682.10 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,682.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338078    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT      19000    GMAC ResCap
MATTER      1173     Liguori, Lisa
                     GMAC Matter No.: 723336


**TOTAL AMOUNT DUE**          **$768.75**


### *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338078    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1173    Liguori, Lisa
                       GMAC Matter No.: 723336

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| BJK | 12/18/12 | Drafted complaint to determien dischargability of debt | L210 | 2.50 | 234.00 | 585.00 |
| DHC | 12/21/12 | Review and revise Non dischargeability complaint. | L210 | 0.50 | 337.50 | 168.75 |
| | | **TOTAL** | | **3.00** | | **$753.75** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 12/26/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; SDSUPCT ROA CA 10/02/12 | | 15.00 |
| | **TOTAL COSTS & EXPENSES** | **$15.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|--------------------------|---|-------|--------|---|---|---|
| L210    Pleadings | | 3.00 | $753.75 | | | |
| TOTAL | | **3.00** | **$753.75** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Kornberg, Bernard | BJK | Associate | 2.50 | 234.00 | $585.00 |
| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 |
| | Total | | **3.00** | | **$753.75** |

| | |
|---|---|
| PRIOR FEES | $15,098.40 |
| PRIOR COSTS & EXPENSES | $1,491.71 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338078 | CLIENT | GMAC ResCap | Page | 2 |
|-------------|--------|--------|-------------|------|---|
|             |        | MATTER | Liguori, Lisa |    |   |

|  |  |
|--|--|
| FEES | $753.75 |
| COSTS & EXPENSES | $15.00 |
| **TOTAL THIS INVOICE** | **$768.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338079    JBS                                      January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1184 | Berdan, Felino V. and Belinda |
| | | GMAC Matter No.: 723763 |

**TOTAL AMOUNT DUE**          **$929.99**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338079    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1184    Berdan, Felino V. and Belinda
                        GMAC Matter No.: 723763

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MTM | 12/11/12 | Communicate with C. DiCicco regarding the notice of entry of order. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 12/17/12 | Review docket. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 12/18/12 | Check on Notice of Entry of Order and review and forward additional complaint found on docket. | L210 | 0.50 | 288.00 | 144.00 |
| MTM | 12/19/12 | Communicate with C. DiCicco regarding new action filed regarding owner-occupied property. | L210 | 0.30 | 288.00 | 86.40 |
| MTM | 12/20/12 | Research regarding filing of new complaints and Lis Pendens and review title records. | L210 | 0.50 | 288.00 | 144.00 |
| MTM | 12/20/12 | Attention to calendaring appeal deadline. | L510 | 0.30 | 288.00 | 86.40 |
| MTM | 12/26/12 | Attention to obtaining complaint filed on 12/18. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 12/27/12 | Review motion for judgment on the pleadings filed by defendants. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 12/27/12 | Review complaint filed by Plaintiff on 12/18 and compare same to complaint filed on 12/11 and communicate with C. Rommell regarding same. | L210 | 0.60 | 288.00 | 172.80 |
| MTM | 12/27/12 | Review file and communicate with client regarding deadline for plaintiff to file notice of appeal. | L510 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **3.20** | | **$921.60** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  338079 | CLIENT   GMAC ResCap | Page | 2 |
| | MATTER   Berdan, Felino V. & Belinda | | |

| | | |
|---|---|---:|
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Deutche Bank Series 2005-7, 1133 Arrowfield Way, San Ramon, CA 94582 11/14/12 | 8.39 |
| | **TOTAL COSTS & EXPENSES** | **$8.39** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L210 | Pleadings | 2.70 | $777.60 |
| L510 | Appellate Motions & Submission | 0.50 | $144.00 |
| | **TOTAL** | **3.20** | **$921.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| McGuinness, Michelle | MTM | Associate | 3.20 | 288.00 | $921.60 |
| | **Total** | | **3.20** | | **$921.60** |

| | |
|---|---|
| PRIOR FEES | $20,231.55 |
| PRIOR COSTS & EXPENSES | $2,601.73 |

| | |
|---:|---:|
| FEES | $921.60 |
| COSTS & EXPENSES | $8.39 |
| **TOTAL THIS INVOICE** | **$929.99** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338080    JBS                                          January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1236 | Willow Haven Holding Company |
| | | GMAC Matter No.: 726529 |

**TOTAL AMOUNT DUE**                  **$351.00**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338080    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1236    Willow Haven Holding Company
                        GMAC Matter No.: 726529

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| ABK | 11/02/12 | Communicate with S. Friedman at FNMA re: case status following Case Management Conference. | L120 | 0.10 | 247.50 | 24.75 |
| ABK | 11/02/12 | Communicate with H. Franchi at Ally re: case status following Case Management Conference. | L120 | 0.10 | 247.50 | 24.75 |
| MKS | 11/05/12 | Update status report; provide pending dates and deadlines, litigation developments and strategy | L120 | 0.20 | 270.00 | 54.00 |
| ABK | 11/05/12 | Review case file and court records pursuant to development of recommendations to client re: filing of notice of stay on behalf of defendant ETS in light of GMAC ResCap bankruptcy proceeding. | L120 | 0.30 | 247.50 | 74.25 |
| ABK | 12/05/12 | Send email status report to FNMA. | L120 | 0.10 | 247.50 | 24.75 |
| ABK | 12/05/12 | Send email status report to Ally. | L120 | 0.10 | 247.50 | 24.75 |
| ABK | 12/10/12 | Analysis and evaluation of plaintiff's Case Management Statement. | L230 | 0.10 | 247.50 | 24.75 |
| ABK | 12/10/12 | Analysis and evaluation of plaintiff's counsel Motion to Withdraw as Counsel. | L230 | 0.10 | 247.50 | 24.75 |
| ABK | 12/10/12 | Send email status reports to Ally and FNMA. | L120 | 0.10 | 247.50 | 24.75 |
| ABK | 12/18/12 | Prepare Case Management Statement. | L230 | 0.20 | 247.50 | 49.50 |
| | | **TOTAL** | | **1.40** | | **$351.00** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338080 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Willow Haven Holding Company | | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.00 | $252.00 |
| L230 | Court Mandated Conferences | 0.40 | $99.00 |
| | **TOTAL** | **1.40** | **$351.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kenney, Austin | ABK | Associate | 1.20 | 247.50 | $297.00 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **1.40** | | **$351.00** |

PRIOR FEES                              $7,219.58
PRIOR COSTS & EXPENSES                   $1,121.98

| | FEES | $351.00 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$351.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338081    JBS                                          January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT      19000    GMAC ResCap
MATTER      1238     Novak, James
                     GMAC Matter No.: 726566




**TOTAL AMOUNT DUE**              **$348.00**




### *** *REMITTANCE COPY* ***
*Please include this page with payment.*




Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338081    JBS                                              January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1238    Novak, James
                       GMAC Matter No.: 726566

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| TNA | 11/21/12 | Prepare communications to J. Holtgren at GMACM regarding order sustaining the demurrer. | L210 | 0.10 | 270.00 | 27.00 |
| TNA | 11/21/12 | Receive and review order sustaining demurrer. | L210 | 0.10 | 270.00 | 27.00 |
| TNA | 11/22/12 | Prepare notice of entry of order on demurrer. | L210 | 0.20 | 270.00 | 54.00 |
| MKS | 12/26/12 | Study and review new First Amended Complaint.  Strategy re: response to same. | L210 | 0.60 | 270.00 | 162.00 |
| | | **TOTAL** | | **1.00** | | **$270.00** |

### COSTS & EXPENSES

| | | | |
|--|--|--|--|
| 11/16/12 | CourtCall, LLC; CourtCall - Conference Service; 11/21/12 | | 78.00 |

**TOTAL COSTS & EXPENSES**                **$78.00**

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L210    Pleadings | 1.00 | $270.00 |
| **TOTAL** | **1.00** | **$270.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Sullivan, Mary Kate | MKS | Member | 0.60 | 270.00 | $162.00 |
| Abbott, Thomas | TNA | Associate | 0.40 | 270.00 | $108.00 |
| | **Total** | | **1.00** | | **$270.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338081 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Novak, James | | |

| | |
|---|---|
| PRIOR FEES | $3,422.70 |
| PRIOR COSTS & EXPENSES | $540.73 |

| | |
|---|---|
| FEES | $270.00 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$348.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338082    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1242     Fetty, Frederick and Susan
                   GMAC Matter No.: 726842

**TOTAL AMOUNT DUE**          $1,178.85

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338082    JBS                                  January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1242    Fetty, Frederick and Susan
                        GMAC Matter No.: 726842

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 12/02/12 | Communications with client re status of L120 matter. | | 0.10 | 279.00 | 27.90 |
| ERB | 12/03/12 | Attention to and strategize re resolution L120 and and options for disposition based on lack of response from Plaintiff. | | 0.30 | 279.00 | 83.70 |
| MGC | 12/11/12 | Place call to plaintiffs' counsel. | L110 | 0.10 | 238.50 | 23.85 |
| MGC | 12/18/12 | Call with co-defendants' counsel. | L110 | 0.30 | 238.50 | 71.55 |
| MGC | 12/19/12 | Call to plaintiffs' counsel. | L110 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **0.90** | | **$230.85** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 12/11/12 | CourtCall, LLC; CourtCall - Conference Service; 01/08/13 | 78.00 |
| 12/18/12 | Napa County Superior Court-D; Court and Filing Fees;  First Appearance and Filing Fee. 12/3/12. Draft#29610 | 870.00 |

**TOTAL COSTS & EXPENSES**                          **$948.00**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.50 | $119.25 |
| L120 | Analysis/Strategy | 0.40 | $111.60 |
| | **TOTAL** | **0.90** | **$230.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338082 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Fetty, Frederick & Susan | | | | |

| Cross, Michael | MGC | Associate | 0.50 | 238.50 | $119.25 |
| | **Total** | | **0.90** | | **$230.85** |

PRIOR FEES                          $14,241.60
PRIOR COSTS & EXPENSES              $373.64

| | | |
| --- | --- | --- |
| FEES | $230.85 |
| COSTS & EXPENSES | $948.00 |
| **TOTAL THIS INVOICE** | **$1,178.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

29610

CASE/CLIENT
Fetty v. GMACM

**(VOID 60 DAYS AFTER DATE)**

16-49
1220

PAY TO THE
ORDER OF   Napa County Superior Court

THE SUM OF   Eight Hundred Seventy and 00/100-------------- DOLLARS $ 870.00

PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $1000.00.

PAYABLE THROUGH

**Union**Bank
The Private Bank
Payable at any Union Bank branch including
400 California Street, San Francisco, CA 94101
(888) 828-2660 unionbank.com

SEVERSON & WERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

BY                      NON-NEGOTIABLE

ONE EMBARCADERO CENTER 26th FLOOR - SAN FRANCISCO, CA 94111 - (415) 396-3344
19100 VON KARMAN, SUITE 700 - IRVINE, CA 92612 - (949) 442-7110

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338083    JBS                          January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1247 | Galaviz, Jorge and Consuelo |
| | | GMAC Matter No.: 727068 |

**TOTAL AMOUNT DUE**          **$1,762.57**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338083    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1247    Galaviz, Jorge and Consuelo
GMAC Matter No.: 727068

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKK | 11/07/12 | Review loan file and servicing notes in preparation of drafting litigation case assessment. | L110 | 1.00 | 225.00 | 225.00 |
| MKK | 11/07/12 | Draft litigation assessment analysis. | L210 | 1.60 | 225.00 | 360.00 |
| MKK | 11/07/12 | Strategy regarding potential for summary judgment motion. | L210 | 0.60 | 225.00 | 135.00 |
| MKK | 11/07/12 | Legal research regarding the requirements under Civ. Code Section 2923.5. | L210 | 0.50 | 225.00 | 112.50 |
| MKK | 11/08/12 | Revise case assessment form to include information regarding judge and venue. | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 11/08/12 | Communication with client regarding potential settlement options. | L160 | 0.10 | 225.00 | 22.50 |
| MKK | 11/08/12 | Communication with opposing counsel regarding possibility of an informal resolution to the case. | L210 | 0.10 | 225.00 | 22.50 |
| MKK | 11/09/12 | Communication with L. Furuta regarding potential settlement. | L160 | 0.10 | 225.00 | 22.50 |
| MKK | 11/12/12 | Communication with L. Furuta regarding potential settlement of case. | L160 | 0.10 | 225.00 | 22.50 |
| MKK | 11/13/12 | Communication with opposing counsel regarding possible settlement of case. | L160 | 0.20 | 225.00 | 45.00 |
| MKK | 11/13/12 | Prepare notice of entry of order regarding demurrer. | L210 | 0.20 | 225.00 | 45.00 |
| MKK | 11/21/12 | Communication with opposing counsel regarding proposed settlement terms. | L210 | 0.10 | 225.00 | 22.50 |
| MKK | 11/21/12 | Communication with client regarding proposed settlement terms. | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 11/27/12 | Communication with opposing counsel regarding status of settlement. | L160 | 0.10 | 225.00 | 22.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.  338083    CLIENT  GMAC ResCap                    Page    2
                       MATTER  Galaviz, Jorge & Consuelo

| | | | | | | |
|---|---|---|---|---|---|---|
| MKK | 11/27/12 | Review and analyze evidence establishing compliance with Section 2923.5. | L210 | 0.90 | 225.00 | 202.50 |
| MKS | 12/05/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.30 | 270.00 | 81.00 |
| MKK | 12/07/12 | Communication with opposing counsel regarding submission of completed loan modification application. | L160 | 0.10 | 225.00 | 22.50 |
| MKK | 12/11/12 | Communication with opposing counsel regarding loan modification application. | L160 | 0.10 | 225.00 | 22.50 |
| MKK | 12/12/12 | Communication with client regarding loan modification application. | L160 | 0.10 | 225.00 | 22.50 |
| MKK | 12/27/12 | Review Plaintiffs' case management statement. | L210 | 0.20 | 225.00 | 45.00 |
| MKK | 12/27/12 | Draft case management statement. | L210 | 0.60 | 225.00 | 135.00 |
| | | **TOTAL** | | **7.60** | | **$1,723.50** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/15/12 | Cardmember Service/Chase (Acct #0705); Data Search; 125 Roseberry Court Solano, CA 10/29/12 | 13.34 |
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Galaviz Jorge / Galaviz Consuelo, 1525 Roseberry Ct, Dixon, CA, 95620 11/07/12 | 8.39 |
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Galaviz Jorge / Galaviz Consuelo, 1525 Roseberry Ct, Dixon, CA, 95620 11/07/12 | 4.95 |
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Galaviz Jorge / Galaviz Consuelo, 1525 Roseberry Ct, Dixon, CA, 95620 11/27/12 | 8.39 |
| 12/18/12 | Superior Court-D; Court and Filing Fees; Fee for copies of filed documents. Draft#29313. 11/28/12 | 4.00 |
| | **TOTAL COSTS & EXPENSES** | **$39.07** |

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338083 | CLIENT | GMAC ResCap | | Page | 3 |
| | | MATTER | Galaviz, Jorge & Consuelo | | | |

| Task Code and Description | | | Hours | Amount | | | |
|---|---|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | | 1.00 | $225.00 | | | |
| L120 | Analysis/Strategy | | 0.30 | $81.00 | | | |
| L160 | Settlement/Non-Binding ADR | | 0.90 | $202.50 | | | |
| L210 | Pleadings | | 5.40 | $1,215.00 | | | |
| | TOTAL | | 7.60 | $1,723.50 | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Kamka, Mary Kate | MKK | Associate | | 7.30 | 225.00 | $1,642.50 |
| Sullivan, Mary Kate | MKS | Member | | 0.30 | 270.00 | $81.00 |
| | Total | | | 7.60 | | $1,723.50 |

PRIOR FEES                        $17,160.30
PRIOR COSTS & EXPENSES            $1,993.68


|  | FEES | $1,723.50 |
|---|---|---|
|  | COSTS & EXPENSES | $39.07 |
|  | TOTAL THIS INVOICE | $1,762.57 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338084    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1276    Robinson, Tena
                  GMAC Matter No.: 728564

**TOTAL AMOUNT DUE**            $1,385.55

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338084    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1276    Robinson, Tena
                       GMAC Matter No.: 728564

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 12/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| EXM | 12/06/12 | Draft proposed order sustaining demurrer with leave to amend | L210 | 0.30 | 279.00 | 83.70 |
| EXM | 12/06/12 | Review tenative ruling | L210 | 0.20 | 279.00 | 55.80 |
| EXM | 12/06/12 | Communicate with client re ruling on the demurrer | L210 | 0.20 | 279.00 | 55.80 |
| EXM | 12/20/12 | Review and analyze communication from opposing counsel re first amended complaint | L210 | 0.30 | 279.00 | 83.70 |
| EXM | 12/26/12 | Communications with clients re first amended complaint | L120 | 0.10 | 279.00 | 27.90 |
| EXM | 12/26/12 | Strategize re demurrer to first amended complaint (post BK notice) | L210 | 0.40 | 279.00 | 111.60 |
| EXM | 12/27/12 | Review and analyze first amended complaint | L210 | 1.00 | 279.00 | 279.00 |
| EXM | 12/27/12 | Draft demurrer to first amended complaint | L210 | 1.40 | 279.00 | 390.60 |
| EXM | 12/28/12 | Revise demurrer to FAC and supporting request for judicial notice | L210 | 0.40 | 279.00 | 111.60 |
| | | **TOTAL** | | **4.40** | | **$1,227.60** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 12/11/12 | CourtCall, LLC; CourtCall - Conference Service; 12/07/12 | 108.00 |
| 12/27/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- Sacramento, Ca. 12/11/12 | 49.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   338084 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER | Robinson, Tena | | | |

| **TOTAL COSTS & EXPENSES** | | $157.95 |
|---|---|---|

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $55.80 |
| L210 | Pleadings | 4.20 | $1,171.80 |
| | **TOTAL** | **4.40** | **$1,227.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Manukyan, Evelina | EXM | Associate | 4.30 | 279.00 | $1,199.70 |
| | Total | | **4.40** | | **$1,227.60** |

| PRIOR FEES | $7,927.20 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,468.19 |

| FEES | $1,227.60 |
|---|---|
| COSTS & EXPENSES | $157.95 |
| **TOTAL THIS INVOICE** | **$1,385.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## ...r 12/01/2012 through — Debit Account Number CCDA-01-37[0]

| CCID# COURT | JUDGE | CASENAME/NUMBER | VIDEO/ LATE FEE | FEE/ LATE FEE | TOTAL | BALANCE AMOUNT |
|---|---|---|---|---|---|---|
| 5311439 San Francisco Superior Court | Rotating Judges | The Regents of the University of California v. RMF Engineering, Inc., et al /518341 | | $78.00 | $78.00 | ($13,870.00) |
| | | | | $0.00 | | |
| 5303120 San Diego Superior Court-Central(HOJ) | Judge Ronald S. Prager | Garcia vs. Bank of America NA/37-2012-00078395-C | | Refund $78.00 | O/C | ($13,948.00) |
| 5311645 Placer County Superior Court | Comr. Michael A. Jacques | Rosene, Donald G. vs. Bank of America/SCV0031901 | | $78.00 | $78.00 | ($13,8??.00) |
| | | | | $0.00 | | |
| 5289944 U.S. Bankruptcy Court-E.D. California (Fresno/Bkrstd) | Honorable Richard Lee Martinez/10-92319 (12-1129) | | | $30.00 | $30.00 | ($13,840.00) |
| | | | | $0.00 | | |

**Reference # 19000-1349**

12/5/12  12/12/12  Evelina Manukyan

| 5312535 Contra Costa County Superior Court | Judge Steven K. Austin | Darousa v. Wells Fargo, et al./C1200715 | | $78.00 | $78.00 | ($13,752.00) |
|---|---|---|---|---|---|---|
| | | | | $0.00 | | |

**Reference # 59000.0292**

12/5/12  12/7/12  Evelina Manukyan

| 5312579 Sacramento County Superior Court | Judge David I. Brown | Robinson vs. GMAC Mortgage/34-2012-00123823 | | $78.00 | $108.00 | ($13,654.00) |
|---|---|---|---|---|---|---|
| | | | | $30.00 | | |

**Reference # 19000.1276**

12/5/12  12/14/12  Evelina Manukyan

| 5312530 El Dorado County Superior Court | Judge Nelson Keith Brooks | Elison vs. HSBC Bank, et al/PC20120346 | | $78.00 | $78.00 | ($13,576.00) |
|---|---|---|---|---|---|---|
| | | | | $0.00 | | |

**Reference # 19000.1308**

12/5/12  14/4/13  Michael Cross

| 5312739 Nevada County Superior Court-Nevada City | Judge Sean P. Dowling (VI) | Von Brincken v. Federal National Mortgage, et al./78503 | | $78.00 | $78.00 | ($13,498.00) |
|---|---|---|---|---|---|---|
| | | | | $0.00 | | |

**Reference # 19000.1294**

2012

From Auto Debit Send on 12/10/12 at 11:00 PM

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338085    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1283     Munguia, Jorge and Michele
                   GMAC Matter No.: 728959

**TOTAL AMOUNT DUE**            **$922.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338085    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1283    Munguia, Jorge and Michele
                        GMAC Matter No.: 728959

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MKS | 12/05/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.30 | 270.00 | 81.00 |
| MCK | 12/05/12 | Draft E-mail correspondence to client regarding Second Amended Complaint and applicability of Bankruptcy Stay. | L120 | 0.50 | 234.00 | 117.00 |
| MCK | 12/05/12 | Draft Second Amended Notice of Bankruptcy | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 12/05/12 | E-mail correspondence from opposing counsel to meet and confer in advance of case management conference. | L230 | 0.10 | 234.00 | 23.40 |
| MCK | 12/05/12 | Analysis of claims asserted Second Amended Complaint in relation to GMAC Bankruptcy. | L120 | 0.50 | 234.00 | 117.00 |
| MCK | 12/07/12 | Attention to file re: upcoming Case Management Conference. | L230 | 0.10 | 234.00 | 23.40 |
| MCK | 12/07/12 | Review Plaintiffs' case management conference statement. | L230 | 0.10 | 234.00 | 23.40 |
| MKS | 12/10/12 | Review and revise draft email regarding response to Second Amendment complaint and review and revise amended notice of bankruptcy stay in light of amended complaint. | L120 | 0.40 | 270.00 | 108.00 |
| MCK | 12/10/12 | Appearance by Court Call for Case Management Conference. | L230 | 0.60 | 234.00 | 140.40 |
| MCK | 12/18/12 | Follow-up e-mail correspondence to client regarding draft notice of stay and strategy. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 12/19/12 | Draft transmittal correspondence re: Second Amended Notice of | L120 | 0.20 | 234.00 | 46.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338085 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Munguia, Jorge & Michele | | | | |

| | | Bankruptcy. | | | | |
|---|---|---|---|---|---|---|
| MCK | 12/27/12 | E-mail to client with conformed notice of bankruptcy and notice of upcoming hearing dates. | L120 | 0.20 | 234.00 | 46.80 |
| | | **TOTAL** | | **3.50** | | **$844.20** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 12/11/12 | CourtCall, LLC; CourtCall - Conference Service; 12/10/12 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.60 | $633.60 |
| L230 | Court Mandated Conferences | 0.90 | $210.60 |
| | **TOTAL** | **3.50** | **$844.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kelly, Megan | MCK | Special Counsel | 2.80 | 234.00 | $655.20 |
| Sullivan, Mary Kate | MKS | Member | 0.70 | 270.00 | $189.00 |
| | **Total** | | **3.50** | | **$844.20** |

| | |
|---|---|
| PRIOR FEES | $6,684.75 |
| PRIOR COSTS & EXPENSES | $1,385.01 |

| | |
|---|---|
| FEES | $844.20 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$922.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338086    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT    19000    GMAC ResCap
MATTER    1301     Torres, Jose Gabriel
                   GMAC Matter No.: 729520



**TOTAL AMOUNT DUE**            **$792.53**




### *** *REMITTANCE COPY* ***
*Please include this page with payment.*




Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338086    JBS                                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1301    Torres, Jose Gabriel
GMAC Matter No.: 729520

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| TNA | 12/04/12 | Exchange of communications with J. Hoy regarding trustee's deed and motion for judgment on the pleadings. | L210 | 0.10 | 270.00 | 27.00 |
| TNA | 12/04/12 | Receive and review revised trustee's deed upon sale. | L210 | 0.10 | 270.00 | 27.00 |
| MKS | 12/05/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.30 | 270.00 | 81.00 |
| MKS | 12/11/12 | Review and revise motion for judgment on pleadings. | L240 | 0.50 | 270.00 | 135.00 |
| TNA | 12/11/12 | Prepare request for judicial notice in support of motion for judgment on the pleadings. | L210 | 0.20 | 270.00 | 54.00 |
| TNA | 12/11/12 | Prepare final revisions to motion for judgment on the pleadings. | L210 | 1.40 | 270.00 | 378.00 |
| | | **TOTAL** | | **2.60** | | **$702.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Torres Jose G. 24873 Willimet Way, Hayward, CA 94544 11/19/12 | 30.53 |
| 12/31/12 | Clerk, Alameda County Superior Court; Court and Filing Fees; Filing Fee Motion for Judgment on Pleading. Draft#29378 12/13/12 | 60.00 |
| | **TOTAL COSTS & EXPENSES** | **$90.53** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338086 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Torres, Jose Gabriel | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $81.00 |
| L210 | Pleadings | 1.80 | $486.00 |
| L240 | Dispositive Motions | 0.50 | $135.00 |
| | **TOTAL** | **2.60** | **$702.00** |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | | Member | 0.80 | 270.00 | $216.00 |
| Abbott, Thomas | TNA | | Associate | 1.80 | 270.00 | $486.00 |
| | | Total | | **2.60** | | **$702.00** |

| | |
|---|---|
| PRIOR FEES | $4,462.20 |
| PRIOR COSTS & EXPENSES | $1,354.28 |

| | |
|---|---|
| FEES | $702.00 |
| COSTS & EXPENSES | $90.53 |
| **TOTAL THIS INVOICE** | **$792.53** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338087    JBS                                            January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1307 | Henle, Thomas N. |
| | | GMAC Matter No.: 729616 |

**TOTAL AMOUNT DUE**          **$806.40**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338087    JBS                                     January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1307    Henle, Thomas N.
                        GMAC Matter No.: 729616

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MTM | 12/04/12 | Review status and communicate with co- and opposing counsel regarding status. | L160 | 0.30 | 288.00 | 86.40 |
| MTM | 12/05/12 | Review proposed revision to stipulated judgment and modify same and communicate with client and counsel regarding same. | L160 | 1.80 | 288.00 | 518.40 |
| MTM | 12/05/12 | Review docket and communicate with M. Sullivan regarding entry of final judgment. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 12/10/12 | Follow up with co- and opposing counsel regarding status. | L160 | 0.20 | 288.00 | 57.60 |
| MTM | 12/11/12 | Communicate with M. Sullivan regarding status of case. | L160 | 0.10 | 288.00 | 28.80 |
| MTM | 12/31/12 | Review communication from Plaintiff's counsel and counsel for MERS and seek update on status from Plaintiff's counsel. | L160 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **2.80** | | **$806.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L160    Settlement/Non-Binding ADR | 2.60 | $748.80 |
| L210    Pleadings | 0.20 | $57.60 |
| **TOTAL** | **2.80** | **$806.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 338087 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Henle, Thomas N. | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| McGuinness, Michelle | MTM | Associate | 2.80 | 288.00 | $806.40 |
| | **Total** | | **2.80** | | **$806.40** |

| PRIOR FEES | $7,036.65 |
|---|---|
| PRIOR COSTS & EXPENSES | $751.98 |

| | | |
|---|---|---|
| FEES | | $806.40 |
| **TOTAL THIS INVOICE** | | **$806.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338088    JBS                                January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1311 | Chao, Yao Sae |
| | | GMAC Matter No.: 729670 |

**TOTAL AMOUNT DUE**            $1,043.68

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338088    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1311    Chao, Yao Sae
                        GMAC Matter No.: 729670

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| AAG | 12/27/12 | Update Wells Fargo client regarding status of case and settlement discussions. | L110 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **0.20** | | **$47.70** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 11/15/12 | Cardmember Service/Chase (Acct #0705); Data Search; 1430 22nd Avenue Alameda, CA 10/11/12 | | 76.03 |
| 12/04/12 | One Legal, Inc.; Transmittal of filing to court; Notice, Demurrer, Memorandum of Points & Authorities, Request for Judicial Notice including Court Filing Fee $870 11/01/12 | | 919.95 |
| | **TOTAL COSTS & EXPENSES** | | **$995.98** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $47.70 | | | |
| | **TOTAL** | **0.20** | **$47.70** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 0.20 | 238.50 | $47.70 |
| | **Total** | | **0.20** | | **$47.70** |

| PRIOR FEES | $6,380.55 |
|---|---|
| PRIOR COSTS & EXPENSES | $156.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338088 | CLIENT | GMAC ResCap | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Chao, Yao Sae | | |

|  |  |
| --- | --- |
| FEES | $47.70 |
| COSTS & EXPENSES | $995.98 |
| **TOTAL THIS INVOICE** | **$1,043.68** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



Novato, CA 94947
(800) 938-8815

| Cust. No.: | 0000562 |
| Invoice No.: | 7605755 |
| Inv. Date: | 11/1/12 |
| Due Date: | 11/16/12 |
| Total: | $919.95 |
| Terms: | Net 15 |

SEVERSON & WERSON
ATTN: Accounting  Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

| INVOICE No. | |
| 7605755 | |
| Date: | 11/1/12 |
| Cust. No.: | 0000562 |

| Law Firm Contact: | Alisa A. Givental |
| Client File No.: | 19000.1311 |
| Case Short Title: | Chao V. Wells Fargo |

| Documents: | Notice, Demurrer, Memorandum of Points & Authorities, Request for Judicial Notice |
| One Legal Branch: | Oakland |
| Court: | Superior Court of California, Alameda County |
| Description: | |

| COURT FILING FEE | $870.00 |
| COURT FILING SERVICE FEE | $49.95 |

OK to pay
AAB/TP

| Due Date | 11/16/12 | Total This Invoice | $919.95 |



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      338089      JBS                                    January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000      GMAC ResCap
MATTER       1358       Aniel, Erlinda Abibas
                        GMAC Matter No.: 732286

**TOTAL AMOUNT DUE**          **$4,327.48**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338089    JBS                                                January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1358    Aniel, Erlinda Abibas
GMAC Matter No.: 732286

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| TSH | 11/16/12 | Draft Motion for Relief from Stay to be filed in the Marc Aniel bankruptcy matter, USBC Northern District of California, San Francisco, case number 12-33117. | L210 | 1.00 | 225.00 | 225.00 |
| TSH | 11/21/12 | E-file Motion for Relief from Stay with Regards to Real Property to be filed in the USBC Central District of California case number 12-47460 (E. Hardemion) | L190 | 0.20 | 225.00 | 45.00 |
| TSH | 11/21/12 | Edit and revise GMAC's Motion for Relief from Stay to be filed in USBC San Francisco case number 12-33117 (M.Aniel) with regards to real property located at 75 Tobin Drive. | L210 | 0.70 | 225.00 | 157.50 |
| TSH | 11/21/12 | Draft Notice of Hearing for GMAC's Motion Relief from Stay to be filed in USBC San Francisco case number 12-33117 (M.Aniel) with regards to real property located at 75 Tobin Drive. | L210 | 0.20 | 225.00 | 45.00 |
| TSH | 11/21/12 | Draft Certificate of Service for GMAC's Motion for Relief from Stay to be filed in USBC San Francisco case number 12-33117 (M.Aniel) with regards to real property located at 75 Tobin Drive. | L210 | 0.10 | 225.00 | 22.50 |
| ANB | 11/26/12 | Review title documents received in reviewing draft of motion for relief from stay and follow up with client on request for reinstatement figures for motion | L210 | 0.50 | 292.50 | 146.25 |
| TSH | 11/27/12 | Draft Declaration in support of GMAC | L210 | 1.00 | 225.00 | 225.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338089 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Aniel, Erlinda Abibas | | | | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | Mortgage's Motion for Relief from the Automatic Stay (USBC Northern District of California, Case No. 12-33117, M. Aniel) | | | | |
| ANB | 11/28/12 | Review and revise motion for relief from stay and declaration in support thereof and forward declaration onto client for review and signature | L210 | 1.50 | 292.50 | 438.75 |
| TSH | 11/28/12 | Prepare Exhibits to accompany declaration in support of GMAC Mortgage's Motion for Relief from Stay (USBC Northern District of California, Case No. 12-33117, M. Aniel) | L210 | 0.50 | 225.00 | 112.50 |
| TSH | 11/29/12 | Edit GMAC Mortgage's Motion for Relief from Stay (USBC Northern District of California, Case No. 12-33117, M. Aniel) | L210 | 0.30 | 225.00 | 67.50 |
| TSH | 11/29/12 | Draft Relief from Stay Cover Sheet for GMAC Mortgage's Motion for Relief from Stay (USBC Northern District of California, Case No. 12-33117, M. Aniel) | L210 | 0.20 | 225.00 | 45.00 |
| TSH | 11/29/12 | Edit Certificate of Service to add in 20 Largest Creditors for GMAC Mortgage's Motion for Relief from Stay (USBC Northern District of California, Case No. 12-33117, M. Aniel) | L210 | 0.20 | 225.00 | 45.00 |
| TNA | 12/03/12 | Telephone call to plaintiffs' counsel to request dismissal of action. | L210 | 0.10 | 270.00 | 27.00 |
| MKS | 12/05/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.30 | 270.00 | 81.00 |
| TSH | 12/12/12 | Review title documents for junior liens with regards to the subject property involved in the USBC Northern District of California Case No. 12-33117. | L120 | 0.20 | 225.00 | 45.00 |
| ANB | 12/13/12 | Plan and prepare for RFS hearing | L240 | 1.00 | 292.50 | 292.50 |
| ANB | 12/13/12 | Appear at RFS hearing | L240 | 1.30 | 292.50 | 380.25 |
| ANB | 12/14/12 | Provide detailed hearing results to client from contested Motion for Relief from Stay hearing | L120 | 0.50 | 292.50 | 146.25 |
| MKS | 12/18/12 | Telephone call and correspondence with client re: efforts to obtain | L250 | 0.20 | 270.00 | 54.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338089 | CLIENT | GMAC ResCap | | | | Page | 3 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Aniel, Erlinda Abibas | | | | | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | information and declarant to complete court ordered supplemental declaration. | | | | |
| ANB | 12/20/12 | Phone conference with debtors counsel to discuss stipulation to extend deadlines for filing declarations and continue hearing, advise client and recommend agreeing to continuance | L120 | 0.50 | 292.50 | 146.25 |
| TSH | 12/20/12 | Draft Stipulation to Continue Hearing on GMAC Mortgage, LLC's Motion for Relief from the Automatic Stay, Order on Stipulation, and Certificate of Service to be filed in USBC Northern District of California case number 12-33117. | L210 | 0.50 | 225.00 | 112.50 |
| MKS | 12/21/12 | Strategy re: contents and filing of supplemental declaration un support of motion. | L210 | 0.40 | 270.00 | 108.00 |
| ANB | 12/21/12 | Phone conference with client to discuss what is required to be provided to the Court in a supplemental declaration, and draft, review and revise supplemental declaration | L210 | 1.00 | 292.50 | 292.50 |
| ANB | 12/21/12 | Review and revise stipulation, order and certificate of service to continue RFS hearing, contact Court and advise of continuance, and forward to Debtor's counsel for signature, review signed stipulation from debtor's counsel and file | L210 | 1.50 | 292.50 | 438.75 |
| MKS | 12/28/12 | Telephone call with client re: status of unlawful detainer action. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **14.10** | | **$3,753.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Aniel Fermin / Aniel Erlinda, 75 Tobin Clark Dr. Hillsborough, CA 94010 11/19/12 | 28.19 |
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Aniel Fermin / Aniel Erlinda, 75 Tobin Clark Dr. Hillsborough, CA, 94010 11/29/12 | 18.29 |
| 12/20/12 | Cardmember Service/Bank One (Acct #2707); | 176.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 338089 | CLIENT | GMAC ResCap | Page | 4 |
| | MATTER | Aniel, Erlinda Abibas | | |

| | | |
|---|---|---:|
| | Court and Filing Fees; Courts/USBC-CA 11/29/12 | |
| 12/20/12 | Cardmember Service/Bank One (Acct #2707); Court and Filing Fees; Courts/USBC-CA 12/03/12 | 176.00 |
| 12/20/12 | Cardmember Service/Bank One (Acct #2707); Court and Filing Fees; Courts/USBC-CA 12/03/12 | 176.00 |
| | **TOTAL COSTS & EXPENSES** | **$574.48** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---:|---:|
| L120 | Analysis/Strategy | 1.70 | $472.50 |
| L190 | Other Case Assessment | 0.20 | $45.00 |
| L210 | Pleadings | 9.70 | $2,508.75 |
| L240 | Dispositive Motions | 2.30 | $672.75 |
| L250 | Other Written Motions | 0.20 | $54.00 |
| | **TOTAL** | **14.10** | **$3,753.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---:|---:|---:|
| Barasch, Adam | ANB | Special Counsel | 7.80 | 292.50 | $2,281.50 |
| Sullivan, Mary Kate | MKS | Member | 1.10 | 270.00 | $297.00 |
| Abbott, Thomas | TNA | Associate | 0.10 | 270.00 | $27.00 |
| Holmes, Toriana | TSH | Associate | 5.10 | 225.00 | $1,147.50 |
| | **Total** | | **14.10** | | **$3,753.00** |

| | |
|---|---:|
| PRIOR FEES | $8,112.15 |
| PRIOR COSTS & EXPENSES | $188.13 |

| | |
|---|---:|
| FEES | $3,753.00 |
| COSTS & EXPENSES | $574.48 |
| **TOTAL THIS INVOICE** | **$4,327.48** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

| Date | Description | Amount |
|---|---|---|
| | COURTS/USBC-CA-PG 213-894-0999 CA | 2.00 |
| | COURTS/USBC-CA-PG 213-894-0999 CA | 176.00 |
| | VWH*R6662471 CALAUT.VERIO 561-989-8574 FL | 19.95 |
| 11/19 | COURTS/USBC-CA-PG 213-894-0999 CA | 176.00 |
| 11/19 | COURTS/USBC-CA-E-PG 916-930-4472 CA | 176.00 |
| 11/19 | COURTS/USBC-CA-E-PG 916-930-4472 CA | 176.00 |
| 11/19 | COURTS/USBC-CA-S 619-557-6777 CA | 176.00 |
| 11/20 | RIVERSIDE COURT WEB IMAGI 951-9555561 CA | 3.00 |
| 11/19 | LA SUPERIOR COURT 213-8930364 CA | 500.00 |
| 11/20 | COURTS/USBC-CA-N-PG 415-268-2344 CA | |
| 11/20 | COURTS/USBC-CA-E-PG 916-930-4472 CA | 176.00 |
| 11/19 | MERCEDES RESTAURANT HAIR SAN FRANCISCO CA | 27.60 |
| 11/21 | COURTS/USBC-CA-E-PG 916-930-4472 CA | 176.00 |
| 11/21 | SDSUPCT ROA 619-4507000 CA | 7.50 |
| 11/21 | COURTS/USBC-CA-PG 213-894-0999 CA | 176.00 |
| 11/22 | COURTS/USBC-CA-PG 213-894-0999 CA | 176.00 |
| 11/21 | SDSUPCT ROA 619-4507000 CA | 7.50 |
| 11/26 | ORANGE CO SUPERIOR CRT WE 714-8342200 CA | 7.50 |
| 11/26 | COURTS/USBC-CA-PG 213-894-0999 CA | 176.00 |
| 11/26 | COURTS/USBC-CA-PG 213-894-0999 CA | 176.00 |
| 11/26 | COURTS/USBC-CA-E-PG 916-930-4472 CA | 176.00 |
| 11/26 | COURTS/USBC-CA-N-PG 415-268-2344 CA | 176.00 |
| 11/27 | COURTS/USBC-CA-PG 213-894-0999 CA | 176.00 |
| 11/27 | COURTS/USBC-CA-PG 213-894-0999 CA | 176.00 |
| 11/27 | SAN BERNARDINO SUPERIOR CT 909-3509322 CA | 1.50 |
| 11/27 | COURTS/USBC-CA-N-PG 415-268-2344 CA | 176.00 |
| 11/28 | COURTS/USBC-CA-S 619-557-6777 CA | 176.00 |
| 11/28 | COURTS/USBC-CA-S 619-557-6777 CA | 176.00 |
| 11/28 | COURTS/USBC-CA-E-PG 916-930-4472 CA | 176.00 |
| 11/28 | COURTS/USBC-CA-E-PG 916-930-4472 CA | 176.00 |
| 11/29 | VWH*VERIO WEBHOSTING 800-905-7675 TX | 36.95 |
| 11/28 | SAN FRAN 49ERS 415-464-9377 CA | 2,265.00 |
| 11/28 | SAN FRAN 49ERS 415-464-9377 CA | 6,935.00 |
| 11/28 | COURTS/USBC-CA-N-PG 415-268-2344 CA | 176.00 |
| 11/29 | COURTS/USBC-CA-S 619-557-6777 CA | 176.00 |
| 11/29 | CTC*CONSTANTCONTACT.COM 855-2295506 MA | 30.00 |
| 11/29 | COURTS/USBC-CA-PG 213-894-0999 CA | 176.00 |
| 11/29 | COURTS/USBC-CA-PG 213-894-0999 CA | 176.00 |
| 11/29 | COURTS/USBC-CA-N-PG 415-268-2344 CA | 176.00 |
| 11/29 | COURTS/USBC-CA-S 619-557-6777 CA | 176.00 |
| 11/29 | COURTS/USBC-CA-S 619-557-6777 CA | 176.00 |
| 11/30 | COURTS/USBC-CA-PG 213-894-0999 CA | 176.00 |
| 11/29 | GLOTRANS E-FILING 510-2084775 CA | 21.00 |
| 11/30 | SUPERIOR COURT HAYWARD 510-6902702 CA | 485.00 |
| 11/30 | GLOTRANS E-FILING 510-2084775 CA | 84.00 |
| 11/30 | ORANGE CO SUPERIOR CRT WE 714-8342200 CA | 7.50 |
| 12/03 | COURTS/USBC-CA-E-PG 916-930-4472 CA | 176.00 |
| 12/03 | COURTS/USBC-CA-N-PG 415-268-2344 CA | 176.00 |
| 12/03 | COURTS/USBC-CA-E-PG 916-930-4472 CA | 176.00 |
| 12/03 | COURTS/USBC-CA-N-PG 415-268-2344 CA | 176.00 |
| 12/03 | COURTS/USBC-CA-S 619-557-6777 CA | 176.00 |
| 12/03 | COURTS/USBC-CA-S 619-557-6777 CA | 176.00 |
| 12/03 | COURTS/USBC-CA-PG 213-894-0999 CA | 176.00 |
| 12/03 | COURTS/USBC-CA-PG 213-894-0999 CA | 176.00 |
| 12/03 | COURTS/USBC-CA-PG 213-894-0999 CA | 176.00 |
| 12/03 | COURTS/USBC-CA-PG 213-894-0999 CA | 176.00 |

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338090    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1372     Anderegg, Michael
                    GMAC Matter No.: 731862

**TOTAL AMOUNT DUE**          **$1,542.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      338090      JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 1372      Anderegg, Michael
                            GMAC Matter No.: 731862

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DPB | 12/02/12 | Review court's order granting our motion to dismiss the complaint, with leave to amend. | L240 | 0.20 | 288.00 | 57.60 |
| MKS | 12/03/12 | Study and review court's order dismissing federal claims with prejudice, allowing leave to file additional federal claims and deferring ruling on state law claims. Strategy re: same. | L240 | 0.40 | 270.00 | 108.00 |
| DPB | 12/03/12 | Prepare e-mail to C.DiCicco regarding court's ruling on our motion to dismiss. | L240 | 0.20 | 288.00 | 57.60 |
| DPB | 12/03/12 | Review court's minute order continuing case management conference. | L230 | 0.20 | 288.00 | 57.60 |
| MKS | 12/05/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.30 | 270.00 | 81.00 |
| DPB | 12/06/12 | Review/analyze court's order dismissing complaint with leave to amend. | L210 | 0.20 | 288.00 | 57.60 |
| DPB | 12/06/12 | Communications with plaintiff to ensure he received court's order granting motion to dismiss. | L210 | 0.20 | 288.00 | 57.60 |
| DPB | 12/06/12 | Prepare and e-file proof of service of order granting motion to dismiss complaint which court issued electronically without serving on plaintiff. | L210 | 0.20 | 288.00 | 57.60 |
| DPB | 12/07/12 | E-mails to and from pro se plaintiff regarding scheduling time to discuss scope of automatic stay effected by | L210 | 0.20 | 288.00 | 57.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338090 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Anderegg, Michael | | | | |

GMAC's bankruptcy.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DPB | 12/07/12 | Leave voice message for plaintiff to discuss claims plaintiff intends to assert in yet-to-be-filed First Amended Complaint effect of GMAC's bankruptcy thereon. | L210 | 0.10 | 288.00 | | 28.80 |
| DPB | 12/12/12 | Telephone call to pro se plaintiff regarding status of his intent to file amended pleading, scope of stay effected by GMAC's bankruptcy. | L210 | 0.20 | 288.00 | | 57.60 |
| DPB | 12/12/12 | Prepare report to C.DiCicco recommending strategy regarding notice of stay (.2); e-mails from and to C.DiCicco regarding plaintiff's stated intent to dismiss case (.2). | L210 | 0.40 | 288.00 | | 115.20 |
| DPB | 12/18/12 | Communications with pro se plaintiff regarding his draft request for voluntary dismissal without prejudice, revisions to same, our clients' agreement to cost waiver, authorization to e-file request for dismissal on plaintiff's behalf. | L250 | 1.50 | 288.00 | | 432.00 |
| DPB | 12/18/12 | Revise plaintiff's request for voluntary dismissal to comply with court's caption and formatting requirements. | L250 | 0.30 | 288.00 | | 86.40 |
| DPB | 12/18/12 | Communications with client regarding plaintiff's request for cost waiver. | L250 | 0.20 | 288.00 | | 57.60 |
| DPB | 12/18/12 | E-mail to client regarding today's filing of request for dismissal. | L250 | 0.10 | 288.00 | | 28.80 |
| DPB | 12/18/12 | Communications with C.DiCicco regarding plaintiff's proposal to dismiss without prejudice in consideration for cost waiver. | L250 | 0.20 | 288.00 | | 57.60 |
| DPB | 12/19/12 | Review court's web site to confirm closure of case. | L250 | 0.10 | 288.00 | | 28.80 |
| DPB | 12/19/12 | E-mail to client confirming closure of case pursuant to plaintiff's request for dismissal. | L250 | 0.10 | 288.00 | | 28.80 |
| DPB | 12/21/12 | Review file for closure. | L140 | 0.10 | 288.00 | | 28.80 |
| | | **TOTAL** | | **5.40** | | | **$1,542.60** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338090 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Anderegg, Michael | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $81.00 |
| L140 | Document/File Management | 0.10 | $28.80 |
| L210 | Pleadings | 1.50 | $432.00 |
| L230 | Court Mandated Conferences | 0.20 | $57.60 |
| L240 | Dispositive Motions | 0.80 | $223.20 |
| L250 | Other Written Motions | 2.50 | $720.00 |
| | **TOTAL** | **5.40** | **$1,542.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Babcock, Daska | DPB | Special Counsel | 4.70 | 288.00 | $1,353.60 |
| Sullivan, Mary Kate | MKS | Member | 0.70 | 270.00 | $189.00 |
| | **Total** | | **5.40** | | **$1,542.60** |

| PRIOR FEES | $6,666.30 |
|---|---|
| PRIOR COSTS & EXPENSES | $62.64 |

| FEES | $1,542.60 |
|---|---|
| **TOTAL THIS INVOICE** | **$1,542.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338091    JBS                                     January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1387     Gonzalez, Ruben and Esperana
                     GMAC Matter No.: 732737

**TOTAL AMOUNT DUE**          **$1,611.13**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 338091 | JBS | January 22, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1387    Gonzalez, Ruben and Esperana
GMAC Matter No.: 732737

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MXS | 10/12/12 | Wrote client update with suggestion for demurrer based on recorded loan modification and analyzing claims exempt from bankruptcy stay. | L240 | 0.40 | 216.00 | 86.40 |
| MXS | 10/12/12 | Drafted demurrer and mpa. | L240 | 4.70 | 216.00 | 1,015.20 |
| MXS | 10/31/12 | Strategized re revised notice of stay and letter. | L250 | 0.20 | 216.00 | 43.20 |
| MKS | 12/05/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.30 | 270.00 | 81.00 |
| MXS | 12/05/12 | Drafted proposed order and judgment. | L250 | 0.30 | 216.00 | 64.80 |
| MXS | 12/06/12 | E-mailed client J. Holtgren regarding continuance of settlement conference. | L160 | 0.20 | 216.00 | 43.20 |
| MXS | 12/06/12 | Reviewed precedent judgments of dismissal to determine if dismissal applied to stayed claims. | L240 | 0.30 | 216.00 | 64.80 |
| MXS | 12/06/12 | Drafted proposed order on demurrer for approval by Plaintiffs' counsel. | L240 | 0.30 | 216.00 | 64.80 |
| MXS | 12/06/12 | Drafted proposed order on demurrer and strategized regarding applicability of order to stayed parties. | L240 | 0.40 | 216.00 | 86.40 |
| | | **TOTAL** | | **7.10** | | **$1,549.80** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/15/12 | Cardmember Service/Chase (Acct #0705); Data Search; 8460 Hanna Street Santa Clara, CA 10/12/12 | 47.99 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.   338091 | CLIENT   GMAC ResCap | Page | 2 |
| | MATTER   Gonzalez, Ruben & Esperana | | |

| | | |
|---|---|---|
| 11/15/12 | Cardmember Service/Chase (Acct #0705); Data Search; 8460 Hanna Street Santa Clara, CA 10/23/12 | 13.34 |
| | **TOTAL COSTS & EXPENSES** | **$61.33** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $81.00 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $43.20 |
| L240 | Dispositive Motions | 6.10 | $1,317.60 |
| L250 | Other Written Motions | 0.50 | $108.00 |
| | **TOTAL** | **7.10** | **$1,549.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Schindler, Maria | MXS | Associate | 6.80 | 216.00 | $1,468.80 |
| | **Total** | | **7.10** | | **$1,549.80** |

| | |
|---|---|
| PRIOR FEES | $4,103.10 |
| PRIOR COSTS & EXPENSES | $1,434.90 |

| | |
|---|---|
| FEES | $1,549.80 |
| COSTS & EXPENSES | $61.33 |
| **TOTAL THIS INVOICE** | **$1,611.13** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     338092     JBS                                     January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1409 | Lykins, Alexander |
| | | GMAC Matter No.: 733644 |

**TOTAL AMOUNT DUE**          $4,968.35

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338092    JBS                                January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1409    Lykins, Alexander
                        GMAC Matter No.: 733644

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 12/04/12 | Study and review plaintiff's purported motion to strike defendant's motion to dismiss and RJN as premature. Strategy re: response, if any. | L210 | 0.50 | 270.00 | 135.00 |
| AAG | 12/04/12 | Review plaintiff's motion to strike, update clients regarding same, and update MERS contact regarding case status and strategy. | L120 | 0.90 | 238.50 | 214.65 |
| MKS | 12/05/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.30 | 270.00 | 81.00 |
| AAG | 12/05/12 | Draft reply in support of motion to dismiss and opposition to plaintiff's motion to strike. | L240 | 2.00 | 238.50 | 477.00 |
| MKS | 12/06/12 | Review and revise draft Reply in support of motion to dismiss and opposition to plaintiff's motion to strike motion as premature. | L240 | 0.50 | 270.00 | 135.00 |
| AAG | 12/06/12 | Communicate with client regarding reply in support of motion to dismiss and opposition to plaintiff's motion to strike. | L240 | 0.30 | 238.50 | 71.55 |
| AAG | 12/06/12 | Revise reply in support of motion to dismiss and opposition to motion to strike. | L240 | 1.00 | 238.50 | 238.50 |
| AAG | 12/10/12 | Communicate with client regarding ADR stipulation and ADR method selection. | L160 | 0.30 | 238.50 | 71.55 |
| MKS | 12/12/12 | Review and revise draft case managment statement in advance of | L230 | 0.40 | 270.00 | 108.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338092 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Lykins, Alexander | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | case management conference. | | | | | |
| AAG | 12/12/12 | Draft and revise case management statement. | L230 | | 1.50 | 238.50 | 357.75 |
| MKS | 12/17/12 | Strategy re: response to request for meet and confer from pro per plaintiff in light of communications from purported counsel for same. | L230 | | 0.30 | 270.00 | 81.00 |
| AAG | 12/17/12 | Review plaintiff's notice to court regarding rule 26(f) meet and confer phone call and reserve court call for appearance at CMC pursuant to order granting phone appearance at same. | L230 | | 0.20 | 238.50 | 47.70 |
| AAG | 12/19/12 | Prepare for hearing on motion to dismiss, plaintiff's motion to strike, and case management conference. | L240 | | 1.00 | 238.50 | 238.50 |
| AAG | 12/19/12 | Prepare for and participate in ADR telephone conference. | L230 | | 0.50 | 238.50 | 119.25 |
| AAG | 12/20/12 | Prepare for and participate in hearing on defendants' motion to dismiss, and plaintiff's motion to strike, as well as court mandated case management conference. | L240 | | 1.60 | 238.50 | 381.60 |
| AAG | 12/20/12 | Review court's ruling on case management conference. | L230 | | 0.10 | 238.50 | 23.85 |
| MKS | 12/26/12 | Study and review plaintiff's First Amended Complaint. Attention to procedural history and possible challenges on procedural and substantive grounds. | L210 | | 0.70 | 270.00 | 189.00 |
| AAG | 12/26/12 | Attention to court's minutes on motion to dismiss hearing and plaintiff's first amended complaint. | L240 | | 0.30 | 238.50 | 71.55 |
| MKS | 12/27/12 | Strategy re: response to amended complaint and impact of bankruptcy stay on same. | L210 | | 0.40 | 270.00 | 108.00 |
| AAG | 12/27/12 | Draft motion to dismiss plaintiff's first amended complaint. | L240 | | 4.00 | 238.50 | 954.00 |
| AAG | 12/27/12 | Review plaintiff's first amended complaint and draft update and strategy recommendation for client's review. | L120 | | 0.90 | 238.50 | 214.65 |
| AAG | 12/28/12 | Draft and revise motion to dismiss plaintiff's first amended complaint. | L120 | | 2.00 | 238.50 | 477.00 |
| MKS | 12/31/12 | Review and revise draft demurrer to | L240 | | 0.60 | 270.00 | 162.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. 338092 | CLIENT GMAC ResCap | | Page | 3 |
| | MATTER Lykins, Alexander | | | |

First Amended Complaint.

**TOTAL**                                20.30                $4,958.10


## COSTS & EXPENSES

| | |
|---|---|
| 12/11/12 First Legal Network, LLC; Court Services; USDC, San Francisco 11/9/12 | 10.25 |
| **TOTAL COSTS & EXPENSES** | **$10.25** |


## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 4.10 | $987.30 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $71.55 |
| L210 | Pleadings | 1.60 | $432.00 |
| L230 | Court Mandated Conferences | 3.00 | $737.55 |
| L240 | Dispositive Motions | 11.30 | $2,729.70 |
| | **TOTAL** | **20.30** | **$4,958.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 16.60 | 238.50 | $3,959.10 |
| Sullivan, Mary Kate | MKS | Member | 3.70 | 270.00 | $999.00 |
| | **Total** | | **20.30** | | **$4,958.10** |

| | | | |
|---|---|---|---|
| PRIOR FEES | $3,697.65 | | |
| | | FEES | $4,958.10 |
| | | COSTS & EXPENSES | $10.25 |
| | | **TOTAL THIS INVOICE** | **$4,968.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338093    JBS                                      January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1412     Rogers, Elaine
                   GMAC Matter No.: 733708

**TOTAL AMOUNT DUE**          **$1,656.44**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338093    JBS                                      January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1412    Rogers, Elaine
GMAC Matter No.: 733708

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JMJ | 12/03/12 | Draft case management statement. | L210 | 0.40 | 274.50 | 109.80 |
| MKS | 12/05/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **0.70** | | **$190.80** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Schaffer Paul, 16569 Toledo, St San Leandro, CA, 94578 11/14/12 | 82.64 |
| 12/11/12 | First Legal Network, LLC; Court and Filing Fees; ACSC- Hayward 11/19/12. Advance fees$1305.00 | 1,305.00 |
| 12/11/12 | CourtCall, LLC; CourtCall - Conference Service; 12/19/12 | 78.00 |

**TOTAL COSTS & EXPENSES**                         **$1,465.64**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $81.00 |
| L210 | Pleadings | 0.40 | $109.80 |
| | **TOTAL** | **0.70** | **$190.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Julian, Jason | JMJ | Special Counsel | 0.40 | 274.50 | $109.80 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 338093 | CLIENT | GMAC ResCap | Page 2 |
| | | MATTER | Rogers, Elaine | |

| | | | |
|---|---|---|---|
| | **Total** | **0.70** | **$190.80** |

PRIOR FEES                        $3,246.30

|  |  |
|---|---|
| FEES | $190.80 |
| COSTS & EXPENSES | $1,465.64 |
| **TOTAL THIS INVOICE** | **$1,656.44** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

...work LLC
...844250 LOS ANGELES, CA 90084-4250

TAX ID# 27-3093840

| | |
|---|---|
| 224470 | 82035 |
| 11/30/12 | 1,305.00 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| | Invoice No. | Range Ending | Amount Due | | | |
|---|---|---|---|---|---|---|
| | 82035 | 224470 | 11/30/12 | 1,305.00 | | |
| | | Service | | | Check No. | Total |
| | | | | Adv/Wit Ck: | 1305.00 | 1,305.00 |

| Date | Order No. | Type | | | | |
|---|---|---|---|---|---|---|
| 11/19/12 | 6960481 | BIL | SEVERSON & WERSON | ACSC-HAYWARD | | |
| ADDITIONAL BILLING | | | 1 EMBARCADERO CENTER | 24405 AMADOR STREET | | |
| | | | SAN FRANCISCO    CA 94111 | HAYWARD        CA 94344 | | |
| | | | Caller: VIRDIA NACH | Comment: * NO BASE CHARGE * | | |
| | | | Case No.: HG12641002 | Case Title: ROGERS V. SCHAEFFER | | |
| | | | FILE/CONFORM/RETURN | CC TO DEPT 51C | | |
| | | | Signed: REBILL ON AP | Ref: 19000.1412 | | |

```
                Invoice Amount:       .00
                Fees Advanced:   1,305.00
          Total  Amount Due:    1,305.00
```

*ok to pay*
*upash 12/19/12*

| | Total | 1,305.00 |
|---|---|---|

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338094    JBS                                                    January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000    GMAC ResCap
MATTER        1413    Cortes, Javier
                       GMAC Matter No.: 733720

**TOTAL AMOUNT DUE**                    $4,989.57

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338094    JBS                                January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1413    Cortes, Javier
                        GMAC Matter No.: 733720

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MKS | 10/22/12 | Cortes- Study and review new complaint for handling, evalustion and defense strategy, | L210 | 1.00 | 270.00 | 270.00 |
| CHR | 10/22/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.30 | 130.50 | 39.15 |
| JBS | 10/23/12 | Analysis and evaluation of defense strategy. | L120 | 0.30 | 427.50 | 128.25 |
| KAP | 10/26/12 | Review and analysis of all documents recorded in chain of title for subject property in order to prepare intial analysis and recommendations | L120 | 0.50 | 265.50 | 132.75 |
| KAP | 10/26/12 | Review and analysis of loan serivcing notes in order to evaluate timeline of events against Plaintiffs' allegations and advise client regarding same | L190 | 1.20 | 265.50 | 318.60 |
| KAP | 10/26/12 | Review and analysis of all documents provided wihtin client fact package and prepare summary of same in order to compare against allegations alleged within the complaint | L190 | 1.80 | 265.50 | 477.90 |
| KAP | 10/26/12 | Analysis and evaluation of complaint and causes of action alleged therein in order to prepare recommendations regarding response to same and advise client accordingly | L120 | 0.80 | 265.50 | 212.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   338094 | CLIENT   GMAC ResCap | | | | Page    2 |
|---|---|---|---|---|---|
| | MATTER   Cortes, Javier | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| KAP | 10/29/12 | Draft correspondence to client regarding inital analysis and evaluation of complaint and recommendations for response to same as well as overall plan for case handling including applicablity of bankrtupcy stay | L190 | 1.30 | 265.50 | 345.15 |
| KAP | 10/29/12 | Continue to draft correspondence to client regarding intial analysis and evaluation of complaint and recommendations for response to same as well as overall plan for case handling including applicability of bankruptcy stay | L120 | 0.60 | 265.50 | 159.30 |
| KAP | 11/05/12 | Receipt and review of correspondence from Amy Hartshorn regarding notice of default and review and analysis of same | L190 | 0.10 | 265.50 | 26.55 |
| KAP | 11/14/12 | Draft initial correspondence to Plaintiff's counsel regarding retention and request for additional time to respond to complaint | L120 | 0.30 | 265.50 | 79.65 |
| KAP | 11/14/12 | Draft memorandum of points and authorities in support of demurrer to complaint | L120 | 3.90 | 265.50 | 1,035.45 |
| KAP | 11/15/12 | Draft notice of demurrer and demurrer to complaint | L190 | 0.60 | 265.50 | 159.30 |
| MKS | 11/16/12 | Review and revise draft Notice of Bankruptcy Stay. | L210 | 0.20 | 270.00 | 54.00 |
| MKS | 11/16/12 | Review and revise draft demurrer to complaint. | L240 | 0.40 | 270.00 | 108.00 |
| KAP | 11/16/12 | Continue to draft memorandum of points and authorities in support of demurrer to complaint | L120 | 1.10 | 265.50 | 292.05 |
| KAP | 11/16/12 | Draft correspondence to Plaintiff's counsel confirming telephone conference and extension of time to respond to complaint granted therein | L190 | 0.30 | 265.50 | 79.65 |
| KAP | 11/16/12 | Draft notice of bankruptcy and suggestion of automatic stay | L190 | 0.60 | 265.50 | 159.30 |
| KAP | 11/19/12 | Prepare correspondence to Amy Hartshorn regarding proposed demurrer and supporting papers and propose notice of bankruptcy stay and request | L190 | 0.20 | 265.50 | 53.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338094 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Cortes, Javier | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | for review of same | | | | | |
| KAP | 11/20/12 | Receipt and review of correspondence from Amy Hartshorn regarding approval of draft demurrer and requested revisions to notice of bankruptcy stay | L120 | 0.10 | 265.50 | | 26.55 |
| KAP | 11/20/12 | Revise notice of bankrtupcy and suggestion of automatic stay as requested by Amy Hartshorn | L120 | 0.10 | 265.50 | | 26.55 |
| KAP | 11/21/12 | Finalize notice of demurrer, demurrer, and memorandum of points and authorities in support thereof for filing | L190 | 0.40 | 265.50 | | 106.20 |
| MKS | 12/05/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.30 | 270.00 | | 81.00 |
| KAP | 12/05/12 | Draft correspondence to Amy Hartshorn re filing of demurrer and supporting papers and hearing date on same as well as efforts to discuss resolution with Plaintiffs | L190 | 0.30 | 265.50 | | 79.65 |
| | | **TOTAL** | | **16.70** | | | **$4,450.50** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/15/12 | Cardmember Service/Chase (Acct #0705); Data Search; 70 Staples Ave. San Francisco, CA 10/26/12 | 23.24 |
| 11/15/12 | Cardmember Service/Chase (Acct #0705); Data Search; 70 Staples Avenue San Francisco, CA 10/29/12 | 17.19 |
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Cortes Javier / Bello Nalleli, 70 Slaples Ave, San Francisco, CA, 94131 11/15/12 | 8.39 |
| 12/11/12 | First Legal Network, LLC; Court Services; SFSC- San Francisco, Ca. 11/21/12. Advance fee $480.00 | 490.25 |
| | **TOTAL COSTS & EXPENSES** | **$539.07** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 8.00 | $2,173.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338094 | CLIENT | GMAC ResCap | | | Page | 4 |
| | | MATTER | Cortes, Javier | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L190 | Other Case Assessment | | | 7.10 | $1,844.55 | | |
| L210 | Pleadings | | | 1.20 | $324.00 | | |
| L240 | Dispositive Motions | | | 0.40 | $108.00 | | |
| | **TOTAL** | | | **16.70** | **$4,450.50** | | |

| Timekeeper | | | Position | Hours | Rate | Value | |
|---|---|---|---|---|---|---|---|
| Rommell, Clair | | CHR | Paralegal | 0.30 | 130.50 | $39.15 | |
| Sullivan, John | | JBS | Member | 0.30 | 427.50 | $128.25 | |
| Paese, Kimberly A. | | KAP | Associate | 14.20 | 265.50 | $3,770.10 | |
| Sullivan, Mary Kate | | MKS | Member | 1.90 | 270.00 | $513.00 | |
| | | **Total** | | **16.70** | | **$4,450.50** | |

| | | |
|---|---|---|
| FEES | $4,450.50 |
| COSTS & EXPENSES | $539.07 |
| **TOTAL THIS INVOICE** | **$4,989.57** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

... work LLC
... LOS ANGELES, CA 90084-4250

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213)213-2691
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82015 | 274447 | 11/30/12 | 490.25 | 1 |

| Date | Order No. | | | | | | Charge | Total |
|---|---|---|---|---|---|---|---|---|
| 11/21/12 | 6859710 | SDF | SEVERSON & WERSON | SFSC-SAN FRANCISCO | | Base Chg : | 10.25 | 490.25 |
| FILING SAME DAY-DAILY RUN | | | 1 EMBARCADERO CENTER | 400 MCALLISTER STREET | | Adv/Wit Ck: | 480.00 | |
| | | | SAN FRANCISCO   CA 94111 | SAN FRANCISCO   CA 94102 | | | | |
| | | | Caller: MARI BERNSTEIN-M | | | | | |
| | | | Case No.: CGC-12-525081 | Case Title: CORTEZ V GMAC | | | | |
| | | | FILE/CONFORM/RETURN | COURTESY COPY TO JDG | | | | |
| | | | Signed: FILED/CC | Ref: 19000-1413 | | | | |

Invoice Amount:    10.25
Fees Advanced:    480.00
Total Amount Due:    490.25

Total    490.25

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338095    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1414     Cherrington, William and Lynne
                     GMAC Matter No.: 733724

**TOTAL AMOUNT DUE**              **$986.08**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      338095      JBS                                      January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1414     Cherrington, William and Lynne
                          GMAC Matter No.: 733724

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 12/05/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.30 | 270.00 | 81.00 |
| MCK | 12/05/12 | Correpsondence with client regarding approved draft settlement agreement. | L160 | 0.10 | 234.00 | 23.40 |
| MCK | 12/06/12 | E-mail to opposing counsel with draft settlement agreement. | L160 | 0.30 | 234.00 | 70.20 |
| MCK | 12/07/12 | E-mail correspondence from opposing counsel regarding review of settlement agreement. | L160 | 0.10 | 234.00 | 23.40 |
| MCK | 12/11/12 | E-mail to client regarding draft Loan Modification Agreement status. | L160 | 0.10 | 234.00 | 23.40 |
| MCK | 12/11/12 | E-mail from opposing counsel regarding draft Loan Modification Agreement. | L160 | 0.10 | 234.00 | 23.40 |
| MCK | 12/12/12 | E-mail from client regarding status of Loan Modification Agreement. | L160 | 0.10 | 234.00 | 23.40 |
| MCK | 12/13/12 | Review of Loan Modification Agreement and correspondence with client re: same. | L160 | 0.80 | 234.00 | 187.20 |
| MCK | 12/14/12 | E-mails with client and opposing counsel regarding settlement agreement and loan modification agreement. | L160 | 0.30 | 234.00 | 70.20 |
| MCK | 12/19/12 | Communications with Plaintiffs' counsel regarding proposed settlement agreement. | L160 | 0.20 | 234.00 | 46.80 |
| MCK | 12/20/12 | Communications with client and opposing counsel finalizing settlement. | L160 | 0.80 | 234.00 | 187.20 |
| MCK | 12/21/12 | Attention to file to confirm next steps for case closure. | L120 | 0.10 | 234.00 | 23.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338095 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Cherrington, William & Lynne | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MCK | 12/21/12 | Review of settlement packet sent by plaintiff and transmittal correspondence to client re: same. | L160 | 0.30 | 234.00 | | 70.20 |
| MCK | 12/21/12 | E-mail correspondence from client regarding transmittal of settlement documents and funds. | L160 | 0.10 | 234.00 | | 23.40 |
| MCK | 12/26/12 | Review voluntary request for dismissal. | L120 | 0.10 | 234.00 | | 23.40 |
| | | **TOTAL** | | **3.80** | | | **$900.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/15/12 | Cardmember Service/Chase (Acct #0705); Data Search; 5013 Susan Oak Drive Sacramento, CA 95628 10/24/12 | 77.69 |
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Cherrington Lynne, 5013 Susan Oak Dr. Fair Oaks, CA, 95628 11/29/12 | 8.39 |
| | **TOTAL COSTS & EXPENSES** | **$86.08** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $127.80 |
| L160 | Settlement/Non-Binding ADR | 3.30 | $772.20 |
| | **TOTAL** | **3.80** | **$900.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kelly, Megan | MCK | Special Counsel | 3.50 | 234.00 | $819.00 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **3.80** | | **$900.00** |

PRIOR FEES                    $3,030.75

| | |
|---|---|
| FEES | $900.00 |
| COSTS & EXPENSES | $86.08 |
| **TOTAL THIS INVOICE** | **$986.08** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement