# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338096    JBS

January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1420     Blanc, Sheila
                    GMAC Matter No.: 734005

**TOTAL AMOUNT DUE**          **$7,532.08**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338096    JBS                                    January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1420    Blanc, Sheila
                        GMAC Matter No.: 734005

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 10/31/12 | move to matter 1420 Blanc - Study and review new complaint for evaluation, handling and defense strategy. | L210 | 1.00 | 270.00 | 270.00 |
| MKS | 11/01/12 | Attention to defense strategy and recommendation to client. | L120 | 0.20 | 270.00 | 54.00 |
| CHR | 11/01/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.30 | 130.50 | 39.15 |
| JBS | 11/02/12 | Analysis and evaluation of defense strategy | L120 | 0.30 | 427.50 | 128.25 |
| KAP | 11/05/12 | Finish drafting correspondence to clients re initall analysis of complaint and recommendations for responding to same in light of prior action, prior bankruptcy filed by Plaintiff, and in consideration of ongoing bankruptcy stay | L120 | 0.40 | 265.50 | 106.20 |
| KAP | 11/07/12 | Draft correspondence to clients re initial analysis of complaint and recommendations for responding to same in light of prior action, prior bankruptcy filed by Plaintiff, and in consideration of ongoing bankruptcy stay | L120 | 1.90 | 265.50 | 504.45 |
| KAP | 11/07/12 | Review, analysis and evaluation of all documents filed in bankruptcy docket | L120 | 1.80 | 265.50 | 477.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338096 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Blanc, Sheila | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | following dismissal of prior case, including amended schedules and final discharge reports, in or to evaluate applicability of issue preclusion and judicial estoppel as bases for demurrer to instant complaint | | | | |
| KAP | 11/07/12 | Analysis and evaluation of complaint in order to prepare initial analysis and recommendations for response | L120 | 0.80 | 265.50 | 212.40 |
| KAP | 11/07/12 | Analysis and evaluation of all documents and foreclosure notices recorded in chain of title to subject property in order to evaluate complaint and recommendations for response | L190 | 0.80 | 265.50 | 212.40 |
| KAP | 11/07/12 | Compare prior complaint with instant complaint and evaluate allegations in order to determine applicable of res judicata principles | L120 | 1.10 | 265.50 | 292.05 |
| KAP | 11/13/12 | Prepare correspondence to Plaintiffs' counsel regarding response to QWR and provide notice of retention and demand for proofs of service | L190 | 0.30 | 265.50 | 79.65 |
| KAP | 11/13/12 | Receipt and review correspondence from Carol Bonello re borrower QWR | L190 | 0.10 | 265.50 | 26.55 |
| KAP | 11/13/12 | Prepare correspondence to Carol Bonello confirming transmission of QWR response and confirming service date for GMAC Mortgage, LLC | L120 | 0.20 | 265.50 | 53.10 |
| KAP | 11/20/12 | Prepare reply correspondence to Plaintiff's counsel requesting stipulated response date in light of differing service dates of multiple defendants | L120 | 0.20 | 265.50 | 53.10 |
| KAP | 11/20/12 | Receipt and review correspondence from Plaintiff's counsel acknowledging receipt of purported QWR response and providing proofs of service and review same | L190 | 0.10 | 265.50 | 26.55 |
| KAP | 11/20/12 | Receipt and review of correspondence from Plaintiff's counsel regarding stipulated response date to complaint | L190 | 0.10 | 265.50 | 26.55 |
| KAP | 11/20/12 | Receipt and review of correspondence from Carol Bonello regarding proof of service upon Deutsche | L120 | 0.10 | 265.50 | 26.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338096 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | Blanc, Sheila | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| KAP | 11/20/12 | Draft correspondence to Carol Bonello regarding stipulated responsive pleading deadline | L120 | 0.10 | 265.50 | 26.55 |
| KAP | 11/26/12 | Continue to draft memorandum of points and authorities in support of demurrer to complaint | L190 | 2.80 | 265.50 | 743.40 |
| KAP | 11/27/12 | Draft memorandum of points and authorities in support of demurrer to complaint | L190 | 3.40 | 265.50 | 902.70 |
| KAP | 11/28/12 | Continue drafting memorandum of points and authorities in support of demurrer to complaint | L120 | 2.40 | 265.50 | 637.20 |
| KAP | 11/28/12 | Draft correspondence to Carol Bonello regarding draft memorandum of points and authorities in support of recommended demurrer to complaint | L190 | 0.20 | 265.50 | 53.10 |
| KAP | 11/28/12 | Telephone call with trustee to ascertain status of substitution of trustee and review and analysis of same | L190 | 0.30 | 265.50 | 79.65 |
| KAP | 11/28/12 | Revise drafting memorandum of points and authorities in support of demurrer to complaint to reflect information learned about substitution of trustee | L190 | 0.60 | 265.50 | 159.30 |
| MKS | 11/29/12 | Review and revise draft demurrer to complaint. | L240 | 0.50 | 270.00 | 135.00 |
| KAP | 11/30/12 | Draft request for judicial notice in support of demurrer to complaint and review all documents filed in bankruptcy, previous action, and in chain of title in order to identify exhibits to same | L120 | 0.80 | 265.50 | 212.40 |
| KAP | 11/30/12 | Draft notice of demurrer and demurrer to complaint | L120 | 1.10 | 265.50 | 292.05 |
| KAP | 12/04/12 | Finish drafting notice of demurrer and demurrer to complaint | L120 | 0.70 | 265.50 | 185.85 |
| KAP | 12/05/12 | Receipt and review of file endorsed copies of notice of demurrer, demurrer, supporting memorandum of points and authorities, and request for judicial notice | L120 | 0.10 | 265.50 | 26.55 |
| KAP | 12/05/12 | Prepare correspondence to Carol Bonello re hearing date for demurrer to complaint | L120 | 0.20 | 265.50 | 53.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338096 | CLIENT | GMAC ResCap | | Page | 4 |
|---|---|---|---|---|---|---|
| | | MATTER | Blanc, Sheila | | | |

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | | 22.90 | **$6,095.70** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Blanc Sheila A, 7319 Witter Rd, Sebastopol, CA, 95472 11/05/12 | 43.04 |
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Blanc Sheila A, 7319 Witter Rd, Sebastopol, CA, 95472 11/26/12 | 8.39 |
| 12/26/12 | First Legal Network, LLC; Transmittal of filing to court; Sonoma County Superior Court, Santa Rosa, Ca. 12/4/12. Advance ck. $1335.00 | 1,384.95 |
| | **TOTAL COSTS & EXPENSES** | **$1,436.38** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 12.40 | $3,341.70 |
| L190 | Other Case Assessment | 9.00 | $2,349.00 |
| L210 | Pleadings | 1.00 | $270.00 |
| L240 | Dispositive Motions | 0.50 | $135.00 |
| | **TOTAL** | **22.90** | **$6,095.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Paese, Kimberly A. | KAP | Associate | 20.60 | 265.50 | $5,469.30 |
| Sullivan, Mary Kate | MKS | Member | 1.70 | 270.00 | $459.00 |
| | **Total** | | **22.90** | | **$6,095.70** |

| | | |
|---|---|---|
| | FEES | $6,095.70 |
| | COSTS & EXPENSES | $1,436.38 |
| | **TOTAL THIS INVOICE** | **$7,532.08** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 274664 | 82035 |
| Invoice Date | Job No. |
| 12/08/12 | 1184724 |
| | |

*** REPRINT ***

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213)213-2640

| | | | Customer Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|---|---|
| | | | 82035 | 274664 | 12/08/12 | 1,384.95 | 1 |

| Date | Order | | Service | | | Charges | Client |
|---|---|---|---|---|---|---|---|
| 12/04/12 | 6062808 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: MARI BERNSTINE<br>Case No.: SCV 252575<br>FILE/CONFORM/RETURN<br>Signed: Filed | SONOMA COUNTY SUPERIOR COURT<br>600 ADMINISTRATION DRIVE<br>SANTA ROSA    CA 95403-2818<br><br>Case Title: Blanc v. Deutsche Ba<br>-Advise client of<br>Ref: 19000.1420 | | Base Chg    49.95<br>Adv/Alt Ck:  1335.00 | 1,384.95 |
| FILING-BRANCH FAX/DOC | | | | Invoice Amount:    49.95<br>Fees Advanced:  1,335.00<br>Total Amount Due:  1,384.95 | | | |

*** REPRINT ***                                         Total        1,384.95

Approved

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338097    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1422      Jones Estate (Annie Mae Jones)
                     GMAC Matter No.: 733847

**TOTAL AMOUNT DUE**          **$317.02**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338097    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1422    Jones Estate (Annie Mae Jones)
                        GMAC Matter No.: 733847

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 12/05/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.30 | 270.00 | 81.00 |
| MKS | 12/17/12 | Multiple telephone calls with counsel for Estate relating to probate sale and components of pay-off statement. Correspondence to client re: same and to confirm pay-off. | L160 | 0.40 | 270.00 | 108.00 |
| MKS | 12/20/12 | Received and review correspondence from client confirming pay-off and providing information about possible overage.  Correspondence to opposing counsel re: same. | L120 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **1.00** | | **$270.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 11/15/12 | Cardmember Service/Chase (Acct #0705); Data Search; 93 Cherry Blossom Drive Santa Clara, CA 10/31/12 | 24.88 |
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Jones Annie M. 93 Cherry Blossom Dr, San Jose, CA, 95123 11/05/12 | 22.14 |
| | **TOTAL COSTS & EXPENSES** | **$47.02** |

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338097 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Jones Estate (Annie Mae Jones) | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | | | 0.60 | $162.00 | | |
| L160 | Settlement/Non-Binding ADR | | | 0.40 | $108.00 | | |
| | **TOTAL** | | | **1.00** | **$270.00** | | |

| Timekeeper | | Position | | Hours | Rate | Value | |
|---|---|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | | 1.00 | 270.00 | $270.00 | |
| | **Total** | | | **1.00** | | **$270.00** | |

PRIOR FEES                              $1,090.35

|  |  |
|---|---|
| FEES | $270.00 |
| COSTS & EXPENSES | $47.02 |
| **TOTAL THIS INVOICE** | **$317.02** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338098    JBS                                   January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1431    Kennedy, James P.
                 GMAC Matter No.: 734216

**TOTAL AMOUNT DUE**          **$450.00**

**\*\*\* REMITTANCE COPY \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338098    JBS                                          January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1431    Kennedy, James P.
                        GMAC Matter No.: 734216

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
|      |      | **TOTAL**   | **0.00** |   | **$0.00** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 12/17/12 | San Francisco Superior Court-D; Court and Filing Fees; First Appearance Fee. 11/26/12. Drafdt#28806 | | 450.00 |
| | **TOTAL COSTS & EXPENSES** | **$450.00** | |

### BILLING SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL** | | 0.00 | $0.00 | | |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
|            | Total    | 0.00  |      | $0.00 |

| | | |
|---|---|---|
| PRIOR FEES | $402.57 | |
| | COSTS & EXPENSES | $450.00 |
| | **TOTAL THIS INVOICE** | **$450.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**28806**

| CASE/CLIENT | DATE | CLIENT | MATTER | | PURPOSE |
|---|---|---|---|---|---|
| | 11/26/12 | 19000 | 1431 | | First Appearance Fee |

GMAC MORTGAGE/Kennedy

80-3770
1211

(VOID 60 DAYS AFTER DATE)

PAY TO THE
ORDER OF  San Francisco Superior Court

THE SUM OF  Four Hundred Fifty Dollars and no/100--------DOLLARS $ 450.00

PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $800.00.

PAYABLE THROUGH

**Borel Private Bank & Trust Company**®
400 CALIFORNIA STREET • SAN FRANCISCO, CA 94104

SEVERSON & WERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

BY

ONE EMBARCADERO CENTER 26th FLOOR • SAN FRANCISCO, CA 94111 • (415) 398-3344
18100 VON KARMAN, SUITE 700 • IRVINE, CA 92612 • (949) 442-7110

⑈028806⑈ ⑆121137797⑇ 03202917⑈11

FOR DEPOSIT ONLY
SFSC — Civil/Small Claims
DATE: Nov-30-2012
TXN#: M20123320F034
# OF A#14992-20820
CASE: CSC-12-524922
$450.00

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338099    JBS                                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1439 | Roybal-de-Aguero, Fedelina |
|        |      | GMAC Matter No.: 734684 |

**TOTAL AMOUNT DUE**          **$2,110.50**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 338099 | JBS | | | January 22, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1439     Roybal-de-Aguero, Fedelina
GMAC Matter No.: 734684

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| MKS | 12/03/12 | Attention to receipt of Notice and Acknowledgment of Receipt of Summons and Complaint which contains erroneously named defendant (GMAC rather than GMACM). Strategy re: response to same. | L210 | 0.40 | 270.00 | 108.00 |
| ACS | 12/03/12 | Analyze title documents & chronology | L110 | 0.30 | 288.00 | 86.40 |
| ACS | 12/03/12 | E-mail to plaintiff's counsel re: amendment of complaint & identification of named defendants | L190 | 0.30 | 288.00 | 86.40 |
| JCP | 12/03/12 | Conduct Title Search and Prepare Property Profile | L190 | 0.60 | 130.50 | 78.30 |
| MKS | 12/06/12 | Attention to plaintiff's counsel's statements re: intention to amend pleading.  Strategy re: response to same in light of upcoming deadline to sign Notice and Acknowledgment of receipt. | L210 | 0.30 | 270.00 | 81.00 |
| ACS | 12/06/12 | Draft correspondence to plaintiff's counsel re: amendment of complaint, correction of naming of defendants | L190 | 0.30 | 288.00 | 86.40 |
| ACS | 12/06/12 | Analyze options to correct naming of defendants if plaintiff fails to amend complaint | L210 | 0.30 | 288.00 | 86.40 |
| ACS | 12/06/12 | Phone call with plaintiff's counsel re: amendment of complaint, correction of naming of defendants | L190 | 0.20 | 288.00 | 57.60 |
| ACS | 12/10/12 | Draft email recommendation to client re: postponement of sale | L190 | 0.20 | 288.00 | 57.60 |
| ACS | 12/10/12 | Analyze status of filing of lis pendens, request for preliminary injunction, other | L190 | 0.40 | 288.00 | 115.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338099 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Roybal-de-Aguero, Fedelina | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | factors determining whether to postpone foreclosure sale | | | | |
| ACS | 12/11/12 | Prepare e-mail update to client re: communications with plaintiff's counsel re: amendment of complaint & correcting naming of defendants | L190 | 0.10 | 288.00 | 28.80 |
| ACS | 12/18/12 | Phone call to plaintiff's counsel re: amendment of complaint & correction of naming of defendants | L190 | 0.20 | 288.00 | 57.60 |
| ACS | 12/18/12 | Prepare acknowledgment of service of summons & complaint | L210 | 0.10 | 288.00 | 28.80 |
| ACS | 12/20/12 | Phone call to clerk re: status of amendment of complaint | L190 | 0.20 | 288.00 | 57.60 |
| ACS | 12/20/12 | Phone call to plaintiff's counsel re: status of amendment of complaint | L210 | 0.10 | 288.00 | 28.80 |
| ACS | 12/20/12 | Prepare acknowledgement of receipt of service | L210 | 0.20 | 288.00 | 57.60 |
| ACS | 12/21/12 | Outline demurrer to complaint | L240 | 0.70 | 288.00 | 201.60 |
| ACS | 12/28/12 | Draft demurrer to complaint | L240 | 2.80 | 288.00 | 806.40 |
| | | **TOTAL** | | **7.70** | | **$2,110.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.30 | $86.40 | | | |
| L190 | Other Case Assessment | 2.50 | $625.50 | | | |
| L210 | Pleadings | 1.40 | $390.60 | | | |
| L240 | Dispositive Motions | 3.50 | $1,008.00 | | | |
| | **TOTAL** | **7.70** | **$2,110.50** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sears, Alex | ACS | Associate | 6.40 | 288.00 | $1,843.20 |
| Spann, Joel | JCP | Paralegal | 0.60 | 130.50 | $78.30 |
| Sullivan, Mary Kate | MKS | Member | 0.70 | 270.00 | $189.00 |
| | **Total** | | **7.70** | | **$2,110.50** |

| | | | | |
|---|---|---|---|---|
| PRIOR FEES | | $1,072.80 | | |
| | | | FEES | $2,110.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338099 | CLIENT | GMAC ResCap | | Page | 3 |
|---|---|---|---|---|---|---|
| | | MATTER | Roybal-de-Aguero, Fedelina | | | |

**TOTAL THIS INVOICE**           **$2,110.50**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338100    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1440    Cole v. Sheen (Barrett)
                    GMAC Matter No.: 730726

**TOTAL AMOUNT DUE**            **$283.95**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338100    JBS                                    January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1440    Cole v. Sheen (Barrett)
GMAC Matter No.: 730726

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| JD | 12/06/12 | Update monthly status report. | L120 | 0.20 | 238.50 | 47.70 |
| KLW | 12/20/12 | Review subpoenas from counsel and strategy re response | L120 | 0.70 | 337.50 | 236.25 |
| | | **TOTAL** | | **0.90** | | **$283.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.90 | $283.95 |
| | **TOTAL** | **0.90** | **$283.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Dykstra, Jonathan | JD | Associate | 0.20 | 238.50 | $47.70 |
| Walker, Kristin | KLW | Member | 0.70 | 337.50 | $236.25 |
| | **Total** | | **0.90** | | **$283.95** |

| PRIOR FEES | $1,412.10 | | |
|------------|-----------|------|------|
| | | FEES | $283.95 |
| | | **TOTAL THIS INVOICE** | **$283.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338101    JBS                                        January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1453     Berdan, Felino and Belinda
                     GMAC Matter No.:

**TOTAL AMOUNT DUE**          **$398.25**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338101    JBS                                     January 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1453    Berdan, Felino and Belinda
                        GMAC Matter No.:

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 12/20/12 | Analysis and evaluation of filing of second complaint and email from client | L120 | 0.30 | 427.50 | 128.25 |
| MKS | 12/20/12 | Berdan, matter 1453 - Study and review new complaint for handling, evaluation and defense strategy. | L210 | 1.00 | 270.00 | 270.00 |
| | | **TOTAL** | | **1.30** | | **$398.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $128.25 |
| L210 | Pleadings | 1.00 | $270.00 |
| | **TOTAL** | **1.30** | **$398.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Sullivan, Mary Kate | MKS | Member | 1.00 | 270.00 | $270.00 |
| | Total | | 1.30 | | $398.25 |

|  |  |
|--|--|
| FEES | $398.25 |
| **TOTAL THIS INVOICE** | **$398.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338375    **JBS**                                         January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1398     Nanak Foundation Trust (Virk)
                   GMAC Matter No.: 733284

**TOTAL AMOUNT DUE**                  **$1,069.29**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338375    JBS                                    January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1398    Nanak Foundation Trust (Virk)
                        GMAC Matter No.: 733284

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MKS | 12/05/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.30 | 270.00 | 81.00 |
| HRJ | 12/11/12 | Review and analyze issues re case status. | L110 | 0.20 | 306.00 | 61.20 |
| MKS | 12/20/12 | Review and revise draft notice to court of failure of plaintiff to respond to OSC. | L210 | 0.20 | 270.00 | 54.00 |
| HRJ | 12/20/12 | Draft notice of non-reciept of response to order to show cause. | L210 | 1.00 | 306.00 | 306.00 |
| HRJ | 12/20/12 | Draft status report to client. | L120 | 0.20 | 306.00 | 61.20 |
| HRJ | 12/24/12 | Review and analyze declaration of plaintiff's counsel re order to show cause re sanctions. | L210 | 0.20 | 306.00 | 61.20 |
| HRJ | 12/27/12 | Review and analyze declaration of plaintiff's counsel in response to order to show cause re sanctions. | L110 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **2.30** | | **$685.80** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Federal Natl Mtg Assn FNMA, 2200 Browning St, Berkeley, CA, 94702 11/11/12 | 23.24 |
| 12/19/12 | First Legal Network, LLC; Court Services; USDC- San Francisco, Ca. 11/2/12. Advance ck. $350.00 | 360.25 |

**TOTAL COSTS & EXPENSES**                    **$383.49**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338375 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Nanak Foundation Trust (Virk) | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.40 | $122.40 |
| L120 | Analysis/Strategy | 0.50 | $142.20 |
| L210 | Pleadings | 1.40 | $421.20 |
| | **TOTAL** | **2.30** | **$685.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Jones, Harold R. | HRJ | Associate | 1.80 | 306.00 | $550.80 |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| | **Total** | | **2.30** | | **$685.80** |

| | |
|---|---|
| PRIOR FEES | $8,474.85 |
| PRIOR COSTS & EXPENSES | $942.90 |

| | |
|---|---|
| FEES | $685.80 |
| COSTS & EXPENSES | $383.49 |
| **TOTAL THIS INVOICE** | **$1,069.29** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

**First Legal Network LLC**

P.O. BOX 844250 LOS ANGELES, CA 90084-4250

TAX ID# 27-3053840

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)233-2640

| Customer No. | Invoice No. | Period ending | Amount Due | |
|---|---|---|---|---|
| 82035 | 272949 | 11/09/12 | 360.25 | |

| Date | Order No. | Svc | | | | | Charge | Total |
|---|---|---|---|---|---|---|---|---|
| 11/02/12 | 6953641 | SDF | SEVERSON & WERSON | USDC-SAN FRANCISCO | | Base Chg : | 10.25 | 360.25 |
| FC-USC SFMC DAY-DAILY RUN | | | 1 EMBARCADERO CENTER | 450 GOLDEN GATE AVENUE | | ADV/MIS CK: | 350.00 | |
| | | | SAN FRANCISCO    CA 94111 | SAN FRANCISCO    CA 94102 | | | | |
| | | | Called: Valerie Vitelle | | | | | |
| | | | Case No.: NA | Case Title: SANAK V GMAC | | | | |
| | | | FILE/CONFORM/RETURN | ADV FEES | | | | |
| | | | Signed: FILED | Ref: 1300.1398 | | | | |

19000.1398

Invoice Amount:      10.25
Fees Advanced:      350.00
Total  Amount Due:      360.25

OK to pay
(W)

Total      360.25

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338377    JBS                                    January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0811    Villanueva, Jun
GMAC No.: 710872

**TOTAL AMOUNT DUE**          **$192.60**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338377    JBS                                                 January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0811    Villanueva, Jun
                          GMAC No.: 710872

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|-|-------|------|--------|
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| EK | 11/09/12 | Call to court of appeal re mistaken designation of Deutsche Bank as respondent | L520 | 0.20 | 274.50 | 54.90 |
| EK | 11/09/12 | Draft letter to Court of Appeal clerk re mistaken designation of Deutsche Bank as respondent | L510 | 0.40 | 274.50 | 109.80 |
| | | **TOTAL** | | **0.70** | | **$192.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|-|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L510 | Appellate Motions & Submission | 0.40 | $109.80 |
| L520 | Appellate Briefs | 0.20 | $54.90 |
| | **TOTAL** | **0.70** | **$192.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|-|----------|-------|------|-------|
| Kemp, Erik | EK | Associate | 0.60 | 274.50 | $164.70 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **0.70** | | **$192.60** |

PRIOR FEES                          $13,110.30
PRIOR COSTS & EXPENSES      $3,242.95

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338377 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Villanueva, Jun | | |

|  | FEES | $192.60 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$192.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338379    JBS                                   January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0355    Guynes, Verta C. v. The Bank of NY Mellon
                  GMAC Matter No.: 691073

**TOTAL AMOUNT DUE**          **$915.00**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338379    JBS                                    January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0355    Guynes, Verta C. v. The Bank of NY Mellon
GMAC Matter No.: 691073

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| YS | 11/02/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 11/09/12 | Receipt, review and analysis of co-defendant the Bank of New York's notice of entry of the order on its motion to compel discovery responses | L120 | 0.10 | 238.50 | 23.85 |
| YS | 11/27/12 | Draft and prepare client's case management statement in light of pending case management conference hearing | L210 | 0.40 | 238.50 | 95.40 |
| YS | 12/03/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 12/03/12 | Receipt, review and analysis of co-defendant Bank of New York's case management statement in light of pending case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 12/03/12 | Receipt and review of Notice of Case Management Conference. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 12/17/12 | Planned and prepared for Case Management Conference. | L230 | 0.50 | 238.50 | 119.25 |
| JHT | 12/18/12 | Appeared at Case Management Conference. | L230 | 1.00 | 238.50 | 238.50 |
| JHT | 12/18/12 | Drafted correspondence to client regarding case status. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 12/18/12 | Drafted Notice of Continued Case Management Conference. | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 12/27/12 | Reviewed docket to confirm upcoming hearing dates and status of litigation. | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **3.30** | | **$787.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338379 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Guynes, Verta C. | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/01/12 | One Legal, Inc.; Transmittal of filing to court; Amended Notice of Bankruptcy and Suggestion of Automatic Stay 09/26/12 | 49.95 |
| 12/17/12 | CourtCall, LLC; CourtCall - Conference Service; 12/18/12 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$127.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $47.70 |
| L190 | Other Case Assessment | 0.80 | $190.80 |
| L210 | Pleadings | 0.80 | $190.80 |
| L230 | Court Mandated Conferences | 1.50 | $357.75 |
| | **TOTAL** | **3.30** | **$787.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 2.50 | 238.50 | $596.25 |
| Shaham, Yaron | YS | Special Counsel | 0.80 | 238.50 | $190.80 |
| | **Total** | | **3.30** | | **$787.05** |

| | |
|---|---|
| PRIOR FEES | $28,666.80 |
| PRIOR COSTS & EXPENSES | $3,583.64 |

| | |
|---|---|
| FEES | $787.05 |
| COSTS & EXPENSES | $127.95 |
| **TOTAL THIS INVOICE** | **$915.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      338381      JBS                                          January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0628      Gjurovich, Alan and Star Hill v. GMAC Mortgage, LLC
                              GMAC Matter No.: 704149

**TOTAL AMOUNT DUE**              **$269.10**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338381    JBS                                                          January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0628    Gjurovich, Alan and Star Hill v. GMAC Mortgage, LLC
                        GMAC Matter No.: 704149

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 12/05/12 | Prepare case update for client. | L110 | 0.10 | 288.00 | 28.80 |
| MEH | 12/21/12 | Review case file for status and upcoming deadlines. | L120 | 0.20 | 261.00 | 52.20 |
| MEH | 12/21/12 | Draft bankruptcy status report for quarterly court filing. | L510 | 0.50 | 261.00 | 130.50 |
| DL | 12/30/12 | Analyze appellate court docket and prepare case update for client on case chart. | L110 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **1.00** | | **$269.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.30 | $86.40 |
| L120 | Analysis/Strategy | 0.20 | $52.20 |
| L510 | Appellate Motions & Submission | 0.50 | $130.50 |
| | **TOTAL** | **1.00** | **$269.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.30 | 288.00 | $86.40 |
| Holt, M. Elizabeth | MEH | Associate | 0.70 | 261.00 | $182.70 |
| | **Total** | | **1.00** | | **$269.10** |

PRIOR FEES                    $55,331.55
PRIOR COSTS & EXPENSES        $8,335.84

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338381 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Gjurovich, Alan | | |

|  | FEES | $269.10 |
| **TOTAL THIS INVOICE** | | **$269.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338382    JBS                                    January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1070     Ozuna, Rolando H. and Socorro A.
                   GMAC Matter No.: ~~719053~~    7714869

**TOTAL AMOUNT DUE**            **$468.48**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338382    JBS                                    January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1070    Ozuna, Rolando H. and Socorro A.
                        GMAC Matter No.: 719053

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JHT | 12/03/12 | Reviewed correspondence from client regarding Plaintiff's request for a Temporary Restraining Order. | L190 | 0.30 | 238.50 | 71.55 |
| YS | 12/05/12 | Draft correspondence to plaintiff's counsel regarding settling the matter via another loan modification agreement | L160 | 0.30 | 238.50 | 71.55 |
| YS | 12/13/12 | Draft correspondence to client regarding continuing the foreclosure sale date in light of pending modification review | L190 | 0.30 | 238.50 | 71.55 |
| YS | 12/17/12 | Draft correspondence to client regarding plaintiffs' loan modification application in an attempt to resolve this case | L190 | 0.30 | 238.50 | 71.55 |
| YS | 12/17/12 | Review and analysis of plaintiffs' loan modification application in an effort to resolve this case | L120 | 0.60 | 238.50 | 143.10 |
| | | **TOTAL** | | **1.80** | | **$429.30** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Ozuna Rolando H/ Ozuna Socorro A, 87 Anacapa Ct. Foothill Ranch, CA, 11/28/12 | 13.34 |
| 12/14/12 | Yaron Shaham; Transportation; Ex Parte Hearing, Santa Ana, Ca. 11/30/12 | 13.82 |
| 12/14/12 | Yaron Shaham; Transportation; Ex Parte Hearing 11/30/12 | 6.01 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338382 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Ozuna, Rolando & Socorro | | |

| | | |
|---|---|---|
| 12/26/12 | American Express-Box 0001;Meals ; Acct. No. 2-21001. Yaron Shaham. 19000.1070 Ex Parte Hearing 11/30/12 | 6.01 |
| | **TOTAL COSTS & EXPENSES** | **$39.18** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $143.10 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $71.55 |
| L190 | Other Case Assessment | 0.90 | $214.65 |
| | **TOTAL** | **1.80** | **$429.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.30 | 238.50 | $71.55 |
| Shaham, Yaron | YS | Special Counsel | 1.50 | 238.50 | $357.75 |
| | **Total** | | **1.80** | | **$429.30** |

| | |
|---|---|
| PRIOR FEES | $19,585.35 |
| PRIOR COSTS & EXPENSES | $1,737.72 |

| | |
|---|---|
| FEES | $429.30 |
| COSTS & EXPENSES | $39.18 |
| **TOTAL THIS INVOICE** | **$468.48** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338383    JBS                                    January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1095    Boyd, Michael E.
GMAC Matter No.: 719832

**TOTAL AMOUNT DUE**            **$1,620.00**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338383    JBS                                     January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1095    Boyd, Michael E.
                        GMAC Matter No.: 719832

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MXS | 12/03/12 | Strategized re notice and handling of appeal filed by plaintiff. (Actual bill date 10/31 - per EAM) | L510 | 0.30 | 216.00 | 64.80 |
| MKS | 12/04/12 | Analysis of need to file Notice of Bankruptcy Stay and applicability of same in light of new appellate court decision re: potent ional sanction liability for failure to timely do so. | L120 | 0.20 | 270.00 | 54.00 |
| MEH | 12/04/12 | Strategize re: notice of bankruptcy stay. | L510 | 0.30 | 261.00 | 78.30 |
| MXS | 12/04/12 | Reviewed precedent notices of lift of stay for applicability. | L250 | 0.20 | 216.00 | 43.20 |
| MXS | 12/04/12 | Strategized re application of rule 230(b) and need for notice of lift of bankruptcy stay. | L250 | 0.30 | 216.00 | 64.80 |
| MEH | 12/05/12 | Review/analyze title search results on plaintiff's multiple mortgaged properties. | L110 | 0.40 | 261.00 | 104.40 |
| MEH | 12/05/12 | Draft email to client (H. Franchi) with recommended appellate strategy. | L120 | 0.60 | 261.00 | 156.60 |
| MEH | 12/06/12 | Exchange emails with client (H. Franchi) re: appellate strategy. | L120 | 0.30 | 261.00 | 78.30 |
| MEH | 12/06/12 | Research status of plaintiff's bankruptcy cases. | L110 | 0.20 | 261.00 | 52.20 |
| MXS | 12/06/12 | Strategized re application of automatic stay to Plaintiff's new interpretation of claims. | L250 | 0.20 | 216.00 | 43.20 |
| MXS | 12/06/12 | E-mailed with client H. Franchii re involvement of Plaintiff's properties in bankruptcy. | L250 | 0.30 | 216.00 | 64.80 |
| KPL | 12/11/12 | Add matter to MEH case list and | L140 | 0.30 | 76.50 | 22.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338383 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Boyd, Michael E. | | | | | |

| | | tracking spreadsheets. | | | | |
|---|---|---|---|---|---|---|
| KPL | 12/11/12 | Create opening case tasks checklist and list completed tasks. | L140 | 0.30 | 76.50 | 22.95 |
| MXS | 12/12/12 | Strategized re application of stay to unfair competition claims and reviewed e-mails from client H. Francii re same. | L250 | 0.30 | 216.00 | 64.80 |
| MEH | 12/21/12 | Review case file for status and upcoming deadlines. | L120 | 0.20 | 261.00 | 52.20 |
| MEH | 12/21/12 | Draft notice of bankruptcy and non-effect of stay on appeal. | L510 | 2.20 | 261.00 | 574.20 |
| MEH | 12/21/12 | Draft email to client H. Franchi enclosing draft bankruptcy notice, with comments. | L510 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | **6.90** | | **$1,620.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.60 | $156.60 |
| L120 | Analysis/Strategy | 1.30 | $341.10 |
| L140 | Document/File Management | 0.60 | $45.90 |
| L250 | Other Written Motions | 1.30 | $280.80 |
| L510 | Appellate Motions & Submission | 3.10 | $795.60 |
| | **TOTAL** | **6.90** | **$1,620.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Lee, Kristina | KPL | Legal Assistant | 0.60 | 76.50 | $45.90 |
| Holt, M. Elizabeth | MEH | Associate | 4.50 | 261.00 | $1,174.50 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Schindler, Maria | MXS | Associate | 1.60 | 216.00 | $345.60 |
| | **Total** | | **6.90** | | **$1,620.00** |

| PRIOR FEES | $41,839.65 |
|---|---|
| PRIOR COSTS & EXPENSES | $818.05 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338383 | CLIENT | GMAC ResCap | | Page | 3 |
| | | MATTER | Boyd, Michael E. | | | |

|  | FEES | $1,620.00 |
| **TOTAL THIS INVOICE** | | **$1,620.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     338384     JBS                                    January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1113      Guo, Yong X.
                     GMAC Matter No.: 720229

**TOTAL AMOUNT DUE**          $1,414.00

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338384    JBS                                    January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1113    Guo, Yong X.
                        GMAC Matter No.: 720229

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 12/03/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 12/05/12 | Draft correspondence to plaintiffs' counsel regarding the fully executed loan modification agreement | L160 | 0.20 | 238.50 | 47.70 |
| YS | 12/13/12 | Draft correspondence to client regarding outcome from the case management conference hearing and responding to plaintiffs' counsel regarding discrepancy in the permanent loan modification | L190 | 0.40 | 238.50 | 95.40 |
| YS | 12/13/12 | Attend the Court's case management conference hearing and determine how to proceed based on the outcome | L450 | 4.40 | 238.50 | 1,049.40 |
| YS | 12/13/12 | Draft notice of the Court's hearings on its orer to show cause regarding dismissal and order to show cause regarding sanctions against plaintiffs and their counsel for failure to appear at the Court's case management conference hearing | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 12/27/12 | Reviewed docket to confirm upcoming hearing dates and status of litigation. | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **5.70** | | **$1,359.45** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 12/14/12 | Yaron Shaham; Transportation; CMC, RCSC, Riverside 12/13/12 | 54.55 |

**TOTAL COSTS & EXPENSES**                          **$54.55**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338384 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Guo, Yong X. | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 0.20 | $47.70 |
| L190 | Other Case Assessment | 0.70 | $166.95 |
| L210 | Pleadings | 0.40 | $95.40 |
| L450 | Trial and Hearing Attendance | 4.40 | $1,049.40 |
| | **TOTAL** | **5.70** | **$1,359.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.20 | 238.50 | $47.70 |
| Shaham, Yaron | YS | Special Counsel | 5.50 | 238.50 | $1,311.75 |
| | **Total** | | **5.70** | | **$1,359.45** |

PRIOR FEES                          $19,847.25
PRIOR COSTS & EXPENSES       $1,284.00

| | |
|---|---|
| FEES | $1,359.45 |
| COSTS & EXPENSES | $54.55 |
| **TOTAL THIS INVOICE** | **$1,414.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338385    JBS

January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1121  | Alfaro, Leonel |
|        |       | GMAC Matter No.: 721103 |

**TOTAL AMOUNT DUE**          **$528.14**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338385    JBS                                    January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1121    Alfaro, Leonel
                        GMAC Matter No.: 721103

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 12/05/12 | Prepare case update for client. | L110 | 0.10 | 288.00 | 28.80 |
| LJT | 12/10/12 | Research title records re current status of title and draft e-mail re same. | L110 | 0.10 | 130.50 | 13.05 |
| DL | 12/10/12 | Analyze plaintiff's motion for reconsideration on order sustaining MERS' demurrer without leave to amend. | L430 | 0.40 | 288.00 | 115.20 |
| DL | 12/11/12 | Analyze court docket for filing of motion for reconsideration of MERS' demurrer and advise client that motion not filed with court and no hearing date set. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 12/13/12 | Analyze court docket for setting of hearing date for motion for reconsideration. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/20/12 | Check status of setting hearing date for plaintiff's motion for reconsideration of order sustaining demurrer. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/20/12 | Check status of signing of judgment in favor of MERS. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/24/12 | Analyze court docket for setting of hearing on motion for reconsideration. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/27/12 | Analyze judgment, prepare notice of entry of judgment and advise client of appeal deadline. | L110 | 0.40 | 288.00 | 115.20 |
| DL | 12/30/12 | Prepare case update for client on case chart. | L110 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **1.70** | | **$473.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338385      **CLIENT**    GMAC ResCap                     Page         2
                          **MATTER**    Alfaro, Leonel

## COSTS & EXPENSES

12/13/12  David M. Liu; Transportation; Hearing on                                    54.29
          Demurrer to FAC. Los Angeles 11/27/12
          **TOTAL COSTS & EXPENSES**                                        **$54.29**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 1.10 | $301.05 | | | |
| L430 | Written Motions/Submissions | 0.60 | $172.80 | | | |
| | TOTAL | **1.70** | **$473.85** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.60 | 288.00 | $460.80 |
| Tarwater, Linda | LJT | Paralegal | 0.10 | 130.50 | $13.05 |
| | Total | | **1.70** | | **$473.85** |

PRIOR FEES                              $22,289.40
PRIOR COSTS & EXPENSES                   $3,099.54

                                    FEES                $473.85
                        COSTS & EXPENSES                 $54.29
                        **TOTAL THIS INVOICE**          **$528.14**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     338386     JBS                                                    January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1157      Cirino, Sepideh
                     GMAC Matter No.: 730034

**TOTAL AMOUNT DUE**          **$9,080.21**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338386    JBS                                          January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1157    Cirino, Sepideh
GMAC Matter No.: 730034

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MEH | 12/03/12 | Begin drafting supplemental brief re: scope of bankruptcy stay. | L520 | 1.50 | 261.00 | 391.50 |
| MKS | 12/04/12 | Review and revise supplemental briefing concerning bankruptcy stay in response to request from court for same. | L210 | 0.20 | 270.00 | 54.00 |
| MEH | 12/04/12 | Continue drafting supplemental brief re: scope of bankruptcy stay. | L520 | 3.80 | 261.00 | 991.80 |
| MEH | 12/04/12 | Revise/edit supplemental brief re: scope of bankruptcy stay. | L520 | 0.50 | 261.00 | 130.50 |
| MEH | 12/04/12 | Draft email to client (J. Holtgren) enclosing draft of brief re: scope of bankruptcy stay, with comments. | L520 | 0.50 | 261.00 | 130.50 |
| MEH | 12/05/12 | Exchange multiple emails with client (J. Holtgren) re: bankruptcy brief, MERS contact for purposes of appeal. | L520 | 0.40 | 261.00 | 104.40 |
| RJG | 12/06/12 | Preparation of a monthly status report to our client regarding case issues. | L120 | 0.20 | 274.50 | 54.90 |
| MEH | 12/09/12 | Draft respondents' brief. | L520 | 3.00 | 261.00 | 783.00 |
| MEH | 12/11/12 | Continue drafting respondents' brief. | L520 | 3.80 | 261.00 | 991.80 |
| MEH | 12/12/12 | Continue drafting respondents' brief. | L520 | 6.00 | 261.00 | 1,566.00 |
| MEH | 12/13/12 | Draft email to client (J. Holtgren) enclosing bankruptcy stay order from Ninth Circuit, with comments. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 12/13/12 | Calculate/calendar deadline for next status update to court re: bankruptcy. | L510 | 0.20 | 261.00 | 52.20 |
| JTC | 12/14/12 | Review and revise draft appellee's brief. | L520 | 1.60 | 490.50 | 784.80 |
| MEH | 12/14/12 | Revise respondents' brief. | L520 | 2.60 | 261.00 | 678.60 |
| MEH | 12/17/12 | Exchange emails with MERS client | L520 | 0.30 | 261.00 | 78.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338386 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Cirino, Sepideh | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | contact (T. Isabel) re: appellate briefing. | | | | | |
| MEH | 12/18/12 | Draft supplemental excerpts of record and marshall documents for same. | L520 | 1.50 | 261.00 | 391.50 |
| GSW | 12/19/12 | Review, number and prepare Supplemental Excerpts of Record (Court of Appeals) | L110 | 1.70 | 130.50 | 221.85 |
| MEH | 12/19/12 | Finalize excerpts of record index. | L520 | 0.30 | 261.00 | 78.30 |
| MEH | 12/19/12 | Revise respondent's brief to incorporate citations to excerpts of record. | L520 | 0.40 | 261.00 | 104.40 |
| MEH | 12/19/12 | Review/analyze client edits to respondents brief from MERS contact T. Isabell. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 12/19/12 | Exchange emails with client contact T. Isabell re: edits to respondents brief. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 12/19/12 | Revise/edit respondents brief. | L520 | 2.50 | 261.00 | 652.50 |
| MEH | 12/20/12 | Finalize respondents' brief and excerpts of record for filing. | L520 | 2.00 | 261.00 | 522.00 |
| MEH | 12/21/12 | Calculate/calendar deadline for appellant's reply brief. | L520 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | **33.90** | | **$8,997.75** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Cirino John Robert, 27495 Hidden Trail Rd, Laguna Hills, CA, 92653 11/26/12 | 8.39 |
| 12/26/12 | Copy Central  Maritime; Outside Copies; Black & White 8 1/2 X 11 Copies (36 Origs) 12/21/12 | 74.07 |
| | **TOTAL COSTS & EXPENSES** | **$82.46** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.70 | $221.85 |
| L120 | Analysis/Strategy | 0.20 | $54.90 |
| L210 | Pleadings | 0.20 | $54.00 |
| L510 | Appellate Motions & Submission | 0.50 | $130.50 |
| L520 | Appellate Briefs | 31.30 | $8,536.50 |
| | **TOTAL** | **33.90** | **$8,997.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 338386 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|
| | MATTER | Cirino, Sepideh | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Webb, Gilla | GSW | Paralegal | 1.70 | 130.50 | $221.85 |
| Chilton, Jan T. | JTC | Member | 1.60 | 490.50 | $784.80 |
| Holt, M. Elizabeth | MEH | Associate | 30.20 | 261.00 | $7,882.20 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Gandy, Robert | RJG | Special Counsel | 0.20 | 274.50 | $54.90 |
| | **Total** | | **33.90** | | **$8,997.75** |

PRIOR FEES                          $18,158.85
PRIOR COSTS & EXPENSES              $509.84

| | | |
|---|---|---|
| FEES | $8,997.75 |
| COSTS & EXPENSES | $82.46 |
| **TOTAL THIS INVOICE** | **$9,080.21** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338387    JBS                                    January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1168     Hungerford, Timothy
                     GMAC Matter No.: 723040

**TOTAL AMOUNT DUE**              **$266.70**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338387    JBS                                         January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1168    Hungerford, Timothy
GMAC Matter No.: 723040

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 12/05/12 | Prepare case update for client. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/24/12 | Analyze docket for filing of appeal and work on obtaining dismissal of action. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 12/26/12 | Analyze dismissal of Cal-Western and rejected dismissal of GMAC. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 12/30/12 | Prepare case update for client on case chart. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/31/12 | Analyze docket for filing of appeal and exchange correspondence with client re no appeal filed and to close file. | L110 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | **0.90** | | **$259.20** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 12/30/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange Co Supperior Court WE CA 10/18/12 | 7.50 |

**TOTAL COSTS & EXPENSES**                **$7.50**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L110    Fact Investigation/Development | 0.90 | $259.20 |
| **TOTAL** | **0.90** | **$259.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|----|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.90 | 288.00 | $259.20 |
| | **Total** | | **0.90** | | **$259.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338387 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Hungerford, Timothy | | |

| | | |
|---|---|---|
| PRIOR FEES | $19,296.90 | |
| PRIOR COSTS & EXPENSES | $1,078.55 | |

| | |
|---|---|
| FEES | $259.20 |
| COSTS & EXPENSES | $7.50 |
| **TOTAL THIS INVOICE** | **$266.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338388    JBS                                    January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1183     Kimbrough, William IV
                     GMAC Matter No.: 723491

**TOTAL AMOUNT DUE**            $2,129.00

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338388    JBS                                    January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1183    Kimbrough, William IV
                        GMAC Matter No.: 723491

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 12/07/12 | Exchange correspondence with clerk re continuance of hearing on demurrer and prepare notice of continuance. | L110 | 0.40 | 288.00 | 115.20 |
| DL | 12/10/12 | Prepare notice of continuance of hearing on demurrer and telephone call with plaintiff's counsel re same. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 12/10/12 | Analyze plaintiff's counsel's renewed motion to withdraw as counsel. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 12/10/12 | Analyze plaintiff's supplemental briefing re ability to amend second amended complaint. | L430 | 0.40 | 288.00 | 115.20 |
| DL | 12/12/12 | Attend hearing on demurrer to second amended complaint and advise client that court granted 10 days leave to amend. | L430 | 3.80 | 288.00 | 1,094.40 |
| DL | 12/13/12 | Draft notice of ruling on demurrer to second amended complaint and continuance of hearing on plaintiff's counsel's motion to withdraw. | L430 | 0.40 | 288.00 | 115.20 |
| DL | 12/24/12 | Analyze docket for filing of third amended complaint. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/26/12 | Analyze docket for filing of amended complaint and advise client that no amended complaint timely filed. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 12/27/12 | Analyze docket for filing of amended complaint. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/28/12 | Analyze court docket for injunction; analyze bankruptcy docket for possible filings by borrower and advise client to proceed with REO sale of property. | L110 | 0.30 | 288.00 | 86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338388 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Kimbrough, William IV | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DL | 12/28/12 | Prepare case management conference statement. | L430 | | 0.30 | 288.00 | 86.40 |
| DL | 12/30/12 | Prepare case update for client on case chart. | L110 | | 0.10 | 288.00 | 28.80 |
| DL | 12/31/12 | Analyze third amended complaint. | L210 | | 0.40 | 288.00 | 115.20 |
| | | **TOTAL** | | | **7.00** | | **$2,016.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 12/13/12 | David M. Liu; Transportation; Hearing on Demurrer to SAC. RCSC 11/28/12 | 52.90 |
| 12/26/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Riverside Court Web Imagi CA 10/05/12 | 10.20 |
| 12/29/12 | David M. Liu; Transportation; Hearing on Demurrer to SAC., Riverside 12/12/12 | 49.90 |
| | **TOTAL COSTS & EXPENSES** | **$113.00** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.20 | $345.60 |
| L210 | Pleadings | 0.40 | $115.20 |
| L430 | Written Motions/Submissions | 5.40 | $1,555.20 |
| | **TOTAL** | **7.00** | **$2,016.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 7.00 | 288.00 | $2,016.00 |
| | **Total** | | **7.00** | | **$2,016.00** |

| | | |
|---|---|---|
| PRIOR FEES | $25,707.60 | |
| PRIOR COSTS & EXPENSES | $2,124.09 | |

| | | |
|---|---|---|
| FEES | $2,016.00 |
| COSTS & EXPENSES | $113.00 |
| **TOTAL THIS INVOICE** | **$2,129.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338389    JBS .                                    January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT      19000    GMAC ResCap
MATTER      1250     Binafard, Nader
                     Email Invoice to Kari Krull




**TOTAL AMOUNT DUE**          $217.13




*** *REMITTANCE COPY* ***
*Please include this page with payment.*




Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338389    JBS                                              January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1250    Binafard, Nader
                        Email Invoice to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MJE | 11/13/12 | Review of Court docket and communicate with K. Franich re hearing coverage | L140 | 0.30 | 279.00 | 83.70 |
| MJE | 11/14/12 | Exchange of emails with K. Franich and client re dismissal of small claims action | L140 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | **0.60** | | **$167.40** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 12/30/12 | DDS Legal Support Systems; Court Services; Lame- Purdue, Los Angeles, Ca. 12/4/12 | | 49.73 |
| | **TOTAL COSTS & EXPENSES** | **$49.73** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|--------------------------|---|-------|--------|---|---|---|
| L140    Document/File Management | | 0.60 | $167.40 | | | |
| **TOTAL** | | **0.60** | **$167.40** | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|------------|---|----------|---|-------|------|-------|
| Esposito, Matthew | MJE | Associate | | 0.60 | 279.00 | $167.40 |
| | **Total** | | | **0.60** | | **$167.40** |

| | | |
|---|---|---|
| PRIOR FEES | $3,396.15 | |
| PRIOR COSTS & EXPENSES | $108.38 | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338389 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Binafard, Nader | | |

|  | |
|---|---|
| FEES | $167.40 |
| COSTS & EXPENSES | $49.73 |
| **TOTAL THIS INVOICE** | **$217.13** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     338390     JBS                                    January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000     GMAC ResCap
MATTER      1251      Kerns, Bryan and Denine
                      GMAC Matter No.: 727170

**TOTAL AMOUNT DUE**          **$225.23**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338390    JBS

January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1251    Kerns, Bryan and Denine
GMAC Matter No.: 727170

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 12/03/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 12/03/12 | Receipt and review of Notice of Continuance of Deutsche Bank's Ex Parte Application to Continue Trial. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 12/03/12 | Receipt and review of Deutsche Bank's Reply in support of Demurrer to Third Amended Complaint. | L210 | 0.20 | 238.50 | 47.70 |
| JHT | 12/03/12 | Receipt and review of Deutsche Bank's Reply in support of Motion to Strike Third Amended Complaint. | L210 | 0.20 | 238.50 | 47.70 |
| JHT | 12/27/12 | Reviewed docket to confirm upcoming hearing dates and status of litigation. | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **0.90** | | **$214.65** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 12/26/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange Co Superior Court WE CA 09/19/12 | 10.58 |

**TOTAL COSTS & EXPENSES**    **$10.58**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L190 | Other Case Assessment | 0.50 | $119.25 |
| L210 | Pleadings | 0.40 | $95.40 |
| | **TOTAL** | **0.90** | **$214.65** |

| Timekeeper | Position | Hours | Rate | Value |
|-----------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 338390 | CLIENT<br>MATTER | GMAC ResCap<br>Kerns, Bryan & Denine | | | Page | 2 |
|---|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.80 | 238.50 | $190.80 | |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 | |
| | **Total** | | **0.90** | | **$214.65** | |

PRIOR FEES                          $7,250.40
PRIOR COSTS & EXPENSES        $248.49

|  |  |
|---|---|
| FEES | $214.65 |
| COSTS & EXPENSES | $10.58 |
| **TOTAL THIS INVOICE** | **$225.23** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     338391     JBS                                                January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1254      Stone, Lance
                     GMAC Matter No.: 727306

**TOTAL AMOUNT DUE**              **$952.70**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338391    JBS                          January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1254    Stone, Lance
                         GMAC Matter No.: 727306

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 12/04/12 | Prepare correspondence to plaintiff's counsel re filing dismissal and prepare correspondence to client re same. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 12/05/12 | Prepare multiple correspondence to plaintiff re finalizing settlement and prepare correspondence to client re same. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 12/06/12 | Exchange correspondence with plaintiff's counsel re preparation of dismissal, review signed dismissal and prepare correspondence to client re same. | L160 | 0.40 | 288.00 | 115.20 |
| LJT | 12/07/12 | Draft notice of withdrawal of lis pendens. | L210 | 0.40 | 130.50 | 52.20 |
| DL | 12/07/12 | Revise notice of withdrawal of lis pendens and prepare correspondence to plaintiff re same. | L160 | 0.40 | 288.00 | 115.20 |
| DL | 12/07/12 | Analyze order of case reassignment. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/10/12 | Exchange further correspondence with plaintiff's counsel re status of signing withdrawal of lis pendens. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 12/11/12 | Exchange correspondence with plaintiff re signing of withdrawal of lis pendens and review same and prepare correspondence to client re same. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 12/12/12 | Check on status of filing of dismissal and recording of withdrawal of lis pendens and advise client re same. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 12/17/12 | Follow up re status of filing dismissal, withdrawal of lis pendens and advise | L110 | 0.20 | 288.00 | 57.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338391 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Stone, Lance | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | client re same. | | | | |
| DL | 12/19/12 | Exchange correspondence with client re L160 filed dismissal, obtain and send copy of recorded withdrawal of lis pendens to client and review settlement agreement re closing file. | 0.40 | 288.00 | | 115.20 |
| DL | 12/20/12 | Exchange correspondence with client to L110 close file. | 0.10 | 288.00 | | 28.80 |
| | | **TOTAL** | **3.20** | | | **$858.60** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 12/26/12 | One Legal, Inc.; Transmittal of filing to court; Request for Dismissal 12/07/12 | 49.95 |
| 12/30/12 | DDS Legal Support Systems; Messenger; Stone Law Firm, at 19900 MacArthur Blvd. Irvine, Ca. 12/11/12 | 19.15 |
| 12/31/12 | San Diego County Recorder's Office-D; Recorder Fees; Fee to Record Withdrwal Lis Pendens. Draft#29465 12/12/12 | 25.00 |
| | **TOTAL COSTS & EXPENSES** | **$94.10** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.60 | $172.80 |
| L160 | Settlement/Non-Binding ADR | 2.20 | $633.60 |
| L210 | Pleadings | 0.40 | $52.20 |
| | **TOTAL** | **3.20** | **$858.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 2.80 | 288.00 | $806.40 |
| Tarwater, Linda | LJT | Paralegal | 0.40 | 130.50 | $52.20 |
| | **Total** | | **3.20** | | **$858.60** |

| | |
|---|---|
| PRIOR FEES | $21,720.00 |
| PRIOR COSTS & EXPENSES | $1,880.19 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338391 | CLIENT | GMAC ResCap | Page | 3 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Stone, Lance | | |

|  | |
| --- | --- |
| FEES | $858.60 |
| COSTS & EXPENSES | $94.10 |
| **TOTAL THIS INVOICE** | **$952.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338392    JBS                                   January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1269      Nyamekye, Adwoa
                     GMAC Matter No.: 717293

**TOTAL AMOUNT DUE**          $1,134.97

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338392    JBS                                          January 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1269    Nyamekye, Adwoa
GMAC Matter No.: 717293

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 11/02/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 11/19/12 | Receipt, review and analysis of plaintiff's case management statement in light of pending case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| YS | 11/28/12 | Draft clients' case management statement in light of pending case management conference hearing | L210 | 0.40 | 238.50 | 95.40 |
| YS | 12/03/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 12/13/12 | Reviewed case file, case notes and operative pleadings in preparation for hearing on Demurrer to First Amended Complaint. | L210 | 1.00 | 238.50 | 238.50 |
| JHT | 12/14/12 | Appeared at hearing on Demurrer to First Amended Complaint. | L210 | 1.50 | 238.50 | 357.75 |
| JHT | 12/14/12 | Drafted Notice of Ruling on Demurrer to First Amended Complaint. | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 12/14/12 | Drafted Notice of Continued Case Management Conference and Order to Show Cause regarding failure to serve Second Amended Complaint. | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 12/14/12 | Drafted correspondence to client regarding case status. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 12/27/12 | Reviewed docket to confirm upcoming hearing dates and status of litigation. | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **4.40** | | **$1,049.40** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 338392 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Nyamekye, Adwoa | | |

| | | | |
|---|---|---|---|
| 10/31/12 | Cardmember Service/Bank One (Acct #2707); Court and Filing Fees;  LA@Court Online Civil Images 09/04/12 | | 7.57 |
| 12/17/12 | CourtCall, LLC; CourtCall - Conference Service; 12/14/12 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$85.57** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $23.85 |
| L190 | Other Case Assessment | 0.60 | $143.10 |
| L210 | Pleadings | 3.70 | $882.45 |
| | **TOTAL** | **4.40** | **$1,049.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 3.70 | 238.50 | $882.45 |
| Shaham, Yaron | YS | Special Counsel | 0.70 | 238.50 | $166.95 |
| | **Total** | | **4.40** | | **$1,049.40** |

| | |
|---|---|
| PRIOR FEES | $5,373.45 |
| PRIOR COSTS & EXPENSES | $375.99 |

| | |
|---|---|
| FEES | $1,049.40 |
| COSTS & EXPENSES | $85.57 |
| **TOTAL THIS INVOICE** | **$1,134.97** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338484    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      0032     Johnson, Wes W. v. Homecomings Financial, et al.
                     GMAC Matter No.: 692775

**TOTAL AMOUNT DUE**              **$460.80**

**\*\*\* *REMITTANCE COPY* \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.    338484    JBS | | January 24, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0032    Johnson, Wes W. v. Homecomings Financial, et al.
                          GMAC Matter No.: 692775

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 12/03/12 | Exchange correspondence with plaintiff's counsel re preparing report re status of bankruptcy and review bankruptcy docket re same. | L110 | 0.40 | 288.00 | 115.20 |
| DL | 12/04/12 | Exchange correspondence with client re sharing BPO with plaintiff's counsel and exchange correspondence with plaintiff's counsel re same. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 12/06/12 | Exchange correspondence with plaintiff's counsel re drafting notice re status of bankruptcy. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 12/07/12 | Exchange correspondence with client re preparing joint report re status of bankruptcy and litigation. | L430 | 0.50 | 288.00 | 144.00 |
| DL | 12/14/12 | Analyze order requiring further report re status of bankruptcy. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 12/30/12 | Prepare case update for client on case chart. | L110 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **1.60** | | **$460.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.70 | $201.60 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $57.60 |
| L430 | Written Motions/Submissions | 0.70 | $201.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 338484 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | MATTER | Johnson, Wes W. | | | | | |

| | | | TOTAL | 1.60 | $460.80 | | |
|---|---|---|---|---|---|---|---|

| Timekeeper | | Position | | Hours | Rate | Value | |
|---|---|---|---|---|---|---|---|
| Liu, David | DL | Associate | | 1.60 | 288.00 | $460.80 | |
| | Total | | | 1.60 | | $460.80 | |

PRIOR FEES                     $30,122.10
PRIOR COSTS & EXPENSES         $2,373.05

|  | FEES | $460.80 |
|---|---|---|
|  | TOTAL THIS INVOICE | $460.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338490    JBS                                             January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      0683     Burnett (Daniels)
                     GMAC Matter No.: 706245

**TOTAL AMOUNT DUE**          **$667.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338490    JBS                                      January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0683    Burnett (Daniels)
                        GMAC Matter No.: 706245

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 12/03/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 12/20/12 | Appeared at Status Conference. | L230 | 2.50 | 238.50 | 596.25 |
| JHT | 12/27/12 | Reviewed docket to confirm upcoming hearing dates and status of litigation. | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **2.80** | | **$667.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L190 | Other Case Assessment | 0.30 | $71.55 |
| L230 | Court Mandated Conferences | 2.50 | $596.25 |
| | **TOTAL** | **2.80** | **$667.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Tuffaha, Joe | JHT | Associate | 2.70 | 238.50 | $643.95 |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | Total | | 2.80 | | $667.80 |

| PRIOR FEES | $15,786.45 |
|------------|-----------|
| PRIOR COSTS & EXPENSES | $1,566.11 |

| FEES | $667.80 |
|------|---------|
| **TOTAL THIS INVOICE** | **$667.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338491    JBS                                          January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0753     Labostrie, Alvin and Sandra
                   GMAC Matter No.: 708651

**TOTAL AMOUNT DUE**              **$230.40**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     338491     JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  0753     Labostrie, Alvin and Sandra
                           GMAC Matter No.: 708651

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 12/05/12 | Prepare case update for client. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/17/12 | Exchange correspondence with client re maintaining original loan file for possible use for trial. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 12/20/12 | Exchange correspondence with plaintiff's counsel re discussions re possible settlement of action. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 12/26/12 | Exchange correspondence with plaintiff's counsel re no change in GMAC's decision to not rescind sale of property. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 12/30/12 | Prepare case update for client on case chart. | L110 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **0.80** | | **$230.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.40 | $115.20 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $115.20 |
| | **TOTAL** | **0.80** | **$230.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.80 | 288.00 | $230.40 |
| | **Total** | | **0.80** | | **$230.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338491 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Labostrie, Alvin & Sandra | | | |

| PRIOR FEES | $139,977.00 |
| PRIOR COSTS & EXPENSES | $17,061.52 |

| FEES | $230.40 |
| **TOTAL THIS INVOICE** | **$230.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338493    JBS                                            January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1007    Abed-Stephen, Vachagan and Susie
                  C/M# 916689    ~770137

TOTAL AMOUNT DUE              $654.30

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338493    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1007    Abed-Stephen, Vachagan and Susie
C/M# 716689

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 12/04/12 | Analysis of need to file Notice of Bankruptcy Stay and applicability of same in light of new appellate court decision re: potent ional sanction liability for failure to timely do so. | L120 | 0.20 | 270.00 | 54.00 |
| MEH | 12/04/12 | Strategize re: filing of notice of bankruptcy stay. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 12/21/12 | Draft notice of bankruptcy and effect of stay. | L510 | 0.80 | 261.00 | 208.80 |
| MEH | 12/21/12 | Draft cover letter to pro se plaintiffs enclosing bankruptcy notice. | L510 | 1.00 | 261.00 | 261.00 |
| MEH | 12/21/12 | Draft email to client J. Holtgren enclosing bankruptcy notice and cover letter drafts for approval, with comments. | L510 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | **2.50** | | **$654.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L510 | Appellate Motions & Submission | 2.30 | $600.00 |
| | **TOTAL** | **2.50** | **$654.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Holt, M. Elizabeth | MEH | Associate | 2.30 | 261.00 | $600.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338493 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Abed-Stephen, Vachagan | | | | |

| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | Total | | 2.50 | | $654.30 |

| PRIOR FEES | $21,660.98 |
| PRIOR COSTS & EXPENSES | $2,266.28 |

| FEES | $654.30 |
| **TOTAL THIS INVOICE** | **$654.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338494    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1021 | Silva, Arthur and Kimberly |
| | | GMAC Matter No.: 717257 |

**TOTAL AMOUNT DUE**              **$206.10**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338494    JBS                                          January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1021    Silva, Arthur and Kimberly
GMAC Matter No.: 717257

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 11/04/12 | Attention to status, update GMAC spreadsheet. | L190 | 0.20 | 333.00 | 66.60 |
| MJE | 11/26/12 | Receipt and review of Notice of Trial and Pre-Trial Conference. calendaring of same. | L140 | 0.40 | 279.00 | 111.60 |
| MJE | 12/28/12 | Update client re failure to file appeal by Plaintiffs and instruction to close file. | L140 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | **0.70** | | **$206.10** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---------------------------|---|-------|--------|---|---|---|
| L140 | Document/File Management | 0.50 | $139.50 | | | |
| L190 | Other Case Assessment | 0.20 | $66.60 | | | |
| | **TOTAL** | **0.70** | **$206.10** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Esposito, Matthew | MJE | Associate | 0.50 | 279.00 | $139.50 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | Total | | 0.70 | | **$206.10** |

PRIOR FEES                      $10,065.60
PRIOR COSTS & EXPENSES          $1,059.75

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338494 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Silva, Arthur & Kimberly | | |

| | | |
|---|---|---|
| FEES | | $206.10 |
| **TOTAL THIS INVOICE** | | **$206.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338495    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1042    Gillard, Griselda L.
                  GMAC Matter No.: 718047

**TOTAL AMOUNT DUE**          **$1,021.50**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338495    JBS                                         January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1042    Gillard, Griselda L.
                        GMAC Matter No.: 718047

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JSC | 11/12/12 | Revise GMAC Answer to Fourth Amended Complaint. | L210 | 0.70 | 256.50 | 179.55 |
| JSC | 11/27/12 | Correspondence with title company counsel and client re verifications for answer. | L210 | 0.20 | 256.50 | 51.30 |
| JSC | 11/28/12 | Correspondence with A. Hartshorn re status of verifications for answer. | L210 | 0.10 | 256.50 | 25.65 |
| JSC | 11/29/12 | Correspondence with client re verification.  Review verification.  Correspondence with trial counsle re verification. | L210 | 0.20 | 256.50 | 51.30 |
| RJG | 12/05/12 | Correspondence with our client to advise regarding court ordered mediation issues. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 12/05/12 | Multiple correspondence with title company to address court ordered mediation issues. | L160 | 0.40 | 274.50 | 109.80 |
| RJG | 12/10/12 | Correspondence with our client to address pending mediation issues. | L160 | 0.20 | 274.50 | 54.90 |
| RJG | 12/11/12 | Correspondence with title company counsel to address mediation issues and to coordinate mediation dates. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 12/11/12 | Telephone call with our client to discuss mediation representative issues to obtain an appropriate representative. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 12/11/12 | Multiple correspondence with our client to address mediation representative and mediation issues. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 12/12/12 | Correspondence with title company counsel to coordinate mediation dates | L160 | 0.20 | 274.50 | 54.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338495 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Gillard, Griselda L. | | | | |

|  |  | and address mediation issues. | | | | |
|---|---|---|---|---|---|---|
| RJG | 12/12/12 | Correspondence with our client to coordinate mediation dates and address representative appearance issues. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 12/13/12 | Correspondence with our client to advise regarding mediation issues and details. | L160 | 0.20 | 274.50 | 54.90 |
| RJG | 12/13/12 | Reviewed correspondence from title counsel regarding mediation. | L160 | 0.10 | 274.50 | 27.45 |
| | | **TOTAL** | | **3.80** | | **$1,021.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 2.60 | $713.70 |
| L210 | Pleadings | 1.20 | $307.80 |
| | **TOTAL** | **3.80** | **$1,021.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Carr, Jeremy Scott | JSC | Associate | 1.20 | 256.50 | $307.80 |
| Gandy, Robert | RJG | Special Counsel | 2.60 | 274.50 | $713.70 |
| | **Total** | | **3.80** | | **$1,021.50** |

| PRIOR FEES | $10,710.00 |
|---|---|
| PRIOR COSTS & EXPENSES | $516.09 |

| | FEES | $1,021.50 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,021.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338497    **JBS**                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1057    DeLery, Henry
GMAC Matter No.: 718687

**TOTAL AMOUNT DUE**            **$322.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   338497   JBS                                January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  1057      DeLery, Henry
                            GMAC Matter No.: 718687

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 12/06/12 | Prepare email to J. Lowenthal re: motions to compel. | L350 | 0.10 | 270.00 | 27.00 |
| SMH | 12/07/12 | Attention to outstanding discovery issues. | L310 | 0.20 | 333.00 | 66.60 |
| KWF | 12/11/12 | Prepare email to J. Lowenthal re: motion to compel. | L120 | 0.10 | 270.00 | 27.00 |
| SMH | 12/13/12 | Telephone conference with J. Hoy regarding discovery issues. | L140 | 0.20 | 333.00 | 66.60 |
| KWF | 12/13/12 | Prepare email to J. Lowenthal re: motion to compel. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 12/13/12 | Telephone conference with J. Hoy re: motions to compel and case status. | L120 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **1.10** | | **$322.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.60 | $162.00 |
| L140 | Document/File Management | 0.20 | $66.60 |
| L310 | Written Discovery | 0.20 | $66.60 |
| L350 | Discovery Motions | 0.10 | $27.00 |
| | **TOTAL** | **1.10** | **$322.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 0.70 | 270.00 | $189.00 |
| Hankins, Suzanne | SMH | Member | 0.40 | 333.00 | $133.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338497 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | DeLery, Henry | | |

|  | Total | 1.10 | $322.20 |
| --- | --- | --- | --- |

PRIOR FEES                        $35,070.30
PRIOR COSTS & EXPENSES       $2,017.16

|  | FEES | $322.20 |
| --- | --- | --- |
|  | **TOTAL THIS INVOICE** | **$322.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338498    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1077 | Schneidereit, Jeff and Adele |
| | | GMAC Matter No.: 719297 |
| | | Time and expenses must be split between Ally and Rescap |

**TOTAL AMOUNT DUE**          **$1,015.65**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338498    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1077    Schneidereit, Jeff and Adele
                        GMAC Matter No.: 719297
                        Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 12/03/12 | Analysis and evaluation of Plaintiffs' ex parte application for sanctions against co-defendants and supporting documents. | L250 | 0.30 | 274.50 | 82.35 |
| RJG | 12/03/12 | Telephone call with Plaintiffs to respond to ex parte inquiry regarding sanctions sought against co-defendants. | L250 | 0.30 | 274.50 | 82.35 |
| RJG | 12/04/12 | Analysis and evaluation of co-defendants' oppositions and supporting documents to Plaintiffs' ex parte papers seeking sanctions against co-defendants. | L250 | 0.30 | 274.50 | 82.35 |
| RJG | 12/05/12 | Analysis and evaluation of Plaintiffs' and co-defendants' replies to each party's oppositions to motions for judgment on the pleadings. | L250 | 0.30 | 274.50 | 82.35 |
| RJG | 12/06/12 | Preparation of a monthly status report to our client regarding case issues. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 12/12/12 | Telephone call with Plaintiff Adele Schneidereit regarding Plaintiffs' ex parte application to file documents under seal. | L250 | 0.20 | 274.50 | 54.90 |
| RJG | 12/12/12 | Reviewed Plaintiffs' ex parte application to file documents supporting Plaintiffs' motion for judgment on the pleadings under seal. | L250 | 0.20 | 274.50 | 54.90 |
| RJG | 12/13/12 | Analysis of co-defendants' opposition and supporting declarations to Plaintiffs' motion to file documents to | L250 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338498 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Schneidereit, Jeff & Adele | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | support their motion for judgment on the pleadings under seal. | | | | | |
| RJG | 12/19/12 | Telephone call co-defendants' counsel regarding the results of the motion for judgment on the pleadings hearings and judgment of dismissal of the action issues. | L120 | 0.40 | 274.50 | | 109.80 |
| RJG | 12/20/12 | Reviewed the court's order granting co-defendants' motion for judgment on the pleadings. | L120 | 0.10 | 274.50 | | 27.45 |
| RJG | 12/21/12 | Multiple correspondence with co-defendants' counsel regarding judgment of dismissal revisions and final case issues. | L250 | 0.40 | 274.50 | | 109.80 |
| RJG | 12/21/12 | Drafted revisions to the proposed judgment of dismissal of the case with prejudice. | L250 | 0.30 | 274.50 | | 82.35 |
| RJG | 12/26/12 | Correspondence with all parties regarding judgment of dismissal and final case issues. | L120 | 0.30 | 274.50 | | 82.35 |
| | | **TOTAL** | | **3.70** | | | **$1,015.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.10 | $301.95 |
| L250 | Other Written Motions | 2.60 | $713.70 |
| | **TOTAL** | **3.70** | **$1,015.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Gandy, Robert | RJG | Special Counsel | 3.70 | 274.50 | $1,015.65 |
| | **Total** | | **3.70** | | **$1,015.65** |

| | |
|---|---|
| PRIOR FEES | $89,899.65 |
| PRIOR COSTS & EXPENSES | $851.64 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338498 | CLIENT | GMAC ResCap | Page | 3 |
| | | MATTER | Schneidereit, Jeff & Adele | | |

| | | |
|---|---|---|
| | FEES | $1,015.65 |
| | **TOTAL THIS INVOICE** | **$1,015.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     338500     JBS                                              January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1116      Escalera, Raul and Ronda
                     GMAC Matter No.: 720882

**TOTAL AMOUNT DUE**              **$201.60**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338500    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1116    Escalera, Raul and Ronda
GMAC Matter No.: 720882

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| SMH | 10/02/12 | Attention to request for payoff potential for resolution. | L190 | 0.20 | 333.00 | 66.60 |
| KWF | 10/02/12 | Prepare email to client, C. Hancock, re: demand for payoff quote. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 10/17/12 | Prepare email to opposing counsel, D. Cochran, re: payoff quote. | L120 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **0.70** | | **$201.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $135.00 |
| L190 | Other Case Assessment | 0.20 | $66.60 |
| | **TOTAL** | **0.70** | **$201.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 0.50 | 270.00 | $135.00 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | Total | | **0.70** | | **$201.60** |

PRIOR FEES                    $2,087.10
PRIOR COSTS & EXPENSES        $108.28

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338500 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Escalera, Raul & Ronda | | | |

|  | FEES | $201.60 |
| --- | --- | --- |
|  | **TOTAL THIS INVOICE** | **$201.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338501    JBS                                   January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1124     Simril, Barbara J.
                   GMAC Matter No.: 721144

**TOTAL AMOUNT DUE**          **$1,927.80**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338501    JBS                              January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1124    Simril, Barbara J.
                       GMAC Matter No.: 721144

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MCN | 12/03/12 | Analysis regarding whether to proceed with a motion to lift the litigation stay or proceed with a status report advising the Court that GMAC's bankruptcy stay does not prevent the quiet claim from proceeding. | L120 | 0.70 | 306.00 | 214.20 |
| MCN | 12/03/12 | Analysis of information to be set forth in status report to client. | L120 | 0.30 | 306.00 | 91.80 |
| MCN | 12/03/12 | Initial draft status report to client. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 12/04/12 | Analysis of procedures for lifting the litigation stay via status report to the Court prior to status conference versus motion to lift stay. | L120 | 0.70 | 306.00 | 214.20 |
| MCN | 12/04/12 | Communication with Court regarding hearing availability for motion to lift stay and analysis of strategy in view of delay in hearing date. | L230 | 0.20 | 306.00 | 61.20 |
| MCN | 12/04/12 | Analysis of information to be set forth in status report to Court regarding bankruptcy. | L240 | 0.40 | 306.00 | 122.40 |
| MCN | 12/04/12 | Further analysis of information to be set forth in status report to client. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 12/05/12 | Further analysis of procedures for lifting the litigation stay. | L120 | 0.30 | 306.00 | 91.80 |
| MCN | 12/05/12 | Further analysis of information to be set forth in status report to Court regarding bankruptcy. | L230 | 0.40 | 306.00 | 122.40 |
| MCN | 12/06/12 | Final revision and preparation of status report to client to include procedures for lifting stay and further analysis of | L120 | 0.40 | 306.00 | 122.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338501 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Simril, Barbara J. | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | procedures for lifting the litigation stay. | | | | | |
| MCN | 12/11/12 | Communication with Carol Bonello regarding strategy for obtaining order lifting state court litigation stay. | L120 | 0.40 | 306.00 | | 122.40 |
| MCN | 12/11/12 | Analysis regarding whether foreclosure may proceed notwithstanding litigation stay imposed by state court. | L120 | 0.20 | 306.00 | | 61.20 |
| MCN | 12/12/12 | Preparation of arguments in support of application for order lifting state court litigation stay. | L120 | 0.60 | 306.00 | | 183.60 |
| MCN | 12/12/12 | Further analysis regarding whether foreclosure may proceed prior to order lifting litigation stay imposed by state court. | L120 | 0.20 | 306.00 | | 61.20 |
| MCN | 12/13/12 | Communication with Court regarding procedure for lifting state court litigation stay and dates for hearing. | L120 | 0.20 | 306.00 | | 61.20 |
| MCN | 12/17/12 | Review of status of case in order to draft status report to court and further analysis regarding whether foreclosure can proceed notwithstanding state court litigation stay order. | L120 | 0.70 | 306.00 | | 214.20 |
| MCN | 12/17/12 | Communication with Carol Bonello regarding strategy for completing foreclosure notwithstanding litigation and ResCap bankruptcy stay. | L120 | 0.20 | 306.00 | | 61.20 |
| | | **TOTAL** | | 6.30 | | | **$1,927.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 5.30 | $1,621.80 |
| L230 | Court Mandated Conferences | 0.60 | $183.60 |
| L240 | Dispositive Motions | 0.40 | $122.40 |
| | **TOTAL** | **6.30** | **$1,927.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Nowlin, Marlene | MCN | Special Counsel | 6.30 | 306.00 | $1,927.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338501 | CLIENT | GMAC ResCap | | Page | 3 |
| | | MATTER | Simril, Barbara J. | | | |

| | | | |
|---|---|---|---|
| **Total** | | **6.30** | **$1,927.80** |

PRIOR FEES                              $37,288.80
PRIOR COSTS & EXPENSES          $2,714.39


FEES                    $1,927.80
**TOTAL THIS INVOICE**          **$1,927.80**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338502    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1150      Wieland, Jacqueline O.
                     GMAC Matter No.: 722387

**TOTAL AMOUNT DUE**                $1,929.60

## *** *REMITTANCE COPY* ***

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338502    JBS

January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1150    Wieland, Jacqueline O.
GMAC Matter No.: 722387

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 12/06/12 | Exchange correspondence with Bank of America's counsel re tentative ruling on demurrer to second amended complaint and filing of third amended complaint. | L110 | 0.30 | 288.00 | 86.40 |
| DL | 12/06/12 | Analyze tentative ruling on demurrer to second amended complaint and prepare analysis of same for client. | L110 | 0.40 | 288.00 | 115.20 |
| DL | 12/07/12 | Analyze third amended complaint and declaration re plaintiff as successor in interest. | L210 | 0.50 | 288.00 | 144.00 |
| DL | 12/10/12 | Draft order of dismissal with prejudice for MERS, HSBC and Deutsche Bank. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 12/12/12 | Prepare analysis to client re allegations in third amended complaint. | L110 | 0.40 | 288.00 | 115.20 |
| DL | 12/12/12 | Prepare correspondence to MortgageIT's counsel re discussing third amended complaint and preparing motion to strike. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 12/17/12 | Discuss demurring to third amended complaint and preparing motion to strike third amended complaint with MortgageIT's counsel. | L110 | 0.30 | 288.00 | 86.40 |
| DL | 12/24/12 | Draft demurrer to third amended complaint. | L430 | 1.30 | 288.00 | 374.40 |
| DL | 12/24/12 | Draft motion to strike third amended complaint. | L430 | 1.20 | 288.00 | 345.60 |
| DL | 12/28/12 | Prepare case update for MERS re filing of third amended complaint and demurring to same. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 12/30/12 | Prepare case update for client on case | L110 | 0.10 | 288.00 | 28.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338502 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Wieland, Jacqueline O. | | | | |

| | | chart. | | | | |
|---|---|---|---|---|---|---|
| DL | 12/31/12 | Exchange correspondence with MERS re filing demurrer to third amended complaint. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/31/12 | Revise demurrer to third amended complaint and prepare correspondence to client re same. | L430 | 0.80 | 288.00 | 230.40 |
| DL | 12/31/12 | Revise motion to strike third amended complaint and prepare correspondence to client re same. | L430 | 0.70 | 288.00 | 201.60 |
| | | **TOTAL** | | **6.70** | | **$1,929.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2.00 | $576.00 |
| L210 | Pleadings | 0.50 | $144.00 |
| L430 | Written Motions/Submissions | 4.20 | $1,209.60 |
| | **TOTAL** | **6.70** | **$1,929.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 6.70 | 288.00 | $1,929.60 |
| | **Total** | | **6.70** | | **$1,929.60** |

| PRIOR FEES | $30,427.80 |
|---|---|
| PRIOR COSTS & EXPENSES | $2,806.84 |

| FEES | $1,929.60 |
|---|---|
| **TOTAL THIS INVOICE** | **$1,929.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338503    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1171    Zamora, Elsa
                  GMAC Matter No.: ~~723112~~  772056

**TOTAL AMOUNT DUE**            **$1,860.75**

## \*\*\* *REMITTANCE COPY* \*\*\*

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338503    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1171    Zamora, Elsa
                         GMAC Matter No.: 723112

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 12/04/12 | Analysis of need to file Notice of Bankruptcy Stay and applicability of same in light of new appellate court decision re: potent ional sanction liability for failure to timely do so. | L120 | 0.20 | 270.00 | 54.00 |
| MEH | 12/04/12 | Strategize re: notice of bankruptcy stay. | L510 | 0.20 | 261.00 | 52.20 |
| KPL | 12/11/12 | Locate and review docket. Record filed; briefing schedule set. | L120 | 0.30 | 76.50 | 22.95 |
| MEH | 12/13/12 | Review appellant's record designations and appellate docket re: status of reporters transcripts. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 12/13/12 | Analyze pleadings in trial court to determine scope of bankruptcy stay. | L510 | 0.80 | 261.00 | 208.80 |
| MEH | 12/13/12 | Draft notice of bankruptcy stay. | L520 | 1.10 | 261.00 | 287.10 |
| MJE | 12/13/12 | Discussion with E. Holt regarding history of case and experience with Plaintiff's counsel. | L140 | 0.20 | 279.00 | 55.80 |
| MEH | 12/14/12 | Telephone call with opposing counsel (B. Stuart) re: impending notice of bankruptcy stay. | L510 | 0.40 | 261.00 | 104.40 |
| MEH | 12/21/12 | Continue drafting notice of bankruptcy stay. | L510 | 2.00 | 261.00 | 522.00 |
| MEH | 12/21/12 | Review case file for status and upcoming deadlines. | L120 | 0.20 | 261.00 | 52.20 |
| MEH | 12/21/12 | Draft cover letter to plaintiffs' counsel to accompany notice of stay. | L510 | 1.00 | 261.00 | 261.00 |
| MEH | 12/21/12 | Draft email to client J. Holtgren enclosing draft bankruptcy stay notice and cover letter for approval, with comments. | L510 | 0.30 | 261.00 | 78.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338503 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Zamora, Elsa | | | | | |

| MJE | 12/27/12 | Receipt and review of Notice of Withdrawal of Lis Pendens and review of exchange of emails with E. Holt and client re appeal filings re Bankruptcy. | L140 | | 0.30 | 279.00 | 83.70 |
|---|---|---|---|---|---|---|---|
| | | **TOTAL** | | | 7.30 | | **$1,860.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.70 | $129.15 |
| L140 | Document/File Management | 0.50 | $139.50 |
| L510 | Appellate Motions & Submission | 5.00 | $1,305.00 |
| L520 | Appellate Briefs | 1.10 | $287.10 |
| | **TOTAL** | **7.30** | **$1,860.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Lee, Kristina | KPL | Legal Assistant | 0.30 | 76.50 | $22.95 |
| Holt, M. Elizabeth | MEH | Associate | 6.30 | 261.00 | $1,644.30 |
| Esposito, Matthew | MJE | Associate | 0.50 | 279.00 | $139.50 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **7.30** | | **$1,860.75** |

| PRIOR FEES | $22,744.58 |
|---|---|
| PRIOR COSTS & EXPENSES | $3,362.20 |

| | FEES | $1,860.75 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,860.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338504    JBS                                January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1229    Owner Management Service, LLC dba Trust Holding Service Co.
GMAC No: 726233

**TOTAL AMOUNT DUE**          **$786.60**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338504    JBS                                        January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1229    Owner Management Service, LLC dba Trust Holding Service Co.
GMAC No: 726233

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 12/03/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 12/14/12 | Draft correspondence to client regarding dismissal of the case due to lack of prosecution by plaintiff | L190 | 0.40 | 238.50 | 95.40 |
| YS | 12/14/12 | Receipt, review and analysis of the Court's minute order dismissing the case | L120 | 0.10 | 238.50 | 23.85 |
| BAE | 12/14/12 | Attend case management conference. | L230 | 2.60 | 247.50 | 643.50 |
| | | **TOTAL** | | **3.20** | | **$786.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $23.85 |
| L190 | Other Case Assessment | 0.50 | $119.25 |
| L230 | Court Mandated Conferences | 2.60 | $643.50 |
| | **TOTAL** | **3.20** | **$786.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Eilenberg, Benjamin A. | BAE | Associate | 2.60 | 247.50 | $643.50 |
| Shaham, Yaron | YS | Special Counsel | 0.60 | 238.50 | $143.10 |
| | Total | | **3.20** | | **$786.60** |

PRIOR FEES                          $3,341.70
PRIOR COSTS & EXPENSES              $283.91

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338504 | CLIENT | GMAC ResCap | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Owner Management Service, LLC | | |

|  | FEES | $786.60 |
| --- | --- | --- |
|  | **TOTAL THIS INVOICE** | **$786.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     338505     JBS                                         January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1253       De Vico, Robert
                       GMAC Matter No.: 727337

**TOTAL AMOUNT DUE**              $781.49

## *** REMITTANCE COPY ***

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement