# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338505    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1253    De Vico, Robert
GMAC Matter No.: 727337

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 12/03/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 12/03/12 | Receipt, review and analysis of correspondence from plaintiff regarding his payment of the monthly amount required by the Court's injunction order | L120 | 0.10 | 238.50 | 23.85 |
| YS | 12/05/12 | Draft correspondence to plaintiff regarding continuance of the foreclosure sale date in light of the Court's injunction order | L190 | 0.30 | 238.50 | 71.55 |
| YS | 12/05/12 | Draft correspondence to client regarding plaintiff's settlement offer and determine if client will consider said offer | L160 | 0.20 | 238.50 | 47.70 |
| YS | 12/10/12 | Draft correspondence to plaintiff regarding client's rejection of his settlement offer and options to settle this case | L160 | 0.30 | 238.50 | 71.55 |
| YS | 12/12/12 | Receipt, review and analysis of the declaration of plaintiff's former counsel regarding service of executed order on plaintiff's request for approval of substitution of attorney | L120 | 0.10 | 238.50 | 23.85 |
| YS | 12/13/12 | Draft correspondence to client regarding information and documentation sought by plaintiff concerning the subject loan | L190 | 0.20 | 238.50 | 47.70 |
| YS | 12/14/12 | Review and analysis of client's servicing notes and payment history in light of the ongoing litigation | L120 | 1.30 | 238.50 | 310.05 |
| YS | 12/18/12 | Draft correspondence to plaintiff | L190 | 0.40 | 238.50 | 95.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338505 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | De Vico, Robert | | | | |

| | | regarding his questions about his loan, the payments, and possible mediation | | | | |
|---|---|---|---|---|---|---|
| JHT | 12/27/12 | Reviewed docket to confirm upcoming hearing dates and status of litigation. | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **3.20** | | **$763.20** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 11/15/12 | Cardmember Service/Chase (Acct #0705); Data Search; 3380 Deronda Drive Los Angeles, CA 90038 10/15/12 | | 18.29 |
| | **TOTAL COSTS & EXPENSES** | **$18.29** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.50 | $357.75 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $119.25 |
| L190 | Other Case Assessment | 1.20 | $286.20 |
| | **TOTAL** | **3.20** | **$763.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.20 | 238.50 | $47.70 |
| Shaham, Yaron | YS | Special Counsel | 3.00 | 238.50 | $715.50 |
| | **Total** | | **3.20** | | **$763.20** |

| | | |
|---|---|---|
| PRIOR FEES | $13,645.35 | |
| PRIOR COSTS & EXPENSES | $192.61 | |

| | |
|---|---|
| FEES | $763.20 |
| COSTS & EXPENSES | $18.29 |
| **TOTAL THIS INVOICE** | **$781.49** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338506    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1257     Fernandez, Leyne R.
                   GMAC Matter No.: 727363

**TOTAL AMOUNT DUE**          **$974.38**

### *** *REMITTANCE COPY* ***

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338506    JBS                                January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1257    Fernandez, Leyne R.
                        GMAC Matter No.: 727363

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| TSH | 10/24/12 | Draft and prepare Exhibit Document in support of Motion to Dismiss First Amended Complaint to be filed in the adversary matter (USBC Eastern District of California, case no. 12-02165). | L210 | 0.20 | 225.00 | 45.00 |
| TSH | 10/24/12 | Draft and prepare exhibits for Request for Judicial Notice in Support of Motion to Dismiss First Amended Complaint to be filed it the adversary matter (USBC Eastern District of California, Case No. 12-02165). | L210 | 0.80 | 225.00 | 180.00 |
| TSH | 10/24/12 | Draft Certificate of Service for Motion to Dismiss First Amended Complaint to be filed in the adversary matter (USBC Eastern District of California, case no. 12-02165). | L210 | 0.20 | 225.00 | 45.00 |
| TSH | 10/24/12 | Draft Motion to Dismiss to be filed in the adversary case (USBC Eastern District of California, case no. 12-02165). | L210 | 1.20 | 225.00 | 270.00 |
| TSH | 10/24/12 | Draft Notice of Hearing for Motion to Dismiss First Amended Complaint to be filed in the adversary matter (USBC Eastern District of California, case no. 12-02165). | L210 | 0.10 | 225.00 | 22.50 |
| ANB | 11/28/12 | Review court's final ruling dismissing adversary complaint as well as Plaintiffs notice of dismissal | L120 | 0.50 | 292.50 | 146.25 |
| ANB | 11/29/12 | Review court's calendar regarding motion to dismiss hearing, note final | L120 | 0.40 | 292.50 | 117.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338506    CLIENT    GMAC ResCap                                    Page    2
                        MATTER    Fernandez, Leyne R.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ruling granting motion and advise client of ruling and status of case | | | | |
| ANB | 12/03/12 | Review Order Dismissing Adversary Complaint, forward to client and advise file can be closed as Order was filed by Plaintiff | L120 | 0.40 | 292.50 | 117.00 |
| | | **TOTAL** | | **3.80** | | **$942.75** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 11/15/12 | Cardmember Service/Chase (Acct #0705); Data Search; 2371 Pisa Circle San Joaquin, CA 10/23/12 | 31.63 |
| | **TOTAL COSTS & EXPENSES** | **$31.63** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.30 | $380.25 |
| L210 | Pleadings | 2.50 | $562.50 |
| | **TOTAL** | **3.80** | **$942.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 1.30 | 292.50 | $380.25 |
| Holmes, Toriana | TSH | Associate | 2.50 | 225.00 | $562.50 |
| | **Total** | | **3.80** | | **$942.75** |

| | |
|---|---|
| PRIOR FEES | $6,112.80 |
| PRIOR COSTS & EXPENSES | $30.00 |

| | |
|---|---|
| FEES | $942.75 |
| COSTS & EXPENSES | $31.63 |
| **TOTAL THIS INVOICE** | **$974.38** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     338507     JBS                                          January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1271     Anyanwu, Charity
GMAC Matter No.: 728855

**TOTAL AMOUNT DUE**          **$510.30**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338507    JBS

January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1271    Anyanwu, Charity
GMAC Matter No.: 728855

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| LJT | 12/04/12 | Research title records re current status of title, review recently recorded documents and update title chronology, e-mail re same. | L110 | 0.60 | 130.50 | 78.30 |
| DL | 12/04/12 | Draft letter to insurer with discovery documents from prior action as requested by insurer. | L110 | 0.40 | 288.00 | 115.20 |
| DL | 12/05/12 | Further draft and revise letter to insurance company with discovery documents and inspection of property. | L110 | 0.60 | 288.00 | 172.80 |
| DL | 12/05/12 | Prepare case update for client. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/28/12 | Prepare case management conference statement. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 12/30/12 | Prepare case update for client on case chart. | L110 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **2.10** | | **$510.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 1.80 | $423.90 |
| L430 | Written Motions/Submissions | 0.30 | $86.40 |
| | **TOTAL** | **2.10** | **$510.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 1.50 | 288.00 | $432.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338507 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | | MATTER | Anyanwu, Charity | | | | | |

| Tarwater, Linda | LJT | Paralegal | | 0.60 | 130.50 | $78.30 |
|---|---|---|---|---|---|---|
| | **Total** | | | **2.10** | | **$510.30** |

PRIOR FEES                    $5,917.95
PRIOR COSTS & EXPENSES        $177.90

| | FEES | $510.30 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$510.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     338508     JBS                                January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000     GMAC ResCap
MATTER       1280      Tikhonov, Albina (BK)
                       GMAC Matter No.: 729305

**TOTAL AMOUNT DUE**            **$596.70**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338508    JBS                                        January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1280    Tikhonov, Albina (BK)
          GMAC Matter No.: 729305

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| BJK | 12/10/12 | Drafted email to client regarding motion to stay sale pending appeal and regarding upcoming trustee sale | L250 | 0.20 | 234.00 | 46.80 |
| BJK | 12/10/12 | Reviewed motion for stay pending appeal and order denying motion | L250 | 0.30 | 234.00 | 70.20 |
| BJK | 12/13/12 | Communication with client regarding trustee's sale and filing motion to dismiss appeal as moot | L510 | 0.20 | 234.00 | 46.80 |
| BJK | 12/18/12 | Reviewed bankruptcy docket of case sent by Debtor to assert that sale is void | L120 | 0.30 | 234.00 | 70.20 |
| BJK | 12/18/12 | Reviewed BAP's memorandum decision on appeal | L520 | 0.30 | 234.00 | 70.20 |
| ANB | 12/19/12 | Review Memorandum of Decision and alleged notice of bankruptcy filing provided by client, advise client appeal has been dismissed and also advise the bankruptcy filing is a forgery after reviewing docket entry on the docket and the document provided by the Tikonov's | L120 | 1.00 | 292.50 | 292.50 |
| | | **TOTAL** | | **2.30** | | **$596.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.30 | $362.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338508 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Tikhonov, Albina (BK) | | | | |

| | | | | | | |
|------|--------------------------------|--------|--------|-----------|--------|--------|
| L250 | Other Written Motions | | 0.50 | $117.00 | | |
| L510 | Appellate Motions & Submission | | 0.20 | $46.80 | | |
| L520 | Appellate Briefs | | 0.30 | $70.20 | | |
| | **TOTAL** | | **2.30** | **$596.70** | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|-----------------|-------|--------|------------------|-------|--------|----------|
| Barasch, Adam | ANB | | Special Counsel | 1.00 | 292.50 | $292.50 |
| Kornberg, Bernard | BJK | | Associate | 1.30 | 234.00 | $304.20 |
| | **Total** | | | **2.30** | | **$596.70** |

PRIOR FEES                                    $10,867.95

|  |  |
|---------|---------|
| FEES | $596.70 |
| **TOTAL THIS INVOICE** | **$596.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338510    JBS                                              January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1290     Evans, George (Estate of)
                     GMAC Matter No.: 729147

**TOTAL AMOUNT DUE**              **$230.40**

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338510    JBS                                          January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1290    Evans, George (Estate of)
                        GMAC Matter No.: 729147

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 11/01/12 | Analyze trustee's objection to debtor's bankruptcy plan and prepare correspondence to client re same. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 11/02/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 12/10/12 | Analyze borrower's bankruptcy docket re status of bankruptcy and advise client of no change in bankruptcy status. | L110 | 0.30 | 288.00 | 86.40 |
| DL | 12/30/12 | Prepare case update for client on case chart. | L110 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **0.80** | | **$230.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.40 | $115.20 |
| L190 | Other Case Assessment | 0.40 | $115.20 |
| | **TOTAL** | **0.80** | **$230.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|----|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.80 | 288.00 | $230.40 |
| | **Total** | | **0.80** | | **$230.40** |

PRIOR FEES                        $10,002.15
PRIOR COSTS & EXPENSES            $370.18

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338510 | CLIENT | GMAC ResCap | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Evans, George (Estate of) | | |

|  | FEES | $230.40 |
| --- | --- | --- |
| **TOTAL THIS INVOICE** | | **$230.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338511    JBS                                   January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1291     Allen, Pearlie
                   GMAC Matter No.: 728835

**TOTAL AMOUNT DUE**            **$221.85**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338511    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1291    Allen, Pearlie
                         GMAC Matter No.: 728835

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| KWF | 12/06/12 | Prepare email to B. Eilenberg re: depositions and motion for summary judgment hearing date. | L120 | 0.30 | 270.00 | 81.00 |
| SMH | 12/17/12 | Attention to plaintiff's request for final modification review in exchange for dismissal. | L120 | 0.20 | 333.00 | 66.60 |
| BAE | 12/17/12 | Emails with client, K. Franich, and S. Hankins regarding potential settlement of matter. | L160 | 0.30 | 247.50 | 74.25 |
| | | **TOTAL** | | **0.80** | | **$221.85** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $147.60 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $74.25 |
| | **TOTAL** | **0.80** | **$221.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Eilenberg, Benjamin A. | BAE | Associate | 0.30 | 247.50 | $74.25 |
| Franich, Kerry | KWF | Associate | 0.30 | 270.00 | $81.00 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | Total | | **0.80** | | **$221.85** |

PRIOR FEES                         $4,608.45
PRIOR COSTS & EXPENSES             $1,643.88

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338511 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Allen, Pearlie | | |

|  |  |
|---|---|
| FEES | $221.85 |
| **TOTAL THIS INVOICE** | **$221.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338512    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1292    Chavez, Joseph J.
                  GMAC Matter No.: 728841

**TOTAL AMOUNT DUE**            **$329.40**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338512    JBS                                             January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1292    Chavez, Joseph J.
                        GMAC Matter No.: 728841

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 12/06/12 | Preparation of a monthly status report to our client regarding case issues. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 12/11/12 | Reviewed co-defendant JPMorgan Chase's notice of deposition and demand for production of documents. | L330 | 0.10 | 274.50 | 27.45 |
| RJG | 12/17/12 | Correspondence with MERS' counsel to respond to an inquiry regarding stipulation regarding non-monetary status and pending case issues. | L120 | 0.40 | 274.50 | 109.80 |
| RJG | 12/18/12 | Correspondence with MERS' counsel to respond to inquiries regarding pending litigation strategy in light of the stipulation of non-monetary status regarding MERS. | L120 | 0.40 | 274.50 | 109.80 |
| | | **TOTAL** | | **1.20** | | **$329.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---------------------------|--|-------|--------|--|--|
| L120 | Analysis/Strategy | 1.10 | $301.95 | | |
| L330 | Depositions | 0.10 | $27.45 | | |
| | **TOTAL** | **1.20** | **$329.40** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Gandy, Robert | RJG | Special Counsel | 1.20 | 274.50 | $329.40 |
| | **Total** | | **1.20** | | **$329.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 338512 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Chavez, Joseph J. | | |

| | | |
|---|---|---|
| PRIOR FEES | $6,348.60 | |
| PRIOR COSTS & EXPENSES | $417.09 | |

|  |  |
|---|---|
| FEES | $329.40 |
| **TOTAL THIS INVOICE** | **$329.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338513    JBS                                        January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT      19000    GMAC ResCap
MATTER      1294     Rozen, Kelly Joseph
                     GMAC Matter No.: 729236


**TOTAL AMOUNT DUE**            **$316.80**



# *** *REMITTANCE COPY* ***
*Please include this page with payment.*



Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338513    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1294    Rozen, Kelly Joseph
                        GMAC Matter No.: 729236

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 12/05/12 | Exchange multiple correspondence with plaintiff's counsel and client re removing tenant from property to proceed with DIL. | L110 | 0.30 | 288.00 | 86.40 |
| DL | 12/06/12 | Prepare correspondence to client re plaintiff's issues with tenant moving out of property before DIL is approved. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 12/20/12 | Exchange correspondence with client and plaintiff re renter moving out of property to complete DIL. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 12/28/12 | Analyze termination of tenancy and exchange correspondence with plaintiff and client re status of deed in lieu of foreclosure. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 12/30/12 | Prepare case update for client on case chart. | L110 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **1.10** | | **$316.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.60 | $172.80 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $144.00 |
| | **TOTAL** | **1.10** | **$316.80** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338513 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Rozen, Kelly Joseph | | | | |

| Liu, David | | DL | Associate | | 1.10 | 288.00 | $316.80 |
|---|---|---|---|---|---|---|---|
| | | **Total** | | | **1.10** | | **$316.80** |

| PRIOR FEES | $4,917.15 |
|---|---|
| PRIOR COSTS & EXPENSES | $577.52 |

| FEES | $316.80 |
|---|---|
| **TOTAL THIS INVOICE** | **$316.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338514    JBS

January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1299 | Pacheco, Carlos |
| | | GMAC Matter No.: 729442 |

**TOTAL AMOUNT DUE**          **$1,885.05**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338514    JBS                                      January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1299    Pacheco, Carlos
                        GMAC Matter No.: 729442

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| TSH | 11/01/12 | Draft Certificate of Service for Fourth Notice of Continued Hearing on Motion for Relief from Stay. | L210 | 0.10 | 225.00 | 22.50 |
| TSH | 11/01/12 | Draft Notice of Continued Hearing on Motion for Relief from Stay (continued to 12/19/12). | L210 | 0.10 | 225.00 | 22.50 |
| ANB | 11/02/12 | Review and revise notice of continued hearing | L210 | 0.30 | 292.50 | 87.75 |
| TSH | 11/02/12 | Edit Certificate of Service for Fourth Notice of Continued Hearing to be filed in USBC Northern District California Case No. 12-50208. | L210 | 0.10 | 225.00 | 22.50 |
| TSH | 11/02/12 | Edit Fourth Notice of Continued Hearing to be filed in USBC Northern District of California, Case No. 12-50208. | L210 | 0.10 | 225.00 | 22.50 |
| DHC | 11/27/12 | Conference with Adam Barasch re debtor's application for loan modification and strategy concerning RFS motion. | L250 | 0.50 | 337.50 | 168.75 |
| ANB | 11/27/12 | Review notice of modification status filed by debtors, forward to client to investigate and advise as to status of retrieval of deed of trust and note and payment status | L120 | 0.40 | 292.50 | 117.00 |
| ANB | 12/03/12 | Review comments from client on supplemental declaration in support of relief from stay, modify to include additional information and forward to client | L210 | 0.50 | 292.50 | 146.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  338514 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | MATTER | Pacheco, Carlos | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ANB | 12/11/12 | Review clients final revisions to supplemental declaration, prepare declaration, exhibits and proof of service for filing and file | L210 | 1.00 | 292.50 | | 292.50 |
| ANB | 12/13/12 | Confer with other creditor counsel of procedure for APO's in San Jose bankruptcy courts when debtors have pending modification, review debtors withdrawal of opposition to RFS and proposal to enter into a APO when debtors are being considered for loan modification, and advise client of withdrawal and to schedule conference to discuss APO proposal | L120 | 1.00 | 292.50 | | 292.50 |
| ANB | 12/18/12 | Conference with client to discuss debtors proposal for APO | L120 | 0.30 | 292.50 | | 87.75 |
| BJK | 12/19/12 | Attended hearing on relief from the automatic stay in San Jose | L250 | 2.00 | 234.00 | | 468.00 |
| BJK | 12/19/12 | Prepared for hearing | L250 | 0.20 | 234.00 | | 46.80 |
| ANB | 12/26/12 | Communication with Debtors' counsel on terms of HAMP APO | L120 | 0.30 | 292.50 | | 87.75 |
| | | **TOTAL** | | **6.90** | | | **$1,885.05** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.00 | $585.00 |
| L210 | Pleadings | 2.20 | $616.50 |
| L250 | Other Written Motions | 2.70 | $683.55 |
| | **TOTAL** | **6.90** | **$1,885.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 3.80 | 292.50 | $1,111.50 |
| Kornberg, Bernard | BJK | Associate | 2.20 | 234.00 | $514.80 |
| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 |
| Holmes, Toriana | TSH | Associate | 0.40 | 225.00 | $90.00 |
| | **Total** | | **6.90** | | **$1,885.05** |

PRIOR FEES                                   $2,911.50

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 338514 | CLIENT | GMAC ResCap | Page | 3 |
| | | MATTER | Pacheco, Carlos | | |

PRIOR COSTS & EXPENSES                    $97.87

|  | |
|---|---|
| FEES | $1,885.05 |
| **TOTAL THIS INVOICE** | **$1,885.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338515    JBS                                          January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1300    Hildebrandt, Joanne
                  GMAC Matter No.: 729582

**TOTAL AMOUNT DUE**            $323.10

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338515    JBS

January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1300    Hildebrandt, Joanne
                         GMAC Matter No.: 729582

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 11/15/12 | Prepare email to Plaintiff's counsel re: deficiencies in loan modification application. | L190 | 0.20 | 270.00 | 54.00 |
| KWF | 11/27/12 | Prepare email to Plaintiff's counsel re: loan modification review. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 11/28/12 | Prepare email to client, C. DiCicco, with completed loss mitigation package. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 12/05/12 | Prepare email to Plaintiff's counsel re: status of modification review and foreclosure sale. | L160 | 0.10 | 270.00 | 27.00 |
| LJT | 12/07/12 | Ascertain current status of foreclosure sale and draft e-mail re same. | L110 | 0.20 | 130.50 | 26.10 |
| KWF | 12/10/12 | Prepare email to Plaintiff's counsel, A. Mohajer, re: documents needed to complete loan modification. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 12/14/12 | Prepare email to C. DiCicco with additional financial documents. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 12/16/12 | Prepare email to Plaintiff's counsel advising of likelihood of denial of loan modification application. | L120 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **1.30** | | **$323.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338515 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Hildebrandt, Joanne | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | | 0.20 | $26.10 | | |
| L120 | Analysis/Strategy | | 0.80 | $216.00 | | |
| L160 | Settlement/Non-Binding ADR | | 0.10 | $27.00 | | |
| L190 | Other Case Assessment | | 0.20 | $54.00 | | |
| | **TOTAL** | | **1.30** | **$323.10** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 1.10 | 270.00 | $297.00 |
| Tarwater, Linda | LJT | Paralegal | 0.20 | 130.50 | $26.10 |
| | **Total** | | **1.30** | | **$323.10** |

PRIOR FEES                          $6,003.00
PRIOR COSTS & EXPENSES          $990.85

| | | |
|---|---|---|
| FEES | $323.10 |
| **TOTAL THIS INVOICE** | **$323.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338516    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1304    Esparza, Roy and Lisa
                  GMAC Matter No.: 729444

**TOTAL AMOUNT DUE**          **$288.00**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338516    JBS

January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1304    Esparza, Roy and Lisa
GMAC Matter No.: 729444

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DL | 12/03/12 | Finalize amended notice of bankruptcy stay. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 12/03/12 | Analyze State Bar of California order disbarring plaintiff's counsel from practicing law. | L430 | 0.40 | 288.00 | 115.20 |
| DL | 12/05/12 | Prepare case update for client. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/10/12 | Analyze court docket re status of service on FNMA and advise client and FNMA of no proof of service. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 12/30/12 | Prepare case update for client on case chart. | L110 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **1.00** | | **$288.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 0.40 | $115.20 |
| L430 | Written Motions/Submissions | 0.60 | $172.80 |
| | **TOTAL** | **1.00** | **$288.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Liu, David | DL | Associate | 1.00 | 288.00 | $288.00 |
| | **Total** | | **1.00** | | **$288.00** |

PRIOR FEES                          $2,897.10
PRIOR COSTS & EXPENSES              $123.79

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 338516 | CLIENT | GMAC ResCap | Page    2 |
| | | MATTER | Esparza, Roy & Lisa | |

|  |  |
|---|---|
| FEES | $288.00 |
| **TOTAL THIS INVOICE** | **$288.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338517    JBS

January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1313    Maciel, Martha and Antonio
GMAC Matter No.: 729795

**TOTAL AMOUNT DUE**        **$870.30**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338517    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1313    Maciel, Martha and Antonio
                        GMAC Matter No.: 729795

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKK | 11/01/12 | Communication wtih client regarding denial of Plaintiff's application for a loan modification. | L160 | 0.10 | 225.00 | 22.50 |
| MKK | 11/01/12 | Communication with opposing counsel regarding denial of plaintiffs' application for a loan modification. | L160 | 0.20 | 225.00 | 45.00 |
| MKK | 11/06/12 | Review orders regarding case management conference. | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 11/06/12 | Communication with client regarding new date for motion to dismiss hearing and case management conference. | L210 | 0.10 | 225.00 | 22.50 |
| MKK | 11/14/12 | Communication with client regarding case status and certificate of interested parties. | L210 | 0.20 | 225.00 | 45.00 |
| MKK | 11/21/12 | Revise certificate of interested parties to reflect edits from client. | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 11/29/12 | Communication with opposing counsel regarding case management statement. | L210 | 0.10 | 225.00 | 22.50 |
| ERB | 12/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MKK | 12/03/12 | Communication with opposing counsel regarding joint case management statement. | L210 | 0.10 | 225.00 | 22.50 |
| MKK | 12/04/12 | Review orders continuing case management conference and staying proceedings. | L210 | 0.10 | 225.00 | 22.50 |
| MKK | 12/04/12 | Communication with opposing counsel regarding case management statement. | L210 | 0.10 | 225.00 | 22.50 |
| MKK | 12/04/12 | Draft case management statement. | L210 | 0.80 | 225.00 | 180.00 |
| ERB | 12/06/12 | Attention to court order staying | L250 | 0.30 | 279.00 | 83.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338517 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Maciel, Martha & Antonio | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | procedures due to bankruptcy filing. | | | | |
| MKK | 12/06/12 | Communication with client regarding status of case. | L210 | 0.10 | 225.00 | 22.50 |
| MKK | 12/06/12 | Review order staying the case pursuant to the Notice of Bankruptcy Stay. | L210 | 0.20 | 225.00 | 45.00 |
| MKK | 12/13/12 | Communication with client regarding foreclosure sale. | L210 | 0.20 | 225.00 | 45.00 |
| ERB | 12/14/12 | Attention to clients ability to proceed with foreclosure sale based on status of litigation. | L120 | 0.30 | 279.00 | 83.70 |
| MKK | 12/19/12 | Communication with client regarding foreclosure sale. | L210 | 0.10 | 225.00 | 22.50 |
| | | **TOTAL** | | **3.70** | | **$870.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $111.60 | | | |
| L160 | Settlement/Non-Binding ADR | 0.30 | $67.50 | | | |
| L210 | Pleadings | 2.70 | $607.50 | | | |
| L250 | Other Written Motions | 0.30 | $83.70 | | | |
| | **TOTAL** | **3.70** | **$870.30** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.70 | 279.00 | $195.30 |
| Kamka, Mary Kate | MKK | Associate | 3.00 | 225.00 | $675.00 |
| | Total | | **3.70** | | **$870.30** |

| | | |
|---|---|---|
| PRIOR FEES | $9,533.80 | |
| PRIOR COSTS & EXPENSES | $97.49 | |

| | | |
|---|---|---|
| FEES | $870.30 | |
| **TOTAL THIS INVOICE** | **$870.30** | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338518    JBS                                  January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1316 | Zeppeiro, Peter |
| | | GMAC Matter No.: 730045 |

**TOTAL AMOUNT DUE**          $1,178.19

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     338518     JBS                                January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1316     Zeppeiro, Peter
                          GMAC Matter No.: 730045

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 12/03/12 | Finalize reply for motion to dismiss first amended complaint. | L430 | 2.30 | 288.00 | 662.40 |
| DL | 12/04/12 | Analyze correspondence from title company re resubmitting title claim. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 12/13/12 | Analyze order taking motion to dismiss under submission and advise client of same. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 12/17/12 | Revise title claim letter for GMAC to make title claim instead of Homecomings as requested by title company. | L110 | 0.70 | 288.00 | 201.60 |
| DL | 12/18/12 | Exchange correspondence with client re motion to dismiss FAC taken under submission and awaiting order from court. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 12/27/12 | Exchange correspondence with title company re status of GMAC's bankruptcy. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 12/30/12 | Prepare case update for client on case chart. | L110 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **3.90** | | **$1,123.20** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Zeppeiro Peter, 6393 Calle Bodege, Camarillo, CA, 93012 11/06/12 | 29.29 |
| 12/26/12 | One Legal, Inc.; Transmittal of filing to court; Reply 12/05/12 | 25.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. 338518 | CLIENT | GMAC ResCap | | Page | 2 |
| | MATTER | Zeppeiro, Peter | | | |

### TOTAL COSTS & EXPENSES                                    $54.99

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 1.60 | $460.80 | | |
| L430 | Written Motions/Submissions | 2.30 | $662.40 | | |
| | **TOTAL** | **3.90** | **$1,123.20** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 3.90 | 288.00 | $1,123.20 |
| | **Total** | | **3.90** | | **$1,123.20** |

| | |
|---|---|
| PRIOR FEES | $12,053.70 |
| PRIOR COSTS & EXPENSES | $266.14 |

| | |
|---|---|
| FEES | $1,123.20 |
| COSTS & EXPENSES | $54.99 |
| **TOTAL THIS INVOICE** | **$1,178.19** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338519    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1320 | Krajnyak-Vestil, Ildiko |
| | | GMAC Matter No.: 730087 |

**TOTAL AMOUNT DUE**          **$343.85**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338519    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1320    Krajnyak-Vestil, Ildiko
                        GMAC Matter No.: 730087

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 12/03/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 12/03/12 | Draft notice of settlement of the case | L210 | 0.30 | 238.50 | 71.55 |
| YS | 12/03/12 | Draft correspondence to plaintiff's counsel regarding obtaining plaintiff's signature to the settlement agreement and dismissal of the case per terms of the settlement agreement | L160 | 0.30 | 238.50 | 71.55 |
| YS | 12/03/12 | Receipt, review and analysis of correspondence from client regarding acceptance of final draft of the settlement agreement | L120 | 0.10 | 238.50 | 23.85 |
| YS | 12/04/12 | Draft correspondence to client regarding settlement of the case and pending dismissal by plaintiff of the case with prejudice | L160 | 0.30 | 238.50 | 71.55 |
| YS | 12/04/12 | Receipt, review and analysis of correspondence from plaintiff's counsel regarding plaintiff's acceptance of the terms and conditions of the settlement agreement | L160 | 0.10 | 238.50 | 23.85 |
| YS | 12/10/12 | Receipt, review and analysis of the Court's notice of taking matters off calendar in light of the settlement of the case | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 12/10/12 | Receipt and review of Court's Minute Order regarding Settlement of Entire Action. | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **1.40** | | **$333.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 338519 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Krajnyak-Vestil, Ildiko | | |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 12/18/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Settlement of Entire Case 12/04/12 | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$9.95** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $47.70 |
| L160 | Settlement/Non-Binding ADR | 0.70 | $166.95 |
| L190 | Other Case Assessment | 0.20 | $47.70 |
| L210 | Pleadings | 0.30 | $71.55 |
| | **TOTAL** | **1.40** | **$333.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.10 | 238.50 | $23.85 |
| Shaham, Yaron | YS | Special Counsel | 1.30 | 238.50 | $310.05 |
| | Total | | 1.40 | | $333.90 |

| | |
|---|---|
| PRIOR FEES | $7,887.15 |
| PRIOR COSTS & EXPENSES | $622.79 |

| | |
|---|---|
| FEES | $333.90 |
| COSTS & EXPENSES | $9.95 |
| **TOTAL THIS INVOICE** | **$343.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338520    JBS

January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1326    Rabbitt, Mark and Maria Teresa
GMAC Matter No.: 730109

**TOTAL AMOUNT DUE**                    $256.95

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 338520 | JBS | | January 24, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 1326   Rabbitt, Mark and Maria Teresa
GMAC Matter No.: 730109

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| YS | 12/03/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 12/10/12 | Telephone conference with plaintiff's counsel regarding possible dismissal of the case in light of client service releasing the subject loan | L190 | 0.20 | 238.50 | 47.70 |
| YS | 12/18/12 | Telephone conference with plaintiff's counsel regarding client's involvement with the subject loan | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 12/27/12 | Reviewed docket to confirm upcoming hearing dates and status of litigation. | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **0.70** | | **$166.95** |

### COSTS & EXPENSES

| | | |
|--|--|--|
| 12/26/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; CNTY RVSD Online MO Riverside CA 09/24/12 | 90.00 |

**TOTAL COSTS & EXPENSES**                **$90.00**

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L190   Other Case Assessment | 0.70 | $166.95 |
| **TOTAL** | **0.70** | **$166.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.20 | 238.50 | $47.70 |
| Shaham, Yaron | YS | Special Counsel | 0.50 | 238.50 | $119.25 |
| | **Total** | | **0.70** | | **$166.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338520 | CLIENT | GMAC ResCap | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Rabbitt, Mark & Maria Teresa | | |

PRIOR FEES                                    $5,103.45
PRIOR COSTS & EXPENSES              $787.82


|  | |
| --- | --- |
| FEES | $166.95 |
| COSTS & EXPENSES | $90.00 |
| **TOTAL THIS INVOICE** | **$256.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338521    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT     19000    GMAC ResCap
MATTER     1327     Ganci, Ashley
                    GMAC Matter No.: 730090




**TOTAL AMOUNT DUE**              **$357.75**




## *** *REMITTANCE COPY* ***
*Please include this page with payment.*




Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338521    JBS                                      January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1327    Ganci, Ashley
                          GMAC Matter No.: 730090

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 12/03/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 12/07/12 | Draft correspondence to plaintiff's counsel regarding the terms and conditions of the loan modification offer in an attempt to resolve this case | L160 | 0.40 | 238.50 | 95.40 |
| YS | 12/07/12 | Review and analysis of loan modification offer client is prepared to present to Plaintiff | L160 | 0.20 | 238.50 | 47.70 |
| YS | 12/18/12 | Telephone conference with plaintiff's counsel regarding terms and conditions of proposed settlement agreement and possible resolution of this case | L160 | 0.40 | 238.50 | 95.40 |
| YS | 12/19/12 | Draft correspondence to plaintiff's counsel regarding deadline to accept or deny loan modification offer | L160 | 0.20 | 238.50 | 47.70 |
| JHT | 12/27/12 | Reviewed docket to confirm upcoming hearing dates and status of litigation. | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **1.50** | | **$357.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|-------|--------|
| L160 | Settlement/Non-Binding ADR | 1.20 | $286.20 |
| L190 | Other Case Assessment | 0.30 | $71.55 |
| | **TOTAL** | **1.50** | **$357.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338521 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Ganci, Ashley | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.20 | 238.50 | $47.70 |
| Shaham, Yaron | YS | Special Counsel | 1.30 | 238.50 | $310.05 |
| | **Total** | | **1.50** | | **$357.75** |

PRIOR FEES                     $4,878.90
PRIOR COSTS & EXPENSES         $199.80

FEES                    $357.75
**TOTAL THIS INVOICE**       **$357.75**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338522    JBS                                  January 24, 2013


GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1342 | Cole, Karen |
| | | GMAC Matter No.: 730726 |


**TOTAL AMOUNT DUE**              $1,044.50


## *** *REMITTANCE COPY* ***

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338522    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1342    Cole, Karen
GMAC Matter No.: 730726

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ANB | 10/11/12 | Prepare for Court Appearance on status conference | L230 | 0.20 | 292.50 | 58.50 |
| ANB | 10/12/12 | Communication with on hearing results of status conference noting court set an OSC re Dismissal due to lack of prosecution, lack of jurisdiction and possibly abstention | L120 | 0.30 | 292.50 | 87.75 |
| ANB | 11/20/12 | Call from Plaintiff's counsel requesting Plaintiff be reviewed for loan modification, confirmed that no action was being taken in the adversary, advised client and recommended review of Plaintiff | L120 | 0.40 | 292.50 | 117.00 |
| ANB | 11/21/12 | Communciation with plaintiffs office requesting plaintiff review for loan modification, advise client, review financial package for loan modification from client and forward to plaintiffs counsels office | L120 | 0.40 | 292.50 | 117.00 |
| ANB | 11/29/12 | Draft, review and revise Defendants portion of joint status report | L210 | 0.50 | 292.50 | 146.25 |
| ANB | 11/29/12 | Review joint status report sent by Plaintiff's counsel, and advise counsel that I will be filing my own status report as it is my position that this case is not at issue and should be dismissed | L120 | 0.30 | 292.50 | 87.75 |
| BJK | 12/13/12 | Telephonic Court Appearance on OSC hearing re dismissal | L230 | 1.00 | 234.00 | 234.00 |
| ANB | 12/17/12 | Review have the Adversary docket, locate order dismissing adversary | L120 | 0.50 | 292.50 | 146.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

こ

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338522 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Cole, Karen | | | |

complaint, forward to client, and advise
client case can be closed

**TOTAL**                                          3.60                    **$994.50**


## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/16/12 | CourtCall, LLC; CourtCall - Conference Service; 10/11/12 | 50.00 |
| | **TOTAL COSTS & EXPENSES** | **$50.00** |


## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.90 | $555.75 |
| L210 | Pleadings | 0.50 | $146.25 |
| L230 | Court Mandated Conferences | 1.20 | $292.50 |
| | **TOTAL** | **3.60** | **$994.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 2.60 | 292.50 | $760.50 |
| Kornberg, Bernard | BJK | Associate | 1.00 | 234.00 | $234.00 |
| | **Total** | | **3.60** | | **$994.50** |

PRIOR FEES                        $2,016.00

| | |
|---|---|
| FEES | $994.50 |
| COSTS & EXPENSES | $50.00 |
| **TOTAL THIS INVOICE** | **$1,044.50** |


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338523    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1344    Edwards, Lawrence M.
                  GMAC Matter No.: 731153

**TOTAL AMOUNT DUE**                    **$297.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338523    JBS

January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1344    Edwards, Lawrence M.
GMAC Matter No.: 731153

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| KWF | 11/05/12 | Review and analyze first amended complaint. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 11/05/12 | Prepare email to client, C. DiCicco, re: effect of amended complaint. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 11/27/12 | Prepare email to Plaintiff's counsel re: dismissal of GMAC and MERS. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 12/28/12 | Prepare email to Plaintiff's counsel seeking dismissal. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 12/28/12 | Evaluate file status. Prepare email to C. DiCicco re: co-defendant's demurrer and possible dismissal. | L120 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **1.10** | | **$297.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---------------------------|--|-------|--------|--|--|--|
| L120    Analysis/Strategy | | 1.10 | $297.00 | | | |
| **TOTAL** | | **1.10** | **$297.00** | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|------------|--|----------|--|-------|------|-------|
| Franich, Kerry | KWF | Associate | | 1.10 | 270.00 | $297.00 |
| | **Total** | | | **1.10** | | **$297.00** |

PRIOR FEES    $679.05

| | | |
|--|--|--|
| FEES | | $297.00 |
| **TOTAL THIS INVOICE** | | **$297.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338524    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000    GMAC ResCap
MATTER        1347     Solomon, Lawrence and Marilynn
                       GMAC Matter No.: 731178

**TOTAL AMOUNT DUE**              **$310.05**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338524    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1347    Solomon, Lawrence and Marilynn
GMAC Matter No.: 731178

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 12/03/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 12/20/12 | Draft and prepare client's case management statement in light of pending case management conference hearing | L210 | 0.30 | 238.50 | 71.55 |
| YS | 12/26/12 | Review and analysis of plaintiffs' first amended complaint and determine how to respond | L120 | 0.80 | 238.50 | 190.80 |
| YS | 12/26/12 | Receipt, review and analysis of the plaintiff's notice of bankruptcy filing | L120 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **1.30** | | **$310.05** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.90 | $214.65 |
| L190 | Other Case Assessment | 0.10 | $23.85 |
| L210 | Pleadings | 0.30 | $71.55 |
| | **TOTAL** | **1.30** | **$310.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Shaham, Yaron | YS | Special Counsel | 1.30 | 238.50 | $310.05 |
| | Total | | **1.30** | | **$310.05** |

PRIOR FEES                        $5,306.40
PRIOR COSTS & EXPENSES            $898.04

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338524 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Solomon, Lawrence & Marilynn | | |

|  |  |
|---|---|
| FEES | $310.05 |
| **TOTAL THIS INVOICE** | **$310.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     338525     JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000     GMAC ResCap
MATTER      1354      Zaveri, Mohammed Y.
                      GMAC Matter No.: 731363

**TOTAL AMOUNT DUE**          **$403.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338525    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1354    Zaveri, Mohammed Y.
                        GMAC Matter No.: 731363

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 12/04/12 | Exchange correspondence with client and plaintiff re postponement of sale. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 12/05/12 | Exchange further correspondence with plaintiff and client re status of modification and postponement of sale. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 12/06/12 | Exchange multiple correspondence with plaintiff's counsel and client re TRO to stop sale and postponement of sale. | L110 | 0.40 | 288.00 | 115.20 |
| DL | 12/07/12 | Exchange correspondence with client and plaintiff re information needed for loan modification review. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 12/20/12 | Exchange correspondence with plaintiff and client re updated profit and loss statements. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 12/30/12 | Prepare case update for client on case chart. | L110 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **1.40** | | **$403.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.90 | $259.20 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $144.00 |
| | **TOTAL** | **1.40** | **$403.20** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338525 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | | MATTER | Zaveri, Mohammed Y. | | | | | |

| Liu, David | | DL | Associate | | 1.40 | 288.00 | $403.20 | |
| | | **Total** | | | **1.40** | | **$403.20** | |

| PRIOR FEES | $2,791.35 |
| PRIOR COSTS & EXPENSES | $963.69 |

|  | FEES | $403.20 |
|  | **TOTAL THIS INVOICE** | **$403.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338526    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1364     Shepherd, Scott
                   GMAC Matter No.: 731678

**TOTAL AMOUNT DUE**          $5,054.20

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338526    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1364    Shepherd, Scott
GMAC Matter No.: 731678

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RMI | 12/03/12 | Prepare stipulation to continue preliminary injunction hearing pending modification review. Review emails from plaintiff's counsel re draft of stipulation. Prepare emails to plaintiff's counsel re draft of stipulation. Prepare stipulation for filing. Call to clerk re continued hearing date. | L210 | 0.80 | 247.50 | 198.00 |
| RMI | 12/03/12 | Prepare multiple emails to plaintiff's counsel re modification review and continuance of preliminary injunction hearing. Review multiple emails from plaintiff's counsel re continuance of hearing. Attention to docket re preliminary injunction hearing. | L160 | 0.60 | 247.50 | 148.50 |
| RMI | 12/04/12 | Attention to file re servicing notes. Prepare email to client re servicing notes. | L120 | 0.30 | 247.50 | 74.25 |
| RMI | 12/04/12 | Research grounds for opposition to request for preliminary injunction. | L120 | 0.30 | 247.50 | 74.25 |
| RMI | 12/04/12 | Call with court clerk re continuance of preliminary injunction hearing. Call with filing clerk re continuance of hearing. | L220 | 0.30 | 247.50 | 74.25 |
| RMI | 12/05/12 | Prepare draft of declaration in support of opposition to preliminary injunction. Review client servicing notes in support of declaration. | L210 | 1.30 | 247.50 | 321.75 |
| RMI | 12/05/12 | Conference with client re declaration in support of opposition based on servicing notes. Prepare email re | L120 | 0.30 | 247.50 | 74.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338526 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Shepherd, Scott | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | conference with client. | | | | |
| RMI | 12/05/12 | Review emails from client re plaintiff's servicing notes and correspondence log. Review and analyze correspondence log and servicing notes re opposition to request for preliminary injunction. Prepare memorandum and dileneate communications with Plaintiff in servicing notes re declaration in support of opposition. | L110 | 1.60 | 247.50 | 396.00 |
| RMI | 12/05/12 | Review correspondence from court clerk re case management statement. | L210 | 0.20 | 247.50 | 49.50 |
| RMI | 12/05/12 | Research case law re remedy for 2923.5 claim re opposition to preliminary injunction request. Review plaintiff's application for preliminary injunction. | L120 | 0.50 | 247.50 | 123.75 |
| RMI | 12/05/12 | Conference with court clerk re continuation of future hearings. | L110 | 0.30 | 247.50 | 74.25 |
| RMI | 12/05/12 | Attention to docket re status of preliminary injunction hearing. Call to clerk re status of hearing. | L220 | 0.30 | 247.50 | 74.25 |
| RMI | 12/06/12 | Prepare opposition to motion for preliminary injunction. Review and analyze title documents re request for judicial notice. Prepare exhibits for request for judicial notice in support of opposition. | L210 | 2.70 | 247.50 | 668.25 |
| RMI | 12/06/12 | Review message from client re approval of modification. Call to client re modification. Prepare email to client re approval of modification. Call to plaintiff's counsel re modification approval. Conference with plaintiff's counsel re modification approval. | L160 | 0.70 | 247.50 | 173.25 |
| RMI | 12/07/12 | Attention to docket re preliminary injunction status. Call with court clerk re OSC re preliminary junction continuance. | L230 | 0.40 | 247.50 | 99.00 |
| RMI | 12/07/12 | Review message and emails from client re modification offer. Conference with client re modification offer. | L120 | 0.60 | 247.50 | 148.50 |
| RMI | 12/07/12 | Review email from plaintiff's counsel re modification offer. Conference with plaintiff's counsel re modification offer | L160 | 0.50 | 247.50 | 123.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  338526 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|
| | MATTER | Shepherd, Scott | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | and settlement. | | | | |
| RMI | 12/07/12 | Revise opposition to motion for preliminary injunction. | L210 | 0.60 | 247.50 | 148.50 |
| RMI | 12/10/12 | Review correspondence from court re new OSC date. | L230 | 0.20 | 247.50 | 49.50 |
| RMI | 12/10/12 | Conference with plaintiff's counsel re trial modification offer.  Prepare email to plaintiff's counsel re trial modification offer.  Review emails from plaintiff's counsel re trial modification offer. | L160 | 0.70 | 247.50 | 173.25 |
| RMI | 12/10/12 | Analyze and review email from client re trial modification offer.  Review documentation and breakdown of trial modification offer.  Call to client re trial modification payments.  Prepare email to client re questions from plaintiff re trial offer. | L120 | 0.60 | 247.50 | 148.50 |
| RMI | 12/10/12 | Attention to docket re OSC re preliminary injunction.  Multiple calls with court clerk re continuance of OSC. | L230 | 0.40 | 247.50 | 99.00 |
| RMI | 12/10/12 | Review emails from client re declaration in support of opposition to preliminary injunction.  Review declaration in support of opposition.  Revise Opposition re declaration from client.  Prepare email to client re declaration and case strategy. | L210 | 0.70 | 247.50 | 173.25 |
| RMI | 12/12/12 | Review multiple emails from plaintiff's counsel re trial modification acceptance and inquiries re payments.  Prepare emails to plaintiff's counsel re trial modification.  Prepare email to client re acceptance of trial modification terms.  Attention to file re trial modification terms re plaintiff's inquiries. | L120 | 0.70 | 247.50 | 173.25 |
| RMI | 12/12/12 | Prepare email to plaintiff's counsel re trial modification.  Call to plaintiff's counsel re trial modification.  Attention to client documents re plaintiff's former payment and delinquency. | L120 | 0.60 | 247.50 | 148.50 |
| RMI | 12/12/12 | Review emails from client re trial modification.  Conference with client re trial modification terms and payments. | L120 | 0.40 | 247.50 | 99.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338526 | CLIENT | GMAC ResCap | | | Page | 4 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Shepherd, Scott | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Prepare email re conference with client. | | | | | |
| RMI | 12/13/12 | Call to client re status of trial modification documents for Plaintiff. Prepare email re call with plaintiff re trial modification documents. | L120 | 0.20 | 247.50 | | 49.50 |
| RMI | 12/13/12 | Call from plaintiff's counsel re trial modification documents.  Call to plaintiff's counsel re trial modifiacation paperwork.  Prepare email to plaintiff's counsel re trial modification. | L120 | 0.30 | 247.50 | | 74.25 |
| RMI | 12/17/12 | Review email from plaintiff's counsel re trial payment dates.  Attention to file re trial payment plan.  Prepare email to plaintiff's counsel re trial payment dates. | L110 | 0.30 | 247.50 | | 74.25 |
| RMI | 12/17/12 | Prepare email to client re plaintiff's inquiries re trial payment plan.  Call to client re plaintiff's inquiries re trial payment plan. | L120 | 0.30 | 247.50 | | 74.25 |
| RMI | 12/17/12 | Review multiple emails from plaintiff's counsel re trial modification.  Prepare multiple emails to plaintiff's counsel re trial modification.  Attention to file and client correpondence re plaintiff counsel's inquiries re trial modification. | L120 | 0.70 | 247.50 | | 173.25 |
| RMI | 12/18/12 | Review email from plaintiff's counsel re litigation stipulation.  Review file re litigation stipulation.  Prepare email to plaintiff's counsel re litigation stipulation. | L110 | 0.30 | 247.50 | | 74.25 |
| RMI | 12/18/12 | Multiple calls with client re plaintiff's initial trial payment and production of trial payment plan documents.  Prepare email re conference with client re trial payment plan.  Prepare email to plaintiff's counsel re plaintiff's intial trial payment and execution of trial payment plan documents.  Review emails from plaintiff's counsel re plaintiff's intial trial payment.  Review and analyze plaintiff's trial payment plan re execution of trial payment plan documents and payment coupons. | L120 | 0.80 | 247.50 | | 198.00 |
| RMI | 12/20/12 | Review message from plaintiff's | L120 | 0.30 | 247.50 | | 74.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338526 | CLIENT | GMAC ResCap | | | Page | 5 |
| | | MATTER | Shepherd, Scott | | | | |

| | | counsel re address for trial payment. Attention to file re trial payment plan. Call to plaintiff's counsel re trial payments. | | | | |
|---|---|---|---|---|---|---|
| RMI | 12/21/12 | Draft Case Management Conference statement. | L230 | 0.20 | 247.50 | 49.50 |
| RMI | 12/21/12 | Attention to file re request for stay of litigation and case management conference. | L120 | 0.30 | 247.50 | 74.25 |
| | | **TOTAL** | | **20.30** | | **$5,024.25** |

### COSTS & EXPENSES

| | | | | |
|---|---|---|---|---|
| 12/26/12 | One Legal, Inc.; Transmittal of filing to court; Stipulation to Continue OSC including Court Filing Fee $20 11/01/12 | | | 29.95 |
| | **TOTAL COSTS & EXPENSES** | | **$29.95** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2.50 | $618.75 |
| L120 | Analysis/Strategy | 7.20 | $1,782.00 |
| L160 | Settlement/Non-Binding ADR | 2.50 | $618.75 |
| L210 | Pleadings | 6.30 | $1,559.25 |
| L220 | Preliminary Injunctions/Provis | 0.60 | $148.50 |
| L230 | Court Mandated Conferences | 1.20 | $297.00 |
| | **TOTAL** | **20.30** | **$5,024.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Ito, Ryan | RMI | Associate | 20.30 | 247.50 | $5,024.25 |
| | **Total** | | **20.30** | | **$5,024.25** |

| PRIOR FEES | $6,988.50 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,106.43 |

| | |
|---|---|
| FEES | $5,024.25 |
| COSTS & EXPENSES | $29.95 |
| **TOTAL THIS INVOICE** | **$5,054.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338527    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT      19000    GMAC ResCap
MATTER      1366     Park, Jae Keun
                     GMAC Matter No.: 731798


**TOTAL AMOUNT DUE**              **$351.00**


### *** REMITTANCE COPY ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338527    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1366    Park, Jae Keun
GMAC Matter No.: 731798

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| KWF | 12/03/12 | Prepare email to C. DiCicco re: Plaintiff's response to loan modification offer. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 12/03/12 | Telephone conference with Plaintiff's counsel re: settlement offer. | L160 | 0.40 | 270.00 | 108.00 |
| KWF | 12/04/12 | Prepare email to G. Choe re: payment due date. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 12/04/12 | Telephone conference with Christine at Nexus re: status of loan modification discussions. | L160 | 0.20 | 270.00 | 54.00 |
| KWF | 12/10/12 | Prepare email to Plaintiff's counsel re: loan modification agreement. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 12/11/12 | Telephone conference with client, A. Hartshorn, re: status of short sale package. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 12/11/12 | Review and respond to email re: short sale package. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 12/11/12 | Prepare email to Plaintiff's counsel re: status of loan modification agreement. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 12/19/12 | Prepare email to Plaintiff's agent re: loan modification status. | L120 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **1.30** | | **$351.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

**Task Code and Description**          **Hours**          **Amount**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338527 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Park, Jae Keun | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | | | 0.20 | $54.00 | | |
| L160 | Settlement/Non-Binding ADR | | | 1.10 | $297.00 | | |
| | TOTAL | | | **1.30** | **$351.00** | | |

| Timekeeper | | Position | | Hours | Rate | Value | |
|---|---|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | | 1.30 | 270.00 | $351.00 | |
| | Total | | | **1.30** | | **$351.00** | |

PRIOR FEES                              $1,584.00
PRIOR COSTS & EXPENSES          $103.84

FEES                          $351.00
**TOTAL THIS INVOICE**          **$351.00**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338528    JBS                                    January 24, 2013


GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT    19000    GMAC ResCap
MATTER    1385    Pham, Dinh
                GMAC Matter No.: 732677


**TOTAL AMOUNT DUE**            **$458.85**


## *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338528    JBS

January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1385    Pham, Dinh
GMAC Matter No.: 732677

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 12/12/12 | Attention to proposed strategy, client e-mail. | L120 | 0.20 | 333.00 | 66.60 |
| WJI | 12/12/12 | Correspondence to client regarding response and strategy to first amended complaint. | L120 | 0.50 | 256.50 | 128.25 |
| WJI | 12/12/12 | Analysis and evaluation of First Amended Complaint. | L210 | 0.40 | 256.50 | 102.60 |
| WJI | 12/20/12 | Draft letter to opposing counsel regarding status of litigation and the bankruptcy stay. | L120 | 0.60 | 256.50 | 153.90 |
| | | **TOTAL** | | **1.70** | | **$451.35** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 12/26/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange Co Superior Court WE CA 10/09/12 | 7.50 |
| | **TOTAL COSTS & EXPENSES** | **$7.50** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.30 | $348.75 |
| L210 | Pleadings | 0.40 | $102.60 |
| | **TOTAL** | **1.70** | **$451.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| Idleman, William J. | WJI | Associate | 1.50 | 256.50 | $384.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 338528 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Pham, Dinh | | |

| | | | |
|---|---|---|---|
| **Total** | | 1.70 | **$451.35** |

| | |
|---|---|
| PRIOR FEES | $4,566.60 |
| PRIOR COSTS & EXPENSES | $1,020.59 |

| | |
|---|---|
| FEES | $451.35 |
| COSTS & EXPENSES | $7.50 |
| **TOTAL THIS INVOICE** | **$458.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338529    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1391    Winick, Daniel S. and Claire
                  GMAC Matter No.: 705967

**TOTAL AMOUNT DUE**            **$1,012.95**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338529    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1391    Winick, Daniel S. and Claire
GMAC Matter No.: 705967

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 12/04/12 | Prepare correspondence to plaintiff to discuss options for resolving matter and request for options in writing. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 12/05/12 | Exchange further correspondence with client and plaintiff re proposed terms for further settlement of matter. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 12/13/12 | Prepare correspondence to borrower re status of sending settlement demand in writing. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 12/14/12 | Exchange correspondence with borrower re failed attempts to settle and prepare correspondence to client re preparing motion to enforce settlement. | L110 | 0.30 | 288.00 | 86.40 |
| DL | 12/19/12 | Exchange further correspondence with borrower re informal attempts to settle matter. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 12/20/12 | Exchange correspondence with plaintiff re proposal for possible cash settlement to finalize settlement. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 12/21/12 | Exchange correspondence with client re denial of settlement through payment of money and obtaining copy of legible loan modification agreement. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 12/26/12 | Exchange further correspondence with borrower re attempts to settle matter through possible cash settlement. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 12/30/12 | Analyze docket for opposition to MERS' demurrer. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/30/12 | Prepare case update for client on case chart. | L110 | 0.10 | 288.00 | 28.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338529 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Winick, Daniel S. & Claire | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DL | 12/31/12 | Analyze docket for opposition to MERS' demurrer. | L110 | | 0.10 | 288.00 | 28.80 |
| DL | 12/31/12 | Draft motion to enforce settlement agreement. | L110 | | 1.40 | 288.00 | 403.20 |
| | | **TOTAL** | | | **3.50** | | **$1,008.00** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 11/15/12 | Cardmember Service/Chase (Acct #0705); Data Search; CA- San Diego, Document 2011.512987 10/25/12 | | 4.95 |
| | **TOTAL COSTS & EXPENSES** | | **$4.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2.00 | $576.00 |
| L160 | Settlement/Non-Binding ADR | 1.50 | $432.00 |
| | **TOTAL** | **3.50** | **$1,008.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 3.50 | 288.00 | $1,008.00 |
| | **Total** | | **3.50** | | **$1,008.00** |

| | | |
|---|---|---|
| PRIOR FEES | $2,581.20 | |
| PRIOR COSTS & EXPENSES | $540.25 | |

| | | |
|---|---|---|
| FEES | $1,008.00 |
| COSTS & EXPENSES | $4.95 |
| **TOTAL THIS INVOICE** | **$1,012.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338530    JBS                                      January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1392     Franzen, John and Jacqueline
                     GMAC Billing No.: 733064

**TOTAL AMOUNT DUE**              **$208.84**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338530    JBS                                        January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1392    Franzen, John and Jacqueline
                        GMAC Billing No.: 733064

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 12/05/12 | Prepare case update for client. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/10/12 | Analyze court docket re case status and prepare update for client. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 12/30/12 | Prepare case update for client on case chart. | L110 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **0.40** | | **$115.20** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 11/15/12 | Cardmember Service/Chase (Acct #0705); Data Search; 3764 Lemon Grove Los Angeles, CA 10/11/12 | 88.69 |
| 11/15/12 | Cardmember Service/Chase (Acct #0705); Data Search; CA - Los Angeles, Document 2012.708618 10/11/12 | 4.95 |

**TOTAL COSTS & EXPENSES**                        **$93.64**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | |
|---------------------------|---|-------|--------|---|
| L110    Fact Investigation/Development | | 0.40 | $115.20 | |
| **TOTAL** | | **0.40** | **$115.20** | |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.40 | 288.00 | $115.20 |
| | **Total** | | **0.40** | | **$115.20** |

PRIOR FEES                        $976.50

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 338530 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Franzen, John & Jacqueline | | |

| | | |
|---|---|---|
| | FEES | $115.20 |
| | COSTS & EXPENSES | $93.64 |
| | **TOTAL THIS INVOICE** | **$208.84** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338531    JBS                                         January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1394     Golub-Smith, Katherine Ann
                     GMAC Matter No.: 733087

**TOTAL AMOUNT DUE**            $1,031.40

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338531    JBS                                    January 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1394    Golub-Smith, Katherine Ann
GMAC Matter No.: 733087

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| JSC | 10/29/12 | Draft and revise demurrer. | L210 | 0.70 | 256.50 | 179.55 |
| JSC | 10/30/12 | Draft and revise demurrer and request for judicial notice. | L210 | 1.60 | 256.50 | 410.40 |
| JSC | 11/27/12 | Correspondence with Plaintiff's counsel re extension of time to reply. | L210 | 0.30 | 256.50 | 76.95 |
| RJG | 12/03/12 | Analysis and evaluation of proposed settlement terms and pending demurrer issues to advise our client regarding settlement and litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| JSC | 12/03/12 | Correspondence with Plaintiff's counsel re settlement of action for waiver of costs. Correspondence with client re same. | L160 | 0.30 | 256.50 | 76.95 |
| JSC | 12/04/12 | Correspondence with Plaintiff's counsel and client re Plaintiff's offer of dismissal of action for waiver of costs. | L160 | 0.20 | 256.50 | 51.30 |
| JSC | 12/10/12 | Attend demurrer hearing. | L210 | 0.50 | 256.50 | 128.25 |
| JSC | 12/27/12 | Analyze monthly update to determine if additional information needs to be added to case status description. | L110 | 0.10 | 256.50 | 25.65 |
| | | **TOTAL** | | **4.00** | | **$1,031.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L110    Fact Investigation/Development | 0.10 | $25.65 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 338531 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER | Golub-Smith, Katherine Ann | | | |

| | | | | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | | 0.30 | $82.35 | |
| L160 | Settlement/Non-Binding ADR | | 0.50 | $128.25 | |
| L210 | Pleadings | | 3.10 | $795.15 | |
| | **TOTAL** | | **4.00** | **$1,031.40** | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Carr, Jeremy Scott | JSC | Associate | 3.70 | 256.50 | $949.05 |
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |
| | **Total** | | **4.00** | | **$1,031.40** |

| | |
|---|---|
| PRIOR FEES | $713.70 |
| PRIOR COSTS & EXPENSES | $954.00 |

| | |
|---|---|
| FEES | $1,031.40 |
| **TOTAL THIS INVOICE** | **$1,031.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338585    JBS                                      January 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1001  | Hayomyom LLC (Zygleman) |
|        |       | GMAC Matter No.: 716183 |
|        |       | Time and expenses must be split between Ally and Rescap |

**TOTAL AMOUNT DUE**              **$1,065.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338585    JBS

January 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1001    Hayomyom LLC (Zygleman)
GMAC Matter No.: 716183
Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 12/05/12 | Prepare case update for client. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/06/12 | Attend case management conference and post-mediation status conference and advise client of continuance of status conference. | L230 | 2.30 | 288.00 | 662.40 |
| DL | 12/07/12 | Exchange correspondence with Zygleman's counsel re effect of sale of GMAC and transfer of liabilities. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 12/10/12 | Prepare notice of continued case management conference. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 12/11/12 | Exchange correspondence with client re no injunction issued to prevent foreclosure sale. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 12/17/12 | Exchange correspondence with Hayomyom's counsel re status of bankruptcy and possible sale of property. | L110 | 0.30 | 288.00 | 86.40 |
| DL | 12/26/12 | Prepare further correspondence to Hayomyom's counsel re problems with short sale of property during bankruptcy based on disagreement over valuation of property. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 12/30/12 | Prepare case update for client on case chart. | L110 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **3.70** | | **$1,065.60** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 338585 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Hayomyom LLC (Zygleman) | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.90 | $259.20 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $86.40 |
| L230 | Court Mandated Conferences | 2.30 | $662.40 |
| L430 | Written Motions/Submissions | 0.20 | $57.60 |
| | **TOTAL** | **3.70** | **$1,065.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 3.70 | 288.00 | $1,065.60 |
| | **Total** | | **3.70** | | **$1,065.60** |

PRIOR FEES                          $78,574.05
PRIOR COSTS & EXPENSES         $5,427.64

|  | FEES | $1,065.60 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,065.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338586    JBS                                    January 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1318    Corona, Octavio and Angelica
GMAC Matter No.: 729890

TOTAL AMOUNT DUE                    $806.40

## *** *REMITTANCE COPY* ***

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338586    JBS                                    January 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1318    Corona, Octavio and Angelica
                        GMAC Matter No.: 729890

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 12/03/12 | Finalize amended notice of bankruptcy stay. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 12/05/12 | Prepare case update for client. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/06/12 | Attend case management conference and advise client of continuance of conference. | L230 | 2.20 | 288.00 | 633.60 |
| DL | 12/13/12 | Analyze Greenpoint's notice of ruling on demurrer and continuance of status conference. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/30/12 | Prepare case update for client on case chart. | L110 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **2.80** | | **$806.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.30 | $86.40 |
| L230 | Court Mandated Conferences | 2.20 | $633.60 |
| L430 | Written Motions/Submissions | 0.30 | $86.40 |
| | **TOTAL** | **2.80** | **$806.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 2.80 | 288.00 | $806.40 |
| | **Total** | | **2.80** | | **$806.40** |

PRIOR FEES                        $4,663.35

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338586 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Corona, Octavio & Angelica | | |

PRIOR COSTS & EXPENSES                    $2,130.79


FEES          $806.40
**TOTAL THIS INVOICE**      **$806.40**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338587    JBS                                              January 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1322       Wainwright, Barbara
                       GMAC Matter No.: 730134

**TOTAL AMOUNT DUE**            **$861.01**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338587    JBS                                          January 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1322    Wainwright, Barbara
                        GMAC Matter No.: 730134

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| YS | 12/03/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 12/10/12 | Review and analysis of the Court's ruling on the client's demurrer to plaintiff's complaint and determine how to proceed with client's defense | L120 | 0.20 | 238.50 | 47.70 |
| JHT | 12/10/12 | Reviewed Court's ruling on Demurrer to Complaint. | L210 | 0.30 | 238.50 | 71.55 |
| JHT | 12/10/12 | Drafted correspondence to Plaintiff's counsel regarding potential consideration for a loan modification. | L190 | 0.30 | 238.50 | 71.55 |
| YS | 12/11/12 | Receipt, review and analysis of the plaintiff's substitution of attorney form | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 12/13/12 | Drafted Notice of Bankruptcy Stay on behalf of clients. | L210 | 0.70 | 238.50 | 166.95 |
| JHT | 12/13/12 | Drafted correspondence to Plaintiff's counsel regarding clients' bankruptcy and automatic stay. | L190 | 0.70 | 238.50 | 166.95 |
| JHT | 12/13/12 | Drafted correspondence to client regarding case status and strategy going forward. | L190 | 0.30 | 238.50 | 71.55 |
| YS | 12/26/12 | Receipt, review and analysis of the notice of ruling on client's demurrer to plaintiff's complaint | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 12/26/12 | Receipt and review of Notice of Ruling on Demurrer to Complaint. | L210 | 0.20 | 238.50 | 47.70 |
| JHT | 12/26/12 | Receipt and review of Court's Minute Order on effect of bankruptcy stay on case. | L210 | 0.20 | 238.50 | 47.70 |
| JHT | 12/29/12 | Reviewed docket to confirm upcoming hearing dates and status of litigation. | L190 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338587 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Wainwright, Barbara | | | |

| | | TOTAL | | 3.40 | $810.90 |
|---|---|---|---|---|---|

### COSTS & EXPENSES

| | | |
|---|---|---|
| 12/05/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 11/21/12 | 9.95 |
| 12/26/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange Co Superior Court WE CA 09/20/12 | 15.00 |
| 12/29/12 | One Legal, Inc.; Transmittal of filing to court; Defendant's GMAC Mortgage, LLC's and Executive Trustee Services, LLC's Notice of Bankruptcy Stay and Suggestion of...12/19/12 | 9.95 |
| 12/30/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange Co Superior Court WE CA 12/11/12 | 15.21 |
| | **TOTAL COSTS & EXPENSES** | **$50.11** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $95.40 |
| L190 | Other Case Assessment | 1.60 | $381.60 |
| L210 | Pleadings | 1.40 | $333.90 |
| | **TOTAL** | **3.40** | **$810.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 2.90 | 238.50 | $691.65 |
| Shaham, Yaron | YS | Special Counsel | 0.50 | 238.50 | $119.25 |
| | **Total** | | **3.40** | | **$810.90** |

| | |
|---|---|
| PRIOR FEES | $4,067.55 |
| PRIOR COSTS & EXPENSES | $1,060.68 |

| | |
|---|---|
| FEES | $810.90 |
| COSTS & EXPENSES | $50.11 |
| **TOTAL THIS INVOICE** | **$861.01** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338588    JBS                                    January 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1323       Powderly, Christina and Paul
                       GMAC Matter No.: 730151

**TOTAL AMOUNT DUE**              **$769.19**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338588    JBS                                           January 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1323    Powderly, Christina and Paul
GMAC Matter No.: 730151

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 12/05/12 | Prepare case update for client. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/17/12 | Analyze docket for filing of amended complaint. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/18/12 | Analyze docket for filing of amended complaint. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/20/12 | Prepare case management conference statement. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 12/24/12 | Analyze docket for filing of amended complaint. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/26/12 | Analyze docket for filing of amended complaint; analyze plaintiff's ex parte request for additional time to file amended complaint and prepare correspondence to client re same. | L110 | 0.40 | 288.00 | 115.20 |
| DL | 12/27/12 | Draft ex parte application for dismissal based on failure to amend complaint. | L430 | 1.30 | 288.00 | 374.40 |
| DL | 12/30/12 | Prepare case update for client on case chart. | L110 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **2.50** | | **$720.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 12/05/12 | Cardmember Service/Chase (Acct #0705); Data Search; Powderly Paul J / Powderly Christina M. 522 S Helena St, Anaheim, CA, 92805 11/09/12 | 29.29 |
| 12/14/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Ruling & Continuance of CMC 11/29/12 | 9.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338588 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Powderly, Christina & Paul | | |

| | | | |
|---|---|---|---|
| 12/29/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 12/20/12 | | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$49.19** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.90 | $259.20 |
| L430 | Written Motions/Submissions | 1.60 | $460.80 |
| | **TOTAL** | **2.50** | **$720.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 2.50 | 288.00 | $720.00 |
| | **Total** | | **2.50** | | **$720.00** |

| | |
|---|---|
| PRIOR FEES | $8,096.85 |
| PRIOR COSTS & EXPENSES | $2,236.69 |

| | |
|---|---|
| FEES | $720.00 |
| COSTS & EXPENSES | $49.19 |
| **TOTAL THIS INVOICE** | **$769.19** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338589    JBS                                          January 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1333  | Tikhonov, Albina (3) |
|        |       | GMAC Matter No.: 729305 |


**TOTAL AMOUNT DUE**          **$637.50**


## *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338589    JBS

January 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1333    Tikhonov, Albina (3)
                        GMAC Matter No.: 729305

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 12/03/12 | Analysis and evaluation of bankruptcy, foreclosure and pending civil action issues to respond to a client inquiry regarding proceeding with the pending trustee's sale. | L120 | 0.30 | 274.50 | 82.35 |
| BAE | 12/05/12 | Review and file supplemental notice of related cases | L210 | 0.20 | 247.50 | 49.50 |
| BAE | 12/06/12 | Phone call with court research attorney regarding status of case, demurrer, motions to compel, and related cases. | L230 | 0.30 | 247.50 | 74.25 |
| LJT | 12/07/12 | Draft supplemental notices of related cases pursuant to Court's order. | L210 | 0.70 | 130.50 | 91.35 |
| RJG | 12/10/12 | Analysis of the results of Plaintiffs' bankruptcy appeal motion for emergency stay and pending trustee's sale issues to advise our client regarding proceeding with foreclosure. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 12/11/12 | Reviewed client correspondence regarding foreclosure sale issues. | L120 | 0.10 | 274.50 | 27.45 |
| BAE | 12/19/12 | Analysis of whether opinion issued by bankruptcy appellate panel can serve as res judicata against state court suit. | L240 | 0.30 | 247.50 | 74.25 |
| | | **TOTAL** | | **2.20** | | **$481.50** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/30/12 | CourtCall, LLC; CourtCall - Conference Service; 12/10/12 | 78.00 |
| 11/30/12 | CourtCall, LLC; CourtCall - Conference | 78.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338589 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Tikhonov, Albina (3) | | |

Service; 12/11/12

**TOTAL COSTS & EXPENSES**                                    **$156.00**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.70 | $192.15 |
| L210 | Pleadings | 0.90 | $140.85 |
| L230 | Court Mandated Conferences | 0.30 | $74.25 |
| L240 | Dispositive Motions | 0.30 | $74.25 |
| | **TOTAL** | **2.20** | **$481.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 0.80 | 247.50 | $198.00 |
| Tarwater, Linda | LJT | Paralegal | 0.70 | 130.50 | $91.35 |
| Gandy, Robert | RJG | Special Counsel | 0.70 | 274.50 | $192.15 |
| | **Total** | | **2.20** | | **$481.50** |

| PRIOR FEES | $14,667.75 |
|---|---|
| PRIOR COSTS & EXPENSES | $2,085.99 |

| | |
|---|---|
| FEES | $481.50 |
| COSTS & EXPENSES | $156.00 |
| **TOTAL THIS INVOICE** | **$637.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338590    JBS                                       January 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000      GMAC ResCap
MATTER       1334       Villanueva, Manuel, Lourdes and Angel
                        GMAC Matter No.: 730481

**TOTAL AMOUNT DUE**              **$3,495.21**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338590    JBS                                      January 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1334    Villanueva, Manuel, Lourdes and Angel
GMAC Matter No.: 730481

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 12/03/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 12/03/12 | Drafted Reply in support of Demurrer to First Amended Complaint. | L210 | 3.50 | 238.50 | 834.75 |
| JHT | 12/06/12 | Corresponded with Plaintiff's counsel regarding potential settlement of action. | L160 | 0.30 | 238.50 | 71.55 |
| JHT | 12/07/12 | Corresponded with Plaintiff's counsel regarding documentation needed to determine whether a loan modification review is appropraite. | L160 | 0.30 | 238.50 | 71.55 |
| JHT | 12/07/12 | Corresponded with client regarding potential settlement of action. | L160 | 0.40 | 238.50 | 95.40 |
| JHT | 12/07/12 | Reviewed updated financial documentation provided by Plaintiff's counsel and compared to old financials in order to determine whether or not a loan modification review would be appropriate. | L190 | 0.50 | 238.50 | 119.25 |
| JHT | 12/07/12 | Drafted correspondence to client regarding analysis of Plaintiff's updated financials and recommendations as to whether a loan modification review would be worthwhile. | L160 | 0.30 | 238.50 | 71.55 |
| YS | 12/10/12 | Draft correspondence to client regarding outcome from the hearing on the clients' demurrer and proceeding further with this case | L190 | 0.30 | 238.50 | 71.55 |
| YS | 12/10/12 | Attend the hearing on the clients' demurrer to plaintiffs' complaint and determine how to proceed in the case | L450 | 4.60 | 238.50 | 1,097.10 |
| YS | 12/10/12 | Draft proposed judgment of dismissal | L210 | 0.30 | 238.50 | 71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338590 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Villanueva, Manuel & Lourdes | | | | |

| | | of the case with prejudice in light of the Court's ruling on the demurrer to plaintiffs' first amended complaint | | | | |
|---|---|---|---|---|---|---|
| YS | 12/10/12 | Draft notice of ruling on clients' demurrer to plaintiffs' first amended complaint | L210 | 0.30 | 238.50 | 71.55 |
| YS | 12/11/12 | Draft correspondence to plaintiff's counsel regarding review of plaintiff's loan modification application in light pending foreclosure sale date | L160 | 0.30 | 238.50 | 71.55 |
| YS | 12/11/12 | Draft correspondence to plaintiffs' counsel regarding possible settlement of the case via a loan modification | L160 | 0.40 | 238.50 | 95.40 |
| YS | 12/12/12 | Draft correspondence to client regarding plaintiffs' loan modification application in attempt to resolve their dispute with the client | L190 | 0.40 | 238.50 | 95.40 |
| YS | 12/12/12 | Review and analysis of plaintiffs' loan modification application in an attempt to resolve their dispute with client | L120 | 0.80 | 238.50 | 190.80 |
| YS | 12/13/12 | Receipt, review and analysis of the notice of ruling on the court's case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 12/13/12 | Receipt and review of Notice of Continuance of Case Management Conference. | L190 | 0.10 | 238.50 | 23.85 |
| YS | 12/26/12 | Draft notice of order sustaining clients' demurrer to plaintiffs' first amended complaint without leave to amend | L210 | 0.30 | 238.50 | 71.55 |
| YS | 12/26/12 | Draft notice of judgment of dismissal of the case | L210 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **13.60** | | **$3,243.60** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 12/18/12 | One Legal, Inc.; Transmittal of filing to court; Defendant's Reply in Support of Their Demurrer to Plaintiff's First Amended Complaint 12/04/12 | | 49.95 |
| 12/26/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; CNTY RVSD Online Civil MO Riverside CA 09/26/12 | | 90.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338590 | CLIENT | GMAC ResCap | | Page | 3 |
|---|---|---|---|---|---|---|
| | | MATTER | Villanueva, Manuel & Lourdes | | | |

| | | | |
|---|---|---|---|
| 12/30/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; CNTY RVSD Online Civil MO Riverside CA 11/05/12 | | 90.00 |
| 12/30/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Riverside Court Web Imagi CA 12/04/12 | | 7.40 |
| 12/30/12 | NORCO Delivery Services; Messenger; One Law Corporation at 3700 Wilshire Blvd., Los Angeles Ca. 12/4/12 | | 14.26 |
| | **TOTAL COSTS & EXPENSES** | **$251.61** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.90 | $214.65 |
| L160 | Settlement/Non-Binding ADR | 2.00 | $477.00 |
| L190 | Other Case Assessment | 1.40 | $333.90 |
| L210 | Pleadings | 4.70 | $1,120.95 |
| L450 | Trial and Hearing Attendance | 4.60 | $1,097.10 |
| | **TOTAL** | **13.60** | **$3,243.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 5.40 | 238.50 | $1,287.90 |
| Shaham, Yaron | YS | Special Counsel | 8.20 | 238.50 | $1,955.70 |
| | **Total** | | **13.60** | | **$3,243.60** |

| | |
|---|---|
| PRIOR FEES | $8,679.15 |
| PRIOR COSTS & EXPENSES | $2,149.03 |

| | |
|---|---|
| FEES | $3,243.60 |
| COSTS & EXPENSES | $251.61 |
| **TOTAL THIS INVOICE** | **$3,495.21** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338591    JBS                                    January 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT       19000    GMAC ResCap
MATTER       1345     Rozier, Karen Michelle
                      GMAC Matter No.: 731151




**TOTAL AMOUNT DUE**              **$6,739.20**




***\*\*\* REMITTANCE COPY \*\*\****
*Please include this page with payment.*




Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338591    JBS                                    January 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1345    Rozier, Karen Michelle
                        GMAC Matter No.: 731151

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| TSH | 10/16/12 | Pull BAP docket report to check for any recent activity (receipt of Appellant's Emergency Motion for Stay Pending Appeal). | L190 | 0.10 | 225.00 | 22.50 |
| TSH | 10/16/12 | Check bankruptcy docket to confirm appellant had filed an Emergency Motion to Stay Pending Appeal in the bk court. | L190 | 0.10 | 225.00 | 22.50 |
| TSH | 10/16/12 | Communication with BAP clerk to inquire into procedures and response time for reply/opposition to an Emergency Motion to Stay Pending Appeal. | L190 | 0.20 | 225.00 | 45.00 |
| TSH | 10/16/12 | Review correspondence sent to client regarding filing of appeal in the BAP. | L190 | 0.10 | 225.00 | 22.50 |
| TSH | 10/17/12 | Review communication to client regarding plaintiff's superior court state action. | L190 | 0.10 | 225.00 | 22.50 |
| TSH | 10/17/12 | Review plaintiff's emergeny stay pending appeal filed in the BAP to find reference to superior court action and pull superior court action register of actions for review. | L190 | 0.30 | 225.00 | 67.50 |
| TSH | 10/18/12 | Check superior court register of actions for recent state court action filed by appellant (Orange County Superior Case No. 30-2012-00601310). | L190 | 0.10 | 225.00 | 22.50 |
| TSH | 10/18/12 | Communication with clerk of the BAP court to confirm appellee's responsive deadline date to appellant's Emergency | L190 | 0.10 | 225.00 | 22.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338591 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Rozier, Karen Michelle | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|
| | | Motion for Stay Pending Appeal. | | | | |
| TSH | 10/18/12 | Draft Certificate of Service for Opposition to Appellant's Emergency Stay Pending Appeal to be filed in the BAP (Case No. 12-1359). | L210 | 0.20 | 225.00 | 45.00 |
| TSH | 10/18/12 | Edit Opposition to Appellant's Application for Emergency Stay Pending Appeal to be filed in BAP Case Number 12-1359. | L510 | 0.30 | 225.00 | 67.50 |
| TSH | 10/22/12 | Communication with BAP court regarding response time and if response is needed to recent filings by appellant. | L190 | 0.10 | 225.00 | 22.50 |
| TSH | 11/01/12 | Draft statement of facts for appellee's opening brief (BAP case number 12-1359). | L520 | 2.50 | 225.00 | 562.50 |
| TSH | 11/02/12 | Research cases cited by appellant in her Bankruptcy Appellant Panel opening brief. | L190 | 1.30 | 225.00 | 292.50 |
| TSH | 11/13/12 | Prepare Motion for Relief from Stay Real Property to be filed in the bankruptcy matter of E. Hardemion, USBC Central District of California case number 12-47460. | L210 | 1.00 | 225.00 | 225.00 |
| TSH | 11/14/12 | Prepare exhibits in support of Motion for Relief from Stay regarding Real Property to be filed in USBC Central District of California case number 12-47460. | L210 | 0.20 | 225.00 | 45.00 |
| TSH | 11/14/12 | Draft Motion for Relief from Stay regarding real property to be filed in USBC Central District of California case number 12-23034. | L210 | 0.60 | 225.00 | 135.00 |
| TSH | 11/14/12 | Draft Attachment 1 to accompany declaration to Motion for Relief from Stay regarding Real Property to be filed in USBC Central District of California case number 12-23034. | L210 | 0.20 | 225.00 | 45.00 |
| TSH | 11/14/12 | Prepare exhibits in support of Motion for Relief from Stay regarding Real Property to be filed in USBC Central District of California case number 12-23034. | L210 | 0.20 | 225.00 | 45.00 |
| TSH | 11/14/12 | Draft Attachment 1 to accompany | L210 | 0.30 | 225.00 | 67.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338591 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Rozier, Karen Michelle | | | | |

| | | declaration to Motion for Relief from Stay regarding Real Property to be filed in USBC Central District of California case number 12-47460. | | | | |
|---|---|---|---|---|---|---|
| TSH | 11/14/12 | Draft continuation page to accompany declaration to Motion for Relief from Stay regarding Real Property to be filed in USBC Central District of California case number 12-47460. | L210 | 0.30 | 225.00 | 67.50 |
| TSH | 11/14/12 | Draft continue page to accompany declaration to Motion for Relief from Stay regarding Real Property to be filed in USBC Central District of California case number 12-23034. | L210 | 0.20 | 225.00 | 45.00 |
| ANB | 11/16/12 | Conference call with client to discuss providing modification package to debtor | L120 | 0.50 | 292.50 | 146.25 |
| ANB | 11/16/12 | Review drafts of motions for relief from stay as to authorized transferees, | L120 | 1.00 | 292.50 | 292.50 |
| TSH | 11/16/12 | Draft request for Extraordinary Relief to be filed in the bankruptcy matter of E. Hardemion, USBC Central District of California case number 12-47460. | L210 | 0.20 | 225.00 | 45.00 |
| TSH | 11/16/12 | Edit real property declaration to Motion for Relief from Stay regarding Real Property to be filed in USBC Central District of California case number 12-23034. | L210 | 0.10 | 225.00 | 22.50 |
| TSH | 11/16/12 | Draft request for Extraordinary Relief to be filed in the David Bear Irrevocable Living Trust bankruptcy, USBC Central District of California, Santa Ana case number 12-23034. | L210 | 0.20 | 225.00 | 45.00 |
| TSH | 11/16/12 | Draft Application for Order Setting Hearing on Shortened Notice to be filed in the David Bear Irrevocable Living Trust bankruptcy, USBC Central District of California, Santa Ana case number 12-23034. | L210 | 0.30 | 225.00 | 67.50 |
| TSH | 11/16/12 | Edit real property declaration to Motion for Relief from Stay regarding Real Property to be filed in USBC Central District of California case number 12-47460 | L210 | 0.10 | 225.00 | 22.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 338591    CLIENT  GMAC ResCap                                Page    4
                      MATTER  Rozier, Karen Michelle

| | | | | | | |
|---|---|---|---|---|---|---|
| TSH | 11/16/12 | Draft declaration of ANB in support of Application for Order Setting Hearing on Shortened Notice to be filed in the David Bear Irrevocable Living Trust bankruptcy, USBC Central District of California, Santa Ana case number 12-23034. | L210 | 0.20 | 225.00 | 45.00 |
| ANB | 11/19/12 | Communication with client regarding debtors receipt of modification | L120 | 0.20 | 292.50 | 58.50 |
| TSH | 11/19/12 | Edit and finalize Motion for Relief from Stay regarding Real Property to be filed in USBC Central District Case No. 12-23034. | L210 | 0.20 | 225.00 | 45.00 |
| TSH | 11/19/12 | Edit and finalize Motion for Relief from Stay regarding Real Property to be filed in USBC Central District Case No. 12-47460. | L210 | 0.20 | 225.00 | 45.00 |
| TSH | 11/20/12 | Edit continuation page for Motion for Relief from Stay with Regards to Real Property to be filed in the USBC Central District of California case number 12-23034 (David Bear) | L210 | 0.10 | 225.00 | 22.50 |
| TSH | 11/20/12 | Edit continuation page for Motion for Relief from Stay with Regards to Real Property to be filed in the USBC Central District of California case number 12-47460 (E. Hardemion) | L210 | 0.10 | 225.00 | 22.50 |
| TSH | 11/20/12 | Draft Order on Application Setting Hearing for Motion for Relief from the Automatic Stay regarding Real Property on Shortened Notice to be filed in USBC Central District of California, case number 12-23034 (David Bear). | L210 | 0.20 | 225.00 | 45.00 |
| TSH | 11/20/12 | Draft Proof of Service for Order on Application Setting Hearing for Motion for Relief from the Automatic Stay regarding Real Property on Shortened Notice to be filed in USBC Central District of California, case number 12-23034 (David Bear). | L210 | 0.10 | 225.00 | 22.50 |
| ANB | 11/21/12 | Review and revise David Hardimion motion for relief from stay and file | L210 | 2.00 | 292.50 | 585.00 |
| ANB | 11/21/12 | Review and make final revisions to David Bear Revocable Trust motion for | L210 | 2.00 | 292.50 | 585.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338591 | CLIENT | GMAC ResCap | | | Page | 5 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Rozier, Karen Michelle | | | | |

| | | relief from stay, appleiation for order shortening time, ANB declaration, proposed Order and file | | | | |
|---|---|---|---|---|---|---|
| TSH | 11/21/12 | Draft Amended Proof of Service for Order on Application Setting Hearing for Motion for Relief from the Automatic Stay regarding Real Property on Shortened Notice to be filed in USBC Central District of California, case number 12-23034 (David Bear). | L210 | 0.10 | 225.00 | 22.50 |
| ANB | 11/26/12 | Review courts order denying request to have motion heard on shortened notice, advise and advise will set on courts next regularly scheduled date | L120 | 0.30 | 292.50 | 87.75 |
| TSH | 11/26/12 | Communication with court clerk to confirm receipt of Motion for Relief from Stay and Ex Parte Application for Order Shortening Time (David Bear bankruptcy). | L120 | 0.10 | 225.00 | 22.50 |
| ANB | 11/27/12 | Review order denying request for shortening time to hear a relief from stay motion, and review and revise amended notice of hearing | L210 | 0.50 | 292.50 | 146.25 |
| TSH | 11/27/12 | Communications with court regarding denial of Ex Parte Application for Order for Hearing on Shortened Notice (David Bear bankruptcy). | L120 | 0.10 | 225.00 | 22.50 |
| TSH | 11/27/12 | Draft Proof of Service for Amended Notice of Hearing on Motion for Relief from Stay Regarding Real Property (David Bear bankruptcy case number 12-23034). | L210 | 0.10 | 225.00 | 22.50 |
| TSH | 11/27/12 | Draft Amended Notice of Hearing on Motion for Relief from the Automatic Stay Regarding Real Property (David Bear bankruptcy case number 12-23034). | L210 | 0.20 | 225.00 | 45.00 |
| ANB | 11/29/12 | Update client of status of RFS hearings set for two bankruptcies filed against property and respond to client questions about timing of hearing and completing foreclosure sale | L120 | 0.50 | 292.50 | 146.25 |
| ANB | 12/04/12 | Prepare RJN in support of RFS motion (Hardemion), and Amended Notice of | L210 | 1.00 | 292.50 | 292.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 338591 | CLIENT | GMAC ResCap | | | Page | 6 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Rozier, Karen Michelle | | | | |

| | | Hearing(Hardemion bankruptcy) | | | | |
|---|---|---|---|---|---|---|
| ANB | 12/04/12 | Appear at hearing on relief from stay hearing(Hardemion bankruptcy) | L240 | 1.00 | 292.50 | 292.50 |
| ANB | 12/04/12 | Review tentative ruling and prepare for relief from stay hearing(Hardemion bankruptcy) | L240 | 0.30 | 292.50 | 87.75 |
| TSH | 12/04/12 | Prepare exhibit documents for Request for Judicial Notice in support of U.S. Bank's Motion for Relief from Stay (to be filed in USBC Central District of California Case No. 12-47460). | L210 | 0.20 | 225.00 | 45.00 |
| TSH | 12/04/12 | Edit declaration in support of Motion for Relief from Stay Regarding Real Property (to be filed in the USBC Central District of California, Case No. 12-47460). | L210 | 0.20 | 225.00 | 45.00 |
| ANB | 12/11/12 | Advise client on status of appeal, and provide an estimated timeline | L120 | 0.30 | 292.50 | 87.75 |
| ANB | 12/17/12 | Review tentative rulings in both relief from stay matters, advise client both motions granted based upon bad-faith, and advise that attorneys appearing will request orders be entered on an expedited basis | L120 | 0.80 | 292.50 | 234.00 |
| BJK | 12/18/12 | Appeared at hearing on motion for relief from stay | L250 | 0.50 | 234.00 | 117.00 |
| BJK | 12/18/12 | Reviewed file in preperation for hearing on motion for relief from stay | L250 | 0.20 | 234.00 | 46.80 |
| TSH | 12/18/12 | Draft Order Granting Motion for Relief from Stay Regarding Real Property for the Eric Hardemion bankruptcy, USBC Central District of California, case number 12-47460. | L210 | 0.30 | 225.00 | 67.50 |
| TSH | 12/18/12 | Draft Order Granting Motion for Relief from the Automatic Stay Real Property for David Bear Irrevocable Living Trust bankruptcy, USBC Central District of California, case number 12-23034. | L210 | 0.50 | 225.00 | 112.50 |
| TSH | 12/18/12 | Telephonic Court Appearance for Motion for Relief from Stay for the David Bear Irrevocable Trust bankruptcy case USBC Central District of California case number 12-23034. | L450 | 0.50 | 225.00 | 112.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   338591        **CLIENT**    GMAC ResCap                                     Page        7
                            **MATTER**    Rozier, Karen Michelle

| | | | | | | |
|---|---|---|---|---|---|---|
| ANB | 12/19/12 | Phone conference with client to discuss results of RFS hearings, and process to get orders signed, certified and recorded so no further bankruptcy filing affects property | L120 | 0.30 | 292.50 | 87.75 |
| ANB | 12/19/12 | Review and Revise David Bear Living Trust relief from stay order and file | L210 | 0.50 | 292.50 | 146.25 |
| ANB | 12/19/12 | Review and Revise Hardemion relief from stay order and file | L210 | 0.50 | 292.50 | 146.25 |
| TSH | 12/19/12 | Edit Orders Granting Motion for Relief from the Automatic Stay Real Property for David Bear Irrevocable Living Trust bankruptcy, USBC Central District of California, case number 12-23034 and the Eric Hardemion bankruptcy, USBC Central District of California, case number 12-47460 | L210 | 0.10 | 225.00 | 22.50 |
| ASL | 12/20/12 | Draft recorder's cover sheet. Correspond with attorney service to obtain certified copy of relief order for recording in the los angeles county recorder's office. | L120 | 0.30 | 150.00 | 45.00 |
| ANB | 12/20/12 | Review BAP order regarding oral argument, and forward to BJK to prepare response | L120 | 0.30 | 292.50 | 87.75 |
| TSH | 12/26/12 | Communication with clerk to bankruptcy judge regarding status of order granting relief from stay regarding the real property involved in USBC Central District case number 12-23034. | L190 | 0.10 | 225.00 | 22.50 |
| TSH | 12/28/12 | Communication with plaintiff K. Rozier regarding scheduled foreclosure of property. | L190 | 0.10 | 225.00 | 22.50 |
| | | **TOTAL** | | **26.10** | | **$6,666.30** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 12/10/12 | One Legal, Inc.; Transmittal of filing to court; Application for Order Setting Hearing on Shortened Notice, Notice of Motion and Motion for Relief from the....11/26/12 | 72.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  338591 | CLIENT | GMAC ResCap | Page | 8 |
|---|---|---|---|---|
| | MATTER | Rozier, Karen Michelle | | |

| **TOTAL COSTS & EXPENSES** | **$72.90** |
|---|---|

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 4.70 | $1,318.50 |
| L190 | Other Case Assessment | 2.70 | $607.50 |
| L210 | Pleadings | 13.40 | $3,453.75 |
| L240 | Dispositive Motions | 1.30 | $380.25 |
| L250 | Other Written Motions | 0.70 | $163.80 |
| L450 | Trial and Hearing Attendance | 0.50 | $112.50 |
| L510 | Appellate Motions & Submission | 0.30 | $67.50 |
| L520 | Appellate Briefs | 2.50 | $562.50 |
| | **TOTAL** | **26.10** | **$6,666.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 12.00 | 292.50 | $3,510.00 |
| Laing, Andrew | ASL | Paralegal | 0.30 | 150.00 | $45.00 |
| Kornberg, Bernard | BJK | Associate | 0.70 | 234.00 | $163.80 |
| Holmes, Toriana | TSH | Associate | 13.10 | 225.00 | $2,947.50 |
| | **Total** | | **26.10** | | **$6,666.30** |

| PRIOR FEES | $11,957.40 |
|---|---|
| PRIOR COSTS & EXPENSES | $54.06 |

| FEES | $6,666.30 |
|---|---|
| COSTS & EXPENSES | $72.90 |
| **TOTAL THIS INVOICE** | **$6,739.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338592    JBS                                    January 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1346    Marquez, Edgardo M.
                  GMAC Matter No.: 731029

**TOTAL AMOUNT DUE**          **$1,931.85**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    338592    JBS                                            January 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1346    Marquez, Edgardo M.
                        GMAC Matter No.: 731029

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 12/03/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 12/04/12 | Receipt, review and analysis of co-defendant Greenpoint Mortgage's case management statement in light of pending case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 12/06/12 | Reviewed case file, case notes and operative pleadings in preparation for hearing on Demurrer to Complaint. | L210 | 1.00 | 238.50 | 238.50 |
| JHT | 12/07/12 | Appeared at hearing on Demurrer to Complaint. | L210 | 5.50 | 238.50 | 1,311.75 |
| JHT | 12/07/12 | Drafted correspondence to client regarding case status and strategy going forward. | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 12/11/12 | Drafted Proposed Order on Demurrer to Complaint. | L210 | 0.30 | 238.50 | 71.55 |
| JHT | 12/11/12 | Drafted Notice of Ruling on Demurrer to Complaint. | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 12/11/12 | Drafted Proposed Judgment of Dismissal. | L210 | 0.30 | 238.50 | 71.55 |
| JHT | 12/13/12 | Receipt and review of co-Defendant GreenPoint's Proposed Order and Judgment. | L210 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **8.10** | | **$1,931.85** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement