MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

----

**NOTICE OF OMNIBUS HEARING DATES**

**PLEASE TAKE NOTICE** that the Court has scheduled the following omnibus hearing dates in the above-captioned proceedings:

- **June 12, 2013 at 10:00 a.m. (Prevailing Eastern Time)**
- **July 10, 2013 at 10:00 a.m. (Prevailing Eastern Time)**
- **July 24, 2013 at 10:00 a.m. (Prevailing Eastern Time)**
- **August 21, 2013 at 10:00 a.m. (Prevailing Eastern Time)**

Dated: April 2, 2013
New York, New York

/s/ Gary S. Lee
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*

ny-1084056