# EXHIBIT 4

12-12020-mg    Doc 3343-5    Filed 04/02/13    Entered 04/02/13 15:31:08    Exhibit 4
Pg 1 of 7

# EXHIBIT 2

# ORGANIZATIONAL CHARTS



Exhibit 2-1

ny-1011800

ResCap Organizational Structure – Exhibit 2B



Exhibit 2-2

ResCap Organizational Structure – Exhibit 2C





Exhibit 2-3

ny-1011800

ResCap Organizational Structure – Exhibit 2D





Exhibit 2-4

ny-1011800

ResCap Organizational Structure – Exhibit 2E





Exhibit 2-5

ny-1011800

ResCap Organizational Structure – Exhibit 2F



Exhibit 2-6

ny-1011800