# EXHIBIT 5



**QBE Insurance Group**  Annual report 2012

# Made possible by QBE

**QBE is a major insurer of the mining sector, from leading global players to specialist service providers and smaller operations.**

## Notes to the financial statements CONTINUED
FOR THE YEAR ENDED 31 DECEMBER 2012

### 36. Related parties CONTINUED

| | COUNTRY OF INCORPORATION/ FORMATION | EQUITY HOLDING 2012 % | 2011 % |
|---|---|---|---|
| FAI Insurances (Fiji) Limited | Fiji | 100.00 | 100.00 |
| General Casualty Company of Wisconsin | US | 100.00 | 100.00 |
| General Casualty Insurance Company | US | 100.00 | 100.00 |
| Greenhill Baia Underwriting GmbH | Germany | 100.00 | 100.00 |
| Greenhill International Insurance Holdings Limited | UK | 100.00 | 100.00 |
| Greenhill Sturge Underwriting Limited | UK | 100.00 | 100.00 |
| Greenhill Underwriting Espana Limited | UK | 100.00 | 100.00 |
| Hoosier Insurance Company | US | 100.00 | 100.00 |
| HSBC La Buenos Aires Seguros SA | Argentina | 99.86 | – |
| Hyfield Company Limited [2] | Thailand | 99.96 | 49.46 |
| Invivo Medical Pty Limited | Australia | 50.00 | 50.00 |
| Lantana Insurance Limited | Bermuda | 100.00 | 100.00 |
| Lifeco Re Limited | UK | 100.00 | 100.00 |
| Lifeco SRO | Czech Republic | 100.00 | 100.00 |
| Limit Corporate Members Limited | UK | 100.00 | 100.00 |
| Limit Holdings Limited | UK | 100.00 | 100.00 |
| Limit No 2 Limited | UK | 100.00 | 100.00 |
| Limit No 7 Limited | UK | 100.00 | 100.00 |
| Limit No 10 Limited | UK | 100.00 | 100.00 |
| Mantis Reef II Limited [3] | Cayman Is | – | – |
| Mantis Reef II Pledge Limited [3] | Cayman Is | – | – |
| Mortgage & Auto Solutions Inc | US | 100.00 | 100.00 |
| MMIA Pty Limited | Australia | 100.00 | 100.00 |
| MMWC Pty Limited | Australia | 100.00 | 100.00 |
| National Credit Insurance (Brokers) NZ Limited | NZ | 100.00 | 100.00 |
| National Credit Insurance (Brokers) Pty Limited | Australia | 100.00 | 100.00 |
| National Farmers Union Property and Casualty Company | US | 100.00 | 100.00 |
| NAU Country Insurance Company | US | 100.00 | 100.00 |
| NAU Holding Company LLC | US | 100.00 | 100.00 |
| NCI Brokers (Asia) Pte Limited | Singapore | 100.00 | 100.00 |
| New Century Finance Corporation | Puerto Rico | 100.00 | – |
| Newport Management Corporation | US | 100.00 | 100.00 |
| North Pointe Financial Services Inc | US | 100.00 | 100.00 |
| North Pointe Insurance Company | US | 100.00 | 100.00 |
| Operador Logistico de Soat-OIs SA | Ecuador | 75.48 | 50.99 |
| Optima Insurance Group Inc | Puerto Rico | 100.00 | – |
| P&C Claim Care Limited | US | 100.00 | 100.00 |
| P&C Claim Care Management LLC | US | 100.00 | 100.00 |
| Permanent LMI Pty Limited | Australia | 50.08 | 50.08 |
| Pitt Nominees Pty Limited | Australia | 100.00 | 100.00 |
| Praetorian Insurance Company | US | 100.00 | 100.00 |
| PT Asuransi QBE Pool Indonesia | Indonesia | 55.00 | 60.00 |
| QBE (Jersey) GP Limited | Jersey | 100.00 | 100.00 |
| QBE (Jersey) GP II Limited | Jersey | 100.00 | 100.00 |
| QBE (PNG) Limited | PNG | 100.00 | 100.00 |
| QBE (Singapore) Pte Ltd | Singapore | 100.00 | 100.00 |
| QBE A&H LLC (formerly SLG Benefits and Insurance LLC) | US | 100.00 | 100.00 |
| QBE Agencies Americas Holdings Inc | US | 100.00 | 100.00 |
| QBE Agencies Australia Holdings Pty Limited | Australia | 100.00 | 100.00 |
| QBE Agencies Holdings Pty Limited | Australia | 100.00 | 100.00 |
| QBE Americas Inc | US | 100.00 | 100.00 |
| QBE Argentina Aseguradora de Riesgos del Trabajo SA | Argentina | 100.00 | 100.00 |
| QBE Asegurando LTDA (formerly RGM Asegurando LTDA) | Colombia | 75.50 | 51.00 |
| QBE Atlantic LLC | US | 100.00 | 100.00 |
| QBE Atlasz Ingatlankezelo zrt | Hungary | 100.00 | 100.00 |
| QBE Brasil Seguros SA | Brazil | 99.99 | 99.99 |
| QBE Capital Funding LP [3] | Jersey | – | – |

12-12020-mg    Doc 3343-6    Filed 04/02/13    Entered 04/02/13 15:31:08    Exhibit 5