**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) |
| | ) Chapter 11 |
| Debtors, | ) |
| | ) Jointly Administered |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2013, I electronically filed the following:

> OBJECTION OF PLAINTIFFS IN *ROTHSTEIN, ET AL. v. GMAC MORTGAGE, LLC, ET AL.*, No. 12-CV-3412-AJN (S.D.N.Y.) TO THE MOTION OF ALLY FINANCIAL, INC. AND ALLY BANK FOR AN ORDER ENFORCING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(A)(3) BY (1) ENJOINING PROSECUTION OF ALTER EGO AND VEIL-PIERCING CLAIMS IN *ROTHSTEIN*, AND (2) DECLARING SUCH CLAIMS VOID *AB INITIO*; AND CROSS-MOTION FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(D) TO THE EXTENT ANY CLAIMS ASSERTED BY PLAINTIFFS ARE SUBJECT TO THE AUTOMATIC STAY

with the Clerk of the Court, which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this case.

I further certify that I caused copies of the foregoing to be served on the parties listed in the Special Service List, dated April 1, 2013, via electronic mail (where available) and U.S. Mail at the addresses stated therein.

I further certify that I caused copies of the foregoing to be served on the parties listed in the General Service List, dated April 1, 2013, via electronic mail.

KIRBY McINERNEY LLP

*/s/ Mark A. Strauss*
Mark A. Strauss
825 Third Avenue, 16th Floor
New York, NY 10022
Tel:    (212) 371-6600
Fax:    (212) 751-2540

*Attorneys for Plaintiffs Landon Rothstein, et al.*