*CLERK OF THE BANKRUPTCY COURT*
*ONE BOWLING GREEN*
*NEW YORK, N.Y. 10003-1408*

*3/18/2013*

*TO: JUDGE GLENN MARTIN*
*RE: REQUEST FOR ORDER TO BE ENTERED TO GMAC/OCWEN*
*TO SUBORDINATE TO DOCUMENT SHOWN ON DOCKET #3241*

*ATT: HONORABLE JUDGE GLENN MARTIN*
*PLEASE HAVE ORDER ENTERED TO HAVE GMAC/OCWEN SUBORNIDATE TO GMAC OWN DRAWNED DOCUMENT OF EXISTING LIEN.*
*I HAVE ADDRESSED THIS TO GMAC/OCWEN & THEIR COUNSEL FOR SEVERAL YEARS TO NO AVAIL.*
*THERE IS A NEED TO HAVE ORDER ENTERED AS PARTIES HAVE SHOWN INTENT NOT TO DO SO.*
*IT IS THEREFORE NECESSARY TO HAVE THE HONORABLE JUDGE GLENN MARTIN ENTER SUCH ORDER IMPOSING DECLARATION INSERTS INTO SUCH DOCUMENTS TO AVOID ANY & ALL INCONSISTANCIES. SHOULD TELEPHONE CONFERENCE BE NECESSARY PLEASE INFORM ME AT 714 447-42007. I ASK THAT MATTER BE ADRESSED NEXT HEARING, AS IT IS URGENT TO DO SO. MORTGAGE COMPANY IS ADAMANTLY OPPOSING ITS OWN DOCUMENT.*
*A REQUESTED ORDER IS TO BE ENTERED ON EXISTING DOCUMENT NOTING CARRIED SUBMITTED LIENS& EXPRESSED INCONSISTANCIES.*
*THANK YOU.*
*JULIO PICHARDO   (PROSE)*



RECEIVED

MAR 2 2 2013

U.S. BANKRUPTCY COURT, SDNY