Hearing date: April 11, 2013 at 10:00 a.m.

Zeichner Ellman & Krause LLP
575 Lexington Avenue – 10th Floor
New York, New York 10022
Telephone: (212) 223-0400
Facsimile: (212) 753-0396
Jantra Van Roy, Esq

*Ordinary Course Professional for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## ZEICHNER ELLMAN & KRAUSE LLP

575 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

JANTRA VAN ROY
(212) 826-5353
jvanroy@zeklaw.com

April 3, 2013

**BY HAND DELIVERY**

Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green - Courtroom: 501
New York, NY 10004-1408

### ResCap Fee Application

Dear Judge Glenn:

We have been instructed by debtors' counsel to provide to chambers a copy of our firm's response to the U.S. Trustee's objection to our fee application. That response is enclosed. We have since spoken with the U.S. Trustee's office and amicably resolved the objection.

Respectfully,

Jantra Van Roy

JVR:omc

cc: Eric Small, Esq., U.S. Trustee's Office, (By E-mail)
   Erica Richards, Esq., Morrison & Foerster LLP (By E-mail)

**Jantra Van Roy**

| | |
|---|---|
| **From:** | Jantra Van Roy |
| **Sent:** | Wednesday, March 27, 2013 4:39 PM |
| **To:** | 'Brian.Masumoto@usdoj.gov'; 'Michael.Driscoll@usdoj.gov'; 'eric.j.small@usdoj.gov' |
| **Subject:** | ResCap fee application: Zeichner Ellman & Krause, LLP |
| **Attachments:** | Invoices.pdf |

Dear Sirs,

I write in response to the United States Trustee's ("UST") ojection to my recent fee application.

The UST objected to the allowance of $1,073.90 of our firm's fees because of transitory timekeeper billing. I concede that objection, but will be pleased to explain the nature of the advice rendered that resulted in that "transitory timekeeper" billing if you would find that useful.

The UST also objected to the allowance of $1,453.32 in expenses described as "Lawyers Service" and "Advertising Fee." I apologize for the lack of clarity in my description. The invoices are attached. The advertising fee was for newspaper advertisements for a foreclosure sale in a matter called "George Guldi" which was very hotly litigated (Mr. Guldi is now in prison) and the sale was finally conducted and was successful. The "lawyers service" is United, which files certain motions and obtains certain court orders and the like at a very favorable rate.
I hope that you will be able to call me so that I can make you comfortable with all of this, and provide anything else you may find useful. (It is more important to me that you see the back-up for the expenses for which we sought reimbursement than it is that we actually recover them, although I do believe that reimbursement would be fair since our firm actually made these payments.)

Thank you for your time on this.
Jantra



Jantra Van Roy, Esq.
Partner
Zeichner Ellman & Krause LLP

575 Lexington Avenue
New York, New York 10022
Tel. (212) 826-5353
Fax (212) 753-0396
jvanroy@zeklaw.com
www.zeklaw.com

This transmission may contain sensitive and/or privileged information. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, kindly contact the sender to arrange retrieval. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.



1

ZEICHNER, ELLMAN & KRAUSE, ESQS., 575 LEXINGTON AVENUE, NEW YORK, NY 10022

Date: July 2, 2012                          Route: RT 29                          Typist: CY

# UNITED

**LAWYERS SERVICE INC, Established 1913**
299 Broadway, New York, NY 10007  Tel (212) 227-6300  Fax # (212) 964-2707, (212) 964-2804, (212) 964-2805

| | |
|---|---|
| **SUPREME DUTCHESS** | |
| WELLS FARGO/SAUNDRA ARMSTRONG  2978.177 | FILED STIPULATION CANCELLING PENDENCY, STAMPED COPY HEREWITH. ✓ |
| **SUPREME NASSAU COUNTY** | |
| AURORA LOAN/NADEEM NOORMOHAMMED  10029.046 | $2.00 CHARGE COPY HEREWITH. ✓ |
| **SUPREME SUFFOLK COUNTY** | |
| HOMECOMINGS FINANCIAL/GEORGE GULDI  10029.013 | $6.50 CHARGE COPY HEREWITH. ✓ |
| TD BANK/INNOVANT  10920.036 | $2.00 CHARGE, FILED RJI & MOTION PAPERS STAMPED COPY HEREWITH. ✓ |
| **SUPREME WESTCHESTER COUNTY** | |
| COUNTRY BANK/THOMAS BRODERICK  10999.005 | TRANSCRIPT HEREWITH. ✓ |

1

| ZEICHNER, ELLMAN & KRAUSE, ESQS., 575 LEXINGTON AVENUE, NEW YORK, NY 10022 |
|---|

**Date:** February 27, 2013   **Route:** RT 29   **Typist:** AC

# UNITED
### LAWYERS SERVICE INC, Established 1913
299 Broadway, New York, NY 10007   Tel (212) 227-6300   Fax # (212) 964-2707,   (212) 964-2804,   (212) 964-2805

**SUPREME SUFFOLK COUNTY**

HOMECOMINGS/GEORGE GULDI           .50 CHARGE COPY HEREWITH

10029,013

ZEICHNER, ELLMAN & KRAUSE, ESQS., 675 LEXINGTON AVENUE, NEW YORK, NY 10022

Date: March 11, 2013   Route: RT 29   Typist: CY

# UNITED
## LAWYERS SERVICE INC, Established 1913
299 Broadway, New York, NY 10007  Tel (212) 227-6300  Fax # (212) 964-2707, (212) 964-2804, (212) 964-2805

---

**SUPREME QUEENS COUNTY**

GMAC/PAEZ FAUSTO  10029.672 | MOTION SUBMITTED.

VELOCITY COMMERCIAL/HYUNG JOO NAM  NC | PHONED SUBSCRIBER- PAPERS AND CHECK HEREWITH MUST BE E-FILED.

**SUPREME ROCKLAND COUNTY**

GMAC MORTG./MELISSA CARY  10029.668 | $5.00 CHARGE COPY HEREWITH.

**SUPREME SUFFOLK COUNTY**

DEUTSCHE BANK/ROGER THANHAUSER  NC | ORDER NOT ENTERED YET WILL FOLLOW ON MARCH 21 FOLLOWING.

DOUGLAS PLOTKE JR/J.P. PLATINUM  NC | FILE NOT AVAILABLE FOLLOWING.

DOUGLAS S. PLOTKE/J.P. PLATINUM  NC | FILED PAPERS STAMPED COPY HEREWITH.

1

| ZEICHNER, ELLMAN & KRAUSE, ESQS., 575 LEXINGTON AVENUE, NEW YORK, NY 10022 |
|---|

**Date:** January 28, 2013        **Route:** RT 29        **Typist:** CY

# UNITED

**LAWYERS SERVICE INC, Established 1913**
299 Broadway, New York, NY 10007   Tel (212) 227-6300   Fax # (212) 964-2707,  (212) 964-2804,  (212) 964-2805

| | |
|---|---|
| **SUPREME SUFFOLK COUNTY** | |
| GMAC/WINFRED SCHNEIDER  *10029.057* | PAID FEE FILED MOTION PAPERS STAMPED COPY HEREWITH. |
| WELLS FARGO/ALEXANDER BEDOYA  *2978.208* | FILED NOTICE OF ENTRY STAMPED COPY HEREWITH. |

1

ZEICHNER, ELLMAN & KRAUSE, ESQS., 575 LEXINGTON AVENUE, NEW YORK, NY 10022

Date: February 7, 2013  Route: RT 29  Typist: CY

# UNITED

LAWYERS SERVICE INC, Established 1913

299 Broadway, New York, NY 10007   Tel (212) 227-6300   Fax # (212) 964-2707,   (212) 964-2804,   (212) 964-2805

---

**SUPREME NEW YORK COUNTY**

ERIDANIA/UNITED BANK   2759.005 | FILED COURTESY COPY.

**SUPREME SUFFOLK COUNTY**

DEUTSCHE BANK/DAWN REID   10029.055 | PAID FEE FILED STIPULATION STAMPED COPY HEREWITH.