UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al*, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Jointly Administered |

### REQUEST FOR JUDICIAL NOTICE

COME NOW, the STEPHANIE HARRIS, *Pro Se*, (hereinafter "Creditor"), and requests this Honorbale Court take Judcial Notce of the attached transcript of the following:

**In Re:** **STEPHANIE HARRIS, Debtor,**
Case Number 2010-11746-AJC
United State Bankruptcy Court, Southern District of Florida,

Transcript of "Continued Hearing Re: Motion for Relief from Stay (44).
**Dated:** August 31, 2009.

WHEREFORE Creditor now seeks this Honorable Court take Judicial Notice of the attached transcript and the contents contained therein.

Dated this: March 21, 2013.

By: _____
Stephanie Harris, *Pro Se Creditor*
PO Box 190504
Miami Beach FL 33119

1