Hearing Date:   April 30, 2013 at 10:00 a.m. (Prevailing Eastern Time)
Response Date:  April 23, 2013 at 4:00 p.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
James A. Newton

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF ALBINA TIKHONOV
FOR CONTEMPT OF BANKRUPTCY TO APRIL 30, 2013 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the *Motion of Albina Tikhonov for Contempt of Bankruptcy* [Docket No. 2627] (the "Motion"), previously scheduled to be heard on April 11, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **April 30, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the deadline for all parties in interest to file a response to the Motion shall be **April 23, 2013 at 4:00 p.m. (Prevailing Eastern Time)**.

ny-1084899

| | |
|---|---|
| Dated: April 4, 2013<br>New York, New York | Respectfully submitted,<br><br>/s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>James A. Newton<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for the Debtors and Debtors in Possession* |