

Jacob G. Thomson
Counsel

1500 Market Street
Centre Square East
Philadelphia, PA  19102

Direct Dial:  +1 215 246 7504
Direct Fax:  +1 215 246 4463

jacob.thomson@towerswatson.com
towerswatson.com

April 4, 2013

The Honorable Martin Glenn
U.S. Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:    In re: Residential Capital, LLC., 12-12020 (Bankr. S.D.N.Y.)

Dear Judge Glenn,

Enclosed are documents provided to the Office of the US Trustee (the "Trustee") in response to its objection to Towers Watson's Second Interim Fee Application ("Application"). After discussing the issues raised by the Trustee, Towers Watson ("Towers") reached a settlement on April 4, 2013 with the Trustee with regard to the objection. Towers will reduce the requested fees by $4,964.00 and the Trustee has agreed to withdraw its objection to Towers' Application in its entirety.

Please let me know if you have any questions.

Sincerely,

Jacob G. Thomson

Towers Watson Pennsylvania Inc.

Page 1 of 1

**Please do not reply to this email.**
If the email does not display correctly, please click here.

**Carlson Wagonlit Travel**

**Your Itinerary**

VIEW YOUR ITINERARY ONLINE

| | | |
|---|---|---|
| **Trip on Sep 06, 2012** | Locator: **OMMZLE** | Date: **Aug 22, 2012** |

| | |
|---|---|
| Traveler | MICHELLE MARIE ACCIAVATTI<br>TOWERS WATSON<br>MARGARET DEANDA<br>TOWERS WATSON<br>28411 NORTHWESTERN HIGHWAY<br>SOUTHFIELD MI USA 48034 |
| Agent | ZG |

### Thursday, September 06, 2012          Confirmation: GBV4XW


**Flight Delta Air Lines 3317**

| DEPARTURE | ARRIVAL |
|---|---|
| **DTW - Detroit Metro, MI** | **PHL - Philadelphia, PA** |
| **7:55 AM, Sep 06, 2012** | **9:43 AM, Sep 06, 2012** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - H |
| Duration | 01:48 (Non-stop) |
| Equipment | Canadair Regional |
| Meal Service | None |
| Reserved Seats | 10A |
| Frequent Flyer | DL2683717280 |
| Notes | DEP-E.H.MCNAMARA TERMINAL<br>ARR-TERMINAL D<br>*DTW-PHL OPERATED BY PINNACLE DBA DELTA CONNECTION |

### Thursday, September 06, 2012          Confirmation: GBV4XW


**Flight Delta Air Lines 3038**

| DEPARTURE | ARRIVAL |
|---|---|
| **PHL - Philadelphia, PA** | **DTW - Detroit Metro, MI** |
| **6:40 PM, Sep 06, 2012** | **8:49 PM, Sep 06, 2012** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - H |
| Duration | 02:09 (Non-stop) |
| Equipment | Canadair Regional |
| Meal Service | None |
| Reserved Seats | 15D |
| Frequent Flyer | DL2683717280 |
| Notes | DEP-TERMINAL E<br>ARR-E.H.MCNAMARA TERMINAL<br>*PHL-DTW OPERATED BY COMAIR DBA DELTA CONNECTION |

**GENERAL INFORMATION**
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF

THIS TRANSACTION AS SET FORTH IN THE AGENCYS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*PASSPORT REQUIREMENT FOR AIR TRAVEL EFFECTIVE JAN 2007
BEGINNING JAN 2007, PASSENGERS TRAVELING TO/FROM THE US
VIA AIR TO THE CARRIBBEAN, BERMUDA, MEXICO OR CANADA
ARE REQUIRED TO HAVE A VALID PASSPORT
FOR ASSISTANCE DURING BUSINESS HOURS PLEASE CALL
1-888-819-9288
AFTER HOURS OR FOR EMERGENCY ENROUTE SERVICE CALL
1-888-819-9288 AND STATE YOUR CODE 0XX7
PLEASE REVIEW YOUR ITINERARY AND CONTACT CTW
IMMEDIATELY IF CHANGES ARE REQUIRED
THANK YOU FOR YOUR BUSINESS
*************** ANNOUNCEMENT ***************
IN COMPLIANCE WITH HOMELAND SECURITY REGULATIONS YOU
MUST UPDATE YOUR TRAVELER PROFILE WITH THE FOLLOWING
INFORMATION NAME AS IT APPEARS ON YOUR GOVERNMENT
ISSUED ID DATE OF BIRTH AND GENDER
CWT IS NO LONGER ABLE TO ISSUE TICKETS WITHOUT THE
REQUIRED DATA
* * * * * * * * * * * * * * * * * * * * * * *
* P L E A S E  N O T E ... PENALTY TICKET *
* ACCEPTANCE OF THIS TICKET ACKNOWLEDGES *
* RESPONSIBILITY FOR ALL CHANGE AND/OR *
* CANCELLATION PENALTIES THAT APPLY *
* * * * * * * * * * * * * * * * * * * * * * *
FOR THE MOST CURRENT INFORMATION ON AIRPORT
SECURITY PLEASE CHECK WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
OSTPXWEB.OST.DOT.GOV/POLICY/SAFETYENERGYENV/
DISINSECTION.HTM FOR A COMPLETE LIST OF COUNTRIES
THAT UTILIZE AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES/CANCELLATIONS/NO SHOWS MAY BE SUBJECT TO A PENALTY
OR FARE INCREASE UP TO AND INCLUDING THE TOTAL
COST OF THE TICKET.
AGENCY SERVICE FEE OF 12.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| ACCIAVATTI MICHELLE MARIE | 130728/0067126991560/22AUG12 | 975.84 | 94.76 | | | 1,070.60 |
| | | | | | SERVICE FEE | 12.00 |
| | | | | | **Total Amount** | **1,082.60** |

Form of Payment: AXXXXXXXXXXXXX1005

Traveler Resources | The Savvy Traveler blog | Data Protection Policy | Privacy Policy
Copyright © 2009-2012 CWT



Michael Agrusa <michael.agrusa@gmail.com>

---

## American Express Travel Reservation - Philadelphia, PA

1 message

---

**American Express Travel Customer Support** <service@americanexpress-travel.com>    Tue, Sep 11, 2012 at 10:31 AM
To: MICHAEL.AGRUSA@gmail.com



| FLIGHTS | HOTELS | CARS | CRUISES | VACATIONS | OFFERS |

**Michael David,**

Thank you for booking your travel with American Express Travel.

You can view your Trip Details by logging onto
**American Express Travel**

Share: [f]

**Your American Express Travel Trip ID is: 3225 5277 5467**

Contact Customer Service

### Flights

1 Round-Trip Ticket

All flight times are local to each city.

**Mon, Sep 24, 2012**                                                                Confirmation code: GFE4AE

**Depart:** 07:55 am          Detroit, MI (DTW)              ▲  Delta Air Lines, Flight 3317
**Arrive:** 09:43 am          Philadelphia, PA (PHL)             Operated by
                                                                 PINNACLE DBA DELTA
                                                                 CONNECTION
                                                                 Non-stop

Travel time: 1 hr 48 mins
Seat request: 14D

**Mon, Sep 24, 2012**                                                                Confirmation code: GFE4AE

**Depart:** 06:40 pm          Philadelphia, PA (PHL)         ▲  Delta Air Lines, Flight 3386
**Arrive:** 08:49 pm          Detroit, MI (DTW)                  Operated by
                                                                 PINNACLE DBA DELTA
                                                                 CONNECTION
                                                                 Non-stop

Travel time: 2 hrs 9 mins
Seat request: 9D

---

Baggage fees: In most cases, the applicable baggage fees and allowances for the entire trip will be those of the first carrier listed on your itinerary, Delta Air Lines . However, in a limited number of multiple carrier itineraries for international travel, the first carrier may apply the fees and allowances of another carrier listed on your itinerary. For more information, including detailed baggage allowances and fees by carrier, **please click here**. If you need additional information regarding baggage allowance and fees, please contact the first carrier listed on your itinerary.

| Passengers | E-ticket Numbers | Frequent Flyer Information |
|---|---|---|
| Michael David Agrusa | 0067131821003 | Add your number at the airport. |

Flight policies

## Complete Your Travel Plans for Philadelphia!



**Add a Hotel**
Book your hotel now and reserve a room that's just your style, in just the right spot.

Find a hotel



**Pay with Points:** Use Membership Rewards® points to book travel. As a Platinum Card® member, you will get 20% of those points back into your Membership Rewards® account.  Terms & Conditions



**Add a Car**
From compacts to SUVs, we've got cars well-suited for your time behind the wheel.

Find a car

## Platinum Card Members -- Better Travel Begins Now



**Check your bags or enjoy an in-flight meal on us. Get $200 in Airline Credits.** Enroll and choose an airline to receive up to $200 in credits annually for incidental airline fees. Enroll Now



**No Foreign Transaction Fees.** Shop like a local. Now, use your Platinum Card abroad without the foreign transaction fees many other cards charge. No matter what country you are in, you can save on fees while enjoying protections for your eligible purchases.

## Additional American Express Travel Services



**American Express® Travelers Cheques** - The Safety of Travelers Cheques. Order now

**Travel Insurance** - Feel secure knowing you are protected if plans change or the unexpected happens. Order Now

## Pricing

| | |
|---|---|
| 1 Adult: | $1,228.00 |
| Taxes & Airline/American Express Imposed Fees: | $28.59 |
| Total: | $1,256.59 |

Additional baggage fees may apply



**You have just earned double Membership Rewards Points on this purchase. Get points faster by purchasing travel with us every time when you use an eligible American Express Card.** Terms & Conditions

We charged a total of $1,256.59 to your American Express® Card xxxx-xxxx-xxxx-2002.

- American Express Travel fees and airline charges will be shown as separate line items on your credit card statements.

## Additional Information

Please reference your American Express Travel Trip ID 3225 5277 5467 anytime you call. There may be a penalty and/or charges for reservation changes.

| Customer Support | | |
|---|---|---|
| In the US | 1-800-297-2977 | 24 hours/7 days a week |
| Outside the US | 1-210-582-2716 | 24 hours/7 days a week |

**Online Support**

View Frequently Asked Questions

**Travel Checklist**

- **Printed itinerary** — Please print this information and take it with you on your trip.
- **Photo ID** — Every air passenger must have a valid government-issued photo ID (e.g. driver's license or passport). The name on the photo ID must match the passenger name in the reservation. Once the ticket has been issued the name on the ticket cannot be changed.
- **TSA Secure Flight Information** — Any information you provided has been added to your reservation. If you did not provide Transportation Security Administration (TSA) Secure Flight information for all travelers, be sure to contact the airline and give them this information before traveling.
- **Schedule changes** — The airline may change your flight itinerary at any time. If we are notified of an itinerary change, we will contact you by email and/or phone. If the airline has not provided you with an acceptable alternative itinerary, our agents will try to re-accommodate you according to the airline's policy and availability.
- **Security Procedures** — Check the TSA Web site ( www.tsa.gov ) for the most up-to-date information about security procedures. If you are departing from a non-U.S. airport, be sure to check that airport's security policies and pack accordingly.
- **Baggage guidelines** — Check with your airline for rules and prices for carry-on and checked baggage. Please review the carry-on baggage guidelines from the TSA .

**Policies**

- Ticket is **non-refundable.**
- **Please review your itinerary immediately.** If any issues arise before or during your trip you must call us right away. Why? We work with our suppliers to resolve your concerns, so the only opportunity we have to help you is before your trip ends. If you wait until you return, it's too late.
- There are times when we are unable to confirm a reservation. In the rare event that this occurs, we will attempt to reach you by phone and email so that we can re-accommodate you. You must call us back within 48 hours or we may not be able to honor your original booking price.
- American Express Travel fees and airline charges will be shown as separate items on your credit card statement. Airline charges may also be listed separately for each passenger.

General Policies
Change Policies
Domestic Flight Notice
International Flight (Warsaw Convention) Notice
**View All Policies**

**General Policies**
Ticket is **non-refundable.**
**Please review your itinerary immediately.** If any issues arise before or during your trip you must call us right away. Why? We work with our suppliers to resolve your concerns, so the only opportunity we have to help you is before your trip ends. If you wait until you return, it's too late.
There are times when we are unable to confirm a reservation. In the rare event that this occurs, we will attempt to reach you by phone and email so that we can re-accommodate you. You must call us back within 48 hours or we may not be able to honor your original booking price.
American Express Travel fees and airline charges will be shown as separate items on your credit card statement. Airline charges may also be listed separately for each passenger.

The total price for your booking may increase after your purchase due to an increase of a government-imposed tax or fee.
**Change Policies**
Some tickets do not allow any changes. Ticket changes also have airline penalties and/or increased fares. If your ticket is



**AMERICAN EXPRESS® BUSINESS TRAVEL**

Page 1 of 3
Generated: September 17, 2012  3:43 PM

## Travel Arrangements for  KARLA S WARD

| | | | |
|---|---|---|---|
| Record Locator | NNOZBG | Agent ID: ZZ | |
| Trip ID | 11430518732 | Phone: (800) 522-4111 | |
| | KARLA WARD/248-936-7490 | | |
| | TOWERS PERRIN | | |
| | 28411 NORTHWESTERN HIGHWAY SUITE 500 | | |
| | SOUTHFIELD MI 48034 | | |
| | DEL 18SEP | | |

## Invoice Details

### Ticket Information

| | | | | |
|---|---|---|---|---|
| Airline Code | 006 | Ticket Date | 9/17/2012 |
| Ticket Number | 7132326334 | Invoice | 0074305 |
| Check Digit | 3 | Electronic | Yes |
| Billing Code | WN827473 | | |

### Charges

| | |
|---|---:|
| Ticket Base Fare | 1,062.36 |
| Ticket Tax Fare | 101.24 |
| Total (USD) Ticket Amount | 1,163.60 |

Airfare charged to American Express

| | |
|---|---:|
| **Total** | 1,163.60 |

PER TOWERS WATSON PENNSYLVANIA FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY

## Travel Details                    Monday September 24, 2012

### Flight Information

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 1 hour 48 minutes |
| Flight | 3317 | Distance | 453 Miles |
| | OPERATED BY  PINNACLE DBA DELTA CONNECTION | | |
| Origin | Detroit Metro, MI | Meal Service | No Meal Service |
| Destination | Philadelphia, PA | Plane | Canadair RegionalJet |
| Departing | 7:55 AM | | |
| Arriving | 9:43 AM | | |
| Departure Terminal | E.H.MCNAMARA TERMINAL | | |
| Arrival Terminal | TERMINAL D | | |
| Seat | AIRPORT CHECK IN | | |
| Class | Coach | | |

### Flight Information

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 2 hours 9 minutes |
| Flight | 3386 | Distance | 453 Miles |
| | OPERATED BY  PINNACLE DBA DELTA CONNECTION | | |
| Origin | Philadelphia, PA | Meal Service | No Meal Service |
| Destination | Detroit Metro, MI | Plane | Canadair RegionalJet |
| Departing | 6:40 PM | | |
| Arriving | 8:49 PM | | |

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™  AMERICAN EXPRESS

| | |
|---|---|
| Departure Terminal | TERMINAL E |
| Arrival Terminal | E.H.MCNAMARA TERMINAL |
| Seat | 15A |
| Class | Coach |

## Travel Details

Saturday March 23, 2013

AMERICAN EXPRESS INTERACTIVE

### Loyalty Programs

| Vendor | Account | Traveler |
|---|---|---|
| DELTA AIR LINES | 2311933903 | KARLA S WARD |

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| GGK5XX | DELTA AIR LINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111☐0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULD REPRESENT
MULTIPLE FEES. ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.

ADVISORY TSA requires all reservations with any US city segment or flying over the US or booked on a US based carrier to include full name, date of birth, and gender. Failure to provide this information will result in your reservation being cancelled.

**Please do not reply to this email.**
If the email does not display correctly, please click here.



**Trip on Sep 23, 2012**          Locator: **BBKUPB**          Date: **Sep 13, 2012**

| | |
|---|---|
| Traveler | JANET MARY VERMEULEN |
| | TOWERS WATSON |
| | SHARON VALENTINE |
| | TOWERS WATSON STE 500 |
| | 28411 NORTHWESTERN HGWY |
| | SOUTHFIELD MI USA 48034 |
| Agent | ZE |

**Sunday, September 23, 2012**          Confirmation: **GFVDAR**

 **Flight Delta Air Lines 4962**

| DEPARTURE | ARRIVAL |
|---|---|
| **DTW - Detroit Metro, MI** | **PHL - Philadelphia, PA** |
| **2:05 PM, Sep 23, 2012** | **4:00 PM, Sep 23, 2012** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Q |
| Duration | 01:55 (Non-stop) |
| Equipment | CR7 |
| Meal Service | None |
| Reserved Seats | 11D (Window) |
| Frequent Flyer | DL2686156601 |
| Notes | DEP-E.H.MCNAMARA TERMINAL |
| | ARR-TERMINAL D |
| | *DTW-PHL OPERATED BY EXPRESSJET DBA DELTA CONNECTION |

**Monday, September 24, 2012**          Confirmation: **GFVDAR**

 **Flight Delta Air Lines 3386**

| DEPARTURE | ARRIVAL |
|---|---|
| **PHL - Philadelphia, PA** | **DTW - Detroit Metro, MI** |
| **6:40 PM, Sep 24, 2012** | **8:49 PM, Sep 24, 2012** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Q |
| Duration | 02:09 (Non-stop) |
| Equipment | Canadair Regional |
| Meal Service | None |
| Reserved Seats | 11D |
| Frequent Flyer | DL2686156601 |
| Notes | DEP-TERMINAL E |
| | ARR-E.H.MCNAMARA TERMINAL |
| | *PHL-DTW OPERATED BY PINNACLE DBA DELTA CONNECTION |

**GENERAL INFORMATION**
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN THE AGENCYS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS

```
*PASSPORT REQUIREMENT FOR AIR TRAVEL EFFECTIVE JAN 2007
BEGINNING JAN 2007, PASSENGERS TRAVELING TO/FROM THE US
VIA AIR TO THE CARRIBBEAN, BERMUDA, MEXICO OR CANADA
ARE REQUIRED TO HAVE A VALID PASSPORT
FOR ASSISTANCE DURING BUSINESS HOURS PLEASE CALL
1-888-819-9288
AFTER HOURS OR FOR EMERGENCY ENROUTE SERVICE CALL
1-888-819-9288 AND STATE YOUR CODE 0XX7
PLEASE REVIEW YOUR ITINERARY AND CONTACT CTW
IMMEDIATELY IF CHANGES ARE REQUIRED
THANK YOU FOR YOUR BUSINESS
************* ANNOUNCEMENT **************
IN COMPLIANCE WITH HOMELAND SECURITY REGULATIONS YOU
MUST UPDATE YOUR TRAVELER PROFILE WITH THE FOLLOWING
INFORMATION NAME AS IT APPEARS ON YOUR GOVERNMENT
ISSUED ID DATE OF BIRTH AND GENDER
CWT IS NO LONGER ABLE TO ISSUE TICKETS WITHOUT THE
REQUIRED DATA
* * * * * * * * * * * * * * * * * * * * *
* P L E A S E  N O T E ... PENALTY TICKET *
* ACCEPTANCE OF THIS TICKET ACKNOWLEDGES *
* RESPONSIBILITY FOR ALL CHANGE AND/OR *
* CANCELLATION PENALTIES THAT APPLY *
* * * * * * * * * * * * * * * * * * * * *
FOR THE MOST CURRENT INFORMATION ON AIRPORT
SECURITY PLEASE CHECK WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES/CANCELLATIONS/NO SHOWS MAY BE SUBJECT TO A PENALTY
OR FARE INCREASE UP TO AND INCLUDING THE TOTAL
COST OF THE TICKET.
AGENCY SERVICE FEE OF 15.00 HAS BEEN CHARGED
```

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| VERMEULEN JANET MARY | 131506/0067131045223/13SEP12 | 746.59 | 77.59 | | | 824.18 |
| | | | | | SERVICE FEE | 15.00 |
| | | | | | **Total Amount** | **839.18** |

Form of Payment: VIXXXXXXXXXXXX7649

Traveler Resources | The Savvy Traveler blog | Data Protection Policy | Privacy Policy
Copyright © 2009-2012 CWT

**Please do not reply to this email.**
If the email does not display correctly, please click here.



**Carlson Wagonlit Travel**

**Your Itinerary**

VIEW YOUR ITINERARY ONLINE

| | | |
|---|---|---|
| **Trip on Sep 06, 2012** | Locator: **LNIOZP** | Date: **Aug 19, 2012** |

| | |
|---|---|
| Traveler | JANET MARY VERMEULEN |
| | TOWERS WATSON |
| | SHARON VALENTINE |
| | TOWERS WATSON STE 500 |
| | 28411 NORTHWESTERN HGWY |
| | SOUTHFIELD MI USA 48034 |
| Agent | ZZ |

**Thursday, September 06, 2012**                Confirmation: **GBLQHA**

 **Flight Delta Air Lines 3317**

| DEPARTURE | ARRIVAL |
|---|---|
| **DTW - Detroit Metro, MI** | **PHL - Philadelphia, PA** |
| 7:55 AM, Sep 06, 2012 | 9:43 AM, Sep 06, 2012 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - H |
| Duration | 01:48 (Non-stop) |
| Equipment | Canadair Regional |
| Meal Service | None |
| Reserved Seats | 10D |
| Frequent Flyer | DL2686156601 |
| Notes | DEP-E.H.MCNAMARA TERMINAL |
| | ARR-TERMINAL D |
| | *DTW-PHL OPERATED BY PINNACLE DBA DELTA CONNECTION |

**Thursday, September 06, 2012**                Confirmation: **GBLQHA**

 **Flight Delta Air Lines 3038**

| DEPARTURE | ARRIVAL |
|---|---|
| **PHL - Philadelphia, PA** | **DTW - Detroit Metro, MI** |
| 6:40 PM, Sep 06, 2012 | 8:49 PM, Sep 06, 2012 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - H |
| Duration | 02:09 (Non-stop) |
| Equipment | Canadair Regional |
| Meal Service | None |
| Reserved Seats | 17A |
| Frequent Flyer | DL2686156601 |
| Notes | DEP-TERMINAL E |
| | ARR-E.H.MCNAMARA TERMINAL |
| | *PHL-DTW OPERATED BY COMAIR DBA DELTA CONNECTION |

**GENERAL INFORMATION**
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN THE AGENCYS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS

```
*PASSPORT REQUIREMENT FOR AIR TRAVEL EFFECTIVE JAN 2007
BEGINNING JAN 2007, PASSENGERS TRAVELING TO/FROM THE US
VIA AIR TO THE CARRIBBEAN, BERMUDA, MEXICO OR CANADA
ARE REQUIRED TO HAVE A VALID PASSPORT
FOR ASSISTANCE DURING BUSINESS HOURS PLEASE CALL
1-888-819-9288
AFTER HOURS OR FOR EMERGENCY ENROUTE SERVICE CALL
1-888-819-9288 AND STATE YOUR CODE 0XX7
PLEASE REVIEW YOUR ITINERARY AND CONTACT CTW
IMMEDIATELY IF CHANGES ARE REQUIRED
THANK YOU FOR YOUR BUSINESS
************** ANNOUNCEMENT **************
IN COMPLIANCE WITH HOMELAND SECURITY REGULATIONS YOU
MUST UPDATE YOUR TRAVELER PROFILE WITH THE FOLLOWING
INFORMATION NAME AS IT APPEARS ON YOUR GOVERNMENT
ISSUED ID DATE OF BIRTH AND GENDER
CWT IS NO LONGER ABLE TO ISSUE TICKETS WITHOUT THE
REQUIRED DATA
* * * * * * * * * * * * * * * * * * * * *
* P L E A S E N O T E ... PENALTY TICKET *
* ACCEPTANCE OF THIS TICKET ACKNOWLEDGES *
* RESPONSIBILITY FOR ALL CHANGE AND/OR *
* CANCELLATION PENALTIES THAT APPLY *
* * * * * * * * * * * * * * * * * * * * *
FOR THE MOST CURRENT INFORMATION ON AIRPORT
SECURITY PLEASE CHECK WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
OSTPXWEB.OST.DOT.GOV/POLICY/SAFETYENERGYENV/
DISINSECTION.HTM FOR A COMPLETE LIST OF COUNTRIES
THAT UTILIZE AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES/CANCELLATIONS/NO SHOWS MAY BE SUBJECT TO A PENALTY
OR FARE INCREASE UP TO AND INCLUDING THE TOTAL
COST OF THE TICKET.
AGENCY SERVICE FEE OF 12.00 HAS BEEN CHARGED
```

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| VERMEULEN JANET MARY | 130566/0067125083671/19AUG12 | 975.84 | 94.76 | | | 1,070.60 |
| | | | | | SERVICE FEE | 12.00 |
| | | | | | **Total Amount** | **1,082.60** |

Form of Payment: VIXXXXXXXXXXXX7649

Traveler Resources | The Savvy Traveler blog | Data Protection Policy | Privacy Policy
Copyright © 2009-2012 CWT

12-12020-mg    Doc 3357    Filed 04/04/13    Entered 04/04/13 16:38:07    Main Document
Pg 13 of 19                                                           Page 1 of 3
eTicket Itinerary and Receipt

 

Confirmation:
# FDRJQQ
Check-In >

Issue Date: August 29, 2012

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| ADAMSJR/RICHARDJMR | 0162338693032 | UA-KE27XXXX Premier Platinum / *G | 12C/12A |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Wed, 05SEP12 | UA5281[1] | B | CLEVELAND, OH (CLE) **7:06 PM** | PHILADELPHIA, PA (PHL) **8:35 PM** | ERJ-145 | |
| Thu, 06SEP12 | UA4746[2] | B | PHILADELPHIA, PA (PHL) **7:32 PM** | CLEVELAND, OH (CLE) **9:03 PM** | ERJ-145 | |

[1] Flight operated by TRANS STATES AIRLINES doing business as UNITED EXPRESS.
[2] Flight operated by CHAUTAUQUA AIRLINES, INC doing business as UNITED EXPRESS.

**FARE INFORMATION**

**Fare Breakdown**

| | | **Form of Payment:** |
|---|---|---|
| Airfare: | 893.02USD | AMERICAN EXPRESS |
| U.S. Federal Transportation Tax: | 66.98 | Last Four Digits 2007 |
| U.S. Flight Segment Tax: | 7.60 | |
| September 11th Security Fee: | 5.00 | |
| U.S. Passenger Facility Charge: | 9.00 | |
| Per Person Total: | 981.60USD | |

**eTicket Total:** 981.60USD

The airfare you paid on this itinerary totals: 893.02 USD

**The taxes, fees, and surcharges paid total: 88.58 USD**

Fare Rules:   Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 9/5/2012 Cleveland, OH (CLE) to Philadelphia, PA (PHL) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 9/6/2012 Philadelphia, PA (PHL) to Cleveland, OH (CLE) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

MileagePlus® Premier® Platinum membership must be valid at time of check-in to qualify for waiver of service charges for first and second checked bags within specified size and weight limits.

### Additional Baggage Information
**Carry-on baggage information**
United accepts one carry-on item of no more than 45 linear inches or 114 linear centimeters in the aircraft cabin, along with one personal item (such as a shoulder or laptop bag).
Due to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for
more information or go to united.com.
**General Baggage Information**
First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges
allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items
or sporting equipment, visit united.com/baggage.

### eTicket Reminders
* **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.



# Hampton Inn Willow Grove
1500 Easton Road Willow Grove, PA 19090
215.659.3535 fax 215.659.4040

room: 531


USA
Official Sponsor

| | |
|---|---|
| ADAMS, RICHARD<br>1824 HOLDENS ARBOR RUN<br>WESTLAKE, OH 44145<br>US<br>name/address | room number: 531/KXLX<br>arrival date: 9/5/2012  9:05:00PM<br>departure date: 9/6/2012<br>adult/child: 1/0<br>room rate: $149.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN        LV1
HH#  765108642  DIAMOND
AL           DL  #2007989896
BONUS AL                CAR

Confirmation: 82433499

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

9/6/2012     PAGE    1

signature:

| date | reference | description | amount | |
|---|---|---|---|---|
| 9/5/2012 | 1229808 | GUEST ROOM | $149.00 | |
| 9/5/2012 | 1229808 | STATE TAX | $8.94 | |
| 9/5/2012 | 1229808 | OCCUPANCY TAX | $2.98 | |
| | | WILL BE SETTLED TO AX *2007 | $160.92 | |
| | | EFFECTIVE BALANCE OF | $0.00 | |

ESTIMATED CURRENCY TOTAL

for reservations call **1.800.hampton** or visit us online at **hampton.com**                                        thanks.

| account no. | | date of charge | folio/check no. |
|---|---|---|---|
| | | | 386772  A |
| card member name | | authorization | initial |
| establishment no. and location | establishment agrees to transmit to card holder for payment | purchases & services | |
| | | taxes | |
| | | tips & misc. | |
| **signature** of card member<br>X | | **total** amount | 0.00 |

          

# Adams, Richard (Cleveland)

**From:** United Airlines, Inc. <unitedairlines@united.com>
**Sent:** Wednesday, September 12, 2012 12:02 PM
**To:** Adams, Richard (Cleveland)
**Subject:** eTicket Itinerary and Receipt for Confirmation BH1QM3



**UNITED** A STAR ALLIANCE MEMBER

Confirmation:
# BH1QM3
Check-In >

Issue Date: September 12, 2012

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| ADAMSJR/RICHARDJMR | 0162340125145 | UA-KE27XXXX Premier Platinum / *G | 12C/12A |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sun, 23SEP12 | UA5281 | B | CLEVELAND, OH (CLE) **7:06 PM** | PHILADELPHIA, PA (PHL) **8:35 PM** | ERJ-145 | |

Flight operated by TRANS STATES AIRLINES doing business as UNITED EXPRESS.

| Mon, 24SEP12 | UA4746 | B | PHILADELPHIA, PA (PHL) **7:32 PM** | CLEVELAND, OH (CLE) **9:03 PM** | ERJ-145 | |

Flight operated by CHAUTAUQUA AIRLINES, INC doing business as UNITED EXPRESS.

## FARE INFORMATION

**Fare Breakdown**

| | | |
|---|---|---|
| Airfare: | 893.02USD | **Form of Payment:** |
| U.S. Federal Transportation Tax: | 66.98 | AMERICAN EXPRESS |
| U.S. Flight Segment Tax: | 7.60 | Last Four Digits 2007 |
| September 11th Security Fee: | 5.00 | |
| U.S. Passenger Facility Charge: | 9.00 | |
| Per Person Total: | 981.60USD | |

**eTicket Total:** **981.60USD**

The airfare you paid on this itinerary totals: 893.02 USD

**The taxes, fees, and surcharges paid total: 88.58 USD**

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 9/23/2012 Cleveland, OH (CLE) to Philadelphia, PA (PHL) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 9/24/2012 Philadelphia, PA (PHL) to Cleveland, OH (CLE) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

MileagePlus® Premier® Platinum membership must be valid at time of check-in to qualify for waiver of service charges for first and second checked bags within specified size and weight limits.

**Additional Baggage Information**

**Carry-on baggage information**

1




## Hampton Inn Willow Grove
1500 Easton Road Willow Grove, PA 19090
215.659.3535 fax 215.659.4040

Official Sponsor

| | |
|---|---|
| ADAMS, RICHARD<br>1824 HOLDENS ARBOR RUN<br>WESTLAKE, OH 44152<br>US   name/address | room number: 508/KXTD<br>arrival date: 9/23/2012  9:52:00PM<br>departure date: 9/24/2012<br>adult/child: 1/0<br>room rate: $149.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN          LV1
HH#  765108642  DIAMOND
AL
BONUS AL                      CAR

Confirmation: 88236966

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

9/24/2012     PAGE     1

signature:

| date | reference | description | amount |
|---|---|---|---|
| 9/23/2012 | 1233891 | GUEST ROOM | $149.00 |
| 9/23/2012 | 1233891 | STATE TAX | $8.94 |
| 9/23/2012 | 1233891 | OCCUPANCY TAX | $2.98 |
| | | WILL BE SETTLED TO AX *2007 | $160.92 |
| | | EFFECTIVE BALANCE OF | $0.00 |

ESTIMATED CURRENCY TOTAL

Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings for this or any other stay at more than 3,000 Hilton Family hotels worldwide, please visit HiltonHHonors.com.

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexico, Poland, Turkey, United Kingdom, and United States of America. Coming soon in Italy and Romania.

for reservations call **1.800.hampton** or visit us online at **hampton.com**          thanks.

| account no. | date of charge | folio/check no. |
|---|---|---|
| | | 387322   A |
| card member name | authorization | initial |
| establishment no. and location   establishment agrees to transmit to card holder for payment | purchases & services | |
| | taxes | |
| | tips & misc. | |
| **signature** of card member<br>X | **total** amount<br>0.00 | |

          

| Associate Name | Associate Comment | Time Sheet Date | Hours |
|---|---|---|---|
| Michelle Acciavatti | preparing DC design materials for meeting | 09/04/2012 | 1.4 |
| | preparing DC and health care design materials for meeting | 09/05/2012 | 2.3 |
| | meeting with REsCap to go over payroll, DC, health care and communications | 09/06/2012 | 5.5 |
| | discussion with team - follow up from meeting - write off | 09/10/2012 | 0.7 |
| | Payroll meeting prep and discussions | 09/14/2012 | 1.5 |
| | HR systems discussion and follow up | 09/17/2012 | 0.5 |
| | DC plan design and nationstar comparison summary | 09/18/2012 | 2 |
| | reviewing and preparing defined contribution and health care materials for design meeting 2 | 09/19/2012 | 0.9 |
| | Materials for Monday - overall review, benefit summary and messaging | 09/20/2012 | 1.2 |
| | materials for Monday - discussion with ResCap team to prepare for Monday | 09/21/2012 | 0.5 |
| | presenting and participating in design meeting 2 on defined contribution and health care benefits | 09/24/2012 | 4.5 |
| | project update meeting and design recommendations | 09/27/2012 | 0.8 |
| Michae Agrusa | coordinating, preparing, reviewing defined contribution and health care materials for design meeting 2 | 09/06/2012 | 5 |
| Janet Vermeulen | Draft meeting materials - benchmarking report, analysis of potential options, research on options for the Estate future planning, identify potential outcomes a | 08/31/2012 | 3.2 |
| | Review and revise meeting materials; review relative value calculations and check benchmarking data. | 09/04/2012 | 2.2 |
| | Meet to discuss requests from last meeting and review progress to date | 09/10/2012 | 1 |
| | Plan design discussion - design revised plans | 09/12/2012 | 1 |
| | Review Adam's preliminary financial illustrations. Discuss changes and additional information to be provided. Follow up on missing data | 09/14/2012 | 2 |
| | Draft materials for Sept 24 meeting - health care reform and additional benchmarking requested | 09/17/2012 | 4 |
| | Review financial illustrations - edit and check | 09/18/2012 | 2 |
| | Process Rick Adams' various edits | 09/19/2012 | 3 |
| | Meeting with ResCap transition team to review plan design scenarios, review cost impact, confirm decisions. | 09/24/2012 | 5 |
| | Review revised pricing illustrations based on Monday's decisions and updated information | 09/27/2012 | 1 |
| | Prepare revised cost report for HGB benefit designs | 09/28/2012 | 1 |
| | Group meeting in Philadelphia to review analysis, develop project plan, confirm additional data requirements. | 09/06/2012 | 5 |
| | Additional data follow up with Ally | 09/10/2012 | 1 |
| | Documentation of additional data requirements | 09/13/2012 | 2 |
| Nicole Melton | Update working draft communication plan for weekly comm workstream call; facilitate weekly (half-hour) workstream call with Michelle T, Ali S, Leon, Susan | 09/18/2012 | 3 |
| Ann Byman | Res Cap Healthmaps modeling and census compilation | 09/05/2012 | 2.2 |
| Rick Adams | Anaylsis of current ResCap and Nationstar plans, benchmarking, and prep of report for September 6, 2012 meeting. | 09/04/2012 | 2.4 |
| | Final prep of report of plan comparisons and benchmarking | 09/05/2012 | 0.5 |
| | Meeting at ResCap to discuss plan comparisons and benchmarking | 09/06/2012 | 5 |
| | Meeting with Janet and Adam to discuss 2013 and 2014 plan design structure and emp/er cost sharing | 09/12/2012 | 1 |
| | Plan design discussion - internal | 09/17/2012 | 0.5 |
| | 2013 plan design and report preparation | 09/19/2012 | 2.5 |
| | Plan design and preparation of report for 9/24 meeting | 09/20/2012 | 1.2 |
| | final review of 9/24 plan design and cost document | 09/21/2012 | 0.5 |
| | Discuss health care plan design comparisons and benchmarking of their plans to industry trends at design meeting | 09/24/2012 | 3 |
| Adam Dee | Provide data points for initial meeting | 09/05/2012 | 2.2 |
| | Review ResCap data; calculate plan values | 09/07/2012 | 1.5 |
| | Plan design modeling for 9/24 meeting. Calculate relative values of various plan design options. | 09/12/2012 | 1.5 |
| | Plan design modeling for 9/24 meeting. Explain to analyst how to set up financial models | 09/13/2012 | 0.2 |
| | Plan design modeling for 9/24 meeting. Calculate current gross and net spend. | 09/14/2012 | 2 |
| | Plan design modeling for 9/24 meeting. Adjust future gross and net by plan design differentials | 09/17/2012 | 2.5 |
| | Plan design modeling for 9/24 meeting. Finish future gross and net costs for proposed plan designs based on differentials, including RA's adjustments. | 09/18/2012 | 7.2 |
| | Plan design modeling for 9/24 meeting. Complete employee impact examples and prepare slides for meeting. | 09/20/2012 | 4.5 |
| | Plan design modeling for 9/24 meeting. Revise meeting presentation slides based on revised financial projections. | 09/21/2012 | 3 |
| | Call-in to ResCap benefit meeting (health care portion) | 09/24/2012 | 1.5 |
| b | ResCap scenario updates. Recalculate plan design differentials based on adjustments requested by ResCap | 09/26/2012 | 1.5 |
| Paul Abdelnour | ResCap: check Adam's formulas | 09/18/2012 | 0.5 |
| Brian Morris | ResCap call and time line update/preparation | 09/25/2012 | 1.5 |
| | ResCap call and time line update/preparation | 09/28/2012 | 0.5 |
| Nicole Melton | ResCap call and time line update/preparation | 09/04/2012 | 2 |
| | Meeting at ResCap in PA with HR and Benefit teams | 09/06/2012 | 7 |
| | Meeting at ResCap in PA with HR and Benefit teams | 09/24/2012 | 5 |
| Bethany McCune | QA Comm Strategy deck | 09/18/2012 | 0.5 |
| Teresa Schepp | prepare retirement plan meeting materials (2 hours), call with TW team to prep for 9/6 meeting (.25) | 08/30/2012 | 2.3 |

| Name | Description | Date | Hours |
|---|---|---|---|
| | prepare presentation for retirement plans - market data, gap analysis and benefit costs | 09/04/2012 | 3 |
| | finalize presentation for retirement plans | 09/05/2012 | 1 |
| | meet with ResCap team to discuss alternatives for benefit designs, gap analysis and implementation | 09/06/2012 | 5 |
| | market data for retirement plan design | 09/13/2012 | 0.2 |
| | DC plan pricings and preparing meeting #2 presentation (2.5 hours); team project update (.5) | 09/17/2012 | 3 |
| | Compile additional market data, develop, summarize and price design alternatives, prepare winners/losers analysis at design meeting 2 | 09/18/2012 | 3.5 |
| | review meeting 2 presentation, updating participant examples, and confirming company costs | 09/19/2012 | 1.5 |
| | review meeting presentation | 09/20/2012 | 0.5 |
| | Meeting to discuss plan design alternatives | 09/24/2012 | 4 |
| | calculate cost of proposed matching formula | 09/26/2012 | 0.2 |
| | update cost worksheet after 9/26 meeting | 09/28/2012 | 0.2 |
| Lisa Marie Trzop | Check presentation calculation for teresa | 09/05/2012 | 1.5 |
| Mary St Cyr | Market scan - determine viable vendor pool for Newco and Estate | 09/13/2012 | 1.5 |
| | Finalize market scan and provide input to summary presentation | 09/14/2012 | 1 |
| | Review deliverable - presentation to client | 09/16/2012 | 0.5 |
| | Call with client to review Newco options | 09/17/2012 | 1 |
| Karla Ward | ResCap call and time line update/preparation | 09/28/2012 | 0.5 |
| | Identified specific functional capabilities for HR and payroll | 09/17/2012 | 2 |
| | Call with client to continue definition of functionality for payroll, HR, talent and recruiting | 09/18/2012 | 4 |
| | Identified specific payroll functional capabilities | 09/21/2012 | 1 |
| | Continue definition of HR and payroll functional requirements with client | 09/25/2012 | 2 |
| | Drafting RFP and outreach to vendors | 09/26/2012 | 2 |
| | Meeting with Eileen and Mike Agrusa to discuss approach for Estate (.5 hour) and meeting with procurement and IT to discuss their needs during RFP proc | 09/27/2012 | 1.5 |
| | Drafting cover email for NDA and vendor outreach. | 09/28/2012 | 0.5 |
| | Participating in kick-off meeting between ResCap and TW. Attended via conference call. | 09/06/2012 | 1.5 |
| | Working on materials for 9/17 HR system marketplace meeting. | 09/16/2012 | 2 |
| | Meeting with ResCap Newco team to discuss HR system marketplace and overall process and timeline for RFP. | 09/17/2012 | 1 |
| | Attendance at Design Meeting #2 in Fort Washington, PA | 09/24/2012 | 4.5 |
| Marlene Patricia Van | Developed draft requirement template for full HRMS RFP | 09/17/2012 | 0.5 |
| Total | | | 179.5 |

| Associate Name | Associate Comment | Time Sheet Date | Hours |
|---|---|---|---|
| Michelle Acciavatti | exec summary materials and final designs | 10/02/2012 | 1 |
| | exec summary materials, final designs and project plan update | 10/03/2012 | 0.2 |
| | project plan update | 10/04/2012 | 0.7 |
| | exec summary final draft materials, call to discuss with George and Michelle and follow up | 10/05/2012 | 2 |
| | exec summary presentation on new benefit programs | 10/08/2012 | 0.5 |
| | exec summary presentation on new benefit programs | 10/10/2012 | 1 |
| | project update, next steps | 10/11/2012 | 0.5 |
| Michael Agrusa | ResCap call and time line update/preparation | 09/25/2012 | 1.2 |
| | ResCap call and time line update/preparation | 10/01/2012 | 4 |
| Janet Vermeulen | Meeting follow up - vendor selections | 10/01/2012 | 1 |
| | Begin drafting RFPs for medical and dental | 10/02/2012 | 1 |
| | Continue drafting of RFPs for existing ResCap vendors | 10/04/2012 | 1 |
| Rick Adams | Internal call with Jan and Adam re follow up and next steps from design meeting | 10/03/2012 | 0.5 |
| Adam Dee | prep for Friday call.  Calculate new relative values for medical plans based on ResCap feedback.  Revise final gross and net cost projections. | 10/03/2012 | 3 |
| | prep for Friday call. . Finish gross and net cost projections for revised medical plans.  Adjust life and disability number | 10/04/2012 | 1.5 |
| | prep for Friday call - revise slides and deliver to ResCap.  Call with ResCap | 10/05/2012 | 2.7 |
| | EE scenarios for PPT | 10/08/2012 | 2.2 |
| | per capita and contribution checks | 10/10/2012 | 1 |
| Brian Morris | ResCap call and time line update/preparation | 10/04/2012 | 0.7 |
| Teresa Schepp | ResCap call and time line update/preparation | 10/11/2012 | 0.2 |
| | reviewing project plan | 10/03/2012 | 0.3 |
| | prepare retirement timeline for executive summary, edits to executive summary, changes to Newco timeline. | 10/04/2012 | 1 |
| | changes to executive summary powerpoint | 10/05/2012 | 0.5 |
| David Zinn | ResCap call and time line update/preparation | 10/03/2012 | 1.2 |
| | Request for proposal authorship | 10/04/2012 | 6.5 |
| | Request for proposal authorship | 10/05/2012 | 5.2 |
| | Request for proposal authorship | 10/08/2012 | 9 |
| | Discussion with Rescap regarding Non Disclosure Agreement release / turnaround requirements and status on RFP development | 10/06/2012 | 1 |
| | Request for Proposal authorship; Discussions with vendors regarding Rescap Non-Disclosure Agreement (requirements, timing) | 10/07/2012 | 9.7 |
| | Reviews of the draft RFP both internally among colleagues and externally with Rescap | 10/09/2012 | 2 |
| | Status on the NDAs / feedback from the vendors | 10/11/2012 | 0.5 |
| | | | 62.8 |