# EXHIBIT 2

**AMERICAN EXPRESS® BUSINESS TRAVEL**

Page 1 of 4
Generated: September 14, 2012 7:41 AM

## Travel Arrangements for JEFFREY A LIPPS

| | | | |
|---|---|---|---|
| Record Locator | NVQAGW | Agent ID: AJ | |
| Trip ID | 11444016768 | Phone: .. / Fax: .. | |
| | CARPENTER AND LIPPS | | |
| | 280 N HIGH ST STE 1300 | | |
| | COLUMBUS, OH 43215 | | |

### Invoice Details

**Ticket Information**

| | | | | |
|---|---|---|---|---|
| Airline Code | 006 | Ticket Date | 9/14/2012 | |
| Ticket Number | 7132617614 | Invoice | 0103563 | |
| Check Digit | 6 | Electronic | Yes | |

**Charges**

| | |
|---|---:|
| Ticket Base Fare | 1,346.04 |
| Ticket Tax Fare | 133.36 |
| Total (USD) Ticket Amount | 1,479.40 |
| Transaction Fee | 35.00 |
| Airfare charged to American Express | |
| Billing Account: | AX XXXXXXXXXXX2007 |
| Total | 1,514.40 |

### Travel Details — Monday September 17, 2012

**Flight Information**

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 1 hour 33 minutes |
| Flight | 1695 | Distance | 446 Miles |
| Origin | Columbus, OH | Meal Service | No Meal Service |
| Destination | Atlanta, GA | Plane | Mcdonnell DOUGLAS 87 |
| Departing | 4:45 PM | | |
| Arriving | 6:18 PM | | |
| Arrival Terminal | SOUTH TERMINAL | | |
| Seat | 16A | | |
| Class | Coach | | |

**Hotel Information**

| | |
|---|---|
| Hotel | FOUR SEASONS |
| | FOUR SEASONS ATLANTA |
| Hotel Address | 75 FOURTEENTH STREET |
| | ATLANTA GA 30309 |
| Confirmation Number | 99669353 |
| Check In Date | 9/17/2012 |
| Check out Date | 9/18/2012 |
| Hotel Rate | 429.00 USD per night |
| Phone Number | 1-404-8819898 |
| Fax Number | 1-404-8734692 |
| | Late Arrival Guarantee - Credit Card |
| Airline Membership | AAW775010 |

CANCEL 01 DAYS BEFORE ARRIVAL

### Travel Details — Tuesday September 18, 2012

**Flight Information**

Page 2 of 4

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 2 hours 24 minutes |
| Flight | 786 | Distance | 761 Miles |
| Origin | Atlanta, GA | Meal Service | Cont breakfast |
| Destination | New York Lga, NY | Plane | Boeing 757 |
| Departing | 5:35 PM | | |
| Arriving | 7:59 PM | | |
| | | | |
| Departure Terminal | SOUTH TERMINAL | | |
| Arrival Terminal | TERMINAL D | | |
| Seat | AIRPORT CHECK IN | | |
| Class | Coach | | |

## Hotel Information

| | |
|---|---|
| Hotel | COURTYARD |
| | COURTYARD MARRIOTT MIDTOWN E |
| Hotel Address | 866 THIRD AVENUE |
| | NEW YORK NY 10022 |
| Confirmation Number | 84087920 |
| Check in Date | 9/18/2012 |
| Check out Date | 9/19/2012 |
| Hotel Rate | 427.00 USD per night |
| Phone Number | 1-212-6441300 |
| Fax Number | 1-212-3177940 |
| | Late Arrival Guarantee - Credit Card |
| Frequent Guest | 166152769 |
| Airline Membership | AAW775010 |
| CANCEL 01 DAYS BEFORE ARRIVAL | |

## Travel Details    Wednesday September 19, 2012

### Flight Information

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 2 hours 3 minutes |
| Flight | 5199 | Distance | 478 Miles |
| | OPERATED BY EXPRESSJET DBA DELTA CONNECTION | | |
| Origin | New York Lga, NY | Meal Service | No Meal Service |
| Destination | Columbus, OH | Plane | Canadair RegionalJet |
| Departing | 4:05 PM | | |
| Arriving | 6:08 PM | | |
| | | | |
| Departure Terminal | TERMINAL D | | |
| Seat | 6C | | |
| Class | Coach | | |

$579.80
$259.90

## Travel Details    Thursday January 17, 2013

THANK YOU FOR CHOOSING AMERICAN EXPRESS

### Loyalty Programs

| Vendor | Account | Traveler |
|---|---|---|
| DELTA AIR LINES | 2003694375 | JEFFREY A LIPPS |

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| GFTWNJ | DELTA AIR LINES |

### Additional Messages

FOR TRAVEL RESERVATIONS/ASSISTANCE 8A-8P ET M-F
PLEASE CALL 800-848-4438
FOR AFTER HOURS EMERGENCY ASSISTANCE CALL
1-800-872-3057 - ACCESS CODE - S-9LVA
FOR EMERGENCIES WHILE TRAVELING OVERSEAS,PLEASE CALL

Page 3 of 4

336-291-0104, OPTION 3 CODE S-9LVA
PLEASE REVIEW THIS ITINERARY/INVOICE. CHANGES OR
CANCELLATIONS MUST BE REPORTED TO AMERICAN EXPRESS
WITHIN 24 HOURS TO MINIMIZE/AVOID PENALTIES.
A VALID GOVERNMENT ISSUED PHOTO ID IS REQUIRED.
PLEASE CHECK IN 90 MINUTES PRIOR TO DEPARTURE.
CONTACT THE ABOVE NUMBER FOR COMPLETE
TICKET RESTRICTIONS.
HOTEL CANCELLATION, NO-SHOW AND EARLY CHECK-OUT
FEES MAY APPLY. PLEASE CONTACT AMERICAN EXPRESS
FOR DETAILS.
TICKETS MAY BE NON-REFUNDABLE, NON-ENDORSEABLE,
NON-CHANGEABLE OR REQUIRE ADVANCE NOTICE TO CHANGE,
SUBJECT TO PENALTY/TRANSACTION FEE, AND ONLY VALID ON
SAME CARRIER
AIR RAIL TRANSACTION OR BOOKING FEE  35.00

ADVISORY TSA requires all reservations with any US city segment or flying over the US or booked on a US based carrier to include full name, date of birth, and gender. Failure to provide this information will result in your reservation being cancelled.

**Liability Statement.** American Express Travel Related Services Company, Inc. and its parent, subsidiaries, affiliates and representatives (collectively, "Amex") act as an agent for travel suppliers and you understand and agree that Amex shall not be liable for any loss, injury, expense or damage to persons or property resulting, directly or indirectly, from (1) the acts of omissions of travel suppliers, including but not limited to delays, overbookings, cancellation of services, cessation of operations, accidents or failures of equipment, or changes in fares, itineraries or schedules; or (2) acts of God, fires, earthquakes, floods, climatic aberrations, acts of governmental authorities, civil unrest, strikes, riots, theft, disease, accidents or failures related to the public internet, telecommunications lines or facilities, or third party technology systems, or any other cause beyond the control of Amex.

For customers purchasing travel from within the state of California: Our California State Seller of Travel Registration Number is: 1022318-10. Upon cancellation of the transportation or travel services, where you, the customer, are not at fault and have not canceled in violation of the terms and conditions, if any, of the contract for transportation or travel services, all sums paid to American Express for services not received by you will be promptly refunded to you unless you otherwise advise American Express in writing, after cancellation. American Express is a participant in the California Travel Consumer Restitution Fund (the "Fund"). If you, the passenger, were located in California at the time of your purchase, you may request reimbursement from the Fund if you are owed a refund of more than $50 for transportation or travel services which was not refunded in a timely manner by the seller of travel who was registered and participating in the Fund at the time of sale. The maximum amount which may be paid by the Fund to any one passenger is the total amount paid on behalf of the passenger to the seller of travel, not to exceed $15,000. A claim must be submitted within six months after the scheduled completion date of the travel. A claim must include sufficient information and documentation to prove your claim and a $35 processing fee. You must agree to waive your right to other civil remedies against a registered participating seller of travel for matters arising out of a sale for which you file a claim against the Fund. You may request a claim form by writing to: Travel Consumer Restitution Corporation, P.O. Box 6001, Larkspur, CA 94977-6001; or by faxing a request to: (415) 927-7698. Note: Sales transactions with customers located outside of California are not covered by the Fund and such customers are not eligible to file a claim against the Fund.

For customers purchasing travel in the state of Oregon: Transportation, lodging, meals, entertainment and all other services are sold to you to you either on a refundable or non-refundable basis. If all or part of the transportation or services are canceled by any person, we shall, within 2 working days of learning of the cancellation, request on your behalf that the service suppliers or wholesalers provide a refund of all sums sent them on your behalf. We shall send any refund received from the service suppliers or wholesalers to you within 2 working days after the refund received by us has cleared the bank.

For customers purchasing travel in the state of Washington: Our Washington State Seller of Travel Registration Number is: UBI#600469694. If transportation or other services are canceled by the seller of travel, all sums paid to the seller of travel for services not performed in accordance with the contract between the seller of travel and the purchaser will be refunded within thirty days of receiving the funds from the vendor with whom the services were arranged, or if the funds were not sent to the vendor, the funds shall be returned within fourteen days after cancellation by the seller of travel to the purchaser unless the purchaser requests the seller of travel to apply the money to another travel product and/or date.

Cancellation and change penalties may apply to these arrangements. Details will be provided upon request.

**Intermediary Disclosure.** Amex helps manage your company's travel expenses and assists you in finding travel suppliers and making arrangements that meet your individual needs. We consider various factors in identifying travel suppliers and recommending specific itineraries. In this role, we are acting as an independent third party and not as a fiduciary. We want you to be aware that certain suppliers pay us commissions as well as incentives for reaching sales targets or other goals, and from time to time may also provide incentives to our travel counselors. Certain suppliers may also provide compensation to us for various marketing and administrative services that we perform for them, such as granting them access to our marketing channels, participating in marketing programs and supporting technology initiatives. In addition, we receive compensation from suppliers when customers use the American Express® Card or other American Express products to pay for supplier products and services. From time to time we may enter into other business relationships with suppliers and these arrangements, including levels and types of compensation and incentives we receive, are subject to change. In identifying suppliers and recommending itineraries, we may consider a number of factors, including supplier availability, your preferences, and any agreements we have to book travel in accordance with your company's travel policy. The relationships we have with suppliers may also influence the suppliers we identify and the itineraries we recommend.

Rhode Island Registration Number: ML#1192; Nevada Seller of Travel Registration No.: NV#2001-0126; Iowa: TA# 002 Registered Iowa Travel Agency

1,071.60

## Account Activity

Use the menus below your card summary to sort your account activity or to search for a specific purchase or credit.

Citi® Gold / AAdvantage® World Elite® MasterCard®                    Download Your Statement

| 06/19/2012 | USAIRWAY03724858626576 PHILADELPHIA PA | $25.00 |

1,071.60

| Date | Description | Amount |
|---|---|---|
| 09/19/2012 | USAIRWAY03724856625364 PHILADELPHIA PA | $75.00 |
| 09/18/2012 | USAIRWAY03721745117355 800-428-4322 AZ | $22.00 |
| 09/18/2012 | USAIRWAY03724857578890 800-428-4322 AZ | $150.00 |
| 09/18/2012 | USAIRWAY03721744962272 PHOENIX AZ | -$15.00 |
| 09/17/2012 | USAIRWAY03721744962272 800-428-4322 AZ | $15.00 |
| 09/17/2012 | USAIRWAY03724856045831 800-428-4322 AZ | $150.00 |
| 09/17/2012 | USAIRWAY03721744758642 PHOENIX AZ | -$15.00 |
| 09/15/2012 | USAIRWAY03721744758631 800-428-4322 AZ | $15.00 |
| 09/15/2012 | USAIRWAY03721744758642 800-428-4322 AZ | $15.00 |
| 09/15/2012 | USAIRWAY03724853761563 800-428-4322 AZ $ Planning a summer vacation? Click here | $634.60 |

Print This Page

## Request an Annual Account Summary

To help with your personal financial planning and record keeping, request an Annual Account Summary-it recaps your Citi card spending by month and category. (Available as a PDF only). You are able to make requests until October 15 of each calendar year.

Available Summary:

2011 

If your email address is not current Please update it before submitting your request.

Veronica Sholl

| | |
|---|---|
| From: | US Airways Web Check In [reservations@email-usairways.com] |
| Sent: | Sunday, September 16, 2012 3:17 PM |
| To: | Veronica Sholl |
| Subject: | Your Receipt |

Here's your receipt!

Thanks for saving time and checking in online.
Please print this receipt or save the email for your records.

Scan at any US Airways kiosk

Confirmation code: CXSSN1

| Bags | | 1st bag | 2nd bag |
|---|---|---|---|
| Columbus, OH to Philadelphia, PA | | 1 x $25.00 | $25.00 |
| Bags total | | | $25.00 USD |

Charged to Veronica Sholl
*************7603 (MasterCard)

You paid   $25.00 USD

## Your flight

Depart: Columbus, OH (CMH) — Philadelphia, PA (PHL)
Date: Monday, September 17, 2012

| Flight #/Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| 3761 | 9:25 AM CMH | 10:50 AM PHL | 1h 25m | None | CRJ | Coach (V) | 8A |

Operated by Air Wisconsin dba US Airways Express

Return: Philadelphia, PA (PHL) — Columbus, OH (CMH)
Date: Tuesday, September 18, 2012

| Flight #/Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|

1

| 3765 | 9:35 AM PHL | 11:06 AM CMH | 1h 31m | None | CRJ | Coach (V) | SD |

Operated by Air Wisconsin dba US Airways Express



### Terms & conditions

- Baggage charges are non-refundable.
- Baggage fees apply to travel on US Airways and US Airways Express flights.
- Once you complete your purchase, you will have to pay for any additional checked bags at the airport.
- There is an additional $2 fee for curbside check-in at the airport.
- For more information, please read our baggage policies. If one or more of your flights is on a partner airline, the bag fees of the partner airline may apply and you may be eligible for a partial refund. Please visit usairways.com/partnerbagfees.
- If US Airways cancels your flight or you are denied boarding on an oversold flight, and if therefore you are unable to use the baggage fee for which you have already paid, US Airways will refund the unused baggage fee. If you have any questions about the refund of your unused baggage fee, please contact a US Airways customer service agent at the airport or call our Reservations Center at 800-428-4322.






Veronica Sholl

**From:** reservations@email-usairways.com
**Sent:** Tuesday, September 18, 2012 7:52 PM
**To:** Veronica Sholl
**Subject:** Your updated US Airways flight



Confirmation code:   CXSSN1

Original date issued:   Saturday, September 15, 2012

Scan at any US Airways kiosk to check in.

* New baggage policy

| Passenger name | Frequent flyer # (Airline) | Ticket number | Special needs |
|---|---|---|---|
| Veronica Lynn Sholl | None listed | 03724857578853 | |

Day of departure phone: (614) 306-4336    Email: sholl@carpenterlipps.com

Trip details    Download to Outlook    Check in online

**Depart**   Columbus, OH (CMH)   Philadelphia, PA (PHL)    **Date:** Monday, September 17, 2012
                                                             **Status:**

| Flight # | Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|---|
| 3761 | | 09:25 AM CMH | 10:50 AM PHL | 1h 25m | | CRJ | Coach | 5A |

**Return**   Philadelphia, PA (PHL)   Columbus, OH (CMH)    **Date:** Wednesday, September 19, 2012
                                                             **Status:**

1

*Columbus - St. Paul - Philadelphia*
*$2,350.40*

**Debra Gaunder**

From: Delta Air Lines [DeltaAirLines@e.delta.com]
Sent: Thursday, September 27, 2012 4:05 PM
To: Debra Gaunder
Subject: JENNIFER B COLUMBUS 02OCT12

## ▲ DELTA

delta.com | My Trips | Earn Miles

# YOUR ITINERARY AND RECEIPT

**To access your boarding pass at the airport,** print email now and scan at a Delta self-service kiosk.

**Please review this information before your trip.** If you need to contact Delta or check your flight information, go to delta.com or call 1-800-221-1212. For a complete list of world wide phone numbers, please visit www.delta.com/contact_us.

You can exchange, reissue and refund eligible electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries.

You can check in for your flight up to 24 hours prior to departure time. Check in online by clicking the link below or download the Fly Delta app here. You can also use the app to change seats, track your bag, view your flight status and so much more.

**Thanks for choosing Delta.**
Flight Confirmation #: **GIELB4** | Ticket #: **00623144141060**

CHECK IN ONLINE >

## Your Flight Information

**Tue 02OCT**

| LV 7:49pm | COLUMBUS | AR 8:45pm | MPLS-ST PAUL | **DELTA 5808*** ECONOMY (M) Confirmed Snacks For Sale |

*Flight 5808 Operated by COMPASS AIRLINES

## Your Flight Details   Manage Trip ›

| Passenger Details | Flights | Seats | Free Bags |
|---|---|---|---|
| JENNIFER BATTLE | DELTA 5808 | 5D | 0 PC |

1

SkyMiles #*******562 Silver

***Visit delta.com or use the Fly Delta app to view, select or change your seat

### Receipt Information

**Billing Details**

| Passenger: | Payment Method: | Ticket Number: |
|---|---|---|
| JENNIFER BATTLE | VI************2036 | 00623144141060 |

| | |
|---|---|
| FARE: | 579.53 USD |
| Taxes/Carrier-imposed Fees: | 54.27 |
| **Total:** | **633.80 USD** |

This ticket is non-refundable unless issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

### Details - Taxes/Carrier-imposed Fees

| | |
|---|---|
| Total: | 54.27 |
| Itemized: | 2.50 AY 4.50 XF 3.80 ZP 43.47 US |

### Fare Details

CMH DL MSP579.53MA00A0RA USD579.53END ZP CMH XF CMH4.5

### Ticketing Details

| Passenger: | Ticket #: | Place of Issue: | Issue Date: | Expiration Date: |
|---|---|---|---|---|
| JENNIFER BATTLE | 00623144141060 | LAXWEB | 27SEP12 | 27SEP13 |

| Baggage Fees[1] (per passenger each way) | Economy Class | | BusinessElite®/First/Business Class | |
|---|---|---|---|---|
| | Fees | Weight/Size | Fees | Weight/Size |
| Carry-on Baggage | Complimentary | Up to 45 linear inches | Complimentary | Complimentary |
| First Checked Bag | Within U.S. and Canada: $25 USD U.S./Canada and Caribbean: $25 USD International: Complimentary | Up to 50 lbs and 62 linear inches | Complimentary | Up to 70 lbs and 62 linear inches[2] |

2

**Debra Gaunder**

From: Delta Air Lines [DeltaAirLines@e.delta.com]
Sent: Wednesday, September 26, 2012 4:12 PM
To: Debra Gaunder
Subject: JENNIFER B MPLS-ST PAUL 03OCT12

Comment/Complaint ?   |   Add to Address Book ?

### △ DELTA

delta.com    My Trips    Earn Miles

## YOUR ITINERARY AND RECEIPT

**To access your boarding pass at the airport,** print email now and scan at a Delta self-service kiosk.

Please review this information before your trip. If you need to contact Delta or check your flight information, go to delta.com or call 1-800-221-1212. For a complete list of world wide phone numbers, please visit www.delta.com/contact_us.

You can exchange, reissue and refund eligible electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries.

You can check in for your flight up to 24 hours prior to departure time. Check in online by clicking the link below or download the Fly Delta app here. You can also use the app to change seats, track your bag, view your flight status and so much more.

Thanks for choosing Delta.
Flight Confirmation #: GH5QBL | Ticket #: 0062314601 5564

CHECK IN ONLINE >

### Your Flight Information

**Wed 03OCT**

| | | | | |
|---|---|---|---|---|
| LV 7:25pm | MPLS-ST PAUL | AR 11:00pm | PHILADELPHIA | DELTA 1048<br>ECONOMY (B)<br>Confirmed<br>Snacks For Sale |

### Your Flight Details    Manage Trip ›

| Passenger Details | Flights | Seats | Free Bags |
|---|---|---|---|
| **JENNIFER BATTLE**<br>SkyMiles #*******562 Silver | DELTA 1048 | 14E | 0 PC |

1

***Visit delta.com or use the Fly Delta app to view, select or change your seat

### Receipt Information

**Billing Details**

| | | |
|---|---|---|
| Passenger: | Payment Method: | Ticket Number: |
| JENNIFER BATTLE | VI************2036 | 00623146015564 |
| FARE: | 806.51 USD | |
| Taxes/Carrier-Imposed Fees: | 71.29 | |
| Total: | 877.80 USD | |

This ticket is non-refundable unless issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

### Details - Taxes/Carrier-Imposed Fees

Total: 71.29
Itemized: 2.50 AY 4.50 XF 3.80 ZP 60.49 US

### Fare Details

MSP DL PHL806.51BA00A0XA USD806.51END ZP MSP XF MSP4.5

### Ticketing Details

| Passenger: | Ticket #: | Place of Issue: | Issue Date: | Expiration Date: |
|---|---|---|---|---|
| JENNIFER BATTLE | 00623146015564 | LAXWEB | 26SEP12 | 26SEP13 |

| Baggage Fees (per passenger each way) | Economy Class Fees | Weight/Size | BusinessElite®/First/Business Class Fees | Weight/Size |
|---|---|---|---|---|
| Carry-on Baggage | Complimentary | Up to 45 linear inches | Complimentary | Complimentary |
| First Checked Bag | Within U.S. and Canada: $25 USD U.S./Canada and Caribbean: $25 USD International: Complimentary | Up to 50 lbs and 62 linear inches | Complimentary | Up to 70 lbs and 62 linear inches[2] |

2

## Debra Gaunder

| | |
|---|---|
| From: | reservations@email-usairways.com |
| Sent: | Wednesday, September 26, 2012 4:21 PM |
| To: | Debra Gaunder |
| Subject: | Your US Airways flight |



### Confirmation code: A3CQE1

Date issued: Wednesday, September 26, 2012



Scan at any US Airways kiosk to check in

### Passenger summary

| Passenger name | Frequent flyer # (Airline) | Ticket number | Special needs |
|---|---|---|---|
| Jennifer Battle | 8B782X6 (US) | 03724866548060 | |

### Trip details  Download to Outlook

**Depart:** Philadelphia, PA (PHL)  Columbus, OH (CMH)
**Date:** Thursday, October 04, 2012

| Flight #/ Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| 3131 | 08:50 PM PHL | 10:25 PM CMH | 1h 35m | | E175 | Coach | 5F |

Operated by Republic Airlines dba US Airways Express

 

**Total travel cost (1 passengers)**

| | |
|---|---|
| 1 Adult | $756.28 USD |
| Taxes and fees | $67.52 USD |

| | | |
|---|---|---|
| Fare total | $823.80 USD | Refundable |

**ChoiceSeats**

| | |
|---|---|
| JENNIFER BATTLE | $15.00 |
| ChoiceSeats total | $15.00 |

| | |
|---|---|
| Total | $838.80 USD |

↳ Charged to Jennifer A. Battle
************2036 (Visa)

**Helpful links**

Manage your reservation

Join Dividend Miles

Airport information

Baggage policies

TSA regulations

Inflight internet

Seated in an exit row? Read about checking in.

**Bags**

Pay for your checked bags when you check in online or at the airport! Read more about bags.

| Carry ons* | Carry-on bag | Personal item |
|---|---|---|
| All flights | 🧳 | 🧳 |

| Checked bags (each way/per person)* | 1st bag | 2nd bag |
|---|---|---|
| U.S. / Canada / Latin America / Caribbean / Bermuda / South America (except Brazil) | $25 | $35 |
| Transatlantic | $0 | $100 |
| Transpacific / Brazil (except Hawaii) | $0 | $50 |

*Carry-ons can be up to 40 lbs and up to 45 inches and a personal item is a handbag, briefcase or laptop bag.
**1st & 2nd checked bags can be up to 50 lbs and 62 inches except Brazil where you're allowed up to 70 lbs. Europe fees apply for travel to/from Asia through Europe. Baggage fees are non-refundable.

**1st, 2nd and 3rd checked bag fees waived**

2



**AMERICAN EXPRESS BUSINESS TRAVEL**

Page 1 of 2
Generated: October 3, 2012 11:02 AM

## Travel Arrangements for JEFFREY A LIPPS

| | | | |
|---|---|---|---|
| Record Locator | KTLNXH | Agent ID: | LA |
| Trip ID | 11259043173 | Phone: .. / Fax: .. | |
| | CARPENTER AND LIPPS | | |
| | 280 N HIGH ST STE 1300 | | |
| | COLUMBUS, OH 43215 | | |

### Invoice Details

**Ticket Information**

| | | | |
|---|---|---|---|
| Airline Code | 006 | Ticket Date | 10/3/2012 |
| Ticket Number | 7137138666 | Invoice | 0107388 |
| Check Digit | 3 | Electronic | Yes |

**Charges**

| | |
|---|---|
| Ticket Base Fare | 763.53 |
| Ticket Tax Fare | 78.86 |
| Total (USD) Ticket Amount | 842.39 |
| Airfare charged to American Express | |
| Billing Account: | AX XXXXXXXXXXX2007 |
| Total | 842.39 |

### Travel Details    Thursday October 4, 2012

**Flight Information**

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 1 hour 40 minutes |
| Flight | 7313 | Distance | 478 Miles |
| | OPERATED BY SHUTTLE AMERICA - DELTA CONNECTION | | |
| Origin | Columbus, OH | Meal Service | No Meal Service |
| Destination | New York Lga, NY | Plane | E70 |
| Departing | 6:00 AM | | |
| Arriving | 7:40 AM | | |
| Arrival Terminal | TERMINAL D | | |
| Seat | 9C | | |
| Class | Coach | | |

**Hotel Information**

| | |
|---|---|
| Hotel | COURTYARD |
| | COURTYARD MARRIOTT MIDTOWN E |
| Hotel Address | 866 THIRD AVENUE |
| | NEW YORK NY 10022 |
| Confirmation Number | 92766317 |
| Check in Date | 10/4/2012 |
| Check out Date | 10/6/2012 |
| Hotel Rate | 379.00 USD per night |
| Phone Number | 1-212-6441300 |
| Fax Number | 1-212-3177940 |
| | Late Arrival Guarantee - Credit Card |
| Frequent Guest | 166152769 |
| Airline Membership | AAW775010 |
| CANCEL 01 DAYS BEFORE ARRIVAL | |

### Travel Details    Saturday October 6, 2012

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™    

CANCEL 01 DAYS BEFORE ARRIVAL

## Travel Details

Friday October 5, 2012

### Flight Information

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 1 hour 39 minutes |
| Flight | 6269 | Distance | 335 Miles |
| | OPERATED BY GOJET AIRLINES DBA DELTA CONNECTION | | |
| Origin | New York Lga, NY | Meal Service | No Meal Service |
| Destination | Pittsburgh, PA | Plane | Canadair RegionalJet |
| Departing | 7:35 PM | | |
| Arriving | 9:14 PM | | |
| Departure Terminal | TERMINAL D | | |
| Seat | AIRPORT CHECK IN | | |
| Class | Coach | | |

### Rental Car Information

| | | | |
|---|---|---|---|
| Agency | BUDGET CAR RENTAL | Car Size | Compact |
| Location | Pittsburgh, PA | Category | 2- or 4-door |
| Confirmation Number | 15318277US2 | Transmission | Automatic |
| Pick Up Date | 10/5/2012 at 09:14 PM | Air Conditioning | Yes |
| Drop Off Date | 10/7/2012 at 07:00 PM | | |
| Special Info | ZD000015344 | | |
| Rate | 14.00 USD PER DAY | | |
| Mileage | Unlimited free mileage | | |
| Each Extra Day | 44.00 USD Per Extra Day | | |
| Each Extra Hour | 10.51 USD Per Extra Hour | | |

Approximate price including taxes - $49.90
Corporate Discount - S238000

## Travel Details

Sunday February 3, 2013

THANK YOU FOR CHOOSING AMERICAN EXPRESS

### Loyalty Programs

| Vendor | Account | Traveler |
|---|---|---|
| DELTA AIR LINES | 2003694375 | JEFFREY A LIPPS |

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| GI3BWQ | DELTA AIR LINES |

### Additional Messages

FOR TRAVEL RESERVATIONS/ASSISTANCE 8A-6P ET M-F
PLEASE CALL 800-848-4438
FOR AFTER HOURS EMERGENCY ASSISTANCE CALL
1-800-872-3057 - ACCESS CODE - S-9LVA
FOR EMERGENCIES WHILE TRAVELING OVERSEAS, PLEASE CALL
336-291-0107, CODE S-9LVA
PLEASE REVIEW THIS ITINERARY/INVOICE. CHANGES OR
CANCELLATIONS MUST BE REPORTED TO AMERICAN EXPRESS
WITHIN 24 HOURS TO MINIMIZE/AVOID PENALTIES.
A VALID GOVERNMENT ISSUED PHOTO ID IS REQUIRED.
PLEASE CHECK IN 90 MINUTES PRIOR TO DEPARTURE.
CONTACT THE ABOVE NUMBER FOR COMPLETE
TICKET RESTRICTIONS.
CHECK YOUR COMPANYS TRAVEL POLICY REGARDING CAR
RENTAL, INSURANCE AND REFUELING GUIDELINES.
HOTEL CANCELLATION, NO-SHOW AND EARLY CHECK-OUT
FEES MAY APPLY. PLEASE CONTACT AMERICAN EXPRESS
FOR DETAILS.

TICKETS MAY BE NON-REFUNDABLE, NON-ENDORSEABLE,
NON-CHANGEABLE OR REQUIRE ADVANCE NOTICE TO CHANGE,
SUBJECT TO PENALTY/TRANSACTION FEE, AND ONLY VALID ON
SAME CARRIER
TICKET EXCHANGE FEE 35.00, TICKET VOID FEE 22.00,
TICKET VOID FEE 22.00

ADVISORY TSA requires all reservations with any US city segment or flying over the US or booked on a US based carrier to include full name, date of birth, and gender. Failure to provide this information will result in your reservation being cancelled.