# EXHIBIT 3



**Courtyard by Marriott**
New York Manhattan
Midtown East

866 3rd Ave
New York Ny 10022
T 212.644.1300



J. Lipps

Room: 3107
Room Type: QNQN
Number of Guests: 1
Rate: $499.00    Clerk:

Arrive: 10Sep12    Time: 10:15AM    Depart: 12Sep12    Time:    Folio Number: 65199

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10Sep12 | Room Charge | 499.00 | |
| 10Sep12 | State Sales Tax | 19.96 | |
| 10Sep12 | City Sales Tax | 24.33 | |
| 10Sep12 | City Occupancy Tax | 29.32 | |
| 10Sep12 | Occ. Tax/Javits Ctr Fee | 3.50 | |
| 11Sep12 | Restaurant Room Charge | 36.00 | |
| 11Sep12 | Room Charge | 499.00 | |
| 11Sep12 | State Sales Tax | 19.96 | |
| 11Sep12 | City Sales Tax | 24.33 | |
| 11Sep12 | City Occupancy Tax | 29.32 | |
| 11Sep12 | Occ. Tax/Javits Ctr Fee | 3.50 | |
| 12Sep12 | American Express | | 1188.22 |
| | Card #: AXXXXXXXXXXXXX2007/XXXX | | |
| | Amount: 1188.22  Auth: 520009  Signature on File | | |
| | This card was electronically swiped on 10Sep12 | | |
| | Balance: | 0.00 | |

*Handwritten annotations: "Breakfast for Jan Hald" circled around 36.00; "-36.00 - Meal"; "1152.22"*

**Rewards Account # XXXXX2769.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Express check out available from your room. Dial extension "2766" to use this feature. Only your FULL NAME and ROOM NUMBER is required. On behalf of the team at the Midtown East Courtard by Marriott THANK YOU for your business.

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.



**Courtyard by Marriott**  
New York Manhattan  
Midtown East

866 3rd Ave  
New York Ny 10022  
T 212.644.1300

J. Lipps

Room: 2112  
Room Type: EKNG  
Number of Guests: 1  
Rate: $493.00   Clerk:

Arrive: 05Dec12   Time: 05:12PM   Depart: 07Dec12   Time:   Folio Number: 80553

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05Dec12 | Room Charge | 493.00 | |
| 05Dec12 | State Sales Tax | 19.72 | |
| 05Dec12 | City Sales Tax | 24.03 | |
| 05Dec12 | City Occupancy Tax | 28.96 | |
| 05Dec12 | Occ. Tax/Javits Ctr Fee | 3.50 | |
| 06Dec12 | Room Charge | 493.00 | |
| 06Dec12 | State Sales Tax | 19.72 | |
| 06Dec12 | City Sales Tax | 24.03 | |
| 06Dec12 | City Occupancy Tax | 28.96 | |
| 06Dec12 | Occ. Tax/Javits Ctr Fee | 3.50 | |
| 07Dec12 | American Express | | 1138.42 |
| | Card #: AXXXXXXXXXXXXX2007/XXXX | | |
| | Amount: 1138.42  Auth: 501736  Signature on File | | |
| | This card was electronically swiped on 05Dec12 | | |
| | Balance: | 0.00 | |

*Handwritten annotations: "$569.21" with arrow; "☆ Charge for Mr. Lipps 12/5/12"; "☆ Charges for Sharon Scaggs 12/6/12"*

**Rewards Account # XXXXX2769.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Express check out available from your room. Dial extension "2766" to use this feature. Only your FULL NAME and ROOM NUMBER is required. On behalf of the team at the Midtown East Courtard by Marriott THANK YOU for your business.

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.



**COURTYARD Marriott**

Courtyard by Marriott  
New York Manhattan  
Midtown East

866 3rd Ave  
New York Ny 10022  
T 212.644.1300

Jeffrey/A Lipps  
3052 Mann Rd  
Blacklick OH 43004-8722  
Carpenter Lipps

Room: 2104  
Room Type: EKNG  
Number of Guests: 1  
Rate: $539.00    Clerk: AMR

Arrive: 12Dec12    Time: 06:38PM    Depart: 14Dec12    Time: 09:09AM    Folio Number: 81878

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12Dec12 | Room Charge | 539.00 | |
| 12Dec12 | State Sales Tax | 21.56 | |
| 12Dec12 | City Sales Tax | 26.28 | |
| 12Dec12 | City Occupancy Tax | 31.67 | |
| 12Dec12 | Occ. Tax/Javits Ctr Fee | 3.50 | |
| 13Dec12 | Restaurant Room Charge | 35.00 — meal | |
| 13Dec12 | Room Charge | 539.00 | |
| 13Dec12 | State Sales Tax | 21.56 | |
| 13Dec12 | City Sales Tax | 26.28 | |
| 13Dec12 | City Occupancy Tax | 31.67 | |
| 13Dec12 | Occ. Tax/Javits Ctr Fee | 3.50 | |
| 14Dec12 | Restaurant Room Charge | 35.00 — meal | |
| 14Dec12 | American Express  Card #: AXXXXXXXXXXXXX2007/XXXX  Amount: 1314.02 Auth: 520434 Signature on File  This card was electronically swiped on 12Dec12 | | 1314.02 |

− 70.00 − meals  
$1244.02

Balance:    0.00

**Rewards Account # XXXXX2769.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Express check out available from your room. Dial extension "2766" to use this feature. Only your FULL NAME and ROOM NUMBER is required. On behalf of the team at the Midtown East Courtard by Marrlott THANK YOU for your business.

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.