Hearing Date:    **June 12, 2013 at 10:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
Erica J. Richards

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- )
                                                               )
In re:                                                         )    Case No. 12-12020 (MG)
                                                               )
RESIDENTIAL CAPITAL, LLC, et al.,                              )    Chapter 11
                                                               )
                                      Debtors.                 )    Jointly Administered
                                                               )
-------------------------------------------------------------- )

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF LEAD**
**PLAINTIFFS AND THE PUTATIVE CLASS TO APPLY BANKRUPTCY**
**RULE 7023 AND TO CERTIFY CLASS CLAIMS TO JUNE 12, 2013 AT 10:00 A.M.**

    **PLEASE TAKE NOTICE** that the *Motion of Lead Plaintiffs and the Putative Class to Apply*

*Bankruptcy Rule 7023 and to Certify Class Claims* [Docket No. 2044], previously scheduled to be

heard on May 30, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned, on the

consent of the parties, to **June 12, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be

heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the

Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room

501, New York, New York 10004.

Dated: April 5, 2013
      New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
Erica J. Richards
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and*
*Debtors in Possession*