UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x    Case No.: 12-12020

In re: Residential Capital, LLC                                                        Chapter 11

                                Debtor

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

      Upon the motion of Anthony F. Baer, to be admitted, *pro hac vice*, to represent Ruediger Lang, (the "Client") a state court counterclaimant in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Wisconsin and, if applicable, the bar of the U.S. District Court for the Western District of Wisconsin, it is hereby

      **ORDERED**, that Anthony F. Baer, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  **April 8, 2013**
       New York, New York                        _____/s/ Martin Glenn_____
                                                           UNITED STATES BANKRUPTCY JUDGE