REED SMITH LLP
Mark D. Silverschotz
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
msilverschotz@reedsmith.com

*Counsel to Debtors for Certain Consumer
Lending and State Tax Matters*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Case No. 12-12020 (MG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, hereby certify that on this 8th day of April, 2013 I caused a true and correct copy of the *Supplemental Declaration Pursuant to Fed.R.Bankr.P. 2014(a) of Leonard Bernstein, Esquire, of Reed smith LLP* to be served upon the entities on the attached Service via First Class United States Mail.

Dated: April 8, 2013           By: /s/ Kurt F. Gwynne
                                    Kurt F. Gwynne (DE No. 3951)
                                    REED SMITH LLP
                                    1201 Market Street, Suite 1500
                                    Wilmington, DE  19801
                                    Telephone:  302.778.7500
                                    Facsimile: 302.778.7575
                                    Email:  kgwynne@reedsmith.com

**SERVICE LIST**

| **VIA FIRST CLASS MAIL**<br>Robert J. Feinstein, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>36th Floor<br>New York, NY 10017-2024<br>*Counsel for Official Committee of Unsecured Creditors, on behalf of the estates of the Debtors* | **VIA FIRST CLASS MAIL**<br>Kelley Drye & Warren LLP<br>James S. Carr, Esq.<br>Eric R. Wilson, Esq.<br>101 Park Avenue<br>New York, New York 10178<br>*Counsel for UMB Bank* |
|---|---|
| **VIA FIRST CLASS MAIL**<br>Gary S. Lee, Esq.<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>*Counsel for Residential Capital, LLC* | **VIA FIRST CLASS MAIL**<br>U.S. Trustee for the Southern District of New York<br>Tracy Hope Davis<br>Linda A. Riffkin<br>Brian S. Masumoto<br>Region 2<br>New York, NY 10004 |
| **VIA FIRST CLASS MAIL**<br>Steven J. Reisman, Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178<br>*Counsel for Residential Capital, LLC* | **VIA FIRST CLASS MAIL**<br>Douglas Mannal, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>*Counsel for Official Committee of Unsecured Creditors, on behalf of the estates of the Debtors* |
| **VIA FIRST CLASS MAIL**<br>Debra Weinstein Minorr, Esq.<br>Walter H. Curchack, Esq.<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154<br>*Counsel for Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC* | **VIA FIRST CLASS MAIL**<br>Sean A. O'Neal, Esq.<br>Thomas J. Maloney, Esq.<br>Cleary, Gottlieb, Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>*Counsel for Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC* |

| | |
|---|---|
| **VIA FIRST CLASS MAIL**<br>John Kibler, Esq.<br>Allen & Overy<br>1221 Avenue of the Americas<br>New York, NY 10178<br>*Counsel for HSBC Bank USA, National Association* | **VIA FIRST CLASS MAIL**<br>Cambridge Place Investment Management Inc.<br>C/O Donnelly, Conroy & Gelhaar LLP<br>1 Beacon Street, 33rd Floor<br>Boston, MA 02108 |
| **VIA FIRST CLASS MAIL**<br>Deutsche Bank Trust Company Americas<br>C/O Kelvin Vargas<br>25 De Forest Ave<br>Summit, NJ 07901 | **VIA FIRST CLASS MAIL**<br>US Bank<br>C/O Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| **VIA FIRST CLASS MAIL**<br>BNY Mellon<br>C/O Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036 | **VIA FIRST CLASS MAIL**<br>Deutsche Bank AG, New York<br>C/O Joe Salama<br>60 Wall Street<br>New York, NY 10005-2836 |
| **VIA FIRST CLASS MAIL**<br>Federal Housing Finance Agency<br>C/O Alfred Pollard<br>400 Seventh Street, SW | **VIA FIRST CLASS MAIL**<br>MBIA, Inc.<br>C/O Cadwalader, Wickersham & Taft<br>One World Financial Center<br>New York, NY 10281 |
| **VIA FIRST CLASS MAIL**<br>Ambac Assurance Corp<br>C/O Patterson Belknap Webb & Tyler<br>1133 Avenue of the Americas<br>New York, NY 10036 | **VIA FIRST CLASS MAIL**<br>Financial Guaranty Insurance Co.<br>C/O Jones Day<br>222 East 41st Street<br>New York, NY 10017-6702 |
| **VIA FIRST CLASS MAIL**<br>Assured Guaranty Corp.<br>C/O Margaret Yanney<br>31 West 52nd Street<br>New York, NY 10019 | **VIA FIRST CLASS MAIL**<br>Thrivent Financial for Lutherans<br>C/O Teresa J. Rasmussen<br>625 Fourth Avenue S.<br>Minneapolis, MN 55415-1624 |
| **VIA FIRST CLASS MAIL**<br>West Virginia Investment Management Board<br>C/O Craig Slaughter<br>500 Virginia Street East, Suite 200<br>Charleston, WV 25301 | **VIA FIRST CLASS MAIL**<br>Allstate Insurance<br>C/O Quinn Emanuel Urquhart & Sullivan<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California. 90017 |

- 4 -

| | |
|---|---|
| **VIA FIRST CLASS MAIL**<br>Western & Southern<br>C/O Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>New York, NY 10110 | |

- 4 -