LEGG LAW FIRM LLC
5500 Buckeystown Pike
Frederick, MD 21703
Telephone: (301) 620-1016
Facsimile: (301) 620-1018
Phillip R. Robinson

*Counsel for Kevin J. Matthews*

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kevin J. Matthews, | |
| Plaintiff, | Adv. Proc. 12-01933 (MG) |
| v. | |
| GMAC Mortgage, LLC | |
| Defendant. | |
| In re | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors | Chapter 11 |
| | Jointly Administered |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, by their undersigned counsel, hereby gives notice pursuant to Fed. R. Civ. P. 41(a) and Fed. R. Bankr. P. 7041 of the dismissal of his adversary complaint against the Defendant in this action without prejudice.

Respectfully Submitted,

/s/Phillip Robinson
Phillip R. Robinson, Esq., Of Counsel
(Bar No. 27824)
LEGG LAW FIRM LLC
5500 Buckeystown Pike
Frederick, MD  21703
Phone:  (301) 620-1016
Email:  probinson@legglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing will be served upon all parties and attorneys who also will have notice through ECF of this electronic filing.

 /s/ Phillip Robinson
Phillip Robinson