Alfredia Pruitt
    Creditor Pro se            Case No 12-12020(MG)

Residential Capital, GMAC LLc, et Al.,

RECEIVED APR - 8 2013 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

## Creditor Response Objection to Motion for Relief from Stay filed by Residential Capital

    Your honor in response to the opposition of the Lift of Stay Motion, The judge in Superior Court signed orders denying the last 4 claims I filed because I feel he felt I didn't know what I was doing, the first lawsuit I filed it was accepted, because I didn't have 5500.00 to pay into the court registry, my case wasn't heard, I tried desperately to have my case heard and the evidence presented, I did not file this in your court to avoid filing in another court, GMAC listed me as a creditor, therefore it is an opportunity for this situation to be cleared up, the judge in the Superior Court did not get an opportunity to see all the evidence.

    I pray this court compel GMAC to prove how they owe me money, your honor it is not about the money, it is about the law, their attorney oppose but has not shown any evidence to GMAC ownership of the property, they want to say I want money, your honor I want justice, I wasn't trying to get a free home, I wanted to stay in my home and make payments, I was in the process of a loan modification, they are not dealing with the real concern here, GMAC had no right to foreclose on my home, nor should I be listed as a creditor in their bankruptcy.

    The attorneys are trying to avoid the real issue at hand and make it as though I'm at wrong, if I am wrong?, why does GMAC want me to be a creditor, your honor if I never get a dime the **Holder in Due course** need to be established and once established that is who need to be listed as a debtor in this Residential Capital bankruptcy not GMAC.

    I admit, I went overboard filing different papers trying to stay in my home, and probably got on the judge nerve, and at one point the clerk of court said to me "you again", tears began to flow, because I had a reason to come every morning, he was going to hear my case, that does not mean the

law does not apply to my situation.

Your honor, I pray please compel GMAC to produce the "wet ink", to prove they owe me money and they are the "Holder in Due Course". If I had paid the 5500.00 in the first suit I filed I would have gotten an opportunity for my voice and situation to be heard, it was about me and my family staying in my home and not let MERS/GMAC take it away.

My question again how can I be a debtor when they took my home, now I am a creditor because they file bankruptcy. Debtors owe money, creditors loan money, I have never loan GMAC a dime, please have them prove how they owe me money.

I became annoying to the Superior Court employees filing papers everyday, not showing a cause of action in most, filing the same thing, all this your honor was because I was desperately trying to stay in my home, that does not warrant GMAC to take my home. I learned from filing all those papers, it only took one, I cried every money going over to the court house, praying I will get to stay in my home, even the judge stated at the rule NISI hearing, he wasn't saying I didn't have a cause, he just couldn't hear my case because I had not paid, if I could have paid the money that morning he would have heard it.

All evidence point to GMAC, not being the Holder in Due Course, nor the Owner, nor can they produce the "Wet Ink", note, instead they want to point me as a person after money, not prove they "Hold the Secured Instrument", your honor, that is easier for them to do and continue put people on the street.

Your honor, as you know I am not an Attorney, I know the law applies to us all, and we all deserve justice, GMAC deserves justice, if they don't owe me money, I need to prove how they owe me money(I can't) why do they want to pay me, I will accept the payment, if they prove they owe me. GMAC filed a lift of stay as Creditor in my bankruptcy(to take my home), now I am a creditor in their bankruptcy, I don't understand.

Your honor please look at the evidence I've filed, nothing proves **GMAC** is the **HOLDER IN DUE COURSE**

Respectfully submitted on this fifth day of April 2013

Alfredia Pruitt
4574 Creek Forest Ct
Lilburn, GA., 30047

770-668-3915