## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by depositing true and correct copy of same in FED-Ex mail, with proper postage prepaid, addressed to counsel of record as follows:

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212)468-7900

Gary S. Lee
Todd M. Goren
Alexandra Steinberg Barrage
Jennifer L. Marines

*Counsel for the Debtors and
Debtors in Possessions*

RESIDENTIAL CAPITAL,LLC, et al
2335 Alaska Ave.
El Segundo, CA 90245

Submitted this 5th day of April, 2013

ALFREDIA PRUITT
4574 Creek Forest Ct
Lilburn, GA 30047
Phone(770)-668-3915