Proof of Certificat of Service

**FedEx Express — NEW Package US Airbill**

Sender's FedEx Account Number: 0200
FedEx Tracking Number: 8007 6230 3901

**1 From**
Date: 4/5/13
Sender's Name: [signature] Pruitt
Company: [signature]
Address: [illegible]
City: [illegible]  State: GA  ZIP: 30047

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: Morrison Foerster LLP  Phone: 212 468-8000
Company: [illegible]
Address: 1290 Avenue of the Americas
City: New York  State: NY  ZIP: 10104

**4 Express Package Service**
☑ FedEx Standard Overnight

**5 Packaging**
☑ FedEx Envelope

**6 Special Handling and Delivery Signature Options**
☑ No Signature Required

**7 Payment** Bill to:
☑ Sender

Proof of certificate of service



