**Exhibit 1**

| Reference Number | Plan | Proposed 2013 KEIP/KERP Award | | Pro-Rata |
|---|---|---|---|---|
| | | Annualized | | |
| | | Target Annualized KEIP / KERP Award | Maximum Annualized KEIP / KERP Award | Target KEIP/KERP Award Based on Duration of Employment |
| 1 | Estate KEIP | 750,000 | 937,500 | 750,000 |
| 2 | Estate KEIP | 175,000 | 218,750 | 175,000 |
| 3 | Estate KEIP | 183,000 | 228,750 | 183,000 |
| 4 | Estate KEIP | 125,000 | 156,250 | 125,000 |
| 5 | Estate KEIP | 525,000 | 656,250 | 525,000 |
| 6 | Estate KEIP | 400,000 | 500,000 | 400,000 |
| | **Subtotal Estate KEIP** | **2,158,000** | **2,697,500** | **2,158,000** |
| 7 | Executive KEIP | 700,000 | | 350,000 |
| 8 | Executive KEIP | 500,000 | | 250,000 |
| | **Subtotal Executive KEIP** | **1,200,000** | | **600,000** |
| 9 | Estate KERP | 90,000 | | 90,000 |
| 10 | Estate KERP | 32,000 | | 32,000 |
| 11 | Estate KERP | 14,400 | | 14,400 |
| 12 | Estate KERP | 9,215 | | 9,215 |
| 13 | Estate KERP | 9,157 | | 9,157 |
| 14 | Estate KERP | 7,213 | | 7,213 |
| 15 | Estate KERP | 7,072 | | 7,072 |
| 16 | Estate KERP | 50,420 | | 50,420 |
| 17 | Estate KERP | 112,500 | | 112,500 |
| 18 | Estate KERP | 42,644 | | 42,644 |
| 19 | Estate KERP | 29,639 | | 29,639 |
| 20 | Estate KERP | 23,088 | | 23,088 |
| 21 | Estate KERP | 57,577 | | 57,577 |
| 22 | Estate KERP | 27,043 | | 27,043 |
| 23 | Estate KERP | 20,786 | | 20,786 |
| 24 | Estate KERP | 20,183 | | 20,183 |
| 25 | Estate KERP | 21,908 | | 21,908 |
| 26 | Estate KERP | 29,471 | | 29,471 |
| 27 | Estate KERP | 26,706 | | 26,706 |
| 28 | Estate KERP | 20,109 | | 20,109 |
| 29 | Estate KERP | 16,646 | | 16,646 |
| 30 | Estate KERP | 18,000 | | 13,500 |
| 31 | Estate KERP | 18,000 | | 15,000 |
| 32 | Estate KERP | 20,000 | | 15,000 |
| 33 | Estate KERP | 20,000 | | 16,667 |
| 34 | Estate KERP | 133,000 | | 133,000 |
| 35 | Estate KERP | 85,800 | | 85,800 |
| 36 | Estate KERP | 90,963 | | 90,963 |
| 37 | Estate KERP | 55,000 | | 55,000 |
| 38 | Estate KERP | 18,025 | | 18,025 |
| 39 | Estate KERP | 11,391 | | 6,645 |

| | | Proposed 2013 KEIP/KERP Award | | |
| --- | --- | --- | --- | --- |
| | | Annualized | | Pro-Rata |
| Reference Number | Plan | Target Annualized KEIP / KERP Award | Maximum Annualized KEIP / KERP Award | Target KEIP/KERP Award Based on Duration of Employment |
| 40 | Estate KERP | 81,250 | | 81,250 |
| 41 | Estate KERP | 73,439 | | 73,439 |
| 42 | Estate KERP | 71,500 | | 71,500 |
| 43 | Estate KERP | 18,226 | | 18,226 |
| 44 | Estate KERP | 35,550 | | 35,550 |
| 45 | Estate KERP | 15,683 | | 15,683 |
| 46 | Estate KERP | 28,947 | | 28,947 |
| 47 | Estate KERP | 16,500 | | 16,500 |
| 48 | Estate KERP | 69,525 | | 69,525 |
| 49 | Estate KERP | 81,250 | | 81,250 |
| 50 | Estate KERP | 34,680 | | 34,680 |
| 51 | Estate KERP | 36,720 | | 36,720 |
| 52 | Estate KERP | 44,580 | | 44,580 |
| 53 | Estate KERP | 32,569 | | 32,569 |
| 54 | Estate KERP | 9,000 | | 9,000 |
| 55 | Estate KERP | 15,740 | | 15,740 |
| 56 | Estate KERP | 102,000 | | 102,000 |
| 57 | Estate KERP | 285,500 | | 118,958 |
| 58 | Estate KERP | 85,000 | | 85,000 |
| 59 | Estate KERP | 85,000 | | 85,000 |
| 60 | Estate KERP | 58,000 | | 58,000 |
| 61 | Estate KERP | 43,500 | | 43,500 |
| 62 | Estate KERP | 56,000 | | 56,000 |
| 63 | Estate KERP | 24,000 | | 18,000 |
| 64 | Estate KERP | 60,500 | | 60,500 |
| 65 | Estate KERP | 23,000 | | 23,000 |
| 66 | Estate KERP | 21,000 | | 21,000 |
| 67 | Estate KERP | 40,000 | | 40,000 |
| 68 | Estate KERP | 25,000 | | 25,000 |
| 69 | Estate KERP | 18,750 | | 18,750 |
| 70 | Estate KERP | 35,000 | | 35,000 |
| 71 | Estate KERP | 18,000 | | 18,000 |
| 72 | Estate KERP | 12,000 | | 5,000 |
| 73 | Estate KERP | 19,000 | | 19,000 |
| 74 | Estate KERP | 18,000 | | 18,000 |
| 75 | Estate KERP | 20,750 | | 20,750 |
| 76 | Estate KERP | 15,000 | | 11,250 |
| 77 | Estate KERP | 18,000 | | 18,000 |
| 78 | Estate KERP | 15,000 | | 11,250 |
| 79 | Estate KERP | 19,000 | | 19,000 |
| 80 | Estate KERP | 14,500 | | 14,500 |
| 81 | Estate KERP | 14,000 | | 14,000 |

|  |  | Proposed 2013 KEIP/KERP Award | | | |
|  |  | Annualized | | Pro-Rata | |
| Reference Number | Plan | Target Annualized KEIP / KERP Award | Maximum Annualized KEIP / KERP Award | Target KEIP/KERP Award Based on Duration of Employment | |
|---|---|---|---|---|---|
| 82 | Estate KERP | 13,700 | | 13,700 | |
| 83 | Estate KERP | 15,000 | | 15,000 | |
| 84 | Estate KERP | 17,000 | | 17,000 | |
| 85 | Estate KERP | 12,000 | | 12,000 | |
| 86 | Estate KERP | 12,000 | | 12,000 | |
| 87 | Estate KERP | 12,500 | | 5,208 | |
| 88 | Estate KERP | 15,000 | | 15,000 | |
| 89 | Estate KERP | 12,000 | | 12,000 | |
| 90 | Estate KERP | 7,500 | | 7,500 | |
| 91 | Estate KERP | 26,000 | | 26,000 | |
| 92 | Estate KERP | 39,000 | | 39,000 | |
| 93 | Estate KERP | 7,000 | | 3,500 | |
| 94 | Estate KERP | 235,500 | | 117,750 | |
| 95 | Estate KERP | 17,000 | | 8,500 | |
| 96 | Estate KERP | 15,000 | | 15,000 | |
| 97 | Estate KERP | 173,000 | | 173,000 | |
| 98 | Estate KERP | 130,000 | | 130,000 | |
| 99 | Estate KERP | 87,500 | | 87,500 | |
| 100 | Estate KERP | 50,000 | | 50,000 | |
| 101 | Estate KERP | 62,500 | | 62,500 | |
| 102 | Estate KERP | 80,000 | | 80,000 | |
| 103 | Estate KERP | 25,000 | | 25,000 | |
| 104 | Estate KERP | 39,500 | | 39,500 | |
| 105 | Estate KERP | 30,000 | | 30,000 | |
| 106 | Estate KERP | 20,000 | | 20,000 | |
| 107 | Estate KERP | 17,500 | | 17,500 | |
| 108 | Estate KERP | 20,000 | | 20,000 | |
| 109 | Estate KERP | 20,000 | | 20,000 | |
| 110 | Estate KERP | 40,000 | | 40,000 | |
| 111 | Estate KERP | 24,000 | | 24,000 | |
| 112 | Estate KERP | 50,000 | | 50,000 | |
| 113 | Estate KERP | 1,000 | | 1,000 | |
| 114 | Estate KERP | 6,500 | | 6,500 | |
| 115 | Estate KERP | 52,103 | | 52,103 | |
| 116 | Estate KERP | 1,500 | | 1,500 | |
| 117 | Estate KERP | 2,000 | | 2,000 | |
| 118 | Estate KERP | 2,000 | | 2,000 | |
| 119 | Estate KERP | 2,000 | | 2,000 | |
| 120 | Estate KERP | 1,500 | | 1,500 | |
| 121 | Estate KERP | 1,000 | | 1,000 | |
| 122 | Estate KERP | 1,000 | | 1,000 | |
| 123 | Estate KERP | 1,000 | | 1,000 | |

| | | Proposed 2013 KEIP/KERP Award | | | |
| | | Annualized | | Pro-Rata | |
| Reference Number | Plan | Target Annualized KEIP / KERP Award | Maximum Annualized KEIP / KERP Award | Target KEIP/KERP Award Based on Duration of Employment | |
|---|---|---|---|---|---|
| 124 | Estate KERP | 1,000 | | 1,000 | |
| 125 | Estate KERP | 6,000 | | 6,000 | |
| 126 | Estate KERP | 1,500 | | 1,500 | |
| 127 | Estate KERP | 1,000 | | 1,000 | |
| 128 | Estate KERP | 1,000 | | 1,000 | |
| 129 | Estate KERP | 1,000 | | 1,000 | |
| 130 | Estate KERP | 2,000 | | 2,000 | |
| 131 | Estate KERP | 1,000 | | 1,000 | |
| 132 | Estate KERP | 1,000 | | 1,000 | |
| 133 | Estate KERP | 1,000 | | 1,000 | |
| 134 | Estate KERP | 1,000 | | 1,000 | |
| 135 | Estate KERP | 1,000 | | 1,000 | |
| 136 | Estate KERP | 1,000 | | 1,000 | |
| 137 | Estate KERP | 1,000 | | 500 | |
| 138 | Estate KERP | 1,000 | | 500 | |
| 139 | Estate KERP | 1,000 | | 500 | |
| 140 | Estate KERP | 1,000 | | 500 | |
| 141 | Estate KERP | 1,000 | | 500 | |
| 142 | Estate KERP | 1,000 | | 500 | |
| 143 | Estate KERP | 1,000 | | 500 | |
| 144 | Estate KERP | 3,000 | | 1,750 | |
| 145 | Estate KERP | 1,500 | | 750 | |
| 146 | Estate KERP | 3,000 | | 1,750 | |
| 147 | Estate KERP | 3,000 | | 3,000 | |
| 148 | Estate KERP | 3,500 | | 2,917 | |
| 149 | Estate KERP | 2,500 | | 1,458 | |
| 150 | Estate KERP | 3,500 | | 2,042 | |
| 151 | Estate KERP | 1,500 | | 875 | |
| 152 | Estate KERP | 1,500 | | 625 | |
| 153 | Estate KERP | 4,000 | | 2,333 | |
| 154 | Estate KERP | 2,500 | | 1,458 | |
| 155 | Estate KERP | 2,000 | | 833 | |
| 156 | Estate KERP | 2,500 | | 833 | |
| 157 | Estate KERP | 3,000 | | 1,750 | |
| 158 | Estate KERP | 1,500 | | 625 | |
| 159 | Estate KERP | 1,500 | | 1,000 | |
| 160 | Estate KERP | 1,000 | | 667 | |
| 161 | Estate KERP | 1,000 | | 667 | |
| 162 | Estate KERP | 6,000 | | 4,000 | |
| 163 | Estate KERP | 48,000 | | 28,000 | |
| | **Subtotal Estate KERP** | **4,467,916** | | **4,081,086** | |

Note - Proposed 2013 awards do not include any amounts for administrative flexibility provisions.
Note - The Executive KEIP plan has an expected duration of four months, with a maximum possible duration of six months