**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | |
| | ) | Case No. 12-12020 (MG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**RESPONSE OF MESIROW FINANCIAL CONSULTING TO
OMNIBUS OBJECTION OF THE UNITED STATES TRUSTEE
REGARDING FEE APPLICATIONS FOR
SECOND INTERIM AWARDS OF COMPENSATION AND
REIMBURSEMENT OF OUT-OF-POCKET EXPENSES**

1.      Mesirow Financial Consulting, LLC ("MFC" or "Mesirow") seeks an allowance of fees in the total amount of $10,671,089 and reimbursement of out-of-pocket expenses in the total amount of $68,482 during the Second Interim Fee Period. The United States Trustee ("UST") filed its Omnibus Objection of the United States Trustee Regarding Fee Applications for Second Interim Awards of Compensation and Reimbursement of Out-of-Pocket Expenses on March 25, 2013 (the "UST Objection"), and objected to the allowance of $172,635 in fees and expenses in the amount of $29,949 requested by MFC.

2.      The following is a summary of the UST's objections to MFC fees during the Second Interim Fee Period and MFC's responses, by category:

a.      Vague Time Entries

Objection: Mesirow's time records for this Fee Period include vague time records. Annexed [to the UST Objection] as Exhibit L, is a copy of Mesirow's time records marked with the annotations "V" to highlight the non-compliant, vague time entries. The objectionable time entries

aggregate to $40,041.00. Therefore, the United States Trustee requests that the Court reduce Mesirow's fees for those services by $40,041.00.

Response: MFC has provided further explanations for the time entries identified by the UST, attached in redacted form as Exhibit A hereto, that provide sufficient detail to support compensation for the time incurred. While MFC does not agree that many of the original time records included insufficient detail, MFC agrees to reduce its fees by 10% of the total fees identified by the UST, consistent with the settlement parameters agreed by all professionals in connection with such entries during the First Interim Fee Period, for a total of $4,004.

b.    Overhead Budget Costs

Objection: A review of Mesirow's time entries shows that Mesirow professionals expended $12,977.00 on services related to internal budgeting. Attached [to the UST Objection] as Exhibit L is a copy of the relevant time records marked with "B" to highlight the entries related to internal budgeting. The United States Trustee objects to these fees because such services are overhead and not compensable. Therefore, the United States Trustee requests that the Court reduce Mesirow's fee request by $12,977.00.

Response: The time incurred in connection with budgeting was reasonable and necessary and did not represent work that should be classified as overhead. Preparing and updating a detailed work plan and budget identifying categories of work, tasks and professional resources necessary to complete the same, as well as monitoring actual fees in comparison with such budget, is an essential component of the efficient completion of MFC's work in this large and highly complex matter. MFC assigned these tasks to three professionals with the requisite levels of skill and experience, including a paraprofessional specializing in billing matters and a member of the engagement leadership team with knowledge of the engagement objectives, work plan,

professionals assigned to various teams and tasks, and resultant fees and expenses incurred. These tasks were not clerical in nature.  However, to address the concerns of the UST, MFC agrees to reduce the fees identified by the UST related to budgeting by 25%, or $3,244.

c.    Fee Application Preparation

Objection: Mesirow requests $239,235.00 for 680.6 hours under the project category "Fee / Retention Applications." The fees under this category represent 2.24% of the overall fee request. A review of the time records indicates that Mesirow personnel expended significant amounts of time under this project category on reviewing and reconciling budgets and on the review and editing of time records. Attached [to the UST Objection] as Exhibit L is a copy of Mesirow's time records under this project category. Although the United States Trustee acknowledges that this amount falls below the Court's 3–5% range in Mesa Air Group, the United States Trustee objects to these fees because the fees are excessive under the facts and circumstances. The United States Trustee notes that during the First Interim Fee Period, Mesirow charged $133,600.00 under the same project category. Thus, between its retention date of July 24, 2012 to the end of this Fee Period, Mesirow charged the estate a combined total of $372,835.00 under this project category. The United States Trustee further notes that, in comparison to Mesirow, Chadbourne expended less in fees ($151,246.00) during this Fee Period under a similar project category despite the fact that it billed significantly more (totaling $17,301,345.50) than Mesirow. Accordingly, the United States Trustee requests that the Court reduce the fees under this project category by 50%, or by approximately $119,617.50.

Response:  MFC submits that the amount billed in connection with the preparation of fee statements and fee applications is well within a reasonable range of fees in light of the facts and circumstances of the case.  As the UST notes, MFC's fees are below the Court's 3–5% range in

Mesa Air Group. Further, the UST's statement that MFC billed $133,600 under the fee/retention applications project category in the First Interim Fee Period is incorrect. MFC incurred $133,600 but took a voluntary reduction of $84,221 for fees related to its retention application plus an additional $3,328 reduction in response to the UST's objection to that application, for a total of $87,549. Further, MFC voluntarily did not bill fees of $33,984 incurred in the Second Interim Fee Period in connection with responding to the objection filed by the UST to MFC's First Interim Fee Application. Thus, MFC billed only $46,051 for fee/retention applications in the First Interim Fee Period, and $285,286 for the case-to-date, for a total of 2.1% of total fees.

In its omnibus response, the UST cites In re Computer Learning Centers, Inc. to support the premise that time spent under this project category on reviewing and reconciling budgets and on the review and editing of time records should not be compensable. First, several of the assertions in that case are incorrect as applied to the facts and circumstances in this matter. MFC does not regularly prepare detailed time records for non-bankruptcy clients, and thus additional effort is required to complete, compile, reconcile and review the time detail for a bankruptcy client. As a general matter, MFC does charge its bankruptcy and non-bankruptcy clients for preparing bills, particularly those that require maintaining detailed time records. As such, these tasks are not appropriately considered part of MFC's overhead. Second, to the extent that the UST is addressing budgets, $9,526 of the amounts to which the UST objected in paragraph (b) above were included in the fee/retention applications category, and thus any objection as to those amounts is duplicative.

However, to address the concerns of the UST, MFC agrees to reduce its fees related to fee/retention applications by $28,825, which is calculated as the $119,618 requested by the UST less the voluntary reductions taken in the First Interim Fee Period of $87,549 and the $3,244

4

agreed reduction for budget costs in the Second Interim Fee Period.  As a result, MFC's fees in

the fee/retention applications category would be $210,410 for the Second Interim Fee Period and

$256,451 for the case-to-date, representing 1.9% of total fees.

   3. The following is a summary of the UST objections to MFC expenses

during the Second Interim Fee Period and MFC's response, by category:

a. <u>Airfare</u>

  Objection: Mesirow seeks reimbursement of $29,949.00 related to airfare expenses. The

Mesirow fee application indicates that Mesirow "billed airfare only for coach class tickets or the

contemporaneous equivalent thereto." Mesirow Fee Application, ¶ 22. The United States Trustee

requests additional information on the method that Mesirow calculated the non-coach

"contemporaneous equivalent" to ensure that such airfare expense constituted a reasonable

expenditure. Therefore, the United States Trustee requests that the Court withhold authorization of

$29,949.00 related to the airfare expenses until the requested documentation is provided.

  Response: All fares submitted for reimbursement by MFC were for coach class tickets or

were reduced to the contemporaneous equivalent coach class fare when circumstances dictated

that a higher class of service be utilized.  The contemporaneous equivalent coach class fare was

determined by requesting that MFC's travel agent obtain a quotation for a coach class fare for the

requested itinerary on the same date of travel.

  In three instances during the Second Interim Fee Period, MFC professionals traveled on a

"Y-Up" fare, which is a discounted first class seat at a coach class price and can be less

expensive than an equivalent coach class fare.  As the equivalent coach class fare was higher in

each case, no adjustment is necessary.  However, in reviewing these fares and related receipts,

MFC determined that it erred in not reflecting an unused credit issued for one leg of travel for which a replacement "Y-Up" fare was purchased.  As such, MFC is reducing airfare by $304.

A summary of all airfare expenses incurred in the Second Interim Fee Period, along with receipts for each of the itineraries including "Y-Up" fares and documentation of the equivalent coach class fares, are attached as Exhibit B.

4.      In summary, MFC agrees to reductions totaling $36,073 in fees and $304 in expenses as described above and summarized in Exhibit C and submits that the supplemental information provided in this response and the exhibits thereto provides sufficient support for compensation and reimbursement of the other fees and expenses identified by the UST.

Dated: New York, New York
April 9, 2013

**MESIROW FINANCIAL CONSULTING, LLC**
By: /s/ Ralph S. Tuliano
Ralph S. Tuliano
Chief Executive Officer
Mesirow Financial Consulting, LLC
666 Third Avenue, 21st Floor
New York, NY 10017

**EXHIBIT A**

RESIDENTIAL CAPITAL, LLC, et al.,
Vague Time Entries
September 1, 2012 through December 31, 2012

| Name | Date | Original Description | Revised Description | Time | Amount |
|------|------|---------------------|---------------------|------|--------|
| Atkinson, James | 10/26/12 | Review case matters and project activities. | Review case matters including staffing and scheduling for various analyses in progress as well as those anticipated. | 1.0 | $ 895 |
| Crisman, Daniel | 10/11/12 | Analyze and assemble supporting documentation. | Analyze and assemble supporting documentation ███████ in ███████ analysis. | 2.8 | $ 994 |
| Cummings, Colleen | 09/01/12 | Upload various documents into Synthesis. | Upload various documents into Synthesis ███████ | 4.2 | $ 882 |
| Cummings, Colleen | 09/04/12 | Upload various documents into Synthesis. | Upload various documents into Synthesis ███████ | 3.2 | $ 672 |
| Duncan, Oneika | 09/04/12 | Compile and assemble documentation as requested. | Compile and assemble documents related to T. Martin (MFC)  request for documents ███████. | 2.1 | $ 441 |
| Duncan, Oneika | 11/13/12 | Compile documents related to requests received from transaction team. | Retrieve and review documents from Relativity database related to ███████. | 1.3 | $ 273 |

**EXHIBIT A**

RESIDENTIAL CAPITAL, LLC, et al.,
Vague Time Entries
September 1, 2012 through December 31, 2012

| Name | Date | Original Description | Revised Description | Time | Amount |
|---|---|---|---|---|---|
| Faulkner, Kevin | 09/04/12 | Provide Synthesis support to users. | Provide guidance and support on uploading documents and defining transactions in Synthesis to MFC staff, in preparation for Chadbourne to use the system. | 1.2 | $ 906 |
| Feltman, James | 10/22/12 | Address various scheduling and calendar matters. | Address various scheduling and calendar matters relating to deadlines for interim work product on ███████████████████. | 0.3 | $ 269 |
| Feltman, James | 11/05/12 | Review open item log and follow-up on inquiries. | Review open item log ███████████████ and follow-up on inquiries regarding status. | 0.2 | $ 179 |
| Feltman, James | 11/02/12 | Review and consider document production and timing issues. | Review and consider document production and timing issues based on productions to date by Debtors, AFI and Cerberus, requests to various financial advisors, and recent meetings with the Ally and the Debtors. | 0.8 | $ 716 |
| Feltman, James | 12/04/12 | Read and review discovery materials. | Read and review ████████ materials related to ██████████ ████████████████. | 1.1 | $ 985 |
| Feltman, James | 12/18/12 | Review and analyze new discovery. | Review and analyze new discovery from Cadwalader containing several ██████████████████. | 0.4 | $ 358 |
| Feltman, James | 12/27/12 | Read and review materials from recent document production. | Read and review materials from recent document production from Ally on various matters including ████████████████████. | 1.9 | $ 1,701 |
| Feltman, James | 12/27/12 | Read and review current discovery. | Read and review materials from recent document production from Wyman ████████████████████. | 0.5 | $ 448 |
| George, Shante | 09/20/12 | Analyze documents identified based on search ██████████ | Analyze Relativity document search results for ███████████ and provide relevant documents to MFC team. | 0.9 | $ 626 |
| George, Shante | 09/28/12 | Analyze documents relating to various ██████████████. | Analyze Relativity document search results relating to ████████████ as requested by M. Korycki (MFC). | 1.8 | $ 1,251 |
| King, David | 09/27/12 | Review project status. | Participate in call with MFC Bank transaction team to discuss progress of ████ analysis of ████████████████. | 0.3 | $ 257 |
| King, David | 12/14/12 | Review workplan for project. | Review status of ███████████████████████████ including revision of workplan for remaining tasks. | 1.0 | $ 855 |
| Knoll, Melissa | 09/04/12 | Call with Chadbourne on Synthesis. | Participate in webinar with M. Towers and E. Miller (Chadbourne), B. Pachmayer and D. Ruegg to demonstrate Synthesis capabilities regarding ████████████████; participate in follow-up discussions with team regarding the same. | 1.2 | $ 1,074 |

**EXHIBIT A**

RESIDENTIAL CAPITAL, LLC, et al.,
Vague Time Entries
September 1, 2012 through December 31, 2012

| Name | Date | Original Description | Revised Description | Time | Amount |
|------|------|---------------------|---------------------|------|--------|
| Knoll, Melissa | 09/04/12 | Coordinate meetings and calls. | Coordinate with H. Seife (Chadbourne) regarding time and topics for call with M. Puntus (Centerview) and correspond with team members regarding attendees for meetings ▇▇▇▇▇▇▇▇▇. | 0.2 | $ 179 |
| Knoll, Melissa | 09/04/12 | Coordinate various case activities. | Provide feedback on posting initial documents and witness information on Synthesis; compile materials necessary for upcoming meetings with Chadbourne and Evercore. | 0.2 | $ 179 |
| Knoll, Melissa | 09/04/12 | Follow up calls on Synthesis. | Make follow-up calls to team members to address Synthesis open items identified by counsel including input template, upload process and other start-up matters. | 0.2 | $ 179 |
| Knoll, Melissa | 09/05/12 | Address staffing, budgeting and workplan for knowledge management. | Determine staff needs and resultant budget for knowledge management workstream, including Relativity search and review team. | 0.3 | $ 269 |
| Knoll, Melissa | 09/05/12 | Coordinate Centerview meeting. | Send email to M. Puntus (Centerview) to coordinate meeting time and place and correspond internally regarding attendees and documents needed. | 0.1 | $ 90 |
| Knoll, Melissa | 09/06/12 | Perform various case administrative tasks. | Advise regarding times for meeting with Centerview.  Request materials related to Evercore meeting. | 0.2 | $ 179 |
| Knoll, Melissa | 09/11/12 | Address staffing. | Identify needs and options for staff assistance to Forensics team for witness interview preparation and Relativity searches. | 0.2 | $ 179 |
| Knoll, Melissa | 09/12/12 | Address staffing. | Follow up regarding needs for additional staff for Forensic teams in anticipation of upcoming interviews. | 0.1 | $ 90 |
| Knoll, Melissa | 09/12/12 | Follow up on Synthesis. | Review Synthesis to assess usage and data population. | 0.1 | $ 90 |
| Knoll, Melissa | 09/17/12 | Address staffing. | Review staff assignments relative to workplan and recommend adjustments. | 0.2 | $ 179 |
| Knoll, Melissa | 09/19/12 | Address staffing and administrative issues. | Address staffing and administrative issues in connection with workplan. | 0.2 | $ 179 |
| Knoll, Melissa | 09/19/12 | Coordinate various calls. | Correspond with B. Lacativo to arrange call/meeting between technology and professonal staff to dicusss email review tool. | 0.1 | $ 90 |
| Knoll, Melissa | 09/19/12 | Forward requested information. | Obtain and forward to the Examiner summaries from meetings with financial advisors. | 0.1 | $ 90 |
| Knoll, Melissa | 09/21/12 | Follow up regarding calls on ▇▇▇▇▇▇▇▇. | Follow up with K. Mathieu (MFC) regarding topics for calls on ▇▇▇▇▇▇▇▇▇▇▇▇▇. | 0.1 | $ 90 |

**EXHIBIT A**

RESIDENTIAL CAPITAL, LLC, et al.,
Vague Time Entries
September 1, 2012 through December 31, 2012

| Name | Date | Original Description | Revised Description | Time | Amount |
|------|------|---------------------|---------------------|------|--------|
| Knoll, Melissa | 09/25/12 | Coordinate meetings. | Correspond with team members about following week's meeting with Chadbourne and potential topics and attendees relative to ███████. | 0.1 | $ 90 |
| Knoll, Melissa | 09/12/12 | Prepare materials for review. | Identify and compile materials for review, including materials █████████ and other documents. | 0.2 | $ 179 |
| Knoll, Melissa | 10/10/12 | Advise on Synthesis update issue. | Respond to question about ██████████ in Synthesis. | 0.1 | $ 90 |
| Knoll, Melissa | 10/10/12 | Coordinate calls. | Arrange update calls with derivatives, swaps and hedges team. | 0.1 | $ 90 |
| Knoll, Melissa | 10/10/12 | Review information on email review tool / discovery tool. | Review email summary from K. Faulkner (MFC) regarding capabilities, benefits and limitations of using Catelas email review tool in discovery process and responses to questions from counsel. | 0.2 | $ 179 |
| Knoll, Melissa | 10/24/12 | Follow up on information regarding documents produced. | Follow up on information regarding documents produced in connection with analysis ███████████. | 0.2 | $ 179 |
| Knoll, Melissa | 11/12/12 | Review actual weekly fees vs. budget. | Review actual weekly fees vs. budget to ascertain and follow-up regarding any variances and determine necessary changes to workplan or staffing. | 0.2 | $ 179 |
| Knoll, Melissa | 11/12/12 | Follow up regarding document requests. | Review internal correspondence and emails with FTI and MoFo regarding ███████████; review correspondence with C. Child (C&P) regarding meeting with ResCap to discuss document requests. | 0.2 | $ 179 |
| Knoll, Melissa | 12/20/12 | Outline potential areas of assistance for available staff. | Outline potential areas of assistance by a professional in email to leadership team, █████████. | 0.2 | $ 179 |
| Knoll, Melissa | 12/12/12 | Obtain update on search status and request related assistance. | Obtain update on Relativity search status and request related assistance to identify document needed based on meetings with the Debtors. | 0.2 | $ 179 |
| Lacativo, Bert | 09/27/12 | Develop plan to ██████████. | Develop workplan and analyses to be performed relating to ███████████. | 1.0 | $ 895 |
| Martin, Timothy | 09/04/12 | Analyze communication with ██████. | Analyze communication with ███████████. | 1.8 | $ 1,539 |
| Martin, Timothy | 09/10/12 | Review correspondence related to scheduled interview candidate. | Review correspondence involving ████████ in preparation for interview of ██████. | 2.4 | $ 2,052 |

**EXHIBIT A**

RESIDENTIAL CAPITAL, LLC, et al.,
Vague Time Entries
September 1, 2012 through December 31, 2012

| Name | Date | Original Description | Revised Description | Time | Amount |
|------|------|--------------------|--------------------|------|--------|
| Mathieu, Ken | 09/27/12 | Review and analyze ███████████. | Review and analyze ████████████ | 2.1 | $ 1,796 |
| Mathieu, Ken | 09/27/12 | Review and analyze ███████████. | Review and analyze ████████████ | 1.2 | $ 1,026 |
| Mathieu, Ken | 09/27/12 | Review and analyze ███████████. | Review and analyze ████████████ | 0.7 | $ 599 |
| Mathieu, Ken | 09/27/12 | Review and analyze ███████████. | Review and analyze ████████████ | 0.5 | $ 428 |
| McColgan, Kevin | 09/13/12 | Obtain status update. | Obtain status update regarding witness interview schedule and information needed in preparation for upcoming interview ████ | 0.3 | $ 257 |
| McColgan, Kevin | 09/12/12 | Review analyst reports. | Review ████████ reports regarding ████████ | 0.4 | $ 342 |
| McColgan, Kevin | 11/05/12 | Review open information request items. | Review open information request regarding follow up on items still outstanding from counsel ████████. | 0.3 | $ 257 |
| McColgan, Kevin | 12/21/12 | Review additional materials distributed in preparation for conference call. | Review additional materials distributed in preparation for attending conference call on report drafting, by report section, between MFC and Chadbourne teams on 12/21/12. | 0.4 | $ 342 |
| Merced, Justin | 09/14/12 | Analyze and assemble information relating to ████████ for assistance in interview preparation. | Analyze and review documents selected by MFC and C&P in preparation for the upcoming witness interview ████████ including assembly of information relating to various ████████. | 3.5 | $ 1,103 |
| Merced, Justin | 10/08/12 | Update recalculations including compilation of source data. | Update ████████████ analysis including compilation of sources ████████. | 2.3 | $ 725 |
| Seabury, Susan | 09/25/12 | Review notes of meetings with various parties. | Review notes of meeting between Kramer Levin and the MFC team. | 0.8 | $ 684 |
| Seabury, Susan | 09/25/12 | Review related documents in preparation for meeting. | Review documents referenced in Kramer Levin presentation. | 0.7 | $ 599 |
| Seabury, Susan | 09/27/12 | Attend conference call with counsel. | Attend conference call with counsel related to ████ and ongoing analyses. | 0.7 | $ 599 |

**EXHIBIT A**

RESIDENTIAL CAPITAL, LLC, et al.,
Vague Time Entries
September 1, 2012 through December 31, 2012

| Name | Date | Original Description | Revised Description | Time | Amount |
|------|------|---------------------|---------------------|------|--------|
| Steele, Matthew | 12/12/12 | Review documents received in response to discovery. | Review documents received in response to discovery related to ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ information. | 1.9 | $ 1,625 |
| Strong, Takara | 12/17/12 | Download documents for forensics team. | Perform search in Relativity for documents related to ▮▮▮▮▮ re-name documents in chronological order and distribute to the Forensics team. | 2.1 | $ 441 |
| Strong, Takara | 12/20/12 | Download documents for forensics team. | Conduct a search in Relativity for ▮▮▮▮▮▮▮▮ and re-name documents in chronological order for distribution to the Forensics team. | 0.7 | $ 147 |
| Tan, Ching Wei | 09/12/12 | Analyze information request for other advisors. | Analyze information in relation to revising discovery request for ResCap's financial advisors. | 2.1 | $ 1,586 |
| Troia, Donna | 09/18/12 | Revise and update document request list. | Revise and update document request list for Debtors, Ally and third parties pertaining ▮▮▮▮▮▮▮▮▮▮▮▮ | 1.3 | $ 1,112 |
| Troia, Donna | 09/19/12 | Revise and update document request list. | Revise and update document request list for Debtors, Ally and third parties pertaining to ▮▮▮▮▮▮▮▮ . | 1.2 | $ 1,026 |
| Troia, Donna | 09/20/12 | Revise and update document request list. | Revise and update document request list for Debtors, Ally and third parties ▮▮▮▮▮▮▮▮▮ . | 0.8 | $ 684 |
| Troia, Donna | 12/11/12 | Prepare for ResCap meetings. | Prepare for meeting with ResCap Servicing management to discuss ▮▮▮ . | 0.9 | $ 770 |
| Tuliano, Ralph | 12/17/12 | Review recent document productions and interview summaries. | Review recent document productions from the Debtor, Ally and other parties as well as summaries of recent interviews for data ▮▮▮▮▮▮ . | 2.9 | $ 2,596 |
| Vanderkamp, Anne | 10/12/12 | Revise discovery issues memo. | Revise memo summarizing document requests and other discovery issues based on feedback from T. Martin (MFC). | 1.5 | $ 1,133 |
| Vanderkamp, Anne | 12/18/12 | Review and analyze documents produced by the Debtor relative to requests. | Review and analyze documents produced by Debtors in response to MFC's specific discovery requests to assess content and sufficiency for use by workstreams. | 1.3 | $ 982 |

**EXHIBIT A**

RESIDENTIAL CAPITAL, LLC, et al.,
Vague Time Entries
September 1, 2012 through December 31, 2012

| Name | Date | Original Description | Revised Description | Time | Amount |
|------|------|---------------------|---------------------|------|--------|
| Vanderkamp, Anne | 12/19/12 | Review and analyze documents produced by the Debtor relative to requests. | Review and analyze documents produced by Debtors in response to MFC's specific discovery requests to assess content and sufficiency for use by workstreams. | 1.8 | $ 1,359 |
| Vanderkamp, Anne | 12/20/12 | Coordinate with MFC team regarding additional Debtor discovery requests. | Review outstanding debtor discovery request list with MFC team members to determine which documents have been produced to date and follow up with Chadbourne regarding requests that remain outstanding. | 2.8 | $ 2,114 |
| Voronovitskaia, Alla | 12/17/12 | Receive guidance regarding progress of search. | Participate in work session to determine status of document searches relating to ███████. | 1.1 | $ 231 |
| Weinberg, Jonathan | 09/02/12 | Revise and update document request list. | Revise and update document request list for Debtors, Ally and third parties to include items ███████. | 1.1 | $ 765 |
| Weinberg, Jonathan | 09/15/12 | Revise and update document request list. | Revise and update document request list for Debtors, Ally and third parties to include items ███████. | 1.7 | $ 1,182 |
| Weinberg, Jonathan | 09/24/12 | Revise and update document request list. | Revise and update document request list for Debtors, Ally and third parties to include items ███████. | 2.1 | $ 1,460 |
| Weinberg, Jonathan | 12/15/12 | Revise and update document request list. | Revise and update document request list for Debtors, Ally and third parties to include items ███████. | 0.6 | $ 417 |
| Williams, Jack | 09/18/12 | Analyze and update master task list. | Analyze and update master task list, focusing on the issues associated with ███████ issues. | 1.1 | $ 985 |
| Williams, Jack | 09/27/12 | Analyze issues regarding financial facts. | Analyze issues regarding ███████. | 2.2 | $ 1,969 |
| Williams, Jack | 10/21/12 | Analyze master topic outline and prepare analysis regarding the same. | Analyze master topic outline regarding ███████ and prepare analysis regarding the same. | 2.1 | $ 1,880 |
| Zembillas, Michael | 09/06/12 | Revise and update summary of various information. | Revise and update summary of ███████. | 1.8 | $ 1,251 |

7 of 7

**EXHIBIT B**

RESIDENTIAL CAPITAL, LLC, et al.
Detailed Description of Airfare
September 1, 2012 through December 31, 2012

| Name | Date | Description | Amount | Class/Comment | |
|------|------|-------------|--------|---------------|---|
| Knoll, Melissa | 09/04/12 | Air (Round trip from Chicago, IL to New York, NY) | $    573 | Coach | |
| Martin, Timothy | 09/06/12 | Air (Round trip from Boston, MA to New York, NY) | 1,121 | Coach | |
| Knoll, Melissa | 09/10/12 | Air (Round trip from Chicago, IL to New York, NY) | 569 | Coach | |
| Martin, Timothy | 09/10/12 | Air (Round trip from Boston, MA to New York, NY) | 863 | Coach | |
| Martin, Timothy | 10/02/12 | Air (Round trip from Boston, MA to New York, NY) | 992 | Coach | |
| Mathieu, Ken | 10/02/12 | Air (Round trip from Chicago, IL to New York, NY) | 733 | Coach | |
| Weinberg, Jonathan | 10/02/12 | Air (Round trip from Chicago, IL to New York, NY) | 1,275 | Coach | |
| Knoll, Melissa | 10/04/12 | Air (Round from Chicago, IL to Philadelphia / New York, NY to Chicago, IL) | 677 | Y-Up | Equivalent coach class fare for return: $885 (vs. $373).  Reducing by $303.80 original fare for which unused flight credit was issued |
| Knoll, Melissa | 10/16/12 | Air (Round trip from Chicago, IL to New York, NY) | 490 | Coach | |
| Mathieu, Ken | 10/16/12 | Air (Round trip from Chicago, IL to New York, NY) | 377 | Coach | |
| Martin, Timothy | 10/18/12 | Air (Round trip from Boston, MA to New York, NY) | 992 | Coach | |
| Knoll, Melissa | 10/22/12 | Air (Round trip from Chicago, IL to Detroit, MI) | 560 | Coach | |
| Martin, Timothy | 10/22/12 | Air (Round trip from Boston, MA to Detroit, MI) | 1,501 | Coach | |
| Mathieu, Ken | 10/22/12 | Air (Round trip from Chicago, IL to Detroit, MI) | 588 | Coach | |
| McColgan, Kevin | 10/22/12 | Air (Round trip from New York, NY to Detroit, MI) | 1,359 | Coach | |
| Lacativo, Bert | 10/23/12 | Air (Round trip from Dallas, TX to New York, NY) | 1,030 | Coach | |
| Knoll, Melissa | 11/06/12 | Air (Round trip from Chicago, IL to New York, NY) | 607 | Coach | |
| Lacativo, Bert | 11/07/12 | Air (Round trip from Dallas, TX to New York, NY) | 520 | Coach | |
| Mathieu, Ken | 11/08/12 | Air (Round trip from Chicago, IL to New York, NY) | 501 | Coach | |
| Knoll, Melissa | 11/12/12 | Air (Round trip from Chicago, IL to San Francisco, CA) | 1,235 | Y-Up | Equivalent coach class fare: $1,422 |
| Martin, Timothy | 11/13/12 | Air (Round trip from Boston, MA to New York, NY) | 863 | Coach | |
| Feltman, James | 11/19/12 | Air (Round trip from New York, NY to Charlotte, NC) | 648 | Coach | |
| Martin, Timothy | 11/19/12 | Air (Flight from Boston, MA to New York, NY / New York, NY to | 1,322 | Y-Up | Equivalent coach class fare: $1,690 |
| Mathieu, Ken | 11/19/12 | Air (Round trip from Chicago, IL to New York, NY) | 869 | Coach | |
| Knoll, Melissa | 11/26/12 | Air (Flight from Chicago, IL to San Francisco, CA) | 496 | Coach | |
| Knoll, Melissa | 11/27/12 | Air (Flight from San Francisco, CA to Salt Lake City, UT) | 398 | Coach | |
| Martin, Timothy | 11/27/12 | Air (Round trip from Boston, MA to Detroit, MI) | 1,241 | Coach | |
| Knoll, Melissa | 11/28/12 | Air (Flight from Tucson, AZ to San Francisco, CA) | 158 | Coach | |
| Lacativo, Bert | 11/28/12 | Air (Round trip from Dallas, TX to New York, NY) | 540 | Coach | |
| Knoll, Melissa | 11/30/12 | Air (Flight from San Francisco, CA to Chicago, IL) | 188 | Coach | |
| Mathieu, Ken | 12/03/12 | Air (Round trip from Chicago, IL to New York, NY) | 208 | Coach | |
| Martin, Timothy | 12/04/12 | Air (Round trip from Boston, MA to Philadelphia, PA) | 851 | Coach | |
| Knoll, Melissa | 12/06/12 | Air (Round trip from Chicago, IL to New York, NY) | 661 | Coach | |
| Knoll, Melissa | 12/10/12 | Air (Flight from Chicago, IL to Philadelphia, PA / Philadelphia, PA to New York, NY / New York, NY to Chicago, IL) | 513 | Coach | |
| Martin, Timothy | 12/10/12 | Air (Round trip from Boston, MA to Philadelphia, PA) | 604 | Coach | |
| Mathieu, Ken | 12/10/12 | Air (Round trip from Chicago, IL to Philadelphia, PA) | 989 | Coach | |
| Vanderkamp, Anne | 12/10/12 | Air (Round trip from Chicago, IL to Philadelphia, PA) | 393 | Coach | |
| Weinberg, Jonathan | 12/10/12 | Air (Round trip from Chicago, IL to Philadelphia, PA) | 779 | Coach | |
| Lacativo, Bert | 12/12/12 | Air (Round trip from Dallas, TX to New York, NY) | 176 | Coach | |
| Martin, Timothy | 12/13/12 | Air (One way from Boston, MA to New York, NY) | 466 | Coach | |
| Martin, Timothy | 12/17/12 | Air (One way from New York, NY to Boston, MA) | 443 | Coach | |
| Knoll, Melissa | 12/19/12 | Air (Round trip from Chicago, IL to New York, NY) | 588 | Coach | |
| | | *Airfare Total* | $    29,949 | | |

*   Y-Up fare is a first class seat at a coach class price and can be less than an equivalent coach class fare.



60 Revere Drive
Suite 900
Northbrook, IL  60062
847-498-9750

Sale Invoice No: 1236436
Date Issued: 10/4/2012
Agent: Rene Kentgen

Mesirow Financial
353 North Clark Street
Chicago IL  60654

| Passenger | | Department | Depart Date | Return Date | Remarks | | |
|---|---|---|---|---|---|---|---|
| Type | Ticket/Conf No | | Airline/Vendor | | Itin | | Total Fare |
| From | | To | Flight | A/L | Depart | Arrive | |
| Knoll/Melissa Kibler | | CF-3700-10830 | 10/4/2012 | 10/4/2012 | CONSULTING* | | |
| Dom. Air | 7137253684 | | American Airlines | | LGA/ORD | | 350.10 |
| LGA New York | | ORD Chicago | 337 | AA | 10/4/2012 3:00:00 PM | 10/4/2012 4:35:00 PM | |
| | | | | | | | |
| Knoll/Melissa Kibler | | CF-3700-10830 | 12/30/2012 | | CONSULTING* | | |
| CC Service Fee | 1766190716 | | CC Ticket Transaction Fee | | | | 23.00 |

| Payments Applied To This Invoice | | | | | |
|---|---|---|---|---|---|
| MC 55-XXXX-0678 | | Received | 10/4/2012 | Pymt For Inv #1236436 | -23.00 |
| MC 55-XXXX-0678 | | Received | 10/4/2012 | Pymt For Inv #1236436 | -350.10 |
| | | | | | -373.10 |

Invoice Total:     373.10
Payment Total:    -373.10
Balance Due:        0.00

**From:** Linda York [mailto:lyork@graystravel.com]
**Sent:** Friday, April 05, 2013 1:05 PM
**To:** Shaw, Tonya
**Subject:** FW: **Invoice 1236436**

Tonya, the straight coach fare was 885.00 one way.

YA2AA        Y X   885.00

Linda York
Gray's Travel Management Services
P. 847.498.9750
P. 800.966.TRAV(8728)
F.847.498.8728



**GRAYS TRAVEL MANAGEMENT**
*WE APPRECIATE YOUR BUSINESS*
Phone: 847-498-9750
INFO@GRAYSTRAVEL.COM

## Electronic Invoice

**Prepared For:**

**KNOLL/MELISSA KIBLER**                     Ref:    **CONSULTING***

| | |
|---|---|
| SALES PERSON | 55 |
| INVOICE NUMBER | 1235612 |
| INVOICE ISSUE DATE | 27 Sep 2012 |
| RECORD LOCATOR | OHVNJK |
| CUSTOMER NUMBER | 016415 |

Client Address

MESIROW FINANCIAL
323 N CLARK ST
8TH FLOOR
CHICAGO IL 60654

Notes
** FOR ALL NONREFUNDABLE FARES IF TICKET NOT
USED THE RESERVATION MUST BE CANCELLED BY THE
TIME OF TRAVEL. IF NOT CANCELLED THE TICKET WILL
HAVE NO VALUE.
*

**FOR INTERNATIONAL TRAVEL **
US CITIZENS MUST HAVE VALID PASSPORT FOR TRAVEL TO
ANY FOREIGN DESTINATIONS INCLUDING CANADA MEXICO
AND CARIBBEAN

ENTRY REQUIREMENTS VARY FROM COUNTRY TO COUNTRY.
SOME COUNTRIES REQUIRE VISAS SOME COUNTRIES REQUIRE
2 BLANK VISA PAGES SOME REQUIRE THE PASSPORT TO BE
VALID FOR 6 MONTHS AFTER DEPARTING THE COUNTRY.
GO TO WEBSITE WWW.TRAVEL.STATE.GOV/TRAVEL FOR
DETAILED ENTRY REQUIREMENTS FOR ANY COUNTRY.
**

### DATE: Sun, Sep 30

Flight: US AIRWAYS 997

| | | | |
|---|---|---|---|
| From | CHICAGO OHARE, IL | Departs | 9:50am |
| To | PHILADELPHIA, PA | Arrives | 12:44pm |
| Departure Terminal | 2 | Arrival Terminal | B |
| Duration | 01hr(s) :54min(s) | Class | Coach |
| Type | AIRBUS INDUSTRIE A320 JET | Meal | |
| Stop(s) | Non Stop | | |
| Seat(s) Details | KNOLL/MELISSA KIBLER | Seat(s) - 23C | UA - XXXXXX 46 |

**DATE: Tue, Oct 02**

Hotel:  W HOTELS, W NEW YORK
541 LEXINGTON AVENUE
NEW YORK NY 10022

| | | | |
|---|---|---|---|
| Service City | NEW YORK LGA | | |
| Check-In | 02 Oct | Check-Out | 04 Oct |
| Rooms(s) | 1 | Room Details | WONDERFUL NON -SMOKING ROOM:W S WI-FI INTERNET FOR A FEE:TIVOL |
| Night(s) | 2 | Rate per Night | 469.00 USD |
| Confirmation Number | C215418662 | Frequent Traveler | |
| CD- | 34946 | Member ID- | A511973872 |
| Service Information | | Phone | 1-212-755-1200 |
| Guarantee | Guaranteed Late Arrival | | |

**DATE: Thu, Oct 04**

Flight:  UNITED AIRLINES 1072

| | | | |
|---|---|---|---|
| From | NEW YORK LGA, NY | Departs | 4:00pm |
| To | CHICAGO OHARE, IL | Arrives | 5:38pm |
| Departure Terminal | B | Arrival Terminal | 1 |
| Duration | 02hr(s) :38min(s) | Class | UNITED_ECONOMY |
| Type | BOEING 737-700 JET | Meal | Food and Beverage for Purchase |
| Stop(s) | Non Stop | | |
| Seat(s) Details | KNOLL/MELISSA KIBLER | Seat(s) - 11E | UA  - XXXXXX 46 |

**DATE: Wed, Dec 05**

Others

AGENCY RETENTION LINE Processing Fee 1718190011

Billed to:    CA XXXXXXXXXXXX0678                    USD * 23.00

## Ticket Information

| Ticket Number | US 7134740973 | Passenger | KNOLL MELISSA KIBLER | | |
|---|---|---|---|---|---|
| | | Billed to: | CA XXXXXXXXXXXX0678 | USD | * 584.60 |

SubTotal            USD 607.60
Net Credit Card Billing        * USD 607.60

Total Amount Due        USD 0.00

$303.80        1/2  ACLI
              1/2  RECAP

9/28/2012



**GRAYS TRAVEL MANAGEMENT**
*WE APPRECIATE YOUR BUSINESS*
**Phone: 847-498-9750**
**INFO@GRAYSTRAVEL.COM**

## Electronic Invoice

**Prepared For:**

# KNOLL/MELISSA KIBLER
Ref:  **CONSULTING***

| | |
|---|---|
| SALES PERSON | 55 |
| INVOICE NUMBER | 1236436 |
| INVOICE ISSUE DATE | 04 Oct 2012 |
| RECORD LOCATOR | IOTTCR |
| CUSTOMER NUMBER | 016415 |

**Client Address**

MESIROW FINANCIAL
323 N CLARK ST
8TH FLOOR
CHICAGO IL 60654

Notes
** FOR ALL NONREFUNDABLE FARES IF TICKET NOT
USED THE RESERVATION MUST BE CANCELLED BY THE
TIME OF TRAVEL. IF NOT CANCELLED THE TICKET WILL
HAVE NO VALUE.
*
**FOR INTERNATIONAL TRAVEL **
US CITIZENS MUST HAVE VALID PASSPORT FOR TRAVEL TO
ANY FOREIGN DESTINATIONS INCLUDING CANADA MEXICO
AND CARIBBEAN
*
ENTRY REQUIREMENTS VARY FROM COUNTRY TO COUNTRY.
SOME COUNTRIES REQUIRE VISAS SOME COUNTRIES REQUIRE
2 BLANK VISA PAGES SOME REQUIRE THE PASSPORT TO BE
VALID FOR 6 MONTHS AFTER DEPARTING THE COUNTRY.
GO TO WEBSITE WWW.TRAVEL.STATE.GOV/TRAVEL FOR
DETAILED ENTRY REQUIREMENTS FOR ANY COUNTRY.
**

## DATE: Thu, Oct 04

**Flight: AMERICAN AIRLINES 337**

| | | | |
|---|---|---|---|
| From | NEW YORK LGA, NY | Departs | 3:00pm |
| To | CHICAGO OHARE, IL | Arrives | 4:35pm |
| Departure Terminal | B | Arrival Terminal | 3 |
| Duration | 02hr(s) :35min(s) | Class | First |
| Type | MCDONNELL DOUGLAS MD-80 JET | Meal | Snack |
| Stop(s) | Non Stop | | |
| Seat(s) Details | KNOLL/MELISSA KIBLER | Seat(s) - 05E | AA - XXXXX 22 |

## DATE: Sun, Dec 30

**Others**

|  |  |  |  |
|---|---|---|---|
| AGENCY RETENTION LINE Processing Fee 1766190716 | | | |
| | Billed to: | CA XXXXXXXXXXXX0678 | USD * 23.00 |

## Ticket Information

| Ticket Number | AA 7137253684 | Passenger | KNOLL MELISSA KIBLER | | |
|---|---|---|---|---|---|
| | | Billed to: | CA XXXXXXXXXXXX0678 | USD | * 350.10 |

| | |
|---|---|
| SubTotal | USD 373.10 |
| Net Credit Card Billing | * USD 373.10 |
| | --------- |
| Total Amount Due | USD 0.00 |

*GRAY*S TRAVEL DURING BUSINESS HOURS 800-966-8728*
. MESIROW AFTER HRS NBR - 800-823-0135

PLEASE CHECK YOUR MESIROW HANDBOOK FOR DIRECTION ON
WHEN AND WHEN NOT TO PURCHASE AUTO COVERAGE. IN
GENERAL COVERAGE FOR AUTOS RENTED FOR BUSINESS
PURPOSES WOULD NOT REQUIRE PURCHASED COVERAGE AT
THE CAR RENTAL AGENCY.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel
arranger. For Credit Card Service fees, please see eTicket receipt for total charges.



**GRAYS TRAVEL MANAGEMENT**
*WE APPRECIATE YOUR BUSINESS*
**Phone: 847-498-9750**
**INFO@GRAYSTRAVEL.COM**

# Electronic Invoice

## Prepared For:
## KNOLL/MELISSA KIBLER

Ref:    **CONSULTING***

| | |
|---|---|
| SALES PERSON | 55 |
| INVOICE NUMBER | 1240748 |
| INVOICE ISSUE DATE | 09 Nov 2012 |
| RECORD LOCATOR | JOIUZY |
| CUSTOMER NUMBER | 016415 |

**Client Address**

MESIROW FINANCIAL
323 N CLARK ST
8TH FLOOR
CHICAGO IL 60654

**Notes**
** FOR ALL NONREFUNDABLE FARES IF TICKET NOT
USED THE RESERVATION MUST BE CANCELLED BY THE
TIME OF TRAVEL. IF NOT CANCELLED THE TICKET WILL
HAVE NO VALUE.
*

**FOR INTERNATIONAL TRAVEL **
US CITIZENS MUST HAVE VALID PASSPORT FOR TRAVEL TO
ANY FOREIGN DESTINATIONS INCLUDING CANADA MEXICO
AND CARIBBEAN
*

ENTRY REQUIREMENTS VARY FROM COUNTRY TO COUNTRY.
SOME COUNTRIES REQUIRE VISAS SOME COUNTRIES REQUIRE
2 BLANK VISA PAGES SOME REQUIRE THE PASSPORT TO BE
VALID FOR 6 MONTHS AFTER DEPARTING THE COUNTRY.
GO TO WEBSITE WWW.TRAVEL.STATE.GOV/TRAVEL FOR
DETAILED ENTRY REQUIREMENTS FOR ANY COUNTRY.
**

## DATE: Mon, Nov 12

**Flight: AMERICAN AIRLINES 1651**

| | | | |
|---|---|---|---|
| From | CHICAGO OHARE, IL | Departs | 6:40pm |
| To | SAN FRANCISCO, CA | Arrives | 9:10pm |
| Departure Terminal | 3 | Arrival Terminal | 2 |
| Duration | 04hr(s) :30min(s) | Class | First |
| Type | BOEING 737-800 JET | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | KNOLL/MELISSA KIBLER | | AA - XXXXX 22 |

## DATE: Tue, Nov 13

**Flight: AMERICAN AIRLINES 618**

| From | SAN FRANCISCO, CA | Departs | 5:55pm |
|---|---|---|---|
| To | CHICAGO OHARE, IL | Arrives | 11:55pm |
| Departure Terminal | 2 | Arrival Terminal | 3 |
| Duration | 04hr(s) :00min(s) | Class | Economy |
| Type | BOEING 737-800 JET | Meal | Food for Purchase |
| Stop(s) | Non Stop | | |
| Seat(s) Details | KNOLL/MELISSA KIBLER | | AA - XXXXX 22 |

**DATE: Mon, Jan 14**

| Others | | | |
|---|---|---|---|
| | AGENCY RETENTION LINE Processing Fee 1821120612 | | |
| | | Billed to: | CA XXXXXXXXXXXX0678 | USD * 23.00 |

## Ticket Information

| Ticket Number | AA 7145895432 | Passenger | KNOLL MELISSA KIBLER | | |
|---|---|---|---|---|---|
| | | Billed to: | CA XXXXXXXXXXXX0678 | USD | * 1,212.10 |

| | |
|---|---|
| **SubTotal** | USD 1,235.10 |
| **Net Credit Card Billing** | * USD 1,235.10 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

*GRAY*S TRAVEL DURING BUSINESS HOURS 800-966-8728*
. MESIROW AFTER HRS NBR - 800-823-0135

PLEASE CHECK YOUR MESIROW HANDBOOK FOR DIRECTION ON
WHEN AND WHEN NOT TO PURCHASE AUTO COVERAGE. IN
GENERAL COVERAGE FOR AUTOS RENTED FOR BUSINESS
PURPOSES WOULD NOT REQUIRE PURCHASED COVERAGE AT
THE CAR RENTAL AGENCY.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel
arranger. For Credit Card Service fees, please see eTicket receipt for total charges.



**GRAYS TRAVEL MANAGEMENT**
*WE APPRECIATE YOUR BUSINESS*
**Phone: 847-498-9750**
**INFO@GRAYSTRAVEL.COM**

# Electronic Invoice

**Prepared For:**
# MARTIN/TIMOTHY J

Ref:    **CONSULTING***

| | |
|---|---|
| SALES PERSON | 88 |
| INVOICE NUMBER | 1240970 |
| INVOICE ISSUE DATE | 13 Nov 2012 |
| RECORD LOCATOR | APCUSJ |
| CUSTOMER NUMBER | 016415 |

Client Address

MESIROW FINANCIAL

Notes
** FOR ALL NONREFUNDABLE FARES IF TICKET NOT
USED THE RESERVATION MUST BE CANCELLED BY THE
TIME OF TRAVEL. IF NOT CANCELLED THE TICKET WILL
HAVE NO VALUE.
*
**FOR INTERNATIONAL TRAVEL **
US CITIZENS MUST HAVE VALID PASSPORT FOR TRAVEL TO
ANY FOREIGN DESTINATIONS INCLUDING CANADA MEXICO
AND CARIBBEAN
*
ENTRY REQUIREMENTS VARY FROM COUNTRY TO COUNTRY.
SOME COUNTRIES REQUIRE VISAS SOME COUNTRIES REQUIRE
2 BLANK VISA PAGES SOME REQUIRE THE PASSPORT TO BE
VALID FOR 6 MONTHS AFTER DEPARTING THE COUNTRY.
GO TO WEBSITE WWW.TRAVEL.STATE.GOV/TRAVEL FOR
DETAILED ENTRY REQUIREMENTS FOR ANY COUNTRY.
**

## DATE: Mon, Nov 19

**Flight:  US AIRWAYS 1763**

| | | | |
|---|---|---|---|
| From | BOSTON, MA | Departs | 12:45pm |
| To | CHARLOTTE, NC | Arrives | 3:06pm |
| Departure Terminal | B | | |
| Duration | 02hr(s) :21min(s) | Class | First |
| Type | AIRBUS INDUSTRIE A321 JET | Meal | |
| Stop(s) | Non Stop | | |
| Seat(s) Details | MARTIN/TIMOTHY J | Seat(s) - 02A | |

## DATE: Tue, Nov 20

**Flight:  US AIRWAYS 1180**

| | | | |
|---|---|---|---|
| From | CHARLOTTE, NC | Departs | 10:15pm |
| To | BOSTON, MA | Arrives | 12:14am |
| | | Arrival Terminal | B |
| Duration | 01hr(s) :59min(s) | Class | First |

| Type | AIRBUS INDUSTRIE A321 JET | Meal | |
|------|------|------|------|
| Stop(s) | Non Stop | | |
| Seat(s) Details | MARTIN/TIMOTHY J | Seat(s) - 03A | |

**DATE: Thu, Dec 20**

Others

Processing
Fee 1837120791

Billed to:    AX  XXXXXXXXXXX1009                    USD * 23.00

## Ticket Information

| Ticket Number | US 7145895646 | Passenger | MARTIN TIMOTHY J | | |
|------|------|------|------|------|------|
| | | Billed to: | AX XXXXXXXXXXX1009 | USD | * 706.10 |

|  |  |
|------|------|
| SubTotal | USD 729.10 |
| Net Credit Card Billing | * USD 729.10 |
| | --------- |
| Total Amount Due | USD 0.00 |

*GRAY*S TRAVEL DURING BUSINESS HOURS 800-966-8728*
. MESIROW AFTER HRS NBR - 800-823-0135

PLEASE CHECK YOUR MESIROW HANDBOOK FOR DIRECTION ON
WHEN AND WHEN NOT TO PURCHASE AUTO COVERAGE. IN
GENERAL COVERAGE FOR AUTOS RENTED FOR BUSINESS
PURPOSES WOULD NOT REQUIRE PURCHASED COVERAGE AT
THE CAR RENTAL AGENCY.
*TICKET IS LESS.
*THIS TICKET IS NON-REFUNDABLE CHANGES SUBJECT TO FEE.*
*YOUR ELECTRONIC TICKET CONFIRMATION CODE IS DXMSX4*
*THANKS FOR CALLING GRAY*S TRAVEL AND HAVE A PLEASANT TRIP..JACKIE

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel
arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

**GRAYS TRAVEL MANAGEMENT**
*WE APPRECIATE YOUR BUSINESS*
**Phone: 847-498-9750**
**INFO@GRAYSTRAVEL.COM**

## Electronic Invoice

**Prepared For:**
**MARTIN/TIMOTHY J**

Ref:  **CONSULTING***

| | |
|---|---|
| SALES PERSON | 88 |
| INVOICE NUMBER | 1241223 |
| INVOICE ISSUE DATE | 15 Nov 2012 |
| RECORD LOCATOR | JKRAKB |
| CUSTOMER NUMBER | 016415 |

Client Address

MESIROW FINANCIAL

Notes
** FOR ALL NONREFUNDABLE FARES IF TICKET NOT
USED THE RESERVATION MUST BE CANCELLED BY THE
TIME OF TRAVEL. IF NOT CANCELLED THE TICKET WILL
HAVE NO VALUE.
*
**FOR INTERNATIONAL TRAVEL **
US CITIZENS MUST HAVE VALID PASSPORT FOR TRAVEL TO
ANY FOREIGN DESTINATIONS INCLUDING CANADA MEXICO
AND CARIBBEAN
*
ENTRY REQUIREMENTS VARY FROM COUNTRY TO COUNTRY.
SOME COUNTRIES REQUIRE VISAS SOME COUNTRIES REQUIRE
2 BLANK VISA PAGES SOME REQUIRE THE PASSPORT TO BE
VALID FOR 6 MONTHS AFTER DEPARTING THE COUNTRY.
GO TO WEBSITE WWW.TRAVEL.STATE.GOV/TRAVEL FOR
DETAILED ENTRY REQUIREMENTS FOR ANY COUNTRY.
**

## DATE: Mon, Nov 19

**Flight: US AIRWAYS 2145**

| | | | |
|---|---|---|---|
| From | BOSTON, MA | Departs | 6:45am |
| To | NEW YORK LGA, NY | Arrives | 7:59am |
| Departure Terminal | B | Arrival Terminal | C |
| Duration | 01hr(s) :14min(s) | Class | Coach |
| Type | EMBRAER EMB E90 JET | Meal | |
| Stop(s) | Non Stop | | |

## DATE: Sun, Dec 16

**Others**

Processing
Fee 1851120171
Billed to:          AX  XXXXXXXXXX1009                        USD * 23.00

| | Subtotal Billed to Credit Card | | USD * 23.00 |
|---|---|---|---|

## Ticket Information

| Ticket Number | US 7145895884 | Passenger | MARTIN TIMOTHY J | | |
|---|---|---|---|---|---|
| | | Billed to: | AX XXXXXXXXXXX1009 | USD | * 419.80 |

|  |  |
|---|---|
| SubTotal | USD 442.80 |
| Net Credit Card Billing | * USD 442.80 |
| | ---------- |
| Total Amount Due | USD 0.00 |

*GRAY*S TRAVEL DURING BUSINESS HOURS 800-966-8728*
. MESIROW AFTER HRS NBR - 800-823-0135

PLEASE CHECK YOUR MESIROW HANDBOOK FOR DIRECTION ON
WHEN AND WHEN NOT TO PURCHASE AUTO COVERAGE. IN
GENERAL COVERAGE FOR AUTOS RENTED FOR BUSINESS
PURPOSES WOULD NOT REQUIRE PURCHASED COVERAGE AT
THE CAR RENTAL AGENCY.
*THIS TICKET IS NON-REFUNDABLE CHANGES SUBJECT TO FEE.*
*YOUR ELECTRONIC TICKET CONFIRMATION CODE IS EVMR6P*
*US 2145 IS CURRENTLY AIRPORT CHECK IN ONLY FOR SEATS.*
*THANKS FOR CALLING GRAY*S TRAVEL AND HAVE A PLEASANT TRIP..JACKIE

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel
arranger. For Credit Card Service fees, please see eTicket receipt for total charges.



**GRAYS TRAVEL MANAGEMENT**
*WE APPRECIATE YOUR BUSINESS*
**Phone: 847-498-9750**
**INFO@GRAYSTRAVEL.COM**

# Electronic Invoice

**Prepared For:**
**MARTIN/TIMOTHY J**

Ref:    **CONSULTING***

| | |
|---|---|
| SALES PERSON | 88 |
| INVOICE NUMBER | 1241229 |
| INVOICE ISSUE DATE | 15 Nov 2012 |
| RECORD LOCATOR | AUGOFO |
| CUSTOMER NUMBER | 016415 |

Client Address

MESIROW FINANCIAL

Notes
** FOR ALL NONREFUNDABLE FARES IF TICKET NOT
USED THE RESERVATION MUST BE CANCELLED BY THE
TIME OF TRAVEL. IF NOT CANCELLED THE TICKET WILL
HAVE NO VALUE.
*

**FOR INTERNATIONAL TRAVEL **
US CITIZENS MUST HAVE VALID PASSPORT FOR TRAVEL TO
ANY FOREIGN DESTINATIONS INCLUDING CANADA MEXICO
AND CARIBBEAN
*

ENTRY REQUIREMENTS VARY FROM COUNTRY TO COUNTRY.
SOME COUNTRIES REQUIRE VISAS SOME COUNTRIES REQUIRE
2 BLANK VISA PAGES SOME REQUIRE THE PASSPORT TO BE
VALID FOR 6 MONTHS AFTER DEPARTING THE COUNTRY.
GO TO WEBSITE WWW.TRAVEL.STATE.GOV/TRAVEL FOR
DETAILED ENTRY REQUIREMENTS FOR ANY COUNTRY.
**

## DATE: Mon, Nov 19

**Flight:  US AIRWAYS 1449**

| | | | |
|---|---|---|---|
| From | NEW YORK LGA, NY | Departs | 5:09pm |
| To | CHARLOTTE, NC | Arrives | 7:14pm |
| Departure Terminal | C | | |
| Duration | 02hr(s) :05min(s) | Class | Coach |
| Type | AIRBUS INDUSTRIE A321 JET | Meal | |
| Stop(s) | Non Stop | | |
| Seat(s) Details | MARTIN/TIMOTHY J | Seat(s) - 12A Premium Seat Confirmed | |

## DATE: Mon, Nov 19

**Hotel:  MARRIOTT HOTELS, CHARLOTTE MARRIOTT
100 W TRADE ST
CHARLOTTE NC 28202**

| | | | | |
|---|---|---|---|---|
| Service City | CHARLOTTE | | | |
| Check-In | 19 Nov | Check-Out | 20 Nov | |
| Rooms(s) | 1 | Room Details | CORPORATE RATE | |
| Night(s) | 1 | Rate per Night | 219.00 USD | |
| Confirmation Number | 87462929 | Frequent Traveler Member ID- | 641232442 | |
| | | Phone | 1-704-3339000 | |
| Service Information | RQST NON SMOKING KING | | | |
| Guarantee | Guaranteed Late Arrival | | | |

## DATE: Tue, Nov 20

**Flight:** US AIRWAYS 1176

| | | | |
|---|---|---|---|
| From | CHARLOTTE, NC | Departs | 6:15pm |
| To | BOSTON, MA | Arrives | 8:22pm |
| | | Arrival Terminal | B |
| Duration | 02hr(s) :07min(s) | Class | First |
| Type | AIRBUS INDUSTRIE A320 JET | Meal | |
| Stop(s) | Non Stop | | |
| Seat(s) Details | MARTIN/TIMOTHY J | Seat(s) - 02A | |

## DATE: Thu, Dec 20

Others

## Ticket Information

| | | | | |
|---|---|---|---|---|
| Ticket Number | US 7145895889 | Passenger | MARTIN TIMOTHY J | |
| | | Exchange | US 7145895646 | |
| | | Billed to: | AX XXXXXXXXXX1009 | USD | * 150.00 |

|  |  |
|---|---|
| SubTotal | USD 150.00 |
| Net Credit Card Billing | * USD 150.00 |
| | --------- |
| Total Amount Due | USD 0.00 |

*GRAY*S TRAVEL DURING BUSINESS HOURS 800-966-8728*
. MESIROW AFTER HRS NBR - 800-823-0135
.
PLEASE CHECK YOUR MESIROW HANDBOOK FOR DIRECTION ON
WHEN AND WHEN NOT TO PURCHASE AUTO COVERAGE. IN
GENERAL COVERAGE FOR AUTOS RENTED FOR BUSINESS
PURPOSES WOULD NOT REQUIRE PURCHASED COVERAGE AT
THE CAR RENTAL AGENCY.
*THIS TICKET IS NON-REFUNDABLE CHANGES SUBJECT TO FEE.*
*YOUR ELECTRONIC TICKET CONFIRMATION CODE IS EVH0P4*
COACH IS 1097.00 YUP FARE 487.00*
*THANKS FOR CALLING GRAY*S TRAVEL AND HAVE A PLEASANT TRIP..JACKIE

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel
arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

**From:** Rene Kentgen [mailto:rkentgen@graystravel.com]
**Sent:** Friday, December 28, 2012 12:36 PM
**To:** Velasco, Jin
**Subject:** Melissa Knoll and Tim Martin

Hi Jin,

The coach fare for Melissa Knoll is 1421.91 and the discounted first class fare is 1212.00

The coach fare for Tim Martin is 1097.30 and the discounted first fare is 729.10

Sincerely,

Rene Kentgen
Corporate Travel Consultant
Grays Travel Management
60 Revere Drive Suite 900
Northbrook IL   60062
847-498-9750-Phone
800-966-8728
rkentgen@graystravel.com

**EXHIBIT C**

RESIDENTIAL CAPITAL, LLC, et al.,
UST Objection to MFC's Second Interim Fee Application
September 1, 2012 through December 31, 2012

|   |   | Objected Amount | Conceded Amount | Variance Amount |
|---|---|---|---|---|
| | ***Fees*** | | | |
| 1 | Vague Time Entries | $ 40,041 | $ 4,004 | $ 36,037 |
| 2 | Overhead Budget Costs | 12,977 | 3,244 | 9,733 |
| 3 | Fee Application Preparation | 119,617 | 28,825 | 90,793 |
| | ***Total Fees*** | **172,635** | **36,073** | **136,563** |
| | ***Expenses*** | | | |
| | First Class Airfare - Unclear Adjustments | $ 29,949 | $ 304 | $ 29,645 |
| | ***Total Expenses*** | **29,949** | **304** | **29,645** |
| | ***Total Fees and Expenses*** | **$ 202,584** | **$ 36,377** | **$ 166,208** |