**EXHIBIT 2**

Page 1

```
 1
 2   UNITED STATES BANKRUPTCY COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   Case No. 11-10614-mg
 5   - - - - - - - - - - - - - - - - - - - - - -x
 6   In the Matter of:
 7
 8   BORDERS GROUP, INC., et al.,
 9
10              Debtors.
11   - - - - - - - - - - - - - - - - - - - - - -x
12
13              U.S. Bankruptcy Court
14              One Bowling Green
15              New York, New York
16
17              April 14, 2011
18              3:35 p.m.
19
20
21
22   B E F O R E:
23   HON. MARTIN GLENN
24   U.S. BANKRUPTCY JUDGE
25
```

12-12020-mg    Doc 3382-2    Filed 04/09/13    Entered 04/09/13 12:03:02    Exhibit 2
Pg 27 of 54

BORDERS GROUP, INC., et al.

Page 27

1  as set forth by myself earlier, be authorized as part of the
2  overall compensation package.  Thank you.
3            THE COURT:  Thank you, Mr. Buechler.  Mr. Glenn, you
4  want to be heard further?
5            MR. GLENN:  Your Honor, for the record, I'm told that
6  the reduction for the ten executives, that went from sixty
7  percent to forty percent of base pay, is approximately 400,000
8  dollars.  Correct?  Yes, 400,000 dollars.
9            At this point, Your Honor, I think what we're left
10 with is the U.S. Trustee's objections.  And I have a couple of
11 observations.
12           First, we believe that all the changes that have been
13 put forward and agreed to by the official committee of
14 unsecured creditors redound to the benefits of the estates,
15 relative to what we originally proposed.  Number two, in the
16 aggregate the amounts that could be achieved, although, for
17 some of the people it's a little more than what we proposed,
18 others it's less, and overall it is less than what we
19 originally proposed.
20           THE COURT:  Let me just say, I think from the Court's
21 standpoint, and I'm not ruling yet, and I'm not sure I can rule
22 today.  But from the Court's standpoint the most important
23 change that has been made, whether it solves issues or not,
24 remains to be seen.  But the most important change is that
25 there are financial targets built into the KEIP plan.  And

11-10614-mg    Doc 3373    Filed 04/18/13    Entered 04/18/13 18:26:03    Main Document
Pg 280 of 54

12-12020-mg    Doc 3382-2    Filed 04/09/13    Entered 04/09/13 12:03:02    Exhibit 2
RESCAP; RESCAP GROUP, INC., et al.

Page 28

1  virtually either all or virtually all of the cases that I'm
2  familiar with, there have been financial targets or triggers
3  that are required to be met before incentive payments can be
4  made.
5           You have a little bit of a hybrid here because you
6  have -- that's why I wanted to make sure I understood how much
7  the top 15 would receive, assuming the recovery to unsecureds
8  was below the seventy-three million dollar threshold.  Because
9  one could argue that an exit date trigger is simply an
10 invitation to bail out as quickly as possible, and not an
11 incentive to improve performance.  So that aspect of the change
12 is significant.  Whether it solves all the problems or not, I
13 want to make sure I hear from the U.S. Trustee.  But I think
14 that that's a very important change that's been proposed.
15          So I'll give you another chance to speak.  If you want
16 to say something else now that's fine, then otherwise I'll hear
17 from Mr. Schwartzberg.
18          MR. GLENN:  Well, I conferred with Mr. Schwartzberg
19 before the hearing, Your Honor.  And --
20          THE COURT:  I see Ms. Davis in the back of the
21 courtroom too.
22          MR. GLENN:  Ms. Davis is here as well.  And Mr.
23 Schwartzberg wants to cross-examine the witnesses for whom we
24 proffered -- at least one or two of them, I don't know which,
25 for whom we put forward declarations.  So we can have some