**EXHIBIT 7**

ResCap Hearing Attendance During 2nd Interim Fee Application Period

| Hearing Date/ No. Pages of Agenda | M&F Attendees | Spoke on Record | Hearing Items (* denotes matters adjourned/settled prior to the hearing but for which no order had yet been entered) | Responsible Attorney(s) (name of person speaking on record is in bold) |
|---|---|---|---|---|
| 9/11/123 4 pages | A. Barrage D. Clark T. Goren J. Haims G. Lee J. Levitt | N N N Y Y N | Status Conference re: RMBS Trust Settlement | **A. Princi** A. Barrage D. Clark J. Levitt A. Princi K. Viggiani |
| | L. Marinuzzi | Y | Supplemental Application for an Order to Expand the Scope of Retention of Moelis & Company LLC | **L. Marinuzzi** |
| | N. Moss | N | Application for Entry of an Order Authorizing the Employment and Retention of San Marino Business Partners LLC | **L. Marinuzzi** |
| | A. Princi N. Rosenbaum | Y Y | Motion to Extend Exclusivity Period | **L. Marinuzzi** N. Moss |
| | K. Viggiani | N | Motion for an Order Extending the 365(d)(4) Period to Assume or Reject Executory Contracts and Leases | **L. Marinuzzi** |
| | | | Stipulation re: Motion Authorizing the Debtors to Continue to Perform Under the Ally Bank Servicing Agreements | **L. Marinuzzi** T. Goren |
| | | | Motion for Relief from Stay re: 33 North Church Street, Ortonville, Michigan* | **G. Lee** N. Rosenbaum |
| | | | Motion for Relief from Stay re: 184 Dahlia Drive, Mastic Beach, New York* | **G. Lee** N. Rosenbaum |
| | | | Motion for Relief from Stay re: 631 20th Street SW, Vero Beach, Florida* | **G. Lee** N. Rosenbaum |
| | | | Motion for Relief from Stay re: 1917 East Concord Street, Orlando, Florida* | **G. Lee** N. Rosenbaum |
| | | | Motion for Relief from Stay re: 2 Hill Dale Avenue, Miller Place, New York* | **G. Lee** N. Rosenbaum |
| | | | Motion for Relief from Stay re: 3597 West 127th Street, Cleveland, Ohio* | **G. Lee** N. Rosenbaum |
| | | | Evidentiary Hearing Regarding Federal Housing Finance Agency | **J. Haims** |

| Hearing Date/ No. Pages of Agenda | M&F Attendees | Spoke on Record | Hearing Items (* denotes matters adjourned/settled prior to the hearing but for which no order had yet been entered) | Responsible Attorney(s) (name of person speaking on record is in bold) |
|---|---|---|---|---|
| | | | PWC Retention Application (not scheduled to be heard but still discussed) | **G. Lee** |
| | | | Motion Under Bankruptcy Code Sections for Entry of an Order Approving Procedures by Which Third Parties May Request and Obtain Stipulated Relief from the Automatic Stay | **G. Lee** N. Rosenbaum |
| | | | Pretrial Conference regarding Green Planet (not scheduled to be heard but still discussed) | **N. Rosenbaum** |
| | | | Silvan Matter Pending in State Court Alabama (not scheduled to be heard but still discussed) | **N. Rosenbaum** |
| 09/19/12 5 pages | A. Barrage | N | Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Trust Settlement Agreements | **A. Princi** |
| | D. Clark | Y | | **D. Clark** |
| | J. Levitt | N | | J. Levitt |
| | A. Princi | Y | | A. Barrage |
| | D. Rains | N | | D. Rains |
| 09/27/12 17 pages | A. Barrage | Y | Retention of J F. Morrow | **L. Marinuzzi** |
| | A. Klein | Y | Retention of Bradley Arant Boult Cummings LLP | L. Marinuzzi |
| | G. Lee | Y | | E. Richards |
| | J. Marines | N | Application Authorizing Reimbursement of Expenses Incurred by Independent Directors | **L. Marinuzzi** |
| | L. Marinuzzi | Y | Status on GMAC Mortgage, LLC. v. Silmon | **N. Rosenbaum** |
| | S. Martin | Y | Retention of Analytic Focus, LLC | **L. Marinuzzi** |
| | N. Moss | N | Status Conference on Plan Developments | **G. Lee** |
| | A. Princi | N | | J. Marines |
| | E. Richards | N | | N. Moss |

ny-1083885

Page 2

| Hearing Date/ No. Pages of Agenda | M&F Attendees | Spoke on Record | Hearing Items (* denotes matters adjourned/settled prior to the hearing but for which no order had yet been entered) | Responsible Attorney(s) (name of person speaking on record is in bold) |
|---|---|---|---|---|
| | N. Rosenbaum | Y | Status Conference on United States of America, (Lewis) v. GMAC, Mortgage Co., LLC | **G. Lee** **S. Martin** **L. Marinuzzi** |
| | | | Status Conference RE: Pre-Auction Objections of the RMBS Trustees | **A. Barrage** A. Princi E. Richards |
| | | | Status Conference on Retention of Pepper Hamilton LLP | **L. Marinuzzi** |
| | | | Status Conference on Retention Hudson Cook, LLP | **L. Marinuzzi** |
| | | | Motion Under Bankruptcy Code Sections for Entry of an Order Approving Procedures by Which Third Parties May Request and Obtain Stipulated Relief from the Automatic Stay | **N. Rosenbaum** |
| | | | Stay Order Violations by GMAC | **A. Klein** N. Rosenbaum |
| | | | Status Conference regarding Motion to Compensate PricewaterhouseCoopers, LLP and Reaffirming Relief Granting in the GA Servicing Order | **L. Marinuzzi** |
| | | | Motion to Join Additional Homeowners to the Motion for an Order Appointing an Official Committee of Borrowers | **L. Marinuzzi** N. Moss |
| | | | Status report in the KEIP (not scheduled to be heard but still discussed) | **G. Lee** |
| | | | Hopper's Motion to Reconsider | **L. Marinuzzi** |
| 10/10/12 15 pages | A. Barrage D. Clark J. Levitt J. Marines | Y N N N | Motion to Compensate PricewaterhouseCoopers, LLP and Reaffirming Relief Granting in the GA Servicing Order | **L. Marinuzzi** N. Moss |
| | | | Retention of Pepper Hamilton | **L. Marinuzzi** N. Moss |
| | L. Marinuzzi S. Martin | Y Y | Retention of Hudson Cook | **L. Marinuzzi** N. Moss |
| | N. Moss J. Newton A. Princi | N Y Y | Motion for Order Approving Procedures by Which Third Parties May Request and Obtain Stipulated Relief from the Automatic Stay to Commence or Continue Actions to Foreclose Senior Liens | **N. Rosenbaum** E. Richards J. Newton |

ny-1083885                                                     Page 3

| Hearing Date/ No. Pages of Agenda | M&F Attendees | Spoke on Record | Hearing Items (* denotes matters adjourned/settled prior to the hearing but for which no order had yet been entered) | Responsible Attorney(s) (name of person speaking on record is in bold) |
|---|---|---|---|---|
| | D. Rains | Y | Motion for Relief from Stay re: 23904 Lakeside Road, Santa Clarita, CA* | **L. Marinuzzi** |
| | E. Richards | Y | Motion for Relief from Stay re: 68 Hammock Lane, Staten Island, NY* | **L. Marinuzzi** |
| | N. Rosenbaum | Y | Motion for Relief from Stay re: 1700 North River Road, West Lafayette, IN* | **L. Marinuzzi** |
| | | | Motion for Relief from Stay re: 4601 Pocatella Avenue, North Port, FL* | **L. Marinuzzi** |
| | | | Motion of Paul N. Papas II to convert the cases | **S. Martin** |
| | | | Motion of Deborah Bollinger and Bryan Bubnik for Relief from the Automatic Stay | **N. Rosenbaum** |
| | | | Motion to Reconsider Prior Order on Taggart's First Motion for Relief from the Automatic Stay | **J. Newton** |
| | | | Taggart's First Sanctions Motion | **J. Newton** |
| | | | Taggart's Amended Sanctions Motion | **J. Newton** |
| | | | Motion of Kenneth Taggart to Remove Mortgage Loan alleged by Kenneth Taggart from Assets of GMAC Mortgage, LLC & Motion to Prove Ownership of Mortgage Assets (Mortgages & Notes) Kenneth Taggart Dispute Asset(s) of GMAC Mortgage, LLC | **J. Newton** |
| | | | Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC | **N. Rosenbaum** |
| | | | Joseph A. Connor's Motion for a Declaratory Ruling as to Possible Violations of the Automatic Stay and to Sever Defendants Protected by the Automatic Stay | **E. Richards** |
| | | | Status Conferences Relating to the Filed Pre-Auction Objections of the RMBS Trustees | **A. Barrage** **A. Princi** **D. Rains** J. Levitt D. Clark J. Marines |

| Hearing Date/ No. Pages of Agenda | M&F Attendees | Spoke on Record | Hearing Items (* denotes matters adjourned/settled prior to the hearing but for which no order had yet been entered) | Responsible Attorney(s) (name of person speaking on record is in bold) |
|---|---|---|---|---|
| 10/17/12<br><br>6 pages | A. Barrage<br>T. Goren<br>G. Lee<br>J. Marines<br>L. Marinuzzi<br>N. Moss | N<br>Y<br>Y<br>N<br>N<br>N | Hearing re Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion<br><br>Motion to Approve the Amendment to the Barclays' Debtor-in-Possession Financing Facility and Related Payment of Fees<br><br>Amended Motion for Approval of its Key Employee Incentive Program | **T. Goren**<br>A. Barrage<br>L. Marinuzzi<br>J. Marines<br>N. Moss<br><br>**T. Goren**<br><br>**G. Lee** |
| 11/19/12<br><br>22 pages | A. Barrage<br>M. Beck<br>M. Crespo<br>S. Engelhardt<br>N. Evans<br>T. Goren<br>G. Lee<br>L. Marinuzzi<br>J. Marines<br>E. Richards<br>N. Rosenbaum<br>A. Johnson | Y<br>N<br>N<br>N<br>N<br>Y<br>Y<br>N<br>N<br>N<br>N<br>N | Sale/Auctions (62 Objections Filed; 23 - Resolved Prior to Hearing; 13 - Adjourned; 26 - Going Forward) | **G. Lee**<br>**T. Goren**<br>**A. Barrage**<br>L. Marinuzzi<br>N. Rosenbaum<br>S. Engelhardt<br>M. Beck<br>M. Crespo<br>N. Evans<br>A. Johnson<br>J. Marines<br>E. Richards |
| 11/20/12 | A. Barrage<br>M. Beck<br>M. Crespo | Y<br>N<br>N | Sale/Auctions (62 Objections Filed; 23 - Resolved Prior to Hearing; 13 - Adjourned; 26 - Going Forward) - Continuation | **G. Lee**<br>**T. Goren**<br>**A. Barrage** |

| Hearing Date/ No. Pages of Agenda | M&F Attendees | Spoke on Record | Hearing Items (* denotes matters adjourned/settled prior to the hearing but for which no order had yet been entered) | Responsible Attorney(s) (name of person speaking on record is in bold) |
|---|---|---|---|---|
| 22 | S. Engelhardt<br>T. Goren<br>G. Lee<br>L. Marinuzzi<br>J. Marines<br>N. Rosenbaum | N<br>Y<br>Y<br>N<br>N<br>N | | L. Marinuzzi<br>N. Rosenbaum<br>S. Engelhardt<br>M. Beck<br>M. Crespo<br>J. Marines |
| **12/20/12**<br><br>21 pages | T. Goren<br>G. Lee<br><br>L. Marinuzzi<br>S. Martin<br>J. Marines<br>N. Moss<br>J. Newton<br>E. Richards<br>N. Rosenbaum<br>M. Rothchild<br>J. Wishnew | Y<br>Y<br><br>Y<br>Y<br>N<br>N<br>Y<br>Y<br>Y<br>N<br>N | Motion Seeking Permission to Reimburse AFI for a Post-Petition Compensation Related to Senior Executives and Granting an Administrative Expense Claim | **G. Lee**<br>J. Wishnew |
| | | | Motion to Extend the Debtors' Exclusive Period to File a Chapter 11 Plan | **G. Lee**<br>N. Moss |
| | | | Motion to Appoint a Mediator | **G. Lee**<br>L. Marinuzzi<br>J. Marines<br>N. Moss |
| | | | Interim Fee Applications | **L. Marinuzzi**<br>E. Richards |
| | | | Motion of Gregory Balensiefer for Clarification Regarding Relief from the Automatic Stay | **N. Rosenbaum** |
| | | | Pre-trial Conferences, Adversary Proceedings, and the Debtors' Motion to Dismiss (Williams V. GMAC Mortgage LLC; Wagner v. Residential Funding Company, LLC) | **N. Rosenbaum**<br>E. Richards |
| | | | Motion of Stephanie L. and Michael P. Donaghy for Relief from the Automatic Stay | **J. Newton**<br>N. Rosenbaum |
| | | | Motion to Approve Procedures Regarding the Future Rejection of Executory Contracts and Unexpired Leases | **S. Martin**<br>T. Goren |

| Hearing Date/ No. Pages of Agenda | M&F Attendees | Spoke on Record | Hearing Items (* denotes matters adjourned/settled prior to the hearing but for which no order had yet been entered) | Responsible Attorney(s) (name of person speaking on record is in bold) |
|---|---|---|---|---|
| | | | M. Nawaz Raja and Neelum Nawaz Raja Lift Stay Motion | **E. Richard** <br> N. Rosenbaum |
| | | | Motion for Standing to Pursue Avoidance Claims in Respect of the Claims of the Junior Secured Noteholders | **T. Goren** |
| | | | Potential Status Update Regarding Pending Cure Objections | T. Goren <br> J. Marines <br> M. Rothchild <br> (Telephionic) |