SHAEV & FLEISCHMAN, LLP
ATTORNEY FOR DEBTOR
350 FIFTH AVENUE
SUITE 7210
NEW YORK, NY 10118
646 722-8649

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____
IN RE:  RESIDENT CAPITAL, LLC, ET AL

                Debtors
_____

CASE NO. 12-12020

Chapter 11

AFFIDAVIT OF SERVICE

STATE OF NEW YORK ) S.S:
COUNTY OF NEW YORK)

    Adam Brady, being duly sworn, deposes and says:

    Deponent is not a party to the action, is over 18 years of age, and resides in Brooklyn, New York.

    On **April 8, 2013**, deponent served the within **Notice of Motion and Application to Vacate Automatic Stay** on:

United States Department of Justice
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

Gary S. Lee
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104

Knuckles, Komosinksi & Elliott, LLP
565 Taxter Road, Suite 590
Elmsford, NY 10523
Attn: Kenneth J. Flickinger

Fannie Mae
3900 Wisconson Aven, NW
Washington, DC 20016-2892
Attn:Michael J. Williams, CEO

by depositing one true copy there in a post-paid wrapper, depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Sworn to before me this
8 April 2013

_____
David B. Shaev

_____
Adam Brady

DAVID B. SHAEV, NOTARY PUBLIC, STATE OF NEW YORK,
QUALIFIED IN NASSAU COUNTY, NO. 02SH4733813,
COMMISSION ESPIRES 6/30 20__