PEPPER HAMILTON LLP
Deborah Kovsky-Apap (kovskyd@pepperlaw.com)
4000 Town Center, Suite 1800
Southfield, MI  48075
Telephone 248.359.7331
Facsimile 248.359.7700
  and

Gary Apfel (apfelg@pepperlaw.com)
Wells Fargo Tower
333 South Grand Avenue, Suite 1670
Los Angeles, CA  90071-9500
Telephone:  213.293.3130
Facsimile:  213.628.8690

*Special Foreclosure Review Counsel For
Bankruptcy Issues to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON
FIRST INTERIM APPLICATION OF PEPPER HAMILTON LLP AS SPECIAL
FORECLOSURE REVIEW COUNSEL FOR BANKRUPTCY ISSUES FOR THE
DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
INCURRED FOR THE PERIOD MAY 15, 2012 THROUGH DECEMBER 31, 2012**

PLEASE TAKE NOTICE that the hearing on the *First Interim Application Of Pepper Hamilton LLP As Special Foreclosure Review Counsel For Bankruptcy Issues For The Debtors For Compensation And Reimbursement Of Expenses Incurred For The Period May 15, 2012 Through December 31, 2012*  [Docket No. 3187] (the "Application"), previously scheduled

#18210155 v1

to be heard on April 11, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned by mutual agreement of the parties to **June 12, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

PEPPER HAMILTON LLP

/s/ Deborah Kovsky-Apap
Deborah Kovsky-Apap (kovskyd@pepperlaw.com)
4000 Town Center, Suite 1800
Southfield, MI  48075
Telephone 248.359.7331
Facsimile 248.359.7700
 and

Gary Apfel (apfelg@pepperlaw.com)
Wells Fargo Tower
333 South Grand Avenue, Suite 1670
Los Angeles, CA  90071-9500
Telephone:  213.293.3130
Facsimile:  213.628.8690

*Special Foreclosure Review Counsel For Bankruptcy Issues to the Debtors and Debtors in Possession*

Dated:  April 9, 2013

PEPPER HAMILTON LLP
Deborah Kovsky-Apap (kovskyd@pepperlaw.com)
4000 Town Center, Suite 1800
Southfield, MI  48075
Telephone 248.359.7331
Facsimile 248.359.7700
  and

Gary Apfel (apfelg@pepperlaw.com)
Wells Fargo Tower
333 South Grand Avenue, Suite 1670
Los Angeles, CA  90071-9500
Telephone:  213.293.3130
Facsimile:  213.628.8690

*Special Foreclosure Review Counsel For*
*Bankruptcy Issues to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2013, I electronically filed the following:

> NOTICE OF ADJOURNMENT OF HEARING ON FIRST INTERIM APPLICATION OF PEPPER HAMILTON LLP AS SPECIAL FORECLOSURE REVIEW COUNSEL FOR BANKRUPTCY ISSUES FOR THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD MAY 15, 2012 THROUGH DECEMBER 31, 2012

with the Clerk of the Court which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this case.

I further certify that I caused copies of the foregoing to be served on the parties listed on attached Exhibit A, via overnight delivery, at the addresses stated.

| Dated: April 9, 2013 | PEPPER HAMILTON LLP |
| --- | --- |
| | /s/ Deborah Kovsky-Apap |
| | Deborah Kovsky-Apap (kovskyd@pepperlaw.com) |
| | 4000 Town Center, Suite 1800 |
| | Southfield, MI  48075 |
| | Telephone 248.359.7331 |
| | Facsimile 248.359.7700 |
| | and |
| | Gary Apfel (apfelg@pepperlaw.com) |
| | Wells Fargo Tower |
| | 333 South Grand Avenue, Suite 1670 |
| | Los Angeles, CA  90071-9500 |
| | Telephone:  213.293.3130 |
| | Facsimile:  213.628.8690 |
| | Special *Foreclosure Review Counsel For Bankruptcy Issues to the Debtors and Debtors in Possession* |

## EXHIBIT A

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
 Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
 and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
 Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
 Jonathan H. Hofer

Residential Capital, LLC
1100 Virginia Dr.
Ft. Washington, Pennsylvania, 19034
Attn: Tammy Hamzehpour

Office of the United States Trustee
Attn: Eric J. Small, Esq.
355 Main Street – First Floor
Poughkeepsie, NY 12601