Hearing Date:    April 30, 2013 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
James A. Newton

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | Chapter 11 |
| Debtors. | Jointly Administered |

---

**NOTICE OF ADJOURNMENT OF HEARING ON SCHEDULED CREDITOR
SHANE M. HAFFEY'S MOTION FOR CLARIFICATION/ENFORCEMENT
OF THE AUTOMATIC STAY AGAINST THE DEBTORS, CO-CREDITOR
<u>DEUTSCHE BANK AMERICAS AND COUNSEL TO APRIL 30, 2013 AT 10:00 A.M.</u>**

**PLEASE TAKE NOTICE** that the *Motion of Scheduled Creditor Shane M. Haffey for the Clarification/Enforcement of the Automatic Stay Against the Debtors, Co-Creditor Deutsche Bank Americas and Counsel* [Docket No. 1227], previously scheduled to be heard on April 11, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **April 30, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1085592

Dated: April 9, 2013
      New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
James A. Newton
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*