| | | |
|---|---|---|
| Joni Armstrong Coffey<br>County Attorney | **BROWARD COUNTY**<br>FLORIDA | OFFICE OF THE COUNTY ATTORNEY<br>115 S. Andrews Avenue, Suite 423<br>Fort Lauderdale, Florida 33301 |

954-357-7600 · FAX 954-357-7641

April 1, 2013


RECEIVED APR - 8 2013 U.S. BANKRUPTCY COURT S.D. DIST. OF NEW YORK

The United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 534
New York, NY 10004

### IN RE: RESIDENTIAL CAPITAL, LLC, et al.
### CASE # 12-12020-MG

Dear Sir/Madam:

By this letter, we do hereby request that our proof of claim # 4530 filed on November 13, 2012 be removed from the above referenced case, as the claim has been paid in full.

If you have any questions regarding this matter, please call me at (954) 357-7629.

Respectfully,

*[signature]*

Hollie N. Hawn
Assistant County Attorney – Fl .Bar No. 027642

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020-MG |
| Residential Capital, LLC, et al. | Chapter 11 |
| Debtor. | |

**RECEIVED APR - 8 2013 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK**

## NOTICE OF WITHDRAWAL FROM CASE
## AND REQUEST TO STOP ELECTRONIC NOTICE AND SERVICE BY MAIL

**PLEASE TAKE NOTICE** that the undersigned attorney withdraws her Notice of Appearance on behalf of creditor Broward County Records, Taxes and Treasury and request that the Clerk removes the undersigned from the electronic filing and notice list as well as Broward County Records, Taxes and Treasury from the mailing service list. Broward County's claims have been paid in full on this case.

Respectfully submitted this 1st day of April, 2013.

By: /s/ Hollie N. Hawn
Hollie N. Hawn, Esq.
Florida Bar # 027642
hhawn@broward.org