UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)
--------------------------------x
In re:                                    Chapter 13
                                          Case No. 12-12020
    Residential Capital, LLC,
                                          **NOTICE OF APPEARANCE
                                          AND DEMAND FOR SERVICE
                                          OF PAPERS**

                      Debtor(s).
--------------------------------x

    **PLEASE TAKE NOTICE**, that Ocwen Loan Servicing, LLC, as servicer for HSBC Bank USA, N.A., as Trustee for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2004-HE4, Asset Backed Pass-Through Certificates (hereinafter, "Movant"), appears herein by their counsel, LEOPOLD & ASSOCIATES, PLLC and demands, pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and Section 102(1) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

                LEOPOLD & ASSOCIATES, PLLC
                  Attorneys for Movant
        80 Business Park Drive, Suite 110
              Armonk, New York 10504
                    914-219-5787

    **PLEASE TAKE NOTICE**, that pursuant to the foregoing provisions of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, pleading, request, complaint

or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise which may affect or seek to affect in any way rights or interests of Movant with respect to the Debtor's property or proceeds thereof in which the debtor may claim an interest.

Dated:   New York, New York
         April 10, 2013

                              LEOPOLD & ASSOCIATES, PLLC


                              /S/ PHILLIP MAHONY
                              By: PHILLIP MAHONY
                              Attorneys for Movant
                              80 Business Park Drive, Suite 110
                              Armonk, New York 10504
                              914-219-5787


To:

    **Residential Capital, LLC**
    Debtor
    1177 Avenue of the Americas
    New York, NY 10036

    **Anthony Princi**
    Attorney for Debtor
    Morrison & Foerster
    1290 Avenue of the Americas
    New York, NY 10104

    **Wilmington Trust, National Association**
    Standing Chapter 13 Trustee
    Loeb & Loeb LLP
    345 Park Avenue
    New York, NY 10154

**United States Trustee**
U.S. Trustee
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)
--------------------------------x
In re:                                  Chapter 13
                                        Case No. 12-12020
        Residential Capital, LLC,
                                        AFFIRMATION OF SERVICE


                Debtor(s).
--------------------------------x
```

Phillip Mahony, an attorney duly admitted to practice law before the District Courts of the State of New York, respectfully represents:

Deponent is over 18 years of age and resides in the State of New York.

That on April 10, 2013, I electronically filed the foregoing **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** with the Clerk of the Bankruptcy Court using the CM/ECF System which sent notification of such filing to the following:

**Anthony Princi**
Attorney for Debtor
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104


**Wilmington Trust, National Association**
Standing Chapter 13 Trustee
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

**United States Trustee**
U.S. Trustee
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

And, I hereby represent that on April 10, 2013, I have mailed by the United States Postal Service the foregoing **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** to the following non CM/ECF participants:

**Residential Capital, LLC**
Debtor
1177 Avenue of the Americas
New York, NY 10036

/S/Phillip Mahony
PHILLIP MAHONY