MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Jordan A. Wishnew

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**AMENDED[1] PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON APRIL 11, 2013 AT 3:00 P.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.     CONTESTED MATTERS**

**1.**     Debtors' Motion for an Order Pursuant to Sections 363(b) and 503(c)(3) of the Bankruptcy Code Authorizing (I) Implementation of (A) A Key Employee Retention Plan for Certain Non-Insiders and (B) Key Employee Incentive Plans for Certain Insiders, and (II) Payment of Any Obligations Arising Thereunder as Administrative Expenses [Docket No. 3280]

**Related Documents**:

**a.**     Declaration of John Dempsey in Support of Debtors' Motion for an Order Pursuant to Sections 363(b) and 503(c)(3) of the Bankruptcy Code Authorizing (I) Implementation of (A) A Key Employee Retention Plan for Certain Non-Insiders and (B) Key Employee Incentive Plans for Certain

---

[1] Amended items appear in **bold**.

ny-1084436

|     |     |
| --- | --- |
|     | Insiders, and (II) Payment of Any Obligations Arising Thereunder as Administrative Expenses (related document(s)3280) filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. with hearing to be held on 4/11/2013 at 03:00 PM at Courtroom 501 (MG) (Marinuzzi, Lorenzo) (Entered: 03/20/2013) [Docket No. 3281] |
| **b.** | Declaration of Ronald Greenspan in Support of Debtors' Motion for an Order Pursuant to Sections 363(b) and 503(c)(3) of the Bankruptcy Code Authorizing (I) Implementation of (A) A Key Employee Retention Plan for Certain Non-Insiders and (B) Key Employee Incentive Plans for Certain Insiders, and (II) Payment of Any Obligations Arising Thereunder as Administrative Expenses [Docket No. 3282] |
| **c.** | Declaration of Tammy Hamzehpour in Support of Debtors' Motion for an Order Pursuant to Sections 363(b) and 503(c)(3) of the Bankruptcy Code Authorizing (I) Implementation of (A) A Key Employee Retention Plan for Certain Non-Insiders and (B) Key Employee Incentive Plans for Certain Insiders, and (II) Payment of Any Obligations Arising Thereunder as Administrative Expenses [Docket No. 3283] |
| **d.** | Declaration of Pamela E. West in Support of Debtors' Motion for an Order Pursuant to Sections 363(b) and 503(c)(3) of the Bankruptcy Code Authorizing (I) Implementation of (A) A Key Employee Retention Plan for Certain Non-Insiders and (B) Key Employee Incentive Plans for Certain Insiders, and (II) Payment of Any Obligations Arising Thereunder as Administrative Expenses [Docket No. 3284] |
| **e.** | Debtors' Motion, Pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018, to File a Reply to the Objection of the Office of the U.S. Trustee to Motion for Approval of Key Employee Retention and Incentive Plans, Under Seal [Docket No. 3380] |
| **f.** | **Order Granting the Debtors' Motion, Pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018, to File a Reply to the Objection of the Office of the U.S. Trustee to Motion for Approval of Key Employee Retention and Incentive Plans, Under Seal [Docket No. 3398]** |

**Responses**:

|     |     |
| --- | --- |
| **a.** | Objection of the United States Trustee to Debtors Motion for an Order Pursuant to Sections 363(b), and 503(c)(3) of the Bankruptcy Code Authorizing (I) Implementation of (A) a Key Employee Retention Plan for Certain Non-Insiders and (B) Key Employee Incentive Plans for Certain Insiders, and (II) Payment of any Obligations Arising Thereunder as Administrative Expenses [Docket No. 3347] |

**Replies**:

a. Debtors' Reply to the Objection by the United States Trustee to Debtors' Motion for an Order Pursuant to Sections 363(b), and 503(c)(3) of the Bankruptcy Code Authorizing (I) Implementation of (A) a Key Employee Retention Plan for Certain Non-Insiders and (B) Key Employee Incentive Plans for Certain Insiders, and (II) Payment of any Obligations Arising Thereunder as Administrative Expenses [Docket No. 3378]

b. Supplemental Declaration of Ronald Greenspan in Further Support of Debtors' Motion for an Order Pursuant to Sections 363(b) and 503(c)(3) of the Bankruptcy Code Authorizing (I) Implementation of (A) A Key Employee Retention Plan for Certain Non-Insiders and (B) Key Employee Incentive Plans for Certain Insiders, and (II) Payment of Any Obligations Arising Thereunder as Administrative Expenses [Docket No. 3379]

**Status**:   The hearing on this matter will be going forward.

Dated: April 10, 2013
New York, New York

/s/ Gary S. Lee
Gary S. Lee
Lorenzo Marinuzzi
Jordan A. Wishnew
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*