HUDSON COOK, LLP
6 Hutton Centre Drive
Suite 840
Santa Ana, CA  92707
Telephone:  714.263.0420
Facsimile:  714.263.0428
Dana Frederick Clarke

*Special Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON
FIRST INTERIM APPLICATION OF HUDSON COOK, LLP
AS SPECIAL COUNSEL TO THE DEBTORS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD MAY 15, 2012 THROUGH DECEMBER 31, 2012**

PLEASE TAKE NOTICE that the hearing on the *First Interim Application Of Hudson Cook, LLP As Special Counsel To The Debtors For Compensation And Reimbursement Of Expenses Incurred For The Period May 15, 2012 Through December 31, 2012*  [Docket No. 3189] (the "Application"), previously scheduled to be heard on April 11, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned by mutual agreement of the parties to a date to be determined, and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

Dated: April 10, 2013

/s/ Dana Frederick Clarke
Dana Frederick Clarke
HUDSON COOK, LLP
6 Hutton Centre Drive
Suite 840
Santa Ana, CA  92707
Telephone:  714.263.0420
Facsimile:  714.263.0428

*Special Counsel to the Debtors*