UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Jennifer L. Sutton, Senior Counsel, Board of Governors of the Federal Reserve System, hereby certify that on April 11, 2013, in addition to service via ECF on April 5, 2013, I caused true copies of the foregoing Board of Governors of the Federal Reserve System's Supplemental Brief In Support of Its Objection to Debtors' Motion for a Determination that (I) GMAC Mortgage's Independent Foreclosure Review Obligation is a General Unsecured Claim and (II) the Automatic Stay Prevents Enforcement of the Independent Foreclosure Review Obligation to be served on the following persons:

**By First Class Mail**

    Office of the United States Trustee
    Attn: Tracy Hope Davis, Esq.
    33 Whitehall Street
    21st Floor
    New York, NY 10004

    Internal Revenue Service
    P.O. Box 7346
    Philadelphia, PA 19101-7346

    The Bank of New York Mellon
    Asset Backed Securities Group
    101 Barclay Street 4W
    New York, NY 10286

    Wells Fargo Bank, N.A.
    Attn: Corporate Trust Services,
       GMACM Home Equity Notes 2004 Viable Funding Trust
    P.O. Box 98
    Columbia, MD 21046

    Nationstar Mortgage LLC
    Attn:  General Counsel
    350 Highland Drive
    Lewisville, TX 75067

1

**By Electronic Mail and First Class Mail**

Office of the United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001
Attn: US Attorney General, Eric H. Holder, Jr.
Phone: (202) 514-2063
Facsimile: (202)307-6777
Email: AskDOJ@usdoj.com

Office of the New York State Attorney General
Attn: Nancy Lord, Esq.
The Capitol
Albany, NY 12224-0341
Email: Nancy.Lord@OAG.State.NY.US

Office of U.S. Attorney for the Southern District of New York
Attn:  Joseph N. Cordaro, Esq.
One St. Andrews Plaza
New York, NY 10007
Email:  Joseph.Cordaro@usdoj.gov

Residential Capital, LLC
Attn: Tammy Hamzehpour
1177 Avenue of the Americas
New York, NY 10036
Email: Tammy.Hamzehpour@gmacrescap.com

Morrison & Foerster LLP
Attn: Gary S. Lee, Esq.
1290 Avenue of the Americas
New York, NY 10104
Email:  Glee@mofo.com

Kramer Levin Naftalis & Frankel LLP
Attn: Ken Eckstein
1177 Avenue of the Americas
New York, NY 10036
Email:  keckstein@kramerlevin.com

Citibank N.A.
Attn: Bobbie Theivakurnaran
390 Greenwich Street, 6th Floor
New York, NY 10013
Email:  bobbie.theivakurnaran@citi.com

Fannie Mae
Attn:  John S. Forlines
3900 Wisconsin Avenue NW
Mail Stop 8H-504
Washington, DC 20016
Email:  john_s_forlines@fanniemae.com

Kirkland & Ellis
Attn: Ray C. Schrock
601 Lexington Avenue
New York, NY 10022
Email:  rschrock@kirkland.com

Deutsche Bank Trust Company Americas
Attn: Kevin Vargas
25 DeForest Avenue
Summit, NJ 07901
Email:  kevin.vargas@db.com

U.S. Bank National Association
Attn: George Rayzis
50 South 16th Street, Suite 2000
Philadelphia, PA 19102
Email:  george.rayzis@usbank.com

U.S. Bank National Association
Attn: Irina Palchuk
60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107
Email:  irinia.palchuk@usbank.com

Kelley Drye & Warren LLP
Attn: James S. Carr
101 Park Avenue
New York, NY 10178
Email:  kdwbankruptcydepartment@kelleydrye.com

Skadden Arps Slate Meagher & Flom LLP
Attn: Jonathan H. Hofer
Four Times Square
New York, NY 10036
Email:  jhofer@skadden.com

Sidley Austin LLP
Attn: Larry J. Nyhan
One Dearborn
Chicago, IL 60603
Email:  lnyhan@sidley.com

3

Securities and Exchange Commission
Attn: George S. Canellos
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
Email:  newyork@sec.gov


Washington, D.C.
Dated:  April 11, 2013

/s/ Jennifer L. Sutton
Jennifer L. Sutton
Board of Governors
   of the Federal Reserve System
Telephone: (202) 452-3564
Facsimile: (202) 736-5615
*Counsel to Board of Governors*