**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| RESIDENTIAL CAPITAL, LLC. Et al., | : | Case No. 12-12020(MG) |
|  | : |  |
| Debtor(s) | : |  |
|  | : |  |

### CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED 4/10/2013, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.