Judith P. Kenney
Judith P. Kenney & Associates, P.C.
16475 Dallas Parkway, Suite 330
Addison, Texas 75001-6863
Telephone: (972) 713-6133
Fax: (972) 818-0388

*Pro Hace Viche Counsel for Scheduled
Creditor Philip Roger Flinn, II*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____

| | | |
|---|---|---|
| IN RE: | § § | Case No. 12-12020 |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>., | § § § | Chapter 11 |
| Debtors. | § § | Jointly Administered |

_____

**NOTICE OF HEARING ON MOTION OF PHILIP ROGER
FLINN, II FOR RELIEF FROM AUTOMATIC STAY**

    **PLEASE TAKE NOTICE** that the *Motion of Philip Roger Flinn, II for Relief from Automatic Stay* [Docket 4037] will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

April 10, 2013  
Addison, Texas

Respectfully submitted,

/s/_____  
Judith P. Kenney  
Texas Bar No. 11311600  
Judith P. Kenney & Associates, P.C.  
16475 Dallas Parkway, Suite 330  
Addison, Texas 75001-6863  
Telephone:  (972) 713-6133  
Fax:  (972) 818-0388  
judith@judithkenneylaw.com

*Pro Hace Viche Counsel for Philip Roger Flinn, II*