UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.,* | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---

## SCHEDULING ORDER FOR MOTION OF STEPHANIE HARRIS

**WHEREAS**, on February 13, 2013, Stephanie Harris ("Harris") filed a motion with this Court titled *Motion to Reassign Stephanie Harris as a Creditor in Possession and for Evidentiary Hearing* [ECF Doc. # 2976] (the "Motion");

**WHEREAS**, on April 11, 2013, the Court held a hearing to consider the Motion (the "Hearing");

**WHEREAS**, based upon the record of the Hearing, it is hereby:

**ORDERED**, that, on or before April 18, 2013, SilvermanAcampora LLP, special borrower counsel to the Official Committee of Unsecured Creditors, shall file a statement with this Court summarizing the relief requested by Harris in the Motion and at the Hearing (the "Harris Statement"); and it is further

**ORDERED**, that, on or before April 25, 2013, the Debtors shall file their response to the Harris Statement (the "Debtors' Response"), if any; and it is further

**ORDERED**, that, on or before May 2, 2013, Harris may file with this Court her reply to the Debtors' Response.

Dated: April 15, 2013
New York, New York

                                                       **/s/Martin Glenn**
                                                       MARTIN GLENN
                                     United States Bankruptcy Judge