SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kenneth S. Ziman
Suzanne D.T. Lovett
Jonathan H. Hofer

Counsel for Barclays Bank PLC

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  : |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| RESIDENTIAL CAPITAL, LLC, et al., | : | Case No. 12-12020 (MG) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL NOTICES, DOCUMENTS AND PLEADINGS**

Reference is made to the *Notice of Appearance and Request for Service of all Notices, Documents and Pleadings* filed on May 14, 2012 [Docket No. 52] (the "**Notice of Appearance**").

PLEASE TAKE NOTICE that Skadden, Arps, Slate, Meagher & Flom LLP hereby withdraws the Notice of Appearance and requests the discontinuance of electronic notification with regard to these cases via the Court CM/ECF system to Sarah M. Ward (Sarah.Ward@skadden.com), Kenneth S. Ziman (Ken.Ziman@skadden.com), Suzanne D.T. Lovett (Suzanne.Lovett@skadden.com) and Jonathan H. Hofer (jhofer@skadden.com) (collectively, "**Counsel**") and that Counsel be removed from all service and notice lists in connection with these cases, including the Special Service List maintained pursuant to the *Order*

*Under Bankruptcy Code Sections 102(1), 105(a) and 105(d), Bankruptcy Rules 1015(c), 2002(m)*

*and 9007 and Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management*

*and Administrative Procedures* entered on May 23, 2012 [Docket No. 141].

Dated: New York, New York

      April 15, 2013

                      Respectfully submitted,

                      SKADDEN, ARPS, SLATE, MEAGHER &
                      FLOM, LLP

By:  */s/   Kenneth S. Ziman*
          Kenneth S. Ziman

          Kenneth S. Ziman
          Suzanne D.T. Lovett
          Jonathan H. Hofer
          Four Times Square
          New York, New York  10036-6522
          Telephone: 212-735-3000
          Fax: 212-735-2000
          Email: Ken.Ziman@skadden.com
                Suzanne.Lovett@skadden.com
                jhofer@skadden.com

          Counsel for Barclays Bank PLC