# SCHEDULE  A

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| RF99Q4 | Residential Accredit Loans, Inc. , Mortgage Asset-Backed Pass-Through Certificates, Series 1999-QS4 | Trustee | RFC/Master Servicer |
| RF01K3 | Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2001-KS3 | Trustee | RFC/Master Servicer |
| RF01QD | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2001-QS13 | Trustee | RFC/Master Servicer |
| RF01QG | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2001-QS16 | Trustee | RFC/Master Servicer |
| RF01QH | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2001-QS17 | Trustee | RFC/Master Servicer |
| RF01QJ | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2001-QS19 | Trustee | RFC/Master Servicer |
| RF01QI | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2001-QS18 | Trustee | RFC/Master Servicer |
| RF02K1 | Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2002-KS1 | Trustee | RFC/Master Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| RF02Q1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS1 | Trustee | RFC/Master Servicer |
| RF02Q2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS2 | Trustee | RFC/Master Servicer |
| RF02Q4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS4 | Trustee | RFC/Master Servicer |
| RF02Q3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS3 | Trustee | RFC/Master Servicer |
| RF02K2 | Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2002-KS2 | Trustee | RFC/Master Servicer |
| RF02Q5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS5 | Trustee | RFC/Master Servicer |
| RF02Q6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS6 | Trustee | RFC/Master Servicer |
| RF02Q7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS7 | Trustee | RFC/Master Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| RF02Q8 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS8 | Trustee | RFC/Master Servicer |
| RF02Q9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS9 | Trustee | RFC/Master Servicer |
| RF02QA | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS10 | Trustee | RFC/Master Servicer |
| RF02QB | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS11 | Trustee | RFC/Master Servicer |
| RF02QC | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS12 | Trustee | RFC/Master Servicer |
| RF02QD | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS13 | Trustee | RFC/Master Servicer |
| RF02QE | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS14 | Trustee | RFC/Master Servicer |
| RF02QF | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS15 | Trustee | RFC/Master Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| RF02QG | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS16 | Trustee | RFC/Master Servicer |
| RF02QH | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS17 | Trustee | RFC/Master Servicer |
| RF02R1 | Residential Asset Mortgage Products, Mortgage Asset-Backed Pass-Through Certificates, Series 2002-RM1 | Trustee | RFC/Master Servicer |
| RF02QI | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS18 | Trustee | RFC/Master Servicer |
| RF02QJ | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS19 | Trustee | RFC/Master Servicer |
| RF03Q1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS1 | Trustee | RFC/Master Servicer |
| RF03Q2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS2 | Trustee | RFC/Master Servicer |
| RF03Q3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS3 | Trustee | RFC/Master Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| RF03R1 | Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-RM1 | Trustee | RFC/Master Servicer |
| RF03Q4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS4 | Trustee | RFC/Master Servicer |
| RF03Q5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS5 | Trustee | RFC/Master Servicer |
| RF03Q6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS6 | Trustee | RFC/Master Servicer |
| RF03Q7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS7 | Trustee | RFC/Master Servicer |
| RF03Q8 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS8 | Trustee | RFC/Master Servicer |
| RF03QH | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2003-QS17 | Trustee | RFC/Master Servicer |
| RF03R2 | Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-RM2 | Trustee | RFC/Master Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| RF03QA | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS10 | Trustee | RFC/Master Servicer |
| RF03Q9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS9 | Trustee | RFC/Master Servicer |
| RF03QB | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS11 | Trustee | RFC/Master Servicer |
| RF03QC | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS12 | Trustee | RFC/Master Servicer |
| RF03QD | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS13 | Trustee | RFC/Master Servicer |
| RF03QE | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS14 | Trustee | RFC/Master Servicer |
| RF03QF | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS15 | Trustee | RFC/Master Servicer |
| RF03QG | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS16 | Trustee | RFC/Master Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| RF03QI | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS18 | Trustee | RFC/Master Servicer |
| RF03QJ | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series  2003-QS19 | Trustee | RFC/Master Servicer |
| RF03QL | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS20 | Trustee | RFC/Master Servicer |
| RF03QM | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS21 | Trustee | RFC/Master Servicer |
| RF03QN | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS22 | Trustee | RFC/Master Servicer |
| RF03QO | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS23 | Trustee | RFC/Master Servicer |
| RF03QQ | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QA1 | Trustee | RFC/Master Servicer |
| RF04Q1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS1 | Trustee | RFC/Master Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| RF04Q2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS2 | Trustee | RFC/Master Servicer |
| RF04S1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-SL1 | Trustee | RFC/Master Servicer |
| RF04A1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QA1 | Trustee | RFC/Master Servicer |
| RF04Q3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS3 | Trustee | RFC/Master Servicer |
| RF04Q4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS4 | Trustee | RFC/Master Servicer |
| RF04Q5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS5 | Trustee | RFC/Master Servicer |
| RF04Q6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS6 | Trustee | RFC/Master Servicer |
| RF04Q7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS7 | Trustee | RFC/Master Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| RF04S2 | Residential Accredit Loans, Inc., Mortgage-Backed Pass-Through Certificates, Series 2004-SL2 | Trustee | RFC/Master Servicer |
| RF04A2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QA2 | Trustee | RFC/Master Servicer |
| RF04Q8 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS8 | Trustee | RFC/Master Servicer |
| RF04Q9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS9 | Trustee | RFC/Master Servicer |
| RF04QA | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS10 | Trustee | RFC/Master Servicer |
| RF04A3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QA3 | Trustee | RFC/Master Servicer |
| RF04QB | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS11 | Trustee | RFC/Master Servicer |
| RF04S3 | Residential Accredit Loans, Inc., Mortgage-Backed Pass-Through Certificates, Series 2004-SL3 | Trustee | RFC/Master Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| RF04A4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QA4 | Trustee | RFC/Master Servicer |
| RF04QC | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS12 | Trustee | RFC/Master Servicer |
| RF04QD | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS13 | Trustee | RFC/Master Servicer |
| RF04QE | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS14 | Trustee | RFC/Master Servicer |
| RF04QF | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS15 | Trustee | RFC/Master Servicer |
| RF04A5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QA5 | Trustee | RFC/Master Servicer |
| RF04A6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QA6 | Trustee | RFC/Master Servicer |
| RF04QG | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS16 | Trustee | RFC/Master Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| RF04S4 | Residential Accredit Loans, Inc., Mortgage-Backed Pass-Through Certificates, Series 2004-SL4 | Trustee | RFC/Master Servicer |
| RF05A1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA1 | Trustee | RFC/Master Servicer |
| RF05Q1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS1 | Trustee | RFC/Master Servicer |
| RF05Q2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS2 | Trustee | RFC/Master Servicer |
| RF05A2 | Residential Accredit Loans, Inc. , Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA2 | Trustee | RFC/Master Servicer |
| RF05S1 | Residential Asset Mortgage Products, Inc., Mortgage-Backed Pass-Through Certificates, Series 2005-SL1 | Trustee | RFC/Master Servicer |
| RF05A3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA3 | Trustee | RFC/Master Servicer |
| RF05Q3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS3 | Trustee | RFC/Master Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| RF05A4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA4 | Trustee | RFC/Master Servicer |
| RF05Q4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS4 | Trustee | RFC/Master Servicer |
| RF05Q5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS5 | Trustee | RFC/Master Servicer |
| RF05A5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA5 | Trustee | RFC/Master Servicer |
| RF05A6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA6 | Trustee | RFC/Master Servicer |
| RF05Q6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS6 | Trustee | RFC/Master Servicer |
| RF05Q7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS7 | Trustee | RFC/Master Servicer |
| RF05Q8 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS8 | Trustee | RFC/Master Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| RF05Q9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS9 | Trustee | RFC/Master Servicer |
| RF05A7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA7 | Trustee | RFC/Master Servicer |
| RF05S2 | Residential Asset Mortgage Products, Inc., Mortgage-Backed Pass-Through Certificates, Series 2005-SL2 | Trustee | RFC/Master Servicer |
| RF05QA | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS10 | Trustee | RFC/Master Servicer |
| RF05QB | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS11 | Trustee | RFC/Master Servicer |
| RF05A8 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA8 | Trustee | RFC/Master Servicer |
| RF05O1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 | Trustee | RFC/Master Servicer |
| RF05A9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA9 | Trustee | RFC/Master Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| RF05QC | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS12 | Trustee | RFC/Master Servicer |
| RF05O2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO2 | Trustee | RFC/Master Servicer |
| RF05QD | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS13 | Trustee | RFC/Master Servicer |
| RF05QE | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS14 | Trustee | RFC/Master Servicer |
| RF05AA | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA10 | Trustee | RFC/Master Servicer |
| RF05AB | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA11 | Trustee | RFC/Master Servicer |
| RF05O3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO3 | Trustee | RFC/Master Servicer |
| RF05QF | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS15 | Trustee | RFC/Master Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| RF05AC | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA12 | Trustee | RFC/Master Servicer |
| RF05O4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO4 | Trustee | RFC/Master Servicer |
| RF05QG | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS16 | Trustee | RFC/Master Servicer |
| RF05AD | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA13 | Trustee | RFC/Master Servicer |
| RF05O5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO5 | Trustee | RFC/Master Servicer |
| RF05QH | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS17 | Trustee | RFC/Master Servicer |
| RF06A1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA1 | Trustee | RFC/Master Servicer |
| RF06Q1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS1 | Trustee | RFC/Master Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| RF06Q3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS3 | Trustee | RFC/Master Servicer |
| RF06A3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA3 | Trustee | RFC/Master Servicer |
| RF06Q4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS4 | Trustee | RFC/Master Servicer |
| RF06A4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA4 | Trustee | RFC/Master Servicer |
| RF06Q5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS5 | Trustee | RFC/Master Servicer |
| RF06A5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA5 | Trustee | RFC/Master Servicer |
| RF06Q6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS6 | Trustee | RFC/Master Servicer |
| RF06Q7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS7 | Trustee | RFC/Master Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| RF06A6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA6 | Trustee | RFC/Master Servicer |
| RF06Q9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS9 | Trustee | RFC/Master Servicer |
| RF06A7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA7 | Trustee | RFC/Master Servicer |
| RF06QA | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS10 | Trustee | RFC/Master Servicer |
| RF06QB | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS11 | Trustee | RFC/Master Servicer |
| RF06A8 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA8 | Trustee | RFC/Master Servicer |
| RF06QC | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS12 | Trustee | RFC/Master Servicer |
| RF06QD | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS13 | Trustee | RFC/Master Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| RF06Q8 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-QS8 | Trustee | RFC/Master Servicer |
| RF06A9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA9 | Trustee | RFC/Master Servicer |
| RF06QE | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-QS14 | Trustee | RFC/Master Servicer |
| RF06QF | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS15 | Trustee | RFC/Master Servicer |
| RF06AA | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA10 | Trustee | RFC/Master Servicer |
| RF06QG | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-QS16 | Trustee | RFC/Master Servicer |
| RF06AB | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA11 | Trustee | RFC/Master Servicer |
| RF06QH | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS17 | Trustee | RFC/Master Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| RF06QI | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS18 | Trustee | RFC/Master Servicer |
| RF07A1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QA1 | Trustee | RFC/Master Servicer |
| RF07Q1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS1 | Trustee | RFC/Master Servicer |
| RF07Q2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS2 | Trustee | RFC/Master Servicer |
| RF07A2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QA2 | Trustee | RFC/Master Servicer |
| RF07Q3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS3 | Trustee | RFC/Master Servicer |
| RF07Q4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS4 | Trustee | RFC/Master Servicer |
| RF07Q5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS5 | Trustee | RFC/Master Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| RF07S4 | Residential Funding Mortgage Securities I Inc., Mortgage Pass-Through Certificates, Series 2007-S4 | Trustee | RFC/Master Servicer |
| RF07A3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QA3 | Trustee | RFC/Master Servicer |
| RF07Q6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS6 | Trustee | RFC/Master Servicer |
| RF07A4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QA4 | Trustee | RFC/Master Servicer |
| RF07Q7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS7 | Trustee | RFC/Master Servicer |
| RF07S5 | Residential Funding Mortgage Securities I Inc., Mortgage Pass-Through Certificates, Series 2007-S5 | Trustee | RFC/Master Servicer |
| RF07Q8 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS8 | Trustee | RFC/Master Servicer |
| RF07Q9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS9 | Trustee | RFC/Master Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| RF07QA | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS10 | Trustee | RFC/Master Servicer |
| RF07A5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QA5 | Trustee | RFC/Master Servicer |
| RF07QB | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2007-QS11 | Trustee | RFC/Master Servicer |
| GA05A3 | GMACM Mortgage Loan Trust 2005-AR3 | Trustee | GMACM/Servicer |
| GA05A4 | GMACM Mortgage Loan Trust 2005-AR4 | Trustee | GMACM/Servicer |
| GA05A5 | GMACM Mortgage Loan Trust 2005-AR5 | Trustee | GMACM/Servicer |
| GA05A6 | GMACM Mortgage Loan Trust 2005-AR6 | Trustee | GMACM/Servicer |
| GA05F1 | GMACM Mortgage Loan Trust 2005-AF1 | Trustee | GMACM/Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| GA05F2 | GMACM Mortgage Loan Trust 2005-AF2 | Trustee | GMACM/Servicer |
| GA05J1 | GMACM Mortgage Loan Trust 2005-J1 | Trustee | GMACM/Servicer |
| GS07H1 | GSR Trust 2007-HEL1 | Trustee | RFC/Servicer |
| GS07A1 | GSR Mortgage Loan Trust 2007-AR1 Mortgage Pass Through Certificates, Series 2007-A1 | Trustee | RFC/Servicer; GMACM/Servicer |
| GC0613 | HarborView Mortgage Loan Trust 2006-13 | Trustee | GMACM/Servicer |
| GC070B | RBSGC Mortgage Loan Trust 2007-B | Trustee | GMACM/Servicer |
| GC07H7 | HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-7 | Trustee | RFC/Servicer; GMACM/Servicer |
| GS07O2 | GSR Mortgage Loan Trust 2007-OA2 Mortgage Pass-Through Certificates, Series 2007-OA2 | Trustee | RFC/Servicer; GMACM/Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| GC06X1 | HarborView Mortgage Loan Trust 2006-SB1 | Trustee | GMACM/Servicer/Sub Servicer |
| GC914 | Greenwich 1991-4 | Trustee | GMACM/Servicer |
| GC05SB | Soundview Home Loan Trust 2005-B | Trustee | GMACM/Servicer |
| NC040A | New Century Home Equity Loan Trust 2004-A | Trustee | GMACM/Servicer |
| UB04S1 | MASTR Specialized Loan Trust 2004-1 | Trustee | GMACM/Servicer |
| GC05SA | Soundview Home Loan Trust 2005-A | Trustee | GMACM/Servicer |
| GC04X1 | FNBA Mortgage Loan Trust 2004-AR1 | Trustee | GMACM/Servicer |
| GC05G4 | Greenpoint Mortgage Funding Trust 2005-HE4 | Trustee | GMACM/Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| GC03S2 | Soundview 2003-2 | Trustee | GMACM/HELOC Servicer |
| UB07S1 | MASTR SPECIALIZED LOAN TRUST 2007-01 Mortgage Pass-Through Certificates | Trustee | RFC/Master Servicer; GMACM/Servicer |
| UB07S2 | MASTR SPECIALIZED LOAN TRUST 2007-02 Mortgage Pass-Through Certificates | Trustee | RFC/Master Servicer; GMACM/Servicer |
| AB07O1 | Alliance Securities Corp., Mortgage Backed Pass-Through Certificates, Series 2007-OA1 | Trustee | GMACM/Sub Servicer |
| AH0501 | American Home Mortgage Securities LLC Trust 2005-1 | Trustee | GMACM/HELOC Back-up Servicer |
| AH0502 | American Home Mortgage Securities LLC Trust 2005-2 | Trustee | GMACM/HELOC Back-up Servicer |
| AH0602 | American Home Mortgage Securities LLC Trust 2006-2 | Trustee | GMACM/HELOC Back-up Servicer |
| AH07AS | American Home Mortgage Securities LLC Trust 2007-A | Trustee | GMACM/HELOC Back-up Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| GC0614 | HarborView Mortgage Loan Trust 2006-14 | Trustee | GMACM/Servicer |
| GC07H2 | HarborView Mortgage Loan Trust 2007-2 | Trustee | GMACM/Servicer |
| GC07H4 | HarborView Mortgage Loan Trust 2007-4 | Trustee | GMACM/Servicer |
| GC07HA | HarborView Mortgage Loan Trust 2007-A | Trustee | GMACM/Servicer |
| MS0503 | Morgan Stanley Mortgage Loan Trust 2005-3AR Mortgage Pass-Through Certificates, Series 2005-3AR | Trustee | GMACM/Servicer |
| GC03H1 | HarborView Mortgage Loan Trust 2003-1 Mortgage Loan Pass-Through Certificates, Series 2003-1 | Trustee | GMACM/Servicer |
| GC03H2 | HarborView Mortgage Loan Trust 2003-2 Mortgage Loan Pass-Through Certificates, Series 2003-2 | Trustee | GMACM/Servicer |
| GC0410 | HarborView Mortgage Loan Trust 2004-10 Mortgage Loan Pass-Through Certificates, Series 2004-10 | Trustee | GMACM/Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| GC04H1 | HarborView Mortgage Loan Trust 2004-1 Mortgage Loan Pass-Through Certificates, Series 2004-1 | Trustee | GMACM/Servicer |
| GC04H4 | HarborView Mortgage Loan Trust 2004-4 Mortgage Loan Pass-Through Certificates, Series 2004-4 | Trustee | GMACM/Servicer |
| GC04H5 | HarborView Mortgage Loan Trust 2004-5 Mortgage Loan Pass-Through Certificates, Series 2004-5 | Trustee | GMACM/Servicer |
| GC04H6 | HarborView Mortgage Loan Trust 2004-6 Mortgage Loan Pass-Through Certificates, Series 2004-6 | Trustee | GMACM/Servicer |
| GC04H7 | HarborView Mortgage Loan Trust 2004-7 Mortgage Loan Pass-Through Certificates, Series 2004-7 | Trustee | GMACM/Servicer |
| GC04H8 | HarborView Mortgage Loan Trust 2004-8 Mortgage Loan Pass-Through Certificates, Series 2004-8 | Trustee | GMACM/Servicer |
| GC0511 | HarborView Mortgage Loan Trust 2005-11 Mortgage Loan Pass-Through Certificates, Series 2005-11 | Trustee | GMACM/Servicer |
| GC0515 | HarborView Mortgage Loan Trust 2005-15 Mortgage Loan Pass-Through Certificates, Series 2005-15 | Trustee | GMACM/Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| GC05H4 | HarborView Mortgage Loan Trust 2005-4 Mortgage Loan Pass-Through Certificates, Series 2005-4 | Trustee | GMACM/Servicer |
| GC05H6 | HarborView Mortgage Loan Trust 2005-6 Mortgage Loan Pass-Through Certificates, Series 2005-6 | Trustee | GMACM/Servicer |
| GC05H7 | HarborView Mortgage Loan Trust 2005-7 Mortgage Loan Pass-Through Certificates, Series 2005-7 | Trustee | GMACM/Servicer |
| GC06H8 | Harborview Mortgage Loan Trust 2006-8 | Trustee | GMACM/Servicer |
| UB06S2 | MASTR Specialized Loan Trust 2006-02 Mortgage Pass-Through Certificates | Trustee | GMACM/Servicer |
| MS0505 | MORGAN STANLEY Mortgage Loan Trust 2005-5AR | Trustee | GMACM/Servicer |
| MS0506 | MORGAN STANLEY Mortgage Loan Trust 2005-6AR | Trustee | GMACM/Servicer |
| MS0509 | MORGAN STANLEY Mortgage Loan Trust 2005-9AR | Trustee | GMACM/Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| MS0511 | MORGAN STANLEY Mortgage Loan Trust 2005-11AR | Trustee | GMACM/Servicer |
| UB06S3 | MASTR Specialized Loan Trust 2006-3 | Trustee | GMACM/Servicer |
| MS0507 | Morgan Stanley Mortgage Loan Trust 2005-7 | Trustee | GMACM/Servicer |
| MS0510 | Morgan Stanley Mortgage Loan Trust 2005-10 | Trustee | GMACM/Servicer |
| MG0401 | MortgageIT Trust 2004-1, Mortgage Backed Notes, Series 2004-1 | Trustee | GMACM/Sub-Servicer |
| MG0402 | MortgageIT Trust 2004-2, Mortgage Backed Notes, Series 2004-2 | Trustee | GMACM/Sub-Servicer |
| MG0501 | MortgageIT Trust 2005-1, Mortgage Backed Notes, Series 2005-1 | Trustee | GMACM/Sub-Servicer |
| MG0502 | MortgageIT Trust 2005-2, Mortgage Backed Notes, Series 2005-2 | Trustee | GMACM/Sub-Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| MG0503 | MortgageIT Trust 2005-3, Mortgage Backed Notes, Series 2005-3 | Trustee | GMACM/Sub-Servicer |
| MG0504 | MortgageIT Trust 2005-4, Mortgage Backed Notes, Series 2005-4 | Trustee | GMACM/Sub-Servicer |
| MG0505 | MortgageIT Trust 2005-5, Mortgage Backed Notes, Series 2005-5 | Trustee | GMACM/Sub-Servicer |
| IM02S2 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2002-2 | Trustee | GMACM/Sub-Servicer |
| IM02S3 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2002-3 | Trustee | GMACM/Sub-Servicer |
| IM03S1 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2003-1 | Trustee | GMACM/Sub-Servicer |
| IM03S3 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2003-3 | Trustee | GMACM/Sub-Servicer |
| IM04S1 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2004-1 | Trustee | GMACM/Sub-Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| IM04S2 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2004-2 | Trustee | GMACM/Sub-Servicer |
| IM06S1 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2006-1 | Trustee | GMACM/Sub-Servicer |
| IM06S2 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2006-2 | Trustee | GMACM/Sub-Servicer |
| IM06S3 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2006-3 | Trustee | GMACM/Sub-Servicer |
| IM06S4 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2006-4 | Trustee | GMACM/Sub-Servicer |
| IM06S5 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2006-5 | Trustee | GMACM/Sub-Servicer |
| IM070A | IMPAC CMB Trust Series 2007-A | Trustee | GMACM/Sub-Servicer |
| IM07S3 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-3 | Trustee | GMACM/Sub-Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| IM0209 | Impac CMB Trust 2002-9F | Trustee | GMACM/Sub-Servicer |
| IM02U1 | PFCA Home Equity Investment Trust 2002-IFC1 | Trustee | GMACM/Sub-Servicer |
| IM02U2 | PFCA Home Equity Investment Trust 2002-IFC2 | Trustee | GMACM/Sub-Servicer |
| | PFCA Home Equity Investment Trust 2002-IFC4 | Trustee | GMACM/Sub-Servicer |
| IM0302 | Impac CMB Trust 2003-2F | Trustee | GMACM/Sub-Servicer |
| IM0304 | Impac CMB Trust 2003-4 | Trustee | GMACM/Sub-Servicer |
| IM0309 | Impac CMB Trust 2003-9F | Trustee | GMACM/Sub-Servicer |
| IM0404 | Impac CMB Trust 2004-4 | Trustee | GMACM/Sub-Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| IM0405 | Impac CMB Trust 2004-5 | Trustee | GMACM/Sub-Servicer |
| IM0407 | Impac CMB Trust 2004-7 | Trustee | GMACM/Sub-Servicer |
| IM0408 | Impac CMB Trust 2004-8 | Trustee | GMACM/Sub-Servicer |
| IM0410 | Impac CMB Trust 2004-10 | Trustee | GMACM/Sub-Servicer |
| IM0501 | Impac CMB Trust 2005-1 | Trustee | GMACM/Sub-Servicer |
| RF03QK | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QR13 | Trustee | RFC/Certificate Administrator |
| RF03QP | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QR19 | Trustee | RFC/Certificate Administrator |
| RF03QR | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QR24 | Trustee | RFC/Certificate Administrator |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| RF04R1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QR1 | Trustee | RFC/Certificate Administrator |
| RF05R1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QR1 | Trustee | RFC/Certificate Administrator |
| RF08R1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2008-QR1 | Trustee | RFC/Certificate Administrator |
| FB07N1 | Credit Suisse NIMs Trust Residential Accredit Loans, Inc. 2007-QO1NIM (underlying trust RALI Series 2007, QO1 Trust) | Trustee | RFC/Servicer |
| GC06N7 | RALI NIM CI-1 Notes, Series 2006-QO4 | Trustee | RFC/Servicer |
| SW881 | Southwest Savings 1988-1 | Trustee | GMACM/Servicer |
| IM0504 | Impac CMB Trust 2005-4 | Trustee | GMACM/Sub-Servicer |
| IM0505 | Impac CMB Trust 2005-5 | Trustee | GMACM/Sub-Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| IM0507 | Impac CMB Trust 2005-7 | Trustee | GMACM/Sub-Servicer |
| IM0508 | Impac CMB Trust 2005-8 | Trustee | GMACM/Sub-Servicer |
| GC05SB | Soundview Home Loan Trust 2005-B | Trustee | GMACM/Servicer |
| UB03I2 | PFCA Home Equity Investment Trust 2003-IFC4 | Trustee | GMACM/Sub-Servicer |
| UB03I3 | PFCA Home Equity Investment Trust 2003-IFC5 | Trustee | GMACM/Sub-Servicer |
| UB03I4 | PFCA Home Equity Investment Trust 2003-IFC6 | Trustee | GMACM/Sub-Servicer |
| UB0305 | MASTR SEC TR 2003-5 | Trustee | GMACM/Servicer |
| UB05S1 | MASTR SPEC LN TR 2005-1 | Trustee | GMACM/Sub-Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| UB06S1 | MASTR SPEC LN TN 2006-1 | Trustee | GMACM/Servicer |
| | MortgageIT Trust 2005-AR1 | Trustee | GMACM/Servicer |
| | MortgageIT Trust 2006-1 | Trustee | GMACM/Servicer |
| GC07S1 | Soundview Home Loan Trust 2007-1 | Trustee | GMACM/Servicer |
| AH07S1 and AH07AS | American Home Mortgage Investment Trust 2007-SD1 Mortgaged-Backed Notes, Series 2007-SD1 and American Home Mortgage Investment Trust 2007-A Mortgaged-Backed Notes, Series 2007-A | Trustee | GMACM/Servicer |
| GC07H6 | Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-6 | Trustee | GMACM/Servicer |
| HB07L2 | HSI Asset Loan Obligation Trust 2007-AR2 Mortgage Pass-Through Certificates, Series 2007-AR2 | Trustee | GMACM/Servicer; RFC/Servicer |
| | MASTR SPECIALIZED LOAN TRUST 2004-02 MORTGAGE PASS-THROUGH CERTIFICATES | Trustee | GMACM/Servicer |

| Issuer Id. | Name of Securitization Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|---|
| | MASTR SPECIALIZED LOAN TRUST 2005-02 MORTGAGE PASS-THROUGH CERTIFICATES | Trustee | GMACM/Servicer |
| | MASTR SPECIALIZED LOAN TRUST 2005-03 MORTGAGE PASS-THROUGH CERTIFICATES | Trustee | GMACM/Servicer |