# SCHEDULE A

## SCHEDULE A

The following applies for all RMBS Trusts listed in this Schedule A.

1.      Each specific Debtor Servicer capacity as regards each RMBS Trust is listed to the extent such specific capacities are known to the Claimant.  Such listings are not exclusive and may not indicate each and every Servicer capacity in which the listed Debtors have acted, and the failure to list any capacity does not exclude a claim based on the other capacities in which the Debtors have acted.  Claimant reserves the right to amend this Notice of Cure Claim to assert such other Debtor Servicer capacities.

2.      For purposes of this Schedule A the following definitions apply to the Debtor entities:  "GMACM" shall mean GMAC Mortgage LLC (f/k/a GMAC Mortgage Corporation), "RFC" shall mean Residential Funding Company LLC (f/k/a Residential Funding Corporation), "HF" shall mean Homecomings Financial LLC; "RASC" shall mean Residential Asset Securities Corporation, or as otherwise defined herein.  For the purposes of this Schedule A, any predecessors to the Debtor entities listed on Schedule A are included in the definition for each Debtor.

3.      For each RMBS Trust listed on this Schedule A, Claimant asserts all cure claims as set forth in paragraphs 20 through 35 of the Notice of Cure Claim.

4.      As set forth in footnote 18 of the Notice of Cure Claim, to the extent cure claims relating to damages arising from the origination and sale of mortgage loans are asserted against the Debtors in their capacities other than as Servicer, this Schedule A includes as cure claims the claims asserted in the Claimant's Proof of Claim filed in these Cases on March 1, 2013 (the "Proof of Claim") against the Debtors as Sellers, and such claims are incorporated herein as cure claims.

5.      Settlement Trusts are indicated by the name of the RMBS Trust followed by "(S)".

**Schedule A**

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| ACE Securities Corp. 1999-A | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| AHMIT 2005-4 | Trustee | GMACM/HELOC back-up servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| ARMT 2005-10 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| ARMT 2005-11 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| ARMT 2005-9 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| BAFC 2005-3 | Trustee | RFC/servicer<br>GMACM/Servicer<br>HF/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| BAFC 2005-4 | Trustee | RFC/servicer<br>GMACM/Servicer<br>HF/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| BAFC 2005-5 | Trustee | RFC/servicer<br>GMACM/Servicer<br>HF/Servicer |

| Name of Securitization Trust | Claimant Capacity | Debtor/Capacity |
|---|---|---|
| BAFC 2005-6 | Trustee | RFC/servicer<br>GMACM/servicer<br>HF/Servicer |

| Name of Securitization Trust | Claimant Capacity | Debtor/Capacity |
|---|---|---|
| BAFC 2005-7 | Trustee | RFC/servicer<br>GMACM/servicer<br>HF/Servicer |

| Name of Securitization Trust | Claimant Capacity | Debtor/Capacity |
|---|---|---|
| BAFC 2005-8 | Trustee | RFC/servicer<br>GMACM/servicer<br>HF/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| BAFC 2006-2 | Trustee | GMACM/servicer<br>RFC/Servicer<br>HF/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| BAFC 2006-5 | Trustee | GMACM/servicer<br>RFC/servicer<br>HF/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| BAFC 2007-3 | Trustee | GMACM/servicer<br>RFC/servicer<br>HF/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| BAFC 2007-4 | Trustee | GMACM/servicer<br>RFC/servicer<br>HF/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| BAFC 2007-7 | Trustee | GMACM/servicer<br>RFC/servicer<br>HF/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| Banc of America 2006-1 | Trustee | GMACM/servicer<br>RFC/servicer<br>HF/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| Banc of America 2006-4 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| BART 2004-1 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| BART 2004-10 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| BART 2004-12 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| BART 2004-5 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| BART 2004-9 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| BART 2005-11 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| BASAT 2006-G1 | Trustee | GMACM/servicer<br>GMACM/custodian |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| Bayview 2003-A | Trustee | GMACM/servicer<br>GMACM/initial servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| Bayview 2004-A | Trustee | GMACM/servicer<br>GMACM/initial servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| Bayview 2004-C | Trustee | RFC/servicer<br>RFC/initial servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| Bayview 2004-D | Trustee | RFC/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| Bayview 2005-B | Trustee | RFC/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| Bayview 2006-B | Trustee | GMACM/servicer |

| Name of Securitization Trust | Claimant Capacity | Debtor/Capacity |
|---|---|---|
| Bayview 2006-D | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| Bayview 2007-A | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| Bayview 2007-B | Trustee | GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| Bayview 2008-A | Trustee | GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| BS ABS 2004-AC1 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| BS ABS 2004-AC2 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| BS ABS 2004-AC7 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| BS ABS 2005-AC3 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| BS ABS 2005-AC5 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| BS ABS 2005-AC7 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| BSALTA 2006-3 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| BS ARM Trust 2005-12 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| BS ARM Trust 2006-2 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| CMLTI 2004-HYB4 | Trustee | GMACM/servicer GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| CMLTI 2005-1 | Trustee | GMACM/servicer GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| CMLTI 2005-2 | Trustee | GMACM/servicer GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| CMLTI 2005-3 | Trustee | GMACM/servicer GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| CMLTI 2005-5 | Trustee | GMACM/servicer GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| CMLTI 2005-8 | Trustee | GMACM/servicer GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| CMLTI 2006-4 | Trustee | GMACM/servicer GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| CMLTI 2006-AR3 | Trustee | GMACM/servicer GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| CMLTI 2007-AMC2 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| CMLTI 2007-AR1 | Trustee | GMACM/servicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| CSFB 2002-34 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| CSFB 2002-AR33 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| CSFB 2005-10 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| CSFB 2005-11 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| CSFB 2005-12 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| CSFB 2005-3 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| CSFB 2005-4 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| CSFB 2005-5 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| CSFB 2005-6 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| CSFB 2005-8 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| CSFB 2005-9 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| CSMC 2006-1 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| CSMC 2006-8 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| CSMC 2006-9 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| CSMC 2007-6 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| CSMC 2007-7 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| Deutsche ALT 2007-2 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GOLDMAN SACHS 2003-3 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GOLDMAN SACHS 2004-1 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GOLDMAN SACHS 2004-3 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GPMF 2006-AR4 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GPMF 2006-AR5 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GPMF 2006-AR6 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GPMF 2006-AR7 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GPMF 2006-AR8 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GPMF 2006-HE1 (a/ka/Greenpoint 2006-HE1) | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GPMF 2007-AR2 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GSAMP 2004-SD1 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GSAMP 2004-SEA1 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GSAMP TRUST 2006-RP2 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GSMPS 05-RP2 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GSMPS 05-RP3 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GSMPS 2004-4 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GSMPS 2006-RP1 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GSR 2004-10F | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GSR 2005-5F | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GSR 2005-6F | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GSR 2005-7F | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GSR 2005-8F | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GSR 2005-9F | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GSR 2005-AR3 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GSR 2005-AR7 | Trustee | RFC/servicer<br>RFC/master servicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GSR 2006-2F | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GSR 2006-3F | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GSR 2006-4F | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GSR 2006-AR1 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GSR 2007-4F | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| GSRPM 2004-1 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| LXS 2006-10N | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| LXS 2006-12N | Trustee | GMACM/servicer<br>RFC/servicer<br>HF/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| LXS 2006-4N | Trustee | GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| LXS 2006-GP1 | Trustee | GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| LXS 2006-GP2 | Trustee | GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| LXS 2006-GP3 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| LXS 2006-GP4 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| LXS 2007-15N | Trustee | GMACM/servicer<br>RFC/servicer<br>GMACM/prior servicer<br>HF/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MABS 2005-AB1 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MALT 2005-1 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MALT 2005-6 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MALT 2007-1 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MARM 2006-OA2 | Trustee | GMACM/servicer<br>RFC/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MARM 2007-1 | Trustee | RFC/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MARM 2007-2 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MAST ALT TRST 2003-8 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MAST ALT TRST 2003-9 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MAST ALT TRST 2004-1 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MAST ALT TRST 2004-10 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MAST ALT TRST 2004-11 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MAST ALT TRST 2004-13 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MAST ALT TRST 2004-2 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MAST ALT TRST 2004-3 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MAST ALT TRST 2004-5 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MAST ALT TRST 2004-9 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MAST ARM TRST 2005-7 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MASTR (MSSTR) 2005-1 a/k/a MSSTR 2005-1 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MASTR 2003-12 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MASTR SEC TR 2003-10 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MASTR SEC TR 2003-11 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MASTR SEC TR 2003-6 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MASTR SEC TR 2003-7 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MASTR SEC TR 2003-8 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MASTR SEC TR 2003-9 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MASTR SEC TR 2004-8 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MLMI 2005-A6 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MS 1999-RM1 aka MSC1 1999-RM1 | Trustee | RFC/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MSM 2006-11 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MSM 2006-12XS | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MSM 2006-15XS | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MSM 2006-17XS | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MSM 2006-1AR | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MSM 2006-7 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MSM 2007-1XS | Trustee | GMACM/servicer<br>GMACM/successor servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MSM 2007-2AX | Trustee | GMACM/servicer<br>GMACM/successor servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MSM 2007-3XS | Trustee | GMACM/servicer<br>GMACM/successor servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MSM 2007-6XS | Trustee | GMACM/servicer<br>GMACM/successor servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MSM 2007-7AX | Trustee | GMACM/servicer<br>GMACM/successor servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MSM 2007-8XS | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| MSSTR 2004-01 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| PRIME 2003-3 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| PRIME 2004-1 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| PRIME 2004-CL2 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| PRIME 2005-2 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| PRIME 2005-4 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| PRIME 2005-5 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| PRIME 2006-1 | Trustee | GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| PRIME 2006-CL1 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAAC Series 2007-RP3 (S) | Trustee | RFC/master servicer<br>GMACM/subservicer<br>HF/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAAC Series 2007-RP4 (S) | Trustee | RFC/master servicer<br>GMACM/subservicer<br>HF/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAAC Series 2007-SP1 (S) | Trustee | RFC/master servicer<br>GMACM/subservicer<br>HF/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAAC Series 2007-SP2 (S) | Trustee | RFC/master servicer<br>GMACM/subservicer<br>HF/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAAC Series 2007-SP3 (S) | Trustee | RFC/master servicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RALI SER 2006-QA2 (S) | Trustee | RFC/master servicer<br>GMACM/subservicer<br>HF/subservicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RALI SER 2006-QS2 (S) | Trustee | RFC/master servicer<br>GMACM/subservicer<br>HF/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAMP 2007-RS1 NIM (Sharp) | Trustee | RFC/Servicer<br>RFC/master servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAMP 2007-RZ1 NIM | Trustee | RFC/Servicer<br>RFC/master servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAMP SER 2005-EFC1 (S) | Trustee | RFC/master servicer<br>HF/servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAMP SER 2005-EFC2 (S) | Trustee | RFC/master servicer<br>HF/servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAMP SER 2005-EFC3 (S) | Trustee | RFC/master servicer<br>HF/servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAMP SER 2005-EFC4 (S) | Trustee | RFC/master servicer<br>HF/servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAMP SER 2005-EFC5 (S) | Trustee | RFC/master servicer<br>HF/servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAMP SER 2005-EFC6 (S) | Trustee | RFC/master servicer<br>HF/servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAMP SER 2005-EFC7 (S) | Trustee | RFC/master servicer<br>HF/servicer and subservicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAMP SER 2005-NC1 (S) | Trustee | RFC/master servicer<br>HF/servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAMP SER 2006-EFC1 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAMP SER 2006-EFC2 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAMP SER 2006-NC1 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAMP SER 2006-NC2 (S) | Trustee | RFC/master servicer<br><br>HF/subservicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAMP SER 2006-NC3 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAMP SER 2006-NIM-NC1 | Trustee | RFC/Servicer<br>RFC/master servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAMP SER 2006-RS6 (S) | Trustee | RFC/master servicer<br>GMACM/subservicer<br>HF/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAMP SER 2006-RS6-NIM | Trustee | RFC/Servicer<br><br>RFC/master servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAMP SER 2006-RZ5 (S) | Trustee | RFC/Servicer<br>GMACM/subservicer<br>HF/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAMP SER 2006-RZ5-NIM | Trustee | RFC/Servicer<br><br>RFC/master servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAMP SER 2006-SP4 (S) | Trustee | RFC/master servicer<br>GMACM/subservicer<br>HF/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAMP Series 2007-RP1 (S) | Trustee | RFC/master servicer<br>GMACM/subservicer<br>HF/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAMP Series 2007-RP2 (S) | Trustee | RFC/master servicer<br>GMACM/subservicer<br>HF/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAMP Series Trust 2007-RS1 (S) | Trustee | RFC/master servicer<br>GMACM/subservicer<br>HF/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAMP Series 2007-RS2  (S)<br>(a/k/a/ Residential Asset Mtge<br>Products 2007-RS2 | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RAMP Series Trust 2007-RZ1 (S) | Trustee | RFC/master servicer<br>GMACM/subservicer<br>HF/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC 2005-EMX1 (S) | Trustee | RFC/master servicer<br>HF/Servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC NIM 2005-KS3 | Trustee | RFC/Servicer<br>RFC/master servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC NIM 2005-KS4 | Trustee | RFC/Servicer<br>RFC/master servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC NIM 2005-NT1 | Trustee | RFC/Servicer<br>RFC/master servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC NIM 2005-NT2 | Trustee | RASC/depositor<br>RFC/Servicer<br>RFC/master servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2005 NIM-KS6 | Trustee | RFC/Servicer<br>RFC/master servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2005-AHL1 (S) | Trustee | RFC/master servicer<br>HF/servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2005-AHL2 (S) | Trustee | RFC/master servicer<br><br>HF/servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2005-AHL3 (S) | Trustee | RFC/master servicer<br><br>HF/servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2005-EMX2 (S) | Trustee | RFC/master servicer<br><br>HF/Servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2005-EMX3 (S) | Trustee | RFC/master servicer<br>HF/Servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2005-EMX4 (S) | Trustee | RFC/master servicer<br>HF/Servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2005-EMX5 (S) | Trustee | RFC/master servicer HF/Servicer GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2005-KS10 (S) | Trustee | RFC/master servicer HF/subservicer GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2005-KS11 (S) | Trustee | RFC/master servicer HF/servicer GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2005-KS12 (S) | Trustee | RFC/master servicer HF/servicer GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2005-KS4 (S) | Trustee | RFC/master servicer HF/servicer GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2005-KS5 (S) | Trustee | RFC/master servicer<br>HF/servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2005-KS6 (S) | Trustee | RFC/master servicer<br>HF/servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2005-KS7 (S) | Trustee | RFC/master servicer<br>HF/servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2005-KS8 (S) | Trustee | RFC/master servicer<br>HF/servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2005-KS9 (S) | Trustee | RFC/master servicer<br>HF/servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2006 NIM-KS1 | Trustee | RFC/Servicer<br>RFC/master servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2006 NIM-KS3 | Trustee | RFC/Servicer<br>RFC/master servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2006 NIM-KS4 | Trustee | RFC/Servicer<br>RFC/master servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2006 NIM-KS5 | Trustee | RFC/Servicer<br>RFC/master servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2006 NIM-KS8 | Trustee | RFC/Servicer<br>RFC/master servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2006 NIM-KS9 | Trustee | RFC/Servicer<br><br>RFC/master servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2006-EMX1 (S) | Trustee | RFC/master servicer<br>HF/Servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2006-EMX2 (S) | Trustee | RFC/master servicer<br>HF/Servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2006-EMX3 (S) | Trustee | RFC/master servicer<br>HF/Servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2006-EMX4 (S) | Trustee | RFC/master servicer<br><br>HF/Servicer<br><br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2006-EMX5 (S) | Trustee | RFC/master servicer<br>HF/Servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2006-EMX6 (S) | Trustee | RFC/master servicer<br>HF/Servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2006-EMX7 (S) | Trustee | RFC/master servicer<br>HF/Servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2006-EMX8 (S) | Trustee | RFC/master servicer<br>HF/Servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2006-EMX9 (S) | Trustee | RFC/master servicer<br>HF/Servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2006-KS1 (S) | Trustee | RFC/master servicer<br><br>HF/subservicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2006-KS2 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2006-KS3 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2006-KS4 (S) | Trustee | RFC/master servicer<br><br>HF/subservicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2006-KS5 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2006-KS6 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2006-KS7 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2006-KS8 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2006-KS9 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2007-EMX1 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2007-KS1 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2007-KS2 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2007-KS3 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM /subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC Series 2007-KS4 (S) (a/k/a Residential Asset Securities 2007-KS4) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC SER 2007-NT3 | Trustee | RFC/master servicer<br>RFC/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC Series 2004-KS12 (S) | Trustee | RFC/master servicer<br><br>HF/servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC Series 2005-KS1 (S) | Trustee | RFC/master servicer<br><br>HF/servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC Series 2005-KS2 (S) | Trustee | RFC/master servicer<br>HF/Servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RASC Series 2005-KS3 (S) | Trustee | RFC/master servicer<br>HF/servicer<br>GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RBSGC 2005-A | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| Residential Funding Mortgage Securities II Series 2007-HI1 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br><br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI 2005-S1 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI 2005-S2 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI 2005-S3 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI 2005-SA1 (S) | Trustee | RFC/master servicer<br>GMACM/subservicer<br>HF/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SE 2005-SA2 (S) | Trustee | RFC/master servicer<br>GMACM/subservicer<br>HF/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2005-S4 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2005-S5 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2005-S6 (S) | Trustee | RFC/master servicer<br>GMACM/subservicer<br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2005-S7 (S) | Trustee | RFC/master servicer<br>GMACM/subservicer<br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2005-S8 (S) | Trustee | RFC/master servicer<br>GMACM/subservicer<br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2005-S9 (S) | Trustee | RFC/master servicer<br>GMACM/subservicer<br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2005-SA3 (S) | Trustee | RFC/master servicer<br>GMACM/subservicer<br>HF/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2005-SA4 (S) | Trustee | RFC/master servicer<br>GMACM/subservicer<br>HF/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2005-SA5 (S) | Trustee | RFC/master servicer<br>GMACM/subservicer<br>HF/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2006-HI5 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2006-S1 (S) | Trustee | RFC/master servicer<br>GMACM/subservicer<br>HF/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2006-S10 (S) | Trustee | RFC/master servicer<br>GMACM/subservicer<br>HF/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2006-S11 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2006-S12 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2006-S2 (S) | Trustee | RFC/master servicer<br>GMACM/subservicer<br>HF/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2006-S3 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2006-S4 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2006-S5 (S) | Trustee | RFC/master servicer<br><br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2006-S6 (S) | Trustee | RFC/master servicer<br><br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2006-S7 (S) | Trustee | RFC/master servicer<br><br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2006-S8 (S) | Trustee | RFC/master servicer<br><br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2006-S9 (S) | Trustee | RFC/master servicer<br><br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2006-SA1 (S) | Trustee | RFC/master servicer<br><br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2006-SA2 (S) | Trustee | RFC/master servicer<br><br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2006-SA3 (S) | Trustee | RFC/master servicer<br><br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2006-SA4 (S) | Trustee | RFC/master servicer<br><br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2007-S1 (S) | Trustee | RFC/master servicer<br><br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2007-S2 (S) | Trustee | RFC/master servicer<br><br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2007-S3 (S) | Trustee | RFC/master servicer<br><br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2007-S6 (S) | Trustee | RFC/master servicer<br><br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2007-S7 (S) | Trustee | RFC/master servicer<br><br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2007-S8 (S) | Trustee | RFC/master servicer<br><br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2007-S9 (S) | Trustee | RFC/master servicer<br><br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2007-SA1 (S) | Trustee | RFC/master servicer<br><br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2007-SA2 (S) | Trustee | RFC/master servicer<br><br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2007-SA3 (S) | Trustee | RFC/master servicer<br><br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI SER 2007-SA4 (S) | Trustee | RFC/master servicer<br><br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI Series 2004-PS1 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI Series 2004-S7 (S) | Trustee | RFC/master servicer<br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI Series 2004-S8 (S) | Trustee | RFC/master servicer<br><br>HF/subservicer<br>GMACM/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| RFMSI Series 2004-S9 (S) | Trustee | RFC/master servicer<br>GMACM/subservicer<br>HF/subservicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SACO 1 2005-WM1 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SACO 1 2005-WM3 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SAIL 2005-5 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SAIL 2005-9 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SAIL 2006-2 | Trustee | GMACM/primary servicer<br>GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SAIL 2006-3 | Trustee | GMACM/primary servicer<br>GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SAMI Prime 2004-CL1 (a/k/a Prime 2004-CL1) | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SASCO 05-RF2 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SASCO 05-RF4 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SASCO 05-RF6 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SASCO 05-S2 | Trustee | GMACM/primary servicer

GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SASCO 05-S3 | Trustee | GMACM/primary servicer
GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SASCO 05-S5 | Trustee | GMACM/primary servicer

GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SASCO 2002-12 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SASCO 2005-RF1 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SASCO 2005-S1 | Trustee | GMACM/primary servicer

GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SASCO 2005-S4 | Trustee | GMACM/primary servicer<br><br>GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SASCO 2006-BC2 | Trustee | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SASCO 2007-TC1 | Trustee | GMACM/primary servicer<br><br>GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SASI SERIES 1993-6 | Trustee | RFC/servicer<br>GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SMART SERIES 1993-03 | Trustee | GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SMART SERIES 1993-06 | Trustee | GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| TERWIN 2005-11 | Trustee | GMACM/master servicer<br><br>GMACM/backup servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| BSSLT 2007-1 | Master Servicer | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SACO I 2005-GP1 | Master Servicer | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SACO I 2006-1 | Master Servicer | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SACO 2006-5 | Master Servicer | GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SACO 2006-6 | Master Servicer | GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SACO 2006-7 | Master Servicer | GMACM/Servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SACO 1 2006-8 | Master Servicer | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SACO I 2006-9 | Master Servicer | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SACO I 2006-10 | Master Servicer | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SACO I 2006-12 | Master Servicer | GMACM/servicer |

| Name of Trust | Claimant Capacity | Debtor/Servicer Capacity |
|---|---|---|
| SACO I 2007-2 | Master Servicer | GMACM/servicer |