# **SCHEDULE A**

The following applies for all RMBS Trusts listed in this Schedule A.

1. Each specific Debtor Servicer capacity as regards each RMBS Trust is listed to the extent such specific capacities are known to the Claimant. Such listings are not exclusive and may not indicate each and every Servicer capacity in which the listed Debtors have acted, and the failure to list any capacity does not exclude a claim based on the other capacities in which the Debtors have acted. Claimant reserves the right to amend this Notice of Cure Claim to assert such other Debtor Servicer capacities.

2. For purposes of this Schedule A the following definitions apply to the Debtor entities: "GMACM" shall mean GMAC Mortgage LLC (f/k/a GMAC Mortgage Corporation), "RFC" shall mean Residential Funding Company LLC (f/k/a Residential Funding Corporation), and "HF" shall mean Homecomings Financial LLC (f/k/a Homecomings Financial Network, Inc.). For the purposes of this Schedule A, any predecessors to the Debtor entities listed on Schedule A are included in the definition for each Debtor.

3. For each RMBS Trust listed on this Schedule A, Claimant asserts all cure claims as set forth in paragraphs 19 through 34 of the Notice of Cure Claim.

4. As set forth in footnote 18 of the Notice of Cure Claim, to the extent cure claims relating to damages arising from the origination and sale of mortgage loans are asserted against the Debtors in their capacities other than as Servicer, this Schedule A includes as cure claims the claims asserted in the Claimant's Proofs of Claim filed in these Cases on March 1, 2013 against the Debtors as Sellers, and such claims are incorporated herein as cure claims.

| SCHEDULE A | | | |
|---|---|---|---|
| **RMBS Trusts where Wells Fargo is Trustee or Master Servicer** | | | |
| **Name of RMBS Trust** | **Claimant Capacity** | **Debtor** | **Debtor Capacity** |
| ACE 2005-SL1 | Master Servicer | GMACM | Servicer |
| ACE 2006-SL1 | Master Servicer | GMACM | Servicer |
| ACE 2006-SL4 | Master Servicer | GMACM | Servicer |
| ACE 2007-HE4 | Master Servicer | GMACM | Servicer |
| ACE 2007-SL1 | Master Servicer | GMACM | Servicer |
| ALLIANCE 2007-S1 | Master Servicer | GMACM | Back-Up Servicer and Subservicer |
| AMER HOME MTG 2005-1 | Master Servicer | GMACM | HELOC Backup Servicer |
| AMER HOME MTG 2005-2 | Master Servicer | GMACM | HELOC Backup Servicer |
| AMER HOME MTG 2005-4 | Master Servicer | GMACM | HELOC Backup Servicer |
| AMER HOME MTG 2006-2 | Master Servicer | GMACM | HELOC Backup Servicer |
| AMER HOME MTG 2007A-SD1 | Master Servicer | GMACM | HELOC Backup Servicer |
| ARMT 2004-5 | Master Servicer | GMACM | Servicer |
| ARMT 2005-1 | Master Servicer | GMACM | Servicer |
| ARMT 2005-10 | Master Servicer | GMACM | Servicer |
| ARMT 2005-11 | Master Servicer | GMACM | Servicer |
| ARMT 2005-9 | Master Servicer | GMACM | Servicer |
| BAFC 2005-3 | Master Servicer | RFC | Servicer |
| BAFC 2005-4 | Master Servicer | RFC | Servicer |
| BAFC 2005-5 | Master Servicer | RFC | Servicer |
| BAFC 2005-6 | Master Servicer | GMACM | Servicer |
| | | RFC | Servicer |
| BAFC 2005-7 | Master Servicer | RFC | Servicer |
| BAFC 2005-8 | Master Servicer | GMACM | Servicer |
| | | RFC | Servicer |
| BAFC 2006-1 | Master Servicer | GMACM | Servicer |
| | | RFC | Servicer |
| BAFC 2006-2 | Master Servicer | GMACM | Servicer |
| BAFC 2006-4 | Master Servicer | GMACM | Servicer |
| BAFC 2007-3 | Master Servicer | GMACM | Servicer |
| BAFC 2007-4 | Master Servicer | GMACM | Servicer |
| BAFC 2007-7 | Master Servicer | GMACM | Servicer |
| BAYVIEW 2003-A | Master Servicer | GMACM | Servicer |
| BAYVIEW 2004-A | Master Servicer | GMACM | Servicer |
| BAYVIEW 2004-C | Master Servicer | RFC | Servicer |
| BAYVIEW 2004-D | Master Servicer | RFC | Servicer |
| BAYVIEW 2005-B | Master Servicer | RFC | Servicer |
| BAYVIEW 2006-B | Master Servicer | GMACM | Servicer |
| BAYVIEW 2006-D | Master Servicer | GMACM | Servicer |
| BAYVIEW 2007-A | Master Servicer | GMACM | Servicer |
| BAYVIEW 2007-B | Master Servicer | GMACM | Servicer |
| BAYVIEW 2008-A | Master Servicer | GMACM | Servicer |

| Name of RMBS Trust | Claimant Capacity | Debtor | Debtor Capacity |
|---|---|---|---|
| BEARWHSE | Master Servicer | GMACM | Servicer |
| BS ABS 2003-AC3 | Master Servicer | GMACM | Servicer |
| BS ABS 2003-AC4 | Master Servicer | GMACM | Servicer |
| BS ABS 2004-AC1 | Master Servicer | GMACM | Servicer |
| BS ABS 2004-AC2 | Master Servicer | GMACM | Servicer |
| BS ABS 2004-AC7 | Master Servicer | GMACM | Servicer |
| BS ABS 2005-AC7 | Master Servicer | GMACM | Servicer |
| BS ABS 2006-SD2 | Master Servicer | GMACM | Servicer |
| BS ABS 2007-SD2 | Master Servicer | GMACM | Servicer |
| BS ABS 2007-SD3 | Master Servicer | GMACM | Servicer |
| BS ALT A 2004-12 | Master Servicer | GMACM | Servicer |
| BS ALT A 2004-4 | Master Servicer | GMACM | Servicer |
| BS ALT A 2004-6 | Master Servicer | GMACM | Servicer |
| BS ALT A 2005-10 | Master Servicer | GMACM | Servicer |
| BS ALT A 2005-3 | Master Servicer | GMACM | Servicer |
| BS ALT A 2005-4 | Master Servicer | GMACM | Servicer |
| | | RFC | Servicer |
| BS ALT A 2005-5 | Master Servicer | GMACM | Servicer |
| BS ALT A 2006-1 | Master Servicer | GMACM | Servicer |
| BS ALTA 2006-3 | Master Servicer | GMACM | Servicer |
| BS ALTA 2006-4 | Master Servicer | GMACM | Servicer |
| BS ALTA 2006-5 | Master Servicer | GMACM | Servicer |
| BS ALTA 2006-8 | Master Servicer | GMACM | Servicer |
| BS ARM TRST 2002-11 | Master Servicer | GMACM | Servicer |
| BS ARM TRST 2004-5 | Master Servicer | GMACM | Servicer |
| BS ARM TRUST 2001-4 | Master Servicer | GMACM | Servicer |
| BS ARM TRUST 2003-1 | Master Servicer | GMACM | Servicer |
| BS ARM TRUST 2003-3 | Master Servicer | GMACM | Servicer |
| BS ARM TRUST 2003-4 | Master Servicer | GMACM | Servicer |
| BS ARM TRUST 2003-5 | Master Servicer | GMACM | Servicer |
| BS ARM TRUST 2003-6 | Master Servicer | GMACM | Servicer |
| BS ARM TRUST 2003-7 | Master Servicer | GMACM | Servicer |
| BS ARM TRUST 2004-10 | Master Servicer | GMACM | Servicer |
| BS ARM TRUST 2004-12 | Master Servicer | GMACM | Servicer |
| BS ARM TRUST 2004-9 | Master Servicer | GMACM | Servicer |
| BS ARM Trust 2005-11 | Master Servicer | GMACM | Servicer |
| BS ARM Trust 2005-12 | Master Servicer | GMACM | Servicer |
| BS ARM TRUST 2006-2 | Master Servicer | GMACM | Servicer |
| BSSLT 2007-SV1 | Master Servicer | GMACM | Servicer |
| CMLTI 2004-2 | Master Servicer | GMACM | Servicer |
| CMLTI 2005-SHL1 | Master Servicer | GMACM | Servicer |
| CMLTI 2007-SHL1 | Master Servicer | GMACM | Servicer |
| CSFB 2003-23 | Master Servicer | GMACM | Servicer |
| CSFB 2005-10 | Master Servicer | GMACM | Servicer |
| CSFB 2005-11 | Master Servicer | GMACM | Servicer |

| Name of RMBS Trust | Claimant Capacity | Debtor | Debtor Capacity |
|---|---|---|---|
| CSFB 2005-12 | Master Servicer | GMACM | Servicer |
| CSFB 2005-3 | Master Servicer | GMACM | Servicer |
| CSFB 2005-4 | Master Servicer | GMACM | Servicer |
| CSFB 2005-5 | Master Servicer | GMACM | Servicer |
| CSFB 2005-6 | Master Servicer | GMACM | Servicer |
| CSFB 2005-8 | Master Servicer | GMACM | Servicer |
| CSFB 2005-9 | Master Servicer | GMACM | Servicer |
| CSMC 2006-1 | Master Servicer | GMACM | Servicer |
| CSMC 2006-8 | Master Servicer | GMACM | Servicer |
| CSMC 2006-9 | Master Servicer | GMACM | Servicer |
| CSMC 2007-6 | Master Servicer | GMACM | Servicer |
| CSMC 2007-7 | Master Servicer | GMACM | Servicer |
| CW WAREHOUSE | Master Servicer | GMACM | Servicer |
| DEUTSCHE ALT 03-2XS | Master Servicer | GMACM | Servicer |
| DEUTSCHE ALT 03-4XS | Master Servicer | GMACM | Servicer |
| DEUTSCHE ALT 2005-3 | Master Servicer | GMACM | Servicer |
| DEUTSCHE ALT 2005-4 | Master Servicer | GMACM | Servicer |
| DEUTSCHE ALT 2005-5 | Master Servicer | GMACM | Servicer |
| DEUTSCHE ALT 2005-6 | Master Servicer | GMACM | Servicer |
| DEUTSCHE ALT 2005-AR1 | Master Servicer | GMACM | Servicer |
| DEUTSCHE ALT 2005-AR2 | Master Servicer | GMACM | Servicer |
|  |  | RFC | Servicer |
| DEUTSCHE ALT 2006-AB1 | Master Servicer | GMACM | Servicer |
| DEUTSCHE ALT 2006-AB2 | Master Servicer | GMACM | Servicer |
| DEUTSCHE ALT 2006-AB3 | Master Servicer | GMACM | Servicer |
| DEUTSCHE ALT 2006-AB4 | Master Servicer | GMACM | Servicer |
| DEUTSCHE ALT 2006-AF1 | Master Servicer | GMACM | Servicer |
|  |  | RFC | Servicer |
| DEUTSCHE ALT 2006-AR1 | Master Servicer | GMACM | Servicer |
|  |  | RFC | Servicer |
| DEUTSCHE ALT 2006-AR2 | Master Servicer | GMACM | Servicer |
| DEUTSCHE ALT 2006-AR3 | Master Servicer | GMACM | Servicer |
|  |  | RFC | Servicer |
| DEUTSCHE ALT 2006-AR5 | Master Servicer | GMACM | Servicer |
| DEUTSCHE ALT 2006-AR6 | Master Servicer | GMACM | Servicer |
| DEUTSCHE ALT 2006-OA1 | Master Servicer | GMACM | Servicer |
| DEUTSCHE ALT 2007-1 | Master Servicer | GMACM | Servicer |
| DEUTSCHE ALT 2007-2 | Master Servicer | GMACM | Servicer |
| DEUTSCHE ALT 2007-3 | Master Servicer | GMACM | Servicer |
| DEUTSCHE ALT 2007-4 | Master Servicer | GMACM | Servicer |
| DEUTSCHE ALT 2007-AB1 | Master Servicer | GMACM | Servicer |
| DEUTSCHE ALT 2007-AR2 | Master Servicer | GMACM | Servicer |
| DEUTSCHE ALT 2007-AR3 | Master Servicer | GMACM | Servicer |
| DEUTSCHE ALT 2007-OA2 | Master Servicer | GMACM | Servicer |
| DEUTSCHE ALT 2007-OA3 | Master Servicer | GMACM | Servicer |

| Name of RMBS Trust | Claimant Capacity | Debtor | Debtor Capacity |
|---|---|---|---|
| DEUTSCHE ALT 2007-OA4 | Master Servicer | GMACM | Servicer |
| DEUTSCHE ALT 2007-OA5 | Master Servicer | GMACM | Servicer |
| DEUTSCHE ALT 2007-RAMP1 | Master Servicer | RFC | Servicer |
| DEUTSCHE MSI 2004-1 | Master Servicer | GMACM | Servicer |
| DEUTSCHE MSI 2004-2 | Master Servicer | GMACM | Servicer |
| DEUTSCHE MSI 2004-4 | Master Servicer | GMACM | Servicer |
| DEUTSCHE MSI 2004-5 | Master Servicer | GMACM | Servicer |
| DYNEX WAREHOUSE | Master Servicer | GMACM | Servicer |
| FIRST UNION NATL BANK 6610 | Master Servicer | GMACM | Servicer |
| FNMA 2002-14 | Master Servicer | GMACM | Servicer |
| FNMA 2002-33 | Master Servicer | GMACM | Servicer |
| FNMA 2002-66 | Master Servicer | GMACM | Servicer |
| FNMA 2002-80 | Master Servicer | GMACM | Servicer |
| FNMA 2003-18 | Master Servicer | GMACM | Servicer |
| FUNB - COSUB 0101 (6611) | Master Servicer | GMACM | Servicer |
| FUNB - COSUB 3174 (6617) | Master Servicer | GMACM | Servicer |
| GOLDMAN SACHS 2003-2 | Master Servicer | GMACM | Servicer |
| GOLDMAN SACHS 2003-3 | Master Servicer | GMACM | Servicer |
| GOLDMAN SACHS 2004-1 | Master Servicer | GMACM | Servicer |
| GOLDMAN SACHS 2004-3 | Master Servicer | GMACM | Servicer |
| GSAA HET 2005-9 | Master Servicer | GMACM | Servicer |
| GSAMP TRUST 2005-RP1 | Master Servicer | GMACM | Servicer |
| GSAMP TRUST 2006-RP2 | Master Servicer | GMACM | Servicer |
| GSR 2005-9F | Master Servicer | GMACM | Servicer |
| GSR 2005-AR3 | Master Servicer | GMACM | Servicer |
| GSR 2005-AR7 | Master Servicer | RFC | Servicer |
|  |  | RFC | Master Servicer |
|  |  | GMACM | Subservicer |
| GSR 2006-2F | Master Servicer | GMACM | Servicer |
| GSR 2006-3F | Master Servicer | GMACM | Servicer |
| GSR 2006-AR1 | Master Servicer | GMACM | Servicer |
| GSR 2006-AR2 | Master Servicer | GMACM | Servicer |
|  |  | RFC | Servicer |
|  |  | GMACM | Subservicer |
|  |  | RFC | Master Servicer |
| GSR 2007-AR1 | Master Servicer | RFC | Servcer |
|  |  | RFC | Master Servicer |
|  |  | GMACM | Subservicer |
| GSR 2007-4F | Master Servicer | GMACM | Servicer |
| HALO 2007-AR2 | Master Servicer | RFC | Servicer |
| HARBORVIEW 2003-1 | Master Servicer | GMACM | Servicer |
| HARBORVIEW 2004-10 | Master Servicer | GMACM | Servicer |
| HARBORVIEW 2004-4 | Master Servicer | GMACM | Servicer |
| HARBORVIEW 2004-5 | Master Servicer | GMACM | Servicer |
| HARBORVIEW 2004-6 | Master Servicer | GMACM | Servicer |

| Name of RMBS Trust | Claimant Capacity | Debtor | Debtor Capacity |
|---|---|---|---|
| HARBORVIEW 2004-7 | Master Servicer | GMACM | Servicer |
| HARBORVIEW 2004-8 | Master Servicer | GMACM | Servicer |
| HARBORVIEW 2005-11 | Master Servicer | GMACM | Servicer |
| HARBORVIEW 2005-15 | Master Servicer | GMACM | Servicer |
| HARBORVIEW 2005-4 | Master Servicer | GMACM | Servicer |
| HARBORVIEW 2005-6 | Master Servicer | GMACM | Servicer |
| HARBORVIEW 2005-7 | Master Servicer | GMACM | Servicer |
| HARBORVIEW 2006-13 | Master Servicer | GMACM | Servicer |
| HARBORVIEW 2006-14 | Master Servicer | GMACM | Servicer |
| HARBORVIEW 2006-8 | Master Servicer | GMACM | Servicer |
| HARBORVIEW 2007-4 | Master Servicer | GMACM | Servicer |
| HARBORVIEW 2007-6 | Master Servicer | GMACM | Servicer |
| HARBORVIEW 2007-7 | Master Servicer | GMACM | Servicer |
| HARBORVIEW 2007-7 | Master Servicer | RFC | Servicer |
| HARBORVIEW 2007-A | Master Servicer | GMACM | Servicer |
| JPM MGT 19948-0 | Master Servicer | GMACM | Servicer |
| LBSO PURCHASED - BSM 6515 | Master Servicer | GMACM | Servicer |
| LBSO PURCHASED - GBG 6516 | Master Servicer | GMACM | Servicer |
| LBSO PURCHASED REIT 6517 | Master Servicer | GMACM | Servicer |
| LUMINENT 2006-3 | Master Servicer | RFC | Servicer |
| LUMINENT 2006-4 | Master Servicer | GMACM | Servicer |
| LUMINENT 2006-5 | Master Servicer | GMACM | Servicer |
| LUMINENT 2006-5 | Master Servicer | RFC | Servicer |
| MABS 2005-AB1 | Master Servicer | GMACM | Servicer |
| MANA 2007-A2 | Master Servicer | RFC | Servicer |
| MANA 2007-AF1-B | Master Servicer | RFC | Servicer |
| MANA 2007-OAR3 | Master Servicer | RFC | Servicer |
| MAST ALT TRST 2002-1 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2002-2 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2002-3 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2003-2 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2003-3 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2003-4 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2003-5 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2003-6 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2003-7 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2003-8 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2003-9 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2004-1 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2004-10 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2004-11 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2004-12 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2004-13 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2004-2 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2004-3 | Master Servicer | GMACM | Servicer |

| Name of RMBS Trust | Claimant Capacity | Debtor | Debtor Capacity |
|---|---|---|---|
| MAST ALT TRST 2004-4 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2004-5 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2004-6 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2004-7 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2004-8 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2004-9 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2005-1 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2005-2 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2005-3 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2005-4 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2005-5 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2005-6 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2006-1 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2006-3 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2007-1 | Master Servicer | GMACM | Servicer |
| MAST ALT TRST 2007-HF1 | Master Servicer | GMACM | Servicer |
| MAST ARM TRST 2003-2 | Master Servicer | GMACM | Servicer |
| MAST ARM TRST 2003-7 | Master Servicer | GMACM | Servicer |
| MAST ARM TRST 2004-1 | Master Servicer | GMACM | Servicer |
| MAST ARM TRST 2004-10 | Master Servicer | GMACM | Servicer |
| MAST ARM TRST 2004-11 | Master Servicer | GMACM | Servicer |
| MAST ARM TRST 2004-12 | Master Servicer | GMACM | Servicer |
| MAST ARM TRST 2004-14 | Master Servicer | GMACM | Servicer |
| MAST ARM TRST 2004-15 | Master Servicer | GMACM | Servicer |
| MAST ARM TRST 2004-2 | Master Servicer | GMACM | Servicer |
| MAST ARM TRST 2004-3 | Master Servicer | GMACM | Servicer |
| MAST ARM TRST 2004-4 | Master Servicer | GMACM | Servicer |
| MAST ARM TRST 2004-5 | Master Servicer | GMACM | Servicer |
| MAST ARM TRST 2004-6 | Master Servicer | GMACM | Servicer |
| MAST ARM TRST 2004-7 | Master Servicer | GMACM | Servicer |
| MAST ARM TRST 2004-8 | Master Servicer | GMACM | Servicer |
| MAST ARM TRST 2004-9 | Master Servicer | GMACM | Servicer |
| MAST ARM TRST 2005-1 | Master Servicer | GMACM | Servicer |
| MAST ARM TRST 2005-2 | Master Servicer | GMACM | Servicer |
| MAST ARM TRST 2005-3 | Master Servicer | GMACM | Servicer |
| MAST ARM TRST 2005-6 | Master Servicer | GMACM | Servicer |
| MAST ARM TRST 2005-7 | Master Servicer | GMACM | Servicer |
| MAST ARM TRST 2005-8 | Master Servicer | GMACM | Servicer |
| MAST ARM TRST 2006-OA2 | Master Servicer | GMACM | Servicer |
|  |  | RFC | Servicer |
| MAST ARM TRST 2007-1 | Master Servicer | RFC | Servicer |
| MAST ARM TRST 2007-2 | Master Servicer | GMACM | Servicer |
| MAST REPERF 2005-1 | Master Servicer | GMACM | Servicer |
| MAST REPERF 2005-2 | Master Servicer | GMACM | Servicer |
| MAST REPERF 2006-1 | Master Servicer | GMACM | Servicer |

| Name of RMBS Trust | Claimant Capacity | Debtor | Debtor Capacity |
|---|---|---|---|
| MAST REPERF 2006-2 | Master Servicer | GMACM | Servicer |
| MASTR SEC TR 2002-7 | Master Servicer | GMACM | Servicer |
| MASTR SEC TR 2002-8 | Master Servicer | GMACM | Servicer |
| MASTR SEC TR 2003-10 | Master Servicer | GMACM | Servicer |
| MASTR SEC TR 2003-11 | Master Servicer | GMACM | Servicer |
| MASTR SEC TR 2003-12 | Master Servicer | GMACM | Servicer |
| MASTR SEC TR 2003-2 | Master Servicer | GMACM | Servicer |
| MASTR SEC TR 2003-3 | Master Servicer | GMACM | Servicer |
| MASTR SEC TR 2003-4 | Master Servicer | GMACM | Servicer |
| MASTR SEC TR 2003-5 | Master Servicer | GMACM | Servicer |
| MASTR SEC TR 2003-6 | Master Servicer | GMACM | Servicer |
| MASTR SEC TR 2003-7 | Master Servicer | GMACM | Servicer |
| MASTR SEC TR 2003-8 | Master Servicer | GMACM | Servicer |
| MASTR SEC TR 2003-9 | Master Servicer | GMACM | Servicer |
| MASTR SEC TR 2004-1 | Master Servicer | GMACM | Servicer |
| MASTR SEC TR 2004-10 | Master Servicer | GMACM | Servicer |
| MASTR SEC TR 2004-11 | Master Servicer | GMACM | Servicer |
| MASTR SEC TR 2004-3 | Master Servicer | GMACM | Servicer |
| MASTR SEC TR 2004-4 | Master Servicer | GMACM | Servicer |
| MASTR SEC TR 2004-5 | Master Servicer | GMACM | Servicer |
| MASTR SEC TR 2004-6 | Master Servicer | GMACM | Servicer |
| MASTR SEC TR 2004-8 | Master Servicer | GMACM | Servicer |
| MASTR SEC TR 2004-9 | Master Servicer | GMACM | Servicer |
| MASTR SPEC LN TR 2004-2 | Master Servicer | GMACM | Servicer |
| MASTR SPEC LN TR 2005-1 | Master Servicer | GMACM | Servicer |
| MASTR SPEC LN TR 2005-2 | Master Servicer | GMACM | Servicer |
| MASTR SPEC LN TR 2005-3 | Master Servicer | GMACM | Servicer |
| MASTR SPEC LN TR 2006-1 | Master Servicer | GMACM | Servicer |
| MASTR SPEC LN TR 2006-2 | Master Servicer | GMACM | Servicer |
| MASTR SPEC LN TR 2006-3 | Master Servicer | GMACM | Servicer |
| MERRILL LYNCH 2003-A2 | Master Servicer | GMACM | Servicer |
| MERRILL LYNCH 2003-A4 | Master Servicer | GMACM | Servicer |
| MLMI 2005-A6 | Master Servicer | GMACM | Servicer |
| MORTGAGE IT 2004-1 | Master Servicer | GMACM | Subservicer |
| MORTGAGE IT 2004-2 | Master Servicer | GMACM | Subservicer |
| MORTGAGE IT 2005-1 | Master Servicer | GMACM | Subservicer |
| MORTGAGE IT 2005-2 | Master Servicer | GMACM | Subservicer |
| MORTGAGE IT 2005-3 | Master Servicer | GMACM | Subservicer |
| MORTGAGE IT 2005-4 | Master Servicer | GMACM | Subservicer |
| MORTGAGE IT 2005-5 | Master Servicer | GMACM | Subservicer |
| MORTGAGE IT 2005-AR1 | Master Servicer | GMACM | Subservicer |
| MORTGAGE IT 2006-1 | Master Servicer | GMACM | Subservicer |
| MORTGAGE IT 2007-1 | Master Servicer | GMACM | Servicer |
| MSSTR 2004-01 | Master Servicer | GMACM | Servicer |
| MSSTR 2005-1 | Master Servicer | GMACM | Servicer |

| Name of RMBS Trust | Claimant Capacity | Debtor | Debtor Capacity |
|---|---|---|---|
| MSSTR 2005-2 | Master Servicer | GMACM | Servicer |
| NAAC 2005-AP2 | Master Servicer | GMACM | Servicer |
| NAAC 2005-AP3 | Master Servicer | GMACM | Servicer |
| NAAC 2005-S2 | Master Servicer | GMACM | Servicer |
| NAAC 2005-S3 | Master Servicer | GMACM | Servicer |
| NAAC 2005-S4 | Master Servicer | GMACM | Servicer |
| NAAC 2006-AR3 | Master Servicer | GMACM | Servicer |
| NAAC 2006-AR4 | Master Servicer | GMACM | Servicer |
| NAAC 2006-S1 | Master Servicer | GMACM | Servicer |
| NAAC 2006-S2 | Master Servicer | GMACM | Servicer |
| NAAC 2007-1 | Master Servicer | GMACM | Servicer |
| NAAC 2007-2 | Master Servicer | GMACM | Servicer |
| NAAC 2007-3 | Master Servicer | GMACM | Servicer |
| NAAC 2007-S2 | Master Servicer | GMACM | Servicer |
| NHEL 2007-1 | Master Servicer | GMACM | Servicer |
| NMIMWHSE | Master Servicer | GMACM | Servicer |
| PNC WAREHOUSE | Master Servicer | GMACM | Servicer |
| | | RFC | Servicer |
| PRIME 2003-3 | Master Servicer | GMACM | Servicer |
| PRIME 2004-1 | Master Servicer | GMACM | Servicer |
| PRIME 2004-CL1 | Master Servicer | GMACM | Servicer |
| PRIME 2004-CL2 | Master Servicer | GMACM | Servicer |
| PRIME 2005-2 | Master Servicer | GMACM | Servicer |
| PRIME 2005-4 | Master Servicer | GMACM | Servicer |
| PRIME 2005-5 | Master Servicer | GMACM | Servicer |
| PRIME 2006-1 | Master Servicer | GMACM | Servicer |
| PRIME 2006-CL1 | Master Servicer | GMACM | Servicer |
| RBSCG 2007-B | Master Servicer | GMACM | Servicer |
| RBSGC 2005-A | Master Servicer | GMACM | Servicer |
| REDWOOD TRST WH 2011 | Master Servicer | GMACM | Servicer |
| RMSC 1991-15 | Master Servicer | GMACM | Servicer |
| RMSC 1991-16 | Master Servicer | GMACM | Servicer |
| ROOSEVELT BANK 93-4R | Master Servicer | GMACM | Servicer |
| SACO 2007-1 | Master Servicer | GMACM | Servicer |
| SAIL 2006-3 | Master Servicer | GMACM | Servicer |
| SAMI 2003-AR1 | Master Servicer | GMACM | Servicer |
| SAMI 2004-AR6 | Master Servicer | GMACM | Servicer |
| SAMI 2005-AR1 | Master Servicer | GMACM | Servicer |
| SASCO 1995-02 | Master Servicer | GMACM | Servicer |
| SASCO 2002-9 | Master Servicer | GMACM | Servicer |
| | | RFC | Servicer |
| SASCO 2006-BC2 | Master Servicer | GMACM | Servicer |
| SASI 1993-006 | Master Servicer | GMACM | Servicer |
| | | RFC | Servicer |

| Name of RMBS Trust | Claimant Capacity | Debtor | Debtor Capacity |
|---|---|---|---|
| SEQUOIA MORTGAGE TRUST 2004-10 | Master Servicer | GMACM | Servicer |
|  |  | RFC | Servicer |
| SEQUOIA MORTGAGE TRUST 2004-11 | Master Servicer | GMACM | Servicer |
|  |  | RFC | Servicer |
| SEQUOIA MORTGAGE TRUST 2004-12 | Master Servicer | GMACM | Servicer |
| SEQUOIA MORTGAGE TRUST 2004-3 | Master Servicer | GMACM | Servicer |
| SEQUOIA MORTGAGE TRUST 2004-4 | Master Servicer | GMACM | Servicer |
| SEQUOIA MORTGAGE TRUST 2004-5 | Master Servicer | GMACM | Servicer |
| SEQUOIA MORTGAGE TRUST 2004-6 | Master Servicer | GMACM | Servicer |
| SEQUOIA MORTGAGE TRUST 2004-7 | Master Servicer | GMACM | Servicer |
| SEQUOIA MORTGAGE TRUST 2004-8 | Master Servicer | GMACM | Servicer |
| SEQUOIA MORTGAGE TRUST 2004-9 | Master Servicer | GMACM | Servicer |
| SEQUOIA MORTGAGE TRUST 2005-1 | Master Servicer | GMACM | Servicer |
| SEQUOIA MORTGAGE TRUST 2005-2 | Master Servicer | GMACM | Servicer |
|  |  | RFC | Servicer |
| SEQUOIA MORTGAGE TRUST 2005-3 | Master Servicer | GMACM | Servicer |
|  |  | RFC | Servicer |
| SEQUOIA MORTGAGE TRUST 2005-4 | Master Servicer | GMACM | Servicer |
| SEQUOIA MORTGAGE TRUST 2007-1 | Master Servicer | GMACM | Servicer |
| SEQUOIA MORTGAGE TRUST 2007-2 | Master Servicer | GMACM | Servicer |
| SEQUOIA MORTGAGE TRUST 2007-3 | Master Servicer | GMACM | Servicer |
| SEQUOIA MORTGAGE TRUST 2007-4 | Master Servicer | GMACM | Servicer |
| SMART SERIES 1993-03 | Master Servicer | GMACM | Servicer |
| SMART SERIES 1993-06 | Master Servicer | GMACM | Servicer |
| SMSC 1992-02 | Master Servicer | GMACM | Servicer |
| SMSC 1992-03 | Master Servicer | GMACM | Servicer |
| SMSC 1992-04 | Master Servicer | GMACM | Servicer |
| SMSC 1992-06 | Master Servicer | GMACM | Servicer |
| SMSC 1994-02 | Master Servicer | GMACM | Servicer |
| STC 2007-1 | Master Servicer | GMACM | Servicer |
| TELEBANK2 (TELBK 1297) | Master Servicer | GMACM | Servicer |
| UNITED CM BK 4550001 | Master Servicer | GMACM | Servicer |
| BS ABS 2004-BO1 | Trustee | GMACM | Servicer |
| CARR 2006-RFC1 | Trustee | HF | Servicer |
| CARR 2007-RFC1 | Trustee | RFC | Servicer |
| GMAC 2000-HE2 | Trustee | GMAC | Servicer |
| GMAC 2000-HE4 | Trustee | GMAC | Servicer |
| GMAC 2002-HE1 | Trustee | GMAC | Servicer |
| GMAC 2002-HE3 | Trustee | GMAC | Servicer |
| GMAC 2002-HE4 | Trustee | GMAC | Servicer |
| GMAC 2003-HE1 | Trustee | GMAC | Servicer |
| GMACM 2003-HE2 | Trustee | GMAC | Servicer |
| GMACM 2004-HE1 | Trustee | GMAC | Servicer |
| GMACM 2004-HE2 | Trustee | GMAC | Servicer |
| GMACM 2004-HE5 | Trustee | GMAC | Servicer |

| Name of RMBS Trust | Claimant Capacity | Debtor | Debtor Capacity |
|---|---|---|---|
| GMACM 2004-VFT | Trustee | GMAC | Servicer |
| GMAC 2005-AA1 | Trustee | GMAC | Servicer |
| GMACM 2005-HE1 | Trustee | GMAC | Servicer |
| GMACM 2005-HE2 | Trustee | GMAC | Servicer |
| GMAC 2006-AR1 | Trustee | GMAC | Servicer |
| GMAC 2006-J1 | Trustee | GMAC | Servicer |
| HARBORVIEW 2006-10 | Trustee | GMAC | Servicer |
| HARBORVIEW 2007-3 | Trustee | GMAC | Servicer |
| ISAC 2004-4 | Trustee | GMAC | Subservicer |
| ISAC 2005-2 | Trustee | GMAC | Subservicer |
| IMPAC CMB 2004-9 | Trustee | GMAC | Subservicer |
| IMPAC 2004-11 | Trustee | GMAC | Subservicer |
| IMPAC CMB 2004-6 | Trustee | GMAC | Subservicer |
| IMPAC CMB 2005-2 | Trustee | GMAC | Subservicer |
| IMPAC CMB 2005-6 | Trustee | GMAC | Subservicer |
| SARM 2007-3 | Trustee | RFC | Servicer |
| SARM 2007-6 | Trustee | RFC | Servicer |
| SASCO 2001-6 | Trustee | GMAC | Servicer |
| SASCO 2005-S6 | Trustee | GMAC | Servicer |
| SASCO 2005-S7 | Trustee | GMAC | Servicer |