| Schedule B |
|---|
| **RMBS Trusts for which servicing has not been assigned by the Debtors to Ocwen** |
| **Name of RMBS Trust** |
| ACE 2005-SL1 |
| ACE 2006-SL1 |
| AMER HOME MTG 2005-1 |
| AMER HOME MTG 2005-2 |
| AMER HOME MTG 2005-4 |
| BSSLT 2007-SV1 |
| DEUTSCHE ALT 2005-AR1 |
| DEUTSCHE ALT 2006-AB2 |
| DEUTSCHE ALT 2006-AB4 |
| DEUTSCHE ALT 2006-AR2 |
| DEUTSCHE ALT 2006-AR6 |
| DEUTSCHE ALT 2006-OA1 |
| DEUTSCHE ALT 2007-1 |
| DEUTSCHE ALT 2007-2 |
| DEUTSCHE ALT 2007-3 |
| DEUTSCHE ALT 2007-4 |
| DEUTSCHE ALT 2007-AB1 |
| DEUTSCHE ALT 2007-AR2 |
| DEUTSCHE ALT 2007-OA2 |
| MORTGAGE IT 2004-1 |
| MORTGAGE IT 2004-2 |
| MORTGAGE IT 2005-1 |
| MORTGAGE IT 2005-2 |
| MORTGAGE IT 2005-3 |
| MORTGAGE IT 2005-4 |
| MORTGAGE IT 2005-5 |
| MORTGAGE IT 2005-AR1 |
| MORTGAGE IT 2006-1 |
| MORTGAGE IT 2007-1 |
| NAAC 2007-3 |
| STC 2007-1 |
| GMAC 2002-HE1 |
| GMAC 2002 HE4 |
| GMAC 2003-HE1 |
| GMACM 2003-HE2 |
| GMACM 2004-HE1 |

| Name of RMBS Trust |
| --- |
| GMACM 2004-HE5 |
| GMACM 2004-VFT |
| GMACM 2005-HE1 |
| GMACM 2005-HE2 |
| Impac CMB 2004-6 |
| ISAC 2005-2 |
| Impac CMB 2005-6 |