| Schedule C |
| :---: |
| **RMBS Trusts for which Law Debenture Trust Company of New York is Separate Trustee** |
| **Name of RMBS Trust** |
| GMAC 2000-HE2 |
| GMAC 2000-HE4 |
| GMAC 2002-HE1 |
| GMAC 2002-HE3 |
| GMAC 2002 HE4 |
| GMAC 2003-HE1 |
| GMACM 2003-HE2 |
| GMACM 2004-HE1 |
| GMACM 2004-HE2 |
| GMACM 2004-HE5 |
| GMACM 2004-VFT |
| GMAC 2005 AA1 |
| GMACM 2005-HE1 |
| GMACM 2005-HE2 |
| GMAC 2006 AR1 |
| GMAC 2006-J1 |
| HARBORVIEW 2006-10 |
| HARBORVIEW 2007-3 |