UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                              Case No. 12-12020

RESIDENTIAL CAPITAL, LLC, et al.,                 Chapter 11

                                          Debtors.              Jointly Administered
-------------------------------------------------------------X

# NOTICE OF WITHDRAWAL OF APPEARANCE
# AND REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that Stagg, Terenzi, Confusione & Wabnik, LLP, as attorneys for Michael F. Sheehan, II, Koren M. Sheehan and Wells Fargo Bank, N.A., in connection with Motion for an Order Pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Commencement of State-Court Litigation Involving Real Property Located at 46 Fawn Lane, Queensbury, New York [Doc. No. 3012] hereby withdraws its appearance in the above-captioned Chapter 11 cases and respectfully requests removal from the CM/ECF noticing list and any other service lists in these Chapter 11 cases.

Dated:   Garden City, New York
             April 17, 2013

                                                            Respectfully submitted,

                                                            Stagg, Terenzi, Confusione & Wabnik, LLP

                                          By:      /s/ Michael Kwiatkowski

                                                            Ronald M. Terenzi (RMT-6416)
                                                            Michael Kwiatkowski (MK-7365)
                                                            *Attorneys for Michael F. Sheehan, II, Koren M. Sheehan and Wells Fargo Bank, N.A.*
                                                            401 Franklin Avenue, Suite 300
                                                            Garden City, New York 11530
                                                            (516) 812-4500
                                                            mkwiatkowski@stcwlaw.com