UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER REGARDING EXAMINER'S CITATION OR QUOTATION
OF PROFESSIONALS' EYES ONLY DOCUMENTS IN PUBLIC REPORT**

On April 9, 2013, the Court held a chambers conference regarding the use of and/or citation to materials designated by Ally Financial Inc. to be "Professionals' Eyes Only" under the terms of the *Uniform Protective Order for Examiner Discovery* (the "Protective Order") (Dkt. No. 1223-1) in the public report to be issued by Arthur J. Gonzalez, the Court-appointed Examiner ("Examiner") for Residential Capital, LLC and its affiliated debtors (collectively, the "Debtors").

Having reviewed the parties' submissions, the identified materials, and controlling law, and having heard the arguments and objections of the parties, it is hereby:

ORDERED that the Examiner may use, quote, and cite from the following produced documents in a publicly-filed report, except as set forth below:

| | Bates Number | Examiner Restricted from Citing or Quoting The Following Page(s) or Range(s) of This Document in Public Report | No Restriction on Examiner's Citation or Quotation of Document in Public Report |
|---|---|---|---|
| 1 | ALLY_PEO_0085330 | | X |
| 2 | ALLY_PEO_0085339 | | X |
| 3 | ALLY_PEO_0088529 | | X |
| 4 | ALLY_PEO_0088952 | Examiner may not cite or quote from the the section regarding "Ally IM Core Mortgage Pipeline" on ALLY_PEO_000088954. | |
| 5 | ALLY_PEO_0075622 | | X |
| 6 | ALLY_PEO_0020095 | Examiner may not cite or quote from either of the first two paragraphs in the section beginning with "CRA Approval" on ALLY_PEO_0020096; the three paragraphs beginning with "Ms. Yastine opened" and ending with "plan assumptions" on ALLY_PEO_0020099; the two paragraphs beginning with "Referring to the Plan" and ending in "$250 million" on ALLY_PEO_0020099; the sentence starting with "RESOLVED" and ending in "non objection" on ALLY_PEO_0020100; the section regarding "Project Chrystmas" on ALLY_PEO_0020114-15 (with the exception that the Examiner may cite or quote from the final paragraph of the section, but not from the text beginning with "such as credit cards" and ending with "AFI and the Bank"); the section regarding "Ally Bank Stress Test Planning" on ALLY_PEO_0020116-17; the section regarding "Inorganic Growth Opporutnities" on ALLY_PEO_0020118; the section regarding "Proposed Resolution to Approve Renewal of the ABF Credit Facility" on ALLY_PEO_0020123-24; the section regarding "Deposits Update" on ALLY_PEO_0020126-27 (with the exception that the Examiner may cite or quote from the penultimate paragraph beginning with "Ms. Morais added" through the end of the section); the section regarding "CRA Update - Part II" on ALLY_PEO_0020130-31; the entirety of ALLY_PEO_0020132 (with the exception that the Examiner may cite or quote the first two words on the page); the section regarding "FDIC/UDFI Discussion" on ALLY_PEO_0020156-57; the section regarding "FDIC - Ally Bank IT" on ALLY_PEO_0020158-61 (with the exception that the Examiner may cite or quote from the sentence starting with "Ms. Hibbits stated" on ALLY_PEO_0020161); and the section regarding "Retail Deposits Update" on ALLY_PEO_0020166-67. | |

| | Bates Number | Examiner Restricted from Citing or Quoting The Following Page(s) or Range(s) of This Document in Public Report | No Restriction on Examiner's Citation or Quotation of Document in Public Report |
|---|---|---|---|
| 7 | ALLY_PEO_0020479 | Examiner may not cite or quote from the section regarding "Review and Approve Stress Test Results" on ALLY_PEO_0020479-81. | |
| 8 | ALLY_PEO_0025905 | | X |
| 9 | ALLY_PEO_0029362 | Examiner may cite or quote from Columns A-E of the "Per Loan Analysis" tab of spreadsheet, or any columns of the "GMACM" and "GMACM Term" tabs of spreadsheet.<br><br>Examiner may not cite or quote from remaining columns or tabs of spreadsheet. | |
| 10 | ALLY_PEO_0029363 | Examiner may not cite or quote from Columns F through J of spreadsheet. | |
| 11 | ALLY_PEO_0029364 | Examiner may not cite or quote from the "Competitive Alternatives" and "Stand-by Servicers" sections on ALLY_PEO_0029366; the non-ResCap columns of the table on ALLY_PEO_0029367; the "Stratified Portfolio" and "GAP Fav./(Unfav.) Diff" columns on ALLY_PEO_0029368; the "Targeting Servicing Model" graphic on ALLY_PEO_0029375; and the non-ResCap columns of the table on ALLY_PEO_0029376, ALLY_PEO_0029377, and ALLY_PEO_0029378. | |
| 12 | ALLY_PEO_0030861 | Examiner may not cite or quote from ALLY_PEO_0030865-69, ALLY_PEO_0030871-73, ALLY_PEO_0030875, ALLY_PEO_0030877-80, ALLY_PEO_0030882, and the non-ResCap columns of ALLY_PEO_0030883-84. | |
| 13 | ALLY_PEO_0036330 | Examiner may not cite the names of the subservicers referenced in this document, nor the clause beginning with "with whatever" and ending in "cash accounts." | |
| 14 | ALLY_PEO_0036331 | Examiner may not cite or quote from Columns I-M of the "Summary" tab, any columns of the "Terms" tab, and any tabs of the spreadsheet related to non-GMACM entities. | |
| 15 | ALLY_PEO_0042474 | | X<br><br>(Subject to the Court's advisement regarding certain reserve information) |

|    | Bates Number | Examiner Restricted from Citing or Quoting The Following Page(s) or Range(s) of This Document in Public Report | No Restriction on Examiner's Citation or Quotation of Document in Public Report |
|----|---|---|---|
| 16 | ALLY_PEO_0042639 |  | X |
| 17 | ALLY_PEO_0042756 |  | X<br><br>(Subject to the Court's advisement regarding certain reserve information) |
| 18 | ALLY_PEO_0044054 | Examiner may not cite or quote from ALLY_PEO_0044074 or ALLY_PEO_0044087-89. |  |
| 19 | ALLY_PEO_0052598 | Examiner may not cite or quote from the "IM" tab of spreadsheet in public report. |  |
| 20 | (Intentionally Omitted) | N/A | N/A |
| 21 | ALLY_PEO_0070210 | Examiner may not cite or quote from columns C, D, and E of the "Rolling 3 Months" tab of spreadsheet in public report. |  |
| 22 | ALLY_PEO_0070278 | Examiner may not cite or quote from columns C, D, and E of the "Rolling 3 Months" tab of spreadsheet in public report. |  |
| 23 | ALLY_PEO_0071764 |  | X |
| 24 | ALLY_PEO_0073949 | Examiner may not cite of quote from ALLY_PEO_0073957-58, ALLY_PEO_0073964-65, ALLY_PEO_0073977-78, ALLY_PEO_0073991-96, ALLY_PEO_0073997-4006, ALLY_PEO_0074058-64, ALLY_PEO_0074069-79, ALLY_PEO_0074081-85, ALLY_PEO_0074089-95, ALLY_PEO_0074099-102, the "Capital Contributions to Ally Bank" section of ALLY_PEO_0074115, ALLY_PEO_0074118-121, the "Auto," "Corp Other," "Totally Ally Bank," "Fav(Unf) Total," and "Inc(Dec) Total" columns of ALLY_PEO_0074142-45, and ALLY_PEO_0074146. |  |
| 25 | ALLY_PEO_0075618 |  | X |
| 26 | ALLY_PEO_0075626 |  | X |
| 27 | ALLY_PEO_0079157 |  | X |

| | **Bates Number** | **Examiner Restricted from Citing or Quoting The Following Page(s) or Range(s) of This Document in Public Report** | **No Restriction on Examiner's Citation or Quotation of Document in Public Report** |
|---|---|---|---|
| 28 | ALLY_PEO_0084709 | | X |
| 29 | ALLY_PEO_0085410 | Examiner may not cite or quote from the sentences in the bottom e-mail on ALLY_PEO_0085410 beginning with (1) "They were very"; (2) "The FDIC has"; and (3) "The examiners today." Examiner may not cite or quote from the section in the third e-mail from the top on ALLY_PEO_0085411 beginning with "We expect" and ending in "of the risks." Examiner may not cite or quote from the sentence in the second full e-mail on ALLY_PEO_0085416 beginning with "The other component" and ending in "implemented it." | |
| 30 | ALLY_PEO_0088527 | | X |
| 31 | ALLY_PEO_0088537 | | X |
| 32 | ALLY_PEO_0088608 | | X |

**IT IS SO ORDERED.**

Dated: April 16, 2013
   New York, New York

                                                  _____/s/Martin Glenn_____
                                                        MARTIN GLENN
                                                  United States Bankruptcy Judge