Stephen B. Ravin, Esq.
Dipesh Patel, Esq.
Saul Ewing LLP
555 Fifth Avenue, Suite 1700
New York, NY 10017
Telephone: (212) 980-7200
Facsimile:  (212) 980-7209

*Former Attorneys for American Residential Equities LLC,
in its own individual capacity and in its capacity
as Trustee under that certain American Residential Equities,
LLC Master Trust Agreement dated August 8, 2005,*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC <u>et al</u>., | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | (Joint Administration) |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND
### REQUEST FOR REMOVAL FROM SERVICE LIST

**PLEASE TAKE NOTICE** that Saul Ewing LLP, and the attorney listing below, hereby withdraw their appearances in regard to the above Chapter 11 case and request that each be removed from the CM/ECF noticing list and any other service.

Stephen B. Ravin, Esq.
Saul Ewing LLP
555 Fifth Avenue, Suite 1700
New York, NY 10017
Telephone: (212) 980-7200
Facsimile:  (212) 980-7209
sravin@saul.com

-and-

Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P. O. Box 1266

37109.1 04/18/2013

                              Wilmington, DE 19899
                              Phone: (302) 421-6840
                              mminuti@saul.com

                              -and-

                              Nicolas J. Nastasi, Esq.
                              Saul Ewing LLP
                              1500 Market Street, 38th Floor
                              Philadelphia, PA 19102-2186
                              Phone: (215) 972-8445
                              nnastasi@saul.com

                              -and-

                              Dipesh Patel, Esq.
                              Saul Ewing LLP
                              555 Fifth Avenue, Suite 1700
                              New York, NY 10017
                              Telephone: (212) 980-7200
                              Facsimile: (212) 980-7209
                              dpatel@saul.com

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | SAUL EWING LLP |
| Dated: April 18, 2013 | By: /s/ Dipesh Patel |
|  | Dipesh Patel |
|  | Stephen B. Ravin |
|  | Saul Ewing LLP |
|  | 555 Fifth Avenue, Suite 1700 |
|  | New York, NY 10017 |
|  | Telephone: (212) 980-7200 |
|  | Facsimile: (212) 980-7209 |
|  | sravin@saul.com |
|  | dpatel@saul.com |
|  | *Former Attorneys for American Residential Equities LLC, in its own individual capacity and in its capacity as Trustee under that certain American Residential Equities, LLC Master Trust Agreement dated August 8, 2005* |

37109.1 04/18/2013