Darrell W. Clark (DC-3549)
STINSON MORRISON HECKER LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC  20006
Tel:  (202) 785-9100
Fax: (202) 785-9163
E-mail: dclark@stinson.com

*Attorneys for Verizon Communications Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
                                                              :
In re                                                         :    Chapter 11
                                                              :
RESIDENTIAL CAPITAL, LLC, *et al.*,[1]                        :    Case No. 12-12020 (MG)
                                                              :
                            Debtors.                          :    Jointly Administered
-------------------------------------------------------------x

## **WITHDRAWAL OF CLAIM NO. 2600**
### **(Verizon Communications Inc.)**

COMES NOW, Verizon Communications Inc., on behalf of itself and its wholly-owned subsidiaries ("Verizon"), by and through its undersigned counsel, and hereby states as follows:

1.  The agreements pursuant to which Verizon delivered advanced data, voice and IP solutions to Residential Capital, LLC, *et al.* ("Debtors") have been assumed and assigned by the Debtors in connection with the sale of a substantial portion of the Debtors' assets.

2.  In addition, Verizon has received the cure payment agreed to with the Debtors.

3.  Accordingly, Verizon voluntarily withdraws the following claim, which relates to accounts under contracts that were assumed and cured: Proof of Claim Number 2600, filed by Verizon against Residential Capital, LLC in the amount of $312,440.39 on November 6, 2012.

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital LLC in Support of the Chapter 11Petitions and First Day Pleadings.

WHEREFORE, Verizon requests that the records of this Honorable Court reflect the knowing and voluntary withdrawal of Claim No. 2600.

| | |
|---|---|
| Dated: April 18, 2013 | /s/ Darrell W. Clark<br>Darrell W. Clark (DC-3549)<br>STINSON MORRISON HECKER LLP<br>1775 Pennsylvania Ave., N.W., Suite 800<br>Washington, D.C. 20006<br>Tel: (202) 785-9100<br>Fax: (202) 785-9163<br>E-mail: dclark@stinson.com<br><br>*Attorneys for Verizon Communications Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2013, I served a copy of the foregoing Withdrawal of Claim No. 2600 (Verizon Communications Inc.) via first-class mail, postage prepaid upon the following:

Morrison & Foerster LLP
Attn. Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

Sidley Austin LLP
Attn: Jessica C.K. Boelter
One South Dearborn
Chicago, IL 60603

Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein
and Douglas H. Mannal
1177 Avenue of the Americas
New York, NY 10036

Office of the United States Trustee
for the Southern District of New York
Attn: Brian Masumoto
33 Whitehall Street, 21st Floor
New York, NY 10004

Munger, Tolles & Olson LLP
Attn: Seth Goldman and Thomas Walper
355 South Grand Avenue
Los Angeles, CA 90071

Residential Capital
Claims Processing Center
c/o KCC
2335 Alaska Avenue,
El Segundo, California 90245

/s/ Darrell W. Clark
Darrell W. Clark (DC-3549)