**Reply Deadline: June 5, 2013 at 4:00 p.m. (Eastern Time)**
**Adjourned Hearing Date and Time: June 12, 2013 at 10:00 a.m. (Eastern Time)**

| | |
|---|---|
| Richard M. Cieri | Jeffrey S. Powell |
| Ray C. Schrock | Daniel T. Donovan |
| Stephen E. Hessler | Judson D. Brown |
| **KIRKLAND & ELLIS LLP** | **KIRKLAND & ELLIS LLP** |
| 601 Lexington Avenue | 655 15th Street, N.W., Ste. 1200 |
| New York, New York 10022 | Washington, D.C. 20005 |
| Telephone: (212) 446-4800 | Telephone: (202) 879-5000 |
| Facsimile: (212) 446-4900 | Facsimile: (202) 879-5200 |

*Counsel for Ally Financial Inc. and Ally Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT
OF HEARING AND EXTENSION OF
RELY DEADLINE WITH RESPECT TO
MOTION BY ALLY FINANCIAL INC. AND ALLY
BANK FOR AN ORDER ENFORCING THE AUTOMATIC
STAY PURSUANT TO 11 U.S.C. § 362(a)(3) BY (1) ENJOINING
PROSECUTION OF ALTER EGO AND VEIL PIERCING CLAIMS
IN THE CLASS ACTION ENTITLED LANDON *ROTHSTEIN , ET AL. V. GMAC
MORTGAGE, LLC, ET AL.*, AND (2) DECLARING SUCH CLAIMS VOID *AB INITIO***

**PLEASE TAKE NOTICE** that on December 21, 2012, Ally Financial Inc. and Ally Bank (collectively, "***Ally***") filed the *Motion by Ally Financial Inc. and Ally Bank for an Order Enforcing the Automatic Stay Pursuant to 11 U.S.C. § 362(A)(3) by (1) Enjoining Prosecution of Alter Ego and Veil Piercing Claims in the Class Action Entitled Landon Rothstein, et al. v. GMAC Mortgage, LLC, et al., and (2) Declaring Such Claims Void Ab Initio* [Docket No. 2511] (the "***Motion***"), previously scheduled to be heard on February 28, 2013 at 2:00 p.m. (Prevailing

Eastern Time), and previously adjourned to April 30, 2013 at 10:00 a.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Motion has been further adjourned to the hearing scheduled for **June 12, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the reply deadline for the Motion has been extended to **June 5, 2013 at 4:00 p.m. (Prevailing Eastern Time)**.

Dated:    April 18, 2013
          New York, New York

                /s/    Ray C. Schrock
Richard M. Cieri
Ray C. Schrock
Stephen E. Hessler
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

-and-

Jeffrey S. Powell
Daniel T. Donovan
Judson D. Brown
KIRKLAND & ELLIS LLP
655 15th Street, N.W., Ste. 1200
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Counsel for Ally Financial Inc. and Ally Bank*