# EXHIBIT C

## ASSIGNMENT OF MORTGAGE

SPACE FOR RECORDING ONLY F.S.§695.26

FOR VALUE RECEIVED, on or before July 03, 2008, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR PEOPLE'S CHOICE HOME LOAN, INC., ("Assignor") whose address is _____ assigned, transferred and conveyed to: DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE, ("Assignee") whose address is 1100 Virginia Drive, , Fort Washington, PA 19034, its successors and/or assigns, all of the right, title, and interest of Assignor in and to that certain Mortgage (the "Mortgage") dated February 21, 2007 and recorded March 16, 2007 in Official Records Book 25456 at Page 2337 of the public records of DADE County, Florida, encumbering the following-described real property:

CONDOMINIUM UNIT NO. 2, OF LINCOLN MEWS CONDOMINIUM, ACCORDING TO THE DECLARATIONS OF CONDOMINIUM THEREOF, RECORDED IN OFFICIAL RECORDS BOOK 21772 AT PAGE 2818, OF THE PUBLIC RECORDS OF MIAMI- DADE COUNTY, FLORIDA. TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO AS SET FORTH IN SAID DECLARATION

as the same may have been amended from time to time; together with the Note and indebtedness secured thereby.

MORTGAGOR(S): STEPHANIE HARRIS

IN WITNESS WHEREOF, Assignor has executed and delivered this Instrument on July 18, 2008.

Witness: Heather Reinhart
Typed Name: Heather Reinhart

Witness: Trina Wiltbank
Typed Name: Trina Wiltbank

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR PEOPLE'S CHOICE HOME LOAN, INC.
By: _____
Typed Name: Jeffrey Stephan
Title: Vice President

Attest: Kristine Wilson
Typed Name: Kristine Wilson
Title: Assistant Secretary

(Affix Corporate Seal)

STATE OF PA
COUNTY OF Montgomery County

BEFORE ME, the undersigned, personally appeared Jeffrey Stephan and Kristine Wilson as VP and Asst Secretary respectively, and known to me to be the persons that executed the foregoing instrument, and acknowledged that they executed the foregoing as its duly authorized officers and that such execution was done as the free act and deed of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR PEOPLE'S CHOICE HOME LOAN, INC. this 18 day of July, 2008.

Notary Public: Nikole Shelton
My commission expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Nikole Shelton, Notary Public
Horsham Twp., Montgomery County
My Commission Expires Aug. 11, 2010
Member, Pennsylvania Association of Notaries

Recording requested by, prepared by and return to:

FILE_NUMBER: F08056655                    DOC_ID: M001100

**\*F08056655\***                         **\*M001100\***