# EXHIBIT E




0 Item(s) in Basket | Home | Online Services | About us | Contact us

# Civil / Probate Justice System - Docket Information

BACK TO SEARCH RESULTS        ALL PARTIES        START A NEW SEARCH

**DEUTSCHE BANK TR CO AMERICAS vs HARRIS, STEPHANIE**
* Click on BOOK/PAGE of a particular docket to see the image if it is available *

Case Number (LOCAL): 2008-40534-CA-01    Dockets Retrieved: 50    Filing Date: 07/15/2008
Case Number (STATE): 13-2008-CA-040534-0000-01    Judicial Section: 58

| Date | Book/Page | Docket Entry | Comments |
|---|---|---|---|
| 07/27/2011 | | REASSNGMT PURSUANT TO ADMINISTRATIVE ORD: | 58 FM:50 |
| 07/27/2011 | | TEXT | REASGND FROM SEC 50 PER ADMINISTRATIVE MEMO CIV 11-A |
| 12/13/2010 | 27519 / 1227 Pages: 3 | DISCHARGE/RELEASE OF LIS PENDENS | BK:27519 PG:1227 |
| 12/13/2010 | | NO FURTHER JUDICIAL ACTION | |
| 12/13/2010 | 27519 / 1227 Pages: 3 | ORDER OF DISMISSAL | BK:27519 PG:1227 DN01 DN02 |
| 12/06/2010 | | FINAL DISPOSITION DOCUMENT | |
| 12/06/2010 | | MOTION TO DISMISS | |
| 09/10/2010 | | NOTICE: | PURSUANT TO RULE 4-3.3, RULE OF PROFESSIONAL CONDUCT,ETC |
| 06/19/2010 | | TEXT | REASGND FROM SEC 10 PER A.O. |
| 01/22/2010 | | CANCELLATION NOTICE | 02/03/2010 09:30 AM |
| 01/05/2010 | | ORDER: | GRANTING MTN TO WITHDRAW |
| 12/22/2009 | | NOTICE HEARING- | MOTIONS 02/03/2010 09:30 AM |
| 12/10/2009 | | AFFIDAVIT OF: | AS TO AMOUNTS DUE AND OWING |
| 11/17/2009 | | NOTICE OF HEARING- | MOTIONS 01/05/2010 09:30 AM |
| 11/10/2009 | | NOTICE HEARING- | MOTIONS 01/05/2010 09:30 AM |
| 10/13/2009 | | MOTION TO WITHDRAW | |
| 10/06/2009 | | MOTION FOR DEFAULT | |
| 08/10/2009 | | NOTICE OF FILING: | AFFIDAVIT OF REASONABLE ATTY FEES |
| 08/10/2009 | | AFFIDAVIT AS TO ATTORNEY FEES | |
| 05/21/2009 | | MOTION FOR DEFAULT | |
| 02/27/2009 | | RESPONSE: | TO DEF MTN TO DISMISS |
| 02/09/2009 | | SERVICE RETURNED | BADGE # 888888 P 12/18/2008 DN01 |
| 01/23/2009 | 26728 / 1843 Pages: 1 | BOND | $ 100.00 BK:26728 PG:1843 PN01 NON RESIDENT COST BOND |

| Date | Book/Page | Type | Details |
|---|---|---|---|
| 01/23/2009 | | COURT REGISTRY DEPOSIT | $100.00 FLA DEFAULT LAW GROUP, P.L. |
| 01/08/2009 | | DEFAULT | DN02 |
| 01/08/2009 | | MOTION TO DISMISS | |
| 11/17/2008 | | CANCELLATION NOTICE | 11/20/2008 09:30 AM |
| 11/06/2008 | | ORDER: | GRANTING MTN TO QUASH SERVICE |
| 10/24/2008 | | NOTICE HEARING- | MOTIONS 11/06/2008 09:30 AM |
| 10/21/2008 | | AFFIDAVIT OF: | AMOUNTS DUE AND OWING |
| 10/20/2008 | | NOTICE HEARING- | MOTIONS 11/20/2008 09:30 AM |
| 10/16/2008 | | MOTION FOR DEFAULT | |
| 10/06/2008 | | MOTION TO QUASH | |
| 09/25/2008 | | PROOF OF PUBLICATION | PUB DATE :09/18/2008 |
| 09/09/2008 | | TEXT | NOAP ON ANY & ALL UNKNOWN PARTIES, PUB DATE 10-21-2008 |
| 09/09/2008 | | NOTICE OF ACTION - PUBLICATION | PUB DATE :10/21/2008 DN01 1 COPY OF NOTICE & COMPLAINT MAILED |
| 09/02/2008 | | AFFIDAVIT OF DILIGENT SEARCH | |
| 09/02/2008 | | NON-MILITARY AFFIDAVIT | |
| 09/02/2008 | | AFFIDAVIT OF DILIGENT SEARCH | |
| 09/02/2008 | | AFFIDAVIT OF DILIGENT SEARCH | |
| 08/27/2008 | | TEXT | INSTRUCTION TO CLERK OF COURT |
| 08/20/2008 | | TEXT | SUMMONS RTD. NOT SERVED ON TENANT NO.2 |
| 08/20/2008 | | SUMMONS RETURNED - NO SERVICE | DN01 |
| 08/20/2008 | | TEXT | SUMMONS RT.D NOT SERVED ON TENANT NO.1 |
| 08/20/2008 | | TEXT | SUMMONS RTD. NOT SERVED ON UNK SPOUSE STEPHANIE HARRIS |
| 08/20/2008 | | SERVICE RETURNED | BADGE # 55555 S 07/26/2008 DN02 |
| 07/17/2008 | 26484 / 1914 Pages: 1 | LIS PENDENS | BK:26484 PG:1914 |
| 07/15/2008 | | CIVIL COVER | |
| 07/15/2008 | | SUMMONS ISSUED | DN01 DN02 |
| 07/15/2008 | | COMPLAINT | |

BACK TO SEARCH RESULTS          ALL PARTIES          START A NEW SEARCH

Civil Search Home | Civil Court Information | Email | Login
Home | Privacy Statement | Disclaimer | Contact Us | About Us
2008 Clerk of the Court. All Rights reserved.


MIAMI-DADE COUNTY

S0141755