# EXHIBIT G

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

Stephanie Harris

    Debtor(s).                           CASE NO.      10-11746-AJC
                                            CHAPTER       7
_____/

### NOTICE OF WITHDRAWAL OF AMENDED MOTION FOR RELIEF FROM STAY FILED JULY 16, 2010

Comes now, DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RAMP 2007SP3, its successors and/or assigns, and states that it is withdrawing its Amended Motion for Relief from Stay (Doc # 62), dated July 16, 2010.

### CERTIFICATE PURSUANT TO LOCAL RULE 2090-1(A)

I hereby certify that I am admitted to Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

                                          Florida Default Law Group, P.L.
                                          Post Office Box 25018
                                          Tampa, FL 33622-5018
                                          (813) 251-4766 Ext: 3723
                                          Fax: 813-251-1541
                                          Email: bkatt@defaultlawfl.com

                                          By: /s/ Rubina K. Shaldjian
                                          Rubina K. Shaldjian
                                          Florida Bar No. 64466
                                          ATTORNEY FOR DEUTSCHE BANK TRUST
                                          COMPANY AMERICAS AS TRUSTEE FOR RAMP
                                          2007SP3

FILE_NUMBER: B10008564



Serial: 15570529
DOC_ID: M013001



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Withdrawal of Amended Motion for Relief from Stay has been furnished by regular U. S. Mail to all parties listed below on this 6 day of October, 2010.

Stephanie Harris
POB 190504
Miami Beach, FL 33139

I HEREBY CERTIFY that a copy of the foregoing Notice of Withdrawal of Amended Motion for Relief from Stay has been furnished by Electronic Mail to all parties listed below on this 6 day of October, 2010.

Jeffrey S. Berlowitz
201 Alhambra Circle #1102
Coral Gables, FL 33134

Soneet Kapila, Trustee
PO Box 14213
Ft. Lauderdale, FL 33302

Scott N Brown
14 NE 1st Ave PH
Miami, FL 33132

                Florida Default Law Group, P.L.
                Post Office Box 25018
                Tampa, FL 33622-5018
                (813) 251-4766 Ext: 3723
                Fax: 813-251-1541
                Email: bkatt@defaultlawfl.com

                By: /s/ Rubina K. Shaldjian
                Rubina K. Shaldjian
                Florida Bar No. 64466
                ATTORNEY FOR DEUTSCHE BANK TRUST
                COMPANY AMERICAS AS TRUSTEE FOR RAMP
                2007SP3