# EXHIBIT H

3

OD IS
1-2

Del P

NFJA

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

DEUTSCHE BANK TRUST COMPANY AMERICAS
AS TRUSTEE,

    Plaintiff,

vs.

CASE NO.  08-40534 CA10
DIVISION  10



NO FURTHER JUDICIAL ACTION IS REQUIRED
THIS CASE IS CLOSED

2010 DEC 13 AM 11:18

SPACE FOR RECORDING ONLY F.S.§695.26

STEPHANIE HARRIS; ANY AND ALL UNKNOWN PARTIES CLAIMING
BY, THROUGH, UNDER, AND AGAINST THE HEREIN NAMED
INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN TO BE DEAD
OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN
INTEREST AS SPOUSE, HEIRS, DEVISEES, GRANTEES, OR OTHER
CLAIMANTS; LINCOLN MEWS CONDOMINIUM, INC.

    Defendant(s).

_____/

FINAL ORDER AS TO ALL PARTIES
SRS DISPOSITION
NUMBER 12

## ORDER DISMISSING CASE AND
## CANCELLING NOTICE OF LIS PENDENS

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion For Entry of Order Dismissing Case and Cancelling Notice of Lis Pendens filed by the Plaintiff, pursuant to Fla. R. Civ. P. 1.420(a)(2) and Fla. Stat. §§ 702.07 and 702.08, and the Court being fully advised in the premises, it is,

ORDERED AND ADJUDGED as follows:

1.    Pursuant to Fla. R .Civ. P. 1.420(a)(2) the case be and the same hereby is dismissed without prejudice to the future right of the Plaintiff to bring an action to foreclose the mortgage which is the subject matter of the instant case.

2.    All Counts of the Complaint against Defendants: STEPHANIE HARRIS; ANY AND ALL UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER, AND AGAINST THE HEREIN NAMED INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN TO BE DEAD OR ALIVE, WHETHER SAID

FILE_NUMBER: F08056655

Serial: 16317896
DOC_ID: M010402



UNKNOWN PARTIES MAY CLAIM AN INTEREST AS SPOUSE, HEIRS, DEVISEES, GRANTEES, OR OTHER CLAIMANTS; LINCOLN MEWS CONDOMINIUM, INC.;   are hereby dismissed.

3. The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE County, Florida, regarding the below-described property:

> CONDOMINIUM UNIT NO. 2, OF LINCOLN MEWS CONDOMINIUM, ACCORDING TO THE DECLARATIONS OF CONDOMINIUM THEREOF, RECORDED IN OFFICIAL RECORDS BOOK 21772 AT PAGE 2818, OF THE PUBLIC RECORDS OF MIAMI- DADE COUNTY, FLORIDA. TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO AS SET FORTH IN SAID DECLARATION

be and same hereby is cancelled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby directed to record this Order to reflect same.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida this ___8___ day of ___December___, 2010.

PETER R. LOPEZ
Circuit Court Judge

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida  33622-5018
(Robert Schneider 1-813-251-1541)

PETER R. LOPEZ
CIRCUIT COURT JUDGE

All parties on the attached service list
F08056655-GMAC-CONV---Team 2

Bk 27519 Pg 1228 CFN 20100832695 12/13/2010 15:54:16 Pg 2 of 3 Mia-Dade Cty, FL

Service List

STEPHANIE HARRIS
1525 Lenox Avenue, Unit 2
Miami Beach, FL  33139

LINCOLN MEWS CONDOMINIUM, INC.
C/O Nikolay Tzolov, R.A.
17800 NW 18th Ave
Miami Gardens, FL  33056