# EXHIBIT J




## Civil / Probate Justice System - Docket Information

BACK TO SEARCH RESULTS      ALL PARTIES      START A NEW SEARCH

**DEUTSCHE BANK TR CO AMERICAS (TR) vs HARRIS, STEPHANIE**
*\* Click on BOOK/PAGE of a particular docket to see the image if it is available \**

**Case Number (LOCAL):** 2012-16257-CA-01    **Dockets Retrieved:** 20    **Filing Date:** 04/25/2012
**Case Number (STATE):** 13-2012-CA-016257-0000-01      **Judicial Section:** 23

| Date | Book/Page | Docket Entry | Comments |
|---|---|---|---|
| 02/25/2013 | | NOTICE OF UNAVAILABILITY/ABSENCE | |
| 10/26/2012 | | SUMMONS RETURNED - NO SERVICE | DN01 |
| 10/05/2012 | | SUMMONS RETURNED - NO SERVICE | DN01 |
| 09/25/2012 | | E-MAIL NOTICE | AORTIZ@MYCOUNSUMERLAWOFFICE.COM |
| 09/25/2012 | | E-MAIL NOTICE | AORTIZ@MYCOUNSUMERLAWOFFICE.COM |
| 09/11/2012 | | MOTION TO QUASH | |
| 09/11/2012 | | NOTICE OF APPEARANCE | ATTORNEY: 00088186 DN01 |
| 07/02/2012 | | SERVICE RETURNED | BADGE # 55555 S 05/08/2012 DN02 |
| 06/18/2012 | | DEMAND FOR JURY TRIAL | |
| 06/18/2012 | | ANSWER AND AFFIRMATIVE DEFENSE | ATTORNEY:00088186 DN01 |
| 05/09/2012 | | SERVICE RETURN FOR UNKNOWN PARTY | |
| 05/09/2012 | | SERVICE RETURN FOR UNKNOWN PARTY | |
| 05/09/2012 | | SERVICE RETURN FOR UNKNOWN PARTY | |
| 05/09/2012 | | SERVICE RETURNED | BADGE # 555555 P 04/28/2012 DN01 |
| 04/26/2012 | 28087 / 4082 Pages: 1 | LIS PENDENS | BK:28087 PG:4082 |
| 04/25/2012 | | CERTIFICATE REGARDING ORIGINAL NOTE | |
| 04/25/2012 | | FILING FEE FOR MTGE FRCLS | $ 1906.00 |
| 04/25/2012 | | SUMMONS ISSUED | DN01 DN02 |
| 04/25/2012 | | CIVIL COVER | |
| 04/25/2012 | | COMPLAINT | |

BACK TO SEARCH RESULTS      ALL PARTIES      START A NEW SEARCH



2008 Clerk of the Court. All Rights reserved.

CFN 2012R0297253 OR BK 28087 Pg 4082; (1ps)
RECORDED 04/26/2012 11:16:40
HARVEY RUVIN, CLERK OF COURT, MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE
RAMP 2007SP3,

    Plaintiff,

vs.     CASE NO. 12-16257 CA 23
     DIVISION

SPACE FOR RECORDING ONLY F.S.§695.26

STEPHANIE HARRIS; THE UNKNOWN SPOUSE OF STEPHANIE HARRIS; LINCOLN MEWS CONDOMINIUM, INC.; ANY AND ALL UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER, AND AGAINST THE HEREIN NAMED INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN INTEREST AS SPOUSES, HEIRS, DEVISEES, GRANTEES, OR OTHER CLAIMANTS; TENANT #1, TENANT #2, TENANT #3, and TENANT #4 the names being fictitious to account for parties in possession

    Defendant(s).
_____/

## NOTICE OF LIS PENDENS

To the above-named Defendant(s) and all others whom it may concern:

You are notified of the institution of this action by Deutsche Bank Trust Company Americas as Trustee RAMP 2007SP3, against you seeking to foreclose a mortgage on the following property in Miami-Dade County, Florida:

CONDOMINIUM UNIT NO. 2, OF LINCOLN MEWS CONDOMINIUM, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO, ACCORDING TO THE DECLARATIONS OF CONDOMINIUM THEREOF, RECORDED IN OFFICIAL RECORDS BOOK 21772, AT PAGE 2818, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA, TOGETHER WITH ANY AMENDMENTS THERETO.
A/K/A 1525 LENOX AVE APT. 2, MIAMI BEACH, FL 33139-3313

Dated this 13 day of April, 2011.

        Albertelli Law
        P.O. Box 23028
        Tampa, Florida 33623
        (813) 221-4743

        By: _____
        VINCENT MCMANUS, ESQ.
        FLORIDA BAR NO. 60898

BMW - 11-73619 - T10005