MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

———————————————————— )
In re:                                                        )        Case No. 12-12020 (MG)
                                                              )
RESIDENTIAL CAPITAL, LLC, et al.,    )        Chapter 11
                                                              )
                                  Debtors.        )        Jointly Administered
------------------------------------------------------------- )

**SUPPLEMENTAL DECLARATION OF LORENZO MARINUZZI IN SUPPORT OF
THE RETENTION AND EMPLOYMENT OF MORRISON & FOERSTER LLP AS
<u>BANKRUPTCY COUNSEL TO THE DEBTORS</u>**

I, Lorenzo Marinuzzi, being duly sworn, state the following under penalty of perjury.

1.        I am a partner in the law firm of Morrison & Foerster LLP ("**M&F**").  M&F

maintains offices for the practice of law, among other locations in the United States and

worldwide, at 1290 Avenue of the Americas, New York, New York 10104.  I am an attorney

duly admitted and in good standing to practice before the courts of the United States District

Courts for the Southern and Eastern Districts of New York and the District of New Jersey, and

before the United States Court of Appeals for the Second Circuit.

2.        I submit this supplemental declaration (the "**Supplemental Declaration**") in

conjunction with this Court's *Order Authorizing The Retention And Employment Of Morrison &

Foerster LLP As Bankruptcy Counsel To The Debtors Nunc Pro Tunc To The Petition Date*

[Docket No. 786], entered July 16, 2012.  Except as otherwise indicated, the facts set forth in this Supplemental Declaration are personally known to me, and if called as a witness I could and would testify competently thereto.

3.        Out of an abundance of caution, I file this Supplemental Declaration to disclose that Daniel Harris, a former law clerk to the Honorable Martin Glenn, commenced employment at M&F on April 8, 2013.  Mr. Harris served as law clerk for Judge Glenn for a one year term from September 2010 to September 2011, well in advance of the filing of these cases on May 14, 2012.

4.        Mr. Harris has informed me that while at his prior firm he appeared before Judge Glenn in an unrelated matter.

5.        Based on the foregoing, I believe that Mr. Harris is permitted to perform work on the Debtors' behalf and there is no conflict of interest as a result of Mr. Harris' previous role as law clerk.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 19, 2013

/s/    Lorenzo Marinuzzi
Lorenzo Marinuzzi