# Exhibit B

**Potential Parties in Interest Represented by Leonard Street in the Past Two Years in
Matters Entirely Unrelated to the Debtors' Chapter 11 Cases**

IBM Corporation

Oracle America, Inc.

Aurelius Capital Management, LP

EMC Corporation

EMC Mortgage Corporation

UMB Bank, N.A.

York Capital Management

The TCW Group, Inc.

Farmers and Merchants Trust Company of Chambersburg

First National Banking Company

U.S. Bank, N.A.

JPMorgan Chase Bank, N.A.

Chase Manhattan Mortgage Corporation

Chase Manhattan Bank

TWC Holdings C.V.(Netherlands)

Realty World

Allstate Insurance Company

Allstate Life Insurance Company

American Heritage Life Insurance Company

Federal Home Loan Mortgage Corporation

First Colonial Insurance Company

Thrivent Financial for Lutherans

Bank of New York Mellon

Barclays Capital Inc. (possible affiliate of Barclays Bank PLC)

Deutsche Bank National Trust Co.

Deutsche Bank Trust Company Americas

Deutsche Bank (possible affiliate of Deutsche Mortgage Securities, Inc.)

The Housing and Redevelopment Authority for the City of Minneapolis

General Electric Fleet Services, Inc. (possible affiliate of General Electric Mortgage Ins. Co.)

General Electric Company

Genworth Mortgage Insurance Corporation

Federal Home Loan Mortgage Corporation

Bank One, N.A.

Citibank, N.A.

CitiMortgage, Inc.

HSBC Mortgage Services, Inc. (possible affiliate of HSBC Bank USA, N.A.)

LaSalle Bank National Association

Wilmington Trust FSB (possible affiliate of Wilmington Trust Company)

Federal National Mortgage Association

Bear Stearns Residential Mortgage Corp. (possible affiliate of Bear Stearns Mortgage Capital Corporation, Bear Stearns Second Lien Trust 2007-1, or Bear Stearns Second Lien Trust 2007-SV1)

Bear Stearns Mortgage Funding Trust (possible affiliate of Bear Stearns Mortgage Capital Corporation, Bear Stearns Second Lien Trust 2007-1, or Bear Stearns Second Lien Trust 2007-SV1)

Bank United (possible affiliate of Bank United, FSB)

Credit Suisse Lending Trust (USA) 2 (possible affiliate of Credit Suisse First Boston Mortgage Securities Corp.)

Credit Suisse Premium Finance (possible affiliate of Credit Suisse First Boston Mortgage Securities Corp.)

Plaza Mortgage Services, LLC (possible affiliate of Plaza Home Mortgage, Inc.)

Principal Life Insurance Company (possible affiliate of Principal Mutual Life Insurance Company)

Private Capital, LLC (possible affiliate of Private Capital Group)

RBS Citizens, N.A.

Stonebridge Bank

Structured Asset Mortgage Investments II Inc.

Structured Asset Securities Corporation

TCF National Bank

Greenwich Universal Portfolio, LLC

Macquarie Capital (USA) Inc. (possible affiliate of Macquarie Mortgages USA, Inc.)

Merrill Lynch Trust Company of America (possible affiliate of Merrill Lynch Mortgage Lending, Inc.)

ING America Insurance Holdings, Inc. (possible affiliate of ING Bank, FSB)

ING Capital LLC (possible affiliate of ING Bank, FSB)

Morgan Stanley Smith Barney (possible affiliate of Morgan Stanley Mortgage Loan Trust 2005-3AR)

Morgan Stanley Infrastructure Fund (possible affiliate of Morgan Stanley Mortgage Loan Trust 2005-3AR)

Morgan Stanley Dean Witter (possible affiliate of Morgan Stanley Mortgage Loan Trust 2005-3AR)

New Century Home Equity Loan Trust (possible affiliate of New Century Mortgage Securities, Inc.)

UBS Trust Company, N.A. (possible affiliate of UBS Warburg, LLC)

WMD Capital Markets, LLC

WMD Asset Management, LLC (possible affiliate WMD Capital Markets, LLC)

WMD Capital Partners Fund, LLC (possible affiliate WMD Capital Markets, LLC)

WMD Asset Management Carried Interest Program, LLC (possible affiliate WMD Capital Markets, LLC)

WMD Mixer XL, LLC (possible affiliate WMD Capital Markets, LLC)

WMD Mixer XLII, LLC (possible affiliate WMD Capital Markets, LLC)

WMD Mixer XLIII, LLC (possible affiliate WMD Capital Markets, LLC)

WMD Mixer XLIV, LLC (possible affiliate WMD Capital Markets, LLC)

WMD Structured Products Fund LP (possible affiliate WMD Capital Markets, LLC)

Washington Mutual Bank

CenterPoint Energy

CenterPoint Energy Resources Corporation (possible affiliate of CenterPoint Energy)

MidAmerican Energy Holdings Company (possible affiliate of MidAmerican Energy)

Time Warner Inc. (possible affiliate of Time Warner Telecom)

Verizon Wireless Center (possible affiliate of Verizon Wireless)

Thrivent Financial for Lutherans

General Motors Financial Company, Inc. (possible affiliate of General Motors Company)[1]

---

[1] General Motors Financial Company Inc. is a subsidiary of the "new" General Motors and is not affiliated with Motors Liquidation Co. or with Ally Financial, Inc. (f/k/a GMAC LLC and GMAC Inc.). General Motors Financial (formerly "AmeriCredit Corp.") was acquired by General Motors Company on Oct. 1, 2010 and renamed General Motors Financial Company, Inc. shortly after its acquisition.

4