Hearing Date: April 30, 2013 at 10:00 a.m. (ET)
Objection Deadline: April 25, 2013 at 4:00 p.m. (ET)

**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 408-5100
Facsimile:  (212) 541-5369

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
In re:                                                                          :    Chapter 11
                                                                                      :
RESENTIAL CAPITAL, LLC, et al.,[1]                          :    Case No. 12-12020 (MG)
                                                                                      :
               Debtors.                                                    :    Jointly Administered
---------------------------------------------------------- x

**NOTICE OF APPLICATION OF THE EXAMINER FOR ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF LEONARD, STREET AND DEINARD PROFESSIONAL ASSOCIATION AS SPECIAL MINNESOTA COUNSEL TO THE EXAMINER *NUNC PRO TUNC* TO APRIL 15, 2013**

PLEASE TAKE NOTICE that in the event the Court grants a currently-pending Motion by the Examiner to shorten time and to permit the matter to be heard as requested, a hearing on the attached Application of the Examiner for Order Authorizing the Retention and Employment of Leonard, Street and Deinard Professional Association as Special Minnesota Counsel to the Examiner *Nunc Pro Tunc* to April 15, 2013 (the "Application"), as more fully described in the Application, will be held on **April 30, 2013 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard (the "Hearing").

PLEASE TAKE FURTHER NOTICE that the Hearing will be held before the

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings, filed with the Court on May 14, 2012.  Additional subsidiaries and affiliates of the Debtors may file Chapter 11 petitions on a rolling basis. As used herein, the term "Debtors" includes any such entities.

Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 501, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objections to the Application must be made in writing, filed with the Bankruptcy Court (with a copy to Chambers) in accordance with the Order Under Bankruptcy Code Sections 102(1), 105(a) and 105(d), Bankruptcy Rules 1015(c), 2002(m) and 9007 and Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management and Administrative Procedures entered by this Court on May 23, 2012 [Docket No. 141] (the "Case Management Order"), and served on the undersigned counsel and on the Special Service List, as the term is defined in the Case Management Order, so as to be received no later than **April 25, 2013 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if an objection to the Application is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing and failure to appear may result in relief being granted or denied upon default.

Dated:  New York, New York
        April 19, 2013

**CHADBOURNE & PARKE LLP**

By: */s/ David M. LeMay*
    Howard Seife
    David M. LeMay
    Members of the Firm
    30 Rockefeller Plaza
    New York, New York 10112
    Tel.: (212) 408-5100
    Fax: (212) 541-5369

*Counsel for the Examiner*

2