**Hearing Date: May 14, 2013 at 10:00 a.m. (ET)**
**Objection Deadline: May 7. 2013 at 4:00 p.m. (ET)**

**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
Michael S. Etkin (ME0570)
Ira M. Levee (IL9958)
Andrew D. Behlmann (AB1174)
    and
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Bankruptcy Counsel for Plaintiffs*

*[Additional Counsel on signature page]*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF PLAINTIFFS' MOTION FOR**
**ORDER  CERTIFYING CLASS FOR PURPOSES**
**OF THE CLASS  CLAIMS PURSUANT TO FEDERAL**
**RULES OF  BANKRUPTCY PROCEDURE 7023 AND 9014(c)**

**PLEASE TAKE NOTICE** that the undersigned have filed the attached *Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rule of Bankruptcy Procedure 7023 and 9014(c)* (the "Motion").

26963/2
04/19/2013 24475649.1

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will take place on **May 14, 2013 at 10:00 a.m. (E.T.)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 1004-1408, Room 501.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management and Administrative Procedures approved by the Bankruptcy Court [Doc. No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **May 7, 2013 at 4:00 p.m. (E.T.)**, upon counsel for Plaintiffs, Lowenstein Sandler LLP, 65 Livingston Avenue, Roseland, NJ 07068 (Attn: Michael S. Etkin (metkin@lowenstein.com) and Ira M. Levee (ilevee@lowenstein.com).

**PLEASE TAKE FURTHER NOTICE** that if you do not timely file and serve a written objection to the relief requested in the Motion, the Bankruptcy Court may deem any opposition waived, treat the Motion as conceded and unopposed, and enter an order granting the relief requested in the Motion without further notice ort hearing.

Dated: April 19, 2013                                   LOWENSTEIN SANDLER LLP

/s/ *Michael S. Etkin*
Michael S. Etkin (ME0570)
Ira M. Levee (IL9958)
Andrew D. Behlmann (AB1174)
1251 Avenue of the Americas, 17th Floor
New York, New York   10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

-3-

and

65 Livingston Avenue
Roseland, New Jersey   07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel for the Plaintiffs*

and

COHEN MILSTEIN SELLERS &
TOLL PLLC
Joel P. Laitman (JL8177)
Christopher Lometti (CL9124)
Michael B. Eisenkraft (ME6974)
88 Pine Street
New York, New York 10022
(212) 838-7797 (Telephone)
(212) 838-7745 (Facsimile)

*Counsel for Plaintiffs*