# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> RESIDENTIAL CAPITAL, LLC, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 12-12020 (MG) <br><br> (Jointly Administered) <br><br> Re: Doc. No. ___ |

### ORDER CERTIFYING THE CLASS FOR PURPOSES OF THE CLASS CLAIMS PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 7023 AND 9014 (c)

Upon consideration of the Motion[1] of Lead and Named Plaintiffs for entry of an Order certifying the Class for purposes of asserting and seeking allowance of the Class Proofs of Claim; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; adequate notice has been given and no other notice is required; the Court has considered the pleadings and argument of counsel; and good cause exists for the relief requested;

**IT IS ORDERED** that:

1. The Motion be and hereby is granted.

2. Pursuant to Bankruptcy Rule 9014(c), Bankruptcy Rule 7023 be and hereby is applicable herein.

3. Pursuant to Bankruptcy Rule 7023 and Rule 23(a) and (b)(3), the Class is certified, for purposes of the Class Proofs of Claim, as follows:

> initial purchasers who bought the securities directly from the underwriters or their agents no later than ten trading days after the offering date.

---

[1] Capitalized terms shall have the meanings ascribed to them in the Motion, unless defined otherwise herein.

-2-

      4.    Lead Plaintiff be and hereby is approved as the Class Representative and its selection of Class Counsel is approved.

Dated: May __, 2013

                                                                     _____
                                                                   HONORABLE MARTIN GLENN
                                                                   UNITED STATES BANKRUPTCY JUDGE