UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                       :    Chapter 11
                                                             :
RESIDENTIAL CAPITAL, LLC, et al.,                            :    Case No. 12-12020 (MG)
                                                             :
                         Debtors.                            :    Jointly Administered
------------------------------------------------------------ x

### ORDER GRANTING MOTION FOR AN ORDER PERMITTING CONSIDERATION OF THE EXAMINER'S APPLICATION FOR THE RETENTION AND EMPLOYMENT OF LEONARD, STREET AND DEINARD PROFESSIONAL ASSOCIATION AS SPECIAL MINNESOTA COUNSEL TO THE EXAMINER AT THE APRIL 30 OMNIBUS HEARING

Upon consideration of the motion (the "Motion," ECF Doc. # 3479) of Arthur J. Gonzalez, the Court-appointed Examiner (the "Examiner") for Residential Capital, LLC and its affiliated debtors (collectively, the "Debtors") in the above-captioned cases (the "Chapter 11 Cases"), for the entry of an order pursuant to Fed. R. Bankr. P. 9006(c) and Local Bankruptcy Rule 9006-1(b) permitting consideration of the Examiner's Application for the Retention and Employment of Leonard, Street and Deinard Professional Association ("Leonard Street") as Special Minnesota Counsel to the Examiner (the "Retention Application") at the April 30, 2012 Omnibus Hearing; and the Court having determined that granting the relief requested in the Motion is appropriate; and it appearing that due and adequate notice of the Motion has been given under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that the Retention Application shall be heard at the Omnibus Hearing taking place on April 30, 2013 at 10:00 a.m. (prevailing Eastern time); and it is further

ORDERED that objections to the Retention Application must be filed and served so as to be received by the Examiner's counsel by no later than 4:00 p.m. (prevailing Eastern time) on April 25, 2013.

Dated: April 19, 2013
      New York, New York

           _____/s/Martin Glenn_____
           MARTIN GLENN
           United States Bankruptcy Judge