Hearing Date and Time: May 7, 2013 at 10:00 a.m. (prevailing Eastern Time)
Objection Deadline: April 30, 2013 at 4:00 p.m. (prevailing Eastern Time)

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Barry H. Berke
Jeffrey S. Trachtman
Jennifer Rochon
Norman C. Simon
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
keckstein@kramerlevin.com

*Counsel for the Official
Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| Residential Capital, LLC, *et al.*, | : Case No. 12-12020 (MG) |
| | : |
| Debtors. | : Jointly Administered |
| | : |

------------------------------------------------------------ x

**NOTICE OF ADJOURNMENT OF HEARING AND EXTENSION OF OBJECTION
DEADLINE ON MOTION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING
THE COMMITTEE TO PROSECUTE AND SETTLE CERTAIN
<u>CLAIMS ON BEHALF OF THE DEBTORS' ESTATES</u>**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On April 11, 2013, the Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession filed the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates* [Docket No. 3412] (the "**Motion**"), previously scheduled to be heard on April 30, 2013 at 10:00 a.m. (prevailing Eastern Time).

2. The hearing to consider the Motion has been adjourned to **May 7, 2013 at 10:00 a.m.** (prevailing Eastern Time) and shall be held before the Honorable Martin Glenn, United States Bankruptcy Judge, in Room 501 of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, 10004.

      3.      The objection deadline for the Motion has been extended to **April 30, 2013 at 4:00 p.m.** (prevailing Eastern Time).

      4.      A Copy of the Motion can be obtained or viewed for a fee via PACER at www.pacer.gov or (without charge) on the Debtors' restructuring website at www.kccllc.net/rescap.

Dated:    April 19, 2013
            New York, New York

                                      /s/ Kenneth H. Eckstein
                                      Kenneth H. Eckstein
                                      Barry H. Berke
                                      Jeffrey S. Trachtman
                                      Jennifer Rochon
                                      Norman C. Simon
                                      1177 Avenue of the Americas
                                      New York, New York 10036
                                      Telephone: (212) 715-9100
                                      keckstein@kramerlevin.com

                                      *Counsel for the Official Committee*
                                      *of Unsecured Creditors*