# EXHIBIT C

VOL 489 PG 786

After recording please return to:
HUNT LEIBERT JACOBSON PC
50 Weston Street
Hartford CT 06120

1/53G

## ASSIGNMENT OF MORTGAGE

POOL NUMBER_____                                            000384

KNOW YE THAT **Mortgage Electronic Registration Systems, Inc. as Nominee for Homecomings Financial Network, Inc, ( Assignor")**, having an office and place of business at 3300 SW 34th Avenue Suite 101, Ocala, FL 34474 for the consideration of One Dollar and other valuable considerations, does hereby assign to **Residential Funding Company, LLC fka Residential Funding Corporation ("Assignee")**, having an address of c/o GMAC Mortgage, LLC, 4 Walnut Grove Drive, Horsham, PA 19044, its successors, and assigns forever, all the right, title, interest, claim, and demand whatsoever as the said Assignor has or ought to have in or to a certain mortgage from Thomas LaCasse to Mortgage Electronic Registration Systems, Inc. as Nominee for Homecomings Financial Network, Inc. dated January 30, 2006 and recorded on February 08, 2006 in Volume 432 at Page 496 of the Weston Land Records , in or to the property described in said mortgage deed situated in the Town of Weston, County of Fairfield and State of Connecticut, without warranty or representation by, or recourse to, said Assignor.

TO HAVE AND TO HOLD the premises, with all the appurtenances, unto the said Assignee, its successors and assigns forever, so that neither the Assignor nor its successors, nor any other person under it or them shall hereafter have any claim, right or title in or to the premises, or any part thereof; but therefrom it is and they are by these presents forever barred and secluded.

IN WITNESS WHEREOF, on the __25__ day of __July_____, 2009, said corporation has caused this deed to be executed and delivered, and its corporate seal to be hereto affixed in its behalf by _____**Jeffrey Stephan**_____, who is duly authorized and empowered.

Signed, sealed and delivered           MORTGAGE ELECTRONIC REGISTRATION
In the presence of:                    SYSTEMS, INC. AS NOMINEE FOR HOMECOMINGS
                                       FINANCIAL NETWORK, INC

                                       By _____
                                          Its Vice President

STATE OF ____PA____                                **Jeffrey Stephan**
                            : ss.                  **Vice President**
COUNTY OF ___Montgomery___

On this __25__ day of __July_____, 2009, before me personally came ____Jeffrey Stephan____ to me known, who being by me duly sworn, did depose and say that he/she is a Vice President of MERS, INC, which executed the above instrument: that he/she knows the seal of said corporation: that the seal affixed to said instrument is such corporate seal, that it was so affixed by order of the Board of Directors of said corporation, and that he/she signed his/her name thereto by means of electronic process by like order acknowledged.

Notary Public
My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Nikole Shelton, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Aug. 11, 2010
Member, Pennsylvania Association of Notaries

PROPERTY:
153 Valley Forge Road
Weston, CT 06883
Lacasse, Thomas
File 01625-80701

RECEIVED FOR RECORD
At _____

AUG 10 2009      11:32 AM

Attest _____