# **EXHIBIT D**

### ALLONGE TO PROMISSORY NOTE

FOR PURPOSES OF FURTHER ENDORSEMENT OF THE FOLLOWING DESCRIBED NOTE, THIS ALLONGE IS AFFIXED AND BECOMES A PERMANENT PART OF SAID NOTE

POOL:    3850    LOAN ID:    10419663

NOTE DATE:    1/30/2006    LOAN AMOUNT:    $650,000.00

BORROWER NAME:  THOMAS LACASSE

PROPERTY ADDRESS:    153 VALLEY FORGE ROAD, WESTON, CT  06883

---

PAY TO THE ORDER OF


WITHOUT RECOURSE

Residential Funding Corporation

By: _____

Name: John Hagebock

Title: Assistant Vice President

Residential Funding Corporation