# EXHIBIT F

DOCKET NUMBER: **FSTCV095011591S**  
RESIDENTIAL FUNDING COMPANYLLC  
vs.  
THOMAS LACASSE

JUDICIAL DISTRICT  
OF STAMFORD

JUDGMENT DATE:  
**Wednesday, September 02, 2009**

## Notice of Judgment of Strict Foreclosure

Property Address: 153 Valley Forge Road, Weston, Connecticut 06889

**Judgment of Strict Foreclosure is hereby entered as follows:**
The debt amount of $696,497.60 was found by the court as of 08/31/2009, and not on the date of judgment.

| | |
|---|---|
| Debt: $696,497.60 | Appraisal Fee: $335.00 |
| Attorney Fees: $1,500.00 | Title Search Fee: $225.00 |
| Total: $697,997.60 | Fair Market Value: $590,000.00 |

LAW DAY SET FOR Tuesday, October 20, 2009, for the owner of the equity of redemption, and subsequent days for subsequent encumbrancers in the inverse order of their priorities.

BY THE COURT (**Mintz,J**)

*Karen Lucien*

*Copies sent Thursday, September 03, 2009 to:*  
HUNT LEIBERT JACOBSON PC

http://zeus/co/edison/foreclosure/noticestrictforeclosure.asp?csdist=FST&csnum=095011591    9/3/2009