# EXHIBIT H

| | ORDER 407901 |
|---|---|
| DOCKET NO: FSTCV095011591S | SUPERIOR COURT |
| RESIDENTIAL FUNDING<br>V.<br>LACASSE,THOMAS | JUDICIAL DISTRICT OF STAMFORD<br>AT STAMFORD<br>7/24/2012 |

### ORDER

ORDER REGARDING:
07/23/2012 166.00 CASEFLOW REQUEST

The foregoing, having been considered by the Court, is hereby:

ORDER:

Granted until 9/14/12 at 10:30 AM there being no objection thereto.

407901
_____

Judge: DOUGLAS C MINTZ