**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                                                        :     Chapter 11
                                                                                   :
Residential Capital, LLC, et al.,                          :     Case No. 12-12020 (MG)
                                                                                   :
            Debtors.                                                      :     Jointly Administered
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

David M. Bava, being duly sworn, deposes and says:

1. I am employed by the law firm of Chadbourne & Parke LLP, am not a party to this action and am over the age of eighteen.

2. On April 19, 2013, I caused to be served a true and correct copy of the following: (i) *Application of the Examiner for Order Authorizing the Retention and Employment of Leonard, Street and Deinard Professional Association as Special Minnesota Counsel to the Examiner Nunc Pro Tunc to April 15, 2013*, and (ii) *Motion for an Order Permitting Consideration of the Examiner's Application for the Retention and Employment of Leonard, Street and Deinard Professional Association as Special Minnesota Counsel to the Examiner at the April 30 Omnibus Hearing* upon the parties listed on the annexed Schedule "A" by hand

delivery, Schedule "B" by electronic mail, and Schedule "C" by first class mail, postage pre-paid thereon.

    3.  I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment under penalty of perjury.

                                            */s/ David M. Bava*
                                              David M. Bava

Sworn to before me this
22nd day of April 2013

*/s/ Francisco Vazquez*
      Notary Public

**Francisco Vazquez**
**Notary Public, State of New York**
**No. 31-6013920**
**Qualified in New York County**
**Commission Expires Dec. 27, 2014**

## SCHEDULE "A"
**(By Hand Delivery)**

| | |
|---|---|
| Morrison & Foerster LLP<br>Larren M. Nashelsky<br>Gary S. Lee<br>Lorenzo Marinuzzi<br>1290 Avenue of the Americas<br>New York, NY 10104 | Kramer Levin Naftallis & Frankel LLP<br>Kenneth H. Eckstein<br>Thomas Moers Mayer<br>Douglas H. Mannal<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Office of the US Trustee<br>Tracy Hope Davis<br>Linda A. Riffkin<br>Brian S. Masumoto<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | |

**SCHEDULE "B"**
**(By Electronic Mail)**

bobbie.theivakumaran@citi.com
jennifer.demarco@cliffordchance.com
adam.lesman@cliffordchance.com
kelvin.vargas@db.com
peter_mcgonigle@fanniemae.com
kdwbankruptcydepartment@kelleydrye.com
richard.cieri@kirkland.com
ray.schrock@kirkland.com
richard.cieri@kirkland.com
stephen.hessler@kirkland.com
projectrodeo@kirkland.com
william.b.solomon@ally.com
timothy.devine@ally.com
john.bellaver@ally.com
keckstein@kramerlevin.com
tmayer@kramerlevin.com
dmannal@kramerlevin.com
jtrachtman@kramerlevin.com
pbentley@kramerlevin.com
dmannal@kramerlevin.com
szide@kramerlevin.com
rescapinfo@kccllc.com
guzzi@milbank.com
tammy.hamzehpour@gmacrescap.com
diane.citron@ally.com
jill.horner@gmacrescap.com
colette.wahl@gmacrescap.com
deanna.horst@gmacrescap.com
william.thompson@gmacrescap.com
william.tyson@gmacrescap.com
eileen.oles@gmacrescap.com
lauren.delehey@gmacrescap.com
julie.busch@gmacrescap.com
lnashelsky@mofo.com
glee@mofo.com
lmarinuzzi@mofo.com
nancy.lord@oag.state.ny.us
enid.stuart@oag.state.ny.us
joseph.cordaro@usdoj.gov
secbankruptcy@sec.gov
secbankruptcy@sec.gov
newyork@sec.gov
bankruptcynoticeschr@sec.gov
jhofer@skadden.com
nikolay.kodes@skadden.com
ken.ziman@skadden.com
sarah.ward@skadden.com
suzanne.lovett@skadden.com
askdoj@usdoj.gov

4

CPAM: 5454209.1

joseph.cordaro@usdoj.gov
tracy.davis2@usdoj.gov
linda.riffkin@usdoj.gov
brian.masumoto@usdoj.gov
william.b.solomon@ally.com
andrea.hartley@akerman.com
susan.balaschak@akerman.com
hadi.khatib@akerman.com
rajohnson@akingump.com
ccarty@akingump.com
fhodara@akingump.com
bnkatty@aldine.k12.tx.us
ecfmail@aclawllp.com
ken.coleman@allenovery.com
john.kibler@allenovery.com
jeff.brown@gmacfs.com
kit.weitnauer@alston.com
marty.bunin@alston.com
william.hao@alston.com
bill.macurda@alston.com
john.stern@texasattorneygeneral.gov
harrisj12@michigan.gov
schindlerwilliamss@ballardspahr.com
sarah.stout@bnymellon.com
jennifer.provenzano@bnymellon.com
mageshwaran.ramasamy@bnymellon.com
xrausloanops5@barclays.com
david.powlen@btlaw.com
bbeskanos@aol.com
davids@blbglaw.com
jonathanu@blbglaw.com
matthewj@blbglaw.com
jai@blbglaw.com
schaedle@blankrome.com
tarr@blankrome.com
root@blankrome.com
courtney.lowman@ally.com
jhaake@wbsvlaw.com
swissnergross@brownrudnick.com
gregory.petrick@cwt.com
ingrid.bagby@cwt.com
mark.ellenberg@cwt.com
dcaley@wongfleming.com
bankruptcy@clm.com
maofiling@cgsh.com
tmoloney@cgsh.com
soneal@cgsh.com
jlaitman@cohenmilstein.com
clometti@cohenmilstein.com
meisenkraft@cohenmilstein.com
drehns@cohenmilstein.com
krehns@cohenmilstein.com
mwarner@coleschotz.com

5

echou@coleschotz.com
ra-li-ucts-bankrupt@state.pa.us
hhawn@broward.org
ckitchner@broward.org
swulfekuhle@broward.org
will.hoch@crowedunlevy.com
mgallagher@curtis.com
macohen@curtis.com
sreisman@curtis.com
hryder@daypitney.com
jjtancredi@daypitney.com
jwcohen@daypitney.com
glenn.siegel@dechert.com
hector.gonzalez@dechert.com
brian.greer@dechert.com
mauricio.espana@dechert.com
craig.druehl@dechert.com
rosa.mendez@db.com
brendan.meyer@db.com
diem.home@gmail.com
gcatalanello@duanemorris.com
jvincequerra@duanemorris.com
catherine_lasher@fanniemae.com
jsherer@feinsuch.com
jsherer@feinsuch.com
tterrell@feinsuch.com
broylesmk@rgcattys.com
ppascuzzi@ffwplaw.com
dearly@fdic.gov
floressaucedopllc@gmail.com
tlallier@foleymansfield.com
kenton_hambrick@freddiemac.com
deggert@freebornpeters.com
tfawkes@freebornpeters.com
jberkowitz@gibbonslaw.com
kgiannelli@gibbonslaw.com
kpatrick@gibbsbruns.com
shumphries@gibbsbruns.com
kpatrick@gibbsbruns.com
theodore.w.tozer@hud.gov
gjarvis@gelaw.com
mpmorris@gelaw.com
delman@gelaw.com
brian@gmcnjlaw.com
ggraber@hodgsonruss.com
ayala.hassell@hp.com
rnorton@hunton.com
rrich2@hunton.com
floraoropeza@co.imperial.ca.us
bankruptcy2@ironmountain.com
ceblack@jonesday.com
cball@jonesday.com
rlwynne@jonesday.com

6

lemiller@jonesday.com
ceblack@jonesday.com
aglenn@kasowitz.com
mstein@kasowitz.com
dfliman@kasowitz.com
namamoo@kasowitz.com
eciolko@ktmc.com
dmoffa@ktmc.com
ecf@kaalaw.com
thadwilson@kslaw.com
ajowers@kslaw.com
pferdinands@kslaw.com
mstrauss@kmllp.com
bwalker@kmllp.com
tklestadt@klestadt.com
jcorneau@klestadt.com
jleibowitz@kandfllp.com
dlibra@lapplibra.com
james.heaney@lawdeb.com
richard@rsaxlaw.com
sheehan@txschoollaw.com
dcaponnetto@leopoldassociates.com
austin.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@lgbs.com
choward@lockelord.com
wcurchack@loeb.com
vrubinstein@loeb.com
dminoff@loeb.com
abehlmann@lowenstein.com
abehlmann@lowenstein.com
metkin@lowenstein.com
ilevee@lowenstein.com
metkin@lowenstein.com
ilevee@lowenstein.com
adoshi@magnozzikye.com
susanp@taxcollector.com
kmarino@khmarino.com
jboyle@khmarino.com
lgordon@mvbalaw.com
pmoak@mckoolsmith.com
mcarney@mckoolsmith.com
pmoak@mckoolsmith.com
sdnyecf@dor.mo.gov
jgarrity@morganlewis.com
mkraut@morganlewis.com
pfleming@morganlewis.com
mmorganroth@morganrothlaw.com
jmorganroth@morganrothlaw.com
lberkoff@moritthock.com
jmoldovan@morrisoncohen.com
bankruptcy@morrisoncohen.com
rdakis@morrisoncohen.com

seth.goldman@mto.com
thomas.walper@mto.com
cmomjian@attorneygeneral.gov
almeyers@sjgov.org
dwdykhouse@pbwt.com
bguiney@pbwt.com
paul_papas@mylegalhelpusa.com
ebcalvo@pbfcm.com
brandon.johnson@pillsburylaw.com
jmcmurtr@placer.ca.gov
dflanigan@polsinelli.com
jnagi@polsinelli.com
igoldstein@proskauer.com
srutsky@proskauer.com
jzajac@proskauer.com
danbrockett@quinnemanuel.com
daveburnett@quinnemanuel.com
jeremyandersen@quinnemanuel.com
jeremyandersen@quinnemanuel.com
ericwinston@quinnemanuel.com
susheelkirpalani@quinnemanuel.com
scottshelley@quinnemanuel.com
mrollin@rplaw.com
cwood@rgrdlaw.com
stevep@rgrdlaw.com
rbrown@robertbrownlaw.com
romero@mromerolawfirm.com
ross.martin@ropesgray.com
keith.wofford@ropesgray.com
ross.martin@ropesgray.com
dsasser@siwpc.com
dhall@siwpc.com
mminuti@saul.com
nnastasi@saul.com
sravin@saul.com
dpatel@saul.com
jglucksman@scarincihollenbeck.com
bdk@schlamstone.com
bbressler@schnader.com
rbarkasy@schnader.com
eboden@schnader.com
adam.harris@srz.com
howard.godnick@srz.com
marguerite.gardiner@srz.com
michael.cutini@srz.com
bateman@sewkis.com
christensen@sewkis.com
patel@sewkis.com
hooper@sewkis.com
josselson@sewkis.com
cohen@sewkis.com
das@sewkis.com
binder@sewkis.com

kotwick@sewkis.com
alves@sewkis.com
joel@shafeldlaw.com
taconrad@sbwlawfirm.com
fsosnick@shearman.com
sfennessey@shearman.com
pdatta@hhstein.com
amuller@stinson.com
whazeltine@sha-llc.com
tal@talcottfranklin.com
derek@talcottfranklin.com
jmiller@tcfbank.com
jteitelbaum@tblawllp.com
agbanknewyork@ag.tn.gov
robert.major@bnymellon.com
adam.parkin@tdsecurities.com
christopher.stevens@tdsecurities.com
kay.brock@co.travis.tx.us
mamta.scott@usbank.com
michelle.moeller@usbank.com
tanveer.ashraf@usbank.com
glenn.gillett@usdoj.gov
mark.flannagan@umb.com
james.byrnes@usbank.com
laura.moran@usbank.com
mvaughan@wbsvlaw.com
dskeens@wbsvlaw.com
gary.holtzer@weil.com
kelly.j.rentz@wellsfargo.com
sharon.squillario@wellsfargo.com
mary.l.sohlberg@wellsfargo.com
kristi.garcia@wellsfargo.com
accesslegalservices@gmail.com
cshore@whitecase.com
isilverbrand@whitecase.com
dthatch@whitecase.com
mabrams@willkie.com
rchoi1@willkie.com
jhardy2@willkie.com
rmaney@wilmingtontrust.com
david.tillem@wilsonelser.com
dneier@winston.com
dneier@winston.com
cschreiber@winston.com
jlawlor@wmd-law.com
pdefilippo@wmd-law.com
sfitzgerald@wmd-law.com
gbush@zuckerman.com
ncohen@zuckerman.com
lneish@zuckerman.com
gbush@zuckerman.com
ncohen@zuckerman.com
lneish@zuckerman.com

9

## SCHEDULE "C"
**(By First Class Mail)**

| | | |
|---|---|---|
| Citibank NA<br>Attn Bobbie Theivakumaran<br>390 Greenwich St 6th Fl<br>New York, NY 10013 | Deutsche Bank Trust Company Americas<br>c/o Kelvin Vargas<br>25 De Forest Ave<br>Summit, NJ 07901 | Fannie Mae<br>Attn Peter McGonigle<br>1835 Market St Ste 2300<br>Philadelphia, PA 19103 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 |
| Kelley Drye & Warren LLP<br>James S Carr & Eric R Wilson<br>101 Park Ave<br>New York, NY 10178 | Kirkland & Ellis<br>Richard M Cieri<br>601 Lexington Ave<br>New York, NY 10022 | Kirkland & Ellis LLP<br>Attn Ray C Schrock & Stephen E Hessler<br>601 Lexington Ave<br>New York, NY 10022-4611 |
| Kramer Levin Naftallis & Frankel LLP<br>Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal<br>1177 Avenue of the Americas<br>New York, NY 10036 | Morrison & Foerster LLP<br>Attn Tammy Hamzehpour<br>1290 Avenue of the Americas<br>New York, NY 10104 | Morrison & Foerster LLP<br>Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| Nationstar Mortgage LLC<br>Attn: General Counsel<br>350 Highland Drive<br>Lewisville, TX 75067 | Office of the NY State Attorney General<br>Nancy Lord & Neal Mann<br>The Capitol<br>Albany, NY 12224-0341 | Office of the US Attorney for the Southern District of NY<br>United States Attorney Preet Bharara<br>One St Andrews Plaza<br>New York, NY 10007 |
| Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 | Securities & Exchange Commission NY Regional Office<br>George S Canellos Regional Director<br>3 World Financial Center Ste 400<br>New York, NY 10281-1022 | Sidley Austin LLP<br>Larry J Nyhan & Jessica CK Boelter<br>One Dearborn<br>Chicago, IL 60603 |
| Skadden Arps Slate Meagher & Flom LLP<br>Jonathan H. Hofer<br>Four Times Square<br>New York, NY 10036 | Skadden Arps Slate Meagher & Flom LLP<br>Sarah M Ward<br>Four Times Square<br>New York, NY 10036 | Skadden Arps Slate Meagher & Flom LLP<br>Ken Ziman<br>Four Times Square<br>New York, NY 10036 |
| Skadden Arps Slate Meagher & Flom LLP<br>Suzanne D T Lovett<br>Four Times Square<br>New York, NY 10036 | The Bank of New York Mellon<br>Asset-Backed Securities Group<br>101 Barclay St 4W<br>New York, NY 10286 | U.S. Bank National Association<br>Attn: George Rayzis<br>50 South 16 th Street<br>Suite 2000<br>Philadelphia, PA 19102 |
| U.S. Bank National Association<br>Attn: Irina Palchuk<br>60 Livingston Avenue<br>EP-MN-WS1D<br>St. Paul, MN 55107 | U.S. Department of Justice<br>US Attorney General, Eric H. Holder, Jr.<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | United States Attorney's Office for the Southern District of New York Civil Division<br>Attn Joseph Cordaro<br>86 Chambers St 3rd Fl<br>New York, NY 10007 |

CPAM: 5454209.1

| US Trustee for the<br>Southern District of New York<br>Tracy Hope Davis, Linda A. Riffkin and<br>Brian S. Masumoto<br>33 Whitehall St 21st Fl, Region 2<br>New York, NY 10004 | Wells Fargo Bank NA<br>Attn Corporate Trust Services -<br>GMACM Home Equity Notes 2004<br>Variable Funding Trust<br>PO Box 98<br>Columbia, MD 21046 | |

CPAM: 5454209.1