Louis A. Curcio
Scott Koerner
DENTONS US LLP
1221 Avenue of the Americas
New York, New York  10020
Tel:     (212) 768-6700
Fax:    (212) 768-6800
Email:  louis.curcio@dentons.com
           scott.koerner@dentons.com

*Attorneys for Bank of New York Mellon as Master Servicer of Certain Trusts and Pools which hold Residential Mortgages or Residential Real Properties*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| In re: | Case No. 12-12020 (MG) |
|---|---|
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK  )

George L. Medina, being duly sworn, hereby deposes and says:

1. I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of  Dentons US LLP.

*[remainder of page intentionally blank]*

2. On April 16, 2013, I served true and correct copies of the **NOTICE OF CURE CLAIM OF THE BANK OF NEW YORK MELLON CORPORATION IN ITS CAPACITY AS MASTER SERVICER** (Docket No. 3455), upon the parties listed on the Service List attached hereto in the manner indicated.

| | |
|---|---|
| Sworn to before me this<br>22nd day of April 2013 | */s/    George Luis Medina*<br>George Luis Medina |

  */s/ Neil R. Toro*
Notary Public

**Neil R. Toro**
**Notary Public, State of New York**
**No. 01TO6012986**
**Qualified in Kings County**
**Commission Expires October 21, 2014**

**By First Class Mail**

Bracewell & Guiliani
Attorneys for Debtors
1251 Avenue of the Americas, 49th Fl
New York, NY 10020
   Attn:    Evan Flaschen, Esq.
            Robert Burns, Esq.
            Andrew J. Schoulder, Esq

Freehill Hogan & Mahar LLP
Attorneys for Deutsche Schiffsbank AG
80 Pine Street, 24th Fl
New York, NY 10005
   Attn:    Justin T. Nastro, Esq.

Flaster Greenberg PC
Attorneys for DS-Rendite-Fonds Nr. 123
Sapphire GmbH & Co. Tankschiff K.G.
Four Penn Center, 2nd Fl
Philadelphia, PA 19103
   Attn:    William J. Burnett, Esq.

Lawrence I. Brown & Associates Ltd.
Attorneys for Ligabue Catering S.r.l.
223 Newtown Tpky
Wilton, CT 06897
   Attn:    Larry Brown, President

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
   Attn:    Howard Seife
            David M LeMay
            Robert J Gayda
            Marc B Roitman

Citibank NA
390 Greenwich St 6th Fl
New York, NY 10013
Attn: Bobbie Theivakumaran

Clifford Chance US LLP
31 West 52nd St
New York, NY 10019
   Attn:    Jennifer C. DeMarco
            Adam Lesman

Deutsche Bank Trust Company Americas
c/o Kelvin Vargas
25 De Forest Ave
Summit, NJ 07901

Fannie Mae
1835 Market St Ste 2300
Philadelphia, PA 19103
   Attn:    Peter McGonigle

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

Internal Revenue Service
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

Kelley Drye & Warren LLP
101 Park Ave
New York, NY 10178
   Attn:    James S. Carr
            Eric R Wilson

Kirkland & Ellis
601 Lexington Ave
New York, NY 10022
   Attn:    Richard M. Cieri

Kirkland & Ellis LLP
601 Lexington Ave
New York, NY 10022-4611
   Attn:    Ray C Schrock
            Stephen E Hessler

Kramer Levin Naftallis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
   Attn:    Kenneth H Eckstein
            Thomas Moers Mayer
            Douglas H Mannal
            Jeffrey Trachtman

Kurtzman Carson Consultants
2335 Alaska Ave
El Segundo, CA 90245
Attn:    P. Joe Morrow

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:    Gerard Uzzi

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn:    Tammy Hamzehpour

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn:    Larren M Nashelsky
         Gary S Lee
         Lorenzo Marinuzzi
         Kayvan B Sadeghi

Office of the NY State Attorney General
Albany, NY 12224-0341
Attn:    Nancy Lord
         Enid M. Stuart
         The Capitol

Office of the US Attorney for the Southern District of NY
One St Andrews Plaza
New York, NY 10007
Attn:    United States Attorney Preet Bharara

Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC 20549

Securities & Exchange Commission NY Regional Office
3 World Financial Center Ste 400
New York, NY 10281-1022
Attn:    George S. Canellos, Regional Director

Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn:    Jonathan H. Hofer
         Sarah M. Ward

Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn:    Ken Ziman
         Suzanne D T Lovett

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001
Attn: US Attorney General, Eric H. Holder, Jr.

United States Attorney's Office for the Southern District of New York civil Division
86 Chambers St 3rd Fl
New York, NY 10007
Attn:    Joseph Cordaro

US Trustee for the Southern District of NY
33 Whitehall St 21st Fl, Region 2
New York, NY 10004
Attn:    Tracy Hope Davis
         Linda A. Riffkin
         Brian S. Masumoto

Wells Fargo Bank NA
Notes 2004 Variable Funding Trust
PO Box 98
Columbia, MD 21046
Attn:    Corporate Trust Services -
         GMACM Home Equity

17793179\V-2

<u>By e-Mail</u>

| | |
|---|---|
| hseife@chadbourne.com | Ksadeghi@mofo.com |
| dlemay@chadbourne.com | Nancy.Lord@OAG.State.NY.US |
| rgayda@chadbourne.com | enid.stuart@OAG.State.NY.US |
| mroitman@chadbourne.com | joseph.cordaro@usdoj.gov |
| bobbie.theivakumaran@citi.com | secbankruptcy@sec.gov |
| jennifer.demarco@cliffordchance.com | secbankruptcy@sec.gov |
| adam.lesman@cliffordchance.com | newyork@sec.gov; |
| kelvin.vargas@db.com | bankruptcynoticeschr@sec.gov |
| peter_mcgonigle@fanniemae.com | jhofer@skadden.com |
| kdwbankruptcydepartment@kelleydrye.com | nikolay.kodes@skadden.com |
| richard.cieri@kirkland.com | sarah.ward@skadden.com |
| ray.schrock@kirkland.com | ken.ziman@skadden.com |
| richard.cieri@kirkland.com | suzanne.lovett@skadden.com |
| stephen.hessler@kirkland.com | AskDOJ@usdoj.gov |
| projectrodeo@kirkland.com | joseph.cordaro@usdoj.gov |
| William.b.Solomon@ally.com | |
| Timothy.Devine@ally.com | |
| john.bellaver@ally.com | |
| keckstein@kramerlevin.com | |
| tmayer@kramerlevin.com | |
| dmannal@kramerlevin.com | |
| jtrachtman@kramerlevin.com | |
| pbentley@kramerlevin.com | |
| dmannal@kramerlevin.com | |
| szide@kramerlevin.com | |
| rescapinfo@kccllc.com | |
| guzzi@milbank.com | |
| Tammy.Hamzehpour@gmacrescap.com | |
| Jill.horner@gmacrescap.com | |
| Colette.wahl@gmacrescap.com | |
| Deanna.horst@gmacrescap.com | |
| William.thompson@gmacrescap.com | |
| William.tyson@gmacrescap.com | |
| Eileen.oles@gmacrescap.com | |
| Lauren.delehey@gmacrescap.com | |
| Julie.busch@gmacrescap.com | |
| lnashelsky@mofo.com | |
| glee@mofo.com | |
| lmarinuzzi@mofo.com | |

17793179\V-2