

Ted Eric May, Esq.
MEMBER OF NEW YORK, NEW JERSEY, PENNSYLVANIA, FLORIDA AND D.C. BAR

April 22, 2013

Honorable Martin Glenn
U.S. Bankruptcy Court
Southern District of N.Y.
One Bowling Green
New York, NY 10004

RE: Residential Capital, LLC aka Residential Capital Corporation
Case#: 12-12020

Dear Honorable Glenn:

It is hereby requested that the Motion for Relief filed on behalf of our client, Selene Finance, LP, scheduled for May 14, 2013 be marked withdrawn.

Thank you.

Very Truly Yours,

/S/Ted Eric May, Esq.
By: Ted Eric May, Esq.

TEM:kl