UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
RESIDENTIAL CAPITAL, LLC, et al.,                                :   Case No. 12-12020 (MG)
                                                                 :
                                Debtors.                         :   Jointly Administered
                                                                 :
---------------------------------------------------------------- x   Ref. Docket No. 3473

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 18, 2013, I caused to be served the "Statement of Special Counsel to Official Committee of Unsecured Creditors Regarding Relief Sought by Stephanie Harris," dated April 18, 2013 [Docket No. 3473], by causing true and correct copies to be:

    i.   enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    ii.  delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kerry O'Neil
Kerry O'Neil

Sworn to before me this
22nd day of April, 2013

/s/ Notary
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\Rescap\Affidavits\Statement Special Consel Harris_DI_ 3473_AFF_4-18-13_KH.doc

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| CHADBOURNE & PARKE LLP | HOWARD SEIFE, ESQ. & DAVID M. LEMAY, ESQ. COUNSEL FOR THE EXAMINER 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CITIBANK NA | ATTN BOBBIE THEIVAKUMARAN 390 GREENWICH ST 6TH FL NEW YORK NY 10013 |
| CLIFFORD CHANCE US LLP | COUNSEL TO OCWEN LOAN SERVICING, LLC ATTN: JENNIFER C. DEMARCO AND ADAM LESMAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CURTIS, MALLET-PREVOST, COLT & MOSLE LLP | CONFLICTS COUNSEL FOR DEBTORS ATTN: STEVEN J. REISMAN, MICHAEL A. COHEN AND MARYANN GALLAGHER; THERESA A. FOUDY, ESQ. 101 PARK AVENUE NEW YORK NY 10178-0061 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | C/O KELVIN VARGAS 25 DE FOREST AVE SUMMIT NJ 07901 |
| FANNIE MAE | ATTN JOHN S FORLINES VP, CREDIT MANAGEMENT 3900 WISCONSIN AVE NW MAIL STOP 8H-504 WASHINGTON DC 20016 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 31 HOPKINS PLZ RM 1150 BALTIMORE MD 21201 |
| KELLEY DRYE & WARREN LLP | JAMES S CARR & ERIC R WILSON 101 PARK AVE NEW YORK NY 10178 |
| KIRKLAND & ELLIS | RICHARD M CIERI 601 LEXINGTON AVE NEW YORK NY 10022 |
| KIRKLAND & ELLIS LLP | ATTN RAY C SCHROCK, RAY C CIERI & STEPHEN E HESSLER 601 LEXINGTON AVE NEW YORK NY 10022-4611 |
| KRAMER LEVIN NAFTALLIS & FRANKEL LLP | KENNETH H ECKSTEIN, THOMAS MOERS MAYER & DOUGLAS H MANNAL & JEFFREY TRACHTMAN 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KURTZMAN CARSON CONSULTANTS | ALISON M. TEARNEN SCHEPPER 2335 ALASKA AVE EL SEGUNDO CA 90245 |
| MORRISON & FOERSTER LLP | LARREN M NASHELSKY, GARY S LEE, LORENZO MARINUZZI AND KAYVAN B. SADEGHI, ESQS. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| NATIONSTAR MORTGAGE LLC | ATTN: GENERAL COUNSEL 350 HIGHLAND DRIVE LEWISVILLE TX 75067 |
| OFFICE OF THE NY STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE US ATTORNEY FOR | THE SOUTHERN DISTRICT OF NY UNITED STATES ATTORNEY PREET BHARARA ONE ST ANDREWS PLAZA NEW YORK NY 10007 |
| RESIDENTIAL CAPITAL LLC | TAMMY HAMZEHPOUR 1100 VIRGINIA DR FT WASHINGTON PA 19034 |
| SECURITIES & EXCHANGE COMMISSION | NY REGIONAL OFFICE GEORGE S CANELLOS REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F ST NE WASHINGTON DC 20549 |
| SIDLEY AUSTIN LLP | LARRY J NYHAN & JESSICA CK BOELTER ONE DEARBORN CHICAGO IL 60603 |
| THE BANK OF NEW YORK MELLON | ASSET-BACKED SECURITIES GROUP 101 BARCLAY ST 4W NEW YORK NY 10286 |
| TIFFANY SMITH | C/O SCHROETER GOLDMARK & BENDER 500 CENTRAL BLDG., 810 THIRD AVE. SEATTLE WA 98104 |
| U.S. BANK NATIONAL ASSOCIATION | C/O SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: GEORGE RAYZIS 50 SOUTH 16 TH STREET SUITE 2000 PHILADELPHIA PA 19102 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: IRINA PALCHUK 60 LIVINGSTON AVENUE EP-MN-WS1D ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | MICHELLE MOELLER 60 LIVINGSTON AVE. ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | TANVER ASHRAF, CORPORATE TRUST SERVICES WEST SIDE FLATS, EP-MN-WS3D 60 LIVINGSTON AVE. ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: MAMTA K SCOTT 190 S. LASALLE STREET CHICAGO IL 60603 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: GLENN D. GILLETTE CIVIL DIVISION 1100 L STREET NW, ROOM 10018 WASHINGTON DC 20005 |
| U.S. DEPARTMENT OF JUSTICE | US ATTORNEY GENERAL, ERIC H. HOLDER, JR. 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| UNITED STATES ATTORNEY'S OFFICE | FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL DIVISION, ATTN JOSEPH CORDARO 86 CHAMBERS ST 3RD FL NEW YORK NY 10007 |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF NY | TRACY HOPE DAVIS, LINDA A. RIFFKIN AND BRIAN S. MASUMOTO 33 WHITEHALL ST 21ST FL, REGION 2 NEW YORK NY 10004 |
| WELLS FARGO BANK NA | ATTN CORP TRUST SERVICES - GMACM HOME EQUITY NOTES 2004 VARIABLE FUNDING TRUST PO BOX 98 COLUMBIA MD 21046 |

| Claim Name | Address Information |
|---|---|

**Total Creditor count  35**

**EXHIBIT B**

Residential Capital, LLC, et al.
General Service Email List

abehlmann@lowenstein.com
accesslegalservices@gmail.com
accesslegalservices@gmail.com
adam.harris@srz.com
adam.parkin@tdsecurities.com
adoshi@magnozzikye.com
aglenn@kasowitz.com
ajowers@kslaw.com
alicia.borys@barclays.com
almoskowitz@winston.com
alves@sewkis.com
andrea.hartley@akerman.com
arosen@jacobslawpc.com
ayala.hassell@hp.com
balaji.v@indecomm.net
bankruptcy@clm.com
bankruptcy@morrisoncohen.com
bankruptcy2@ironmountain.com
bateman@sewkis.com
bbressler@schnader.com
bdeutsch@schnader.com
bdk@schlamstone.com
bguiney@pbwt.com
bill.macurda@alston.com
binder@sewkis.com
bnkatty@aldine.k12.tx.us
brandon.johnson@pillsburylaw.com
brian.greer@dechert.com
catherine_lasher@fanniemae.com
cball@jonesday.com
ccarty@akingump.com
ceblack@jonesday.com
choward@lockelord.com
chris@myfaircredit.com
christensen@sewkis.com
christopher.stevens@tdsecurities.com
clometti@cohenmilstein.com
cmomjian@attorneygeneral.gov
courtney.lowman@ally.com
cschreiber@winston.com
cwood@rgrdlaw.com
danbrockett@quinnemanuel.com
das@sewkis.com
david.jason@usbank.com
david.powlen@btlaw.com
david.tillem@wilsonelser.com
davids@blbglaw.com
dcaley@wongfleming.com
deborah@ladyesq.net
deggert@freebornpeters.com
derek@talcottfranklin.com
dflanigan@polsinelli.com
dfliman@kasowitz.com
diane.sanders@lgbs.com
dloeser@kellerrohrback.com
dminoff@loeb.com
dmoffa@ktmc.com
dneier@winston.com
drehns@cohenmilstein.com
dskeens@wbsvlaw.com
dstichesq@gmail.com
dwdykhouse@pbwt.com
dwollmuth@wmd-law.com
ebcalvo@pbfcm.com
eboden@schnader.com
ecf@kaalaw.com
echou@coleschotz.com
eciolko@ktmc.com
eciolko@ktmc.com
frank@loanvaluegroup.com
fsosnick@shearman.com
gary.holtzer@weil.com
gbush@zuckerman.com
generalcounsel@fhfa.org
ggraber@hodgsonruss.com
gjarvis@gelaw.com
glenn.gillett@usdoj.gov
glenn.siegel@dechert.com
gregory.petrick@cwt.com
guzzi@whitecase.com

RESIDENTIAL CAPITAL, LLC, ET AL.
GENERAL SERVICE EMAIL LIST

| | |
|---|---|
| hadi.khatib@akerman.com | joe.salama@db.com |
| harrisj12@michigan.gov | joel@shafeldlaw.com |
| hector.gonzalez@dechert.com | john.kibler@allenovery.com |
| hector.gonzalez@dechert.com | john.stern@texasattorneygeneral.gov |
| heidifurlong@siegelbrill.com | jonathanu@blbglaw.com |
| hkryder@daypitney.com | josselson@sewkis.com |
| hooper@sewkis.com | jpaget@hunton.com |
| houston_bankruptcy@lgbs.com | jteitelbaum@tblawllp.com |
| howard.godnick@srz.com | jwcohen@daypitney.com |
| ilevee@lowenstein.com | jwilliams@wilmingtontrust.com |
| ilevee@lowenstein.com | jzajac@proskauer.com |
| info@emortgagelogic.com | kapil.chopra@aegisglobal.com |
| info@sgb-law.com | kathryn.thorpe@tdsecurities.com |
| ingrid.bagby@cwt.com | kay.brock@co.travis.tx.us |
| jai@blbglaw.com | keith.wofford@ropesgray.com |
| james.byrnes@usbank.com | kelly.j.rentz@wellsfargo.com |
| james.heaney@lawdeb.com | ken.coleman@allenovery.com |
| jberkowitz@gibbonslaw.com | kenton_hambrick@freddiemac.com |
| jbernstein@labaton.com | kgiannelli@gibbonslaw.com |
| jboyle@khmarino.com | kit.weitnauer@alston.com |
| jcoffey@brownrudnick.com | kmarino@khmarino.com |
| jcorneau@klestadt.com | kotwick@sewkis.com |
| jdmarshall@brownrudnick.com | kpatrick@gibbsbruns.com |
| jeff.brown@gmacfs.com | krehns@cohenmilstein.com |
| jennifer.provenzano@bnymellon.com | kristi.garcia@wellsfargo.com |
| jgarrity@morganlewis.com | ksheehan@flwlaw.com |
| jgelman@jacobslawpc.com | laura.moran@usbank.com |
| jglucksman@scarincihollenbeck.com | lberkoff@moritthock.com |
| jglucksman@scarincihollenbeck.com | lee.gordon@mvbalaw.com |
| jhaake@wbsvlaw.com | lemiller@jonesday.com |
| jhardy2@wilkie.com | lneish@zuckerman.com |
| jjonas@brownrudnick.com | lpulford@corelogic.com |
| jjtancredi@daypitney.com | mabrams@wilkie.com |
| jkatz@katz-law.com | mageshwaran.ramasamy@bnymellon.com |
| jlaitman@cohenmilstein.com | malbaiady@corelogic.com |
| jlawlor@wmd-law.com | mamta.scott@usbank.com |
| jleibowitz@kandfllp.com | maofiling@cgsh.com |
| jmiller@tcfbank.com | marguerite.gardiner@srz.com |
| jmoldovan@morrisoncohen.com | mark.ellenberg@cwt.com |
| jnagi@polsinelli.com | mark.flannagan@umb.com |

RESIDENTIAL CAPITAL, LLC, ET AL.
GENERAL SERVICE EMAIL LIST

| | |
|---|---|
| marty.bunin@alston.com | prforlenza@pbwt.com |
| matthewj@blbglaw.com | rajan@indecomm.net |
| mauricio.espana@dechert.com | rajohnson@akingump.com |
| mcarney@mckoolsmith.com | rbarkasy@schnader.com |
| mdyer@aclawllp.com | rbrown@robertbrownlaw.com |
| mdyer@aclawllp.com | rchoi1@wilkie.com |
| meisenkraft@cohenmilstein.com | rescapinfo@kccllc.com |
| metkin@lowenstein.com | richard@rsaxlaw.com |
| metkin@lowenstein.com | rlwynne@jonesday.com |
| mfriedman@meyner.com | rmaney@wilmingtontrust.com |
| michael.cutini@srz.com | roblin@williamslaw.com |
| michael.spataro@bnymellon.com | romero@mromerolawfirm.com |
| michelle.moeller@usbank.com | ronald.rowland@rms-iqor.com |
| mkbroyles@feinsuchcrane.com | root@blankrome.com |
| mknitter@co.monroe.pa.us | rosa.mendez@db.com |
| mkraut@morganlewis.com | ross.martin@ropesgray.com |
| mminuti@saul.com | rrich2@hunton.com |
| mrollin@rplaw.com | rschug@nka.com |
| mschaedle@blankrome.com | rzwerling@zsz.com |
| msd@dcglaw.com | sarah.stout@bnymellon.com |
| mseltzer@susmangodfrey.com | schindlerwilliamss@ballardspahr.com |
| mstein@kasowitz.com | scott.slifer@isgn.com |
| mvaughan@wbsvlaw.com | scottshelley@quinnemanuel.com |
| mwarner@coleschotz.com | sdnyecf@dor.mo.gov |
| myanney@assuredguaranty.com | seth.goldman@mto.com |
| namamoo@kasowitz.com | sfennessey@shearman.com |
| ncohen@zuckerman.com | sfitzgerald@wmd-law.com |
| nichlaus.m.ross@wellsfargo.com | sharon.squillario@wellsfargo.com |
| njacobs@jacobslawpc.com | sheehan@txschoollaw.com |
| nnastasi@saul.com | shumphries@gibbsbruns.com |
| patel@sewkis.com | sleopold@leopoldassociates.com |
| patrick.kerner@barclays.com | sravin@saul.com |
| paul_mullings@freddiemac.com | srutsky@proskauer.com |
| pdatta@hhstein.com | stevep@rgrdlaw.com |
| pdefilippo@wmd-law.com | stevep@rgrdlaw.com |
| pferdinands@kslaw.com | susan.balaschak@akerman.com |
| pfleming@morganlewis.com | susan.khokher@tdsecurities.com |
| pmahony@leopoldassociates.com | susheelkirpalani@quinnemanuel.com |
| pmoak@mckoolsmith.com | swissnergross@brownrudnick.com |
| ppascuzzi@ffwplaw.com | taconrad@sbwlawfirm.com |

Residential Capital, LLC, et al.
General Service Email List

tal@talcottfranklin.com
tanveer.ashraf@usbank.com
tarr@blankrome.com
tfawkes@freebornpeters.com
thadwilson@kslaw.com
theodore.w.tozer@hud.gov
thomas.walper@mto.com
tklestadt@klestadt.com
tlallier@foleymansfield.com
tterrell@feinsuch.com
tziegler@ktmc.com
victoria.safran@ag.ny.gov
vrubinstein@loeb.com
wcurchack@loeb.com
westchesterlegal@aol.com
will.hoch@crowedunlevy.com
william.hao@alston.com
xrausloanops5@barclays.com

RESIDENTIAL CAPITAL, LLC, ET AL.
SPECIAL SERVICE EMAIL LIST

askdoj@usdoj.gov
adam.lesman@cliffordchance.com
bankruptcynoticeschr@sec.gov
jtrachtman@kramerlevin.com
mroitman@chadbourne.com
pbentley@kramerlevin.com
rgayda@chadbourne.com
szide@kramerlevin.com
bmyrick@sidley.com
bobbie.theivakumaran@citi.com
brian.masumoto@usdoj.gov
diane.citron@ally.com
dlemay@chadbourne.com
dmannal@kramerlevin.com
enid.stuart@oag.state.ny.us
george.rayzis@usbank.com
glee@mofo.com
guzzi@milbank.com
hseife@chadbourne.com
irina.palchuk@usbank.com
jboelter@sidley.com
jennifer.demarco@cliffordchance.com
john.bellaver@ally.com
john_s_forlines@fanniemae.com
joseph.cordaro@usdoj.gov
kdwbankruptcydepartment@kelleydrye.com
keckstein@kramerlevin.com
kelvin.vargas@db.com
ksadeghi@mofo.com
linda.riffkin@usdoj.gov
lmarinuzzi@mofo.com
lnashelsky@mofo.com
lnyhan@sidley.com
macohen@curtis.com
marie.l.cerchero@irs.gov
mgallagher@curtis.com
nancy.lord@oag.state.ny.us
neal.mann@oag.state.ny.us
newyork@sec.gov
nikolay.kodes@skadden.com

peter_mcgonigle@fanniemae.com
projectrodeo@kirkland.com
ray.schrock@kirkland.com
richard.cieri@kirkland.com
secbankruptcy@sec.gov
sreisman@curtis.com
stephen.hessler@kirkland.com
tammy.hamzehpour@gmacrescap.com
tfoundy@curtis.com
timothy.devine@ally.com
tmayer@kramerlevin.com
tracy.davis2@usdoj.gov
william.b.solomon@ally.com

# EXHIBIT C

MORRISON & FOERSTER LLP
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
ATTN: NORMAN S. ROSENBAUM

STEPHANIE HARRIS
PO BOX 190504
MIAMI BEACH, FL 33119