BK: 1958 PG: 108

Exhibit B

201000000828
Filed for Record in
RICHLAND
SARAH H DAVIS, RECORDER
01-27-2010 At 10:55 am.
ASSIGNMORT         32.00
OR Book    1958 Page 108 - 109

201000000828
JOHN CLUNK COMPANY LPA
4500 COURTHOUSE BLVD
SUITE 400
STOW OH 44224

Recording Requested By: HSBC MORTGAGE SERVICES
When Recorded Return To: ASSIGNMENTS, HSBC MORTGAGE SERVICES 2929 WALDEN AVE, DEPEW, NY 14043

09-16419(e)

## CORPORATE ASSIGNMENT OF MORTGAGE

RECEIVED

Richland, Ohio
SELLER'S SERVICING #: [redacted] "PAYNE"

FEB 17 '10

MERS #: [redacted]   VRU #: 1-888-679-6377

Date of Assignment: January 22nd, 2010
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR M&I BANK FSB "ITS SUCCESSORS AND ASSIGNS" at 1595 SPRING HILL RD, STE 310, VIENNA, VA 22182
Assignee: HSBC MORTGAGE SERVICES INC at 2929 WALDEN AVE, DEPEW, NY 14043

Executed By: DAVID L PAYNE AND KAREN D PAYNE, ( HUSBAND AND WIFE ) To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC AS NOMINEE FOR M&I BANK FSB
Date of Mortgage: 07/26/2006 Recorded: 08/03/2006 in Book/Reel/Liber: OR 1671 Page/Folio: 219 -236 as Instrument No.: 200600013391 in Richland, Ohio

Property Address: 1333 WILGING DR, MANSFIELD, OH 44907

KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage together with the Note or other evidence of indebtedness (the "Note"), said Note having an original principal sum of $130,000.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage and Note, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage and Note.

IN WITNESS WHEREOF, the undersigned, by the officer duly authorized, has duly executed the foregoing instrument.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR M&I BANK FSB
"ITS SUCCESSORS AND ASSIGNS"
On January 22nd, 2010

By: [signature]
SHELENE STRAUSS, Vice- President

BK: 1958 PG: 109

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

STATE OF New York
COUNTY OF Erie

On January 22nd, 2010, before me, JOSEPHINE P ANDREWS, a Notary Public in and for Erie in the State of New York, personally appeared SHELENE STRAUSS, Vice- President, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

*[signature]*
JOSEPHINE P ANDREWS
Notary Expires: 07/29/2010 #01AN6078331



(This area for notarial seal)

Prepared By: Shelene Strauss, HSBC MORTGAGE SERVICES 2929 WALDEN AVE, DEPEW, NY 14043 716-651-6100

