IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In Re: | AFFIDAVIT |
|---|---|
| Residential Capital, LLC, et al. | Chapter 11 |
| Debtor(s) | Bankruptcy Case: 12-12020<br>Hearing Date: 05/30/2013 @ 10:00 AM<br>Judge Martin Glenn |

### AFFIDAVIT OF MARGARET J. CASCINO, ESQUIRE
### IN SUPPORT OF MOTION BY HSBC MORTGAGE SERVICES, INC., FOR RELIEF FROM THE AUTOMATIC STAY

Margaret J. Cascino, Esquire, being first duly sworn on oath, deposes and states as follows:

1. I am over the age of eighteen and am authorized to make this affidavit on behalf of *HSBC Mortgage Services, Inc.* ("Movant").

2. I am presently an attorney for Movant. If sworn as a witness, I can competently testify to the matters stated herein. The statements set forth in this Affidavit are true and correct to the best of my knowledge and belief.

3. In this position, I have access to court records pertaining to the matters subject of this matter. I have personal knowledge of the manner in which these business records are created. These records (which include data compilations, electronically imaged documents, and others) are: (a) made at or near the time of the occurrence of the matters set forth by, or from information provided by, persons with knowledge of the activity and transactions reflected in such records; and (b) kept as a regular practice and in the ordinary course of business. In connection with making this Affidavit, I reviewed and relied on those business records concerning the loan which is the subject of this proceeding ("Loan").

4. Movant is the holder of a mortgage with an amount due in the amount of $124,422.46 founded upon a note or loan agreement ("Note") for this Loan as more fully set forth in the Motion for Relief.

5. The Note is secured by a mortgage/deed of trust on real estate together with all improvements thereon, located at 1333 Wilging Drive, Mansfield, OH 44907.

6. Movant has retained counsel to pursue this motion and has incurred attorney's fees for which it seeks reimbursement.

BY:   */s/Margaret J. Cascino, Esquire*
      **AFFIANT**