**Office of the U.S. Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esquire
Attn: Brian Masumoto, Esquire
Attn: Linda Riffkin, Esquire
   Tracy.Davis2@usdoj.gov
   Brian.Masumoto@usdoj.gov
   Linda.Riffkin@usdoj.gov

**Office of the U.S. Attorney General**
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Attn: U.S. Attorney General, Eric H. Holder, Jr.
   AskDOJ@usdoj.com

**Office of New York Attorney General**
Office of the New York State Attorney General
The Capitol
Albany, NY 12224
Attn: Nancy Lord, Esquire
Attn: Neal Mann, Esquire
   Nancy.Lord@OAG.State.NY.US
   Neal.Mann@OAG.State.NY.US

**Office of the U.S. Attorney for SDNY**
Office of U.S. Attorney for SDNY
One St. Andrews Plaza
New York, NY 10007
Attn: Joseph N. Cordaro, Esquire

**Residential Capital, LLC**
1177 Avenue of the Americas
New York, NY 10036
Attn: Tammy Hamzehpour
   Tammy.Hamzehpour@gmacrescap.com

**Kramer, Levin, Naftalis & Frankel, LLP**
1177 Avenue of the Americas
New York, NY 10036
Attn: Ken Eckstein, Esquire
Attn: Doug, Mannal
   keckstein@kramerlevin.com
   dmannal@kramerlevin.com

**Citibank, N.A.**
390 Greenwich Street, 6th Floor
New York, NY 10036
Attn: Bobbie Theivakurnaran
   bobbie.theivakurnaran@citi.com

**Fannie Mae**
3900 Wisconsin Avenue NW
Mail Stop 8H-504
Washington, DC 20016
Attn: V.P., Credit Management, John S. Forlines
   john_s_forlines@fanniemae.com

**Kirkland & Ellis**
601 Lexington Avenue
New York, NY 10022
Attn: Ray C. Schrock, Esquire
Attn: Richard M. Cieri, Esquire
   richard.cieri@kirkland.com
   stephen.hessler@kirkland.com
   projectrodeo@kirkland.com
   william.b.solomon@ally.com
   timothy.devine@ally.com

**Deutsche Bank Trust Company Americas**
25 DeForest Avenue
Summit, NJ 07901
Attn: Kevin Vargas
   kevin.vargas@db.com

**The Bank of New York Mellon**
**Asset Backed Security Group**
101 Barclay Street 4W
New York, NY 10286

**U.S. Bank National Association**
50 South 16th Street, Suite 2000
Philadelphia, PA 19102
Attn: George Rayzis
   george.rayzis@usbank.com

**U.S. Bank National Association**
60 Livingston Avenue
EP-MN-WSID
St. Paul, MN 55107
Attn: Irina Palchuk
   irinia.palchuk@usbank.com

**Morrison & Foerster, LLP**
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren Nashelsly, Esquire
Attn: Gary S. Lee, Esquire
Attn: Lorenzo Marinuzzi, Esquire
LNashelskly@mofo.com
Glee@mofo.com
Lmarinuzzi@mofo.com

**Wells Fargo Bank, N.A.**
P.O. Box 98
Columbia, MD 21046
Attn: Corporate Trust Services, GMACM Home
Equity Notes 2004 Viable Funding Trust

**Skadden, Arps, Slate, Meagher & Flom, LLP**
Four Times Square
New York, NY 10036
Attn: Jonathan H. Hofer, Esquire
Attn: Ken Ziman, Esquire
jhofer@skadden.com
kziman@skadden.com

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101

**Kelley, Drye & Warren, LLP**
101 Park Avenue
New York, NY 10178
Attn: James S. Carr, Esquire
Attn: Eric R. Wilson, Esquire
kdwbankruptcydepartment@kelleydrye.com

**Nationstar Mortgage, LLC**
350 Highland Drive
Lewisville, TX 75067
Attn: General Counsel

**Sidley Austin, LLP**
One Dearborn
Chicago, IL 60603
Attn: Larry J. Nyhan, Esquire
Attn: Jessica CK Boelter, Esquire
lnyhan@sidley.com
jboelter@sidley.com
bmyrick@sidley.com

**U.S. Securites and Exchange Commission**
Securities and Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281
Attn: George S. Canellos, Regional Director
newyork@sec.gov