# EXHIBIT 4

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- )
                                                                 )
In re:                                                           )    Case No. 12-12020 (MG)
                                                                 )
RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,                         )    Chapter 11
                                                                 )
                                      Debtors.                   )    Jointly Administered
                                                                 )
---------------------------------------------------------------- )

**ORDER GRANTING LIMITED RELIEF**
**FROM THE AUTOMATIC STAY**

Upon the *Motion of David B. and Leslie K. Kinworthy for Relief from the Automatic Stay* [Docket No. 2660], dated January 18, 2013 (the "**Motion**") for entry of an order granting relief from the automatic stay; and the Court having jurisdiction to consider the Motion and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having reviewed the Motion and *Debtors' Response to Motion of David B. and Leslie K. Kinworthy for Relief from Automatic Stay*, dated April 23, 2013;[2] and the Court having determined that the relief granted herein is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor,

1. The automatic stay shall be modified solely to the extent set forth herein.

2. Movants may proceed with the trial against the Debtors in the Action, and the parties may pursue any appeal therefrom, solely for the purpose of determining the extent, if any, of the Debtors' liability to Movants in connection with the Action.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Response.

ny-1087355

3. Notwithstanding anything in this Order or the Motion to the contrary, absent further order of this Court, (i) Movants shall not enforce as against the Debtors, their assets, or their estates, any judgment obtained in the Action or take any other action against the Debtors with respect to the Action, and (ii) the automatic stay shall remain in full force and effect with respect to any equitable relief sought by Movants in the Action.

4. The Action shall be the sole proceeding in which to resolve any and all claims Movants may have arising in connection with the Action, and the proofs of claim filed by Movants in the Debtors' Chapter 11 cases arising from the facts and circumstances relating to the Action shall (x) be amended to reflect the amount of the final judgment, if any, obtained in the Action within ten (10) business days following the entry thereof, and (y) be deemed disallowed and expunged without further order of the Court to the extent the Debtors are found to have no liability to Movants by a final order or judgment entered in the Action.

5. The Debtors are hereby authorized to execute and deliver all instruments and documents, and take all other actions, as may be necessary or appropriate to implement and effectuate the relief granted in this Order.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated:   New York, New York
         _____, 2013

                                 THE HONORABLE MARTIN GLENN
                                 UNITED STATES BANKRUPTCY JUDGE