UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## NOTICE OF REJECTION OF EXECUTORY
## CONTRACTS AND UNEXPIRED LEASES

**PLEASE TAKE NOTICE** that, on January 3, 2013, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered an order (the "Procedures Order") authorizing the Debtors to implement expedited procedures for the rejection of one or more executory contracts and unexpired leases in the above-captioned chapter 11 cases (the "Chapter 11 Cases"). A copy of the Procedures Order is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, the Debtors hereby provide notice of the intent to reject the contracts and leases identified below.

**PLEASE TAKE FURTHER NOTICE** that, objections, if any, to this Notice must be filed with the Court and served so that it is actually received by the following parties not less than fourteen (14) days after the date this Notice is filed: (i) Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attn: Lorenzo Marinuzzi and Samantha Martin); (ii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Brian S. Masumoto, Esq.); (iii) counsel to the Creditors' Committee, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas New York, NY 10036, (Attn: Kenneth H. Eckstein and Douglas H. Mannal); and (iv) counsel to Ally Financial, Inc., Kirkland & Ellis, 601 Lexington Avenue, New York, NY 10022 (Attn: Ray C. Schrock, Stephen E. Hessler, and Craig A. Bruens) (the "Objection Notice Parties").

**PLEASE TAKE FURTHER NOTICE** that, if no written objection is filed and served in accordance with the terms of the Procedures Order, the following contracts and leases will be rejected pursuant to 11 U.S.C. § 365(a), effective as of the date set forth in the chart below, or, if no such date is set forth, the date this Notice is filed with the Court; provided, however, that the effective date of the rejection of a contract or lease shall not occur until the later of: (i) the date the Debtors file and serve this Notice; (ii) the date the Debtors surrender the premises under a lease for non-residential real property, if applicable, by notifying the affected landlord in writing of the Debtors' surrender of the premises and turning over the keys, key

ny-1087497

codes and security codes, if any, to the affected landlord, and (iii) the Collection Deadline,[1] if applicable, expires (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, if an objection to this Notice is timely filed and received, and not withdrawn or otherwise resolved, the Debtors shall schedule a hearing on such objection and provide at least seven (7) calendar days' notice of such hearing to the objecting party and the Objection Notice Parties. If the Court ultimately upholds the Debtors' determination to reject the applicable contract or lease, then the contract or lease shall be deemed rejected (i) as of the Rejection Date, or (ii) as otherwise determined by the Court as set forth in any order overruling such objection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, for any claim that you may assert against the Debtors as a result of the rejection of any contract or lease, you must submit a proof of claim for damages arising from such rejection, if any, to Kurtzman Carson Consultants,[2] the Court-approved claims processing agent, on or before the later of (i) the deadline for filing proofs of claim established by the Court in the Chapter 11 Cases or (ii) forty-five (45) days after the filing of this Notice. A proof of claim form will be available at www.kccllc.net. If you do not timely file such proof of claim, you shall be forever barred from asserting a claim for rejection damages arising from the rejection of the above-referenced lease or contract.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if the Debtor has deposited funds with a contract or lease counterparty as a security deposit or other arrangement, the counterparty may not set off or otherwise use such deposit without the prior authority of the Court or agreement between the counterparty and the Debtors.

| | |
|---|---|
| New York, New York | /s/ Gary S. Lee |
| Dated: April 23, 2013 | Gary S. Lee |
| | Lorenzo Marinuzzi |
| | Samantha Martin |
| | MORRISON & FOERSTER LLP |
| | 1290 Avenue of the Americas |
| | New York, New York 10104 |
| | Telephone: (212) 468-8000 |
| | Facsimile: (212) 468-7900 |
| | *Counsel to the Debtors* |
| | *and Debtors in Possession* |

---

[1] If the Debtors indicate herein their intention to abandon personal property that is (i) subject to a true lease, and (ii) located at a premises that is the subject of this Notice, the automatic stay shall be deemed modified to permit the respective personal property lessor to retrieve such abandoned property within seven (7) days of the date following the filing of this Notice (the "Collection Deadline").

[2] Claims should be sent to the following address:

> ResCap Claims Processing Center, c/o KCC
> 2335 Alaska Ave.
> El Segundo, CA 90245

ny-1087497

|   | **Debtor** | **Contract/Lease Counterparty (Name/Address)** | **Description of Contract/Lease** | **Effective Date of Rejection** |
|---|---|---|---|---|
| 1 | GMAC Mortgage, LLC | Highlands Residential Mortgage, Ltd. 12001 North Central Expressway, Suite 750 Dallas, TX 75243 | Servicing Agreement, dated as of March 1, 2012 | April 23, 2013 |
| 2 | GMAC Mortgage, LLC | NFM, Inc. 505 Progress Drive, Suite 100 Linthicum, MD 21090 | Servicing Agreement, dated as of September 1, 2010, and First Amendment to Servicing Agreement, dated as of June 2, 2011 | April 23, 2013 |
| 3 | GMAC Mortgage, LLC | Skyline Financial Corp. 27001 Agoura Road, Suite 350 Calabasas, CA 91301 | Servicing Agreement, dated as of March 1, 2012 | April 23, 2013 |
| 4 | GMAC Mortgage, LLC | HIGHTECHLENDING, Inc. 2030 Main Street, #350 Irvine, CA 92612 | Servicing Agreement, dated as of June 1, 2012 | April 23, 2013 |

ny-1087497