Hearing date: May 14, 2013 at 10:00 a.m. (Eastern Time)
Objection Deadline: May 7, 2013 at 4:00 p.m. (Eastern Time)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF HEARING ON MOTION OF U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, SEEKING LIMITED DISCOVERY FROM THE DEBTORS AND RELIEF FROM STAY IMPOSED BY THE FHFA ORDER

PLEASE TAKE NOTICE THAT a hearing will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, on May 14, 2013 at 10:00 a.m. (Eastern Time) in Room 501 of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10004, or as soon thereafter as counsel can be heard, to consider the *Motion of U.S. Bank National Association, As Indenture Trustee, Seeking Limited Discovery From the Debtors and Relief from Stay Imposed by the FHFA Order* (the "Motion").

PLEASE TAKE FURTHER NOTICE THAT objections, if any, to the Motion must be made in writing, stating in detail the reasons therefore, and filed with the Clerk of the Bankruptcy Court in accordance with the electronic filing procedures of this Court, electronically by registered users of the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties in interest, on a 3.5 inch disk, preferably in

1

Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (in either case with two paper copies delivered to Bankruptcy Judge Martin Glenn's Chambers), and served on counsel for U.S. Bank National Association, Nixon Peabody LLP, 437 Madison Avenue, New York, New York 10022 (Attention: Constance M. Boland, Esq.) and on the other required parties in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the *Order Under Bankruptcy Code Sections 102(1), 105(a) and 105(d), Bankruptcy Rules 1015(c), 2002(m) and 9007 and Administrative Procedures* [Docket No. 141] (the "Case Management Order") entered in these cases, so that any objections are actually received by such parties required to be served under the Case Management Order not later than 4:00 p.m. (Eastern Time) on May 7, 2013 (the "Objection Deadline"). Objections not timely served and filed in accordance with the governing rules and procedures or after the Objection Deadline may not be considered by the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE THAT the hearing to consider the Motion may be adjourned, without further written notice to any party.

Dated:     April 23, 2013
           New York, New York

By: /s/ Robert N. H. Christmas
    Robert N. H. Christmas
    437 Madison Avenue
    New York, New York 10022
    Telephone: (212) 940-3000

*Attorneys for U.S. Bank National Association, as Indenture Trustee.*

2

14431434.3