# Exhibit B

FILED: NEW YORK COUNTY CLERK 11/30/2012
NYSCEF DOC. NO. 192

INDEX NO. 600352/2009
RECEIVED NYSCEF: 12/04/2012

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------- x

U.S. BANK NATIONAL ASSOCIATION, as
Indenture Trustee for the Benefit of the Insurers
and Noteholders of GreenPoint Mortgage
Funding Trust 2006-HE1, Home Equity Loan
Asset-Backed Notes, Series 2006-HE1,

    Plaintiff and Counterclaim Defendant,

- against -

GREENPOINT MORTGAGE FUNDING, INC.,

    Defendant and Counterclaim Plaintiff.
---------------------------------------------------------------- x

Index No. 600352/09

Justice Marcy S. Friedman

**COMMISSION FOR THE STATE OF PENNSYLVANIA**

THE PEOPLE OF THE STATE OF NEW YORK

To:  ANY DULY AUTHORIZED PERSON WHO MAY OBTAIN OR ISSUE SUBPOENAS

**GREETINGS:**

    KNOW YE, that we, with full faith in your prudence and competency, have appointed you Commissioner, and by these presents do hereby authorize you to cause the Custodian of Records of GMAC Mortgage Corporation, 1100 Virginia Drive, Fort Washington, Pennsylvania 19034, to appear as a non-party witnesses in an action pending in our Supreme Court of the State of New York, New York County, between plaintiff U.S. Bank National Association, as Indenture Trustee, and defendant GreenPoint Mortgage Funding, Inc., on the part of the plaintiff, under oath, upon oral examination to be conducted under Article 31 of the Civil Law and Rules of New York State.

14210007.1

We, therefore, request of you that, in furtherance of justice, by proper and usual process of your Court, you cause the Custodian of Records of GMAC Mortgage Corporation to appear before you or some competent person by you for that purpose to be appointed and authorized by you at a precise time by you to be fixed, and there to answer, under oath, to the several questions and cross-questions put to him by the attorneys for the parties hereto, and to produce books, papers and other things in the possession, custody or control GMAC Mortgage Corporation requested in the attached Schedule A and that you will cause the deposition of the Custodian of Records of GMAC Mortgage Corporation to be committed to writing and return the same to us.

Pursuant to Section 3102(e) of the New York Civil Practice Law and Rules, "when under any mandate, writ or commission issued out of any court of record in any other state, territory, district or foreign jurisdiction, or whenever upon notice or agreement, it is required to take the testimony of a witness in the state, he may be compelled to appear and testify in the same manner and by the same process as may be employed for the purpose of taking testimony in actions pending in the state. The supreme court or a county court shall make any appropriate order in aid of taking such a deposition." In accordance with the foregoing statute, we stand ready to do the same for you, as we are asking you to do herein, in a similar case when required.

WITNESS, The Honorable Marcy S. Friedman, Justice of the Supreme Court of the State of New York, County of New York this 30th day of November 2012.

By the Court,

_____
J.S.C.

**MARCY S. FRIEDMAN, J.S.C.**

14210007.1

2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------- x
:
U.S. BANK NATIONAL ASSOCIATION, as           :
Indenture Trustee for the Benefit of the Insurers :
and Noteholders of GreenPoint Mortgage       :    Index No. 600352/09
Funding Trust 2006-HE1, Home Equity Loan     :
Asset-Backed Notes, Series 2006-HE1,         :    Justice Marcy S. Friedman
:
        Plaintiff and Counterclaim Defendant, :    [PROPOSED] ORDER
:                                             DIRECTING ISSUANCE OF
        - against -                           :    COMMISSION FOR THE STATE
:                                             OF PENNSYLVANIA
GREENPOINT MORTGAGE FUNDING, INC.,           :
:
        Defendant and Counterclaim Plaintiff. :
:
-------------------------------------------------------------- x

RECEIVED
NOV 21 2012
PART 50
NY SUPREME COURT - CIV

       The parties having stipulated to an Order, pursuant to Rule 3108 of the Civil Practice Law and Rules (the "CPLR"), directing the issuance of the commission attached as Exhibit 1 to this Order (the "Commission") to any duly authorized persons in the State of Pennsylvania to obtain or issue subpoenas *duces tecum* and *ad testificandum*, as designated by attorneys for plaintiff U.S. Bank National Association, as Indenture Trustee ("U.S. Bank"), to the Custodian of Records of GMAC Mortgage Corporation, 1100 Virginia Drive, Fort Washington, Pennsylvania 19034 ("GMAC Mortgage"), (i) requiring GMAC Mortgage to produce and permit discovery of the documents and things in its possession, custody or control that are identified on Schedule A to the form of the subpoena *duces tecum* and *ad testificandum* attached as Exhibit 2 to this Order (the "Subpoena"), and (ii) further requiring that the Custodian of Records of GMAC Mortgage to appear for and submit to a deposition on the documents and things requested in Schedule A of the Subpoena, including GMAC Mortgage Corporation's

14206750.1

maintenance and custody of such documents, at a time and place to be determined by the agreement of the parties and GMAC Mortgage, or as directed by this Court, it is hereby:

**ORDERED** that pursuant to CPLR 3108 the Commission (Exhibit 1 to this Order) issue out of this Court and be directed to any duly authorized persons in the State of Pennsylvania who may issue subpoenas *duces tecum* and *ad testificandum* or who may apply to the appropriate judicial authority for the issuance of subpoenas *duces tecum* and *ad testificandum* in the form of the Subpoena (Exhibit 2 to this Order), or as otherwise permitted or required by the local law of the aforesaid states and jurisdictions, to enable U.S. Bank to (i) obtain and/or inspect those documents in the possession, custody or control of GMAC Mortgage that are identified on Exhibit A to the Subpoena, which production or inspection may predate or coincide with the examination of GMAC Mortgage and (ii) take the deposition upon oral questions of the Custodian of Records of GMAC Mortgage on the documents and things requested in Schedule A of the Subpoena, including GMAC Mortgage Corporation's maintenance and custody of such documents; and it is

**ORDERED**, that all authorized persons appointed by the Commission do cause the documents and things produced by GMAC Mortgage to be sent to the attorneys for U.S. Bank, as Trustee; and it is further

**ORDERED**, that U.S. Bank, as Trustee, will promptly provide a copy of the documents and things produced by the Non-Party Witnesses to counsel for GreenPoint; and it is further

**ORDERED** that counsel for the respective parties herein are hereby authorized and allowed to attend the deposition and orally examine and cross-examine the witness, and that

2

14206750.1

the testimony subscribed by the witness, certified to be correct, together with any exhibits thereto, be provided to counsel for U.S. Bank, as Trustee; and it is further

**ORDERED**, that said Commission shall, by the Clerk of this Court, be delivered to counsel for U.S. Bank, as Trustee, who are permitted to transmit said Commission to the appropriate duly authorized persons in the State of Pennsylvania.

ENTER:

Hon. Marcy S. Friedman

**MARCY S. FRIEDMAN, J.S.C.**

Dated 11-30-12

3

14206750.1