# Exhibit C

# GMAC ResCap

Joe N. Nguyen
Legal Staff
1100 Virginia Drive
Mail Code 190-FTW-L95
Ft. Washington, PA 19034

January 18, 2013

Gregg Kanter
Gregg H. Kanter Law Office LLC
2222 Pine Street
Philadelphia, PA 19103

Re:   Subpoena in the matter of:  US Bank National Association v. Greenpoint Mortgage Funding, Inc.

Dear Counsel:

We are writing to inform you that Residential Capital, LLC and certain of its direct and indirect subsidiaries (the "Debtors"), including GMAC Mortgage, LLC, filed petitions for relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code") on May 14, 2012 (the "Petition Date") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (Case No.12-12020 (MG)).  As a result, effective as of the Petition Date, the protections of the automatic stay of section 362(a) the Bankruptcy Code arose as to the Debtors.

On October 12, 2012, the Bankruptcy Court entered a written opinion and order [Docket No. 1813] denying certain motions seeking to compel third party discovery from the Debtors (the "Order"). A copy of the Order is attached hereto. Pursuant to the Order, under section 105(a) of the Bankruptcy Code, the Bankruptcy Court extended the protection of the automatic stay to apply to anyone seeking discovery from the Debtors absent further order of the Bankruptcy Court. (See Order, p. 11.)

On January 16, 2013, you served a subpoena (the "Subpoena") on the statutory agent for GMAC Mortgage, LLC related to the above-referenced case (the "Case").  In accordance with the Order, the Debtors are under no duty to and will not be responding to the Subpoena.

Should you have any questions, you may contact the Debtors' attorneys in their Chapter 11 cases at Morrison & Foerster LLP (Attn: Norm Rosenbaum at NRosenbaum@mofo.com) or Jessica Piskorski at jessica.piskorski@gmacrescap.com. All rights and remedies are reserved by the Debtors with respect to this matter.

Sincerely,

*[signature]*

Joe N. Nguyen