# Exhibit D

## Boland, Constance

**From:** Boland, Constance
**Sent:** Monday, April 08, 2013 4:49 PM
**To:** jhaims@mofo.com
**Cc:** Sy, Emily
**Subject:** US Bank v. GreenPoint, Index No. 600352/2009: GMAC Info for informal search
**Attachments:** HELOC Sale Agreement.pdf; Mortgage Loan Sale Agreement.pdf; PPTLs.pdf; Side Letters.pdf; GMAC Executed Subpoena.pdf

Joel,

It was good to speak with you last week regarding GMAC's response to the subpoena U.S. Bank served on GMAC in the above referenced case. You asked us to provide information regarding relevant documents, custodians and time frames to assist your search for documents responsive to U.S. Bank's subpoena. Please find below and attached the requested information:

The transaction at issue in our case is known as GreenPoint 2006-HE-1 or GP 2006-HE1, involving primarily HELOC loans.

Time Frame: September 1, 2005 – October 1, 2006

Specifically, the loan trades were entered into as follows:

Purchase Price and Terms Letter ("PPTL") 9/12/05; settlement on or about 9/29/05
PPTL 3/7/06; settlement on or about 3/29/06
PPTL 3/25/06; settlement on or about 4/26/06
PPTL 4/19/06; settlement on or about 5/26/06
PPTL 7/11/06; settlement on or about 7/28/06 and 8/4/06

Relevant Documents: We have attached as samples the two Sale Agreements, two of the Side Letters with GMAC and two of the PPTLS. As noted above, there are additional PPTLs and Side Letters. However, as they are covered by our confidentiality agreement, we only attach these publicly-filed samples.

Relevant Custodians:

- Mike Wolper
- Kim Bornstein
- Janet Marrone
- Darsi Meyer
- Dan Schroer
- John Hromy
- Scott Permar
- Rita Bucolo
- Debbie Derr
- Franny Ladue
- John Cabibi

We have also attached a copy of the GMAC Subpoena, which was served on January 16, 2013 and has a copy of the Complaint in the *GreenPoint* action attached. Thank you for any assistance you can provide and I look forward to hearing from you.

Kind regards,

Connie Boland

## Constance M. Boland

1

**Partner**
NIXON PEABODY LLP
ATTORNEYS AT LAW
437 Madison Avenue
New York, NY 10022
P (212) 940-3122
C (917) 842-8895
F (866) 947-2210
cboland@nixonpeabody.com
www.nixonpeabody.com

The preceding e-mail message contains information that is confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you believe that you are not an intended recipient of this message, please notify the sender at (212) 940-3122. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.