# Exhibit E

# Boland, Constance

| | |
|---|---|
| **From:** | Boland, Constance |
| **Sent:** | Tuesday, April 16, 2013 7:17 PM |
| **To:** | jhaims@mofo.com |
| **Cc:** | Sy, Emily |
| **Subject:** | US Bank v. GreenPoint, Index No. 600352/2009: GMAC Subpoena |
| **Attachments:** | HELOC Sale Agreement.pdf; Mortgage Loan Sale Agreement.pdf; PPTLs.pdf; Side Letters.pdf; GMAC Executed Subpoena.pdf |

Joel,

I left you a voice message earlier today and am following up with this email to inquire whether you have conferred with your client's IT personnel to determine whether GMAC will search and try to locate emails, ESI and closing binders relating to: (i) the securitization for the Trust known as GreenPoint 2006-HE-1 and (ii) GreenPoint Mortgage Funding's sale of Loans to GMAC, pursuant to GMAC's conduit program, which loans were ultimately assigned to that Trust and securitized. The time frame and GMAC custodians are listed below.

If GMAC is able to assist us in any way in complying with the subpoena we served on Jan 16, I would welcome the opportunity to work this out with you. But, as I am sure you understand, we have deadlines and depositions in our case in NYS Supreme Court will begin soon, so we would appreciate it if you could let us know whether GMAC is going to produce documents. If not, US Bank, as Trustee, will seek relief from Judge Glenn. As you also know, due to Judge Glenn's requirement that motions be filed 21 days prior to the omnibus motion day, if US Bank is going to file motion papers, it needs to do so early next week. For this reason, I request that you let me know the status of our request by close of business on Thursday. If I don't hear from you by Friday of this week, US Bank will be compelled to file a motion. I look forward to hearing from you. Connie

---

**From:** Boland, Constance
**Sent:** Monday, April 08, 2013 4:49 PM
**To:** jhaims@mofo.com
**Cc:** Sy, Emily
**Subject:** US Bank v. GreenPoint, Index No. 600352/2009: GMAC Info for informal search

Joel,

It was good to speak with you last week regarding GMAC's response to the subpoena U.S. Bank served on GMAC in the above referenced case. You asked us to provide information regarding relevant documents, custodians and time frames to assist your search for documents responsive to U.S. Bank's subpoena. Please find below and attached the requested information:

The transaction at issue in our case is known as GreenPoint 2006-HE-1 or GP 2006-HE1, involving primarily HELOC loans.

Time Frame: September 1, 2005 – October 1, 2006

Specifically, the loan trades were entered into as follows:

Purchase Price and Terms Letter ("PPTL") 9/12/05; settlement on or about 9/29/05
PPTL 3/7/06; settlement on or about 3/29/06
PPTL 3/25/06; settlement on or about 4/26/06
PPTL 4/19/06; settlement on or about 5/26/06
PPTL 7/11/06; settlement on or about 7/28/06 and 8/4/06

Relevant Documents: We have attached as samples the two Sale Agreements, two of the Side Letters with GMAC and two of the PPTLS. As noted above, there are additional PPTLs and Side Letters. However, as they are covered by our confidentiality agreement, we only attach these publicly-filed samples.

1

Relevant Custodians:

- Mike Wolper
- Kim Bornstein
- Janet Marrone
- Darsi Meyer
- Dan Schroer
- John Hromy
- Scott Permar
- Rita Bucolo
- Debbie Derr
- Franny Ladue
- John Cabibi

We have also attached a copy of the GMAC Subpoena, which was served on January16, 2013 and has a copy of the Complaint in the *GreenPoint* action attached. Thank you for any assistance you can provide and I look forward to hearing from you.

Kind regards,

Connie Boland


**Constance M. Boland**
Partner
NIXON PEABODY
ATTORNEYS AT LAW
437 Madison Avenue
New York, NY 10022
p (212) 940-3122
c (917) 842-8895
f (866) 947-2210
cboland@nixonpeabody.com
www.nixonpeabody.com

The preceding e-mail message contains information that is confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you believe that you are not an intended recipient of this message, please notify the sender at (212) 940-3122. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.

2