# Exhibit F

## Boland, Constance

| | |
|---|---|
| From: | Boland, Constance |
| Sent: | Friday, April 19, 2013 6:41 PM |
| To: | jhaims@mofo.com |
| Cc: | Sy, Emily |
| Subject: | GMAC Subpoena |

Joel,

I write to confirm that, due to GMAC's failure to respond to our inquiries regarding its compliance with the subpoena US Bank, as Trustee, served on GMAC on January 16, the Trustee is now forced to seek an order from the Bankruptcy Court allowing the Trustee to enforce its subpoena against GMAC. Unfortunately, we have deadlines, we can no longer wait for a response and, in any event, after waiting for weeks with no response from you, it is apparent that no response will be forthcoming from GMAC. It is regrettable that we could not work out a resolution to the Trustee's subpoena and regrettable that GMAC did not see fit even to respond to our questions or our proposals. We will see you in court. Connie Boland


**Constance M. Boland**
Partner
NIXON PEABODY LLP
ATTORNEYS AT LAW
437 Madison Avenue
New York, NY 10022
P (212) 940-3122
C (917) 842-8895
F (866) 947-2210
cboland@nixonpeabody.com
www.nixonpeabody.com

The preceding e-mail message contains information that is confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you believe that you are not an intended recipient of this message, please notify the sender at (212) 940-3122. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.