MARGARET J. CASCINO, ESQUIRE
KENNETH O. BRITT, ESQUIRE
STACEY A. WEISBLATT, ESQUIRE
STERN & EISENBERG, PC
485 A US HIGHWAY ROUTE 1 SOUTH, SUITE 110
ISELIN, NEW JERSEY 08830
TELEPHONE: (732) 582-6344
FACSIMILE: (732) 726-8719
(COUNSEL FOR CREDITOR)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>    Residential Capital, LLC, et al.<br><br>Debtor(s) | Chapter 11<br><br>Bankruptcy Case:  12-12020<br><br>Assigned to Bankruptcy Judge:<br>Judge Martin Glenn |

**NOTICE OF PRESENTMENT OF REQUEST/MOTION TO
VACATE THE AUTOMATIC STAY (& OTHER RELIEF)
AND HEARING DATE**

TO ALL INTERESTED PARTIES:

     Please take notice that the undersigned Counsel on behalf of HSBC Mortgage Services, Inc., a secured creditor, by the undersigned counsel, will present an order for signature before the Honorable Martin Glenn in Courtroom 501, United States Bankruptcy Court, One Bowling Green, New York, NY 10004.  The proposed order will seek to vacate the Automatic Stay under 11 USC §362 (d) (and §1301) (or such other relief as the Court may deem proper under the applicable sections of the Bankruptcy Code) in order for Movant (and any successor-in-interest) to proceed with its rights under non-bankruptcy law with regard to the Property: **7833 Howard Street, Whitmore Lake, MI 48189.**

If you have good reason to object to the granting of the proposed order, you must do so in writing and at least 7 business days before the order is to be signed (meaning before the hearing date), you must serve the undersigned and all other entities to whom this motion has been noticed, as indicated below, with a copy of your objections stating the legal grounds and the facts which establish the reasons for your objections. The objections shall identify the motion to which they are addressed by name of moving party, date of the hearing, relief sought by the motion, and by title, caption, and index number of the case in which the motion is made. Within the same time you must also file with the clerk of the Court the original of your objections together with proof by affidavit, admission, or otherwise that copies have been properly served. If no proper objections are timely filed and served and if the judge is satisfied from the application that the moving party is entitled to the relief sought, the order may be signed without a hearing. If proper objections are timely filed and served, a hearing will be held before the Court in Courtroom 501, United States Bankruptcy Court, One Bowling Green, New York, NY 10004 on *Thursday, May 30, 2013 at 10:00 AM*.

MFR CH 13

If no objections are filed, the Court may sign the order without further proceedings, or may direct that the hearing be held notwithstanding the absence of objections.

            STERN & EISENBERG, PC

BY: */s/Margaret J. Casino, Esquire*
   ☒ MARGARET J. CASINO, ESQUIRE
   ☐ STACEY A. WEISBLATT, ESQUIRE
   Stern & Eisenberg, PC
   Woodbridge Corporate Plaza
   485 A Route 1 South, Suite 110
   Iselin, NJ 08830
   mcasino@sterneisenberg.com
   Attorney for Movant

DATE: 04/24/2013

MFR CH 13

*Service List:*

See attached service list per 5/23/2012 Case Management Procedures

*Eugene Goss*
*Mary Beth Goss*
7833 Howard Street
Whitmore Lake, Michigan 48189
(Borrowers)

All other parties on ECF

MFR CH 13