IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>Residential Capital, LLC, et al.<br><br>Debtor(s) | APPLICATION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>Chapter 11<br><br>Bankruptcy Case: 12-12020<br>Hearing Date: 05/30/2013 @ 10:00 AM<br>Judge Martin Glenn |

*Application of HSBC Mortgage Services, Inc., (hereinafter also referred to as "HSBC") For Relief from the Automatic Stay under 11 U.S.C. UNDER §362(d) (and 11 USC §1301) With Respect to Property: 7833 Howard Street, Whitmore Lake, MI 48189. (the "Property")*

HSBC Mortgage Services, Inc., through its Counsel, Stern & Eisenberg PC, respectfully requests the Court grant its Application/Motion for Relief with regard to the Property and in support thereof respectfully represents as follows:

1. Movant is HSBC Mortgage Services, Inc., with a place of business located at 636 Grand Regency Blvd., Brandon, FL 33510.

2. Borrower(s) are Eugene Goss and Mary Beth Goss (hereinafter "Borrower(s)"), adult individuals whose last-known address is 7833 Howard Street, Whitmore Lake, MI 48189.

3. On 12/11/2006, Borrower(s) signed a note and mortgage in the principal sum of $262,000.00, evidencing a loan from MERS, Inc., as Nominee for Capitol One Home Loans, LLC in the same amount, secured by the Property, as evidenced by a mortgage duly recorded at the Recorder of Deeds for Livingston County on 02/23/2007 as Document# 2007R006903. A copy of the note and mortgage is collectively attached as Exhibit "A" and is hereby incorporated by reference.

4. The mortgage was ultimately assigned to HSBC Mortgage Services, Inc., as evidenced by an assignment of mortgage duly recorded at the Recorder of Deeds for Livingston County on 02/15/2012 as Document # 2012R004549. A copy of the recorded assignment is attached as Exhibit "B" and is hereby incorporated by reference.

5. Debtor, Residential Capital, LLC (et. al.), through an assignment of mortgage, is the current holder of a lien dated 12/11/2006 and filed on 02/23/2007 as Document# 2007R006904 in the amount of $65,000.00 representing a junior lien in the property. A copy of the recorded mortgage and recorded assignment of mortgage are collectively attached as Exhibit "C" and are hereby incorporated by reference.

MFR CH 13

6. HSBC Mortgage Services, In., instituted foreclosure proceedings with counsel, Trott & Trott, providing representation in Michigan.

7. Thereafter, as a result of the Debtor's bankruptcy, HSBC Mortgage Services Inc.'s proceeding was stayed since Debtor holds a junior lien interest in the Property.

8. Debtor filed the instant Chapter 11 Bankruptcy on Monday, May 14, 2012 and as a result, any State Court proceedings were stayed.

9. It is believed and therefore averred that Debtor(s) filed the instant bankruptcy to address concerns other than the enforcement of HSBC Mortgage Services Inc.'s senior lien in the Property, notwithstanding, the automatic stay applies.

10. HSBC Mortgage Services Inc., holds a mortgage in the original principal amount of $262,000.00 for which there is a current balance of $251,281.00 with arrears due in excess of $60,256.12.

11. In addition, HSBC Mortgage Services Inc., has incurred counsel fees and costs in association with Debtor(s)' default and this motion for $826.00 plus any additional fees incurred.

12. Debtor has not, to this date, taken any position with the foreclosure on the Property.

13. A copy of the proposed Order seeking relief is attached as Exhibit "D" and hereby incorporated by reference.

14. No such prior application has been made.

15. Movant requests that the stay of Bankruptcy Rule 4001 (a)(3) and the requirements of Rule 3002.1 be waived.

WHEREFORE, Movant, HSBC Mortgage Services Inc., respectfully requests this Court to grant the appropriate relief under 11 U.S.C. §362 (and 11 USC §1301) from the automatic stay as set forth in the proposed order together with such other relief as deemed just and appropriate.

            STERN & EISENBERG, PC

       BY: */s/Margaret J. Casino, Esquire*
          ☒ MARGARET J. CASINO, ESQUIRE
          ☐ STACEY A. WEISBLATT, ESQUIRE
          Stern & Eisenberg, PC
          Woodbridge Corporate Plaza
          485 A Route 1 South, Suite 110
          Iselin, NJ 08830
          mcasino@sterneisenberg.com
          Attorney for Movant