Exhibit "B"

```
                                    8 0 7 6 9 9 5
                                    Tx:6034496
                                    2012R-004549
                                    RECORDED ON
                                    02/15/2012 09:41:03 AM
                                    SALLY REYNOLDS
                                    REGISTER OF DEEDS
                                    LIVINGSTON COUNTY, MI 48843
                                    RECORDING: 10.00
                                    REMON: 4.00
                                    PAGES: 1
```

## CORPORATE ASSIGNMENT OF MORTGAGE

Livingston, Michigan
SELLER'S SERVICING #:16171134 "GOSS"

MERS #: [redacted] SIS #: [redacted]
Date of Assignment: February 13th, 2012
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR CAPITAL ONE HOME LOANS, LLC, ITS SUCCESSORS AND ASSIGNS at 1595 SPRING HILL ROAD, STE 310, VIENNA, VA 22182
Assignee: HSBC MORTGAGE SERVICES INC at 636 GRAND REGENCY BLVD, BRANDON, FL 33510

Executed By: EUGENE GOSS AND MARY BETH GOSS, HUSBAND AND WIFE To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC AS NOMINEE FOR CAPITAL ONE HOME LOANS, LLC "ITS SUCCESSORS AND ASSIGNS"
Date of Mortgage: 12/11/2006 Recorded: 02/23/2007 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 2007R-006903 In the County of Livingston, State of Michigan.

Property Address: 7833 HOWARD STREET, WHITMORE LAKE, MI 48189

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $262,000.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR CAPITAL ONE HOME LOANS, LLC, ITS SUCCESSORS AND ASSIGNS
On February 13th, 2012

By: _Paula Johnson_
PAULA JOHNSON, Assistant Secretary

STATE OF Florida
COUNTY OF Hillsborough

On February 13th, 2012, before me, TREVIN MYERS, a Notary Public in and for Hillsborough in the State of Florida, personally appeared PAULA JOHNSON, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_[signature]_
TREVIN MYERS
Notary Expires: 05/30/2015 #EE098231

(Notary seal: TREVIN MYERS, NOTARY PUBLIC, STATE OF FLORIDA, My Comm. Expires May 30, 2015, No. EE098231)

(This area for notarial seal)

Prepared By:
Michelle Lytle, HSBC MORTGAGE SERVICES 636 GRAND REGENCY BLVD, BRANDON, FL 33510
813-571-8400
When Recorded Return To: ASSIGNMENTS, HSBC MORTGAGE SERVICES 636 GRAND REGENCY BLVD, BRANDON, FL 33510

PO BOX 1422
33509