IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re:

    Residential Capital, LLC, et al.

        Debtor(s)

ORDER FOR RELIEF

Chapter 11

Bankruptcy Case: 12-12020

Assigned to Bankruptcy Judge:
Judge Martin Glenn

## ORDER

    AND NOW, HSBC Mortgage Services, Inc., ("HSBC") having moved before this Court for Relief from the Automatic Stay (and other relief) to proceed with and enforce its rights under non-bankruptcy state and federal law as more fully set forth in the motion/application with regard to the Property more fully set forth below, and there being no opposition or objection (or after hearing held and consideration of all evidence, arguments and briefs of Counsel), and it appearing;

    That movant has provided proof of service upon all necessary parties,

    That after due deliberation it appears that cause exists for granting the requested relief;

    It is hereby ORDERED AND DECREED that Movant, HSBC Mortgage Services, Inc., (and any assignee/successor-in-interest), is granted relief from the stay of 11 U.S.C. §362 (and §1301) to proceed with its mortgage foreclosure action (and all other rights under state and federal law) concerning the Property (the "Property"): **7833 Howard Street, Whitmore Lake, MI 48189.**

    To the extent the Property is sold at judicial sale such that the lien of HSBC Mortgage Services, Inc., is paid in full and there are excess proceeds payable to Debtor, the holder of a junior lien interest, then HSBC Mortgage Services, Inc., shall advise counsel for Debtor of same in order for Debtor (and/or any successor-in-interest) to exercise its rights in any such excess proceeds.

    It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived. The fees and costs set forth in the motion may be added to the mortgage debt as may be allowed under the laws of the State in which the Property is located.

                                                                                BY THE COURT:

                                                                                _____

                                                                                MARTIN GLENN
                                                                                UNITED STATES BANKRUPTCY JUDGE

DATE:

MFR CH 13