IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>    Residential Capital, LLC, et al.<br><br>              Debtor(s) | Chapter 11<br><br>Bankruptcy Case:  12-12020 |

## AFFIDAVIT OF SERVICE/MAILING

    I, **Margaret J. Cascino, Esquire**, hereby certify that a true and correct copy of the within Motion for Relief From Automatic Stay Under 11 USC §362 (and 11 USC §1301) of HSBC Mortgage Services, Inc.,, together with Order, Notice and this Affidavit, was sent to the Debtor(s), Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below via ECF (where applicable) and First Class Mail.

*Parties listed on attached document*

                                                STERN & EISENBERG, PC

                      BY:    */s/Margaret J. Casino, Esquire*
                                          ☒ MARGARET J. CASINO, ESQUIRE
                                          ☐ STACEY A. WEISBLATT, ESQUIRE
                                          Stern & Eisenberg, PC
                                          Woodbridge Corporate Plaza
                                          485 A Route 1 South, Suite 110
                                          Iselin, NJ 08830
                                          mcasino@sterneisenberg.com
                                          Attorney for Movant

Date: 04/24/2013