**PLATZER, SWERGOLD, KARLIN, LEVINE,**
   **GOLDBERG & JASLOW, LLP**
1065 Avenue of the Americas, 18th Floor
New York, New York 10018
(212) 593-3000
Sherri D. Lydell
Teresa Sadutto-Carley

   -   and –

**PITE DUNCAN, LLP**
Steven W. Pite (CA SBN 157537)
swpite@piteduncan.com
John D. Duncan (CA SBN 179560)
jdduncan@piteduncan.com
David E. McAllister (CA SBN 185831)
dmcallister@piteduncan.com
Christopher M. McDermott
cmcdermott@piteduncan.com (CA SBN 253411)
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| Residential Capital, LLC, *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF OBJECTION TO NOTICE OF (I) DEBTORS' INTENT TO
ASSUME AND ASSIGN CERTAIN EXECUTORYCONTRACTS, UNEXPIRED LEASES
OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL
REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO AND FIRST
SUPPLEMENTAL NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN
CERTAIN EXECUTORYCONTRACTS, UNEXPIRED LEASES OF PERSONAL
PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY
AND (II) CURE <u>AMOUNTS RELATED THERETO</u> (Docket No. 1631)**

**TO:   THE HONORABLE MARTIN GLENN,**
   <u>**UNITED STATES BANKRUPTCY JUDGE:**</u>

   **PLEASE TAKE NOTICE** that Pite Duncan, LLP ("<u>Pite Duncan</u>") hereby withdraws its

Objection (the "<u>Cure Objection</u>") to Residential Capital, LLC, *et al.* (collectively, the "<u>Debtors</u>")

Notice and Supplemental Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related thereto for the following reasons:

1.     Commencing in 1999, the Debtors entered into various agreements with Pite Duncan for default legal services related to mortgage loans serviced by the Debtors.

2.     On May 14, 2012 (the "Petition Date"), Debtors filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code. The Debtors' bankruptcy cases are jointly administered under bankruptcy case no. 12-12020 (MG).

3.     On July 26, 2012, Debtors filed Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related thereto (the "Cure Notice") alleging the Debtors owed Pite Duncan certain amounts.

4.     On September 14, 2012, Debtors filed the First Supplemental Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related thereto (the "Supplemental Cure Notice") amending certain amounts identified in the Cure Notice.

5.     On September 28, 2012, Pite Duncan filed the Cure Objection disputing those amounts identified in the Cure Notice and Supplemental Cure Notice.

6.     On April 22, 2013, Pite Duncan and the Debtors entered into an agreement resolving the Cure Notice.

**FOR THE REASONS STATED**, Pite Duncan's Cure Objection is hereby **WITHDRAWN**.

Dated: New York, New York
     April 23, 2013                  Respectfully submitted,

                                  **PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP**

                                  */s/ Sherri D. Lydell*
                                  Sherri D. Lydell, Esq.
                                  Teresa Sadutto-Carley, Esq.
                                  1065 Avenue of the Americas, 18th Fl.
                                  New York, New York 10018
                                  (212) 593-3000

                                        - and -

                                  **PITE DUNCAN, LLP**
                                  Steven W. Pite (CA SBN 157537)
                                  swpite@piteduncan.com
                                  John D. Duncan (CA SBN 179560)
                                  jdduncan@piteduncan.com
                                  David E. McAllister (CA SBN 185831)
                                  dmcallister@piteduncan.com
                                  Christopher M. McDermott
                                  cmcdermott@piteduncan.com (CA SBN 253411)
                                  4375 Jutland Drive, Suite 200
                                  P.O. Box 17935
                                  San Diego, CA 92177-0935
                                  Telephone: (858) 750-7600
                                  Facsimile:  (619) 590-1385