**PLATZER, SWERGOLD, KARLIN, LEVINE,
GOLDBERG & JASLOW, LLP**
1065 Avenue of the Americas, 18th Floor
New York, New York 10018
(212) 593-3000
Sherri D. Lydell
Teresa Sadutto-Carley

- and –

**PITE DUNCAN, LLP**
Steven W. Pite (CA SBN 157537)
swpite@piteduncan.com
John D. Duncan (CA SBN 179560)
jdduncan@piteduncan.com
David E. McAllister (CA SBN 185831)
dmcallister@piteduncan.com
Christopher M. McDermott
cmcdermott@piteduncan.com (CA SBN 253411)
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| Residential Capital, LLC, *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

## WITHDRAWAL OF PROOFS OF CLAIM

**PLEASE TAKE NOTICE** that Pite Duncan, LLP ("Pite Duncan") hereby withdraws its Proofs of Claim filed against Residential Capital, LLC, *et al.'s* (collectively, the "Debtors") bankruptcy estate for the following reasons:

1.      Commencing in 1999, the Debtors entered into various agreements with Pite Duncan for default legal services related to mortgage loans serviced by the Debtors.

2.      On May 14, 2012 (the "Petition Date"), Debtors filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code. The Debtors' bankruptcy cases are jointly

administered under bankruptcy case no. 12-12020 (MG).

3.      On November 15, 2012, Pite Duncan filed three (3) Proofs of Claim against certain of the Debtors [Claim Numbers 4833, 4836, 4948] (the "Filed Claims").

4.      On April 22, 2013, Pite Duncan and the Debtors entered into an agreement wherein the Debtors agreed to immediately pay Pite Duncan certain amounts to satisfy the Filed Claims. The Debtors have recently paid Pite Duncan those amounts.

**FOR THE REASONS STATED**, Pite Duncan's Filed Claims are hereby **WITHDRAWN**.

Dated: New York, New York
      April 23, 2013                          Respectfully submitted,

**PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP**

*/s/ Sherri D. Lydell*
Sherri D. Lydell, Esq.
Teresa Sadutto-Carley, Esq.
1065 Avenue of the Americas, 18th Fl.
New York, New York 10018
(212) 593-3000

- and -

**PITE DUNCAN, LLP**
Steven W. Pite (CA SBN 157537)
swpite@piteduncan.com
John D. Duncan (CA SBN 179560)
jdduncan@piteduncan.com
David E. McAllister (CA SBN 185831)
dmcallister@piteduncan.com
Christopher M. McDermott
cmcdermott@piteduncan.com (CA SBN 253411)
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935
Telephone: (858) 750-7600
Facsimile: (619) 590-1385