UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                          :        Chapter 11
                                                :        CaseNo. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et al.                :
                                                         (Jointly Administered)
                              Debtors.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        )ss.:
COUNTY OF NEW YORK      )

Wendi Leon, being duly sworn, deposes and says:

1.    I am not a party to the action, am over 18 years of age and reside in Queens County, New York.

2.    On April 24, 2013 I served a copy of a 1) **WITHDRAWAL OF OBJECTION TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO AND FIRST SUPPLEMENTAL NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED**; and 2) **WITHDRAWAL OF PROOFS OF CLAIM** both in properly addressed envelopes, via U.S. Mail, and deposited same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York upon the parties set forth below:

| Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, New York  10104<br>Attn:   Larren M. Nashelsky, Esq.<br>           Gary S. Lee, Esq. | Sidley Austin LLP<br>One South Dearborn<br>Chicago, Illinois  60603<br>Attn:  Jessica C.K. Boelter, Esq. | Kramer Levin Naftalis 7 Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York  10036<br>Attn:   Kenneth H. Eckstein, Esq.<br>           Douglas H. Mannal, Esq. |
|---|---|---|
| Office of the United States Trustee<br>33 Whitehall Street, 21sat Floor<br>New York, New York  10004<br>Attn:  Brian Masumoto, Esq. | Munger,Tolles & Olson LLP<br>355 South Grand Avenue<br>Los Angeles, California  90071<br>Attn:     Seth Goldman, Esq.<br>              Thomas Walper, Esq. | ResCap Claims Processing Center<br>c/o Kurtzman Carson Consultants LLC<br>2335 Alaska Avenue<br>El Segundo, California  90245 |

                                                        /s/ Wendi Leon
                                                        Wendi Leon

Sworn to before me this
24th day of April, 2013

/s/ Sherri D. Lydell
Sherri D. Lydell
Notary Public, State of New York
No. 4962981
Qualified in New York County
My Commission Expires 2/26/14

g:\wpdocs\working\clients\pite duncan llp\aos.docx