Dear BK Court NY.

4-1-13

My name is

Anaissa Gerwald

We put a claim in the Bankruptcy of GMAC since I have not receive any comunication. On 12 Bluegrass Ln, Savannah GA 31405 Prop. & 3786 Viewcrest Dr Salem Or 97302 PRO[P]
I would like a detail on this matter
I'm not sure if the case is 12-12020. so please help

I need the Court to know I need time on this.

I'm unable to call or anything due to a very bad hardship that I hope it will be done soon, I pray.

Please let me know send me the information to

A. Gerwald
501-Capital Circle
#73152-065
Tallahasse, FL 32301

& Also a copy to    J. Gerwald
                    12 Bluegrass Ln
                    Savannah, GA 31405