**Stern & Eisenberg, PC**
Woodbridge Corporate Plaza
485 A Route 1 South, Suite 110
Iselin, NJ 08830
(732) 582-6344
www.sterneisenberg.com

August 24, 2013

Clerk of the Court
Southern District of New York

      Re:    HSBC Mortgage Services, Inc., v. Residential Capital, LLC
      Case Number:  12-12020 (SDNY)
      Subject: **Creditor's Notice Withdrawing Motion for Reliefs**

To Whom It May Concern:

    Please Take Notice that HSBC Mortgage Services, Inc. hereby withdraws the Motions for Relief that were filed on April 23 and April 24, 2013 as Dockets #3504 and #3515 without prejudice.

                          STERN & EISENBERG, PC

BY:   */s/Margaret J. Casino, Esquire*
       ☒ MARGARET J. CASINO, ESQUIRE
       ☐ STACEY A. WEISBLATT, ESQUIRE
       Stern & Eisenberg, PC
       Woodbridge Corporate Plaza
       485 A Route 1 South, Suite 110
       Iselin, NJ 08830
       mcasino@sterneisenberg.com
       Attorney for Movant

4/24/2013

MARGARET J. CASCINO, ESQUIRE
KENNETH O. BRITT, ESQUIRE
STACEY A. WEISBLATT, ESQUIRE
STERN & EISENBERG, PC
485 A US HIGHWAY ROUTE 1 SOUTH, SUITE 110
ISELIN, NEW JERSEY 08830
TELEPHONE: (732) 582-6344
FACSIMILE: (732) 726-8719
(COUNSEL FOR CREDITOR)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>Residential Capital, LLC, et al.<br><br>Debtor(s) | Chapter 11<br><br>Bankruptcy Case: 12-12020<br><br>Assigned to Bankruptcy Judge:<br>Judge Martin Glenn<br><br>Related Docket # 3504 & #3515 |

## AFFIDAVIT OF SERVICE/MAILING

I, **Margaret J. Cascino, Esquire**, hereby certify that a true and correct copy of the within Letter Withdrawing Motion for Relief From Automatic Stay Under 11 USC §362 (and 11 USC §1301) of HSBC Mortgage Services, Inc.,, together with this Affidavit, was sent to the Debtor(s), Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below via ECF (where applicable) and First Class Mail.

*Parties listed on attached document*

STERN & EISENBERG, PC

BY:   */s/Margaret J. Casino, Esquire*
☒ MARGARET J. CASINO, ESQUIRE
☐ STACEY A. WEISBLATT, ESQUIRE
Stern & Eisenberg, PC
Woodbridge Corporate Plaza
485 A Route 1 South, Suite 110
Iselin, NJ 08830
mcasino@sterneisenberg.com
Attorney for Movant

Date: 04/24/2013