**Office of the U.S. Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esquire
Attn: Brian Masumoto, Esquire
Attn: Linda Riffkin, Esquire
Tracy.Davis2@usdoj.gov
Brian.Masumoto@usdoj.gov
Linda.Riffkin@usdoj.gov

**Office of the U.S. Attorney General**
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Attn: U.S. Attorney General, Eric H. Holder, Jr.
AskDOJ@usdoj.com

**Office of New York Attorney General**
Office of the New York State Attorney General
The Capitol
Albany, NY 12224
Attn: Nancy Lord, Esquire
Attn: Neal Mann, Esquire
Nancy.Lord@OAG.State.NY.US
Neal.Mann@OAG.State.NY.US

**Office of the U.S. Attorney for SDNY**
Office of U.S. Attorney for SDNY
One St. Andrews Plaza
New York, NY 10007
Attn: Joseph N. Cordaro, Esquire

**Residential Capital, LLC**
1177 Avenue of the Americas
New York, NY 10036
Attn: Tammy Hamzehpour
Tammy.Hamzehpour@gmacrescap.com

**Kramer, Levin, Naftalis & Frankel, LLP**
1177 Avenue of the Americas
New York, NY 10036
Attn: Ken Eckstein, Esquire
Attn: Doug, Mannal
keckstein@kramerlevin.com
dmannal@kramerlevin.com

**Citibank, N.A.**
390 Greenwich Street, 6th Floor
New York, NY 10036
Attn: Bobbie Theivakurnaran
bobbie.theivakurnaran@citi.com

**Fannie Mae**
3900 Wisconsin Avenue NW
Mail Stop 8H-504
Washington, DC 20016
Attn: V.P., Credit Management, John S. Forlines
john_s_forlines@fanniemae.com

**Kirkland & Ellis**
601 Lexington Avenue
New York, NY 10022
Attn: Ray C. Schrock, Esquire
Attn: Richard M. Cieri, Esquire
richard.cieri@kirkland.com
stephen.hessler@kirkland.com
projectrodeo@kirkland.com
william.b.solomon@ally.com
timothy.devine@ally.com

**Deutsche Bank Trust Company Americas**
25 DeForest Avenue
Summit, NJ 07901
Attn: Kevin Vargas
kevin.vargas@db.com

**The Bank of New York Mellon**
**Asset Backed Security Group**
101 Barclay Street 4W
New York, NY 10286

**U.S. Bank National Association**
50 South 16th Street, Suite 2000
Philadelphia, PA 19102
Attn: George Rayzis
george.rayzis@usbank.com

**U.S. Bank National Association**
60 Livingston Avenue
EP-MN-WSID
St. Paul, MN 55107
Attn: Irina Palchuk
irinia.palchuk@usbank.com

| | |
|---|---|
| **Morrison & Foerster, LLP**<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Attn: Larren Nashelsly, Esquire<br>Attn: Gary S. Lee, Esquire<br>Attn: Lorenzo Marinuzzi, Esquire<br>LNashelskly@mofo.com<br>Glee@mofo.com<br>Lmarinuzzi@mofo.com | **Kelley, Drye & Warren, LLP**<br>101 Park Avenue<br>New York, NY 10178<br>Attn: James S. Carr, Esquire<br>Attn: Eric R. Wilson, Esquire<br>kdwbankruptcydepartment@kelleydrye.com |
| **Wells Fargo Bank, N.A.**<br>P.O. Box 98<br>Columbia, MD 21046<br>Attn: Corporate Trust Services, GMACM Home Equity Notes 2004 Viable Funding Trust | **Nationstar Mortgage, LLC**<br>350 Highland Drive<br>Lewisville, TX 75067<br>Attn: General Counsel |
| **Skadden, Arps, Slate, Meagher & Flom, LLP**<br>Four Times Square<br>New York, NY 10036<br>Attn: Jonathan H. Hofer, Esquire<br>Attn: Ken Ziman, Esquire<br>jhofer@skadden.com<br>kziman@skadden.com | **Sidley Austin, LLP**<br>One Dearborn<br>Chicago, IL 60603<br>Attn: Larry J. Nyhan, Esquire<br>Attn: Jessica CK Boelter, Esquire<br>lnyhan@sidley.com<br>jboelter@sidley.com<br>bmyrick@sidley.com |
| **Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19101 | **U.S. Securites and Exchange Commission**<br>Securities and Exchange Commission<br>New York Regional Office<br>3 World Financial Center, Suite 400<br>New York, NY 10281<br>Attn: George S. Canellos, Regional Director<br>newyork@sec.gov |