Hearing Date and Time:  May 14, 2013 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Gary S. Lee
James A. Newton

*Counsel for the Debtors and
Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                                                  :
                                                                            :    Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, *et al.*,            :
                                                                            :    Chapter 11
                                                                            :
                    Debtors                                         :    Jointly Administered
---------------------------------------------------------x

NOTICE OF ADJOURNMENT OF HEARING ON OBJECTION OF DB
STRUCTURED PRODUCTS, INC. AND MORTGAGEIT HOLDINGS, INC.
TO DEBTORS' PROPOSED CURE AMOUNT AND TO ASSUMPTION
AND ASSIGNMENT OF RELATED AGREEMENTS TO MAY 14, 2013 AT 10:00 A.M.

**PLEASE TAKE NOTICE** that the *Objection of DB Structured Products, Inc. and MortgageIt Holdings, Inc. to Debtors' Proposed Cure Amount and to Assumption and Assignment of Related Agreements* [Docket No. 1623] (the "Objection"), previously scheduled to be heard on April 30, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned by mutual agreement of the parties to **May 14, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the

ny-1087748

Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

| | |
|---|---|
| Dated: April 25, 2013<br>New York, New York | Respectfully submitted,<br><br>/s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Gary S. Lee<br>James A. Newton<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for the Debtors and Debtors in Possession* |