MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------
|  |
| In re: |
|  |
| RESIDENTIAL CAPITAL, LLC, et al., |
|  |
| Debtors. |
-------------------------------------------------------

Case No. 12-12020 (MG)

Chapter 11

Jointly Administered

**PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON APRIL 30, 2013 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY
10004-1408

**I.      WITHDRAWN ADVERSARY PROCEEDING MATTERS**

**Farr v. GMAC Mortgage, LLC, *et al*. (Adv. Proc. No. 12-01899)**

**1.**      Pre-Trial Conference in Adversary Proceeding

        **Related Documents**:

        **a.**      Complaint [Docket No. 1]

        **b.**      Summons and Notice of Pre-Trial Conference [Docket No. 2]

        **c.**      Stipulation and Order between Michael A. Farr and GMAC Mortgage,
                LLC [Docket No. 3]

        **d.**      Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to
                Bankruptcy Rule 7012(b) and FRCP 12(b)(5) and (6) Or, in the

Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 4]

e.     Notice of Adjournment of Hearing to February 28, 2013 at 2:00 p.m. [Docket No. 6]

f.     Notice of Adjournment of Hearing to March 21, 2013 at 10:00 a.m. [Docket No. 8]

g.     Notice of Adjournment of Hearing to April 30, 2013 at 10:00 a.m. [Docket No. 10]

h.     Notice of Withdrawal of Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(5) and (6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 13]

i.     Notice of Dismissal of Plaintiff's Complaint of Adversary Proceeding Pursuant to Bankruptcy Rule 7041 and FRCP 41 Without Prejudice and With Full Reservation of Rights [Not Yet Docketed]

**Status**:     This adversary proceeding has been withdrawn.  No hearing is required.

2.     Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(5) and (6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 4]

**Related Documents**:

a.     Notice of Adjournment of Hearing to February 28, 2013 at 2:00 p.m. [Docket No. 6]

b.     Notice of Adjournment of Hearing to March 21, 2013 at 10:00 a.m. [Docket No. 8]

c.     Notice of Adjournment of Hearing to April 30, 2013 at 10:00 a.m. [Docket No. 10]

d.     Notice of Withdrawal of Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(5) and (6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 13]

**Responses**:     None.

**Status**:     This matter has been withdrawn.  No hearing is required.

II.    **SETTLED MATTERS**

1.    Motion of PNC Bank for Relief from the Stay to Pursue Foreclosure [Docket No. 3276]

    **Related Documents**:    None.

    **Responses**:    None.

    **Status**:    A stipulation has been submitted to Chambers.  No hearing is required.

III.    **ADJOURNED MATTERS**

1.    Motion of Jacques and Deirdre Raphael for Relief from Stay [Docket No. 2156]

    **Related Documents**:

    **a.**    Notice of Adjournment of Hearing on Motion of Jacques and Deirdre Raphael for Relief from Stay to December 27, 2012 at 10:00 a.m. [Docket No. 2197]

    **b.**    Amended Notice of Adjournment of Hearing on Motion of Jacques and Deirdre Raphael for Relief from Stay to December 20, 2012 at 10:00 a.m. [Docket No. 2237]

    **c.**    Notice of Adjournment of Hearing on Motion of Jacques and Deirdre Raphael for Relief from Stay to January 29, 2013 at 10:00 a.m. [Docket No. 2358]

    **d.**    Notice of Adjournment of Hearing on Motion of Jacques and Deirdre Raphael for Relief from Stay to February 28, 2013 at 2:00 p.m. [Docket No. 2654]

    **e.**    Notice of Adjournment of Hearing on Motion of Jacques and Deirdre Raphael for Relief from Stay to April 11, 2013 at 10:00 a.m. [Docket No. 3024]

    **f.**    Notice of Adjournment of Hearing on Motion of Jacques and Deirdre Raphael for Relief from Stay to April 30, 2013 at 10:00 a.m. [Docket No. 3356]

    **Responses**:    None.

    **Status**:    A notice of adjournment with a new hearing date will be filed next week.

2.    Motion of Jacques and Deirdre Raphael for Relief from Stay [Docket No. 2463] (requesting the same relief as Docket No. 2156)

**Related Documents**:

a.      Notice of Adjournment of Hearing on Motion of Jacques and Deirdre Raphael for Relief from Stay to December 27, 2012 at 10:00 a.m. [Docket No. 2197]

b.      Amended Notice of Adjournment of Hearing on Motion of Jacques and Deirdre Raphael for Relief from Stay to December 20, 2012 at 10:00 a.m. [Docket No. 2237]

c.      Notice of Adjournment of Hearing on Motion of Jacques and Deirdre Raphael for Relief from Stay to January 29, 2013 at 10:00 a.m. [Docket No. 2358]

d.      Notice of Adjournment of Hearing on Motion of Jacques and Deirdre Raphael for Relief from Stay to February 28, 2013 at 2:00 p.m. [Docket No. 2722]

e.      Notice of Adjournment of Hearing on Motion of Jacques and Deirdre Raphael for Relief from Stay to April 11, 2013 at 10:00 a.m. [Docket No. 2948]

f.      Notice of Adjournment of Hearing on Motion of Jacques and Deirdre Raphael for Relief from Stay to April 30, 2013 at 10:00 a.m. [Docket No. 3356]

**Responses**:        None.

**Status**:    A notice of adjournment with a new hearing date will be filed next week.

3.      Motion by Ally Financial Inc. and Ally Bank for an Order Enforcing the Automatic Stay Pursuant to 11 U.S.C. § 362(a)(3) by (1) Enjoining Prosecution of Alter Ego and Veil Piercing Claims in the Class Action Entitled *Landon Rothstein, et al. v. GMAC Mortgage, LLC, et al*., and (2) Declaration Such Claims *Ab Initio* [Docket No. 2511]

**Related Documents**:

a.      Declaration of Richard G. Haddad in Support of Motion by Ally Financial Inc. and Ally Bank for an Order Enforcing the Automatic Stay Pursuant to 11 U.S.C. § 362(a)(3) by (1) Enjoining Prosecution of Alter Ego and Veil Piercing Claims in the Class Action Entitled *Landon Rothstein, et al. v. GMAC Mortgage, LLC, et al*., and (2) Declaration Such Claims *Ab Initio* [Docket No. 2512]

b.      Notice of Adjournment of Hearing and Extension of Objection Deadline with Respect to Motion by Ally Financial Inc. and Ally Bank for an Order Enforcing the Automatic Stay Pursuant to 11 U.S.C. § 362(a)(3) by (1) Enjoining Prosecution of Alter Ego and Veil Piercing Claims in the Class

Action Entitled *Landon Rothstein, et al. v. GMAC Mortgage, LLC, et al.*, and (2) Declaration Such Claims *Ab Initio* [Docket No. 2891]

c.     Notice of Adjournment of Hearing and Extension of Reply Deadline with Respect to Motion by Ally Financial Inc. and Ally Bank for an Order Enforcing the Automatic Stay Pursuant to 11 U.S.C. § 362(a)(3) by (1) Enjoining Prosecution of Alter Ego and Veil Piercing Claims in the Class Action Entitled *Landon* Rothstein, *et al. v. GMAC Mortgage, LLC, et al.*, and (2) Declaration Such Claims *Ab Initio* [Docket No. 3472]

**Responses**:

a.     Debtors' Joinder to Motion by Ally Financial Inc. and Ally Bank for an Order Enforcing the Automatic Stay Pursuant to 11 U.S.C. § 362(a)(3) by (1) Enjoining Prosecution of Alter Ego and Veil Piercing Claims in the Class Action Entitled *Landon Rothstein, et al. v. GMAC Mortgage, LLC, et al.*, and (2) Declaration Such Claims *Ab Initio* [Docket No. 2793]

b.     Limited Objection of Wilmington Trust, National Association to Motion by Ally Financial Inc. and Ally Bank for an Order Enforcing the Automatic Stay Pursuant to 11 U.S.C. § 362(a)(3) by (1) Enjoining Prosecution of Alter Ego and Veil Piercing Claims in the Class Action Entitled *Landon Rothstein, et al. v. GMAC Mortgage, LLC, et al.*, and (2) Declaration Such Claims *Ab Initio* [Docket No. 2809]

c.     Debtors' Amended Joinder to Motion by Ally Financial Inc. and Ally Bank for an Order Enforcing the Automatic Stay Pursuant to 11 U.S.C. § 362(a)(3) by (1) Enjoining Prosecution of Alter Ego and Veil Piercing Claims in the Class Action Entitled *Landon Rothstein, et al. v. GMAC Mortgage, LLC, et al.*, and (2) Declaration Such Claims *Ab Initio* [Docket No. 2834]

d.     Objection of Plaintiffs in *Rothstein, et al. v. GMAC Mortgage, LLC, et al.*, No. 12-cv-3412-AJN (S.D.N.Y.) to the Motion of Ally Financial, Inc. and Ally Bank for an Order Enforcing the Automatic Stay Pursuant to 11 U.S.C. § 362(a)(3) by (1) Enjoining Prosecution of Alter Ego and Veil-Piercing Claims in *Rothstein*, and (2) Declaring Such Claims Void *Ab Initio*; and Cross-Motion for an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to the Extent Any Claims Asserted by Plaintiffs are Subject to the Automatic Stay [Docket No. 3343]

e.     Response of the Official Committee of Unsecured Creditors to the Motion by Ally Financial Inc. and Ally Bank for an Order Enforcing the Automatic Stay Pursuant to 11 U.S.C. § 362(a)(3) by (1) Enjoining Prosecution of Alter Ego and Veil Piercing Claims in the Class Action Entitled *Landon Rothstein, et al. v. GMAC Mortgage, LLC, et al.*, and (2) Declaration Such Claims *Ab Initio* [Docket No. 3345]

**Status**:    The hearing on this matter has been adjourned to June 12, 2013.

4.    Motion of Albina Tikhonov for Contempt of Bankruptcy [Docket No. 2627]

**Related Documents**:

    **a.**    Notice of Hearing on Motion of Albina Tikhonov for Contempt of Bankruptcy [Docket No. 2784]

    **b.**    Notice of Adjournment of Hearing on Motion of Albina Tikhonov for Contempt of Bankruptcy to April 11, 2013 at 10:00 a.m. [Docket No. 3166]

    **c.**    Notice of Adjournment of Hearing on Motion of Albina Tikhonov for Contempt of Bankruptcy to April 30, 2013 at 10:00 a.m. [Docket No. 3355]

    **d.**    Notice of Adjournment of Hearing on Motion of Albina Tikhonov for Contempt of Bankruptcy to May 14, 2013 at 10:00 a.m. [Docket No. 3509]

**Responses**:    None.

**Status**:    The hearing on this matter has been adjourned to May 14, 2013.

5.    Motion of Gary Corts to Vacate the Stay [Docket No. 3184]

**Related Documents**:

    **a.**    Notice of Amended Hearing Date on Motion by Gary Corts to Vacate Stay [Docket No. 3247]

    **b.**    Notice of Adjournment of Hearing of Motion of Gary Corts to Vacate the Stay to May 14, 2013 at 10:00 a.m. [Docket No. 3533]

**Responses**:    None.

**Status**:    The hearing on this matter has been adjourned to May 14, 2013.

6.    Motion of Marc and Myschelle Combs for Relief or Modification of the Automatic Stay [Docket No. 3314]

**Related Documents**:

    **a.**    Notice of Adjournment of Hearing on Motion of Marc and Myschelle Combs for Relief or Modification of the Automatic Stay to May 14, 2013 at 10:00 a.m. [Docket No. 3502]

**Responses**:    None.

**Status**:    The hearing on this matter has been adjourned to May 14, 2013.

7.       Motion of John and Maria Garcia for Relief from Stay [Docket No. 3341]

**Related Documents**:       None.

**Responses**:       None.

**Status**:    The hearing on this matter has been adjourned to a date to be determined.

8.       Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 3412]

**Related Documents**:

a.       Notice of Presentment of the Application of Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 107(b) and Rule 9018 of the Federal Rules of Bankruptcy Procedure to File the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates Under Seal [Docket No. 3411]

b.       Notice of Adjournment of Hearing and Extension of Objection Deadline on Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 3489]

**Responses**:       None.

**Status**:    The hearing on this matter has been adjourned to May 7, 2013.

IV.       **ADJOURNED ADVERSARY PROCEEDING MATTERS**

**Wilson v. Residential Capital, LLC, *et al*. (Adv. Proc. No. 12-01936)**

1.       Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 4]

**Related Documents**:

a.       Amended Notice of Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 5]

b.       Notice of Adjournment of Hearing on Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP

12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 11]

**c.**    Notice of Adjournment of Hearing on Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 13]

**d.**    Amended Notice of Adjournment of Hearing on Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 19]

**e.**    Notice of Applicability of the Order Approving Mandatory Supplemental AP Procedures for AP Actions [Docket No. 13]

**Responses**:

**a.**    Plaintiff's Opposition to Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 14]

**b.**    Memorandum of Points and Authorities in Support of Plaintiff's Opposition to Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 15]

**c.**    Plaintiff's Objection to Declaration of Jennifer Scoliard, In-House Senior Bankruptcy Counsel at Residential Capital, LLC, in Support of Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 16]

**d.**    Memorandum of Points and Authorities in Support of Plaintiff's Objection to Declaration of Jennifer Scoliard, In-House Senior Bankruptcy Counsel at Residential Capital, LLC, in Support of Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 17]

**Status**:    The hearing on this matter has been adjourned to a date to be determined.

## Nora v. Residential Capital, LLC (Adv. Proc. No. 13-01208)

**1.**    Pre-Trial Status Conference

**Related Documents**:

a.      Complaint for Violations of the Racketeer Influenced and Corrupt
        Organizations Act and Violations [18 U.S.C. § 1964], the Fair Debt
        Collection Practices Act [15 U.S.C. § 1692e] and Complaint to Determine
        These Claims Nondischargeable for Fraud and Theft [11 U.S.C. §
        523(a)(2) and Malicious Injury [11 U.S.C. § 523(a)(6)] for Turnover of
        Plaintiff's Home and the Personal Property Seized from the Premises
        Which are Not Assets of the Estate Having Been Taken By Forged
        Documents and Ex Parte Process Pursuant to 11 U.S.C. § 548 and for
        Declaratory Relief [Docket No. 1]

b.      Summons and Notice of Pre-Trial Conference [Docket No. 2]

c.      Amended Complaint for Violations of the Racketeer Influenced and
        Corrupt Organizations Act and Violations [18 U.S.C. § 1964], the Fair
        Debt Collection Practices Act [15 U.S.C. § 1692e] and Complaint to
        Determine These Claims Nondischargeable for Fraud and Theft [11 U.S.C.
        § 523(a)(2) and Malicious Injury [11 U.S.C. § 523(a)(6)] for Turnover of
        Plaintiff's Home and the Personal Property Seized from the Premises
        Which are Not Assets of the Estate Having Been Taken By Forged
        Documents and Ex Parte Process Pursuant to 11 U.S.C. § 548 and for
        Declaratory Relief [Docket No. 3]

d.      Amended Summons and Notice of Pre-Trial Conference [Docket No. 4]

e.      Notice of Applicability of the Order Approving Mandatory Supplemental
        AP Procedures for AP Actions [Docket No. 5]

**Status**:    The pre-trial conference on this matter has been adjourned to a date to be
        determined.

## Williams v. GMAC Mortgage LLC (Adv. Proc. No. 13-01309)

1.      Pre-Trial Conference in Adversary Proceeding

**Related Documents**:

a.      Complaint [Docket No. 1]

b.      Summons with Notice of Pre-Trial Conference [Docket No. 2]

c.      Notice of Applicability of the Order Approving Mandatory Supplemental
        AP Procedures for AP Actions [Docket No. 3]

**Status**:    The pre-trial conference on this matter has been adjourned to a date to be
        determined.

V.      **STATUS CONFERENCES**

1.      Debtors' Motion for Entry of an Order to Permit the Debtors to Continue Using Cash
        Collateral [Docket No. 3374]

        **Related Documents**:

        a.      Declaration of Marc D. Puntus in Support of Debtors' Motion for Entry of
                an Order to Permit the Debtors to Continue Using Cash Collateral [Docket
                No. 3375]

        b.      Declaration of Jill Horner in Support of Debtors' Motion for Entry of an
                Order to Permit the Debtors to Continue Using Cash Collateral [Docket
                No. 3394]

        c.      Notice of Filing of Exhibit 2 to Debtors' Motion for Entry of an Order to
                Permit the Debtors to Continue Using Cash Collateral [Docket No. 3437]

        **Responses**:

        a.      Statement of Citibank, N.A. with Respect to the Debtors' Motion for Entry
                of an Order to Permit the Debtors to Continue to Use Cash Collateral
                [Docket No. 3483]

        b.      Limited Objection of UMB Bank, N.A., as Successor Indenture Trustee, to
                Debtors' Motion for Entry of an Order to Permit the Debtors to Continue
                Using Cash Collateral [Docket No. 3498]

        **Status**:   A status conference on this matter is going forward.  The Debtors have
                extended the objection deadline for Ally Financial, Inc., the Junior Secured
                Noteholders, and the Creditors' Committee to May 6, 2013 at 11:59 p.m.,
                and the hearing has been adjourned to May 14, 2013.

VI.     **UNCONTESTED MATTERS**

1.      Application of the Examiner for Order Authorizing the Retention and Employment of
        Leonard, Street and Deinard Professional Association as Special Minnesota Counsel to
        the Examiner *Nunc Pro Tunc* to April 15, 2013 [Docket No. 3478]

        **Related Documents**:

        a.      Motion for an Order Permitting Consideration of the Examiner's
                Application for the Retention and Employment of Leonard, Street and
                Deinard Professional Association as Special Minnesota Counsel to the
                Examiner at the April 30 Omnibus Hearing [Docket No. 3479]

        b.      Order Granting Motion for an Order Permitting Consideration of the
                Examiner's Application for the Retention and Employment of Leonard,

        Street and Deinard Professional Association as Special Minnesota Counsel
to the Examiner at the April 30 Omnibus Hearing [Docket No. 3482]

**c.**      Supplemental Declaration of Robert T. Kugler in Support of Application of
the Examiner for Order Authorizing the Retention and Employment of
Leonard, Street and Deinard Professional Association as Special Minnesota
Counsel to the Examiner *Nunc Pro Tunc* to April 15, 2013 [Docket No.
3528]

**Responses**:      None.

**Status**:      The hearing on this matter will be going forward.

## VII.      INTERIM FEE APPLICATIONS

**1.**      First Interim Application of Hudson Cook, LLP as Special Counsel to the Debtors for
Compensation and Reimbursement of Expenses Incurred for the Period 5/15/2012
through 12/31/2012 [Docket No. 3189]

      **Related Documents:**

      **a.**      Notice of Hearing on Interim Applications for Allowance of Compensation
and Reimbursement of Expenses for the Period Between September 1,
2012 and December 31, 2012 [Docket No. 3232]

      **b.**      Notice of Adjournment of Hearing on First Interim Application Of Hudson
Cook, LLP As Special Counsel To The Debtors For Compensation And
Reimbursement Of Expenses Incurred For The Period May 15, 2012
Through December 31, 2012 [Docket No. 3406]

      **c.**      Notice of Adjournment of Hearing on First Interim Application of Hudson
Cook, LLP as Special Counsel to the Debtors for Compensation and
Reimbursement of Expenses Incurred for the Period May 15, 2012
Through December 31, 2012 [Docket No. 3469]

      **Responses**:

      **a.**      Omnibus Objection of the United States Trustee Regarding Fee
Applications for Second Interim Awards of Compensation and
Reimbursement of Out-Of-Pocket Expenses [Docket No. 3310]

      **Status**:      The hearing on this matter will be going forward.

## VIII.      CONTESTED MATTERS

**1.**      Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and
Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate
PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the

Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granting in the GA Servicing Order [Docket No. 1357]

**Related Documents**:

a.    Notice of Filing Supplemental Exhibits to Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granting in the GA Servicing Order [Docket No. 1527]

b.    Notice of Adjournment of Hearing [Docket No. 1556]

c.    Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 1799]

d.    Second Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewatehouseCoopers LLP, for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 2622]

e.    Third Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Compensation for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 3062]

f.    Fourth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Review Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 3290]

g.    Fifth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Review Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 3425]

**Responses**:

a.    Limited Objection of Wilmington Trust, National Association to Debtors'
Motion for Entry of an Order (I) Authorizing Debtors to Compensate
PricewaterhouseCoopers, LLP for Foreclosure Review Services and (II)
Reaffirming Relief Granted in the GA Servicing Order [Docket No. 1465]

b.    Omnibus Objection of the Official Committee of Unsecured Creditors to
(A) The Debtors' Motion for Entry of an Order Under Bankruptcy Code
Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to
Compensate PricewaterhouseCoopers, LLP for Foreclosure Review
Services in Furtherance of the Debtors' Compliance Obligations Under
Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted
in the GA Servicing Order, (B) Pepper Hamilton Retention Application,
and (C) Hudson Cook Retention Application [Docket No. 1493]

c.    Ally Financial Inc.'s (A) Position Statement Regarding the Debtors' (I)
PricewaterhouseCoopers Motion and (II) Pepper Hamilton and Hudson
Cook Retention Applications and (B) Status Report Regarding the
Committee's Related Discovery Requests [Docket No. 1573]

d.    Supplemental Objection of the Official Committee of Unsecured Creditors
to (A) the Debtors' Motion for Entry of an Order Under Bankruptcy Code
Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to
Compensate PricewaterhouseCoopers, LLP for Foreclosure Review
Services in Furtherance of the Debtors' Compliance Obligations Under
Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted
in the GA Servicing Order, (B) Pepper Hamilton Retention Application,
and (C) Hudson Cook Retention Application [Docket No. 1725]

**Replies**:

a.    Debtors' Statement in Further Support of (A) Debtors' Motion for an Order
(I) To Compensate PricewaterhouseCoopers, LLP for Foreclosure Review
Services and (II) Reaffirming Relief Granting in the GA Servicing Order
(B) Debtors' Application to Employ and Retain Hudson Cook, LLP as
Special Counsel, and (C) Debtors' Application to Employ and Retain
Pepper Hamilton LLP as Special Foreclosure Review Counsel for
Bankruptcy Issues [Docket No. 1749]

**Status**:    The final hearing on this motion will not be going forward.  The Debtors
intend to submit to the Court a sixth interim order authorizing continued
interim approval.

2.    Debtors' Application for an Order Under Section 327(e) of the Bankruptcy Code,
Bankruptcy Rule 2014(a) and Local Rule 2014-1 Authorizing the Debtors to Employ
and Retain Pepper Hamilton LLP as Special Foreclosure Review Counsel for
Bankruptcy Issues to the Debtors, *Nunc Pro Tunc* to May 14, 2012 [Docket No. 1426]

**Related Documents**:

a.      Notice of Adjournment of Hearing [Docket No. 1556]

b.      Interim Order Authorizing the Retention and Employment of Pepper
        Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy
        Issues to the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No.
        1797]

c.      Second Interim Order Authorizing the Retention and Employment of
        Pepper Hamilton LLP as Special Foreclosure Review Counsel for
        Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date
        [Docket No. 2621]

d.      Third Interim Order Authorizing the Retention and Employment of Pepper
        Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy
        Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No.
        3061]

e.      Fourth Interim Order Authorizing the Retention and Employment of
        Pepper Hamilton LLP as Special Foreclosure Review Counsel for
        Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date
        [Docket No. 3291]

f.      Fifth Interim Order Authorizing the Retention and Employment of Pepper
        Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy
        Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No.
        3423]

**Responses**:

a.      Omnibus Objection of the Official Committee of Unsecured Creditors to
        (A) The Debtors' Motion for Entry of an Order Under Bankruptcy Code
        Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to
        Compensate PricewaterhouseCoopers, LLP for Foreclosure Review
        Services in Furtherance of the Debtors' Compliance Obligations Under
        Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted
        in the GA Servicing Order, (B) Pepper Hamilton Retention Application,
        and (C) Hudson Cook Retention Application [Docket No. 1493]

b.      Ally Financial Inc.'s (A) Position Statement Regarding the Debtors' (I)
        PricewaterhouseCoopers Motion and (II) Pepper Hamilton and Hudson
        Cook Retention Applications and (B) Status Report Regarding the
        Committee's Related Discovery Requests [Docket No. 1573]

c.      Supplemental Objection of the Official Committee of Unsecured Creditors
        to (A) the Debtors' Motion for Entry of an Order Under Bankruptcy Code
        Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to

Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1725]

**Replies**:

a.      Debtors' Statement in Further Support of (A) Debtors' Motion for an Order (I) To Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services and (II) Reaffirming Relief Granting in the GA Servicing Order (B) Debtors' Application to Employ and Retain Hudson Cook, LLP as Special Counsel, and (C) Debtors' Application to Employ and Retain Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues [Docket No. 1749]

**Status**:      The final hearing on this motion will not be going forward.  The Debtors intend to submit to the Court a sixth interim order authorizing continued interim approval.

3.      Debtors' Application Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization to Employ and Retain Hudson Cook, LLP as Special Counsel to the Debtors, *Nunc Pro Tunc* to May 14, 2012 [Docket No. 1427]

**Related Documents**:

a.      Notice of Adjournment of Hearing [Docket No. 1556]

b.      Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 1798]

c.      Second Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tun*c to the Petition Date [Docket No. 2620]

d.      Third Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3063]

e.      Fourth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3292]

f.      Fifth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3424]

**Responses**:

a.      Omnibus Objection of the Official Committee of Unsecured Creditors to (A) The Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1493]

b.      Ally Financial Inc.'s (A) Position Statement Regarding the Debtors' (I) PricewaterhouseCoopers Motion and (II) Pepper Hamilton and Hudson Cook Retention Applications and (B) Status Report Regarding the Committee's Related Discovery Requests [Docket No. 1573]

c.      Supplemental Objection of the Official Committee of Unsecured Creditors to (A) the Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1725]

**Replies**:

a.      Debtors' Statement in Further Support of (A) Debtors' Motion for an Order (I) To Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services and (II) Reaffirming Relief Granting in the GA Servicing Order (B) Debtors' Application to Employ and Retain Hudson Cook, LLP as Special Counsel, and (C) Debtors' Application to Employ and Retain Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues [Docket No. 1749]

**Status**:      The final hearing on this motion will not be going forward.  The Debtors intend to submit to the Court a sixth interim order authorizing continued interim approval.

4.      Scheduled Creditor Shane M. Haffey's Motion for the Clarification/Enforcement of the Automatic Stay Against The Debtors, Co-Creditor Deutsche Bank Americas and Counsel [Docket No. 1227]

**Related Documents**:

a.      Notice of Adjournment and Formal Notice of Hearing on Scheduled Creditor's Motion for the Clarification/Enforcement of the Automatic Stay

Against the Debtors, Co-Creditor Deutsche Bank Americas and Counsel [Docket No. 2701]

**b.**     Notice of Adjournment of Hearing on Scheduled Creditor Shane M. Haffey's Motion for the Clarification/Enforcement of the Automatic Stay Against The Debtors, Co-Creditor Deutsche Bank Americas and Counsel to April 30, 2013 at 10:00 a.m. [Docket No. 3386]

**Responses**:

**a.**     Debtors' Objection to Scheduled Creditor's Motion for the Clarification of the Automatic Stay Against the Debtors, Co-Creditor Deutsche Bank Americas and Counsel, Filed by Shane M. Haffey [Docket No. 2679]

**Status**:     The hearing on this matter will be going forward.

**5.**     Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2401]

**Related Documents**:

**a.**     Notice of Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2421]

**b.**     [Proposed] Order Granting Connecticut Housing Finance Authority ("CHFA") Relief from the Automatic Stay, for Cause, Pursuant to 11 U.S.C. §§ 105 & 362(d) [Docket No. 2422]

**c.**     Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 29, 2013 at 10:00 a.m. [Docket No. 2624]

**d.**     Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 7, 2013 at 10:00 a.m. [Docket No. 2729]

**e.**     Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 28, 2013 at 2:00 p.m. [Docket No. 2848]

**f.**     Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief

from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 21, 2013 at 10:00 a.m. [Docket No. 3008]

g.    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 30, 2013 at 10:00 a.m. [Docket No. 3239]

**Responses**:

a.    Debtors' Response and Reservation of Rights to Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2623]

**Status**:    The hearing on this matter will be going forward.

6.    Motion for Permission to Extend Deadline for Julio Solano to File Proof of Claim [Docket No. 2935]

**Related Documents**:

a.    Notice of Hearing on Motion to Extend Time for Julio Solano to File Proof of Claim [Docket No. 2934]

b.    Declaration of Richard Sax in Support of Motion for Permission to Extend Deadline for Julio Solano to File Proof of Claim [Docket No. 2936]

c.    Notice of Adjournment of Hearing on Motion to Extend Time for Julio Solano to File Proof of Claim TO March 21, 2013 at 10:00 a.m. [Docket No. 3046]

d.    Notice of Adjournment of Hearing on Motion to Extend Time for Julio Solano to File Proof of Claim to April 30, 2013 at 10:00 a.m. [Docket No. 3278]

**Responses**:

a.    Debtors Objection to Motion for Permission to Extend Deadline for Julio Solano to File Proof of Claim [Docket No. 3185]

**Status**:    The hearing on this matter will be going forward.

7.    Motion of David and Leslie Kinworthy Requesting Relief from the Automatic Stay [Docket No. 2660]

**Related Documents**:

a.      Notice of Hearing on Motion of David and Leslie Kinworthy Requesting Relief from the Automatic Stay [Docket No. 2783]

b.      Notice of Adjournment of Hearing on Motion of David and Leslie Kinworthy Requesting Relief from the Automatic Stay to April 11, 2013 at 10:00 a.m. [Docket No. 3169]

c.      Notice of Adjournment of Hearing on Motion of David and Leslie Kinworthy Requesting Relief from the Automatic Stay to April 30, 2013 at 10:00 a.m. [Docket No. 3333]

**Responses**:

a.      Debtors' Response to Motion of David B. and Leslie K. Kinworthy for Relief from the Automatic Stay [Docket No. 3506]

**Status**:    The hearing on this matter will be going forward.

8.    Motion of Creditor Julio Solano for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of Pre-Petition Litigation [Docket No. 2604]

**Related Documents**:

a.      Notice of Hearing on Motion of Creditor Julio Solano for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of Pre-Petition Litigation [Docket No. 2605]

b.      Notice of Adjournment of Hearing on Motion of Creditor Julio Solano for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of Pre-Petition Litigation to March 5, 2013 at 10:00 a.m. [Docket No. 2774]

c.      Notice of Adjournment of Hearing on Motion of Creditor Julio Solano for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of Pre-Petition Litigation to March 21, 2013 at 10:00 a.m. [Docket No. 2974]

d.      Notice of Adjournment of Hearing on Motion of Creditor Julio Solano for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic

Stay to Allow Continuation of Pre-Petition Litigation to April 30, 2013 at 10:00 a.m. [Docket No. 3277]

**Responses**:

a.    Debtors' Objection to Motion of Creditor Julio Solano for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of Pre-Petition Litigation [Docket No. 3188]

**Status**:    The hearing on this matter will be going forward.

9.    Motion for Order Permitting MED&G Group LP to File a Late Proof of Claim [Docket No. 3238]

**Related Documents**:

a.    Stipulation and Order Between MED&G Group LP and the Debtors [Docket No. 3491]

**Responses**:

a.    Debtors' Objection to Motion for Order Permitting MED&G Group LP to File a Late Proof of Claim [Docket No. 3508]

**Status**:    The hearing on this matter will be going forward.

## IX.    CURE OBJECTIONS HEARING:

1.    **Sale Motion**:  Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 for Orders: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto: (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [Docket No. 61]

**Related Documents**:

a.    **Sale Procedures Order**:  Order  Under 11 U.S.C. §§ 105, 363(b) and 365 (I) Authorizing and Approving Sale Procedures, Including Payment of Break-up Fees; (II) Scheduling Bid Deadline, Auction (If Necessary) and Sale Hearing; (III) Establishing Assumption and Assignment Procedures, Including Procedures for Fixing Cure Amounts; and (IV) Establishing Notice Procedures and Approving Forms of Notice [Docket No. 538]

**Cure Notices**

       **(i)**      Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto [Docket No. 924]

       **(ii)**     First Supplemental Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto [Docket No. 1459]

       **(iii)**   First Amended and Restated Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto [Docket No. 1484]

       **(iv)**   First Notice of (I) Debtors' Intent to Assume and Assign Certain SBO Servicing Agreements as Executory Contracts and (II) Cure Amounts Related Thereto [Docket No. 2076]

       **(v)**     Second Notice of (I) Debtors' Intent to Assume and Assign Certain SBO Servicing Agreements as Executory Contracts and (II) Cure Amounts Related Thereto [Docket No. 2077]

    **b.**     **Ocwen Sale Order**:  Order Under 11 U.S.C. §§ 105, 363 and 365 and Fed. R. Bankr. P. 2002, 6004, 6006 and 9014 (I) Approving (A) Sale of Debtors' Assets Pursuant to Asset Purchase Agreement with Ocwen Loan Servicing, LLC;, (B) Sale of Purchased Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests; (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Thereto; (D) Related Agreements; and (II) Granting Related Relief [Docket No. 2246]

    **c.**     **Ocwen APA**:  Ocwen Loan Servicing, LLC Asset Purchase Agreement (as attached as Exhibit 1 to Amended Notice of Successful Bidders at the Auctions and Sales of (A) The Platform Assets to Ocwen Loan Servicing, LLC and (B) The Whole Loan Assets to Berkshire Hathaway Inc. and Notice of Filing (A) Ocwen APA and (B) Amended and Restated BH Legacy APA) [Docket No. 2050]

    **d.**     **Berkshire Hathaway Sale Order**:  Order Under 11 U.S.C. §§ 105, 363 and 365 and Fed. R. Bankr. P. 2002, 6004, 6006 and 9014 (I) Approving (A) Sale of Debtors' Assets Pursuant to Asset Purchase Agreement with Berkshire Hathaway, Inc.; (B) Sale of Purchased Assets Free and Clear of

Liens, Claims, Encumbrances and Other Interests; and (C) Related Agreements; and (II) Granting Related Relief [Docket No. 2247]

e.      **Berkshire Hathaway APA**:  Berkshire Hathaway Inc. Amended and Restated Asset Purchase Agreement (as attached as <u>Exhibit 4</u> to Amended Notice of Successful Bidders at the Auctions and Sales of (A) The Platform Assets to Ocwen Loan Servicing, LLC and (B) The Whole Loan Assets to Berkshire Hathaway Inc. and Notice of Filing (A) Ocwen APA and (B) Amended and Restated BH Legacy APA) [Docket No. 2050]

**Adjourned Cure Objection(s)**:

a.      Objection of DB Structured Products, Inc. and MortgageIT Holdings, Inc. to Debtors' Proposed Cure Amount and to Assumption and Assignment of Related Agreements [Docket No. 1623]

      **(i)**      Supplemental Objection of DB Structured Products, Inc. and MortgageIT Holdings, Inc. to Debtors' Proposed Cure Amount and to Assumption and Assignment of Related Agreements [Docket No. 2037]

      **(ii)**      Notice of Adjournment of Hearing on Objection of DB Structured Products, Inc. and MortgageIT Holdings, Inc. to Debtors Proposed Cure Amount and to Assumption and Assignment of Related Agreements [Docket No. 3237]

      **(iii)**      Notice of Adjournment of Hearing on Objection of DB Structured Products, Inc. and MortgageIT Holdings, Inc. to Debtors Proposed Cure Amount and to Assumption and Assignment of Related Agreements to May 14, 2013 at 10:00 a.m. [Docket No. 3531]

**Status**:      The hearing on this matter has been adjourned to May 14, 2013.

**Replies**:

a.      Debtors' Omnibus Reply to Objections to Debtors' Sale Motion [Docket No. 2135]

b.      Debtors' Omnibus Reply to Objections to the (A) Assumption and Assignment of Certain Agreements and (B) Related Cure Amounts [Docket No. 2574]

## X.    ADVERSARY PROCEEDING MATTERS

### Jenkins v. Residential Funding Company, LLC, *et al.* (Adv. Proc. No. 12-01935)

1.    Case Management Conference

**Related Documents**:

a.    Complaint [Docket No. 1]

b.    Summons and Notice of Pre-Trial Conference [Docket No. 5]

c.    Agreed to Letter to Judge Glenn from Norman S. Rosenbaum Requesting an Extension of Deadline to Respond in Adversary Proceeding [Docket No. 7]

d.    Memorandum Endorsed, So Ordered, Letter Signed on December 14, 2012 Extending the Defendants' Deadline to Answer or Otherwise Respond to the Complaint Until January 21, 2013 and Rescheduling the Pre-Trial Conference to January 29, 2013 at 10:00 AM. [Docket No. 8]

e.    Defendant Judy Faber's Motion for Dismissal of Adversary Proceeding Pursuant to Federal Rule of Civil Procedure 12(b)(6) [Docket No. 9]

f.    Debtors' Motion Pursuant to Fed. R. Bankr. P. 7012 and Fed. R. Civ. P. 12(e) for a More Definitive Statement [Docket No. 10]

g.    Notice of Litigation Hold Notification [Docket No. 13]

h.    Notice of Continued Pre-Trial Conference Scheduled for February 7, 2013 at 10:00 a.m. [Docket No. 14]

i.    Notice of Adjournment of Continued Pre-Trial Conference and Hearing on Debtors' Motion Pursuant to Fed. R. Bankr. P. 7012 and Fed. R. Civ. P. 12(e) for a More Definitive Statement to March 5, 2013 at 10:00 a.m. [Docket No. 18]

j.    Notice of Adjournment of Continued Pre-Trial Conference and Hearing on Debtors' Motion Pursuant to Fed. R. Bankr. P. 7012 and Fed. R. Civ. P. 12(e) for a More Definite Statement to March 21, 2013 at 10:00 a.m. [Docket No. 21]

k.    Order Granting Debtors' Motion Pursuant to Fed. R. Bankr. P. 7012 and Fed. R. Civ. P. 12(e) for a More Definitive Statement [Docket No. 26]

**Status**:    The case management conference on this matter will be going forward.

Dated:  April 26, 2013                        /s/ Gary S. Lee
        New York, New York                    Gary S. Lee
                                        Lorenzo Marinuzzi
                                        Norman S. Rosenbaum
                                        MORRISON & FOERSTER LLP
                                        1290 Avenue of the Americas
                                        New York, New York 10104
                                        Telephone: (212) 468-8000
                                        Facsimile: (212) 468-7900

                                        *Counsel for the Debtors and*
                                        *Debtors in Possession*