**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Hope Thai Cannon, a member in good standing of the bars of the State of Alabama, Florida and Texas, and the bars of the United States District Courts for the Middle, Northern and Southern Districts of Alabama, including the United States Bankruptcy Court for the Northern District of Alabama; United States District Courts for the Southern, Middle and Northern Districts of Florida, including the United States Bankruptcy Court for the Middle District of Florida and the United States District Court for the Southern, Northern, Western and Eastern Districts of Texas request admission, *pro hac vice*, before the Honorable Martin Glenn to represent Residential Capital, LLC, *et al*., in the above-referenced case.

My address is:   Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

The filing fee of $200.00 has been submitted with this Application for *pro hac vice* admission.

Dated: April 29, 2013              Respectfully submitted,

By:   /s/ Hope T. Cannon
Hope Thai Cannon

ny-1065903

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Hope Thai Cannon, dated April 29, 2013, for admission to practice *pro hac vice* to represent Residential Capital, LLC, *et al.* in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Alabama and the bars of the United States District Courts for the Middle, Northern and Southern Districts of Alabama,

IT IS HEREBY ORDERED that Hope Thai Cannon is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent Residential Capital, LLC, *et al.*, provided that the filing fee has been paid.

Dated: New York, New York
          _____, 2013

                                                    _____
                                                    The Honorable Martin Glenn
                                                    United States Bankruptcy Judge
                                                    Southern District of New York

2

ny-1065903