**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------- )
                                                                          )
In re:                                                                    )    Case No. 12-12020 (MG)
                                                                          )
RESIDENTIAL CAPITAL, LLC, et al.,                                         )    Chapter 11
                                                                          )
                                        Debtors.                          )    Jointly Administered
------------------------------------------------------------------------- )

## <u>ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*</u>

Upon the motion of Hope Thai Cannon, dated April 29, 2013, for admission to practice

*pro hac vice* to represent Residential Capital, LLC, *et al*. in the above-captioned case, and upon

the movant's certification that the movant is a member in good standing of the bar of the State of

Alabama and the bars of the United States District Courts for the Middle, Northern and Southern

Districts of Alabama,

IT IS HEREBY ORDERED that Hope Thai Cannon is admitted to practice, *pro hac vice*,

in the above-captioned case in the United States Bankruptcy Court for the Southern District of

New York to represent Residential Capital, LLC, *et al*., provided that the filing fee has been

paid.

Dated: New York, New York
       **April 29, 2013**

_____/s/ Martin Glenn_____
The Honorable Martin Glenn
United States Bankruptcy Judge
Southern District of New York

ny-1065903