Wendy Alison Nora                                            Hearing Date: May 7, 2013 at 10:00 a.m.
ACCESS LEGAL SERVICES                               Objection Deadline: April 29, 2013 at 4:00 p.m.
310 Fourth Avenue South, Suite 5010
Minneapolis, Minnesota 55415
Telephone: (612) 333-4144
accesslegalservices.bkyny@gmail.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re

Residential Capital, LLC *et al.,*                                    Chapter 11
                                                                                    Case No. 12-12020 (MG)
.                                               Debtors.                Administratively Consolidated
-----------------------------------------------------------------X
UNSWORN DECLARATION OF SERVICE OF
OBJECTION TO MOTION FOR EXTENSION OF PLAN EXCLUSIVITY PERIOD
_____

      Wendy Alison Nora declares under penalty of perjury that she served all parties and their counsel of record with the above-captioned document in these proceedings by CM/ECF on April 29, 2013 at 4:00 p.m. Eastern Daylight Time.

      Dated at Minneapolis, Minnesota this 29th day of April, 2013.

*/s/ Wendy Alison Nora*
_____
Wendy Alison Nora
ACCESS LEGAL SERVICES
310 Fourth Avenue South, Suite 5010
Minneapolis, Minnesota 55415
VOICE (612) 333-4144
accesslegalservices@gmail.com