UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: | Chapter: 13 |
|---|---|
| LISA ANN THOMAS, et al. | Case No.  See Attached |
| Debtor(s). | **SUBSTITUTION OF ATTORNEY** |

   The undersigned hereby consent to the substitution of counsel for the Secured Creditor in the above entitled case, and all open New York Bankruptcy cases for which Joshua Sherer, Esq. has a Notice of Appearance on behalf of Fein, Such & Crane, LLP referenced in attached Schedule "A".


Dated: April 11, 2013                              Dated: April 25, 2013


 /S/ Tammy L. Terrell Benoza, Esq.            /S/ Joshua Sherer, Esq.
**FEIN, SUCH & CRANE, LLP**                       **FEIN, SUCH & CRANE, LLP**
By: TAMMY L. TERRELL BENOZA, ESQ.             By: JOSHUA SHERER, ESQ.
Superseding Attorney(s)                       Withdrawing Attorney(s)

# Schedule A

# Select a Case

There was 1 matching person.

There were 76 matching cases.

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Sherer, Joshua (aty) (76 cases) | 07-20002-rdd | Lisa Ann Thomas | 13 | 03/28/07 | N / A | N / A |
| | 10-24062-rdd | Jose Nunez and Sharron L Nunez | 7 | 09/30/10 | N / A | N / A |
| | 11-23258-rdd | Eilat Lev | 7 | 06/24/11 | N / A | N / A |
| | 11-35125-cgm | Jeannette Casesa | 13 | 01/21/11 | N / A | N / A |
| | 12-12020-mg | Residential Capital, LLC | 11 | 05/14/12 | N / A | N / A |
| | 12-12032-mg | GMAC Mortgage, LLC | 11 | 05/14/12 | N / A | N / A |
| | 12-14099-alg | The First Union Baptist Church of Bronx | 11 | 10/01/12 | N / A | N / A |
| | 12-14272-shl | Alexander Neratoff | 13 | 10/16/12 | N / A | N / A |
| | 12-14345-shl | Angela Mejia | 13 | 10/22/12 | N / A | N / A |

| Case | Name | Chapter | Date | | |
|---|---|---|---|---|---|
| 12-22520-rdd | Mario Capocci | 13 | 03/13/12 | N / A | N / A |
| ██████████ | ██████████ | ██ | ████████ | ███ | ███ |
| 12-23015-rdd | Michael Muller | 13 | 05/30/12 | N / A | N / A |
| ██████████ | ██████████ | ██ | ████████ | ███ | ███ |
| ██████████ | ██████████ | ██ | ████████ | ███ | ███ |
| ██████████ | ██████████ | ██ | ████████ | ███ | ███ |
| 12-23258-rdd | Constantin Settenhofer and Adriana S Settenhofer | 7 | 07/09/12 | N / A | N / A |
| 12-23415-rdd | Alford H. Dyer | 7 | 08/03/12 | N / A | N / A |
| ██████████ | ██████████ | ██ | ████████ | ███ | ███ |
| 12-23505-rdd | Cedric Lucas | 7 | 08/17/12 | N / A | N / A |
| ██████████ | ██████████ | ██ | ████████ | ███ | ███ |
| 12-23636-rdd | Shawn Campanella | 13 | 09/13/12 | N / A | N / A |
| ██████████ | ██████████ | ██ | ████████ | ███ | ███ |
| ██████████ | ██████████ | ██ | ████████ | ███ | ███ |
| 12-23822-rdd | William E Silfa and Isaura Silfa | 13 | 10/14/12 | N / A | N / A |
| 12-23860-rdd | Joseph J. Lombardi and Tara A. Lombardi | 13 | 10/19/12 | N / A | N / A |
| 12-23861-rdd | Michel Celestin | 13 | 10/19/12 | N / A | N / A |
| 12-23891-rdd | Elizabeth F. Defreitas | 7 | 10/24/12 | N / A | N / A |
| 12-23941-rdd | Kranie Mina Weiss | 7 | 11/04/12 | N / A | N / A |
| 12-23948-rdd | John J. Lima | 13 | 11/05/12 | N / A | N / A |
| 12-23956-rdd | Pamela A Ruvolo | 7 | 11/08/12 | N / A | N / A |
| 12-24001-rdd | Martha Mendez-Baldwin and Todd A. Baldwin | 13 | 11/20/12 | N / A | N / A |
| 12-24014-rdd | Mary L Scrocca | 7 | 11/26/12 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 12-24024-rdd | Glenford Dyges and Joy Dyges | 13 | 11/27/12 | N / A | N / A |
| 12-24043-rdd | Victor L. Viera and Peggy J. Forte | 13 | 11/29/12 | N / A | N / A |
| 12-24105-rdd | Frank Margiotta and Gina Margiotta | 7 | 12/12/12 | N / A | N / A |
| 12-24116-rdd | Jason Zeif | 7 | 12/17/12 | N / A | N / A |
| 12-24118-rdd | Santos Guzman and Awilda M. Guzman | 7 | 12/17/12 | N / A | N / A |
| 12-24150-rdd | Ivon M. Palomino | 7 | 12/26/12 | N / A | N / A |
| 12-24157-rdd | Neftali Torres and Patricia Torres | 13 | 12/27/12 | N / A | N / A |
| 12-24164-rdd | Aaron Preudhomme | 13 | 12/27/12 | N / A | N / A |
| 12-24174-rdd | Jude Steven Liscio and Christine M. Liscio | 13 | 12/28/12 | N / A | N / A |
| [redacted] | [redacted] | | | | |
| 12-36729-cgm | Juanita Shana Malloy | 13 | 07/06/12 | N / A | N / A |
| [redacted] | [redacted] | | | | |
| 13-10124-reg | Cynthia Martinez | 7 | 01/15/13 | N / A | N / A |
| 13-10192-mg | Monique Marie Meacham | 7 | 01/23/13 | N / A | N / A |
| 13-10439-jmp | Audis M Diaz | 7 | 02/12/13 | N / A | N / A |
| 13-10564-shl | Frederick J. Jackson | 13 | 02/27/13 | N / A | N / A |
| 13-22003-rdd | Carlos M Pereira and Luz M Pereira | 7 | 01/02/13 | N / A | N / A |
| 13-22008-rdd | Mark A. Lizotte and Ellen Buckley | 7 | 01/03/13 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 13-22016-rdd | Jiro Yamakawa and Miyoko Yamakawa | 7 | 01/07/13 | N/A | N/A |
| 13-22017-rdd | Michael Haesche and Marianne Haesche | 11 | 01/07/13 | N/A | N/A |
| 13-22020-rdd | Carolyn Dawson | 7 | 01/08/13 | N/A | N/A |
| 13-22022-rdd | Jean Nixon Bourguignon | 7 | 01/08/13 | N/A | N/A |
| 13-22023-rdd | Frederick Bourguignon | 7 | 01/08/13 | N/A | N/A |
| 13-22025-rdd | Michael S Fingold and Beatrice N Neri-Fingold | 13 | 01/09/13 | N/A | N/A |
| 13-22062-rdd | William Edward Winn | 7 | 01/17/13 | N/A | N/A |
| 13-22116-rdd | Dina L. Huertas | 7 | 01/28/13 | N/A | N/A |
| 13-22120-rdd | Avrielle Rykman | 7 | 01/29/13 | N/A | N/A |
| 13-22167-rdd | Leonardo Holguin and Dianely Antonia Holguin | 13 | 02/04/13 | N/A | N/A |
| 13-22189-rdd | Debra M Thomas | 7 | 02/06/13 | N/A | N/A |
| 13-22207-rdd | Edward Flanagan and Patricia Flanagan | 7 | 02/11/13 | N/A | N/A |
| 13-22303-rdd | Vanessa L Santos | 7 | 02/22/13 | N/A | N/A |
| 13-22355-rdd | Basel Simpson Mason, Jr. | 7 | 02/28/13 | N/A | N/A |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/11/2013 15:21:23 | | | |
| PACER Login: | fs0013 | Client Code: | |
| Description: | Search | Search Criteria: | LName: Sherer FName: Joshua Type: aty Open Cases: included |
| Billable Pages: | 2 | Cost: | 0.20 |