CLEARY GOTTLIEB STEEN & HAMILTON LLP
Thomas J. Moloney (TJM-9775)
Sean A. O'Neal (SAO-4067)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Special Counsel for Wilmington Trust, National
Association, as Indenture Trustee for the Senior
Unsecured Notes Issued by Residential Capital, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | |
|---|---|
| In re | CERTIFICATE OF SERVICE |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 Case No. |
| Debtors. | 12-12020 (MG) |
| | (Jointly Administered) |

------------------------------------------------------------X

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 30th day of April 2013, the Limited Objection to Motion of The Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates was served by First Class Mail upon:

**Chadbourne & Parke LLP**
Attn Howard Seife & David M LeMay
& Robert J Gayda & Marc B Roitman
30 Rockefeller Plaza
New York, NY 10112

**Citibank NA**
Attn Bobbie Theivakumaran
390 Greenwich St 6th Fl
New York, NY 10013

**Clifford Chance**
Jennifer DeMarco & Adam Lesman
Adam Lesman
31 West 52nd Street
New York, NY 10019

**Deutsche Bank Trust Company Americas**
c/o Kelvin Vargas
25 De Forest Ave
Summit, NJ 07901

**Fannie Mae**
Attn Peter McGonigle
1835 Market St Ste 2300
Philadelphia, PA 19103

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Internal Revenue Service**
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

**Internal Revenue Service**
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

**Kelley Drye & Warren LLP**
James S Carr & Eric R Wilson
101 Park Ave
New York, NY 10178

**Kirkland & Ellis**
Richard M Cieri
601 Lexington Ave
New York, NY 10022

**Kirkland & Ellis LLP**
Attn Ray C Schrock & Stephen E Hessler
601 Lexington Ave
New York, NY 10022-4611

**Kramer Levin Naftallis & Frankel LLP**
Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal
Jeffrey Trachtman
1177 Avenue of the Americas
New York, NY 10036

**Kurtzman Carson Consultants**
P Joe Morrow IV
2335 Alaska Ave
El Segunda, CA 90245

**Milbank, Tweed, Hadley & McCloy LLP**
Gerard Uzzi
1 Chase Manhattan Plaza
New York, NY 10005

**Morrison & Foerster LLP**
Attn Tammy Hamzehpour
1290 Avenue of the Americas
New York, NY 10104

**Morrison & Foerster LLP**
Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi &
Kayvan B. Sadeghi
1290 Avenue of the Americas
New York, NY 10104

**Office of the NY State Attorney General**
Nancy Lord & Enid M Stuart
The Capitol
Albany, NY 12224-0341

**Office of the US Attorney for the Southern District of NY**
United States Attorney Preet Bharara
One St Andrews Plaza
New York, NY 10007

**Securities & Exchange Commission**
Secretary of the Treasury
100 F St NE
Washington, DC 20549

**Securities & Exchange Commission NY Regional Office**
George S Canellos Regional Director
3 World Financial Center Ste 400
New York, NY 10281-1022

**Skadden Arps Slate Meagher & Flom LLP**
Jonathan H. Hofer & Sarah M. Ward
Four Times Square
New York, NY 10036

**Skadden Arps Slate Meagher & Flom LLP**
Ken Ziman & Suzanne D T Lovett
Four Times Square
New York, NY 10036

**U.S. Department of Justice**
US Attorney General, Eric H. Holder, Jr.
950 Pennsylvania Ave NW
Washington, DC 20530-0001

3

**United States Attorney's Office for the**
**Southern District of New York Civil Division**
Attn Joseph Cordaro
86 Chambers St 3rd Fl
New York, NY 10007

**US Trustee for the Southern District of NY**
Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto
33 Whitehall St 21st Fl, Region 2
New York, NY 10004

**Wells Fargo Bank NA**
Attn Corporate Trust Services - GMACM
Home Equity Notes 2004 Variable Funding Trust
PO Box 98
Columbia, MD 21046

On the 1st day of May 2013, the Limited Objection to Motion of The Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates was served by email upon:

hseife@chadbourne.com; dlemay@chadbourne.com; rgayda@chadbourne.com;
mroitman@chadbourne.com; bobbie.theivakumaran@citi.com;
jennifer.demarco@cliffordchance.com; adam.lesman@cliffordchance.com;
kelvin.vargas@db.com; peter_mcgonigle@fanniemae.com;
kdwbankruptcydepartment@kelleydrye.com; richard.cieri@kirkland.com;
ray.schrock@kirkland.com; richard.cieri@kirkland.com;
stephen.hessler@kirkland.com; projectrodeo@kirkland.com;
William.b.Solomon@ally.com; Timothy.Devine@ally.com;
john.bellaver@ally.com; keckstein@kramerlevin.com; tmayer@kramerlevin.com;
dmannal@kramerlevin.com; jtrachtman@kramerlevin.com;
pbentley@kramerlevin.com; dmannal@kramerlevin.com;
szide@kramerlevin.com; rescapinfo@kccllc.com; guzzi@milbank.com;
Tammy.Hamzehpour@gmacrescap.com; Jill.horner@gmacrescap.com;
Colette.wahl@gmacrescap.com; Deanna.horst@gmacrescap.com;
William.thompson@gmacrescap.com; William.tyson@gmacrescap.com;
Eileen.oles@gmacrescap.com; Lauren.delehey@gmacrescap.com;
Julie.busch@gmacrescap.com; lnashelsky@mofo.com; glee@mofo.com;
lmarinuzzi@mofo.com; Ksadeghi@mofo.com; Nancy.Lord@OAG.State.NY.US;
enid.stuart@OAG.State.NY.US; joseph.cordaro@usdoj.gov;
secbankruptcy@sec.gov; secbankruptcy@sec.gov; newyork@sec.gov;
bankruptcynoticeschr@sec.gov; jhofer@skadden.com;
nikolay.kodes@skadden.com; sarah.ward@skadden.com;
ken.ziman@skadden.com; suzanne.lovett@skadden.com; AskDOJ@usdoj.gov;
joseph.cordaro@usdoj.gov; Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov;
Brian.Masumoto@usdoj.gov; andrea.hartley@akerman.com;

4

susan.balaschak@akerman.com; rajohnson@akingump.com; ccarty@akingump.com; fhodara@akingump.com; bnkatty@aldine.k12.tx.us; ecfmail@aclawllp.com; ken.coleman@allenovery.com; john.kibler@allenovery.com; jeff.brown@gmacfs.com; william.b.solomon@ally.com; kit.weitnauer@alston.com; marty.bunin@alston.com;william.hao@alston.com; bill.macurda@alston.com; john.stern@texasattorneygeneral.gov; harrisj12@michigan.gov; Schindlerwilliamss@ballardspahr.com; Sarah.Stout@BNYMellon.com; Jennifer.Provenzano@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com; xrausloanops5@barclays.com; david.powlen@btlaw.com; bbeskanos@aol.com; davids@blbglaw.com; jonathanu@blbglaw.com; matthewj@blbglaw.com; jai@blbglaw.com; schaedle@blankrome.com; tarr@blankrome.com; root@blankrome.com; courtney.lowman@ally.com; jhaake@wbsvlaw.com; swissnergross@brownrudnick.com; gregory.petrick@cwt.com;ingrid.bagby@cwt.com; mark.ellenberg@cwt.com; dcaley@wongfleming.com; bankruptcy@clm.com; tmoloney@cgsh.com; soneal@cgsh.com;jlaitman@cohenmilstein.com;clometti@cohenmilstein.com;meisenkraft@cohenmilstein.com;drehns@cohenmilstein.com;krehns@cohenmilstein.com;mwarner@coleschotz.com;echou@coleschotz.com; ra-li-ucts-bankrupt@state.pa.us; will.hoch@crowedunlevy.com; mgallagher@curtis.com; macohen@curtis.com; sreisman@curtis.com; hryder@daypitney.com; jjtancredi@daypitney.com; jwcohen@daypitney.com; glenn.siegel@dechert.com;hector.gonzalez@dechert.com;brian.greer@dechert.com;mauricio.espana@dechert.com; craig.druehl@dechert.com; rosa.mendez@db.com; Brendan.meyer@db.com; diem.home@gmail.com; gcatalanello@duanemorris.com;jvincequerra@duanemorris.com; catherine_lasher@fanniemae.com; jsherer@feinsuch.com; jsherer@feinsuch.com; tterrell@feinsuch.com; broylesmk@rgcattys.com; ppascuzzi@ffwplaw.com; dearly@fdic.gov; floressaucedopllc@gmail.com; tlallier@foleymansfield.com; kenton_hambrick@freddiemac.com; deggert@freebornpeters.com; tfawkes@freebornpeters.com; jberkowitz@gibbonslaw.com; kgiannelli@gibbonslaw.com; kpatrick@gibbsbruns.com;shumphries@gibbsbruns.com; kpatrick@gibbsbruns.com; theodore.w.tozer@hud.gov; gjarvis@gelaw.com;mpmorris@gelaw.com;delman@gelaw.com; brian@gmcnjlaw.com; ggraber@hodgsonruss.com; ayala.hassell@hp.com; rnorton@hunton.com;rrich2@hunton.com; floraoropeza@co.imperial.ca.us; bankruptcy2@ironmountain.com; ceblack@jonesday.com; cball@jonesday.com;rlwynne@jonesday.com;lemiller@jonesday.com; ceblack@jonesday.com; aglenn@kasowitz.com;mstein@kasowitz.com;dfliman@kasowitz.com;namamoo@kasowitz.com; eciolko@ktmc.com; dmoffa@ktmc.com; ecf@kaalaw.com; thadwilson@kslaw.com; ajowers@kslaw.com; pferdinands@kslaw.com; mstrauss@kmllp.com; bwalker@kmllp.com; tklestadt@klestadt.com;jcorneau@klestadt.com; sdny@kmk-law.net;

jleibowitz@kandfllp.com; dlibra@lapplibra.com; james.heaney@lawdeb.com;
richard@rsaxlaw.com; sheehan@txschoollaw.com;
Dcaponnetto@leopoldassociates.com; austin.bankruptcy@publicans.com;
dallas.bankruptcy@publicans.com; houston_bankruptcy@lgbs.com;
choward@lockelord.com;
wcurchack@loeb.com;vrubinstein@loeb.com;dminoff@loeb.com;
abehlmann@lowenstein.com;abehlmann@lowenstein.com;
metkin@lowenstein.com;ilevee@lowenstein.com;metkin@lowenstein.com;ilevee@lowenstein.com; adoshi@magnozzikye.com; susanp@taxcollector.com;
kmarino@khmarino.com; jboyle@khmarino.com; lgordon@mvbalaw.com;
pmoak@McKoolSmith.com; mcarney@mckoolsmith.com;
pmoak@McKoolSmith.com; mfriedman@meyner.com; sdnyecf@dor.mo.gov;
jgarrity@morganlewis.com; mkraut@morganlewis.com;
pfleming@morganlewis.com; mmorganroth@morganrothlaw.com;
jmorganroth@morganrothlaw.com; lberkoff@moritthock.com;
jmoldovan@morrisoncohen.com;bankruptcy@morrisoncohen.com;
rdakis@morrisoncohen.com; seth.goldman@mto.com;
Thomas.walper@mto.com; cmomjian@attorneygeneral.gov;
almeyers@sjgov.org; dwdykhouse@pbwt.com;bguiney@pbwt.com;
Paul_Papas@mylegalhelpusa.com; ebcalvo@pbfcm.com;
brandon.johnson@pillsburylaw.com; jmcmurtr@placer.ca.gov;
dflanigan@polsinelli.com;jnagi@polsinelli.com; igoldstein@proskauer.com;
srutsky@proskauer.com;jzajac@proskauer.com;
danbrockett@quinnemanuel.com;daveburnett@quinnemanuel.com;jeremyandersen@quinnemanuel.com; jeremyandersen@quinnemanuel.com;
ericwinston@quinnemanuel.com;
susheelkirpalani@quinnemanuel.com;scottshelley@quinnemanuel.com;
mrollin@rplaw.com; cwood@rgrdlaw.com; stevep@rgrdlaw.com;
rbrown@robertbrownlaw.com; romero@mromerolawfirm.com;
Ross.martin@ropesgray.com;keith.wofford@ropesgray.com;
Ross.martin@ropesgray.com; dsasser@siwpc.com; dhall@siwpc.com;
mminuti@saul.com; nnastasi@saul.com; sravin@saul.com; dpatel@saul.com;
jglucksman@scarincihollenbeck.com; bdk@schlamstone.com;
bbressler@schnader.com;rbarkasy@schnader.com; eboden@schnader.com;
adam.harris@srz.com; howard.godnick@srz.com; marguerite.gardiner@srz.com;
michael.cutini@srz.com; bateman@sewkis.com; christensen@sewkis.com;
patel@sewkis.com; hooper@sewkis.com; josselson@sewkis.com;
cohen@sewkis.com;das@sewkis.com; binder@sewkis.com;
kotwick@sewkis.com; alves@sewkis.com; joel@shafeldlaw.com;
taconrad@sbwlawfirm.com;
fsosnick@shearman.com;sfennessey@shearman.com; pdatta@hhstein.com;
amuller@stinson.com; whazeltine@sha-llc.com; tal@talcottfranklin.com;
derek@talcottfranklin.com; jmiller@tcfbank.com; jteitelbaum@tblawllp.com;
AGBankNewYork@ag.tn.gov; robert.major@bnymellon.com;
Adam.Parkin@tdsecurities.com; Christopher.stevens@tdsecurities.com;
kay.brock@co.travis.tx.us; mamta.scott@usbank.com;

michelle.moeller@usbank.com; tanveer.ashraf@usbank.com; Glenn.Gillett@usdoj.gov; Mark.Flannagan@umb.com; james.byrnes@usbank.com; laura.moran@usbank.com; mvaughan@wbsvlaw.com;dskeens@wbsvlaw.com; gary.holtzer@weil.com; kelly.j.rentz@wellsfargo.com; Sharon.Squillario@wellsfargo.com ;mary.l.sohlberg@wellsfargo.com; kristi.garcia@wellsfargo.com; accesslegalservices@gmail.com; cshore@whitecase.com; isilverbrand@whitecase.com; dthatch@whitecase.com; mabrams@willkie.com; rchoi1@willkie.com; jhardy2@willkie.com; rmaney@wilmingtontrust.com; david.tillem@wilsonelser.com; dneier@winston.com; dneier@winston.com; cschreiber@winston.com; jlawlor@wmd-law.com; pdefilippo@wmd-law.com;sfitzgerald@wmd-law.com; gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com; gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com; rconza@cgsh.com; Cscott@cgsh.com; bcyr@cgsh.com; mlightner@cgsh.com; jopolsky@cgsh.com; abeisler@cgsh.com; mheiges@cgsh.com; jsherrett@cgsh.com

Dated: New York, New York
May 1, 2013

_____
Richard V. Conza