**Hearing Date and Time: June 6, 2013 at 3:00 p.m. (Prevailing Eastern Time)**
**Response Date and Time: May 28, 2013 at 4:00 p.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------ ) | |
| In re:  ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,  ) | Chapter 11 |
| ) | |
| Debtors.  ) | Jointly Administered |
| ------------------------------------------------ ) | |

**NOTICE OF DEBTORS' THIRD OMNIBUS OBJECTION**
<u>**TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)**</u>

**PLEASE TAKE NOTICE** that the undersigned have filed the attached *Debtors'*
*Third Omnibus Objection to Claims (Amended and Superseded Claims)* (the "<u>Omnibus</u>
<u>Objection</u>"), which seeks to alter your rights by either disallowing, modifying and/or
reducing your claim against the above-captioned Debtors.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection
will take place on **June 6, 2013 at 3:00 p.m. (Prevailing Eastern Time)** before the
Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District
of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New
York 10004-1408, Room 501.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Omnibus Objection must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **May 28, 2013 at 4:00 p.m. (Prevailing Eastern Time)**, upon: (a) counsel to the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attention: Gary S. Lee, Norman S. Rosenbaum, and Jordan A. Wishnew); (b) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attention: Tracy Hope Davis, Linda A. Riffkin, and Brian S. Masumoto); (c) the Office of the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attention: US Attorney General, Eric H. Holder, Jr.); (d) Office of the New York State Attorney General, The Capitol, Albany, NY 12224-0341 (Attention: Nancy Lord, Esq. and Enid N. Stuart, Esq.); (e) Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007 (Attention: Joseph N. Cordaro, Esq.); (f) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attention: Richard M. Cieri and Ray Schrock); (g) counsel for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attention: Kenneth Eckstein and Douglas Mannal); (h) counsel for Ocwen Loan Servicing, LLC, Clifford Chance US LLP, 31 West 52nd Street, New York, NY 10019 (Attention: Jennifer C. DeMarco and Adam Lesman);

(i) counsel for Berkshire Hathaway Inc., Munger, Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, CA 90071 (Attention: Thomas Walper and Seth Goldman); (j) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight mail, to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); (k) Securities and Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New York, NY 10281-1022 (Attention: George S. Canellos, Regional Director); and (l) and special counsel to the Committee, SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, NY 11753 (Attention: Ronald J. Friedman).

**PLEASE TAKE FURTHER NOTICE** that if you do not timely file and serve a written response to the relief requested in the Omnibus Objection, the Bankruptcy Court may deem any opposition waived, treat the Omnibus Objection as conceded, and enter an order granting the relief requested in the Omnibus Objection without further notice or hearing.

Dated: May 1, 2013                     Respectfully submitted,
       New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to the Debtors and
Debtors in Possession*

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------- ) | |
| In re:                                          ) | Case No. 12-12020 (MG) |
|                                                 ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,        ) | Chapter 11 |
|                                                 ) | |
| Debtors.                 ) | Jointly Administered |
| ------------------------------------------------- ) | |

**DEBTORS' THIRD OMNIBUS OBJECTION**
**TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)**

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF
CLAIM.  CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES
AND CLAIMS ON <u>EXHIBIT A</u> ATTACHED TO THE PROPOSED ORDER.**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT
DEBTORS' COUNSEL, JORDAN A. WISHNEW, AT (212) 468-8000.**

---

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

Residential Capital, LLC and its affiliated debtors, in the above-captioned chapter

11 cases (the "Chapter 11 Cases"), as debtors and debtors in possession (collectively, the

"Debtors"), respectfully represent:

## RELIEF REQUESTED

1.     The Debtors file this third omnibus objection to claims (the "Third

Omnibus Claims Objection") pursuant to section 502(b) of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim filed in these Chapter 11 Cases (the "Procedures Order") [Docket

No. 3294], seeking entry of an order (the "Proposed Order"), in a form substantially similar to

that attached hereto as **Exhibit 2**, disallowing and expunging the claims listed on **Exhibit A**[1]

annexed to the Proposed Order.  In support of the Third Omnibus Claims Objection, the Debtors

submit the Declaration of Deanna Horst in Support of the Debtors' Third Omnibus Claims

Objection (the "Horst Declaration"), attached hereto as **Exhibit 1** and filed concurrently

herewith.

2.     The Debtors have examined the proofs of claim identified on **Exhibit A** to

the Proposed Order and have determined that the proofs of claim listed under the heading

"*Claims to be Disallowed and Expunged*" (collectively, the "Amended and Superseded Claims")

have been amended and superseded by at least one subsequently-filed, corresponding claim

identified under the heading "*Surviving Claims*" (collectively, the "Surviving Claims").  The

---

[1]     Claims listed on **Exhibit A** are reflected in the same manner as they appear on the claims register maintained
by KCC (defined herein).

Debtors seek the disallowance and expungement from the official claims register maintained for the Debtors in the Chapter 11 Cases of the Amended and Superseded Claims and preservation of the Debtors' right to later object to any Surviving Claim on any other basis.

3.      This Third Omnibus Claims Objection does not affect any of the Surviving Claims and does not constitute any admission or finding with respect to any of the Surviving Claims.  Further, the Debtors expressly reserve all rights to object on any other basis to any Surviving Claim and to any Amended and Superseded Claim as to which the Court does not grant the relief requested herein.

4.      No Borrower Claims (as defined in the Procedures Order) are included in this Third Omnibus Claims Objection.

## JURISDICTION

5.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## BACKGROUND

6.      On May 14, 2012, each of the Debtors filed a voluntary petition in this Court for relief under chapter 11 of the Bankruptcy Code.  The Debtors are managing and operating their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.  These Chapter 11 Cases are being jointly administered pursuant to Bankruptcy Rule 1015(b).

7.      On May 16, 2012, the United States Trustee for the Southern District of New York appointed a nine member official committee of unsecured creditors [Docket No. 102].

8.      On June 20, 2012, the Court directed that an examiner be appointed, and on July 3, 2012, the Court approved Arthur J. Gonzalez as the examiner [Docket Nos. 454, 674].

ny-1081211

9.      On July 17, 2012, the Court entered an order [Docket No. 798] appointing

Kurtzman Carson Consultants LLC ("KCC") as the notice and claims agent in these Chapter 11

Cases.   Among other things, KCC is authorized to (a) receive, maintain, and record and

otherwise administer the proofs of claim filed in these Chapter 11 Cases and (b) maintain official

claims registers for each of the Debtors.

10.      On August 29, 2012, this Court entered an order approving the Debtors'

motion to establish procedures for filing proofs of claim in the Chapter 11 Cases [Docket No.

1309] (the "Bar Date Order").   The Bar Date Order established, among other things,

(i) November 9, 2012 at 5:00 p.m. (Prevailing Eastern Time) as the deadline to file proofs of

claim by virtually all creditors against the Debtors (the "General Bar Date") and prescribing the

form and manner for filing proofs of claim; and (ii) November 30, 2012 at 5:00 p.m. (Prevailing

Eastern Time) as the deadline for governmental units to file proofs of claim (the "Governmental

Bar Date").   (Bar Date Order ¶¶ 2, 3).   On November 7, 2012, the Court entered an order

extending the General Bar Date to November 16, 2012 at 5:00 p.m. (Prevailing Eastern Time)

[Docket No. 2093].   The Governmental Bar Date was **not** extended.

11.      To date, approximately 6,839 proofs of claim have been filed in the

Chapter 11 Cases as reflected on the Debtors' claims registers.

12.      On March 21, 2013, the Court entered the Procedures Order, which

authorizes the Debtors, among other things, to file omnibus objections to no more than 150

claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and

those additional grounds set forth in the Procedures Order.

## THE AMENDED AND SUPERSEDED CLAIMS
## SHOULD BE DISALLOWED AND EXPUNGED

13.      Based upon their review of the claims filed on the claims register in these

Chapter 11 Cases maintained by KCC, the Debtors have determined that each Amended and

Superseded Claim identified on **Exhibit A** annexed to the Proposed Order has been amended and superseded by the corresponding Surviving Claim that was subsequently filed by or on behalf of the same creditor.  (See Horst Declaration ¶¶ 3, 4).

14.    A filed proof of claim is "deemed allowed, unless a party in interest . . . objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  See In re Oneida Ltd., 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); In re Adelphia Commc'ns Corp., Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); In re Rockefeller Ctr. Props., 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

15.    Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).  Claims that are amended and superseded by subsequent proofs of claim filed by the same creditor are routinely disallowed and expunged.  See, e.g., In re Enron Corp., Case No. 01 B 16034 (AJG), 2005 WL 3874285, at *1 n.1 (Bankr. S.D.N.Y. Oct. 5, 2005) (noting that "[i]n as much as the Initial Claim was amended and superseded by the Amended Claim, it was disallowed and expunged . . . ."); In re Best Payphones, Inc., Case No. 01-15472, 2002 WL 31767796, at *4, 11 (Bankr. S.D.N.Y. Dec. 11, 2002) (expunging amended, duplicative claim).

16.    The Debtors are not required to pay on the same claim more than once.  See, e.g., In re Finley, Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey, 160 B.R. 882, 894 (Bankr. S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally disallowed.").  Elimination of the Amended and Superseded Claims will also enable the Debtors to maintain a claims register that more accurately reflects the claims asserted against the Debtors.

17.     Upon reviewing the proofs of claim that are the subject of this Third Omnibus Claims Objection, the Debtors seek to disallow and expunge the Amended and Superseded Claims on the basis that such claims have been amended and superseded by at least one subsequently-filed, corresponding claim filed by the same creditor.  (See Horst Declaration ¶ 3).

18.     Accordingly, to avoid the possibility of multiple recoveries by the same creditor, the Debtors request that the Court disallow and expunge in their entirety the Amended and Superseded Claims listed on **Exhibit A** to the Proposed Order.[2]  The Surviving Claims will remain on the claims register subject to further objections on any other basis.

## NOTICE

19.     The Debtors have served notice of this Third Omnibus Claims Objection in accordance with the Case Management Procedures entered on May 23, 2012 [Docket No. 141] and the Procedures Order.  The Debtors submit that no other or further notice need be provided.

## NO PRIOR REQUEST

20.     No previous request for the relief sought herein has been made by the Debtors to this or any other court.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter an order substantially in the form of the Proposed Order granting the relief requested herein and granting such other relief as is just and proper.

---

[2]     Where a creditor has filed different documentation in support of the Amended and Superseded Claim and the Surviving Claim, the Debtors will treat all documentation filed with the claims as having been filed in support of the Surviving Claim.

5

Dated:  May 1, 2013
        New York, New York

                /s/ Norman S. Rosenbaum
                Gary S. Lee
                Norman S. Rosenbaum
                Jordan A. Wishnew
                MORRISON & FOERSTER LLP
                1290 Avenue of the Americas
                New York, New York 10104
                Telephone:  (212) 468-8000
                Facsimile:  (212) 468-7900

                *Counsel for the Debtors and*
                *Debtors in Possession*

ny-1081211

## Exhibit 1

**Horst Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ )
                                                             )
In re:                                                       )   Case No. 12-12020 (MG)
                                                             )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,                     )   Chapter 11
                                                             )
                                        Debtors.             )   Jointly Administered
                                                             )
------------------------------------------------------------ )

### DECLARATION OF DEANNA HORST IN SUPPORT OF DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

I, Deanna Horst, hereby declare as follows:

   1. I am the Senior Director of Claims Management for Residential Capital, LLC and its affiliates ("<u>ResCap</u>"), a limited liability company organized under the laws of the state of Delaware and the parent of the other debtors and debtors in possession in the above-captioned Chapter 11 Cases (collectively, the "<u>Debtors</u>").[1]  I have been employed by affiliates of ResCap for eleven years, the last ten months in my current position.  I began my association with ResCap in 2001 as the Director, Responsible Lending Manager, charged with managing the Debtors' responsible lending on-site due diligence program.  In 2002, I became the Director of Quality Asset Management, managing Client Repurchase, QA and Compliance—a position I held until 2006, at which time I became the Vice President of the Credit Risk Group, managing Correspondent and Broker approval and monitoring.  In 2011, I became the Vice President, Business Risk and Controls, and supported GMAC Mortgage, LLC and Ally Bank in this role. In my current position, I am responsible for Claims Management and Reconciliation and Client Recovery.  I am authorized to submit this declaration (the "<u>Declaration</u>") in support of the

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on <u>Exhibit 1</u> to the *Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 6], dated May 14, 2012.

*Debtors' Third Omnibus Objection to Claims (Amended and Superseded Claims)* (the "Objection").[2]

2.      Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge of the Debtors' operations and finances, information learned from my review of relevant documents and information I have received through my discussions with other members of the Debtors' management or other employees, the Debtors' professionals and consultants, and/or Kurtzman Carson Consultants LLC ("KCC"), the Debtors' notice and claims agent.  If I were called upon to testify, I could and would testify competently to the facts set forth in the Objection on that basis.

3.      In my capacity as Senior Director of Claims Management, I am intimately familiar with the Debtors' claims reconciliation process.  Except as otherwise indicated, all statements in this Declaration are based upon my familiarity with the Debtors' books and records (the "Books and Records"), the Debtors' schedules of assets and liabilities and statements of financial affairs filed in these Chapter 11 Cases (collectively, the "Schedules"), my review and reconciliation of claims, and/or my review of relevant documents.  I or my designee at my direction have reviewed and analyzed the proof of claim forms and supporting documentation, if any, filed by the claimants listed on Exhibit A to the Proposed Order.  In connection with this analysis, where applicable, the Debtors and their professional advisors have reviewed (i) information supplied or verified by personnel in departments within the Debtors' various business units, (ii) the Books and Records, (iii) the Schedules, (iv) the other filed proofs of claim, and/or (v) the official claims register maintained in the Debtors' Chapter 11 Cases.

4.      Under my supervision, considerable resources and time have been expended to ensure a high level of diligence in reviewing and reconciling the proofs of claim

---

[2]      Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Objection.

ny-1084119

filed in these Chapter 11 Cases.  Based on a thorough review of the Amended and Superseded proofs of claim at issue, whether or not the Surviving Claims specifically state on their face that they are amendments of the corresponding Amending and Superseded Claims, the Debtors have determined that each claim listed in the rows below the column entitled "Claim to be Disallowed" on Exhibit A annexed to the Proposed Order has been amended and superseded by a later-filed claim or claims by the same claimant that the Debtors have determined relate to the same subject matter.  The Debtors' examination of those Claims revealed that the Surviving Claims were filed by the same claimant, and on account of the same obligations, as that creditor's corresponding Claim previously filed with the Court and/or KCC.  If the Amended and Superseded Claims are not disallowed and expunged, the claimants who filed these Claims may receive a wholly improper recovery to the detriment of other creditors.

5.    Accordingly, based upon this review, and for the reasons set forth in the Objection, I have determined that each Amended and Superseded Claim that is the subject of the Objection should be accorded the proposed treatment described in the Objection.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 30, 2013

/s/ Deanna Horst
Deanna Horst
Senior Director of Claims Management for
Residential Capital, LLC

3

## Exhibit 2

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------

|  | ) |  |
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |

------------------------------------------------------------ )

### ORDER GRANTING DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS
### (AMENDED AND SUPERSEDED CLAIMS)

Upon the third omnibus objection to claims, dated May 1, 2013 (the "<u>Third Omnibus Claims Objection</u>"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "<u>Debtors</u>"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "<u>Procedures Order</u>"), disallowing and expunging the Amended and Superseded Claims on the basis that such claims have been amended and superseded by at least one subsequently-filed, corresponding claim, all as more fully described in the Third Omnibus Claims Objection; and it appearing that this Court has jurisdiction to consider the Third Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Third Omnibus Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Third Omnibus Claims Objection having been provided,

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Third Omnibus Claims Objection.

and it appearing that no other or further notice need be provided; upon consideration of the Third Omnibus Claims Objection and the Declaration of Deanna Horst in Support of the Debtors' Third Omnibus Objection to Claims (Amended and Superseded Claims), annexed to the Third Omnibus Claims Objection as Exhibit 1; and the Court having found and determined that the relief sought in the Third Omnibus Claims Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Third Omnibus Claims Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Third Omnibus Claims Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit A annexed hereto under the heading "Claims to be Disallowed and Expunged" (collectively, the "Amended and Superseded Claims") are disallowed and expunged; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is directed to disallow and expunge the Amended and Superseded Claims identified on the schedule attached as Exhibit A hereto so that such claims are no longer maintained on the Debtors' claims register; and it is further

ORDERED that the claims listed on Exhibit A annexed hereto under the heading "Surviving Claims" (collectively, the "Surviving Claims") will remain on the claims register, and such claims are neither allowed nor disallowed at this time; and is further

ny-1084618

ORDERED that the disallowance and expungement of the Amended and Superseded Claims does not constitute any admission or finding with respect to any of the Surviving Claims; and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Third Omnibus Claims Objection as provided therein shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any Surviving Claims, and all rights to object on any basis are expressly reserved with respect to any Surviving Claim listed on Exhibit A annexed hereto or any other claim not listed on Exhibit A; and it is further

ORDERED that this Order shall be a final order with respect to each of the Amended and Superseded Claims identified on Exhibit A, annexed hereto, as if each such Amended and Superseded Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.


Dated:_____, 2013
          New York, New York


_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

3

**Exhibit A**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRD OMNIBUS OBJECTION - AMENDED AND SUPERSEDED CLAIMS (NON-BORROWER CLAIMS)

| | | Claims to be Disallowed | | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 1 | ANTHONY KELLER LAW OFFICE PO BOX 6454 MAYAGUEZ, PR 00681 | 4962 | 11/15/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $100,000,000.00 Secured $0.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Amended / Superseded | Anthony Keller Law Office Rebecca Keller PO Box 16063 San Juan, PR 00908-6063 | 5866 | 11/19/2012 | $0.00 Administrative Priority $0.00 Administrative Secured UNLIQUIDATED Secured $0.00 Priority UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 |
| 2 | Asset Management Fund d/b/a AMF Funds AMF Intermediate Mortgage Fund AMF Ultra Short Mortgage Fund Labaton Sucharow LLP 140 Broadway New York, NY 10005 | 2647 | 11/08/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority UNLIQUIDATED General Unsecured | Residential Funding Company, LLC | 12-12019 | Amended / Superseded | Asset Management Fund d/b/a AMF Funds AMF Intermediate Mortgage Fund AMF Ultra Short Mortgage Fund Labaton Sucharow LLP 140 Broadway New York, NY 10005 | 2927 | 11/09/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority UNLIQUIDATED General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 3 | Avaya Inc c/o RMS Bankruptcy Services P.O. Box 5126 Timonium, MD 21094 | 502 | 09/17/2012 | $247,574.45 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Amended / Superseded | Avaya Inc c/o RMS Bankruptcy Services P.O. Box 5126 Timonium, MD 21094 | 6404 | 12/28/2012 | $38,230.84 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 4 | Banc of America Funding Corporation Jill Fairbrother Assistant General Counsel Global Banking & Markets Litigation Bank of America 50 Rockefeller Plaza, NY1-050-07-01 New York, NY 10020 | 2736 | 11/08/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority UNLIQUIDATED General Unsecured | Residential Funding Company, LLC | 12-12019 | Amended / Superseded | Banc of America Funding Corporation Jill Fairbrother Assistant General Counsel Global Banking & Markets Litigation Bank of America 50 Rockefeller Plaza, NY1-050-07-01 New York, NY 10020 | 5888 | 11/23/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority UNLIQUIDATED General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 5 | Bexar County David G. Aelvoet Linebarger Goggan Blair & Sampson, LLP 711 Navarro Ste 300 San Antonio, TX 78205 | 84 | 06/12/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $58,719.70 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Bexar County David G. Aelvoet Linebarger Goggan Blair & Sampson, LLP 711 Navarro Ste 300 San Antonio, TX 78205 | 5748 | 11/19/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $26,324.75 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 6 | City of Alton Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 Austin, TX 78760-7428 | 197 | 06/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $579.66 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | City of Alton Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 Austin, TX 78760-7428 | 5924 | 11/23/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $580.72 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 7 | City of El Paso David G. Aelvoet Linebarger Goggan Blair & Sampson, LLP 711 Navarro Ste 300 San Antonio, TX 78205 | 70 | 06/08/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $10,872.95 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | City of El Paso David G. Aelvoet Linebarger Goggan Blair & Sampson, LLP 711 Navarro Ste 300 San Antonio, TX 78205 | 5765 | 11/19/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $12,878.54 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 8 | City of El Paso David G. Aelvoet Linebarger Goggan Blair & Sampson, LLP 711 Navarro Ste 300 San Antonio, TX 78205 | 176 | 06/26/2012 | $0.00 Administrative Priority $0.00 Administrative Secured UNLIQUIDATED Secured $0.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Amended / Superseded | City of El Paso David G. Aelvoet Linebarger Goggan Blair & Sampson, LLP 711 Navarro Ste 300 San Antonio, TX 78205 | 5761 | 11/19/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $3,280.99 Secured $0.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 9 | City of Elsa Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 Austin, TX 78760-7428 | 200 | 06/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $1,769.66 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | City of Elsa Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 Austin, TX 78760-7428 | 5926 | 11/23/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $1,767.75 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRD OMNIBUS OBJECTION - AMENDED AND SUPERSEDED CLAIMS (NON-BORROWER CLAIMS)

| | | | Claims to be Disallowed | | | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 10 | City of McAllen Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 Austin, TX 78760-7428 | 192 | 06/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $420.82 Secured $0.00 Priority $0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | Amended / Superseded | City of McAllen Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 Austin, TX 78760-7428 | 5921 | 11/23/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $420.82 Secured $0.00 Priority $0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 11 | City of Memphis Elizabeth Weller Linebarger Goggan Blair & Sampson, LLP 2323 Bryan Street, Ste 1600 Dallas, TX 75201 | 58 | 06/04/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $1,401.29 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | City of Memphis Elizabeth Weller Linebarger Goggan Blair & Sampson, LLP 2323 Bryan Street, Ste 1600 Dallas, TX 75201 | 1207 | 10/15/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $1,463.68 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 12 | City of Memphis Elizabeth Weller Linebarger Goggan Blair & Sampson, LLP 2323 Bryan Street, Ste 1600 Dallas, TX 75201 | 92 | 06/14/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $7,518.29 Secured $0.00 Priority $0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | Amended / Superseded | City of Memphis Elizabeth Weller Linebarger Goggan Blair & Sampson, LLP 2323 Bryan Street, Ste 1600 Dallas, TX 75201 | 1227 | 10/15/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $3,188.17 Secured $0.00 Priority $0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 13 | City of Memphis Elizabeth Weller Linebarger Goggan Blair & Sampson, LLP 2323 Bryan Street, Ste 1600 Dallas, TX 75201 | 1227 | 10/15/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $3,188.17 Secured $0.00 Priority $0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | Amended / Superseded | City of Memphis Elizabeth Weller Linebarger Goggan Blair & Sampson, LLP 2323 Bryan Street, Ste 1600 Dallas, TX 75201 | 4890 | 11/16/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $3,215.23 Secured $0.00 Priority $0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 14 | City of San Juan Diane W. Sanders Linebarger Goggan Blair & Sampson LLP P.O. Box 17428 Austin, TX 78760-7428 | 179 | 06/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $483.91 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | City of San Juan Diane W. Sanders Linebarger Goggan Blair & Sampson LLP P.O. Box 17428 Austin, TX 78760-7428 | 5937 | 11/23/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $500.11 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 15 | Commonwealth of Massachusetts (through the Office of the Attorney General) Justin Lowe, AAG Office of the Attorney General One Ashburton Place Boston, MA 02108 | 5783 | 11/19/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Commonwealth of Massachusetts (through the Office of the Attorney General) Justin Lowe Office of the Attorney General One Ashburton Place Boston, MA 02108 | 6025 | 11/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 16 | Cypress - Fairbanks ISD John P. Dillman Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston, TX 77253-3064 | 41 | 05/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $5,696.38 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Cypress - Fairbanks ISD John P. Dillman Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston, TX 77253-3064 | 5818 | 11/19/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $6,045.35 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 17 | Cypress - Fairbanks ISD John P. Dillman Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston, TX 77253-3064 | 42 | 05/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $3,468.71 Secured $0.00 Priority $0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | Amended / Superseded | Cypress - Fairbanks ISD John P. Dillman Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston, TX 77253-3064 | 5827 | 11/19/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $3,415.91 Secured $0.00 Priority $0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 18 | Dallas County Elizabeth Weller Linebarger Goggan Blair & Sampson, LLP 2323 Bryan Street, Ste 1600 Dallas, TX 75201 | 28 | 05/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $11,498.52 Secured $0.00 Priority $0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | Amended / Superseded | Dallas County Elizabeth Weller Linebarger Goggan Blair & Sampson, LLP 2323 Bryan Street, Ste 1600 Dallas, TX 75201 | 4891 | 11/16/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $11,531.91 Secured $0.00 Priority $0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRD OMNIBUS OBJECTION - AMENDED AND SUPERSEDED CLAIMS (NON-BORROWER CLAIMS)

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Claims to be Disallowed | | | | | | Surviving Claims | | | | | | |
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 19 | DIVISION OF WATER PO BOX 94540 CLEVELAND, OH 44101 | 975 | 10/05/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $532.16 General Unsecured | Homecomings Financial, LLC | 12-12042 | Amended / Superseded | DIVISION OF WATER PO BOX 94540 CLEVELAND, OH 44101 | 1053 | 10/09/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $532.16 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 20 | Durbin Crossing Community Development District c/o Michael C. Eckert, Esq. Hopping Green & Sams, P.A. 119 S Monroe Street, Suite 300 Tallahassee, FL 32301 | 2084 | 11/01/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $6,025,138.49 Secured $0.00 Priority $0.00 General Unsecured | DOA Properties IX (Lots-Other), LLC | 12-12023 | Amended / Superseded | Durbin Crossing Community Development District c/o Michael C. Eckert, Esq., Hopping Green & Sams, P.A. 119 S Monroe St Ste 300 Tallahassee, FL 32301 | 2085 | 11/01/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $6,025,138.49 Secured $0.00 Priority $0.00 General Unsecured | DOA Properties IX (Lots-Other), LLC | 12-12023 |
| 21 | ECTOR CAD DAVID G. AELVOET LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 711 NAVARRO STE 300 SAN ANTONIO, TX 78205 | 174 | 06/26/2012 | $0.00 Administrative Priority $0.00 Administrative Secured UNLIQUIDATED Secured $0.00 Priority $0.00 General Unsecured | Homecomings Financial, LLC | 12-12042 | Amended / Superseded | ECTOR CAD DAVID G. AELVOET LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 711 NAVARRO STE 300 SAN ANTONIO, TX 78205 | 5777 | 11/19/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $9,686.94 Secured $0.00 Priority $0.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 22 | Edcouch - Elsa ISD Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 Austin, TX 78760-7428 | 202 | 06/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $2,060.03 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Edcouch - Elsa ISD Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 Austin, TX 78760-7428 | 5925 | 11/23/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $2,246.30 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 23 | European Capital Partners Inc. 8280 Florence Ave Suite 205 Downey, CA 90041 | 5293 | 11/16/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $1,223,221.89 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | European Capital Partners Inc. 8280 Florence Ave Suite 205 Downey, CA 90041 | 5415 | 11/16/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $1,223,221.89 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 24 | Falls County Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 Austin, TX 78760-7428 | 181 | 06/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $17.08 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Falls County Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 Austin, TX 78760-7428 | 5927 | 11/23/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $17.31 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 25 | Fort Bend County John P. Dillman Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston , TX 77253-3064 | 32 | 05/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $2,865.11 Secured $0.00 Priority $0.00 General Unsecured | PATI Real Estate Holdings, LLC | 12-12047 | Amended / Superseded | Fort Bend County John P. Dillman Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston, TX 77253-3064 | 5740 | 11/19/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $1,637.73 Secured $0.00 Priority $0.00 General Unsecured | PATI Real Estate Holdings, LLC | 12-12047 |
| 26 | Fort Bend County John P. Dillman Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston , TX 77253-3064 | 39 | 05/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $6,750.51 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Fort Bend County John P. Dillman Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston, TX 77253-3064 | 5820 | 11/19/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $1,598.26 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 27 | Fort Bend County John P. Dillman Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston , TX 77253-3064 | 44 | 05/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $450.06 Secured $0.00 Priority $0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | Amended / Superseded | Fort Bend County John P. Dillman Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston, TX 77253-3064 | 5821 | 11/19/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $535.70 Secured $0.00 Priority $0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRD OMNIBUS OBJECTION - AMENDED AND SUPERSEDED CLAIMS (NON-BORROWER CLAIMS)

| | | | Claims to be Disallowed | | | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 28 | Fulton County Tax Commissioner 141 Pryor St Suite 1113 Atlanta, GA 30303 | 1934 | 10/30/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $9,128.01 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Fulton County Tax Commissioner 141 Pryor St Suite 1115 Atlanta, GA 30303 | 2890 | 11/09/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $6,404.69 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 29 | Galveston County John P. Dillman Linebarger Goggan Blair & Sampson LLP P.O. Box 3064 Houston, TX 77253-3064 | 35 | 05/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $7,480.15 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Galveston County John P. Dillman Linebarger Goggan Blair & Sampson LLP P.O. Box 3064 Houston, TX 77253-3064 | 5822 | 11/19/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $8,189.22 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 30 | Harris County, et al John P. Dillman Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston, TX 77253-3064 | 30 | 05/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $6,931.50 Secured $0.00 Priority $0.00 General Unsecured | Residential Funding Real Estate Holdings, LLC | 12-12062 | Amended / Superseded | Harris County, et al John P. Dillman Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston, TX 77253-3064 | 5739 | 11/19/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $2,090.90 Secured $0.00 Priority $0.00 General Unsecured | Residential Funding Real Estate Holdings, LLC | 12-12062 |
| 31 | Harris County, et al John P. Dillman Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston, TX 77253-3064 | 33 | 05/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $588.24 Secured $0.00 Priority $0.00 General Unsecured | Homecomings Financial, LLC | 12-12042 | Amended / Superseded | Harris County, et al John P. Dillman Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston, TX 77253-3064 | 5733 | 11/19/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $587.97 Secured $0.00 Priority $0.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 32 | Harris County, et al John P. Dillman Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston, TX 77253-3064 | 36 | 05/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $48,174.48 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Harris County, et al John P. Dillman Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston, TX 77253-3064 | 5819 | 11/19/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $33,243.60 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 33 | Harris County, et al John P. Dillman Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston, TX 77253-3064 | 40 | 05/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $9,445.09 Secured $0.00 Priority $0.00 General Unsecured | GMAC Model Home Finance I, LLC | 12-12030 | Amended / Superseded | Harris County, et al John P. Dillman Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston, TX 77253-3064 | 5826 | 11/19/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $7,423.51 Secured $0.00 Priority $0.00 General Unsecured | GMAC Model Home Finance I, LLC | 12-12030 |
| 34 | Harris County, et al John P. Dillman Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston, TX 77253-3064 | 43 | 05/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $4,497.33 Secured $0.00 Priority $0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | Amended / Superseded | Harris County, et al John P. Dillman Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston, TX 77253-3064 | 5825 | 11/19/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $1,923.26 Secured $0.00 Priority $0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 35 | Hernando County Tax Collector 20 N Main St Room 112 Brooksville, FL 34601-2892 | 137 | 06/18/2012 | $0.00 Administrative Priority $0.00 Administrative Secured UNLIQUIDATED Secured $0.00 Priority $0.00 General Unsecured | EPRE LLC | 12-12024 | Amended / Superseded | Hernando County Tax Collector 20 N Main St Room 112 Brooksville, FL 34601-2892 | 314 | 07/19/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $0.00 General Unsecured | EPRE LLC | 12-12024 |
| 36 | Hidalgo Co ESD # 02 Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 Austin, TX 78760-7428 | 201 | 06/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $60.06 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Hidalgo Co ESD # 02 Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 Austin, TX 78760-7428 | 5928 | 11/23/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $64.46 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRD OMNIBUS OBJECTION - AMENDED AND SUPERSEDED CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Claims to be Disallowed** | | | | | | | **Surviving Claims** | | | | | |
| 37 | Hidalgo County<br>John T. Banks<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>3301 Northland Drive Suite 505<br>Austin, TX 78731 | 80 | 06/11/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$5,695.69 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Hidalgo County<br>John T. Banks<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>3301 Northland Drive Suite 505<br>Austin, TX 78731 | 6322 | 12/04/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,637.70 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 38 | Hidalgo County<br>John T. Banks<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>3301 Northland Drive Suite 505<br>Austin, TX 78731 | 81 | 06/11/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,443.22 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | Amended / Superseded | Hidalgo County<br>John T. Banks<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>3301 Northland Drive Suite 505<br>Austin, TX 78731 | 6320 | 12/04/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$648.84 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 39 | Hunt County<br>Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Ste 1600<br>Dallas, TX 75201 | 686 | 09/24/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$542.04 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Hunt County<br>Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Ste 1600<br>Dallas, TX 75201 | 4880 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$38,718.22 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 40 | Judson ISD<br>David G. Aelvoet<br>Linebarger Goggan Blair & Sampson, LLP<br>711 Navarro Ste 300<br>San Antonio, TX 78205 | 85 | 06/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,114.69 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Judson ISD<br>David G. Aelvoet<br>Linebarger Goggan Blair & Sampson, LLP<br>711 Navarro Ste 300<br>San Antonio, TX 78205 | 5780 | 11/19/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,055.78 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 41 | LA JOYA ISD<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | 185 | 06/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$900.20 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | LA JOYA ISD<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | 5929 | 11/23/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$927.06 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 42 | Limestone County<br>Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | 196 | 06/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$847.68 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Limestone County<br>Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | 5930 | 11/23/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,024.87 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 43 | McAllen Independent School District<br>John T. Banks<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>3301 Northland Drive Suite 505<br>Austin, TX 78731 | 78 | 06/11/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$2,534.80 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | Amended / Superseded | McAllen Independent School District<br>John T. Banks<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>3301 Northland Drive Suite 505<br>Austin, TX 78731 | 6323 | 12/04/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,136.68 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 44 | Merrill Lynch Mortgage Investors, Inc.<br>Jill Fairbrother Assistant General Counsel<br>Global Banking & Markets Litigation<br>Bank of America<br>50 Rockefeller Plaza, NY1-050-07-01<br>New York, NY 10020 | 2737 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Funding Company, LLC | 12-12019 | Amended / Superseded | Merrill Lynch Mortgage Investors, Inc.<br>Jill Fairbrother Assistant General Counsel<br>Global Banking & Markets Litigation<br>Bank of America<br>50 Rockefeller Plaza, NY1-050-07-01<br>New York, NY 10020 | 5890 | 11/23/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRD OMNIBUS OBJECTION - AMENDED AND SUPERSEDED CLAIMS (NON-BORROWER CLAIMS)

| | | Claims to be Disallowed | | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 45 | Merrill Lynch Mortgage Lending, Inc. Jill Fairbrother Assistant General Counsel Global Banking & Markets Litigation Bank of America 50 Rockefeller Plaza, NY1-050-07-01 New York, NY 10020 | 2738 | 11/08/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority UNLIQUIDATED General Unsecured | Residential Funding Company, LLC | 12-12019 | Amended / Superseded | Merrill Lynch Mortgage Lending, Inc. Jill Fairbrother Assistant General Counsel Global Banking & Markets Litigation Bank of America 50 Rockefeller Plaza, NY1-050-07-01 New York, NY 10020 | 5889 | 11/23/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority UNLIQUIDATED General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 46 | Mission CISD Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 Austin, TX 78760-7428 | 188 | 06/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $791.82 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Mission CISD Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 Austin, TX 78760-7428 | 5931 | 11/23/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $793.88 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 47 | Montgomery County John P. Dillman Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston, TX 77253-3064 | 37 | 05/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $26,780.82 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Montgomery County John P. Dillman Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston, TX 77253-3064 | 5824 | 11/19/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $4,114.88 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 48 | Montgomery County John P. Dillman Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston, TX 77253-3064 | 45 | 05/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $8,985.97 Secured $0.00 Priority $0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | Amended / Superseded | Montgomery County John P. Dillman Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston, TX 77253-3064 | 5828 | 11/19/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $4,205.02 Secured $0.00 Priority $0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 49 | New York State Department of Taxation & Finance Bankruptcy Section PO Box 5300 Albany, NY 12205-0300 | 223 | 07/02/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $151.82 Priority $521.67 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | New York State Department of Taxation and Finance Bankruptcy Section PO Box 5300 Albany, NY 12205-0300 | 6436 | 01/22/2013 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $151.82 Priority $1,121.67 General Unsecured | Residential Capital, LLC | 12-12020 |
| 50 | New York State Department of Taxation and Finance Bankruptcy Section PO Box 5300 Albany, NY 12205-0300 | 64 | 06/06/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $12.61 Priority $100.00 General Unsecured | Residential Capital, LLC | 12-12020 | Amended / Superseded | New York State Department of Taxation and Finance Bankruptcy Section PO Box 5300 Albany, NY 12205-0300 | 6436 | 01/22/2013 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $151.82 Priority $1,121.67 General Unsecured | Residential Capital, LLC | 12-12020 |
| 51 | Northwest ISD Elizabeth Weller Linebarger Goggan Blair & Sampson, LLP 2323 Bryan Street, Ste 1600 Dallas, TX 75201 | 687 | 09/24/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $12,120.76 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Northwest ISD Elizabeth Weller Linebarger Goggan Blair & Sampson, LLP 2323 Bryan Street, Ste 1600 Dallas, TX 75201 | 4881 | 11/16/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $11,914.10 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 52 | Nueces County Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 Austin, TX 78760-7428 | 191 | 06/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $22,931.14 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Nueces County Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 Austin, TX 78760-7428 | 5918 | 11/23/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $1,475.00 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 53 | ORANGE COUNTY TREASURER-TAX COLLECTOR ATTN BANKRUPTCY UNIT P.O. BOX 1438 SANTA ANA, CA 92702 | 175 | 06/26/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $18,684.12 Secured $37,073.58 Priority $221.24 General Unsecured | Residential Capital, LLC | 12-12020 | Amended / Superseded | ORANGE COUNTY TREASURER-TAX COLLECTOR ATTN BANKRUPTCY UNIT P.O. BOX 1438 SANTA ANA, CA 92702 | 5881 | 11/23/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $520.37 Secured $18.70 Priority $4,162.86 General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRD OMNIBUS OBJECTION - AMENDED AND SUPERSEDED CLAIMS (NON-BORROWER CLAIMS)

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Claims to be Disallowed | | | | | | Surviving Claims | | | | | |
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 54 | Pharr - San Juan - Alamo ISD Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 Austin, TX 78760-7428 | 178 | 06/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $890.51 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Pharr - San Juan - Alamo ISD Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 Austin, TX 78760-7428 | 5932 | 11/23/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $920.31 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 55 | Prodigus Opportunity Fund, LLC 402 Macy Dr Rosewell, GA 30076-6353 | 103 | 06/15/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $1,366,567.28 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Prodigus Opportunity Fund, LLC 402 Macy Dr Rosewell, GA 30076-6353 | 2520 | 11/06/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $1,401,964.43 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 56 | Prodigus Opportunity Fund, LLC 402 Macy Dr Rosewell, GA 30076-6353 | 2575 | 11/06/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $1,366,567.28 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Prodigus Opportunity Fund, LLC 402 Macy Dr Rosewell, GA 30076-6353 | 2520 | 11/06/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $1,401,964.43 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 57 | Rio Grande City CISD Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 Austin, TX 78760-7428 | 284 | 07/17/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $899.98 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Rio Grande City CISD Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 Austin, TX 78760-7428 | 5933 | 11/23/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $111.80 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 58 | Round Rock ISD Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 Austin, TX 78760-7428 | 187 | 06/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $3,139.99 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Round Rock ISD Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 Austin, TX 78760-7428 | 5936 | 11/23/2012 | $0.00 Administrative Priority $0.00 Administrative Secured W/D Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 59 | Seminole County Tax Collector Ray Valdes 1101 East First Street PO Box 630 Sanford, FL 32772 | 157 | 06/22/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $1,954.67 Secured $0.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Amended / Superseded | Seminole County Tax Collector Ray Valdes 1101 East First Street PO Box 630 Sanford, FL 32772 | 6438 | 01/18/2013 | $0.00 Administrative Priority $0.00 Administrative Secured $1,832.57 Secured $0.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 60 | Seminole County Tax Collector Ray Valdes 1101 East First Street PO Box 630 Sanford, FL 32772 | 158 | 06/22/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $1,536.31 Secured $0.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Amended / Superseded | Seminole County Tax Collector Ray Valdes 1101 East First Street PO Box 630 Sanford, FL 32772 | 6437 | 01/18/2013 | $0.00 Administrative Priority $0.00 Administrative Secured $1,938.93 Secured $0.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 61 | Shabbir A. Khan, San Joaquin County Tax Collector P.O. Box 2169 Stockton, CA 95201-2169 | 2205 | 11/05/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $200,066.90 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Shabbir A. Khan, San Joaquin County Tax Collector P.O. Box 2169 Stockton, CA 95201-2169 | 6447 | 02/07/2013 | $0.00 Administrative Priority $0.00 Administrative Secured $215,483.70 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 62 | Sharyland ISD Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 Austin, TX 78760-7428 | 180 | 06/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $5,936.10 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Sharyland ISD Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 Austin, TX 78760-7428 | 5938 | 11/23/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $6,666.42 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRD OMNIBUS OBJECTION - AMENDED AND SUPERSEDED CLAIMS (NON-BORROWER CLAIMS)

| | | | Claims to be Disallowed | | | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 63 | South Texas College, Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 | 189 | 06/29/2012 | $0.00 Administrative Priority / $0.00 Administrative Secured / $1,795.07 Secured / $0.00 Priority / $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | South Texas College, Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 | 5917 | 11/23/2012 | $0.00 Administrative Priority / $0.00 Administrative Secured / $1,441.65 Secured / $0.00 Priority / $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 64 | South Texas College, Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 | 195 | 06/29/2012 | $0.00 Administrative Priority / $0.00 Administrative Secured / $147.04 Secured / $0.00 Priority / $0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | Amended / Superseded | South Texas College, Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 | 5920 | 11/23/2012 | $0.00 Administrative Priority / $0.00 Administrative Secured / $147.04 Secured / $0.00 Priority / $0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 65 | South Texas ISD, Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 | 184 | 06/29/2012 | $0.00 Administrative Priority / $0.00 Administrative Secured / $586.05 Secured / $0.00 Priority / $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | South Texas ISD, Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 | 5922 | 11/23/2012 | $0.00 Administrative Priority / $0.00 Administrative Secured / $470.67 Secured / $0.00 Priority / $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 66 | South Texas ISD, Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 | 194 | 06/29/2012 | $0.00 Administrative Priority / $0.00 Administrative Secured / $48.00 Secured / $0.00 Priority / $0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | Amended / Superseded | South Texas ISD, Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 | 5915 | 11/23/2012 | $0.00 Administrative Priority / $0.00 Administrative Secured / $48.00 Secured / $0.00 Priority / $0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 67 | State of New York Department of Labor, Unemployment Insurance Division, Governor W. Averell Harriman State Office Building Campus, Building 12, Room 256, Albany, NY 12240 | 363 | 07/30/2012 | $0.00 Administrative Priority / $0.00 Administrative Secured / $0.00 Secured / $208.33 Priority / $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | State of New York Department of Labor, Unemployment Insurance Division, Governor W. Averell Harriman State Office Building Campus, Building 12, Room 256, Albany, NY 12240 | 6342 | 12/10/2012 | $0.00 Administrative Priority / $0.00 Administrative Secured / $0.00 Secured / $265.69 Priority / $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 68 | Susan Marie Gray, Attorney at Law, 22255 Center Ridge Road, Suite 201, Rocky River, OH 44116 | 2453 | 11/06/2012 | $0.00 Administrative Priority / $0.00 Administrative Secured / $0.00 Secured / $0.00 Priority / $122,481.59 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Susan Marie Gray, Attorney at Law, 22255 Center Ridge Road, Suite 201, Rocky River, OH 44116 | 4758 | 11/14/2012 | $0.00 Administrative Priority / $0.00 Administrative Secured / $0.00 Secured / $0.00 Priority / $122,481.59 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 69 | Susan Marie Gray, Attorney at Law, 22255 Center Ridge Road, Suite 201, Rocky River, OH 44116 | 2456 | 11/06/2012 | $0.00 Administrative Priority / $0.00 Administrative Secured / $0.00 Secured / $0.00 Priority / $122,481.59 General Unsecured | Homecomings Financial, LLC | 12-12042 | Amended / Superseded | Susan Marie Gray, Attorney at Law, 22255 Center Ridge Road, Suite 201, Rocky River, OH 44116 | 4757 | 11/14/2012 | $0.00 Administrative Priority / $0.00 Administrative Secured / $0.00 Secured / $0.00 Priority / $122,481.59 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 70 | Susan Marie Gray, Attorney at Law, 22255 Center Ridge Road, Suite 201, Rocky River, OH 44116 | 3954 | 11/09/2012 | $0.00 Administrative Priority / $0.00 Administrative Secured / $0.00 Secured / $0.00 Priority / $122,481.59 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Susan Marie Gray, Attorney at Law, 22255 Center Ridge Road, Suite 201, Rocky River, OH 44116 | 4758 | 11/14/2012 | $0.00 Administrative Priority / $0.00 Administrative Secured / $0.00 Secured / $0.00 Priority / $122,481.59 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 71 | Susan Marie Gray, Attorney at Law, 22255 Center Ridge Road, Suite 201, Rocky River, OH 44116 | 4084 | 11/09/2012 | $0.00 Administrative Priority / $0.00 Administrative Secured / $0.00 Secured / $0.00 Priority / $122,481.59 General Unsecured | Homecomings Financial, LLC | 12-12042 | Amended / Superseded | Susan Marie Gray, Attorney at Law, 22255 Center Ridge Road, Suite 201, Rocky River, OH 44116 | 4757 | 11/14/2012 | $0.00 Administrative Priority / $0.00 Administrative Secured / $0.00 Secured / $0.00 Priority / $122,481.59 General Unsecured | Homecomings Financial, LLC | 12-12042 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRD OMNIBUS OBJECTION - AMENDED AND SUPERSEDED CLAIMS (NON-BORROWER CLAIMS)

| | | | Claims to be Disallowed | | | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 72 | Tarrant County Elizabeth Weller Linebarger Goggan Blair & Sampson, LLP 2323 Bryan Street, Ste 1600 Dallas, TX 75201 | 26 | 05/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $45,404.60 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Tarrant County Elizabeth Weller Linebarger Goggan Blair & Sampson, LLP 2323 Bryan Street, Ste 1600 Dallas, TX 75201 | 5809 | 11/20/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $9,077.94 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 73 | Tarrant County Elizabeth Weller Linebarger Goggan Blair & Sampson, LLP 2323 Bryan Street, Ste 1600 Dallas, TX 75201 | 60 | 06/04/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $3,416.01 Secured $0.00 Priority $0.00 General Unsecured | Homecomings Financial, LLC | 12-12042 | Amended / Superseded | Tarrant County Elizabeth Weller Linebarger Goggan Blair & Sampson, LLP 2323 Bryan Street, Ste 1600 Dallas, TX 75201 | 4889 | 11/16/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $2,916.19 Secured $0.00 Priority $0.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 74 | Texas Comptroller of Public Accounts Office of the Attorney General Bankruptcy - Collections Division P.O. Box 12548 Austin, TX 78711-2548 | 390 | 08/13/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $500,000.00 Priority $0.00 General Unsecured | GMACR Mortgage Products, LLC | 12-12037 | Amended / Superseded | Texas Comptroller of Public Accounts Office of the Attorney General Bankruptcy - Collections Division P.O. Box 12548 Austin, TX 78711-2548 | 6098 | 11/30/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $1,617,207.41 Priority $0.00 General Unsecured | GMACR Mortgage Products, LLC | 12-12037 |
| 75 | Texas Comptroller of Public Accounts Office of the Attorney General Bankruptcy - Collections Division P.O. Box 12548 Austin, TX 78711-2548 | 391 | 08/13/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $500,000.00 Priority $0.00 General Unsecured | Homecomings Financial, LLC | 12-12042 | Amended / Superseded | Texas Comptroller of Public Accounts Office of the Attorney General Bankruptcy - Collections Division P.O. Box 12548 Austin, TX 78711-2548 | 6099 | 11/30/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $1,617,207.41 Priority $0.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 76 | Texas Comptroller of Public Accounts Office of the Attorney General Bankruptcy - Collections Division P.O. Box 12548 Austin, TX 78711-2548 | 394 | 08/13/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $500,000.00 Priority $0.00 General Unsecured | RFC Construction Funding, LLC | 99-12069 | Amended / Superseded | Texas Comptroller of Public Accounts Office of the Attorney General Bankruptcy - Collections Division P.O. Box 12548 Austin, TX 78711-2548 | 6104 | 11/30/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $1,617,207.41 Priority $0.00 General Unsecured | RFC Construction Funding, LLC | 99-12069 |
| 77 | Texas Comptroller of Public Accounts Office of the Attorney General Bankruptcy - Collections Division P.O. Box 12548 Austin, TX 78711-2548 | 395 | 08/13/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $500,000.00 Priority $0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | Amended / Superseded | Texas Comptroller of Public Accounts Office of the Attorney General Bankruptcy - Collections Division P.O. Box 12548 Austin, TX 78711-2548 | 6103 | 11/30/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $1,617,207.41 Priority $0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 78 | Texas Comptroller of Public Accounts Office of the Attorney General Bankruptcy - Collections Division P.O. Box 12548 Austin, TX 78711-2548 | 396 | 08/13/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $500,000.00 Priority $0.00 General Unsecured | Residential Consumer Services of Texas, LLC | 12-12057 | Amended / Superseded | Texas Comptroller of Public Accounts Office of the Attorney General Bankruptcy - Collections Division P.O. Box 12548 Austin, TX 78711-2548 | 6102 | 11/30/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $1,617,207.41 Priority $0.00 General Unsecured | Residential Consumer Services of Texas, LLC | 12-12057 |
| 79 | Texas Comptroller of Public Accounts Office of the Attorney General Bankruptcy - Collections Division P.O. Box 12548 Austin, TX 78711-2548 | 397 | 08/13/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $500,000.00 Priority $0.00 General Unsecured | PATI Real Estate Holdings, LLC | 12-12047 | Amended / Superseded | Texas Comptroller of Public Accounts Office of the Attorney General Bankruptcy - Collections Division P.O. Box 12548 Austin, TX 78711-2548 | 6101 | 11/30/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $1,617,207.41 Priority $0.00 General Unsecured | PATI Real Estate Holdings, LLC | 12-12047 |
| 80 | Texas Comptroller of Public Accounts Office of the Attorney General Bankruptcy - Collections Division P.O. Box 12548 Austin, TX 78711-2548 | 398 | 08/13/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $500,000.00 Priority $0.00 General Unsecured | DOA Properties IX (Lots-Other), LLC | 12-12023 | Amended / Superseded | Texas Comptroller of Public Accounts Office of the Attorney General Bankruptcy - Collections Division P.O. Box 12548 Austin, TX 78711-2548 | 6095 | 11/30/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $1,617,207.41 Priority $0.00 General Unsecured | DOA Properties IX (Lots-Other), LLC | 12-12023 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRD OMNIBUS OBJECTION - AMENDED AND SUPERSEDED CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Claims to be Disallowed | | | | | | | Surviving Claims | | |
| 81 | Texas Comptroller of Public Accounts<br>Office of the Attorney General<br>Bankruptcy - Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | 399 | 08/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$500,000.00 Priority<br>$0.00 General Unsecured | Executive Trustee Services, LLC | 12-12028 | Amended / Superseded | Texas Comptroller of Public Accounts<br>Office of the Attorney General<br>Bankruptcy - Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | 6096 | 11/30/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$1,617,207.41 Priority<br>$0.00 General Unsecured | Executive Trustee Services, LLC | 12-12028 |
| 82 | Texas Comptroller of Public Accounts<br>Office of the Attorney General<br>Bankruptcy - Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | 400 | 08/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$500,000.00 Priority<br>$0.00 General Unsecured | Ladue Associates, Inc. | 12-12043 | Amended / Superseded | Texas Comptroller of Public Accounts<br>Office of the Attorney General<br>Bankruptcy - Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | 6100 | 11/30/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$1,617,207.41 Priority<br>$0.00 General Unsecured | Ladue Associates, Inc. | 12-12043 |
| 83 | Texas Comptroller of Public Accounts<br>Office of the Attorney General<br>Bankruptcy - Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | 402 | 08/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$500,000.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Texas Comptroller of Public Accounts<br>Office of the Attorney General<br>Bankruptcy - Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | 6097 | 11/30/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$1,617,207.41 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 84 | Thomas C. Melzer<br>c/o Lloyd A. Palans, Esq.<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | 4440 | 11/12/2012 | UNLIQUIDATED Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Amended / Superseded | Thomas C. Melzer<br>c/o Lloyd A. Palans, Esq.<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | 6401 | 12/27/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>UNLIQUIDATED Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 85 | Thomas Jacob<br>c/o Lloyd A. Palans, Esq.<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | 4441 | 11/12/2012 | UNLIQUIDATED Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Amended / Superseded | Thomas Jacob<br>c/o Lloyd A. Palans, Esq.<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | 6400 | 12/27/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>UNLIQUIDATED Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 86 | TW Telecom Inc.<br>10475 Park Meadows Drive<br>Littleton, CO 80124 | 73 | 06/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$7,854.15 General Unsecured | Residential Capital, LLC | 12-12020 | Amended / Superseded | TW Telecom Inc.<br>10475 Park Meadows Drive<br>Littleton, CO 80124 | 6428 | 01/14/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$23,908.35 General Unsecured | Residential Capital, LLC | 12-12020 |
| 87 | TW Telecom Inc.<br>10475 Park Meadows Drive<br>Littleton, CO 80124 | 215 | 06/28/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$13,395.53 General Unsecured | Residential Capital, LLC | 12-12020 | Amended / Superseded | TW Telecom Inc.<br>10475 Park Meadows Drive<br>Littleton, CO 80124 | 6428 | 01/14/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$23,908.35 General Unsecured | Residential Capital, LLC | 12-12020 |
| 88 | West Virginia State Auditors Office,<br>Glen B. Gainer, Auditor<br>G Russall Rollyson WVSAO<br>Capitol Complex, Bldg. 1, Rm-W-100<br>Charleston, WV 25305 | 549 | 09/18/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$1,429.97 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Amended / Superseded | West Virginia State Auditors Office<br>G Russall Rollyson WVSAO<br>Capitol Complex Bldg 1 Rm W-100<br>Charleston, WV 25305 | 1150 | 10/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$6,907.30 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 89 | Wise CAD<br>Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Ste 1600<br>Dallas, TX 75201 | 117 | 06/22/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$3,455.75 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Wise CAD<br>Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Ste 1600<br>Dallas, TX 75201 | 4879 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,489.77 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRD OMNIBUS OBJECTION - AMENDED AND SUPERSEDED CLAIMS (NON-BORROWER CLAIMS)

| | Claims to be Disallowed | | | | | | | Surviving Claims | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 90 | Wise CAD<br>Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Ste 1600<br>Dallas, TX 75201 | 118 | 06/22/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$742.04 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | PATI Real Estate Holdings, LLC | 12-12047 | Amended / Superseded | Wise CAD<br>Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Ste 1600<br>Dallas, TX 75201 | 4884 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$729.17 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | PATI Real Estate Holdings, LLC | 12-12047 |
| 91 | Wise County<br>Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Ste 1600<br>Dallas, TX 75201 | 116 | 06/22/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$243.30 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | PATI Real Estate Holdings, LLC | 12-12047 | Amended / Superseded | Wise County<br>Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Ste 1600<br>Dallas, TX 75201 | 4885 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$238.40 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | PATI Real Estate Holdings, LLC | 12-12047 |
| 92 | Wise County<br>Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Ste 1600<br>Dallas, TX 75201 | 119 | 06/22/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,318.28 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Amended / Superseded | Wise County<br>Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Ste 1600<br>Dallas, TX 75201 | 4883 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,568.13 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |