**Presentment Date and Time: May 9, 2013 at 12:00 p.m. (ET)**
**Objection Deadline: May 8, 2013 at 4:00 p.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Erica J. Richards

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ———————————————————— ) | |
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ———————————————————— ) | |

**NOTICE OF PRESENTMENT OF STIPULATION AND ORDER**
**MODIFYING THE AUTOMATIC STAY WITH RESPECT**
**TO GARCIA WRONGFUL FORECLOSURE ACTION**

**PLEASE TAKE NOTICE** that the undersigned will present the attached proposed

*Stipulation and Order Modifying the Automatic Stay with Respect to Garcia Wrongful*

*Foreclosure Action* (the "**Stipulation and Order**"), to the Honorable Martin Glenn, United

States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New

York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green,

New York, New York 10004, Room 501, for signature on **May 9, 2013 at 12:00 p.m.**

**(Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Stipulation and

Order must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the

Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case

Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No.

141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing

system, and be served, so as to be received no later than **May 8, 2013 at 4:00 p.m. (Prevailing**

**Eastern Time)**, upon (a) counsel for the Debtors, Morrison & Foerster LLP, 1290 Avenue of the

Americas, New York, NY 10104 (Attention:  Norman S. Rosenbaum, Esq., and Erica J.

Richards, Esq.); (b) the Office of the United States Trustee for the Southern District of New

York, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attention:  Tracy Hope Davis,

Esq. Linda A. Riffkin, Esq. and Brian S. Masumoto, Esq.); (c) the Office of the United States

Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC

20530-0001 (Attention:  US Attorney General, Eric H. Holder, Jr. , Esq.); (d)  Office of the New

York State Attorney General, The Capitol, Albany, NY 12224-0341 (Attention:  Nancy Lord,

Esq. and Enid N. Stuart, Esq.); (e) Office of the U.S. Attorney for the Southern District of New

York, One St. Andrews Plaza, New York, NY 10007 (Attention:  Joseph N. Cordaro, Esq.);

(f) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY

10022 (Attention:  Richard M. Cieri, Esq.); (g) counsel to Barclays Bank PLC, as administrative

agent for the DIP lenders, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New

York, NY 10036 (Attention:  Ken Ziman, Esq. & Jonathan H. Hofer, Esq.); (h) counsel for the

committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the

Americas, New York, NY 10036 (Attention:  Kenneth Eckstein, Esq. & Greg Horowitz, Esq.);

(i) counsel for Ocwen Loan Servicing, LLC, Clifford Chance US LLP, 31 West 52nd Street,

New York, NY 10019 (Attention:  Jennifer C. DeMarco, Esq. and Adam Lesman, Esq.);

(j) counsel for Berkshire Hathaway Inc., Munger, Tolles & Olson LLP, 355 South Grand

Avenue, Los Angeles, CA 90071 (Attention:  Thomas Walper, Esq. and Seth Goldman, Esq.);

(k) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight

mail, to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); (l) Securities

and Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400,

New York, NY 10281-1022 (Attention: George S. Canellos, Regional Director); and (m) Sapna

Gupta, Esq., Pantano & Gupta, LLC, 136 Madison Avenue, Floor 6, New York, NY 10016.

     **PLEASE TAKE FURTHER NOTICE** that, if no objections to the Stipulation and

Order are timely filed, served and received in accordance with this Notice, the Court may enter

the Order without further notice or hearing.

Dated: May 2, 2013                              Respectfully submitted,
      New York, New York

                                                    */s/ Norman S. Rosenbaum*
                                                    Gary S. Lee
                                                    Norman S. Rosenbaum
                                                    Erica J. Richards
                                                    MORRISON & FOERSTER LLP
                                                    1290 Avenue of the Americas
                                                    New York, New York 10104
                                                    Telephone: (212) 468-8000
                                                    Facsimile: (212) 468-7900

                                                    *Counsel for the Debtors and*
                                                    *Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## STIPULATION AND ORDER MODIFYING THE AUTOMATIC STAY WITH RESPECT TO GARCIA WRONGFUL FORECLOSURE ACTION

This Stipulation and Order (the "Stipulation and Order") is made and entered into by, between and among GMAC Mortgage, LLC ("GMAC Mortgage") and John Garcia and Maria Garcia (together, "Plaintiffs"), and, together with GMAC Mortgage, the "Parties" and each, a "Party"), by their respective undersigned counsel.

**WHEREAS:**

A.      On May 14, 2012 (the "Petition Date"), each of the debtors in the above-captioned chapter 11 cases (collectively, the "Debtors"), including GMAC Mortgage, filed a voluntary petition in this Court for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

B.      The Debtors are managing and operating their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

C.      On July 13, 2012, the Court entered the *Final Supplemental Order Under Bankruptcy Code Sections 105(a), 362, 363, 502, 1107(a), and 1108 and Bankruptcy Rule 9019 (I) Authorizing the Debtors to Continue Implementing Loss Mitigation Programs; (II) Approving Procedures for Compromise and Settlement of Certain Claims, Litigations and Causes of Action; (III) Granting Limited Stay Relief to Permit Foreclosure and Eviction Proceedings, Borrower*

*Bankruptcy Cases, and Title Disputes to Proceed; and (IV) Authorizing and Directing the
Debtors to Pay Securitization Trustee Fees and Expenses* [Docket No. 774].

      D.     On May 16, 2006, Movants obtained a loan (the "Loan") secured by a first deed
of trust from GreenPoint Mortgage Funding, Inc. in the amount of $327,000 against the property
located at 80636 Jasmine Lane, Indio, California 92201 (the "Property"), which Loan was
serviced by GMAC Mortgage.

      E.     On December 27, 2012, Executive Trustee Services, acting as agent for GMAC
Mortgage, conducted a trustee's sale of the Property (the "Foreclosure"), pursuant to which the
Property reverted to GMAC Mortgage.

      F.     On or about January 30, 2013, Plaintiffs filed a complaint (the "Complaint")
commencing an action (the "Wrongful Foreclosure Action") against GMAC Mortgage and
various unspecified defendants in Superior Court of the State of California, County of Riverside
(the "California State Court"), captioned *John Garcia & Maria Garcia vs. GMAC Mortgage,
LLC and Does 1-100,* (Case No. INC1300675), asserting claims for:  (I) Fraud and Deceit,
(II) Quiet Title and Set Aside Wrongful Foreclosure, (III) Cancellation of Trustee's Sale,
(IV) Cancellation of Trustee's Deed Upon Sale, (V) Wrongful Foreclosure in Violation of
California Civil Code Sections 2923.5, 2923.6 and 2923.7, (VI) Promissory Estoppel,
(VII) Negligence, (VIII) Negligent Misrepresentation and (IX) Violation of Business and
Professions Code Section 17200, et seq.

      G.     On April 2, 2013, Plaintiffs filed the Motion for Relief from Stay [Docket No.
3341] (the "Motion for Stay Relief"), pursuant to which Plaintiffs sought relief from the
automatic stay imposed by section 362(a) of Bankruptcy Code in order to prosecute the
Wrongful Foreclosure Action.

ny-1087537

H.      In view of the equitable relief requested in the Wrongful Foreclosure Action,
GMAC Mortgage has conferred with Plaintiffs and has agreed to a limited modification of the
automatic stay pursuant to the terms and subject to the conditions set forth in this stipulation and
order (the "Stipulation and Order").

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and
among the Parties, as follows:

**AGREEMENT**:

1.      Upon entry of this Stipulation and Order by the Court, the automatic stay imposed
by section 362 of the Bankruptcy Code shall, to the extent applicable, be modified solely for the
limited purpose of permitting Plaintiffs to prosecute any equitable claims asserted in the
Wrongful Foreclosure Action to the extent such claims constitute defenses to the Foreclosure,
but Plaintiffs shall not be permitted to prosecute any monetary claims against the Debtors.

2.      Upon entry of this Stipulation and Order by the Court, Plaintiffs shall be deemed
to have withdrawn the Motion for Stay Relief.

3.      Plaintiffs hereby waive any right to assert any monetary claim or file a proof of
claim arising from or relating to pre-petition claims against the Debtors and the Debtors' chapter
11 estates.

4.      Except as provided in paragraph 1 hereof, the provisions of the automatic stay,
including, without limitation, those provisions prohibiting execution, enforcement or collection
of any judgment that may be obtained against the Debtors and/or assets or property of the
Debtors' estates (as defined in section 541 of the Bankruptcy Code) shall remain in full force and
effect, and Plaintiffs, together with their respective agents, attorneys, or representatives, shall not

take any action to execute, enforce or collect all of or any portion of any such judgment from the Debtors or its estates or properties.

5.    This Stipulation and Order shall not become effective unless and until it is entered by the Bankruptcy Court.

6.    This Stipulation and Order may not be modified other than by a signed writing executed by the Parties hereto or by further order of the Bankruptcy Court.

7.    This Stipulation and Order is the entire agreement between the Parties in respect of the subject matter hereof.

8.    Each person who executes this Stipulation and Order on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation and Order on behalf of such Party.

9.    This Stipulation and Order may be executed in multiple counterparts, each of which shall be deemed an original but all of which when taken together shall constitute one and the same instrument.

10.    The 14-day stay period under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived and this Stipulation and Order shall be immediately effective upon its entry.

11.    The Court shall retain jurisdiction to resolve all disputes relating to the implementation of this Stipulation and Order.

4

Dated: May 1, 2013
      New York, New York

GMAC MORTGAGE, LLC

Gary S. Lee
Norman S. Rosenbaum
Erica J. Richards
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel for GMAC Mortgage, LLC*

JOHN GARCIA AND MARIA GARCIA

Sapna Gupta, Esq.
Pantano & Gupta, LLC
136 Madison Avenue, Floor 6
New York, New York 10016
Telephone:  (212) 208-1438
Facsimile:  (646) 430-8965

*Counsel for John Garcia and Maria Garcia*

APPROVED AND SO ORDERED

this ____ day of May, 2013 in New York

THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

5

ny-1087537