ELECTRONICALLY FILED
10/18/2012 3:42 PM
CV-2009-902322.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

# IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
# BIRMINGHAM DIVISION

| | |
|---|---|
| GMAC MORTGAGE LLC, successor by reason of merger with GMAC Mortgage Corporation, </br></br>    Plaintiff, </br>v. </br></br>DERRIUS E. SILMON </br>GARY SILMON </br>EVA SILMON </br></br>    Defendants/Counter-Plaintiffs, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   CASE NO.:  CV-2009-902322 |

## NOTICE OF STIPULATION AND CONSENT ORDER

Plaintiff/Counterclaim Defendant and debtor GMAC Mortgage, LLC files this Notice of Stipulation and Consent Order, alerting the Court to the *Stipulation and Consent Order Regarding Relief from Automatic Stay to Allow State Court Action to Proceed* ("Stipulation and Consent Order") entered on October 18, 2012 by the Hon. Martin Glenn, United States Bankruptcy Judge, in *In re: Residential Capital, LLC, et. al.*, Case No. 12-12020, United States Bankruptcy Court, Southern District of New York.  A copy of the *Stipulation and Consent Order* is attached as Exhibit A.

Pursuant to the *Stipulation and Consent Order*, the October 22, 2012 hearing on GMAC's pending motion for summary judgment is allowed to proceed.

1

Respectfully submitted this 18th day of October, 2012

        s/ Jon H. Patterson
Jon H. Patterson (PAT066)
Blake B. Goodsell (GOO054)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
(205) 521-8000
(205) 521-8800 Fax
jpatterson@babc.com
bgoodsell@babc.com

*ATTORNEYS FOR PLAINTIFF/COUNTERCLAIM DEFENDANT GMAC MORTGAGE, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed via Alacourt on October 18, 2012 and a copy shall be sent to the undersigned via Alacourt e-file system:

Rhonda Steadman Hood, Esq.
Kenneth Lay, Esq.
Wooten, Hood & Lay, LLC
1117 22nd Street South
Suite 101
Birmingham, AL 35205

        s/ Jon H. Patterson
        OF COUNSEL