Thomas R. Fawkes, Esq.
Devon J. Eggert, Esq.
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone:  312.360.6000
Facsimile:   312.360.6520
tfawkes@freebornpeters.com
deggert@freebornpeters.com

*Counsel for Mercer (US) Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------
                                                        )
In re:                                                  )    Case No. 12-12020 (MG)
                                                        )
RESIDENTIAL CAPITAL, LLC, et al.,      )    Chapter 11
                                                        )
                   Debtors.                        )    Jointly Administered
-------------------------------------------------------

## CERTIFICATE OF SERVICE

     I, Devon J. Eggert, hereby certify that on May 3, 2013, I caused a copy of the *Third Supplemental Declaration of John Dempsey in Support of Debtors' Application for Entry of an Order Authorizing Employment and Retention of Mercer (US) Inc.* to be filed with the Court and served via ECF on all registered filers and also upon the following parties by the manner listed.

                                                /s/ Devon J. Eggert

## SERVICE LIST

**VIA FIRST CLASS MAIL**

Morrison & Foerster LLP
Attn: Larren M. Nashelsky, Gary S. Lee and Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104
*Counsel for the Debtors*

Office of the United States Trustee
Attn: Tracy Hope Davis, Linda A. Riffkin, and Brian S. Masumoto
33 Whitehall Street, 21st Floor
New York, NY 10004
*United States Trustee*

Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein and Douglas H. Mannal
1177 Avenue of the Americas
New York, NY 10036
*Counsel for the Creditors' Committee*