**Hearing Date:        June 12, 2013 at 10:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
James A. Newton

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| JULIO SOLANO, | ) | Adv. Case No. 13-01255 (MG) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GMAC MORTGAGE, LLC et. al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF (I) ADJOURNMENT OF HEARINGS ON (A) MOTION OF CREDITOR
JULIO SOLANO FOR ORDER PURSUANT TO SECTION 362(d) OF THE
BANKRUPTCY CODE, BANKRUPTCY RULE 4001 AND LOCAL BANKRUPTCY
RULE 4001-1 MODIFYING THE AUTOMATIC STAY TO ALLOW CONTINUATION
OF PRE-PETITION LITIGATION AND (B) MOTION TO EXTEND TIME FOR JULIO
SOLANO TO FILE PROOF OF CLAIM TO JUNE 12, 2013 AT 10:00 A.M. AND
(II) ABEYANCE OF ADVERSARY PROCEEDING PENDING CONTINUED HEARING**

**PLEASE TAKE NOTICE** that the *Motion of Creditor Julio Solano for Order Pursuant*

*to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule*

*4001-1 Modifying the Automatic Stay to Allow Continuation of Pre-Petition Litigation* [Docket No. 2604] (the "Stay Relief Motion"), and the *Motion to Extend Time for Julio Solano to File Proof of Claim* [Docket No. 2935] (the "Extension Motion", and together with the Stay Relief Motion, the "Motions"), previously scheduled to be heard on April 30, 2013 at 10:00 a.m. (Prevailing Eastern Time), have been adjourned to **June 12, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that on the record at the April 30, 2013 omnibus hearing in the above-captioned chapter 11 cases, the Court held in abeyance each of the Motions, as well as all proceedings in the above-captioned adversary proceeding until subsequent to the June 12, 2013 continued hearing on the Motions.

Dated: May 6, 2013                         Respectfully submitted,
      New York, New York

                                               /s/ Norman S. Rosenbaum
                                             Gary S. Lee
                                             Norman S. Rosenbaum
                                             James A. Newton
                                             MORRISON & FOERSTER LLP
                                             1290 Avenue of the Americas
                                             New York, New York 10104
                                             Telephone: (212) 468-8000
                                             Facsimile: (212) 468-7900

                                             *Counsel for the Debtors and Debtors in Possession*