# Exhibit 6

MINUTES of a Special Meeting of the Board of Residential Capital, LLC ("ResCap" or the "Company"), held by teleconference on January 27, 2011, at 1:00 p.m. (Eastern).

PRESENT:           Steven M. Abreu
Thomas F. Marano
Pamela E. West
James N. Young

constituting a quorum of the Board.  Mr. Edward F. Smith III joined the meeting in progress.

Invited guests in attendance were Tammy Hamzehpour and Cathy L. Quenneville.  Invited guests in attendance for a portion of the meeting were Robert L. Burdick, Adam D. Glassner, Timothy Kitt, Gerald A. Lombardo, Amanda Norton, Joseph A. Pensabene III, Joseph B. Ruhlin, and William R. Thompson.  Invited advisors in attendance for a portion of the meeting were Jack C. Auspitz, Lawrence Gerschwer, Joel C. Haimes, and Jonathan C. Rothberg from Morrison & Foerster LLP ("MoFo").

The Chairman, Mr. Marano, presided and the Secretary, Ms. Quenneville, recorded.

_Minutes_

The minutes of Board meetings held on October 5, 2010, November 5, 2010, December 7, 2010, and December 22, 2010, which had been previously distributed to the members of the Board, were presented for approval.  Mr. Marano requested that approval of the minutes be deferred to allow additional time for review.  The Board had no objection and it was agreed that the action to approve outstanding meeting minutes will be taken by written consent of the Board.

REDACTED

1

CONFIDENTIAL      RC40018417

REDACTED

2

CONFIDENTIAL

RC40018418

REDACTED

3

CONFIDENTIAL

RC40018419

REDACTED

**4**

CONFIDENTIAL                                    RC40018420

REDACTED

CONFIDENTIAL

REDACTED

## ADJOURNMENT

There being no further business to come before the Board, the meeting was adjourned at 4:05 p.m.  The charts presented at this meeting are on file with the Secretary.

DATED January 27, 2011.

Secretary

6

CONFIDENTIAL

RC40018422