MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Jamie A. Levitt
Todd M. Goren

*Counsel for the Debtors and
Debtors in Possession*


**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------  )
                                                              )
In re:                                                        )    Case No. 12-12020 (MG)
                                                              )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,                      )    Chapter 11
                                                              )
                                         Debtors.             )    Jointly Administered
                                                              )
------------------------------------------------------------  )

**AMENDED[1] PROPOSED AGENDA FOR MATTERS SCHEDULED
<u>TO BE HEARD ON MAY 7, 2013 AT 10:00 A.M. (EST)</u>**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.**        **<u>CONTESTED MATTERS</u>**

**1.**        Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 3412]

         **<u>Related Documents</u>**:

         **a.**        Notice of Presentment of the Application of Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 107(b) and Rule 9018 of the Federal Rules of Bankruptcy Procedure to File the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the

---

[1] Amended items appear in **bold**.

Committee to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates Under Seal [Docket No. 3411]

**b.**     Notice of Adjournment of Hearing and Extension of Objection Deadline on Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 3489]

**c.**     Notice of Filing of Partially Unredacted Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 3564]

**d.**     **Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 107(b) and Rule 9018 of the Federal Rules of Bankruptcy Procedure to File the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates Under Seal [Docket No. 3596]**

**Responses**:

**a.**     Debtors' Statement in Response to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 3559]

**b.**     Ally Financial Inc.'s Limited Objection And Response To The Motion Of The Official Committee Of Unsecured Creditors For Entry Of An Order Authorizing The Committee To Prosecute And Settle Certain Claims On Behalf Of The Debtors Estates [Docket No. 3560]

**c.**     Limited Objection to Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 3561]

**d.**     Omnibus Objection of the Ad Hoc Group of Junior Secured Noteholders to (I) the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates and (II) the Motion of Wilmington Trust, National Association, Solely in Its Capacity as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC for an Order Authorizing it to Prosecute Claims and Other Causes of Action on Behalf of the Residential Capital, LLC Estate [Docket No. 3563]

      e.                **Debtors' Supplemental Statement in Response to the Objections of (I) Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes and (II) The Ad Hoc Group of Junior Secured Noteholders to the Motion of the Official Committee of Unsecured Noteholders for Entry of an Order Authorizing the Committee to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 3605]**

**Replies**:

      a.                **Omnibus Reply of the Official Committee of Unsecured Creditors to Objections to Its Motion for Entry of an Order Authorizing the Committee to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 3599]**

      **Status**:      The hearing on this matter will be going forward.

**2.**      Debtors' Motion for the Entry of an Order Further Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 3485]

**Related Documents**:

      a.                Bridge Order Further Extending the Exclusive Period During Which Only the Debtors May File a Chapter 11 Plan [Docket No. 3440]

      b.                Declaration of Lewis Kruger in Support of Debtors' Motion for the Entry of an Order Further Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 3486]

      c.                Declaration of Reid Snellenbarger in Support of Ad Hoc Group's Objection to Debtors' Motion for the Entry of an Order Further Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 3554] *(filed under seal)*

      d.                Notice of Presentment of the Application of the Ad Hoc Group of Junior Secured Noteholders Pursuant to Section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Case Management Order for an Order Authorizing It to File the Snellenbarger Declaration Under Seal [Docket No. 3555]

      e.                **Supplemental Declaration of Lewis Kruger in Support of Debtors' Motion for the Entry of an Order Further Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 3594]**

      f.                **Declaration of William J. Nolan in Support of Debtors' Motion for the Entry of an Order Further Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 3595]**

      **g.**        **Declaration of Reid Snellenbarger in Support of Ad Hoc Group's Objection to Debtors' Motion for the Entry of an Order Further Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 3597]**

**Responses**:

**a.**      Objection of Wendy Alison Nora to Debtors' Motion to Extend Plan Filing Exclusivity Period [Docket No. 3551]

**b.**      Objection of the Ad Hoc Group of Junior Secured Noteholders to Debtors' Motion for the Entry of an Order Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 3553]

**c.**      Response to Debtors' Motion for the Entry of an Order Further Extending Their Exclusive Period to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 3568]

**d.**      Statement of the Official Committee of Unsecured Creditors with Respect to the Debtors' Motion for the Entry of an Order Further Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 3569]

**Replies**:

**a.**      **Debtors' Omnibus Reply to Responses to Debtors' Motion for the Entry of an Order Further Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 3593]**

**Status**:      The hearing on this matter will be going forward.

Dated: May 6, 2013       /s/ Gary S. Lee  
      New York, New York     Gary S. Lee  
                             Lorenzo Marinuzzi  
                             Jamie A. Levitt  
                             Todd M. Goren  
                             MORRISON & FOERSTER LLP  
                             1290 Avenue of the Americas  
                             New York, New York 10104  
                             Telephone: (212) 468-8000  
                             Facsimile: (212) 468-7900  

                             *Counsel for the Debtors and Debtors in Possession*