UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>　　　　　　　　　　Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**DECLARATION OF ANTHONY PRINCI IN SUPPORT OF DEBTORS' MOTION
IN LIMINE TO STRIKE THE OBJECTION AND EXCLUDE THE EVIDENCE
OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN
<u>OPPOSITION TO THE RMBS TRUST SETTLEMENT</u>**

　　　　I, ANTHONY PRINCI, declare:

　　　　1.　　　　I am a member of the Bar of the State of New York and admitted to practice before this Court. I am an attorney at the law firm Morrison & Foerster LLP, counsel for Residential Capital, LLC and its affiliated debtors and debtors-in-possession.

　　　　2.　　　　I submit this declaration in support of Debtors' Motion in Limine to Strike the Objection and Exclude the Evidence of the Official Committee of Unsecured Creditors in Opposition to the RMBS Trust Settlement.

　　　　3.　　　　Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Transcript of Hearing, *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y.), dated June 25, 2012.

　　　　4.　　　　Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the Transcript of Hearing, *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y.), dated September 19, 2012.

ny-1089319

5.  Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the Transcript of Hearing, *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y.), dated March 5, 2013.

6.  Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the Transcript of Hearing, *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y.), dated October 10, 2012.

7.  Attached hereto as Exhibit 5 is what appears to be a letter from Winston Wohr, Managing Director of Financial Guaranty Insurance Company to U.S. Bank National Association ("U.S. Bank"), dated May 25, 2012.

8.  Attached hereto as Exhibit 6 is what appears to be three letters from David Glehan, Managing Director of MBIA to U.S. Bank, each dated July 23, 2012.

Dated: New York, NY  
May 6, 2013

MORRISON & FOERSTER LLP

By: /s/ Anthony Princi  
Anthony Princi  
1290 Avenue of the Americas  
New York, NY 10104-0050  
212.468.8000

2

ny-1089319