# EXHIBIT 1

1

```
 1
 2  UNITED STATES BANKRUPTCY COURT
 3  SOUTHERN DISTRICT OF NEW YORK
 4  Case No. 12-12020-mg
 5  - - - - - - - - - - - - - - - - - - - - -x
 6  In the Matter of:
 7
 8  RESIDENTIAL CAPITAL, LLC, ET AL.,
 9
10          Debtors.
11
12  - - - - - - - - - - - - - - - - - - - - -x
13
14          United States Bankruptcy Court
15          One Bowling Green
16          New York, New York
17
18          June 25, 2012
19          11:17 AM
20
21  B E F O R E:
22  HON. MARTIN GLENN
23  U.S. BANKRUPTCY JUDGE
24
25
```

1   perhaps, but --
2           THE COURT:  Then don't tell me they don't have the
3   authority.
4           MR. ELLENBERG:  No, the trustees have the authority,
5   but the people who entered into a settlement agreement don't.
6           THE COURT:  No.  Okay, fine.  I understand that.
7           MR. ELLENBERG:  Okay, but, Your Honor -- and the
8   people who sign the plan support agreements don't have
9   authority to vote on the plan.  And yet, this is being put on
10  the schedule and pushed forward.
11          THE COURT:  I think you're overstating your position.
12  Why don't you restrict yourself to the MBIA issues.
13          MR. ELLENBERG:  The MBIA issues, Your Honor, is that
14  notwithstanding the great deal of knowledge we have about our
15  own claims, what we don't understand is the settlement.
16          THE COURT:  Is what?
17          MR. ELLENBERG:  Is the settlement.  We don't
18  understand the extent to which it affects claims that we're
19  asserting either directly or by way of subrogation.
20          THE COURT:  What discovery do you need to figure that
21  out?
22          MR. ELLENBERG:  Well, Your Honor, we've read the
23  agreement, and it's quite opaque.  It's quite opaque on any
24  number of points.
25          THE COURT:  Have you sat down with the debtors'

CERTIFICATION

I, Sharona Shapiro, certify that the foregoing transcript is a true and accurate record of the proceedings.

*Sharona Shapiro*

SHARONA SHAPIRO

AAERT Certified Electronic Transcriber CET**D-492

eScribers

700 West 192nd Street, Suite #607

New York, NY 10040

Date:   June 26, 2012