# EXHIBIT 2

```
                                                                          1
 1
 2    UNITED STATES BANKRUPTCY COURT
 3    SOUTHERN DISTRICT OF NEW YORK
 4    Case No. 12-12020-mg
 5    - - - - - - - - - - - - - - - - - - - - - - -x
 6    In the Matter of:
 7
 8    RESIDENTIAL CAPITAL, LLC, et al.,
 9
10               Debtors.
11
12    - - - - - - - - - - - - - - - - - - - - - - -x
13
14               United States Bankruptcy Court
15               One Bowling Green
16               New York, New York
17
18               September 19, 2012
19               10:10 AM
20
21
22    B E F O R E:
23    HON. MARTIN GLENN
24    U.S. BANKRUPTCY JUDGE
25
```

|   |   |
|---|---|
| | **RESIDENTIAL CAPITAL, LLC, ET AL.**  69 |
| 1 | MR. ECKSTEIN: I'm getting to that, Your Honor. But I |
| 2 | was just responding to the fact that somehow we sat on our |
| 3 | hands. We didn't sit on our hands. This issue was -- |
| 4 | THE COURT: Do I take it from the fact that you're |
| 5 | pressing for discovery about the negotiations that you've |
| 6 | concluded that the amount of the proposed settlement is not |
| 7 | fair, reasonable, and in the best interests of the debtors' |
| 8 | estate? |
| 9 | MR. ECKSTEIN: No. At this point, we have not made |
| 10 | that conclusion, Your Honor. We are pressing with the |
| 11 | discovery at this point in time, because we concluded that time |
| 12 | was running out. The September 24th cutoff for discovery is in |
| 13 | place, and we concluded, at the end of October (sic) that we |
| 14 | could not wait any longer, and we had to serve the discovery |
| 15 | requests so that there was ample -- |
| 16 | THE COURT: You concluded at the end of August that -- |
| 17 | MR. ECKSTEIN: End of August that we needed to serve |
| 18 | formal discovery requests so that we can conclude this by the |
| 19 | end of September. I thought that was the responsible thing to |
| 20 | do. |
| 21 | THE COURT: Have you taken any depositions at all? |
| 22 | MR. ECKSTEIN: No, we have not. We have not -- Your |
| 23 | Honor let's -- to cut through a lot of discussions today. The |
| 24 | reality is, we have minimal -- right now, notwithstanding all |
| 25 | the documents, all the comments, we have minimal substantive |

147

# CERTIFICATION

I, Zipporah Geralnik, certify that the foregoing transcript is a true and accurate record of the proceedings.



ZIPPORAH GERALNIK

AAERT Certified Electronic Transcriber CET**D 489

eScribers

700 West 192nd Street, Suite #607

New York, NY 10040

Date:  September 20, 2012

Digitally signed by eScribers LLC
DN: cn=eScribers LLC gn=eScribers LLC
c=United States l=US o=eScribers
ou=eScribers e=operations@escribers.net
Reason: I attest to the accuracy and
integrity of this document
Location:
Date: 2012-09-20 15:48-04:00