# EXHIBIT 4

```
                                                                    1
 1
 2    UNITED STATES BANKRUPTCY COURT
 3    SOUTHERN DISTRICT OF NEW YORK
 4    Case No. 12-12020-mg
 5    - - - - - - - - - - - - - - - - - - - - - -x
 6    In the Matter of:
 7
 8    RESIDENTIAL CAPITAL, LLC, et al.,
 9
10                Debtors.
11
12    - - - - - - - - - - - - - - - - - - - - - -x
13
14                United States Bankruptcy Court
15                One Bowling Green
16                New York, New York
17
18                October 10, 2012
19                10:04 AM
20
21    B E F O R E:
22    HON. MARTIN GLENN
23    U.S. BANKRUPTCY JUDGE
24
25
```

RESIDENTIAL CAPITAL, LLC, ET AL. 39

1  MR. BENTLEY: I'm prepared to give you our best
2  estimate today, Your Honor. I would make one caveat at the
3  outset, and that is, with respect to fact witnesses in
4  particular, and also expert witnesses to some degree, we will
5  certainly have a clearer sense after we've taken depositions.
6      But with that caveat, which I'm sure the Court
7  understands, let me break our case into a few pieces. We'll be
8  cross-examining the debtors' three experts. We'll be cross-
9  examining the debtors' six fact witnesses. And we'll be
10 putting on fact witnesses of our own, at --
11     THE COURT: Well, when you say cross-examining the
12 debtors' six fact witnesses, has the debtor indicated it's
13 going to call -- it's putting in declarations from six fact
14 witnesses?
15     MR. BENTLEY: Well, Mr. Princi said at the last
16 hearing, I guess last week -- we're losing track of time
17 here -- that his current estimation, while he can't say for
18 sure, because it's early --
19     THE COURT: All right.
20     MR. BENTLEY: -- is that he'll put on six fact
21 witnesses.
22     THE COURT: Okay.
23     MR. BENTLEY: So we're cross-examining those. And
24 then finally, we're going to have at least one fact witness of
25 our own, maybe -- I can't speak for other objectors. The

**RESIDENTIAL CAPITAL, LLC, ET AL.**                                    40

1  committee's current expectation is we'll have at least one
2  adverse fact witness that we'll put on.
3        So to take those in turn --
4        THE COURT: It sounds like you've made the
5  determination you're opposing?
6        MR. BENTLEY: Actually, Your Honor, I'm glad you
7  raised that point, because let me say to the Court what I've
8  said to the other side many times. All of these discussions --
9  we have not yet made that decision. And in fact, we're meeting
10 with Ms. Patrick and her partner Bob Madden this Friday to have
11 a face-to-face sit-down about the merits.
12       Our experts are -- the debtors don't believe us when
13 we say this -- our experts are not anywhere near done.
14       THE COURT: Okay. Go ahead. I'll --
15       MR. BENTLEY: So we have not reached a decision. But
16 I would say, Your Honor, for purposes of discussion of this --
17       THE COURT: And you have what, three experts?
18       MR. BENTLEY: -- we have to assume that we'll be
19 opposing. We have three experts. It may be less, Your Honor.
20 That's still up in the air.
21       THE COURT: But you'll put in written testimony. But
22 I expect you'll have redirect examination that you'll want of
23 your own witnesses?
24       MR. BENTLEY: Yes, Your Honor. And that will probably
25 be significant, because we think Your Honor will want to hear

132

C E R T I F I C A T I O N

I, Penina Wolicki, certify that the foregoing transcript is a true and accurate record of the proceedings.

*Penina Wolicki*

PENINA WOLICKI

AAERT Certified Electronic Transcriber CET**D-569

eScribers

700 West 192nd Street, Suite #607

New York, NY 10040

Date:   October 11, 2012

Digitally signed by eScribers LLC
DN: cn=eScribers LLC gn=eScribers LLC
c=United States l=US o=eScribers
ou=eScribers e=operations@escribers.net
Reason: I attest to the accuracy and
Integrity of this document
Location:
Date: 2012-10-11 10:39-04:00