**Hearing Date: May 23, 2013 at 10:00 a.m. (prevailing Eastern Time)**
**Objection Deadline: May 13, 2013 at 5:00 p.m. (prevailing Eastern Time)**

Richard L. Wynne
Howard F. Sidman
JONES DAY
222 East 41st Street
New York, NY 10017.6702
Telephone:    212-326-3939
Facsimile:    212-755-7306

Carl E. Black
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114.1190
Telephone:    216-586-3939
Facsimile:    216-579-0212

Attorneys for Creditor
FINANCIAL GUARANTY INSURANCE COMPANY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

---

**JOINDER OF FINANCIAL GUARANTY INSURANCE COMPANY IN
SUPPORT OF MOTIONS IN LIMINE OF THE OFFICIAL
<u>COMMITTEE OF UNSECURED CREDITORS</u>**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

  Financial Guaranty Insurance Company ("FGIC"), the plaintiff in twelve lawsuits filed against several of the above-captioned debtors (collectively, the "Debtors") and their non-debtor affiliates, a creditor of the Debtors with claims in excess of $1.8 billion, an objector to the Debtors' RMBS Settlement Motion, and a member of the Official Committee of Unsecured Creditors (the "Committee")[1], hereby submits this joinder in support of (1) Motion of the Official Committee of Unsecured Creditors to Preclude the Proposed Trial Testimony of Talcott J. Franklin [Docket No. 3610]; (2) Motion of the Official Committee of Unsecured Creditors to Preclude the Testimony of James Whitlinger [Docket No. 3611]; (3) Motion in Limine of the Official Committee of Unsecured Creditors to Preclude the Expert Testimony of Jeffrey A. Lipps in Connection with the Debtors' Motion for Approval of the RMBS Trust Settlement Agreements [Docket No. 3612]; and (4) Motion of the Official Committee of Unsecured Creditors to Preclude Timothy Devine from Testifying About Any of the Matters as to Which Discovery from Him has Been Blocked Based on a Claim of Privilege [Docket No. 3617] (the "Motions").  For its joinder to the Motions, FGIC respectfully represents as follows:

  1. FGIC hereby joins in and supports the Motions. FGIC reserves the right to amend, supplement, alter, or modify this joinder, and FGIC reserves all rights to be heard before the United States Bankruptcy Court, Southern District of New York with respect to the Motions.

  2. For the reasons set forth in the Motions, FGIC supports the entry of orders as requested in the Motions, and requests that any relief granted be applicable to FGIC.

---

[1] This joinder is filed by FGIC on its own behalf and not on behalf of the Committee or any of its other members.

Dated: May 6, 2013

/s/ Richard L. Wynne
Richard L. Wynne
Howard F. Sidman
JONES DAY
222 East 41st Street
New York, NY  10017.6702
Telephone:	212-326-3939
Facsimile:	212-755-7306

Carl E. Black
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114.1190
Telephone:	216-586-3939
Facsimile:	216-579-0212

*Attorneys for Creditor*
*Financial Guaranty Insurance Company*