Presentment Date and Time: May 14, 2013 at 12:00 p.m. (ET)
Objection Deadline: May 13, 2013 at 4:00 p.m. (ET)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Meryl L. Rothchild

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF PRESENTMENT OF STIPULATION AND CONSENT
ORDER RESOLVING THE MOTION OF MARC COMBS AND
MYSCHELLE COMBS FOR RELIEF FROM STAY**

**PLEASE TAKE NOTICE** that the undersigned will present the attached proposed *Stipulation and Consent Order Resolving the Motion of Marc Combs and Myschelle Combs for Relief from Stay* (the "**Stipulation and Order**"), to the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, Room 501, for signature on **May 14, 2013 at 12:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Stipulation and Order must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the

ny-1089412                                1

Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **May 13, 2013 at 4:00 p.m. (Prevailing Eastern Time)**, upon (a) counsel for the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attention: Gary S. Lee, Esq., Norman S. Rosenbaum, Esq. and Meryl L. Rothchild, Esq.); (b) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attention: Tracy Hope Davis, Esq. Linda A. Riffkin, Esq. and Brian S. Masumoto, Esq.); (c) the Office of the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attention: US Attorney General, Eric H. Holder, Jr. , Esq.); (d) Office of the New York State Attorney General, The Capitol, Albany, NY 12224-0341 (Attention: Nancy Lord, Esq. and Enid N. Stuart, Esq.); (e) Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007 (Attention: Joseph N. Cordaro, Esq.); (f) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attention: Richard M. Cieri, Esq.); (g) counsel to Barclays Bank PLC, as administrative agent for the DIP lenders, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036 (Attention: Ken Ziman, Esq. & Jonathan H. Hofer, Esq.); (h) counsel for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attention: Kenneth Eckstein, Esq. & Greg Horowitz, Esq.); (i) counsel for Ocwen Loan Servicing, LLC, Clifford Chance US LLP, 31 West 52nd Street, New York, NY 10019 (Attention: Jennifer C. DeMarco, Esq. and Adam Lesman, Esq.); (j) counsel for Berkshire Hathaway Inc., Munger, Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, CA 90071 (Attention: Thomas Walper, Esq. and Seth Goldman, Esq.); (k) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-

7346 (if by overnight mail, to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); (l) Securities and Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New York, NY 10281-1022 (Attention: George S. Canellos, Regional Director); (m) counsel to Marc and Myschelle Combs, Brian McCaffrey, Esq., 88-18 Sutphin Boulevard, 1st Floor, Jamaica, NY 11435; and (n) special counsel to the Committee, SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, NY 11753 (Attention: Ronald J. Friedman).

**PLEASE TAKE FURTHER NOTICE** that, if no objections to the Stipulation and Order are timely filed, served and received in accordance with this Notice, the Court may enter the Order without further notice or hearing.

Dated: May 6, 2013  
       New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum  
Gary S. Lee  
Norman S. Rosenbaum  
Meryl L. Rothchild  
MORRISON & FOERSTER LLP  
1290 Avenue of the Americas  
New York, New York 10104  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**STIPULATION AND CONSENT ORDER RESOLVING THE MOTION OF
MARC COMBS AND MYSCHELLE COMBS FOR RELIEF FROM STAY**

**WHEREAS**, on May 14, 2012 (the "Petition Date"), Residential Capital, LLC and its affiliated debtor entities in the above-captioned chapter 11 cases (collectively, the "Debtors"), including Residential Funding Company, LLC ("RFC") and Residential Asset Securities Corporation ("RASC"), filed in this Court voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**WHEREAS**, the Debtors are managing and operating their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108;

**WHEREAS**, prior to the Petition Date, Marc Combs and Myschelle Combs (together, the "Combs" or the "Movants") purchased real property located at 13-47 Beach Channel Drive, Far Rockaway, New York (the "Property"), and executed a note and mortgage (the "Loan") secured by the Property;

**WHEREAS**, on July 13, 2012, this Court entered the *Final Supplemental Order Under Bankruptcy Code Sections 105(a), 362, 363, 502, 1107(a), and 1108 and Bankruptcy Rule 9019 (I) Authorizing the Debtors to Continue Implementing Loss Mitigation Programs; (II) Approving Procedures for Compromise and Settlement of Certain Claims, Litigations and Causes of Action;*

ny-1086809

*(III) Granting Limited Stay Relief to Permit Foreclosure and Eviction Proceedings, Borrower Bankruptcy Cases, and Title Disputes to Proceed; and (IV) Authorizing and Directing the Debtors to Pay Securitization Trustee Fees and Expenses* [Docket No. 774] (the "Supplemental Servicing Order");

**WHEREAS**, RFC, as Sponsor and Master Servicer, and RASC, as Depositor and Seller, acted pursuant to a valid pooling and servicing agreement and formed a trust, known as Home Equity Mortgage Asset-Backed Pass-Through Series 2006-EMX8, pursuant to which RFC sold to RASC and RASC, in turn, transferred and deposited the Combs' Loan secured by the Property into the trust;

**WHEREAS**, on January 25, 2013, Movants commenced a quiet title action (Index No. 1664/13) (the "Action") in the Supreme Court of the State of New York, County of Queens, naming RFC, RASC, and all other parties alleged to be involved in the securitization of the Combs' Property, for the sole purpose of seeking to assert their ownership interest in the Property;

**WHEREAS**, on February 15, 2013, the Debtors closed the sale of their mortgage servicing and origination platform (the "Platform Sale") to Ocwen Loan Servicing, LLC ("Ocwen"), which included the master servicing rights for the Loan. Accordingly, none of the Debtors retain any interest in the Loan;

**WHEREAS**, on March 26, 2013, Movants filed a motion [Docket No. 3314] (the "Motion") in the Debtors' chapter 11 cases seeking relief from the automatic stay to permit them to prosecute the Action;

**WHEREAS**, Movants contend that RFC and RASC, in addition to any and all other parties alleged to have taken part in the securitization of the Movants' Property, are necessary

2

ny-1086809

parties in any action to quiet title to the Movants' Property.  Movants make specific reference to N.Y. C.P.L.R. § 3211(a)(10);

**WHEREAS**, Movants and the Debtors (collectively, the "Parties") have conferred, and the Debtors believe that the Movants' request to continue their prosecution of the Action is permitted pursuant to the stay relief granted by the Supplemental Servicing Order, and to the extent the relief requested is not addressed by the Supplemental Servicing Order, are prepared to stipulate to stay relief to the extent set forth herein.  Accordingly, the Debtors have consented to a limited modification of the automatic stay of Bankruptcy Code section 362(a) pursuant to the terms of, and subject to the conditions set forth in, this stipulation and order (the "Stipulation and Order").

NOW THEREFORE, it is hereby stipulated and agreed as between the Parties to this Stipulation and Order, through their undersigned counsel, that:

1. The automatic stay of Bankruptcy Code section 362(a) shall be modified solely to the extent set forth herein.

2. The Parties stipulate and agree that the Debtors have no interest in the Loan or Property.

3. Movants may prosecute the Action and name RFC and RASC as named defendants solely for the purposes of seeking (i) reformation of the deeds and mortgages relating to the Property, and (ii) to quiet title to the Property in the Combs, but for no other purpose.

4. Movants shall not assert against the Debtors any claims for monetary damages, or any other equitable relief, in the Action or file a proof of claim or request for payment on an administrative expense claim in the Debtors' chapter 11 cases for any damages alleged to have arisen out of the facts and circumstances to be addressed in the Action or with

3

respect to the Property and any of the Debtors' interest therein.

5. This Stipulation and Order shall not be deemed to be or constitute a modification of the automatic stay except as otherwise expressly provided herein with respect to Movants. In all other respects, the automatic stay shall remain in full force and effect with respect to any other parties who may be named in or who otherwise intervene in the Action.

6. This Stipulation and Order shall not be modified, altered, amended, or vacated without the prior written consent of all Parties hereto. Any such modification, alteration, amendment, or vacation in whole or part shall be subject to the approval of this Court.

7. This Stipulation and Order is the entire agreement between the Parties in respect of the subject matter hereof.

8. Each person who executes this Stipulation and Order on behalf of a party hereto represents that he or she is duly authorized to execute this Stipulation and Order on behalf of such party.

9. This Stipulation and Order may be executed in multiple counterparts, each of which shall be deemed an original but all of which when taken together shall constitute one and the same instrument.

10. The 14-day stay period under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived and this Stipulation and Order shall be immediately effective upon its entry.

11. This Stipulation and Order shall be of no force or effect unless and until it is approved by the Court.

ny-1086809

12. This Court shall retain jurisdiction to resolve all matters relating to the implementation of this Stipulation and Order.

Agreed to this 6th day of May, 2013.

| RESIDENTIAL FUNDING COMPANY, LLC<br>RESIDENTIAL ASSET SECURITIES CORP. | MARC COMBS AND MYSCHELLE COMBS |
|---|---|
| By: /s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>Meryl L. Rothchild<br>**MORRISON & FOERSTER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for Debtors*<br>*and Debtors in Possession* | By: /s/ Brian McCaffrey<br>Brian McCaffrey<br><br><br><br>**BRIAN MCCAFFREY, ESQ.**<br>88-18 Sutphin Boulevard, 1st Floor<br>Jamaica, New York 11435<br>Telephone: (718) 480-8280<br><br><br>*Counsel for Marc Combs and*<br>*Myschelle Combs* |

Approved and So Ordered
this ___ day of May, 2013 in New York

_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

5

ny-1086809