WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
J. Christopher Shore (JCS – 6031)
Harrison L. Denman (HD – 1945)

        - and -

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219
Gerard Uzzi (GU – 2297)

Attorneys for the Ad Hoc Group
of Junior Secured Noteholders

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Case No. 12-12020 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AMENDED VERIFIED STATEMENT OF WHITE & CASE LLP AND MILBANK,**
**TWEED, HADLEY & MCCLOY LLP PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 2019[1]**

In connection with the above-captioned chapter 11 cases (the "Chapter 11 Cases")

commenced by the debtors on May 14, 2012, White & Case LLP ("White & Case") and

---

[1] This 2019 Statement is being filed in response to the Debtors' assertions made only one day prior to a contested hearing that the Ad Hoc Group should not be heard because the Ad Hoc Group's existing 2019 Statement is not compliant.  Although the Ad Hoc Group disputes such assertion, the Ad Hoc Group files this Amended 2019 Statement to render the issue moot.  Given the untimeliness of the Debtors' assertions, certain Members of the Ad Hoc Group holding less than $24 million of Notes in the aggregate have not yet reported their holdings.  Those Members have been suspended from further participation in the Ad Hoc Group pending reporting their holdings. The Ad Hoc Group will file a supplemental Amended 2019 Statement upon receipt of such additional information and readmission of such Members.

Milbank, Tweed, Hadley & McCloy ("Milbank" and, together with White & Case, "Counsel")
hereby submit this amended verified statement (the "Amended Statement") pursuant to Rule
2019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2019") in connection
with Counsel's representation of the ad hoc group (the "Ad Hoc Group") of holders of those
certain 9.625% Junior Secured Guaranteed Notes due 2015 (the "Notes") issued by debtor
Residential Capital, LLC pursuant to that certain Indenture dated June 6, 2008 and respectfully
states as follows:

1.      As of the date of this Amended Statement, Counsel represents the Ad Hoc Group
comprised of each of the entities identified in Exhibit A hereto (with its affiliates, each a
"Member") in connection with these Chapter 11 Cases.  As of the date of this Amended
Statement, each Member is a holder of the Notes.

2.      In November 2011 certain holders of the Notes contacted Counsel to represent
them in connection with the Notes.  In the intervening months before the commencement of the
Chapter 11 Cases, certain holders joined and/or left the Ad Hoc Group. As of the date of this
Amended Statement, Counsel represents only the Ad Hoc Group and does not represent or
purport to represent any entities other than the Ad Hoc Group in connection with the Chapter 11
Cases.  In addition, the Ad Hoc Group represents only the interests of its Members and does not
represent or purport to represent any other entities in connection with the Chapter 11 Cases.

3.      On June 14, 2012, Counsel filed a verified statement pursuant to Bankruptcy Rule
2019 in connection with Counsel's representation of the Ad Hoc Group [Docket No. 378] (the
"June 2012 Statement").

4.      On June 22, 2012, Counsel filed a Notice of Filing of Corrected Exhibit A
revising the June 2012 Statement [Docket No. 488]

5.      Members of or entities managed by Members of the Ad Hoc Group hold approximately $1,002,074,000 in aggregate face amount of the Notes.  In accordance with Bankruptcy Rule 2019, the address and nature and amount of all disclosable economic interests for each Member is set forth on Exhibit A.  The information contained in Exhibit A is based upon information provided by the Members to Counsel and is subject to change.

6.      Nothing in this Amended Statement (or Exhibit A hereto) should be construed as a limitation upon, or waiver of, any Member's rights to assert, file and/or amend its claims in accordance with applicable law and any orders entered in these cases.

7.      The undersigned, who are partners of White & Case and Milbank, respectively, verify that the following is true and correct to the best of their knowledge.

Dated: May 7, 2013             WHITE & CASE LLP
       New York, New York

                               By:  /s/ J. Christopher Shore
                               J. Christopher Shore
                               1155 Avenue of the Americas
                               New York, New York 10036-2787
                               Telephone: (212) 819-8200
                               Facsimile:  (212) 354-8113

                                   - and -

                               MILBANK, TWEED, HADLEY & MCCLOY LLP

                               By:  /s/ Gerard Uzzi
                               Gerard Uzzi
                               1 Chase Manhattan Plaza
                               New York, New York 10005
                               Telephone:  (212) 530-5000
                               Facsimile:  (212) 530-5219

# EXHIBIT A

(All information provided herein is as of May 2, 2013)

| NAME | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Alliance Bernstein LP | 1345 Avenue of the Americas<br>New York, NY 10105<br>Attention:  Mr. Michael Sohr | $20,733,000 of Notes |
| Aurelius Capital Management, LP | 535 Madison Avenue<br>22nd Floor<br>New York, NY 10022 | $238,656,000 of Notes<br><br>$37,540,243 in current face amount of related RMBS Certificates |
| Davidson Kempner Capital Management LLC | 65 East 55th Street, 20th Floor<br>New York, NY 10022<br>Attention:  Ms. Sara Tirschwell | $157,000,000 of Notes<br><br>$137,646,143 in current face amount of related RMBS Certificates |
| Halcyon Loan Trading Fund LLC | 477 Madison Avenue<br>8th Floor<br>New York, NY 10022<br>Attention: Mr. Pratik Desai | $1,000,000 of Notes |
| Hudson Bay Capital | 777 Third Avenue<br>30th Floor<br>New York, NY 10017<br>Attention: Mr. Michael Aikins | $4,000,000 of Notes |
| KS Management Corp. | 11 West 42nd Street<br>30th Floor<br>New York, NY 10036<br>Attention: Mr. Giac Picco | $1,200,000 of Notes |
| Loomis, Sayles & Company, L.P. | One Financial Center<br>Boston, MA 02111<br>Attention: Ms. Diana Monteith | $220,020,000 of Notes<br><br>$1,260,000 of 8.5% notes due 4/17/2013<br><br>$210,000 of 8.875% notes due |

| | | |
|---|---|---|
| | | 6/30/2015 |
| | | $95,000 of 8.5% notes due 6/1/2012 |
| | | $50,000 of 8.375% notes due 5/17/2013 |
| | | $200,000 of 9.875% notes due 7/1/2014 |
| Marathon Asset Management, L.P. | One Bryant Park 38th Floor New York, NY 10036 Attention: Mr. Daniel Pine | $173,550,000 of Notes |
| Pentwater Capital Management LP | 227 W Monroe Suite 4000 Chicago, IL 60606-5099 Attention: Mr. Arthur Kaz | $24,172,000 of Notes Short $4,000,000 of 8.5% notes due 4/17/2013 |
| Silver Point Capital LP | Two Greenwich Plaza Greenwich, CT 06830 Attention: Mr. Rich Parisi | $30,485,000 of Notes |
| UBS AG | Region Americas Legal 677 Washington Boulevard Stamford, CT 06901 Attention: Mr. Kiye Sakai | $39,382,000 of Notes |
| Venor Capital Management LP | 7 Times Square Suite 3505 New York, NY 10036 Attention: Mr. Michael Scott | $22,000,000 of Notes $11,000,000 of 8.5% notes due 4/17/2013 $5,000,000 of 7.125% notes due 5/17/2012 |

| | | |
|---|---|---|
| Waterstone Capital Management, L.P. | 2 Carlson Parkway, Suite 260<br>Plymouth, MN 55447<br>Attention: Mr. David Duback | $20,000,000 of Notes |
| York Capital Management | 767 Fifth Avenue<br>17th Floor<br>New York, NY 10153<br>Attention: Ms. Jeanne Manischewitz | $49,876,000 of Notes |