Hearing Date and Time: May 23, 2013 at 9:00 a.m. (prevailing Eastern Time)
Objection Deadline: May 13, 2013 at 5:00 p.m. (prevailing Eastern Time)

Gregory M. Petrick
Jonathan M. Hoff
Ingrid Bagby
Jason Jurgens
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

-and-

Mark C. Ellenberg
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

*Attorneys for MBIA Insurance Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| **In re:** | Chapter 11 |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | Case No. 12-12020 (MG) |
| **Debtors.** | **(Jointly Administered)** |

------------------------------------------------------------x

**JOINDER OF MBIA INSURANCE CORPORATION TO THE MOTION
OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
TO PRECLUDE TIMOTHY DEVINE FROM TESTIFYING ABOUT ANY OF
THE MATTERS AS TO WHICH DISCOVERY FROM
<u>HIM HAS BEEN BLOCKED BASED ON A CLAIM OF PRIVILEGE</u>**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

MBIA Insurance Corporation ("**MBIA**"), an unsecured creditor of the debtors in the above-captioned chapter 11 cases (the "**Debtors**") and a member of the Official Committee of Unsecured Creditors (the "**Committee**")[1] respectfully submits this joinder to the *Motion Of The Official Committee Of Unsecured Creditors To Preclude Timothy Devine From Testifying About Any Of The Matters As To Which Discovery From Him Has Been Blocked Based On A Claim Of Privilege* (the "**Motion**") [Docket No. 3617].

1. MBIA reserves its right to supplement, amend, alter or modify this joinder. MBIA further reserves all rights to be heard before the United States Bankruptcy Court, Southern District of New York with respect to the Motion.

WHEREFORE, MBIA joins in the Committee's Motion and respectfully requests that the Court enter an Order granting the Motion for the reasons stated by the Committee, and that any relief granted be applicable to MBIA.

Dated: New York, New York
May 7, 2013

                                  CADWALADER, WICKERSHAM & TAFT LLP

                                  By       /s/ Jonathan M. Hoff
                                  Gregory M. Petrick
                                  Jonathan M. Hoff
                                  Ingrid Bagby
                                  Jason Jurgens
                                  CADWALADER, WICKERSHAM & TAFT LLP
                                  One World Financial Center
                                  New York, New York 10281
                                  Telephone: (212) 504-6000
                                  Facsimile: (212) 504-6666

---

[1] MBIA files this joinder only on its own behalf, and not on behalf of the Committee or any of its other members.

-and-

Mark C. Ellenberg
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

*Attorneys for MBIA Insurance Corporation*