**EXHIBIT 5**

**BONY Unlawful Detainer Complaint**

ny-1080712

**SUM-130**

# SUMMONS
## *(CITACION JUDICIAL)*
### UNLAWFUL DETAINER—EVICTION
### *(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Leonid Ovsovich and Does 1-50, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

The Bank of New York Mellon Trust Company, National Association fka The Bank of

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

DUPLICATE
ORIGINAL FILED
LOS ANGELES SUPERIOR COURT

FEB 15 2013

LOS ANGELES SUPERIOR COURT

BY FAX

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but not other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| 1. The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br><br>Superior Court of CA        County of    Los Angeles<br>Van Nuys Courthouse East    6230 Sylmar Ave.        Van Nuys    91401 | **CASE NUMBER:**<br>*(Número del caso:)*<br><br>**13B00936** |

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Routh Crabtree Olsen, PS/1241 E. Dyer Road, Suite 250, Santa Ana, CA 92705 / Shahed Shahandeh, Esq. / Rosemary Nguyen, Esq.

3. *(Must be answered in all cases)* An **unlawful detainer assistant** (Bus. & Prof. Code, §§ 6400–6415) [✓] did not [ ] did
for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

| Date:<br>*(Fecha)* | Clerk, by<br>*(Secretario)*    Christine Y. Tennard | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]    FEB 15 2013 JOHN A. CLARKE

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. [X] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as an occupant
   d. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)         [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] CCP 415.46 (occupant)             [ ] other *(specify):*
   [ ] by personal delivery on *(date):*

---

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov

Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

SUM-130

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Leonid Ovsovich and Does 1-50, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

The Bank of New York Mellon Trust Company, National Association fka The Bank of

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

DUPLICATE
ORIGINAL FILED
LOS ANGELES SUPERIOR COURT

FEB 15 2013

LOS ANGELES SUPERIOR COURT

BY FAX

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   Superior Court of CA    County of    Los Angeles
   Van Nuys Courthouse East   6230 Sylmar Ave.    Van Nuys    91401

CASE NUMBER:
*(Número del caso):*
**13B00936**

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   Routh Crabtree Olsen, PS/1241 E. Dyer Road, Suite 250, Santa Ana, CA 92705 / Shahed Shahandeh, Esq. / Rosemary Nguyen, Esq.

3. *(Must be answered in all cases!)* An **unlawful detainer assistant** (Bus. & Prof. Code, §§ 6400–6415)  [✓] did not  [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date:                                    Clerk, by _____, Deputy
*(Fecha)*                              *(Secretario)*       Christina Y-Tehrani       *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

FEB 15 2013 JOHN A. CLARKE

4. **NOTICE TO THE PERSON SERVED:** You are served

   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [✕] as an occupant
   d. [✕] on behalf of *(specify):* all unnamed occupants
      under:  [ ] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)
              [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
              [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
              [✓] CCP 415.46 (occupant)          [ ] other *(specify):*
      [ ] by personal delivery on *(date):*                                        Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

**SUM-130**

| PLAINTIFF *(Name)*: The Bank of New York Mellon | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name)*: Leonid Ovsovich | |

6. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*

   a. Assistant's name:

   b. Telephone no.:

   c. Street address, city, and zip:


   d. County of registration:

   e. Registration no.:

   f. Registration expires on *(date)*:

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

SUM-200(A)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| The Bank of New York Mellon vs. Ovsovich | |

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties (Check only one box. Use a separate page for each type of party.):

| ✔ | Plaintiff | | Defendant | | Cross-Complainant | | Cross-Defendant |
|---|---|---|---|---|---|---|---|

New York Trust Company. N.A. as successor to JPMorgan Chase Bank N.A. as Trustee for RAAC 2006SP3.

Page _____ of _____

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

American LegalNet, inc
www.FormsWorkflow.com

**ROUTH CRABTREE OLSEN, P.S.**
Edward T. Weber, Esq., SBN 194963
Shahed Shahandeh, Esq., SBN 249668
Rosemary Nguyen, Esq., SBN 265322
1241 E. Dyer Road, Suite 250
Santa Ana, California 92705
Telephone (714) 277-4888
Facsimile (714) 277-4899

File No.: 61556
Attorneys for Plaintiff

DUPLICATE
ORIGINAL FILED
LOS ANGELES SUPERIOR COURT

FEB 1 5 2013

**LOS ANGELES
SUPERIOR COURT**

SUPERIOR COURT OF CALIFORNIA

COUNTY OF LOS ANGELES - VAN NUYS COURTHOUSE EAST

THE BANK OF NEW YORK MELLON TRUST
COMPANY, NATIONAL ASSOCIATION FKA
THE BANK OF NEW YORK TRUST
COMPANY, N.A. AS SUCCESSOR TO
JPMORGAN CHASE BANK N.A. AS
TRUSTEE FOR RAAC 2006SP3.,

    PLAINTIFF,

vs.

LEONID OVSOVICH and Does 1-50, inclusive,

    DEFENDANTS.

Case No.

**13B00936**

**VERIFIED COMPLAINT FOR
UNLAWFUL DETAINER**

Action based on Code of Civil Procedure
Section 1161a

Limited Civil [Does Not Exceed $10,000]

This case is assigned for all purposes,
including trial, to Judge Richard Walmark
presiding in Department NW-R

BY FAX

Plaintiff alleges as follows:

1.    Plaintiff, THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL

ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS

SUCCESSOR TO JPMORGAN CHASE BANK N.A. AS TRUSTEE FOR RAAC 2006SP3., is

a national association qualified to do business in California and is the owner of the real property

commonly described as 14713 VALLEYHEART DRIVE, SHERMAN OAKS, CA 91403,

(hereinafter "Property") and is entitled to immediate possession. A copy of the legal description is

COMPLAINT FOR UNLAWFUL DETAINER

1

attached hereto as **Exhibit "A"** and incorporated herein by reference.

2.    This is the proper forum for trial of the within action, in that the Property sued upon herein is located in the City of SHERMAN OAKS, County of LOS ANGELES, California.

3.    Defendants, LEONID OVSOVICH and all other occupants are, on information and belief, individuals residing in the Property without permission or consent of Plaintiff.

4.    The true names and capacities, whether individual, corporate, associate or otherwise, of Defendants sued herein as Does 1-50, inclusive, are unknown to Plaintiff at this time. Plaintiff is informed and believes and thereon alleges, that each Defendant sued herein by a fictitious name is in possession of the Property, and/or is in some manner responsible for the acts or omissions herein alleged. Plaintiff will ask leave of this Court to amend this Complaint to insert the true names and capacities of said Defendants when ascertained.

5.    On December 11, 2012, Plaintiff acquired the Property at a duly conducted foreclosure sale and obtained a Trustee's Deed Upon Sale in accordance with California Civil Code §2924 *et. seq.* and pursuant to the power of sale under the Deed of Trust executed and delivered by borrower, LEONID OVSOVICH, or his predecessors. The title of the Property pursuant to the foreclosure sale has been duly perfected in Plaintiff's name. A true and correct copy of the recorded Trustee's Deed Upon Sale is attached hereto as **Exhibit "B"** and is incorporated herein by reference.

6.    On February 6, 2013, Plaintiff caused to be served upon Defendant, and each of them, written notice requiring them to quit and deliver up possession of the Property pursuant to California Code of Civil Procedure §1161a. A true and correct copy of the Notice to Vacate along with copies of the Proof of Service are attached hereto as **Exhibit "C"** and is incorporated herein by reference.

7.    More than three (3) days have elapsed since the service of said notice, but Defendants have

failed and refused to deliver up possession of the Property as required by said notice and Defendants continue in possession without permission or consent of Plaintiff.

8.     Plaintiff is informed and believes and thereupon alleges that the reasonable rental value of the Property is $222.13 per day from the expiration of the Notice to Vacate and will continue to accrue at said rate so long as Defendants continue to remain in possession of the Property.

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1.  Restitution and immediate possession of the Property;

2.  An order restoring the Property to Plaintiff;

3.  For damages in the amount of $222.13 per day, from the expiration of the Notice to Vacate on February 11, 2013, for each day Defendants continue in possession of the Property;

4.  For costs of suit herein; and

5.  For such other and further relief as the court deems just and equitable.

DATED this 14th day of February, 2013 at Santa Ana, California.

Respectfully submitted,
**ROUTH CRABTREE OLSEN, P.S.**
Attorneys for Plaintiff

By: _____
EDWARD T. WEBER, ESQ.
SHAHED SHAHANDEH, ESQ.
ROSEMARY NGUYEN, ESQ.

**VERIFICATION**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am an attorney at law admitted to practice before all courts of the State of California and am an associate at the law firm of Routh, Crabtree, Olsen, P.S., attorneys for THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK N.A. AS TRUSTEE FOR RAAC 2006SP3., a party to this action. Such party is unable to make the verification because they are absent from the county aforesaid where such attorneys have their office and for that reason I make this verification for and on behalf of that party. I have read the foregoing document and know its contents. I am informed and believe and on that ground allege that matters stated herein are true.

Executed on February 14, 2013 at Santa Ana, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

By: _____
   EDWARD T. WEBER, ESQ.
   SHAHED SHAHANDEH, ESQ.
   ROSEMARY NGUYEN, ESQ.

# EXHIBIT A

LOT 15, BLOCK 27 OF TRACT NO. 7307, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 85 PAGES 1 THROUGH 5 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

# EXHIBIT B

Branch :F7I,User :TZ12                    Comment:                              Station Id :QMED





This page is part of your document - DO NOT DISCARD



## 20121939897

Pages:
0003

Recorded/Filed In Official Records
Recorder's Office, Los Angeles County,
California

**12/14/12 AT 08:00AM**

| | |
|---|---|
| FEES : | 18.00 |
| TAXES : | 0.00 |
| OTHER : | 0.00 |
| PAID : | 18.00 |



L E A D S H E E T



201212141000003

00006931927



004505958

SEQ:
22

DAR - Title Company (Hard Copy)



THIS FORM IS NOT TO BE DUPLICATED                    T35

Branch :F71,User :TZ12                    Comment:                    Station Id :QMED



RECORDING REQUESTED BY:
Executive Trustee Services, LLC dba ETS Services, LLC

AND WHEN RECORDED MAIL TO:
GMAC MORTGAGE, LLC
FKA GMAC MORTGAGE CORPORATION
1100 VIRGINIA DRIVE
FORT WASHINGTON, PA 19034

Forward Tax Statements to
the address given above

TS # CA1100041146
LOAN # 0270002411          INVESTOR #:
TITLE ORDER # 110364923-CA-MSI

SPACE ABOVE LINE FOR RECORDER'S USE

# TRUSTEE'S DEED UPON SALE

APN 2263-021-013          TRANSFER TAX: $00.00
"THIS TRANSACTION IS EXEMPT FROM THE REQUIREMENTS OF THE REVENUE AND TAXATION CODE, SECTION 480.3"
The Grantee Herein Was The Foreclosing Beneficiary.
The Amount Of The Unpaid Debt was $1,319,642.75
The Amount Paid By The Grantee was $826,320.00
Said Property Is In The City Of LOS ANGELES (SHERMAN OAKS AREA), County of Los Angeles

Executive Trustee Services, LLC dba ETS Services, LLC, as Trustee, (whereas so designated in the Deed of Trust
hereunder more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY to

## The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank N.A. as Trustee for RAAC 2006SP3.

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and
now held by it as Trustee under the Deed of Trust in and to the property situated in the county of Los Angeles, State of
California, described as follows:

LOT 15, BLOCK 27 OF TRACT NO. 7307, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP
RECORDED IN BOOK 85 PAGES 1 THROUGH 6 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by LEONID
OVSOVICH, AN UNMARRIED MAN as Trustor, dated 04/06/2006 of the Official Records in the office of the Recorder of
Los Angeles, California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the
duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default and Election to
Sell under the Deed of Trust recorded on 04/18/2006 , instrument number 06 0841080 (or Book XX , Page XX) of
Official records. Trustee having complied with all applicable statutory requirements of the State of California and
performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten
days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid
to each person entitled to notice in compliance with California Civil Code 2924b.

[Page 1 of 2]

Branch :F71,User :TZ12                    Comment:                              Station Id :QMED

*3*

## TRUSTEE'S DEED UPON SALE

Trustee's Deed
T.S.# CA1100041146
Loan # 0270002411
Title Order # 110364823-CA-MSI

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with.  Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on **12/11/2012**.  Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being  **$826,320.00**, in lawful money of the United States, in pro per, receipt there of is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, **Executive Trustee Services, LLC dba ETS Services, LLC**, as Trustee, has this day, caused its name to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws

Date: 12·12·12

"This instrument is being recorded as an ACCOMMODATION ONLY, with no Representation as to its effect upon title"

Executive Trustee Services, LLC dba ETS Services, LLC

By: _____

Mayte Iglesias-Meza, Authorized Officer

State of California        } S.S.
County of Los Angeles  }

On 12-12-12 before me, Sally Beltran Notary Public, personally appeared **Mayte Iglesias-Meza** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  (Seal)
Sally Beltran

SALLY BELTRAN
Commission # 1962270
Notary Public - California
Los Angeles County
My Comm. Expires Dec 1, 2015

[Page 2 of 2]

# EXHIBIT C

# NOTICE TO VACATE PREMISES

## TO: LEONID OVSOVICH AND ALL UNNAMED OCCUPANTS

Of premises located at:
### 14713 Valleyheart Drive, Sherman Oaks, CA 91403

YOU ARE HEREBY NOTIFIED that your right to occupy the real property at the above address has been terminated as the result of a foreclosure sale which took place on **December 11, 2012** in compliance with Section 2924 of the California Civil Code. The title under the sale has been duly perfected and the new owner is now entitled to possession.

YOU ARE REQUIRED TO QUIT AND DELIVER UP POSSESSION of the above real property to the new owner, **The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank N.A. as Trustee for RAAC 2006SP3.**, and/or its agent(s), within the notice period specified below. In the event you fail to do so you will be deemed to be unlawfully detaining the premises, which will result in the commencement of court proceedings against you by the owner to recover possession of the premises, together with court costs and the reasonable rental value of the property for each day of your continued occupancy thereof. In some instances, the court may award attorney's fees.

## NOTICE

To avoid a lawsuit and the associated expense, it is necessary for you to vacate the above property within **THREE (3) DAYS** after service upon you of this Notice, unless (a) you obtained possession of the premises as a tenant or subtenants under a lease or rental agreement with the former owner; or (b) you obtained possession of the property as a "bona fide tenant" under a "bona fide lease" as those terms are used in the Protecting Tenants at Foreclosure Act of 2009, in which event it will be necessary for you to vacate the premises within **NINETY (90) DAYS** after service upon you of this Notice.

Please contact the undersigned by telephone within **72 HOURS** at (714) 277-4888 in the event you occupy the property as a tenant or subtenant and provide written proof of tenancy or subtenancy. Si usted no habla ingles, por favor llame a (714) 277-4888. Unless written proof of tenancy is provided, it is assumed that the former owner occupies the property.

### IMPORTANT NOTICE TO SERVICEMEMBERS AND THEIR DEPENDENTS: PROTECTIONS UNDER THE SERVICEMEMBERS CIVIL RELIEF ACT

If you are a servicemember on "active duty" or "active service," or a dependent of such a servicemember, you may be entitled to certain legal rights and protections, including protection from eviction, pursuant to the Servicemembers Civil Relief Act (50 USC App.

RCO # 61556

§§ 501-596), as amended, (the "SCRA") and, possibly, certain related state statutes.
Eligible service can include:

1. active duty (as defined in section 101(d)(1) of title 10, United States Code) with the Army, Navy, Air Force, Marine Corps, or Coast Guard;
2. active service with the National Guard;
3. active service as a commissioned officer of the National Oceanic and Atmospheric Administration;
4. active service as a commissioned officer of the Public Health Service; or
5. service with the forces of a nation with which the United States is allied in the prosecution of a war or military action.

Eligible service also includes any period during which a servicemember is absent from duty on account of sickness, wounds, leave, or other lawful cause. If you are such a servicemember, or a dependent of such a servicemember, you should contact Routh Crabtree Olsen, PS at (714) 277-4888 to discuss your status under the SCRA.

This Notice is authorized pursuant to the provisions of Section §§ 1161a, 1161b and 1162 of the California Code of Civil Procedure.

Dated: February 5, 2013

ROUTH CRABTREE OLSEN, PS
Attorneys for New Owner

By:    Shahed Shahandeh, Esq.
       Rosemary Nguyen, Esq.
       1241 E. Dyer Road, Suite 250
       Santa Ana, CA  92705

RCO # 61556



**R O U T H   C R A B T R E E   O L S E N , P.S.**

1241 E. Dyer Road, Suite 250
Santa Ana, CA 92705

phone - 714.277.4888
fax - 714.277.4899
www.rcolegal.com

# NOTICE TO ANY RENTERS LIVING AT:

### 14713 Valleyheart Drive, Sherman Oaks, CA 91403

    The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you. You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

    Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

    You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

### How to Get Legal Help

    If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Internet Web site (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Sincerely,

**R O U T H   C R A B T R E E   O L S E N , P.S.**

Shahed Shahandeh, Esq.
Rosemary Nguyen, Esq.

RCO # 61556

## PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:

**Notice to Vacate Premises; Notice to Any Renters**

The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME:       **LEONID OVSOVICH**

ADDRESS:       **14713 VALLEYHEART DRIVE, SHERMAN OAKS, CA 91403**

[   ] 1. PERSONAL SERVICE        By delivering a copy of the Notice(s) to each of the above personally:

(1) on:

(2) at:

[ X ] 2. CONSTRUCTIVE SERVICE        After attempting to personally serve said Notice(s) on each of the above named parties on 2/6/2013 at 2:15 PM, and having been unable, by service as authorized by C.C.P. Section 1162 (a)(2,3) in the manner set forth below:.

[ X ] By posting a copy for each of the above named parties on **2/6/2013 at 2:15 PM** in a conspicuous place on the property;

[ X ] and thereafter mailing a copy to each said party by depositing said copies in the United States mail on (date): **February 6th, 2013**, from (city): **SHERMAN OAKS, CA,** in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated or,

[   ] a declaration of mailing is attached.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

**Person who served papers**

a. Name:        **Jeffrey Mayer**

b. Address:        **201 South Figueroa Street, Suite 100, Los Angeles, CA 90012**

c. Telephone number:        **213-621-9999**

d. The fee for service was:        **$109.00**

e. I am:

(1) [   ] not a registered California process server.

(2) [   ] exempt from registration under Business and Professions Code section 22350(b).

(3) [ X ] registered California process server:

(i) [   ] owner  [   ] employee  [ X ] independent contractor        For:        **ABC Legal Services, Inc.**

(ii) [ X ] Registration No.:        **7004**        Registration #: **6779**

(iii) [ X ] County:        **Los Angeles**        County:        **Los Angeles**

[ X ] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

[   ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:  **2/7/2013**

_____
**Jeffrey Mayer**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)

**BY FAX**

## PROOF OF SERVICE

Page 1 of 1

Order No. 9835122 SEA FIL

## PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:

**Notice to Vacate Premises; Notice to Any Renters**

The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME:    **ALL UNNAMED OCCUPANTS, C/O LEONID OVSOVICH**

ADDRESS:    **14713 VALLEYHEART DRIVE, SHERMAN OAKS, CA 91403**

[  ] 1. PERSONAL SERVICE          By delivering a copy of the Notice(s) to each of the above personally:

(1) on:

(2) at:

[ X ] 2. CONSTRUCTIVE SERVICE     After attempting to personally serve said Notice(s) on each of the above named parties on 2/6/2013 at 2:15 PM, and having been unable, by service as authorized by C.C.P. Section 1162 (a)(2,3) in the manner set forth below:.

[ X ] By posting a copy for each of the above named parties on 2/6/2013 at 2:15 PM in a conspicuous place on the property;

[ X ] and thereafter mailing a copy to each said party by depositing said copies in the United States mail on (date): **February 6th, 2013**, from (city): **SHERMAN OAKS, CA**, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated or,

[  ] a declaration of mailing is attached.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

**Person who served papers**

a. Name:             **Jeffrey Mayer**

b. Address:          **201 South Figueroa Street, Suite 100, Los Angeles, CA 90012**

c. Telephone number:    **213-621-9999**

d. The fee for service was:    $

e. I am:

(1) [  ] not a registered California process server.

(2) [  ] exempt from registration under Business and Professions Code section 22350(b).

(3) [ X ] registered California process server:

| (i) [  ] owner  [  ] employee  [ X ] independent contractor | For:  **ABC Legal Services, Inc.** |
| (ii) [ X ] Registration No.:    **7004** | Registration #: **6779** |
| (iii) [ X ] County:    **Los Angeles** | County:    **Los Angeles** |

**BY FAX**

[ X ] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

[  ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **2/7/2013**

_____
**Jeffrey Mayer**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)

---

### PROOF OF SERVICE

Page 1 of 1

Order No. 9835122 SEA FIL

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Routh Crabtree Olsen, P.S.<br>Edward Weber, SBN 194963; Shahed Shahandeh, SBN 249668; Rosemary Nguyen, SBN 265322<br>1241 E. Dyer Road, Suite 250<br>Santa Ana, CA 92705 | |

TELEPHONE NO.: 714-277-4888    FAX NO.: 714-277-4899
ATTORNEY FOR *(Name)*    Plaintiff

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles
STREET ADDRESS: 6230 Sylmar Ave.
MAILING ADDRESS:
CITY AND ZIP CODE: Van Nuys    91401
BRANCH NAME: Van Nuys Courthouse East

CASE NAME:
The Bank of New York Mellon vs. Ovsovich

DUPLICATE
ORIGINAL FILED
LOS ANGELES SUPERIOR COURT

FEB 15 2013

LOS ANGELES
SUPERIOR COURT

CASE NUMBER:
**13B00936**

JUDGE:

DEPT:

| CIVIL CASE COVER SHEET | | Complex Case Designation | |
|---|---|---|---|
| ☐ Unlimited<br>(Amount demanded exceeds $25,000) | ☑ Limited<br>(Amount demanded is $25,000 or less) | ☐ Counter    ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☑ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is   ☑ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. ☐ Large number of separately represented parties
b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. ☐ Substantial amount of documentary evidence
d. ☐ Large number of witnesses
e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action *(specify)*:  1 Unlawful Detainer
5. This case ☐ is   ☑ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: February 14, 2013
Rosemary Nguyen, Esq.
_____
(TYPE OR PRINT NAME)

(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

BY FAX

**CM-010**

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

| SHORT TITLE: The Bank of New York Mellon vs. Ovsovich | CASE NUMBER 13B00936 |
|---|---|

## CIVIL CASE COVER SHEET ADDENDUM AND
## STATEMENT OF LOCATION
## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

> **This form is required pursuant to Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.**

**Item I.** Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☐ YES  CLASS ACTION? ☐ YES  LIMITED CASE? ☑ YES  TIME ESTIMATED FOR TRIAL  5  ☑ HOURS/ ☐ DAYS

**Item II.** Indicate the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet form, find the main Civil Case Cover Sheet heading for your case in the left margin below, and, to the right in Column **A**, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column **B** below which best describes the nature of this case.

**Step 3:** In Column **C**, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Local Rule 2.0.

> ### Applicable Reasons for Choosing Courthouse Location (see Column C below)

1. Class actions must be filed in the Stanley Mosk Courthouse, central district.
2. May be filed in central (other county, or no bodily injury/property damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | A Civil Case Cover Sheet Category No. | B Type of Action (Check only one) | C Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| **Other Personal Injury/ Property Damage/Wrongful Death Tort** | Asbestos (04) | ☐ A6070  Asbestos Property Damage | 2. |
| | | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 2. |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1., 4. |
| | | ☐ A7240  Other Professional Health Care Malpractice | 1., 4. |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall) | 1., 4. |
| | | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 4. |
| | | ☐ A7270  Intentional Infliction of Emotional Distress | 1., 3. |
| | | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 4. |

BY FAX

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM**
**AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 1 of 4

| SHORT TITLE: The Bank of New York Mellon vs. Ovsovich | CASE NUMBER |
|---|---|

| | **A** Civil Case Cover Sheet Category No. | **B** Type of Action (Check only one) | **C** Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 3. |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3. |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1., 2., 3. |
| | | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 2., 3. |
| **Employment** | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1., 2., 3. |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1., 2., 3. |
| | | ☐ A6109  Labor Commissioner Appeals | 10. |
| **Contract** | Breach of Contract/ Warranty (06) (not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2., 5. |
| | | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | | ☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| | Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff | 2., 5., 6. |
| | | ☐ A6012  Other Promissory Note/Collections Case | 2., 5. |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1., 2., 5., 8. |
| | Other Contract (37) | ☐ A6009  Contractual Fraud | 1., 2., 3., 5. |
| | | ☐ A6031  Tortious Interference | 1., 2., 3., 5. |
| | | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation          Number of parcels_____ | 2. |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case                                          . | 2., 6. |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2., 6. |
| | | ☐ A6032  Quiet Title | 2., 6. |
| | | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Post-Foreclosure (34) | ☑ A6020F Unlawful Detainer-Post-Foreclosure | 2., 6. |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2., 6. |

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.0

| SHORT TITLE: The Bank of New York Mellon vs. Ovsovich | CASE NUMBER |
|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons<br>See Step 3 Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |
| | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus | 2., 8. |
| | | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2. |
| | | ☐ A6153  Writ - Other Limited Court Case Review | 2. |
| | Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007  Construction Defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ A6141  Sister State Judgment | 2., 9. |
| | | ☐ A6160  Abstract of Judgment | 2., 6. |
| | | ☐ A6107  Confession of Judgment (non-domestic relations) | 2., 9. |
| | | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2., 8. |
| | | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2., 8. |
| | | ☐ A6112  Other Enforcement of Judgment Case | 2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints (Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only | 1., 2., 8. |
| | | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8. |
| | | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121  Civil Harassment | 2., 3., 9. |
| | | ☐ A6123  Workplace Harassment | 2., 3., 9. |
| | | ☐ A6124  Elder/Dependent Adult Abuse Case | 2., 3., 9. |
| | | ☐ A6190  Election Contest | 2. |
| | | ☐ A6110  Petition for Change of Name | 2., 7. |
| | | ☐ A6170  Petition for Relief from Late Claim Law | 2., 3., 4., 8. |
| | | ☐ A6100  Other Civil Petition | 2., 9. |

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

| SHORT TITLE: The Bank of New York Mellon vs. Ovsovich | CASE NUMBER |
|---|---|

**Item III. Statement of Location:** Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., **Step 3 on Page 1,** as the proper reason for filing in the court location you selected.

| | ADDRESS: |
|---|---|
| **REASON: Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected for this case.** <br><br> ☐1. ☐2. ☐3. ☐4. ☐5. ☑6. ☐7. ☐8. ☐9. ☐10. | 14713 Valleyheart Drive |

| CITY: Sherman Oaks | STATE: CA | ZIP CODE: 91403 |
|---|---|---|

**Item IV.** *Declaration of Assignment:* I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the _Van Nuys_ courthouse in the _Northwest_ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., § 392 et seq., and Local Rule 2.0, subds. (b), (c) and (d)].

Dated: _February 14, 2013_

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 03/11).

5. Payment in full of the filing fee, unless fees have been waived.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 4 of 4



**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.
1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address)*                                TELEPHONE NO.:    | FOR COURT USE ONLY

ATTORNEY FOR *(Name)*:
**NAME OF COURT:** Los Angeles
STREET ADDRESS: 6230 Sylmar Ave.
MAILING ADDRESS:
CITY AND ZIP CODE: Van Nuys
BRANCH NAME: Van Nuys Courthouse East
**PLAINTIFF:** The Bank of New York Mellon

**DEFENDANT:** Leonid Ovsovich

| **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | CASE NUMBER: **13B00936** |

| Complete this form only if ALL of these statements are true:<br>1. You are NOT named in the accompanying Summons and Complaint.<br>2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.<br>3. You still occupy the premises. | (To be completed by the process server)<br>DATE OF SERVICE:<br>*(Date that this form is served or delivered, and posted, and mailed by the officer or process server)* |

BY FAX

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:
1. My name is *(specify)*:

2. I reside at *(street address, unit No., city and ZIP code)*:

3. The address of "the premises" subject to this claim is *(address)*:
14713 Valleyheart Drive
Sherman Oaks, CA 91403

4. On *(insert date)*: _____, the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.)*

5. I occupied the premises on the date the complaint was filed *(the date in item 4)*. I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*.

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*.

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of $ _____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

(Continued on reverse)

CP10.5 [New January 1, 1991]          **PREJUDGMENT CLAIM OF RIGHT**          Code of Civil Procedure §§ 415.46,
**TO POSSESSION**          715.010, 715.020, 1174.25

| PLAINTIFF *(Name)*: The Bank of New York Mellon | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name)*: Leonid Ovsovich | |

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement.** I have *(check all that apply to you)*:
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date:

▶

................................... (TYPE OR PRINT NAME)                          (SIGNATURE OF CLAIMANT)

**NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

---

## — NOTICE TO OCCUPANTS —

**YOU MUST ACT AT ONCE if all the following are true:**
   1. **You are NOT named in the accompanying Summons and Complaint.**
   2. **You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.** *(The date is the court filing date on the accompanying Summons and Complaint.)*
   3. **You still occupy the premises.**

*(Where to file this form)*     You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)*     If you do not complete and submit this form and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

---

CP10 5 [New January 1, 1991]                **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**                Page two