Exhibit C

PAY TO THE ORDER OF

RESIDENTIAL FUNDING COMPANY, LLC
WITHOUT RECOURSE
PEOPLE'S CHOICE HOME LOAN, INC.
A Wyoming Corporation

By _____
DANA LANTRY
Title: Asst. Vice President

PAY TO THE ORDER OF
LaSalle Bank, N.A. as Trustee
WITHOUT RECOURSE
Residential Funding Company, LLC

By: _____
Judy Faber, Vice President

SERVICE LIST:

Mail Box of Judge Grin   U.S. BK Court.

Council for the Debtors

Morrision and Forester LLc.

1290 Avenue of the Americas

New York,N.Y

Council to the unofficial Committeeof the Unsecured Creditors

Thomas Eckstein

Kramer Levin Nattailis and Franklel LLp

1177 AVENUE OF THE Americas

New York, N.Y. 10036

OFFICE OF THE U.S. Trustees

Tracey Hope Davis

33 Whitehall St.

31 Floor Region 2

N.Y., N.Y. 10004

Council to the Examiner

Howard Seife ect all

Chadbourne & Parker LLp

30 Rockafeller Plaza

N.Y., N.Y.

Silverman + Acampora

H. Powers