**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING IN PART AND DENYING IN PART SCHEDULED
CREDITOR'S MOTION FOR THE CLARIFICATION/ENFORCEMENT
OF THE AUTOMATIC STAY AGAINST THE DEBTORS, CO-CREDITOR
DEUTSCHE BANK AMERICAS AND COUNSEL**

Upon consideration of the *Scheduled Creditor's Motion for the Clarification/Enforcement of the Automatic Stay Against the Debtors, Co-Creditor Deutsche Bank Americas and Counsel* [Docket No. 1227] (the "**Motion**"),[1] and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation thereon; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion was adequate and proper under the circumstances of these cases and that no further or other notice need be given; and upon consideration of the *Debtors' Objection to Scheduled Creditor's Motion for the Clarification of the Automatic Stay Against the Debtors, Co-Creditor Deutsche Bank Americas and Counsel, Filed by Shane M. Haffey* [Docket No. 1227] [Docket No. 2679] (the "**Objection**"); and upon the arguments and statements presented at the hearing before the Court; it is hereby:

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Objection (defined below).

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED in part and DENIED in part as set forth in this Order.

2. To the extent applicable, the automatic stay of Bankruptcy Code section 362 is modified for the limited purpose of permitting each of the Actions and each of the currently pending appeals therefrom (the "**Appeals**") to proceed to completion in the United States Court of Appeals for the Sixth Circuit, but for no other purpose, including any petition for certiorari, absent the Debtors' consent or further order of this Court.

3. For the avoidance of doubt, notwithstanding anything to the contrary contained in this Order, to the extent applicable, the automatic stay of Bankruptcy Code section 362 is modified to permit Deutsche Bank Trust Company Americas, as trustee, to seek remand of the Foreclosure Action for the purpose of obtaining a final judgment and order of sale setting forth the amount awarded and to take such actions in the District Court as are necessary to obtain such judgment and order of sale.

4. Absent further order of the Court, the automatic stay shall remain in full force and effect except as provided for in this Order.

5. This court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated:   New York, New York
         May 8, 2013

                                          _____/s/Martin Glenn_____
                                               MARTIN GLENN
                                          United States Bankruptcy Judge