**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**ORDER DENYING MOTION FOR ORDER PERMITTING**
**MED&G GROUP LP TO FILE A LATE PROOF OF CLAIM**

Upon consideration of the *Motion for Order Permitting MED&G Group LP to File a Late Proof of Claim* [Docket No. 3238] (the "**Motion**"), and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation thereon; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion was adequate and proper under the circumstances of these cases and that no further or other notice need be given; and upon consideration of the *Debtors' Objection to Motion for Order Permitting MED&G Group LP to File a Late Proof of Claim* [Docket No. 3508] and upon the arguments and statements presented at the hearing before the Court; it is hereby:

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is DENIED for the reasons stated on the record at the April 30, 2013 omnibus hearing in the chapter 11 cases of the above-captioned Debtors.

2.      This court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated:  New York, New York
        May 8, 2013

                                                    /s/Martin Glenn
                                                    MARTIN GLENN
                                                    United States Bankruptcy Judge