UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*,

Debtors.

------------------------------------------------------------------x

Chapter 11

Case No. 12-12020 (MG)

(Jointly Administered)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK:
                    : SS
COUNTY OF NEW YORK:

WENDY H. KANE, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281.

2. On the 7th day of May 2013, I caused a true and correct copy of the:

- Joinder of MBIA Insurance Corporation to the Motion in Limine of the Official Committee of Unsecured Creditors to Preclude the Expert Testimony of Jeffrey A. Lipps in Connection with the Debtors' Motion for Approval of the RMBS Trust Settlement Agreements [ECF No. 3629];

- Joinder of MBIA Insurance Corporation to the Motion of the Official Committee of Unsecured Creditors to Preclude Timothy Devine from Testifying About Any of the Matters as to Which Discovery From Him Has Been Blocked Based on a Claim of Privilege [ECF No. 3630];

- Joinder of MBIA Insurance Corporation to the Motion of the Official Committee of Unsecured Creditors to Preclude the Testimony of James Whitlinger [ECF No. 3631]; and

- Joinder of MBIA Insurance Corporation to the Motion of the Official Committee of Unsecured Creditors to Preclude the Proposed Trial Testimony of Talcott J. Franklin

USActive 27829030.1

to be served upon the parties listed on the Special Service List dated as of May 1, 2013 by first class mail service and electronic mail service and upon the parties listed on the General Service List dated as of May 1, 2013 by electronic mail service.

                                            /s/ Wendy H. Kane
                                            Wendy H. Kane

Sworn to before me this
8th day of February, 2013

/s/ Anthony Moore
Notary Public

Anthony Guy Moore
Notary Public, State of New York
No. 01MO6231555
Qualified in New York County
Commission Expires Nov. 29, 2014

USActive 27829030.1