**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

## NOTICE OF EXAMINER'S INTENTION TO FILE REPORT ON MAY 10, 2013

**PLEASE TAKE NOTICE** that Arthur J. Gonzalez, the Court-appointed Examiner in the above-captioned cases, by his undersigned counsel, hereby gives notice of his intention to file the Examiner's report on **Friday, May 10, 2013** barring any unforeseen circumstances. The Examiner intends to file the report at 12:00 p.m. (New York time) or as soon thereafter as practicable.

Dated: New York, New York
       May 8, 2013

                                          **CHADBOURNE & PARKE LLP**

                                          By: */s/ Howard Seife*
                                              Howard Seife
                                              David M. LeMay
                                              30 Rockefeller Plaza
                                              New York, New York 10112
                                              Telephone: (212) 408-5100
                                              Facsimile: (212) 541-5369

                                              *Counsel to the Examiner*

CPAM: 5490974.1