Hearing Date: June 12, 2013 at 10:00 a.m. (prevailing Eastern Time)

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Thomas J. Moloney (TJM-9775)
Sean A. O'Neal (SAO-4067)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Special Counsel for Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| **RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,** | 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF WILMINGTON TRUST,
NATIONAL ASSOCIATION'S MOTION FOR AN ORDER AUTHORIZING
IT TO PROSECUTE CLAIMS AND OTHER CAUSES OF ACTION
<u>ON BEHALF OF THE RESIDENTIAL CAPITAL, LLC ESTATE</u>**

**PLEASE TAKE NOTICE** that the hearing on Wilmington Trust, National Association's *Motion for an Order Authorizing it to Prosecute Claims and Other Causes of Action on Behalf of the Residential Capital, LLC Estate* (the "<u>Motion</u>") [Doc. No. 3475], has been adjourned to **June 12, 2013 at 10:00 A.M. Eastern Standard Time**. The hearing on the Motion shall be held before the Honorable Martin Glenn, United States Bankruptcy Judge, in Room 501 of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, 10004.

Dated: New York, New York
      May 8, 2013

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Thomas J. Moloney
Thomas J. Moloney (TJM-9775)
Sean A. O'Neal (SAO-4067)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Special Counsel for Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC*