SEYFARTH SHAW LLP
Robert W. Dremluk
620 Eighth Avenue
New York, NY 10018
Phone: (212) 218-5500
Fax: (212) 218-5526

Michael T. McKeeman (State Bar No. 173662)
Patty H. Lee (State Bar No. 245192)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Creditor CPN PIPELINE COMPANY

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 3870

**PLEASE TAKE NOTICE** that claimant CPN Pipeline Company hereby withdraws its Proof of Claim No. 3870 filed against Debtor, GMAC Mortgage, LLC, in the above-referenced bankruptcy cases.

Dated: May 9, 2013

Respectfully Submitted,

SEYFARTH SHAW LLP

/s/ Robert W. Dremluk
Robert W. Dremluk

Attorneys for Creditor CPN Pipeline Company