**Presentment Date and Time: May 15, 2013 at 12:00 p.m. (ET)**
**Objection Deadline: May 14, 2013 at 4:00 p.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Erica J. Richards
James Newton

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) ) | Chapter 11 |
| Debtors. | ) ) | Jointly Administered |
| | ) | |

**NOTICE OF PRESENTMENT OF STIPULATION AND ORDER PURSUANT TO**
**11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

**PLEASE TAKE NOTICE** that pursuant to the *Order Pursuant to Bankruptcy Code*

*Sections 105(a) and 362(d) for Entry of an Order Approving Procedures by Which Third Parties*

*May Request and Obtain Stipulated Relief from the Automatic Stay to Commence or Continue*

*Actions to Foreclose Senior Liens* [Docket No. 1824], the undersigned will present the attached

*Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by*

*11 U.S.C. § 362(a)* (the "**Stipulation and Order**"), to the Honorable Martin Glenn, United

States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New

York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green,

New York, New York 10004, Room 501, for signature on **May 15, 2013 at 12:00 p.m.**

**(Prevailing Eastern Time)**.

　　　　**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Stipulation and

Order must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the

Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case

Management, and Administrative Procedures approved by the Bankruptcy Court [Docket

No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case

filing system, and be served, so as to be received no later than **May 14, 2013 at 4:00 p.m.**

**(Prevailing Eastern Time)**, upon (a) counsel for the Debtors, Morrison & Foerster LLP, 1290

Avenue of the Americas, New York, NY 10104 (Attn: Norman S. Rosenbaum, Erica J. Richards,

and James A. Newton); (b) the Office of the United States Trustee for the Southern District of

New York, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Tracy Hope Davis,

Linda A. Riffkin and Brian S. Masumoto); (c) the Office of the United States Attorney General,

U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attn:

U.S. Attorney General, Eric H. Holder, Jr.); (d) Office of the New York State Attorney General,

The Capitol, Albany, NY 12224-0341 (Attn: Nancy Lord, Esq. and Enid N. Stuart, Esq.);

(e) Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza,

New York, NY 10007 (Attn: Joseph N. Cordaro, Esq.); (f) counsel for Ally Financial Inc.,

Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attn: Richard M. Cieri);

(g) counsel to Barclays Bank PLC, as administrative agent for the DIP lenders, Skadden, Arps,

Slate, Meagher & Flom LLP, Four Times Square, New York,  NY 10036 (Attn: Ken Ziman &

Jonathan H. Hofer); (h) counsel for the committee of unsecured creditors, Kramer Levin Naftalis

& Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attn: Kenneth Eckstein &

Greg Horowitz); (i) counsel for Ocwen Loan Servicing, LLC, Clifford Chance US LLP, 31 West

52nd Street, New York, NY 10019 (Attn: Jennifer C. DeMarco & Adam Lesman); (j) counsel for

Berkshire Hathaway, Inc., Munger, Tolles & Olson LLP, 355 South Grand Avenue, Los

Angeles, CA, 90071 (Attn: Seth Goldman & Thomas B. Walper); (k) Internal Revenue Service,

P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight mail, to 2970 Market Street, Mail

Stop 5-Q30.133, Philadelphia, PA 19104-5016); (l) Securities and Exchange Commission, New

York Regional Office, 3 World Financial Center, Suite 400, New York, NY 10281-1022 (Attn:

George S. Canellos, Regional Director); and (m) counsel for the First Lienholder, Shapiro,

Dicaro & Barak, LLC, 105 Maxess Road, Suite N109, Melville, NY 11747 (Attn: Shari S.

Barak).

**PLEASE TAKE FURTHER NOTICE** that, if no objections to the Stipulation and

Order are timely filed, served and received in accordance with this Notice, the Court may enter

the Stipulation and Order without further notice or hearing.


Dated: May 9, 2013                                         Respectfully submitted,
       New York, New York


                                                           /s/ Norman S. Rosenbaum
                                                           Norman S. Rosenbaum
                                                           Erica J. Richards
                                                           James A. Newton
                                                           MORRISON & FOERSTER LLP
                                                           1290 Avenue of the Americas
                                                           New York, New York 10104
                                                           Telephone: (212) 468-8000
                                                           Facsimile: (212) 468-7900

                                                           *Counsel for the Debtors and*
                                                           *Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 362(d)**
**MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

Pursuant to the order, dated October 15, 2012 (Docket No. 1824) (the "Procedures

Order"),[1] pursuant to sections 105(a) and 362(d) of title 11 of the United States Code (the

"Bankruptcy Code") establishing procedures (the "Stay Relief Procedures") for requesting relief

from the automatic stay to commence or complete the foreclosure of a senior mortgage and

security interest on lands and premises with respect to which the applicable land records indicate

that the Debtors may hold or service a subordinate mortgage and security interest; and One West,

as Servicer ("Movant") to Deutsche Bank National Trust Co., as Trustee ("Deutsche, as

Trustee") of the Residential Asset Securitization Trust 2005-A11 CB, Mortgage Pass-Through

Certificates, Series 2005-K under Pooling and Servicing Agreement dated September 1, 2005,

having requested (the "Request") relief from the automatic stay in accordance with the Stay

Relief Procedures in connection with the property of  Ronald A. McKean and Kimberly A.

McKean with an address of 8942 Deer Berry Court, Jacksonville, FL 32256 (the "Mortgaged

Property"); and due and proper notice of the Request having been made on all necessary parties;

and the above-captioned Debtors (the "Debtors") having consented to the relief sought in the

---

[1]    Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Procedures
Order.

ny-1083658

Request on the terms and conditions contained in this stipulation and order ("Stipulation and

Order"),

NOW, THEREFOR, it is hereby stipulated and agreed as between the Parties to

this Stipulation and Order, through their undersigned counsel, upon all of the proceedings had

before the Court; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Request is granted as set forth herein.

2.      To the extent applicable, the automatic stay imposed in this case by

section 362(a) of the Bankruptcy Code is modified under section 362(d) of the Bankruptcy Code

to the extent necessary to allow Movant to commence or complete the foreclosure of the

mortgage and security interest it holds on the Mortgaged Property.

3.      Movant shall provide due notice to the Debtors and Ocwen Loan

Servicing, LLC[2] in connection with any action to be taken with respect to the Mortgaged

Property, including, but not limited to, proceeding with a sale of the Mortgaged Property, in

accordance with and to the extent required by applicable state law.

4.      To the extent proceeds from any sale of the Mortgaged Property exceed

the valid amounts due and owing to all entities holding valid and enforceable liens on the

Mortgaged Property that are senior to the lien which the applicable land records indicate is held

or serviced by the Debtors, such proceeds shall be turned over within thirty (30) days after such

sale is completed to Ocwen Loan Servicing, LLC via wire transfer.

---

[2] Notices should be served on Ocwen Loan Servicing, LLC, at 1100 Virginia Drive, Fort Washington, PA 19034
(Attn: Peter J. Mulcahy, Esq.).

ny-1083658

5.     By entering into this Stipulation and Order, Movant hereby represents that it is an agent for and has the authority to seek relief from the automatic stay on behalf of Deutsche, as Trustee.

6.     This Stipulation and Order may not be modified other than by a signed writing executed by the Parties hereto or by further order of the Court.

7.     This Stipulation and Order may be executed in multiple counterparts, each of which shall be deemed an original but all of which when taken together shall constitute one and the same instrument.

8.     Pursuant to Bankruptcy Rule 4001(a)(3), the 14-day stay of this Stipulation and Order imposed by such Bankruptcy Rule is waived.  Movant is authorized to implement the provisions of this Stipulation and Order immediately upon its entry.

ny-1083658

9.    This Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation and interpretation of this Stipulation and Order.

| GMAC MORTGAGE, LLC<br><br>By: /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Erica J. Richards<br>James A. Newton<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile:  212) 468-7900<br><br>*Counsel for Debtors*<br>*and Debtors in Possession* | One West, as Servicer to Deutsche Bank National Trust Co., as Trustee of the Residential Asset Securitization Trust 2005-A11 CB, Mortgage Pass-Through Certificates, Series 2005-K under Pooling and Servicing Agreement dated September 1, 2005<br><br>By: /s/ Shari S. Barak<br>Shari S. Barak<br>SHAPIRO, DICARO & BARAK, LLC<br>105 Maxess Road, Suite N109<br>Melville, NY 11747<br>Telephone:  (631) 844-9611<br>Facsimile:  (631) 844-9525<br><br>*Counsel for Movant* |

APPROVED AND SO ORDERED
This ___ day of May, 2013, in New York, NY.

_____

**HONORABLE MARTIN GLENN**
**UNITED STATES BANKRUPTCY JUDGE**

4

ny-1083658