AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Daniel H. Golden
David M. Zensky
Abid Qureshi
Brian T. Carney

*Former Counsel to Aurelius Capital Management, LP*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------x
In re:                                                :        Chapter 11
                                                      :
RESIDENTIAL CAPITAL, LLC, *et al.*,                   :        Case No. 12-12020 (MG)
                                                      :        (Jointly Administered)
                          Debtors.                    :
---------------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") hereby officially withdraws its appearance as counsel to Aurelius Capital Management, LP ("Aurelius") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"). Akin Gump has withdrawn from its representation of Aurelius in the Chapter 11 Cases with the consent of Aurelius.

Aurelius, as a member of the Ad Hoc Group of Junior Secured Noteholders, is currently represented in the Chapter 11 Cases by White & Case LLP. All future notices, applications, motions, orders, and all other documents filed herein should be served on Aurelius as follows:

    **J. Christopher Shore
    Ian J. Silverbrand
    WHITE & CASE LLP
    1155 Avenue of the Americas
    New York, NY 10036**

1

**Telephone: (212) 819-8200**
**Facsimile: (212) 354-8113**
cshore@whitecase.com
isilverbrand@whitecase.com

Dated:    New York, New York
          May 9, 2013

AKIN GUMP STRAUSS HAUER & FELD LLP

By:    /s/ Abid Qureshi
       Daniel H. Golden
       David M. Zensky
       Abid Qureshi
       Brian T. Carney
       Akin Gump Strauss Hauer & Feld LLP
       One Bryant Park
       New York, New York 10036
       (212) 872-1000 (Telephone)
       (212) 872-1002 (Facsimile)
       dgolden@akingump.com
       dzensky@akingump.com
       aqureshi@akingump.com
       bcarney@akingump.com