Hearing Date and Time:  June 12, 2013 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Gary S. Lee
James A. Newton

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re                                            :
                                                 :   Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, *et al.*,              :
                                                 :   Chapter 11
                                                 :
                    Debtors                      :   Jointly Administered
---------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON OBJECTION OF DB
STRUCTURED PRODUCTS, INC. AND MORTGAGEIT HOLDINGS, INC.
TO DEBTORS' PROPOSED CURE AMOUNT AND TO ASSUMPTION
AND ASSIGNMENT OF RELATED AGREEMENTS TO JUNE 12, 2013 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the *Objection of DB Structured Products, Inc. and MortgageIt Holdings, Inc. to Debtors' Proposed Cure Amount and to Assumption and Assignment of Related Agreements* [Docket No. 1623] (the "Objection"), previously scheduled to be heard on May 14, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned by mutual agreement of the parties to **June 12, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the

ny-1090010

Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

Dated: May 10, 2013
      New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Gary S. Lee
James A. Newton
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*