**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RESIDENTIAL CAPITAL, LLC, et al., | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |

### NOTICE OF THE EXAMINER CONCERNING FILING OF REPORT

On May 8, 2013, Arthur J. Gonzalez, the Court-appointed Examiner in these cases, filed a Notice [Docket No. 3654] stating his intention to file his report at noon on May 10, 2013 or as soon thereafter as practicable. The Mediator, the Honorable James M. Peck, thereafter informed the Examiner that progress is being made in the mediation and it is hoped that additional time will result in a consensual resolution of the ResCap bankruptcy cases. Further, the Mediator and the parties to the mediation believe that a short postponement in the filing of the report would assist the mediation process.

CPAM: 5500573.2

Based upon the foregoing, the Mediator, with the consent of the parties to the mediation and authorization of the Court, requested that the Examiner postpone the filing of the Report from Friday, May 10, 2013 to Monday, May 13, 2013.[1]

The Examiner has agreed to the request and will file the Report, unless otherwise directed by the Court, on **Monday May 13, 2013 at 3:00 p.m. (New York time).**

Dated: New York, New York
       May 10, 2013

                                   **CHADBOURNE & PARKE LLP**

                                   By: */s/ Howard Seife*
                                        Howard Seife
                                        David M. LeMay
                                        30 Rockefeller Plaza
                                        New York, New York 10112
                                        Telephone:  (212) 408-5100
                                        Facsimile:  (212) 541-5369

                                        *Counsel to the Examiner*

---

[1] The deadline set by the Court for the filing of the Report was on or before May 13, 2013.  However, by notice dated May 8, 2013, the Examiner had stated that the Report would be filed on May 10, 2013.

2