# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re RESIDENTIAL CAPITAL, LLC, | ) |
| | ) |
| | ) Case No. 12-12020-MG |
| Debtor | ) |
| | ) Chapter 11 |
| | ) |
| | ) Jointly Administered |
| | ) |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST

**PLEASE TAKE NOTICE** that Lawrence Katz, hereby withdraws his appearance in regard to the above Chapter 11 case and request that he be removed from the CM/ECF noticing list and any other service.

Date: May 10, 2013

s/ Lawrence Katz
Lawrence Katz
Attorney for Antoinette Aribal
Law Offices of Lawrence Katz
445 Central Avenue, Suite 201
Cedarhurst, NY 11516
Email: lkatz@lawkatz.com
516-374-2118