Exhibit 1

Highly Confidential

**ResCap**
**Cash Collateral Discovery - Cost Summary**
DRAFT - Subject to Change

