Exhibit 2

Contains Confidential Portions

Page 1

1

2    UNITED STATES BANKRUPTCY COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    ----------------------------X

5    In re:                    Case No. 12-12020(MG)

6    RESIDENTIAL CAPITAL, LLC,

7    et al.,

8                     Debtors.

9    ----------------------------X

10

11          CONTAINS CONFIDENTIAL PORTIONS

12     30(b)(6) DEPOSITION OF RESIDENTIAL CAPITAL, LLC

13               by JILL HORNER

14            New York, New York

15             May 8, 2013

16

17

18

19

20

21

22

23

24    Reported by:

     Bonnie Pruszynski, RMR

25    JOB NO. 61206

Contains Confidential Portions

1          J. Horner

2          MR. SHORE:  Let's mark that Number 1.

3          (Horner Exhibit 1 marked for

4      identification as of this date.)

5      Q     Okay.  Have you seen that document

6  before?

7      A     Yes, I have.

8      Q     Okay.  And if you could turn to the

9  ninth page, the Rule 30(b)(6) topics.  Do you

10  understand that you will be appearing today on

11  behalf of the debtors with respect to any of the

12  topics, six topics listed on page nine of Horner

13  Number 1?

14      A     I do.

15      Q     And which topics do you understand

16  that you are appearing and answering on behalf of

17  the company?

18      A     Could be all.

19      Q     Could be all.

20          MR. ENGELHARDT:  The witness can

21      testify to number one, number two, number

22      four.  Number five I believe is moot.  And

23      number six.

24          MR. SHORE:  Okay.

25          MR. ENGELHARDT:  And also with

Contains Confidential Portions

Page 14

1                    J. Horner

2     assets sufficient to satisfy that ███████████?

3          A      No.

4          Q      Okay.  And are you willing to testify

5     today that -- as to the wherewithal of any

6     particular debtor to pay any of these particular

7     expenses?

8                    MR. ENGELHARDT:  Objection to form.

9          A      No.

10         Q      So are you -- what is your

11    understanding of an adequate protection lien, if

12    any?

13                   MR. ENGELHARDT:  Objection to the

14         extent it calls for a legal conclusion.

15         A      I do not know.

16         Q      Do you know anything as to what an

17    adequate protection payment is?

18         A      I'm not familiar with it.

19         Q      Okay.  Have you ever heard the

20    concept of adequate protection?

21         A      I did.

22         Q      Okay.  Without -- if you can, without

23    revealing legal advice, what have you heard about

24    what adequate protection is?

25                   MR. ENGELHARDT:  I caution the

Contains Confidential Portions

Page 15

J. Horner

1

2      witness not to reveal any conversations she

3      may have had with counsel.

4      A      I have no understanding what it is.

5      Q      Okay.  So, if you bring out your

6 Horner Number 1, go back to the 30(b)(6) topics,

7 can you testify today at all with respect to

8 expense allocations on an estate-by-estate basis?

9      A      Not on an estate-by-estate basis, no.

10      Q      And what, if anything, did you do to

11 prepare to respond to topic number six?

12      A      Nothing.

13      Q      Did anybody even ask you to look at

14 expense allocation on an estate-by-estate basis?

15      A      No.

16      MR. ENGELHARDT:  Objection to form.

17      Q      Okay.  So, let's focus now on

18 column A, which is accrued unpaid as of 4/30/13.

19 Do you see that?

20      A      I do.

21      Q      Have you done any work to

22 determine -- or first of all, have you done any

23 work with respect to that column, that is

24 expressed in your declaration?

25      A      Not in this particular column, I have

Contains Confidential Portions

Page 19

1                          J. Horner

2      liquidating assets?

3            A      No.

4            MR. ENGELHARDT:  Objection to form.

5            Q      And as you sit here today, can you

6      testify as to whether or not that ███████████

7      expense benefits the junior secured noteholders at

8      all?

9            MR. ENGELHARDT:  Objection to form.

10           A      I can't express an opinion.

11           Q      And can you express any opinion as to

12     whether or not that ██████ constitutes a necessary

13     expense of liquidating the JSN's collateral?

14           A      Not that I am aware of.

15           Q      And since you have been offered as a

16     30(b)(6) witness on behalf of the company, what is

17     the company's view as to whether that

18     ████████████████  expense constitutes a necessary

19     expense of liquidating the collateral of the

20     junior secured notes?

21           MR. ENGELHARDT:  Objection to form.

22           A      I believe the company would agree.

23           Q      And what is your basis for saying

24     that?

25           A      Just the conversations that I have

Contains Confidential Portions

Page 20

1                     J. Horner

2    had to date with my predecessor.

3         Q     And what did your predecessor say?

4         A     That that was aligned with the junior

5    secured notes.

6         Q     Why?

7         A     I don't recall.

8         Q     Who is your predecessor?

9         A     Jim Whitlinger.

10        Q     So Mr. Whitlinger told you something

11   and you forgot it, as to why ███████████

12   constitutes a necessary expense?

13        A     Yes.

14        Q     Okay.  And as I said, independent of

15   what Mr. Whitlinger told you, you have no view --

16        A     I don't.

17        Q     -- on behalf of the company?

18        A     No.

19        Q     The ███████████ entry, which is

20   ██████████

21        A     Yes.

22        Q     What do you understand that to be?

23        A     My understanding is, a portion of

24   what is deemed the carve-out under the collateral

25   motion for professional fees.

Contains Confidential Portions

Page 21

<sup>1</sup>                    J. Horner

<sup>2</sup>        Q       Okay.  And how do you understand the

<sup>3</sup>    allocation of the ████████ to have been made?

<sup>4</sup>        A       Made on assets.

<sup>5</sup>        Q       Okay.  And when you say "assets,"

<sup>6</sup>    what do you mean?

<sup>7</sup>        A       Assets that are sitting between the

<sup>8</sup>    line of credit and the revolver.

<sup>9</sup>        Q       And based on what type of valuation?

<sup>10</sup>       A       I believe the ██ balance.

<sup>11</sup>       Q       Well, what -- what is the valuation

<sup>12</sup>    of the collateral at that time?

<sup>13</sup>       A       I -- I would not know that off the

<sup>14</sup>    top of my head.

<sup>15</sup>       Q       Can you tell me how at all the

<sup>16</sup>    collateral was valued at ██ -- that is

<sup>17</sup>    February 28th; right?

<sup>18</sup>       A       Correct.

<sup>19</sup>       Q       Can you tell me anything about how

<sup>20</sup>    the collateral was valued at ██ such that you

<sup>21</sup>    could do an allocation of the -- of the carve-out

<sup>22</sup>    expense?

<sup>23</sup>       A       I believe it is just the book value.

<sup>24</sup>               MR. ENGELHARDT:  Objection to form.

<sup>25</sup>       Q       What is your basis for saying you

Contains Confidential Portions

Page 36

1                       J. Horner

2        Q        If you know.

3        A        I -- I don't know off the top of my

4    head.

5        Q        And with respect to that █████████

6    or so cash amount, what, if any, knowledge do you

7    have as to how that cash is allocated across

8    various debtor entities?

9        A        I wouldn't have -- I don't know

10   entity by entity where the cash is.

11       Q        Okay.  And let's focus on number two.

12   All right.  "Each debtor's basis for determining

13   that its estate requires the use of cash

14   collateral during the cash collateral extension

15   period."

16              What is the company's testimony as to

17   each debtor's basis for determining?

18       A        We -- you know, as far as future

19   expenses or use of cash collateral, we do not do

20   our forecast on a debtor-by-debtor basis, and so

21   we do everything in the aggregate from a

22   forecasted perspective.

23       Q        Okay.  So, let me ask a question.

24   With respect to -- you understand there is an

25   entity known as ResCap LLC.

Contains Confidential Portions

Page 38

1              J. Horner

2    usage?

3              MR. ENGELHARDT:  Objection to form.

4    A      I don't know that.

5              MR. ENGELHARDT:  Also, objection to

6         the extent it calls for a legal conclusion.

7    Q      Let me rephrase that.

8              As you sit here today, can you tell

9    me whether ResCap LLC needs to access any cash

10   collateral?

11   A      I do not know that.

12   Q      And can you tell me whether --

13   whether any particular debtor needs to access cash

14   collateral?

15             MR. ENGELHARDT:  Objection to form.

16   A      Not on an entity-by-entity basis.

17   Q      And what, if anything, did you do in

18   preparation for your deposition to answer on

19   behalf of the company with respect to each

20   debtor's basis for determining that its estate

21   requires the use of cash collateral during the

22   cash collateral extension period?

23   A      Since we don't do anything from a

24   future forecast, I -- there was nothing to do.

25   Q      Well, are you saying it's impossible

Contains Confidential Portions

Page 39

1                        J. Horner

2    to do?

3         A        Everything is possible.  No, I don't

4    know what this is, though.

5         Q        And do you have any understanding of

6    the complexity of doing it on a debtor-by-debtor

7    basis?

8         A        It's extremely complex.

9         Q        Why is that?

10        A        Just the level of information that we

11   have for the forecast, we do not have it by

12   entity.

13        Q        Is it tracked within the company

14   somewhere?

15        A        Not from a forecast perspective.

16        Q        What about from an expense

17   perspective?

18        A        From an actual perspective?

19        Q        Yes.

20        A        Where expenses are by entity, they

21   are recorded accordingly.

22        Q        So you could -- could have given me,

23   for example, cash on a debtor-by-debtor basis?

24                 MR. ENGELHARDT:  Objection to form.

25        Q        As of a certain date?

Contains Confidential Portions

Page 40

1                    J. Horner

2      A      As of a certain date, yes.

3      Q      And what role, if any, did you play

4    in the preparation of cash on a debtor-by-debtor

5    basis?

6               MR. MORRIS:  Objection to form.

7      Q      Any analysis done on that.

8      A      I did not do any analysis on that.

9      Q      What analysis, if any, did you do or

10   know about with respect to determining how much

11   cash there was on a debtor-by-debtor basis broken

12   down into cash collateral and encumbered cash?

13     A      Ask the question again.

14     Q      Sure.

15              What analysis, if any, did you do

16   with respect to determining on a debtor-by-debtor

17   basis how much of their cash was either cash

18   collateral within the three collateral islands or

19   cash collateral outside those three islands?

20     A      We don't break the cash down in the

21   forecasts by debtor by debtor.

22              MR. ENGELHARDT:  Counsel, with

23         respect to your cash questions, I believe

24         we -- one of the first documents that we

25         produced --

Contains Confidential Portions

Page 43

1                        J. Horner

2          Q      Let's go back to Horner Number 2,

3    which is the chart.  You are listing -- what role,

4    if any, did you play in prior expense allocations

5    within the debtor entities?

6                 MR. MORRIS:  Objection to form.

7          A      Prior to?

8          Q      Prior to, first of all, your joining

9    as CFE.

10         A      I was not involved in any of the

11   allocations of expenses prior to that.

12         Q      Okay.  And since joining as CFE, have

13   you had any role?

14         A      Yes.  Looking at the total three-year

15   budget and looking at an allocation of those

16   expenses.

17         Q      Okay.  And have you looked at an

18   allocation of those expenses other than the

19   allocation that is set forth in your declaration?

20         A      We look at the allocation of expenses

21   on a monthly basis.

22         Q      And how is that allocation done

23   differently than the allocation method you are

24   using in your declaration, if there is a

25   difference?

Contains Confidential Portions

Page 44

1                          J. Horner

2       A       I believe the difference is that

3   currently it's allocated based on assets, and the

4   allocation currently today is defined by direct

5   costs or that are related to certain functions of

6   the business.

7       Q       When you say allocated based on

8   assets, what do you mean?

9       A       Allocated based on the book value of

10  those assets.

11      Q       As of what period in time?

12      A       As of the month in which we were

13  allocating the expenses.

14      Q       Are you aware of whether any of the

15  assets, the book value of any of the assets within

16  the collateral islands has changed while you have

17  been CFE?

18      A       As it relates to how it's recorded in

19  the general ledger, yes.

20      Q       And how did the changes occur?

21      A       Collections of, you know, advances,

22  collections, or claims resolved, would be primary

23  reasons of why that change in collateral.

24      Q       Can you think of any reasons other

25  than disposition of assets carried at book value

Contains Confidential Portions

Page 47

1                        J. Horner

2    assets appropriately.

3         Q       And why did you do that?

4         A       I was asked to do that by my

5    advisors.

6         Q       And which advisors were those?

7         A       It would be MoFo, FTI and Centerview.

8         Q       And in your view, is that an

9    appropriate method for allocating expenses, just

10   from a financial perspective?

11        A       The prospective one?

12        Q       Yes.

13        A       Yes.

14        Q       And what, if any, views do you have

15   as to the appropriateness of the allocation prior

16   to that?

17        A       I think -- I have no opinion on that.

18        Q       Okay.  Is it fair to say that the

19   expenses -- at least from the financial function,

20   the expense allocation by book value of assets was

21   something that Mr. Whitlinger put in place?

22        A       I believe he was involved.

23        Q       And that was an expense -- expense

24   allocation methodology that you inherited when you

25   became CFE?

Contains Confidential Portions

Page 48

1                    J. Horner

2        A        Yes.

3        Q        Is the company currently using the

4    direct cost expense allocation methodology for

5    forecasting?

6        A        Yes, it is.

7        Q        And when was that switch made?

8        A        The middle of April.

9        Q        And why was that switch made?

10       A        Based on methodology that was

11   proposed in the declaration, we determined that

12   that would be the right way going forward in our

13   cash flow forecasts.

14       Q        When you say "we determined" it was

15   the right method, that is the financial function

16   determined it was the right method?

17       A        Right.  Collectively with our

18   advisors.

19       Q        So we are clear, I think I asked this

20   before, but now I have got a little more answers,

21   the ████████████ that is listed in column A, at

22   the bottom of column A of Horner Number 2, has

23   there been any attempt, as far as you know, to

24   perform an allocation of expenses based upon the

25   direct expense methodology?

Contains Confidential Portions

Page 49

1                     J. Horner

2        A       Not for column A, no.

3        Q       But that's an analysis you could do;

4    right?

5        A       We could do.

6        Q       Why haven't you done it?

7                MR. HOROWITZ:  Objection to form.

8                MR. ENGELHARDT:  Objection to form.

9        A       Where it is on the priorities.

10               MR. MORRIS:  Can I have the answer

11   read back.

12               (Record read.)

13   BY MR. SHORE:

14       Q       When is the last time you know that

15   the expenses were forecast -- expenses were

16   forecast on the -- that's the wrong question.

17               From time to time has the company

18   forecasted expenses on the book value asset

19   methodology?

20               MR. ENGELHARDT:  Objection to form.

21       A       We --

22       Q       So, when you joined, there was a

23   methodology for allocation of expense --

24       A       Correct.

25       Q       -- based upon book value of assets.

Contains Confidential Portions

Page 55

1                    J. Horner

2        Q       Do you know whether they looked at

3    bank account statements as opposed to ledger cash?

4        A       No.  I believe this would be ledger

5    cash.

6        Q       Um-hum.

7                What's the difference between ledger

8    cash and actual cash in bank accounts?

9                MR. MORRIS:  Objection to form.

10       Q       As of any particular period in time.

11       A       Ledger cash would be made up of

12    multiple bank accounts.

13       Q       Any other difference?

14       A       Not that I am aware of.

15       Q       No differences with respect to

16    timing?

17       A       There could be differences in timing,

18    if there is a need to move cash between accounts.

19       Q       Okay.  And what was the reason for

20    picking February 28th as the date?

21       A       I believe that was the request.

22       Q       The -- and then you sat and you

23    talked about this with counsel; right?

24       A       Not a deep discussion, no.

25       Q       How long did the discussion take?

Contains Confidential Portions

Page 56

1             J. Horner

2             MR. ENGELHARDT:  Don't reveal any

3        part of the discussion.

4        A       It was brief.

5        Q       Okay.  A minute, 30 seconds, five

6   minutes?

7        A       Five minutes.

8        Q       Okay.  And how comfortable do you

9   feel testifying on behalf of the company that

10  every single figure in here is accurate?

11       A       I believe if this ties to the general

12  ledger, then as of that point in time, I'm

13  comfortable.

14       Q       Now, going back to questions we had

15  before, so, if you look at the line one, LE50000

16  Residential Capital LLC, what do you understand

17  that number to be?

18       A       That would be the -- LE50000

19  Residential Capital is the legal entity that you

20  referred to as ResCap LLC, and that would be the

21  cash sitting in ResCap LLC that is revolved --

22  that is aligned with the Ally revolver.

23       Q       And just so we are clear, which lines

24  would add up to tell you what cash in Residential

25  Capital LLC rolls up into the three collateral

Contains Confidential Portions

Page 62

1          J. Horner

2          MR. HOROWITZ:  Objection to form.

3     Q     What you would be doing in that

4 instance is going back to the general ledger to

5 see how it's booked; right?

6     A     Yes, I would.

7     Q     But you didn't have any role at all

8 in actually booking the value of those assets.

9     A     No, I do not have a role.

10     Q     So, when you say you could prepare --

11 you can provide testimony on behalf of the company

12 with respect to the valuation of those assets,

13 that means you could go back to the general

14 ledger, see what was listed in the general ledger,

15 and tell me that.

16          MR. MORRIS:  Objection to form.

17     A     Yes.

18     Q     And you couldn't do anything more

19 than that?

20     A     No.

21     Q     All right.  Going back to Horner

22 Number 2, column A, on behalf of the company, can

23 you tell me how payment of the ▬▬▬▬▬▬ in

24 column A would benefit the junior secured notes?

25          MR. LERNER:  Objection to form.

Contains Confidential Portions

Page 63

1                    J. Horner

2        A       No, I cannot.

3        Q       But do you understand that the

4    payment of the ████████████ in the way this chart

5    is presented would be out of the junior secured

6    noteholders' cash collateral?

7        A       Yes, that is my understanding.

8        Q       And with respect to the 30.4 million

9    in column B, on behalf of the company, how does

10   the payment of that $30.4 million out of the

11   junior secured noteholders' cash collateral

12   benefit the junior secured noteholders?

13       A       The primary components of these

14   expenses are the expenses that are related to the

15   monetization of the assets that are sitting on the

16   books, collection of recoveries, and support of

17   those functionalities.

18       Q       Okay.  And then we looked at column C

19   before.  The payment of the ██████ -- I think I

20   got that, that testimony before.

21            MR. SHORE:  All right.  Let's take a

22        short break.  We will come back, and we'll

23        go through the declaration.

24            (Recess taken.)

25   BY MR. SHORE:

Contains Confidential Portions

Page 64

1                        J. Horner

2          Q        Can we go back to Horner Number 2,

3     please.  Looking at column B, the $30.4 million

4     number, did you or any member of your team make

5     any effort to market test the numbers, that is to

6     determine whether any particular line within

7     column B represented a market rate of expense?

8          A        No.

9                    MR. ENGELHARDT:  Objection to form.

10         Q        I take it that this was just a

11    reflection of what is the actual expense if

12    this -- if these expenses are incurred by the

13    debtors and their personnel.

14         A        This represents what was in the

15    three-year forecast; correct.

16         Q        And is there a reason why you did not

17    look to see what it would cost to do the -- to

18    incur these expenses at a market rate?

19                   MR. ENGELHARDT:  Objection to form.

20                   MR. MORRIS:  Objection to form.

21         A        No.

22         Q        So, if you look at, for example,

23    subservicing fees, line one in Horner

24    declaration -- or in column B, did you make any

25    particular effort to determine whether the

Contains Confidential Portions

Page 65

1                         J. Horner

2    ████████████ expense there represents a market

3    rate of subservicing fees for the particular

4    collateral that is within the collateral islands?

5                    MR. ENGELHARDT:  Objection to form.

6        A       No, I did not do a market analysis.

7        Q       Are you aware of whether any member

8    of your team did that?

9        A       I'm not aware of anything.

10       Q       So, as you sit here today on behalf

11   of the company, you can't represent that ████

12   represents an expense that would be charged at a

13   market rate.

14                   MR. ENGELHARDT:  Objection to form.

15       A       Not -- I cannot.

16       Q       And with respect to then if we went

17   through any particular of the -- any particular

18   line item expense in column B of Horner Number 2,

19   you couldn't tell me whether -- whether a market

20   rate of expense would be higher or lower than what

21   you list?

22                   MR. ENGELHARDT:  Objection to form.

23       A       No, I could not.

24       Q       Looking at Horner Number 4.  Just so

25   we are clear, you don't know what the cash is as

Contains Confidential Portions

Page 66

                        J. Horner

1

2    of today.  I think we went through that.  Right?

3         A       As of today, no.

4         Q       But you believe that the cash number

5    is approximately the same?

6         A       Yes.

7         Q       And the ██████████ of unencumbered

8    cash, do you see that?

9         A       I do.

10        Q       Is there enough unencumbered cash to

11   pay all of the forecasted expenses over the

12   allocation period?

13                MR. ENGELHARDT:  Objection to form.

14                You can answer.

15        A       I have not completed the analysis to

16   determine that.

17        Q       And leave aside the allocated

18   expenses; is there enough cash within the estate

19   currently to pay the expenses of the debtors over

20   the forecast period?

21        A       For the cash that is in there today

22   over the -- yes.  In totality, yes.

23        Q       And with respect to unencumbered

24   cash, is there enough unencumbered cash in the

25   company today to pay the expenses of the debtors

Contains Confidential Portions

Page 69

1                          J. Horner

2       listed in the addition of columns A, B and C on

3       Horner Number 2?

4            A        Please restate the question.

5            Q        Sure.

6                     If you have ██████████ of

7       unencumbered cash as of 2/28; right?

8            A        Um-hum, yes.

9            Q        And you believe that to be about the

10      amount of cash you have today; right?

11           A        To the best of my understanding.

12                    MR. ENGELHARDT:  Objection to form.

13           Q        Is it your belief that that amount of

14      cash is sufficient to pay all of the expenses, the

15      full quantum of expenses that are projected, both

16      accrued and projected, over the -- over the

17      forecast period included in Horner Number 2?

18                    MR. ENGELHARDT:  Objection to form.

19           Q        Look, I just want to make sure I got

20      the math right.  You are projecting that there is

21      going to be ██████████ of expense associated

22      with paying accrued expenses and paying direct

23      costs for -- for monetization of the collateral;

24      right?

25           A        Correct.

Contains Confidential Portions

Page 70

1                    J. Horner

2        Q        And that ███████████ could be paid

3    out of unencumbered cash?

4        A        I don't know that it could be paid

5    out of unencumbered cash.

6        Q        I'm not asking for a legal

7    conclusion.  Just as a matter of math, you have

8    enough unencumbered cash to pay those expenses.

9        A        Right.  Of the ████, yes, out of ████.

10   But there is additional expenses and unaccrued

11   that are not included on this page.

12       Q        Those are not expenses that are

13   accrued with respect to the collateral islands?

14       A        Not the three, no.

15       Q        When you say there are additional

16   expenses, those are in -- in islands that do not

17   constitute the collateral of the junior secured

18   notes?

19       A        That is true.

20       Q        And let me ask, since there are other

21   islands which are subject to -- well, let me ask

22   this.

23                Have you done any cash flow analysis

24   to try to match that up, in other words, to

25   determine whether you have sufficient cash at any

Contains Confidential Portions

Page 74

1                    J. Horner

2    the servicing of the, or to the collection efforts

3    on the FHA/VA loans?

4         A       Yes, as it relates to ████████, and

5    ██████.

6         Q       ████████████████████, okay.

7                 But then can you map any other

8    particular costs or expenses to the -- to the line

9    one in Horner Number 3, beyond subservicing fees?

10        A       Not at a portfolio level, no.

11        Q       So let me look at something like HFS

12   loans, ████████  ████████████, under Ally

13   revolver.  Okay.  You understand that is one of

14   the collateral islands?

15        A       Yes, I do.

16        Q       Okay.  Can you tell me how much of

17   the expense, the $30.4 million of expense, is

18   being used to collect on that ████████████ of

19   assets?

20        A       No, I cannot.

21        Q       Okay.  And do you even have a sense

22   directionally of how much it is?

23        A       Not at an asset level.

24        Q       ██████  ████████████████████

██   ████████████████████████████  If there is

Contains Confidential Portions

Page 75

1                          J. Horner

2    ████████████  of book value of the -- first of all,

3    on this chart that you produced to us, do you have

4    an understanding of what the basis is for the

5    valuation numbers that are listed?

6         A      I believe this was from a general

7    ledger balance sheet.

8         Q      As of what date?

9         A      I'm not sure, since it's not

10   documented.

11        Q      Okay.  Did you play any preparation

12   in this report or this page?

13        A      Not in the preparation, no.

14        Q      So,  ██████████████ .  Other than the

15   subservicer fees, can you tell me what other costs

16   are -- of the 30.4, are being spent on liquidating

17   those assets?

18        A      Not on this particular asset type,

19   no.

20        Q      Okay.  Or any of the particular asset

21   types that are listed here?

22        A      No.  We --

23               MR. HOROWITZ:  Object to form.  You

24        said liquidating the assets?

25               MR. SHORE:  Yeah.  You can object to

Contains Confidential Portions

Page 76

1                         J. Horner

2         form.

3         Q       Do you understand what I mean by

4    liquidating the assets?

5         A       Monetization of the assets.

6         Q       Right.

7         A       So, we did the expenses based on all

8    asset categories.

9         Q       So, what effort, if any, have the

10   debtors made to determine whether or not it's

11   really worth spending any more money trying to

12   protect a particular asset class?

13                MR. ENGELHARDT:  Objection to form.

14        Q       So, for example, if you had -- can

15   you look at ████████, "Other," ███.  Can you

16   testify under oath that there aren't more than

17   ████████████ of costs in your 30.4 that are

18   attributable to collection of those assets?

19        A       No, I cannot.

20        Q       Right.  So it may be that you are

21   seeking authorization to use cash collateral to

22   incur expenses that are greater than what you

23   might collect on a particular set of assets.

24                MR. ENGELHARDT:  Objection to form.

25        A       I cannot --

Contains Confidential Portions

Page 78

J. Horner

1

2      A      I do not.

3      Q      Is there any -- is there an asset

4    disposition plan?

5      A      There is.

6      Q      And what role, if any, did you play

7    in the preparation of the asset disposition plan?

8      A      I did not participate in the creation

9    of that plan.

10     Q      Does Mr. Puntus have any

11   responsibility for the asset disposition plan, if

12   you know?

13     A      No, he does not.

14     Q      No, he does not.

15            Is there any reason why there

16   couldn't be a member of the asset disposition, or

17   someone who was responsible for the asset

18   disposition plan couldn't testify in court as to

19   what the asset disposition plan is?

20            MR. ENGELHARDT:  Objection to form.

21            MR. HOROWITZ:  Objection to form.

22     Q      As far as you know.

23     A      As far as I know, there could be

24   somebody that would be able to articulate the

25   plan.

Contains Confidential Portions

Page 79

1                    J. Horner

2        Q       Okay.  So when we looked at the

3   FHA/VA loans and you pointed me to the

4   subservicing fees --

5        A       Yes.

6        Q       --  ███████████████  of Horner

7   Number 2, what do those subservicing fees

8   represent?

9        A       The cost that we paid to the

10  servicer.

11       Q       Ocwen?

12       A       Ocwen.

13       Q       And just so we are clear, what of the

14  remaining 30.4 in expenses is related to employees

15  who supervise the subservicing that is done by

16  Ocwen?

17       A       I do not know that number off the top

18  of my head.

19       Q       You do understand that there are

20  certain employees of the debtors who are tasked

21  with supervising the Ocwen servicing.

22       A       Yes, I do.

23       Q       And you do understand that certain

24  amount of the costs associated with -- of the

25  30.4, would include charges for people supervising

Contains Confidential Portions

Page 80

1                    J. Horner

2    the work that Ocwen does.

3         A      I -- yes, I do.

4         Q      So if, for example, the debtors just

5    turned over the FHA/VA loans to an entity which

6    could hold the FHA/VA loans, it could avoid any

7    future expense with respect to the collection of

8    the -- those loans?

9                 MR. HOROWITZ:  Object to form.

10                MR. ENGELHARDT:  Object to form.

11        A      That would be up to that entity.

12        Q      Has anybody approached you within the

13   company to determine which of the asset classes

14   listed in Horner Number 3 would be, would be --

15   would be suitable candidates for turning over to

16   the lenders?

17                MR. ENGELHARDT:  Objection to form.

18        A      No, nobody has approached me on that.

19        Q      As part of your analysis in preparing

20   your declaration, did you determine what benefit

21   might be had by turning particular asset classes

22   over to the lenders rather than incurring expenses

23   related to the monetization of those assets?

24        A      No, that was not part of any analysis

25   that we completed.

Contains Confidential Portions

Page 83

1                           J. Horner

2      look at that document.

3           Q       Okay.  I will pull that.  I don't

4      have that one here.  I have it downstairs.

5                   Let's focus on Horner Number 2, and

6      let's look at the ████████████ in column B,

7      ███.  What does that represent?

8           A       This would represent a portion of the

9      compensation and benefits that are related to

10     individuals that either directly support the

11     functions, you know, with regards to asset

12     disposition, monetization, claims recoveries, the

13     resolution of the origination pipeline or the

14     completion of the file foreclosures that are in

15     the ETS inventory.

16          Q       Included in that, are there any

17     hourly -- hourly employees?

18                  MR. ENGELHARDT:  Objection to form.

19          A       I don't believe so.

20          Q       Everyone is salaried?

21          A       Within the organization, no.

22          Q       Within that ████?

23          A       I believe so.

24          Q       And have, as far as you know, the

25     debtors done any analysis as to whether or not, if

Contains Confidential Portions

Page 84

1                    J. Horner

2    any particular asset class within the collateral

3    silo was turned over to the junior secured notes,

4    whether or not you could reduce the number of

5    salaried employees?

6              MR. MORRIS:  Objection.

7        A    We have not completed that analysis.

8        Q    So, as far as you know, is that ████,

9    or all the work -- so -- right.

10             So, if in fact any of the asset

11   classes were -- were monetized now, as of today,

12   can you tell me how much of that ████████ the

13   debtors would actually save?

14             MR. ENGELHARDT:  Objection to form.

15       A    No, I cannot.

16       Q    It may be that every single employee

17   who rolls up into that ████████ would still

18   be employed by the company and they would just be

19   doing less work.

20       A    That could be a possibility, yes.

21       Q    Is there any particular employee that

22   rolls up into that ████████ who is solely

23   responsible for the liquidation of the collateral

24   in the collateral islands?

25       A    No, not that they are solely

Contains Confidential Portions

Page 85

1                    J. Horner

2    responsible for the liquidation of those assets.

3        Q       All right.  Let's go to your

4    declaration, which is Horner Number 5.  Can you

5    identify that document, please?

6                MR. ENGELHARDT:  I don't think the

7        witness heard your question.

8        Q       Could you identify that document,

9    please?  Sorry.

10       A       Yes.  This is my declaration.

11       Q       Okay.  Who drafted this declaration?

12       A       My advisors.

13       Q       Who is that?

14       A       FTI.

15       Q       And what did you -- what role did you

16   play in the drafting?

17       A       Discussed the components of it,

18   reviewed it, edited it.

19       Q       Did you play any role in the

20   calculation of any of the particular numbers that

21   are listed in Horner Number 5?

22       A       Yes.  I played a primary role in the

23   calculation of the numbers.

24       Q       Can you describe what you did?

25       A       I can.  I, once again utilizing the

Contains Confidential Portions

Page 106

1                          J. Horner

2    collateral securing the junior secured notes?

3         A       Not based on my current expense

4    estimates.

5         Q       Okay.  And I think we went through

6    this before.  If you will look at column C.  You

7    are expressing no view one way or the other as to

8    whether the -- those lines are going to be

9    tough -- whether ████████████████████ are

10   necessary to preserve the value of and to dispose

11   of the collateral securing the junior secured

12   notes?

13                MR. ENGELHARDT:  Objection to form.

14        A       No, I do not have an opinion on if

15   they are adding value to the junior secured notes.

16        Q       And I think we went through it

17   before.  You have no opinion as to whether any of

18   the expenses in column A are adding value to the

19   junior secured notes?

20                MR. MORRIS:  Objection to form.

21        A       No.  I said there is portions of --

22   included in A, but they haven't been identified,

23   that would be used to value the junior secured

24   notes.

25        Q       What are those portions?

Contains Confidential Portions

Page 107

1                       J. Horner

2          A       I said we don't have it identified at

3    this point.

4          Q       Well, what are they by category?

5          A       They would be portions of the asset

6    disposition group that would be -- you have to

7    have accrued liabilities there for employees.  If

8    there were any third-party expenses that were

9    incurred to complete the sale of REOs, file

10   foreclosure inventory, managed, or the origination

11   pipeline.

12         Q       And you don't have any sense as to

13   what proportion of the ███ would be attributable

14   to that?

15         A       There is approximately -- on the

16   origination pipeline specifically, there is ██.

17   Other than that, I -- on those categories, I would

18   have to look and attribute this column A, which I

19   don't have.

20         Q       And when you say ██, you mean

21   ████████?

22         A       Correct.

23         Q       So, as you sit here today, you can

24   testify that ██████ of column A would be a

25   direct expense of preserving and protecting the

Contains Confidential Portions

Page 108

1                    J. Horner

2    collateral securing the junior secured notes?

3         A       Correct, for the origination

4    pipeline.

5         Q       What about for any other asset class,

6    or sorry, expense silo?

7         A       I would have to actually go back and

8    do the attribution analytics.

9         Q       And I take it you express no view one

10   way or the other -- well, let me ask:  Do you

11   believe that the junior secured noteholders -- on

12   behalf of the company, do you believe the junior

13   secured noteholders are obligated to pay any

14   portion of the ███████████ after the cash

15   collateral order is terminated, the existing one?

16              MR. HOROWITZ:  Object to form.

17        Q       And I'm not asking for a legal

18   conclusion.

19              MR. ENGELHARDT:  Objection to form,

20        and to the extent it calls for a legal

21        conclusion.

22        Q       I will make it very clear, to address

23   your -- I just want the business position, if

24   there is one on behalf of the debtor, since you

25   are here as the debtor representative on the

Contains Confidential Portions

Page 114

1                    J. Horner

2              Do you see that?

3      A       I -- I do.

4      Q       And again, even though Mr. Engelhardt

5  designated you as a 30(b)(6) witness on the topic

6  of valuation of the junior secured noteholders'

7  collateral, you have no information to provide me

8  on that.

9      A       I do not.

10     Q       Okay.

11             MR. ENGELHARDT:  I designated the

12        witness with regard to whether or not such

13        valuation has been completed or undertaken.

14             MR. SHORE:  Right.

15     Q       But you can't tell me anything about

16  that, can you?

17     A       No, I cannot tell you if there was a

18  valuation completed.

19     Q       All right.  And then if you turn to

20  the cash collateral order, paragraph nine on page

21  seven.  I know what your answer is, I just have to

22  ask you, because you are the 30(b)(6) witness on

23  the topic of the proposed uses for the cash

24  collateral or the basis for using cash collateral.

25             There's a sentence, "As additional

Contains Confidential Portions

Page 117

1                         J. Horner

2     determine if there is a range outside of this that

3     could be plus or minus.

4          Q      Well, what kind of variance are we

5     talking about?

6          A      I haven't completed the analysis.

7          Q      So could the costs be ten times as

8     much?

9          A      No.

10         Q      Could they be five times as much?

11         A      No.

12         Q      What is the range of expenses that

13    you would be comfortable capping as the chief

14    financial executive of the debtors, who is

15    responsible for, among other things, dealing with

16    expenses?

17               MR. MORRIS:  Objection to the form.

18         A      Plus or minus 15 percent.

19         Q      Plus or minus 15 percent.

20               And so if you just -- 15 percent

21    is -- if -- if it was capped at $35 million, all

22    of the expenses for liquidating the collateral,

23    you would feel comfortable as the CFE doing that?

24               MR. MORRIS:  Objection to the form of

25         the question.