MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF WITHDRAWAL OF DEBTORS' THIRD OMNIBUS OBJECTION
TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS) AGAINST
MERRILL LYNCH MORTGAGE INVESTORS, INC. AND MERRILL LYNCH
MORTGAGE LENDING, LLC (CLAIM NOS. 2737, 2738, 5889, AND 5890)**

**PLEASE TAKE NOTICE** that the debtors and debtors in possession in the above-captioned bankruptcy cases (collectively, the "Debtors") withdraw, without prejudice, the *Debtors' Third Omnibus Objection to Claims (Amended and Superseded Claims)* [Docket No. 3575] (the "Third Omnibus Claims Objection") against Merrill Lynch Mortgage Investors, Inc.[1]

---

[1] Merrill Lynch Mortgage Investors, Inc. filed a proof of claim against Residential Funding Company, LLC ("RFC"), one of the aforementioned Debtors, which was designated as Claim No. 2737 on the RFC claims register. In the Third Omnibus Claims Objection, the Debtors asserted that Claim No. 2737 was amended and superseded by Claim No. 5890.

ny-1089063

and Merrill Lynch Mortgage Lending, LLC[2] (collectively, the "Merrill Parties").

**PLEASE TAKE FURTHER NOTICE THAT** the withdrawal of the Third Omnibus Claims Objection as to the Merrill Parties does not constitute any admission or finding with respect to the proofs of claim filed by the Merrill Parties, and the Debtors reserve all rights to object to these claims on any basis at a future point in time.

Dated: May 13, 2013
   New York, New York

             /s/ Norman S. Rosenbaum
             Gary S. Lee
             Norman S. Rosenbaum
             Jordan A. Wishnew
             **MORRISON & FOERSTER LLP**
             1290 Avenue of the Americas
             New York, New York 10104
             Telephone: (212) 468-8000
             Facsimile: (212) 468-7900

             *Counsel for the Debtors and*
             *Debtors in Possession*

---

[2] Merrill Lynch Mortgage Lending, Inc. filed a proof of claim against RFC, which was designated as Claim No. 2738 on the RFC claims register. In the Third Omnibus Claims Objection, the Debtors asserted that Claim No. 2738 was amended and superseded by Claim No. 5889.

ny-1089063