**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

In re:

    **Residential Capital, LLC, et al**       In Proceedings For A
    Reorganization Under
        Debtors.       Chapter 11
    Case No. 12-12020
    (Jointly Administered)

----------------------------------------------------------X

**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED, *May 13, 2013,* DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.