# TABLE OF CONTENTS

|  | Page |
|---|---|
| **I. SUMMARY OF THE EXAMINER'S PRINCIPAL FINDINGS AND CONCLUSIONS** | I-1 |
| **A. APPOINTMENT OF THE EXAMINER AND ISSUES PRESENTED IN THE REPORT** | I-1 |
| **B. ORGANIZATION OF THE REPORT** | I-3 |
| **C. THE INVESTIGATION** | I-4 |
| **D. EXAMINER'S METHODOLOGY FOR PRESENTATION OF FINDINGS AND CONCLUSIONS** | I-5 |
| **E. EXAMINER'S PRINCIPAL CONCLUSIONS REGARDING ESTATE CAUSES OF ACTION** | I-7 |
| 1. Claims Of GMAC Mortgage And ResCap Relating To The MMLPSA, Pipeline Swap, MSR Swap, And Broker Agreement | I-7 |
|    a. Misallocation Of Net Revenues On Loans Brokered By GMAC Mortgage | I-8 |
|    b. Failure To Pay The Value Of Purchased MSRs And Correspondent Loan MSRs To GMAC Mortgage Under The MSR Swap | I-10 |
|    c. Representation And Warranty Liabilities Under The 2001 And 2006 MMLPSAs | I-10 |
|    d. Application Of The Pipeline Swap To The "Funding To Sale" Period And To Ally Bank-Originated Loans | I-10 |
|    e. Failure To Obtain Independent Director Approval | I-11 |
| 2. Government Settlements | I-12 |
| 3. Causes Of Action Relating To Use And Allocation Of ResCap's Tax Attributes | I-13 |
| 4. Minnesota Insider Preference Claims | I-14 |
| 5. Ally Bank Transactions | I-16 |
|    a. 2006 Bank Restructuring | I-16 |
|    b. 2008 Bank Transaction And 2009 Bank Transaction | I-19 |
| 6. ResCap's Directors And Officers | I-20 |
|    a. Examiner's Observations Regarding Protocol And Functioning Of The ResCap Board | I-20 |
|    b. Indemnification And Exculpation | I-20 |
|    c. Breach Of Fiduciary Duty Claims Against ResCap's Directors And Officers | I-21 |
|    d. Aiding And Abetting Breach Of Fiduciary Duty Claims Against AFI | I-22 |
| 7. Single Entity Theories Of Liability | I-23 |
|    a. Piercing The Corporate Veil | I-23 |
|    b. Substantive Consolidation | I-25 |
| 8. Debt Recharacterization | I-25 |
| 9. Equitable Subordination | I-26 |
| 10. Constructive Trust Claims | I-28 |

|  | Page |
|---|---|
| *11. Prepetition Asset Sales* | I-29 |
| *12. Financing Affiliate Transactions* | I-29 |
| **F. EXAMINER'S EVALUATION OF ESTATE CLAIMS** | I-29 |
| **G. EXAMINER'S PRINCIPAL CONCLUSIONS REGARDING PROPOSED POSTPETITION TRANSACTIONS AND AGREEMENTS** | I-33 |
| 1. *Negotiation And Entry Into AFI Settlement And Plan Sponsor Agreement* | I-33 |
| 2. *Negotiation And Entry Into RMBS Trust Settlement Agreements And RMBS Plan Support Agreements* | I-34 |
| **H. EXAMINER'S PRINCIPAL CONCLUSIONS REGARDING THIRD-PARTY CLAIMS** | I-36 |
| 1. *Third-Party Claims Against AFI* | I-37 |
|    a. *RMBS Claims* | I-37 |
|    b. *Fraudulent Transfer Claim* | I-39 |
| 2. *Third-Party Claims Against Ally Securities* | I-39 |
| 3. *Third-Party Claims Against Ally Bank* | I-41 |
| 4. *Unsecured Noteholder Causes Of Action* | I-42 |
|    a. *Tortious Interference Under 2005 Indenture* | I-42 |
|    b. *Claims Related To The 2006 Bank Restructuring* | I-43 |
| 5. *Junior Secured Noteholder Causes Of Action* | I-43 |
| **I. EXAMINER'S EVALUATION OF CONSIDERATION FOR RELEASES** | I-44 |
| **J. EXAMINER'S PRINCIPAL CONCLUSIONS REGARDING FINANCIAL CONDITION** | I-44 |
| 1. *Balance Sheet Test* | I-45 |
| 2. *Unreasonably Small Capital* | I-45 |
| 3. *Ability To Pay Debts As Due* | I-46 |
| 4. *Financial Condition Tests As Applied To ResCap's Subsidiaries* | I-46 |
| **II. PROCEDURAL BACKGROUND** | II-1 |
| **A. COMMENCEMENT OF CHAPTER 11 CASES** | II-1 |
| 1. *The Official Committee Of Unsecured Creditors* | II-1 |
| 2. *The Committee's Rule 2004 Motion And Bankruptcy Court Order* | II-1 |
| 3. *Examiner Motion, Order, And Appointment* | II-1 |
| 4. *The Examiner's Retention Of Professionals* | II-2 |
| 5. *Scope Of The Investigation And Examiner Work Plan* | II-2 |
| **B. CONDUCT OF THE INVESTIGATION** | II-5 |
| 1. *Initial Stage Of The Investigation* | II-5 |
| 2. *Rule 2004 Motion And Request For Production Of Documents* | II-6 |
| 3. *Discovery Conducted In Furtherance Of The Investigation* | II-7 |
|    a. *Document Requests And Subpoenas* | II-7 |
|    b. *Witness Interviews* | II-9 |
|    c. *Additional Presentations By And Meetings With Interested Parties* | II-12 |
|    d. *Informal Document Requests* | II-14 |

|  | Page |
|---|---|
| **III. CHRONOLOGICAL PRESENTATION OF TRANSACTIONS AND EVENTS RELEVANT TO THE ISSUES INVESTIGATED BY THE EXAMINER** | III-1 |
| **A. GM'S DECLINING BUSINESS LEADS TO THE FORMATION OF RESCAP AND, ULTIMATELY, TO GM'S SALE OF A MAJORITY INTEREST IN AFI/RESCAP TO CERBERUS** | III-1 |
|     1. *Background* | III-1 |
|         a. *General Motors Corporation* | III-1 |
|         b. *AFI* | III-1 |
|     2. *GM's Declining Fortunes Led To Credit Rating Downgrades That Adversely Affected AFI's Access To Competitively Priced Funding* | III-3 |
|         a. *Low-Cost Funding Is Critical To Mortgage Finance Operations* | III-3 |
|         b. *GM's Credit Rating Downgrades* | III-4 |
| **B. RESCAP WAS FORMED TO ISOLATE AFI'S RESIDENTIAL MORTGAGE OPERATIONS FROM THE FINANCIAL INSTABILITY OF ITS PARENT, GM** | III-6 |
|     1. *August 2004 Incorporation* | III-6 |
|     2. *The ResCap By-Laws* | III-7 |
|     3. *The 2005 Operating Agreement* | III-8 |
|         a. *The 2005 Operating Agreement Provides Separation By, Among Other Things, Placing Limitations On Affiliate Transactions.* | III-11 |
|         b. *Amendment And Waiver Of The 2005 Operating Agreement* | III-12 |
|         c. *The Arm's-Length And Fair Value Requirements For Material Transactions With GMAC Affiliates* | III-12 |
|         d. *Dividend Limitations* | III-15 |
|         e. *Limitations On The Prepayment Of GMAC Subordinated Debt Under The 2005 Operating Agreement* | III-16 |
|         f. *The Independent Directors Requirement* | III-17 |
|         g. *ResCap Actions That Required The Approval Of A Majority Of The ResCap Board, Including A Majority Of The Independent Directors* | III-17 |
|         h. *The Independent Directors Were Required In Certain Circumstances To Consider Only The Interest Of ResCap, Including Its Creditors* | III-18 |
|         i. *Separateness Provisions* | III-19 |
|         j. *Indemnification Provisions* | III-20 |
|         k. *Termination Of The 2005 Operating Agreement* | III-20 |
|         l. *Guarantee And Third-Party Beneficiaries* | III-21 |
| **C. RESCAP'S POST-FORMATION FUNDING, MANAGEMENT, AND BUSINESS PROFILE** | III-22 |
|     1. *GMAC Mortgage Group Inc. Contributes GMAC Residential Holding Corp. And GMAC-RFC Holding Corp. To ResCap* | III-22 |
|     2. *ResCap's Initial Funding And Capitalization* | III-22 |
|         a. *Collateralized Borrowings In Securitization Trusts* | III-24 |
|         b. *Short-Term Secured Borrowings* | III-24 |
|         c. *Long-Term Unsecured Borrowings* | III-24 |
|         d. *Bank Deposits And FHLB Advances* | III-25 |
|         e. *Affiliate Borrowings* | III-25 |
|         f. *Off-Balance Sheet Financings* | III-25 |

|  | Page |
|---|---|
| 3. Initial ResCap Officers And Directors | III-26 |
| 4. ResCap's Post-Formation Businesses | III-29 |
|    a. Business Overview | III-29 |
|    b. US Residential Real Estate Finance | III-30 |
| 5. Old GMAC Bank | III-38 |
| 6. Residential Finance Group Consisted Of GMAC Residential And Residential Capital Group | III-38 |
|    a. GMAC Residential (GMAC Mortgage) | III-38 |
|    b. Residential Capital Group (RFC) | III-39 |
| **D. HOUSING AND MORTGAGE MARKETS EXPERIENCE RAPID GROWTH IN THE YEARS LEADING TO RESCAP'S FORMATION** | III-45 |
| 1. The Subprime Mortgage Market Expands | III-47 |
| 2. As Interest Rates Increase, Some Begin to Predict A Housing Slowdown | III-49 |
| **E. GM'S SALE OF A 51% INTEREST IN AFI TO CERBERUS** | III-52 |
| 1. GM's Ratings Continue To Decline | III-52 |
| 2. AFI's Concerns Regarding GM's Ratings And The Affect On AFI Grows, Leading To Consideration Of Its Separation From GM | III-57 |
| 3. Despite GM's Consideration Of Sale Of AFI, GM's Ratings Continue To Decline | III-60 |
| 4. Execution Of The Cerberus PSA | III-60 |
| 5. ResCap Converts To A Limited Liability Company | III-62 |
| 6. 2006 ResCap LLC Agreement | III-62 |
| 7. 2006 AFI Amended LLC Operating Agreement | III-63 |
| 8. The 2006 Bank Restructuring | III-63 |
| 9. The 2006 Amended Operating Agreement | III-64 |
| 10. Purchase Price Adjustment | III-66 |
| 11. Consulting Agreement | III-67 |
| 12. Other Agreements | III-69 |
| **F. INDUSTRY DISLOCATION LED BY SUBPRIME DISTRESS (DECEMBER 2006 THROUGH AUGUST 2007)** | III-71 |
| 1. The Subprime Mortgage Industry Faced Significant Challenges | III-71 |
|    a. Housing Appreciation Showed The Largest Decline In Three Decades | III-71 |
|    b. Interest Rates Rise | III-73 |
|    c. Mortgage Delinquencies | III-73 |
|    d. Early Payment Defaults And Repurchases | III-74 |
|    e. First Quarter 2007 Mortgage Company Bankruptcies | III-76 |
|    f. Capital Market Response | III-77 |
|    g. Mortgage Company Bankruptcies Increased Throughout 2007 | III-79 |
| 2. ResCap's Returns Began To Reflect The Troubled Market | III-80 |
|    a. Pre-Closing Indicators Showed That ResCap Was Vulnerable To The Deteriorating Conditions For Subprime Lenders | III-81 |
|    b. Post-Closing Revelations Of Distressed Warehouse Lending Clients | III-84 |
|    c. Cerberus PSA Post-Closing Adjustment Was Principally Attributable To Poor ResCap Performance | III-87 |
|    d. ResCap Reported A Loss For The Fourth Quarter Of 2006 | III-87 |

|  | Page |
|---|---|
| 3. Further Market Dislocation In 2007; ResCap Begins An Era Of Parental Support And Affiliated Transactions | III-92 |
|    a. Funding Initiatives | III-92 |
|    b. Amended And Restated Master Mortgage Loan Purchase And Sale Agreement | III-92 |
|    c. MSR Swaps | III-93 |
|    d. August 2007 Severe Liquidity Crisis And The Health Capital Sale | III-93 |
| **G. RESCAP'S MOUNTING LIQUIDITY AND COVENANT ISSUES (SEPTEMBER 2007 THROUGH JULY 2008)** | III-95 |
|   1. Summary Of Industry Data And Environment | III-95 |
|    a. Housing Market | III-95 |
|    b. Unemployment | III-97 |
|    c. Capital Markets | III-97 |
|    d. Contingency Funding Plans Employed By ResCap To Prevent Market Turmoil From Having A Negative Effect On Liquidity | III-98 |
|    e. Third Quarter 2007's Loss Marked ResCap's Fourth Consecutive Quarterly Loss | III-100 |
|   2. Responses To Third Quarter 2007 Loss | III-101 |
|    a. ResCap Leadership Changes In Third Quarter 2007 | III-101 |
|    b. Board Discussions Indicating Insolvency Concerns | III-102 |
|    c. In Fall 2007, ResCap Announced Major Restructuring Plans | III-103 |
|    d. November 1, 2007 Ratings Downgrade | III-105 |
|    e. Analysts' Bankruptcy Speculation/ResCap And AFI Public Debt Repurchase Plans | III-106 |
|    f. By December 2007, ResCap Needed Additional Cash; Fourth Quarter 2007 Operating Loss Totaled $921 Million | III-107 |
|   3. Liquidity And TNW Concerns Continued Into 2008 | III-108 |
|    a. Significant Unsecured Debt Maturities On The Horizon | III-108 |
|    b. AFI Provided A $750 Million Advance Facility | III-109 |
|    c. ResCap's CEO Had Questions Regarding ResCap's Solvency As The Second Quarter Of 2008 Approached | III-109 |
|    d. Amendment Of ResCap's LLC Agreement Created A Class Of Preferred Membership Shares, Which Would Be Transferred To AFI In Exchange For ResCap Notes Purchased By AFI In Open Market Transactions | III-110 |
|    e. ResCap's $750 Million Credit Facility Secured by MSRs | III-112 |
|    f. ResCap's Near Term Refinancing Needs Trigger Ratings Downgrade | III-116 |
|    g. ResCap's Monetization Of Assets Over Time To AFI/Cerberus; Lack Of Marketability For Such Assets Due To Severe Market Dislocation And Disruption During Relevant Time Period | III-117 |
| **H. FINANCIAL MARKET DISLOCATION AND IMPACT ON RESCAP'S OPERATIONS (AUGUST 2008 THROUGH JANUARY 2009)** | III-119 |
|   1. The Period Of August 2008 Through January 2009 Was One Of Momentous Financial Dislocation | III-119 |
|   2. ResCap Board Membership Was Stable During This Period | III-125 |

|  | Page |
|---|---|
| 3. ResCap's Liquidity And TNW Covenants Concerns Continue | III-126 |
| 4. ResCap Streamlines Its Business, Experiences Liquidity And Capital Challenges, And Engages In Multiple Inter-Company Transactions With AFI | III-129 |
| 5. ResCap Continues To Experience Liquidity And Capital Challenges, Engages In Additional Inter-Company Transactions With AFI, And Announces That It Is "Dependent" On AFI | III-138 |
| 6. AFI Becomes A Bank Holding Company; The Federal Government Supports AFI With First TARP Investment; And ResCap Sells Its Interest In Ally Bank To AFI | III-152 |
| **I. THE POST-TARP PERIOD (2009–2010)** | **III-167** |
| 1. ResCap's Financial Picture In 2009 | III-167 |
|    a. Rising Unemployment And Increasing Mortgage Delinquencies And Foreclosures Continued To Pressure The Mortgage And Capital Markets In 2009 | III-168 |
|    b. AFI Voiced Concerns About ResCap's Ability To Remain A Going Concern Early In 2009 And Made No Assurance That AFI Would Continue To Provide Support In The Form Of Liquidity Or Capital | III-173 |
|    c. AFI Was Not A Lone Voice; ResCap Questioned Its Own Ability To Continue As A "Going Concern" | III-176 |
|    d. The ResCap Board Also Looked Into The Ramifications Of A Bankruptcy Filing In 2009 | III-177 |
|    e. Project Origin Analyzed The Risk Of A ResCap Chapter 11 Filing On Various Constituents | III-179 |
|    f. In August 2009, AFI Made An Opening Offer To Purchase Certain MSRs From ResCap, Which Appears To Have Been An Off-Shoot Of Project Origin | III-181 |
| 2. In March 2009, The ResCap Board Approved ResCap's 2009 Business Plan | III-183 |
| 3. ResCap Entered Into Several Related-Party Transactions in 2009 | III-185 |
|    a. In May 2009, ResCap Sold Its Interest In The US/UK Broker Dealers To AFI | III-186 |
|    b. AFI Helped ResCap To Temporarily Overcome Liquidity Constraints Through Secured Credit Facilities | III-186 |
|    c. AFI's Contributions In The Form Of Debt Forgiveness And ResCap Bond Retirements Assisted ResCap In Meeting Its TNW Requirements In 2009 | III-187 |
| 4. The ResCap Board Reviewed Various "What If" Scenarios At Its June And July 2009 Board Meetings | III-188 |
| 5. In 2009, The SEC Approved ResCap's Request To Deregister ResCap's Securities | III-190 |
| 6. AFI Ratings Improved Slightly In 2009 | III-192 |
| 7. AFI's Efforts To Recapitalize ResCap In December 2009 Was Part Of An AFI Strategic Review Of How Best To "Maximize Value" | III-193 |
| 8. The Year 2010 Was Economically Brighter For ResCap And AFI | III-198 |
|    a. Steven Abreu Was Named ResCap President In January | III-200 |
|    b. 2010 Also Saw A Bump In Ratings For AFI And A Small Boost From S&P For ResCap | III-200 |

|  | Page |
|---|---|
| 9. ResCap Sold Its International Mortgage Business To Fortress, And AFI Entertained Two Offers For ResCap Itself | III-201 |
| 10. The ResCap Board Considered And Approved The First 2009 Tax Allocation Agreement In August 2010 And Later Considered And Approved The Second 2009 Tax Allocation Agreement In December 2010 | III-201 |
| 11. The Debtors Settled Certain Fannie Mae And Freddie Mac Claims In 2010 | III-202 |
| 12. The FHFA Raised New Concerns With ResCap On Behalf Of Fannie Mae And Freddie Mac | III-203 |
| 13. Fall 2010 Brought Investigations And Allegations By Various State And Federal Government Offices And Agencies Related To Mortgage Foreclosure Activities | III-205 |
| 14. 2010 Ended With ResCap "Reasonably Well-Positioned" | III-207 |
| **J. EVENTS LEADING TO THE CHAPTER 11 CASES AND PROPOSED POSTPETITION TRANSACTIONS AND AGREEMENTS** | III-208 |
|    1. ResCap's Consideration Of Strategic Restructuring Scenarios | III-208 |
|       a. ResCap's Initial Contingency Planning | III-208 |
|       b. ResCap's Consideration Of Restructuring Alternatives And Asset Sales | III-213 |
|       c. ResCap's Preparations For Chapter 11 Bankruptcy | III-218 |
|    2. AFI's Consideration Of Strategic Restructuring Scenarios | III-253 |
|       a. AFI's Strategic Cost-Benefit Analysis Regarding Mortgage Business | III-253 |
|       b. Investigation Of Legal Claims By Kirkland & Ellis On Behalf Of AFI | III-258 |
|       c. Berkshire Hathaway Alternative Restructuring Proposal | III-258 |
|    3. Negotiation And Entry Into AFI Settlement And Plan Sponsor Agreement | III-268 |
|       a. ResCap's Views Regarding Negotiations With AFI | III-269 |
|       b. AFI's Views Regarding Negotiations With ResCap | III-271 |
|       c. Direct Negotiations Between ResCap And AFI | III-272 |
|       d. Third Party Involvement In Negotiations Of AFI Settlement Contribution | III-288 |
|       e. ResCap And AFI Board Approvals For AFI Settlement And Plan Sponsor Agreement And Bankruptcy Filing | III-289 |
|       f. AFI Settlement And Plan Sponsor Agreement As Filed | III-291 |
|       g. Examiner's Conclusions Regarding Process Resulting In AFI Settlement and Plan Sponsor Agreement | III-295 |
|    4. Negotiation And Entry Into RMBS Trust Settlement Agreements And RMBS Plan Support Agreements | III-300 |
|       a. Relevant Background Concerning Private Label RMBS And Potential Representation And Warranty Liability | III-300 |
|       b. Scope Of The Investigation Of RMBS Trust Settlement Agreements And RMBS Plan Support Agreements | III-301 |
|       c. Initiation Of Discussions With The Steering Committee Group | III-302 |
|       d. Initiation Of Discussions With The Talcott Franklin Group | III-307 |
|       e. Negotiations Resulting In The RMBS Trust Settlement Agreements And RMBS Plan Support Agreements | III-309 |
|       f. Terms Of The RMBS Trust Settlement Agreements | III-331 |
|       g. Terms Of The RMBS Plan Support Agreements | III-333 |
|       h. Examiner's Conclusions Regarding Process Resulting In RMBS Trust Settlement Agreements And RMBS Plan Support Agreements | III-336 |

|  | **Page** |
|---|---|
| 5. The Now-Terminated Junior Secured Noteholders' Plan Support Agreement | III-342 |
|    a. AFI Intercreditor Settlement with Consenting Junior Secured Noteholders | III-343 |
|    b. Conditional Waiver Of Interest On Joint Collateral | III-344 |
|    c. AFI's Obligations Under Junior Secured Noteholders' Plan Support Agreement | III-344 |
|    d. Consenting Junior Secured Noteholders' Obligations Under Junior Secured Noteholders' Plan Support Agreement | III-344 |
|    e. Debtors' Obligations Under Junior Secured Noteholders' Plan Support Agreement | III-345 |
| **IV. BOARD OF DIRECTOR AND MANAGEMENT ISSUES** | IV-1 |
| **A. THE PROTOCOL AND FUNCTIONING OF RESCAP'S BOARD OF DIRECTORS** | IV-1 |
|   1. The ResCap Board Was Increasingly Industrious Yet Beleaguered | IV-1 |
|   2. Governing Protocols Of The ResCap Board Were Not Consistently Applied | IV-11 |
|   3. Board Dynamics Created Obstacles To Optimal Functioning | IV-15 |
|   4. The Information Flow To Independent Directors Was Managed By Insiders | IV-16 |
|   5. The Mandate Of The "Super Independent" Directors Was Not Completely Fulfilled | IV-20 |
| **B. INDEPENDENT DIRECTOR COMPENSATION, INDEMNIFICATION, AND INSURANCE (YEARS 2005–2012)** | IV-24 |
|   1. Independent Director Compensation, Indemnification, And Insurance | IV-24 |
|    a. Requirement To Have Independent Directors | IV-24 |
|    b. Independent Director Service Dates | IV-25 |
|    c. Independent Director Recruitment | IV-26 |
|    d. Independent Director Compensation | IV-31 |
|    e. Indemnification Of ResCap Directors And Officers | IV-45 |
|    f. ResCap Director And Officer Insurance | IV-52 |
|   2. Legal Analysis Regarding AFI's Indemnification Of ResCap Directors | IV-60 |
|    a. Right To Indemnification And DGCL Sections 145(a) And (b) | IV-61 |
|    b. DGCL Section 145(c) | IV-67 |
|    c. D&O Insurance | IV-67 |
|    d. Breaches Of Fiduciary Duty And Exculpation, Indemnification, And D&O Insurance | IV-68 |
| **V. AFFILIATE TRANSACTIONS** |  |
| **A. THE ALLY BANK TRANSACTIONS** | V-1 |
|   1. Factual Narrative | V-1 |
|    a. The 2006 Bank Restructuring | V-3 |
|    b. The 2008 Bank Transaction | V-24 |
|    c. The 2009 Bank Transaction | V-33 |
|   2. Ally Bank Transactions: Reasonably Equivalent Value | V-44 |
|    a. Ally Bank Transactions – Overview Of Issues | V-44 |
|    b. 2006 Bank Restructuring Overview | V-46 |
|    c. 2008 Bank Transaction – Analysis And Examiner's Conclusions | V-70 |
|    d. 2009 Bank Transaction – Analysis And Examiner's Conclusions | V-76 |
|    e. Subsequent Value Considerations | V-88 |

|  | Page |
|---|---|
| **B. GMAC MORTGAGE CONTRACTS WITH ALLY BANK GOVERNING LOAN SALE, BROKERAGE, AND SERVICING, AND RELATED DERIVATIVE TRANSACTIONS** | V-89 |
|    1. Restrictions On Affiliate Transactions Applicable To GMAC Mortgage And The Bank | V-92 |
|       a. The ResCap Operating Agreement | V-92 |
|       b. Bank Regulatory Restrictions | V-93 |
|    2. The Correspondent Agreement | V-94 |
|    3. The Master Mortgage Loan Purchase And Sale Agreement (Pre-July 2008) | V-96 |
|       a. The 2001 MMLPSA | V-96 |
|       b. The 2006 MMLPSA | V-105 |
|       c. The 2007 MMLPSA | V-109 |
|    4. The Pipeline Swap (Pre-July 2008) | V-114 |
|       a. The 2004 Pipeline Swap For HFI Loans | V-115 |
|       b. The March 2005 Amended Schedule Eliminated Bank-"Originated" Loans From The Pipeline Swap | V-116 |
|       c. It Appears That The Pipeline Swap Was Not In Effect From April 1, 2006 To April 30, 2007 | V-117 |
|       d. The May 2007 Pipeline Swap Remained Limited To Purchased HFI Loans And Limited GMAC Mortgage's Ability To Block Automatic Renewal | V-118 |
|       e. The March 2008 Pipeline Swap Schedule Prevented Application Of The Swap To HFI Loans The Bank Purchased From Certain Correspondent Lenders Not Acceptable To GMAC Mortgage | V-118 |
|    5. The July 2008 Amendments To The MMLPSA And The Pipeline Swap | V-119 |
|       a. The Principal July 2008 Pipeline Swap Revisions | V-119 |
|       b. The 2008 MMLPSA's Revised Pricing Provisions | V-121 |
|       c. Implementation Of The HFS Swap/Pricing Revisions | V-122 |
|    6. The Broker Agreement, Fair Value Election, And The Allocation Of Net Revenues Between Ally Bank And GMAC Mortgage | V-123 |
|       a. Genesis Of The Brokering Consumer Loans To Bank Project | V-124 |
|       b. The Parties' Agreement To Maintain The Existing Economics, Under Which The Bank Received Only Net Interest Carry For The Period Loans Were On Its Books | V-125 |
|       c. Ally Bank Initially Realized Only Net Interest Carry On GMAC Mortgage Brokered Loans | V-135 |
|       d. Ally Bank (Unwittingly, And Without GMAC Mortgage's Agreement) Altered The Net Revenue Allocation Through Its August 1, 2009 Fair Value Accounting Election | V-137 |
|       e. Glassner's Discovery Of The Net Revenue-Allocation Issue | V-140 |
|       f. The January 1, 2009 To July 31, 2009 Allocation Of Revenues Is Labeled An "Accounting Error" And ResCap Is Required To Pay Ally Bank The $47.4 Million Received For That Period, Plus Interest | V-143 |
|       g. The Financial Impact On GMAC Mortgage | V-153 |
|    7. The April 2009 Pipeline Swap First Amendment | V-154 |

|  | Page |
|---|---|
| 8. The Original Servicing Agreement | V-154 |
|    a. Compensation | V-155 |
|    b. Indemnity Provisions | V-155 |
|    c. Events Of Default | V-156 |
|    d. Term | V-156 |
|    e. Addenda | V-156 |
| 9. The MSR Swap | V-157 |
|    a. Genesis Of The MSR Swap | V-157 |
|    b. 2007 MSR Swap | V-161 |
|    c. 2009 Revisions To Termination Provisions And The Issuance And Rescission Of Termination Notices | V-171 |
|    d. 2010 MSR Swap Revisions | V-171 |
|    e. 2010 AFI Guarantee And Indemnification Side Letter | V-174 |
|    f. The 2010 Servicing Agreement Negotiations | V-176 |
| 10. 2011 Revisions To The Swaps/The Pipeline Letter Agreement | V-178 |
|    a. Continued FDIC Objections To The Swaps | V-178 |
|    b. April 2011 Swap Revisions | V-179 |
|    c. Sandler O'Neill's Review | V-185 |
|    d. The December 2011 Pipeline Letter Agreement | V-186 |
| 11. 2012 Terminations/Revisions | V-188 |
|    a. The Termination Agreement | V-188 |
|    b. The May 2012 Amended And Restated MMLPSA | V-189 |
|    c. 2012 Amendment And Restatement Of Servicing Agreement | V-190 |
| 12. Analysis Of The Financial Results Under The Derivative Agreements | V-190 |
|    a. The Pipeline Swap | V-192 |
|    b. The MSR Swap | V-199 |
|    c. Summary Of Analysis Of The Financial Results Under The Derivative Agreements | V-209 |
| 13. Potential Claims Regarding The MMLPSA, Pipeline Swap, MSR Swap, And Loans Brokered To Ally Bank | V-209 |
| **C. GOVERNMENT SETTLEMENTS & SUBSERVICING** | V-210 |
|    1. Government Assesses Penalties Regarding Alleged Improper Mortgage Servicing Activities And Oversight | V-210 |
|       a. Overview Of Settlements And The Agreements Related Thereto | V-210 |
|       b. Public Events Leading To Government Settlements | V-213 |
|       c. Terms Of The FRB/FDIC Settlement | V-214 |
|       d. Terms Of The DOJ/AG Settlement | V-222 |
|       e. Negotiations Leading To The Government Settlements | V-236 |
|       f. Allocation Methods Discussed | V-246 |
|       g. Ultimate Payments Of Penalties Under The Government Settlements | V-258 |
|    2. Agreements Between AFI And ResCap In Response To The Government Settlements | V-258 |
|       a. AFI, ResCap, And GMAC Mortgage Enter Into The January 30 Letter Agreement | V-258 |

|  | Page |
|---|---|
| b. GMAC Mortgage Begins Performing Modifications To Ally Bank's Loan Portfolio | V-274 |
| c. GMAC Mortgage And Ally Bank Enter Into The A&R Servicing Agreement | V-275 |
| d. Prepetition Indemnity Payment To Ally Bank | V-282 |
| e. The Debtors And AFI Dispute Existence Of Cap On Indemnity Obligations | V-286 |
| 3. Motion Practice With Regard To PwC Fee Issue | V-291 |
| a. The Debtors File The PwC Compensation Motion | V-291 |
| b. The Creditors' Committee And Wilmington Trust File Objections To The Motion | V-292 |
| c. Court Proceedings | V-293 |
| 4. Motion Practice With Regards To Foreclosure Review | V-295 |
| a. The Debtors File The FRB Unsecured Claim Motion | V-295 |
| b. AFI And The FRB File Objections To The FRB Unsecured Claim Motion | V-295 |
| c. Wilmington Trust Files A Statement In Support Of And Limited Objection To The Motion | V-296 |
| d. The Debtors And Creditors' Committee File Replies In Support Of The FRB Unsecured Claim Motion | V-296 |
| e. Court Proceedings | V-298 |
| 5. Estimate Of Total Economic Impact Of Government Settlements | V-299 |
| 6. Conclusion | V-299 |
| **D. TAX SHARING ARRANGEMENTS AND TAX ACCOUNTING AND CLASSIFICATION ISSUES** | V-300 |
| 1. Consolidated Tax Reporting And The Role Of Tax Allocation Agreements | V-300 |
| a. Consolidated Tax Reporting | V-301 |
| b. Tax Allocation Agreements | V-303 |
| 2. ResCap Tax Sharing Arrangements | V-305 |
| a. Chronology Of ResCap's Tax Classification And Tax Allocation Agreements | V-305 |
| b. Drafting And Approval Processes For The Tax Allocation Agreements | V-311 |
| c. Provisions Of The Tax Allocation Agreements And Their Impact On ResCap | V-330 |
| 3. ResCap's Conversion To A Disregarded Limited Liability Company And Payment Of LLC Conversion Dividend | V-345 |
| a. ResCap's Conversion To A Limited Liability Company And Change In Tax Classification To A Disregarded Entity | V-345 |
| b. LLC Conversion Dividend | V-345 |
| **E. FINANCINGS** | V-350 |
| 1. Resort Finance Facility | V-350 |
| 2. Secured MSR Facility | V-352 |
| 3. Secured Revolver Facility | V-357 |
| 4. Servicing Advance Factoring Facility | V-363 |
| 5. Initial Line of Credit Facility | V-368 |
| 6. ResMor Loan Facility | V-373 |
| 7. Second Line of Credit Facility | V-375 |

|  | Page |
|---|---|
| 8. Amended and Restated Credit Facilities | V-377 |
| 9. BMMZ Repo Facility | V-380 |
| 10. Conclusion | V-383 |
| **F. PREPETITION ASSET SALES** | **V-383** |
| 1. Overview | V-383 |
| 2. Liquidity Concerns | V-384 |
| 3. Reasonably Equivalent Value | V-384 |
| 4. Summaries Of The Prepetition Asset Sales | V-385 |
| a. Health Capital Sale By RFC To GMAC CF In August 2007 | V-385 |
| b. June 2008 Model Home Sale By GMAC MHF To Cerberus | V-399 |
| c. Resort Finance Sale By RFC And GMAC Canada To GMAC CF In July 2008 | V-413 |
| d. Excess Servicing Rights Sales By GMAC Mortgage To Cerberus In July 2008 | V-429 |
| e. September 2008 Model Home Sale By DOA Holding Properties, LLC To Cerberus | V-435 |
| f. ResMor Sale By GMAC Canada To AFI In January 2009 | V-439 |
| g. US/UK Broker-Dealer Sale By RFC To AFI In May 2009 | V-456 |
| **G. MITCHELL BOND TRANSACTION** | **V-469** |
| 1. Posting Of Bond In Mitchell Litigation | V-469 |
| a. Procedural Background And Trial | V-469 |
| b. ResCap/AFI Bond Posting Procedure And Approval | V-471 |
| c. Appeal Decision | V-473 |
| d. Disposition Of Bond And Settlement Of Mitchell Litigation | V-474 |
| e. Conclusion | V-475 |
| **H. SHARED SERVICES** | **V-476** |
| 1. Background | V-476 |
| 2. April 2005 Through December 2008 | V-476 |
| 3. January 2009 Through May 14, 2012 | V-477 |
| a. Cost Of Shared Services Provided By AFI To ResCap | V-478 |
| b. Cost Of Shared Services Provided By ResCap To Ally Bank | V-480 |
| c. Statements Of Work And Negotiations Of Shared Services In Preparation For ResCap's Filing | V-481 |
| 4. Postpetition | V-484 |
| 5. AFI Proof Of Claim | V-485 |
| 6. Conclusion | V-485 |
| **VI. EXAMINER'S ASSESSMENT OF RESCAP'S FINANCIAL CONDITION** | **VI-1** |
| **A. GENERAL INTRODUCTION TO ANALYSIS OF A DEBTOR'S FINANCIAL CONDITION** | **VI-1** |
| **B. BALANCE SHEET TEST** | **VI-2** |
| 1. Introduction | VI-2 |
| 2. Methodology | VI-3 |
| a. Standard Of Value | VI-3 |

|  |  | Page |
|---|---|---|
|  | b. Premise Of Value | VI-4 |
|  | c. Valuation Approaches | VI-5 |
|  | d. Retrojection And Projection | VI-9 |
| 3. | Summary Of Examiner's Conclusions | VI-10 |
| 4. | Application Of The Balance Sheet Test | VI-15 |
|  | a. Market Approach | VI-15 |
|  | b. Asset-Based Approach | VI-33 |
| 5. | Contingent / Unliquidated Liabilities | VI-37 |
|  | a. Legal Analysis | VI-37 |
|  | b. Financial Analysis | VI-42 |

**C. UNREASONABLY SMALL CAPITAL** — VI-48
1. Introduction — VI-48
2. Conceptual Framework — VI-48
   a. Industry And Company-Specific Capital Needs — VI-49
   b. Operating Performance And Capital Cushion — VI-50
   c. Reasonable Foreseeability — VI-52
   d. Leverage And Debt Capacity — VI-53
3. Summary Of Examiner's Conclusions — VI-54
4. Analysis Of ResCap's Capitalization — VI-56
   a. Industry And Economic Considerations — VI-57
   b. Changes In ResCap's Business Model — VI-63
   c. ResCap's Liquidity — VI-72
   d. ResCap's Access To Capital Markets — VI-87
   e. ResCap's Creditworthiness — VI-91
   f. Other Considerations — VI-100

**D. ABILITY TO PAY DEBTS AS DUE** — VI-116
1. Introduction — VI-116
2. Conceptual Framework — VI-118
3. Summary Of Examiner's Conclusions — VI-120
4. Analysis Of Ability To Pay Debts As Due — VI-120
   a. Subjective Intent Inquiry — VI-120
   b. Objective Intent Inquiry — VI-121

**E. FINANCIAL CONDITION TESTS AS APPLIED TO RESCAP'S SUBSIDIARIES** — VI-124
1. Introduction — VI-124
2. Summary Of Examiner's Conclusions — VI-124
3. Analysis Of Separate Subsidiary Financial Distress — VI-125
   a. Solvency — VI-125
   b. Unreasonably Small Capital — VI-127
   c. Ability To Pay Debts As Due — VI-129

**VII. REVIEW AND ANALYSIS OF ESTATE CAUSES OF ACTION IMPLICATED BY AFFILIATE TRANSACTIONS AND THE RELATIONSHIP AND COURSE OF DEALING AMONG RESCAP, AFI, ALLY BANK, AND CERBERUS** — VII.A-1

| | Page |
|---|---|
| **A. SINGLE ENTITY THEORIES OF LIABILITY** | VII.A-1 |
|     1. *Piercing The Corporate Veil And Alter Ego Claims* | VII.A-1 |
|         a. *Choice Of Law* | VII.A-3 |
|         b. *Can A Debtor Pierce Its Own Corporate Veil?* | VII.A-5 |
|         c. *How Many Corporate Veils Must Be Pierced To Reach The Ultimate Parent Company?* | VII.A-12 |
|         d. *Elements That Must Be Pleaded And Proved* | VII.A-14 |
|         e. *Pleading Standard And Burden Of Proof* | VII.A-15 |
|         f. *Single Economic Entity* | VII.A-18 |
|         g. *Overall Element Of Injustice Or Unfairness* | VII.A-59 |
|     2. *Substantive Consolidation* | VII.A-65 |
|         a. *Introduction* | VII.A-65 |
|         b. *The Evolution Of Substantive Consolidation* | VII.A-66 |
|         c. *Substantive Consolidation In The Second Circuit Today* | VII.A-70 |
|         d. *Review Of Evidence Relating To Claim Of Substantive Consolidation* | VII.A-73 |
|         e. *Examiner's Conclusion* | VII.A-85 |
| **B. DEBT RECHARACTERIZATION** | VII.B-1 |
|     1. *Introduction* | VII.B-1 |
|     2. *Overview* | VII.B-2 |
|     3. *Legal Standards For Recharacterization* | VII.B-3 |
|         a. *Names Given To, And Terms Of, The Instruments* | VII.B-5 |
|         b. *Presence Or Absence Of A Fixed Maturity Date And Schedule Of Payments* | VII.B-6 |
|         c. *Presence Or Absence Of A Fixed Rate Of Interest And Interest Payments* | VII.B-6 |
|         d. *Source Of Repayment* | VII.B-7 |
|         e. *Adequacy Or Inadequacy of Capital* | VII.B-8 |
|         f. *Identity Of Interest Between The Creditor And Shareholder* | VII.B-10 |
|         g. *Security For The Advances* | VII.B-10 |
|         h. *The Debtor's Ability To Obtain Financing Elsewhere* | VII.B-11 |
|         i. *The Extent To Which The Advances Were Subordinated* | VII.B-11 |
|         j. *The Extent To Which The Advances Were Used To Acquire Capital Assets* | VII.B-12 |
|         k. *Presence Or Absence Of A Sinking Fund To Provide Repayment* | VII.B-12 |
|         l. *Other Factors* | VII.B-13 |
|     4. *Statute Of Limitations* | VII.B-13 |
|     5. *AFI Was And Is An Insider Of ResCap* | VII.B-14 |
|     6. *Recharacterization Is A Fact Intensive Analysis* | VII.B-14 |
|     7. *Analysis Of The AFI Secured Revolver Facility Claim* | VII.B-15 |
|         a. *The Secured Revolver Facility* | VII.B-15 |
|         b. *An Examination Of The AFI Secured Revolver Facility Claim Under The Autostyle Factors* | VII.B-17 |
|     8. *Analysis Of The AFI Line Of Credit Agreement Claim* | VII.B-21 |
|         a. *The Line of Credit Facilities and the A&R Line of Credit Facility* | VII.B-21 |
|         b. *An Examination Of AFI Line Of Credit Agreement Claim Under The Autostyle Factors* | VII.B-23 |
|     9. *Recharacterization Of The Unsecured Notes And Senior Secured Notes* | VII.B-25 |

| | Page |
|---|---|
| 10. Summary Of Examiner's Conclusions | VII.B-27 |
| **C. EQUITABLE SUBORDINATION** | VII.C-1 |
|    1. Factors To Determine Whether Equitable Subordination Is Appropriate | VII.C-1 |
|       a. Inequitable Conduct | VII.C-2 |
|       b. Injury To Creditors Or An Unfair Advantage For The Claimant | VII.C-6 |
|       c. Equitable Subordination Must Not Be Inconsistent With Bankruptcy Law | VII.C-6 |
|    2. Burden Of Proof And Statute Of Limitations | VII.C-7 |
|    3. Other Limitations On Equitable Subordination | VII.C-8 |
|    4. The Examiner Investigated Each Affiliate Transaction And AFI's General Course Of Dealings With ResCap And GMAC Mortgage For Evidence Of Inequitable Conduct And Resulting Harm To Creditors That Would Support A Claim Of Equitable Subordination | VII.C-9 |
|       a. AFI And Ally Bank's Claims Against ResCap | VII.C-9 |
|       b. AFI Was And Is An Insider Of ResCap And GMAC Mortgage | VII.C-10 |
|       c. The Nature Of AFI's Conduct In Connection With The Affiliate Transactions And AFI's General Course Of Dealing | VII.C-10 |
|       d. The Harm Resulting From AFI And Ally Bank's Conduct | VII.C-14 |
|       e. The Harm Caused By AFI And Ally Bank May Be Offset In Whole Or In Part By Other Action Taken By AFI To Support ResCap | VII.C-16 |
|       f. Claims Satisfied Before A Bankruptcy Filing And For Which No Proof Of Claim Has Been Filed May Not Be Equitably Subordinated | VII.C-17 |
| **D. EQUITABLE DISALLOWANCE** | VII.D-1 |
| **E. CAUSES OF ACTION AGAINST RESCAP'S DIRECTORS AND OFFICERS** | VII.E-1 |
|    1. General Legal Principles Governing Potential Fiduciary Duty Claims | VII.E-1 |
|       a. Delaware Law Applies To Breach Of Fiduciary Duty Claims | VII.E-1 |
|       b. Legal Standards For Fiduciary Duty Claims | VII.E-2 |
|       c. Fiduciary Duty Breaches May Be Continuing In Nature | VII.E-7 |
|       d. Fiduciary Duties In Context Of Limited Liability Companies | VII.E-8 |
|       e. Standing To Assert Fiduciary Duty Claims | VII.E-10 |
|       f. Fiduciary Duties In The Parent-Subsidiary Context | VII.E-11 |
|       g. Potential Defenses To A Claim For Breach Of Fiduciary Duty | VII.E-15 |
|       h. Burden With Respect To Fraud-Based Fiduciary Duty Claim | VII.E-20 |
|       i. Potential Remedies For Fiduciary Duty Breaches Can Vary | VII.E-20 |
|       j. Choice Of Law Regarding Statutes Of Limitations Is Uncertain | VII.E-22 |
|    2. Potential Claims Exist For Breaches Of Duties By ResCap Fiduciaries | VII.E-28 |
|       a. Potential Fiduciary Duty Claims Relating To 2006 Bank Restructuring | VII.E-28 |
|       b. Potential Breach Of Fiduciary Duty Claims Relating To Prepetition Asset Sales | VII.E-39 |
|       c. Potential Breach Of Fiduciary Duty Claims Relating To The January 30 Letter Agreement, $48.4 million Prepetition Indemnity Payment, And A&R Servicing Agreement | VII.E-40 |

|  | Page |
|---|---|
| d. Potential Breach Of Fiduciary Duty Claims Relating To The Work Of The Special Review Committee And ResCap Board Regarding Approval Of The AFI And RMBS Trust Settlements | VII.E-42 |
| **F. AVOIDANCE ACTIONS** | VII.F-1 |
| 1. Strong Arm Powers Of Bankruptcy Trustee Under Section 544(a) Of The Bankruptcy Code | VII.F-2 |
| 2. Invocation Of State Avoidance Law Under Section 544(b) Of The Bankruptcy Code | VII.F-4 |
|    a. Choice Of Law Principles As Applied To Claims Under Section 544(b) Of The Bankruptcy Code | VII.F-6 |
|    b. Statutes Of Limitation And New York's Borrowing Statute | VII.F-14 |
|    c. Triggering Creditors | VII.F-16 |
| 3. Section 546 Safe Harbors | VII.F-18 |
|    a. Settlement Payment Defense | VII.F-18 |
|    b. Swap Payment Defense | VII.F-22 |
|    c. The Tribune/Lyondell Workaround | VII.F-24 |
| 4. Transfers Fraudulent As To Present Creditors Under Minn. Stat. § 513.45(b) | VII.F-26 |
|    a. Overview | VII.F-26 |
|    b. Statute Of Limitations | VII.F-27 |
|    c. Construction Of The Statute | VII.F-30 |
|    d. Elements Of The Minnesota Insider Preference Statute | VII.F-32 |
|    e. Affirmative Defenses | VII.F-40 |
|    f. Whether A Transfer To A Secured Creditor Can Be Avoided | VII.F-52 |
|    g. Transactions That Implicate Insider Preferential Transfer Law | VII.F-55 |
|    h. Availability Of The New Value Defense | VII.F-84 |
| 5. Preferential Transfers Under Bankruptcy Code Section 547 | VII.F-95 |
|    a. Overview Of Elements | VII.F-95 |
|    b. Overview Of Defenses | VII.F-103 |
|    c. Transactions That Implicate Bankruptcy Code Section 547 | VII.F-107 |
| 6. Fraudulent Transfers | VII.F-122 |
|    a. Actual Fraudulent Transfers | VII.F-122 |
|    b. Constructive Fraudulent Transfers | VII.F-128 |
|    c. Reasonably Equivalent Value For Constructive Fraudulent Transfer Purposes | VII.F-129 |
|    d. Transactions That Potentially Implicate Fraudulent Transfer Laws | VII.F-134 |
| 7. Transfers Avoidable Under Section 549 Of The Bankruptcy Code | VII.F-148 |
|    a. Background | VII.F-148 |
|    b. Analysis | VII.F-149 |
|    c. Conclusion | VII.F-151 |
| 8. Recovery Under Bankruptcy Code Section 550 | VII.F-151 |
|    a. Recovery Under Section 550(a)(1) | VII.F-152 |
|    b. Recovery Limited To A Single Satisfaction | VII.F-154 |
|    c. Statute Of Limitations Governing Section 550 | VII.F-154 |

|  | Page |
|---|---|
| **G. AIDING AND ABETTING BREACH OF FIDUCIARY DUTY** | VII.G-1 |
|     1. *General Principles Of Aiding And Abetting Breach Of Fiduciary Duty* | VII.G-1 |
|         a. *Choice Of Law Regarding Substantive Legal Standards* | VII.G-1 |
|         b. *Choice Of Law Regarding Statutes Of Limitations* | VII.G-3 |
|         c. *Elements Of A Claim For Aiding And Abetting Breach Of Fiduciary Duty* | VII.G-3 |
|         d. *Aiding And Abetting Principles Under Delaware Law* | VII.G-4 |
|         e. *Aiding And Abetting Principles Under Minnesota Law* | VII.G-6 |
|         f. *Aiding And Abetting Breach Of Fiduciary Duty In The Parent-Subsidiary Context* | VII.G-7 |
|         g. *Aiding And Abetting Breach Of Fiduciary Duty In The Limited Liability Company Context* | VII.G-8 |
|         h. *Potential Affirmative Defenses To An Aiding And Abetting Claim* | VII.G-9 |
|         i. *Burden With Respect To Fraud-Based Aiding And Abetting Claim* | VII.G-10 |
|         j. *Remedies On An Aiding And Abetting Claim* | VII.G-10 |
|     2. *Potential Claims Exist For Aiding And Abetting Breaches Of Duties By ResCap Fiduciaries* | VII.G-11 |
|         a. *Potential Aiding And Abetting Claims Relating To 2006 Bank Restructuring* | VII.G-11 |
|         b. *Potential Aiding And Abetting Claims Relating To Prepetition Asset Sales* | VII.G-13 |
|         c. *Potential Aiding And Abetting Claims Relating To The January 30 Letter Agreement, $48.4 Million Prepetition Indemnity Payment, And A&R Servicing Agreement* | VII.G-13 |
|         d. *Potential Aiding And Abetting Claims Relating To Approval Of The AFI And RMBS Trust Settlements* | VII.G-13 |
| **H. COMMON LAW CONTRIBUTION CLAIMS** | VII.H-1 |
|     1. *Choice-Of-Law* | VII.H-1 |
|         a. *Does An Actual Conflict-Of-Law Exist Between New York Law And The Laws Of Other Interested Jurisdictions?* | VII.H-1 |
|         b. *Application Of New York Choice-Of-Law Rules* | VII.H-3 |
|     2. *New York Contribution Law* | VII.H-4 |
|         a. *Principles Of A Contribution Cause Of Action* | VII.H-4 |
|         b. *Transactions Implicated By The Contribution Causes Of Action* | VII.H-6 |
| **I. CONSTRUCTIVE TRUST CLAIMS** | VII.I-1 |
|     1. *Introduction* | VII.I-1 |
|         a. *Unjust Enrichment And Constructive Trust* | VII.I-1 |
|         b. *Choice Of Law* | VII.I-2 |
|         c. *Statute Of Limitations* | VII.I-9 |
|         d. *Explanation Of Examiner's Conclusions* | VII.I-11 |
| **J. UNCONSCIONABLE CONTRACTS AND CONTRACTS OF ADHESION** | VII.J-1 |
|     1. *Choice Of Law* | VII.J-1 |
|     2. *Unconscionable Contracts And Contracts Of Adhesion* | VII.J-2 |

|  |  | Page |
|---|---|---|
| | a. Unconscionable Contracts | VII.J-3 |
| | b. Contracts Of Adhesion | VII.J-3 |
| | c. Remedies | VII.J-4 |
| 3. | Contracts Between Parent And Its Wholly Owned Subsidiary | VII.J-5 |
| 4. | Conclusion | VII.J-6 |
| **K.** | **ESTATE CAUSES OF ACTION ARISING OUT OF RESCAP'S TAX SHARING ARRANGEMENTS AND RESCAP'S CONVERSION TO DISREGARD ENTITY STATUS** | VII.K-1 |
| 1. | *ResCap's 2006 Conversion To A Limited Liability Company And Election To Become A Disregarded Entity For Tax Purposes* | VII.K-1 |
| | a. Fraudulent Conveyance | VII.K-2 |
| | b. Post-2006 NOL Transfers Are Not Subject To Avoidance | VII.K-9 |
| | c. The 2006 Conversion And Election Does Not Result In Unjust Enrichment Or Breach Of Fiduciary Duty | VII.K-11 |
| | d. Payment Of The LLC Conversion Dividend Does Not Constitute A Fraudulent Conveyance | VII.K-14 |
| | e. ResCap Has A Contractual Claim for Compensation Under The Implemented 2005 Tax Allocation Agreement | VII.K-16 |
| 2. | *The 2009 Tax Allocation Agreement* | VII.K-17 |
| | a. The First 2009 Tax Allocation Agreement Constitutes A Valid And Enforceable Contract | VII.K-20 |
| | b. Whether James Young's Failure To Execute The First 2009 Tax Allocation Agreement Constitutes A Breach Of Fiduciary Duty | VII.K-31 |
| | c. The Second 2009 Tax Allocation Agreement Is Likely To Be Avoided As A Fraudulent Transfer | VII.K-38 |
| | d. Potential Additional Basis To Set Aside A Tax Allocation Agreement Between A Parent Company And Its Subsidiary | VII.K-41 |
| | e. The Second 2009 Tax Allocation Agreement Is Not The Product Of Overreaching By AFI | VII.K-42 |
| | f. The ResCap Board's Approval Of The Second 2009 Tax Allocation Agreement Does Not Constitute A Breach Of Fiduciary Duty | VII.K-45 |
| **L.** | **CONTRACTUAL ISSUES AND RELATED CLAIMS** | VII.L-1 |
| 1. | *Contract And Tort Claims Related To 2006 Bank Restructuring* | VII.L-1 |
| | a. Summary Of Factual Background | VII.L-1 |
| | b. Fraud | VII.L-8 |
| | c. Breach Of Contract | VII.L-21 |
| | d. Tortious Interference With Contract | VII.L-27 |
| 2. | *Contractual Claims Related To The MMLPSA, Pipeline Swap, MSR Swap, And Broker Agreement* | VII.L-29 |
| | a. Contractual Representation And Warranty Liabilities Under The 2001 and 2006 MMLPSAs | VII.L-29 |
| | b. Failure To Obtain Independent Director Approval/Waivers Under The Operating Agreements | VII.L-56 |

|  | Page |
|---|---|
| c. Application Of The Pipeline Swap To The Funding To Sale Period And To Bank-Originated Loans | VII.L-58 |
| d. The Misallocation Of Revenues On Loans Brokered By GMAC Mortgage | VII.L-64 |
| e. Failure To Pay The Value Of Correspondent-Loan And Purchased MSRs To GMAC Mortgage Under The MSR Swap | VII.L-66 |
| 3. Dispute Regarding Application Of Indemnity Cap | VII.L-73 |
| a. The Terms Of The January 30 Letter Agreement | VII.L-73 |
| b. The Terms Of The A&R Servicing Agreement | VII.L-75 |
| c. Ambiguity | VII.L-76 |
| d. Analysis | VII.L-77 |
| **VIII. THIRD-PARTY CLAIMS AGAINST THE AFI DEFENDANTS** | VIII-1 |
| **A. INVESTIGATION OF THIRD-PARTY CLAIMS** | VIII-1 |
| 1. Scope Of Third-Party Claims Investigation | VIII-1 |
| 2. Conduct Of The Third-Party Claims Investigation | VIII-4 |
| 3. The Debtors' Underlying Liability | VIII-7 |
| **B. THE MORTGAGE SECURITIZATION BUSINESS** | VIII-8 |
| 1. The Securitization Market In General | VIII-8 |
| a. Key Securitization Parties | VIII-9 |
| b. Securitization Process | VIII-12 |
| 2. ResCap Securitization Processes | VIII-14 |
| a. Overview | VIII-14 |
| b. Types Of Loans | VIII-15 |
| c. ResCap Depositor Entities And Shelves | VIII-15 |
| d. RFC's PLS Business | VIII-16 |
| e. GMAC Mortgage's PLS Business | VIII-23 |
| **C. ANALYSIS OF CLAIMS** | VIII-24 |
| 1. Choice Of Law | VIII-24 |
| 2. RMBS Claims | VIII-27 |
| a. Claims Against AFI | VIII-27 |
| b. Claims Against Ally Securities As Securities Underwriter | VIII-109 |
| c. Claims Against Ally Bank As Loan Originator And Custodian | VIII-129 |
| 3. D&O RMBS Claims | VIII-150 |
| a. Generally | VIII-150 |
| 4. Non-RMBS Claims | VIII-154 |
| a. Claims Relating To Origination, Acquisition, And Servicing Of Loans | VIII-155 |
| b. Claims Relating To Alleged Insurance Schemes | VIII-156 |
| c. Claims Unrelated To The Mortgage Business | VIII-161 |
| d. Cases Not Naming The AFI Defendants | VIII-162 |
| 5. Unsecured Noteholder Causes Of Action | VIII-163 |
| a. Tortious Interference With The 2005 Indenture | VIII-163 |
| b. Claims Related To The 2006 Bank Restructuring | VIII-190 |

|  | Page |
|---|---|
| D. POTENTIAL ALLEGED DAMAGES | VIII-201 |
|    1. Disclosed Alleged Damages | VIII-201 |
|       a. Additional Factors Relevant To Potential RMBS Claims Damages | VIII-202 |
|       b. Additional Factors Relevant To Potential Non-RMBS Claims Damages | VIII-204 |
|    2. Release Of Third-Party Claims | VIII-204 |
|    3. Transfer Of Liability In Connection With The Sale Of Ally Bank | VIII-204 |
|    4. Transfer Of Liability In Connection With The Sale Of Ally Securities | VIII-205 |
|    5. Potential Fraudulent Conveyance Exposure Of Ally Securities | VIII-207 |
|       a. Ally Securities Recapitalizes In 2011, Ceases Operations In 2012, And Makes Dividend Payments To AFI | VIII-207 |
|       b. Financial Condition Of Ally Securities At The Time Of The April 2012 And August 2012 Transfers | VIII-209 |
|       c. The Dividend Payments Are Likely To Be Constructive Fraudulent Transfers | VIII-210 |
|       d. Whether The Dividend Payments Constitute An Actual Fraudulent Transfer Is A Close Question | VIII-212 |
|       e. It Is Unlikely That The Dividend Payments Would Be Unlawful Dividends | VIII-214 |
| IX. EVALUATION OF CONSIDERATION FOR RELEASES | IX-1 |
| A. REVIEW OF PROPOSED RELEASE OF ESTATE AND THIRD-PARTY CLAIMS UNDER NOW-TERMINATED SETTLEMENT AGREEMENT WITH AFI | IX-1 |
| B. EVALUATION OF CONSIDERATION PROPOSED IN EXCHANGE FOR RELEASE OF ESTATE CLAIMS AGAINST AFI | IX-2 |
|    1. Legal Standard Applicable To Debtors' Settlement Of Debtors' Claims Against AFI | IX-2 |
|    2. Analysis Of Debtors' Proposed Settlement Of The Estates' Claims Against AFI | IX-3 |
|       a. AFI's Non-Cash Contributions To The Debtors' Estates | IX-4 |
| C. EVALUATION OF CONSIDERATION PROPOSED IN EXCHANGE FOR RELEASE OF THIRD-PARTY CLAIMS AGAINST AFI | IX-10 |
|    1. Legal Standard Applicable To The Release Of Third Parties' Claims Against AFI | IX-10 |
|       a. Overview Of A Bankruptcy Court's Jurisdiction And Authority To Enjoin Claims Against Non-Debtor Third Parties | IX-11 |
|       b. The Evolution Of The Second Circuit's View Of The Propriety Of Third-Party Non-Debtor Releases | IX-14 |
|       c. The Second Circuit Landscape After Manville III | IX-25 |
|    2. Analysis Of Possible Release Of Third-Party Claims Against AFI | IX-26 |
|       a. Jurisdictional Issues Faced By Parties In Releasing Third-Party Claims | IX-26 |
|       b. After Determining The Scope Of Its Jurisdiction, The Court Must Consider Whether Circumstances Merit Approval Of A Third-Party Release | IX-27 |
| **APPENDIX** | |