UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| *In re:* | : | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et. al.* | : | Case Number 12-12020 (MG) (Jointly Administered) |
| Debtors. | : | |

# REPORT OF ARTHUR J. GONZALEZ, AS EXAMINER

## APPENDIX

CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

Howard Seife
David M. LeMay
Thomas J. McCormack
N. Theodore Zink, Jr.
Robin D. Ball
Seven R. Rivera
Andrew Rosenblatt
Marc D. Ashley
Christy L. Rivera
Francisco Vazquez

*Counsel to Examiner*

MESIROW FINANCIAL CONSULTING, LLC
666 Third Avenue, 21st Floor
New York, New York 10017
Telephone: (212) 808-8330
Facsimile: (212) 682-4995

Ralph S. Tuliano
James C. Atkinson
James F. Feltman
Melissa Kibler Knoll
Jack F. Williams

*Financial Advisors to Examiner*

# APPENDIX
## Table of Contents

**Name**                                                                                                                          **Number**

Glossary ...................................................................................................................................................... I


ResCap Timeline of Selected Events 2005 – 2012 ................................................................. III
ResCap – Evolution of Barclays DIP Financing Proposals ................................................ III.J.1.c(1)(b)—1
ResCap – Evolution of Citibank DIP Financing Proposals ................................................ III.J.1.c(1)(b)—2


ResCap Officer Chart 2004 – 2012 .................................................................................... IV.A—1
ResCap Summary of Board Composition 2004 – 2012 ....................................................... IV.A—2
ResCap Board of Directors Chart 2004 – 2012 ................................................................. IV.A—3
ResCap Independent Director Annual Compensation (By Type) 2005 – 2012 ...................... IV.B.1.d—1
ResCap Independent Director Annual Compensation (By Director) 2005 – 2012 .................. IV.B.1.d—2
ResCap Independent Director Payment Information by VEND Number ............................... IV.B.1.d—3
Summary of Comparable Board of Directors Compensation 2006 – 2011 .......................... IV.B.1.d(8)—1
Director Compensation Benchmarking 2011 – 2012 .......................................................... IV.B.1.d(8)—2
AFI and ResCap Independent Director Compensation (Comparison of Total
    Aggregate) 2008 – 2012 ............................................................................................. IV.B.1.d(8)—3
AFI and ResCap Independent Director Compensation (Comparison by Director)
    2008 – 2012 ............................................................................................................... IV.B.1.d(8)—4
AFI and ResCap Independent Director Compensation (Comparison by Type)
    2008 – 2012 ............................................................................................................... IV.B.1.d(8)—5
ResCap Officers Receiving AFI Equity Compensation 2006 – 2012 ...................................... IV.B.1.d(12)


Ally Bank Transactions: Reasonably Equivalent Value ..................................................... V.A.2.a
2006 Bank Restructuring .................................................................................................... V.A.2.b
2008 Bank Transaction ....................................................................................................... V.A.2.c
2009 Bank Transaction ....................................................................................................... V.A.2.d
Summary of Government Settlement Economics ................................................................. V.C.1.c(4)
Resort Finance Facility ....................................................................................................... V.E.1
Secured MSR Facility ......................................................................................................... V.E.2
Secured Revolver Facility ................................................................................................... V.E.3
Servicing Advance Factoring Facility ................................................................................. V.E.4
Initial Line of Credit Facility ............................................................................................. V.E.5
ResMor Loan Facility ......................................................................................................... V.E.6
Second Line of Credit Facility ........................................................................................... V.E.7
A&R Line of Credit Facility ............................................................................................... V.E.8
BMMZ Repo Facility .......................................................................................................... V.E.9
Health Capital – Historical Financial Statements ............................................................... V.F.4.a(1)
Health Capital – Summary of Houlihan Lokey's Valuation.................................................. V.F.4.a(3)
Resort Finance – Historical Financial Statements .............................................................. V.F.4.c(1)
Resort Finance – Summary of Houlihan Lokey's Valuation................................................. V.F.4.c(3)
ResMor Trust Company – Summary of Goldin Associates' Fairness Opinion
    Valuation Analysis as of November 20, 2008 ............................................................... V.F.4.f(4)(a)
Residential Financial Securities, LLC – Historical Financial Statements .............................. V.F.4.g(1)(a)
RFC Investment Limited / RFSC International Limited – Historical Financial
    Statements .................................................................................................................. V.F.4.g(1)(b)

Residential Funding Securities, LLC – Summary of Goldin Associates' Fairness
    Opinion Valuation Analysis as of March 18, 2009...................................................... V.F.4.g(4)(a)
RFC Investments Limited – Summary of Goldin Associates' Fairness Opinion
    Valuation Analysis as of March 18, 2009................................................................ V.F.4.g(4)(b)


ResCap, LLC – Quarterly Solvency Analysis: Balance Sheet Test 2005 – 2011 .............................. VI.B.3
ResCap, LLC – Quarterly Solvency Analysis: Market Approach ................................................ VI.B.4.a(4)
ResCap, LLC – Quarterly Solvency Analysis: Asset-Based Approach........................................... VI.B.4.b
ResCap, LLC Historical Financial Statements
ResCap, LLC Historical Financial Statements Years Ended 2005 – 2011 ...................................... VI.B.4.b
ResCap, LLC Historical Financial Statements Quarters Ended 2005 – 2011................................... VI.B.4.b
Subsidiary Historical Financial Statements
GMAC Mortgage, LLC Historical Financial Statements Years Ended 2003 – 2011 ....................... VI.E—1
Residential Funding Company, LLC Historical Financial Statements Years Ended
    2003 – 2011 ........................................................................................................ VI.E—2


List of RMBS Actions ................................................................................................ VIII.A—1
List of Non-RMBS Actions ......................................................................................... VIII.A—2
Arthur J. Gonzalez, Examiner Letter Re: *In re Residential Capital, LLC, et al.*,
    No. 12-12020 (MG) — Request for Submissions
    Regarding Third-Party Claims ................................................................................ VIII.A—3
Chadbourne & Park, LLP Letter Re: *In re Residential Capital, LLC, et al.*,
    No. 12-12020 (MG) (Bankr. S.D.N.Y.) — Request for Third-Party Claims
    Damages Quantification......................................................................................... VIII.A—4
ResCap 392 PLS Deal Details ..................................................................................... VIII.B—1
Ally Securities as Lead and Joint Lead Underwriter on ResCap's PLS deals.............................. VIII.B—2
Old GMAC Bank and Ally Bank as Custodian on ResCap's PLS Deals...................................... VIII.B—3
Loan Origination ................................................................................................... VIII.B.1.b(1)
Structuring the Securitization .................................................................................. VIII.B.1.b(3)
ResCap, LLC, et.al. All or Substantially All Analysis......................................................... VIII.C.6.c
Alleged RMBS / Non-RMBS and Unsecured Noteholder Claims Analysis .................................. VIII.D.1

List of Complete Citations for Exhibits With Truncated Citations............................................. X

# GLOSSARY

1.1     Definitions.  For purposes of the Report, the following defined terms will have the following meanings:

"**2001 MMLPSA**" means the Master Mortgage Loan Purchase and Sale Agreement between GMAC Bank, as Seller, and GMAC Mortgage Corporation, as Purchaser, dated December 15, 2001.

"**2004 Pipeline Swap**" means the ISDA Master Agreement between GMAC Mortgage Corporation and GMAC Bank, dated October 1, 2004, including the Schedule thereto, dated October 1, 2004.

"**2004 Pipeline Swap Schedule**" means the Schedule to the ISDA Master Agreement between GMAC Mortgage and GMAC Bank, dated October 1, 2004.

"**2005 Indenture**" means the Indenture by and among Residential Capital Corporation, any Guarantors Party thereto, and Deutsche Bank Trust Company Americas, as Trustee, dated June 24, 2005.

"**2005 Operating Agreement**" means the Operating Agreement by and between GM, AFI, and ResCap, dated June 24, 2005.

"**2005 Pipeline Swap Schedule**" means the Schedule to the ISDA Master Agreement between GMAC Mortgage and GMAC Bank, dated March 30, 2005.

"**2006 AFI Amended LLC Operating Agreement**" means the Amended and Restated Limited Liability Company Operating Agreement of GMAC, dated November 30, 2006.

"**2006 AFI LLC Agreement**" means the Limited Liability Company Agreement of GMAC LLC, dated July 21, 2006.

"**2006 Amended Operating Agreement**" means the Amended and Restated Operating Agreement by and between GM, AFI and ResCap, dated November 27, 2006.

"**2006 Bank Restructuring**" means the November 2006 transaction whereby: (1) substantially all of the assets and liabilities of Old GMAC Bank were transferred to GMAC Automotive Bank; (2) IB Finance acquired all of the outstanding shares of GMAC Automotive Bank; (3) ResCap acquired a non-voting economic interest in IB Finance's (and indirectly, GMAC Automotive Bank's) mortgage business; and (4) GMAC Automotive Bank was renamed "GMAC Bank."

"**2006 MMLPSA**" means the Master Mortgage Loan Purchase and Sale Agreement between GMAC Bank, as Seller, and GMAC Mortgage, as Purchaser, dated October 31, 2006.

"**2006 ResCap LLC Agreement**" means the Limited Liability Company Agreement of ResCap, dated October 24, 2006.

"**2006 Tax Allocation Agreement**" means the Agreement for the Allocation of Income Taxes by and between GMAC and ResCap, effective as of December 1, 2006.

"**2007 FMV Schedule**" means the Schedule to the ISDA Master Agreement (FMV) between GMAC Mortgage and GMAC Bank, dated August 31, 2007.

"**2007 MMLPSA**" means the Master Mortgage Loan Purchase and Sale Agreement between GMAC Bank, as Seller, and GMAC Mortgage, as Purchaser, amended and restated as of June 1, 2007.

"**2007 MSR Swap**" means the ISDA Master Agreement between GMAC Mortgage and GMAC Bank, dated June 12, 2007, including the FMV Schedule thereto, dated August 31, 2007 and the Net Funding Schedule thereto, dated August 31, 2007.

"**2007 Net Funding Schedule**" means the Schedule to the ISDA Master Agreement (Net Funding) between GMAC Mortgage and GMAC Bank, dated August 31, 2007.

"**2007 Pipeline Swap Schedule**" means the Schedule to the ISDA Master Agreement between GMAC Mortgage and GMAC Bank, dated May 1, 2007.

"**2007 Restructuring Plan**" means that ResCap business plan initially presented to the ResCap Board in September 2007, which included proposed reductions and contingency planning.

"**2008 Bank Transaction**" means, collectively, the: (1) March 2008 transaction whereby ResCap issued 607,192 ResCap Preferred Interests pursuant to the terms of its 2008 Amended ResCap LLC Agreement to AFI in exchange for AFI's contribution of ResCap notes with a face amount of $1.2 billion and a fair value of approximately $607,192,000; and (2) June 2008 transaction whereby ResCap issued an additional 199,152 ResCap Preferred Interests pursuant to the terms of the 2008 Amended ResCap LLC Agreement to AFI in exchange for AFI's contribution of ResCap notes with a face amount of $249,085,000 and a fair value as of March 31, 2008 of approximately $199,152,000.

"**2008 MMLPSA**" means the Master Mortgage Loan Purchase and Sale Agreement between GMAC Bank, as Seller, and GMAC Mortgage, as Purchaser, amended and restated as of July 1, 2008.

"**2008 ResCap Amended LLC Agreement**" means the Amended and Restated Limited Liability Company Agreement of ResCap, dated March 31, 2008.

"**2009 AFI Amended Certificate**" means the GMAC Inc. Amended and Restated Certificate of Incorporation, dated December 30, 2009.

"**2009 AFI Certificate**" means the GMAC Inc. Certificate of Incorporation, dated June 30, 2009.

"**2009 Bank Transaction**" means, collectively, the January 30, 2009 transactions whereby: (1) AFI exercised its option to convert its 806,344 ResCap Preferred Interests into the

same number of IB Finance Preferred Interests; and (2) ResCap sold its remaining IB Finance Class M Shares to AFI in exchange for AFI's contribution of ResCap notes with a face amount of approximately $830.5 million and accrued interest and a fair value of $608.5 million.

"**2010 FMV Schedule**" means the Schedule to the ISDA Master Agreement (FMV) between GMAC Mortgage and GMAC Bank, dated July 1, 2010.

"**2010 Net Funding Schedule**" means the Schedule to the ISDA Master Agreement (Net Funding) between GMAC Mortgage and GMAC Bank, dated July 1, 2010.

"**2011 AFI Amended Certificate**" means the AFI Amended and Restated Certificate of Incorporation, as amended, dated March 25, 2011.

"**2012 MMLPSA**" means the Amended and Restated Master Mortgage Loan Purchase and Sale Agreement between Ally Bank, as Seller, and GMAC Mortgage, as Purchaser, dated May 1, 2012.

"**A&R First Priority Security Agreement**" means the Amended and Restated First Priority Pledge and Security Agreement and Irrevocable Proxy among GMAC Mortgage, RFC, ResCap, GMAC Holding, RFC Holding, and Homecomings Financial and certain other affiliated entities party thereto from time to time, as Grantors, AFI as lender and agent, and Wells Fargo Bank, N.A., as first priority collateral agent and collateral control agent, dated December 30, 2009, which amends and restates the First Priority Security Agreement.

"**A&R Initial Line of Credit Security Agreement**" means the Amended and Restated Pledge and Security Agreement and Irrevocable Proxy among GMAC Mortgage and RFC, ResCap, RAHI, PATI, GMAC Holding, RFC Holding and Equity Investment I, LLC, as grantors, AFI, as Omnibus Agent and Lender Agent under the A&R Line of Credit and the Secured MSR Facility, and, together with Ally Investment Management, as secured parties, dated December 30, 2009, which amends and restates the Initial Line of Credit Security Agreement and the Omnibus Security Agreement.

"**A&R Line of Credit Agreement**" means the Amended and Restated Loan Agreement by and among GMAC Mortgage and RFC, as borrowers, ResCap, RAHI, PATI, GMAC Holding, RFC Holding, Homecomings Financial, and Equity Investment I, LLC, as guarantors, and AFI as, initial lender and lender agent, dated December 30, 2009, which amends and restates the Initial Line of Credit Agreement and the Second Line of Credit Agreement.

"**A&R Line of Credit Borrowers**" means RFC and GMAC Mortgage.

"**A&R Line of Credit Collateral**" means the collateral securing the obligations under the A&R Line of Credit Agreement.

"**A&R Line of Credit Facility**" means the credit facility evidenced by the A&R Line of Credit Agreement and all documents, instruments, or agreements executed and delivered in connection therewith.

"**A&R Line of Credit Guarantors**" means ResCap, RAHI, PATI, GMAC Holding, RFC Holding, Homecomings Financial, and Equity Investment I, LLC.

"**A&R Line of Credit Loans**" means the revolving loans made under the A&R Line of Credit Agreement.

"**A&R Second Line of Credit Security Agreement**" means the Amended and Restated Pledge and Security Agreement and Irrevocable Proxy among GMAC Mortgage and RFC, ResCap, RAHI, PATI, GMAC Holding, RFC Holding, and Equity Investment I, LLC, as grantors and AFI, as a secured party, dated December 30, 2009, which amends and restates the Second Line of Credit Security Agreement.

"**A&R Second Priority Security Agreement**" means the Amended and Restated Second Priority Pledge and Security Agreement and Irrevocable Proxy among GMAC Mortgage, RFC, ResCap, GMAC Holding, RFC Holding, and Homecomings Financial and certain other affiliated entities party thereto from time to time, as Grantors, AFI as lender and agent, and Wells Fargo Bank, N.A., as second priority collateral agent and collateral control agent, dated December 30, 2009, which amends and restates the Second Priority Security Agreement.

"**A&R Secured Revolver Loan Agreement**" means the Amended and Restated Credit Agreement by and among GMAC Mortgage and RFC, as borrowers, ResCap, GMAC Holding, RFC Holding, and Homecomings Financial and certain other affiliated entities party thereto from time to time, as guarantors, AFI as initial lender and agent, and Wells Fargo Bank, N.A., as first priority collateral agent, dated December 30, 2009, which amends and restates the Secured Revolver Loan Agreement.

"**A&R Servicing Agreement**" means the Amended and Restated Servicing Agreement by and between Ally Bank, as owner, and GMAC Mortgage, as servicer, dated May 11, 2012.

"**A&R Third Priority Security Agreement**" means the Amended and Restated Third Priority Pledge and Security Agreement and Irrevocable Proxy among GMAC Mortgage, RFC, ResCap, GMAC Holding, RFC Holding, and Homecomings Financial and certain other affiliated entities party thereto from time to time, as Grantors, AFI as lender and agent, and Wells Fargo Bank, N.A., as third priority collateral agent and collateral control agent, dated December 30, 2009, which amends and restates the Third Priority Security Agreement.

"**Ad Hoc Group**" means the Ad Hoc Group as defined in the Junior Secured Noteholders' Plan Support Agreement.

"**Adjusted Book Value Method**" means a method within the Asset-Based Approach whereby all assets and liabilities (including off-balance sheet, intangible, and contingent) are adjusted to their fair market values.

"**Aegis**" means Aegis Mortgage Corporation.

"**Affiliate**" means a Person that directly, or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with the Person specified. For purposes of this definition, the term "control" of a Person means the possession, direct or indirect, of the

power to: (1) vote 20% or more of the voting securities of such Person, or (2) direct or cause the direction of the management and policies of such Person, whether by Contract or otherwise, and the terms and phrases "controlling," "controlled by," and "under common control with" have correlative meanings.

"**Affiliate Transaction**" means any material prepetition transaction and any material verbal or written agreement or contract between the Debtors and any affiliate of the Debtors (other than ResCap's subsidiaries), including AFI, Cerberus, and Ally Bank, and any of their respective current and former, direct and indirect affiliates and subsidiaries.

"**AFI**" means Ally Financial Inc., formerly known as GMAC LLC and GMAC Inc., and all of its direct and indirect subsidiaries, excluding ResCap.

"**AFI Board**" means the board of directors of AFI as constituted from time to time.

"**AFI Defendants**" means AFI, Ally Bank, and Ally Securities and their respective directors and officers, in their capacity as defendants in the Third-Party Claims litigations.

"**AFI DIP Financing Agreement**" means the Debtor-in-Possession Financing Amendment by and among GMAC Mortgage and RFC, as borrowers, ResCap and certain Affiliates of the borrowers, as guarantors, AFI, as the initial lender and agent, and the lenders party thereto, dated May 25, 2012, that was approved by the AFI DIP Order.

"**AFI DIP Order**" means the Final Order Under Sections 105, 361, 362, 363, and 364 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001, 6004, and 9014 (I) Authorizing the Debtors to Obtain Postpetition Financing on a Secured Superpriority Basis, (II) Authorizing the Debtors to Use Cash Collateral, and (III) Granting Adequate Protection to Adequate Protection Parties entered in the Chapter 11 Cases on June 25, 2012 at [Docket No. 491].

"**AFI Hedge Agreements**" means, collectively: (1) each agreement identified on Schedule X to the Omnibus Security Agreement; and (2) each additional agreement and any related documentation between Ally Investment Management and ResCap, RFC and/or GMAC Mortgage, as counterparty, evidencing a hedging transaction entered into by Ally Investment Management and such ResCap entity as the case may be.

"**AFI Line of Credit Agreement Claim**" means any Claim arising under, derived from, or based upon the A&R Line of Credit Agreement, the A&R Initial Line of Credit Security Agreement, and the A&R Second Line of Credit Security Agreement.

"**AFI Released Parties**" means AFI, its direct and indirect subsidiaries and affiliates (other than the Debtors and the Debtors' direct and indirect subsidiaries), and each of their respective members, officers, directors, agents, financial advisors, attorneys, employees, partners, affiliates, and representatives.

"**AFI Secured Revolver Facility Claim**" means any Claim arising under, derived from, or based upon the A&R Secured Revolver Loan Agreement and the A&R First Priority Security Agreement.

"**AFI Settlement and Plan Sponsor Agreement**" means the agreement, entered into by the Debtors and AFI, dated May 14, 2012, which is attached as Exhibit 8 to the First Day Affidavit.

"**AG**" means Attorney General.

"**AG Menu Matrix**" means the schedule set forth in Exhibit 4-B of the A&R Servicing Agreement, which provides a methodology for calculating the indemnification obligation of GMAC Mortgage with respect to losses suffered by Ally Bank as a result of certain loan modification activity related to the DOJ/AG Settlement.

"**Agency**" means a government-sponsored secondary mortgage market enterprise or Government Entity acquiring, owning, or guaranteeing Mortgage Loans, including Fannie Mae, FHA, Freddie Mac, Ginnie Mae, and HUD.

"**Ally Bank**" means Ally Bank, a commercial state non-member bank chartered under the laws of the State of Utah, formerly known as GMAC Bank and GMAC Automotive Bank.

"**Ally Bank Transactions**" means collectively to all consummated transactions, agreements, or events concerning: (1) the 2006 Bank Restructuring; (2) the 2008 Bank Transaction; and (3) the 2009 Bank Transaction.

"**Ally Investment Management**" means Ally Investment Management LLC, formerly known as GMAC Investment Management LLC.

"**Ally Securities**" means Ally Securities LLC, formerly known as Residential Funding Securities, LLC, Residential Funding Securities Corporation, and GMAC-RFC Securities.

"**ALTA**" means the American Land Title Association or any successor thereto.

"**Alt-A**" means alternative a-paper, a type of mortgage.

"**American Home**" means American Home Mortgage Holdings.

"**Annualized P/E**" means MVE divided by annualized earnings.

"**Antitrust Authority**" means the Federal Trade Commission, the Department of Justice, any attorney general of any state of the U.S., or any other antitrust or competition authority of any jurisdiction.

"**April 2011 MSR Swap Confirmation**" means the Confirmation of the Total Return Swap Relating to Mortgage Servicing Rights of Ally Bank, dated April 1, 2011.

"**April 2011 Pipeline Swap Confirmation**" means the Confirmation of the Swap Relating to Loans in the Held for Sale Portfolio, dated April 1, 2011.

"**ARMs**" means adjustable rate mortgages.

"**Asset-Based Approach**" means the standard valuation approach to valuing a business by adjusting the asset and liability balances on the subject company's balance sheet to their market value equivalents (also commonly referred to as the asset approach or adjusted balance sheet approach).

"**Audit Services**" means either GM Audit Services or GMAC Audit Services.

"**Balance Sheet Test**" means the standard solvency assessment that compares an entity's property to its debt, at a fair valuation.

"**Bank Board**" means the board of directors of Ally Bank as constituted from time to time.

"**Bank of America**" means Bank of America Corporation and all of its direct and indirect affiliates.

"**Bankruptcy Code**" means title 11 of the U.S. Code.

"**Bankruptcy Court**" means the U.S. Bankruptcy Court for the Southern District of New York.

"**Bankruptcy Rules**" means the Federal Rules of Bankruptcy Procedure.

"**Barclays**" means Barclays Bank PLC and all of its direct and indirect affiliates.

"**Barclays DIP Financing Agreement**" means the Amended and Restated Superpriority Debtor-in-Possession Credit and Guaranty Agreement by and among GMACM Borrower and RFC Borrower, as borrowers, ResCap, GMAC Mortgage, RFC, and certain Subsidiaries of ResCap, as guarantors, GMAC Mortgage and RFC, as administrators, originators, receivables custodians and servicers, the lenders party thereto, GMAC Mortgage, as GMACM servicer, and Barclays, as administrative agent, collateral agent and syndication agent, dated May 16, 2012, that was approved by the Barclays DIP Order.

"**Barclays DIP Order**" means the Final Order Pursuant to 11 U.S.C. §§ 105, 362, 363(b)(1), 363(f), 363(m), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Bankruptcy Rules 4001 and 6004 (I) Authorizing Debtors (A) to Enter into and Perform under Receivables Purchase Agreements and Mortgage Loan Purchase and Contribution Agreements Relating to Initial Receivables and Mortgage Loans and Receivables Pooling Agreements Relating to Additional Receivables, and (B) to Obtain Post-Petition Financing on a Secured Superpriority Basis, and (II) Granting Related Relief entered in the Chapter 11 Cases [Docket No. 490] on June 25, 2012.

"**BCG**" means the five business units that comprised the business capital group of ResCap.

"**BCL2B Presentation**" means the Brokering Consumer Loans 2 Bank project (BCL2B), Legal Entity Revenue, Expense, and Broker Fee Proposal, dated November 19, 2008.

"**Bear Stearns**" means Bear, Stearns & Co. Inc. and all of its direct and indirect affiliates.

"**Berkshire Hathaway**" means Berkshire Hathaway Inc.

"**BH Legacy APA**" means the Asset Purchase Agreement among Berkshire Hathaway, ResCap, RFC, GMAC Mortgage, GMACM Borrower, and RFC Borrower, dated June 28, 2012.

"**Bilateral Facilities**" means, collectively, the specified bilateral credit facilities listed on Schedule 7.01(t) to the Secured Revolver Facility from time to time; each, a "Bilateral Facility."

"**Bloomberg**" means Bloomberg Inc.

"**BMMZ**" means BMMZ Holdings LLC.

"**BMMZ Master Repo Agreement**" means the Master Repurchase Agreement by and among BMMZ, as buyer, GMAC Mortgage, as seller and servicer, RFC, as seller, and ResCap, as guarantor, dated December 21, 2011.

"**BMMZ Repo Facility**" means the repurchase facility evidenced by the BMMZ Master Repo Agreement and all documents, instruments or agreements executed and delivered in connection therewith.

"**BMMZ Repo Sellers**" means, collectively, RFC, as seller, and GMAC Mortgage, as seller and servicer under the BMMZ Repo Facility.

"**bps**" means basis points.

"**Broker Agreement**" means the Broker Agreement between GMAC Bank, GMAC Mortgage, and Ditech, LLC, dated November 20, 2008.

"**Bryan Cave**" means Bryan Cave LLP.

"**Business Day**" means any day of the year, other than any Saturday, Sunday or any day on which banks located in New York, New York generally are closed for business.

"**Capital IQ**" means S&P Capital IQ.

"**CAPM**" means capital asset pricing model.

"**Cap Re**" means Cap Re of Vermont, LLC.

"**Carpenter Lipps**" means Carpenter Lipps & Leland LLP.

"**Cash Collateral Order**" means the Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing on a Secured Superpriority Basis, (II) Authorizing the Debtors to Use Cash Collateral, and (III) Granting Adequate Protection to Adequate Protection Parties [Docket No. 491], dated June 25, 2012.

"**Causes of Action**" means any and all Claims, actions, causes of action, choses in action, rights, demands, suits, claims, liabilities, encumbrances, lawsuits, adverse consequences, debts, damages, dues, sums of money, accounts, reckonings, deficiencies, bonds, bills, disbursements, expenses, losses, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, judgments, remedies, rights of set-off, third-party claims, subrogation claims, contribution claims, reimbursement claims, indemnity claims, counterclaims, and cross-claims (including those of the Debtors and/or bankruptcy estate of any Debtor created pursuant to sections 301 and 541 of the Bankruptcy Code upon the commencement of the Chapter 11 Cases), whether known or unknown, foreseen or unforeseen, suspected or unsuspected, liquidated or unliquidated, fixed or contingent, matured or unmatured, disputed or undisputed, whether held in a personal or representative capacity, that are or may be pending on the Effective Date or instituted after the Effective Date against any entity, based in law or equity, including under the Bankruptcy Code, whether direct, indirect, derivative, or otherwise and whether asserted or unasserted as of the date of entry of the Confirmation Order.

"**CDS**" means credit default swap.

"**Centerbridge**" means Centerbridge Partners, L.P.

"**Centerview**" means Centerview Partners Holdings LLC and all of its direct and indirect affiliates.

"**Cerberus**" means Cerberus Capital Management, L.P. and all of its direct and indirect affiliates and subsidiaries, including Cerberus FIM, LLC, Cerberus FIM Investors LLC, and FIM Holdings LLC.

"**Cerberus PSA**" means the Purchase and Sale Agreement by and among GM, General Motors Acceptance Corporation, GM Finance Co. Holdings Inc., and FIM Holdings LLC, dated April 2, 2006.

"**Cerberus Secondment Agreements**" means, collectively: (1) the Secondment Agreement by and among Cerberus, COAC, and Thomas Marano, dated September 2008; and (2) the Secondment Agreement by and among Cerberus, COAC, and Joshua Weintraub, dated September 2008.

"**Chapter 11 Cases**" means the voluntary chapter 11 cases filed by the Debtors with the Bankruptcy Court.

"**Citibank**" means Citibank, N.A. and all of its direct and indirect affiliates.

"**Citibank MSR Loan Agreement**" means the Amended and Restated Loan and Security Agreement by and among GMACM, ResCap, and Citibank, dated June 30, 2010.

"**Claims**" means any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured, known or unknown; or any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right

to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured, known or unknown.

"**Class A Senior Preferred Shares**" means the senior class of membership interest in CMH.

"**Class B Junior Preferred Shares**" means the junior class of membership interest in CMH.

"**Clayton**" means Clayton Holdings LLC.

"**CMH**" means CMH Holdings LLC, an entity set up by Cerberus in connection with the June 2008 Model Home Sale.

"**CMP**" means the civil money penalty issued in connection with the FRB/FDIC Settlement against AFI, ResCap, and GMAC Mortgage in the amount of $207,000,000 announced on February 9, 2012 and effectively entered on February 10, 2012.

"**CMP Order**" means the Order of Assessment of a Civil Money Penalty Issued upon Consent Pursuant to the Federal Deposit Insurance Act, as Amended, by and among the Federal Reserve Board, AFI, ResCap, and GMAC Mortgage and its subsidiaries, and issued in connection with the FRB/FDIC Consent Order in the amount of $207,000,000, announced on February 9, 2012 and executed on February 10, 2012.

"**COAC**" means Cerberus Operations and Advisory Company, LLC, an affiliate of Cerberus Capital Management, L.P.

"**Committee Rule 2004 Motion**" means the Motion of the Official Committee of Unsecured Creditors of Debtors Residential Capital, LLC, *et al*., for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Issuance of Subpoenas for the Production of Documents and the Provision of Testimony by the Debtors and Others entered in the Chapter 11 Cases [Docket No. 192] on June 1, 2012.

"**Committee Rule 2004 Order**" means the Order Authorizing the Official Committee of Unsecured Creditors to Issue Subpoenas Compelling the Production of Documents and Provision of Testimony by the Debtors and Others Pursuant to Federal Rule of Bankruptcy Procedure 2004 entered in the Chapter 11 Cases [Docket No. 217] on June 5, 2012.

"**Confirmation Order**" means an order of the Bankruptcy Court confirming any Plan, as amended, supplemented, or modified, under, among others, section 1129 of the Bankruptcy Code.

"**Consenting Junior Secured Noteholders**" means the holders of Junior Secured Notes Claims that are or were party to the Junior Secured Noteholders' Plan Support Agreement.

"**Correspondent Agreement**" means the Correspondent Agreement between GMAC Mortgage, as seller, and GMAC Bank, as purchaser, of mortgage loans, dated August 21, 2001.

"**Countrywide**" means Countrywide Financial Corp. and all of its direct and indirect affiliates, now known as Bank of America Home Loans.

"**Countrywide Settlement**" means the settlement of mortgage repurchase and servicing claims entered into on or about June 28, 2011 between Bank of America, BAC Home Loans Servicing, LP, and its legacy Countrywide affiliates, and Bank of New York Mellon.

"**Creditors' Committee**" means the Official Committee of Unsecured Creditors of Residential Capital, LLC, *et al*. in the Chapter 11 Cases.

"**Credit Suisse**" means Credit Suisse Securities LLC and all of its direct and indirect affiliates.

"**D&O RMBS Actions**" means those litigations brought on account of D&O RMBS Claims.

"**D&O RMBS Claims**" means claims against the Debtors' and the AFI Defendants' directors and officers related to mortgage-backed securities.

"**Damages Letter**" means any submission by a Third-Party Claimant in response to the Examiner's Counsel's letter of December 21, 2012.

"**Davis Polk**" means Davis Polk & Wardwell LLP.

"**DBRS**" means DBRS Limited and all of its direct and indirect affiliates.

"**DCD**" means either Old GMAC Bank's or Ally Bank's Document Custody Division.

"**DCF Method**" means the discounted cash flow method of the Income Approach.

"**Debtor Release**" means a release of claims on substantially the same or similar terms as set forth in section 3.1(d)(i) of the now-terminated AFI Settlement and Plan Sponsor Agreement.

"**Debtors**" means ResCap and its direct and indirect subsidiaries that have filed voluntary petitions commencing a case under chapter 11 of the Bankruptcy Code, and are debtors and debtors-in-possession on behalf of each such entity and its Estate in the Chapter 11 Cases, as set forth on Schedule A.

"**Deloitte**" means Deloitte & Touche LLP, AFI's auditor for the entirety of the Investigation period and ResCap's auditor beginning in 2009.

"**Delta Financial**" means Delta Financial Corporation.

"**Depositor Entities**" means, collectively, RALI, RAMP (sometimes d/b/a RAAC), RASC, RFMSI, and RFMSII.

"**DFI**" means Utah Department of Financial Institutions.

"**Disclosure Statement**" means any disclosure document relating to a Plan filed in the Chapter 11 Cases pursuant to section 1125 of the Bankruptcy Code, as the same may be amended, supplemented, or otherwise modified from time to time.

"**Document Depository**" means the central document depository established by the Examiner and approved by the Bankruptcy Court pursuant to the Examiner Rule 2004 Order.

"**DOJ**" means the Department of Justice.

"**DOJ/AG Consent Judgment**" means the settlement agreement entered into by AFI, ResCap and GMAC Mortgage with the U.S., acting through the DOJ, and with the AGs of various states, agreed to on February 8, 2012 and filed on April 4, 2012, to settle certain potential civil claims for conduct related to the servicing of mortgage loans.

"**DOJ/AG Settlement**" means the settlement memorialized by the DOJ/AG Consent Judgment, among the DOJ and various state AGs on the one hand and AFI, ResCap, and GMAC Mortgage on the other.

"**DTI**" means debt-to-income.

"**Duff & Phelps**" means Duff & Phelps, LLC.

"**Earmark Agreement**" means the agreement between ResCap and AFI, dated March 14, 2012, which dictated the terms of ResCap's use of liquidity provided by AFI pursuant to the January 30 Letter Agreement solely to fund the payments required under the DOJ/AG Consent Judgment.

"**Effective Date**" means the first Business Day on which no stay of a Confirmation Order is in effect and all conditions precedent to the effectiveness of a Plan have been satisfied or waived.

"**EPD**" means early payment default.

"**Estate**" means, as to each Debtor, the estate created for the Debtor pursuant to section 541 of the Bankruptcy Code.

"**EV**" means enterprise value.

"**EV/TA**" means enterprise value divided by total assets (net of cash).

"**Evercore**" means Evercore Partners Inc. and all of its direct and indirect affiliates.

"**Examiner**" means Arthur J. Gonzalez, Esq., as the examiner appointed by the U.S. Trustee and approved by the Court in the Examiner Approval Order to conduct the Investigation and perform such other duties as set forth in the Examiner Order and the Examiner Scope Approval Order.

"**Examiner Approval Order**" means the Order Approving Appointment of Arthur J. Gonzalez, Esq. as Examiner entered in the Chapter 11 Cases [Docket No. 674] on July 3, 2012.

"**Examiner Memorandum Opinion**" means the Memorandum Opinion and Order Granting Berkshire Hathaway's Motion to Appoint an Examiner Under 11 U.S.C. § 1104(c) entered in the Chapter 11 Cases [Docket No. 454] on June 20, 2012.

"**Examiner Motion**" means the Motion of Berkshire Hathaway Inc. for the Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) entered in the Chapter 11 Cases [Docket No. 208] on June 4, 2012.

"**Examiner Order**" means the Order Directing the Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code entered in the Chapter 11 Cases [Docket No. 536] on June 28, 2012.

"**Examiner Rule 2004 Motion**" means the Motion of the Examiner for Entry of an Order (I) Granting Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, (II) Establishing Procedures for Responding to those Subpoenas, (III) Approving Establishment of a Document Depository and Procedures to Govern Use, and (IV) Approving Protective Order filed in the Chapter 11 Cases [Docket No. 1093] on August 10, 2012.

"**Examiner Rule 2004 Order**" means the Order (I) Granting Examiner Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, (II) Establishing Procedures for Responding to those Subpoenas, (III) Approving Establishment of a Document Depository and Procedures to Govern Use, and (IV) Approving Protective Order entered in the Chapter 11 Cases [Docket No. 1223] on August 20, 2012.

"**Examiner Scope Approval Order**" means the Order Approving Scope of Investigation of Arthur J. Gonzalez, Examiner, entered in the Chapter 11 Cases [Docket No. 925] on July 27, 2012, including the Examiner's Preliminary Statement as annexed thereto as Exhibit A.

"**Examiner Work Plan**" means the Work Plan of Arthur J. Gonzalez, Examiner, filed in the Chapter 11 Cases [Docket No. 1010] on August 6, 2012.

"**Examiner Work Plan Fourth Supplement**" means the Fourth Supplement to Work Plan of Arthur J. Gonzalez, Examiner, entered in the Chapter 11 Cases [Docket No. 3361] on April 5, 2013.

"**Examiner Work Plan Second Supplement**" means the Second Supplement to Work Plan of Arthur J. Gonzalez, Examiner, filed in the Chapter 11 Cases [Docket No. 2263] on November 26, 2012.

"**Examiner Work Plan Supplement**" means the Supplement to Work Plan of Arthur J. Gonzalez, Examiner, filed in the Chapter 11 Cases [Docket No. 1240] on August 23, 2012.

"**Examiner Work Plan Third Supplement**" means the Third Supplement to Work Plan of Arthur J. Gonzalez, Examiner, entered in the Chapter 11 Cases [Docket No. 2868] on February 8, 2013.

"**Examiner's Counsel**" means Chadbourne & Parke LLP.

"**Examiner's Financial Advisors**" means Mesirow Financial Consulting, LLC.

"**Examiner's Preliminary Statement**" means the Preliminary Statement of Arthur J. Gonzalez, Examiner, Regarding the Scope and Timing of his Investigation attached as Exhibit A to the Examiner Scope Approval Order.

"**Examiner's Professionals**" means, collectively, Examiner's Counsel and Examiner's Financial Advisors.

"**Excess Servicing Rights Sales**" means, collectively, the Freddie Mac Sale and Fannie Mae Sale.

"**Exchange Act**" means the Securities Exchange Act of 1934.

"**Fair Market Value**" means the price, expressed in terms of cash equivalents, at which property would change hands between a hypothetical willing and able buyer and a hypothetical willing and able seller, acting at arm's length in an open and unrestricted market, when neither is under compulsion to buy or sell and when both have reasonable knowledge of the relevant facts.

"**Fannie Mae**" means the Federal National Mortgage Association (FNMA).

"**Fannie Mae Sale**" means the transaction whereby GMAC Mortgage, a wholly-owned subsidiary of ResCap, sold by way of auction certain securitized excess servicing rights representing a portion of the servicing fees payable under the Fannie Mae guide to Cerberus, pursuant to an Asset Purchase Agreement dated July 30, 2008.

"**FAS**" means Statement of Financial Accounting Standards.

"**FASB**" means the Financial Accounting Standards Board.

"**FCIC**" means the Financial Crisis Inquiry Commission.

"**FDIC**" means the Federal Deposit Insurance Corporation.

"**FGIC**" means Financial Guaranty Insurance Company.

"**FHA**" means the Federal Housing Administration of HUD.

"**FHA Loans**" means mortgages insured by the FHA.

"**FHFA**" means the Federal Housing Finance Agency.

"**FHLB**" means Federal Home Loan Bank.

"**FICO**" means the Fair Isaac Corporation, the creators of the FICO score.

"**First 2009 Tax Allocation Agreement**" means the Amended and Restated Agreement for the Allocation of United States Federal Income Taxes among GMAC Mortgage Group LLC, ResCap Investments LLC, and ResCap, made as of November 1, 2009, attached as Exhibit A to the Joint ResCap-AFI Memorandum to ResCap Board on 2009 Tax Allocation Agreement, and approved by the ResCap Board at a meeting held on August 6, 2010.

"**First Amendment to APA**" means the first amendment to the Asset Purchase Agreement dated July 26, 2008, related to the Resort Finance Sale.

"**First Day Affidavit**" means the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, In Support of Chapter 11 Petitions And First Day Pleadings and entered in the Chapter 11 Cases [Docket No.6] on May 14, 2012.

"**First Magnus**" means First Magnus Financial Corporation and all of its direct and indirect affiliates.

"**First Priority Collateral**" means the collateral securing the obligations under the Secured Revolver Facility.

"**First Priority Collateral Agent**" means Wells Fargo Bank, N.A., as First Priority Collateral Agent under the First Priority Security Agreement and the A&R First Priority Security Agreement.

"**First Priority Security Agreement**" means the First Priority Pledge and Security Agreement and Irrevocable Proxy (as amended, supplemented or otherwise modified prior to being amended and restated by the A&R First Priority Security Agreement) among GMAC Mortgage, RFC, ResCap, RAHI, PATI, GMAC Holding, RFC Holding, Homecomings Financial, and Equity Investment I, LLC, and certain of their affiliates party thereto from time to time, as grantors, and AFI as lender and lender agent and Wells Fargo Bank, N.A., as First Priority Collateral Agent, dated June 4, 2008.

"**Fitch**" means Fitch Ratings and all of its direct and indirect affiliates.

"**Flume No. 8 Note**" means the Flume No. 8 Initial Note or any other note issued from time to time under and in accordance with the Flume No. 8 Note Issuance Facility Deed, dated November 14, 2008 and including any notes given in substitution or replacement therefor; Flume No. 8 Notes means, collectively, all of them.

"**FMV**" means Fair Market Value.

"**FMV Schedule**" means the Schedule to the ISDA Master Agreement (FMV) between GMAC Mortgage and GMAC Bank, dated August 31, 2007.

"**FNMA EAF Agreement**" means the term sheet between Fannie Mae and GMAC Mortgage, dated August 1, 2010, amended and restated as of January 18, 2011, and further amended and restated on August 1, 2011.

"**Fortress**" means Fortress Investment Group LLC and all of its direct and indirect affiliates and subsidiaries including, but not limited to, Nationstar.

"**Forward P/E**" means MVE divided by projected earnings for the current or upcoming year.

"**Fox-Pitt**" means Fox-Pitt Kelton Cochran Caronia Waller.

"**FRB**" means the Board of Governors of the Federal Reserve System.

"**FRB/FDIC Consent Order**" means the Consent Order to Cease and Desist by and among the Federal Reserve Board and the Federal Deposit Insurance Corporation and AFI, Ally Bank, ResCap and GMAC Mortgage, as defendants, dated April 13, 2011.

"**FRB/FDIC Settlement**" means the settlement memorialized by the FRB/FDIC Consent Order and related CMP, among the FRB and the FDIC on the one hand and AFI, Ally Bank, ResCap, and GMAC Mortgage on the other (though Ally Bank was not a party to the CMP).

"**Freddie Mac**" means the Federal Home Loan Mortgage Corporation (FHLMC).

"**Freddie Mac Sale**" means the transaction whereby GMAC Mortgage, a wholly owned subsidiary of ResCap, sold by way of auction certain securitized excess servicing rights representing a portion of the servicing fees payable under the Freddie Mac guide to Cerberus, pursuant to an Asset Purchase Agreement dated July 30, 2008.

"**FTI**" means FTI Consulting, Inc. and all of its direct and indirect affiliates.

"**GAAP**" means U.S. generally accepted accounting principles.

"**Ginnie Mae**" means the Government National Mortgage Association (GNMA), a body corporate organized and existing under the laws of the U.S. within HUD.

"**GM**" means General Motors Corporation, now known as Motors Liquidation Co.

"**GM Preferred Holdco**" means GM Preferred Finance Co. Holdings Inc.

"**GMAC**" means GMAC LLC.

"**GMAC Automotive Bank**" means the Utah industrial bank, a direct wholly-owned subsidiary of AFI, which was the predecessor of Ally Bank (f/k/a GMAC Bank).

"**GMAC Bank**" means GMAC Bank, now known as Ally Bank and formerly known as GMAC Automotive Bank.

"**GMAC Canada**" means GMAC Residential Funding of Canada, Limited, a corporation governed by the laws of Canada.

"**GMAC CF**" means GMAC Commercial Finance LLC, a wholly owned subsidiary of AFI.

"**GMAC Debtors**" means the Debtors that are Subsidiaries of GMAC Holding.

"**GMAC FS**" means GMAC Financial Services, a wholly owned subsidiary of AFI.

"**GMAC Holding**" means GMAC Residential Holding Company, LLC.

"**GMAC LLC Agreement**" means the 2006 AFI LLC Agreement.

"**GMAC Management**" means GMAC Management LLC.

"**GMAC MHF**" means GMAC Model Home Finance I, LLC.

"**GMAC Mortgage**" means GMAC Mortgage, LLC (f/k/a GMAC Mortgage Corporation).

"**GMACM Borrower**" means GMACM Borrower LLC.

"**Goldin Associates**" means Goldin Associates, LLC.

"**Goldman Sachs**" means Goldman Sachs Group Inc. and all of its direct and indirect affiliates.

"**Government Entity**" means any U.S. federal, state or local, or any supranational, court, judicial or arbitral body, administrative or regulatory body, or other governmental or quasi-Government Entity with competent jurisdiction (including any political or other subdivision thereof), including the Agencies, the DOJ, the FDIC, the FRB, the IRS, the SEC, the VA, any State Agency, and any Antitrust Authority.

"**GSAP Facility**" means the financing facility under: (1) the Fourth Amended and Restated Indenture among GMAC Mortgage Servicer Advance Funding Company Ltd., an exempted company incorporated with limited liability under the laws of the Cayman Islands, as issuer, GMAC Mortgage, as an administrator and a servicer, RFC, as an administrator and a servicer, and The Bank of New York Mellon, as indenture trustee, calculation agent and paying agent, dated March 15, 2011, as amended by Amendment No. 1, dated March 13, 2012, as amended or supplemented; (2) the Series 2012-VF1 Indenture Supplement by and among GMAC Mortgage Servicer Advance Funding Company Ltd., as issuer, GMAC Mortgage, as an administrator and servicer, RFC, as an administrator and servicer, The Bank of New York Mellon, as indenture trustee, calculation agent and paying agent, and Barclays, as administrative agent, dated March 13, 2012; (3) the VFN Purchase Agreement by and among GMAC Mortgage Servicer Advance Funding Company Ltd, GMAC Mortgage, as an originator, RFC, as an originator, GMACR Mortgage Products, LLC, as a seller, RFC-GSAP Servicer Advance, LLC, as a seller, and Barclays, as administrative agent and purchaser, dated March 13, 2012, relating to the GMAC Mortgage Servicer Advance Funding Company Ltd., GMAC Mortgage Advance Receivables-Backed Notes, Series 2012-VF1 issued pursuant to the indenture and indenture supplement identified in items (1) and (2) above; and (4) the Series 2012-VF1 notes and all other notes issued pursuant to the indenture and indenture supplement identified in items (1) and (2) above.

"**GSE**" means government-sponsored enterprise, including Fannie Mae and Freddie Mac.

"**Guarantors**" means, collectively, the Junior Secured Notes Guarantors, the Secured Revolver Facility Guarantors, and the A&R Line of Credit Guarantors.

"**Guideline M&A Method**" means the guideline merged and acquired company method of the Market Approach.

"**Guideline Publicly Traded Company Method**" means the guideline publicly traded company method of the Market Approach.

"**GX II Notes**" means the note of GX CE Funding H B.V. issued pursuant to the GX II VFLN Agreement by and among ResCap, GX CE Funding II B.V., Stichting Security Trustee GX CE Funding II, GMAC-RFC Investments B.V. and GMAC RFC Nederland B.V. and including any notes given in substitution or replacement therefor; GX II Notes means, collectively, all of them.

"**Health Capital**" means the division within the BCG that provided capital solutions to the healthcare industry.

"**Health Capital Sale**" means the transaction whereby RFC and Equity Investments II, LLC, each wholly owned subsidiaries of ResCap, sold substantially all of the assets and operations comprising their healthcare finance business to GMAC CF pursuant to an Asset Purchase Agreement dated August 27, 2007.

"**HELOC**" means a Mortgage Loan that is a home equity line of credit.

"**HFI**" means held-for-investment.

"**HFI Portfolio**" means HFI consumer finance receivables and loan portfolio.

"**HFS**" means held-for-sale.

"**HFS Asset Purchase Agreement**" means the Asset Purchase Agreement among AFI, BMMZ, ResCap, RFC, GMAC Mortgage, and additional sellers identified on Schedule A thereto, dated May 13, 2012.

"**HFS Portfolio**" means ResCap's HFS portfolio of mortgage loans, which are the subject of the HFS Asset Purchase Agreement.

"**HOEPA**" means the Home Ownership and Equity Protection Act of 1994.

"**Homecomings Financial**" means Homecomings Financial, LLC.

"**Houlihan Lokey**" means Houlihan Lokey Howard & Zukin Financial Advisors, Inc.

"**HSBC**" means HSBC Holdings plc and all of its direct and indirect affiliates.

"**HUD**" means the Department of Housing and Urban Development.

"**Ibbotson Associates**" means Ibbotson Associates, Inc.

"**IB Finance**" means IB Finance Holding Company, LLC, the holding company for Ally Bank.

"**IB Finance 2006 LLC Agreement**" means the Limited Liability Company Agreement of IB Finance Holding Company, LLC, dated November 20, 2006.

"**IB Finance 2008 LLC Agreement**" means the Amended and Restated Limited Liability Company Agreement of IB Finance Holding Company, LLC, dated March 31, 2008.

"**IB Finance LLC Agreements**" means, collectively, the IB Finance 2006 LLC Agreement and the IB Finance 2008 LLC Agreement.

"**IB Finance Class A Shares**" means the voting common interests in IB Finance that track the performance of Ally Bank's automotive business.

"**IB Finance Class M Shares**" means the non-voting common interests in IB Finance that track the performance of Ally Bank's mortgage business.

"**IB Finance Preferred Interests**" means non-voting, non-cumulative, non-participating, perpetual class M preferred membership interests of IB Finance.

"**IBG**" means the international business group of ResCap.

"**IMF**" means the International Monetary Fund.

"**Implemented 2005 Tax Allocation Agreement**" means the Agreement for the Allocation of United States Federal Income Taxes by and between GMAC and ResCap, effective as of January 1, 2005.

"**Income Approach**" means the standard valuation approach to valuing a business based on the present value of the cash flows that the business can be expected to generate in the future.

"**Independent Directors**" means the independent directors of the ResCap Board from time to time.

"**IndyMac**" means IndyMac Bancorp, Inc. and all of its direct and indirect affiliates.

"**Initial Line of Credit Agreement**" means the Loan Agreement (as amended, supplemented or otherwise modified prior to being amended and restated by the A&R Line of Credit Agreement) by and among PATI and RAHI, as borrowers, RFC, GMAC Mortgage and ResCap, as guarantors, and AFI, as initial lender and lender agent, dated November 20, 2008.

"**Initial Line of Credit Borrowers**" means PATI and RAHI.

"**Initial Line of Credit Collateral**" means the collateral securing the obligations under the Initial Line of Credit Agreement.

"**Initial Line of Credit Facility**" means the credit facility evidenced by the Initial Line of Credit Agreement and all documents, instruments, or agreements executed and delivered in connection therewith.

"**Initial Line of Credit Guarantors**" means ResCap, RFC, and GMAC Mortgage.

"**Initial Line of Credit Loans**" means the revolving loans under the Initial Line of Credit.

"**Initial Line of Credit Security Agreement**" means the Pledge and Security Agreement and Irrevocable Proxy (as amended, supplemented, or otherwise modified prior to being amended and restated by the A&R Initial Line of Credit Security Agreement) among PATI, RAHI, ResCap, RFC, and GMAC Mortgage, as Grantors, and AFI, as lender agent, dated November 20, 2008.

"**Intercreditor Agreement**" means the agreement by and among Wells Fargo, N.A., as First Priority Collateral Agent for the First Priority Secured Parties under the First Priority Documents, Wells Fargo Bank, N.A., as Second Priority Collateral Agent for the Second Priority Secured Parties under the Second Priority Documents, Wells Fargo Bank, N.A., as Third Priority Collateral Agent for the Third Priority Secured Parties under the Third Priority Documents, AFI, in its capacity as agent for the Lenders under the Secured Revolver Facility, U.S. Bank National Association, as Trustee under the 2010 Indenture, U.S. Bank National Association, as Trustee under the 2015 Indenture, RFC, GMAC Mortgage, and ResCap, dated June 6, 2008.

"**Interest**" means any "Equity Security," as defined in section 101(16) of the Bankruptcy Code, of a Debtor existing immediately prior to the Effective Date.

"**Internal Revenue Code**" means the Internal Revenue Code of 1986.

"**Investigation**" means the investigation conducted by the Examiner pursuant to the Examiner Order and the Examiner Scope Approval Order.

"**IRS**" means the Internal Revenue Service.

"**January 26 Goldin Letter**" means the January 26, 2009 financial fairness opinion from Goldin Associates to the Committee of Independent Members of the ResCap Board, regarding the sale of ResCap's remaining IB Finance Class M Shares to AFI (the January 26 Goldin Letter is misdated January 26, 2008).

"**January 30 Goldin Letter**" means the January 30, 2009 supplementary financial fairness opinion from Goldin Associates to the Committee of Independent Members of the ResCap Board, regarding the sale of ResCap's remaining IB Finance Class M Shares to AFI.

"**January 30 Letter Agreement**" means the January 30, 2012 letter agreement regarding the "Terms of Support Relating to Possible DOJ/State Attorneys' General Settlement" entered into by ResCap, GMAC Mortgage, and AFI.

"**Joint Collateral**" means certain of the Debtors' assets that secure the AFI Secured Revolver Facility Claims and the Junior Secured Notes Claims, as described in the A&R First Priority Security Agreement and the A&R Third Priority Security Agreement.

"**Joint ResCap-AFI Tax Memorandum to ResCap Board**" means the memorandum from William J. Marx, James. N. Young, and Tammy Hamzehpour to the ResCap Board, dated August 6, 2010, regarding Agreements for Allocation of Taxes.

"**JPMorgan**" means JPMorgan Chase & Co. and all of its direct and indirect affiliates.

"**JPMorgan 2005 Term Loan Facility**" means the Term Loan Facility among ResCap, the several lenders from time to time parties thereto, the documentation agents named therein, Citibank, as syndication agent, and JPMorgan, as administrative agent, dated July 28, 2005.

"**JPMorgan 364-Day Facility**" means the 364-Day Competitive Advance and Revolving Credit Facility among ResCap, the several lenders from time to time party thereto, the documentation agents named therein, Citibank, as syndication agent, and JPMorgan, as administrative agent, dated June 11, 2007.

"**July 2008 Pipeline Swap Schedule**" means the Schedule to the ISDA Master Agreement between GMAC Mortgage and GMAC Bank, dated July 1, 2008.

"**June 2008 Indentures**" means, collectively, the Senior Secured Notes Indentures and the Junior Secured Notes Indenture.

"**June 2008 Model Home Sale**" means the transaction whereby ResCap and GMAC Model Home Finance I, LLC, a wholly owned subsidiary of ResCap, sold certain model home assets including model homes, option lots, and real estate owned by certain wholly owned subsidiaries of ResCap to CMH, a newly formed affiliate entity of Cerberus, pursuant to an Asset Purchase Agreement dated June 6, 2008.

"**Junior Secured Noteholders' Plan Support Agreement**" means the agreement by and among the Debtors, AFI, the Consenting Holders, and the Ad Hoc Group entered into as of May 13, 2012, which is attached as Exhibit 9 to the First Day Affidavit.

"**Junior Secured Noteholders**" means the holders of the Junior Secured Notes.

"**Junior Secured Notes**" means the 9.625% Junior Secured Guaranteed Notes due 2015 issued under the Junior Secured Notes Indenture.

"**Junior Secured Notes Claims**" means any Claim arising from or relating to the Junior Secured Notes, excluding the reasonable and documented fees and expenses, including professional fees and expenses, of U.S. Bank National Association, as indenture trustee or successor indenture trustee under the Junior Secured Notes Indenture, together with its respective successors and assigns in such capacity, incurred pursuant to the Junior Secured Notes Indenture after the Petition Date in connection with carrying out its duties as provided for under the Junior Secured Notes Indenture, service on the Creditors' Committee, and making distributions under a Plan.

"**Junior Secured Notes Indenture**" means the indenture among ResCap LLC, as issuer, GMAC Holding, RFC Holding, GMAC Mortgage, RFC, and Homecomings Financial, as guarantors, and U.S. Bank National Association, as trustee, dated June 6, 2008.

"**Kirkland & Ellis**" means Kirkland & Ellis LLP.

"**KPMG Report**" means the Ally Financial Inc. Investigation Report by KPMG LLP, dated March 16, 2012.

"**Lazard**" means Lazard Ltd and all of its direct and indirect affiliates.

"**Legacy Sale**" means the sale of the HFS Portfolio to Berkshire Hathaway.

"**Lehman**" means Lehman Brothers Holdings Inc. and all of its direct and indirect affiliates.

"**LIBOR**" means London Interbank Offered Rate.

"**Lien**" means any lien, charge, pledge, deed of trust, right of first refusal, security interest, conditional sale agreement or other title retention agreement, lease, mortgage, option, proxy, hypothecation, voting trust agreement, transfer restriction, easement, servitude, encroachment, or other encumbrance (including the filing of, or agreement to give, any financing statement under the UCC of any jurisdiction).

"**Line of Credit Facilities**" means the Initial Line of Credit Facility and the Second Line of Credit Facility.

"**LLC Conversion Dividend**" means the cash dividend declared by the Executive Committee of the ResCap Board on November 27, 2006, in an amount equal to the net increase in the equity of ResCap resulting from ResCap and certain of its domestic subsidiaries (on a consolidated basis) having all their tax-related accounts released upon converting to disregarded entities under federal income tax law in November 2006.

"**LTM**" means latest twelve months.

"**LTM P/E**" means MVE divided by LTM earnings.

"**LTV**" means loan-to-value ratios.

"**March 2005 Pipeline Schedule**" means the Schedule to the ISDA Master Agreement between GMAC Mortgage Corporation and GMAC Bank, dated October 1, 2004 and amended as of March 30, 2005.

"**March 2008 Pipeline Swap Schedule**" means the Schedule to the ISDA Master Agreement between GMAC Mortgage and GMAC Bank, dated March 14, 2008.

"**Market Approach**" means the standard valuation approach to valuing a business in which market transactions are used in completing a relative comparison between the subject

company and guideline market transactions (commonly used through identifying guideline publicly traded companies and guideline merged & acquired companies).

"**Market Value of Invested Capital**" means the combined market value of the equity and debt interest in a company, inclusive of cash.

"**Master Netting Agreement**" means the Guarantee and Master Netting Agreement among GMAC, Ally Investment Management, GMAC Mortgage, RFC, ResCap, PATI, and RAHI, dated March 18, 2009.

"**Mayer Brown**" means Mayer Brown LLP.

"**MBIA**" means MBIA, Inc. and all of its direct and indirect affiliates.

"**MBS**" means mortgage backed-securities.

"**MCAPM**" means modified capital asset pricing model.

"**Mergerstat**" means Mergerstat Review.

"**Mitchell Appeal Decision**" means *Mitchell v. Residential Funding Corp.*, 334 S.W.3d 477 (Mo. Ct. App. 2010).

"**Mitchell Defendants**" means RFC, Homecomings Financial, LLC, as defendants in *Mitchell v. Residential Funding*, No. 03CV220489 (Mo. Cir.).

"**Mitchell Plaintiffs**" means the class of consumers who obtained second mortgage loans on Missouri real property from Mortgage Capital Resource Corporation on or after July 29, 1997, including Steven and Ruth Mitchell, among others, as plaintiffs in *Mitchell v. Residential Funding*, No. 03CV220489 (Mo. Cir.).

"**Mitchell Trial Order**" means *Mitchell v. Residential Funding*, No. 03CV220489, 2008 WL 310998 (Mo. Cir. Jan. 14, 2008).

"**MMLPSA**" means a Master Mortgage Loan Purchase and Sale Agreement between Ally Bank and GMAC Mortgage governing the purchase of mortgage loans by GMAC Mortgage from Ally Bank.

"**Moody's**" means Moody's Investors Service, Inc. and all of its direct and indirect affiliates.

"**Morrison & Foerster**" means Morrison & Foerster LLP.

"**Morrison Cohen**" means Morrison Cohen LLP.

"**Mortgage Bank**" means, as used in Section V.A.2, Old GMAC Bank prior to the 2006 Bank Restructuring, and the mortgage division of Ally Bank from and after the 2006 Bank Restructuring.

"**Mortgage Loan**" means any U.S. individual residential (one-to-four family) mortgage loan or other extension of credit secured by a Lien on U.S. real property of a borrower originated, purchased, or serviced by any of the Debtors (which, for avoidance of doubt, may be a charged-off Mortgage Loan).

"**MSCI Barra**" means Barra, LLC, a wholly owned subsidiary of MSCI, Inc (MSCI, Inc. acquired Barra, Inc., a leading provider of risk management systems and services to managers of portfolio and firm-wide investment risk in 2004).

"**MSMLA**" means Missouri's Second Mortgage Loan Act, Mo. Rev. Stat. §§ 408.231–41.

"**MSR**" means mortgage servicing rights, including the rights under Servicing Contracts to: (1) receive servicing fees; (2) be reimbursed for Servicing Advances; (3) receive ancillary income (*e.g.*, late charge fees); and (4) hold and administer custodial fees and accounts.

"**MSR Swap**" means the ISDA Master Agreement between GMAC Mortgage and GMAC Bank, dated June 12, 2007, including the FMV Schedule thereto, dated August 31, 2007 and the Net Funding Schedule thereto, dated August 31, 2007.

"**MVE**" means market value of equity.

"**MVIC**" means market value of invested capital.

"**National Motors Bank FSB**" means the federal savings bank formerly known as Old GMAC Bank.

"**Nationstar**" means Nationstar Mortgage LLC and all of its direct and indirect affiliates.

"**Natixis**" means Natixis Real Estate Capital, Inc., (f/k/a IXIS Real Estate Capital, Inc.), a New York corporation.

"**NAV**" means net asset value.

"**NBV**" means net book value of equity.

"**Net Funding Schedule**" means the Schedule to the ISDA Master Agreement (Net Funding) between GMAC Mortgage and GMAC Bank, dated August 31, 2007.

"**New Century**" means New Century Financial Corporation.

"**NFY**" means next fiscal year.

"**NOL**" means net operating loss as that term is defined in section 172(c) of the Internal Revenue Code.

"**Non-RMBS Actions**" means litigations related to the Non-RMBS Claims, as listed in Appendix VIII.A–2.

"**Non-RMBS Claims**" means claims against the Debtors and the AFI Defendants related to areas of the Debtors' business other than the securitization of mortgage loans.

"**Observable Market Value Method**" means the standard valuation methodology that uses observable market prices to value equity, debt, or assets.

"**OCC**" means the Office of the Comptroller of the Currency.

"**Ocwen**" means Ocwen Financial Corporation.

"**Ocwen Platform Asset Purchase Agreement**" means the Asset Purchase Agreement between Ocwen and ResCap, RFC, GMAC Mortgage, Executive Trustee Services, LLC, ETS of Washington, Inc., EPRE LLC, GMACM Borrower, and RFC Borrower, dated November 2, 2012, attached as Exhibit 1 to the Court's Order Under Bankruptcy Code Sections 105, 363, and 365 and Fed. Bankr. P. 2002, 6004, 6006, and 9014 (I) Approving (A) Sale of Debtors' Assets Pursuant to Asset Purchase Agreement With Ocwen Loan Servicing, LLC; (B) Sale of Purchased Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Thereto; (D) Related Agreements; and (II) Granting Related Relief Platform Sale [Docket No. 2246].

"**Old GMAC Bank**" means the federal savings bank now known as National Motors Bank FSB.

"**Omnibus Agent**" means AFI, in its capacity as Omnibus Agent pursuant to the Omnibus Security Agreement.

"**Omnibus Security Agreement**" means the Omnibus Pledge and Security Agreement and Irrevocable Proxy (as amended, supplemented or otherwise modified, prior to being amended and restated by the A&R Initial Line of Credit Security Agreement) among GMAC Mortgage, RFC, ResCap, RAHI, PATI, and certain of their affiliates party thereto from time to time, as grantors and, AFI, as Omnibus Agent, Lender, Lender under the Secured MSR Facility and, together with Ally Investment Management, as secured parties, dated March 18, 2009.

"**Order**" means, with respect to any Person, any award, decision, injunction, judgment, stipulation, order, ruling, subpoena, writ, decree, consent decree, or verdict entered, issued, made, or rendered by any Government Entity affecting such Person or any of its properties.

"**Original Servicing Agreement**" means the Servicing Agreement between GMAC Bank and GMAC Mortgage, dated August 21, 2001.

"**Other 2005 Tax Allocation Agreement**" means the Agreement for the Allocation of United States Federal Income Taxes by and between GMAC and ResCap, effective as of January 24, 2005.

"**OTS**" means Office of Thrift Supervision.

"**P/E**" means MVE or price divided by earnings.

"**P/NBV**" means MVE divided by net book value of equity.

"**P/TBVE**" means MVE divided by TBVE.

"**PATI**" means Passive Asset Transactions, LLC.

"**Pentalpha**" means Pentalpha Capital Group LLC and all of its direct and indirect affiliates.

"**Person**" means a natural person, partnership, corporation, limited liability company, business trust, joint stock company, trust, unincorporated association, joint venture, Government Entity, or other entity or organization.

"**Petition Date**" means May 14, 2012.

"**Pipeline Letter Agreement**" means the Letter Agreement Re: Preservation of Sales of Mortgage Loans to ResCap and Other Matters among ResCap, GMAC Mortgage, AFI, and GMAC Mortgage Group, LLC, dated December 5, 2011.

"**Pipeline Swap**" means the ISDA Master Agreement between GMAC Mortgage and GMAC Bank, dated October 1, 2004, including the Schedule thereto, dated October 1, 2004.

"**Plan**" means any chapter 11 plan of Residential Capital, LLC, et al., including all addenda, exhibits, schedules, and other attachments, as may be amended, modified, or supplemented from time to time.

"**Plan Support Agreements**" means, collectively, the AFI Settlement and Plan Sponsor Agreement, the Junior Secured Noteholders' Plan Support Agreement, and the RMBS Plan Support Agreements.

"**Plan Term Sheet**" means the chapter 11 plan term sheet, dated May 14, 2012, which is Exhibit 4 to the AFI Settlement and Plan Sponsor Agreement.

"**Platform Asset Purchase Agreement**" means the Amended and Restated Asset Purchase Agreement between Nationstar and ResCap, RFC, GMAC Mortgage, Executive Trustee Services, LLC, ETS of Washington, Inc., EPRE LLC, GMACM Borrower, and RFC Borrower, dated June 28, 2012.

"**Platform Sale**" means the sale of the Debtors' Mortgage Loan origination and servicing businesses to Ocwen and Walter Investment Management Corp. as authorized pursuant to: (1) the Court's Order Under Bankruptcy Code Sections 105, 363, and 365 and Fed. Bankr. P. 2002, 6004, 6006, and 9014 (I) Approving (A) Sale of Debtors' Assets Pursuant to Asset Purchase Agreement With Ocwen Loan Servicing, LLC; (B) Sale of Purchased Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Thereto; (D) Related Agreements; and (II) Granting Related Relief [Docket No. 2246].

"**PLS**" means private label mortgage-backed securities.

"**PMI**" means personal mortgage insurance.

"**Postpetition Asset Sales**" means the Platform Sale and the Legacy Sale.

"**Prepetition Asset Sales**" means, collectively, Freddie Mac Sale, Fannie Mae Sale, Health Capital Sale, June 2008 Model Home Sale, Resort Finance Sale, ResMor Sale, September 2008 Model Home Sale, and US/UK Broker-Dealer Sale.

"**Protective Order**" means Uniform Protective Order for Examiner Discovery approved by the Bankruptcy Court pursuant to the Examiner Rule 2004 Order.

"**Purchase and Assumption Agreement**" means the Purchase and Assumption Agreement by and between Old GMAC Bank and GMAC Automotive Bank dated November 20, 2006.

"**PwC**" means PricewaterhouseCoopers LLP.

"**RAAC**" means Residential Asset Acquisition Corp., a name under which RAMP sometimes did business.

"**RAHI**" means RFC Asset Holdings II, LLC.

"**RALI**" means Residential Accredit Loans, Inc., an RFC Holding subsidiary and one of the Depositor Entities.

"**RAMP**" means Residential Asset Mortgage Products, Inc., an RFC Holding subsidiary and one of the Depositor Entities (for certain securitizations, RAMP sometimes did business as RAAC).

"**RASC**" means Residential Asset Securities Corp., an RFC Holding subsidiary and one of the Depositor Entities.

"**Rating Agencies**" means, collectively, DBRS, Fitch, Moody's, and S&P.

"**RCG**" means Residential Capital Group, an operating segment of ResCap housed under RFG, responsible for activities relating to origination, acquisition, warehouse lending, servicing, investment banking, capital markets, portfolio, and asset management.

"**Reorganized Debtors**" means the Debtors, or any successors thereto by merger, consolidation, or otherwise, on and after the Effective Date.

"**Report**" means the report filed by the Examiner pursuant to the Examiner Order and the Examiner Scope Approval Order, including exhibits therein and appendices thereto.

"**ResCap**" means ResCap LLC and, as the context may require, all of its direct and indirect subsidiaries.

"**ResCap Board**" means the board of directors of ResCap as constituted from time to time.

"**ResCap By-Laws**" means the By-Laws of Residential Capital Corporation, dated August 20, 2004.

"**ResCap Guideline Companies**" means Countrywide, IndyMac, and WaMu.

"**ResCap LLC**" means Residential Capital, LLC, formerly known as Residential Capital Corporation.

"**ResCap LLC Agreement**" means the limited liability agreement of ResCap in effect from time to time.

"**ResCap Preferred Interests**" means the non-participating, perpetual preferred membership interests of ResCap, with a liquidation preference of $1,000 per unit; the ResCap Preferred Interests were exchangeable, at AFI's option, on a unit-for-unit basis for IB Finance Preferred Interests at any time on or after January 1, 2009, as long as neither ResCap nor any of its significant subsidiaries was the subject of a bankruptcy proceeding on or before that date.

"**ResMor**" means ResMor Capital Corporation.

"**ResMor Facility Borrower**" means GMAC Canada.

"**ResMor Loan**" means the term loan made under the ResMor Loan Agreement.

"**ResMor Loan Agreement**" means the Loan Agreement between GMAC Canada, as borrower, and AFI, as lender, dated November 20, 2008.

"**ResMor Loan Facility**" means the credit facility evidenced by the ResMor Loan Agreement and all documents, instruments, or agreements executed and delivered in connection therewith.

"**ResMor Sale**" means the transaction whereby GMAC Canada, an indirect subsidiary of ResCap, sold all of the outstanding the shares of 1020491 Alberta Ltd and all of the shares of ResMor Capital Corporation that GMAC Canada owned to AFI pursuant to a Share Purchase Agreement dated November 20, 2008.

"**Resort Facility Borrower**" means RFC.

"**Resort Facility Collateral**" means the collateral securing the obligations under the Resort Finance Agreement.

"**Resort Facility Loans**" means the revolving loans made under the Resort Finance Agreement.

"**Resort Finance**" means the division within the BCG that provided capital solutions to the resort finance industry, including RFC Resort Funding, LLC.

"**Resort Finance Agreement**" means the Credit Agreement among RFC, as borrower, and AFI, as lender and agent, dated February 21, 2008.

"**Resort Finance Facility**" means the credit facility evidenced by the Resort Finance Agreement and all documents, instruments, or agreements executed and delivered in connection therewith.

"**Resort Finance Sale**" means the transaction whereby RFC and GMAC Canada, each indirect wholly owned subsidiaries of ResCap, sold 100% of ResCap's resort finance business, including RFC Resort Funding, LLC, a wholly owned subsidiary of RFC, to GMAC CF pursuant to an Asset Purchase Agreement dated July 2, 2008.

"**Restricted Stock Units**" means any compensation provided to employees, management, and/or directors of ResCap in connection with the Ally Financial Inc. Long-Term Equity Compensation Plan, the Residential Capital, LLC Annual Plan, the ResCap Reward and Recognition Program and Sign-on Bonus Program, or any discretionary variable pay plans involving ResCap (RSUs).

"**REV**" means reasonably equivalent value.

"**RFC**" means Residential Funding Company, LLC.

"**RFC Borrower**" means RFC Borrower LLC.

"**RFC Holding**" means GMAC-RFC Holding Company, LLC.

"**RFCIL**" means RFSC Investments Limited.

"**RFG**" means Residential Funding Group, the operating segment name used for RFC and GMAC Mortgage, in connection with their origination and securitization operations.

"**RFMSI**" means Residential Funding Mortgage Securities I, Inc., an RFC Holding subsidiary and one of the Depositor Entities.

"**RFMSII**" means Residential Funding Mortgage Securities II, Inc., an RFC Holding subsidiary and one of the Depositor Entities.

"**RFS**" means Residential Funding Securities, LLC, now known as Ally Securities, LLC.

"**RFSCIL**" means RFSC International Limited.

"**RMBS**" means residential mortgage-backed securities.

"**RMBS Actions**" means litigations related to the RMBS Claims, as listed in Appendix VIII.A−1.

"**RMBS Claims**" means claims against the Debtors and the AFI Defendants on account of RMBS.

"**RMBS Institutional Investors**" means the Steering Committee Group together with the Talcott Franklin Group.

"**RMBS Insurer Actions**" means the RMBS Actions pending against the Debtors and/or the AFI Released Parties that were brought by financial guaranty (i.e., monoline) insurance companies that insured various of the Debtors' RMBS offerings.

"**RMBS Investor Actions**" means the RMBS Actions pending against the Debtors and/or the AFI Released Parties that were brought by purchasers of RMBS.

"**RMBS Offering Documents**" means documents prepared in connection with the Debtors' PLS securities offerings, including but not limited to, shelf registrations, prospectuses, and prospectuses supplements.

"**RMBS Plan Support Agreements**" means the Plan Support Agreement by and between the Debtors, AFI, and the Steering Committee Group, entered into as of May 13, 2012, together with the Plan Support Agreement by and between the Debtors, AFI, and the Talcott Franklin Group, entered into as of May 13, 2012.

"**RMBS Trust Settlement Agreements**" means the RMBS Trust Settlement Agreement by and between the Debtors and the Steering Committee Group, entered into as of May 13, 2012, together with the RMBS Trust Settlement Agreement by and between the Debtors and the Talcott Franklin Group, entered into as of May 13, 2012.

"**ROE**" means return on equity.

"**Rule 2004**" means Rule 2004 of the Bankruptcy Rules.

"**S&P**" means Standard & Poor's and all of its direct and indirect affiliates.

"**Sandler O'Neill**" means Sandler O'Neill + Partners, L.P. and all of its direct and indirect affiliates.

"**Sarbanes-Oxley**" means the Sarbanes-Oxley Act of 2002.

"**SEC**" means the Securities and Exchange Commission.

"**Second 2009 Tax Allocation Agreement**" means the Amended and Restated Agreement for the Allocation of United States Federal Income Taxes among GMAC Mortgage Group LLC, ResCap Investments LLC, and ResCap, made as of November 1, 2009.

"**Second Line of Credit Agreement**" means the Loan Agreement (as amended, supplemented or otherwise modified prior to being amended and restated by the A&R Line of Credit Agreement) by and among PATI and RAHI, as borrowers, RFC, GMAC Mortgage and ResCap, as guarantors, and AFI, as initial lender and lender agent, dated June 1, 2009.

"**Second Line of Credit Borrowers**" means PATI and RAHI.

"**Second Line of Credit Collateral**" means the collateral securing the obligations under the Second Line of Credit Agreement.

"**Second Line of Credit Facility**" means the credit facility evidenced by the Second Line of Credit Agreement and all documents, instruments, or agreements executed and delivered in connection therewith.

"**Second Line of Credit Guarantors**" means ResCap, RFC, and GMAC Mortgage.

"**Second Line of Credit Loans**" means revolving loans made under the Second Line of Credit.

"**Second Line of Credit Security Agreement**" means the Pledge and Security Agreement and Irrevocable Proxy (as amended, supplemented or otherwise modified prior to being amended and restated by the A&R Second Line of Credit Security Agreement) among PATI and RAHI, ResCap, RFC and GMAC Mortgage, as Grantors, and AFI, as secured party, dated June 1, 2009.

"**Second Priority Collateral Agent**" means Wells Fargo Bank, N.A., as Second Priority Collateral Agent under the Second Priority Security Agreement.

"**Second Priority Security Agreement**" means the Second Priority Pledge and Security Agreement and Irrevocable Proxy (as amended, supplemented or otherwise modified prior to being amended and restated by the A&R Second Priority Security Agreement) among GMAC Mortgage, RFC, ResCap, RAHI, PATI, GMAC Holding, RFC Holding, Homecomings Financial, and Equity Investment I, LLC, and certain of their affiliates party thereto from time to time, as grantors, and AFI as lender and lender agent and Wells Fargo Bank, N.A., as Second Priority Collateral Agent, dated June 6, 2008.

"**Secured MSR Facility**" means the credit facility evidenced by the Secured MSR Loan Agreement and all documents, instruments, or agreements executed and delivered in connection therewith.

"**Secured MSR Facility Borrowers**" means RFC and GMAC Mortgage.

"**Secured MSR Facility Collateral**" means the collateral securing the obligations under the Secured MSR Facility.

"**Secured MSR Facility Loans**" means revolving loans made under the Secured MSR Facility.

"**Secured MSR Loan Agreement**" means the Loan and Security Agreement by and between RFC and GMAC Mortgage, as borrowers, ResCap, as Guarantor, and AFI, as lender, dated April 18, 2008.

"**Secured Revolver Facility**" means, collectively: (1) the Secured Revolver Loan Agreement; and (2) the A&R Secured Revolver Loan Agreement, and includes all documents, instruments, or agreements executed and delivered in connection with each such loan agreement.

"**Secured Revolver Facility Borrowers**" means RFC and GMAC Mortgage.

"**Secured Revolver Facility Guarantors**" means ResCap, GMAC Holding, RFC Holding, Equity Investment I, LLC, and Homecomings Financial and certain other affiliated entities.

"**Secured Revolver Facility Loans**" means the Secured Revolver Facility Term Loan and the Secured Revolver Facility Revolver Loans made under the Secured Revolver Facility.

"**Secured Revolver Facility Revolver Loans**" means revolving loans made under the Secured Revolver Facility.

"**Secured Revolver Facility Term Loan**" means the term loan made under the Secured Revolver Facility.

"**Secured Revolver Loan Agreement**" means the Loan Agreement (as amended, supplemented or otherwise modified prior to being amended and restated by the A&R Secured Revolver Loan Agreement) among RFC and GMAC Mortgage, as borrowers, ResCap, GMAC Holding, RFC Holding, Equity Investment I, LLC, and Homecomings Financial and certain other affiliated entities party thereto from time to time, as guarantors, and AFI, as initial lender and lender agent, dated June 4, 2008.

"**Securities Act**" means the Securities Act of 1933.

"**Senior Secured Notes**" means the ResCap 8.5% Senior Secured Guaranteed Notes that were due May 15, 2010.

"**Senior Secured Notes Indenture**" means the indenture among ResCap, the guarantors party thereto, and U.S. Bank National Association, as trustee, dated June 6, 2008.

"**September 2008 Model Home Sale**" means the transaction whereby ResCap, DOA Holding Properties, LLC, and DOA Properties IIIB (KB Models), LLC, each a wholly owned subsidiary of ResCap, sold by way of auction certain model home assets to MHPool Holdings, LLC, an affiliate of Cerberus, pursuant to an Asset Purchase Agreement dated September 30, 2008.

"**Servicing Advance Factoring Agreement**" means the Servicer Advance Factoring Agreement among RFC and GMAC Mortgage, as sellers, and GMAC CF, as purchaser, dated June 17, 2008.

"**Servicing Advance Factoring Facility**" means the factoring facility evidenced by the Servicing Advance Factoring Agreement and all documents, instruments, or agreements executed and delivered in connection therewith.

"**Servicing Advance Factoring Sellers**" means RFC and GMAC Mortgage.

"**Servicing Advances**" means advances contractually obligated to be made by a servicer under a Servicing Contract, including advances: (1) for delinquent interest and/or principal; (2) for real estate taxes or flood or primary mortgage insurance premiums; and (3) in connection with collateral protection, maintenance, and foreclosures.

"**Servicing Agreement Modification Terms**" means the terms to be incorporated into any amendment to the Original Servicing Agreement as set forth in Exhibit C to the January 30, 2012 letter agreement entered into by ResCap, GMAC Mortgage, and AFI.

"**Servicing Contract**" means any agreement, whether entitled "servicing agreement," "pooling and servicing agreement," or "sale and servicing agreement," pursuant to which the servicer is obligated to perform collection, enforcement, or foreclosure services with respect to, or to maintain and remit any funds collected from, persons obligated on specified pools of loans.

"**Share Contribution Agreement**" means the Share Contribution Agreement by and between Old GMAC and IB Finance, dated November 20, 2006.

"**Shared Services Agreement**" means the Shared Services Agreement by and between AFI and the Debtors and attached as Exhibit A to the Shared Services Approval Order.

"**Shared Services Approval Order**" means the Final Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing Residential Capital, LLC to Enter Into A Shared Services Agreement with Ally Financial Inc. Nunc Pro Tunc to the Petition Date for the Continued Receipt and Provisions of Shared Services Necessary for the Operation of the Debtors' Business entered in the Chapter 11 Cases [Docket No. 387] on June 15, 2012.

"**Skadden**" means Skadden, Arps, Slate, Meagher & Flom LLP.

"**SPE**" means special purpose entity.

"**Special Review Committee**" means the special committee of the ResCap Board, established as of December 5, 2011, comprised of Jonathan Ilany and John Mack.

"**State Agency**" means any state agency or regulatory authority with authority to regulate the activities of any of the Debtors relating to the origination or servicing of Mortgage Loans, determine the servicing requirements with regard to Mortgage Loan origination, purchasing, servicing, master servicing, or certificate administration performed by any of the Debtors, or to otherwise participate in mortgage lending.

"**Steering Committee Group**" means those holders, and authorized managers for such holders, of certain notes, bonds, and/or certificates backed by mortgage loans held by certain securitization trusts, represented by Kathy Patrick of Gibbs & Bruns LLP.

"**Sterne Agee**" means Sterne, Agee & Leach, Inc.

"**STM**" means significant transaction memo.

"**Submission Paper**" means any submission by a Third-Party Claimant in response to the Examiner's letter of September 21, 2012.

"**Submitting Parties**" means those parties who prepared Submission Papers for the Examiner on the topic of Third Party Claims.

"**Subsidiary**" means, as to any person or entity, any corporation, partnership, association, trust, or other form of legal entity of which: (1) more than 50% of the outstanding voting securities are directly or indirectly owned by such person or entity; or (2) such person or entity or any subsidiary of such person or entity is a general partner (excluding partnerships in which such person or entity or any subsidiary of such person or entity does not have a majority of the voting interests in such partnership).

"**Sullivan & Cromwell**" means Sullivan & Cromwell LLP.

"**Talcott Franklin Group**" means those holders, and authorized managers for such holders, of certain notes, bonds, and/or certificates backed by mortgage loans held by certain securitization trusts, represented by Talcott Franklin of Talcott Franklin, P.C.

"**TARP**" means the Troubled Asset Relief Program.

"**TBVE**" means tangible book value of equity.

"**Third-Party Claimant**" means any party holding Third-Party Claims.

"**Third-Party Claims**" means the causes of action, whether known or unknown, whether for tort, fraud, contract, violations of federal or state securities laws, veil piercing, or alter-ego theories of liability, or otherwise, arising from or related in any way to the Debtors, including those in any way related to residential mortgage backed securities issued and/or sold by Debtors and/or the Chapter 11 Cases, held by the holders of Claims and Interests against AFI, and each of theirs and the Debtors' respective members, officers, directors, agents, financial advisors, attorneys, employees, partners, affiliates, and representatives, which causes of action include, but are not limited to, the RMBS Actions and the Non-RMBS Actions.

"**Third-Party Release**" means a release of Third-Party Claims on substantially the same or similar terms as set forth in section 3.1(d)(ii) of the now-terminated AFI Settlement and Plan Sponsor Agreement.

"**Third Priority Collateral Agent**" means Wells Fargo Bank, N.A., as Third Priority Collateral Agent under the Third Priority Security Agreement and the A&R Third Priority Security Agreement.

"**Third Priority Security Agreement**" means the Third Priority Pledge and Security Agreement and Irrevocable Proxy (as amended, supplemented or otherwise modified prior to being amended and restated by the A&R Third Priority Security Agreement) among GMAC Mortgage, RFC, ResCap, RAHI, PATI, GMAC Holding, RFC Holding, Homecomings Financial, and Equity Investment I, LLC, and certain of their affiliates party thereto from time to time, as grantors, and AFI as lender and lender agent, and Wells Fargo Bank, N.A., as Third Priority Collateral Agent, dated June 6, 2008.

"**TNW**" means tangible net worth.

"**Treasury Regulations**" means all the regulations promulgated by the U.S. Treasury under the Internal Revenue Code.

"**Triaxx**" means, collectively, Triaxx Prime CDO 2006-1, LLC, Triaxx Prime 2006-2, LLC, and Triaxx Prime CDO 2007-1, LLC.

"**Trust R&W Claims**" means alleged and potential representation and warranty claims held by up to 392 securitization trusts in connection with approximately 1.6 million mortgage loans and approximately $221 billion in original issue balance of associated RMBS, comprising all such securities issued by the Debtors' affiliates from 2004 to 2007.

"**U.S.**" means the United States of America.

"**U.S. Treasury**" means the U.S. Department of the Treasury.

"**U.S. Trustee**" means the Office of the U.S. Trustee.

"**UBS**" means UBS Investment Bank and all of its direct and indirect affiliates.

"**UCC**" means the Uniform Commercial Code.

"**UFCA**" means the Uniform Fraudulent Conveyance Act (1918).

"**UFTA**" means the Uniform Fraudulent Transfer Act (1984).

"**Unsecured Noteholder Causes of Action**" means the claims against the AFI Defendants identified in the Submission Papers of Wilmington Trust, N.A., solely in its capacity as indenture trustee for various series of Unsecured Notes.

"**Unsecured Noteholders**" means the holders of the Unsecured Notes.

"**Unsecured Notes**" means the various series of senior unsecured notes issued by ResCap LLC under that certain indenture dated June 24, 2005, including $1,250,000,000 6.5% notes due 2012, $1,750,000,000 6.5% notes due 2013, $750,000,000 6.875% notes due 2015, €750,000,000 5.125% notes due 2012, £400,000,000 6.375% notes due 2013, and £400,000,000 7.875% notes due 2014, with a total aggregate outstanding principal amount of approximately $1 billion (based on the foreign exchange rates as of the Petition Date).

"**US/UK Broker-Dealer Sale**" means the transaction whereby RFC, a wholly owned subsidiary of ResCap, sold all of its interests in RFS (a SEC-registered broker-dealer, now known as Ally Securities LLC) and RFC Investments Limited (the parent of RFSCIL, a broker-dealer registered with the Financial Services Authority in the United Kingdom) to GMAC (now known as Ally Financial Inc.), pursuant to a Membership Interest and Share Purchase Agreement dated March 31, 2009.

"**VA**" means the Department of Veteran Affairs.

"**VA Loans**" means the Mortgage Loans guaranteed by the VA.

"**Walker Report**" means the report to the ResCap Board, which was signed by David C. Walker and entitled "D.C.W. No. 3," dated November 20, 2006 (the report analyzes and ultimately recommends the 2006 Bank Restructuring).

"**WaMu**" means Washington Mutual, Inc. and all of its direct and indirect affiliates.

"**Wilmington Trust**" means Wilmington Trust, National Association, solely in its capacity as indenture trustee for various series of the Unsecured Notes.

    1.2    <u>Rules of Interpretation</u>.  For purposes of the Report, unless otherwise specified, the following rules of interpretation apply:

        a.    The singular includes the plural and the plural includes the singular.

        b.    The masculine includes the feminine and the feminine includes the masculine.

        c.    Any reference to a statute, code, ordinance or other law includes all amendments and modifications thereto, and all regulations, rulings, and other legal requirements promulgated thereunder.

        d.    Any reference to a governmental agency or entity includes references to any successor thereto and to any direct or indirect affiliates.

        e.    The word "including" (in its various forms) means without limitation.

        f.    A reference to a document, instrument or agreement includes all exhibits, schedules, and other attachments thereto and any amendment, supplement, or modification thereof.

        g.    Titles appearing at the beginning of any articles, sections, subsections, other subdivisions, exhibits, or appendices are for convenience only and are disregarded in construing the language hereof.

        h.    All references to "$" and "dollars" refer to U.S. currency unless otherwise specifically provided.

## SCHEDULE A
## DEBTORS

ditech, LLC
DOA Holding Properties, LLC
DOA Properties IX (Lots-Other), LLC
EPRE LLC
Equity Investment I, LLC
ETS of Virginia, Inc.
ETS of Washington, Inc.
Executive Trustee Services, LLC
GMAC Model Home Finance I, LLC
GMAC Mortgage, LLC
GMAC Mortgage USA Corporation
GMAC Residential Holding Company, LLC
GMAC RH Settlement Services, LLC
GMACM Borrower LLC
GMACM REO LLC
GMACR Mortgage Products, LLC
GMAC-RFC Holding Company, LLC
HFN REO Sub II, LLC
Home Connects Lending Services, LLC
Homecomings Financial, LLC
Homecomings Financial Real Estate Holdings, LLC
Ladue Associates, Inc.
Passive Asset Transactions, LLC
PATI A, LLC
PATI B, LLC
PATI Real Estate Holdings, LLC
RAHI A, LLC
RAHI B, LLC
RAHI Real Estate Holdings, LLC
RCSFJV2004, LLC
Residential Accredit Loans, Inc.
Residential Asset Mortgage Products, Inc.
Residential Asset Securities Corporation
Residential Capital, LLC
Residential Consumer Services, LLC
Residential Consumer Services of Alabama, LLC
Residential Consumer Services of Ohio, LLC
Residential Consumer Services of Texas, LLC
Residential Funding Company, LLC
Residential Funding Mortgage Exchange, LLC
Residential Funding Mortgage Securities I, Inc.
Residential Funding Mortgage Securities II, Inc.
Residential Funding Real Estate Holdings, LLC
Residential Mortgage Real Estate Holdings, LLC

RFC Asset Holdings II, LLC
RFC Asset Management, LLC
RFC Borrower LLC
RFC Construction Funding, LLC
RFC REO LLC
RFC SFJV-2002, LLC
RFC-GSAP Servicer Advance, LLC

# ResCap
## Timeline of Selected Events
## 2005 – 2012



■ ResCap Event
● AFI Event
♦ Industry Event



Appendix III, Page 2 of 11

**Appendix III**, Page 3 of 11

# ResCap Timeline of Selected Events



Legend:
- ■ ResCap Event
- ● AFI Event
- ◆ Industry Event

**2006**

Timeline columns: Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec

**Feb 2006** — ResCap issues $1.75 billion of unsecured debt and makes $500 million payment on AFI sub note

**Mar 2006** — ResCap's auditor notifies ResCap that it will not sign off on 2005 audit report because of concerns regarding ResCap's statement of cash flows

**Mar 29, 2006** — ResCap Board discusses LLC conversion to allow for sale of 20%+ interest in ResCap to third party while still allowing tax benefits to flow to GM as parent; Jacob and Melzer raise concerns

**◆ Apr 3, 2006** — GM announces its intention to sell 51% stake in AFI to investor group led by Cerberus in sale expected to close in Q4 2006

**Apr 19, 2006** — ResCap issues $3.5 billion unsecured debt to repay balance of AFI sub note

**Apr 20, 2006** — Marple expresses concerns regarding that ResCap's loss of controlling interest in GMAC Bank pursuant to Bank Restructuring will run afoul of Operating Agreement and that Independent Directors would "likely veto" transaction

**Apr 24, 2006** — Applegate expresses concerns regarding implications of ResCap losing controlling interest in GMAC Bank pursuant to Bank Restructuring and proposes alternate structure where ResCap would maintain controlling interest in Ally Bank

**◆ May 2006** — Ameriquest announces layoffs and closes retail branches

**May 4, 2006** — Jacob and Melzer receive proposal regarding Bank Restructuring; neither Marple or Applegate's concerns nor alternate structure are included

**◆ May 5, 2006** — Merit Financial files Chapter 11

**◆ Summer 2006** — Housing bubble peaks; interest rates continue to increase; subprime market begins to see significant rise in defaults

**◆ Aug 2006** — U.S. Home Construction Index drops over 35% compared to prior year

**Sep 12, 2006** — ResCap advises Cerberus that "RFG's August [2006] results were poor and deviated significantly from forecast"

**Sep 15, 2006** — ResCap Board appoints Giertz as CFO (effective Oct 1, 2006), replacing Olson

**Oct 24, 2006** — ResCap converts to LLC; ResCap and GMAC Mortgage execute 2006 ResCap LLC Agreement

**Oct 31, 2006** — GMAC Mortgage and Ally Bank enter into Amended Operating Agreement eliminating first lien loan level representation and warranty (R & W) provisions

**■ Nov 15, 2006** — FDIC approves application for transfer of assets and liabilities from Old GMAC Bank (FSB) to GMAC Automotive Bank

**Nov 20, 2006** — ResCap Board approves proposed Bank Restructuring and waiver of certain provisions of 2005 Operating Agreement

**Nov 20, 2006** — ResCap transfers assets of Old GMAC Bank plus $360 million of additional capital in exchange for non-voting IB Finance Class M shares. AFI contributes GMAC Automotive Bank in exchange for voting IB Finance Class A shares

**Nov 27, 2006** — ResCap Exec Committee approves $575 million LLC Conversion Dividend to AFI

**Nov 27, 2006** — ResCap, AFI, and GM enter into 2006 Amended Operating Agreement

**Nov 27 – 30, 2006** — Fitch and S&P upgrade ResCap ratings to BBB with negative outlook (lower medium grade)

**Nov 28, 2006** — ResCap pays $575 million LLC Conversion Dividend to AFI

**● Nov 30, 2006** — GM sells 51% of AFI to Cerberus led group (FIM Holdings LLC) for $7,353 billion

**● Nov 30, 2006** — GM receives $2.7 billion dividend from conversion of AFI and subsidiaries to LLCs

**■ Dec 12, 2006** — ResCap Board holds its first regular meeting following closing of Cerberus transaction

**◆ Dec 28, 2006** — Ownit Mortgage Solutions files Chapter 11

**◆ 4Q 2006** — ResCap incurs quarterly operating loss of ($651 million), first in its history

**◆ 2006** — Foreclosure filings scar as delinquencies rise from 10% to 15% on subprime loans

**● 2006** — ResCap earns net income for year of $705 million

Appendix III, Page 3 of 11

## Appendix III, Page 4 of 11





Appendix III, Page 5 of 11



Appendix III, Page 6 of 11

## ResCap Timeline of Selected Events

Appendix III, Page 7 of 11

- ■ ResCap Event
- ● AFI Event
- ◆ Industry Event



**2009**

**Jan**

- ◆ **Jan 16, 2009**
  U.S. Treasury announces $20 billion investment in BofA and $25 billion investment through Capital Purchase Program (part of TARP)

- ■ **Jan 30, 2009**
  AFI exercises its option to convert its ResCap Preferred Interests to IB Finance Preferred Interests and purchases ResCap's remaining IB Finance Class M Shares

**Feb**

- ◆ **Feb 17, 2009**
  President Obama signs $787 billion stimulus package

- ◆ **Feb 18, 2009**
  U.S. Treasury announces increase in funding commitment to Fannie Mae and Freddie Mac from $100 billion to $200 billion

- ◆ **Feb 26, 2009**
  Fannie Mae requests $15.2 billion from U.S. Treasury due to Q4 2008 losses

- ● **Feb 26, 2009**
  AFI reiterates its Jan 8, 2009 qualified statement of support in its 2008 annual report

- ■ **Feb 26, 2009**
  ResCap discloses in its Form 10-K that "there is substantial doubt about the Company's ability to continue as a 'going concern'"

**Mar**

- ◆ **Mar 2, 2009**
  U.S. Treasury states it may need to invest another $30 billion in AIG

- ◆ **Mar 11, 2009**
  Freddie Mac requests additional $30.8 billion from U.S. Treasury

- ◆ **Mar 18, 2009**
  FRB announces decision to buy $1.2 trillion of government bonds and mortgage-related securities, including $200 billion of Fannie Mae and Freddie Mac debt

- ● **1Q 2009**
  AFI initiates "Project Windmill," which analyzes AFI's exposure in event of ResCap bankruptcy filing

**Apr**

- ■ **Apr 6, 2009**
  GMAC Mortgage and Ally Bank amend Pipeline Swap (eliminating HFI loans)

- ■ **Apr 30, 2009**
  Marano informs ResCap Board that Hitler-Garvey is joining AFI as Chief Risk Executive, but that she will continue on ResCap Board

- ◆ **Apr 30, 2009**
  Chrysler files Chapter 11

**May**

- ■ **May 1, 2009**
  ResCap closes U.S./U.K. Broker-Dealer Sale to AFI for $110 million

- ◆ **May 8, 2009**
  Fannie Mae requests additional $19 billion from U.S. Treasury

- ◆ **May 12, 2009**
  Freddie Mac requests additional $6.1 billion from U.S. Treasury

- ● **May 15, 2009**
  AFI receives $7.5 billion in TARP funds from U.S. Treasury

**Jun**

- ■ **Jun 2009**
  ResCap Board begins daily meetings to discuss liquidity concerns; meetings continue through November 2009

- ● **Jun 1, 2009**
  PATI and RAH enter into $370 million AFI revolving credit facility guaranteed by RFC, GMAC Mortgage, and ResCap

- ◆ **Jun 1, 2009**
  GM files Chapter 11

- ■ **Jun 2009**
  Marano discusses request by AFI Board for business plan projection of core ResCap business separate from legacy business

- ● **Jun 10, 2009**
  Moody's upgrades AFI to Ca with stable outlook (default imminent)

**Jan 1, 2009**
ResMor sale to AFI closes for $67 million

**Jan 5, 2009**
Flees resigns as ResCap CAO and Controller, replaced by Dondzila

**● Jan 8, 2009**
In statement filed with SEC, ResCap indicates AFI will provide support to ResCap as long as it is in best interests of AFI stakeholders

**● Feb 3, 2009**
AFI tells investors that despite challenges, ResCap is meeting all of its covenants in fourth quarter due largely to continued support from AFI

**● Feb 6, 2009**
AFI reports that ResCap has no direct access to TARP funds, but has support of AFI; AFI likely to continue supporting ResCap as long as it benefits AFI stakeholders

**■ Mar 2009**
Cerberus executives Kravit and Weintraub resign from ResCap Board; Marano nominates Renzi to ResCap Board; AFI's de Molina resigns from ResCap Board, subsequently joins AFI Board and becomes AFI CEO

**● Mar 2009**
AFI makes capital contribution to ResCap of $263.1 million in bonds

**■ May 8, 2009**
ResCap confirms West as Independent Director

**● Apr 2009**
AFI makes capital contribution to ResCap of $34.7 million in bonds

**■ Apr 2009**
CEO Marano becomes ResCap employee

**● May 2009**
AFI makes capital contribution to ResCap of $112.6 million in bonds

**■ Jun – Jul 2009**
ResCap and FTI resume planning for anticipated Chapter 11 filing

**● Jun 2009**
AFI makes capital contribution to ResCap of $750.8 million in bonds

**■ Jun 10, 2009**
Lazard gives presentation to ResCap Board on "free-fall" Chapter 11 filing by ResCap and potential ramifications for AFI and Ally Bank

**● Jun 10, 2009**
AFI Board discusses MSR hedge, support for ResCap, and consequences of hypothetical ResCap free-fall Chapter 11 filing for AFI and Ally Bank

**● Jun 12, 2009**
AFI increases ResCap Secured MSR Facility commitment to $400 million

**● Jun 15, 2009**
Young presents AFI Board with pro forma analysis of two scenarios: (1) ResCap bankruptcy plus AFI partial absorption of ResCap, and (2) AFI full absorption of ResCap

**■ Jun 16, 2009**
ResCap Board meets with Morrison & Foerster to discuss potential Chapter 11 filing

**■ Jun 23, 2009**
Hitler-Garvey leaves ResCap Board

**● 2Q 2009**
S&P upgrades AFI ratings to CCC (extremely speculative), while Fitch downgrades AFI to RD (restricted default)

Daily liquidity meetings by ResCap Board

Appendix III, Page 7 of 11

**Appendix III**, Page 8 of 11

# ResCap Timeline of Selected Events



- ■ ResCap Event
- ● AFI Event
- ♦ Industry Event

**2009**

**Jul**

■ **Jul 7, 2009**
ResCap Board considers presentation prepared by Lazard on risk to various constituents if ResCap files Chapter 11

■ **Jul 15 – 16, 2009**
DeBrunner and Walker resign from ResCap Board

**Aug**

■ **Aug 2009**
Ally Bank makes fair value election for HFS loans, changing revenue allocation under Broker Agreement

♦ **Aug 8, 2009**
Fannie Mae requests additional $10.7 billion from U.S. Treasury

**Sep**

■ **Sep 8, 2009**
Renzi resigns from ResCap Board, reducing ResCap Board to four Directors (Marano, Young, and Independent Directors Smith and West)

**Oct**

♦ **Oct 2009**
Unemployment peaks at 10.2%, highest rate since 1983

**Nov**

■ **Nov 2009 – Jan 2010**
ResCap and FTI resume planning for potential Chapter 11 filing

● **Nov 2009**
AFI contributes $23.6 million to ResCap in bonds from December 2008 exchange offer

● **Nov 2009**
AFI forgives $52.4 million of ResCap Secured MSR Facility

■ **Nov 2009**
ResCap ceases daily liquidity meetings

♦ **Nov 1, 2009**
CIT Group files Chapter 11

■ **Nov 3, 2009**
SEC approves ResCap's request to deregister as separate filer

♦ **Nov 4, 2009**
Fannie Mae requests additional $15 billion from U.S. Treasury

● **Nov 16, 2009**
Carpenter replaces de Molina as AFI CEO

**Dec**

● **Dec 11, 2009**
AFI discusses ResCap exit strategy in meeting with U.S. Treasury to request funds under SCAP program

● **Dec 30, 2009**
AFI receives $3.8 billion from TARP, and U.S. Treasury becomes majority owner of AFI

● **Dec 30, 2009**
AFI contributes $1.4 billion in HFS loans, $600 million in cash, $316.2 million in receivables, $262.7 million in Secured MSR Facility debt forgiveness, and $195 million in forgiveness of intercompany payables to ResCap

● **Dec 30, 2009**
AFI converts $3 billion ResCap Secured Revolver Facility loan into amortizing term loan

♦ **2009**
Foreclosure filings increase 21% over 2008; subprime mortgage delinquencies increase to 25.5%

■ **2009**
ResCap incurs loss for year of ($4.5 billion)

Daily liquidity meetings by ResCap Board

Appendix III, Page 9 of 11

# ResCap Timeline of Selected Events

Legend:
- ■ ResCap Event
- ● AFI Event
- ◆ Industry Event



**2010**

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |

**Jan**
- ■ Jan 27, 2010 S&P upgrades ResCap's rating to B (highly speculative)
- ■ Jan 29, 2010 Abreu appointed President of ResCap

**Feb**
- ◆ Feb 2010 PIMCO organizes investor conference to pursue potential RMBS claims

**Mar**
- ◆ Mar 2010 Lenders report declining provisions for loan losses on their balance sheets
- ■ Mar 17, 2010 GMAC Mortgage, RFC, and AFI enter into $325 million settlement with Freddie Mac for R & W claims
- ■ Mar 29, 2010 Abreu confirmed to ResCap Board
- ● 1Q 2010 Moody's, S&P, and Fitch upgrade AFI's credit rating to B3, B, and B, respectively (highly speculative)

**Apr**
- ◆ Apr 2010 Delinquency rate on sub-prime variable rate loans hovers at 40%

**May**
- ◆ May 9 – 10, 2010 EU enacts EFSF and EFSM funding programs to address Eurozone crisis

**Jun**
- ◆ Jun 2010 Unemployment remains high with second quarter average of 9.75%
- ■ Jun 14, 2010 MBIA files $4 billion R & W lawsuit against GMAC Mortgage

**Jul**
- ■ Jul 2010 Article published by Reuters describes potential of clearinghouse model to aggregate RMBS claimants
- ■ Jul 1, 2010 GMAC Mortgage and Ally Bank amend MSR Swap (increasing funding fee margin from 1.0% to 1.25% and adding loan repurchase expense)

**Aug**
- ■ Aug 2010 Elliot Assoc. provides presentation to ResCap estimating potential RMBS claims against ResCap at $7.3 billion
- ■ Aug 6, 2010 ResCap Board approves First 2009 Tax Allocation Agreement; the agreement is signed by AFI but not signed by Young
- ● Aug 6, 2010 Goldman Sachs updates AFI Board on strategic alternatives including third party interest in ResCap's core operations, and asset and trade settlements

**Sep**
- ◆ Fall 2010 DOJ, FRB, FDIC, SEC, and authorities in all 50 states begin investigating mortgage servicing companies, including ResCap, regarding foreclosure issues

**Sept – Oct 2010**
- ◆ Several lenders, including AFI, suspend foreclosure proceedings in wake of "robosigning" issues

**Oct**
- ■ Oct 2010 ResCap sells its European mortgage assets and operations to Fortress
- ● Oct 5, 2010 AFI provides guarantee to Ally Bank of GMAC Mortgage obligations under Original Servicing Agreement and MSR Swap
- ■ Oct 5, 2010 GMAC Mortgage executes "sideletter" with Ally Bank acknowledging responsibility for "any aspect of the foreclosure affidavit process"
- ● Oct 8, 2010 AFI receives letter from several U.S. Senators demanding that AFI stop foreclosures in all 50 states
- ● Oct 29, 2010 AFI Board receives results of bid process for ResCap; all three bids indicate implied transaction loss and negative cash at closing as well as concerns regarding contingent liabilities; AFI Board agrees to terminate sale process

**Nov**
- ◆ Nov 3, 2010 U.S. Treasury announces it will purchase $600 billion of Treasury securities by end of 2011
- ◆ Nov 4, 2010 Congressional Oversight Panel estimates R & W claims could be as much as $16 billion
- ■ Nov 5, 2010 Results of AFI bid process are presented to ResCap Board
- ■ Nov 18, 2010 Marano testifies at hearing on foreclosure issues

**Dec**
- ◆ Dec 2010 Housing prices continue to decline past mid-2009 low; foreclosure filings increase from first half of 2010
- ■ Dec 22, 2010 ResCap Board approves Second 2009 Tax Allocation Agreement proposed by AFI despite outside counsel's comment that it is unfair to ResCap
- ■ Dec 23, 2010 ResCap and AFI add unsecured $500 million swingline tranche to line of credit agreement with RAHI and PATI
- ■ Dec 23, 2010 ResCap, LLC and Ally Securities, et al. enter into $461.5 million settlement with Fannie Mae for R & W claims
- ■ 2010 ResCap earns net income for year of $575 million, its first profitable year since 2006

Appendix III, Page 9 of 11

Appendix III, Page 10 of 11



### ResCap Timeline of Selected Events

**Legend:**
- ResCap Event (black square)
- AFI Event (green circle)
- Industry Event (red diamond)

**2011**

**Jan**
- ● Mar 31, 2011 AFI files SEC Form S-1 for IPO
- ◆ 1Q 2011 Foreclosure filings decrease
- ■ 1Q – 2Q 2011 Moody's, S&P, and Fitch upgrade ResCap to Ca (default imminent), B+ (highly speculative), and B (highly speculative), respectively
- ■ Jan 26, 2011 AFI and ResCap execute Second 2009 Tax Allocation Agreement
- ─ Feb 2 – 7, 2011 Moody's and Fitch upgrade AFI to B1 (highly speculative) and BB (non-investment grade), respectively

**Apr**
- ■ Apr 1, 2011 GMAC Mortgage and Ally Bank revise MSR and Pipeline Swaps in response to FDIC concerns, expanding guarantee
- ■ Apr 13, 2011 ResCap, GMAC Mortgage, AFI, and Ally Bank, enter into Consent Order with FRB and FDIC
- ■ Apr 28, 2011 AFI Board receives report that analysts have significant questions surrounding AFI IPO related to ResCap
- ■ May 20, 2011 CFO Young departs ResCap Board; Whitlinger joins ResCap Board and appointed CFO
- ■ Jun 14, 2011 ResCap Board approves IPO; ResCap Board revises MSR and Pipeline Swaps
- ◆ Jun 29, 2011 BofA announces settlement of PLS claims for $8.5 billion

**Jun**
- ◆ Jun 2011 Rate of unemployed who have been jobless six months or more peaks at 45%, a post WWII high
- ● Jun 6, 2011 AFI Board advised by IPO underwriters that AFI IPO should not be launched due to market conditions and concerns around R & W exposure
- ◆ Jul 29, 2011 In wake of BofA's announced settlement with PLS investors, ResCap estimates internally that ResCap's R & W claims could be as much as $4 billion

**Aug**
- ■ Aug 2011 – May 2012 ResCap and FTI resume planning for potential Chapter 11 filing
- ● Aug 3, 2011 DeBrunner presents review of R & W claims and potential exposure to DOJ/AG Settlements to AFI Board
- ■ Aug 12, 2011 ResCap CEO Marano sends AFI CEO Carpenter letter describing ResCap's precarious financial condition
- ■ Aug 18, 2011 ResCap Board receives liquidity and MSR update and in executive session discusses "a variety of strategic matters," including potential bankruptcy
- ■ Aug 19 – 31, 2011 ResCap Board meets on four separate occasions to discuss preparations for bankruptcy or restructuring
- ◆ Aug 19, 2011 AFI CFO Mackey expresses belief that R & W claims against ResCap are inevitable and will be "avalanche"
- ● Aug 19, 2011 ResCap Board receives update on MSR hedge activity and in executive session discusses contingency planning
- ● Aug 25, 2011 ResCap Board receives liquidity update and in executive session discusses strategic options for ResCap, potential implications of mortgage foreclosure issues, securities litigation exposure, R & W exposure, and effect of capital markets volatility on ResCap's equity position
- ● Aug 29, 2011 AFI Board resolves to provide ResCap with enough capital to exceed $250 million minimum TNW covenants by $50 million

**Sep**
- ● Sep 16, 2011 AFI EVP Brown emails Carpenter, recommending that AFI and ResCap "[s]top origination immediately" and "[a]nnounce we are exiting future mortgage business"
- ● Sep 23, 2011 AFI Board reviews strategic alternatives for ResCap and impact on AFI
- ● Sep 27, 2011 ResCap Board meets in executive session to discuss foreclosure issue and potential settlements with FHFA and DOJ, as well as ResCap's near-term projected equity position in relation to its TNW covenant requirements
- ● Sep 27, 2011 AFI Board resolves again to provide ResCap with enough capital to exceed its TNW covenants by $50 million
- ■ Sept – Oct 2011 ResCap Board continues to evaluate "various different strategic scenarios" and "contingency planning" options
- ◆ Sept 2011 Unemployment reported steady at 9%
- ● Sep 2, 2011 FHFA files $6 billion R & W lawsuit against Ally et al.

**Oct**
- ● Oct 6, 2011 AFI Board meets and discusses "merits and potential consequences of remaining in or exiting all or a portion of the mortgage business"
- ● Oct 15, 2011 AFI engages Evercore to analyze strategic alternatives in connection with AFI's mortgage business
- ● Oct 17, 2011 Attorney Patrick alleges R & W claims against AFI for class of RMBS claimants
- ■ Oct 17, 2011 – May 8, 2012 RMBS Steering Committee, Talcott Franklin, and ResCap discuss and negotiate RMBS Trust Settlement
- ■ Oct 18, 2011 ResCap retains Centerview as its investment banker to assist in restructuring efforts
- ● Oct 25, 2011 AFI Board resolves again to provide ResCap with enough capital to exceed its TNW covenants by $50 million
- ■ Oct 28, 2011 Morrison & Foerster gives presentation on fiduciary duties of directors during executive session of ResCap Board
- ◆ Oct 31, 2011 MF Global files Chapter 11

**Jul – Dec 2011**
- ■ Jul – Dec 2011 ResCap, Cerberus, and AFI evaluate potential ResCap sale to Cerberus

Appendix III, Page 10 of 11

Appendix III, Page 11 of 11



Appendix III.J.1.c(1)(b)—1, Page 1 of 1

Residential Capital, LLC
Evolution of Barclays DIP Financing Proposals

| Term | Barclays February 17, 2012 Terms | Barclays March 8, 2012 Terms | Barclays March 21, 2012 Terms [1] | Barclays May 14, 2012 Terms |
|---|---|---|---|---|
| Facility summary | $1.80 billion facility comprised of: <br> $200 million revolver <br> $1.00 billion term loan (A-1 TL) <br> $600 million term loan (A-2 TL) | $1.35 billion facility comprised of: <br> $200 million revolver <br> $1.25 billion term loan (A-1 TL) | $1.50 billion facility comprised of: <br> $200 million revolver <br> $1.10 billion term loan (A-1 TL) <br> $200 million term loan (A-2 TL) | $1.45 billion facility comprised of: <br> $200 million revolver <br> $1.05 billion term loan (A-1 TL) <br> $200 million term loan (A-2 TL) |
| Prepetition facilities refinanced | GSAP Facility <br> BMMZ Repo Facility <br> Citibank MSR Loan <br> FNMA EAF Facility | GSAP Facility <br> BMMZ Repo Facility <br> FNMA EAF facility | GSAP Facility <br> BMMZ Repo Facility <br> FNMA EAF facility | GSAP Facility <br> BMMZ Repo Facility |
| Pricing | Revolver: L + 400-450 bps (LIBOR floor of 1.25%) <br> A-1 TL: L + 400-450 bps (LIBOR floor of 1.25%) <br> A-2 TL: L +550-600 bps (LIBOR floor of 1.25%) | Revolver: L + 400-450 bps <br> A-1 TL: L + 400-450 bps (LIBOR floor of 1.25%) | Revolver: L + 400 bps <br> A-1 TL: L + 400 bps (LIBOR floor of 1.25%) <br> A-2 TL: L + 600 bps (LIBOR floor of 1.25%) | Revolver: L+400 bps <br> A-1 TL: L + 400 bps (LIBOR floor of 1.25%) [2] <br> A-2 TL: L + 600 bps (LIBOR floor of 1.25%) [2] |
| Maturity | 18 months from closing, or earliest of certain other milestones | 18 months from closing, or earliest of certain other milestones | 18 months from closing, or earliest of certain other milestones | 18 months from closing, or earliest of certain other milestones |
| Upfront fees/OID | Revolver: 150 bps <br> A-1 TL: 99 OID <br> A-2 TL: 98 OID | Revolver: 150 bps <br> A-1 TL: 100 OID | Revolver: 150 bps <br> A-1 TL: 99 OID <br> A-2 TL: 98 OID | $52 million [3] |
| Underwriting fee | Underwriting fee: 200 bps on aggregate commitment <br> Structuring fee: 50 bps on aggregate commitment | Underwriting fee: 200 bps <br> Structuring fee: 50 bps | Underwriting fee: 200 bps on aggregate commitment <br> Structuring fee: 50 bps, with rebate if more than 100 bps of price flex is required | See footnote [3] |
| Flex | - Increase pricing by 150 bps on weighted basis <br> - Increase commitment fee by 50 bps <br> - Add LIBOR floor of 1.25% to revolver <br> - Shorten DIP tenor to 12 months <br> - Add prepayment premium to A-1 and A-2 TLs <br> - Reallocate portions of the revolver and TLs | - Margin/OID: 200 to 250 bps <br> - Unused line fee: 50 bps <br> - LIBOR floor on revolver <br> - Tenor to 12 months <br> - Soft call premium <br> - Reallocate $100 million revolver to A-1 Term Loan <br> - Reallocate $300 million A-1 to A-2 Term Loan | - Margin/OID: 200 bps <br> - Unused line fee: 50 bps <br> - LIBOR floor on revolver <br> - Tenor to 12 months <br> - Soft call premium <br> - Reallocate $100 million revolver to A-1 Term Loan (considering removing at ResCap's request) <br> - Reallocate $200 million of A-1 to A-2 Term Loan | See footnote [3] |
| Total yield | 10.06% – 12.03% | 9.21% – 11.79% | 9.53% – 10.95% | 8.87% |

[1] Barclays also submitted a March 19, 2012 DIP proposal.

[2] Amended to A-1 TL: L+375 bps (LIBOR floor of 1.25%) and A-2 TL: L+550 bps (LIBOR floor of 1.25%). Notice of Filing of Amendment to Financing Fee Letters [Docket No. 417] at 1.

[3] Barclays' DIP Motion indicated $52 million in aggregate fees and did not provide detailed fees by component. These fees were subsequently adjusted downward after the Debtors' objection to the DIP Financing and Cash Collateral Motions.

Source: Barclays Confidential Presentation of Financing Discussion Materials, dated Feb. 17, 2012, at RC40020317–29 [RC40020290]; Confidential Presentation of Financing Discussion Materials, dated Mar. 19, 2012, at 2–4 [EXAM00073480]; Centerview Materials for Discussion, dated Mar. 23, 2012, at 2–4 [RC00000304]; Barclays DIP Motion, at 10–17; Debtors' Omnibus Reply to Objections to DIP Financing and Cash Collateral Motions [Docket No. 372] at 6–7.

Appendix III.J.1.c(1)(b)—1, Page 1 of 1

Appendix III.J.1.c(1)(b)—2, Page 1 of 1

**Residential Capital, LLC**
**Evolution of Citibank DIP Financing Proposals**

| Term | Citibank<br>February 21, 2012 Terms | Citibank<br>March 6, 2012 Terms [1] |
|---|---|---|
| Facility summary | Up to $1.8 billion DIP facility, comprised of:<br>- STBD revolving tranche<br>- STBD term loan tranche | Up to $1.35 billion DIP facility, comprised of:<br>- Up to $800 million Advance Facility (Barclays)<br>- Up to $550 million Liquidity Facility (Citibank) |
| Prepetition facilities<br>refinanced | GSAP Facility<br>Citibank MSR Loan Agreement<br>BMMZ Repo Facility<br>FNMA EAF facility | GSAP Facility (Advance Facility)<br>BMMZ Repo Facility (Liquidity Facility) |
| Pricing | Approximately 9.50% | Approximately 7.00% |
| Maturity | 12 months | 12 months |
| Upfront fees/OID | 100 bps revolver facility<br>97 OID term loan facility | Liquidity Facility: 98 OID |
| Underwriting fee | TBD | 250 bps |
| Flex | Not included | 200 bps as coupon or OID |

[1] Terms are related only to the Citibank Liquidity Facility and do not include the Barclays Advance Facility.
Source: Citibank DIP Financing Considerations Presentation, dated Feb. 21, 2012, at RC40020349–50 [RC00020290]; Citibank DIP Financing Considerations Presentation, dated Mar. 6, 2012, at 1–3 [EXAM00074757].

Appendix III.J.1.c(1)(b)—2, Page 1 of 1

**Appendix IV.A—1,** Page 1 of 14

# ResCap Officer Chart

## 2004 – 2012



**R** = ResCap

**D** = Dual-Affiliated [1]

(1) Individuals denoted as Dual-Affiliated held ResCap officer positions at the same time they also held: (1) an AFI officer position; (2) an AFI director position; or (3) a Cerberus position, via consulting or secondment agreement or otherwise. An alphabetical listing of all ResCap officers who had Dual Affiliations at any time during their service is listed at the end of the chart.

Sources: Ally Employee Individual Profiles [ALLY_0004637]; interviews conducted by the Examiner's Professionals; Minutes of ResCap, AFI and Ally Bank Board of Directors Meetings, from 2004 – 2012.

**Appendix IV.A—1**, Page 2 of 14

ResCap Officers
January 1, 2004 – December 31, 2004

| | Affiliation | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| David Applegate | R | | | | | | | | | Titles: Co-CEO<br>Relevant Dates: 9/2004 – 10/2005 | | | |
| Louise Herrle | R | | | | | | | | | Titles: Treasurer<br>Relevant Dates: 9/2004 – 6/2007 | | | |
| Sanjiv Khattri | D | | | | | | | | | Titles: Vice-President<br>**Relevant Dates: 9/2004 – 3/2005**<br>Dual Affiliate Positions: CFO (3/2004 – 12/2007); Exec. VP (3/2004 – 5/2008) at AFI | | | |
| Davee Olson | R | | | | | | | | | Titles: CFO<br>Relevant Dates: 9/2004 – 8/2006 | | | |
| Bruce Paradis | R | | | | | | | | | Titles: Co-CEO<br>Relevant Dates: 9/2004 – 10/2005 | | | |
| Cathy Quenneville | D | | | | | | | | | Titles: Secretary<br>**Relevant Dates: 9/2004 – 5/2012**<br>Dual Affiliate Positions: Secretary at AFI (8/1997 – present) | | | |
| Jerome Van Orman | D | | | | | | | | | Titles: Vice-President<br>**Relevant Dates: 9/2004 – 3/2005**<br>Dual Affiliate Positions: CFO (10/1999 – 3/2007); Group VP at AFI | | | |
| David Walker | D | | | | | | | | | Titles: Vice-President<br>**Relevant Dates: 9/2004 – 3/2005**<br>Dual Affiliate Positions: CFO-Mortgage Operations (5/2002 – 11/2006); Group VP (3/2004 – 8/2009) | | | |

**Appendix IV.A—1, Page 3 of 14**

ResCap Officers
January 1, 2005 – December 31, 2005

| | Affiliation | Jan-05 | Feb-05 | Mar-05 | Apr-05 | May-05 | Jun-05 | Jul-05 | Aug-05 | Sep-05 | Oct-05 | Nov-05 | Dec-05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| David Applegate | R | Titles: Co-CEO, COO — Relevant Dates: 9/2004 – 10/2005; 10/2005 – 3/2007 | | | | | | | | | | | |
| Louise Herrle | R | Titles: Treasurer — Relevant Dates: 9/2004 – 6/2007 | | | | | | | | | | | |
| Sanjiv Khattri | D | Titles: Vice-President — Relevant Dates: 9/2004 – 3/2005 — Dual Affiliate Positions: CFO (3/2004 – 12/2007); Exec. VP (3/2004 – 5/2008) at AFI | | | | | | | | | | | |
| David Marple | R | | | | | | Titles: General Counsel — Relevant Dates: 6/2005 – 10/2007 | | | | | | |
| Davee Olson | R | Titles: CFO — Relevant Dates: 9/2004 – 8/2006 | | | | | | | | | | | |
| Bruce Paradis | R | Titles: Co-CEO, CEO — Relevant Dates: 9/2004 – 10/2005; 10/2005 – 6/2007 | | | | | | | | | | | |
| Cathy Quenneville | D | Titles: Secretary — Relevant Dates: 9/2004 – 5/2012 — Dual Affiliate Positions: Secretary at AFI (8/1997 – present) | | | | | | | | | | | |
| Kenneth Spindel | R | Titles: Co-Chief Risk Officer — Relevant Dates: 1/2005 – 9/2007 (est.) | | | | | | | | | | | |
| Thomas Stenger | R | Titles: Co-Chief Risk Officer — Relevant Dates: 1/2005 – 9/2007 | | | | | | | | | | | |

**Appendix IV.A—1,** Page 4 of 14

ResCap Officers
January 1, 2005 - December 31, 2005

| | Affiliation | Jan-05 | Feb-05 | Mar-05 | Apr-05 | May-05 | Jun-05 | Jul-05 | Aug-05 | Sep-05 | Oct-05 | Nov-05 | Dec-05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jerome Van Orman | D | Titles: Vice-President **Relevant Dates: 9/2004 – 3/2005** Dual Affiliate Positions: CFO (10/1999 – 3/2007), Group VP at AFI | | | | | | | | | | | |
| David Walker | D | Titles: Vice-President **Relevant Dates: 9/2004 – 3/2005** Dual Affiliate Positions: CFO-Mortgage Operations (5/2002 – 11/2006); Group VP (3/2004 – 8/2009) at AFI | | | | | | | | | | | |
| James Young | R | | | Titles: CAO and Interim Controller **Relevant Dates: 3/2005 - 6/2007** | | | | | | | | | |

Appendix IV.A—1, Page 4 of 14

**Appendix IV.A—1,** Page 5 of 14

ResCap Officers
January 1, 2006 – December 31, 2006

| | Affiliation | Jan-06 | Feb-06 | Mar-06 | Apr-06 | May-06 | Jun-06 | Jul-06 | Aug-06 | Sep-06 | Oct-06 | Nov-06 | Dec-06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **David Applegate** | *R* | Titles: COO<br>Relevant Dates: 10/2005 – 3/2007 | | | | | | | | | | | |
| **James Giertz** | *R* | | | | | | | | | | Titles: CFO<br>Relevant Dates: 10/2006 – 4/2007 | | |
| **Louis Herrle** | *R* | Titles: Treasurer<br>Relevant Dates: 9/2004 – 6/2007 | | | | | | | | | | | |
| **David Marple** | *R* | Titles: General Counsel<br>Relevant Dates: 6/2005 – 10/2007 | | | | | | | | | | | |
| **Davee Olson** | *R* | Titles: CFO<br>Relevant Dates: 9/2004 – 8/2006 | | | | | | | | | | | |
| **Bruce Paradis** | *R* | Titles: CEO<br>Relevant Dates: 10/2005 – 6/2007 | | | | | | | | | | | |
| **Cathy Quenneville** | *D* | Titles: Secretary<br>Relevant Dates: 9/2004 – 5/2012<br>Dual Affiliate Positions: Secretary at AFI (8/1997 – present) | | | | | | | | | | | |
| **Kenneth Spindel** | *R* | Titles: Co-Chief Risk Officer<br>Relevant Dates: 12/2005 – 9/2007 (est.) | | | | | | | | | | | |
| **Thomas Stenger** | *R* | Titles: Co-Chief Risk Officer<br>Relevant Dates: 12/2005 – 9/2007 | | | | | | | | | | | |
| **James Young** | *R* | Titles: CAO and Interim Controller; CFO<br>Relevant Dates: 3/2005 – 6/2007; 8/2006 – 10/2006 | | | | | | | | | | | |

Appendix IV.A—1, Page 5 of 14

**ResCap Officers**
January 1, 2007 – December 31, 2007

| | Affiliation | Jan-07 | Feb-07 | Mar-07 | Apr-07 | May-07 | Jun-07 | Jul-07 | Aug-07 | Sep-07 | Oct-07 | Nov-07 | Dec-07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| David Applegate | R | Titles: COO; Relevant Dates: 10/2005 – 3/2007 | | | | | | | | | | | |
| Craig Chapman | R | | | | | | Titles: President; Relevant Dates: Appointed, Resigned 6/2007 | | | | | | |
| William Casey | R | | | | | | Titles: Treasurer; Relevant Dates: 6/2007 – 7/2008 | | | | | | |
| James Giertz | R | Titles: CFO; Relevant Dates: 10/2006 – 4/2007 | | | | | | | | | | | |
| Louise Herrle | R | Titles: Treasurer; Relevant Dates: 9/2004 – 6/2007 | | | | | | | | | | | |
| Tammy Hamzehpour | R | | | | | | | | | | Titles: General Counsel; Relevant Dates: 10/2007 – present | | |
| James Jones | R | | | Titles: President and COO; President and CEO; Relevant Dates: 3/2007; 6/2007 – 7/2008 | | | | | | | | | |
| Sanjiv Khattri | D | | | | Titles: CFO; Relevant Dates: 4/2007 – 3/2008; Dual Affiliate Positions: CFO (3/2004 – 12/2007); Exec. VP (3/2004 – 5/2008) at AFI | | | | | | | | |
| David Marple | R | Titles: General Counsel; Relevant Dates: 6/2005 – 10/2007 | | | | | | | | | | | |
| Bruce Paradis | R | Titles: CEO; Relevant Dates: 10/2005 – 6/2007 | | | | | | | | | | | |

**Appendix IV.A—1,** Page 7 of 14

ResCap Officers
January 1, 2007 – December 31, 2007

| | Affiliation | Jan-07 | Feb-07 | Mar-07 | Apr-07 | May-07 | Jun-07 | Jul-07 | Aug-07 | Sep-07 | Oct-07 | Nov-07 | Dec-07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cathy Quenneville | D | Titles: Secretary<br>Relevant Dates: 9/2004 – 5/2012<br>Dual Affiliate Positions: Secretary at AFI (8/1997 – present) | | | | | | | | | | | |
| James Redmond | D | | | | Titles: Chief Risk Officer<br>Relevant Dates: 4/2007 – 8/2008<br>Dual Affiliate Positions: Cerberus consultant pre-2007 | | | | | | | | |
| Kenneth Spindel | R | Titles: Co-Chief Risk Officer<br>Relevant Dates: 1/2005 – 9/2007 (est.) | | | | | | | | | | | |
| Thomas Stenger | R | Titles: Co-Chief Risk Officer<br>Relevant Dates: 1/2005 – 9/2007 | | | | | | | | | | | |
| James Young | R | Titles: CAO and Interim Controller; Deputy CFO and Principal Accounting Officer<br>Relevant Dates: 3/2005 – 6/2007; 11/2007 – 3/2008 | | | | | | | | | | | |
| Linda Zukauskas | D | | | | | | Titles: Temporary CAO and Controller<br>Relevant Dates: 6/2007 – 11/2007<br>Dual Affiliate Positions: CAO and Corporate Controller (5/2002 – 9/2007) | | | | | | |

**Appendix IV.A—1,** Page 8 of 14

ResCap Officers
January 1, 2008 – December 31, 2008

| | Affiliation | Jan-08 | Feb-08 | Mar-08 | Apr-08 | May-08 | Jun-08 | Jul-08 | Aug-08 | Sep-08 | Oct-08 | Nov-08 | Dec-08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| William Casey | R | Titles: Treasurer; Relevant Dates: 6/2007 – 7/2008 | | | | | | | | | | | |
| Catherine Dondzila | R | | | | Titles: Controller; Relevant Dates: 4/2008 – 1/2009 | | | | | | | | |
| Ralph Flees | R | | | | Titles: CAO and Controller; Relevant Dates: 4/2008 – 1/2009 | | | | | | | | |
| Tammy Hamzehpour | R | Titles: General Counsel; Relevant Dates: 10/2007 – present | | | | | | | | | | | |
| James Jones | R | Titles: President and CEO; Relevant Dates: 6/2007 – 7/2008 | | | | | | | | | | | |
| Sanjiv Khattri | D | Titles: CFO; Relevant Dates: 4/2007 – 3/2008; Dual Affiliate Positions: Exec. VP (3/2004 – 5/2008) at AFI | | | | | | | | | | | |
| Gerald Lombardo | D | | | | | | | Titles: Treasury Executive; Relevant Dates: 7/2008 – 1/2009; Dual Affiliate Positions: Cerberus consultant 2007 – 2008 | | | | | |
| Thomas Marano | D | | | | | | | Titles: Chairman; CEO; Relevant Dates: 4/2008 – present; 7/2008 – present; Dual Affiliate Positions: Seconded from Cerberus 2008 – 2009 | | | | | |
| Joseph Pensabene | R | | | | | | | Titles: Chief Servicing Officer; Relevant Dates: 7/2008 – present | | | | | |
| Cathy Quenneville | D | Titles: Secretary; Relevant Dates: 9/2004 – 5/2012; Dual Affiliate Positions: Secretary at AFI (8/1997 – present) | | | | | | | | | | | |
| James Redmond | D | Titles: Chief Risk Officer; Relevant Dates: 4/2007 – 8/2008; Dual Affiliate Positions: Cerberus consultant pre-2007 | | | | | | | | | | | |

**Appendix IV.A—1,** Page 9 of 14

ResCap Officers
January 1, 2008 – December 31, 2008

| | Affiliation | Jan-08 | Feb-08 | Mar-08 | Apr-08 | May-08 | Jun-08 | Jul-08 | Aug-08 | Sep-08 | Oct-08 | Nov-08 | Dec-08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anthony Renzi | R | | | | | | | Titles: COO<br>Relevant Dates: 7/2008 – 3/2010 | | | | | |
| James Young | R | Titles: Deputy CFO and Principal Accounting Officer; CFO<br>Relevant Dates: 11/2007 – 3/2008; 3/2008 – 5/2011 | | | | | | | | | | | |

Appendix IV.A—1, Page 10 of 14

ResCap Officers
January 1, 2009 – December 31, 2009

| | Affiliation | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Catherine Dondzila | R | Titles: CAO and Controller. Relevant Dates: 1/2009 – present | | | | | | | | | | | |
| Ralph Flees | R | Titles: CAO and Controller. Relevant Dates: 4/2008 – 1/2009 | | | | | | | | | | | |
| Tammy Hamzehpour | R | Titles: General Counsel. Relevant Dates: 10/2007 – present | | | | | | | | | | | |
| Gerald Lombardo | D | Titles: Treasury Executive. Relevant Dates: 7/2008 – 1/2009. Dual Affiliate Positions: Cerberus consultant 2007 – 2008 | | | | | | | | | | | |
| Thomas Marano | D | Titles: Chairman; CEO. Relevant Dates: 6/2008 – present; 7/2008 – present. Dual Affiliate Positions: Seconded from Cerberus 2008 – 2009; Chief Capital Markets Officer (3/2009 – present) at AFI | | | | | | | | | | | |
| Joseph Pensabene | R | Titles: Chief Servicing Officer. Relevant Dates: 7/2008 – present | | | | | | | | | | | |
| Cathy Quenneville | D | Titles: Secretary. Relevant Dates: 9/2004 – 5/2012. Dual Affiliate Positions: Secretary at AFI (8/1997 – present) | | | | | | | | | | | |
| Anthony Renzi | R | Titles: COO. Relevant Dates: 7/2008 – 3/2010 | | | | | | | | | | | |
| James Young | R | Titles: CFO. Relevant Dates: 3/2008 – 5/2011 | | | | | | | | | | | |

**Appendix IV.A—1,** Page 11 of 14

ResCap Officers
January 1, 2010 – December 31, 2010

| | Affiliation | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Steven Abreu | R | Titles: President<br>Relevant Dates: 1/2010 – present | | | | | | | | | | | |
| Catherine Dondzila | R | Titles: CAO and Controller<br>Relevant Dates: 1/2009 – present | | | | | | | | | | | |
| Tammy Hamzehpour | R | Titles: General Counsel<br>Relevant Dates: 10/2007 – present | | | | | | | | | | | |
| Thomas Marano | D | Titles: Chairman; CEO<br>Relevant Dates: 4/2008 – present; 7/2008 – present<br>Dual Affiliate Positions: Chief Capital Markets Officer (3/2009 – present) at AFI | | | | | | | | | | | |
| Joseph Pensabene | R | Titles: Chief Servicing Officer<br>Relevant Dates: 7/2008 – present | | | | | | | | | | | |
| Cathy Quenneville | D | Titles: Secretary<br>Relevant Dates: 9/2004 – 5/2012<br>Dual Affiliate Positions: Secretary at AFI (8/1997 – present) | | | | | | | | | | | |
| Anthony Renzi | R | Titles: COO<br>Relevant Dates: 7/2008 – 3/2010 | | | | | | | | | | | |
| James Young | R | Titles: CFO<br>Relevant Dates: 3/2008 – 5/2011 | | | | | | | | | | | |

Appendix IV.A—1, Page 11 of 14

**ResCap Officers**
January 1, 2011 – December 31, 2011

| | Affiliation | Jan-11 | Feb-11 | Mar-11 | Apr-11 | May-11 | Jun-11 | Jul-11 | Aug-11 | Sep-11 | Oct-11 | Nov-11 | Dec-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Steven Abreu | R | Titles: President  Relevant Dates: 1/2010 – present | | | | | | | | | | | |
| Catherine Dondzila | R | Titles: CAO and Controller  Relevant Dates: 1/2009 – present | | | | | | | | | | | |
| Tammy Hamzehpour | R | Titles: General Counsel  Relevant Dates: 10/2007 – present | | | | | | | | | | | |
| Thomas Marano | D | Titles: Chairman; CEO  Relevant Dates: 4/2008 – present; 7/2008 – present  Dual Affiliate Positions: Chief Capital Markets Officer (3/2009 – present) at AFI | | | | | | | | | | | |
| Joseph Pensabene | R | Titles: Chief Servicing Officer  Relevant Dates: 7/2008 – present | | | | | | | | | | | |
| Cathy Quenneville | D | Titles: Secretary  Relevant Dates: 9/2004 – 5/2012  Dual Affiliate Positions: Secretary at AFI (8/1997 – present) | | | | | | | | | | | |
| James Whitlinger | R | | | | | Titles: CFO  Relevant Dates: 5/2011 – present | | | | | | | |
| James Young | R | Titles: CFO  Relevant Dates: 3/2008 – 5/2011 | | | | | | | | | | | |

**Appendix IV.A—1,** Page 13 of 14

ResCap Officers
January 1, 2012 – May 31, 2012

| | Affiliation | Jan-12 | Feb-12 | Mar-12 | Apr-12 | May-12 |
|---|---|---|---|---|---|---|
| Steven Abreu | *R* | Titles: President<br>**Relevant Dates:** 1/2010 – present | | | | |
| Catherine Dondzila | *R* | Titles: CAO and Controller<br>**Relevant Dates:** 1/2009 – present | | | | |
| Tammy Hamzehpour | *R* | Titles: General Counsel<br>**Relevant Dates:** 10/2007 – present | | | | |
| Thomas Marano | *D* | Titles: Chairman; CEO<br>**Relevant Dates:** 4/2008 – present; 7/2008 – present<br>Dual Affiliate Positions: Chief Capital Markets Officer (3/2009 – present) at AFI | | | | |
| Joseph Pensabene | *R* | Titles: Chief Servicing Officer<br>**Relevant Dates:** 7/2008 – present | | | | |
| Cathy Quenneville | *D* | Titles: Secretary<br>**Relevant Dates:** 9/2004 – 5/2012<br>Dual Affiliate Positions: Secretary at AFI (8/1997 – present) | | | | |
| Joseph Ruhlin | *R* | Titles: Treasury Executive<br>**Relevant Dates:** 2/2012 – present | | | | |
| James Whitlinger | *R* | Titles: CFO<br>**Relevant Dates:** 5/2011 – present | | | | |

Appendix IV.A—1, Page 13 of 14

Appendix IV.A—1, Page 14 of 14

**Dual-Affiliated ResCap Officers:**

| | |
|---|---|
| Sanjiv Khattri: | CFO for ResCap from 2007 – 2008; various positions at AFI, last position CFO from 2004 – 2008 |
| Gerry Lombardo: | Treasurer for ResCap from 2008 – 2009; Cerberus consultant from 2007 – 2008 |
| Thomas Marano: | President and CEO for ResCap from 2008 – present; Chief Capital Markets Officer and Chief Mortgage Officer at AFI, 2009 – 2012; Cerberus secondee 2008 – 2009 |
| James Redmond: | Chief Risk Officer for ResCap from 2007 – 2008; Cerberus consultant pre – 2007 |

**ResCap Officers who left ResCap to work for AFI:**

| | |
|---|---|
| Joe Cortese: | Accounting Director for ResCap, 2008 – 2009; Chief Accounting Officer for Ally Bank from 2009 – present |
| Gerry Lombardo: | Treasurer for ResCap from 2008 – 2009; various positions at AFI from 2009 – 2012, last position was Global Liquidity and Funding Executive |
| James Young: | Various positions at ResCap from 2005 – 2011, last position CFO; CFO at Ally Bank from 2011 – present |

Appendix IV.A—1, Page 14 of 14

Appendix IV.A—2, Page 1 of 1

**Residential Capital, LLC**
Summary of Board Composition
2004 – 2012



| | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|
| **Board Appointments:** | 7 | 3 | 1 | 5 | 7 | 2 | 1 | 3 | 0 |
| **Board Departures:** | 0 | 1 | 1 | 3 | 9 | 7 | 0 | 1 | 0 |

**Affiliations:**    ResCap:    Dual-Affiliated [2];    Independent:

(1) Each column represents the composition of the Board during part of that year. Change in columns represents change in Board affiliation make-up.
(2) Individuals denoted as Dual-Affiliated held ResCap director positions at the same time they also held: (1) an AFI officer position; (2) an AFI director position; or (3) a Cerberus position, via consulting or secondment agreement or otherwise.
Source: Ally Employee Individual Profiles [ALLY_00046371]; interviews conducted by the Examiner's Professionals; Minutes of ResCap, AFI Board of Directors Meetings, from 2004 – 2012.

Appendix IV.A—2, Page 1 of 1

# ResCap Board of Directors Chart

## 2004 – 2012



*R* = ResCap

*D* = Dual-Affiliated [1]

*I* = Independent

[1] *Individuals denoted as Dual-Affiliated held ResCap director positions at the same time they also held: (1) an AFI officer position; (2) an AFI director position; or (3) a Cerberus position, via consulting or secondment agreement or otherwise. An alphabetical listing of all ResCap directors who had Dual Affiliations at any time during their service is listed at the end of the chart.*

*Source: Ally Employee Individual Profiles [ALLY_0004637]; interviews conducted by the Examiner's Professionals; Minutes of ResCap, AFI and Ally Bank Board of Directors Meetings, from 2004 – 2012.*

**Appendix IV.A—3, Page 2 of 13**

ResCap Board Membership
August 1, 2004 – December 31, 2004

| | Affiliate | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| David Applegate | *R* | | | | | | | | **Relevant Dates: 8/2004 – 3/2007**<br>Board Roles: Board Member<br>ResCap Officer Titles: Co-CEO (9/2004 – 10/2005) | | | | |
| Eric Feldstein | *D* | | | | | | | | **Relevant Dates: 8/2004 – 4/2008**<br>Board Roles: Board Member; Exec. Committee (9/2004 – 4/2008)<br>Dual Affiliate Positions: AFI Board Member (1/1996 – 11/2006); COB AFI (12/2002 – 11/2006); President (2002 – 2004) | | | | |
| Sanjiv Khattri | *D* | | | | | | | | **Relevant Dates: 8/2004 – 4/2008**<br>Board Roles: Board Member; Exec. Committee<br>ResCap Officer Titles: Vice-President (9/2004 – 3/2005)<br>Dual Affiliate Positions: CFO (3/2004 – 12/2007); Exec. VP (3/2004 – 5/2008) at AFI | | | | |
| Davee Olson | *R* | | | | | | | | **Relevant Dates: 8/2004 – 8/2006**<br>Board Roles: Board Member<br>ResCap Officer Titles: CFO (9/2004 – 8/2006) | | | | |
| Bruce Paradis | *R* | | | | | | | | **Relevant Dates: 8/2004 – 6/2007**<br>Board Roles: Board Member<br>ResCap Officer Titles: Co-CEO (9/2004 – 10/2005) | | | | |
| Jerome Van Orman | *D* | | | | | | | | **Relevant Dates: 8/2004 – 4/2005**<br>Board Roles: Board Member<br>ResCap Officer Titles: Vice President (9/2004 – 3/2005)<br>Dual Affiliate Positions: CFO (10/1999 – 3/2007), Group VP at AFI | | | | |
| David Walker | *D* | | | | | | | | **Relevant Dates: 8/2004 – 7/2009**<br>Board Roles: Board Member; Exec. Committee (9/2004 – 11/2007)<br>ResCap Officer Titles: Vice President (9/2004 – 3/2005)<br>Dual Affiliate Positions: CFO-Mortgage Operations (5/2002 – 11/2006); Group VP (3/2004 – 8/2009) at AFI | | | | |

Appendix IV.A—3, Page 3 of 13

**ResCap Board Membership**
January 1, 2005 – December 31, 2005

| | Affiliate | Jan-05 | Feb-05 | Mar-05 | Apr-05 | May-05 | Jun-05 | Jul-05 | Aug-05 | Sep-05 | Oct-05 | Nov-05 | Dec-05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **David Applegate** | R | **Relevant Dates: 8/2004 – 3/2007** Board Roles: Board Member ResCap Officer Titles: Co-CEO (9/2004 – 10/2005); COO (10/2005 – 3/2007) | | | | | | | | | | | |
| **Eric Feldstein** | D | **Relevant Dates: 8/2004 – 4/2008** Board Roles: Board Member; COB (6/2005 – 9/2007); Exec. Committee (9/2004 – 4/2008) Dual Affiliate Positions: AFI Board Member (1/1996 – 11/2006); COB AFI (12/2002 – 11/2006); President (2002 – 2004) | | | | | | | | | | | |
| **Thomas Jacob** | I | | | | **Relevant Dates: 4/2005 – 4/2008** Board Roles: Independent Director; Chair of Audit Committee | | | | | | | | |
| **Sanjiv Khattri** | D | **Relevant Dates: 8/2004 – 4/2008** Board Roles: Board Member; Exec. Committee ResCap Officer Titles: Vice-President (9/2004 – 3/2005); CFO (4/2007 – 3/2008) Dual Affiliate Positions: CFO (3/2004 – 12/2007); Exec. VP (3/2004 – 5/2008) at AFI | | | | | | | | | | | |
| **Thomas Melzer** | I | | | | **Relevant Dates: 4/2005 – 4/2008** Board Roles: Independent Director; Audit Committee | | | | | | | | |
| **Dave Olson** | R | **Relevant Dates: 8/2004 – 8/2006** Board Roles: Board Member ResCap Officer Titles: CFO (9/2004 – 8/2006) | | | | | | | | | | | |
| **Bruce Paradis** | R | **Relevant Dates: 8/2004 – 6/2007** Board Roles: Board Member ResCap Officer Titles: Co-CEO (9/2004 – 10/2005); CEO (10/2005 – 6/2007) | | | | | | | | | | | |
| **Jerome Van Orman** | D | **Relevant Dates: 8/2004 – 4/2005** Board Roles: Board Member ResCap Officer Titles: Vice President (9/2004 – 3/2005) Dual Affiliate Positions: CFO (10/1999 – 3/2007); Group VP at AFI | | | | | | | | | | | |
| **David Walker** | D | **Relevant Dates: 8/2004 – 7/2009** Board Roles: Board Member; Exec. Committee (9/2004 – 11/2007) ResCap Officer Titles: Vice President (9/2004 – 3/2005) Dual Affiliate Positions: CFO-Mortgage Operations (5/2002 – 11/2006); Group VP (3/2004 – 8/2009) at AFI | | | | | | | | | | | |
| **Linda Zukauckas** | D | | | | **Relevant Dates: 4/2005 – 6/2008** Board Roles: Board Member; Exec. (until 11/2007) and Audit (until 6/2007) Committees Dual Affiliate Positions: CAO and Corporate Controller at AFI | | | | | | | | |

Appendix IV.A—3, Page 3 of 13

Appendix IV.A—3, Page 4 of 13

ResCap Board Membership
January 1, 2006 – December 31, 2006

| | Affiliate | Jan-06 | Feb-06 | Mar-06 | Apr-06 | May-06 | Jun-06 | Jul-06 | Aug-06 | Sep-06 | Oct-06 | Nov-06 | Dec-06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| David Applegate | R | **Relevant Dates: 8/2004 – 3/2007** Board Roles: Board Member ResCap Officer Titles: COO (10/2005 – 3/2007) | | | | | | | | | | | |
| Eric Feldstein | D | **Relevant Dates: 8/2004 – 4/2008** Board Roles: Board Member; COB (6/2005 – 9/2007), Exec. Committee (9/2004 – 4/2008) Dual Affiliate Positions: AFI Board Member (1/1996 – 11/2006); COB AFI (12/2002 – 11/2006) | | | | | | | | | | | |
| James Gietz | R | | | | | | | | | | **Relevant Dates: 10/2006 – 4/2007** Board Roles: Board Member ResCap Officer Title: CFO; ResCap (10/2006 – 4/2007) | | |
| Thomas Jacob | I | **Relevant Dates: 4/2005 – 4/2008** Board Roles: Independent Director, Chair of Audit Committee | | | | | | | | | | | |
| Sanjiv Khattri | D | **Relevant Dates: 8/2004 – 4/2008** Board Roles: Board Member; Exec. Committee Dual Affiliate Positions: CFO (3/2004 – 12/2007); Exec. VP (3/2004 – 5/2008) at AFI | | | | | | | | | | | |
| Thomas Melzer | I | **Relevant Dates: 4/2005 – 4/2008** Board Roles: Independent Director; Audit Committee | | | | | | | | | | | |
| Davee Olson | R | **Relevant Dates: 8/2004 – 8/2006** Board Roles: Board Member ResCap Officer Titles: CFO (9/2004 – 8/2006) | | | | | | | | | | | |
| Bruce Paradis | R | **Relevant Dates: 8/2004 – 6/2007** Board Roles: Board Member ResCap Officer Titles: CEO (10/2005 – 6/2007) | | | | | | | | | | | |
| David Walker | D | **Relevant Dates: 8/2004 – 7/2009** Board Roles: Board Member; Exec. Committee (9/2004 – 11/2007) Dual Affiliate Positions: CFO-Mortgage Operations (5/2002 – 11/2006); Group VP (3/2004 – 8/2009) at AFI | | | | | | | | | | | |
| Linda Zukauskas | D | **Relevant Dates: 4/2005 – 6/2008** Board Roles: Board Member; Exec. (until 11/2007) and Audit (until 6/2007) Committees Dual Affiliate Positions: CAO and Corporate Controller at AFI | | | | | | | | | | | |

Appendix IV.A—3, Page 5 of 13

ResCap Board Membership
January 1, 2007 – December 31, 2007

| | Affiliate | Jan-07 | Feb-07 | Mar-07 | Apr-07 | May-07 | Jun-07 | Jul-07 | Aug-07 | Sep-07 | Oct-07 | Nov-07 | Dec-07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **David Applegate** | *R* | **Relevant Dates: 8/2004 – 3/2007**  Board Roles: Board Member  ResCap Officer Titles: COO (10/2005 – 3/2007) | | | | | | | | | | | |
| **Paul Bossidy** | *R* | | | **Relevant Dates: 3/2007 – 4/2008**  Board Roles: Board Member | | | | | | | | | |
| **Craig Chapman** | *R* | | | | **Relevant Dates: 4/2007 – 6/2007**  Title: President (6/2007 – 6/2007)  Board Roles: Board Member | | | | | | | | |
| **Alvaro de Molina** | *D* | | | | | | | | **Relevant Dates: 8/2007 – 3/2009**  Board Roles: Board Member  Dual Affiliate Positions: COO (8/2007 – 4/2008) at AFI | | | | |
| **Eric Feldstein** | *D* | **Relevant Dates: 8/2004 – 4/2008**  Board Roles: Board Member; COB (6/2005 – 9/2007); Exec. Committee (9/2004 – 4/2008) | | | | | | | | | | | |
| **James Giertz** | *R* | **Relevant Dates: 10/2006 – 4/2007**  Board Roles: Board Member  ResCap Officer Title: CFO (10/2006 – 4/2007) | | | | | | | | | | | |
| **Thomas Jacob** | *I* | **Relevant Dates: 4/2005 – 4/2008**  Board Roles: Independent Director, Chair of Audit Committee | | | | | | | | | | | |
| **James Jones** | *R* | | | **Relevant Dates: 3/2007 – 8/2008**  Board Roles: Board Member; Exec. Committee  ResCap Officer Titles: President and COO (3/2007 – 6/2007), President and CEO (6/2007 – 7/2008) | | | | | | | | | |
| **Sanjiv Khattri** | *D* | **Relevant Dates: 8/2004 – 4/2008**  Board Roles: Board Member; Exec. Committee  ResCap Officer Titles: CFO (4/2007 – 3/2008)  Dual Affiliate Positions: CFO (3/2004 – 12/2007); Exec. VP (3/2004 – 5/2008) at AFI | | | | | | | | | | | |
| **Ronald Kravit** | *D* | | | **Relevant Dates: 3/2007 – 3/2009**  Board Roles: Board Member  Dual Affiliate Positions: Managing Principal, Cerberus Real Estate | | | | | | | | | |
| **Thomas Melzer** | *I* | **Relevant Dates: 4/2005 – 4/2008**  Board Roles: Independent Director, Audit Committee | | | | | | | | | | | |
| **Bruce Paradis** | *R* | **Relevant Dates: 8/2004 – 6/2007**  Board Roles: Board Member  ResCap Officer Titles: CEO (10/2005 – 6/2007) | | | | | | | | | | | |

Appendix IV.A—3, Page 5 of 13

**Appendix IV.A—3,** Page 6 of 13

ResCap Board Membership
January 1, 2007 – December 31, 2007

| | Affiliate | Jan-07 | Feb-07 | Mar-07 | Apr-07 | May-07 | Jun-07 | Jul-07 | Aug-07 | Sep-07 | Oct-07 | Nov-07 | Dec-07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael Rossi | R | | | | | | | | | Relevant Dates: 9/2007 – 3/2008<br>Board Roles: COB (9/2007 – 3/2008); Exec. Committee (11/2007 – 3/2008) | | | |
| David Walker | D | Relevant Dates: 8/2004 – 7/2009<br>Board Roles: Board Member; Exec. Committee (9/2004 – 11/2007)<br>Dual Affiliate Positions: Group VP (3/2004 – 8/2009); Treasurer (12/2007 – 8/2009) at AFI | | | | | | | | | | | |
| Linda Zukauckas | D | Relevant Dates: 4/2005 – 6/2008<br>Board Roles: Board Member; Exec. (until 11/2007) and Audit (until 6/2007) Committees<br>ResCap Officer Titles: CAO and Temporary Controller (6/2007 – 11/2007)<br>Dual Affiliate Positions: CAO and Corporate Controller at AFI | | | | | | | | | | | |

Appendix IV.A—3, Page 6 of 13

Appendix IV.A—3, Page 7 of 13

ResCap Board Membership
January 1, 2008 – December 31, 2008

| | Affiliate | Jan-08 | Feb-08 | Mar-08 | Apr-08 | May-08 | Jun-08 | Jul-08 | Aug-08 | Sep-08 | Oct-08 | Nov-08 | Dec-08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Paul Bossidy | R | **Relevant Dates: 3/2007 – 4/2008** <br> Board Roles: Board Member | | | | | | | | | | | |
| David DeBrunner | D | | | | | | **Relevant Dates: 6/2008 – 7/2009 (originally appointed 4/2008 but recinded ab initio)** <br> Board Roles: Board Member and Audit Committee <br> Dual Affiliate Positions: CAO, Controller, VP at AFI | | | | | | |
| Alvaro de Molina | D | **Relevant Dates: 8/2007 – 3/2009** <br> Board Roles: Board Member <br> Dual Affiliate Positions: COO (8/2007 – 4/2008); Exec. Committee (8/2007 – 11/2009); CEO (4/2008 – 11/2009) at AFI | | | | | | | | | | | |
| Eric Feldstein | D | **Relevant Dates: 8/2004 – 4/2008** <br> Board Roles: Board Member; Exec. Committee (9/2004 – 4/2008) | | | | | | | | | | | |
| Karin Hirtler-Garvey | I | | | | | | **Relevant Dates: 6/2008 – 6/2009** <br> Board Roles: Independent Director; Chair of Audit Committee (6/2008 – 6/2009); Special Oversight Committee | | | | | | |
| Thomas Jacob | I | **Relevant Dates: 4/2005 – 4/2008** <br> Board Roles: Independent Director; Chair of Audit Committee | | | | | | | | | | | |
| James Jones | R | **Relevant Dates: 3/2007 – 8/2008** <br> Board Roles: Board Member; Exec. Committee <br> ResCap Officer Title: President and CEO (6/2007 – 7/2008) | | | | | | | | | | | |
| Sanjiv Khattri | D | **Relevant Dates: 8/2004 – 4/2008** <br> Board Roles: Board Member; Exec. Committee <br> ResCap Officer Titles: CFO (4/2007 – 3/2008) <br> Dual Affiliate Positions: Exec. VP (3/2004 – 5/2008) at AFI | | | | | | | | | | | |
| Ronald Kravit | D | **Relevant Dates: 3/2007 – 3/2009** <br> Board Roles: Board Member <br> Dual Affiliate Positions: Managing Principal, Cerberus Real Estate | | | | | | | | | | | |
| Thomas Marano | D | | | | **Relevant Dates: 4/2008 – present** <br> Board Roles: Board Member, Audit and Exec. Committees; non-Exec. Chairman (as of 4/2008) <br> ResCap Officer Titles: CEO (as of 7/2008) <br> Dual Affiliate Positions: Cerberus (4/2008 – 4/2009) | | | | | | | | |

Appendix IV.A—3, Page 7 of 13

**Appendix IV.A—3, Page 8 of 13**

**ResCap Board Membership**
January 1, 2008 – December 31, 2008

| | Affiliate | Jan-08 | Feb-08 | Mar-08 | Apr-08 | May-08 | Jun-08 | Jul-08 | Aug-08 | Sep-08 | Oct-08 | Nov-08 | Dec-08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thomas Melzer | I | **Relevant Dates: 4/2005 – 4/2008** Board Roles: Independent Director; Audit Committee | | | | | | | | | | | |
| Michael Rossi | R | **Relevant Dates: 9/2007 – 3/2008** Board Roles: COB (9/2007 – 3/2008); Exec. Committee (11/2007 – 3/2008) | | | | | | | | | | | |
| Edward Smith | I | | | | | **Relevant Dates: 5/2008 – present** Board Roles: Independent Director; Audit, Special Oversight, and Independent Director Committees | | | | | | | |
| David Walker | D | **Relevant Dates: 9/2004 – 7/2009** Board Roles: Board Member; Dual Affiliate Positions: Group VP (3/2004 – 8/2009); Treasurer (12/2007 – 8/2009) at AFI | | | | | | | | | | | |
| Joshua Weintraub | D | | | | **Relevant Dates: 4/2008 – 3/2009** Board Roles: Vice Chairman; Exec. Committee; Dual Affiliate Positions: Cerberus (4/2008 – present) | | | | | | | | |
| James Young | R | | | | **Relevant Dates: 4/2008 – 5/2011** Board Roles: Board Member; ResCap Officer Titles: Deputy CFO (11/2007 – 3/2008); CFO (3/2008 – 5/2011) | | | | | | | | | |
| Linda Zukauckas | D | **Relevant Dates: 4/2005 – 6/2008** Board Roles: Board Member; Dual Affiliate Positions: CAO and Corporate Controller at AFI | | | | | | | | | | | |

Appendix IV.A—3, Page 9 of 13

**ResCap Board Membership**
January 1, 2009 – December 31, 2009

| | Affiliate | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| David DeBrunner | D | Relevant Dates: 6/2008 – 7/2009 (originally appointed 4/2008 but rescinded ab initio)<br>Board Roles: Board Member and Audit Committee<br>Dual Affiliate Positions: CAO, Controller; VP at Ally Bank & AFI | | | | | | | | | | | |
| Alvaro de Molina | D | Relevant Dates: 8/2007 – 3/2009<br>Board Roles: Board Member<br>Dual Affiliate Positions: CEO; Various positions at AFI | | | | | | | | | | | |
| Karin Hirtler-Garvey | I | Relevant Dates: 6/2008 – 6/2009<br>Board Roles: Independent Director, Audit Committee (6/2008 – 6/2009); Special Oversight Committee<br>Dual Affiliate Positions: GMAC Mgmt Comm. at AFI, Chief Risk Exec. at Ally Bank | | | | 5/2009: Resigns as Independent Director | | Chief Risk Officer, GMAC<br>Board Roles: Board Member; Audit and Independent Director Committees | | | | | |
| Ronald Kravit | D | Relevant Dates: 3/2007 – 3/2009<br>Board Roles: Board Member<br>Dual Affiliate Positions: Managing Principal, Cerberus Real Estate | | | | | | | | | | | |
| Thomas Marano | D | Relevant Dates: 4/2008 – present<br>Board Roles: Board Member; Audit and Exec. Committees; non-Exec. Chairman (as of 4/2008)<br>ResCap Officer Titles: CEO (as of 7/2008)<br>Dual Affiliate Positions: Cerberus (4/2008 – 4/2009); Chief Capital Markets Officer (3/2009 – present) at AFI | | | | | | | | | | | |
| Anthony Renzi | R | Relevant Dates: 3/2009 – 9/2009<br>Board Roles: Board Member and Exec. Committee<br>ResCap Officer Titles: Exec. Vice President and COO | | | | | | | | | | | |
| Edward Smith | I | Relevant Dates: 5/2008 – present<br>Board Roles: Independent Director, Audit, Special Oversight, and Independent Director Committees | | | | | | | | | | | |
| David Walker | D | Relevant Dates: 8/2004 – 7/2009<br>Board Roles: Board Member<br>Dual Affiliate Positions: Group VP (3/2004 – 8/2009); Treasurer (12/2007 – 8/2009) at AFI | | | | | | | | | | | |
| Joshua Weintraub | D | Relevant Dates: 4/2008 – 3/2009<br>Board Roles: Vice Chairman; Board Member; Exec. Committee<br>Dual Affiliate Positions: Cerberus (4/2008 – present) | | | | | | | | | | | |
| Pamela West | I | Relevant Dates: 5/2009 – present<br>Board Roles: Independent Director; Chair of Audit Committee; Special Oversight Committee | | | | | | | | | | | |
| James Young | R | Relevant Dates: 4/2008 – 5/2011<br>Board Roles: Board Member; Exec. Committee (3/2009 – 5/2011)<br>ResCap Officer Titles: CFO (3/2008 – 5/2011) | | | | | | | | | | | |

**ResCap Board Membership**
January 1, 2010 – December 31, 2010

| | Affiliate | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Steven Abreu | R | | | **Relevant Dates: 3/2010 – present** Board Roles: Board Member; Exec. Committee ResCap Officer Titles: President (as of 1/2010) | | | | | | | | | |
| Thomas Marano | D | **Relevant Dates: 4/2008 – present** Board Roles: Board Member; Audit and Exec. Committees; non-Exec. Chairman (as of 4/2008) ResCap Officer Titles: CEO (as of 7/2008) Dual Affiliate Positions: Chief Capital Markets Officer (3/2009 – present) at AFI | | | | | | | | | | | |
| Edward Smith | I | **Relevant Dates: 5/2008 – present** Board Roles: Independent Director; Audit, Special Oversight, and Independent Director Committees | | | | | | | | | | | |
| Pamela West | I | **Relevant Dates: 5/2009 – present** Board Roles: Independent Director; Chair of Audit Committee; Special Oversight Committee | | | | | | | | | | | |
| James Young | R | **Relevant Dates: 4/2008 – 5/2011** Board Roles: Board Member; Exec. Committee (3/2009 – 5/2011) ResCap Officer Titles: CFO (3/2008 – 5/2011) | | | | | | | | | | | |

Appendix IV.A—3, Page 11 of 13

ResCap Board Membership
January 1, 2011 – December 31, 2011

| | Affiliate | Jan-11 | Feb-11 | Mar-11 | Apr-11 | May-11 | Jun-11 | Jul-11 | Aug-11 | Sep-11 | Oct-11 | Nov-11 | Dec-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Steven Abreu | R | **Relevant Dates: 3/2010 – present** Board Roles: Board Member; Exec. Committee ResCap Officer Titles: President (as of 1/2010) | | | | | | | | | | | |
| Jonathan Ilany | I | | | | | | | | | | | **Relevant Dates: 11/2011 – present** Board Roles: Independent Director; Audit and Special Review Committees | |
| John Mack | I | | | | | | | | | | | **Relevant Dates: 11/2011 – present** Board Roles: Independent Director; Audit and Special Review Committees | |
| Thomas Marano | D | **Relevant Dates: 4/2008 – present** Board Roles: Board Member; Audit and Exec. Committee Member; non-Exec. Committee Member (as of 4/2008) ResCap Officer Titles: CEO (as of 7/2008) Dual Affiliate Positions: Chief Capital Markets Officer (3/2009 – present) at AFI | | | | | | | | | | | |
| Edward Smith | I | **Relevant Dates: 5/2008 – present** Board Roles: Independent Director; Audit, Special Oversight, and Independent Director Committees | | | | | | | | | | | |
| Pamela West | I | **Relevant Dates: 5/2009 – present** Board Roles: Independent Director; Chair of Audit; Special Oversight and Consent Order Compliance (as of 5/2011) Committees | | | | | | | | | | | |
| James Whitlinger | R | | | | | **Relevant Dates: 5/2011 – present** Board Roles: Board Member; Exec. Committee ResCap Officer Titles: CFO (5/2011 – present) | | | | | | | |
| James Young | R | **Relevant Dates: 4/2008 – 5/2011** Board Roles: Board Member; Exec. Committee (3/2009 – 5/2011) ResCap Officer Titles: CFO (3/2008 – 5/2011) Dual Affiliate Positions: CFO (as of 7/2011) at Ally Bank | | | | | | | | | | | |

Appendix IV.A—3, Page 12 of 13

ResCap Board Membership
January 1, 2012 – May 31, 2012

| | Affiliate | Jan-12 | Feb-12 | Mar-12 | Apr-12 | May-12 |
|---|---|---|---|---|---|---|
| Steven Abreu | R | **Relevant Dates: 3/2010 – present** <br> Board Roles: Board Member; Exec. Committee <br> ResCap Officer Titles: President (as of 1/2010) | | | | |
| Jonathan Ilany | I | **Relevant Dates: 1/2011 – present** <br> Board Roles: Independent Director; Audit and Special Review Committees | | | | |
| John Mack | I | | **Relevant Dates: 11/2011 – present** <br> Board Roles: Independent Director; Audit; Chair of Compensation Committee (as of 3/2012); and Special Review Committee | | | |
| Thomas Marano | D | **Relevant Dates: 4/2008 – present** <br> Board Roles: Board Member; Audit and Exec. Committees; non-Exec. Chairman (as of 4/2008) <br> ResCap Officer Titles: CEO (as of 7/2008) <br> Dual Affiliate Positions: Chief Capital Markets Officer (3/2009 – present) at AFI | | | | |
| Edward Smith | I | **Relevant Dates: 5/2008 – present** <br> Board Roles: Independent Director; Audit; Special Oversight, and Independent Director Committees | | | | |
| Pamela West | I | **Relevant Dates: 5/2009 – present** <br> Board Roles: Independent Director; Chair of Audit; Special Oversight, Consent Order Compliance (as of 5/2011), and Compensation (as of 3/2012) Committees | | | | |
| James Whitlinger | R | **Relevant Dates: 5/2011 – present** <br> Board Roles: Board Member; Exec. Committee <br> ResCap Officer Titles: CFO (5/2011 – present) | | | | |

**Appendix IV.A—3**, Page 13 of 13

**Dual-Affiliated ResCap Directors:**

| | |
|---|---|
| David DeBrunner: | Director on ResCap Board from 2008 – 2009; Chief Accounting Officer and Controller at AFI, 2007 – present |
| Alvaro de Molina: | Director on ResCap Board from 2007 – 2009; Cerberus 2007 – 2008; various positions at AFI from 2008 – 2009, last position CEO |
| Eric Feldstein: | Director on ResCap Board from 2004 – 2008; various positions at AFI from 1996 – 2008, last position CEO |
| Ronald Kravit: | Director on ResCap Board from 2007 – 2009; at Cerberus, 1996 – present |
| Jerome Van Orman: | Director on ResCap Board from 2004 – 2005; various positions at AFI from 1990 – 2007, last position Group Vice President and CFO for North American Operations; Director on Ally Bank Board, 2005 – 2007 |
| David Walker: | Director on ResCap Board from 2000 – 2009; various positions at AFI from 1985 – 2009, last position Treasurer and Group Vice President |
| Joshua Weintraub: | Director on ResCap Board from 2008 – 2009; at Cerberus from 2008 – present |
| Linda Zukauckas: | Director on ResCap Board from 2005 – 2008; various positions at AFI from 2000 – 2011, last position Managing Director, Corporate Strategy |

Appendix IV.A—3, Page 13 of 13

**Residential Capital, LLC**
**Independent Director Annual Compensation (By Type)**
2005 – 2012

| Compensation Arrangement | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 [1] | 2012 [2] |
|---|---|---|---|---|---|---|---|---|
| Base compensation | Not disclosed | $ 100,000 | $ 110,000 | $ 110,000 | $ 110,000 | $ 110,000 | $ 120,000 | $ 180,000 |
| Audit committee member | Not disclosed | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Audit committee chair | Not disclosed | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| Compensation committee member | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 10,000 |
| Compensation committee chair | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 20,000 |
| Meeting fee (per meeting) | N/A | N/A | N/A | N/A | N/A | N/A | 1,500 | 1,500 |
| 2011 true-up for 2012 comp plan – base compensation | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 60,000 |
| 2011 true-up for 2012 comp plan – meeting fee (per meeting) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1,500 |
| Supplemental compensation [3] | N/A | N/A | 100,000 | 100,000 | 100,000 | 100,000 | N/A | N/A |

[1] 2011 base compensation was increased from $120,000 to 180,000 due to retroactive application of 2012 compensation plan. This true-up was paid in 2012.

[2] 2012 compensation plan also removed the $25,000 cap on meeting fees retroactively for 2011. This true-up for additional meeting fees was paid in 2012.

[3] Supplemental compensation of $100,000 was approved at the February 1, 2008 Board meeting.

Source: E-mail from W. Hasson (Jan. 8, 2007) at EXAM10164167 [EXAM10164165]; E-mail from D. Marple (Jan. 9, 2007) [EXAM10165583]; Minutes of a Special Meeting of the Board of Directors of Residential Capital Corporation, Oct. 19, 2006, at RC4000616 [RC4000748]; Minutes of a Special Meeting of the Board of Directors of Residential Capital, LLC, Feb. 1, 2008, at RC40005653–54 [RC40005652]; Karin Hirtler-Garvey—Independent Board Member payment schedule [EXAM00294336]; Spreadsheet, PAYMENT INFO BY VEND Number, Edward F. Smith, III [EXAM00294352]; Spreadsheet reflecting payments to Pamela E. West [EXAM00294341]; E-mail from T. Hamzehpour to C. Kollenberg (Dec. 3, 2010) [EXAM10357376]; E-mail from C. Kollenberg to T. Hamzehpour (Jan. 10, 2011) [EXAM20136494]; Minutes of a Special Meeting of the Board of Residential Capital, LLC, Jan. 27, 2011, at RC4001S421–22 [RC4001S411]; Unanimous Written Consent of the Management Members of the Board of Directors of Residential Capital, LLC, dated Dec. 9, 2011, at RC4001S728 [RC4001S411]; Unanimous Written Consent of the Management Members of the Board of Directors of Residential Capital, LLC, May 4, 2012 at RC4001921418 [RC4001917S].

Appendix IV.B.1.d—2, Page 1 of 1

**Residential Capital, LLC**
**Independent Director Annual Compensation (By Director)[1]**
2005 – 2012

| Independent Director | 2005[2] | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|
| Thomas Jacob[2] | Not disclosed | $ 130,000 | $ 130,000 | $ 80,000 | N/A | N/A | N/A | N/A |
| Thomas Melzer[2] | Not disclosed | 110,000 | 110,000 | 73,333 | N/A | N/A | N/A | N/A |
| Edward Smith | N/A | N/A | N/A | 190,877 | $ 230,000 | $ 210,000 | $ 155,000 | $ 409,500 |
| Karin Hirtler-Garvey | N/A | N/A | N/A | 225,184 | 146,667 | N/A | N/A | N/A |
| Pamela West | N/A | N/A | N/A | N/A | 97,500 | 219,167 | 175,000 | 464,500 |
| Jonathan Ilany[3] | N/A | N/A | N/A | N/A | N/A | N/A | - | 373,000 |
| John Mack[3] | N/A | N/A | N/A | N/A | N/A | N/A | - | 409,000 |
| Total | - | $ 240,000 | $ 240,000 | $ 569,394 | $ 474,167 | $ 429,167 | $ 330,000 | $ 1,656,000 |
| Average annual compensation per director[4] | - | $ 120,000 | $ 120,000 | $ 230,000 | $ 230,000 | $ 214,583 | $ 165,000 | $ 414,000 |

[1] Compensation reported by year on cash basis.

[2] 2005 compensation data was not disclosed; Jacob and Melzer 2006–2008 compensation is extrapolated from cited sources.

[3] Note that Ilany and Mack each were paid $31,500 in January, 2012 for their 2011 partial-year service on the ResCap Board.

[4] Annual compensation averages exclude directors who served partial years; the 2008 "average" reflects the 2008 payment arrangement because no Independent Director served a full year.

Source: E-mail from W. Hasson (Jan. 8, 2007) at EXAM10164167 [EXAM10164165]; E-mail from D. Marple (Jan. 9, 2007) [EXAM10165583]; Minutes of a Special Meeting of the Board of Directors of Residential Capital Corporation, Oct. 19, 2006, at RC40006816 [RC40006748]; Proposed 2008 Compensation Plan for ResCap Independent Directors, dated Jan. 31, 2008, at RC40007277 [RC40007261]; Minutes of a Special Meeting of the Board of Directors of Residential Capital, LLC, Feb. 1, 2008, at RC40005653–54 [RC40005652]; Minutes of a Meeting of the Special Committee of the Independent Directors of the Board of Residential Capital, LLC, Mar. 25, 2008, at RC40006622 [RC40006611]; E-mail from T. Hamzehpour to R. Hull (Apr. 30, 2008) [EXAM10248306]; E-mail from C. Quenneville (May 23, 2008) [EXAM11234420]; Spreadsheet, PAYMENT INFO BY VEND Number, Edward F. Smith, III [EXAM00294352]; Spreadsheet, PAYMENT INFO BY VEND Number, Karin Hirtler-Garvey, [EXAM00294334]; Spreadsheet reflecting payments to Pamela E. West [EXAM00294341]; Spreadsheet, PAYMENT INFO BY VEND Number, Jonathan Ilany [EXAM00294335]; Spreadsheet, PAYMENT INFO BY VEND Number, John E. Mack [EXAM00294337].

**Appendix IV.B.1.d—3**, Page 1 of 11

Residential Capital, LLC
Independent Director Payment Information by VEND Number
June 2008 – April 2009

| Unit | Remit Vndr | Name | Amount | Voucher | Invoice | Invoice Date | Check Number | Payment Date | GL Unit | Acct | Dept ID | Descr | Type |
|------|-----------|------|--------|---------|---------|--------------|--------------|--------------|---------|------|---------|-------|------|
| RFC2 | 2000020242 | KARIN HIRTLER-GARVEY | 111,666.67 | 20500855 | 060108 | 6/25/2008 | 725557 | 6/25/2008 | 10010 | 5050200002 | 1309 | JUNE 2008 PAYMENT | CHK |
| RFC2 | 2000020242 | KARIN HIRTLER-GARVEY | 11,666.67 | 20500856 | 070108 | 6/25/2008 | 725557 | 6/25/2008 | 10010 | 5050200002 | 1309 | JULY 2008 PAYMENT | CHK |
| RFC2 | 2000020242 | KARIN HIRTLER-GARVEY | 11,666.67 | 20503046 | 072408 | 7/24/2008 | 726616 | 7/28/2008 | 10010 | 5050200002 | 1309 | AUGUST 2008 PAYMENT | CHK |
| RFC2 | 2000020242 | KARIN HIRTLER-GARVEY | 11,666.67 | 20505412 | 090108 | 8/18/2008 | 727550 | 8/26/2008 | 10010 | 5050200002 | 1309 | SEPTEMBER 08 PAYMENT | CHK |
| RFC2 | 2000020242 | KARIN HIRTLER-GARVEY | 31,850.56 | 20505917 | 6240-258 | 8/30/2008 | 727778 | 9/5/2008 | 10010 | 5020600008 | 7000 | BOARD MEMBER AUTO ALLOWANCE | CHK |
| RFC2 | 2000020242 | KARIN HIRTLER-GARVEY | 11,666.67 | 20507208 | 100108 | 9/24/2008 | 728368 | 9/25/2008 | 10010 | 5050200002 | 1309 | OCTOBER 2008 PAYMENT | CHK |
| RFC2 | 2000020242 | KARIN HIRTLER-GARVEY | 11,666.67 | 20508922 | 110108 | 10/20/2008 | 086738 | 10/24/2008 | 10010 | 5050200002 | 1309 | NOV 2008 PAYMENT | EFT |
| RFC2 | 2000020242 | KARIN HIRTLER-GARVEY | 11,666.67 | 20511940 | 120108 | 11/24/2008 | 086930 | 11/26/2008 | 10010 | 5050200002 | 1309 | DECEMBER 2008 PAYMENT | EFT |
| RFC2 | 2000020242 | KARIN HIRTLER-GARVEY | 11,666.67 | 20513593 | 121808-HIRTLER-GARVEY | 12/18/2008 | 087105 | 12/29/2008 | 10010 | 5050200002 | 1309 | DEC 2008 PAYMENT | EFT |
| RFC2 | 2000020242 | KARIN HIRTLER-GARVEY | 11,666.67 | 20516144 | 02012009 | 2/1/2009 | 087286 | 2/6/2009 | 10010 | 5050200002 | 1309 | FEB 2009 PAYMENT | EFT |
| RFC2 | 2000020242 | KARIN HIRTLER-GARVEY | 11,666.67 | 20516978 | 030109 | 2/18/2009 | 087346 | 2/20/2009 | 10010 | 5050200002 | 1309 | MARCH 2009 PAYMENT | EFT |
| RFC2 | 2000020242 | KARIN HIRTLER-GARVEY | 111,666.67 | 20518915 | 031809 | 3/18/2009 | 087494 | 3/27/2009 | 10010 | 5050200002 | 1309 | APRIL 2009 PAYMENT | EFT |
| RFC2 | 2000020242 | KARIN HIRTLER-GARVEY | 11,666.67 | 20520424 | 04212009 | 4/21/2009 | 087657 | 4/24/2009 | 10010 | 5050200002 | 1309 | May 2009 Payment | EFT |

*Source: Spreadsheet, PAYMENT INFO BY VEND Number, Karin Hirtler-Garvey [EXAM00294334].*

Appendix IV.B.1.d—3, Page 1 of 11

Appendix IV.B.1.d—3, Page 2 of 11

Residential Capital, LLC
Independent Director Payment Information by VEND Number
January 2012 – January 2013

| Unit | Remit Vndr | Name | Amount | Voucher | Invoice | Invoice Date | Check Number | Payment Date | GL Unit | Acct | Dept ID | Descr | Type |
|------|-----------|------|--------|---------|---------|--------------|--------------|--------------|---------|------|---------|-------|------|
| RFC2 | 2000029097 | JONATHAN ILANY | 22,500.00 | 20541944 | 01052012 | 1/5/2012 | 090013 | 1/13/2012 | 10010 | 5050700001 | 1309 | 2011 Dir Fee Pro Rata | EFT |
| RFC2 | 2000029097 | JONATHAN ILANY | 9,000.00 | 20542025 | 01122012 | 1/12/2012 | 090024 | 1/20/2012 | 10010 | 5860041001 | 1309 | Dir Pmt - 2011 Mtg Adj | EFT |
| RFC2 | 2000029097 | JONATHAN ILANY | 15,833.33 | 20542026 | Jan 2012 Dir Pmt | 1/12/2012 | 090024 | 1/20/2012 | 10010 | 5860041001 | 1309 | Jan 2012 Dir Payment | EFT |
| RFC2 | 2000029097 | JONATHAN ILANY | 15,833.33 | 20542094 | 02012012 | 2/1/2012 | 090038 | 2/3/2012 | 10010 | 5860041001 | 1309 | Feb 2012 Dir Payment Fee | EFT |
| RFC2 | 2000029097 | JONATHAN ILANY | 15,833.33 | 20542360 | 03012012 | 3/1/2012 | 090063 | 3/2/2012 | 10010 | 5860041001 | 1309 | March Director Fee Payment | EFT |
| RFC2 | 2000029097 | JONATHAN ILANY | 15,833.33 | 20542576 | 04032012 | 4/3/2012 | 090098 | 4/5/2012 | 10010 | 5050200002 | 1309 | April Director Fee Payment | EFT |
| RFC2 | 2000029097 | JONATHAN ILANY | 18,000.00 | 20542667 | Q1 Mtg Comp | 3/28/2012 | 090113 | 4/19/2012 | 10010 | 5050200002 | 1309 | Q1 Dir Mtg Compensation | EFT |
| RFC2 | 2000029097 | JONATHAN ILANY | 15,833.33 | 20542768 | May Dir Pmt | 5/1/2012 | 090130 | 5/3/2012 | 10010 | 5050200002 | 1309 | May Director Fee Payment | EFT |
| RFC2 | 2000029097 | JONATHAN ILANY | 36,000.00 | 20542835 | 05112012 | 5/11/2012 | WIR0B | 5/13/2012 | 10010 | 5050200002 | 1309 | BD COMM MTG FEES | Wired from Treasury Cash Desk |
| RFC2 | 2000029097 | JONATHAN ILANY | 15,833.33 | 20542849 | 06012012 | 6/1/2012 | 090148 | 6/15/2012 | 10010 | 5050200002 | 1309 | June Director Fee Payment | EFT |
| RFC2 | 2000029097 | JONATHAN ILANY | 15,833.33 | 20543009 | 7022012 JUL DIR PMT | 7/2/2012 | 090161 | 7/6/2012 | 10010 | 5050200002 | 1309 | JULY DIRECTOR FEE PMT | EFT |
| RFC2 | 2000029097 | JONATHAN ILANY | 7,500.00 | 20543057 | 07062012 | 7/6/2012 | 090172 | 7/19/2012 | 10010 | 5050200002 | 1309 | Q2 Comp for Meetings Attended | EFT |
| RFC2 | 2000029097 | JONATHAN ILANY | 15,833.33 | 20543147 | 08012012 | 8/1/2012 | 090185 | 8/2/2012 | 10010 | 5050200002 | 1309 | Aug Director Fee Payment | EFT |
| RFC2 | 2000029097 | JONATHAN ILANY | 15,833.33 | 20543405 | 09012012 | 9/1/2012 | 090217 | 9/6/2012 | 10010 | 5050200002 | 1309 | Sept Director Payment | EFT |
| RFC2 | 2000029097 | JONATHAN ILANY | 15,833.33 | 20543710 | 10012012 | 10/1/2012 | 090242 | 10/4/2012 | 10010 | 5050200002 | 1309 | October Dir Fee Pmt | EFT |
| RFC2 | 2000029097 | JONATHAN ILANY | 31,500.00 | 20543716 | 09282012 | 9/28/2012 | 090242 | 10/4/2012 | 10010 | 5050200002 | 1309 | Comp Pmt for 3Q Mtgs Attended | EFT |
| RFC2 | 2000029097 | JONATHAN ILANY | 15,833.33 | 20544172 | 11012012 | 11/1/2012 | 090279 | 11/8/2012 | 10010 | 5050200002 | 1309 | November Dir Fee Payment | EFT |
| RFC2 | 2000029097 | JONATHAN ILANY | 15,833.33 | 20544536 | 12012012 | 12/1/2012 | 090309 | 12/6/2012 | 10010 | 5050200002 | 1309 | Dec Director Fee Payment | EFT |
| RFC2 | 2000029097 | JONATHAN ILANY | 58,500.00 | 20544934 | 12212012 | 12/21/2012 | 090337 | 12/27/2012 | 10010 | 5050200002 | 1309 | 4Q Mtg Compensation Pmt | EFT |
| RFC2 | 2000029097 | JONATHAN ILANY | 15,833.33 | 20545050 | 01092013 | 1/9/2013 | 090357 | 1/17/2013 | 10010 | 5050200002 | 1309 | January Director Comp. Pmt | EFT |

Source: Spreadsheet, PAYMENT INFO BY VEND Number, Jonathan Ilany [EX4M00294335].

Appendix IV.B.1.d—3, Page 2 of 11

Appendix IV.B.1.d—3, Page 3 of 11

**Residential Capital, LLC**
**Independent Director Payment Information by VEND Number**
January 2012 – January 2013

| Unit | Remit Vndr | Name | Amount | Voucher | Invoice | Invoice Date | Check Number | Payment Date | GL Unit | Acct | Dept ID | Deser | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RFC2 | 2000029098 | JOHN E MACK | 22,500.00 | 20541943 | 01052012 | 1/5/2012 | 090032 | 1/27/2012 | 10010 | 5050700001 | 1309 | 2011 Retainer pro-rata Dir Fee | EFT |
| RFC2 | 2000029098 | JOHN E MACK | 9,000.00 | 20542069 | 01122012 | 1/12/2012 | 090032 | 1/27/2012 | 10010 | 586041001 | 1309 | Pay Adj for 2011 Comm Mtgs | EFT |
| RFC2 | 2000029098 | JOHN E MACK | 15,833.33 | 20542070 | Jan 2012 Dir Fee | 1/12/2012 | 090032 | 1/27/2012 | 10010 | 586041001 | 1309 | Feb 2012 Dir Fee Pmt | EFT |
| RFC2 | 2000029098 | JOHN E MACK | 15,833.33 | 20542097 | 02012012 | 2/1/2012 | 090039 | 2/3/2012 | 10010 | 586041001 | 1309 | March Director Fee Payment | EFT |
| RFC2 | 2000029098 | JOHN E MACK | 15,833.33 | 20542363 | 03012012 | 3/1/2012 | 090064 | 3/2/2012 | 10010 | 586041001 | 1309 | April Director Fee Payment | EFT |
| RFC2 | 2000029098 | JOHN E MACK | 18,000.00 | 20542579 | 04032012 | 4/3/2012 | 090099 | 4/5/2012 | 10010 | 5050200002 | 1309 | Q1 Mtg Comp | EFT |
| RFC2 | 2000029098 | JOHN E MACK | 7,500.00 | 20542666 | Q1 Mtg Comp | 3/28/2012 | 090114 | 4/19/2012 | 10010 | 5050200002 | 1309 | Q1 Mtg Comp Difference | EFT |
| RFC2 | 2000029098 | JOHN E MACK | 15,833.33 | 20542676 | Q1 Mtg Comp Difference | 3/28/2012 | 090116 | 4/19/2012 | 10010 | 5050200002 | 1309 | May Director Payment Fee | EFT |
| RFC2 | 2000029098 | JOHN E MACK | 15,833.33 | 20542772 | May Dir Pmt | 5/1/2012 | 090131 | 5/3/2012 | 10010 | 5050200002 | 1309 | | EFT |
| RFC2 | 2000029098 | JOHN E MACK | 34,500.00 | 20542832 | 05112012 | 5/11/2012 | WIRMTG | 5/13/2012 | 10010 | 5050200002 | 1309 | BD MTG FEES | Wired from Treasury Cash Desk |
| RFC2 | 2000029098 | JOHN E MACK | 15,833.33 | 20542852 | 06012012A | 6/1/2012 | 090149 | 6/15/2012 | 10010 | 5050200002 | 1309 | June Director Fee Payment | EFT |
| RFC2 | 2000029098 | JOHN E MACK | 15,833.33 | 20543012 | 7022012 JUL DIR PMT | 7/2/2012 | 090162 | 7/6/2012 | 10010 | 5050200002 | 1309 | JULY DIRECTOR FEE PMT | EFT |
| RFC2 | 2000029098 | JOHN E MACK | 6,000.00 | 20543059 | 07062012 | 7/6/2012 | 090173 | 7/19/2012 | 10010 | 5050200002 | 1309 | Q2 Comp for Mtgs Attended | EFT |
| RFC2 | 2000029098 | JOHN E MACK | 17,499.99 | 20543150 | 08012012 | 8/1/2012 | 090186 | 8/2/2012 | 10010 | 5050200002 | 1309 | August Dir Fee Pmt | EFT |
| RFC2 | 2000029098 | JOHN E MACK | 4,316.92 | 20543156 | CR070612MACK | 7/6/2012 | 090191 | 8/9/2012 | 10010 | 5050200002 | 1309 | CR070612MACK | EFT |
| RFC2 | 2000029098 | JOHN E MACK | 2,349.72 | 20543158 | PCR070612MAC | 7/6/2012 | 090213 | 8/30/2012 | 10010 | 5050200002 | 1309 | | EFT |
| RFC2 | 2000029098 | JOHN E MACK | 17,499.99 | 20543408 | 09012012 | 9/1/2012 | 090218 | 9/6/2012 | 10010 | 5050200002 | 1309 | Sept Director Pmt | EFT |
| RFC2 | 2000029098 | JOHN E MACK | 17,499.99 | 20543713 | 10012012 | 10/1/2012 | 090248 | 10/4/2012 | 10010 | 5050200002 | 1309 | October Director Fee Pmt | EFT |
| RFC2 | 2000029098 | JOHN E MACK | 37,500.00 | 20543714 | 09282012 | 9/28/2012 | 090248 | 10/4/2012 | 10010 | 5050200002 | 1309 | Comp Pmt for 3Q Mtgs Attended | EFT |
| RFC2 | 2000029098 | JOHN E MACK | 17,499.99 | 20544175 | 11012012 | 11/1/2012 | 090266 | 11/8/2012 | 10010 | 5050200002 | 1309 | November Dir Fee Payment | EFT |
| RFC2 | 2000029098 | JOHN E MACK | 17,499.99 | 20544539 | 12012012 | 12/1/2012 | 090310 | 12/6/2012 | 10010 | 5050200002 | 1309 | Dec Director Fee Payment | EFT |
| RFC2 | 2000029098 | JOHN E MACK | 69,000.00 | 20544933 | 12212012 | 12/21/2012 | 090338 | 12/27/2012 | 10010 | 5050200002 | 1309 | 4Q Mtg Compensation Pmt | EFT |
| RFC2 | 2000029098 | JOHN E MACK | 17,499.99 | 20545051 | 01092013 | 1/9/2013 | 090358 | 1/17/2013 | 10010 | 5050200002 | 1309 | January Director Comp. Pmt | EFT |

Source: Spreadsheet, PAYMENT INFO BY VEND Number, John E. Mack [EXAM00294337].

Appendix IV.B.1.d—3, Page 3 of 11

Residential Capital, LLC
Independent Director Payment Information by VEND Number
May 2009 - January 2013

| Unit | Remit Vndr | Name | Amount | Voucher | Invoice | Invoice Date | Check Number | Payment Date | G.L. Unit | Acct | Dept ID | Descr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RFC2 | 2000020838 | PAMELA E WEST | 10,833.33 | 20522900 | 5082009 | 5/8/2009 | 733811 | 6/12/2009 | 10010 | 5050200002 | 1309 | MAY 09 DIRECTOR PAYMENT |
| RFC2 | 2000020838 | PAMELA E WEST | 10,833.33 | 20522901 | 6082009 | 6/8/2009 | 733811 | 6/12/2009 | 10010 | 5050200002 | 1309 | JUNE 2009 DIRECTOR PAYMENT |
| RFC2 | 2000020838 | PAMELA E WEST | 10,833.33 | 20523457 | 7012009 | 7/1/2009 | 87942 | 6/26/2009 | 10010 | 5050200002 | 1309 | 7/1/2009 |
| RFC2 | 2000020838 | PAMELA E WEST | 10,833.33 | 20524655 | 08082009-WEST | 8/8/2009 | 88086 | 7/31/2009 | 10010 | 5050200002 | 1309 | 8/1/2009 |
| RFC2 | 2000020838 | PAMELA E WEST | 10,833.33 | 20526182 | 09082009-WEST | 9/8/2009 | 88201 | 8/31/2009 | 10010 | 5050200002 | 1309 | SEPT 09 DIRECTOR PAYMENT |
| RFC2 | 2000020838 | PAMELA E WEST | 10,833.33 | 20527623 | 9252009 | 9/25/2009 | 88339 | 9/30/2009 | 10010 | 5050200002 | 1309 | OCTOBER 2009 DIRECTOR PYMT |
| RFC2 | 2000020838 | PAMELA E WEST | 10,833.33 | 20529334 | 11082009 | 11/8/2009 | 88499 | 11/6/2009 | 10010 | 5050200002 | 1309 | NOV 2009 DIRECTOR PAYMENT |
| RFC2 | 2000020838 | PAMELA E WEST | 10,833.33 | 20530134 | 12082009-WEST | 12/8/2009 | 88629 | 12/3/2009 | 10010 | 5050200002 | 1309 | DEC 2009 PAYMENT |
| RFC2 | 2000020838 | PAMELA E WEST | 10,833.33 | 20531374 | 1082010 | 1/8/2010 | 88754 | 12/29/2009 | 10010 | 5050200002 | 1309 | 01/08/2010 PAYMENT |
| RFC2 | 2000020838 | PAMELA E WEST | 10,833.33 | 20532099 | 2082010 | 2/8/2010 | 88819 | 1/25/2010 | 10010 | 5050200002 | 1309 | FEBRUARY DIRECTOR FEE |
| RFC2 | 2000020838 | PAMELA E WEST | 10,833.33 | 20533144 | 3012010 | 3/1/2010 | 88906 | 2/26/2010 | 10010 | 5050200002 | 1309 | MARCH DIRECTOR FEE PAYMENT |
| RFC2 | 2000020838 | PAMELA E WEST | 10,833.33 | 20534143 | 4012010 | 4/1/2010 | 89001 | 3/31/2010 | 10010 | 5050200002 | 1309 | APRIL DIRECTOR FEE PAYMENT |
| RFC2 | 2000020838 | PAMELA E WEST | 100,000.00 | 20534713 | 41310 | 4/13/2010 | 89056 | 4/16/2010 | 10010 | 5050200002 | 1309 | Independent Board Member Fee |
| RFC2 | 2000020838 | PAMELA E WEST | 10,833.33 | 20534992 | 4262010 | 4/26/2010 | 89089 | 4/30/2010 | 10010 | 5050200002 | 1309 | MAY 2010 DIRECTOR FEE PAYMENT |
| RFC2 | 2000020838 | PAMELA E WEST | 10,833.33 | 20535809 | 6012010 | 6/1/2010 | 89163 | 5/28/2010 | 10010 | 5050200002 | 1309 | June Director Fee Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 10,833.33 | 20536361 | 7012010 | 7/1/2010 | 89243 | 6/30/2010 | 10010 | 5050200002 | 1309 | July Director Fee Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 10,833.33 | 20536857 | 8012010 | 8/1/2010 | 89307 | 7/30/2010 | 10010 | 5050200002 | 1309 | August Director Fee Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 10,833.33 | 20537331 | 9012010 | 9/1/2010 | 89365 | 8/27/2010 | 10010 | 5050200002 | 1309 | September Director Fee Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 10,833.33 | 20537764 | 10012010 | 10/1/2010 | 89416 | 9/30/2010 | 10010 | 5050200002 | 1309 | OCTOBER DIRECTOR FEE PAYMENT |
| RFC2 | 2000020838 | PAMELA E WEST | 10,833.33 | 20538184 | 11012010 | 11/1/2010 | 89477 | 10/29/2010 | 10010 | 5050200002 | 1309 | November Director Fee Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 10,833.33 | 20538599 | 12012010 | 12/1/2010 | 89535 | 11/30/2010 | 10010 | 5050200002 | 1309 | December Director Fee Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 11,666.67 | 20539014 | 1012011 | 1/1/2011 | 89599 | 1/7/2011 | 10010 | 5050200002 | 1309 | January 2011 Director Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 12,500.00 | 20539375 | 2012011 | 2/1/2011 | 89646 | 2/4/2011 | 10010 | 5050200002 | 1309 | February Director Fee Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 833.33 | 20539412 | 20411 | 2/4/2011 | 89654 | 2/11/2011 | 10010 | 5050700001 | 1309 | INDEPENDENT DIRECTOR. |
| RFC2 | 2000020838 | PAMELA E WEST | 12,500.00 | 20539664 | 3012011 | 3/1/2011 | 89687 | 3/4/2011 | 10010 | 5050200002 | 1309 | March Director Fee Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 12,500.00 | 20540044 | 4012011 | 4/1/2011 | 89725 | 4/8/2011 | 10010 | 5050200002 | 1309 | April Director Fee Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 9,000.00 | 20540192 | 41411 | 4/14/2011 | 89750 | 4/22/2011 | 10010 | 5050700001 | 1309 | First Qtr 2011 Director Comp |
| RFC2 | 2000020838 | PAMELA E WEST | 12,500.00 | 20540300 | 5022011 | 5/2/2011 | 89773 | 5/6/2011 | 10010 | 5050200002 | 1309 | May Director Fee Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 12,500.00 | 20540563 | 6012011 | 6/1/2011 | 89808 | 6/3/2011 | 10010 | 5050200002 | 1309 | June Director Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 12,500.00 | 20540756 | 7012011 | 7/1/2011 | 89843 | 7/8/2011 | 10010 | 5050200002 | 1309 | July Director Fee Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 12,500.00 | 20540921 | 8012011 | 8/1/2011 | 89875 | 8/5/2011 | 10010 | 5050200002 | 1309 | August Director Fee Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 3,000.00 | 20540924 | 7272011 | 7/27/2011 | 89875 | 8/5/2011 | 10010 | 5050200002 | 1309 | ResCap Director Comp Q1 |
| RFC2 | 2000020838 | PAMELA E WEST | 12,500.00 | 20541114 | 9012011 | 9/1/2011 | 89915 | 9/2/2011 | 10010 | 5050200002 | 1309 | September Director Fee Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 12,500.00 | 20541277 | 10012011 | 10/1/2011 | 89945 | 10/7/2011 | 10010 | 5050200002 | 1309 | October Director Fee Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 12,500.00 | 20541447 | 11012011 | 11/1/2011 | 89972 | 11/4/2011 | 10010 | 5050200002 | 1309 | November Director Fee Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 13,000.00 | 20541584 | Q3 Dir Comp | 11/22/2011 | 89986 | 11/25/2011 | 10010 | 586041001 | 1309 | Rescap Dir Comp - Q3 2011 |

Residential Capital, LLC
Independent Director Payment Information by VEND Number
May 2009 - January 2013

| Unit | Remit Vndr | Name | Voucher | Amount | Invoice | Invoice Date | Check Number | Payment Date | GL Unit | Acct | Dept ID | Descr |
|------|-----------|------|---------|--------|---------|--------------|--------------|--------------|---------|------|---------|-------|
| RFC2 | 2000020838 | PAMELA E WEST | 20541617 | 12,500.00 | Dec 2011 Director Fees | 12/1/2011 | 89990 | 12/22/2011 | 10010 | 5050200002 | 1309 | December Director Fee Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 20541892 | 60,000.00 | 1052012 | 1/5/2012 | 90018 | 1/13/2012 | 10010 | 5050700001 | 1309 | Pay Adj for base comp for 2011 |
| RFC2 | 2000020838 | PAMELA E WEST | 20542024 | 51,500.00 | 1122012 | 1/12/2012 | 90027 | 1/20/2012 | 10010 | 586641001 | 1309 | Dir Pmt - 2011 Mtg Adj |
| RFC2 | 2000020838 | PAMELA E WEST | 20542028 | 17,500.00 | Jan 2012 Dir Pmt | 1/12/2012 | 90027 | 1/20/2012 | 10010 | 586641001 | 1309 | Jan 2012 Dir Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 20542096 | 17,500.00 | 2012012 | 2/1/2012 | 90037 | 2/3/2012 | 10010 | 586641001 | 1309 | Feb 2012 Dir Fee Pmt |
| RFC2 | 2000020838 | PAMELA E WEST | 20542362 | 17,500.00 | 3012012 | 3/1/2012 | 90062 | 3/2/2012 | 10010 | 586641001 | 1309 | March Director Fee Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 20542578 | 17,500.00 | 4032012 | 4/3/2012 | 90096 | 4/5/2012 | 10010 | 5050200002 | 1309 | April Director Fee Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 20542665 | 28,500.00 | Q1 Meeting Comp | 3/28/2012 | 90112 | 4/19/2012 | 10010 | 5050200002 | 1309 | Q1 Dir Mtg Compensation |
| RFC2 | 2000020838 | PAMELA E WEST | 20542771 | 17,500.00 | May Dir Payment | 5/1/2012 | 90129 | 5/3/2012 | 10010 | 5050200002 | 1309 | May Director Payment Fee |
| RFC2 | 2000020838 | PAMELA E WEST | 20542833 | 24,000.00 | 5112012 | 5/11/2012 | WIR0MT | 5/13/2012 | 10010 | 5050200002 | 1309 | |
| RFC2 | 2000020838 | PAMELA E WEST | 20542851 | 17,500.00 | 6012012 | 6/1/2012 | 90147 | 6/15/2012 | 10010 | 5050200002 | 1309 | June Director Fee Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 20543010 | 17,500.00 | 7022012 JUL DIR PMT | 7/2/2012 | 90160 | 7/6/2012 | 10010 | 5050200002 | 1309 | JULY DIRECTOR FEE PMT |
| RFC2 | 2000020838 | PAMELA E WEST | 20543056 | 4,500.00 | 7062012 | 7/6/2012 | 90170 | 7/19/2012 | 10010 | 5050200002 | 1309 | Q2 Comp for Mtgs Attended |
| RFC2 | 2000020838 | PAMELA E WEST | 20543149 | 18,833.33 | 8012012 | 8/1/2012 | 90184 | 8/2/2012 | 10010 | 5050200002 | 1309 | Aug Director Fee Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 20543157 | 2,158.46 | CR07061 2WEST | 7/6/2012 | 90190 | 8/9/2012 | 10010 | 5050200002 | 1309 | CR07061 2WEST |
| RFC2 | 2000020838 | PAMELA E WEST | 20543159 | 1,174.86 | PCR07061 2WEST | 7/6/2012 | 90212 | 8/30/2012 | 10010 | 5050200002 | 1309 | ORDINARY VENDOR - DO NOT PAY |
| RFC2 | 2000020838 | PAMELA E WEST | 20543407 | 18,333.33 | 9012012 | 9/1/2012 | 90216 | 9/6/2012 | 10010 | 5050200002 | 1309 | Sept Director Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 20543712 | 18,333.33 | 10012012 | 10/1/2012 | 90241 | 10/4/2012 | 10010 | 5050200002 | 1309 | October Director Fee Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 20543715 | 24,000.00 | 9282012 | 9/28/2012 | 90241 | 10/4/2012 | 10010 | 5050200002 | 1309 | Comp Pmt for 3Q Mtgs Attended |
| RFC2 | 2000020838 | PAMELA E WEST | 20544174 | 18,333.33 | 11012012 | 11/1/2012 | 90277 | 11/8/2012 | 10010 | 5050200002 | 1309 | November Dir Fee Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 20544538 | 18,333.33 | 12012012 | 12/1/2012 | 90306 | 12/6/2012 | 10010 | 5050200002 | 1309 | Dec Director Fee Payment |
| RFC2 | 2000020838 | PAMELA E WEST | 20544931 | 54,000.00 | 12212012 | 12/21/2012 | 90336 | 12/27/2012 | 10010 | 5050200002 | 1309 | 4Q Mtgs Attended Comp |

*Source: Spreadsheet reflecting payments to Pamela E. West [EXH00029434].*

Appendix IV.B.1.d—3, Page 6 of 11

Residential Capital, LLC
Independent Director Payment Information by VEND Number
May 2009 – January 2013

| Unit | Remit Vndr | Name | Amount | Voucher | Invoice | Invoice Date | Check Number | Payment Date | GL Unit | Acct | Dept ID | Descr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RFC2 | 2000020838 | PAMELA E WEST | 501.40 | 20523458 | 6222009 | 6/22/2009 | 87942 | 6/26/2009 | 10010 | 5050200002 | 1309 | EXPENSES |
| RFC2 | 2000020838 | PAMELA E WEST | 745.06 | 20527259 | 91009 | 9/10/2009 | 88280 | 9/18/2009 | 10010 | 5050200002 | 1309 | PAM WEST EXPENSES |
| RFC2 | 2000020838 | PAMELA E WEST | 868.40 | 20527608 | 91809 | 9/18/2009 | 88312 | 9/25/2009 | 10010 | 5050200002 | 1309 | PAM WEST EXPENSES |
| RFC2 | 2000020838 | PAMELA E WEST | 582.54 | 20530136 | 11182009 | 11/18/2009 | 88598 | 11/30/2009 | 10010 | 5050200002 | 1309 | EXPENSES |
| RFC2 | 2000020838 | PAMELA E WEST | 197.90 | 20534068 | 32510 | 3/25/2010 | 88988 | 3/26/2010 | 10010 | 5050700001 | 1118 | P. WEST DIR.EXP-NJ |
| RFC2 | 2000020838 | PAMELA E WEST | 40.00 | 20534068 | 32510 | 3/25/2010 | 88988 | 3/26/2010 | 10010 | 5050700004 | 1118 | P. WEST DIR.EXP-NJ |
| RFC2 | 2000020838 | PAMELA E WEST | 16.00 | 20534068 | 32510 | 3/25/2010 | 88988 | 3/26/2010 | 10010 | 5050700005 | 1118 | P. WEST DIR.EXP-NJ |
| RFC2 | 2000020838 | PAMELA E WEST | 36.57 | 20534068 | 32510 | 3/25/2010 | 88988 | 3/26/2010 | 10010 | 5050700007 | 1118 | P. WEST DIR.EXP-NJ |
| RFC2 | 2000020838 | PAMELA E WEST | 337.90 | 20537433 | 6042010 | 6/4/2010 | 89377 | 9/3/2010 | 10010 | 5050700001 | 1309 | PAMELA WEST BOARD MEETING. |
| RFC2 | 2000020838 | PAMELA E WEST | 68.00 | 20537433 | 6042010 | 6/4/2010 | 89377 | 9/3/2010 | 10010 | 5050700004 | 1309 | PAMELA WEST BOARD MEETING. |
| RFC2 | 2000020838 | PAMELA E WEST | 27.00 | 20537433 | 6042010 | 6/4/2010 | 89377 | 9/3/2010 | 10010 | 5050700005 | 1309 | PAMELA WEST BOARD MEETING. |
| RFC2 | 2000020838 | PAMELA E WEST | 552.00 | 20537433 | 6042010 | 6/4/2010 | 89377 | 9/3/2010 | 10010 | 5050700006 | 1309 | PAMELA WEST BOARD MEETING. |
| RFC2 | 2000020838 | PAMELA E WEST | 715.80 | 20540923 | 7292011 | 7/29/2011 | 89875 | 8/5/2011 | 10010 | 5050700001 | 1309 | Travel Expenses for Mtg |
| RFC2 | 2000020838 | PAMELA E WEST | 1,917.10 | 20541285 | 100311 | 10/3/2011 | 89945 | 10/7/2011 | 10010 | 5050700001 | 1309 | BOARD MEETING EXPENCE 09-14 TO |
| RFC2 | 2000020838 | PAMELA E WEST | 1,236.14 | 20541824 | 121511 | 12/15/2011 | 90007 | 12/30/2011 | 10010 | 5050700001 | 1309 | EXPENSE PAYMENT FOR TRAVEL TO |
| RFC2 | 2000020838 | PAMELA E WEST | 797.90 | 20541888 | 10312 | 1/3/2012 | 90018 | 1/13/2012 | 10010 | 5050700001 | 1309 | TRAVEL TO BOARD MEETING |
| RFC2 | 2000020838 | PAMELA E WEST | 16.00 | 20541888 | 10312 | 1/3/2012 | 90018 | 1/13/2012 | 10010 | 5050700005 | 1309 | TRAVEL TO BOARD MEETING |
| RFC2 | 2000020838 | PAMELA E WEST | 178.10 | 20542066 | 11912 | 1/19/2012 | 740435 | 1/27/2012 | 10010 | 5050700001 | 1309 | |
| RFC2 | 2000020838 | PAMELA E WEST | 16.00 | 20542066 | 11912 | 1/19/2012 | 740435 | 1/27/2012 | 10010 | 5050700005 | 1309 | |
| RFC2 | 2000020838 | PAMELA E WEST | 21.60 | 20542066 | 11912 | 1/19/2012 | 740435 | 1/27/2012 | 10010 | 5050700005 | 1309 | |
| RFC2 | 2000020838 | PAMELA E WEST | 35.00 | 20542066 | 11912 | 1/19/2012 | 740435 | 1/27/2012 | 10010 | 5050700004 | 1309 | |
| RFC2 | 2000020838 | PAMELA E WEST | 408.10 | 20542237 | 20912 | 2/9/2012 | 90051 | 2/17/2012 | 10010 | 5050700001 | 1309 | CCOC COMMITTE MEETING-1/25/12 |
| RFC2 | 2000020838 | PAMELA E WEST | 35.00 | 20542237 | 20912 | 2/9/2012 | 90051 | 2/17/2012 | 10010 | 5050700005 | 1309 | CCOC COMMITTE MEETING-1/25/12 |
| RFC2 | 2000020838 | PAMELA E WEST | 378.43 | 20542237 | 20912 | 2/9/2012 | 90051 | 2/17/2012 | 10010 | 5050700006 | 1309 | CCOC COMMITTE MEETING-1/25/12 |
| RFC2 | 2000020838 | PAMELA E WEST | 36.00 | 20542237 | 20912 | 2/9/2012 | 90051 | 2/17/2012 | 10010 | 5050700004 | 1309 | CCOC COMMITTE MEETING-1/25/12 |
| RFC2 | 2000020838 | PAMELA E WEST | 474.10 | 20542405 | 2-24-12 Travel Expense | 3/1/2012 | 90067 | 3/9/2012 | 10010 | 5050700001 | 1309 | NY Travel Expense 2-24-12 |
| RFC2 | 2000020838 | PAMELA E WEST | 32.00 | 20542405 | 2-24-12 Travel Expense | 3/1/2012 | 90067 | 3/9/2012 | 10010 | 5050700005 | 1309 | NY Travel Expense 2-24-12 |
| RFC2 | 2000020838 | PAMELA E WEST | 323.65 | 20542405 | 2-24-12 Travel Expense | 3/1/2012 | 90067 | 3/9/2012 | 10010 | 5050700006 | 1309 | NY Travel Expense 2-24-12 |
| RFC2 | 2000020838 | PAMELA E WEST | 35.00 | 20542405 | 2-24-12 Travel Expense | 3/1/2012 | 90067 | 3/9/2012 | 10010 | 5050700004 | 1309 | NY Travel Expense 2-24-12 |
| RFC2 | 2000020838 | PAMELA E WEST | 21.00 | 20542405 | 2-24-12 Travel Expense | 3/1/2012 | 90067 | 3/9/2012 | 10010 | 5050700007 | 1309 | NY Travel Expense 2-24-12 |

Residential Capital, LLC
Independent Director Payment Information by VEND Number
May 2009 – January 2013

| Unit | Remit Vndr | Name | Amount | Voucher | Invoice | Invoice Date | Check Number | Payment Date | GL Unit | Acct | Dept ID | Descr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RFC2 | 2000020838 | PAMELA E WEST | 828.86 | 20542501 | 3/8/12 Travel Exp | 3/15/2012 | 90081 | 3/22/2012 | 10010 | 5050700001 | 1309 | 3/8/12 CCOC & Bd Mtg |
| RFC2 | 2000020838 | PAMELA E WEST | 358.10 | 20542550 | Travel Exp-NY 3/23/12 | 3/26/2012 | 90090 | 3/30/2012 | 10010 | 5050700001 | 1309 | Travel Exp - NY BD Mtg 3/23 |
| RFC2 | 2000020838 | PAMELA E WEST | 16.00 | 20542550 | Travel Exp-NY 3/23/12 | 3/26/2012 | 90090 | 3/30/2012 | 10010 | 5050700005 | 1309 | Travel Exp - NY BD Mtg 3/23 |
| RFC2 | 2000020838 | PAMELA E WEST | 72.00 | 20542550 | Travel Exp-NY 3/23/12 | 3/26/2012 | 90090 | 3/30/2012 | 10010 | 5050700004 | 1309 | Travel Exp - NY BD Mtg 3/23 |
| RFC2 | 2000020838 | PAMELA E WEST | 480.10 | 20542664 | 4/9/12 Travel Exp | 4/12/2012 | 90112 | 4/19/2012 | 10010 | 5050700001 | 1309 | 4/9/12 Travel Expense |
| RFC2 | 2000020838 | PAMELA E WEST | 16.00 | 20542664 | 4/9/12 Travel Exp | 4/12/2012 | 90112 | 4/19/2012 | 10010 | 5050700005 | 1309 | 4/9/12 Travel Expense |
| RFC2 | 2000020838 | PAMELA E WEST | 74.00 | 20542664 | 4/9/12 Travel Exp | 4/12/2012 | 90112 | 4/19/2012 | 10010 | 5050700004 | 1309 | 4/9/12 Travel Expense |
| RFC2 | 2000020838 | PAMELA E WEST | 735.75 | 20542816 | 05082012 Expenses | 5/8/2012 | 90142 | 5/9/2012 | 10010 | 5050700001 | 1309 | Estimated Travel Expenses |
| RFC2 | 2000020838 | PAMELA E WEST | 1,055.20 | 20543369 | 8272012 | 8/27/2012 | 90212 | 8/30/2012 | 10010 | 5050700001 | 1309 | Travel Expenses |
| RFC2 | 2000020838 | PAMELA E WEST | 144.00 | 20543369 | 8272012 | 8/27/2012 | 90212 | 8/30/2012 | 10010 | 5050700005 | 1309 | Travel Expenses |
| RFC2 | 2000020838 | PAMELA E WEST | 461.35 | 20543369 | 8272012 | 8/27/2012 | 90212 | 8/30/2012 | 10010 | 5050700006 | 1309 | Travel Expenses |
| RFC2 | 2000020838 | PAMELA E WEST | 53.36 | 20543369 | 8272012 | 8/27/2012 | 90212 | 8/30/2012 | 10010 | 5050700007 | 1309 | Travel Expenses |
| RFC2 | 2000020838 | PAMELA E WEST | 165.09 | 20544279 | Travel 10/22 - 10/26 | 11/7/2012 | 90288 | 11/15/2012 | 10010 | 5050700001 | 1309 | Travel Exp 10/22 - 10/26 |
| RFC2 | 2000020838 | PAMELA E WEST | 85.00 | 20544279 | Travel 10/22 - 10/26 | 11/7/2012 | 90288 | 11/15/2012 | 10010 | 5050700005 | 1309 | Travel Exp 10/22 - 10/26 |
| RFC2 | 2000020838 | PAMELA E WEST | 70.00 | 20544279 | Travel 10/22 - 10/26 | 11/7/2012 | 90288 | 11/15/2012 | 10010 | 5050700004 | 1309 | Travel Exp 10/22 - 10/26 |
| RFC2 | 2000020838 | PAMELA E WEST | 2,330.83 | 20544279 | Travel 10/22 - 10/26 | 11/7/2012 | 90288 | 11/15/2012 | 10010 | 5050700006 | 1309 | Travel Exp 10/22 - 10/26 |
| RFC2 | 2000020838 | PAMELA E WEST | 100.67 | 20544279 | Travel 10/22 - 10/26 | 11/7/2012 | 90288 | 11/15/2012 | 10010 | 581010014 | 1309 | Travel Exp 10/22 - 10/26 |
| RFC2 | 2000020838 | PAMELA E WEST | 175.00 | 20544540 | 11/26/2012 | 11/26/2012 | 90306 | 12/6/2012 | 10010 | 5050700001 | 1309 | Expenses for NYC trip 11/14 |
| RFC2 | 2000020838 | PAMELA E WEST | 16.00 | 20544540 | 11/26/2012 | 11/26/2012 | 90306 | 12/6/2012 | 10010 | 5050700005 | 1309 | Expenses for NYC trip 11/14 |
| RFC2 | 2000020838 | PAMELA E WEST | 576.11 | 20544540 | 11/26/2012 | 11/26/2012 | 90306 | 12/6/2012 | 10010 | 5050700006 | 1309 | Expenses for NYC trip 11/14 |
| RFC2 | 2000020838 | PAMELA E WEST | 37.00 | 20544540 | 11/26/2012 | 11/26/2012 | 90306 | 12/6/2012 | 10010 | 5050700004 | 1309 | Expenses for NYC trip 11/14 |
| RFC2 | 2000020838 | PAMELA E WEST | 356.10 | 20545016 | 1022013 | 1/2/2013 | 90350 | 1/10/2013 | 10010 | 5050700001 | 1309 | Travel Exp 12/13 - 12/14/12 |
| RFC2 | 2000020838 | PAMELA E WEST | 95.00 | 20545016 | 1022013 | 1/2/2013 | 90350 | 1/10/2013 | 10010 | 5050700004 | 1309 | Travel Exp 12/13 - 12/14/12 |
| RFC2 | 2000020838 | PAMELA E WEST | 576.11 | 20545016 | 1022013 | 1/2/2013 | 90350 | 1/10/2013 | 10010 | 5050700006 | 1309 | Travel Exp 12/13 - 12/14/12 |
| RFC2 | 2000020838 | PAMELA E WEST | 19.00 | 20545016 | 1022013 | 1/2/2013 | 90350 | 1/10/2013 | 10010 | 5050700006 | 1309 | Travel Exp 12/13 - 12/14/12 |

**Appendix IV.B.1.d—3**, Page 8 of 11

**Residential Capital, LLC**
**Independent Director Payment Information by VEND Number**
May 2009 – January 2013

| Unit | Remit Vndr | Name | Amount | Voucher | Invoice | Invoice Date | Check Number | Payment Date | GL Unit | Acct | Dept ID | Descr |
|------|-----------|------|--------|---------|---------|--------------|--------------|--------------|---------|------|---------|-------|
| RFC2 | 2000020838 | PAMELA E WEST | 313.10 | 20545017 | 01022013A | 1/2/2013 | 90350 | 1/10/2013 | 10010 | 5050700001 | 1309 | Travel Exp 12/17 - 12/18/12 |
| RFC2 | 2000020838 | PAMELA E WEST | 45.00 | 20545017 | 01022013A | 1/2/2013 | 90350 | 1/10/2013 | 10010 | 5050700004 | 1309 | Travel Exp 12/17 - 12/18/12 |
| RFC2 | 2000020838 | PAMELA E WEST | 275.45 | 20545017 | 01022013A | 1/2/2013 | 90350 | 1/10/2013 | 10010 | 5050700006 | 1309 | Travel Exp 12/17 - 12/18/12 |
| RFC2 | 2000020838 | PAMELA E WEST | 34.00 | 20545017 | 01022013A | 1/2/2013 | 90350 | 1/10/2013 | 10010 | 5050700005 | 1309 | Travel Exp 12/17 - 12/18/12 |

*Source: Spreadsheet reflecting payments to Pamela E. West [EXAM00294341].*

Appendix IV.B.1.d—3, Page 8 of 11

Appendix IV.B.1.d—3, Page 9 of 11

**Residential Capital, LLC**
**Independent Director Payment Information by VEND Number**
June 2008 – January 2013

| Unit | Remit Vndr | Name | Amount | Voucher | Invoice | Invoice Date | Check Number | Payment Date | GL Unit | Acct | Dept ID | Descr | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RFC2 | 2000020241 | EDWARD F. SMITH III | 35.00 | 20500853 | 060108 | 6/25/2008 | 085485 | 6/26/2008 | 10010 | 5050200002 | 1309 | JUNE 2008 BANK FEE | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20500854 | 070107 | 6/25/2008 | 085485 | 6/26/2008 | 10010 | 5050200002 | 1309 | JULY 2008 PAYMENT | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20503044 | 072408 | 7/24/2008 | 086042 | 7/29/2008 | 10010 | 5050200002 | 1309 | AUGUST 2008 PAYMENT | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 20,841.94 | 20504310 | 75716 | 7/31/2008 | 086268 | 8/15/2008 | 10010 | 5020600008 | 7000 | BOARD MEMBER AUTO ALLOWANCE | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20505676 | 090108 | 8/18/2008 | 086472 | 9/8/2008 | 10010 | 5050200002 | 1309 | SEPTEMBER 2008 PAYMENT | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20507210 | 100108 | 9/24/2008 | 086590 | 9/26/2008 | 10010 | 5050200002 | 1309 | OCTOBER 2008 PAYMENT | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20508920 | 110108 | 10/20/2008 | 086737 | 10/24/2008 | 10010 | 5050200002 | 1309 | NOV 2008 PAYMENT | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20511941 | 120108 | 11/24/2008 | 086929 | 11/26/2008 | 10010 | 5050200002 | 1309 | DECEMBER 2008 PAYMENT | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20513594 | 12182008- | 12/18/2008 | 087104 | 12/29/2008 | 10010 | 5050200002 | 1309 | DEC 2008 PAYMENT | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20516145 | 01012009 | 1/1/2009 | 731664 | 2/5/2009 | 10010 | 5050200002 | 1309 | JAN 2009 PAYMENT | CHK |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20516146 | 02012009 | 2/1/2009 | 731664 | 2/5/2009 | 10010 | 5050200002 | 1309 | FEB 2009 PAYMENT | CHK |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20516976 | 030109 | 2/18/2009 | 087345 | 2/20/2009 | 10010 | 5050200002 | 1309 | MARCH 2009 PAYMENT | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 110,000.00 | 20518916 | 031809 | 3/18/2009 | 087493 | 3/27/2009 | 10010 | 5050200002 | 1309 | APRIL 2009 PAYMENT | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20520425 | 04212009 | 4/21/2009 | 087656 | 4/24/2009 | 10010 | 5050200002 | 1309 | May 2009 Payment | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20522170 | 05272009-SMITH | 5/27/2009 | 087813 | 5/29/2009 | 10010 | 5050200002 | 1309 | JUNE 2009 PAYMENT | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20523456 | 0701209 | 7/1/2009 | 087939 | 6/26/2009 | 10010 | 5050200002 | 1309 | JULY 2009 | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20524656 | 08012009-SMITH | 8/1/2009 | 088084 | 7/31/2009 | 10010 | 5050200002 | 1309 | AUGUST 2009 | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20526183 | 09012009-SMITH | 9/1/2009 | 088198 | 8/31/2009 | 10010 | 5050200002 | 1309 | SEPT 09 DIRECTOR PAYMENT | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20527624 | 09252009 | 9/25/2009 | 088336 | 9/30/2009 | 10010 | 5050200002 | 1309 | OCT 2009 DIRECTOR PAYMENT | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20529335 | 11012009 | 11/1/2009 | 088498 | 11/6/2009 | 10010 | 5050200002 | 1309 | NOV 2009 DIRECTOR PAYMENT | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20530133 | 12012009-SMITH | 12/1/2009 | 088595 | 11/30/2009 | 10010 | 5050200002 | 1309 | DEC 2009 PAYMENT | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20531373 | 01012010-SMITH | 1/1/2010 | 088750 | 12/29/2009 | 10010 | 5050200002 | 1309 | 01/01/2010 Payment | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20532100 | 02012010 | 2/1/2010 | 088817 | 1/25/2010 | 10010 | 5050200002 | 1309 | FEBRUARY DIRECTOR FEE PAYMENT | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20533142 | 03012010 | 3/1/2010 | 088904 | 2/26/2010 | 10010 | 5050200002 | 1309 | MARCH DIRECTOR FEE PAYMENT | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 110,000.00 | 20534142 | 04012010 | 4/1/2010 | 089002 | 3/31/2010 | 10010 | 5050200002 | 1309 | APRIL DIRECTOR PAYMENT | EFT |

Appendix IV.B.1.d—3, Page 9 of 11

Appendix IV.B.1.d—3, Page 10 of 11

Residential Capital, LLC
Independent Director Payment Information by VEND Number
June 2008 – January 2013

| Unit | Remit Vndr | Name | Amount | Voucher | Invoice | Invoice Date | Check Number | Payment Date | GL Unit | Acct | Dept ID | Descr | Type |
|------|------------|------|--------|---------|---------|--------------|--------------|--------------|---------|------|---------|-------|------|
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20534993 | 04262010 | 4/26/2010 | 089088 | 4/30/2010 | 10010 | 5050200002 | 1309 | MAY DIRECTOR FEE PAYMENT | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20535798 | 06012010 | 6/1/2010 | 089161 | 5/28/2010 | 10010 | 5050200002 | 1309 | June Director Fee Payment | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20536362 | 07012010 | 7/1/2010 | 089242 | 6/30/2010 | 10010 | 5050200002 | 1309 | July Director Fee Payment | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20536870 | 08012010 | 8/1/2010 | 089305 | 7/30/2010 | 10010 | 5050200002 | 1309 | August Director Fee Payment | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20537330 | 09012010 | 9/1/2010 | 089363 | 8/27/2010 | 10010 | 5050200002 | 1309 | September Director Fee Payment | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20537765 | 10012010 | 10/1/2010 | 089415 | 9/30/2010 | 10010 | 5050200002 | 1309 | OCTOBER DIRECTOR FEE PAYMENT | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20538185 | 11012010 | 11/1/2010 | 089475 | 10/29/2010 | 10010 | 5050200002 | 1309 | November Director Fee Payment | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20538600 | 12012010 | 12/1/2010 | 089534 | 11/30/2010 | 10010 | 5050200002 | 1309 | December Director Fee Payment | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20539013 | 01012011 | 1/1/2011 | 089598 | 1/7/2011 | 10010 | 5050200002 | 1309 | January 2011 Director Payment | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,000.00 | 20539374 | 02012011 | 2/1/2011 | 089645 | 2/4/2011 | 10010 | 5050200002 | 1309 | February Director Fee Payment | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 833.33 | 20539413 | 020411 | 2/4/2011 | 089653 | 2/11/2011 | 10010 | 5050700001 | 1309 | INDEPENDENT DIRECTOR. | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,833.33 | 20539663 | 03012011 | 3/1/2011 | 089686 | 3/4/2011 | 10010 | 5050200002 | 1309 | March Director Fee Payment | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,833.33 | 20540042 | 04012011 | 4/1/2011 | 089724 | 4/8/2011 | 10010 | 5050200002 | 1309 | APRIL DIRECTOR FEE PAYMENT | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 9,000.00 | 20540191 | 041411 | 4/14/2011 | 089749 | 4/22/2011 | 10010 | 5050700001 | 1309 | First Qtr 2011 Director Comp | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,833.33 | 20540299 | 05022011 | 5/2/2011 | 089771 | 5/6/2011 | 10010 | 5050200002 | 1309 | May Director Fee Payment | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,833.33 | 20540562 | 06012011 | 6/1/2011 | 089807 | 6/3/2011 | 10010 | 5050200002 | 1309 | June Director Payment | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,833.33 | 20540755 | 07012011 | 7/1/2011 | 089841 | 7/8/2011 | 10010 | 5050200002 | 1309 | July Director Fee Payment | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,833.33 | 20540920 | 08012011 | 8/1/2011 | 089874 | 8/5/2011 | 10010 | 5050200002 | 1309 | August Director Fee Payment | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 3,000.00 | 20540922 | 07272011 | 7/27/2011 | 089874 | 8/5/2011 | 10010 | 5050200002 | 1309 | ResCap Director Comp Q1 | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,833.33 | 20541113 | 09012011 | 9/1/2011 | 089914 | 9/2/2011 | 10010 | 5050200002 | 1309 | September Director Fee Payment | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,833.33 | 20541276 | 10012011 | 10/1/2011 | 089944 | 10/7/2011 | 10010 | 5050200002 | 1309 | October Director Fee Payment | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,833.33 | 20541448 | 11012011 | 11/1/2011 | 089971 | 11/4/2011 | 10010 | 5050200002 | 1309 | November Director Fee Payment | EFT |

Appendix IV.B.1.d—3, Page 10 of 11

Appendix IV.B.1.d—3, Page 11 of 11

Residential Capital, LLC
Independent Director Payment Information by VEND Number
June 2008 – January 2013

| Unit | Remit Vndr | Name | Amount | Voucher | Invoice | Invoice Date | Check Number | Payment Date | GL Unit | Acct | Dept ID | Descr | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RFC2 | 2000020241 | EDWARD F. SMITH III | 13,000.00 | 20541583 | 3RD QTR COMP | 11/22/2011 | 089984 | 11/25/2011 | 10010 | 586041001 | 1309 | Rescap Dir Com - Q3 2011 | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 10,833.33 | 20541618 | Dec 2011 Dir Fee Pmt | 12/1/2011 | 089989 | 12/2/2011 | 10010 | 5050200002 | 1309 | Dec 2011 Director Fee Payment | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 60,000.00 | 20541891 | 01052012 | 1/5/2012 | 090017 | 1/13/2012 | 10010 | 5050700001 | 1309 | Pay Adj for base comp for 2011 | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 53,000.00 | 20542023 | 01122012 | 1/12/2012 | 090026 | 1/20/2012 | 10010 | 586041001 | 1309 | Dir Pmt - 2011 Mtg Pay Adj | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 15,833.33 | 20542027 | Jan 2012 Dir Pmt | 1/12/2012 | 090026 | 1/20/2012 | 10010 | 586041001 | 1309 | Jan 2012 Director Payment | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 15,833.33 | 20542095 | 02012012 | 2/1/2012 | 090036 | 2/3/2012 | 10010 | 586041001 | 1309 | Feb 2012 Director Fee Pmt | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 15,833.33 | 20542361 | 03012012 | 3/1/2012 | 090061 | 3/2/2012 | 10010 | 586041001 | 1309 | March Director Fee Payment | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 15,833.33 | 20542577 | 04032012 | 4/3/2012 | 090095 | 4/5/2012 | 10010 | 5050200002 | 1309 | April Director Fee Payment | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 27,000.00 | 20542668 | Q1 Mtg Comp | 3/28/2012 | 090111 | 4/19/2012 | 10010 | 5050200001 | 1309 | Q1 Dir Mtg Compensation | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 15,833.33 | 20542770 | May Dir Pmt | 5/1/2012 | 090128 | 5/3/2012 | 10010 | 5050200002 | 1309 | May Director Payment Fee | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 18,000.00 | 20542834 | 05112012 | 5/11/2012 | WIR05A | 5/13/2012 | 10010 | 5050200002 | 1309 | BD COMM FEES | Wired from Treasury Cash Desk |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 15,833.33 | 20542850 | 06012012 | 6/1/2012 | 090146 | 6/15/2012 | 10010 | 5050200002 | 1309 | June Director Fee Payment | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 15,833.33 | 20543011 | 7022012 JUL DIR PMT | 7/2/2012 | 090159 | 7/6/2012 | 10010 | 5050200002 | 1309 | JULY DIRECTOR FEE PMT | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 6,000.00 | 20543058 | 07062012 | 7/6/2012 | 090169 | 7/19/2012 | 10010 | 5050200002 | 1309 | Q2 Comp for Mtgs Attended | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 15,833.33 | 20543148 | 08012012 | 8/1/2012 | 090183 | 8/2/2012 | 10010 | 5050200002 | 1309 | Aug Director Fee Payment | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 15,833.33 | 20543406 | 09012012 | 9/1/2012 | 090215 | 9/6/2012 | 10010 | 5050200002 | 1309 | Sept Director Payment | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 15,833.33 | 20543711 | 10012012 | 10/1/2012 | 090240 | 10/4/2012 | 10010 | 5050200002 | 1309 | October Director Fee Pmt | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 16,500.00 | 20543717 | 09282012 | 9/28/2012 | 090240 | 10/4/2012 | 10010 | 5050200002 | 1309 | Comp Pmt for 3Q Mtgs Attended | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 15,833.33 | 20544173 | 11012012 | 11/1/2012 | 090276 | 11/8/2012 | 10010 | 5050200002 | 1309 | November Dir Fee Payment | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 15,833.33 | 20544537 | 12012012 | 12/1/2012 | 090305 | 12/6/2012 | 10010 | 5050200002 | 1309 | Dec Director Fee Payment | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 39,000.00 | 20544932 | 12212012 | 12/21/2012 | 090329 | 12/27/2012 | 10010 | 5050200002 | 1309 | 4Q Mtg Compensation Pmt | EFT |
| RFC2 | 2000020241 | EDWARD F. SMITH III | 15,833.33 | 20545049 | 01092013 | 1/9/2013 | 090354 | 1/17/2013 | 10010 | 5050200002 | 1309 | January Director Comp. Pmt | EFT |

*Source: Spreadsheet, PAYMENT INFO BY VEND Number, Edward F. Smith, III [EXAM0294352].*

Appendix IV.B.1.d—3, Page 11 of 11

**Appendix IV.B.1.d(8)—1, Page 1 of 1**

Summary of Comparable Board of Director Compensation [1]

2006 – 2011

| Company Name/Date of Bankruptcy Filing or Sale | Cash BY - 1 [2] | Cash BY [3] | Stock Awards BY - 1 [2] | Stock Awards BY [3] | Option Awards BY - 1 [2] | Option Awards BY [3] | Other Compensation BY - 1 [2] | Other Compensation BY [3] | Total BY - 1 [2] | Total BY [3] |
|---|---|---|---|---|---|---|---|---|---|---|
| Accredited Home Lenders Holding Co. (May 2009) | N/A | $ 73,500 | N/A | $ 89,619 | N/A | $ 9,200 | N/A | - | N/A | $ 172,319 |
| Ambac Financial Group, Inc. (Nov. 2010) | $ 117,549 | 138,334 | $ 114,125 | 170,000 | - | - | $ 8,435 | 18,805 | $ 240,110 | 327,138 |
| BankUnited Financial Corporation (May 2009) | N/A | 65,298 | N/A | 13,216 | N/A | - | N/A | - | N/A | 78,514 |
| Capitol Bancorp, Ltd. (Aug. 2012) | 29,183 | 31,753 | - | - | 14,063 | - | 4,844 | 5,533 | 48,089 | 37,287 |
| Capmark Financial Group Inc. (Oct. 2009) | 55,000 | 58,636 | - | - | - | - | - | - | 55,000 | 58,636 |
| CIT Group Inc. (Nov. 2009) | 60,000 | 60,000 | 27,208 | 44,329 | 43,322 | 59,936 | - | - | 130,530 | 164,265 |
| Colonial Banegroup Inc. (Aug. 2009) | 26,970 | 36,001 | 29,457 | 21,560 | - | - | - | - | 56,427 | 57,561 |
| Corus Financial Corporation (June 2010) | 90,088 | 109,550 | - | - | - | - | - | 3,400 | 90,088 | 112,950 |
| Countrywide Financial Corp. (July 2008) | 105,750 | 147,349 | 265,199 | 269,867 | - | 1,074 | 53,628 | 54,511 | 424,577 | 472,800 |
| Delta Financial Corp. (Dec. 2010) | N/A | 50,000 | N/A | - | N/A | 2,993 | N/A | 273 | N/A | 53,266 |
| Guaranty Financial Group Inc. (Aug. 2009) | N/A | 79,313 | N/A | - | N/A | - | N/A | 4,125 | N/A | 83,438 |
| HomeBanc Corp. (Aug. 2007) | N/A | 83,373 | N/A | 42,863 | N/A | - | N/A | - | N/A | 126,236 |
| IndyMac Bancorp Inc. (July 2008) | 123,186 | 109,922 | 29,213 | 44,821 | 82,417 | 60,476 | 2,397 | 1,110 | 237,212 | 216,329 |
| LandAmerica Financial Group, Inc. (Nov. 2009) | 106,719 | 104,206 | 77,519 | 71,849 | - | - | 888 | 806 | 185,126 | 176,861 |
| Lehman Brothers Holdings, Inc. (Sep. 2008) | 111,056 | 112,611 | 196,297 | 217,812 | 56,936 | 28,265 | 6,222 | 6,389 | 370,511 | 365,077 |
| Majestic Capital, Ltd. (Apr. 2011) | 77,857 | 83,338 | 24,305 | 25,000 | - | - | - | - | 102,163 | 108,338 |
| PMI Group Inc. (Nov. 2011) | 93,402 | 97,812 | 13,725 | 16,000 | 36,275 | 34,000 | - | - | 143,402 | 147,812 |
| Residential Capital, LLC (May 2012) | 214,583 | 165,000 | - | - | - | - | - | - | 214,583 | 165,000 |
| The Bear Stearns Companies, LLC (May 2008) | 76,250 | 83,667 | 72,188 | 82,677 | 75,313 | 69,752 | 2,406 | 2,056 | 226,156 | 238,151 |
| WMI Holdings Corp. (Sep. 2008) | 93,682 | 97,896 | 60,168 | 55,203 | 26,820 | 29,733 | 4,688 | 3,901 | 185,359 | 186,732 |

[1] Data represents the average compensation for the board's independent directors. Data excludes board members who resigned or were newly appointed.

[2] "BY - 1" = 1 fiscal year prior to the BY data.

[3] "BY" = most recent data available just prior to bankruptcy/sale.

Source: Information for comparable companies provided by Capital IQ and verified with each companies' annual filings and proxy statements: Spreadsheet, PAYMENT INFO BY VEND Number, Edward F. Smith, III [EXAM00294352]; Spreadsheet, PAYMENT INFO BY VEND Number, Karin Hirtler-Garvey [EXAM00294434]; Spreadsheet reflecting payments to Pamela E. West [EXAM00294344]; Spreadsheet, PAYMENT INFO BY VEND Number, Jonathan Ilany [EXAM00294335]; Spreadsheet, PAYMENT INFO BY VEND Number, John E. Mack [EXAM00294337]

Appendix IV.B.1.d(8)—2, Page 1 of 1

## Director Compensation Benchmarking
### 2011 - 2012

### 2011 U.S. Director Compensation and Board Practices Report [(1),(2),(3)]

| | Assets <$1 Billion | Assets $1 - $9.9 Billion | Assets $10 - $99 Billion | Assets >$100 Billion | Financial Services | ResCap 2012 [(4)] |
|---|---|---|---|---|---|---|
| Cash retainer | $ 40,000 | $ 32,500 | $ 50,000 | $ 77,500 | $ 45,000 | $ 180,000 |
| Meeting fees | 10,500 | 8,250 | N/A | N/A | 6,200 | 1,500 |
| Committee chair fees | 14,908 | 13,571 | 13,750 | 28,500 | 20,153 | 20,000 |
| Committee member fees | 2,254 | 5,006 | 3,667 | 10,400 | 6,443 | 10,000 |
| Stock/equity | 37,800 | 25,000 | 70,000 | 150,000 | 63,896 | N/A |
| Total compensation | $ 104,000 | $ 80,500 | $ 158,340 | $ 240,000 | $ 146,000 | $ 409,250 |

[(1)] Amounts shown for compensation by asset size are median numbers.
[(2)] Meeting fees shown are per total annual compensation. The report did not include a per meeting fee.
[(3)] Committee chairman and member fees shown are for audit committee fees.
[(4)] ResCap's numbers reflect ResCap's 2012 compensation plan. The total compensation number is the median of the total compensation (rather than the average) shown on preceding charts paid to the four Independent Directors in 2012 (which includes the retroactive payment to the directors paid in 2012).

*Source: The Conference Board's 2011 U.S. Director Compensation and Board Practices Report. The report summarizes results of survey of 334 publicly-traded companies.*

### 2012 Director Compensation Report [(1),(2),(3)]

| | Small Cap (<$1 Billion) | Mid Cap ($1 - $5 Billion) | Large Cap (> $5 Billion) | Financial Services | ResCap 2012 [(4)] |
|---|---|---|---|---|---|
| Cash retainer | $ 40,000 | $ 50,000 | $ 75,000 | $ 50,000 | $ 180,000 |
| Meeting fees | 1,500 | 2,000 | 2,000 | 1,500 | 1,500 |
| Committee chair fees | 15,000 | 20,000 | 20,000 | 15,000 | 20,000 |
| Committee member fees | N/A | N/A | N/A | N/A | 10,000 |
| Stock/equity | 56,780 | 100,000 | 130,000 | 70,000 | N/A |
| Total compensation | $ 118,000 | $ 178,000 | $ 204,000 | $ 134,000 | $ 409,250 |

[(1)] All amounts shown are median numbers.
[(2)] Meeting fees shown are per meeting and not total annual fees.
[(3)] Committee chairman fees shown are for audit committee fees.
[(4)] ResCap's numbers reflect ResCap's 2012 compensation plan. The total compensation number is the median of the total compensation (rather than the average) shown on preceding charts paid to the four Independent Directors in 2012 (which includes the retroactive payment to the directors paid in 2012).

*Source: Frederic W. Cook & Co., Inc.'s 2012 Director Compensation Report. The report summarizes information on 240 publicly-traded companies.*

### 2012 Spencer Stuart Board Index [(1),(2)]

| | S&P 500 Companies | ResCap 2012 [(3)] |
|---|---|---|
| Cash retainer | $ 75,000 | $ 180,000 |
| Meeting fees | 2,224 | 1,500 |
| Committee chair fees | 13,035 | 20,000 |
| Committee member fees | 8,189 | 10,000 |
| Stock/equity | 122,479 | N/A |
| Total compensation | $ 231,247 | $ 409,250 |

[(1)] Amounts shown for cash retainer and total compensation are median numbers; amounts shown for all other categories are averages.
[(2)] Meeting fees shown are per meeting and not total annual numbers.
[(3)] ResCap's numbers reflect ResCap's 2012 compensation plan. The total compensation number is the median of the total compensation (rather than the average) shown on preceding charts paid to the four Independent Directors in 2012 (which includes the retroactive payment to the directors paid in 2012).

*Source: Spencer Stuart's 2012 Board Index. The report summarizes information on 485 companies listed on the S&P 500 Index.*

Appendix IV.B.1.d(8)—2, Page 1 of 1

**Appendix IV.B.1.d(8)—3**, Page 1 of 1

AFI and ResCap Independent Director Compensation (Comparison of Total Aggregate)
2008 – 2012

### AFI

| Compensation Type | 2008 | | 2009 [2] | | 2010 [3] | | 2011 | | 2012 [4], [5] | |
|---|---|---|---|---|---|---|---|---|---|---|
| Annual retainer [1] | $ | 360,000 | $ | 832,500 | $ | 960,165 | $ | 1,348,548 | $ | 1,547,758 |
| Committee fees | | 60,000 | | 263,750 | | 345,195 | | 556,682 | | 712,093 |
| Meeting fees | | - | | 300,750 | | 219,000 | | 168,750 | | 162,500 |
| Supplemental compensation | | - | | - | | - | | - | | 165,000 |
| Total | $ | 420,000 | $ | 1,397,000 | $ | 1,524,360 | $ | 2,073,980 | $ | 2,587,351 |
| | | | | | | | | | | |
| Average annual compensation per director | $ | 140,000 | $ | 200,875 | $ | 283,445 | $ | 296,283 | $ | 314,060 |

[1] Annual retainers are prorated based on non-employee directors actual service on board and committees.
[2] In 2009, Duggan, Hirsch and Scully served as non-employee directors for approximately six months.
[3] In 2010, Mayeer served as a non-employee director for approximately seven months; Stack served as a non-employee director for approximately nine months.
[4] In 2012, Miller and Greenwald served as non-employee directors for approximately five months.
[5] Beginning January 1, 2012, Stack received additional compensation for being a member of the GMAC Bank Board.
Source: Ally Financial Inc., Annual Report (Form 10-K) (Feb. 27, 2009), at 217; Ally Financial Inc., Annual Report (Form 10-K) (Mar. 1, 2010), at 232–33; Ally Financial Inc., Annual Report (Form 10-K) (Feb. 25, 2011), at 270; Ally Financial Inc., Annual Report (Form 10-K) (Feb. 28, 2012), at 250–52; Ally Financial Inc., Annual Report (Form 10-K) (Mar. 1, 2013), at 223–25.

### ResCap

| Compensation Type | 2008 | | 2009 | | 2010 | | 2011 [1] | | 2012 [2] | |
|---|---|---|---|---|---|---|---|---|---|---|
| Annual retainer | $ | 210,833 | $ | 238,333 | $ | 201,667 | $ | 240,000 | $ | 720,000 |
| Committee fees | | 39,167 | | 35,833 | | 27,500 | | 40,000 | | 73,000 |
| Meeting fees | | - | | - | | - | | 50,000 | | 565,500 |
| 2011 true-up for 2012 comp plan – base | | - | | - | | - | | - | | 165,000 |
| 2011 true-up for 2012 comp plan – meeting fee | | - | | - | | - | | - | | 122,500 |
| Supplemental compensation | | 266,667 | | 200,000 | | 200,000 | | - | | 10,000 |
| Expenses | | 52,728 | | - | | - | | - | | - |
| Total | $ | 569,394 | $ | 474,167 | $ | 429,167 | $ | 330,000 | $ | 1,656,000 |
| | | | | | | | | | | |
| Average annual compensation per director [3] | $ | 230,000 | $ | 230,000 | $ | 214,583 | $ | 165,000 | $ | 414,000 |

[1] 2011 base compensation was increased from $120,000 to 180,000 due to retroactive application of 2012 compensation plan. This true-up was paid in 2012.
[2] 2012 compensation plan also removed the $25,000 cap on meeting fees retroactively for 2011. This true-up for additional meeting fees was paid in 2012.
[3] Annual compensation averages exclude directors who served partial years; the 2008 "average" reflects the 2008 payment arrangement because no Independent Director served a full year.
Source: Spreadsheet, PAYMENT INFO BY YEND Number, Edward T. Smith, III [EXAMO0294352]; Spreadsheet, PAYMENT INFO BY YEND Number, Karin Hirtler-Garvey, [EXAMO0294334]; Spreadsheet reflecting payments to Pamela E. West [EXAMO0294341]; Spreadsheet, PAYMENT INFO BY YEND Number, Jonathan Ilany [EXAMO0294335]; Spreadsheet, PAYMENT INFO BY YEND Number, John E. Mack [EXAMO0294337].

Appendix IV.B.1.d(8)—3, Page 1 of 1

Appendix IV.B.1.d(8)—4, Page 1 of 1

**AFI and ResCap Independent Director Compensation (Comparison By Director)**
2008 – 2012

**AFI**

| Independent Director | 2008 | 2009[1] | 2010[2] | 2011 | 2012[3],[4] |
|---|---|---|---|---|---|
| Robert Scully | $ 120,000 | $ 60,000 | N/A | N/A | N/A |
| Douglas Hirsch | 140,000 | 70,000 | N/A | N/A | N/A |
| T.K. Duggan | 160,000 | 80,000 | N/A | N/A | N/A |
| Robert Blakely | N/A | 233,750 | $ 281,812 | $ 281,500 | $ 309,000 |
| Michael Carpenter | N/A | 180,750 | N/A | N/A | N/A |
| Mayree Clark | N/A | 236,250 | 287,480 | 299,508 | 304,750 |
| Kim Fennebresque | N/A | 231,000 | 243,124 | 242,000 | 276,000 |
| Franklin Hobbs | N/A | 305,250 | 364,192 | 495,353 | 505,000 |
| Marjorie Magner | N/A | N/A | 158,532 | 272,124 | 274,250 |
| John Stack | N/A | N/A | 189,220 | 291,655 | 489,750 |
| John Durrett | N/A | N/A | N/A | 191,840 | 257,750 |
| Henry Miller | N/A | N/A | N/A | N/A | 85,001 |
| Gerald Greenwald | N/A | N/A | N/A | N/A | 85,850 |
| Total | $ 420,000 | $ 1,397,000 | $ 1,524,360 | $ 2,073,980 | $ 2,587,351 |
| | | | | | |
| Average annual compensation per director | $ 140,000 | $ 200,875 | $ 283,445 | $ 296,283 | $ 314,060 |

[1] In 2009, Duggan, Hirsch, and Scully served as non-employee directors for approximately six months.

[2] In 2010, Magner served as a non-employee director for approximately seven months; Stack served as a non-employee director for approximately nine months.

[3] In 2012, Miller and Greenwald served as non-employee directors for approximately five months.

[4] Beginning January 1, 2012, Blakely received additional compensation for being a member of the GMAC Bank Board.

Source: Ally Financial Inc., Annual Report (Form 10-K) (Feb. 27, 2009), at 217; Ally Financial Inc., Annual Report (Form 10-K) (Mar. 1, 2010), at 232–33; Ally Financial Inc., Annual Report (Form 10-K) (Feb. 25, 2011), at 270; Ally Financial Inc., Annual Report (Form 10-K) (Feb. 28, 2012), at 250–52; Ally Financial Inc., Annual Report (Form 10-K) (Mar. 1, 2013), at 223–25.

**ResCap[1]**

| Independent Director | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|
| Thomas Jacob[1] | $ 80,000 | N/A | N/A | N/A | N/A |
| Thomas Melzer[2] | 73,333 | N/A | N/A | N/A | N/A |
| Edward Smith | 190,877 | $ 230,000 | $ 210,000 | $ 155,000 | $ 409,500 |
| Karin Hirtler-Garvey | 225,184 | 146,667 | 219,167 | 175,000 | N/A |
| Pamela West | N/A | 97,500 | N/A | N/A | 464,500 |
| Jonathan Ilany[3] | N/A | N/A | N/A | - | 373,000 |
| John Mack[3] | N/A | N/A | N/A | 330,000 | 409,000 |
| Total | $ 569,394 | $ 474,167 | $ 429,167 | $ 330,000 | $ 1,656,000 |
| | | | | | |
| Average annual compensation per director[4] | $ 230,000 | $ 230,000 | $ 214,583 | $ 165,000 | $ 414,000 |

[1] Compensation reported by year on cash basis.

[2] Jacob and Melzer 2008 compensation is extrapolated from cited sources.

[3] Note that Ilany and Mack were paid $31,500 in January 2012 for their 2011 partial-year service on the ResCap Board.

[4] Annual compensation averages exclude directors who served partial years; the 2008 "average" reflects the 2008 payment arrangement because no Independent Director served a full year.

Source: Proposal 2008 Compensation Plan for ResCap Independent Directors, dated Jan. 31, 2008, at RC0009727 [RC4000F261]; Minutes of a Special Meeting of the Board of Directors of Residential Capital, LLC, Feb. 1, 2008, at RC4000635-54 [RC4000652]; Minutes of a Meeting of the Special Committee of the Independent Directors of the Board of Residential Capital, LLC, Mar. 25, 2008, at RC4000622 [RC4000641]; Email from T. Hamzehpour to R. Hull (Apr. 30, 2008) [EXAM20243906]; Email from C. Quenneville (May 23, 2008) [EXAM21244420]; Spreadsheet, PAYMENT INFO BY YEND Number, Edward F. Smith, III [EXAM00294352]; Spreadsheet, PAYMENT INFO BY YEND Number, Karin Hirtler-Garvey, [EXAM00294334]; Spreadsheet reflecting payments to Pamela E. West [EXAM00294341]; Spreadsheet, PAYMENT INFO BY YEND Number, Jonathan Ilany [EXAM00294335]; Spreadsheet, PAYMENT INFO BY YEND Number, John E. Mack [EXAM00294337].

Appendix IV.B.1.d(8)—4, Page 1 of 1

**Appendix IV.B.1.d(8)—5**, Page 1 of 1

AFI and ResCap Independent Director Compensation (Comparison By Type)
2008 – 2012

### AFI [1]

| Compensation Arrangement | 2008 | 2009 [2] | 2010 [3] | 2011 | 2012 [4],[5] |
|---|---|---|---|---|---|
| Base compensation | $ 120,000 | $ 180,000 | $ 180,000 | $ 180,000 | $180,000 – $200,000 |
| Committee member (audit) | 20,000 | 20,000 | 20,000 | N/A | N/A |
| Committee member (other) | N/A | 10,000 | 10,000 | 20,000 | 20,000 |
| Committee chair (audit) | 40,000 | 45,000 | 45,000 | N/A | N/A |
| Committee chair (other) | N/A | 25,000 | 25,000 | 50,000 | 50,000 |
| Meeting fee (per meeting) | N/A | 750 – 1,500 | 750 – 1,500 | 750 – 1,500 | 2,000 |
| Chairman of the Board | N/A | 120,000 | 120,000 | 250,000 | 250,000 |
| Supplemental compensation | N/A | N/A | N/A | N/A | N/A |

*[1] Annual retainers are prorated based on non-employee directors actual service on board and committees.*
*[2] In 2009, Duggan, Hirsch and Scully served as non-employee directors for approximately six months.*
*[3] In 2010, Mageer served as a non-employee director for approximately seven months; Stack served as a non-employee director for approximately nine months.*
*[4] In 2012, Miller and Greenwald served as non-employee directors for approximately five months.*
*[5] Beginning January 1, 2012, Stack received additional compensation for being a member of the GMAC Bank Board.*

*Source: Ally Financial Inc., Annual Report (Form 10-K) (Feb. 27, 2009), at 217; Ally Financial Inc., Annual Report (Form 10-K) (Mar. 1, 2010), at 232–33; Ally Financial Inc., Annual Report (Form 10-K) (Feb. 25, 2011), at 270; Ally Financial Inc., Annual Report (Form 10-K) (Feb. 28, 2012), at 250–52; Ally Financial Inc., Annual Report (Form 10-K) (Mar. 1, 2013), at 223–25.*

### ResCap

| Compensation Arrangement | 2008 | 2009 | 2010 | 2011 [1] | 2012 [2] |
|---|---|---|---|---|---|
| Base compensation | $ 110,000 | $ 110,000 | $ 110,000 | $ 120,000 | $ 180,000 |
| Committee member (audit) | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Committee member (other) | N/A | N/A | N/A | N/A | 10,000 |
| Committee chair (audit) | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| Committee chair (other) | N/A | N/A | N/A | N/A | 20,000 |
| Meeting fee (per meeting) | N/A | N/A | N/A | 1,500 | 1,500 |
| 2011 true-up for 2012 comp plan - base compensation | N/A | N/A | N/A | N/A | 60,000 |
| 2011 true-up for 2012 comp plan - meeting fee (per meeting) | N/A | N/A | N/A | N/A | 1,500 |
| Supplemental compensation [3] | 100,000 | 100,000 | 100,000 | N/A | N/A |

*[1] 2011 base compensation was increased from $120,000 to 180,000 due to retroactive application of 2012 compensation plan. This true-up was paid in 2012.*
*[2] 2012 compensation plan also removed the $25,000 cap on meeting fees retroactively for 2011. This true-up for additional meeting fees was paid in 2012.*
*[3] Supplemental compensation of $100,000 was approved at the February 1, 2008 Board meeting.*

*Source: Minutes of a Special Meeting of the Board of Directors of Residential Capital, LLC, Feb. 1, 2008, at RC40005653–54 [RC40005652]; Karin Hirtler-Garvey—Independent Board Member payment schedule [EXAM00294336]; Spreadsheet, PAYMENT INFO BY VEND Number, Edward F. Smith, III [EXAM00294352]; Spreadsheet reflecting payments to Pamela E. West [EXAM00294341]; E-mail from T. Hamzehpour to C. Kollenberg (Dec. 3, 2010) [EXAM10357376]; E-mail from C. Kollenberg to T. Hamzehpour (Jan. 10, 2011) [EXAM20136494]; Minutes of a Special Meeting of the Board of Residential Capital, LLC, Jan. 27, 2011, at RC40018421–22 [RC40018411]; Unanimous Written Consent of the Management Members of the Board of Directors of Residential Capital, LLC, dated Dec. 9, 2011, at RC40018728 [RC40018411]; Unanimous Written Consent of the Management Members of the Board of Directors of Residential Capital, LLC, May 4, 2012 at RC40019214–18 [RC40019179].*

Appendix IV.B.1.d(12), Page 1 of 1

**Residential Capital, LLC**
**Officers Receiving AFI Equity Compensation** [1],[2],[3],[4]
**2006 – 2012**

| Name | ResCap Title | Compensation Type | Compensation Amounts Per Year | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| Thomas Marano | CEO (7/08 - Present) | Salary (Cash) | | | | $ 2,419,231 | $ 500,000 | $ 600,000 | $ 600,000 |
| | | Equity (DSU) | | | | 135,885 | 4,437,500 | 4,735,633 | 1,821,397 |
| | | Equity (IRSU) | | | | 402,681 | 2,468,750 | 2,667,816 | |
| | | Equity (RSU) | | | | 2,684,542 | - | - | 5,582,052 |
| | | Deferred Cash | | | | - | - | - | |
| | | Other comp. | | | | 51,994 | 26,785 | 31,450 | 27,099 |
| | | | $ - | $ - | $ - | $ 5,694,333 | $ 7,433,035 | $ 8,034,899 | $ 8,030,548 |
| Sanjiv Khattri | CFO (4/07 - 3/08) | Salary (Cash) | $ 406,250 | $ 700,000 | | | | | |
| | | Bonus | | 450,000 | | | | | |
| | | Stock awards | 183,080 | 145,000 | | | | | |
| | | Option awards | 47,877 | 260,453 | | | | | |
| | | Non-equity incentive plan comp. | 228,400 | | | | | | |
| | | Non-qualified deferred comp. | 70,900 | | | | | | |
| | | Expense/change in pension value | | | | | | | |
| | | Other comp. (inc. $500K retention payment in 2007) | 57,512 | 1,670,210 | | | | | |
| | | | $ 994,019 | $ 3,225,663 | $ - | $ - | $ - | $ - | $ - |
| James Jones | President & CEO (5/07 – 8/08) | Salary (Cash) | | | $ 570,433 | | | | |
| | | Bonus | | | - | | | | |
| | | Stock awards | | | (165,272) | | | | |
| | | Option awards | | | (102,258) | | | | |
| | | Non-qualified deferred comp. | | | - | | | | |
| | | Expense/change in pension value | | | | | | | |
| | | Other comp. (incl. severance of $2.11M) | | | 2,411,787 | | | | |
| | | | $ - | $ - | $ 2,714,690 | $ - | $ - | $ - | $ - |
| Bruce Paradis | EVP, Chairman & CEO (9/04 – 6/07) | Salary (Cash) | $ 353,846 | | | | | | |
| | | Bonus | - | | | | | | |
| | | Stock awards | - | | | | | | |
| | | Option awards | 69,900 | | | | | | |
| | | Non-qualified deferred comp. | - | | | | | | |
| | | Expense/change in pension value | 33,759 | | | | | | |
| | | Other comp. | | | | | | | |
| | | | $ 457,505 | $ - | $ - | $ - | $ - | $ - | $ - |
| Michael Rossi | Chairman (9/07 – 3/08) | Salary (Cash) | | $ 392,308 | | | | | |
| | | Bonus | | 900,000 | | | | | |
| | | Stock awards | | 516,476 | | | | | |
| | | Option awards | | 194,016 | | | | | |
| | | Non-qualified deferred comp. | | - | | | | | |
| | | Expense/change in pension value (incl. equity tax-related payments of $2.02M) | | 2,872,601 | | | | | |
| | | Other comp. | | | | | | | |
| | | | $ - | $ 4,875,401 | $ - | $ - | $ - | $ - | $ - |

[1] DSU = Deferred Stock Units.
[2] IRSU = Incentive Restrictive Stock Units.
[3] RSU = Restricted Stock Units
[4] Other compensation includes 401K match, life insurance, perquisites, etc.

*Source: Ally Financial Inc., Annual Report (Form 10-K) (Feb. 27, 2008) at 137; Ally Financial Inc., Annual Report (Form 10-K) (Feb. 27, 2008) at 153–54; Ally Financial Inc., Annual Report (Form 10-K) (Mar. 26, 2009) at 209–10; Ally Financial Inc., Annual Report (Form 10-K) (Mar. 1, 2010) at 215–28; Ally Financial Inc., Annual Report (Form 10-K) (Feb. 25, 2011) at 259–67; Ally Financial Inc., Annual Report (Form 10-K) (Feb. 28, 2012) at 235–48; Ally Financial Inc., Annual Report (Form 10-K) (Mar. 1, 2013) at 218–23.*

Appendix IV.B.1.d(12), Page 1 of 1

Appendix V.A.2.a, Page 1 of 4

**Ally Bank Transactions: Reasonably Equivalent Value Summaries**
*($ in Millions)*

| | Appendix Reference | Fair Market Value | | |
|---|---|---|---|---|
| | | Low | | High |
| **2006 Bank Restructuring** | | | | |
| Transfers from ResCap: | | | | |
| a) Equity value of Old GMAC Bank (non-marketable, controlling) | V.A.2.b, at 1 | $ 1,615.0 | | $ 1,900.0 |
| b) Capital contribution to IB Finance | | 360.0 | | 360.0 |
| Total property transferred | V.A.2.b, at 1 | 1,975.0 | | 2,260.0 |
| Value received by ResCap: | | | | |
| a) Equity value of IB Finance Class M Shares (non-marketable, non-controlling) | V.A.2.b, at 1 | 1,442.0 | | 1,652.0 |
| b) Cost savings to ResCap as a result of de-linking AFI's credit rating from GM | V.A.2.b, at 1 | 142.7 | | 142.7 |
| Total property received | | $ 1,584.7 | | $ 1,794.7 |
| | | | | |
| Value received by ResCap less value transferred from ResCap [1] | | $ (390.3) | to | $ (465.3) |
| | | | | |
| **2008 Bank Transaction** | | | | |
| Transfers from ResCap: | | | | |
| a) ResCap Preferred Interests | | $ - | | $ - |
| b) Right to exchange ResCap Preferred Interests for IB Finance Preferred Interests | V.A.2.c, at 1 | 571.4 | | 714.2 |
| Total property transferred | | 571.4 | | 714.2 |
| Value received by ResCap: | | | | |
| a) Contribution of bonds | V.A.2.c, at 1 | 841.3 | | 841.3 |
| b) Right to redeem IB Finance Preferred Interests | | - | | - |
| Total property received | | $ 841.3 | | $ 841.3 |
| | | | | |
| Value received by ResCap less value transferred from ResCap | | $ 269.9 | to | $ 127.1 |
| | | | | |
| **2009 Bank Transaction** | | | | |
| Transfers from ResCap: | | | | |
| a) Remaining 1.2 million IB Finance Class M Shares (non-marketable, non-controlling) | V.A.2.d, at 1 | $ 106.5 | | $ 217.5 |
| b) Forfeited right to redeem IB Finance Preferred Interests | | - | | - |
| Total property transferred | | 106.5 | | 217.5 |
| Value received by ResCap: | | | | |
| a) Contribution of bonds | V.A.2.d, at 1 | 600.2 | | 600.2 |
| Total property received | | $ 600.2 | | $ 600.2 |
| | | | | |
| Value received by ResCap less value transferred from ResCap | | $ 493.7 | to | $ 382.7 |

[1] *The low end of the range of value for property transferred is paired with the low end of the range of value for property received (with a similar pairing of the respective high ends) in order to maintain consistency between the economic assumptions associated with the respective ranges.*

*Source: Appendix V.A.2.b, at 1; Appendix V.A.2.c, at 1; Appendix V.A.2.d, at 1.*

Appendix V.A.2.a, Page 1 of 4

Appendix V.A.2.a, Page 2 of 4

**Ally Bank Transactions: Reasonably Equivalent Value**
**Historical Financial Statements**
**Balance Sheets**
2003 – 2008
*($ in Thousands)*

|  | Old GMAC Bank | | | Mortgage Bank | | | Mortgage Division of Ally Bank | |
|---|---|---|---|---|---|---|---|---|
|  | 12/31/2003 (1) | 12/31/2004 (2) | 12/31/2005 (2) | 9/30/2006 (3) | 12/31/2006 (4) | 12/31/2007 (5) | 3/31/2008 (5) | 12/31/2008 (6) |
| **Assets** | | | | | | | | |
| Cash and cash equivalents | $ 48,892 | $ 63,314 | $ 43,102 | $ 58,946 | $ 913,574 | $ 1,411,317 | $ 1,882,194 | $ 2,825,381 |
| Investment securities | 59,616 | 9,972 | 15,380 | 14,887 | 22,028 | 27,598 | 26,988 | 25,150 |
| Accounts receivable | 9,247 | 12,626 | 32,727 |  | 70,145 |  |  | - |
| HFS mortgage loans, net | 1,555,304 | 2,041,520 | 2,676,496 |  | 1,079,501 | 2,345,985 | 2,293,238 | 882,754 |
| Finance receivables and loans | | | | | | | | |
| HFI mortgage loans | 788,140 | 1,232,354 | 6,347,891 |  | 11,504,026 | 15,004,490 | 15,433,268 | 15,375,957 |
| Consumer finance receivables | - | - | - |  | - | - | 85,006 | 89,723 |
| Commercial loans | - | 48,225 | 169,396 |  | 335,938 | - | - | - |
| Commercial finance receivables | 180,764 | 376,409 | 214,786 |  | 1,023,183 | 1,181,663 | 1,409,408 | 1,440,670 |
| Warehouse lending | - | - | - |  | - | - | - | - |
| Allowance for credit losses | (2,007) | (2,971) | (7,108) |  | (23,760) | (55,866) | (82,402) | (363,714) |
| Finance receivables and loans, net | 966,897 | 1,654,017 | 6,724,965 | 13,493,236 | 12,839,387 | 16,130,287 | 16,845,280 | 16,542,636 |
| MSRs | - | - | - | - | - | 119,545 | 297,449 | 418,628 |
| Property & equipment | 2,101 | 2,454 | 2,767 | 2,537 | 2,566 | - | - | - |
| FHLB stock | - | - | - | - | - | 495,542 | 512,947 | 496,090 |
| Other assets | 4,487 | 89,819 | 249,024 | 527,046 | 440,844 | 62,390 | 206,978 | 823,128 |
| Total Assets | $ 2,646,544 | $ 3,873,722 | $ 9,744,461 | $ 14,096,652 | $ 15,368,045 | $ 20,592,664 | $ 22,065,074 | $ 22,013,768 |
| **Liabilities** | | | | | | | | |
| Deposits | $ 1,302,521 | $ 1,707,383 | $ 4,215,512 | $ 6,307,725 | $ 5,974,386 | $ 6,687,197 | $ 9,836,455 | $ 10,600,537 |
| FHLB borrowings | 822,000 | 1,507,000 | 4,448,000 | 6,224,998 | 7,279,000 | 11,349,000 | 9,815,000 | 9,303,000 |
| Accrued expenses and other liabilities | 205,852 | 199,199 | 372,164 | 425,129 | 526,760 | 571,395 | 412,243 | 285,760 |
| Total Liabilities | 2,330,373 | 3,413,582 | 9,035,676 | 12,957,852 | 13,780,146 | 18,607,592 | 20,063,698 | 20,189,297 |
| **Stockholder's equity** | | | | | | | | |
| Common stock and paid-in capital | 217,237 | 270,423 | 391,320 | 657,049 | 1,560,155 | 1,760,155 | 1,760,155 | 1,760,155 |
| Retained earnings | 98,934 | 189,717 | 317,519 | 481,751 | 27,804 | 225,212 | 241,775 | 65,723 |
| Accumulated other comprehensive income | - | - | (54) | - | (60) | (294) | (553) | (1,406) |
| Total stockholder's equity | 316,171 | 460,140 | 708,785 | 1,138,800 | 1,587,899 | 1,985,073 | 2,001,377 | 1,824,472 |
| Total liabilities and stockholder's equity | $ 2,646,544 | $ 3,873,722 | $ 9,744,461 | $ 14,096,652 | $ 15,368,045 | $ 20,592,664 | $ 22,065,074 | $ 22,013,768 |
| **Memo Items:** | | | | | | | | |
| Stockholder's equity to total assets | 11.9% | 11.9% | 7.3% | 8.1% | 10.3% | 9.6% | 9.1% | 8.3% |

(1) GMAC Bank Financial Statements for the Years Ended December 31, 2004 and 2005, at 2, 11-12 [BC00035660].
(2) GMAC Bank Financial Statements for the Years Ended December 31, 2003 and 2004, at 1, 11-12 [ESLAB0025849].
(3) September 30, 2006 GMAC Bank call report. The call report provided less detail than sources utilized for other periods in this schedule. HFS loans are included in finance receivables and loans.
(4) GMAC Bank Consolidated Financial Review, June 25, 2007, at ALLY_PEO_0006664 [ALLY_PEO_0006664].
(5) GMAC Bank 2008 Mid-Year Forecast Variance vs. Business Plan Review, dated Aug. 20, 2008, at ALLY_PEO_0007258 [ALLY_PEO_0007227].
(6) GMAC Bank 2006-2011 Business Plan Review, dated Mar. 17, 2009, at ALLY_PEO_0007939 [ALLY_PEO_0007937].

Appendix V.A.2.a, Page 2 of 4

Appendix V.A.2.a, Page 3 of 4

**Ally Bank Transactions: Reasonably Equivalent Value**
**Historical Financial Statements**
**Income Statements**
2003 – 2008
*($ in Thousands)*

| | Mortgage Bank | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Old GMAC Bank | | | | | Mortgage Division of Ally Bank | | |
| | 12 months ended 12/31/2003 [1] | 12 months ended 12/31/2004 [2] | 12 months ended 12/31/2005 [2] | LTM 9/30/2006 [3] | 12 months ended 12/31/2006 [4] | 12 months ended 12/31/2007 [5] | LTM 3/31/2008 [6] | 12 months ended 12/31/2008 [7] |
| **Revenue** | | | | | | | | |
| Total interest income | $ 117,996 | $ 171,221 | $ 366,100 | $ 717,284 | $ 800,132 | $ 1,075,721 | $ 1,128,312 | $ 1,148,570 |
| Interest and discount expense | 18,357 | 34,003 | 163,761 | 425,698 | 509,575 | 715,861 | 758,104 | 861,471 |
| Net financing revenue before provision for credit losses | 99,639 | 137,218 | 202,339 | 291,586 | 290,557 | 359,860 | 370,208 | 287,099 |
| Gain (loss) on sale of loans | 41,137 | 65,748 | 63,671 | | | 49,731 | 32,362 | (2,581) |
| Origination fees | 30,045 | 19,892 | 24,837 | | | 42,391 | 39,497 | 33,563 |
| Other income | 1,593 | 8,978 | 21,560 | 169,197 | 178,228 | 49,618 | 50,850 | 87,792 |
| Total non-interest income | 72,775 | 94,618 | 110,068 | 169,197 | 178,228 | 141,740 | 122,709 | 118,774 |
| Total net revenue before provision for credit losses | 172,414 | 231,836 | 312,407 | 460,783 | 468,785 | 501,600 | 492,917 | 405,873 |
| Provision for credit losses | 1,806 | 877 | 5,306 | 10,606 | 16,748 | 85,486 | 112,697 | 524,254 |
| **Expenses** | | | | | | | | |
| Compensation and benefits expense | 37,217 | 45,472 | 55,798 | 64,239 | 62,266 | 56,342 | 57,341 | 58,834 |
| Other operating expense | 26,533 | 29,631 | 33,214 | 62,648 | 48,767 | 51,881 | 53,566 | 64,412 |
| Total non-interest expense | 63,750 | 75,103 | 89,012 | 126,887 | 111,033 | 108,223 | 110,907 | 123,246 |
| Income before income tax expense | 106,858 | 155,856 | 218,089 | 323,290 | 341,004 | 307,891 | 269,313 | (241,627) |
| Income tax expense / (benefit) | 44,815 | 65,073 | 90,287 | 121,465 | 125,470 | 110,484 | 97,388 | (90,754) |
| Net income (loss) | $ 62,043 | $ 90,783 | $ 127,802 | $ 201,825 | $ 215,534 | $ 197,407 | $ 171,925 | $ (150,873) |

[1] GMAC Bank Financial Statements for the Years Ended December 31, 2004 and 2003, at 3 [RC00035600].
[2] GMAC Bank Financial Statements for the Years Ended December 31, 2005 and 2004, at 2 [EXAM00125849].
[3] See National Motors Bank FSB, FDIC, Call Report (Mar. 31, 2005); National Motors Bank FSB, FDIC, Call Report (June 30, 2005); National Motors Bank FSB, FDIC, Call Report (Sep. 30, 2005); National Motors Bank FSB, FDIC, Call Report (Dec. 31, 2005); National Motors Bank FSB, FDIC, Call Report (Mar. 31, 2006); National Motors Bank FSB, FDIC, Call Report (June 30, 2006); National Motors Bank FSB, FDIC, Call Report (Sep. 30, 2006), http://www2.fdic.gov/idasp/confirmation_outside.asp?inCert1=35054.
[4] GMAC Bank Consolidated Financial Review, dated Jan. 25, 2007, at ALLY_PEO_0006859 [ALLY_PEO_0006664].
[5] GMAC Bank 2008 Mid-Year Forecast Variance vs. Business Plan Review, dated Aug. 20, 2008, at ALLY_PEO_0007259 [ALLY_PEO_0007227].
[6] See GMAC Bank 2007 4th - Quarter Forecast Variance vs. Business Plan Review, dated Nov. 20, 2007, at ALLY_PEO_0006630 [ALLY_PEO_0006616]; GMAC Bank 2008 Mid-Year Forecast Variance vs. Business Plan Review, dated Aug. 20, 2008, at ALLY_PEO_0007259 [ALLY_PEO_0007227].
[7] GMAC Bank 2009-2011 Business Plan Review, dated Mar. 17, 2009, at ALLY_PEO_0007940 [ALLY_PEO_0007387].

**Appendix V.A.2.a**, Page 4 of 4

**Ally Bank Transactions: Reasonably Equivalent Value**
**HFI Delinquency Trends**
April 2006 – February 2009



[1] GMAC Bank Mortgage Operation Credit Review, dated Apr. 30, 2007, at EXAMI1415755 [EXAMI1415741]; GMAC Mortgage Division Credit Review, dated Oct. 31, 2007, at ALLY_PEO_0006249 [ALLY_PEO_0006161]; GMAC Bank Consolidated Financial Review, dated Aug. 20, 2008, at ALLY_PEO_0007247 [ALLY_PEO_0007227]; GMAC Bank Consolidated Financial Review, dated Mar. 17, 2009, at ALLY_PEO_0007920 [ALLY_PEO_0007887].

Appendix V.A.2.a, Page 4 of 4

Appendix V.A.2.b, Page 1 of 15

**Ally Bank Transactions: Reasonably Equivalent Value**
**2006 Bank Restructuring**
**Value Summary**
As of November 22, 2006
*($ in Millions)*

| Value Transferred from ResCap | Appendix Reference | Fair Market Value | | Weighting |
|---|---|---|---|---|
| | | Low | High | |
| Market Approach: Guideline Publicly Traded Company Method | V.A.2.b, at 2 | $ 1,691.7 | $ 2,125.5 | 50.0% |
| Market Approach: Guideline M&A Method | V.A.2.b, at 11 | 2,689.9 | 2,848.8 | 0.0% |
| Income Approach: DCF Method | V.A.2.b, at 13 | 1,667.8 | 1,965.3 | 50.0% |
| Asset-Based Approach: Adjusted Book Value Method | V.A.2.b, at 15 | 1,192.2 | 1,192.2 | 0.0% |
| Equity value of Old GMAC Bank (marketable, controlling) | | 1,679.7 | 2,045.4 | |
| Equity value of Old GMAC Bank (marketable, controlling), rounded | | 1,700.0 | 2,000.0 | |
| Private company discount | 5.0% | (85.0) | (100.0) | |
| Equity value of Old GMAC Bank (non-marketable, controlling) | | 1,615.0 | 1,900.0 | |
| Capital contribution to IB Finance | | 360.0 | 360.0 | |
| Total property transferred | | $ 1,975.0 | $ 2,260.0 | |
| **Value Received by ResCap** | | | | |
| Equity value of Old GMAC Bank before capital contribution (marketable, controlling) | | $ 1,700.0 | $ 2,000.0 | |
| Capital contribution to IB Finance | | 360.0 | 360.0 | |
| Value of IB Finance Class M Shares (marketable, controlling) | | 2,060.0 | 2,360.0 | |
| Discount for attributes of shares | 30.0% | (618.0) | (708.0) | |
| Value of IB Finance Class M Shares (non-marketable, non-controlling) | | 1,442.0 | 1,652.0 | |
| Cost savings to ResCap as a result of de-linking AFI's credit rating from GM [1] | | 142.7 | 142.7 | |
| Total property received | | $ 1,584.7 | $ 1,794.7 | |
| Value received by ResCap less value transferred from ResCap [2] | | $ (390.3)   to | $ (465.3) | |

Memo Item:
| Value of IB Finance Class M Shares (non-marketable, controlling) less equity value of Old GMAC Bank (non-marketable, controlling) less capital contribution to IB Finance | | $ (533.0) | $ (608.0) | |

[1] The present value of management's estimated $250 million pre-tax annual cost savings discounted over one year (after-tax) using mid-period convention (1 / (1 + discount rate) ^ 0.5).
[2] The low end of the range of value for property transferred is paired with the low end of the range of value for property received (with a similar pairing of the respective high ends) in order to maintain consistency between the economic assumptions associated with the respective ranges.
*Source: Appendix V.A.2.b, at 2, 11, 13, 15.*

Appendix V.A.2.b, Page 1 of 15

**Ally Bank Transactions: Reasonably Equivalent Value**
**2006 Bank Restructuring**
**Guideline Publicly Traded Company Method Summary**
As of November 22, 2006
*($ in Millions)*

| | Old GMAC Bank Financial Metric | Multiple Range [1] | | Range of Value Low | Range of Value High | Weighting |
|---|---|---|---|---|---|---|
| Forward P/E | $  238.6 [2] | 8.0x | 10.0x | $  1,908.8 | $  2,386.0 | 25.0% |
| Less capital contribution to IB Finance | | | | (360.0) | (360.0) | |
| Value before capital contribution to IB Finance | | | | 1,548.8 | 2,026.0 | 25.0% |
| LTM P/E | 201.8 [3] | 9.0x | 11.0x | 1,816.4 | 2,220.1 | 25.0% |
| P/TBVE | 1,161.0 [4] | 1.2x | 1.5x | 1,393.2 | 1,741.5 | 50.0% |
| Equity value of Old GMAC Bank (marketable, minority) | | | | 1,537.9 | 1,932.3 | |
| Control premium | | | 10% | 153.8 | 193.2 | |
| Equity value of Old GMAC Bank (marketable, controlling) | | | | $  1,691.7 | $  2,125.5 | |

*[1] Refer to Appendix V.A.2.b, at 3 for multiples of guideline public companies and Section V.A.2.b(1)(c) for a discussion of the selection of multiples.*

*[2] GMAC Bank Consolidated Financial Review, dated Jan. 25, 2007, at ALLY_PEO_0006859 [ALLY_PEO_0006664].*

*[3] See National Motors Bank FSB, FDIC, Call Report (Mar. 31, 2005); National Motors Bank FSB, FDIC, Call Report (June 30, 2005); National Motors Bank FSB, FDIC, Call Report (Sep. 30, 2005); National Motors Bank FSB, FDIC, Call Report (Dec. 31, 2005); National Motors Bank FSB, FDIC, Call Report (Mar. 31, 2006); National Motors Bank FSB, FDIC, Call Report (June 30, 2006); National Motors Bank FSB, FDIC, Call Report (Sep. 30, 2006). http://www2.fdic.gov/idasp/confirmation_outside.asp?inCert1=35054.*

*[4] Residential Capital Corporation, Current Report (Form 8-K) (Nov. 20, 2006), at 2.*

Appendix V.A.2.b, Page 3 of 15

**Ally Bank Transactions: Reasonably Equivalent Value**
**2006 Bank Restructuring**
**Guideline Publicly Traded Company Method Multiples**
As of November 22, 2006
*($ in Millions)*

| | [A] MVE | [B] TBVE | [C] LTM Earnings | [D] Forward Earnings | [E] = [A] / [B] P/TBVE | [F] = [A] / [C] LTM P/E | [G] = [A] / [D] Forward P/E |
|---|---|---|---|---|---|---|---|
| Old GMAC Bank | N/A | $ 1,161.0 | $ 201.8 | $ 238.6 | N/A | N/A | N/A |
| **Guideline Publicly Traded Companies** | | | | | | | |
| Astoria Financial Corporation | $ 2,776.6 | $ 1,076.0 | $ 195.5 | $ 148.0 | 2.6x | 14.2x | 18.8x |
| BankUnited Financial Corporation | 968.0 | 725.3 | 83.9 | 106.4 | 1.3x | 11.5x | 9.1x |
| Capitol Federal Financial, Inc. | 2,789.5 | 863.2 | 48.1 | 47.0 | 3.2x | 58.0x | 59.4x |
| Downey Financial Corp. | 2,070.7 | 1,352.2 | 193.4 | 208.9 | 1.5x | 10.7x | 9.9x |
| FirstFed Financial Corp. | 1,108.1 | 667.7 | 123.7 | 133.1 | 1.7x | 9.0x | 8.3x |
| Flagstar Bancorp Inc. | 963.4 | 815.0 | 91.1 | 79.9 | 1.2x | 10.6x | 12.1x |
| Franklin Bank Corp. | 462.0 | 192.7 | 24.3 | 37.2 | 2.4x | 19.1x | 12.4x |
| Hudson City Bancorp, Inc. | 7,076.4 | 4,841.7 | 294.2 | 325.8 | 1.5x | 24.1x | 21.7x |
| Investors Bancorp Inc. | 1,743.0 | 915.1 | 13.4 | 17.0 | 1.9x | 130.0x | 102.5x |
| MAF Bancorp Inc. | 1,456.4 | 650.9 | 102.6 | 101.4 | 2.2x | 14.2x | 14.4x |
| NewAlliance Bancshares, Inc. | 1,626.8 | 848.4 | 49.6 | 71.3 | 1.9x | 32.8x | 22.8x |
| Northwest Bancorp, Inc. | 1,389.1 | 446.2 | 56.0 | 52.4 | 3.1x | 24.8x | 26.5x |
| Washington Federal Inc. | 2,039.2 | 1,206.5 | 143.1 | 152.8 | 1.7x | 14.3x | 13.3x |
| | | | | Mean [1] | 2.0x | 16.8x | 15.4x |
| | | | | Median [1] | 1.9x | 14.2x | 13.3x |

[1] LTM P/E and Forward P/E multiples greater than 50x were excluded from the mean and median.

Source: Bloomberg; Guideline company projections per Thomson Reuters SMthtelligence; Astoria Financial Corporation, Quarterly Report (Form 10-Q) (Nov. 7, 2006), at 2-3, 41; Astoria Financial Corporation, Annual Report (Form 10-K) (Mar. 10, 2006), at 81; Astoria Financial Corporation, Annual Report (Form 10-Q) (Nov. 4, 2005), at 3; BankUnited Financial Corporation, Annual Report (Form 10-K) (Dec. 14, 2006), at 45, 67-68; Capitol Federal Financial, Inc., Annual Report (Form 10-K) (Dec. 14, 2006), at 16, 44-46; Downey Financial Corp., Quarterly Report (Form 10-Q) (Nov. 1, 2006), at 2; FirstFed Financial Corp, Quarterly Report (Form 10-Q) (Nov. 8, 2006), Quarterly Report (Form 10-Q) (Nov. 1, 2006), at 1-2, 45; Downey Financial Corp., Annual Report (Form 10-K) (Mar. 1, 2006), at 75; Downey Financial Corp., Quarterly Report (Form 10-Q) (Nov. 1, 2005), at 2; FirstFed Financial Corp., Quarterly Report (Form 10-Q) (Nov. 1, 2006), at 4-5; Flagstar Bancorp Inc., Annual Report at 1, 3-4 23; FirstFed Financial Corp., Annual Report (Form 10-K) (Mar. 15, 2006), at 44; FirstFed Financial Corp., Quarterly Report (Form 10-Q) (Nov. 8, 2005), at 4; Flagstar Bancorp Inc., Annual Report (Form 10-K) (Mar. 14, 2006), at 70; Franklin Report (Form 10-K) (Mar. 16, 2006), at 55; Flagstar Bancorp Inc., Quarterly Report (Form 10-Q) (Nov. 10, 2006), at 4; Franklin Bank Corp., Quarterly Report (Form 10-Q) (Nov. 1, 2005), at 2, 5, 15; Franklin Bank Corp., Annual Report (Form 10-K) (Mar. 16, 2006), at 96, 119; Hudson City Bancorp, Inc., Quarterly Report Bank Corp., Quarterly Report (Form 10-Q) (Nov. 9, 2005), at 2; Hudson City Bancorp, Inc., Quarterly Report (Form 10-Q) (Nov. 8, 2006), at 4-5, 30; Hudson City Bancorp, Inc., Annual Report (Form 10-K) (Mar. 16, 2006), at 96, 119; Hudson City Bancorp, Inc., Quarterly Report (Form 10-Q) (Nov. 9, 2005), at 5; Investors Bancorp Inc., Quarterly Report (Form 10-Q) (Nov. 9, 2006), at 1-2, 7; Investors Bancorp Inc., Annual Report (Form 10-K) (Sep. 13, 2006), at 58; Investors Bancorp Inc., Annual Report (Form 10-Q) (Nov. 4, 2005), at 4; NewAlliance Bancshares, Inc. Quarterly Report (Form 10-Q) Inc., Quarterly Report (Form 10-Q) (Nov. 9, 2006), at 1, 3-4, 9, 30; MAF Bancorp Inc., Annual Report (Form 10-K) (Feb. 28, 2006), at 51; NewAlliance Bancshares, Inc., Annual Report (Form 10-K) (Mar. 15, 2006), at 4; Northwest Bancorp, Inc., Quarterly Report (Form 10-Q) Nov. 9, 2006), at 2; (Nov. 6, 2006), at 1, 3-4, 14, 17, 19, 35; NewAlliance Bancshares, Inc., Annual Report (Form 10-K) (Mar. 15, 2006), at 54; Northwest Bancorp, Inc., Quarterly Report (Form 10-Q) (May 10, 2003), at 2; Washington Federal Inc., Annual Report (Form 10-K) (Nov. 22, 2006), at 1, 5, 10-11. 3-4, 17; Northwest Bancorp, Inc., Annual Report (Form 10-K) (Mar. 15, 2006), at 54; Northwest Bancorp, Inc., Quarterly Report (Form 10-Q) (May 10, 2003), at 2; Washington Federal Inc., Annual Report (Form 10-Q) (Nov. 9, 2006), at 1, 3-4, 17.

Appendix V.A.2.b, Page 4 of 15

**Ally Bank Transactions: Reasonably Equivalent Value**
**2006 Bank Restructuring**
**Guideline Publicly Traded Company Method Ratios and Financial Information**
As of November 22, 2006
($ in Millions)

| | [A] Barra Predicted Beta | [B] Total Assets | [C] Non-Performing Assets | [D] LTM Earnings | [E] Book Value of Equity | [F] = [C] / [E] Non-Performing Assets/Book Value of Equity | [G] = [D] / [E] ROE |
|---|---|---|---|---|---|---|---|
| Old GMAC Bank | N/A | $ 14,096.7 | $ 29.7 | $ 201.8 | $ 1,161.0 | 2.6% | 17.4% |
| Guideline Publicly Traded Companies | | | | | | | |
| Astoria Financial Corporation | 0.70 | $ 21,599.1 | $ 55.5 | $ 195.5 | $ 1,261.2 | 4.4% | 15.5% |
| BankUnited Financial Corporation | 0.86 | 13,570.9 | 21.5 | 83.9 | 753.7 | 2.8% | 11.1% |
| Capitol Federal Financial, Inc. | 0.54 | 8,199.1 | 8.0 | 48.1 | 863.2 | 0.9% | 5.6% |
| Downey Financial Corp. | 0.88 | 16,982.8 | 66.5 | 193.4 | 1,352.2 | 4.9% | 14.3% |
| FirstFed Financial Corp. | 0.87 | 10,076.2 | 11.1 | 123.7 | 667.7 | 1.7% | 18.5% |
| Flagstar Bancorp Inc. | 0.59 | 15,120.0 | 158.8 | 91.1 | 815.0 | 19.5% | 11.2% |
| Franklin Bank Corp. | 0.57 | 5,173.2 | 33.9 | 24.3 | 349.7 | 9.7% | 6.9% |
| Hudson City Bancorp, Inc. | 0.90 | 33,638.0 | 26.5 | 294.2 | 5,002.2 | 0.5% | 5.9% |
| Investors Bancorp Inc. | 0.78 | 5,626.7 | 3.7 | 13.4 | 915.1 | 0.4% | 1.5% |
| MAF Bancorp Inc. | 0.50 | 11,464.8 | 52.3 | 102.6 | 1,059.2 | 4.9% | 9.7% |
| NewAlliance Bancshares, Inc. | 0.82 | 7,198.6 | 10.8 | 49.6 | 1,354.1 | 0.8% | 3.7% |
| Northwest Bancorp, Inc. | 0.73 | 6,543.2 | 50.9 | 56.0 | 612.4 | 8.3% | 9.1% |
| Washington Federal Inc. | 0.57 | 9,069.0 | 7.7 | 143.1 | 1,262.7 | 0.6% | 11.3% |
| | | | | | Mean | 4.6% | 9.6% |
| | | | | | Median | 2.8% | 9.7% |

Source: Bloomberg; MSCI Barra, National Motors Bank FSB, FDIC, Call Report (Mar. 31, 2005); National Motors Bank FSB, FDIC, Call Report (June 30, 2005); National Motors Bank FSB, FDIC, Call Report (Sep. 30, 2005); National Motors Bank FSB, FDIC, Call Report (Dec. 31, 2005); National Motors Bank FSB, FDIC, Call Report (Mar. 31, 2006); National Motors Bank FSB, FDIC, Call Report (June 30, 2006); National Motors Bank FSB, FDIC, Call Report (Sep. 30, 2006), http://www2.fdic.gov/idasp/confirmation_outside.asp?inCert1=35934; GMAC Consolidated Financial Review, dated Jan. 25, 2007, at ALI3; PEO 3006646; GMAC Bank Mortgage Operation Credit Review, dated Apr. 19, 2007, at EXAM1413559 (EXAM1413541); Astoria Financial Corporation, Quarterly Report (Form 10-Q) (Nov. 4, 2005), at 3; BankUnited Financial Corporation, Annual Report (Form 10-K) (Nov. 4, 2005), at 2; Astoria Financial Corporation, Annual Report (Form 10-K) (Nov. 7, 2006), at 2-3, 41; Astoria Financial Corporation, Annual Report (Form 10-K) (Nov. 1, 2006), at 1-2, 45; Downey Financial Corp., Annual Report (Form 10-K) (Dec. 14, 2006), at 45, 67-68; Capitol Federal Financial, Inc., Annual Report (Form 10-K) (Dec. 14, 2006), at 14, 48-46; Downey Financial Corp., Quarterly Report (Form 10-Q) (Nov. 1, 2005), at 2; FirstFed Financial Corp., Annual Report (Form 10-K) (Mar. 15, 2006), at 44; FirstFed Financial Corp., Quarterly Report (Form 10-Q) (Nov. 8, 2005), at 4; Flagstar Bancorp Inc., Quarterly Report (Form 10-Q) (Nov. 1, 2006), at 4-5 Flagstar Bancorp Inc., Annual Report (Form 10-K) (Mar. 16, 2006), at 55; Flagstar Bancorp Inc., Quarterly Report (Form 10-Q) (Nov. 9, 2005), at 2; Franklin Bank Corp, Quarterly Report (Form 10-Q) (Nov. 9, 2006), at 1-2, 5, 15; Franklin Bank Corp., Annual Report (Form 10-K) (Mar. 14, 2006), at 70; Franklin Bank Corp., Quarterly Report (Form 10-Q) (Nov. 9, 2005), at 2; Hudson City Bancorp, Inc., Quarterly Report (Form 10-Q) (Nov. 8, 2006), at 96, 119; Hudson City Bancorp, Inc., Annual Report (Form 10-K) (Mar. 16, 2006), at 98; Hudson City Bancorp, Inc., Quarterly Report (Form 10-Q) (Nov. 9, 2005), at 5; Investors Bancorp Inc., Quarterly Report (Form 10-Q) (Nov. 9, 2006), at 12; Investors Bancorp Inc., Annual Report (Form 10-K) (Sep. 15, 2006), at 56; Investors Bancorp Inc., Quarterly Report (Form 10-Q) (Nov. 14, 2005), at 2; MAF Bancorp Inc., Quarterly Report (Form 10-Q) (Nov. 9, 2006), at 1, 3-4, 17, 19, 35; NewAlliance Bancshares, Inc., Bancorp Inc., Annual Report (Form 10-K) (Mar. 15, 2006), at 58; MAF Bancorp Inc., Quarterly Report (Form 10-Q) (Nov. 6, 2006), at 1, 3-4; Northwest Bancorp, Inc., Quarterly Report (Form 10-Q) (Nov. 9, 2005), at 4; NewAlliance Bancshares, Inc., Annual Report (Form 10-K) (Feb. 28, 2006), at 51; NewAlliance Bancshares, Inc., Quarterly Report (Form 10-Q) (May 10, 2005), at 2; Washington Federal Inc., Annual Report (Form 10-K) (Nov. 22, 2006), at 1, 5, 10-1.

Appendix V.A.2.b, Page 4 of 15

**Appendix V.A.2.b, Page 5 of 15**

**Ally Bank Transactions: Reasonably Equivalent Value**
**Guideline Publicly Traded Company Business Descriptions**

| Company | Ally Bank Transactions Date [1] | Business Description [2] |
|---|---|---|
| **Astoria Financial Corporation** | 2006 and 2009 | Astoria Financial Corporation was headquartered in Lake Success, New York, and conducted operations primarily through its subsidiary Federal Savings and Loan Association. Its principle business was attracting retail deposits from the general public and investing those deposits, together with funds generated from operations, primarily in one-to-four-family mortgage loans, multi-family mortgage loans, commercial real estate loans and mortgage-backed securities. It also invested in construction loans, consumer and other loans, securities and other investments. Its results of operations were dependent primarily on its net interest income, its loan and securities portfolios, and the interest paid on its deposits and borrowings. Non-interest income included customer service fees; other loan fees; net gain on sales of securities; mortgage banking income; and other noninterest income. Astoria's one-to-four-family mortgage portfolio was comprised mostly of interest-only ARMs, but did not include option ARMs or loans with negative amortization features. Most of its lending portfolio was originated with full documentation. |
| **BankUnited Financial Corporation** | 2006 and 2009 | BankUnited Financial Corporation was headquartered in Florida, and conducted operations primarily through its subsidiary, BankUnited, FSB, which was founded in 1984 and was the largest banking institution headquartered in Florida based on assets. It offered a full spectrum of consumer and commercial banking products and services to consumers and businesses located primarily in Florida. Its revenues consisted mainly of interest earned on loans and investments and fees received for its financial services and products. Its expenses consist primarily of interest paid on deposits and borrowings and expenses incurred in providing services and products. It operated seventy-five full service branches in Florida, three loan production offices in Florida and five outside of Florida, and an extensive wholesale network for originating loans through mortgage broker relationships. Most of its mortgage loan portfolio was comprised of interest option ARM products. |
| **Capitol Federal Financial, Inc.** | 2006 and 2009 | Capitol Federal Financial, Inc. was headquartered in Kansas, and was a federally chartered mid-tier mutual holding company incorporated in March 1999. It conducted operations primarily through its subsidiary Capitol Federal Savings Bank. It operated through twenty-nine traditional and nine in-store banking offices located in Kansas. Its primary source of funds was deposits from the general public and it invested primarily in permanent loans secured by first mortgages on owner-occupied, one-to-four-family residences. It also originated consumer loans, loans secured by first mortgages on non-owner-occupied one-to-four-family residences, permanent and construction loans secured by one-to-four-family residences, commercial real estate loans and multi-family real estate loans. Its results of operations depended primarily on net interest income. Its mortgage portfolio was 100% fully documented, and consisted mostly of fixed-rate mortgages. |
| **Downey Financial Corp.** | 2006 | Downey Financial Corporation was headquartered in California and conducted operations primarily through Downey Federal Savings Bank, a federally-chartered savings and loan association formed in 1957. Downey conducted its business primarily through 172 retail deposit branches, including 91 full-service, in-store branches. Its banking activities focused on: attracting funds from the general public and institutions and obtaining borrowings; originating and investing in loans, primarily residential real estate mortgage loans, investment securities and mortgage-backed securities; and originating and selling loans to investors in the secondary markets. Downey's loan portfolio was concentrated in California, and was comprised predominantly of loans subject to negative amortization, most of which had been originated without full documentation. |
| **FirstFed Financial Corp.** | 2006 and 2009 | FirstFed Financial Corp. was headquartered in California, and conducted operations primarily through its subsidiary First Federal Bank of California. Its principle business was attracting deposits from the general public, and using such deposits, together with borrowings and other funds, to make real estate, business and consumer loans. Its revenue was derived principally from interest and fees on loans, interest on investments and gains on loan sales. Its major items of expense were interest on deposits and borrowings, and general and administrative expense. It operated thirty-two full-service banking branches, all located in Southern California. In also operated six lending offices located in both Southern and Northern California, a call center which conducted transactions with deposit and loan clients by telephone, and an internet website through which clients could open accounts, transfer funds or pay bills. It was a major provider of interest option ARM products. Most of its mortgage loans lacked full documentation. |

[1] Ally Bank Transactions year in which the guideline company was considered in the Examiner's Financial Advisors' analyses.

[2] For the guideline companies considered in the 2006 Bank Restructuring and the 2009 Bank Transaction, the business description describes the companies as of 2006. For those companies only considered as of either 2006 or 2009, the description is reflective of the business at that time. Sources: Astoria Financial Corporation, Annual Report, (Form 10-K) (June 1, 2007); BankUnited Financial Corporation, Annual Report, (Form 10-K) (Dec. 14, 2006); Capitol Federal Financial, Inc., Annual Report (Form 10-K) (Dec. 14, 2006); Downey Financial Corp., Annual Report (Form 10-K) (Mar. 1, 2007); FirstFed Financial Corp., Annual Report (Form 10-K) (Mar. 1, 2007).

**Appendix V.A.2.b, Page 5 of 15**

Appendix V.A.2.b, Page 6 of 15

**Ally Bank Transactions: Reasonably Equivalent Value**
**Guideline Publicly Traded Company Business Descriptions**

| Company | Ally Bank Transactions Date [1] | Business Description [2] |
|---|---|---|
| **Flagstar Bancorp** | 2006 and 2009 | Flagstar Bancorp was headquartered in Michigan, and conducted operations primarily through its subsidiary Flagstar Bank, FSB. It was the largest publicly held savings bank in the Midwest and the seventeenth largest savings bank in the United States. It operated 151 banking centers located in Michigan, Indiana and Georgia (of which 41 are located in retail stores such as Wal-Mart) and 76 home loan centers located in twenty states. Its earnings were from its retail banking activities, which generate net interest income, and non-interest income from sales of residential mortgage loans to the secondary market, the servicing of loans for others, the sale of servicing rights related to mortgage loans serviced and fee-based services provided to its customers. Approximately 96% of its total loan production during 2006 represented mortgage loans and home equity lines of credit that were secured by first or second mortgages on single-family residences. |
| **Franklin Bank Corp.** | 2006 | Franklin Bank Corp. was headquartered in Texas, and conducted operations primarily through its subsidiary Franklin Bank, S.S.B., a Texas state savings bank. It provided community banking products and services and commercial banking services to corporations and other business clients and originate single family residential mortgage loans. It conducted business at thirty-eight banking offices in Texas, seven regional commercial lending offices in Florida, Arizona, Michigan, Pennsylvania, Colorado, California, Washington D.C., and mortgage origination offices in nineteen states throughout the United States. Franklin Bank grew rapidly after 2001, and over 80% of its single family mortgage portfolio was originated after 2003. It relied on FHLB advances and brokered deposits for most of its funding. |
| **Hudson City Bancorp** | 2006 and 2009 | Hudson City Bancorp was headquartered in New Jersey and conducted operations primarily through its only subsidiary, Hudson City Savings Bank, a federally-chartered savings bank that began operations in 1868. In July 2006, it completed the acquisition of Sound Federal Bancorp, Inc., which operated banking branches in New York and Connecticut. It offered traditional thrift products such as conforming one-to-four-family residential mortgages, certificates of deposit, and passbook savings accounts. Its portfolio was comprised primarily of fixed rate mortgages, with no option ARMs or negative amortization products. A major product line was jumbo mortgage lending to higher-income customers. Its revenues were derived principally from interest on its mortgage loans and mortgage-backed securities and interest and dividends on its investment securities. Its primary sources of funds were customer deposits and other borrowings. |
| **Investors Bancorp, Inc.** | 2006 and 2009 | Investors Bancorp, Inc. was headquartered in New Jersey, and conducted operations primarily through its subsidiary Investors Savings Bank, a New Jersey-chartered savings bank founded in 1926. It conducted business from its main office located in Short Hills, New Jersey, and is forty-six branch offices located in New Jersey. Its primary business was attracting deposits from the public through its branch network and borrowing funds in the wholesale markets to originate loans and to invest in securities. It originated mortgage loans secured by one-to-four family residential real estate and consumer loans, the majority of which were home equity loans and home equity lines of credit. Its lending activities also included commercial real estate, construction and multi-family loans. A large portion of its assets were securities, primarily U.S. Government and Federal Agency obligations, mortgage-backed and other securities. |
| **MAF Bancorp, Inc.** | 2006 | MAF Bancorp, Inc. was headquartered in Illinois, and conducted operations primarily through its subsidiary Mid America Bank, FSB. It had operated in the Chicago area since 1922. Over the five year period ending 2006, the Bank had grown thirty-two branches to eighty-two branches. The Bank was one of the largest community-oriented financial institutions in the Chicago and Milwaukee metropolitan areas, serving both retail and business banking customers. It also engaged in residential real estate land development. |

---

[1] Ally Bank Transactions year in which the guideline company was considered in the Examiner's Financial Advisors' analyses.

[2] For the guideline companies considered in the 2006 Bank Transaction, the business description describes the companies as of 2006. For those companies only considered as of either 2006 or 2009, the description is reflective of the business at that time. Sources: Franklin Bank Corp., Annual Report (Form 10-K) (Mar 14, 2007); Flagstar Bancorp, Inc., Annual Report (Form 10-K) (Mar.1, 2007); Investors Bancorp, Annual Report (Form 10-K) (Sept. 15, 2006); MAF Bancorp, Annual Report (Form 10-K) (Mar.1, 2007).

**Appendix V.A.2.b, Page 7 of 15**

Ally Bank Transactions: Reasonably Equivalent Value
Guideline Publicly Traded Company Business Descriptions

| Company | Ally Bank Transactions Date [1] | Business Description [2] |
|---|---|---|
| NewAlliance Bancshares, Inc. | 2006 and 2009 | NewAlliance Bancshares, Inc. was headquartered in Connecticut, and conducted operations primarily through its subsidiary NewAlliance Bank. It operated seventy-two banking offices providing a full range of banking services to customers located in Southwestern, Central, South Central, and Southeastern Connecticut. Its funding came primarily from deposits from the general public and businesses in the communities and surrounding towns served by its branch network. It originated and purchased residential real estate loans, consumer loans (primarily home equity loans and lines of credit), commercial loans and commercial real estate loans. It retained in its portfolio loans that it originated and purchased except for fixed rate residential loans scheduled to amortize over more than fifteen years, which were generally sold in the secondary market with servicing rights retained. It also invested in mortgage-backed and debt securities and other permissible investments. Its results of operations depended primarily on net interest income. |
| Northwest Bancorp, Inc. | 2006 | Northwest Bancorp, Inc. was headquartered in Pennsylvania, and was the holding company of Northwest Savings Bank. As of December 31, 2006, it operated 160 community-banking offices throughout its market area in northwest, southwest and central Pennsylvania, western New York, eastern Ohio, Maryland, and Florida. It operated forty-nine consumer lending offices throughout Pennsylvania and two consumer lending offices in New York. Its primary lending activity was the origination of loans secured by first mortgages on owner-occupied, one-to-four-family residences. It also made consumer and commercial loans. Its primary source of funds was deposits. Its results of operations depended primarily on net interest income. |
| TFS Financial Corporation | 2009 | TFS Financial Corporation was headquartered in Ohio, and was the holding company for Third Federal Savings and Loan Association of Cleveland a federally chartered savings and loan association organized in 1938. It completed its initial public stock offering in April of 2007. It conducted its operations from its main office in Cleveland, Ohio, and from thirty-seven additional, full-service branches and eight loan production offices located throughout the states of Ohio and Florida, including twenty-three full-service offices in Ohio and fifteen in Florida. Its principle business consisted of originating residential real estate mortgage loans and equity loans and lines of credit and attracting retail savings deposits. It also originated residential construction loans. It attracted retail deposits from the general public in the areas surrounding its main office and its branch offices. It retained in its portfolio the majority of the loans that it originated, and retained the servicing rights on all loans that it sold. Its primary source of funds was deposits and operating results depended primarily on net interest income. |
| Washington Federal, Inc. | 2006 and 2009 | Washington Federal, Inc. was headquartered in Seattle, Washington, and was the holding company for Washington Federal Savings, a federally-chartered savings and loan association that began operations in 1917. It had 123 full service branches located in Washington, Oregon, Idaho, Arizona, Utah, Nevada, and Texas. Its business consisted primarily of attracting savings deposits from the general public and investing these funds in loans secured by first lien mortgages on single-family dwellings, including loans for the construction of such dwellings, and loans on multi-family dwellings. It also originated other types of loans for its portfolio and invested in United States government and agency obligations and other investments. It also engaged in real estate investment and insurance brokerage activities. |

[1] Ally Bank Transactions year in which the guideline company was considered in the Examiner's Financial Advisors' analyses.

[2] For the guideline companies considered in the 2006 Bank Restructuring and the 2009 Bank Transaction, the business description describes the companies as of 2006 except for TFS Financial Corporation which is only used in the 2009 Bank Transaction. For those companies only considered as of either 2006 or 2009, the description is reflective of the business at that time. Sources: NewAlliance Bancshares, Inc., Annual Report (Form 10-K) (Mar.1, 2007); Northwest Bancorp, Inc., Annual Report (Form 10-K) (Mar.14, 2007); TFS Financial Corporation, Annual Report (Form 10-K), Inc., Annual Report (Form 10-K) (Nov. 23, 2009); Washington Federal, Inc., Annual Report (Form 10-K) (Nov. 22, 2006).

Appendix V.A.2.b, Page 8 of 15

Ally Bank Transactions: Reasonably Equivalent Value
**2006 Bank Restructuring**
**Tier 1 Leverage Ratio Analysis**
2006 – 2008

| Company Name | Banking Subsidiary | Tier 1 Capital as a % of Average Adjusted Total Assets [1] | | | |
| --- | --- | --- | --- | --- | --- |
| | | 9/30/2006 | 3/31/2008 | 12/31/2008 | |
| Astoria Financial Corporation | Astoria Federal Savings and Loan Association | 6.8% | 6.7% | 6.4% | |
| BankUnited Financial Corporation | BankUnited, FSB | 7.2% | 7.7% | (0.2%) | |
| Capitol Federal Financial, Inc. | Capitol Federal Savings Bank | 9.5% | 9.8% | 9.9% | |
| Downey Financial Corp. | Downey Savings and Loan Association | 8.5% | 8.4% | N/A | |
| FirstFed Financial Corp. | First Federal Bank of California | 7.5% | 10.2% | 5.4% | |
| Flagstar Bancorp Inc. | Flagstar Bank, FSB | 6.4% | 5.5% | 4.8% | |
| Franklin Bank Corp. | Franklin Bank, S.S.B | 7.6% | N/A | N/A | |
| Hudson City Bancorp, Inc. | Hudson City Savings Bank | 11.9% | 8.9% | 8.0% | |
| Investors Bancorp Inc. | Investors Savings Bank | 11.9% | 12.0% | 9.0% | |
| MAF Bancorp Inc. | Mid America Bank, FSB | 7.2% | N/A | N/A | |
| NewAlliance Bancshares, Inc. | NewAlliance Bank | 10.1% | N/A | 9.5% | |
| Northwest Bancorp, Inc. | Northwest Savings Bank | 8.4% | N/A | N/A | |
| TFS Financial Corp. | Third Federal Savings and Loan Association of Cleveland | N/A | 13.2% | 12.1% | |
| Washington Federal Inc. | Washington Federal Savings and Loan Association | 13.4% | 10.1% | 10.9% | |
| | Mean | 9.0% | 9.3% | 7.6% | |
| | Median | 8.4% | 9.3% | 8.5% | |

[1] Tier 1 capital as a percent of average adjusted total assets from the FDIC call reports for September 30, 2006, March 31, 2008 and December 31, 2008 for the banking subsidiary of the guideline companies used for the Guideline Publicly Traded Company Method. N/A means the company did not meet the selection criteria for guideline companies as described in Section V.A.2.b(1)(a)(i) of the Report on the indicated date.
Source: http://www2.fdic.gov/idasp/main.asp

Appendix V.A.2.b, Page 8 of 15

**Ally Bank Transactions: Reasonably Equivalent Value**
**2006 Bank Restructuring**
**Control Premium Analysis**
2006 – 2008

| | 2006 | 2007 | 2008 |
|---|---|---|---|
| All industries (median) | 20.6% | 20.7% | 31.4% |
| Financial services (median) | 19.6% | 20.2% | 29.3% |
| Banking & credit agencies (median) | 25.0% | 27.0% | 30.3% |

**Savings Banks and Savings & Loans**

| Target | Closing Date | Premium |
|---|---|---|
| Cavalry Bancorp, Inc. | 03/16/06 | 29.6% |
| Union Community Bancorp | 03/20/06 | 56.4% |
| Northern Savings & Loan Co. | 06/27/06 | 31.7% |
| Golden West Financial Corp. | 10/02/06 | 9.6% |
| NewMil Bancorp, Inc. | 10/06/06 | 42.1% |
| Harbor Florida Bancshares, Inc. | 12/01/06 | 17.3% |
| FLAG Financial Corp. | 12/08/06 | 0.7% |
| Median | | 29.6% |

| Target | Closing Date | Premium |
|---|---|---|
| Fidelity Bankshares, Inc. | 01/08/07 | 9.2% |
| Pocahontas Bancorp, Inc. | 02/02/07 | 31.7% |
| First Federal Banc of the Southwest, Inc. | 02/13/07 | 42.1% |
| PSB Bancorp, Inc. | 04/02/07 | 51.0% |
| MAF Bancorp, Inc. | 09/04/07 | 33.6% |
| Synergy Financial Group, Inc | 10/01/07 | 7.9% |
| City Savings Financial Corp. | 10/12/07 | 60.0% |
| Median | | 33.6% |

| Target | Closing Date | Premium |
|---|---|---|
| KNBT Bancorp, Inc. | 02/01/08 | 24.1% |
| Great Lakes Bancorp, Inc. | 02/15/08 | 8.3% |
| MFB Corp. | 07/18/08 | 7.0% |
| MASSBANK Corp. | 09/03/08 | 4.7% |
| Willow Financial Bancorp, Inc | 12/05/08 | 14.6% |
| Median | | 8.3% |

*Source: Mergerstat Control Premium Study, 4th Quarter 2006, 2007, 2008.*

**Ally Bank Transactions: Reasonably Equivalent Value**
**2006 Bank Restructuring**
**Restricted Stock Discount Analysis**
1985 – 2009

| SIC | Company | Transaction Date | Transaction Discount |
|---|---|---|---|
| 6035 | Freedom Savings & Loan Association | 08/01/85 | 23.9% |
| 6022 | Commerce Union Corporation | 03/01/86 | 6.7% |
| 6022 | First Colonial Bankshares Corp. | 06/01/86 | 13.4% |
| 6022 | KeyCorp | 04/01/88 | 38.0% |
| 6021 | Mark Twain Bancshares, Inc. | 07/01/88 | 3.2% |
| 6022 | First Regional Bancorp | 03/01/03 | 35.9% |
| 6021 | Community Bancorp Inc | 08/07/03 | 11.4% |
| 6022 | First Regional Bancorp | 03/25/04 | 84.6% |
| 6021 | Center Bancorp Inc | 09/29/04 | 5.5% |
| 6021 | Commonwealth Bankshares, Inc. | 10/14/04 | 3.6% |
| 6022 | Ameriserv Financial Inc | 12/01/04 | 11.4% |
| 6021 | Commonwealth Bankshares, Inc. | 06/27/05 | 4.7% |
| 6021 | Savannah Bancorp, Inc. (The) | 08/26/05 | 8.6% |
| 6022 | Convera Corp | 02/28/06 | 6.6% |
| 6035 | Broadway Financial Corporation | 05/22/06 | -8.7% |
| 6021 | Commonwealth Bankshares, Inc. | 10/26/06 | 3.0% |
| 6022 | State Bancorp, Inc. | 12/21/06 | 10.0% |
| 6021 | BNC Bancorp | 12/31/07 | 7.7% |
| 6035 | Harrington West Financial Group Inc. | 03/25/08 | -1.6% |
| 6022 | Monarch Financial Holdings, Inc. | 05/30/08 | 7.0% |
| 6022 | Western Alliance Bancorporation | 06/27/08 | 2.1% |
| 6021 | Pinnacle Financial Partners Inc. | 07/17/08 | 12.1% |
| 6022 | Texas Capital BancShares Inc. | 09/08/08 | 12.3% |
| 6022 | Smithtown Bancorp Inc. | 09/26/08 | 31.7% |
| 6022 | Western Alliance Bancorporation | 09/29/08 | 25.8% |
| 6022 | Washington Trust Bancorp Inc. | 10/02/08 | 23.8% |
| 6022 | SCBT Financial Corp. | 10/27/08 | 5.9% |
| 6021 | Pacific Continental Corporation | 01/07/09 | 9.6% |
| | Mean | | 14.2% |
| | Median | | 9.1% |
| | First Quartile | | 5.3% |
| | Third Quartile | | 16.0% |

*Source: Summary of 28 transactions (1985–Jan. 2009) for Standard Industrial Classification 6021, 6022, and 6035 reported by FMV Restricted Stock database, available at www.BVResources.com.*

Appendix V.A.2.b, Page 11 of 15

**Ally Bank Transactions: Reasonably Equivalent Value**
**2006 Bank Restructuring**
**Guideline M&A Method Summary**
As of November 22, 2006
*($ in Millions)*

| | Old GMAC Bank Financial Metric | Multiple Range [1] | | Range of Value | | Weighting |
|---|---|---|---|---|---|---|
| | | | | Low | High | |
| LTM P/E | $ 201.8 [2] | 14.0x | 15.0x | $ 2,825.6 | $ 3,027.4 | 50.0% |
| P/TBVE | 1,161.0 [3] | 2.2x | 2.3x | 2,554.2 | 2,670.3 | 50.0% |
| Equity value of Old GMAC Bank (marketable, controlling) | | | | $ 2,689.9 | $ 2,848.8 | |

*[1] Refer to Appendix V.A.2.b, at 12 for multiples of guideline target companies and Section V.A.2.b(2)(c) of the Report for a discussion of the selection of multiples.*

*[2] See National Motors Bank FSB, FDIC, Call Report (Mar. 31, 2005); National Motors Bank FSB, FDIC, Call Report (June 30, 2005); National Motors Bank FSB, FDIC, Call Report (Sep. 30, 2005); National Motors Bank FSB, FDIC, Call Report (Dec. 31, 2005); National Motors Bank FSB, FDIC, Call Report (Mar. 31, 2006); National Motors Bank FSB, FDIC, Call Report (June 30, 2006); National Motors Bank FSB, FDIC, Call Report (Sep. 30, 2006), http://www2.fdic.gov/idasp/confirmation_outside.asp?inCert1=35054.*

*[3] Residential Capital Corporation, Current Report (Form 8-K) (Nov. 20, 2006), at 2.*

Appendix V.A.2.b, Page 11 of 15

Appendix V.A.2.b, Page 12 of 15

**Ally Bank Transactions: Reasonably Equivalent Value**
**2006 Bank Restructuring**
**Guideline M&A Valuation Multiples**
As of November 22, 2006
($ in Millions)

| Closed Date | Announced Date | Target[1] | Acquirer | Percent Acquired | Target Equity Value[2] | Target LTM Earnings | Target TBVE[3] | Control Premium[4] | LTM P/E | P/TBVE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/2006 | 5/7/2006 | Golden West Financial Corp.[5] | Wachovia Corporation | 100.0% | $ 25,017 | $ 1,529 | $ 9,043 | 10% | 16.4x | 2.8x |
| 10/1/2006 | 4/23/2006 | Commercial Capital Bancorp, Inc.[6] | WMI Holdings Corp. | 100.0% | 954 | 65 | 326 | 13% | 14.7x | 2.9x |
| 6/1/2006 | 10/24/2005 | Independence Community Bank Corp.[7] | Santander Holdings USA, Inc. | 100.0% | 3,438 | 221 | 993 | 29% | 15.6x | 3.5x |
| 3/1/2006 | 9/12/2005 | Westcorp[8] | Wachovia Corp. | 100.0% | 3,352 | 236 | 1,462 | 17% | 14.2x | 2.3x |
| 12/2/2005 | 6/13/2005 | Commercial Federal Corp.[9] | The Bank of the West | 100.0% | 1,297 | 5 | 594 | 33% | 247.9x | 2.2x |
| | | | | | | | | Mean[10] | 15.2x | 2.7x |
| | | | | | | | | Median[10] | 15.1x | 2.8x |

[1] Transactions identified from Capital IQ. Capital IQ transaction screening criteria: transactions announced between Jan. 1, 2005 and Nov. 22, 2006, for companies operating in the savings institutions industry (Standard Industrial Classification 6035 and 6036) with total assets greater than $5 billion.

[2] Target equity value as of announced date.

[3] Target tangible book value of equity equals total common equity minus goodwill and other intangibles.

[4] Mergestat, Control Premium Study: 3rd Quarter 2006, at 18; Mergestat, Control Premium Study: 4th Quarter 2006, at 17–18.

[5] Golden West Financial Corporation, Current Report (Form 8-K) (May. 8, 2006); Golden West Financial Corporation, Quarterly Report (Form 10-Q) (May. 9, 2006), at 4–5; Golden West Financial Corporation, Annual Report (Form 10-K) (Mar. 8, 2006), at F-3; Golden West Financial Corporation, Quarterly Report (Form 10-Q) (May 9, 2005), at 5.

[6] Commercial Capital Bancorp, Inc., Current Report (Form 8-K) (Apr. 25, 2006); Commercial Capital Bancorp, Inc., Quarterly Report (Form 10-Q) (May 10, 2006), at 3–4; Commercial Capital Bancorp, Inc., Annual Report (Form 10-K) (Mar. 16, 2006), at 83; Commercial Capital Bancorp, Inc., Quarterly Report (Form 10-Q) (May 10, 2005), at 2.

[7] Independence Community Bank Corp., Current Report (Form 8-K) (Oct. 25, 2005); Independence Community Bank Corp., Quarterly Report (Form 10-Q) (Nov. 4, 2005), at 2–3; Independence Community Bank Corp., Annual Report (Form 10-K) (Mar. 11, 2005), at 81; Independence Community Bank Corp., Quarterly Report (Form 10-Q) (Nov. 8, 2004), at 3.

[8] Westcorp, Current Report (Form 8-K) (Sep. 12, 2005); Bloomberg; Westcorp, Quarterly Report (Form 10-Q) (Aug. 9, 2005), at 2–3; Westcorp, Annual Report (Form 10-K) (Mar. 14, 2005), at F-6; Westcorp, Quarterly Report (Form 10-Q) (Aug. 9, 2004), at 3.

[9] Commercial Federal Corporation, Current Report (Form 8-K/A) (June 17, 2005); Commercial Federal Corporation, Quarterly Report (Form 10-Q) (May 6, 2005); Commercial Federal Corporation, Annual Report (Form 10-K) (Mar. 1, 2005); Commercial Federal Corporation, Quarterly Report (Form 10-Q) (May 5, 2004).

[10] LTM P/E multiples greater than 50x have been excluded from summary statistic calculations.

Appendix V.A.2.b, Page 12 of 15

**Ally Bank Transactions: Reasonably Equivalent Value**
**2006 Bank Restructuring**
**DCF Method**
As of November 22, 2006
*($ in Millions)*

| Assumptions: | | Notes: |
|---|---|---|
| Discount rate (k) | 10.50% | See Appendix V.A.2.b, at 14 |
| Residual period assumptions: | | |
| Long-term growth rate (g) | 0.00% | Estimate by the Examiner's Financial Advisors |
| Net finance margin % of average loans plus securities | 2.50% | Based on management projection for 2007 |
| Normal provision % of HFI mortgage loans | 0.33% | Based on management projection for 2007 |
| Income tax rate | 40.00% | Estimated federal and state tax rate |
| Normalized equity to asset ratio | 9.00% | See Section V.A.2.b(3)(d) of the Report for a discussion of normalization of equity |
| Years until normalization of equity (distribution of capital surplus) | 2.0 | See Section V.A.2.b(3)(d) of the Report for a discussion of normalization of equity |
| Interest expense as % of deposits plus borrowings (after tax) | 3.18% | Based on management projection for 2007 |

| | Projected [1] Year One | Residual |
|---|---|---|
| **Balance Sheet Items** | | |
| HFI mortgage loans | $  10,608.3 | $  10,608.3 [2] |
| Loans plus securities | 15,990.3 | 15,990.3 [2] |
| Total assets | 16,909.3 | 16,909.3 [2] |
| Equity | 2,055.2 | |
| Normalized equity [3] | 1,521.8 | 1,521.8 [3] |
| Equity capital surplus | 533.4 | |
| **Income Statement and Cash Flows** | | |
| Net financing revenue | $  373.9 | $  399.5 [4] |
| Other income | 189.6 | 189.6 [2] |
| Net revenue | 563.5 | 589.1 |
| Provision for credit losses | (34.6) | (35.0) [5] |
| Non-interest expense | (141.0) | (141.0) [2] |
| Income tax expense | (149.4) | (165.2) |
| Net income | 238.6 | 247.8 |
| Less increase in equity | (467.3) | - |
| Cash flow | (228.7) | 247.8 |
| Capitalization rate (k-g) | | 10.5% |
| Cash flow value | (228.7) | 2,360.3 |
| Present value factor [6] | 0.9513 | 0.9513 |
| Present value of cash flow | $  (217.6) | $  2,245.4 |
| Sum of present value of cash flow | $  2,027.8 | |
| Adjustment for November 22, 2006 capital contribution | (360.0) | |
| Equity value of Old GMAC Bank before adjustment for capital surplus | 1,667.8 | |
| Adjustment for capital surplus | 297.6 | |
| Equity value of Old GMAC Bank after adjustment for capital surplus | $  1,965.3 | |
| **Adjustment for Capital Surplus** | | |
| Present value of projected equity capital surplus [7] | $  436.8 | |
| Capitalization of interest on equity capital surplus [8] | (139.3) | |
| Adjustment for capital surplus | $  297.6 | |

[1] Projected balance sheet and income statement per GMAC Bank Consolidated Financial Review, dated Jan. 25, 2007, at ALLY_PEO_0006858 -59 [ALLY_PEO_0006664]. Assumes management's projections for 2007 were reasonably foreseeable for the first twelve months following the transaction date.

[2] Assumed to grow at long-term residual growth rate of zero percent beyond the first projected year.

[3] Normalized equity equals the assumed normal equity to asset ratio multiplied by projected total assets. For the normalized residual period, this balance is assumed to grow at the long-term growth rate.

[4] Residual net financing revenue equals the average of the beginning and ending balance of loans plus securities times net finance margin percentage.

[5] Provision for credit losses equals the average of the beginning and ending balance of HFI mortgage loans times the normal provision percentage.

[6] Present value factor employs mid-period convention.

[7] Present value discounted two years (the assumed number of years until the normalization of equity).

[8] Present value of interest expense as a percentage of deposits plus borrowings (after-tax) times projected equity capital surplus. This is discounted over the number of years until normalization of equity using mid-period discounting convention (assumes distribution is permitted by regulators).

**Ally Bank Transactions: Reasonably Equivalent Value**
**2006 Bank Restructuring**
**Discount Rate Analysis**
2006 – 2009

| | 2006 Bank Restructuring | 2009 Bank Transaction | |
|---|---|---|---|
| | 11/22/06 | 01/30/09 | |
| Calculation of MCAPM [1] | | | |
| Risk-free rate [2] | 4.76% | 3.86% | [A] |
| Market risk premium | 5.00% | 6.50% | [B] |
| Beta [3] | 0.86 | 1.58 | [C] |
| CAPM | 9.07% | 14.12% | [D] = [A] + ([B] × [C]) |
| Size premium [4] | 1.49% | 1.99% | [E] |
| MCAPM | 10.56% | 16.10% | [F] = [D] + [E] |
| | | | |
| Equity discount rate used in DCF Method | 10.50% | 16.00% | |

[1] See section V.A.2.b(3)(a) of the Report for a discussion of the calculation of MCAPM.
[2] 20-year U.S. Treasury yield per Federal Reserve Board H.15 statistical release dated Nov. 29, 2006 and Feb. 2, 2009, for the 2006 Bank Restructuring and 2009 Bank Transaction, respectively.
[3] 75th percentile of guideline companies was selected. For 2006: see Appendix V.A.2.b, at 4. For 2009: see Appendix V.A.2.d, at 4.
[4] For 2006: 5th decile, Ibbotson Associates, SBBI: Valuation Edition 2006 Yearbook (2006). For 2009: Average of the 7th decile and 8th decile, Morningstar, Inc., Ibbotson SBBI: 2009 Valuation Yearbook (2009).

**Ally Bank Transactions: Reasonably Equivalent Value**
**2006 Bank Restructuring**
**Adjusted Book Value Method**
As of November 22, 2006
*($ in Thousands)*

| | Book Value [1] | Adjustments | Fair Market Value |
|---|---|---|---|
| **Assets** | | | |
| Cash and cash equivalents | $ 913,574 | $ - | $ 913,574 [2] |
| Investment securities | 22,028 | - | 22,028 [2] |
| Accounts receivable | 70,145 | - | 70,145 [2] |
| HFS mortgage loans, net | 1,079,501 | (58,517) | 1,020,984 [4] |
| Finance receivables and loans | | | |
| HFI mortgage loans | 11,504,026 | (22,031) | 11,481,995 [4] |
| Commercial automotive | 335,938 | 1,685 | 337,623 [4] |
| Warehouse lending | 1,023,183 | 34,841 | 1,058,024 [4] |
| Allowance for credit losses | (23,760) | 23,760 | - [5] |
| Finance receivables and loans, net | 12,839,387 | 38,255 | 12,877,642 |
| Property & equipment | 2,566 | - | 2,566 [2] |
| Other assets | 440,844 | - | 440,844 [2] |
| Total assets | $ 15,368,045 | $ (20,262) | $ 15,347,783 |
| **Liabilities** | | | |
| Deposits | $ 5,974,386 | $ (14,683) | $ 5,959,703 [3] |
| FHLB borrowings | 7,279,000 | 30,094 | 7,309,094 [4] |
| Accrued expenses and other liabilities | 526,760 | - | 526,760 [2] |
| Total liabilities | 13,780,146 | 15,411 | 13,795,557 |
| Total stockholder's equity | 1,587,899 | (35,673) | 1,552,226 |
| Less: Capital contribution | (360,000) | - | (360,000) |
| Equity value of Old GMAC Bank | $ 1,227,899 | $ (35,673) | $ 1,192,226 |

[1] Dec. 31, 2006 balance sheet used as a proxy for Nov. 22, 2006 balance sheet. GMAC Bank Consolidated Financial Review, dated Jan. 25, 2007, at ALLY_PEO_0006846 [ALLY_PEO_0006664].
[2] The Examiner's Financial Advisors assumed fair value equals book value.
[3] Fair value assumed equal to the Mortgage Bank's book value as a percent of the consolidated Ally Bank book value times management's estimated fair value on a consolidated basis. See GMAC Bank Consolidated Financial Statements as of Dec. 31, 2006 and Independent Auditors' Report, at 35 [RC00035093].
[4] Management's estimate of fair value. See GMAC Bank Consolidated Financial Statements as of December 31, 2006 and Independent Auditors' Report, at 35 [RC00035093].
[5] Allowance for credit losses assumed to be accounted for in management's estimated fair value of HFI mortgage loans.

Appendix **V.A.2.c**, Page 1 of 4

**Ally Bank Transactions: Reasonably Equivalent Value**
**2008 Bank Transaction**
**Value Summary**
As of March 31, 2008 and June 3, 2008
*($ in Millions)*

| | Appendix Reference | Fair Market Value | |
| --- | --- | --- | --- |
| | | Low | High |
| **Value Transferred from ResCap:** | | | |
| ResCap Preferred Interests | V.A.2.c, at 2 | $        - | $        - |
| Right to exchange ResCap Preferred Interests for IB Finance Preferred Interests | | 571.4 | 714.2 |
| Total property transferred | | 571.4 | 714.2 |
| **Value Received by ResCap:** | | | |
| Contribution of bonds | V.A.2.c, at 3 | 841.3 | 841.3 |
| Right to redeem IB Finance Preferred Interests | | - | - |
| Total property received | | $ 841.3 | $ 841.3 |
| Value received by ResCap less value transferred from ResCap | | $  269.9   to | $  127.1 |

*Source: Appendix V.A.2.c, at 2 – 3.*

Appendix V.A.2.c, Page 1 of 4

Appendix V.A.2.c, Page 2 of 4

**Ally Bank Transactions: Reasonably Equivalent Value**
**2008 Bank Transaction**
**Right to Exchange ResCap Preferred Interests for IB Finance Preferred Interests**
As of March 31, 2008 and June 3, 2008
*($ in Millions)*

| | March 31, 2008 | | June 3, 2008 | |
| --- | --- | --- | --- | --- |
| | Low | High | Low | High |
| IB Finance Preferred Interests (number of units) [1] | 607,192 | 607,192 | 199,152 | 199,152 |
| Redemption value [2] | $ 607.2 | $ 607.2 | $ 199.2 | $ 199.2 |
| Annual dividend @ 10% of redemption value [3] | $ 60.7 | $ 60.7 | $ 19.9 | $ 19.9 |
| Divided by: market dividend yield [4] | 10% | 8% | 10% | 8% |
| Capitalized value assuming exchange on January 1, 2009 | $ 607.2 | $ 759.0 | $ 199.2 | $ 248.9 |
| Present value factor | 0.6640 | 0.6640 | 0.8449 | 0.8449 |
| Value of right to exchange ResCap Preferred Interests for IB Finance Preferred Interests | $ 403.1 | $ 503.9 | $ 168.3 | $ 210.3 |
| Total value of right to exchange ResCap Preferred Interests for IB Finance Preferred Interests | $ 571.4 to $ 714.2 | | | |
| **Assumptions for the Present Value Factor** | | | | |
| Discount rate for short-term ResCap obligations [5] | 71.9% | | 33.7% | |
| Days until January 1, 2009 | 276 | | 212 | |
| Present value factor | 0.6640 | | 0.8449 | |

[1] *Residential Capital, LLC, Current Report (Form 8-K) (Apr. 4, 2008); Residential Capital, LLC, Current Report (Form 8-K) (June 9, 2008).*
[2] *IB Finance 2008 LLC Agreement, § 2.1(b)(iii) [ALLY_0031313].*
[3] *Id. at § 2.5.*
[4] *Derived from analysis of preferred stock benchmarks as of transaction dates. See Appendix V.A.2.c, at 4.*
[5] *Average of yield-to-maturities on ResCap senior unsecured notes maturing Apr. 17, 2009 and Nov. 21, 2008, per Bloomberg; notes were selected to approximate a January maturity.*

Appendix V.A.2.c, Page 2 of 4

**Ally Bank Transactions: Reasonably Equivalent Value**
**2008 Bank Transaction**
**Contribution of ResCap Bonds by AFI**
As of March 31, 2008 and June 3, 2008
*($ in Millions, except bond prices)*

| Coupon | Debt Rank [1] | Maturity | [A] Price [2] | [B] Face Amount Contributed [3] | [C] = [A] × [B] Observed Market Value | [D] Accrued Interest [3] | [E] = [C] + [D] Observed Market Value Plus Accrued Interest |
|---|---|---|---|---|---|---|---|
| **March 31, 2008:** | | | | | | | |
| Floating | Sr unsecured | 11/21/08 | 68.0 | $ 71.0 | $ 48.3 | $ 0.5 | $ 48.8 |
| Floating | Sr unsecured | 04/17/09 | 57.0 | 36.0 | 20.5 | 0.5 | 21.0 |
| Floating | Sr unsecured | 05/22/09 | 57.0 | 51.0 | 29.1 | 0.3 | 29.4 |
| 6.375 | Sr unsecured | 06/30/10 | 50.3 | 206.9 | 104.0 | 4.2 | 108.2 |
| Floating | Sr unsecured | 09/27/10 | 45.0 | 31.2 | 14.0 | - | 14.0 |
| 6.000 | Sr unsecured | 02/22/11 | 49.0 | 60.0 | 29.4 | 0.5 | 29.9 |
| 5.125 | Sr unsecured | 05/17/12 | 45.5 | 163.7 | 74.5 | 8.7 | 83.2 |
| 6.500 | Sr unsecured | 06/01/12 | 49.0 | 135.0 | 66.2 | 3.7 | 69.9 |
| 6.500 | Sr unsecured | 04/17/13 | 48.5 | 63.0 | 30.6 | 2.3 | 32.9 |
| 6.375 | Sr unsecured | 05/17/13 | 44.5 | 20.0 | 8.9 | 1.3 | 10.2 |
| 7.875 | Sr unsecured | 07/01/14 | 44.5 | 44.0 | 19.6 | 1.0 | 20.6 |
| 6.875 | Sr unsecured | 06/30/15 | 48.5 | 113.0 | 54.8 | 2.4 | 57.2 |
| Floating | Sr subordinated | 04/17/09 | 37.0 | 181.4 | 67.1 | 2.8 | 69.9 |
| Total | | | | $ 1,176.2 | $ 566.9 | $ 28.2 | $ 595.1  [F] |
| **June 3, 2008:** | | | | | | | |
| Floating | Sr unsecured | 06/09/08 | 98.0 | $ 249.1 | $ 244.1 | $ 2.1 [4] | $ 246.3  [G] |
| Contribution of bonds | | | | | | | $ 841.3  [F] + [G] |

[1] Debt rank per Bloomberg.
[2] Pricing per Interactive Data Corporation, a vendor of securities pricing data.
[3] Face amount contributed and accrued interest values obtained from Morgan Stanley Project Duvall Discussion Materials, dated Mar. 28, 2008, at RC40007499 [RC40007499]; for the June 3 contribution, face amount contributed per Residential Capital, LLC, Current Report (Form 8-K) (June 9, 2008).
[4] Estimated by the Examiner's Financial Advisors.

Appendix V.A.2.c, Page 4 of 4

**Ally Bank Transactions: Reasonably Equivalent Value**
**2008 Bank Transaction**
**Benchmark Preferred and Debt Yields**
2008 – 2009

| | 3/31/08 [2] | 6/03/08 [2] | 1/30/09 [2] |
|---|---|---|---|
| Instruments Cited by Morgan Stanley [1] | | | |
| Colonial Bancgroup Inc. | 10.4% | 10.1% | 34.7% |
| SunTrust Capital X | 8.6% | 8.3% | 14.9% |
| KeyCorp Capital X | 11.3% | 13.3% | 24.4% |
| PNC Financial Services | 8.4% | 8.4% | 12.0% |
| National City Corp | 8.9% | 8.8% | 9.3% |
| M&T Capital Trust IV | 8.5% | 8.5% | 8.8% |
| Susquehanna Capital I | 9.2% | 8.6% | 13.2% |
| | | | |
| Other Large Financial Institutions Preferred Yields | | | |
| Bank of America Corp at 7.25% | 7.3% | 7.5% | 15.6% |
| Bank of America Corp at 6.63% | 7.4% | 7.3% | 16.1% |
| Bank of America Corp at 6.2% | 7.2% | 7.3% | 14.8% |
| Bank of America Corp at 6.38% | 7.9% | 8.1% | 17.1% |
| Bank of America Corp at 6.7% | 8.1% | 7.5% | 17.0% |
| Bank of America Corp at 6.25% | 8.2% | 7.9% | 16.1% |
| | | | |
| Merrill Lynch & Co., Inc. at 7.12% | 8.4% | 8.4% | 14.6% |
| Merrill Lynch & Co., Inc. at 7.28% | 8.5% | 8.4% | 14.1% |
| | | | |
| Wells Fargo & Co at 8% | 8.2% | 8.3% | 11.2% |
| | | | |
| Wachovia at 7.25% | 7.7% | 8.1% | 10.6% |
| | | | |
| Citigroup Inc at 8.13% | 8.6% | 8.5% | 23.6% |
| | | | |
| JPMorgan Chase & Co at 5.72% | 17.4% | 16.1% | 24.8% |
| JPMorgan Chase & Co at 5.49% | 18.9% | 18.9% | 16.6% |
| | | | |
| Selected Interest Rate Benchmarks | | | |
| ML US High Yield Master II Index | 10.9% | 10.2% | 18.1% |
| ML US High Yield BB Rated | 8.8% | 8.2% | 13.0% |
| ML US High Yield B Rated | 11.2% | 10.2% | 16.4% |
| ML US High Yield CCC and Lower Rated | 15.4% | 14.8% | 30.9% |
| ML US High Yield Banks & Thrifts | 13.6% | 12.4% | 27.3% |

[1] *Morgan Stanley Project Duvall, dated Mar. 28, 2008, at RC40007501 [RC40007480].*
[2] *Preferred stock yields per Bloomberg as of the dates of the 2008 Bank Transaction and 2009 Bank Transaction.*

Appendix V.A.2.c, Page 4 of 4

**Ally Bank Transactions: Reasonably Equivalent Value**
**2009 Bank Transaction**
**Value Summary**
As of January 30, 2009
*($ in Millions)*

| | Appendix Reference | Fair Market Value | | Weighting |
| --- | --- | --- | --- | --- |
| | | Low | High | |
| Value Transferred from ResCap: | | | | |
| Market Approach: Guideline Publicly Traded Company Method | V.A.2.d, at 2 | $ 602.1 | $ 1,003.5 | 50.0% |
| Market Approach: Guideline M&A Method | | N/A | N/A | 0.0% |
| Income Approach: DCF Method | V.A.2.d, at 5 | 412.3 | 874.8 | 50.0% |
| Asset-Based Approach: Adjusted Book Value Method | V.A.2.d, at 6 | 363.8 | 363.8 | 0.0% |
| Equity value of the Mortgage Bank (marketable, controlling) | | $ 507.2 | $ 939.1 | |
| Equity value of the Mortgage Bank (marketable, controlling), rounded | | 500.0 | 900.0 | |
| IB Finance Preferred Interests | V.A.2.d, at 8 | 322.5 | 537.6 | |
| Remaining 1.2 million IB Finance Class M Shares (marketable, controlling) | | 177.5 | 362.4 | |
| Discount for attributes of shares | 40.0% | | | |
| Remaining 1.2 million IB Finance Class M Shares (non-marketable, non-controlling) | | (71.0) | (145.0) | |
| Forfeited right to redeem IB Finance Preferred Interests | | 106.5 | 217.5 | |
| Total property transferred | | - | - | |
| Total property transferred | | $ 106.5 | $ 217.5 | |
| Value Received by ResCap | | | | |
| Contribution of bonds | V.A.2.d, at 9 | 600.2 | 600.2 | |
| Total property received | | $ 600.2 | $ 600.2 | |
| Value received by ResCap less value transferred from ResCap | | $ 493.7 to | $ 382.7 | |

*Source: Appendix V.A.2.d, at 2, 5-6, 8-9.*

Appendix V.A.2.d, Page 2 of 9

**Ally Bank Transactions: Reasonably Equivalent Value**
**2009 Bank Transaction**
**Guideline Publicly Traded Company Method Summary**
As of January 30, 2009
*($ in Millions)*

| | Mortgage Bank Financial Metric | Multiple Range [1] | | Range of Value | |
| --- | --- | --- | --- | --- | --- |
| | | | | Low | High |
| P/TBVE | $  1,824.5 [2] | 0.3x | 0.5x | $  547.3 | $  912.2 |
| Equity value of the Mortgage Bank (marketable, minority) | | | | 547.3 | 912.2 |
| Control premium | | | 10% | 54.7 | 91.2 |
| Equity value of the Mortgage Bank (marketable, controlling) | | | | $  602.1 | $  1,003.5 |

*[1] Refer to Appendix V.A.2.d, at 3 for multiples of guideline public companies and Section V.A.2.d(2)(a)(i)(B)(ii) of the Report for a discussion of the selection of multiples.*
*[2] GMAC Bank 2009–2011 Business Plan Review, dated Mar. 17, 2009, at ALLY_PEO_0007939 [ALLY_PEO_0007887].*

Appendix V.A.2.d, Page 2 of 9

Appendix V.A.2.d, Page 3 of 9

**Ally Bank Transactions: Reasonably Equivalent Value**
**2009 Bank Transaction**
**Guideline Publicly Traded Company Method Multiples**
As of January 30, 2009
*($ in Millions)*

| | [A] MVE | [B] TBVE | [C] LTM Earnings | [D] Forward Earnings | [E] = [A] / [B] P/TBVE | [F] = [A] / [C] LTM P/E | [G] = [A] / [D] Forward P/E |
|---|---|---|---|---|---|---|---|
| Mortgage Bank | N/A | $ 1,824.5 | $ (150.9) | $ (241.9) | N/A | N/A | N/A |
| Guideline Publicly Traded Companies | | | | | | | |
| Astoria Financial Corporation | $ 815.6 | $ 996.6 | $ 75.3 | $ 90.0 | 0.8x | 10.8x | 9.1x |
| BankUnited Financial Corporation | 9.3 | 547.8 | (202.6) | (100.9) | 0.0x | N/M | N/M |
| Capitol Federal Financial, Inc. | 3,066.7 | 897.4 | 57.7 | 69.7 | 3.4x | 53.2x | 44.0x |
| FirstFed Financial Corp. | 11.6 | 258.7 | (401.7) | (98.1) | 0.0x | N/M | N/M |
| Flagstar Bancorp Inc. | 50.2 | 472.3 | (275.4) | (40.2) | 0.1x | N/M | N/M |
| Hudson City Bancorp, Inc. | 5,673.9 | 4,786.7 | 445.6 | 540.1 | 1.2x | 12.7x | 10.5x |
| Investors Bancorp Inc. | 1,164.7 | 753.8 | (68.2) | 35.2 | 1.5x | N/M | 33.1x |
| NewAlliance Bancshares, Inc. | 1,089.2 | 810.2 | 45.3 | 37.3 | 1.3x | 24.0x | 29.2x |
| TFS Financial Corp | 4,006.1 | 1,794.8 | 47.2 | 24.5 | 2.2x | 84.9x | 163.3x |
| Washington Federal Inc. | 1,079.6 | 1,163.4 | 50.8 | 74.1 | 0.9x | 21.3x | 14.6x |
| Mean [1] | | | | | 1.2x | 17.2x | 23.4x |
| Median [1] | | | | | 1.1x | 17.0x | 21.9x |

[1] LTM P/E and Forward P/E multiples greater than 50x were excluded from the mean and median.

*Source: Bloomberg; Guideline company projections per Thomson Reuters SMIntelligence; Astoria Financial Corporation, Annual Report (Form 10-K) (Feb. 27, 2009), at 76, 95-96, 128; BankUnited Financial Corporation, Quarterly Report (Form 10-Q) (Aug. 25, 2008), at 3-4, 47; BankUnited Financial Corporation, Annual Report (Form 10-K) (Nov. 29, 2007), at 78; BankUnited Financial Corporation, Quarterly Report (Form 10-Q) (Aug. 9, 2007), at 4; Capitol Federal Financial, Inc., Quarterly Report (Form 10-Q) (Feb. 4, 2009), at 3-4; Capitol Federal Financial, Inc., Annual Report (Form 10-K) (Dec. 1, 2008), at 15, 40; Capitol Federal Financial, Inc., Quarterly Report (Form 10-Q) (Feb. 4, 2008), at 4; FirstFed Financial Corp., Annual Report (Form 10-K) (Mar. 31, 2009), at 43, 62-63; Flagstar Bancorp Inc., Annual Report (Form 10-K) (Mar. 13, 2009), at 52, 72-73; Hudson City Bancorp, Inc. Annual Report (Form 10-K) (Feb. 27, 2009), at 19, 97-98, 123; Investors Bancorp Inc., Quarterly Report (Form 10-Q) (Feb. 9, 2009), at 1-2; Investors Bancorp Inc., Annual Report (Form 10-K) (Feb. 6, 2009), at 10-K) (Aug. 22, 2008), at 11, 66; Investors Bancorp Inc., Quarterly Report (Form 10-Q) (Feb. 11, 2008), at 2; NewAlliance Bancshares, Inc., Annual Report (Form 10-K) (Feb. 27, 2009), at 67-68, 94, 96; TFS Financial Corp., Quarterly Report (Form 10-Q) (Feb. 6, 2009), at 3-4; TFS Financial Corp., Annual Report (Form 10-K) (Nov. 26, 2008), at 76, 14; TFS Financial Corp., Quarterly Report (Form 10-Q) (Feb. 14, 2008), at 4; Washington Federal Inc., Quarterly Report (Form 10-Q) (Feb. 9, 2009), at 3-4; Washington Federal Inc., Annual Report (Form 10-K) (Nov. 28, 2008), at 7, 14; Washington Federal Inc., Quarterly Report (Form 10-Q) (Feb. 4, 2008), at 4.*

Appendix V.A.2.d, Page 3 of 9

**Appendix V.A.2.d, Page 4 of 9**

Ally Bank Transactions: Reasonably Equivalent Value
2009 Bank Transaction
Guideline Publicly Traded Company Method Ratios and Financial Information
As of January 30, 2009
($ in Millions)

| | [A] | [B] | [C] | [D] | [E] | [F] = [C] / [E] | [G] = [D] / [E] |
|---|---|---|---|---|---|---|---|
| | Barra Predicted Beta | Total Assets | Non-Performing Assets | LTM Earnings | Book Value of Equity | Non-Performing Assets/Book Value of Equity | ROE |
| Mortgage Bank | N/A | $ 22,013.8 | $ 691.9 | $ (150.9) | $ 1,824.5 | 37.9% | -8.3% |
| **Guideline Publicly Traded Companies** | | | | | | | |
| Astoria Financial Corporation | 1.22 | $ 21,982.1 | $ 264.1 | $ 75.3 | $ 1,181.8 | 22.3% | 6.4% |
| BankUnited Financial Corporation | 2.16 | 14,119.5 | 1,099.6 | (202.6) | 576.2 | 190.9% | -35.2% |
| Capitol Federal Financial, Inc. | 0.42 | 8,157.3 | 18.8 | 57.7 | 897.4 | 2.1% | 6.4% |
| FirstFed Financial Corp. | 2.02 | 7,450.6 | 521.5 | (401.7) | 258.7 | 201.6% | -155.2% |
| Flagstar Bancorp Inc. | 1.70 | 14,203.7 | 755.2 | (275.4) | 472.3 | 159.9% | -58.3% |
| Hudson City Bancorp, Inc. | 0.99 | 54,145.3 | 233.1 | 445.6 | 4,938.8 | 4.7% | 9.0% |
| Investors Bancorp Inc | 0.67 | 7,183.8 | 19.4 | (68.2) | 753.8 | 2.6% | -9.1% |
| NewAlliance Bancshares, Inc. | 0.76 | 8,299.5 | 40.4 | 45.3 | 1,381.2 | 2.9% | 3.3% |
| TFS Financial Corp | 0.36 | 10,875.8 | 187.0 | 47.2 | 1,794.8 | 10.4% | 2.6% |
| Washington Federal Inc. | 0.93 | 12,521.9 | 164.2 | 50.8 | 1,383.8 | 11.9% | 3.7% |
| | | | | | Mean | 60.9% | -22.6% |
| | | | | | Median | 11.1% | 3.0% |

*Source: Bloomberg; MSCI Barra; GMAC Bank 2009–2011 Business Plan Review, dated Mar. 17, 2009, at ALLY_PEO_0007939-40 [ALLY_PEO_0007939-40]; GMAC Bank 2009–2011 Business Plan Review, dated Mar. 17, 2009, at ALLY_PEO_0007939-40.*
*[A] ALLY_PEO_0007920; ALLY_PEO_0007749-50; [A] ALLY_PEO_0007887; Astoria Financial Corporation, Annual Report (Form 10-K) (Feb. 27, 2009), at 76, 85-96, 128; BankUnited Financial Corporation, Quarterly Report (Form 10-Q) (Aug. 25, 2008), at 3-4, 47;*
*BankUnited Financial Corporation, Annual Report (Form 10-K) (Nov. 29, 2007), at 78; BankUnited Financial Corporation, Quarterly Report (Form 10-Q) (Feb. 9, 2007), at 4; Capitol Federal Financial, Inc., Quarterly Report (Form 10-Q) (Feb. 4, 2009), at 1; 3-4; Capitol*
*Federal Financial, Inc., Annual Report (Form 10-K) (Dec. 1, 2008), at 15, 40; Capitol Federal Financial, Inc., Quarterly Report (Form 10-Q) (Feb. 4, 2008), at 4; FirstFed Financial Corp., Annual Report (Form 10-K) (Mar. 31, 2009), at 43, 62-63; Flagstar Bancorp Inc.,*
*Annual Report (Form 10-K) (Mar. 13, 2009), at 52, 72-73; Hudson City Bancorp, Inc., Annual Report (Form 10-K) (Feb. 27, 2009), at 19, 97-98, 123; Investors Bancorp Inc., Annual Report (Form*
*10-K) (Aug. 22, 2008), at 11, 66; Investors Bancorp Inc., Quarterly Report (Form 10-Q) (Feb. 11, 2008), at 2; NewAlliance Bancshares, Inc., Annual Report (Form 10-K) (Feb. 27, 2009), at 67-68, 86, 94, 96; TFS Financial Corp., Quarterly Report (Form 10-Q) (Feb. 6, 2009), at*
*3-4; TFS Financial Corp., Annual Report (Form 10-K) (Nov. 26, 2008), at 76; TFS Financial Corp., Quarterly Report (Form 10-Q) (Feb. 14, 2008), at 4; Washington Federal Inc., Annual Report*
*(Form 10-K) (Nov. 28, 2008), at 7, 14; Washington Federal Inc., Quarterly Report (Form 10-Q) (Feb. 4, 2008), at 4.*

Appendix V.A.2.d, Page 4 of 9

**Appendix V.A.2.d, Page 5 of 9**

Ally Bank Transactions: Reasonably Equivalent Value
2009 Bank Transaction
DCF Method
As of January 30, 2009
($ in Millions)

| Assumptions: | | Notes: |
|---|---|---|
| Discount rate (k) | 16.00% | See Appendix V.A.2.b, at 14 |
| Residual period assumptions: | | |
| Long-term growth rate (g) | 0.00% | Estimate by the Examiner's Financial Advisers |
| Net finance margin % of average loans plus securities | 2.04% | Based on management projection for 2011 |
| Normal provision % of HFI mortgage loans | 0.33% | Projection used for 2006 Bank Restructuring DCF Method |
| Income tax rate | 40.00% | Estimated federal and state tax rate |
| Normal equity to asset ratio | 9.00% | See Section V.A.2.d(2)(b)(iii) of the Report for a discussion of normalization of equity |
| Years until normalization in equity (required capital contribution) | 3.0 | See Section V.A.2.d(2)(b)(iii) of the Report for a discussion of normalization of equity |
| Interest expense as % of deposits plus borrowings (after tax) | 2.38% | Based on management projection for 2009 |

| | Year One | Projected [1] Year Two | Year Three | Residual |
|---|---|---|---|---|
| **Balance Sheet Items** | | | | |
| HFI mortgage loans | $  16,755.9 | $  17,367.9 | $  17,962.6 | $  17,962.6 [2] |
| Loans plus securities | 23,697.6 | 23,747.0 | 24,602.0 | 24,602.0 [2] |
| Total assets | 26,868.5 | 27,275.2 | 28,479.1 | 28,479.1 [2] |
| Equity | 1,584.0 | 1,597.6 | 1,703.4 | |
| Normalized equity [3] | 2,418.2 | 2,454.8 | 2,563.1 | 2,563.1 [2] |
| Equity capital deficiency | (834.2) | (857.2) | (859.7) | |
| **Income Statement and Cash Flows** | | | | |
| Net financing revenue | 360.0 | 577.8 | 492.9 | 501.6 [4] |
| Gain (loss) on sale of loans | (42.7) | (23.4) | (25.2) | - |
| Origination fees | 227.6 | 195.5 | 212.5 | 212.5 [2] |
| Other income | 32.8 | 33.2 | 58.9 | 58.9 [2] |
| Net revenue | 577.7 | 783.0 | 739.1 | 773.1 |
| Provision for credit losses | (583.4) | (401.3) | (200.6) | (59.3) [5] |
| Non-interest expense | (369.1) | (360.8) | (375.7) | (375.7) [2] |
| Income tax expense | 132.9 | (7.3) | (57.0) | (135.2) |
| Net income | (241.9) | 13.6 | 105.8 | 202.8 |
| Less increase in equity | 240.5 | (13.6) | (105.8) | - |
| Other comprehensive income | 1.4 | 0.0 | 0.0 | - |
| Cash flow | - | - | - | 202.8 |
| Capitalization rate (k-g) | | | | 16.0% |
| Cash flow value | | | | 1,267.8 |
| Present value factor [6] | 0.9285 | 0.8004 | 0.6900 | 0.6900 |
| Present value of cash flow | 874.8 | - | - | 874.8 |
| Equity value of Mortgage Bank before adjustment for capital deficiency | $  874.8 | | | |
| Adjustment for capital deficiency | (462.4) | | | |
| Equity value of Mortgage Bank after adjustment for capital deficiency | $  412.3 | | | |
| **Adjustment for Capital Deficiency** | | | | |
| Present value of projected equity capital deficiency [7] | $  (550.8) | | | |
| Capitalization of interest on equity capital deficiency [8] | 88.4 | | | |
| Adjustment for capital deficiency | $  (462.4) | | | |

[1] GMAC Bank 2009-2011 Business Plan Review, dated Mar. 17, 2009, at ALLY_PEO_0007939-40; ALLY_PEO_0007949-50; ALLY_PEO_0007958-59 [ALLY_PEO_0007987]. Assumes management's projections for 2009-2011 represent reasonably foreseeable expectations for the first thirty-six months after the transaction date.
[2] Assumed to grow at long term residual growth rate of zero percent beyond the third year of the projection period.
[3] Normalized equity equals the assumed normal equity to asset ratio multiplied by projected total assets. For the normalized residual period, this balance is assumed to grow at the long-term growth rate of zero percent.
[4] Residual net financing revenue equals the average of the beginning and ending balance of loans plus securities times net finance margin percentage.
[5] Provision for credit losses equals the average of the beginning and ending balance of HFI mortgage loans time the normal provision percentage.
[6] Present value factor employs mid-period convention.
[7] Present value discounted three years (the assumed number of years until the normalization of equity).
[8] Present value of interest expense as a percentage of deposits plus borrowings (after-tax) times projected equity capital deficiency. This is discounted over the number of years until normalization of equity using mid-period discounting convention.

**Appendix V.A.2.d, Page 5 of 9**

Appendix V.A.2.d, Page 6 of 9

**Ally Bank Transactions: Reasonably Equivalent Value**
**2009 Bank Transaction**
**Adjusted Book Value Method**
As of January 30, 2009
*($ in Thousands)*

| | Book Value [1] | Adjustments | Fair Market Value |
|---|---|---|---|
| **Assets** | | | |
| Cash and cash equivalents | $ 2,825,381 | $ - | $ 2,825,381 [2] |
| Investment securities | 25,150 | - | 25,150 [2] |
| HFS mortgage loans, net | 882,754 | - | 882,754 [4] |
| Finance receivables and loans | | | |
| HFI mortgage loans | 15,375,957 | (1,188,817) | 14,187,140 [5] |
| Consumer finance receivables | 89,723 | - | 89,723 [2] |
| Warehouse lending | 1,440,670 | - | 1,440,670 [4] |
| Allowance for credit losses | (363,714) | 363,714 | - [6] |
| Finance receivables and loans, net | 16,542,636 | (825,103) | 15,717,533 |
| MSRs | 418,628 | - | 418,628 [8] |
| FHLB stock | 496,090 | - | 496,090 [8] |
| Other assets | 823,128 | - | 823,128 [2] |
| Total assets | $ 22,013,768 | $ (825,103) | $ 21,188,665 |
| **Liabilities** | | | |
| Deposits | $ 10,600,537 | $ 64,194 | $ 10,664,731 [7] |
| FHLB borrowings | 9,303,000 | 571,416 | 9,874,416 [3] |
| Accrued expenses and other liabilities | 285,760 | - | 285,760 [2] |
| Total liabilities | 20,189,297 | 635,610 | 20,824,907 |
| Equity value of Mortgage Bank | $ 1,824,472 | $ (1,460,714) | $ 363,758 |

[1] GMAC Bank 2009–2011 Business Plan Review, dated Mar. 17, 2009, at ALLY_PEO_0007939 [ALLY_PEO_0007887].

[2] The Examiner's Financial Advisors assumed fair value equals book value.

[3] Fair value of FHLB borrowings estimated by subtracting FRB borrowings from management's estimated fair value of the combined FHLB and FRB borrowings. See GMAC Bank Consolidated Financial Statements as of December 31, 2008 and 2007 and Independent Auditors' Report, at 33, 50 [RC00034535].

[4] Management's estimate of fair value. See GMAC Bank Consolidated Financial Statements as of December 31, 2008 and 2007 and Independent Auditors' Report, dated Mar. 17, 2009, at 50 [RC00034535].

[5] Estimated Fair Market Value of HFI mortgage loans. See Appendix V.A.2.d, at 7.

[6] Book allowance assumed to be reflected in management's estimate of fair value of loans.

[7] Fair value of deposits assumed equal to Mortgage Bank's book value of deposits as a percent of consolidated GMAC deposits (approximately 54.9%) times estimated fair value of consolidated deposits (approximately $19.4 billion).

[8] Management's estimate of fair value. See GMAC Bank Consolidated Financial Statements as of December 31, 2008 and 2007 and Independent Auditors' Report, dated Mar. 17, 2009, at 16 [RC00034535].

Appendix V.A.2.d, Page 7 of 9

**Ally Bank Transactions: Reasonably Equivalent Value**
**2009 Bank Transaction**
**Fair Market Value of HFI Mortgage Loans**
As of January 30, 2009
*($ in Thousands)*

Fair Market Value of HFI Mortgage Loans

| | | |
|---|---|---|
| Management's estimate of fair value of HFI mortgage loans [1] | $ | 15,008,726 |
| Projected provisions in excess of current allowance | | (821,586) |
| Fair Market Value of HFI mortgage loans | $ | 14,187,140 |

Projected Provisions in Excess of Current Allowance

| | | | |
|---|---|---|---|
| Allowance for credit losses (12/31/08) [2] | $ | 363,714 | [A] |
| Projected provisions for credit losses (2009 to 2011) [3] | | 1,185,300 | [B] |
| Projected provisions in excess of current allowance | $ | (821,586) | [C] = [A] - [B] |

[1] Management's estimate of fair value. See GMAC Bank Consolidated Financial Statements as of December 31, 2008 and 2007 and Independent Auditors' Report, dated Mar. 17, 2009, at 50 [RC00034535].
[2] GMAC Bank 2009–2011 Business Plan Review, dated Mar. 17, 2009, at ALLY_PEO_0007939 [ALLY_PEO_0007887].
[3] GMAC Bank 2009–2011 Business Plan Review, dated Mar. 17, 2009, at ALLY_PEO_0007940, ALLY_PEO_0007950, ALLY_PEO_0007959 [ALLY_PEO_0007887].

**Ally Bank Transactions: Reasonably Equivalent Value**
**2009 Bank Transaction**
**IB Finance Preferred Interests**
As of January 30, 2009
*($ in Millions)*

| | Range of Value | | | |
|---|---|---|---|---|
| | **Low** | | **High** | |
| IB Finance Preferred Interests (number of units) [1] | | 806,344 | | 806,344 |
| Redemption value [2] | $ | 806.3 | $ | 806.3 |
| Annual dividend @ 10% of redemption value [3] | $ | 80.6 | $ | 80.6 |
| Divided by: Market dividend yield [4] | | 25% | | 15% |
| Value of IB Finance Preferred Interests | $ | 322.5 | $ | 537.6 |

[1] *Residential Capital, LLC, Current Report (Form 8-K) (Feb. 3, 2009).*
[2] *IB Finance 2008 LLC Agreement, § 2.1(b)(iii) [ALLY_0031315].*
[3] *Id. at § 2.5.*
[4] *Analysis of contemporary yields on preferred shares of financial institutions. See Appendix V.A.2.c, at 4.*

Appendix V.A.2.d, Page 9 of 9

**Ally Bank Transactions: Reasonably Equivalent Value**
**2009 Bank Transaction**
**Contribution of ResCap Bonds by AFI**
As of January 30, 2009
*($ in Millions)*

| | | | [A] | [B] | [C] = [A] × [B] | [D] | [E] = [C] + [D] |
|---|---|---|---|---|---|---|---|
| Coupon | Debt Rank [1] | Maturity | Price [2] | Face Amount Contributed [3] | Observed Market Value | Accrued Interest [4] | Observed Market Value Plus Accrued Interest |
| January 30, 2009 | | | | | | | |
| 8.5% | 2nd lien | 05/15/10 | 70.5 | $  830.5 | $  585.5 | $  14.7 | $  600.2 |
| Contribution of bonds | | | | | | | $  600.2 |

[1] *Debt rank per Bloomberg.*
[2] *Pricing per Interactive Data Corporation.*
[3] *Jan. 30, 2009 face amount contributed per GMAC LLC, Annual Report (Form 10-K) (Feb. 27, 2009), at 113.*
[4] *Jan. 30, 2009 accrued interest per Memorandum, ResCap Significant Transaction Memo, dated Feb. 3, 2009, at EXAM00220313 [EXAM00220301].*

Appendix V.A.2.d, Page 9 of 9

Appendix V.C.1.c(4), Page 1 of 1

**Residential Capital, LLC**
**Summary of Government Settlement Economics**
*($ in Millions)*

| Item | AFI | | | ResCap | | | Total |
|---|---|---|---|---|---|---|---|
| | Actual Costs Incurred | Go Forward Estimate | AFI Subtotal | Actual Costs Incurred | Go Forward Estimate | ResCap Subtotal | |
| FRB/FDIC Consent Order Costs | | | | | | | |
| Incremental compliance costs [1] | $  - | $  - | $  - | $  - | $ 80.0 | $ 80.0 | $ 80.0 |
| Foreclosure Review and remediation [2],[3] | - | - | - | 73.0 | 364.0 | 437.0 | 437.0 |
| Subtotal FRB/FDIC Consent Order Costs | - | - | - | 73.0 | 444.0 | 517.0 | 517.0 |
| CMP ($207 – offset by borrower relief) | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| DOJ/AG Consent Judgment – hard costs [4] | | | | | | | |
| Penalty/fine [5],[6] | - | - | - | 109.6 | - | 109.6 | 109.6 |
| Ally Bank reimbursement – borrower relief [5],[7],[8],[9] | - | - | - | 96.8 | 37.7 | 134.5 | 134.5 |
| Accounting impact of ResCap loan modifications – borrower relief [5] | - | - | - | 12.2 | 3.5 | 15.7 | 15.7 |
| Other costs associated with DOJ/AG Consent Judgment [5],[10] | - | - | - | 4.0 | - | 4.0 | 4.0 |
| Subtotal DOJ/AG Consent Judgment – hard costs | - | - | - | 222.6 | 41.2 | 263.8 | 263.8 |
| January 30 Letter Agreement – debt forgiveness (face amount) [11] | 196.5 | - | 196.5 | (196.5) | - | (196.5) | - |
| Total costs incurred to date and estimated future costs | $ 196.5 | $ - | $ 196.5 | $ 99.1 | $ 485.2 | $ 584.3 | $ 780.8 |

[1] AFI estimates that incremental costs to the applicable mortgage companies for implementation and ongoing compliance related to the FRB/FDIC Consent Order to be approximately $40 million annually during 2012 and 2013, and then reducing over time. The majority of these incremental annual costs are for additional servicing personnel, enhancements to information systems, vendor management, costs to comply with MERS requirements, and increased audit and compliance costs – Ally Financial Inc., Annual Report (Form 10-K) (Feb. 28, 2012), at 12.

[2] As of December 31, 2012, the Debtors had paid PwC approximately $73 million for services rendered by PwC professionals in connection with the FRB Foreclosure Review. – Declaration of Thomas Marano, Chief Executive Officer of Residential Capital, LLC, in Support of Debtors' Motion Pursuant to Bankruptcy Rule 3013 and Bankruptcy Code Section 362(A) for a Determination that (I) GMAC Mortgage's FRB Foreclosure review Obligation is a General Unsecured Claim and (II) the Automatic Stay Prevents Enforcement of the FRB Foreclosure Review Obligation [Docket No. 3055-3] at 4–5.

[3] Debtors believe that the cost of the Foreclosure Review (and remediation of any borrower harm) may further if nothing is done to stem the costs, perhaps reaching $415 to $459 million (total estimated at midpoint of $437M). – FRB Unsecured Claim Motion [Docket No. 3055] at 7.

[4] In February 2012, AFI booked a payable of $18.5 million due to ResCap relating to the DOJ/AG Consent Judgment. – Analysis. Refreshed DOJ Settlement Liability Adjustments, dated Feb. 16, 2012, at 1 [EXAM0000267B] (attached to E-mail from C. Dondzila to J. Fracci, A. Beck, B. Westman, D. DeBrunner, and J. Whitinger (Feb. 17, 2012) [EXAM0000267I]). However, no record of an actual obligation from AFI to GMAC Mortgage has been identified in the accounting records or otherwise.

[5] Special Examiner Presentation, DOJ/AG Settlement, dated Dec. 11, 2012, at EXAM0022089 [EXAM0022089T].

[6] This payment was made on March 14, 2012. - See E-mail from C. Dondzila to D. DeBrunner and J. Whitinger (Mar. 15, 2012) [EXAM11004487].

[7] Actual costs incurred are as of January 31, 2013 per Monthly AG Activity Reimbursement invoices to ResCap, prepared by Ally Bank, dated May 9, 2012 [ALLY_0196290], May 10, 2012 [EXAM00061399], June 4, 2012 [ALLY_0402171], June 28, 2012 [ALLY_0402172], July 3, 2012 [ALLY_0402173], Aug. 3, 2012 [EXAM0022149], Sept. 7, 2012 [EXAM00224497], Oct. 2, 2012 [ALLY_0402174], Nov. 2, 2012 [EXAM00237710], Dec. 6, 2012 [ALLY_0402175], Jan. 3, 2013 [ALLY_0402176], Feb. 4, 2013 [ALLY_0402177].

[8] Of the $90.3 million in reimbursement costs to Ally Bank incurred as of January 31, 2013, $48.4 million was paid pre-petition (May 10, 2012 and May 11, 2013). The remaining payments are currently held in escrow.

[9] The go forward estimates are as of February 1, 2013 forward. Given that actual reimbursement payments for the period November 1, 2012 – January 31, 2013 were $10.4 million per the Monthly AG Activity Schedules, we have assumed that estimated reimbursement payments from February 1, 2013 through the end of the borrower relief program would be $37.7 million ($48.1 million – $10.4 million = $37.7 million).

[10] Includes attorney fees ($8.9 million), MTF FC fines and penalty ($8.4 million) and Hope Portfolio ($1.7 million).

[11] Per the January 30 Letter Agreement between ResCap, GMACM and AFI. The amount of debt forgiveness was originally calculated based on an assumption that 11/15ths (73%) of the DOJ/AG settlement (estimated at $268 million) would be allocated to ResCap and 4/15ths (27%) would be allocated to AFI. ($268 × .73 = 196.5). - Accounting Presentation by C. Dondzila, dated Jan. 10, 2012, at RC40020152 [RC40020121].

### 1.    *Resort Finance Facility[1]*

### a.    *Principal Terms*

On February 21, 2008, the Resort Facility Borrower (RFC), entered into the Resort Finance Facility with AFI, as lender and agent.   The principal terms of the Resort Finance Facility were as follows:

TABLE V.E.1.a
**Resort Finance Facility - Principal Terms**
February 21, 2008

| | |
|---|---|
| Closing Date: | February 21, 2008 |
| Borrower: | RFC |
| Guarantor: | ResCap |
| Lender/Agent: | AFI |
| Facility Type: | Secured revolver |
| Purpose: | General corporate purposes and supplements existing financing for resort finance business |
| Committed Amount: | $750 million |
| Interest Rate: | LIBOR + 3.00% |
| Scheduled Termination Date: | 182 days after the closing date; and unless termination was triggered pursuant to an insolvency event of default, payment of all obligations was required one year from the first anniversary of the Termination Date |
| Fees: | Commitment fee of 0.20% |

*Source: Resort Finance Agreement [ALLY_0116311].*

### b.    *Borrowing Base/Collateral*

AFI initially committed to make Resort Facility Loans to the Resort Facility Borrower, up to the lesser of $750 million and the then existing borrowing base.  The borrowing base was determined by calculating the aggregate "value" of the Resort Facility Collateral, which consisted of the outstanding balances (subject to certain adjustments) of the following loan types extended by RFC to certain eligible developers in connection with resort financing transactions (1) timeshare backed loans (eligible developer loans pledged and permitted to be released under the bank facility agreement);[2] (2) construction loans (loans to acquire, develop, construct and

---

[1]    Resort Finance Agreement [ALLY_0116311].

[2]    Loan and Security Agreement (as amended, supplemented or otherwise modified), among RFC Resort Funding, LLC, as borrower, Residential Funding Corporation, as master servicer, the persons from time to time party thereto, as conduit lenders, the financial institutions from time to time parties thereto, as committed lenders, the

(Cont'd on following page)

complete resorts or resort amenities); and (3) pre-sale loans (loans to finance the sale of timeshares pursuant to pre-sale agreements for which deeds had not yet been delivered). The collateral "value" was determined by multiplying each of the items in (1), (2) and (3) above by a discount factor (90% in the case of the timeshare backed loans, 75% in the case of construction loans and 50% in the case of pre-sale loans). Developer eligibility requirements were determined under the Bank Facility Agreement in the case of timeshare backed loans and under the Resort Finance Facility in the case of construction loans and pre-sale loans.

### c.    *Interest and Maturity*

Interest accrued at a rate of LIBOR + 3.00% per annum. Resort Facility Loans were made available to the Resort Facility Borrower during a commitment period that was scheduled to terminate on the earlier of (1) the 182nd day after the closing date (February 21, 2008); and (2) the termination of the facility pursuant to an event of default. Other than with respect to certain indemnification obligations, all payment obligations under the Resort Finance Facility were non-recourse to the Resort Facility Borrower and to be made solely from collections with respect to the Resort Facility Collateral. If the Resort Finance Facility was terminated pursuant to an insolvency event of default, the Resort Facility Loans were immediately due and payable; however, unless the obligations were accelerated by AFI as a result of any other event of default, the Resort Facility Borrower had until one year from the date of termination of the commitment period to repay the Resort Facility Loans and obligations as and when amounts were collected subject to a waterfall provision.

### d.    *ResCap Guarantee[3]*

ResCap guaranteed the obligations of the Resort Facility Borrower under the Resort Finance Facility pursuant to a separate stand-alone unsecured unconditional performance guarantee; however, the guarantee excluded obligations relating to (1) non-recourse obligations of the Resort Facility Borrower relating to the payment of principal or interest on, any note(s) evidencing Resort Facility Loans or related fees; (2) payments relating to the outstanding principal balance of the Resort Facility Loans exceeding the borrowing base (however, ResCap was obligated to make payment relating to required repayments in connection with the breach of certain representations and covenants relating to the Resort Facility Collateral); and (3) certain indemnifications relating to, among other things, illegality, increased costs, taxes or breakage fees.

---

(Cont'd from preceding page)

    financial institutions from time to time parties there to, as managing agents and Deutsche Bank AG, New York Branch, as administrative agent, dated Jan. 26, 2006 [ALLY_0104683] (the "Bank Facility Agreement").

[3]    Performance Guarantee of Residential Capital, LLC, in favor of GMAC LLC, dated Feb. 21, 2008 [RC00036842].

e.      *Pledge Agreement*

Under a stand-alone pledge agreement,[4] RFC pledged and granted to AFI a perfected security interest in (1) all its membership or other ownership interests in RFC Resort Funding, LLC; (2) certain scheduled loans; and (3) all collections relating to the aforementioned collateral.

---

[4]    Pledge Agreement among Residential Funding Company, LLC and GMAC LLC, dated Feb. 21, 2008 [RC00036826].

2.    *Secured MSR Facility*[5]

a.    *Principal Terms*

On April 18, 2008, the Secured MSR Facility Borrowers (RFC and GMAC Mortgage) and ResCap, as guarantor, entered into the Secured MSR Facility with AFI, as sole lender.  The principal terms of the Secured MSR Facility, when initially entered into, were as follows:

TABLE V.E.2.a
**Secured MSR Facility - Principal Terms**
April 18, 2008

| | |
|---|---|
| Closing Date: | April 18, 2008 |
| Borrowers: | RFC and GMAC Mortgage |
| Guarantor: | ResCap |
| Lender: | AFI |
| Facility Type: | Secured revolver |
| Purpose: | General corporate purposes |
| Committed Amount: | $750 million |
| Interest Rate: | LIBOR + 2.00% |
| Scheduled Maturity Date: | October 17, 2008 |
| Fees: | None |

*Source: Secured MSR Loan Agreement [RC00024114].*

b.    *Borrowing Base/Collateral*

AFI initially committed to make the Secured MSR Facility Loans to the Secured MSR Facility Borrowers, up to the lesser of $750 million and the then existing borrowing base.  The borrowing base was determined by calculating the aggregate "value" of the Secured MSR Facility Collateral, which consisted of: (1) MSRs and the related specified Servicing Contracts and collections accounts; (2) securities issued and/or guaranteed by Fannie Mae, Freddie Mac or Ginnie Mae specifically pledged to AFI; and (3) U.S. Treasury securities specifically pledged to AFI.  The collateral "value" was determined by multiplying each of the items in (1), (2) and (3) above by a discount factor (50% in the case of the MSRs, 85% in the case of GSE issued or guaranteed securities, and 92-98% in the case of U.S. Treasury securities).  Excluded from the Secured MSR Facility Collateral (and therefore the borrowing base) were (1) MSRs and Servicing Contracts with respect to the GSEs; and (2) Servicing Advances.

---

[5]    Secured MSR Loan Agreement [RC00024114].

### c.    Interest and Maturity

Interest accrued at a rate of LIBOR + 2.00% per annum.  The initial maturity date was scheduled to occur on the earlier of October 17, 2008 and the receipt of a commitment from a third party lender for a replacement facility secured by the same Secured MSR Facility Collateral.

### d.    ResCap Guarantee

ResCap guaranteed the obligations under the Secured MSR Facility pursuant to a separate stand alone unsecured unconditional guarantee.[6]

### e.    Amendments to Secured MSR Facility

The Secured MSR Facility was amended on 14 different occasions.

### (1)    Amendment No. 1 (May 21, 2008)[7]

This amendment eliminated the event of default relating to the maintenance of minimum servicer and master servicer ratings.

### (2)    Amendment No. 2 (May 22, 2008)[8]

This amendment expanded the list of Servicing Contracts excluded from the Secured MSR Facility Collateral by including Servicing Contracts identifying mortgage loans or pools of mortgage loans (1) owned by any Secured MSR Facility Borrower; and (2) transferred pursuant to a master repurchase agreement pursuant to which a Secured MSR Facility Borrower is a party.

### (3)    Amendment No. 3 (June 2, 2008)[9]

This amendment increased the collateral "value" for determining the borrowing base with respect to MSRs, from 50% to 85% (which gave the Secured MSR Facility Borrowers more borrowing capacity), and increased the lending commitment from $750 million to $1.2 billion.

---

[6]    Guarantee of Residential Capital, LLC, dated Apr. 18, 2008 [RC00037568] (in favor of GMAC LLC as lender pursuant to the Secured MSR Facility).

[7]    Amend. No. 1 to the Secured MSR Facility, dated May 21, 2008 [RC00024219].

[8]    Amend. No. 2 to the Secured MSR Facility, dated May 22, 2008 [RC00024223].

[9]    Amend. No. 3 to the Secured MSR Facility, dated June 2, 2008 [RC00037692].

      *(4)     Amendment No. 4 (July 25, 2008)[10]*

This amendment provided it would be ResCap's responsibility (as opposed to the Secured MSR Facility Borrowers') to deliver the quarterly compliance certificate and changed the cross-default event of default to refer to a failure to comply with the financial covenants in the Secured Revolver Facility (rather than the JP Morgan 364-Day Facility).

      *(5)     Amendment No. 5 (October 3, 2008)[11]*

This amendment modified the event of default regarding Servicing Contracts to provide that the occurrence of an adverse servicing event no longer resulted in an immediate event of default; instead, it was only upon notification by AFI (in its sole discretion) to the Secured MSR Facility Borrowers that any such occurrence constituted an event of default, where an adverse servicing event included: (1) the failure of a Secured MSR Facility Borrower to be an approved servicer under any Servicing Contract to which any pledged MSRs relate; (2) a Secured MSR Facility Borrower's failure to service in accordance with any Servicing Contract in any material respect; (3) a Secured MSR Facility Borrower's termination as servicer with respect to any pledged MSRs (subject to certain exceptions); and (4) receipt by a Secured MSR Facility Borrower of a notice from any MBS trustee indicating material breach, default or material non-compliance that AFI reasonably determined may entitle such MBS trustee to terminate such Secured MSR Facility Borrower.  AFI also consented to the modification of certain Servicing Contracts as to which FGIC was a surety provider.  As a condition to the effectiveness of this amendment, a letter agreement regarding the Secured Revolver Facility was entered into, pursuant to which a prepayment of $146.7 million was required to be made under that facility.[12]

      *(6)     Amendment No. 6 (October 17, 2008)[13]*

Under this amendment, AFI agreed to defer until October 22, 2008, payment of an $84 million borrowing base deficiency (which deficiency had triggered a repayment requirement).  In addition: (1) the collateral "value" for determining the borrowing base with respect to MSRs appears to have been raised to approximately 91% (from 85%), however, determination of the borrowing base was changed to a formula whereby the collateral "value" for MSRs was reduced as the lending commitment under the Secured MSR Facility was reduced (as a result of debt forgiveness, among other things); (2) the maturity date was extended from October 17, 2008 to May 1, 2009; (3) AFI was given the power to negotiate and arrange for the transfer of servicing rights under any Servicing Contract to another asset manager, servicer, special servicer or sub-servicer and to solicit, negotiate and contract with potential backup servicers to either or both of the Secured MSR Facility Borrowers with respect to all or a portion of the Servicing Contracts,

---

[10]   Amend. No. 4 to the Secured MSR Facility, dated July 25, 2008 [RC00037696].

[11]   Amend. No. 5 to the Secured MSR Facility, dated Oct. 3, 2008 [ALLY_0238802].

[12]   *Id*. § 3(b)

[13]   Amend. No. 6 to the Secured MSR Facility, dated Oct. 17, 2008 [ALLY_0238920].

and the Secured MSR Facility Borrowers agreed to resign as servicer following an event of default and the request of AFI; and (4) the Secured MSR Facility Borrowers were required to pledge, no later than November 30, 2008, additional Secured MSR Facility Collateral with a market value of at least $250 million.

### (7)    Amendment No. 7 (December 10, 2008)[14]

Pursuant to this amendment, $451.5 million of the Secured MSR Facility Loans was forgiven as of November 30, 2008, reducing the outstanding principal balance of the Secured MSR Facility to $231 million.  This amendment also changed the collateral "value" for determining the borrowing base with respect to MSRs by reducing the collateral "value" percentage to 25.37% with the potential of further reduction as the lending commitment under the Secured MSR Facility was reduced (as a result of debt forgiveness, among other things).  In addition, this amendment eliminated the covenant of the Secured MSR Facility Borrowers to pledge, no later than November 30, 2008, additional Secured MSR Facility Collateral with a market value of at least $250 million.  This amendment explicitly relieved the Secured MSR Facility Borrowers from making a representation as to their solvency (all previous amendments had provided for a "bring down" of all representations and warranties contained in the Secured MSR Facility, including the solvency representation).[15]

### (8)    Waiver and Guarantee Amendment (May 27, 2009)[16]

In connection with the U.S Treasury's investment in AFI and the related transactions with GM (including the appointment or election of directors), AFI agreed that these transactions would not constitute a change of control or an event of default under the ResCap guarantee issued in connection with the Secured MSR Facility.  This amendment changed the definition of "Change of Control" in the ResCap guarantee to mean the acquisition of ownership, directly or indirectly, beneficially or of record, by any person or group (within the meaning of the Exchange Act) other than GM, Cerberus, the U.S. Treasury, the GM Trusts (trusts established to own stock of AFI), or any purchaser of the beneficial interests in the GM Trusts of membership interests representing a majority of the aggregate ordinary voting power represented by the outstanding capital stock of ResCap, not otherwise approved by AFI.

---

[14]    Amend. No. 7 to the Secured MSR Facility, dated Dec. 10, 2008 [ALLY_0239182].

[15]    *Id.* § 3.

[16]    Waiver and Amendment to Guarantee with respect to the Guarantee dated as of April 18, 2008, by Residential Capital, LLC, in favor of GMAC LLC as lender pursuant to the Secured MSR Facility, dated May 27, 2009 [RC00033220].

### (9)     Amendment No. 8 (March 18, 2009)[17]

Under this amendment (1) the obligations secured by the Secured MSR Facility Collateral were expanded to include (a) the obligations of the ResCap affiliated counterparties under the Master Netting Agreement, (b) the obligations of the ResCap affiliated counterparties under each derivative agreement governing derivative transactions with Ally Investment Management, and (c) the obligations under the Initial Line of Credit Agreement; and (2) the maturity date was extended from May 1, 2009 to June 30, 2009.  The MSR Facility Borrowers again "brought down" all of the representations and warranties contained in the Secured MSR Facility, including the solvency representation (as would be the case with all future amendments).

### (10)     Amendment No. 9 (June 1, 2009)[18]

Under this amendment, the obligations secured by the Secured MSR Facility Collateral were further expanded to include the obligations under the Second Line of Credit Agreement.  In addition, cross-default events of default to each derivative agreement, the Master Netting Agreement, the Initial Line of Credit Agreement and the Second Line of Credit Agreement were added; and, after an event of default, proceeds of the Secured MSR Facility Collateral were required to be allocated as determined by the Omnibus Agent under the Omnibus Security Agreement.

### (11)     Amendment No. 10 (June 12, 2009)[19]

Under this amendment: (1) reports on the borrowing base were required to be delivered weekly (as opposed to monthly) or more frequently if requested by AFI; (2) the interest rate margin was increased from 2.50% to 6.00%; (3) the Secured MSR Facility Borrowers consented to jurisdiction in the state courts of New York (as opposed to just the Southern District of New York); (4) the lending commitment amount was changed and defined to be $400 million *minus* the amount of Secured MSR Facility debt that was forgiven; and (5) the collateral "value" for determining the borrowing base with respect to MSRs was changed by increasing the percentage to 40%, and reducing the percentage as the lending commitment under the Secured MSR Facility was reduced.

### (12)     Amendment No. 11 (June 30, 2009)[20]

This amendment extended the maturity date from June 30, 2009 to July 31, 2009.

---

[17]   Amend. No. 8 to the Secured MSR Facility, dated Mar. 18, 2009 [GOLDIN00003753].

[18]   Amend. No. 9 to the Secured MSR Facility, dated June 1, 2009 [ALLY_0239904].

[19]   Amend. No. 10 to the Secured MSR Facility, dated June 12, 2009 [ALLY_0240208].

[20]   Amend. No. 11 to the Secured MSR Facility, dated June 30, 2009 [RC00033704].

**Appendix V.E.2**, Page 6 of 6

*(13)    Amendment No. 12 (July 31, 2009)[21]*

This amendment extended the maturity date from July 31, 2009 to September 30, 2009.

*(14)    Amendment No. 13 (September 22, 2009)[22]*

This amendment extended the maturity date from September 30, 2009 to November 30, 2009.

*(15)    Amendment No. 14 (November 30, 2009)[23]*

This amendment extended the maturity date from November 30, 2009 to December 31, 2009.

---

[21]    Amend. No. 12 to the Secured MSR Facility, dated July 31, 2009 [GOLDIN00095982].

[22]    Amend. No. 13 to the Secured MSR Facility, dated Sept. 22, 2009 [GOLDIN00044752].

[23]    Amend. No. 14 to the Secured MSR Facility, dated Nov. 30, 2009 [GOLDIN00097683].

3.    *Secured Revolver Facility ($3.5 Billion)*[24]

a.    *Principal Terms*

On June 4, 2008, the Secured Revolver Facility Borrowers (RFC and GMAC Mortgage) and the Secured Revolver Facility Guarantors, entered into the Secured Revolver Facility with AFI, as lender and lender agent, initially evidenced by the Secured Revolver Loan Agreement and when amended and restated on December 30, 2009, evidenced by the A&R Secured Revolver Loan Agreement. The principal terms of the Secured Revolver Facility, when initially entered into, were as follows:

---

[24]    Secured Revolver Loan Agreement [RC00024234].

**Appendix V.E.3**, Page 2 of 12

TABLE V.E.3.a
**Secured Revolver Facility ($3.5 Billion) - Principal Terms**
June 4, 2008

| | |
|---|---|
| Closing Date: | June 4, 2008 |
| Borrowers: | RFC and GMAC Mortgage |
| Guarantors: | ResCap<br>GMAC Residential Holding Company, LLC<br>GMAC-RFC Holding Company, LLC<br>Homecomings Financial, LLC<br>Residential Mortgage Real Estate Holdings, LLC<br>Residential Funding Real Estate Holdings, LLC<br>Homecomings Financial Real Estate Holdings, LLC<br>Equity Investment I, LLC<br>Developers of Hidden Springs, LLC<br>DOA Holding Properties, LLC<br>RAHI<br>PATI |
| Lender/Lender Agent: | AFI |
| Facility Type: | Secured revolver and term loan |
| Purpose: | Repayment of ResCap debt existing at closing, asset acquisitions and other working capital purposes |
| Committed Amount: | $3.5 billion |
| Interest Rate: | LIBOR + 2.75% |
| Scheduled Maturity Date: | Revolver:  May 1, 2010<br>Term Loan:  July 28, 2008 |
| Fees: | Upfront fee of $17.5 million paid to AFI at closing; no commitment fee payable |

*Source: Secured Revolver Loan Agreement [RC00024234].*

> b.    *Borrowing Base*

AFI initially committed to make the Secured Revolver Facility Loans to the Secured Revolver Facility Borrowers up to the lesser of $3.5 billion and the then existing borrowing base. The borrowing base was determined by calculating the aggregate "value" of the First Priority Collateral, which as set forth in the chart below, was subject to a discount factor that varied depending on the type of asset.

TABLE V.E.3.b
**Discount Factors Used to Determine Collateral Values**

| | |
|---|---|
| Conforming loans (mortgage loans that conform to the applicable GSE guidelines) | 90% |
| Wet loans (mortgage loans where the related mortgage file has not been delivered to the custodian) | 85% |
| Jumbo loans (mortgage loans that substantially conform to the applicable GSE guidelines) | 80% |
| Servicing P&I advances (Servicing Advances relating to delinquent interest and/or principal) | 80% |
| Servicing T&I advances (Servicing Advances relating to real estate taxes and/or hazard, flood or primary mortgage insurance premiums) | 70% |
| Servicing corporate advances (Servicing Advances relating to preservation of properties, expenses for foreclosure actions and other expenses to maximize collateral value) | 70% |
| 2nd Lien loans and home equity lines of credit held for sale | 50% |
| HLTV Loans (where loan to value ratio > 100%) held for sale | 50% |
| Scratch and dent loans (loans not saleable to the GSEs or in the whole loan and securitization markets in the ordinary course of business as newly originated and non-defective) held for sale | 50% |
| Financial asset-backed securities | 50% |
| Other receivables (receivables due from the FHA or VHA that are more than 90 days delinquent or are in or have completed the foreclosure process) | 50% |
| Assets of ResCap's International Business Group | 50% |
| Assets of ResCap's Business Capital Group | 50% |
| Residual rights (certain residual rights after taking into account senior claims) | 50% |
| 2nd Lien loans and home equity lines of credit held for investment | 50% |
| Scratch and dent Loans held for investment | 50% |
| Kick out loans (loans repurchased from a securitization) | 50% |
| HLTV loans held for investment | 50% |
| Real estate owned property acquired by certain ResCap affiliates through foreclosure or model homes owned by GMAC Model Home Finance, LLC | 50% |

*Source: Secured Revolver Loan Agreement, Sched. 2.04 [RC00024234].*

### c.    Interest and Maturity

Interest on all Secured Revolver Facility Loans accrued at a rate of LIBOR + 2.75% per annum.  The maturity date for the Secured Revolver Facility Term Loan occurred on July 28, 2008, and the maturity date for the Secured Revolver Facility Revolver Loans was initially scheduled to occur on May 1, 2010 (but was subsequently extended).

### d.    Mandatory Prepayment

For a description of mandatory prepayment provisions under the Secured Revolver Facility see Section V.E.3.

### e.  *Financial Covenants*

There were two financial covenants that applied to ResCap and its Subsidiaries: (1) if Consolidated Liquidity (cash and cash equivalents of ResCap on a consolidated basis, excluding cash and cash equivalents of Ally Bank), on any business day, fell below $750 million, then within one business day, ResCap had to cause Consolidated Liquidity to be raised above $750 million; *provided* that Consolidated Liquidity was never permitted to fall below $450 million; and *provided further* that the aggregate amount of U.S. dollars and short term cash equivalents could never fall below $250 million; and (2) Consolidated TNW (the line item consisting of "equity" on the consolidated balance sheet of ResCap, but excluding the equity of Ally Bank) could not, as of the last business day of any month, be less than $250 million.

### f.  *Guarantees*

ResCap and the other Secured Revolver Facility Guarantors guaranteed the obligations under the Secured Revolver Facility pursuant to an unconditional guarantee.[25]

### g.  *Collateral and Intercreditor Agreements*

In connection with the Secured Revolver Facility, the Secured Revolver Facility Borrowers, the Secured Revolver Facility Guarantors and certain Affiliates of the Secured Revolver Facility Borrowers entered into the First Priority Security Agreement, which was subsequently amended and restated on December 30, 2009.

Pursuant to the First Priority Security Agreement,[26] the Secured Revolver Facility Borrowers, the Secured Revolver Facility Guarantors and certain Affiliates of the Secured Revolver Facility Borrowers granted a security interest in favor of the First Priority Collateral Agent, in (with respect to the Secured Revolver Facility Borrowers and the Secured Revolver Facility Guarantors) substantially all of their personal property[27] to secure the obligations owed under the Secured Revolver Facility and related documents, including obligations under the AFI Hedge Agreements.  The First Priority Collateral included the following:

> (1)    financial asset-backed securities, certain Servicing Advances and certain mortgage loans;

> (2)    accounts;

---

[25]    Secured Revolver Loan Agreement, Art. XI [RC00024234].

[26]    First Priority Security Agreement [RC00038119].

[27]    Certain grantors under the First Priority Security Agreement (referred to therein as "Equity Pledgors," "FASB Grantors" and "Additional Account Parties") granted liens on a narrow group of assets, including certain deposit accounts and securities accounts, financial assets, certain pledged equity interest and certain pledged notes.

(3)    chattel paper;

(4)    commercial tort claims;

(5)    deposit accounts;

(6)    documents;

(7)    financial assets;

(8)    general intangibles;

(9)    goods and instruments;

(10)    intellectual property;

(11)    certain shares of capital stock and other equity interests;

(12)    certain pledged notes;

(13)    letters of credit;

(14)    money;

(15)    Servicing Contracts;

(16)    investment property;

(17)    all other personal assets and property; and

(18)    proceeds of the foregoing.

The First Priority Collateral did not include certain Excluded Assets,[28] including: (1) more than 65% of the shares of foreign corporations; (2) any asset (including contracts) to the extent that granting a security interest therein would violate applicable law, result in the invalidation thereof or provide any party with a right of termination or default with respect thereto or with respect to any Bilateral Facility to which such assets were subject; (3) certain intellectual property applications; and (4) proceeds of the foregoing.

---

[28]    First Priority Security Agreement, §1 [RC00038119] (definition of "Excluded Assets").

Prior to being amended and restated, the First Priority Security Agreement was amended (1) on August 14, 2008[29] to, among other things, reflect (a) certain exclusions from the First Priority Collateral relating to obligations under the AFI Hedge Agreements, and (b) to limit the amount of proceeds from First Priority Collateral applied to satisfy the secured obligations (including amounts owed under the Secured Revolver Facility and the AFI Hedge Agreements); (2) on January 14, 2009[30] to amend the collateral schedules to the First Priority Security Agreement, including the list of pledged securities accounts and deposit accounts and the pledged equity interests; and (3) on January 30, 2009[31] to reflect pledges of certain equity interests by DOA Holding Properties, LLC.

The First Priority Collateral securing the obligations owed under the Secured Revolver Facility and the AFI Hedge Agreements also secured, on a second and third lien basis, the obligations owed under the Senior Secured Notes and the Junior Secured Notes, respectively. The lien priority arrangements were set forth in the Intercreditor Agreement.

Under the terms of the Intercreditor Agreement,[32] liens securing the Secured Revolver Facility and the AFI Hedge Agreements were senior and prior to the liens securing the Senior Secured Notes and the Junior Secured Notes.  The Intercreditor Agreement provided that the First Priority Collateral Agent controlled the exercise of remedies so long as amounts were outstanding under the Secured Revolver Facility and the AFI Hedge Agreements.  Proceeds from the sale or other disposition of the First Priority Collateral were required to be applied to satisfy obligations owing under the Secured Revolver Facility and the AFI Hedge Agreement prior to satisfying amounts owed under the Senior Secured Notes and the Junior Secured Notes.

> h.    *Accounts*

Except for a designated exempted cash reserve account and except for accounts: (1) of special purpose vehicles formed for financing purposes; (2) of independent third parties; (3) established for Bilateral Facilities; and (4) holding funds held on account for, in trust for, or by ResCap or a ResCap Subsidiary as a custodian for any third party, all material bank and securities accounts were required to be subject to a perfected lien in favor of the Collateral Control Agent (Wells Fargo Bank, N.A., acting in its capacity as the collateral agent for each of the First Priority Collateral Agent, the Second Priority Collateral Agent and Third Priority Collateral Agent under the Intercreditor Agreement).  In addition, all liquidity reserves (other than up to $250 million permitted to be held in the designated exempted cash reserve account) of

---

[29]    First Amend. Agreement to the First Priority Security Agreement, dated Aug. 14, 2008 [ALLY_0051600].  The amendment also reflected numerous additional entities as grantors of liens.

[30]    Second Amend. Agreement to the First Priority Security Agreement, dated Jan. 14, 2009 [ALLY_0051671]. The amendment also reflected numerous additional entities as grantors of liens.

[31]    Third Amend. Agreement to the First Priority Security Agreement, dated Jan. 30, 2009 [ALLY_0056791].

[32]    Intercreditor Agreement [ALLY_0229287].

ResCap and its Subsidiaries were required to be maintained in an account over which the Collateral Control Agent had been granted a perfected lien.

### i.    *Amendments to Secured Revolver Facility*

The Secured Revolver Facility was amended on ten different occasions before it was amended and restated in December 2009.

### (1)    *First Amendment (July 29, 2008)[33]*

This amendment, among other things, provided: (1) that AFI's commitment to make Secured Revolver Facility Revolver Loans was permanently reduced to the extent that, within 120 days of the Secured Revolver Facility Borrowers' receipt of cash proceeds from the sale of First Priority Collateral, the Secured Revolver Facility Borrowers failed to reborrow the prepaid amount and either (a) use the reborrowed proceeds to purchase assets qualifying as First Priority Collateral for the Secured Revolver Facility; or (b) designate the sales proceeds as retained proceeds up to the threshold amount of $450 million; and (2) for a broader definition of assets that would qualify as First Priority Collateral that could be purchased with the proceeds of sold First Priority Collateral.

### (2)    *Second Amendment (August 14, 2008)[34]*

This amendment was entered into in connection with the effectuation of various hedging arrangements between ResCap and AFI.   The Secured Revolver Facility was amended to reflect adjustments to the borrowing base (the borrowing base was reduced to the extent there was hedging exposure in favor of AFI) and required additional prepayments arising from changes in hedging exposure (a separate tranche of Secured Revolver Facility Revolver Loans, called "MTM Revolving Loans", was created that could be drawn by the Secured Revolver Facility Borrowers to make these prepayments).   A new security agreement was entered into for the benefit of AFI as hedge counterparty, and an amendment fee in the amount of $1.056 million was required to be paid by the Secured Revolver Facility Borrowers to AFI.

### (3)    *Consent Agreement (October 17, 2008)[35]*

Among other things, this agreement provided for the release of First Priority Collateral and guarantees relating to certain ResCap Subsidiaries that were inadvertently joined as parties

---

[33]   Amend. No.1 to the Secured Revolver Loan Agreement, dated July 29, 2008 [RC00038626].

[34]   Amend. No.2 to the Secured Revolver Loan Agreement, dated Aug. 14, 2008 [RC00038642].

[35]   Consent Agreement among Residential Funding Company, LLC, as borrower, GMAC Mortgage, LLC, as borrower, Residential Capital, LLC and certain other affiliates of the borrowers, as guarantors, and GMAC LLC, as lender, initial lender and lender agent, dated Oct.17, 2008 [ALLY_0051462].

to the security documents for the Secured Revolver Facility, and provided for a new requirement for ResCap to deliver, on a weekly basis, a thirteen-week forecast of cash sources and uses.

### (4)    Third Amendment (November 25, 2008)[36]

This amendment provided for a confirmation of the amount of sales made under the Servicing Advance Factoring Agreement and allowed for a short extension of the time period during which proceeds from sales under the Servicing Advance Factoring Agreement did not need to be used to purchase assets that would constitute First Priority Collateral.  For the first time, a reservation of rights provision was included in this amendment, and an analogous provision was included in amendments to the Secured Revolver Facility going forward.

### (5)    Fourth Amendment (December 12, 2008)[37]

This amendment, among other things, (1) provided for a tightening of control on cash by requiring that (a) funds on deposit in the Sales Proceeds Accounts (the accounts into which proceeds from the sale of First Priority Collateral had to be deposited) must be used either to repay Secured Revolver Facility Loans or reinvested in assets that qualified as First Priority Collateral; and (b) certain Sales Proceeds Accounts be designated as "Servicing Advances Accounts" into which proceeds from payments received in respect of Servicing Advances had to be deposited; (2) added a requirement that the Secured Revolver Facility Borrowers track, on a daily basis, the permanent reductions in AFI's commitment to make Secured Revolver Facility Revolver Loans (resulting from mandatory prepayments); and (3) confirmed the reduction of AFI's commitment to $3.1 billion.  As a condition to this amendment, the Secured Revolver Facility Borrowers were explicitly relieved from making a representation as to their solvency.[38]

### (6)    Fifth Amendment (December 31, 2008)[39]

This amendment, among other things: (1) added provisions with respect to the treatment of Reinvestment REO Property (residential property acquired as a result of a foreclosure of residential mortgage assets that were not "Primary Collateral" for the Secured Revolver Facility); (2) modified the definition of "Collateral Dispositions" to account for certain foreclosure exceptions and to recognize the entering into of a new receivables financing agreement with WestLB, AG, New York Branch; and (3) replaced the schedule of Bilateral Facilities (reflecting a reduction in the aggregate number of such facilities).  As a condition to this amendment, the Secured Revolver Facility Borrowers were explicitly relieved from making a representation as to their solvency.[40]

---

[36]    Amend. No.3 to the Secured Revolver Loan Agreement, dated Nov. 25, 2008 [ALLY_0051495].

[37]    Amend. No.4 to the Secured Revolver Loan Agreement, dated Dec. 12, 2008 [ALLY_0051551].

[38]    *Id.* § 4.6(a).

[39]    Amend. No.5 to the Secured Revolver Loan Agreement, dated Dec. 31, 2008 [ALLY_0051574].

[40]    *Id.* § 5.5(a).

### (7)  Sixth Amendment (March 31, 2009)[41]

This amendment modified the affirmative covenant regarding GMAC Mortgage's maintenance of a Peak Score, to change it from only requiring a monthly Peak Score of "Excellent" from Fannie Mae to maintaining either: (1) while Fannie Mae is using the Peak Score system, a monthly Peak Score equating to "Excellent" or better, or after Fannie Mae has implemented a replacement system, a rating reasonably equivalent to a monthly Peak Score of "Excellent" or better (as agreed by AFI and GMAC Mortgage); or (2) an Investor Reporting and Remitting rating from Freddie Mac equating to "Tier 2" or better.  In connection with this amendment, the Secured Revolver Facility Borrowers' representation regarding their solvency was made once again (and continued to be made going forward).

### (8)  Waiver and Seventh Amendment (May 27, 2009)[42]

In connection with the U.S Treasury's investment in AFI and the related transactions with GM (including the appointment or election of directors), AFI agreed that these transactions would not constitute a change of control.  This amendment changes the definition of "Change of Control" to mean the acquisition of ownership, directly or indirectly, beneficially or of record, by any person or group (within the meaning of the 1934 Act) other than GM, Cerberus, the U.S. Treasury, the GM Trusts (trusts established to own stock of GMAC), or any purchaser of the beneficial interests in the GM Trusts, of capital stock representing a majority of the voting stock of ResCap.

### (9)  Eighth Amendment (May 29, 2009)[43]

This amendment focused on the utilization of proceeds relating to Servicing Advances and the related Servicing Advances Accounts.  It provided that: (1) collections on, and net cash proceeds from sales of, Servicing Advances had to be deposited solely into the Servicing Advances Accounts (and no other amounts could be deposited into the Servicing Advances Accounts); (2) collections on (other than net cash proceeds from sales of) Servicing Advances could only be withdrawn from the Servicing Advances Accounts under certain circumstances; and (3) after June 18, 2009, such amounts could only be withdrawn to make Servicing Advances or prepayments of the Secured Revolver Facility. This amendment also: (1) added a consent by the parties to the Secured Revolver Facility to the jurisdiction of the state courts of New York located in Manhattan (there was already a consent to the federal courts located in New York); and (2) acknowledged that June 17, 2009 would mark the end of sales of Servicing Advances under the Servicing Advance Factoring Agreement.

---

[41]  Amend. No.6 to the Secured Revolver Loan Agreement, dated Mar. 31, 2009 [ALLY_0056750].

[42]  Waiver and Seventh Amend. to the Secured Revolver Loan Agreement, dated May 27, 2009 [ALLY_0056765].

[43]  Amend. No.8 to the Secured Revolver Loan Agreement, dated May 29, 2009 [ALLY_0056769].

### (10)    Ninth Amendment (June 30, 2009)[44]

This amendment also focused on the utilization of proceeds relating to Servicing Advances and the related Servicing Advances Accounts.  It provided the Secured Revolver Facility Borrowers with a bit more cash flexibility in that it gave the Secured Revolver Facility Borrowers the ability to use amounts on deposit in the Servicing Advances Accounts for general corporate purposes prior to July 30, 2009 (subject to restrictions, including that the amount withdrawn for general corporate purposes and not redeposited could not exceed $150 million).

### (11)    Tenth Amendment (July 31, 2009)[45]

This amendment also focused on the utilization of proceeds relating to Servicing Advances and the related Servicing Advances Accounts.  It extended the period previously established for utilizing proceeds for general corporate purposes from July 30, 2009 to September 29, 2009.  This amendment also added a replacement of the schedule of Bilateral Facilities (reflecting a reduction in the aggregate number of such facilities).

### j.    A&R Secured Revolver Loan Agreement[46]

On December 30, 2009, the Secured Revolver Loan Agreement was amended and restated, evidenced by the A&R Secured Revolver Loan Agreement.  Outstanding Secured Revolver Facility Revolving Loans in the principal amount of $1.55 billion were converted into term loans (with no change to the May 2010 maturity date) thereby eliminating the Secured Revolver Facility Borrowers' ability to borrow further under the Secured Revolver Facility.  The discount factors used to determine the collateral "value" (for borrowing base purposes) were not changed, but the amendment gave AFI the ability to modify the percentages in its reasonable discretion taking into account estimated collections, market value, legal risks, cost of recovery

---

[44]    Amend. No.9 to the Secured Revolver Loan Agreement, dated June 30, 2009 [RC00033614].

[45]    Amend. No.10 to the Secured Revolver Loan Agreement, dated July 31, 2009 [ALLY_0060330].

[46]    A&R Secured Revolver Loan Agreement [ALLY_0066146]. In connection with the A&R Secured Revolver Loan Agreement, (1) the First Priority Security Agreement was amended and restated on December 30, 2009 (the "A&R First Priority Security Agreement") [EXAM00110381]; and (2) certain Affiliates of ResCap entered into the Real Estate Subsidiary Pledge and Security Agreement and Irrevocable Proxy, dated Dec. 30, 2009 (the "Real Estate Subsidiary Security Agreement") [ALLY_0066748], to provide additional collateral to secure obligations owed under the A&R Secured Revolver Loan Agreement and the obligations owed under the Senior Secured Notes and the Junior Secured Notes.  The assets subject to liens under the A&R First Priority Security Agreement were substantially identical to the assets subject to the liens granted under the First Priority Security Agreement.  The lien granted under the Real Estate Subsidiary Security Agreement was an "all assets" type of lien arrangement, covering similar types of assets subject to the lien granted under the A&R First Priority Security Agreement.  The parties that granted liens under the Real Estate Subsidiary Security Agreement, included, without limitation, DOA Holding Properties, LLC, Equity Investment IV, LLC, GMAC Model Home Finance I, LLC, RFC Construction Funding, LLC, RC Properties I, LLC (and other entities named RC Properties with the roman number from II through XX), DOA Properties I, LLC (and other entities named DOA Properties with the roman number from II through IX).

and other matters customarily considered by commercial lenders when determining advance rates.  The interest rate remained at 2.75% above LIBOR, and no upfront fees were charged to the Secured Revolver Facility Borrowers in connection with the amendment and restatement. The representation as to solvency was altered to provide that it would be made by ResCap on a consolidated, rather than an entity by entity, basis.  The covenants were modified to, among other things, provide for: (1) a most-favored nations clause that prevented ResCap and its Subsidiaries from entering into (or amending) provisions of other credit facilities relating to solvency, change of control and financial covenants that were less favorable to ResCap (or such Subsidiaries) than the analogous provisions of the Secured Revolver Facility (without causing the Secured Revolver Facility to be amended accordingly); and (2) the delivery to AFI, on a daily basis, of ResCap's liquidity balance roll forward data (a forecast of cash sources and uses for a thirteen-week period).  At the time the Secured Revolver Facility was amended and restated, no changes to the financial covenants were made.  A specific cross-default to the A&R Line of Credit Agreement was added as an event of default as part of the amendment and restatement.  In conjunction with the amendment and restatement of the Secured Revolver Facility, the First Priority Security Agreement, the Second Priority Security Agreement and the Third Priority Security Agreement were also amended and restated[47] on substantially similar terms as their respective predecessor agreements.

### k.     Amendments to A&R Secured Revolver Loan Agreement

After being amended and restated, the Secured Revolver Facility was then amended an additional five times before the Petition Date.

### (1)     First Amendment (April 30, 2010)[48]

This amendment extended the maturity date of the Secured Revolver Facility from May 1, 2010 to April 29, 2011.

### (2)     Second Amendment (August 31, 2010)[49]

This amendment, among other things: (1) provided for the covenant regarding the maintenance of a minimum Peak Score to apply to both Secured Revolver Facility Borrowers (as opposed to just GMAC Mortgage), but a failure to comply with this covenant would only be breached if such failure could reasonably be expected to have a material adverse effect; (2) eliminated the $750 million consolidated liquidity covenant, limiting it to just a $250 million covenant regarding Unrestricted ResCap Liquidity (the unrestricted and unencumbered cash (consisting of solely U.S. dollars) and cash equivalents held by ResCap on a consolidated basis)

---

[47]   A&R First Priority Security Agreement [EXAM00110381]; A&R Second Priority Security Agreement [ALLY_0066445]; A&R Third Priority Security Agreement [ALLY_0066573].

[48]   Amend. No. 1 to the A&R Secured Revolver Loan Agreement, dated Apr. 30, 2010 [ALLY_0069506].

[49]   Amend. No. 2 to the A&R Secured Revolver Loan Agreement, dated Aug. 31, 2010 [ALLY_0074205].

and provided for a most-favored nations clause (such that the Secured Revolver Facility would incorporate any more restrictive financial covenant (or additional financial covenant) contained in a Bilateral Facility; (3) added a similar most-favored nations clause with respect to the consolidated TNW covenant; (4) increased the advance rates for Scratch and Dent Loans[50] from 50% to 76.5%; (5) added an event of default if any Secured Revolver Facility Borrower, Secured Revolver Facility Guarantor or any Subsidiary of either defaulted in the payment or performance of any debt or other obligation that had been guaranteed by AFI for the benefit of a third party; and (6) replaced the schedule of Bilateral Facilities to further reduce the aggregate number of such facilities.

### (3)    Third Amendment (December 21, 2010)[51]

This amendment provided that there could be more than one exempt cash reserve account, but did not change the maximum of $250 million that could be held therein in the aggregate.

### (4)    Fourth Amendment (April 18, 2011)[52]

This amendment (1) modified the covenant regarding Peak Score to provide that the satisfaction by the Secured Revolver Facility Borrowers of two of the following three ratings, as a prime residential mortgage servicer, would satisfy the covenant:  (a) "average" by S&P; (b) "RPS3-" by Fitch; and (c) "SQ3-" by Moody's; and (2) extended the maturity date of the Secured Revolver Facility from April 29, 2011 to April 13, 2012.

### (5)    Fifth Amendment (April 10, 2012)[53]

This amendment extended the maturity date of the Secured Revolver Facility from April 13, 2012 to May 14, 2012.

---

[50]    See Table V.E.3.b for a description of Scratch and Dent Loans.

[51]    Amend. No. 3 to the A&R Secured Revolver Loan Agreement, dated Dec. 21, 2010 [EXAM00110350].

[52]    Amend. No. 4 to the A&R Secured Revolver Loan Agreement, dated Aug. 31, 2010 [ALLY_0074234].

[53]    Amend. No. 5 to the A&R Secured Revolver Loan Agreement, dated Apr. 10, 2012 [EXAM00110372].

4.      *Servicing Advance Factoring Facility*[54]

a.      *Principal Terms*

On June 17, 2008, the Servicing Advance Factoring Sellers (RFC and GMAC Mortgage), and GMAC CF, as purchaser, entered into the Servicing Advance Factoring Facility.  The principal terms of the Servicing Advance Factoring Facility, when initially entered into, were as follows:

TABLE V.E.4.a
**Servicing Advance Factoring Facility - Principal Terms**
June 17, 2008

| | |
|---|---|
| Effective Date: | June 17, 2008 |
| Sellers: | RFC and GMAC Mortgage |
| Purchaser: | GMAC CF |
| Facility Type: | Receivable Sale Transaction |
| Maximum Purchase Amount: | $600 million |
| Term: | One year |

*Source: Service Advance Factoring Agreement [ALLY_0041874].*

b.      *Purchase and Sale*

Subject to a $600 million cap, GMAC CF committed to purchase receivables arising from Servicing Advances made by the Servicing Advance Factoring Sellers under certain designated Servicing Contracts.  Servicing Advances consisted of (1) P&I Advances (Servicing Advances relating to delinquent interest and/or principal); (2) T&I Advances (Servicing Advances relating to real estate taxes and/or hazard, flood or primary mortgage insurance premiums); and (3) Corporate Advances (Servicing Advances relating to preservation of properties, expenses for foreclosure actions and other expenses to maximize collateral value).  On the initial purchase date and on each subsequent date on which the sale and purchase of additional Servicing Advances were settled, the purchase price was determined by multiplying the receivable balance of each of the above-referenced types of Servicing Advances by a discount factor of 85%, subject to certain adjustments.  The purchase price of the Servicing Advances could be further adjusted by mutual agreement to reflect fair market value.  The obligations to sell and purchase were suspended if the purchase of Servicing Advances would result in the cap amount being exceeded or if GMAC CF and the Servicing Advance Factoring Sellers were not in agreement with adjustments to the purchase price.

---

[54]    Servicing Advance Factoring Agreement [ALLY_0041874].

    *c.*    *Receivable Factoring Arrangements*

Upon the occurrence of any Termination Event (events of default under the Servicing Advance Factoring Facility) or Stop Event (suspension, termination, removal or resignation of RFC or GMAC Mortgage as a servicer under a designated Servicing Contract), GMAC CF could immediately cease purchasing receivables.[55]

The Servicing Advance Factoring Sellers continued to service and administer the collection of the Servicing Advances, as agents of GMAC CF, and indemnified GMAC CF with respect to any act or omission by the Servicing Advance Factoring Sellers in their capacity as "Servicers" with respect to the Servicing Advances.  With respect to Servicing Advances subject to liens under the Secured Revolver Facility, the Servicing Advance Factoring Sellers were required to deliver lien release documents from AFI, as "Lender Agent" under the Secured Revolver Facility, and Wells Fargo Bank, as First Priority Collateral Agent, including amendments to financing statements evidencing the release of liens for the benefit of the holders of the Junior Secured Notes and the Senior Secured Notes.

    *d.*    *Amendment No. 1 to Servicing Advance Factoring Agreement*[56]

The Servicing Advance Factoring Agreement was amended on October 6, 2008.  This amendment (1) required the Servicing Advance Factoring Sellers to notify GMAC CF upon the occurrence of any Stop Event; and (2) provided that the occurrence of one or more Stop Events (whether matured or subject to notice of any cure period) under designated Servicing Contracts representing 5% or more of the purchased Servicing Advances would no longer result in an immediate event of termination under the Servicing Advance Factoring Agreement, unless determined as such by GMAC CF in its sole discretion.

---

[55]   Servicing Advance Factoring Agreement, § 8(b) [ALLY_0041874].

[56]   Amend. No. 1 to the Servicing Advance Factoring Agreement, dated Oct. 6, 2008 [ALLY_0093099].

5.    *Initial Line of Credit Facility*[57]

a.    *Principal Terms*

On November 20, 2008, the Initial Line of Credit Borrowers (PATI and RAHI), and the Initial Line of Credit Guarantors, entered into the Initial Line of Credit Facility.  The principal terms of the Initial Line of Credit Facility, when initially entered into, were as follows:

TABLE V.E.5.a
**Initial Line of Credit Facility - Principal Terms**
November 20, 2008

| | |
|---|---|
| Closing Date: | November 20, 2008 |
| Borrowers: | PATI and RAHI |
| Guarantors: | ResCap<br>RFC<br>GMAC Mortgage |
| Lender/Lender Agent: | AFI |
| Facility Type: | Secured revolver |
| Purpose: | Budgeted working capital and general corporate purposes in the ordinary course |
| Committed Amount: | $430 million |
| Interest Rate: | LIBOR + 3.50% |
| Scheduled Maturity Date: | December 31, 2008 |
| Fees: | None |

*Source: Initial Line of Credit Agreement [ALLY_0023145].*

b.    *Borrowing Base*

AFI initially committed to make Initial Line of Credit Loans to the Initial Line of Credit Borrowers, up to the lesser of (1) the then existing borrowing base; and (2) $430 million *minus* the value of collateral posted by AFI as replacement collateral for (a) certain collateral that secured indemnification obligations relating to the purchase and sale of mortgage loans; and/or (b) litigation bonds in connection with the Mitchell litigation.  The borrowing base was determined by calculating the aggregate "value" of the Initial Line of Credit Collateral, which, as set forth in the chart below, was subject to a discount factor that varied depending on the type of asset.

---

[57]    Initial Line of Credit Agreement [ALLY_0023145].

TABLE V.E.5.b
**Discount Factors Used to Determine Collateral Values**

| | |
|---|---|
| Flume No. 8 Note (Secured Zero Coupon Discount Note of Flume (No. 8) Limited dated as of November 14, 2008 | 50% |
| GSAP Class A-1 Preference Shares (100 Class A-1 Preference Shares issued by GMAC Mortgage Servicer Advance Funding Company, Ltd.) and GSAP Class A-2 Preference Shares (100 Class A-2 Preference Shares issued by GMAC Mortgage Servicer Advance Funding Company, Ltd.) | 80% |
| Warehouse loans (loans made by any Initial Line of Credit Guarantor pursuant to (i) the Warehousing Credit and Security Agreement dated as of April 1, 2005 between RFC and First Savings Mortgage Corporation and (ii) the Servicing Secured Facility Agreement (Syndicated) among Provident Funding Associates, L.P., U.S. Bank National Association, JPMorgan Chase Bank, N.A., J.P. Morgan Securities Inc., RFC and other lenders party thereto from time to time) | 50% |

*Source: Initial Line of Credit Agreement, Sched. 2.04 [ALLY_0023241].*

### c.    *Funding; Interest and Maturity*

The Initial Line of Credit Borrowers were permitted to request Initial Line of Credit Loans only if either or both of the two following ResCap liquidity tests were met: (1) the estimated Unrestricted ResCap Liquidity (unencumbered cash in dollars held in the U.S. by ResCap and its Subsidiaries) on the proposed funding date was less than $250 million and, based on such estimates, after giving effect to an Initial Line of Credit Loan, Unrestricted ResCap Liquidity did not exceed $250 million *plus* a Draw Adjustment Amount (an amount equal to $25 million or a higher amount specified by AFI); or (2) the estimated Consolidated Liquidity (cash and cash equivalents of ResCap on a consolidated basis, excluding cash and cash equivalents of Ally Bank) on the proposed funding date was less than $750 million and, based on such estimates, after giving effect to an Initial Line of Credit Loan, Consolidated Liquidity did not exceed $750 million *plus* the Draw Adjustment Amount.  Interest on the Initial Line of Credit Loans accrued at a rate of LIBOR + 3.50% per annum.  The maturity date for the Initial Line of Credit Loans was initially scheduled to occur on December 31, 2008 (the facility was subsequently extended numerous times).

### d.    *Mandatory Prepayment*

Initial Line of Credit Loans were required to be prepaid when (1) the outstanding principal balance exceeded the borrowing base by an amount equal or greater than $250,000; or (2) the "Liquidity Excess Amount"[58] was greater than or equal to $25 million.  If the Liquidity Excess Amount was equal to or in excess of $25 million, the Initial Line of Credit Borrowers were required to prepay the Initial Line of Credit Loans to the extent Unrestricted ResCap Liquidity and Consolidated Liquidity would be equal to or greater than the required threshold

---

[58]    *Id.* § 2.08(c) (the Initial Line of Credit Borrowers were required to determine on a daily basis the amount by which the (1) estimated "Unrestricted ResCap Liquidity" exceeded $250 million; and (2) "Consolidated Liquidity" exceeded $750 million.  The "Liquidity Excess Amount" was the greater of the two foregoing calculations).

amounts of $250 million and $750 million, respectively.  The Initial Line of Credit Borrowers were permitted to satisfy prepayment obligations by adding eligible assets consisting of whole mortgage loans to the Initial Line of Credit Collateral.

### e.    Financial Covenants

There were two financial covenants that applied to ResCap and its Subsidiaries:  (1) Consolidated TNW (the line item consisting of equity on the consolidated balance sheet of ResCap, but excluding the equity of Ally Bank) could not, as of the last Business Day of any month, be less than $250 million; and (2) Unrestricted ResCap Liquidity had to be greater than $250 million at all times; however, failure to maintain the required Unrestricted ResCap Liquidity threshold was subject to a ten business day cure period.

### f.    Guarantees

ResCap and the other Initial Line of Credit Guarantors guaranteed the obligations under the Initial Line of Credit Agreement pursuant to an unconditional guarantee.[59]

### g.    Collateral Arrangements

In connection with the Initial Line of Credit Agreement, the Initial Line of Credit Borrowers and the Initial Line of Credit Guarantors entered into the Initial Line of Credit Security Agreement.[60]

Pursuant to the Initial Line of Credit Security Agreement, the Initial Line of Credit Borrowers and the Initial Line of Credit Guarantors granted a security interest in favor of AFI, as lender agent, in specific personal property to secure the obligations owed under the Initial Line of Credit Agreement and the related documents.  Initially, Initial Line of Credit Collateral included the following:

(1)    certain shares of capital stock and other equity interests;

(2)    certain pledged notes and all assets, rights and property relating thereto;

(3)    dividends and distributions relating to pledged equity interests;

(4)    certain deposit accounts and certain securities accounts;

---

[59]    *Id*. Art. XI.

[60]    Initial Line of Credit Security Agreement [ALLY_0022482].

(5)     certain contribution agreements and all other agreements relating to the pledged Initial Line of Credit Collateral;

(6)     accounts, chattel paper, commercial tort claims, deposit accounts, documents, general intangibles, goods, instruments, investment property, letters of credit and all other personal property related to the pledged Initial Line of Credit Collateral; and

(7)     proceeds of the foregoing.

Prior to the date on which the Initial Line of Credit Security Agreement was replaced with the A&R Initial Line of Credit Security Agreement, the Initial Line of Credit Security Agreement was amended (1) on March 18, 2009[61] to, among other things, (a) reflect the existence of the Omnibus Security Agreement, which agreement also provided for liens securing the obligations under the Initial Line of Credit Agreement, and (b) correspond to the expansion of obligations secured by the Initial Line of Credit Collateral as provided in the fourth amendment to the Initial Line of Credit Agreement;[62] (2) on May 19, 2009[63] to add additional Initial Line of Credit Collateral, particularly European collateral consisting of the GX II Note and the related documents and certain mortgage loans; (3) on June 1, 2009[64] to expand the obligations secured by the Initial Line of Credit Collateral to cover the obligations under the Second Line of Credit Agreement; (4) on June 5, 2009[65] to modify certain defined terms relating to the Initial Line of Credit Collateral, particularly with respect to the GX II Notes; and (5) on June 30, 2009[66] to once again modify certain defined terms relating to the Initial Line of Credit Collateral.

### h.     Amendments to Initial Line of Credit Agreement

The Initial Line of Credit Agreement was amended on seventeen different occasions before it was amended and restated in December 2009.

---

[61]    Amend. No. 1 to the Initial Line of Credit Security Agreement, dated Mar. 18, 2009 [ALLY_0024287].

[62]    See Appendix V.E.5.h.(4) for more detail.

[63]    Amend. No. 2 to the Initial Line of Credit Security Agreement, dated May 19, 2009 [ALLY_0024300].

[64]    Amend. No. 3 to the Initial Line of Credit Security Agreement, dated June 1, 2009 [ALLY_0024317].

[65]    Amend. No. 4 to the Initial Line of Credit Security Agreement, dated June 5, 2009 [ALLY_0024329].

[66]    Amend. No. 5 to the Initial Line of Credit Security Agreement, dated June 30, 2009 [RC00033677].

### (1)    First Amendment (December 22, 2008)[67]

This amendment, among other things, permitted dissolution of: (1) an Initial Line of Credit Borrower or Initial Line of Credit Guarantor if consented to by AFI; and (2) a Subsidiary of an Initial Line of Credit Borrower or Initial Line of Credit Guarantor that was not an Initial Line of Credit Borrower or Initial Line of Credit Guarantor and did not have material assets or hold title to any Initial Line of Credit Collateral.

### (2)    Second Amendment (December 29, 2008)[68]

This amendment, among other things: (1) extended the maturity date from December 31, 2008 to January 31, 2009; (2) in connection with funding requests, increased the Unrestricted ResCap Liquidity threshold from $250 million to $300 million and the Consolidated Liquidity threshold from $750 million to $800 million; and revised the related covenant such that Unrestricted ResCap Liquidity had to be in excess of $300 million at all times; (3) lowered the Liquidity Excess Amount, which triggered mandatory prepayment of the Initial Line of Credit Loans, from $25 million to $0; and (4) required interest to accrue at the default rate upon the failure to make mandatory prepayment of the Initial Line of Credit Loans in connection with a Liquidity Excess Amount.    The concept of the Draw Adjustment Amount, which could be determined by AFI, was eliminated.

### (3)    Third Amendment (January 30, 2009)[69]

This amendment, among other things, extended the maturity date from January 31, 2009 to March 31, 2009.

### (4)    Fourth Amendment (March 18, 2009)[70]

Under this amendment: (1) the obligations secured by the Initial Line of Credit Collateral were expanded to include (a) the obligations of the ResCap affiliated counterparties under the Master Netting Agreement, (b) the obligations of the ResCap affiliated counterparties under each derivative agreement governing derivative transactions with Ally Investment Management, and (c) the obligations under the Secured MSR Facility; and (2) the maturity date was extended from March 31, 2009 to June 30, 2009.    Additionally, this amendment provided for reductions to the borrowing base to the extent there was hedging exposure in favor of AFI.    For the first time, language relating to reservation of rights was included.    This language appears in almost all of the amendments going forward.

---

[67]    Amend. No.1 to the Initial Line of Credit Agreement, dated Dec. 22, 2008 [ALLY_0023114].

[68]    Amend. No.2 to the Initial Line of Credit Agreement, dated Dec. 29, 2008 [ALLY_0023126].

[69]    Amend. No.3 to the Initial Line of Credit Agreement, dated Jan. 30, 2009 [ALLY_0058280].

[70]    Amend. No.4 to the Initial Line of Credit Agreement, dated Mar. 18, 2009 [ALLY_0239662].

#### (5)    Fifth Amendment (March 31, 2009)[71]

This amendment modified the affirmative covenant regarding GMAC Mortgage's maintenance of a Peak Score, to change it from only requiring a monthly Peak Score of "Excellent" from Fannie Mae to maintaining either: (1) while Fannie Mae is using the Peak Score system, a monthly Peak Score equating to "Excellent" or better, or after Fannie Mae has implemented a replacement system, a rating reasonably equivalent to a monthly Peak Score of "Excellent" or better (as agreed by AFI and GMAC Mortgage); or (2) an Investor Reporting and Remitting rating from Freddie Mac equating to "Tier 2" or better.

#### (6)    Sixth Amendment (May 19, 2009)[72]

This amendment, among other things: (1) required the Initial Line of Credit Borrowers to estimate the amount of U.S. mortgages loans included in the Initial Line of Credit Collateral that had become REO Property (mortgaged properties acquired through foreclosure); (2) eliminated the Initial Line of Credit Borrowers' ability to add additional whole mortgage loans to the Initial Line of Credit Collateral to satisfy mandatory prepayment obligations; (3) added additional European collateral; (4) dropped the collateral "value" for borrowing base purposes to $0 with respect to U.S. mortgage loans that had become REO Properties; (5) provided for the designation of two groups of U.S. mortgage loans to be added to the Initial Line of Credit Collateral; (6) expanded assets eligible for inclusion in the borrowing base to include defaulted assets or assets consisting of financial asset-backed securities, whose ratings by a nationally recognized rating agency had been reduced by more than two levels by such agency; and (7) in connection with eligibility requirements, permitted exceptions relating to irregularities in documentation, origination or underwriting of an asset so long as (a) the related contract was not materially affected, (b) such factors were taken into consideration when determining the value of the asset, and (c) any such exception was disclosed to AFI.

#### (7)    Waiver and Seventh Amendment (May 27, 2009)[73]

In connection with the U.S. Treasury's investment in AFI and the related transactions with GM (including the appointment or election of directors), AFI agreed that these transactions would not constitute a change of control. This amendment changed the definition of "Change of Control" to mean the acquisition of ownership, directly or indirectly, beneficially or of record, by any person or group (within the meaning of the Exchange Act) other than GM, Cerberus, the U.S. Treasury, the GM Trusts (trusts established to own stock of GMAC), or any purchaser of the beneficial interests in the GM Trusts of capital stock representing a majority of the voting stock of ResCap.

---

[71]    Amend. No.5 to the Initial Line of Credit Agreement, dated Mar. 31, 2009 [ALLY_0024228].

[72]    Amend. No.6 to the Initial Line of Credit Agreement, dated May 19, 2009 [ALLY_0024239].

[73]    Waiver and Seventh Amend. to the Initial Line of Credit Agreement, dated May 27, 2009 [ALLY_0024269].

### (8)    Eighth Amendment (June 1, 2009)[74]

This amendment was entered into in connection with the Second Line of Credit Agreement, the parallel line of credit facility AFI entered into with the Initial Line of Credit Borrowers and the Initial Line of Credit Guarantors.  The obligations secured by the Initial Line of Credit Collateral were further expanded to include all obligations under the Second Line of Credit Agreement.  Borrowing requests and availability under the Line of Credit Facilities were tied to compliance with the same ResCap liquidity thresholds. The Initial Line of Credit Borrowers had to be in compliance with the ResCap liquidity threshold amounts at all times and were required to make mandatory prepayments under both facilities whenever the Liquidity Excess Amount was greater than $0.  In addition, a cross-default event of default was added with respect to each agreement governing derivative transactions with Ally Investment Management, the Master Netting Agreement, the Secured MSR Facility and the Second Line of Credit Agreement; and proceeds of the Initial Line of Credit Collateral were allocated after an event of default as determined by AFI in its capacity as Omnibus Agent under the Omnibus Security Agreement.  This amendment also provided that Initial Line of Credit Loans could be made up to the lesser of: (1) the aggregate commitment amount reduced to the extent there was hedging exposure in favor of AFI; and (2) the excess, if any, of the then current borrowing base over outstandings under the Second Line of Credit Agreement.

### (9)    Ninth Amendment (June 12, 2009)[75]

This amendment provided the mechanics for adding additional groups of U.S. mortgage loans to the Initial Line of Credit Collateral.

### (10)    Tenth Amendment (June 30, 2009)[76]

This amendment: (1) extended the maturity date from June 30, 2009 to July 30, 2009; and (2) required that funds permitted to be withdrawn from certain collection accounts had to be included in the calculation of the ResCap liquidity threshold amounts. Additionally, in the event ResCap did not have sufficient liquidity to fund its Servicing Advances, upon delivery of a borrowing base report, AFI, in its sole discretion, could agree to provide funding.

### (11)    Eleventh Amendment (July 31, 2009)[77]

This amendment: (1) extended the maturity date from July 31, 2009, to September 30, 2008; and (2) in connection with the determination of ResCap liquidity threshold amounts necessary to be in effect prior to funding requests, required the inclusion of funds permitted to be

---

[74]    Amend. No.8 to the Initial Line of Credit Agreement, dated June 1, 2009 [ALLY_0024273].

[75]    Amend. No.9 to the Initial Line of Credit Agreement, dated June 12, 2009 [ALLY_0028077].

[76]    Amend. No.10 to the Initial Line of Credit Agreement, dated June 30, 2009 [ALLY_0028091].

[77]    Amend. No.11 to the Initial Line of Credit Agreement, dated July 31, 2009 [ALLY_0028108].

withdrawn from the collection and funding account relating to the GSAP Second Amended and Restated Indenture, dated as of March 8, 2006, among GMAC Mortgage Servicer Advance Funding Company, Ltd., as issuer, The Bank of New York, as indenture trustee and GMAC Mortgage and RFC, as servicers. This amendment added an additional group of U.S. mortgage loans to the Initial Line of Credit Collateral and assigned collateral "value" percentages to supporting European assets related to the GX II Note.

*(12)   Twelfth Amendment (September 18, 2009)[78]*

This amendment evidenced AFI's consent to add to the Initial Line of Credit Collateral certain European assets consisting of German Class B Securities[79] owned by GMAC-RFC Investments B.V., an Initial Line of Credit Borrower or Initial Line of Credit Guarantor, HELOC Draws[80] and Dutch mortgage receivables in connection with the GX II Notes.[81]

*(13)   Thirteenth Amendment (September 22, 2009)[82]*

This amendment extended the maturity date from September 30, 2009 to November 30, 2009.

*(14)   Fourteenth Amendment (October 20, 2009)[83]*

This amendment provided that upon delivery of a certain deed of pledge, the collateral "value" for the German Class B Securities would increase from 20% to 100% for borrowing base purposes.

*(15)   Fifteenth Amendment (November 9, 2009)[84]*

This amendment acknowledged delivery of all required documents in connection with the pledge of the German Class B Securities and provided that the German Class B Securities would be valued at 100% for borrowing base purposes.

---

[78]   Amend. No.12 to the Initial Line of Credit Agreement, dated Sept. 18, 2009 [ALLY_0028123].

[79]   See Table V.E.8.b for a description of German Class B Securities.

[80]   See Table V.E.8.b for a description of HELOC Draws.

[81]   See Table V.E.8.b for a description of GX II Notes.

[82]   Amend. No.13 to the Initial Line of Credit Agreement, dated Sept. 22, 2009 [ALLY_0028144].

[83]   Amend. No.14 to the Initial Line of Credit Agreement, dated Oct. 20, 2009 [ALLY_0075363].

[84]   Amend. No.15 to the Initial Line of Credit Agreement, dated Nov. 9, 2009 [ALLY_0075474].

*(16)    Sixteenth Amendment (November 30, 2009)[85]*

This amendment extended the maturity date from November 30, 2009 to December 31, 2009.

*(17)    Seventeenth Amendment (December 16, 2009)[86]*

This amendment evidenced AFI's consent to add to the Initial Line of Credit Collateral (1) an additional group of U.S. mortgage loans; and (2) U.S. mortgage loans insured or guaranteed by the FHA or VA.

---

[85]   Amend. No.16 to the Initial Line of Credit Agreement, dated Nov. 30, 2009 [ALLY_0075482].

[86]   Amend. No.17 to the Initial Line of Credit Agreement, dated Dec. 16, 2009 [ALLY_0075489].

6.      *ResMor Loan Facility*[87]

a.      *Principal Terms*

On November 20, 2008, the ResMor Facility Borrower (GMAC Canada), entered into the ResMor Facility.  The principal terms of the ResMor Facility were as follows:

TABLE V.E.6.a
**ResMor Loan Facility - Principal Terms**
November 20, 2008

| | |
|---|---|
| Closing Date: | November 20, 2008 |
| Borrower: | GMAC Canada |
| Lender: | AFI |
| Facility Type: | Secured term loan |
| Purpose: | To pay then existing debt due to ResCap or any of its subsidiaries |
| Loan Amount: | CND$82 million |
| Interest Rate: | Royal Bank of Canada's Prime Rate plus 3.50% |
| Scheduled Maturity Date: | Earlier of (i) the closing of the purchase by AFI from the ResMor Facility Borrower of the stock of 1020491 Alberta Ltd. and ResMor Capital Corporation and (ii) December 22, 2008 |
| Fees: | None |
| Recourse: | AFI's sole recourse was to the collateral consisting of the securities to be purchased by AFI from the ResMor Facility Borrower |

*Source: ResMor Loan Agreement [RC00025269].*

b.      *Loan and Acquisition*

On November 20, 2008, AFI advanced the ResMor Loan in the amount of CND$82 million under the terms of the ResMor Facility.  On the same date, the ResMor Facility Borrower, as seller, and AFI, as purchaser, entered into the share purchase agreement evidencing the ResMor Sale, pursuant to which AFI agreed to purchase the stock of 1020491 Alberta Ltd. and ResMor.  Upon consummation of the ResMor Sale, the principal amount of the ResMor Loan was set off and applied against the purchase price for the shares in full satisfaction of AFI's purchase obligation, thereby resulting in the full satisfaction of the ResMor Facility Borrower's obligations under the ResMor Facility.

---

[87]   ResMor Loan Agreement [RC00025269].

### c.    *Collateral*

The 1020491 Alberta Ltd. and ResMor shares were pledged in favor of AFI to secure the ResMor Facility Borrower's obligations under the ResMor Facility.

### d.    *General*

The ResMor Facility appeared to be designed to provide liquidity to GMAC Canada, a ResCap Subsidiary, in advance of the ResMor Sale. If the ResMor Sale did not close and the obligations under the ResMor Facility were not repaid by December 22, 2008, then AFI could have foreclosed on the 1020491 Alberta Ltd. and ResMor shares held as collateral and become the owner of those entities. In addition, a cross-default provision under the ResMor Facility was structured such that an event of default under another credit facility or facilities (in excess of $10 million), also constituted an event of default under the ResMor Facility and would have given AFI the ability to foreclose on the shares.

### 7. *Second Line of Credit Facility*[88]

### a. *Principal Terms*

On June 1, 2009, the Second Line of Credit Borrowers (PATI and RAHI) and the Second Line of Credit Guarantors, entered into the Second Line of Credit Facility with AFI, as lender, credit agent and Omnibus Agent. The principal terms of the Second Line of Credit Facility, when initially entered into, were as follows:

---

TABLE V.E.7.a
**Second Line of Credit Agreement – Principal Terms**
June 1, 2009

| | |
|---|---|
| Closing Date: | June 1, 2009 |
| Borrowers: | PATI and RAHI |
| Guarantors: | ResCap<br>RFC<br>GMAC Mortgage |
| Lender/Lender Agent | AFI |
| Facility Type: | Secured revolver |
| Purpose: | Budgeted working capital and general corporate purposes in the ordinary course |
| Committed Amount: | $370 million |
| Interest Rate: | LIBOR + 3.50% |
| Scheduled Maturity Date: | April 30, 2010 |
| Fees: | None |

*Source: Second Line of Credit Agreement [ALLY_0023953].*

---

### b. *Borrowing Base*

AFI initially committed to make the Second Line of Credit Loans to the Second Line of Credit Borrowers, up to the lesser of: (1) $370 million; and (2) the then existing borrowing base reduced to the extent there was hedging exposure in favor of AFI. The borrowing base was determined by calculating the aggregate "value" of the Second Line of Credit Collateral, which, as set forth in the chart below, was subject to a discount factor that varied depending on the type of asset.

---

[88]    Second Line of Credit Agreement [ALLY_0023953].

TABLE V.E.7.b
**Discount Factors Used to Determine Collateral Values**

| | |
|---|---|
| Flume No. 8 Note (secured zero coupon discount note of Flume (No. 8) Limited dated as of November 14, 2008) | 50% for Group A Loans and 36% for Group B Loans |
| GSAP class A-1 preference shares (100 class A-1 preference shares issues by GMAC Mortgage Servicer Advance Funding Company, Ltd.) and GSAP class A-2 preference shares (100 class A-2 preference shares issued by GMAC Mortgage Servicer Advance Funding Company, Ltd.) | 80% |
| Warehouse loans (loans made by any Second Line of Credit Guarantor pursuant to (i) the Warehousing Credit and Security Agreement dated as of April 1, 2005 between RFC and First Savings Mortgage Corporation and (ii) the Servicing Secured Facility Agreement (Syndicated) among Provident Funding Associates, L.P., U.S. Bank National Association, JPMorgan Chase Bank, N.A., J.P. Morgan Securities Inc., RFC and other lenders party thereto from time to time) | 50% |
| The equity of Equity Investment I, LLC | 15% |
| US mortgage loans (first or second lien residential mortgage loan other than mortgage loans subject to the First Savings repurchase agreement) | 40% of Group A Mortgage Loans and 35% for Group B Mortgage Loans |

*Source: Second Line of Credit Agreement, Sched. 2.04 [ALLY_0023953].*

### c.    *Funding; Interest and Maturity*

The Second Line of Credit Borrowers were permitted to request Second Line of Credit Loans only if either or both of the two following ResCap liquidity tests were met: (1) estimated Unrestricted ResCap Liquidity (unencumbered cash in dollars held in the U.S. by ResCap and its Subsidiaries) on the proposed funding date was less than $300 million and, based on such estimates, after giving effect to both the Second Line of Credit Loans and Initial Line of Credit Loans, Unrestricted ResCap Liquidity did not exceed $300 million; or (2) estimated Consolidated Liquidity (cash and cash equivalents of ResCap on a consolidated basis, excluding cash and cash equivalents of Ally Bank) on the proposed funding date was less than $800 million and, based on such estimates, after giving effect to both the Second Line of Credit Loans and Initial Line of Credit Loans, Consolidated Liquidity did not exceed $800 million. Second Line of Credit Loans could not be made unless the outstandings under the Initial Line of Credit Agreement and the Second Line of Credit Agreement equaled the commitment amount (reduced to the extent there was hedging exposure in favor of AFI) under the Initial Line of Credit. Interest on the Second Line of Credit Loans accrued at a rate of LIBOR + 3.50% per annum. The maturity date for the Second Line of Credit Loans was initially scheduled to occur on June 30, 2009 (the facility was subsequently extended), or earlier upon the disposition by the Second Line of Credit Borrowers and/or Second Line of Credit Guarantors of the collateral pledged

under an MSR facility with Citibank[89] in connection with or following the termination of that facility.[90]

### d.    Mandatory Prepayment

Second Line of Credit Loans were required to be prepaid when: (1) the outstanding aggregate principal balance of the Line of Credit Facilities exceeded the borrowing base by an amount equal to or greater than $250,000; or (2) the Liquidity Excess Amount[91] was greater than or equal to $25 million. If the Liquidity Excess Amount was in excess of $0, the Second Line of Credit Borrowers were required to prepay the Second Line of Credit Loans to the extent Unrestricted ResCap Liquidity and Consolidated Liquidity would be equal to or greater than the required threshold amounts of $300 million and $800 million, respectively.  The Second Line of Credit Borrowers were required to repay the outstandings under the Second Line of Credit Agreement prior to making any payments of principal under the Initial Line of Credit Agreement, except in the event the outstandings under the Initial Line of Credit Agreement exceeded the borrowing base thereunder.  The Second Line of Credit Borrowers were permitted to satisfy prepayment obligations by adding eligible assets consisting of whole mortgage loans to the Second Line of Credit Collateral.

### e.    Financial Covenants

Under the Second Line of Credit Facility there was one financial covenant that applied to ResCap and its Subsidiaries,[92] which was identical to the financial covenant set forth in the Initial Line of Credit Facility.[93]  For more detail see Appendix V.E.5.e.

### f.    Guarantees

ResCap and the other Second Line of Credit Guarantors guaranteed the obligations under the Second Line of Credit Agreement pursuant to an unconditional guarantee.[94]

---

[89]    Loan and Security Agreement between GMAC Mortgage, LLC and Citibank, N.A., dated Sept. 10, 2007 [GOLDIN00044759].

[90]    Second Line of Credit Agreement, Sched. 1.01 [ALLY_0023953] (definition of "Loan Repayment Date").

[91]    Second Line of Credit Agreement, § 2.08(c) [ALLY_0023953] (the Second Line of Credit Borrowers were required to determine on a daily basis the amount by which the (1) estimated "Unrestricted ResCap Liquidity" exceeded $300 million; and (2) "Consolidated Liquidity" exceeded $800 million. The "Liquidity Excess Amount" was the greater of the two foregoing calculations).

[92]    Second Line of Credit Agreement, § 7.02(j) [ALLY_0023953].

[93]    Initial Line of Credit Agreement, § 7.02(j) [ALLY_0023145].

[94]    Second Line of Credit Agreement, Art. XI [ALLY_0023953].

g.    *Collateral Arrangements*

In connection with the Second Line of Credit Agreement, the Second Line of Credit Borrowers and the Second Line of Credit Guarantors entered into the Second Line of Credit Security Agreement,[95] pursuant to which the Second Line of Credit Borrowers and the Second Line of Credit Guarantors granted a security interest in favor of AFI, as lender under the Second Line of Credit Agreement, in specific personal property to secure their obligations under the Second Line of Credit Agreement and the related facility documents.  The liens granted by the Second Line of Credit Borrowers and the Second Line of Credit Guarantors under the Second Line of Credit Security Agreement were on the following assets:

(1)    certain mortgage loans;

(2)    certain shares of capital stock and other equity interests;

(3)    certain pledged notes and all assets, rights and property related thereto;

(4)    dividends and distributions relating to pledged equity interests and pledged notes;

(5)    certain deposit accounts and certain securities accounts;

(6)    certain contribution agreements and all agreements relating to the pledged collateral;

(7)    accounts, chattel paper, commercial tort claims, deposit accounts, documents, general intangibles, goods, instruments, investment property, letters of credit and all other personal property related to the pledged collateral;

(8)    collateral posted under any derivative agreements with Ally Investment Management and all rights under such agreements;

(9)    servicing rights and collateral pledged to secure the Secured MSR Facility, but excluding advances under Servicing Contracts; and

---

[95]    Second Line of Credit Security Agreement [ALLY_0024097].

(10)    proceeds of the foregoing.

The Second Line of Credit Security Agreement was amended: (1) on June 5, 2009[96] to add additional collateral consisting of GX II Notes and related documents; and (2) on June 30, 2009[97] to add additional collateral consisting of a pledged note and a pledged account.

The Second Line of Credit Security Agreement was amended and restated on December 30, 2009 by the A&R Second Line of Credit Security Agreement[98] on terms substantially similar to those in the Second Line of Credit Security Agreement.

### h.    *Amendments to Second Line of Credit Agreement*

The Second Line of Credit Agreement was amended on ten different occasions before it was amended and restated in December 2009. Each of the amendments to the Second Line of Credit Agreement were entered into on the same dates as, and the provisions corresponded to, the amendments to the Initial Line of Credit Facility; however, the First Amendment and Tenth Amendment to the Second Line of Credit Agreement provided for an increase in the Second Line of Credit Agreement commitment amount as indicated below.

### (1)    *First Amendment (June 12, 2009)[99]*

This amendment: (1) increased the commitment amount from $370 million to $470 million and (2) provided the mechanics for adding additional groups of U.S. mortgage loans to the Second Line of Credit Collateral.

### (2)    *Second Amendment (June 30, 2009)[100]*

For a description of the amendments under the Second Amendment see Appendix V.E.5.h.(10).

### (3)    *Third Amendment (July 31, 2009)[101]*

For a description of the amendments under the Third Amendment see Appendix V.E.5.h.(11).

---

[96]    Amend. No. 1 to the Second Line of Credit Security Agreement, dated June 5, 2009 [ALLY_0024168].

[97]    Amend. No. 2 to the Second Line of Credit Security Agreement, dated June 30, 2009 [ALLY_0026693].

[98]    A&R Second Line of Credit Security Agreement [EXAM00110842].

[99]    Amend. No.1 to the Second Line of Credit Agreement, dated June 12, 2009 [ALLY_0026615].

[100]    Amend. No.2 to the Second Line of Credit Agreement, dated June 30, 2009 [ALLY_0026629].

[101]    Amend. No.3 to the Second Line of Credit Agreement, dated July 31, 2009 [ALLY_0026646].

(4)    *Fourth Amendment (September 18, 2009)*[102]

For a description of the amendments under the Fourth Amendment see Appendix V.E.5.h.(12).

(5)    *Fifth Amendment (September 22, 2009)*[103]

For a description of the amendments under the Fifth Amendment see Appendix V.E.5.h.(13).

(6)    *Sixth Amendment (October 20, 2009)*[104]

For a description of the amendments under the Sixth Amendment see Appendix V.E.5.h.(14).

(7)    *Seventh Amendment (November 9, 2009)*[105]

For a description of the amendments under the Seventh Amendment see Appendix V.E.5.h.(15).

(8)    *Eighth Amendment (November 30, 2009)*[106]

For a description of the amendments under the Eighth Amendment see Appendix V.E.5.h.(16).

(9)    *Ninth Amendment (December 16, 2009)*[107]

For a description of the amendments under the Ninth Amendment see Appendix V.E.5.h.(17).

(10)    *Tenth Amendment (December 21, 2009)*[108]

This amendment increased the commitment amount from $470 million to $670 million.

---

[102]    Amend. No.4 to the Second Line of Credit Agreement, dated Sept. 18, 2009 [ALLY_0026660].

[103]    Amend. No.5 to the Second Line of Credit Agreement, dated Sept. 22, 2009 [ALLY_0026681].

[104]    Amend. No.6 to the Second Line of Credit Agreement, dated Oct. 20, 2009 [GOLDIN00045301].

[105]    Amend. No.7 to the Second Line of Credit Agreement, dated Nov. 9, 2009 [ALLY_0077219].

[106]    Amend. No.8 to the Second Line of Credit Agreement, dated Nov. 30, 2009 [ALLY_0077227].

[107]    Amend. No.9 to the Second Line of Credit Agreement, dated Dec. 16, 2009 [ALLY_0077234].

[108]    Amend. No.10 to the Second Line of Credit Agreement, dated Dec. 21, 2009 [ALLY_0077250].

8.    *A&R Line of Credit Facility*[109]

a.    *Principal Terms*

On December 30, 2009, the Initial Line of Credit Facility and the Second Line of Credit Facility were amended and restated and consolidated into the A&R Line of Credit Facility by and among the A&R Line of Credit Borrowers (RFC and GMAC Mortgage), the A&R Line of Credit Guarantors and AFI, as lender and lender agent.   Under the A&R Line of Credit Agreement, RAHI and PATI assigned all of their obligations as borrowers under the Initial Line of Credit Agreement and Second Line of Credit Agreement to RFC and GMAC Mortgage, previously, Initial Line of Credit Guarantors and Second Line of Credit Guarantors.   The principal terms of the A&R Line of Credit Facility, when initially entered into, were as follows:

---

[109]   A&R Line of Credit Agreement [ALLY_0240633].

TABLE V.E.8.a
**A&R Line of Credit Facility - Principal Terms**
December 30, 2009

| | |
|---|---|
| Closing Date: | December 30, 2009 |
| Borrowers: | RFC and GMAC Mortgage |
| Guarantors: | ResCap |
| | RAHI |
| | PATI |
| | GMAC Holding |
| | RFC Holding |
| | Homecomings Financial |
| | Equity Investment I, LLC |
| Lender/Lender Agent/Omnibus Agent: | AFI |
| Facility Type: | Secured revolver |
| Purpose: | Budgeted working capital and general corporate purposes in the ordinary course |
| Committed Amount: | $1.1 billion |
| Interest Rate: | LIBOR + 2.75% |
| Scheduled Maturity Date: | April 30, 2010 |
| Fees: | None |

*Source: A&R Line of Credit Agreement [ALLY_0240633].*

### b.    Borrowing Base

AFI initially committed to make the A&R Line of Credit Loans to the A&R Line of Credit Borrowers, up to the lesser of: (1) $1.1 billion; and (2) the then existing borrowing base reduced to the extent there was hedging exposure in favor of AFI. At closing, the aggregate principal amount of A&R Line of Credit Loans outstanding totaled $949,400,000. The borrowing base was determined by calculating the aggregate "value" of the A&R Line of Credit Collateral, which, as set forth in the chart below, was subject to a discount factor that varied depending on the type of asset. The A&R Line of Credit Agreement gave AFI the ability to modify a designated discount factor in its reasonable discretion taking into account estimated collections, market value, legal risks, cost of recovery and other matters customarily considered by commercial lenders when determining advance rates.

TABLE V.E.8.b
**Discount Factors Used to Determine Collateral Values**

| | |
|---|---|
| Flume No. 8 Note (secured zero coupon discount note of Flume (No. 8) Limited dated as of November 14, 2008) | 50% for Group A[1] Loans, 36% for Group B Loans, 32% for Group C Loans and 40% for Group D Loans |
| Supporting assets related to the GX II Notes (the note(s) of GX CE Funding H B.V. issued pursuant to the GX II VFLN Agreement by and among ResCap, GX CE Funding II B.V., Stichting Security Trustee GX CE Funding II, GMAC-RFC Investments B.V. and GMAC RFC Nederland B.V.) | 60% for "securities", 30% for "Spanish Participations", 45% for "German Sub Participations" and 70.5% for "Dutch Mortgages" (the supporting assets for GX Notes were defined in the security documentation relating to the GX II Notes) |
| Warehouse loans (loans made by any A&R Line of Credit Guarantor pursuant to (i) the Warehousing Credit and Security Agreement dated as of April 1, 2005 between RFC and First Savings Mortgage Corporation and (ii) the Servicing Secured Facility Agreement (Syndicated) among Provident Funding Associates, L.P., U.S. Bank National Association, JPMorgan Chase Bank, N.A., J.P. Morgan Securities Inc., RFC and other lenders party thereto from time to time) | 50% |
| The equity of Equity Investment I, LLC | 15% |
| US mortgage loans (first or second lien residential mortgage loan other than mortgage loans subject to the Master Repurchase Agreement, dated as of July 1, 2009, between RFC and First Savings Mortgage Corporation) | 40% for Group A Loans, 35% for Group B Loans, 35% for Group C Loans, 54.5% for Group D Loans and 51% for Group E Loans |
| German class B securities (the junior class B notes issued by E-MAC DE 2009-I B.V. to GMAC-RFC Investments B.V. under the German class 13 transaction documents) | 100% |
| Eligible HELOC draws (with respect to certain HELOC securitizations, borrowings made to an obligor on a HELOC funded by GMAC Mortgage constituting an "excluded amount", as determined pursuant to the underlying securitization documents, and meeting eligibility requirements under the A&R LOC Credit Agreement) | 19% |
| Equity interests in PATI Real Estate Holding, LLC and RAHI Real Estate, LLC  or any other AFI approved special purpose vehicle with respect to LOC REO Property (residential property in the US acquired as a result of foreclosure of a US mortgage Loan and approved as collateral) in an amount not to exceed, at any time , the lesser of (A) 5% of the total collateral "value" of the borrowing base; and (B) $30 million) | 50% |

[1]  *Groups of US Mortgage Loans were designated as being part of a particular "Loan Group" in a Collateral Addition Designation Notice and then identified in a related schedule.*

*Source: A&R Line of Credit Agreement, Sched. 2.04 [ALLY_0240633].*

### c.    *Funding; Interest and Maturity*

The A&R Line of Credit Borrowers were permitted to request A&R Line of Credit Loans only if either or both of the two following ResCap liquidity tests were met: (1) estimated Unrestricted ResCap Liquidity (unencumbered cash in dollars held in the U.S. by ResCap and its Subsidiaries) on the proposed funding date was less than $300 million and, based on such estimates, after giving effect to the A&R Line of Credit Loans, Unrestricted ResCap Liquidity did not exceed $300 million; or (2) estimated Consolidated Liquidity (cash and cash equivalents of ResCap on a consolidated basis, excluding cash and cash equivalents of Ally Bank) on the proposed funding date was less than $800 million and, based on such estimates, after giving effect to the A&R Line of Credit Loans, Consolidated Liquidity did not exceed $800 million. Funds permitted to be withdrawn from certain collection accounts were required to be included in the pre-funding calculations of the ResCap liquidity threshold amounts.  Interest on the A&R Line of Credit Loans accrued at a rate of LIBOR + 2.75% per annum.  The maturity date for the A&R Line of Credit Loans was initially scheduled to occur on April 30, 2010, but was extended numerous times before the Petition Date.

### d.    *Mandatory Prepayment*

A&R Line of Credit Loans were required to be prepaid when: (1) the outstanding principal balance exceeded the borrowing base by an amount equal to or greater than $250,000; or (2) the Liquidity Excess Amount[110] was greater than or equal $25 million. If the Liquidity Excess Amount was in excess of $0, the A&R Line of Credit Borrowers were required to prepay the A&R Line of Credit Loans to the extent Unrestricted ResCap Liquidity and Consolidated Liquidity would be equal to or greater than the required threshold amounts of $300 million and $800 million, respectively.

### e.    *Financial Covenants*

There were two financial covenants under the A&R Line of Credit Facility that applied to ResCap and its Subsidiaries,[111] which were identical to the two financial covenants set forth in the Secured Revolver Facility.[112] For more detail see Appendix V.E.3.e.

---

[110]   *Id*. § 2.08(c) (the A&R Line of Credit Borrowers were required to determine on a daily basis the amount by which the (1) estimated "Unrestricted ResCap Liquidity" exceeded $300 million; and (2) "Consolidated Liquidity" exceeded $800 million. The "Liquidity Excess Amount" was the greater amount of the foregoing calculations).

[111]   *Id*. §§ 7.02(i), 7.02(j).

[112]   Secured Revolver Loan Agreement, §§ 7.02(i), 7.02(j) [RC00024234]; A&R Secured Revolver Loan Agreement, §§ 7.02(i), 7.02(j) [ALLY_0066146].

### f.    Guarantees

ResCap and the other A&R Line of Credit Guarantors guaranteed the obligations under the A&R Line of Credit Agreement pursuant to an unconditional guarantee.

### g.    Collateral Arrangements

In connection with the A&R Line of Credit Agreement, the A&R Line of Credit Borrowers and the A&R Line of Credit Guarantors entered into the A&R Initial Line of Credit Security Agreement.[113]   The A&R Initial Line of Credit Security Agreement amended and restated under one agreement the Initial Line of Credit Security Agreement and the Omnibus Security Agreement.

Pursuant to the A&R Initial Line of Credit Security Agreement, the A&R Line of Credit Borrowers and the A&R Line of Credit Guarantors granted a security interest in favor of AFI, as lender agent, Ally Investment Management, and AFI as lender under the Secured MSR Facility, in specific personal property to secure the obligations owed under the A&R Line of Credit Agreement, the Secured MSR Facility and derivative agreements (including the Master Netting Agreement) with Ally Investment Management and the related documents.  The liens granted by the A&R Line of Credit Borrowers and the A&R Line of Credit Guarantors (other than Equity Investments I, LLC)[114] under the A&R Initial Line of Credit Security Agreement were on the following assets:

(1)    certain mortgage loans;

(2)    certain shares of capital stock and other equity interests;

(3)    certain pledged notes and all assets, rights and property related thereto;

(4)    dividends and distributions relating to pledged equity interests and pledged notes;

(5)    HELOC Excluded Draw Collateral (certain mortgage loan purchase agreements);

---

[113]   A&R Initial Line of Credit Security Agreement [EXAM00110733].

[114]   Equity Investment 1, LLC, granted a broad lien (and "all assets" type lien) on its assets (including accounts, chattel paper, commercial tort claims, deposit accounts, financial assets general intangibles, goods, instruments, intellectual property letters of credit, money, etc.). A&R Initial Line of Credit Security Agreement, § 2A [EXAM00110733].

(6)     servicing rights and Servicing Contracts, but excluding advances under Servicing Contracts;[115]

(7)     certain deposit accounts and certain securities accounts;

(8)     certain contribution agreements and all agreements relating to the pledged collateral;

(9)     accounts, chattel paper, commercial tort claims, deposit accounts, documents, general intangibles, goods, instruments, investment property, letters of credit and all other personal property related to the pledged collateral;

(10)    collateral posted under any derivative agreements with Ally Investment Management and all rights under such agreements; and

(11)    proceeds of the foregoing.

The A&R Initial Line of Credit Security Agreement was amended on May 14, 2010[116] to: (1) amend certain defined terms; and (2) to add servicing rights and Servicing Contracts as additional collateral.

### h.     *Amendments to A&R Line of Credit Agreement*

The A&R Line of Credit Agreement was amended on seven different occasions before the Petition Date.  The eighth amendment to the A&R Line of Credit Agreement constituted the AFI DIP Financing Agreement.

### (1)     *First Amendment (April 30, 2010)[117]*

This amendment extended the maturity date from April 30, 2010 to April 29, 2011.

---

[115]  Servicing rights were added as additional collateral pursuant to the First Amendment to the A&R Initial Line of Credit Security Agreement.

[116]  Amend. No.1 to the A&R Initial Line of Credit Security Agreement, dated May 14, 2010 [RC00026191].

[117]  Amend. No.1 to the A&R Line of Credit Agreement, dated Apr. 30, 2010 [ALLY_0071105].

*(2)     Second Amendment (May 14, 2010)[118]*

This amendment, among other things: (1) evidenced AFI's consent to the addition of collateral consisting of certain FHA/VA Loans and REO Property (residential property acquired as a result of a foreclosure); (2) added (a) new events of default relating to a failure by a A&R Line of Credit Borrower to be an approved servicer or maintain rating scores under any Servicing Contract (but, only if such failure could reasonably be expected to result in a material adverse effect), and (b) a new cross-default, which could be triggered in the sole discretion of AFI, as lender agent, relating to the failure of ResCap or its Subsidiaries to make payment of any debt owed to a third party that had been guaranteed by AFI; (3) provided that if under any loan, repurchase or other credit agreement, ResCap and the A&R Line of Credit Borrowers were subject to a Consolidated Liquidity threshold lower than $750 million, then the required Consolidated Liquidity threshold amount of $800 million under the A&R Line of Credit Agreement would be replaced with such lower threshold amount *plus* $50 million; (4) added a similar provision with respect to Unrestricted ResCap Liquidity, whereby the required Unrestricted ResCap Liquidity threshold amount of $300 million under the A&R Line of Credit Agreement would be replaced with a lower threshold amount under such other agreement *plus* $50 million; and (5) divided U.S. Mortgage Loans into two groups (with and without FHA/VA Loans) and increased the discount factor used to determine their collateral "value".

*(3)     Third Amendment (August 31, 2010)[119]*

This amendment: (1) eliminated the $800 million Consolidated Liquidity covenant and limited compliance to a $250 million covenant regarding Unrestricted ResCap Liquidity (defined as the unrestricted and unencumbered cash (consisting of solely U.S. dollars) and, included for the first time, cash equivalents held by ResCap on a consolidated basis) and provided for a most-favored nations clause (such that the A&R Line of Credit Agreement would incorporate any more restrictive financial covenant (or additional financial covenant) contained in any Bilateral Facility); and (2) added a similar most-favored nations clause with respect to the consolidated TNW covenant.    Falling below the Unrestricted ResCap Liquidity threshold was the only liquidity test necessary to request funding of A&R Line of Credit Loans.

*(4)     Fourth Amendment (December 23, 2010)[120]*

This amendment provided an unsecured $500 million swingline facility to GMAC Mortgage. Swingline loans made under the swingline facility were to accrue interest at a rate of LIBOR + 6.00% per annum.    Payment obligations relating to the swingline loans were the obligations of GMAC Mortgage only.    Requests to fund swingline loans were subject to the same ResCap liquidity tests as the A&R Line of Credit Loans.    Upon the occurrence of a Liquidity

---

[118]   Amend. No.2 to the A&R Line of Credit Agreement, dated May 14, 2010 [ALLY_0071112].

[119]   Amend. No.3 to the A&R Line of Credit Agreement, dated Aug. 31, 2010 [RC00025455].

[120]   Amend. No.4 to the A&R Line of Credit Agreement, dated Dec. 23, 2010 [RC00025467].

Excess Amount, the swingline loans had to be prepaid prior to prepayment of outstanding A&R Line of Credit Loans.  A new mandatory prepayment was required if, on any day, the borrowing base exceeded the principal amount of outstanding A&R Line of Credit Loans by $25 million or more, whereupon prepayment of outstanding swingline loans was required in an amount equal to the lesser of the amount of the swingline loans outstanding and the amount of such excess.

### (5)    Fifth Amendment (April 18, 2011)[121]

This amendment: (1) extended the maturity date from April 29, 2011 to April 13, 2012; and (2) provided for the covenant regarding the maintenance of a minimum Peak Score of "Excellent" from Fannie Mae to apply to both A&R Line of Credit Borrowers (as opposed to just GMAC Mortgage).  However, failure to comply with this covenant was breached only if such failure could reasonably be expected to have a material adverse effect.

### (6)    Sixth Amendment (May 27, 2011)[122]

This amendment evidenced AFI's consent to the addition of collateral consisting of: (1) Freddie Advances (Servicing Advances related to real estate taxes or mortgage insurance premiums and advances to inspect, protect, preserve or repair properties securing defaulted Mortgage Loans or acquired through foreclosure and related to domestic Mortgage Loans or REO Property, made by GMAC Mortgage pursuant to the Consent Agreement, dated May 9, 2011, between GMAC Mortgage and Freddie Mac); and (2) the GMAC Mortgage 2010-1 Certificate (certificate, dated as of June 1, 2010, representing 100% of beneficial interest in a certain GMAC Mortgage Loan Trust).

### (7)    Seventh Amendments (September 29, 2011 and April 10, 2012)[123]

The "first" Seventh Amendment: (1) provided that obligations relating to the swingline loans were secured by the A&R Line of Credit Collateral; (2) added a material adverse effect representation and event of default; and (3) defined the term "Solvent" (although previously used, the term "Solvent" had not been defined).   The "second" Seventh Amendment: (1) extended the maturity date from April 13, 2012 to May 14, 2012; and (2) eliminated the swingline loan facility.

---

[121]  Amend. No.5 to the A&R Line of Credit Agreement, dated Apr. 18, 2011 [RC00025644].

[122]  Amend. No.6 to the A&R Line of Credit Agreement, dated May 27, 2011 [RC00025652].

[123]  Amend. No.7 to the A&R Line of Credit Agreement, dated Sept. 29, 2011 [RC00025831]; Amend. No.7 to the A&R Line of Credit Agreement, dated Apr. 10, 2012 [RC00026655].

**Appendix V.E.8**, Page 9 of 9

i.    *AFI DIP Financing Agreement[124]*

On May 25, 2012, the A&R Line of Credit Borrowers and A&R Line of Credit Guarantors and AFI, as lender and lender agent, pursuant to an eighth amendment to the A&R Line of Credit Agreement, entered into the AFI DIP Financing Agreement. Under the terms of the AFI DIP Financing Agreement, AFI agreed to make post-petition loans to GMAC Mortgage on a non-revolving basis of up to $150 million until the earliest of: (1) the maturity date of the Barclays DIP Agreement; (2) forty-five days after the entry of the interim financing order (May 16, 2012) if a final financing order had not been entered into; (3) the substantial consummation of a reorganization plan; and (4) acceleration of the post-petition loans.  Interest on the post-petition loans accrued at a rate of LIBOR + 4% per annum, with a LIBOR floor of 1.25%.  Post-petition loans were made solely for funding the repurchase of whole loans from Ginnie Mae pools in order to: (1) avoid GMAC Mortgage being in violation of certain delinquency triggers applicable to GMAC Mortgage under Ginnie Mae guidelines; (2) effect foreclosures of related mortgaged properties in connection with HUD claims; and (3) allow for trial modifications under programs implemented by the GMAC Debtors for which the related loans and borrowers were qualified.  GMAC Mortgage was required to establish and to grant a perfected security interest in a specific collection account to hold and utilize the proceeds of the post-petition loans.  Repayment of the post-petition loans constituted a super-priority claim and AFI was granted a priming lien in any of the repurchased loans and HUD claims funded with the post-petition loans.  Covenants included, among other things, compliance with the Orders as well as strict adherence to the specified use of proceeds.  New events of default relating to the post-petition loans typically seen in DIP financing facilities were added, including, among other things, a cross-default to the Barclays DIP Financing Agreement.

---

[124]   Debtor-in-Possession Financing Amend. (Eighth Amend. to the A&R Line of Credit Agreement), dated May 25, 2012 [RC00003798].

9.    *BMMZ Repo Facility*[125]

a.    *Principal Terms*

On December 21, 2011, the BMMZ Repo Sellers (RFC and GMAC Mortgage), and ResCap, as guarantor, entered into a repo facility with BMMZ, as buyer, evidenced by the BMMZ Master Repo Agreement.  The principal terms of the BMMZ Repo Facility were as follows:

---

TABLE V.E.9.a
**BMMZ Repo Facility - Principal Terms**
December 21, 2011

| | |
|---|---|
| Closing Date: | December 21, 2011 |
| Sellers: | RFC and GMAC Mortgage |
| Servicer: | GMAC Mortgage |
| Guarantor: | ResCap |
| Buyer: | BMMZ |
| Facility Type: | Mortgage Loan Repo Facility |
| Committed Amount: | $250 million |
| Interest Rate: | LIBOR + 4.75% |
| Expiration Date: | The earlier of (i) the "Commitment Termination Date" (as defined in the A&R Line of Credit Agreement) and (ii) December 19, 2012 |

*Source:    BMMZ Master Repo Agreement [ALLY_0005646].*

---

b.    *Purchase and Sale*

Subject to a maximum facility amount of $250 million, BMMZ committed to purchase from GMAC Mortgage and RFC certain mortgage loans.  The mortgage loans consisted of first lien and second lien loans (including adjustable rate mortgage loans and home equity loans) which satisfied certain eligibility criteria (among others, the mortgage loan was secured by a lien on a one to four family residential property, the accuracy of certain representations and warranties regarding the mortgage loan, delivery of related mortgage documentation to the custodian, the mortgage created a valid lien, and the absence of delinquent taxes).  The purchase price for the mortgage loans was determined by multiplying the applicable percentage for the applicable mortgage loan by the lesser of: (1) the market value of such mortgage loan; and (2)

---

[125]    BMMZ Master Repo Agreement [ALLY_0005646]; Pricing Side Letter among BMMZ Holdings LLC, Residential Funding Company, LLC, GMAC Mortgage, LLC and Residential Capital, LLC, dated Dec. 21, 2011 [ALLY_0006236].

the outstanding unpaid principal balance of such mortgage loan. The applicable percentages are set forth below:

TABLE V.E.9.b
**Applicable Percentages**

| | |
|---|---|
| **First Lien -** Current Unmodified (a first lien mortgage loan where payments are not delinquent and the mortgage loan (i) has not been modified at any time or (ii) has been modified pursuant to a modification agreement in existence for at least 12 months from the applicable date of determination and for which the mortgagor has not been delinquent in payments at any time in the six months preceding the applicable determination date) | 70% |
| **First Lien -** Current Modified (a first lien mortgage loan where payments are not delinquent and the mortgage loan (i) has been modified pursuant to a modification agreement executed on any applicable date of determination in the preceding 12 months or (ii) which has been modified pursuant to a modification agreement in existence for at least 12 months as determined on any applicable determination date for which the mortgagor has not been delinquent in payments at any time in the six months preceding any determination date) | 60% |
| **First Lien -** Delinquent (a first lien mortgage loan that is 30 days or more delinquent or with respect to which the note related thereto has been permanently lost or destroyed and there exists a lost note affidavit) | 40% |
| **Second Lien -** Current (a second lien mortgage loan where payments are not delinquent) | 60% |
| **Second Lien -** Delinquent (a second lien mortgage loan that is 30 days or more delinquent or with respect to which the note related thereto has been permanently lost or destroyed and there exists a lost note affidavit) | 0% |
| **HELOC -** Current (a home equity revolving line of credit secured by a mortgage or other instrument creating a second lien on the related property and where payments are not delinquent) | 45% |
| **HELOC -** Delinquent (a home equity revolving line of credit secured by a mortgage or other instrument creating a second lien on the related property and where payments are 30 days or more delinquent or with respect to which the note related thereto has been permanently lost or destroyed and there exists a lost note affidavit) | 0% |

*Source: Pricing Side Letter among BMMZ Holdings LLC, Residential Funding Company, LLC, GMAC Mortgage, LLC and Residential Capital, LLC, dated Dec. 21, 2011 [ALLY_0006236].*

### c.    *Repurchase of Mortgage Loans*

The BMMZ Repo Sellers were required to repurchase the purchased mortgage loans on the earlier of: (1) the repurchase date set forth in the applicable request/confirmation relating to the applicable mortgage loans; and (2) the termination date (the earlier of (a) the Expiration Date,[126] (b) a change of control, or (c) at BMMZ's option, the occurrence of an event of default). The repurchase price to be paid on the repurchase date was the sum of the purchase price paid by BMMZ for the mortgage loans plus the accrued and unpaid interest thereon. In addition, if either the market value or the unpaid principal balance of the purchased mortgage loans was less than the Margin Amount (the amount obtained by the application of the applicable percentages to the repurchase price of the purchased mortgage loans), then BMMZ could require the BMMZ Repo Sellers to make a Shortfall Payment (a payment in an amount equal to such shortfall) to BMMZ.

---

[126]    *See* Table V.E.9.a (defining "Expiration Date").

> d.    *Servicing Arrangements; Mortgage Loan Payments into Collection Account*

GMAC Mortgage continued to act as servicer of the purchased mortgage loans with respect to which servicing rights were retained by the BMMZ Repo Sellers.  All payments of principal and interest and certain other payments relating to the purchased mortgage loans were required to be paid into collection accounts, and, on a monthly basis, amounts therein were released from such accounts and applied under a waterfall provision to pay: (1) unpaid expenses, fees and amounts due BMMZ under the BMMZ Master Repo Agreement; (2) any Shortfall Payment; (3) accrued interest; (4) a servicing fee to GMAC Mortgage; and (5) with the balance paid,  to the BMMZ Repo Sellers.

> e.    *Financial Covenants*

Two financial covenants were required to be maintained, which applied to ResCap and its Subsidiaries: (1) Consolidated Liquidity (unrestricted and unencumbered cash and cash equivalents of ResCap on a consolidated basis), on any business day could not be less than $250 million; and (2) Consolidated TNW (the line item consisting of "equity" on the consolidated balance sheet of ResCap) could not, as of the last business day of any month, be less than $250 million.

> f.    *No AFI Setoff Rights*

Neither AFI nor any of its Affiliates that succeed to the rights of BMMZ under the BMMZ Master Repo Agreement could exercise setoff rights granted under the BMMZ Master Repo Agreement with respect to amounts owed them under the A&R Line of Credit Agreement.

> g.    *Guarantee*

ResCap guaranteed the obligations of the BMMZ Repo Sellers under the BMMZ Master Repo Agreement pursuant to an unconditional guarantee.[127]

---

[127]    Master Guarantee of Residential Capital, LLC, in favor of BMMZ Holdings LLC, dated Dec. 21, 2011 [ALLY_0006241].

**Appendix V.F.4.a(1), Page 1 of 2**

**Health Capital – Historical Financial Statements**
**Historical Balance Sheets [1]**
December 31, 2003 – August 27, 2007
*($ in Thousands, Unaudited)*

| | As of December 31, | | | | As of |
| | 2003 | 2004 | 2005 | 2006 | 8/27/2007 |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Cash and cash equivalents | $ 6,433 | $ 4,577 | $ 1,427 | $ 15,354 | $ 1,706 |
| Healthcare lending receivables, net | 331,633 | 399,770 | 593,230 | 761,983 | 885,775 |
| Allowance for credit loss | (6,703) | (9,526) | (16,845) | (16,339) | (20,288) |
| Accounts receivable | 1,798 | 3,142 | 4,849 | 5,201 | 6,266 |
| Intangible assets | 2,385 | 2,385 | 2,385 | 2,385 | 2,385 |
| Other assets | 20 | 19 | 18 | 11 | 1,152 |
| Total assets | $ 335,566 | $ 400,369 | $ 585,065 | $ 768,595 | $ 876,996 |
| **Liabilities and Stockholders' Equity** | | | | | |
| Debt [2] | $ 287,436 | $ 343,057 | $ 514,876 | $ 678,804 | $ 759,321 |
| Other liabilities | 145 | 57 | 1,857 | 1,402 | 233 |
| Total liabilities | 287,581 | 343,113 | 516,734 | 680,206 | 759,553 |
| Net stockholders' equity | 47,985 | 57,256 | 68,331 | 88,389 | 117,443 |
| Total liabilities and stockholders' equity | $ 335,566 | $ 400,369 | $ 585,065 | $ 768,595 | $ 876,996 |

[1] *Health Capital Valuation Analysis, prepared by Houlihan Lokey, dated Sep. 28, 2007 [ALLY_0031246]. ResCap reported the balance of Health Capital's total assets as of August 27, 2007 at $876.8 million. (See Residential Capital, LLC Quarterly Report (Form 10-Q) (Nov. 8, 2007), at 20-21.)*

[2] *Debt was calculated as the difference between total assets and the sum of other liabilities and net stockholders' equity. See Health Capital Valuation Analysis, prepared by Houlihan Lokey, dated Sep. 28, 2007, at ALLY_0031302 [ALLY_0031246].*

Appendix V.F.4.a(1), Page 1 of 2

Appendix V.F.4.a(1), Page 2 of 2

**Health Capital – Historical Financial Statements**
**Historical Income Statements** [1]
December 31, 2003 – August 27, 2007
*($ in Thousands, Unaudited)*

| | 2003 | 2004 | Fiscal year ended December 31, 2005 | 2006 | LTM 8/27/2007 |
|---|---|---|---|---|---|
| **Revenues** | | | | | |
| Interest income | $ 15,775 | $ 25,074 | $ 49,641 | $ 60,086 | $ 79,693 |
| Interest expense | (3,547) | (7,280) | (21,067) | (34,713) | (44,864) |
| Provision for losses | (5,738) | (2,798) | (7,310) | 506 | (8,773) |
| Other income [2] | 3,590 | 3,443 | 2,361 | 6,330 | 4,979 |
| Total revenue | 10,080 | 18,440 | 23,625 | 32,208 | 31,034 |
| **Expenses** | | | | | |
| Direct expenses | 4,169 | 5,495 | 8,456 | 6,189 | 6,073 |
| Direct transfers | 661 | 1,255 | 1,143 | 1,074 | 1,802 |
| Indirect transfers | 64 | 141 | 224 | 553 | 492 |
| Enterprise transfers | - | 664 | 735 | 768 | 1,370 |
| Total expenses | 4,894 | 7,556 | 10,559 | 8,583 | 9,736 |
| Pretax income | $ 5,186 | $ 10,884 | $ 13,066 | $ 23,625 | $ 21,298 |

[1] *Health Capital Valuation Analysis, prepared by Houlihan Lokey, dated Sep. 28, 2007 [ALLY_0031246].*
[2] *Consists of loan fee income and investment income. See Health Capital Valuation Analysis, prepared by Houlihan Lokey, dated Sep. 28, 2007, at ALLY_0031303 [ALLY_0031246].*

Appendix V.F.4.a(1), Page 2 of 2

**Appendix V.F.4.a(3)**, Page 1 of 2

**Health Capital – Summary of Houlihan Lokey's Valuation**
**Summary of Valuation Results**
As of August 27, 2007
*($ in Thousands, Unaudited)*

Equity Value From Operations

| | | Low | | High |
|---|---|---|---|---|
| **Market Approach** | | | | |
| Guideline Publicly Traded Company Method | $ | 134,300 | – | $ 152,200 |
| Guideline M&A Method | | 126,600 | – | 143,800 |
| | | | | |
| **Income Approach** | | | | |
| DCF Method | | 120,000 | – | 160,000 |

Results Summary

| | | Low | | High |
|---|---|---|---|---|
| Equity value from operations [1] | $ | 127,000 | – | $ 152,000 |
| Non-operating assets/Liabilities: | | | | |
| Add: Cash and cash equivalents balance as of 8/27/2007 | | 1,706 | | 1,706 |
| Equity value | $ | 128,706 | – | $ 153,706 |
| Plus: Total debt [2] | | 759,321 | – | 759,321 |
| Enterprise value (rounded) | $ | 888,000 | – | $ 913,000 |
| Selected enterprise value (rounded) | | | $ 900,500 | |
| Implied ratio of enterprise value to adjusted total assets | | | 1.03 x | |
| Adjusted total asset value as of August 27, 2007 | | | $ 876,996 | |

[1] Selected as the average of the Guideline Publicly Traded Company Method, Guideline M&A Method, and DCF Method.

[2] Debt was calculated as the difference between total assets and the sum of other liabilities and net stockholders' equity as of July 31, 2007. See Health Capital Valuation Analysis, prepared by Houlihan Lokey, dated Sep. 28, 2007, at ALLY_0031286 [ALLY_0031246].

*Source: Health Capital Valuation Analysis, prepared by Houlihan Lokey, dated Sep. 28, 2007 [ALLY_0031246].*

Appendix V.F.4.a(3), Page 2 of 2

**Health Capital – Summary of Houlihan Lokey's Valuation**
**Summary of Key Valuation Assumptions**
As of August 27, 2007
*($ in Thousands, Unaudited)*

## Income Approach

### DCF Method

| | | Range | | | |
|---|---|---|---|---|---|
| | | **HL/HZ Inputs** | | **HL/HZ Range** | |
| | | Low | High | | |
| Number of years in projection period | 3 yr 4 mo | | | | |
| Discount rate | | 12.0% | 16.0% | | |
| Residual period perpetual growth rate | | N/A | N/A | | |
| Residual period exit multiple – P/E | | 7.0x | 11.0x | | |
| Indicated value | | | | $ 94,064 | $ 166,483 |
| Selected value [1] | | | | $ 120,000 | $ 160,000 |

## Market Approach

### Guideline Publicly Traded Company Method

Number of public guideline companies: 6
1 CapitalSource Inc.
2 CIT Group Inc.
3 Financial Federal Corp.
4 Marlin Business Services Corp.
5 NewStar Financial, Inc.
6 Resource Capital Corp.

**Based on 8/27/07 Stock Price**

| | Metric | Mean | Median | HL/HZ Selected Low | HL/HZ Selected High | HL/HZ Range Low | HL/HZ Range High |
|---|---|---|---|---|---|---|---|
| P/TBVE | $ 115,058 | 1.39x | 1.36x | 1.10x | 1.25x | $ 126,560 | $ 143,820 |
| LTM P/E | $ 14,129 | 12.90x | 12.10x | 10.00x | 11.00x | $ 141,290 | $ 155,420 |
| Forward P/E | $ 17,910 | 8.50x | 7.60x | 7.50x | 8.50x | $ 134,330 | $ 152,240 |
| Indicated value | | | | | | $ 134,300 | $ 152,200 |

### Guideline M&A Method

Number of guideline transactions: 13

| | Metric | Mean | Median | HL/HZ Selected Low | HL/HZ Selected High | HL/HZ Range Low | HL/HZ Range High |
|---|---|---|---|---|---|---|---|
| P/TBVE | $ 115,058 | 1.35x | 1.41x | 1.10x | 1.25x | $ 126,560 | $ 143,820 |
| P/E | $ 14,129 | 21.20x | 20.30x | NMF | NMF | N/A | N/A |
| Indicated value | | | | | | $ 126,600 | $ 143,800 |

## Asset-Based Approach

| | HL/HZ Range Low | HL/HZ Range High |
|---|---|---|
| Indicated value | N/A | N/A |

[1] *Houlihan did not explain how it selected the $120 million to $160 million range from the range of indicated values of $94 million to $166 million.*

Appendix V.F.4.a(3), Page 2 of 2

Appendix V.F.4.c(1), Page 1 of 2

**Resort Finance – Historical Financial Statements**
**Historical Balance Sheets** [1]
December 31, 2005 – June 30, 2008
*($ in Thousands, Unaudited)*

| | As of December 31, | | | As of |
| --- | --- | --- | --- | --- |
| Assets | 2005 | 2006 | 2007 | 6/30/2008 |
| Cash and cash equivalents | $ (961) | $ 2 | $ 1,878 | $ 1,364 |
| Accounts receivable | 6,047 | 23,791 | 27,799 | 26,007 |
| Intangible assets | - | - | - | - |
| Lending receivables, net | 672,818 | 1,114,825 | 1,358,430 | 1,457,893 |
| Other assets | 78 | 221 | 1,782 | 3,640 |
| Total assets | $ 677,981 | $ 1,138,838 | $ 1,389,889 | $ 1,488,904 |
| | | | | |
| Liabilities and Stockholders' Equity | | | | |
| Total borrowings | $ - | $ 881,990 | $ 978,126 | $ 1,125,000 |
| Deposit liabilities | - | - | - | - |
| Other liabilities | 474 | 15,368 | 15,194 | 14,724 |
| Total liabilities | 474 | 897,358 | 993,320 | 1,139,724 |
| Net stockholders' equity [2] | 677,508 | 241,480 | 396,569 | 349,181 |
| Total liabilities and stockholders' equity | $ 677,981 | $ 1,138,838 | $ 1,389,889 | $ 1,488,904 |

[1] Houlihan Lokey Valuation Analysis of Resort Finance as of June 30, 2008, dated July 24, 2008 [ALLY_0102229].

[2] Net stockholders' equity was calculated as the difference between total assets and total liabilities. See Houlihan Lokey Valuation Analysis of Resort Finance as of June 30, 2008, dated July 24, 2008, at ALLY_0102280 [ALLY_0102229].

Appendix V.F.4.c(1), Page 1 of 2

**Resort Finance – Historical Financial Statements**
**Historical Income Statements** [1]
December 31, 2005 – June 30, 2008
*($ in Thousands, Unaudited)*

| | | Fiscal year ended December 31, | | | LTM |
| | 2005 | 2006 | 2007 | 6/30/2008 |
|---|---|---|---|---|
| Interest income | $ 56,805 | $ 88,941 | $ 129,528 | $ 124,793 |
| Interest expense | 27,485 | 51,136 | 75,253 | 85,288 |
| Net interest margin | 29,320 | 37,805 | 54,275 | 39,505 |
| Provision for loan losses | 9 | 6,674 | 5,948 | 4,797 |
| Net interest income after provision | 29,311 | 31,131 | 48,327 | 34,708 |
| Operating expenses | 4,417 | 4,779 | 4,695 | 3,700 |
| Non-interest income (expense) | 4,478 | 2,332 | 3,093 | 948 |
| Pre-tax income (loss) | 29,372 | 28,684 | 46,725 | 31,956 |
| Income taxes (credit) | 11,402 | 10,958 | (45) | 12,782 |
| Net income (loss) | $ 17,970 | $ 17,727 | $ 46,770 | $ 19,174 |

[1] *Houlihan Lokey Valuation Analysis of Resort Finance as of June 30, 2008, dated July 24, 2008 [ALLY_0102229].*

[2] *Assumed 40% tax rate for LTM period. See Houlihan Lokey Valuation Analysis of Resort Finance as of June 30, 2008, dated July 24, 2008, at ALLY_0102281 [ALLY_0102229].*

**Appendix V.F.4.c(3)**, Page 1 of 2

**Resort Finance – Summary of Houlihan Lokey's Valuation**
**Summary of Valuation Results**
As of June 30, 2008
*($ in Thousands, Unaudited)*

| Valuation Approach [1] | Metric | | HL/HZ Selected | | | Low | | High | Debt | Range | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Market Approach** | | | | | | | | | | | | |
| Guideline Publicly Traded Company Method | | | | | | | | | | | | |
| P/NBV | $ | 349,181 | 0.20x | - | 0.30x | $ 69,836 | - $ 104,754 | | $ 1,123,636 | $ 1,193,470 | - | $ 1,228,390 |
| Annualized P/E | | 12,262 | 7.00x | - | 8.00x | 85,834 | - 98,096 | | 1,123,636 | 1,209,470 | - | 1,221,730 |
| EV/TA | | 1,487,540 | 0.65x | - | 0.75x | 966,900 | - 1,115,660 | | N/A | 966,900 | - | 1,115,660 |
| Mean | | | | | | | | | | 1,123,280 | - | 1,188,593 |
| **Asset-Based Approach** | | | | | | | | | | | | |
| Adjusted Book Value Method | | | | | | | | | | 1,225,337 | - | 1,255,799 |
| Concluded range of enterprise value from operations [2] | | | | | | | | | | 1,174,309 | - | 1,222,196 |
| Add: Cash & equivalents | | | | | | | | | | 1,364 | | 1,364 |
| Less: Deutsche Bank facility | | | | | | | | | | (375,000) | | (375,000) |
| Less: GMAC facility | | | | | | | | | | (750,000) | | (750,000) |
| Indicated range of value | | | | | | | | | | $ 50,673 | - $ | 98,561 |
| Concluded value | | | | | | | | | | $ 74,617 | | |
| Implied P/NBV | | | | | | | | | | 0.2x | | |
| Resort Finance book value (6/30/08) | | | | | | | | | | $ 349,181 | | |

[1] *DCF Method and Guideline M&A Method were not utilized to value Resort Finance.*
[2] *Selected as the average of the Guideline Publicly Traded Company Method and the Adjusted Book Value Method.*
*Source: Houlihan Lokey Valuation Analysis of Resort Finance as of June 30, 2008, dated July 24, 2008 [ALLY_0102229].*

Appendix V.F.4.c(3), Page 1 of 2

Appendix V.F.4.c(3), Page 2 of 2

**Resort Finance – Summary of Houlihan Lokey's Valuation**
**Summary of Key Valuation Assumptions**
As of June 30, 2008
*($ in Thousands, Unaudited)*

| Market Approach | Median | Mean | Range | |
|---|---|---|---|---|
| Guideline Publicly Traded Company Method | | | | |
| Number of public guideline companies | 4 | | | |
| 1 CIT Group, Inc. | | | | |
| 2 CapitalSource Inc. | | | | |
| 3 Financial Federal Corp. | | | | |
| 4 NewStar Financial, Inc. | | | | |
| Based on 6/30/08 Stock Price | | | | |
| P/NBV (FYE) | 0.79x | 0.85x | | |
| P/NBV (trailing) | 0.75x | 0.83x | | |
| P/E (FYE) | 11.3x | 11.3x | | |
| LTM P/E | 11.2x | 11.4x | | |
| Forward P/E | 10.6x | 11.6x | | |
| EV/TA (FYE) | 0.86x | 0.86x | | |
| EV/TA (LTM) | 0.85x | 0.87x | | |
| Based on 30-Day Average Stock Price | | | | |
| P/NBV | N/A | N/A | N/A | N/A |
| P/TBVE | N/A | N/A | N/A | N/A |
| LTM P/E | N/A | N/A | N/A | N/A |
| Forward P/E | N/A | N/A | N/A | N/A |
| Guideline M&A Method [1] | | | | |
| Indicated value | N/A | N/A | N/A | N/A |
| Asset-Based Approach | | | | |
| Indicated value | | | $ 1,225,337 | $ 1,255,799 |

[1] DCF Method and Guideline M&A Method were not utilized to value Resort Finance.
*Source: Houlihan Lokey Valuation Analysis of Resort Finance as of June 30, 2008, dated July 24, 2008 [ALLY_0102229].*

Appendix V.F.4.c(3), Page 2 of 2

**Appendix V.F.4.f(4)(a), Page 1 of 2**

**ResMor Trust Company – Summary of Goldin Associates' Fairness Opinion Valuation Analysis**
**ResMor Sale**
As of November 20, 2008
*(C$ in Thousands, Unaudited)*

| | |
|---|---|
| Subject Entity: | ResMor Trust Company ("ResMor") |
| Valuation Date: | 11/20/2008 |
| Document Reviewed: | Draft Goldin Associates Presentation to the Committee of Independent Members of the Board of Directors of Residential Capital, LLC Regarding the Purchase of ResMor Trust Company by GMAC, LLC, dated Dec. 2, 2008 [GOLDIN00127218]. |

| Valuation Approach | Weight | Range | |
|---|---|---|---|
| **Income Approach** | | | |
| DCF Method | 40% | $ 75,700 | $ 85,800 |
| **Market Approach** | | | |
| Guideline Publicly Traded Company Method | | | |
| P/NBV and P/TBVE | 20% | $ 69,100 | $ 85,300 |
| LTM P/E | 20% | $ 81,800 | $ 98,000 |
| Guideline M&A Method | 20% | $ 71,600 | $ 90,700 |
| **Asset-Based Approach** | 0% | $ 51,577 | $ 76,944 |
| | | | |
| Concluded range of value | 100% | $ 74,800 | $ 89,100 |

| | |
|---|---|
| Proposed transaction price | $ 82,000 |
| Implied P/NBV | 1.2x |
| ResMor book value (10/31/08) | $ 71,095 |

**Appendix V.F.4.f(4)(a)**, Page 2 of 2

**ResMor Trust Company – Summary of Goldin Associates' Fairness Opinion Valuation Analysis**
**ResMor Sale**
As of November 20, 2008
*(C$ in Thousands, Unaudited)*

## Income Approach

### DCF Method (1)

| | | | Range | | |
|---|---|---|---|---|---|
| Discount rate | 12.24% | | | | |
| Number of years in projection period | 5 | | | | |
| Residual period perpetual growth rate | 4.90% | | | $ 85,817 | | |
| Residual period exit multiple – P/E | 8.4x | | | | |
| Residual period exit multiple – P/NBV | 1.2x | | $ 75,683 | | | |

## Market Approach

### Guideline Publicly Traded Company Method

Number of public guideline companies 6

1 Canada Western Bank (CWB)
2 Laurentian Bank of Canada (LW)
3 Home Capital Group, Inc. (HCG)
4 Equitable Group, Inc. (ETC)
5 Pacific and Western Credit Corp. (PWC)
6 Xceed Mortgage Corp. (XMC)

| Based on 11/19/08 Stock Price | Mean | Median | | | | |
|---|---|---|---|---|---|---|
| P/NBV | 1.0x | 1.1x | $ 71,095 | $ | 78,204 |
| P/TBVE | 1.0x | 1.1x | $ 69,087 | $ | 75,996 |
| LTM P/E | 7.1x | 7.4x | $ 81,846 | $ | 85,304 |
| Forward P/E | 6.0x | 5.8x | $ 18,497 | $ | 17,881 |

| Based on 30-Day Average Stock Price | | | | | | |
|---|---|---|---|---|---|---|
| P/NBV | 1.2x | 1.2x | $ 85,314 | $ | 85,314 |
| P/TBVE | 1.2x | 1.3x | $ 82,905 | $ | 89,813 |
| LTM P/E | 8.5x | 9.3x | $ 97,984 | $ | 107,206 |
| Forward P/E | 7.2x | 7.2x | $ 22,197 | $ | 22,197 |

### Guideline M&A Method

Number of guideline transactions 8

| | | Median | Mean | | | |
|---|---|---|---|---|---|---|
| P/NBV | | 1.0x | 1.3x | | | |
| Indicated value | | | | $ 71,628 | $ | 90,726 |

## Asset-Based Approach

| | | | | | | |
|---|---|---|---|---|---|---|
| Indicated value | | | | $ 51,577 | $ | 76,944 |

(1) *DCF model utilized the same forecast and discount rate for low, mid and high cases. Three different residual period calculations form the basis for the range. DCF value using the P/E exit multiple is between the low and high value as indicated by the range.*

**Appendix V.F.4.f(4)(a)**, Page 2 of 2

Appendix V.F.4.g(1)(a), Page 1 of 2

**Residential Financial Securities, LLC – Historical Financial Statements**
**Historical Balance Sheets**
December 31, 2005 – February 28, 2009
*($ in Thousands)*

| | As of December 31, | | | | As of |
| --- | --- | --- | --- | --- | --- |
| Assets | 2005 | 2006 | 2007 | 2008 | 2/28/2009 |
| Cash and cash equivalents | $ 72 | $ 2,337 | $ 2,874 | $ 9,424 | $ 12,735 |
| Cash segregated under federal regulations | 1,000 | 1,000 | 6,000 | 1,000 | 1,000 |
| Receivable from brokers and dealers | 5,101 | 138,255 | 3,452 | - | - |
| Receivable from customers | 6,173 | 36,332 | 56,347 | - | - |
| Receivable from affiliates | - | 100,000 | 399 | - | - |
| Trading securities owned, at estimated fair value | 323,163 | 953,276 | 196,670 | 70,305 | 66,222 |
| Trading securities purchased under agreements to resell | 210,836 | 201,649 | 14,527 | - | - |
| Derivative financial instruments | - | 2,288 | (238) | - | - |
| Accrued interest receivable | 1,919 | 5,966 | 1,479 | 1,007 | 845 |
| Current taxes receivable | 1,204 | - | - | - | - |
| Deposits with clearing entities | 1,396 | 767 | 4,436 | 15,036 | 15,036 |
| Total assets | $ 550,864 | $ 1,441,869 | $ 285,946 | $ 96,773 | $ 95,838 |
| | | | | | |
| **Liabilities and Stockholders' Equity** | | | | | |
| Payable to brokers and dealers | $ 37,766 | $ 924 | $ 662 | $ - | $ - |
| Payable to customers | - | 454 | 58,217 | - | - |
| Payable to affiliates | 9,084 | 106,847 | 627 | 16 | - |
| Derivative financial instruments | - | - | - | 744 | - |
| Trading securities sold, not yet purchased, at est. fair value | 209,591 | 199,666 | 14,471 | - | - |
| Trading securities sold under agreements to repurchase | 94,675 | 930,471 | 43,156 | - | - |
| Current taxes payable | - | 719 | - | - | - |
| Other liabilities (non-agency hedge) | 9,973 | 6,647 | 425 | - | 258 |
| Subordinated liabilities with affiliates | 100,000 | 100,000 | 100,000 | 50,000 | 51,416 |
| Total liabilities | 461,089 | 1,345,727 | 217,558 | 50,759 | 51,674 |
| | | | | | |
| **Equity** | | | | | |
| Member's interest | 32,000 | 32,000 | 34,501 | 34,501 | 34,501 |
| Retained earnings | 57,775 | 64,142 | 33,887 | 11,513 | 9,664 |
| Net stockholders' equity | 89,775 | 96,142 | 68,388 | 46,014 | 44,165 |
| Total liabilities and stockholders' equity | $ 550,864 | $ 1,441,869 | $ 285,946 | $ 96,773 | $ 95,838 |

*Source: Draft Goldin Associates Presentation to the Committee of Independent Members of the Board of Directors of Residential Capital Regarding the Purchase of Residential Funding Securities, LLC and RFC Investments Limited by GMAC, LLC, dated Mar. 18, 2009, at 13 [GOLDIN00132386].*

Appendix V.F.4.g(1)(a), Page 1 of 2

Appendix V.F.4.g(1)(a), Page 2 of 2

**Residential Financial Securities, LLC – Historical Financial Statements**
**Historical Income Statements**
December 31, 2005 – February 28, 2009
*($ in Thousands)*

| | 2005 | 2006 | 2007 | 2008 | YTD 2/28/2009 |
|---|---|---|---|---|---|
| | | Fiscal Year Ended December 31, | | | |
| **Revenues** | | | | | |
| Interest income | $ 32,108 | $ 21,701 | $ 63,148 | $ 12,311 | $ 1,495 |
| Interest expense | 20,258 | 18,367 | 59,117 | 6,646 | 386 |
| Net interest income | 11,850 | 3,334 | 4,031 | 5,665 | 1,109 |
| **Other revenues** | | | | | |
| Underwriting fee income | 23,517 | 22,307 | 9,319 | 32 | - |
| Trading gains and losses, net | (17,865) | 1,820 | (31,842) | (22,691) | (1,943) |
| Total other revenues | 5,651 | 24,127 | (22,523) | (22,660) | (1,943) |
| Total revenues, net of interest expense | 17,502 | 27,461 | (18,492) | (16,995) | (834) |
| Operating expenses | 12,158 | 15,711 | 11,869 | 5,274 | 1,015 |
| Benefit (loss) before income tax expense | 5,344 | 11,750 | (30,361) | (22,268) | (1,849) |
| Income tax expense (benefit) | 1,209 | 5,282 | (106) | 106 | - |
| Net income (loss) | $ 4,135 | $ 6,467 | $ (30,255) | $ (22,374) | $ (1,849) |
| Underwriting activities for ResCap and affiliates: | $14.3 billion | $13.5 billion | $10.3 billion | None | None |

*Source: Draft Goldin Associates Presentation to the Committee of Independent Members of the Board of Directors of Residential Capital Regarding the Purchase of Residential Funding Securities, LLC and RFC Investments Limited by GMAC, LLC, dated Mar. 18, 2009, at 14 [GOLDIN00132386].*

Appendix V.F.4.g(1)(a), Page 2 of 2

**Appendix V.F.4.g(1)(b), Page 1 of 2**

**RFC Investments Limited / RFSC International Limited – Historical Financial Statements**
**Historical Balance Sheets**
December 31, 2005 – February 28, 2009
*($ in Thousands)*

| | As of December 31, | | | | As of 2/28/2009 |
|---|---|---|---|---|---|
| **Assets** | **2005** | **2006** | **2007** | **2008** | |
| Cash and short-term cash deposits | $ 14,504 | $ 24,794 | $ 29,268 | $ 21,203 | $ 20,774 |
| Receivable from affiliates – U.S. subsidiaries | - | 42 | 45 | 111 | - |
| Other accounts receivable | 510 | 65 | 18 | 0 | 0 |
| Prepaid expenses | 16 | 23 | 26 | 3 | 5 |
| Fixed assets, net | 13 | 11 | 6 | 2 | 2 |
| Total assets | $ 15,043 | $ 24,935 | $ 29,364 | $ 21,319 | $ 20,781 |
| | | | | | |
| **Liabilities and Stockholders' Equity** | | | | | |
| Income taxes payable | $ - | $ - | $ 1,576 | $ 3,406 | $ 3,265 |
| Deferred tax liability – foreign | 988 | 3,148 | 3,056 | - | - |
| Payable to affiliates – U.S. subsidiaries | - | - | - | - | 39 |
| Payable to affiliates – non-U.S. subsidiaries | 38 | 662 | 244 | 148 | 114 |
| Accounts payable | 307 | - | 19 | 8 | 32 |
| Accrued compensation | 862 | 1,268 | 466 | 237 | 308 |
| Other accrued expenses | 24 | 23 | 71 | 18 | 38 |
| Other liabilities | 130 | 151 | (0) | 9 | 14 |
| Total liabilities | 2,348 | 5,251 | 5,433 | 3,826 | 3,811 |
| | | | | | |
| **Equity** | | | | | |
| Common stock | 8,223 | 8,223 | 8,223 | 8,223 | 8,223 |
| Retained earnings – beginning balance | 2,262 | 3,913 | 8,800 | 12,569 | 12,645 |
| Foreign currency translation – gain | 6,486 | 12,590 | 17,304 | 15,164 | 194 |
| Foreign currency translation – loss | (5,927) | (9,928) | (14,165) | (18,539) | (3,897) |
| Current period-to-date net income (loss) | 1,651 | 4,887 | 3,769 | 76 | (194) |
| Net stockholders' equity | 12,695 | 19,685 | 23,930 | 17,493 | 16,970 |
| Total liabilities and stockholders' equity | $ 15,043 | $ 24,935 | $ 29,364 | $ 21,319 | $ 20,781 |

*Source: Draft Goldin Associates Presentation to the Committee of Independent Members of the Board of Directors of Residential Capital Regarding the Purchase of Residential Funding Securities, LLC and RFC Investments Limited by GMAC, LLC, dated Mar. 18, 2009, at 26 [GOLDIN0132386].*

Appendix V.F.4.g(1)(b), Page 1 of 2

Appendix V.F.4.g(1)(b), Page 2 of 2

RFC Investments Limited / RFSC International Limited – Historical Financial Statements
**Historical Income Statements**
December 31, 2005 – February 28, 2009
*($ in Thousands)*

| | 2005 | | Fiscal Year Ended December 31, 2006 | 2007 | 2008 | | YTD 2/28/2009 |
|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | |
| Net interest income | $ | 631 | $ 905 | $ 1,462 | $ 1,406 | $ | 54 |
| Broker fees | | 4,862 | 10,046 | 634 | 484 | | - |
| Security underwriting fees | | - | - | 5,413 | 432 | | - |
| Gain (loss) on sale of mortgage loans, net | | 37 | 126 | 302 | - | | - |
| Securitization deal costs | | - | (58) | - | - | | - |
| Total net revenue | | 5,530 | 11,019 | 7,811 | 2,322 | | 54 |
| **Expenses** | | | | | | | |
| Compensation and benefits | | 1,798 | 2,275 | 1,359 | 1,295 | | 173 |
| Professional fees | | 104 | 90 | 126 | 97 | | 13 |
| Data process and telecommunications | | 70 | 74 | 93 | 61 | | 7 |
| Advertising | | 16 | 26 | 15 | 2 | | 0 |
| Occupancy | | 188 | 259 | 278 | 222 | | 26 |
| Other operating expenses | | 995 | 1,281 | 779 | 528 | | 105 |
| Total expenses | | 3,171 | 4,004 | 2,650 | 2,207 | | 325 |
| Income (loss) before income tax expense | | 2,359 | 7,014 | 5,161 | 115 | | (271) |
| Income tax expense (benefit) | | 708 | 2,127 | 1,392 | 39 | | (77) |
| Net income (loss) | $ | 1,651 | $ 4,887 | $ 3,769 | $ 76 | $ | (194) |

*Source: Draft Goldin Associates Presentation to the Committee of Independent Members of the Board of Directors of Residential Capital Regarding the Purchase of Residential Funding Securities, LLC and RFC Investments Limited by GMAC, LLC, dated Mar. 18, 2009, at 27 [GOLDIN0132386].*

Appendix V.F.4.g(1)(b), Page 2 of 2

**Appendix V.F.4.g(4)(a), Page 1 of 2**

**Residential Funding Securities, LLC – Summary of Goldin Associates' Fairness Opinion Valuation Analysis**
**US/UK Broker-Dealer Sale**
As of March 18, 2009
*($ in Thousands, Unaudited)*

| Valuation Approach | Weight | Range | |
|---|---|---|---|
| Income Approach | | | |
| DCF Method [1] | 0% | N/A | N/A |
| Market Approach | | | |
| Guideline Publicly Traded Company Method | | | |
| P/NBV and P/TBVE | 25% | $ 32,700 | $ 48,500 |
| LTM P/E | 0% | N/A | N/A |
| Guideline M&A Method | 5% | $ 70,700 | $ 79,500 |
| Asset-Based Approach (Adjusted Book Value Method) | 70% | $ 42,600 | $ 42,600 |
| Concluded range of value | 100% | $ 41,600 | $ 45,900 |
| Proposed transaction price | | $ 43,700 | |
| Implied P/NBV | | 1.0x | |
| Ally Securities NBV (2/28/09) | | $ 44,200 | |

*Source: Draft Goldin Associates Presentation to the Committee of Independent Members of the Board of Directors of Residential Capital Regarding the Purchase of Residential Funding Securities, LLC and RFC Investments Limited by GMAC, LLC, dated Mar. 18, 2009, [GOLDIN00132386].*

*[1] DCF methodology was not utilized to value Ally Securities.*

**Appendix V.F.4.g(4)(a), Page 2 of 2**

**Residential Funding Securities, LLC – Summary of Goldin Associates' Fairness Opinion Valuation Analysis**
**US/UK Broker-Dealer Sale**
As of March 18, 2009
*($ in Thousands, Unaudited)*

## Market Approach

### Guideline Publicly Traded Company Method

Number of public guideline companies — 10

1 Broadpoint Securities Group (BPSG)
2 Cowen Group (COWN)
3 FBR Capital Markets (FBCM)
4 International Asset Holding (IAAC)
5 Jefferies Group (JEF)
6 JMP Group (JMP)
7 KBW (KBW)
8 Oppenheimer Holdings (OPY)
9 Piper Jaffray Companies (PJC)
10 Thomas Weisel Partners Group (TWPG)

#### Based on 3/17/09 Stock Price

| | Mean | Median | | Range | |
|---|---|---|---|---|---|
| P/NBV | 0.90x | 0.74x | | N/A | $ 32,700 |
| P/TBVE | 1.10x | 0.80x | $ | 48,500 | N/A |
| LTM P/E | N/A | N/A | | N/A | N/A |
| Forward P/E | N/A | N/A | | N/A | N/A |

#### Based on 30-Day Average Stock Price

| | Mean | Median | Range | |
|---|---|---|---|---|
| P/NBV | N/A | N/A | N/A | N/A |
| P/TBVE | N/A | N/A | N/A | N/A |
| LTM P/E | N/A | N/A | N/A | N/A |
| Forward P/E | N/A | N/A | N/A | N/A |

### Guideline M&A Method

Number of guideline transactions — 8

| | Median | Mean |
|---|---|---|
| P/NBV | 1.6x | 1.8x |

| | | | | | |
|---|---|---|---|---|---|
| Indicated value | | | $ 70,700 | $ | 79,500 |

## Asset-Based Approach

| | | | | | |
|---|---|---|---|---|---|
| Indicated value | | | $ 42,600 | $ | 42,600 |

*Source: Draft Goldin Associates Presentation to the Committee of Independent Members of the Board of Directors of Residential Capital Regarding the Purchase of Residential Funding Securities, LLC and RFC Investments Limited by GMAC, LLC, dated Mar. 18, 2009, [GOLDIN00132386].*

Appendix V.F.4.g(4)(a), Page 2 of 2

**Appendix V.F.4.g(4)(b), Page 1 of 2**

**RFC Investments Limited – Summary of Goldin Associates' Fairness Opinion Valuation Analysis**
**US/UK Broker-Dealer Sale**
As of March 18, 2009
*($ in Thousands, Unaudited)*

| Valuation Approach | Weight | Range | |
|---|---|---|---|
| **Income Approach** | | | |
| DCF Method [1] | 0% | N/A | N/A |
| **Market Approach** | | | |
| Guideline Publicly Traded Company Method | | | |
| P/NBV and P/TBVE | 25% | $ 13,000 | $ 19,100 |
| LTM P/E | 0% | N/A | N/A |
| Guideline M&A Method | 5% | $ 39,700 | $ 40,600 |
| Asset-Based Approach (Adjusted Book Value Method) | 70% | $ 16,500 | $ 16,500 |
| Concluded range of value | 100% | $ 16,800 | $ 18,400 |
| Proposed transaction price | | $ 17,000 | |
| Implied P/NBV | | 1.0x | |
| RFCIL NBV (2/28/09) | | $ 17,000 | |

*Source: Draft Goldin Associates Presentation to the Committee of Independent Members of the Board of Directors of Residential Capital Regarding the Purchase of Residential Funding Securities, LLC and RFC Investments Limited by GMAC, LLC, dated Mar. 18, 2009, [GOLDIN0013386].*

*[1] DCF method was not utilized to value RFCIL.*

Appendix V.F.4.g(4)(b), Page 1 of 2

**Appendix V.F.4.g(4)(b)**, Page 2 of 2

RFC Investments Limited – Summary of Goldin Associates' Fairness Opinion Valuation Analysis
US/UK Broker-Dealer Sale
As of March 18, 2009
*($ in Thousands, Unaudited)*

**Market Approach**

**Guideline Publicly Traded Company Method**

Number of public guideline companies          11

1 Arden Partners plc (ARDN)
2 Blue Oar plc (BLUE)
3 Cenkos Securities plc (CNKS)
4 Charles Stanley Group plc (CAY)
5 Collins Stewart plc (CLST)
6 Evolution Group plc (EVG)
7 Numis Corporation plc (NUM)
8 Panmure Gordon & Co. plc (PMR)
9 Shore Capital Group plc (SGR)
10 Walker Crips Group plc (WCW)
11 WH Ireland Group plc (WHI)

| | Mean | Median | | Range | |
|---|---|---|---|---|---|
| **Based on 3/17/09 Stock Price** | | | | | |
| P/NBV | 0.77x | 0.92x | $ | 13,000 | N/A |
| P/TBVE | 1.03x | 1.12x | N/A | $ | 19,100 |
| LTM P/E | N/A | N/A | N/A | N/A | N/A |
| Forward P/E | N/A | N/A | N/A | N/A | N/A |
| **Based on 30-Day Average Stock Price** | | | | | |
| P/NBV | N/A | N/A | N/A | N/A | N/A |
| P/TBVE | N/A | N/A | N/A | N/A | N/A |
| LTM P/E | N/A | N/A | N/A | N/A | N/A |
| Forward P/E | N/A | N/A | N/A | N/A | N/A |

| | | | | | |
|---|---|---|---|---|---|
| Indicated value | | | $ | 39,700 | $ | 40,600 |

**Guideline M&A Method**

Number of guideline transactions          3

| | Mean | Median | | | |
|---|---|---|---|---|---|
| P/NBV | 2.34x | 2.39x | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Asset-Based Approach** | | | | | |
| Indicated value | | | $ | 16,500 | $ | 16,500 |

*Source: Draft Goldin Associates Presentation to the Committee of Independent Members of the Board of Directors of Residential Capital Regarding the Purchase of Residential Funding Securities, LLC and RFC Investments Limited by GMAC, LLC, dated Mar. 18, 2009. [GOLDIN00132386].*

Appendix VI.B.3, Page 1 of 1

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Balance Sheet Test**
**Summary**
2005 – 2011
*($ in Millions)*

| | Market Approach [1] | | Asset-Based Approach [2] | | Concluded | Balance Sheet Test |
| | Fair Market Value Surplus / (Deficit) | Weight | Fair Market Value Surplus / (Deficit) | Weight | Fair Market Value Surplus / (Deficit) | Conclusion |
|---|---|---|---|---|---|---|
| 12/31/05 | $ 12,602.0 | 100% | $ 7,464.0 | 0% | $ 12,602.0 | Solvent |
| 03/31/06 | 13,126.1 | 100% | 7,763.5 | 0% | 13,126.1 | Solvent |
| 06/30/06 | 14,590.6 | 100% | 8,404.3 | 0% | 14,590.6 | Solvent |
| 09/30/06 | 13,199.7 | 100% | 8,375.9 | 0% | 13,199.7 | Solvent |
| 12/31/06 | 13,235.3 | 100% | 7,622.1 | 0% | 13,235.3 | Solvent |
| 03/31/07 | 9,706.6 | 100% | 7,173.9 | 0% | 9,706.6 | Solvent |
| 06/30/07 | 10,145.3 | 100% | 7,507.4 | 0% | 10,145.3 | Solvent |
| 09/30/07 | 2,429.6 | 50% | 1,273.8 | 50% | 1,851.7 | Solvent |
| 12/31/07 | (3,760.5) | 50% | 111.8 | 50% | (1,824.4) | Insolvent |
| 03/31/08 | (5,921.7) | 50% | (1,994.9) | 50% | (3,958.3) | Insolvent |
| 06/30/08 | (5,752.0) | 50% | (3,742.1) | 50% | (4,747.1) | Insolvent |
| 09/30/08 | (10,066.3) | 50% | (4,828.8) | 50% | (7,447.6) | Insolvent |
| 12/31/08 | (7,499.4) | 50% | (4,397.3) | 50% | (5,948.4) | Insolvent |
| 03/31/09 | (4,575.5) | 50% | (1,102.5) | 50% | (2,839.0) | Insolvent |
| 06/30/09 | (2,056.8) | 50% | (1,164.7) | 50% | (1,610.7) | Insolvent |
| 09/30/09 | (1,715.4) | 50% | (1,563.6) | 50% | (1,639.5) | Insolvent |
| 12/31/09 | (1,250.5) | 50% | (687.7) | 50% | (969.1) | Insolvent |
| 03/31/10 | (34.8) | 0% | (1,628.0) | 100% | (1,628.0) | Insolvent |
| 06/30/10 | 230.7 | 0% | (1,617.5) | 100% | (1,617.5) | Insolvent |
| 09/30/10 | 447.2 | 0% | (2,544.3) | 100% | (2,544.3) | Insolvent |
| 12/31/10 | 599.6 | 0% | (2,457.7) | 100% | (2,457.7) | Insolvent |
| 03/31/11 | 633.3 | 0% | (2,260.4) | 100% | (2,260.4) | Insolvent |
| 06/30/11 | 460.1 | 0% | (3,587.5) | 100% | (3,587.5) | Insolvent |
| 09/30/11 | (791.8) | 0% | (4,572.3) | 100% | (4,572.3) | Insolvent |
| 12/31/11 | (1,465.1) | 0% | (4,498.1) | 100% | (4,498.1) | Insolvent |

[1] See Appendix VI.B.4.a(4), at 1.
[2] See Appendix VI.B.4.b, at 1.

Appendix VI.B.3, Page 1 of 1

Appendix VI.B.4.a(4), Page 1 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Concluded Fair Market Value Surplus/(Deficit)**
Summary
2005 – 2011
($ in Millions)

| | [A]<br>Fair Market Value of ResCap Equity (Non-Marketable, Controlling Basis) [1] | [B]<br>Fair Market Value of ResCap Debt [2] | [C] = [A] + [B]<br>Fair Market Value of Invested Capital | [D]<br>Face Value of ResCap Debt [2] | [E] = [C] - [D]<br>Fair Market Value Surplus / (Deficit) |
|---|---|---|---|---|---|
| 12/31/05 | $ 12,478.7 | $ 43,173.3 | $ 55,652.0 | $ 43,050.0 | $ 12,602.0 |
| 03/31/06 | 13,070.6 | 41,672.8 | 54,743.4 | 41,617.3 | 13,126.1 |
| 06/30/06 | 14,753.5 | 43,154.5 | 57,908.0 | 43,317.4 | 14,590.6 |
| 09/30/06 | 13,068.6 | 49,402.0 | 62,470.7 | 49,271.0 | 13,199.7 |
| 12/31/06 | 13,125.7 | 52,711.0 | 65,836.7 | 52,601.4 | 13,235.3 |
| 03/31/07 | 9,843.3 | 46,872.9 | 56,716.1 | 47,009.5 | 9,706.6 |
| 06/30/07 | 10,540.6 | 43,178.0 | 53,718.6 | 43,573.3 | 10,145.3 |
| 09/30/07 | 5,788.9 | 36,284.8 | 42,073.7 | 39,644.1 | 2,429.6 |
| 12/31/07 | 2,270.0 | 28,804.7 | 31,074.7 | 34,835.2 | (3,760.5) |
| 03/31/08 | 1,995.5 | 23,702.0 | 25,697.4 | 31,619.1 | (5,921.7) |
| 06/30/08 | 1,241.0 | 19,134.6 | 20,375.6 | 26,127.6 | (5,752.0) |
| 09/30/08 | 713.4 | 10,992.6 | 11,706.1 | 21,772.4 | (10,066.3) |
| 12/31/08 | 825.9 | 7,668.5 | 8,494.4 | 15,993.9 | (7,499.4) |
| 03/31/09 | 614.5 | 8,591.3 | 9,205.8 | 13,781.3 | (4,575.5) |
| 06/30/09 | 530.7 | 9,391.2 | 9,921.9 | 11,978.7 | (2,056.8) |
| 09/30/09 | 220.2 | 8,566.6 | 8,786.8 | 10,502.2 | (1,715.4) |
| 12/31/09 | 157.3 | 8,501.6 | 8,658.9 | 9,909.4 | (1,250.5) |
| 03/31/10 | 271.7 | 8,863.5 | 9,135.2 | 9,170.0 | (34.8) |
| 06/30/10 | 480.2 | 7,517.3 | 7,997.5 | 7,766.8 | 230.7 |
| 09/30/10 | 508.1 | 6,952.5 | 7,460.7 | 7,013.5 | 447.2 |
| 12/31/10 | 574.0 | 7,016.9 | 7,590.8 | 6,991.2 | 599.6 |
| 03/31/11 | 588.0 | 6,663.9 | 7,251.9 | 6,618.6 | 633.3 |
| 06/30/11 | 498.0 | 6,359.3 | 6,857.4 | 6,397.3 | 460.1 |
| 09/30/11 | 184.9 | 5,111.9 | 5,296.9 | 6,088.7 | (791.8) |
| 12/31/11 | 55.9 | 4,373.8 | 4,429.6 | 5,894.8 | (1,465.1) |

[1] See Appendix VI.B.4.a(4), at 2.
[2] See Appendix VI.B.4.a(4), at 11.

Appendix VI.B.4.a(4), Page 1 of 61

Appendix VI.B.4.a(4), Page 2 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Equity**
**Summary**
**2005 – 2011**
*($ in Millions)*

| | [A] | [B] | [C] = [A] × [B] | [D] (4) | [E] = [C] + [D] | [F] = [E] × -5% | [G] = [E] + [F] |
|---|---|---|---|---|---|---|---|
| | ResCap Book Equity (1)(3) | Selected P/NBV Multiple (2) | Fair Market Value of ResCap Equity (Marketable, Minority Basis) | Control Premium | Fair Market Value of ResCap Equity (Marketable, Controlling Basis) | Private Company Discount of 5% | Fair Market Value of ResCap Equity (Non-Marketable, Controlling Basis) (3) |
| 12/31/05 | $ 7,464.0 | 1.60x | $ 11,941.3 | $ 1,194.1 | $ 13,135.4 | ($656.8) | $ 12,478.7 |
| 03/31/06 | 7,763.5 | 1.61x | 12,507.7 | 1,250.8 | 13,758.5 | (687.9) | 13,070.6 |
| 06/30/06 | 8,404.3 | 1.68x | 14,118.2 | 1,411.8 | 15,530.0 | (776.5) | 14,753.5 |
| 09/30/06 | 8,375.9 | 1.49x | 12,505.8 | 1,250.6 | 13,756.4 | (687.8) | 13,068.6 |
| 12/31/06 | 7,622.1 | 1.65x | 12,560.5 | 1,256.0 | 13,816.5 | (690.8) | 13,125.7 |
| 03/31/07 | 7,173.9 | 1.31x | 9,419.4 | 941.9 | 10,361.3 | (518.1) | 9,843.3 |
| 06/30/07 | 7,507.4 | 1.34x | 10,086.7 | 1,008.7 | 11,095.4 | (554.8) | 10,540.6 |
| 09/30/07 | 6,171.6 | 0.99x | 6,093.6 | 0.0 | 6,093.6 | (304.7) | 5,788.9 |
| 12/31/07 | 6,030.1 | 0.40x | 2,389.5 | 0.0 | 2,389.5 | (119.5) | 2,270.0 |
| 03/31/08 | 5,732.9 | 0.37x | 2,100.5 | 0.0 | 2,100.5 | (105.0) | 1,995.5 |
| 06/30/08 | 4,067.5 | 0.32x | 1,306.3 | 0.0 | 1,306.3 | (65.3) | 1,241.0 |
| 09/30/08 | 2,315.4 | 0.32x | 751.0 | 0.0 | 751.0 | (37.5) | 713.4 |
| 12/31/08 | 2,187.4 | 0.40x | 869.4 | 0.0 | 869.4 | (43.5) | 825.9 |
| 03/31/09 | 1,050.0 | 0.62x | 646.8 | 0.0 | 646.8 | (32.3) | 614.5 |
| 06/30/09 | 1,050.0 | 0.53x | 558.6 | 0.0 | 558.6 | (27.9) | 530.7 |
| 09/30/09 | 408.8 | 0.57x | 231.8 | 0.0 | 231.8 | (11.6) | 220.2 |
| 12/31/09 | 275.0 | 0.60x | 165.6 | 0.0 | 165.6 | (8.3) | 157.3 |
| 03/31/10 | 425.7 | 0.67x | 286.0 | 0.0 | 286.0 | (14.3) | 271.7 |
| 06/30/10 | 793.5 | 0.64x | 505.4 | 0.0 | 505.4 | (25.3) | 480.2 |
| 09/30/10 | 858.5 | 0.62x | 534.8 | 0.0 | 534.8 | (26.7) | 508.1 |
| 12/31/10 | 846.2 | 0.71x | 604.2 | 0.0 | 604.2 | (30.2) | 574.0 |
| 03/31/11 | 884.2 | 0.70x | 619.0 | 0.0 | 619.0 | (30.9) | 588.0 |
| 06/30/11 | 772.1 | 0.68x | 524.2 | 0.0 | 524.2 | (26.2) | 498.0 |
| 09/30/11 | 331.1 | 0.59x | 194.7 | 0.0 | 194.7 | (9.7) | 184.9 |
| 12/31/11 | 92.4 | 0.64x | 58.8 | 0.0 | 58.8 | (2.9) | 55.9 |

*(1) See Appendix VI.B.4.b, at 38 –40.*
*(2) See Appendix VI.B.4.a(4), at 3.*
*(3) As discussed in Section VI of the Report, neither the book value nor the Fair Market Value of ResCap's equity is indicative of solvency.*
*(4) A control premium of 10% was applied in the valuation of ResCap's equity at each quarterly measurement date from Dec. 31, 2005 through June 30, 2007.  A control premium was not warranted for ResCap from Sep. 30, 2007 through the Petition Date for reasons described in Section VI of the Report.*

Appendix VI.B.4.a(4), Page 2 of 61

Appendix VI.B.4.a(4), Page 3 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Equity**
**Selected P/NBV Multiple**
2005 – 2011
*($ in Millions)*

| | [A] Guideline Company P/NBV Multiple [1] | [B] Industry P/NBV Multiple [2] | [C] = [A] / [B] Guideline Company Multiple / Industry Multiple | [D] = [A] Concluded P/NBV Multiple |
|---|---|---|---|---|
| 12/31/05 | 1.60x | 1.88x | 85.1% | 1.60x |
| 03/31/06 | 1.61x | 1.83x | 88.0% | 1.61x |
| 06/30/06 | 1.68x | 1.78x | 94.4% | 1.68x |
| 09/30/06 | 1.49x | 1.85x | 80.7% | 1.49x |
| 12/31/06 | 1.65x | 1.71x | 96.4% | 1.65x |
| 03/31/07 | 1.31x | 1.71x | 76.8% | 1.31x |
| 06/30/07 | 1.34x | 1.63x | 82.4% | 1.34x |
| 09/30/07 | 0.99x | 1.52x | 65.0% | 0.99x |
| 12/31/07 | 0.40x | 1.68x | 23.6% | 0.40x |
| 03/31/08 | 0.37x | 1.36x | 26.9% | 0.37x |
| 06/30/08 | 0.32x | 1.01x | 31.8% | 0.32x |
| | | *Average* | 68.3% | |
| | | *Median* | 80.7% | |
| | | *Conclusion* [3] | 70.0% | |

| | [A] Guideline Company P/NBV Multiple [1] | [B] Industry P/NBV Multiple [2] | [C] Concluded Ratio [4] | [D] = [B] × [C] Concluded P/NBV Multiple |
|---|---|---|---|---|
| 09/30/08 | N/A | 1.02x | 31.8% | 0.32x |
| 12/31/08 | N/A | 1.25x | 31.8% | 0.40x |
| 03/31/09 | N/A | 0.88x | 70.0% | 0.62x |
| 06/30/09 | N/A | 0.76x | 70.0% | 0.53x |
| 09/30/09 | N/A | 0.81x | 70.0% | 0.57x |
| 12/31/09 | N/A | 0.86x | 70.0% | 0.60x |
| 03/31/10 | N/A | 0.96x | 70.0% | 0.67x |
| 06/30/10 | N/A | 0.91x | 70.0% | 0.64x |
| 09/30/10 | N/A | 0.89x | 70.0% | 0.62x |
| 12/31/10 | N/A | 1.02x | 70.0% | 0.71x |
| 03/31/11 | N/A | 1.00x | 70.0% | 0.70x |
| 06/30/11 | N/A | 0.97x | 70.0% | 0.68x |
| 09/30/11 | N/A | 0.84x | 70.0% | 0.59x |
| 12/31/11 | N/A | 0.91x | 70.0% | 0.64x |

[1] See Appendix VI.B.4.a(4), at 4.

[2] Median multiple selected from Ibbotson Associates Statistics for SIC Code 6: Finance, Insurance and Real Estate.

[3] Concluded ratio reflect primarily on the average to appropriately capture the divergence in multiples observed in late 2007 and 2008. This divergence reflects the risk characteristics of the ResCap Guideline Companies relative to the industry.

[4] The relative multiple percentage of 31.8% as of June 30, 2008 was applied for the Sep. 30, 2008 and Dec. 31, 2008 measurement dates to reflect continuing deterioration in the mortgage industry during the second half of 2008.

Appendix VI.B.4.a(4), Page 4 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Equity**
**P/NBV Multiple of ResCap Guideline Companies**
December 31, 2005 – June 30, 2008
*($ in Millions)*

| | ResCap Guideline Companies | | | | | | |
|---|---|---|---|---|---|---|---|
| | Countrywide Financial Corporation [1] | IndyMac Bancorp, Inc. [1] | Washington Mutual, Inc. [1] | Coefficient of Variation | Median P/NBV | Average P/NBV | Selected P/NBV [2] |
| 12/31/05 | 1.60x | 1.64x | 1.56x | 2.7% | 1.60x | 1.60x | 1.60x |
| 03/31/06 | 1.64x | 1.64x | 1.55x | 3.2% | 1.64x | 1.61x | 1.61x |
| 06/30/06 | 1.63x | 1.74x | 1.67x | 3.5% | 1.67x | 1.68x | 1.68x |
| 09/30/06 | 1.43x | 1.51x | 1.54x | 3.8% | 1.51x | 1.49x | 1.49x |
| 12/31/06 | 1.73x | 1.63x | 1.58x | 4.8% | 1.63x | 1.65x | 1.65x |
| 03/31/07 | 1.34x | 1.15x | 1.45x | 11.6% | 1.34x | 1.31x | 1.31x |
| 06/30/07 | 1.45x | 1.05x | 1.53x | 19.3% | 1.45x | 1.34x | 1.34x |
| 09/30/07 | 0.72x | 0.97x | 1.27x | 28.1% | 0.97x | 0.99x | 0.99x |
| 12/31/07 | 0.35x | 0.36x | 0.48x | 17.8% | 0.36x | 0.40x | 0.40x |
| 03/31/08 | 0.24x | 0.45x | 0.40x | 30.1% | 0.40x | 0.37x | 0.37x |
| 06/30/08 | Purchased by Bank of America 7/1/2008 [3] | Filed Chapter 7 7/31/2008 [4] | 0.32x | NM | 0.32x | 0.32x | 0.32x |
| 09/30/08 | | | Filed Chapter 11 9/26/2008 [5] | | | | |
| 12/31/08 | | | | | | | |
| 03/31/09 | | | | | | | |
| 06/30/09 | | | | | | | |
| 09/30/09 | | | | | | | |
| 12/31/09 | | | | | | | |
| 03/31/10 | | | | | | | |
| 06/30/10 | | | | | | | |
| 09/30/10 | | | | | | | |
| 12/31/10 | | | | | | | |
| 03/31/11 | | | | | | | |
| 06/30/11 | | | | | | | |
| 09/30/11 | | | | | | | |
| 12/31/11 | | | | | | | |

[1] See Appendix VI.B.4.a(4), at 5–10.
[2] The average multiple was selected for Dec. 31, 2005 through June 30, 2008.
[3] Bank of America Corporation, Annual Report (Form 10-K) (Feb. 27, 2009), at 17.
[4] IndyMac Bancorp, Inc. Current Report (Form 8-K) (July 31, 2008), at 2.
[5] Declaration of Stewart M. Landsfeld in Support of the Debtors' Chapter 11 Petitions and First Day Motions, In re Wash. Mutual, Inc., (Case No. 08-12229; Docket No. 13) at 2.

Appendix VI.B.4.a(4), Page 5 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Equity**
**Guideline Company Multiples**
December 31, 2005
*($ in Millions, except share prices)*

| December 31, 2005 | [A]<br>Share Price [1] | [B]<br>Shares<br>Outstanding<br>(in Millions) | [C] = [A] × [B]<br>Market Value of<br>Equity | [D]<br>Value of<br>Book Equity | [E] = [C] / [D]<br>P/NBV |
|---|---|---|---|---|---|
| Countrywide Financial Corporation [2] | $ 34.19 | 600.0 | $ 20,515.0 | $ 12,815.9 | 1.60x |
| IndyMac Bancorp, Inc. [3] | 39.02 | 64.2 | 2,506.9 | 1,526.1 | 1.64x |
| Washington Mutual, Inc. [4] | 43.50 | 987.9 | 42,974.3 | 27,616.0 | 1.56x |
| | | | | *Average* | *1.60x* |
| | | | | *Median* | *1.60x* |
| | | | | *Coefficient of Variation* | *2.7%* |

[1] *Bloomberg.*
[2] *Countrywide Financial Corporation, Annual Report (Form 10-K) (Mar. 1, 2006), at F-4.*
[3] *IndyMac Bancorp, Inc., Annual Report (Form 10-K) (Mar. 1, 2006), at F-4.*
[4] *Washington Mutual, Inc., Annual Report (Form 10-K) (Mar. 15, 2006), at 94.*

Appendix VI.B.4.a(4), Page 5 of 61

Appendix VI.B.4.a(4), Page 6 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Equity**
**Guideline Company Multiples**
March 31, 2006 and June 30, 2006
*($ in Millions, except share prices)*

| March 31, 2006 | [A] Share Price [1] | [B] Shares Outstanding (in Millions) | [C] = [A] × [B] Market Value of Equity | [D] Value of Book Equity | [E] = [C] / [D] P/NBV |
|---|---|---|---|---|---|
| Countrywide Financial Corporation [2] | $ 36.70 | 604.8 | $ 22,195.7 | $ 13,506.3 | 1.64x |
| IndyMac Bancorp, Inc. [3] | 40.93 | 65.7 | 2,691.1 | 1,643.5 | 1.64x |
| Washington Mutual, Inc. [4] | 42.62 | 952.8 | 40,609.2 | 26,156.0 | 1.55x |
| | | | | *Average* | *1.61x* |
| | | | | *Median* | *1.64x* |
| | | | | *Coefficient of Variation* | *3.2%* |

| June 30, 2006 | [A] Share Price [1] | [B] Shares Outstanding (in Millions) | [C] = [A] × [B] Market Value of Equity | [D] Value of Book Equity | [E] = [C] / [D] P/NBV |
|---|---|---|---|---|---|
| Countrywide Financial Corporation [5] | $ 38.08 | 610.7 | $ 23,257.2 | $ 14,297.0 | 1.63x |
| IndyMac Bancorp, Inc. [6] | 45.85 | 68.6 | 3,146.2 | 1,804.2 | 1.74x |
| Washington Mutual, Inc. [7] | 45.58 | 956.9 | 43,614.6 | 26,131.0 | 1.67x |
| | | | | *Average* | *1.68x* |
| | | | | *Median* | *1.67x* |
| | | | | *Coefficient of Variation* | *3.5%* |

*[1] Bloomberg.*
*[2] Countrywide Financial Corporation, Quarterly Report (Form 10-Q) (May 10, 2006), at 1.*
*[3] IndyMac Bancorp, Inc., Quarterly Report (Form 10-Q) (Apr. 25, 2006), at 57–58.*
*[4] Washington Mutual, Inc., Quarterly Report (Form 10-Q) (May 10, 2006), at 2.*
*[5] Countrywide Financial Corporation, Quarterly Report (Form 10-Q) (Aug. 7, 2006), at 1.*
*[6] IndyMac Bancorp, Inc., Quarterly Report (Form 10-Q) (July 27, 2006), at 55.*
*[7] Washington Mutual, Inc., Quarterly Report (Form 10-Q) (Aug. 9, 2006), at 2.*

Appendix VI.B.4.a(4), Page 6 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Equity**
**Guideline Company Multiples**
September 30, 2006 and December 31, 2006
*($ in Millions, except share prices)*

| September 30, 2006 | [A] Share Price [1] | [B] Shares Outstanding (in Millions) | [C] = [A] × [B] Market Value of Equity | [D] Value of Book Equity | [E] = [C] / [D] P/NBV |
|---|---|---|---|---|---|
| Countrywide Financial Corporation [2] | $ 35.04 | 616.7 | $ 21,610.9 | $ 15,099.1 | 1.43x |
| IndyMac Bancorp, Inc. [3] | 41.16 | 70.9 | 2,916.5 | 1,937.8 | 1.51x |
| Washington Mutual, Inc. [4] | 43.47 | 939.1 | 40,822.6 | 26,458.0 | 1.54x |
| | | | | *Average* | *1.49x* |
| | | | | *Median* | *1.51x* |
| | | | | *Coefficient of Variation* | *3.8%* |

| December 31, 2006 | [A] Share Price [1] | [B] Shares Outstanding (in Millions) | [C] = [A] × [B] Market Value of Equity | [D] Value of Book Equity | [E] = [C] / [D] P/NBV |
|---|---|---|---|---|---|
| Countrywide Financial Corporation [5] | $ 42.45 | 585.2 | $ 24,841.0 | $ 14,317.8 | 1.73x |
| IndyMac Bancorp, Inc. [6] | 45.16 | 73.0 | 3,297.5 | 2,028.3 | 1.63x |
| Washington Mutual, Inc. [7] | 45.49 | 938.5 | 42,691.4 | 26,969.0 | 1.58x |
| | | | | *Average* | *1.65x* |
| | | | | *Median* | *1.63x* |
| | | | | *Coefficient of Variation* | *4.8%* |

*[1] Bloomberg.*
*[2] Countrywide Financial Corporation, Quarterly Report (Form 10-Q) (Nov. 7, 2006), at 1.*
*[3] IndyMac Bancorp, Inc., Quarterly Report (Form 10-Q) (Nov. 2, 2006), at 62 –63.*
*[4] Washington Mutual, Inc., Quarterly Report (Form 10-Q) (Nov. 9, 2006), at 2.*
*[5] Countrywide Financial Corporation, Annual Report (Form 10-K) (Mar. 1, 2007), at F-3.*
*[6] IndyMac Bancorp, Inc., Annual Report (Form 10-K) (Mar. 1, 2007), at F-4.*
*[7] Washington Mutual, Inc., Annual Report (Form 10-K) (Mar. 1, 2007), at 85.*

**Appendix VI.B.4.a(4)**, Page 8 of 61

Residential Capital, LLC – Quarterly Solvency Analysis
Market Approach: Fair Market Value of Equity
Guideline Company Multiples
March 31, 2007 and June 30, 2007
*($ in Millions, except share prices)*

| March 31, 2007 | [A]<br>Share Price [1] | [B]<br>Shares<br>Outstanding<br>(in Millions) | [C] = [A] × [B]<br>Market Value of<br>Equity | [D]<br>Value of<br>Book Equity | [E] = [C] / [D]<br>P/NBV |
|---|---|---|---|---|---|
| Countrywide Financial Corporation [2] | $ 33.64 | 591.2 | $ 19,888.0 | $ 14,818.4 | 1.34x |
| IndyMac Bancorp, Inc. [3] | 32.05 | 73.6 | 2,358.2 | 2,054.8 | 1.15x |
| Washington Mutual, Inc. [4] | 40.38 | 882.1 | 35,619.6 | 24,578.0 | 1.45x |
| | | | | *Average* | *1.31x* |
| | | | | *Median* | *1.34x* |
| | | | | *Coefficient of Variation* | *11.6%* |

| June 30, 2007 | [A]<br>Share Price [1] | [B]<br>Shares<br>Outstanding<br>(in Millions) | [C] = [A] × [B]<br>Market Value of<br>Equity | [D]<br>Value of<br>Book Equity | [E] = [C] / [D]<br>P/NBV |
|---|---|---|---|---|---|
| Countrywide Financial Corporation [5] | $ 36.35 | 574.2 | $ 20,872.8 | $ 14,385.9 | 1.45x |
| IndyMac Bancorp, Inc. [6] | 29.17 | 73.7 | 2,148.8 | 2,050.4 | 1.05x |
| Washington Mutual, Inc. [7] | 42.64 | 869.7 | 37,085.0 | 24,210.0 | 1.53x |
| | | | | *Average* | *1.34x* |
| | | | | *Median* | *1.45x* |
| | | | | *Coefficient of Variation* | *19.3%* |

[1] Bloomberg.
[2] Countrywide Financial Corporation, Quarterly Report (Form 10-Q) (May 9, 2007), at 1.
[3] IndyMac Bancorp, Inc., Quarterly Report (Form 10-Q) (Apr. 26, 2007), at 59.
[4] Washington Mutual, Inc., Quarterly Report (Form 10-Q) (May 10, 2007), at 2.
[5] Countrywide Financial Corporation, Quarterly Report (Form 10-Q) (Aug. 9, 2007), at 1.
[6] IndyMac Bancorp, Inc., Quarterly Report (Form 10-Q) (July 31, 2007), at 70, 72.
[7] Washington Mutual, Inc., Quarterly Report (Form 10-Q) (Aug. 9, 2007), at 2.

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Equity**
**Guideline Company Multiples**
September 30, 2007 and December 31, 2007
*($ in Millions, except share prices)*

| September 30, 2007 | [A]<br>Share Price [1] | [B]<br>Shares Outstanding<br>(in Millions) | [C] = [A] × [B]<br>Market Value of<br>Equity | [D]<br>Value of<br>Book Equity | [E] = [C] / [D]<br>P/NBV |
|---|---|---|---|---|---|
| Countrywide Financial Corporation [2] | $ 19.01 | 576.4 | $ 10,956.9 | $ 15,252.2 | 0.72x |
| IndyMac Bancorp, Inc. [3] | 23.61 | 76.9 | 1,816.8 | 1,870.6 | 0.97x |
| Washington Mutual, Inc. [4] | 35.31 | 862.8 | 30,465.5 | 23,941.0 | 1.27x |
| | | | | *Average* | *0.99x* |
| | | | | *Median* | *0.97x* |
| | | | | *Coefficient of Variation* | *28.1%* |

| December 31, 2007 | [A]<br>Share Price [1] | [B]<br>Shares Outstanding<br>(in Millions) | [C] = [A] × [B]<br>Market Value of<br>Equity | [D]<br>Value of<br>Book Equity | [E] = [C] / [D]<br>P/NBV |
|---|---|---|---|---|---|
| Countrywide Financial Corporation [5] | $ 8.94 | 578.4 | $ 5,171.2 | $ 14,655.9 | 0.35x |
| IndyMac Bancorp, Inc. [6] | 5.95 | 80.9 | 481.3 | 1,343.8 | 0.36x |
| Washington Mutual, Inc. [7] | 13.61 | 863.0 | 11,745.9 | 24,584.0 | 0.48x |
| | | | | *Average* | *0.40x* |
| | | | | *Median* | *0.36x* |
| | | | | *Coefficient of Variation* | *17.8%* |

[1] *Bloomberg.*
[2] *Countrywide Financial Corporation, Quarterly Report (Form 10-Q) (Nov. 9, 2007), at 1.*
[3] *IndyMac Bancorp, Inc., Quarterly Report (Form 10-Q) (Nov. 6, 2007), at 73, 75.*
[4] *Washington Mutual, Inc., Quarterly Report (Form 10-Q) (Nov. 9, 2007), at 2.*
[5] *Countrywide Financial Corporation, Annual Report (Form 10-K) (Feb. 29, 2008), at F-3.*
[6] *IndyMac Bancorp, Inc., Annual Report (Form 10-K) (Feb. 29, 2008), at F-4, F-6.*
[7] *Washington Mutual, Inc., Annual Report (Form 10-K) (Feb. 29, 2008), at 104.*

Appendix VI.B.4.a(4), Page 10 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Equity**
**Guideline Company Multiples**
March 31, 2008 and June 30, 2008
*($ in Millions, except share prices)*

| | [A] | [B] Shares Outstanding (in Millions) | [C] = [A] × [B] Market Value of Equity | [D] Value of Book Equity | [E] = [C] / [D] |
|---|---|---|---|---|---|
| **March 31, 2008** | **Share Price** [1] | | | | **P/NBV** |
| Countrywide Financial Corporation [2] | $ 5.50 | 580.6 | $ 3,193.3 | $ 13,155.1 | 0.24x |
| IndyMac Bancorp, Inc. [3] | 4.96 | 87.8 | 435.6 | 959.0 | 0.45x |
| Washington Mutual, Inc. [4] | 10.30 | 876.6 | 9,029.1 | 22,449.0 | 0.40x |
| | | | | *Average* | *0.37x* |
| | | | | *Median* | *0.40x* |
| | | | | *Coefficient of Variation* | *30.1%* |

| | [A] | [B] Shares Outstanding (in Millions) | [C] = [A] × [B] Market Value of Equity | [D] Value of Book Equity | [E] = [C] / [D] |
|---|---|---|---|---|---|
| **June 30, 2008** | **Share Price** [1] | | | | **P/NBV** |
| Washington Mutual, Inc. [5] | $ 4.93 | 1,699.3 | $ 8,377.8 | $ 26,086.0 | 0.32x |

[1] *Bloomberg.*
[2] *Countrywide Financial Corporation, Quarterly Report (Form 10-Q) (May 12, 2008), at 1.*
[3] *IndyMac Bancorp, Inc., Quarterly Report (Form 10-Q) (May 12, 2008), at 72, 74.*
[4] *Washington Mutual, Inc., Quarterly Report (Form 10-Q) (May 12, 2008), at 2.*
[5] *Washington Mutual, Inc., Quarterly Report (Form 10-Q) (Aug. 11, 2008), at 2.*

Appendix VI.B.4.a(4), Page 10 of 61

Appendix VI.B.4.a(4), Page 11 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
**Summary**
2005 – 2011
*($ in Millions)*

| | [A]<br>Face Value<br>of Debt [1] | [B]<br>Fair Market Value<br>of Debt [1] | [C] = [B] - [A]<br>Fair Market Value<br>Surplus / (Deficit) | [D] = [B] / [A]<br>Fair Market Value/<br>Face Value |
|---|---|---|---|---|
| 12/31/05 | $ 43,050.0 | $ 43,173.3 | $ 123.3 | 100.3% |
| 03/31/06 | 41,617.3 | 41,672.8 | 55.5 | 100.1% |
| 06/30/06 | 43,317.4 | 43,154.5 | (162.9) | 99.6% |
| 09/30/06 | 49,271.0 | 49,402.0 | 131.0 | 100.3% |
| 12/31/06 | 52,601.4 | 52,711.0 | 109.6 | 100.2% |
| 03/31/07 | 47,009.5 | 46,872.9 | (136.6) | 99.7% |
| 06/30/07 | 43,573.3 | 43,178.0 | (395.3) | 99.1% |
| 09/30/07 | 39,644.1 | 36,284.8 | (3,359.3) | 91.5% |
| 12/31/07 | 34,835.2 | 28,804.7 | (6,030.5) | 82.7% |
| 03/31/08 | 31,619.1 | 23,702.0 | (7,917.1) | 75.0% |
| 06/30/08 | 26,127.6 | 19,134.6 | (6,993.0) | 73.2% |
| 09/30/08 | 21,772.4 | 10,992.6 | (10,779.8) | 50.5% |
| 12/31/08 | 15,993.9 | 7,668.5 | (8,325.4) | 47.9% |
| 03/31/09 | 13,781.3 | 8,591.3 | (5,190.0) | 62.3% |
| 06/30/09 | 11,978.7 | 9,391.2 | (2,587.5) | 78.4% |
| 09/30/09 | 10,502.2 | 8,566.6 | (1,935.6) | 81.6% |
| 12/31/09 | 9,909.4 | 8,501.6 | (1,407.8) | 85.8% |
| 03/31/10 | 9,170.0 | 8,863.5 | (306.5) | 96.7% |
| 06/30/10 | 7,766.8 | 7,517.3 | (249.5) | 96.8% |
| 09/30/10 | 7,013.5 | 6,952.5 | (61.0) | 99.1% |
| 12/31/10 | 6,991.2 | 7,016.9 | 25.6 | 100.4% |
| 03/31/11 | 6,618.6 | 6,663.9 | 45.3 | 100.7% |
| 06/30/11 | 6,397.3 | 6,359.3 | (38.0) | 99.4% |
| 09/30/11 | 6,088.7 | 5,111.9 | (976.7) | 84.0% |
| 12/30/11 | 5,894.8 | 4,373.8 | (1,521.0) | 74.2% |

[1] *See Appendix VI.B.4.a(4), at 12 –61.*

Appendix VI.B.4.a(4), Page 12 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
December 31, 2005 Summary
*($ in Millions, except bond prices)*

| | Face Value [1] | Decimal Price | | Market Value |
|---|---|---|---|---|
| Secured borrowings: | | | | |
| Borrowings from affiliate – short-term | $ 1,047.5 | 100.0 | [2] | $ 1,047.5 |
| Borrowings from affiliate – long-term | 4,130.0 | 100.0 | [2] | 4,130.0 |
| Collateralized borrowings in securitization trusts | N/A | N/A | [3] | N/A |
| Secured – short-term | 24,674.0 | 100.0 | [4] | 24,674.0 |
| Secured – long-term | 4,738.6 | 100.0 | [4] | 4,738.6 |
| FHLB – short-term | N/A | N/A | [3] | N/A |
| FHLB – long-term | N/A | N/A | [3] | N/A |
| Subtotal secured borrowings | 34,590.1 | | | 34,590.1 |
| | | | | |
| Unsecured borrowings: | | | | |
| Senior unsecured notes – long-term | 5,150.5 | 101.5 | [5] | 5,225.6 |
| Term loans and revolvers – long-term | 1,750.0 | 101.5 | [6] | 1,775.5 |
| Bank lines – short-term | 1,015.3 | 101.5 | [6] | 1,030.1 |
| Other – short-term | 261.8 | 101.5 | [6] | 265.6 |
| Other – long-term | 282.3 | 101.5 | [6] | 286.4 |
| Subtotal unsecured borrowings | 8,459.9 | | | 8,583.2 |
| | | | | |
| Total borrowings | $ 43,050.0 | | | $ 43,173.3 |

[1] Face value per Residential Capital, LLC, Annual Report (Form 10-K) (Mar. 13, 2007), at 81; Residential Capital Corporation, Annual Report (Form 10-K) (Mar. 28, 2006), at 74.

[2] Fair value disclosure per Residential Capital, LLC, Annual Report (Form 10-K) (Mar. 28, 2006), at 135.

[3] Debt related to assets not controlled by ResCap.

[4] Assumed at par.

[5] Weighted average pricing for unsecured notes per Interactive Data Corporation.

[6] Assumed pricing equals the pricing of the senior unsecured notes –long-term.

Appendix VI.B.4.a(4), Page 12 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
December 31, 2005 Pricing
*($ in Millions, except bond prices)*

**Residential Capital, LLC Bond Pricing**

| Maturity Date | Coupon | Debt Rank | Amount Outstanding [1] | [A] Price [2] | [B] Relative Percent of Debt Rank | [C] = [A] × [B] Weighted Average Price |
|---|---|---|---|---|---|---|
| 06/29/07 | Floating | Sr Unsecured | $ 1,000 | 100.2 | 19.0% | 19.1 |
| 11/21/08 | Floating | Sr Unsecured | 500 | 100.1 | 9.5% | 9.5 |
| 11/21/08 | 8.125% | Sr Unsecured | 750 | 100.2 | 14.3% | 14.3 |
| 06/30/10 | 6.375% | Sr Unsecured | 2,500 | 101.6 | 47.6% | 48.4 |
| 06/30/15 | 6.875% | Sr Unsecured | 500 | 106.3 | 9.5% | 10.1 |
| | | | $ 5,250 | | 100.0% | 101.5 |

[1] The Examiner's Financial Advisors recognize that the amount outstanding may differ slightly from the face value due to the timing and availability of data. Source: Bloomberg.
[2] Pricing per Interactive Data Corporation.

Appendix VI.B.4.a(4), Page 14 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
March 31, 2006 Summary
*($ in Millions, except bond prices)*

| | Face Value [1] | Decimal Price | | Market Value |
|---|---|---|---|---|
| **Secured borrowings:** | | | | |
| Borrowings from affiliate – short-term | $ 1,085.4 | 100.0 | [2] | $ 1,085.4 |
| Borrowings from affiliate – long-term | 3,630.0 | 100.0 | [2] | 3,630.0 |
| Collateralized borrowings in securitization trusts | N/A | N/A | [3] | N/A |
| Secured – short-term | 22,759.8 | 100.0 | [4] | 22,759.8 |
| Secured – long-term | 4,192.1 | 100.0 | [4] | 4,192.1 |
| FHLB advances – short-term | N/A | N/A | [3] | N/A |
| FHLB advances – long-term | N/A | N/A | [3] | N/A |
| Subtotal secured borrowings | 31,667.3 | | | 31,667.3 |
| | | | | |
| **Unsecured borrowings:** | | | | |
| Long-term unsecured non-affiliate borrowings | 7,101.4 | 100.8 | [5] | 7,155.1 |
| Short-term unsecured non-affiliate borrowings | 1,098.6 | 100.8 | [6] | 1,106.9 |
| Term loan | 1,750.0 | 99.6 | [7] | 1,743.4 |
| Subtotal unsecured borrowings | 9,950.0 | | | 10,005.5 |
| | | | | |
| Total borrowings | $ 41,617.3 | | | $ 41,672.8 |

[1] *Face value per Residential Capital Corporation, Quarterly Report (Form 10-Q) (May 5, 2006), at 15, 39.*
[2] *Fair value disclosure per Residential Capital Corporation, Annual Report (Form 10-K) (Mar. 28, 2006), at 135.*
[3] *Debt related to assets not controlled by ResCap.*
[4] *Assumed at par.*
[5] *Weighted average pricing for unsecured notes per Interactive Data Corporation.*
[6] *Assumed pricing equals the pricing of the long-term unsecured non-affiliate borrowings.*
[7] *Pricing per Thomson Reuters SMIntelligence.*

Appendix VI.B.4.a(4), Page 14 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
March 31, 2006 Pricing
*($ in Millions, except bond prices)*

**Residential Capital, LLC Bond Pricing**

| | | | | [A] | [B] | [C] = [A] × [B] |
| Maturity Date | Coupon | Debt Rank | Amount Outstanding [1] | Price [2] | Relative Percent of Debt Rank | Weighted Average Price |
|---|---|---|---|---|---|---|
| 06/29/07 | Floating | Sr Unsecured | $ 1,000 | 100.7 | 14.3% | 14.4 |
| 11/21/08 | Floating | Sr Unsecured | 500 | 101.2 | 7.1% | 7.2 |
| 11/21/08 | 8.125% | Sr Unsecured | 750 | 100.2 | 10.7% | 10.7 |
| 06/30/10 | 6.375% | Sr Unsecured | 2,500 | 100.7 | 35.7% | 36.0 |
| 02/22/11 | 6.000% | Sr Unsecured | 1,500 | 99.2 | 21.4% | 21.3 |
| 06/30/15 | 6.875% | Sr Unsecured | 750 | 104.3 | 10.7% | 11.2 |
| | | | $ 7,000 | | 100.0% | 100.8 |

**Residential Capital, LLC Term Loan Pricing [3]**

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/28/10 | | Unsecured | $ 1,750 | 99.6 | 100.0% | 99.6 |

[1] *The Examiner's Financial Advisors recognize that the amount outstanding may differ slightly from the face value due to the timing and availability of data. Source: Bloomberg.*

[2] *Pricing per Interactive Data Corporation.*

[3] *Pricing per Thomson Reuters SMIntelligence.*

Appendix VI.B.4.a(4), Page 16 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
June 30, 2006 Summary
*($ in Millions, except bond prices)*

| | Face Value [1] | | Decimal Price | | Market Value |
|---|---|---|---|---|---|
| Secured borrowings: | | | | | |
| Collateralized borrowings in securitization trusts | N/A | | N/A | (2) | N/A |
| Secured – short-term | $ 22,506.8 | | 100.0 | (3) | $ 22,506.8 |
| Secured – long-term | 5,730.0 | | 100.0 | (3) | 5,730.0 |
| FHLB advances – short-term | N/A | | N/A | (2) | N/A |
| FHLB advances – long-term | N/A | | N/A | (2) | N/A |
| Subtotal secured borrowings | 28,236.8 | | | | 28,236.8 |
| | | | | | |
| Unsecured borrowings: | | | | | |
| Long-term unsecured non-affiliate borrowings | 12,361.9 | | 98.9 | (4) | 12,228.1 |
| Short-term unsecured non-affiliate borrowings | 968.7 | | 98.9 | (5) | 958.2 |
| Term loan | 1,750.0 | | 98.9 | (6) | 1,731.4 |
| Subtotal unsecured borrowings | 15,080.6 | | | | 14,917.7 |
| | | | | | |
| Total borrowings | $ 43,317.4 | | | | $ 43,154.5 |

[1] *Face value per Residential Capital Corporation, Quarterly Report (Form 10-Q) (Aug. 8, 2006), at 17, 43.*
[2] *Debt related to assets not controlled by ResCap.*
[3] *Assumed at par.*
[4] *Weighted average pricing for unsecured notes per Interactive Data Corporation.*
[5] *Assumed pricing equals the pricing of the long-term unsecured non-affiliate borrowings.*
[6] *Pricing per Thomson Reuters SMIntelligence.*

Appendix VI.B.4.a(4), Page 17 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
June 30, 2006 Pricing
*($ in Millions, except bond prices)*

**Residential Capital, LLC Bond Pricing**

| | | | | [A] | [B] | [C] = [A] × [B] |
| Maturity Date | Coupon | Debt Rank | Amount Outstanding [1] | Price [2] | Relative Percent of Debt Rank | Weighted Average Price |
|---|---|---|---|---|---|---|
| 04/17/09 | Floating | Sr Subordinated | $ 1,000 | 100.0 | 8.0% | 8.0 |
| 06/29/07 | Floating | Sr Unsecured | 1,000 | 100.3 | 8.0% | 8.1 |
| 05/12/08 | Floating | Sr Unsecured | 224 | 100.0 | 1.8% | 1.8 |
| 11/21/08 | Floating | Sr Unsecured | 500 | 100.4 | 4.0% | 4.0 |
| 11/21/08 | 8.125% | Sr Unsecured | 750 | 98.8 | 6.0% | 6.0 |
| 04/17/09 | Floating | Sr Unsecured | 750 | 99.7 | 6.0% | 6.0 |
| 06/30/10 | 6.375% | Sr Unsecured | 2,500 | 98.6 | 20.1% | 19.9 |
| 02/22/11 | 6.000% | Sr Unsecured | 1,500 | 96.9 | 12.1% | 11.7 |
| 05/17/12 | 5.125% | Sr Unsecured | 959 | 98.9 | 7.7% | 7.6 |
| 04/17/13 | 6.500% | Sr Unsecured | 1,750 | 98.1 | 14.1% | 13.8 |
| 05/17/13 | 6.375% | Sr Unsecured | 739 | 99.4 | 6.0% | 5.9 |
| 06/30/15 | 6.875% | Sr Unsecured | 750 | 99.9 | 6.0% | 6.0 |
| | | | $ 12,422 | | 100.0% | 98.9 |

**Residential Capital, LLC Term Loan Pricing [3]**

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/28/10 | | Unsecured | $ 1,750 | 98.9 | 100.0% | 98.9 |

[1] *The Examiner's Financial Advisors recognize that the amount outstanding may differ slightly from the face value due to the timing and availability of data. Source: Bloomberg.*
[2] *Pricing per Interactive Data Corporation.*
[3] *Pricing per Thomson Reuters SMIntelligence.*

Appendix VI.B.4.a(4), Page 17 of 61

Appendix VI.B.4.a(4), Page 18 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
September 30, 2006 Summary
*($ in Millions, except bond prices)*

| | Face Value [1] | Decimal Price | | Market Value |
|---|---|---|---|---|
| Secured borrowings: | | | | |
| Collateralized borrowings in securitization trusts | N/A | N/A | [2] | N/A |
| Secured – short-term | $ 29,224.0 | 100.0 | [3] | $ 29,224.0 |
| Secured – long-term | 4,547.3 | 100.0 | [3] | 4,547.3 |
| FHLB advances – long-term | N/A | N/A | [2] | N/A |
| Subtotal secured borrowings | 33,771.3 | | | 33,771.3 |
| Unsecured borrowings: | | | | |
| Long-term unsecured non-affiliate borrowings | 12,764.4 | 101.0 | [4] | 12,894.2 |
| Short-term unsecured non-affiliate borrowings | 985.3 | 101.0 | [5] | 995.3 |
| Term loan | 1,750.0 | 99.5 | [6] | 1,741.3 |
| Subtotal unsecured borrowings | 15,499.7 | | | 15,630.7 |
| Total borrowings | $ 49,271.0 | | | $ 49,402.0 |

[1] Face value per Residential Capital, LLC, Quarterly Report (Form 10-Q) (Nov. 7, 2006), at 17, 45.
[2] Debt related to assets not controlled by ResCap.
[3] Assumed at par.
[4] Weighted average pricing for unsecured notes per Interactive Data Corporation.
[5] Assumed pricing equals the pricing of the long-term unsecured non-affiliate borrowings.
[6] Pricing per Thomson Reuters SMIntelligence.

Appendix VI.B.4.a(4), Page 18 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Market Value of Debt**
September 30, 2006 Pricing
*($ in Millions, except bond prices)*

**Residential Capital, LLC Bond Pricing**

| | | | | [A] | [B] | [C] = [A] × [B] |
| Maturity Date | Coupon | Debt Rank | Amount Outstanding [1] | Price [2] | Relative Percent of Debt Rank | Weighted Average Price |
|---|---|---|---|---|---|---|
| 04/17/09 | Floating | Sr Subordinated | $ 1,000 | 100.5 | 8.0% | 8.1 |
| 06/29/07 | Floating | Sr Unsecured | 1,000 | 100.5 | 8.0% | 8.1 |
| 05/12/08 | Floating | Sr Unsecured | 224 | 100.0 | 1.8% | 1.8 |
| 11/21/08 | Floating | Sr Unsecured | 500 | 101.1 | 4.0% | 4.1 |
| 11/21/08 | 8.125% | Sr Unsecured | 750 | 100.4 | 6.0% | 6.1 |
| 04/17/09 | Floating | Sr Unsecured | 750 | 100.7 | 6.0% | 6.1 |
| 06/30/10 | 6.375% | Sr Unsecured | 2,500 | 101.2 | 20.1% | 20.4 |
| 02/22/11 | 6.000% | Sr Unsecured | 1,500 | 99.9 | 12.1% | 12.1 |
| 05/17/12 | 5.125% | Sr Unsecured | 951 | 101.0 | 7.7% | 7.7 |
| 04/17/13 | 6.500% | Sr Unsecured | 1,750 | 101.6 | 14.1% | 14.3 |
| 05/17/13 | 6.375% | Sr Unsecured | 749 | 101.2 | 6.0% | 6.1 |
| 06/30/15 | 6.875% | Sr Unsecured | 750 | 103.9 | 6.0% | 6.3 |
| | | | $ 12,423 | | 100.0% | 101.0 |

**Residential Capital, LLC Term Loan Pricing [3]**

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/28/10 | | Unsecured | $ 1,750 | 99.5 | 100.0% | 99.5 |

*[1] The Examiner's Financial Advisors recognize that the amount outstanding may differ slightly from the face value due to the timing and availability of data. Source: Bloomberg.*
*[2] Pricing per Interactive Data Corporation.*
*[3] Pricing per Thomson Reuters SMIntelligence.*

Appendix VI.B.4.a(4), Page 19 of 61

Appendix VI.B.4.a(4), Page 20 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
December 31, 2006 Summary
*($ in Millions, except bond prices)*

| | Face Value [1] | Decimal Price | | Market Value |
|---|---|---|---|---|
| **Secured borrowings:** | | | | |
| Collateralized borrowings in securitization trusts | N/A | N/A | [2] | N/A |
| Secured – short-term | $ 29,065.9 | 100.0 | [3] | $ 29,065.9 |
| Secured – long-term | 6,562.6 | 100.0 | [3] | 6,562.6 |
| FHLB advances – long-term | N/A | N/A | [2] | N/A |
| Subtotal secured borrowings | 35,628.5 | | | 35,628.5 |
| | | | | |
| **Unsecured borrowings:** | | | | |
| Senior unsecured notes – long-term | 12,408.8 | 100.8 | [4] | 12,507.4 |
| Subordinated unsecured note – long-term | 1,000.0 | 100.5 | [5] | 1,005.4 |
| Term loans and revolvers – long-term | 1,750.0 | 99.5 | [6] | 1,741.3 |
| Bank lines – short-term | 756.0 | 100.8 | [7] | 762.0 |
| Bank lines – long-term | 21.8 | 100.8 | [7] | 22.0 |
| Other – short-term | 392.7 | 100.8 | [7] | 395.8 |
| Other – long-term | 643.6 | 100.8 | [7] | 648.7 |
| Subtotal unsecured borrowings | 16,972.9 | | | 17,082.5 |
| | | | | |
| Total borrowings | $ 52,601.4 | | | $ 52,711.0 |

[1] *Face value per Residential Capital, LLC, Annual Report (Form 10-K) (Mar. 13, 2007), at 81.*

[2] *Debt related to assets not controlled by ResCap.*

[3] *Assumed at par.*

[4] *Weighted average pricing for unsecured notes per Interactive Data Corporation.*

[5] *Pricing per Interactive Data Corporation.*

[6] *Pricing per Thomson Reuters SMintelligence.*

[7] *Assumed pricing equals the pricing of the senior unsecured notes –long-term.*

Appendix VI.B.4.a(4), Page 20 of 61

Appendix VI.B.4.a(4), Page 21 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
December 31, 2006 Pricing
(*$ in Millions, except bond prices*)

### Residential Capital, LLC Bond Pricing

|  |  |  |  | [A] | [B] | [C] = [A] × [B] |
|---|---|---|---|---|---|---|
| Maturity Date | Coupon | Debt Rank | Amount Outstanding [(1)] | Price [(2)] | Relative Percent of Debt Rank | Weighted Average Price |
| 04/17/09 | Floating | Sr Subordinated | $ 1,000 | 100.5 | 100.0% | 100.5 |
| 06/29/07 | Floating | Sr Unsecured | $ 1,000 | 100.5 | 7.9% | 7.9 |
| 05/12/08 | Floating | Sr Unsecured | 214 | 100.0 | 1.7% | 1.7 |
| 06/09/08 | Floating | Sr Unsecured | 1,250 | 99.8 | 9.8% | 9.8 |
| 11/21/08 | Floating | Sr Unsecured | 500 | 101.2 | 3.9% | 4.0 |
| 11/21/08 | 8.125% | Sr Unsecured | 750 | 100.5 | 5.9% | 5.9 |
| 04/17/09 | Floating | Sr Unsecured | 750 | 101.0 | 5.9% | 5.9 |
| 06/30/10 | 6.375% | Sr Unsecured | 2,500 | 101.2 | 19.6% | 19.9 |
| 02/22/11 | 6.000% | Sr Unsecured | 1,500 | 99.8 | 11.8% | 11.8 |
| 05/17/12 | 5.125% | Sr Unsecured | 990 | 100.3 | 7.8% | 7.8 |
| 04/17/13 | 6.500% | Sr Unsecured | 1,750 | 101.3 | 13.7% | 13.9 |
| 05/17/13 | 6.375% | Sr Unsecured | 784 | 100.2 | 6.2% | 6.2 |
| 06/30/15 | 6.875% | Sr Unsecured | 750 | 103.7 | 5.9% | 6.1 |
|  |  |  | $ 12,738 |  | 100.0% | 100.8 |

### Residential Capital, LLC Term Loan Pricing [(3)]

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 07/28/10 |  | Unsecured | $ 1,750 | 99.5 | 100.0% | 99.5 |

[(1)] *The Examiner's Financial Advisors recognize that the amount outstanding may differ slightly from the face value due to the timing and availability of data. Source: Bloomberg.*
[(2)] *Pricing per Interactive Data Corporation.*
[(3)] *Pricing per Thomson Reuters SMintelligence.*

Appendix VI.B.4.a(4), Page 22 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
March 31, 2007 Summary
*($ in Millions, except bond prices)*

| | Face Value [1] | | Decimal Price | | Market Value |
|---|---|---|---|---|---|
| Secured borrowings: | | | | | |
| Collateralized borrowings in securitization trusts | N/A | (2) | N/A | (2) | N/A |
| Secured – short-term | $ 26,358.6 | | 100.0 | (3) | $ 26,358.6 |
| Secured – long-term | 3,343.3 | | 100.0 | (3) | 3,343.3 |
| FHLB advances – long-term | N/A | | N/A | (2) | N/A |
| Subtotal secured borrowings | 29,701.9 | | | | 29,701.9 |
| | | | | | |
| Unsecured borrowings: | | | | | |
| Senior unsecured notes – long-term | 12,441.6 | | 99.2 | (4) | 12,341.6 |
| Subordinated unsecured note – long-term | 1,000.0 | | 99.1 | (5) | 991.3 |
| Term loans and revolvers – long-term | 1,750.0 | | 99.4 | (6) | 1,739.1 |
| Bank lines – short-term | 1,251.4 | | 99.2 | (7) | 1,241.3 |
| Bank lines – long-term | 23.5 | | 99.2 | (7) | 23.3 |
| Other – short-term | 338.4 | | 99.2 | (7) | 335.7 |
| Other – long-term | 502.7 | | 99.2 | (7) | 498.7 |
| Subtotal unsecured borrowings | 17,307.6 | | | | 17,171.0 |
| | | | | | |
| Total borrowings | $ 47,009.5 | | | | $ 46,872.9 |

[1] *Face value per Residential Capital, LLC, Quarterly Report (Form 10-Q) (May 8, 2007), at 40.*
[2] *Debt related to assets not controlled by ResCap.*
[3] *Assumed at par.*
[4] *Weighted average pricing for unsecured notes per Interactive Data Corporation.*
[5] *Pricing per Interactive Data Corporation.*
[6] *Pricing per Thomson Reuters SMintelligence.*
[7] *Assumed pricing equals the pricing of the senior unsecured notes –long-term.*

Appendix VI.B.4.a(4), Page 22 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
March 31, 2007 Pricing
(*$ in Millions, except bond prices*)

**Residential Capital, LLC Bond Pricing**

| Maturity Date | Coupon | Debt Rank | Amount Outstanding [1] | [A] Price [2] | [B] Relative Percent of Debt Rank | [C] = [A] × [B] Weighted Average Price |
|---|---|---|---|---|---|---|
| 04/17/09 | Floating | Sr Subordinated | $ 1,000 | 99.1 | 100.0% | 99.1 |
| 06/29/07 | Floating | Sr Unsecured | $ 1,000 | 100.1 | 7.8% | 7.8 |
| 05/12/08 | Floating | Sr Unsecured | 217 | 99.3 | 1.7% | 1.7 |
| 6/9/2008 | Floating | Sr Unsecured | 1,250 | 99.0 | 9.8% | 9.7 |
| 11/21/08 | Floating | Sr Unsecured | 500 | 100.2 | 3.9% | 3.9 |
| 11/21/08 | 8.125% | Sr Unsecured | 750 | 99.9 | 5.9% | 5.9 |
| 04/17/09 | Floating | Sr Unsecured | 750 | 99.6 | 5.9% | 5.9 |
| 06/30/10 | 6.375% | Sr Unsecured | 2,500 | 100.0 | 19.6% | 19.6 |
| 02/22/11 | 6.000% | Sr Unsecured | 1,500 | 98.6 | 11.8% | 11.6 |
| 05/17/12 | 5.125% | Sr Unsecured | 1,002 | 97.0 | 7.9% | 7.6 |
| 04/17/13 | 6.500% | Sr Unsecured | 1,750 | 99.1 | 13.7% | 13.6 |
| 05/17/13 | 6.375% | Sr Unsecured | 787 | 96.7 | 6.2% | 6.0 |
| 06/30/15 | 6.875% | Sr Unsecured | 750 | 100.9 | 5.9% | 5.9 |
| | | | $ 12,755 | | 100.0% | 99.2 |

**Residential Capital, LLC Term Loan Pricing** [3]

| Maturity Date | Coupon | Debt Rank | Amount Outstanding [1] | [A] Price [2] | [B] Relative Percent of Debt Rank | [C] = [A] × [B] Weighted Average Price |
|---|---|---|---|---|---|---|
| 07/28/10 | | Unsecured | $ 1,750 | 99.4 | 100.0% | 99.4 |

[1] *The Examiner's Financial Advisors recognize that the amount outstanding may differ slightly from the face value due to the timing and availability of data. Source: Bloomberg.*
[2] *Pricing per Interactive Data Corporation.*
[3] *Pricing per Thomson Reuters SMIntelligence.*

Appendix VI.B.4.a(4), Page 24 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
June 30, 2007 Summary
*($ in Millions, except bond prices)*

| | Face Value [1] | Decimal Price | | Market Value |
|---|---|---|---|---|
| **Secured borrowings:** | | | | |
| Collateralized borrowings in securitization trusts | N/A | N/A | [2] | N/A |
| Secured – short-term | $ 22,065.4 | 100.0 | [3] | $ 22,065.4 |
| Secured – long-term | 1,758.6 | 100.0 | [3] | 1,758.6 |
| FHLB advances – long-term | N/A | N/A | [2] | N/A |
| Subtotal secured borrowings | 23,824.0 | | | 23,824.0 |
| | | | | |
| **Unsecured borrowings:** | | | | |
| Senior unsecured notes – long-term | 15,140.0 | 97.8 | [4] | 14,800.7 |
| Subordinated unsecured note – long-term | 1,000.0 | 99.6 | [5] | 995.5 |
| Term loans and revolvers – long-term | 1,750.0 | 99.4 | [6] | 1,740.2 |
| Bank lines – short-term | 822.2 | 97.8 | [7] | 803.8 |
| Bank lines – long-term | 25.8 | 97.8 | [7] | 25.2 |
| Other – short-term | 315.4 | 97.8 | [7] | 308.3 |
| Other – long-term | 695.9 | 97.8 | [7] | 680.3 |
| Subtotal unsecured borrowings | 19,749.3 | | | 19,354.0 |
| | | | | |
| Total borrowings | $ 43,573.3 | | | $ 43,178.0 |

[1] *Face value per Residential Capital, LLC, Quarterly Report (Form 10-Q) (Aug. 7, 2007), at 44.*
[2] *Debt related to assets not controlled by ResCap.*
[3] *Assumed at par.*
[4] *Weighted average pricing for unsecured notes per Interactive Data Corporation.*
[5] *Pricing per Interactive Data Corporation.*
[6] *Pricing per Thomson Reuters SMintelligence.*
[7] *Assumed pricing equals the pricing of the senior unsecured notes–long-term.*

Appendix VI.B.4.a(4), Page 24 of 61

Appendix V.I.B.4.a(4), Page 25 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
June 30, 2007 Pricing
*($ in Millions, except bond prices)*

### Residential Capital, LLC Bond Pricing

| | | | | [A] | [B] | [C] = [A] × [B] |
|---|---|---|---|---|---|---|
| Maturity Date | Coupon | Debt Rank | Amount Outstanding [1] | Price [2] | Relative Percent of Debt Rank | Weighted Average Price |
| 04/17/09 | Floating | Sr Subordinated | $ 1,000 | 99.6 | 100.0% | 99.6 |
| 05/12/08 | Floating | Sr Unsecured | $ 235 | 99.4 | 1.5% | 1.5 |
| 06/09/08 | Floating | Sr Unsecured | 1,250 | 99.0 | 8.0% | 7.9 |
| 11/21/08 | Floating | Sr Unsecured | 500 | 100.3 | 3.2% | 3.2 |
| 11/21/08 | 8.125% | Sr Unsecured | 750 | 99.1 | 4.8% | 4.7 |
| 04/17/09 | Floating | Sr Unsecured | 750 | 99.8 | 4.8% | 4.8 |
| 05/22/09 | Floating | Sr Unsecured | 1,000 | 99.5 | 6.4% | 6.4 |
| 06/30/10 | 6.375% | Sr Unsecured | 2,500 | 98.7 [3] | 16.0% | 15.7 |
| 09/27/10 | Floating | Sr Unsecured | 813 | 99.5 | 5.2% | 5.2 |
| 02/22/11 | 6.000% | Sr Unsecured | 1,500 | 96.8 | 9.6% | 9.3 |
| 05/17/12 | 5.125% | Sr Unsecured | 1,016 | 94.9 | 6.5% | 6.1 |
| 06/01/12 | 6.500% | Sr Unsecured | 1,250 | 97.6 | 8.0% | 7.8 |
| 04/17/13 | 6.500% | Sr Unsecured | 1,750 | 96.7 | 11.2% | 10.8 |
| 05/17/13 | 6.375% | Sr Unsecured | 804 | 91.6 | 5.1% | 4.7 |
| 07/01/14 | 7.875% | Sr Unsecured | 804 | 98.8 | 5.1% | 5.1 |
| 06/30/15 | 6.875% | Sr Unsecured | 750 | 97.0 | 4.8% | 4.6 |
| | | | $ 15,670 | | 100.0% | 97.8 |

### Residential Capital, LLC Term Loan Pricing [4]

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/28/10 | | Unsecured | $ 1,750 | 99.4 | 100.0% | 99.4 |

[1] *The Examiner's Financial Advisors recognize that the amount outstanding may differ slightly from the face value due to the timing and availability of data. Source: Bloomberg.*
[2] *Pricing per Interactive Data Corporation.*
[3] *Pricing per Advantage Data Inc.*
[4] *Pricing per Thomson Reuters SMIntelligence.*

Appendix V.I.B.4.a(4), Page 25 of 61

Appendix VI.B.4.a(4), Page 26 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
September 30, 2007 Summary
*($ in Millions, except bond prices)*

| | Face Value [1] | Decimal Price | | Market Value |
|---|---|---|---|---|
| Secured borrowings: | | | | |
| Collateralized borrowings in securitization trusts | N/A | N/A | [2] | N/A |
| Secured – short-term | $ 17,475.8 | 100.0 | [3] | $ 17,475.8 |
| Secured – long-term | 2,091.1 | 100.0 | [3] | 2,091.1 |
| FHLB advances – long-term | N/A | N/A | [2] | N/A |
| Subtotal secured borrowings | 19,566.9 | | | 19,566.9 |
| | | | | |
| Unsecured borrowings: | | | | |
| Senior unsecured notes – long-term | 15,518.8 | 83.2 | [4] | 12,904.2 |
| Subordinated unsecured note – long-term | 1,000.0 | 70.0 | [5] | 700.0 |
| Term loans and revolvers – long-term | 1,750.0 | 92.0 | [6] | 1,610.0 |
| Bank lines – short-term | 696.2 | 83.2 | [7] | 578.9 |
| Bank lines – long-term | 32.0 | 83.2 | [7] | 26.6 |
| Other – short-term | 370.0 | 83.2 | [7] | 307.7 |
| Other – long-term | 710.2 | 83.2 | [7] | 590.5 |
| Subtotal unsecured borrowings | 20,077.2 | | | 16,717.9 |
| | | | | |
| Total borrowings | $ 39,644.1 | | | $ 36,284.8 |

[1] *Face value per Residential Capital, LLC, Quarterly Report (Form 10-Q) (Nov. 8, 2007), at 51.*
[2] *Debt related to assets not controlled by ResCap.*
[3] *Assumed at par.*
[4] *Weighted average pricing for unsecured notes per Interactive Data Corporation.*
[5] *Pricing per Interactive Data Corporation.*
[6] *Pricing per Thomson Reuters SMintelligence.*
[7] *Assumed pricing equals the pricing of the senior unsecured notes–long-term.*

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
September 30, 2007 Pricing
*($ in Millions, except bond prices)*

**Residential Capital, LLC Bond Pricing**

| | | | | [A] | [B] | [C] = [A] × [B] |
|---|---|---|---|---|---|---|
| Maturity Date | Coupon | Debt Rank | Amount Outstanding [1] | Price [2] | Relative Percent of Debt Rank | Weighted Average Price |
| 04/17/09 | Floating | Sr Subordinated | $ 1,000 | 70.0 | 100.0% | 70.0 |
| 05/12/08 | Floating | Sr Unsecured | $ 235 | 93.2 | 1.5% | 1.4 |
| 06/09/08 | Floating | Sr Unsecured | 1,250 | 92.0 | 8.0% | 7.3 |
| 11/21/08 | Floating | Sr Unsecured | 500 | 89.8 | 3.2% | 2.9 |
| 11/21/08 | 8.125% | Sr Unsecured | 750 | 89.5 | 4.8% | 4.3 |
| 04/17/09 | Floating | Sr Unsecured | 750 | 85.0 | 4.8% | 4.1 |
| 05/22/09 | Floating | Sr Unsecured | 1,000 | 85.0 | 6.4% | 5.4 |
| 06/30/10 | 6.375% | Sr Unsecured | 2,500 | 83.0 | 15.9% | 13.2 |
| 09/27/10 | Floating | Sr Unsecured | 821 | 80.0 | 5.2% | 4.2 |
| 02/22/11 | 6.000% | Sr Unsecured | 1,500 | 81.5 | 9.6% | 7.8 |
| 05/17/12 | 5.125% | Sr Unsecured | 1,026 | 79.0 | 6.5% | 5.2 |
| 06/01/12 | 6.500% | Sr Unsecured | 1,250 | 81.0 | 8.0% | 6.4 |
| 04/17/13 | 6.500% | Sr Unsecured | 1,750 | 80.8 | 11.1% | 9.0 |
| 05/17/13 | 6.375% | Sr Unsecured | 810 | 78.0 | 5.2% | 4.0 |
| 07/01/14 | 7.875% | Sr Unsecured | 810 | 80.5 | 5.2% | 4.2 |
| 06/30/15 | 6.875% | Sr Unsecured | 750 | 80.8 | 4.8% | 3.9 |
| | | | $ 15,702 | | 100.0% | 83.2 |

**Residential Capital, LLC Term Loan Pricing [3]**

| | | | | [A] | [B] | [C] = [A] × [B] |
|---|---|---|---|---|---|---|
| 07/28/10 | | Unsecured | $ 1,750 | 92.0 | 100.0% | 92.0 |

[1] The Examiner's Financial Advisors recognize that the amount outstanding may differ slightly from the face value due to the timing and availability of data. Source: ResCap Executive Liquidity Report, dated Sep. 12, 2007 [CCM0000S938].
[2] Pricing per Interactive Data Corporation.
[3] Pricing per Thomson Reuters SMIntelligence.

**Appendix VI.B.4.a(4)**, Page 28 of 61

Residential Capital, LLC – Quarterly Solvency Analysis
**Market Approach: Fair Market Value of Debt**
December 31, 2007 Summary
*($ in Millions, except bond prices)*

| | Face Value [1] | Decimal Price | | Market Value |
|---|---|---|---|---|
| **Secured borrowings:** | | | | |
| Collateralized borrowings in securitization trusts | N/A | N/A | [2] | N/A |
| Secured aggregation facilities | $ 8,402.2 | 100.0 | [3] | $ 8,402.2 |
| Repurchase agreements | 3,645.1 | 100.0 | [3] | 3,645.1 |
| Mortgage servicing rights facilities | 1,444.0 | 100.0 | [3] | 1,444.0 |
| Servicing advances | 791.3 | 100.0 | [3] | 791.3 |
| Debt collateralized by mortgage loans | 1,782.0 | 100.0 | [3] | 1,782.0 |
| FHLB advances | N/A | N/A | [2] | N/A |
| Other | 423.6 | 100.0 | [3] | 423.6 |
| Subtotal secured borrowings | 16,488.2 | | | 16,488.2 |
| **Unsecured borrowings:** | | | | |
| Senior unsecured notes – long-term | 14,550.4 | 65.8 | [4] | 9,576.6 |
| Subordinated unsecured note – long-term | 758.3 | 49.3 | [5] | 373.5 |
| Term loans and revolvers – long-term | 1,750.0 | 86.8 | [6] | 1,518.6 |
| Bank lines – short-term | 278.3 | 65.8 | [7] | 183.2 |
| Bank lines – long-term | 33.2 | 65.8 | [7] | 21.9 |
| Other – short-term | 347.0 | 65.8 | [7] | 228.4 |
| Other – long-term | 629.8 | 65.8 | [7] | 414.5 |
| Subtotal unsecured borrowings | 18,347.0 | | | 12,316.5 |
| Total borrowings | $ 34,835.2 | | | $ 28,804.7 |

[1] *Face value per Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2008), at 81; Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009), at 96.*
[2] *Debt related to assets not controlled by ResCap.*
[3] *Assumed at par.*
[4] *Weighted average pricing for unsecured notes per Interactive Data Corporation.*
[5] *Pricing per Interactive Data Corporation.*
[6] *Pricing per Thomson Reuters SMIntelligence.*
[7] *Assumed pricing equals the pricing of the senior unsecured notes –long-term.*

Appendix VI.B.4.a(4), Page 28 of 61

Appendix VI.B.4.a(4), Page 29 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
December 31, 2007 Pricing
*($ in Millions, except bond prices)*

## Residential Capital, LLC Bond Pricing

| Maturity Date | Coupon | Debt Rank | Amount Outstanding [1] | [A] Price [2] | [B] Relative Percent of Debt Rank | [C] = [A] × [B] Weighted Average Price |
|---|---|---|---|---|---|---|
| 04/17/09 | Floating | Sr Subordinated | $ 1,000 | 49.3 | 100.0% | 49.3 |
| 05/12/08 | Floating | Sr Unsecured | $ 251 | 87.5 | 1.6% | 1.4 |
| 06/09/08 | Floating | Sr Unsecured | 1,250 | 85.5 | 7.9% | 6.7 |
| 11/21/08 | Floating | Sr Unsecured | 500 | 79.5 | 3.1% | 2.5 |
| 11/21/08 | 8.125% | Sr Unsecured | 750 | 79.5 | 4.7% | 3.8 |
| 04/17/09 | Floating | Sr Unsecured | 750 | 71.0 | 4.7% | 3.4 |
| 05/22/09 | Floating | Sr Unsecured | 1,000 | 71.0 | 6.3% | 4.5 |
| 06/30/10 | 6.375% | Sr Unsecured | 2,500 | 64.0 | 15.7% | 10.1 |
| 09/27/10 | Floating | Sr Unsecured | 885 | 58.5 | 5.6% | 3.3 |
| 02/22/11 | 6.000% | Sr Unsecured | 1,500 | 62.3 | 9.4% | 5.9 |
| 05/17/12 | 5.125% | Sr Unsecured | 1,106 | 57.5 | 7.0% | 4.0 |
| 06/01/12 | 6.500% | Sr Unsecured | 1,250 | 61.5 | 7.9% | 4.8 |
| 04/17/13 | 6.500% | Sr Unsecured | 1,750 | 61.5 | 11.0% | 6.8 |
| 05/17/13 | 6.375% | Sr Unsecured | 825 | 56.5 | 5.2% | 2.9 |
| 07/01/14 | 7.875% | Sr Unsecured | 825 | 58.5 | 5.2% | 3.0 |
| 06/30/15 | 6.875% | Sr Unsecured | 750 | 60.5 | 4.7% | 2.9 |
| | | | $ 15,890 | | 100.0% | 65.8 |

**Residential Capital, LLC Term Loan Pricing [3]**

| Maturity Date | Coupon | Debt Rank | Amount Outstanding [1] | [A] Price [2] | [B] Relative Percent of Debt Rank | [C] = [A] × [B] Weighted Average Price |
|---|---|---|---|---|---|---|
| 07/28/10 | | Unsecured | $ 1,750 | 86.8 | 100.0% | 86.8 |

[1] *The Examiner's Financial Advisors recognize that the amount outstanding may differ slightly from the face value due to the timing and availability of data. Source: ResCap Executive Liquidity Report, dated Jan. 7, 2008 [EXAM10058841].*
[2] *Pricing per Interactive Data Corporation.*
[3] *Pricing per Thomson Reuters SMIntelligence.*

Appendix VI.B.4.a(4), Page 29 of 61

**Appendix VI.B.4.a(4),** Page 30 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
March 31, 2008 Summary
*($ in Millions, except bond prices)*

| | Face Value [1] | | Decimal Price | | Market Value |
|---|---|---|---|---|---|
| Secured borrowings: | | | | | |
| Borrowings from parent | $ 655.0 | | 100.0 | [3] | $ 655.0 |
| Collateralized borrowings in securitization trusts | N/A | | N/A | [2] | N/A |
| Secured – short-term | 12,844.1 | | 100.0 | [3] | 12,844.1 |
| Secured – long-term | 593.3 | | 100.0 | [3] | 593.3 |
| FHLB advances – short-term | N/A | | N/A | [2] | N/A |
| FHLB advances – long-term | N/A | | N/A | [2] | N/A |
| Subtotal secured borrowings | 14,092.4 | | | | 14,092.4 |
| | | | | | |
| Unsecured borrowings: | | | | | |
| Senior unsecured notes – long-term | 13,874.1 | | 53.3 | [4] | 7,396.5 |
| Subordinated unsecured note – long-term | 577.0 | | 37.0 | [5] | 213.5 |
| Term loans and revolvers – long-term | 1,750.0 | | 73.9 | [6] | 1,292.8 |
| Bank lines – short-term | 233.3 | | 53.3 | [7] | 124.4 |
| Bank lines – long-term | 33.7 | | 53.3 | [7] | 18.0 |
| Other unsecured – short-term | 432.3 | | 53.3 | [7] | 230.5 |
| Other unsecured – long-term | 626.3 | | 53.3 | [7] | 333.9 |
| Subtotal unsecured borrowings | 17,526.7 | | | | 9,609.6 |
| | | | | | |
| Total borrowings | $ 31,619.1 | | | | $ 23,702.0 |

[1] *Face value per Residential Capital, LLC, Quarterly Report (Form 10-Q) (May 7, 2008), at 65.*
[2] *Debt related to assets not controlled by ResCap.*
[3] *Assumed at par.*
[4] *Weighted average pricing for unsecured notes per Interactive Data Corporation.*
[5] *Pricing per Interactive Data Corporation.*
[6] *Pricing per Thomson Reuters SMIntelligence.*
[7] *Assumed pricing equals the pricing of the senior unsecured notes–long-term.*

**Appendix VI.B.4.a(4),** Page 30 of 61

Appendix VI.B.4.a(4), Page 31 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
March 31, 2008 Pricing
*($ in Millions, except bond prices)*

**Residential Capital, LLC Bond Pricing**

| Maturity Date | Coupon | Debt Rank | Amount Outstanding [1] | [A] Price [2] | [B] Relative Percent of Debt Rank | [C] = [A] × [B] Weighted Average Price |
|---|---|---|---|---|---|---|
| 04/17/09 | Floating | Sr Subordinated | $    577 | 37.0 | 100.0% | 37.0 |
| 05/12/08 | Floating | Sr Unsecured | $    244 | 76.0 | 1.6% | 1.2 |
| 06/09/08 | Floating | Sr Unsecured | 1,199 | 79.0 | 7.7% | 6.1 |
| 11/21/08 | Floating | Sr Unsecured | 470 | 68.0 | 3.0% | 2.1 |
| 11/21/08 | 8.125% | Sr Unsecured | 684 | 69.0 | 4.4% | 3.0 |
| 04/17/09 | Floating | Sr Unsecured | 750 | 57.0 | 4.8% | 2.8 |
| 05/22/09 | Floating | Sr Unsecured | 1,000 | 57.0 | 6.5% | 3.7 |
| 06/30/10 | 6.375% | Sr Unsecured | 2,500 | 50.3 | 16.1% | 8.1 |
| 09/27/10 | Floating | Sr Unsecured | 947 | 45.0 | 6.1% | 2.8 |
| 02/22/11 | 6.000% | Sr Unsecured | 1,500 | 49.0 | 9.7% | 4.7 |
| 05/17/12 | 5.125% | Sr Unsecured | 1,184 | 45.5 | 7.6% | 3.5 |
| 06/01/12 | 6.500% | Sr Unsecured | 1,250 | 49.0 | 8.1% | 4.0 |
| 04/17/13 | 6.500% | Sr Unsecured | 1,605 | 48.5 | 10.4% | 5.0 |
| 05/17/13 | 6.375% | Sr Unsecured | 692 | 44.5 | 4.5% | 2.0 |
| 07/01/14 | 7.875% | Sr Unsecured | 720 | 44.5 | 4.6% | 2.1 |
| 06/30/15 | 6.875% | Sr Unsecured | 750 | 48.5 | 4.8% | 2.3 |
|  |  |  | $ 15,494 |  | 100.0% | 53.3 |

**Residential Capital, LLC Term Loan Pricing** [3]

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/28/10 | | Unsecured | $  1,750 | 73.9 | 100.0% | 73.9 |

[1] The Examiner's Financial Advisors recognize that the amount outstanding may differ slightly from the face value due to the timing and availability of data. Source: Bloomberg.
[2] Pricing per Interactive Data Corporation.
[3] Pricing per Thomson Reuters SMintelligence.

Appendix VI.B.4.a(4), Page 31 of 61

Appendix VI.B.4.a(4), Page 32 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
June 30, 2008 Summary
*($ in Millions, except bond prices)*

| | Face Value [1] | Price | | Market Value |
|---|---|---|---|---|
| Secured borrowings: | | | | |
| Borrowings from parent | $ 4,700.0 | 100.0 | [3] | $ 4,700.0 |
| Borrowings from affiliate | 971.7 | 100.0 | [3] | 971.7 |
| Collateralized borrowings in securitization trusts | N/A | N/A | [2] | N/A |
| Senior secured notes – long-term | 1,801.4 | 84.0 | [4] | 1,513.2 |
| Junior secured notes – long-term | 5,112.9 | 48.5 | [4] | 2,479.8 |
| Secured – short-term | 8,168.8 | 84.0 | [5] | 6,861.8 |
| Secured – long-term | 79.4 | 84.0 | [5] | 66.7 |
| FHLB advances- long-term | N/A | N/A | [2] | N/A |
| Subtotal secured borrowings | 20,834.2 | | | 16,593.1 |
| | | | | |
| Unsecured borrowings: | | | | |
| Senior unsecured notes – long-term | 4,113.3 | 47.1 | [6] | 1,939.2 |
| Subordinated unsecured note – long-term | 205.4 | 69.5 | [4] | 142.8 |
| Bank lines – short-term | 227.4 | 47.1 | [7] | 107.2 |
| Bank lines – long-term | 37.0 | 47.1 | [7] | 17.4 |
| Other unsecured – short-term | 312.9 | 47.1 | [7] | 147.5 |
| Other unsecured – long-term | 397.4 | 47.1 | [7] | 187.4 |
| Subtotal unsecured borrowings | 5,293.4 | | | 2,541.4 |
| | | | | |
| Total borrowings | $ 26,127.6 | | | $ 19,134.6 |

[1] *Face value per Residential Capital, LLC, Quarterly Report (Form 10-Q) (Aug. 8, 2008), at 78.*
[2] *Debt related to assets not controlled by ResCap.*
[3] *Assumed at par.*
[4] *Pricing per Interactive Data Corporation.*
[5] *Assumed pricing equals the pricing of the senior secured notes – long-term.*
[6] *Weighted average pricing for unsecured notes per Interactive Data Corporation.*
[7] *Assumed pricing equals the pricing of the senior unsecured notes–long-term.*

Appendix VI.B.4.a(4), Page 32 of 61

Appendix **VI.B.4.a(4)**, Page 33 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
June 30, 2008 Pricing
(*$ in Millions, except bond prices*)

**Residential Capital, LLC Bond Pricing**

| Maturity Date | Coupon | Debt Rank | Amount Outstanding [1] | [A] Price [2] | [B] Relative Percent of Debt Rank | [C] = [A] × [B] Weighted Average Price |
|---|---|---|---|---|---|---|
| 05/15/10 | 8.500% | 2nd Lien | $ 1,670 | 84.0 | 100.0% | 84.0 |
| 05/15/15 | 9.625% | 3rd Lien | $ 4,024 | 48.5 | 100.0% | 48.5 |
| 04/17/09 | Floating | Sr Subordinated | $    205 | 69.5 | 100.0% | 69.5 |
| 11/21/08 | Floating | Sr Unsecured | $    112 | 87.5 | 2.8% | 2.4 |
| 11/21/08 | 8.125% | Sr Unsecured | 163 | 87.5 | 4.1% | 3.6 |
| 04/17/09 | Floating | Sr Unsecured | 63 | 72.0 | 1.6% | 1.1 |
| 05/22/09 | Floating | Sr Unsecured | 132 | 72.0 | 3.3% | 2.4 |
| 06/30/10 | 6.375% | Sr Unsecured | 1,253 | 42.0 | 31.3% | 13.1 |
| 09/27/10 | Floating | Sr Unsecured | 564 | 51.5 | 14.1% | 7.3 |
| 02/22/11 | 6.000% | Sr Unsecured | 218 | 39.0 | 5.4% | 2.1 |
| 05/17/12 | 5.125% | Sr Unsecured | 173 | 44.5 | 4.3% | 1.9 |
| 06/01/12 | 6.500% | Sr Unsecured | 95 | 39.0 | 2.4% | 0.9 |
| 04/17/13 | 6.500% | Sr Unsecured | 875 | 39.0 | 21.8% | 8.5 |
| 05/17/13 | 6.375% | Sr Unsecured | 80 | 44.5 | 2.0% | 0.9 |
| 07/01/14 | 7.875% | Sr Unsecured | 129 | 44.5 | 3.2% | 1.4 |
| 06/30/15 | 6.875% | Sr Unsecured | 151 | 39.0 | 3.8% | 1.5 |
| | | | $ 4,007 | | 100.0% | 47.1 |

[1] *The Examiner's Financial Advisors recognize that the amount outstanding may differ slightly from the face value due to the timing and availability of data. Source: ResCap Executive Liquidity Report, dated June 30, 2008 [EXAM10055944].*

[2] *Pricing per Interactive Data Corporation.*

Appendix VI.B.4.a(4), Page 33 of 61

Appendix VI.B.4.a(4), Page 34 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
September 30, 2008 Summary
*($ in Millions, except bond prices)*

| | Face Value [1] | | Decimal Price | Market Value |
|---|---|---|---|---|
| Secured borrowings: | | | | |
| Borrowings from parent | $ 3,270.6 | [3] | 100.0 | $ 3,270.6 |
| Borrowings from affiliate | 875.0 | [3] | 100.0 | 875.0 |
| Collateralized borrowings in securitization trusts | N/A | [2] | N/A | N/A |
| Senior secured notes – long-term | 1,690.5 | [4] | 55.0 | 929.8 |
| Junior secured notes – long-term | 5,070.0 | [4] | 24.0 | 1,216.8 |
| Secured aggregation facilities | 2,975.0 | [5] | 55.0 | 1,636.3 |
| Repurchase agreements | 687.0 | [5] | 55.0 | 377.9 |
| Mortgage servicing rights facilities | 1,248.0 | [5] | 55.0 | 686.4 |
| Servicing advances | 700.0 | [5] | 55.0 | 385.0 |
| Debt collateralized by mortgage loans | 16.9 | [5] | 55.0 | 9.3 |
| FHLB advances | N/A | [2] | N/A | N/A |
| Other | 335.7 | [5] | 55.0 | 184.6 |
| Subtotal secured borrowings | 16,868.7 | | | 9,571.6 |
| | | | | |
| Unsecured borrowings: | | | | |
| Senior unsecured notes – long-term | 4,030.8 | [6] | 28.5 | 1,148.6 |
| Subordinated unsecured note – long-term | 205.5 | [4] | 40.0 | 82.2 |
| Medium-term unsecured notes | 367.1 | [7] | 28.5 | 104.6 |
| Other | 300.3 | [7] | 28.5 | 85.6 |
| Subtotal unsecured borrowings | 4,903.7 | | | 1,421.0 |
| | | | | |
| Total borrowings | $ 21,772.4 | | | $ 10,992.6 |

[1] *Face value per Residential Capital, LLC, Quarterly Report (Form 10-Q) (Nov. 10, 2008), at 77.*
[2] *Debt related to assets not controlled by ResCap.*
[3] *Assumed at par.*
[4] *Pricing per Interactive Data Corporation.*
[5] *Assumed pricing equals the pricing of the senior secured notes–long-term.*
[6] *Weighted average pricing for unsecured notes per Interactive Data Corporation.*
[7] *Assumed pricing equals the pricing of the senior unsecured notes–long-term.*

Appendix VI.B.4.a(4), Page 34 of 61

Appendix VI.B.4.a(4), Page 35 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
September 30, 2008 Pricing
*($ in Millions, except bond prices)*

**Residential Capital, LLC Bond Pricing**

| Maturity Date | Coupon | Debt Rank | Amount Outstanding [1] | [A] Price [2] | [B] Relative Percent of Debt Rank | [C] = [A] × [B] Weighted Average Price |
|---|---|---|---|---|---|---|
| 05/15/10 | 8.500% | 2nd Lien | $ 1,670 | 55.0 | 100.0% | 55.0 |
| 05/15/15 | 9.625% | 3rd Lien | $ 4,024 | 24.0 | 100.0% | 24.0 |
| 04/17/09 | Floating | Sr Subordinated | $ 205 | 40.0 | 100.0% | 40.0 |
| 11/21/08 | Floating | Sr Unsecured | $ 112 | 85.0 | 2.7% | 2.3 |
| 11/21/08 | 8.125% | Sr Unsecured | 163 | 85.0 | 4.0% | 3.4 |
| 04/17/09 | Floating | Sr Unsecured | 63 | 46.0 | 1.5% | 0.7 |
| 05/22/09 | Floating | Sr Unsecured | 132 | 45.0 | 3.2% | 1.4 |
| 06/30/10 | 6.375% | Sr Unsecured | 1,280 | 23.0 | 31.3% | 7.2 |
| 09/27/10 | Floating | Sr Unsecured | 562 | 28.0 | 13.8% | 3.9 |
| 02/22/11 | 6.000% | Sr Unsecured | 218 | 20.0 | 5.3% | 1.1 |
| 05/17/12 | 5.125% | Sr Unsecured | 167 | 29.5 | 4.1% | 1.2 |
| 06/01/12 | 6.500% | Sr Unsecured | 95 | 20.0 | 2.3% | 0.5 |
| 04/17/13 | 6.500% | Sr Unsecured | 934 | 20.0 | 22.8% | 4.6 |
| 05/17/13 | 6.375% | Sr Unsecured | 78 | 29.5 | 1.9% | 0.6 |
| 07/01/14 | 7.875% | Sr Unsecured | 132 | 29.5 | 3.2% | 1.0 |
| 06/30/15 | 6.875% | Sr Unsecured | 151 | 20.0 | 3.7% | 0.7 |
| | | | $ 4,087 | | 100.0% | 28.5 |

[1] *The Examiner's Financial Advisors recognize that the amount outstanding may differ slightly from the face value due to the timing and availability of data. Source: ResCap Executive Liquidity Report, dated Sep. 15, 2008 [EXAM10055954].*

[2] *Pricing per Interactive Data Corporation.*

Appendix VI.B.4.a(4), Page 35 of 61

Appendix VI.B.4.a(4), Page 36 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
December 31, 2008 Summary
*($ in Millions, except bond prices)*

| | Face Value [1] | Decimal Price | | Market Value |
|---|---|---|---|---|
| **Secured borrowings:** | | | | |
| Borrowings from parent – short-term | $ 307.4 | 100.0 | [2] | $ 307.4 |
| Borrowings from parent – long-term | 2,356.0 | 100.0 | [2] | 2,356.0 |
| Borrowings from affiliates – long-term | 7.6 | 100.0 | [2] | 7.6 |
| Collateralized borrowings in securitization trusts | N/A | N/A | [3] | N/A |
| Senior secured notes – long-term | 1,672.7 | 55.0 | [4] | 920.0 |
| Junior secured notes – long-term | 5,027.1 | 29.0 | [4] | 1,457.9 |
| Secured aggregation facilities – short-term | 1,316.9 | 55.0 | [5] | 724.3 |
| Repurchase agreements – short-term | 429.2 | 55.0 | [5] | 236.1 |
| Mortgage servicing rights facilities | 528.0 | 55.0 | [5] | 290.4 |
| Servicing advances | 700.0 | 55.0 | [5] | 385.0 |
| Federal Reserve Board Advances – short-term | N/A | N/A | [5] | N/A |
| FHLB advances – long-term | N/A | N/A | [5] | N/A |
| Other | 299.8 | 55.0 | [5] | 164.9 |
| Subtotal secured borrowings | 12,644.7 | | | 6,849.5 |
| | | | | |
| **Unsecured borrowings:** | | | | |
| Senior unsecured notes | 2,732.4 | 23.7 | [6] | 646.7 |
| Subordinated unsecured note – long-term | 205.4 | 36.5 | [4] | 75.0 |
| Medium-term unsecured notes | 296.2 | 23.7 | [7] | 70.1 |
| Other – short-term | 112.9 | 23.7 | [7] | 26.7 |
| Other – long-term | 2.2 | 23.7 | [7] | 0.5 |
| Subtotal unsecured borrowings | 3,349.2 | | | 819.0 |
| | | | | |
| Total borrowings | $ 15,993.9 | | | $ 7,668.5 |

*[1] Face value per Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009), at 96; Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended September 30, 2009 and 2008, dated Sep. 30, 2009, at 21 [EXAM00124278].*
*[2] Fair value disclosure per Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009), at 179.*
*[3] Debt related to assets not controlled by ResCap.*
*[4] Pricing per Interactive Data Corporation.*
*[5] Assumed pricing equals the pricing of the senior secured notes–long-term.*
*[6] Weighted average pricing for unsecured notes per Interactive Data Corporation.*
*[7] Assumed pricing equals the pricing of the senior unsecured notes–long-term.*

Appendix VI.B.4.a(4), Page 36 of 61

Appendix VI.B.4.a(4), Page 37 of 61

Residential Capital, LLC – Quarterly Solvency Analysis
Market Approach: Fair Market Value of Debt
December 31, 2008 Pricing
*($ in Millions, except bond prices)*

**Residential Capital, LLC Bond Pricing**

| | | | | [A] | [B] | [C] = [A] × [B] |
|---|---|---|---|---|---|---|
| Maturity Date | Coupon | Debt Rank | Amount Outstanding [1] | Price [2] | Relative Percent of Debt Rank | Weighted Average Price |
| 05/15/10 | 8.500% | 2nd Lien | $ 1,574 | 55.0 | 100.0% | 55.0 |
| 05/15/15 | 9.625% | 3rd Lien | $ 4,024 | 29.0 | 100.0% | 29.0 |
| 04/17/09 | Floating | Sr Subordinated | $ 205 | 36.5 | 100.0% | 36.5 |
| 04/17/09 | Floating | Sr Unsecured | $ 63 | 36.5 | 1.6% | 0.6 |
| 05/22/09 | Floating | Sr Unsecured | 132 | 36.5 | 3.5% | 1.3 |
| 06/30/10 | 6.375% | Sr Unsecured | 1,280 | 35.0 | 33.6% | 11.8 |
| 09/27/10 | Floating | Sr Unsecured | 562 | 15.0 | 14.8% | 2.2 |
| 02/22/11 | 6.000% | Sr Unsecured | 218 | 17.0 | 5.7% | 1.0 |
| 05/17/12 | 5.125% | Sr Unsecured | 167 | 16.5 | 4.4% | 0.7 |
| 06/01/12 | 6.500% | Sr Unsecured | 95 | 16.0 | 2.5% | 0.4 |
| 04/17/13 | 6.500% | Sr Unsecured | 934 | 17.0 | 24.5% | 4.2 |
| 05/17/13 | 6.375% | Sr Unsecured | 78 | 16.5 | 2.1% | 0.3 |
| 07/01/14 | 7.875% | Sr Unsecured | 132 | 16.5 | 3.5% | 0.6 |
| 06/30/15 | 6.875% | Sr Unsecured | 151 | 17.0 | 4.0% | 0.7 |
| | | | $ 3,812 | | 100.0% | 23.7 |

[1] *The Examiner's Financial Advisors recognize that the amount outstanding may differ slightly from the face value due to the timing and availability of data. Source: ResCap Executive Liquidity Report, dated Dec. 29, 2008 [EXAM10055973].*
[2] *Pricing per Interactive Data Corporation.*

Appendix VI.B.4.a(4), Page 37 of 61

Appendix VI.B.4.a(4), Page 38 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
March 31, 2009 Summary
*($ in Millions, except bond prices)*

| | Face Value [1] | Decimal Price | | Market Value |
|---|---|---|---|---|
| Secured borrowings: | | | | |
| Borrowings from parent | $ 2,409.9 | 100.0 | (2) | $ 2,409.9 |
| Collateralized borrowings in securitization trusts | N/A | N/A | (3) | N/A |
| Senior secured notes | 781.6 | 74.5 | (4) | 582.3 |
| Junior secured notes | 4,389.3 | 44.0 | (4) | 1,931.3 |
| Secured aggregation facilities | 849.1 | 74.5 | (5) | 632.6 |
| Repurchase agreements | 335.9 | 74.5 | (5) | 250.2 |
| Mortgage servicing rights facilities | 844.0 | 74.5 | (5) | 628.8 |
| Servicing advances | 700.0 | 74.5 | (5) | 521.5 |
| Other | 282.5 | 74.5 | (5) | 210.5 |
| Subtotal secured borrowings | 10,592.3 | | | 7,167.1 |
| | | | | |
| Unsecured borrowings: | | | | |
| Senior unsecured notes | 2,667.5 | 41.5 | (6) | 1,107.8 |
| Subordinated unsecured note – long-term | 190.4 | 94.0 | (4) | 179.0 |
| Medium-term unsecured notes | 283.5 | 41.5 | (7) | 117.7 |
| Other | 47.6 | 41.5 | (7) | 19.8 |
| Subtotal unsecured borrowings | 3,189.0 | | | 1,424.2 |
| | | | | |
| Total borrowings | $ 13,781.3 | | | $ 8,591.3 |

[1] *Face value per Residential Capital, LLC, Quarterly Report (Form 10-Q) (May 11, 2009), at 86.*
[2] *Fair value disclosure per Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009), at 179.*
[3] *Debt related to assets not controlled by ResCap.*
[4] *Pricing per Interactive Data Corporation.*
[5] *Assumed pricing equals the pricing of the senior secured notes.*
[6] *Weighted average pricing for unsecured notes per Interactive Data Corporation.*
[7] *Assumed pricing equals the pricing of the senior unsecured notes.*

Appendix VI.B.4.a(4), Page 38 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
March 31, 2009 Pricing
*($ in Millions, except bond prices)*

## Residential Capital, LLC Bond Pricing

| | | | | [A] | [B] | [C] = [A] × [B] |
|---|---|---|---|---|---|---|
| Maturity Date | Coupon | Debt Rank | Amount Outstanding [1] | Price [2] | Relative Percent of Debt Rank | Weighted Average Price |
| 05/15/10 | 8.500% | 2nd Lien | $ 782 | 74.5 | 100.0% | 74.5 |
| 05/15/15 | 9.625% | 3rd Lien | $ 4,389 | 44.0 | 100.0% | 44.0 |
| 04/17/09 | Floating | Sr Subordinated | $ 190 | 94.0 | 100.0% | 94.0 |
| 04/17/09 | Floating | Sr Unsecured | $ 56 | 94.0 | 2.1% | 2.0 |
| 05/22/09 | Floating | Sr Unsecured | 119 | 88.0 | 4.5% | 4.0 |
| 06/30/10 | 6.375% | Sr Unsecured | 824 | 46.0 | 31.4% | 14.4 |
| 09/27/10 | Floating | Sr Unsecured | 478 | 30.0 | 18.2% | 5.5 |
| 02/22/11 | 6.000% | Sr Unsecured | 208 | 37.0 | 7.9% | 2.9 |
| 05/17/12 | 5.125% | Sr Unsecured | 131 | 31.5 | 5.0% | 1.6 |
| 06/01/12 | 6.500% | Sr Unsecured | 80 | 37.0 | 3.0% | 1.1 |
| 04/17/13 | 6.500% | Sr Unsecured | 473 | 37.0 | 18.0% | 6.7 |
| 05/17/13 | 6.375% | Sr Unsecured | 53 | 31.5 | 2.0% | 0.6 |
| 07/01/14 | 7.875% | Sr Unsecured | 92 | 32.4 | 3.5% | 1.1 |
| 06/30/15 | 6.875% | Sr Unsecured | 112 | 37.0 | 4.3% | 1.6 |
| | | | $ 2,626 | | 100.0% | 41.5 |

[1] *The Examiner's Financial Advisors recognize that the amount outstanding may differ slightly from the face value due to the timing and availability of data. Source: Bloomberg.*
[2] *Pricing per Interactive Data Corporation.*

Appendix VI.B.4.a(4), Page 40 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
June 30, 2009 Summary
*($ in Millions, except bond prices)*

| | Face Value [1] | | Decimal Price | | Market Value |
|---|---|---|---|---|---|
| Secured borrowings: | | | | | |
| Borrowings from parent | $ 2,931.2 | | 100.0 | [2] | $ 2,931.2 |
| Collateralized borrowings in securitization trusts | N/A | | N/A | [3] | N/A |
| Senior secured notes | 773.2 | | 87.0 | [4] | 672.7 |
| Junior secured notes | 2,653.9 | | 63.6 | [5] | 1,688.5 |
| Secured aggregation facilities | 683.9 | | 87.0 | [6] | 595.0 |
| Repurchase agreements | 61.9 | | 87.0 | [6] | 53.9 |
| Mortgage servicing rights facilities | 1,043.0 | | 87.0 | [6] | 907.4 |
| Servicing advances | 700.0 | | 87.0 | [6] | 609.0 |
| Other | 262.6 | | 87.0 | [6] | 228.5 |
| Subtotal secured borrowings | 9,109.7 | | | | 7,686.1 |
| | | | | | |
| Unsecured borrowings: | | | | | |
| Senior unsecured notes | 2,546.8 | | 59.4 | [7] | 1,513.6 |
| Medium-term unsecured notes | 307.2 | | 59.4 | [8] | 182.6 |
| Outstanding under unsecured facilities | 15.0 | | 59.4 | [8] | 8.9 |
| Subtotal unsecured borrowings | 2,869.0 | | | | 1,705.1 |
| | | | | | |
| Total borrowings | $ 11,978.7 | | | | $ 9,391.2 |

[1] *Face value per Residential Capital, LLC, Quarterly Report (Form 10-Q) (Aug. 7, 2009), at 97.*
[2] *Fair value disclosure per Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009), at 179.*
[3] *Debt related to assets not controlled by ResCap.*
[4] *Pricing per Interactive Data Corporation.*
[5] *Pricing per Advantage Data Inc.*
[6] *Assumed pricing equals the pricing of the senior secured notes.*
[7] *Weighted average pricing for unsecured notes per Interactive Data Corporation and Advantage Data Inc.*
[8] *Assumed pricing equals the pricing of the senior unsecured notes.*

Appendix VI.B.4.a(4), Page 40 of 61

Appendix VI.B.4.a(4), Page 41 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
June 30, 2009 Pricing
*($ in Millions, except bond prices)*

**Residential Capital, LLC Bond Pricing**

| Maturity Date | Coupon | Debt Rank | Amount Outstanding [1] | [A] Price | | [B] Relative Percent of Debt Rank | [C] = [A] × [B] Weighted Average Price |
|---|---|---|---|---|---|---|---|
| 05/15/10 | 8.500% | 2nd Lien | $ 743 | 87.0 | [2] | 100.0% | 87.0 |
| 05/15/15 | 9.625% | 3rd Lien | $ 2,120 | 63.6 | [3] | 100.0% | 63.6 |
| 06/30/10 | 6.375% | Sr Unsecured | $ 824 | 73.0 | [2] | 33.1% | 24.2 |
| 09/27/10 | Floating | Sr Unsecured | 482 | 52.8 | [3] | 19.4% | 10.2 |
| 02/22/11 | 6.000% | Sr Unsecured | 208 | 61.5 | [2] | 8.4% | 5.2 |
| 05/17/12 | 5.125% | Sr Unsecured | 140 | 45.3 | [3] | 5.6% | 2.5 |
| 06/01/12 | 6.500% | Sr Unsecured | 80 | 60.5 | [2] | 3.2% | 1.9 |
| 04/17/13 | 6.500% | Sr Unsecured | 473 | 60.5 | [2] | 19.0% | 11.5 |
| 05/17/13 | 6.375% | Sr Unsecured | 61 | 29.0 | [3] | 2.5% | 0.7 |
| 07/01/14 | 7.875% | Sr Unsecured | 105 | 9.6 | [3] | 4.2% | 0.4 |
| 06/30/15 | 6.875% | Sr Unsecured | 112 | 60.5 | [2] | 4.5% | 2.7 |
| | | | $ 2,486 | | | 100.0% | 59.4 |

[1] The Examiner's Financial Advisors recognize that the amount outstanding may differ slightly from the face value due to the timing and availability of data. Source: Draft ResCap Executive Liquidity Report, dated June 29, 2009 [EXAM10056051].

[2] Pricing per Interactive Data Corporation.

[3] Pricing per Advantage Data Inc.

Appendix VI.B.4.a(4), Page 41 of 61

Appendix VI.B.4.a(4), Page 42 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
September 30, 2009 Summary
*(\$ in Millions, except bond prices)*

| | Face Value [1] | | Decimal Price | | Market Value |
|---|---|---|---|---|---|
| **Secured borrowings:** | | | | | |
| Borrowings from parent – short-term | \$ 613.2 | | 100.0 | [2] | \$ 613.2 |
| Borrowings from parent – long-term | 1,689.2 | | 100.0 | [2] | 1,689.2 |
| Collateralized borrowings in securitization trusts | N/A | | N/A | [3] | N/A |
| Senior secured notes – long-term | 764.7 | | 89.0 | [4] | 680.6 |
| Junior secured notes – long-term | 2,630.1 | | 76.5 | [4] | 2,012.0 |
| Secured aggregation facilities – short-term | 283.8 | | 89.0 | [5] | 252.6 |
| Repurchase agreements – short-term | 30.5 | | 89.0 | [5] | 27.2 |
| Mortgage servicing rights facilities – long-term | 835.0 | | 89.0 | [5] | 743.2 |
| Servicing advances | 700.0 | | 89.0 | [5] | 623.0 |
| Other – long-term | 246.7 | | 89.0 | [5] | 219.5 |
| Subtotal secured borrowings | 7,793.1 | | | | 6,860.4 |
| **Unsecured borrowings:** | | | | | |
| Senior unsecured notes – long-term | 2,561.5 | | 63.0 | [6] | 1,613.2 |
| Medium-term unsecured notes – long-term | 133.0 | | 63.0 | [7] | 83.7 |
| Other – short-term | 13.5 | | 63.0 | [7] | 8.5 |
| Other – long-term | 1.1 | | 63.0 | [7] | 0.7 |
| Subtotal unsecured borrowings | 2,709.0 | | | | 1,706.2 |
| Total borrowings | \$ 10,502.2 | | | | \$ 8,566.6 |

[1] *Face value per Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended September 30, 2009 and 2008, dated Sep. 30, 2009, at 21 [EXAM00124278].*
[2] *Fair value disclosure per Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009), at 179.*
[3] *Debt related to assets not controlled by ResCap.*
[4] *Pricing per Interactive Data Corporation.*
[5] *Assumed pricing equals the pricing of the senior secured notes.*
[6] *Weighted average pricing for unsecured notes per Interactive Data Corporation and Advantage Data Inc.*
[7] *Assumed pricing equals the pricing of the senior unsecured notes.*

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
September 30, 2009 Pricing
*($ in Millions, except bond prices)*

## Residential Capital, LLC Bond Pricing

| Maturity Date | Coupon | Debt Rank | Amount Outstanding [1] | [A] Price | | [B] Relative Percent of Debt Rank | [C] = [A] × [B] Weighted Average Price |
|---|---|---|---|---|---|---|---|
| 05/15/10 | 8.500% | 2nd Lien | $ 743 | 89.0 | [2] | 100.0% | 89.0 |
| 05/15/15 | 9.625% | 3rd Lien | $ 2,120 | 76.5 | [2] | 100.0% | 76.5 |
| 06/30/10 | 6.375% | Sr Unsecured | $ 824 | 74.5 | [2] | 33.0% | 24.6 |
| 09/27/10 | Floating | Sr Unsecured | 490 | 52.8 | [3] | 19.7% | 10.4 |
| 02/22/11 | 6.000% | Sr Unsecured | 208 | 69.5 | [2] | 8.4% | 5.8 |
| 05/17/12 | 5.125% | Sr Unsecured | 141 | 48.1 | [3] | 5.7% | 2.7 |
| 06/01/12 | 6.500% | Sr Unsecured | 80 | 64.5 | [2] | 3.2% | 2.1 |
| 04/17/13 | 6.500% | Sr Unsecured | 473 | 64.5 | [2] | 19.0% | 12.2 |
| 05/17/13 | 6.375% | Sr Unsecured | 60 | 40.3 | [3] | 2.4% | 1.0 |
| 07/01/14 | 7.875% | Sr Unsecured | 105 | 30.6 | [3] | 4.2% | 1.3 |
| 06/30/15 | 6.875% | Sr Unsecured | 112 | 64.5 | [2] | 4.5% | 2.9 |
| | | | $ 2,493 | | | 100.0% | 63.0 |

[1] The Examiner's Financial Advisors recognize that the amount outstanding may differ slightly from the face value due to the timing and availability of data. Source: Draft ResCap Executive Liquidity Report, dated Sep. 28, 2009 [EXAM10056078].
[2] Pricing per Interactive Data Corporation.
[3] Pricing per Advantage Data Inc.

**Appendix VI.B.4.a(4), Page 44 of 61**

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
December 31, 2009 Summary
*($ in Millions, except bond prices)*

| | Face Value [1] | Decimal Price | | Market Value |
|---|---|---|---|---|
| Secured borrowings: | | | | |
| Borrowings from parent – short-term | $ 343.5 | 100.0 | [2] | $ 343.5 |
| Borrowings from parent – long-term | 1,545.3 | 100.0 | [2] | 1,545.3 |
| Collateralized borrowings in securitization trusts | N/A | N/A | [3] | N/A |
| Senior secured notes – long-term | 756.2 | 95.0 | [4] | 718.4 |
| Junior secured notes – long-term | 2,564.8 | 85.0 | [4] | 2,180.1 |
| Secured aggregation facilities – short-term | 242.5 | 95.0 | [5] | 230.4 |
| Repurchase agreements – short-term | 25.7 | 95.0 | [5] | 24.4 |
| Mortgage servicing rights facilities – long-term | 811.0 | 95.0 | [5] | 770.5 |
| Servicing advances – short-term | 700.0 | 95.0 | [5] | 665.0 |
| Other – long-term | 221.9 | 95.0 | [5] | 210.8 |
| Subtotal secured borrowings | 7,210.9 | | | 6,688.3 |
| | | | | |
| Unsecured borrowings: | | | | |
| Senior unsecured notes – long-term | 2,547.3 | 67.2 | [6] | 1,711.7 |
| Medium-term unsecured notes – long-term | 137.6 | 67.2 | [7] | 92.5 |
| Other – short-term | 13.5 | 67.2 | [7] | 9.1 |
| Subtotal unsecured borrowings | 2,698.5 | | | 1,813.3 |
| | | | | |
| Total borrowings | $ 9,909.4 | | | $ 8,501.6 |

[1] *Face value per Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Feb. 26, 2010, at 38 [EXAM00124455].*

[2] *Fair value disclosure per id. at 70.*

[3] *Debt related to assets not controlled by ResCap.*

[4] *Pricing per Interactive Data Corporation.*

[5] *Assumed pricing equals the pricing of the senior secured notes.*

[6] *Weighted average pricing for unsecured notes per Interactive Data Corporation and Advantage Data Inc.*

[7] *Assumed pricing equals the pricing of the senior unsecured notes.*

Appendix VI.B.4.a(4), Page 44 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
December 31, 2009 Pricing
*($ in Millions, except bond prices)*

**Residential Capital, LLC Bond Pricing**

| Maturity Date | Coupon | Debt Rank | Amount Outstanding [1] | [A] Price | [B] Relative Percent of Debt Rank | [C] = [A] × [B] Weighted Average Price |
|---|---|---|---|---|---|---|
| 05/15/10 | 8.500% | 2nd Lien | $ 743 | 95.0 [2] | 100.0% | 95.0 |
| 05/15/15 | 9.625% | 3rd Lien | $ 2,120 | 85.0 [2] | 100.0% | 85.0 |
| 06/30/10 | 6.375% | Sr Unsecured | $ 824 | 85.0 [2] | 32.6% | 27.7 |
| 09/27/10 | Floating | Sr Unsecured | 514 | 46.6 [3] | 20.3% | 9.5 |
| 02/22/11 | 6.000% | Sr Unsecured | 208 | 80.0 [2] | 8.3% | 6.6 |
| 05/17/12 | 5.125% | Sr Unsecured | 148 | 46.8 [3] | 5.9% | 2.7 |
| 06/01/12 | 6.500% | Sr Unsecured | 80 | 70.0 [2] | 3.2% | 2.2 |
| 04/17/13 | 6.500% | Sr Unsecured | 473 | 70.0 [2] | 18.7% | 13.1 |
| 05/17/13 | 6.375% | Sr Unsecured | 61 | 38.8 [3] | 2.4% | 0.9 |
| 07/01/14 | 7.875% | Sr Unsecured | 106 | 30.6 [3] | 4.2% | 1.3 |
| 06/30/15 | 6.875% | Sr Unsecured | 112 | 70.0 [2] | 4.4% | 3.1 |
| | | | $ 2,526 | | 100.0% | 67.2 |

[1] The Examiner's Financial Advisors recognize that the amount outstanding may differ slightly from the face value due to the timing and availability of data. Source: Draft ResCap Executive Liquidity Report, dated Dec. 28, 2009 [EXAM10056100].
[2] Pricing per Interactive Data Corporation.
[3] Pricing per Advantage Data Inc.

Appendix VI.B.4.a(4), Page 46 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
March 31, 2010 Summary
*($ in Millions, except bond prices)*

| | Face Value [1] | Decimal Price | | Market Value |
|---|---|---|---|---|
| Secured borrowings: | | | | |
| Borrowings from parent – short-term | $ 48.4 | 100.0 | (2) | $ 48.4 |
| Borrowings from parent – long-term | 1,411.8 | 100.0 | (2) | 1,411.8 |
| Collateralized borrowings in securitization trusts | N/A | N/A | (3) | N/A |
| Senior secured notes – long-term | 747.6 | 98.8 | (4) | 738.3 |
| Junior secured notes – long-term | 2,540.9 | 98.5 | (4) | 2,502.8 |
| Secured aggregation facilities – short-term | 66.6 | 98.8 | (5) | 65.7 |
| Mortgage servicing rights facilities – long-term | 796.0 | 98.8 | (5) | 786.1 |
| Servicing advances – short-term | 700.0 | 98.8 | (5) | 691.3 |
| Other – long-term | 212.0 | 98.8 | (5) | 209.3 |
| Subtotal secured borrowings | 6,523.3 | | | 6,453.7 |
| | | | | |
| Unsecured borrowings: | | | | |
| Senior unsecured notes – long-term | 2,488.3 | 91.1 | (6) | 2,265.6 |
| Medium-term unsecured notes – long-term | 145.0 | 91.1 | (7) | 132.0 |
| Other – short-term | 13.4 | 91.1 | (7) | 12.2 |
| Subtotal unsecured borrowings | 2,646.7 | | | 2,409.8 |
| | | | | |
| Total borrowings | $ 9,170.0 | | | $ 8,863.5 |

*[1]  Face value per Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended March 31, 2010 and 2009 (Unaudited) dated Mar. 31, 2010, at 21 [EXAM00122870].*
*[2]  Fair value disclosure per Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Feb. 26, 2010, at 70 [EXAM00124455].*
*[3]  Debt related to assets not controlled by ResCap.*
*[4]  Pricing per Interactive Data Corporation.*
*[5]  Assumed pricing equals the pricing of the senior secured notes.*
*[6]  Weighted average pricing for unsecured notes per Interactive Data Corporation and Advantage Data Inc.*
*[7]  Assumed pricing equals the pricing of the senior unsecured notes.*

Appendix VI.B.4.a(4), Page 46 of 61

Appendix VI.B.4.a(4), Page 47 of 61

Residential Capital, LLC – Quarterly Solvency Analysis
Market Approach: Fair Market Value of Debt
March 31, 2010 Pricing
*($ in Millions, except bond prices)*

Residential Capital, LLC Bond Pricing

| Maturity Date | Coupon | Debt Rank | Amount Outstanding [1] | [A] Price | | [B] Relative Percent of Debt Rank | [C] = [A] × [B] Weighted Average Price |
|---|---|---|---|---|---|---|---|
| 05/15/10 | 8.500% | 2nd Lien | $  743 | 98.8 | [2] | 100.0% | 98.8 |
| 05/15/15 | 9.625% | 3rd Lien | $ 2,120 | 98.5 | [2] | 100.0% | 98.5 |
| 06/30/10 | 6.375% | Sr Unsecured | $  824 | 96.5 | [2] | 33.6% | 32.5 |
| 09/27/10 | Floating | Sr Unsecured | 464 | 91.6 | [3] | 18.9% | 17.4 |
| 02/22/11 | 6.000% | Sr Unsecured | 208 | 95.8 | [2] | 8.5% | 8.1 |
| 05/17/12 | 5.125% | Sr Unsecured | 133 | 87.1 | [3] | 5.4% | 4.7 |
| 06/01/12 | 6.500% | Sr Unsecured | 80 | 96.8 | [2] | 3.3% | 3.2 |
| 04/17/13 | 6.500% | Sr Unsecured | 473 | 96.8 | [2] | 19.3% | 18.7 |
| 05/17/13 | 6.375% | Sr Unsecured | 56 | 47.5 | [3] | 2.3% | 1.1 |
| 07/01/14 | 7.875% | Sr Unsecured | 98 | 30.6 | [3] | 4.0% | 1.2 |
| 06/30/15 | 6.875% | Sr Unsecured | 112 | 91.0 | [2] | 4.6% | 4.2 |
| | | | $ 2,449 | | | 100.0% | 91.1 |

[1] *The Examiner's Financial Advisors recognize that the amount outstanding may differ slightly from the face value due to the timing and availability of data. Source: Draft ResCap Executive Liquidity Report, dated Mar. 22, 2010 [EXAM10056125].*

[2] *Pricing per Interactive Data Corporation.*

[3] *Pricing per Advantage Data Inc.*

Appendix VI.B.4.a(4), Page 47 of 61

Appendix VI.B.4.a(4), Page 48 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
June 30, 2010 Summary
*($ in Millions, except bond prices)*

| | Face Value [1] | Decimal Price | | Market Value |
|---|---|---|---|---|
| **Secured borrowings:** | | | | |
| Borrowings from parent – short-term | $ 305.0 | 100.0 | [2] | $ 305.0 |
| Borrowings from parent – long-term | 1,059.3 | 100.0 | [2] | 1,059.3 |
| Collateralized borrowings in securitization trusts | N/A | N/A | [3] | N/A |
| Other short-term borrowings | 753.7 | 98.5 | [4] | 742.4 |
| Other long-term borrowings | 3,888.9 | 98.5 | [5] | 3,830.6 |
| Subtotal secured borrowings | 6,006.9 | | | 5,937.3 |
| | | | | |
| **Unsecured borrowings:** | | | | |
| Other short-term borrowings | 13.4 | 89.8 | [6] | 12.0 |
| Other long-term borrowings | 1,746.5 | 89.8 | [7] | 1,568.0 |
| Subtotal unsecured borrowings | 1,759.9 | | | 1,580.0 |
| | | | | |
| Total borrowings | $ 7,766.8 | | | $ 7,517.3 |

[1] *Face value per Residential Capital, LLC, Condensed Consolidated Financial Statements, for the Periods Ended June 30, 2010 and 2009 (Unaudited) dated June 30, 2010, at 21 [EXAM00122936].*
[2] *Fair value disclosure per Residential Capital, LLC, Consolidated Financial Statements for Years Ended December 31, 2009 and 2008, dated Dec. 31, 2009, at 70 [EXAM00124455].*
[3] *Debt related to assets not controlled by ResCap.*
[4] *Assumed pricing equals the pricing of the secured other long-term borrowings.*
[5] *Pricing per Interactive Data Corporation.*
[6] *Assumed pricing equals the pricing of the unsecured other long-term borrowings.*
[7] *Weighted average pricing for unsecured notes per Interactive Data Corporation and Advantage Data Inc.*

Appendix VI.B.4.a(4), Page 48 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
June 30, 2010 Pricing
*($ in Millions, except bond prices)*

**Residential Capital, LLC Bond Pricing**

| Maturity Date | Coupon | Debt Rank | Amount Outstanding [1] | [A] Price | | [B] Relative Percent of Debt Rank | [C] = [A] × [B] Weighted Average Price |
|---|---|---|---|---|---|---|---|
| 05/15/15 | 9.625% | 3rd Lien | $ 2,120 | 98.5 | [2] | 100.0% | 98.5 |
| 06/30/10 | 6.375% | Sr Unsecured | $ 0 | 99.6 | [3] | 0.0% | 0.0 |
| 09/27/10 | Floating | Sr Unsecured | 419 | 96.6 | [3] | 26.7% | 25.8 |
| 02/22/11 | 6.000% | Sr Unsecured | 208 | 97.8 | [2] | 13.3% | 13.0 |
| 05/17/12 | 5.125% | Sr Unsecured | 120 | 83.4 | [3] | 7.7% | 6.4 |
| 06/01/12 | 6.500% | Sr Unsecured | 80 | 94.0 | [2] | 5.1% | 4.8 |
| 04/17/13 | 6.500% | Sr Unsecured | 473 | 94.0 | [2] | 30.2% | 28.4 |
| 05/17/13 | 6.375% | Sr Unsecured | 56 | 79.0 | [3] | 3.5% | 2.8 |
| 07/01/14 | 7.875% | Sr Unsecured | 97 | 30.6 | [3] | 6.2% | 1.9 |
| 06/30/15 | 6.875% | Sr Unsecured | 112 | 92.0 | [2] | 7.2% | 6.6 |
| | | | $ 1,566 | | | 100.0% | 89.8 |

[1] The Examiner's Financial Advisors recognize that the amount outstanding may differ slightly from the face value due to the timing and availability of data. Source: ResCap Executive Liquidity Report, dated July 5, 2010 [ALLY_PEO_0084328].
[2] Pricing per Interactive Data Corporation.
[3] Pricing per Advantage Data Inc.

Appendix VI.B.4.a(4), Page 50 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
September 30, 2010 Summary
*($ in Millions, except bond prices)*

| | Face Value [1] | Decimal Price | | Market Value |
|---|---|---|---|---|
| Secured borrowings: | | | | |
| Borrowings from parent – short-term | $ 332.0 | 100.0 | [2] | $ 332.0 |
| Borrowings from parent – long-term | 986.8 | 100.0 | [2] | 986.8 |
| Collateralized borrowings in securitization trusts | N/A | N/A | [3] | N/A |
| Other short-term borrowings | 1,139.6 | 100.8 | [4] | 1,148.2 |
| Other long-term borrowings | 3,190.9 | 100.8 | [5] | 3,214.8 |
| Subtotal secured borrowings | 5,649.3 | | | 5,681.8 |
| | | | | |
| Unsecured borrowings: | | | | |
| Other short-term borrowings | 13.4 | 93.2 | [6] | 12.4 |
| Other long-term borrowings | 1,350.8 | 93.2 | [7] | 1,258.3 |
| Subtotal unsecured borrowings | 1,364.2 | | | 1,270.7 |
| | | | | |
| Total borrowings | $ 7,013.5 | | | $ 6,952.5 |

[1] Face value per Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended September 30, 2010 and 2009 (Unaudited) dated Sep. 30, 2010, at 16 [EXAM00122999].

[2] Fair value disclosure per Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Dec. 31, 2009, at 70 [EXAM00124455].

[3] Debt related to assets not controlled by ResCap.

[4] Assumed pricing equals the pricing of the secured other long-term borrowings.

[5] Pricing per Interactive Data Corporation.

[6] Assumed pricing equals the pricing of the unsecured other long-term borrowings.

[7] Weighted average pricing for unsecured notes per Interactive Data Corporation and Advantage Data Inc.

Appendix VI.B.4.a(4), Page 50 of 61

Appendix VI.B.4.a(4), Page 51 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
September 30, 2010 Pricing
*($ in Millions, except bond prices)*

**Residential Capital, LLC Bond Pricing**

| Maturity Date | Coupon | Debt Rank | Amount Outstanding [1] | [A] Price | [B] Relative Percent of Debt Rank | [C] = [A] × [B] Weighted Average Price |
|---|---|---|---|---|---|---|
| 05/15/15 | 9.625% | 3rd Lien | $ 2,120 | 100.8 [2] | 100.0% | 100.8 |
| 02/22/11 | 6.000% | Sr Unsecured | $ 208 | 100.0 [2] | 18.0% | 18.0 |
| 05/17/12 | 5.125% | Sr Unsecured | 125 | 93.9 [3] | 10.8% | 10.2 |
| 06/01/12 | 6.500% | Sr Unsecured | 80 | 100.0 [2] | 6.9% | 6.9 |
| 04/17/13 | 6.500% | Sr Unsecured | 473 | 100.0 [2] | 41.0% | 41.0 |
| 05/17/13 | 6.375% | Sr Unsecured | 57 | 93.6 [3] | 4.9% | 4.6 |
| 07/01/14 | 7.875% | Sr Unsecured | 99 | 30.6 [3] | 8.6% | 2.6 |
| 06/30/15 | 6.875% | Sr Unsecured | 112 | 101.0 [2] | 9.7% | 9.8 |
| | | | $ 1,155 | | 100.0% | 93.2 |

[1] *The Examiner's Financial Advisors recognize that the amount outstanding may differ slightly from the face value due to the timing and availability of data. Source: ResCap Executive Liquidity Report, dated Sep. 13, 2010 [ALLY_0383598].*
[2] *Pricing per Interactive Data Corporation.*
[3] *Pricing per Advantage Data Inc.*

Appendix VI.B.4.a(4), Page 51 of 61

Appendix VI.B.4.a(4), Page 52 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
December 31, 2010 Summary
*($ in Millions, except bond prices)*

| | Face Value [1] | Decimal Price | | Market Value |
|---|---|---|---|---|
| Secured borrowings: | | | | |
| Borrowings from parent – short-term | $ 681.0 | 100.0 | [2] | $ 681.0 |
| Borrowings from parent – long-term | 845.8 | 100.0 | [2] | 845.8 |
| Collateralized borrowings in securitization trusts | N/A | N/A | [3] | N/A |
| Other short-term borrowings | 955.8 | 101.0 | [4] | 965.4 |
| Other long-term borrowings | 3,153.1 | 101.0 | [5] | 3,184.6 |
| Subtotal secured borrowings | 5,635.7 | | | 5,676.8 |
| | | | | |
| Unsecured borrowings: | | | | |
| Other short-term borrowings | 13.4 | 98.9 | [6] | 13.2 |
| Other long-term borrowings | 1,342.2 | 98.9 | [7] | 1,326.9 |
| Subtotal unsecured borrowings | 1,355.5 | | | 1,340.1 |
| | | | | |
| Total borrowings | $ 6,991.2 | | | $ 7,016.9 |

[1] *Face value per Residential Capital, LLC. Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Dec. 31, 2010, at 38 [EXAM00123128].*
[2] *Fair value disclosure per Residential Capital, LLC. Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Dec. 31, 2010, at 57 [EXAM00123128].*
[3] *Debt related to assets not controlled by ResCap.*
[4] *Assumed pricing equals the pricing of the secured other long-term borrowings.*
[5] *Pricing per Interactive Data Corporation.*
[6] *Assumed pricing equals the pricing of the unsecured other long-term borrowings.*
[7] *Weighted average pricing for unsecured notes per Interactive Data Corporation and Advantage Data Inc.*

Appendix VI.B.4.a(4), Page 52 of 61

Appendix VI.B.4.a(4), Page 53 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
December 31, 2010 Pricing
*($ in Millions, except bond prices)*

**Residential Capital, LLC Bond Pricing**

| | | | | | [A] | | [B] | [C] = [A] × [B] |
|---|---|---|---|---|---|---|---|---|
| Maturity Date | Coupon | Debt Rank | | Amount Outstanding [1] | Price | | Relative Percent of Debt Rank | Weighted Average Price |
| 05/15/15 | 9.625% | 3rd Lien | | $ 2,120 | 101.0 | [2] | 100.0% | 101.0 |
| 02/22/11 | 6.000% | Sr Unsecured | | $  208 | 99.5 | [2] | 19.7% | 19.6 |
| 05/17/12 | 5.125% | Sr Unsecured | | 125 | 97.8 | [3] | 11.8% | 11.6 |
| 06/01/12 | 6.500% | Sr Unsecured | | 80 | 101.0 | [2] | 7.6% | 7.6 |
| 04/17/13 | 6.500% | Sr Unsecured | | 473 | 99.0 | [2] | 44.8% | 44.4 |
| 05/17/13 | 6.375% | Sr Unsecured | | 57 | 96.0 | [2] | 5.4% | 5.2 |
| 07/01/14 | 7.875% | Sr Unsecured | | 99 | N/A | | N/A | N/A |
| 06/30/15 | 6.875% | Sr Unsecured | | 112 | 98.3 | [2] | 10.6% | 10.4 |
| | | | | $ 1,155 | | | 100.0% | 98.9 |

[1] The Examiner's Financial Advisors recognize that the amount outstanding may differ slightly from the face value due to the timing and availability of data. Source: ResCap Executive Liquidity Report, dated Jan. 17, 2011 [ALLY_0193518].
[2] Pricing per Interactive Data Corporation.
[3] Pricing per Advantage Data Inc.

Appendix VI.B.4.a(4), Page 53 of 61

Appendix VI.B.4.a(4), Page 54 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
March 31, 2011 Summary
*($ in Millions, except bond prices)*

| | Face Value [1] | | Decimal Price | | Market Value |
|---|---|---|---|---|---|
| **Secured borrowings:** | | | | | |
| Borrowings from parent – short-term | $ 547.0 | | 100.0 | [2] | $ 547.0 |
| Borrowings from parent – long-term | 792.6 | | 100.0 | [2] | 792.6 |
| Collateralized borrowings in securitization trusts | N/A | | N/A | [3] | N/A |
| Other short-term borrowings | 787.4 | | 100.9 | [4] | 794.3 |
| Other long-term borrowings | 3,331.1 | | 100.9 | [5] | 3,360.2 |
| Subtotal secured borrowings | 5,458.1 | | | | 5,494.1 |
| | | | | | |
| **Unsecured borrowings:** | | | | | |
| Other short-term borrowings | 13.4 | | 100.8 | [6] | 13.5 |
| Other long-term borrowings | 1,147.1 | | 100.8 | [7] | 1,156.3 |
| Subtotal unsecured borrowings | 1,160.5 | | | | 1,169.8 |
| | | | | | |
| Total borrowings | $ 6,618.6 | | | | $ 6,663.9 |

[1] Face value per Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended March 31, 2011 and 2010 (Unaudited), dated Mar. 31, 2011, at 21 [EXAM00122339].

[2] Fair value disclosure per Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Dec. 31, 2010, at 57 [EXAM00123128].

[3] Debt related to assets not controlled by ResCap.

[4] Assumed pricing equals the pricing of the secured other long-term borrowings.

[5] Pricing per Interactive Data Corporation.

[6] Assumed pricing equals the pricing of the unsecured other long-term borrowings.

[7] Weighted average pricing for unsecured notes per Interactive Data Corporation and Advantage Data Inc.

Appendix VI.B.4.a(4), Page 54 of 61

Appendix VI.B.4.a(4), Page 55 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
March 31, 2011 Pricing
*($ in Millions, except bond prices)*

**Residential Capital, LLC Bond Pricing**

| Maturity Date | Coupon | Debt Rank | Amount Outstanding [1] | [A] Price | | [B] Relative Percent of Debt Rank | [C] = [A] × [B] Weighted Average Price |
|---|---|---|---|---|---|---|---|
| 05/15/15 | 9.625% | 3rd Lien | $ 2,120 | 100.9 | [2] | 100.0% | 100.9 |
| 05/17/12 | 5.125% | Sr Unsecured | $ 136 | 94.6 | [3] | 15.8% | 14.9 |
| 06/01/12 | 6.500% | Sr Unsecured | 80 | 102.0 | [2] | 9.3% | 9.5 |
| 04/17/13 | 6.500% | Sr Unsecured | 473 | 103.3 | [2] | 55.0% | 56.8 |
| 05/17/13 | 6.375% | Sr Unsecured | 59 | 93.4 | [3] | 6.9% | 6.4 |
| 07/01/14 | 7.875% | Sr Unsecured | 103 | N/A | | N/A | N/A |
| 06/30/15 | 6.875% | Sr Unsecured | 112 | 101.0 | [2] | 13.0% | 13.2 |
| | | | $ 964 | | | 100.0% | 100.8 |

[1] The Examiner's Financial Advisors recognize that the amount outstanding may differ slightly from the face value due to the timing and availability of data. Source: Draft ResCap Executive Liquidity Report, dated Mar. 21, 2011 [ALLY_0193580].
[2] Pricing per Interactive Data Corporation.
[3] Pricing per Advantage Data Inc.

Appendix VI.B.4.a(4), Page 55 of 61

Appendix VI.B.4.a(4), Page 56 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
June 30, 2011 Summary
*($ in Millions, except bond prices)*

| | Face Value [1] | Decimal Price | | Market Value |
|---|---|---|---|---|
| Secured borrowings: | | | | |
| Borrowings from parent – short-term | $ 487.0 | 100.0 | [2] | $ 487.0 |
| Borrowings from parent – long-term | 774.2 | 100.0 | [2] | 774.2 |
| Collateralized borrowings in securitization trusts | N/A | N/A | [3] | N/A |
| Other short-term borrowings | 668.6 | 99.3 | [4] | 663.6 |
| Other long-term borrowings | 3,305.8 | 99.3 | [5] | 3,281.0 |
| Subtotal secured borrowings | 5,235.6 | | | 5,205.8 |
| | | | | |
| Unsecured borrowings: | | | | |
| Other short-term borrowings | 13.4 | 99.3 | [6] | 13.3 |
| Other long-term borrowings | 1,148.3 | 99.3 | [7] | 1,140.2 |
| Subtotal unsecured borrowings | 1,161.7 | | | 1,153.5 |
| | | | | |
| Total borrowings | $ 6,397.3 | | | $ 6,359.3 |

[1] Face value per Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended June 30, 2011 and 2010 (Unaudited) dated June 30, 2011, at 22 [EXAM0012238].

[2] Fair value disclosure per Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Dec. 31, 2010, at 57 [EXAM00123128].

[3] Debt related to assets not controlled by ResCap.

[4] Assumed pricing equals the pricing of the secured other long-term borrowings.

[5] Pricing per Interactive Data Corporation.

[6] Assumed pricing equals the pricing of the unsecured other long-term borrowings.

[7] Weighted average pricing for unsecured notes per Interactive Data Corporation and Advantage Data Inc.

Appendix VI.B.4.a(4), Page 56 of 61

Appendix VI.B.4.a(4), Page 57 of 61

Residential Capital, LLC – Quarterly Solvency Analysis
Market Approach: Fair Market Value of Debt
June 30, 2011 Pricing
*($ in Millions, except bond prices)*

**Residential Capital, LLC Bond Pricing**

| Maturity Date | Coupon | Debt Rank | Amount Outstanding [1] | [A] Price | | [B] Relative Percent of Debt Rank | [C] = [A] × [B] Weighted Average Price |
|---|---|---|---|---|---|---|---|
| 05/15/15 | 9.625% | 3rd Lien | $ 2,120 | 99.3 | [2] | 100.0% | 99.3 |
| | | | | | | | |
| 05/17/12 | 5.125% | Sr Unsecured | $  141 | 96.0 | [2] | 16.2% | 15.6 |
| 06/01/12 | 6.500% | Sr Unsecured | 80 | 99.9 | [2] | 9.2% | 9.2 |
| 04/17/13 | 6.500% | Sr Unsecured | 473 | 100.8 | [2] | 54.6% | 55.0 |
| 05/17/13 | 6.375% | Sr Unsecured | 61 | 95.6 | [3] | 7.0% | 6.7 |
| 07/01/14 | 7.875% | Sr Unsecured | 106 | N/A | | N/A | N/A |
| 06/30/15 | 6.875% | Sr Unsecured | 112 | 98.9 | [2] | 12.9% | 12.8 |
| | | | $  973 | | | 100.0% | 99.3 |

[1] *The Examiner's Financial Advisors recognize that the amount outstanding may differ slightly from the face value due to the timing and availability of data. Source: ResCap Executive Liquidity Report, dated June 20, 2011 [ALLY_0193670].*
[2] *Pricing per Interactive Data Corporation.*
[3] *Pricing per Advantage Data Inc.*

Appendix VI.B.4.a(4), Page 57 of 61

Appendix VI.B.4.a(4), Page 58 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
September 30, 2011 Summary
*($ in Millions, except bond prices)*

| | Face Value [1] | Decimal Price | | Market Value |
|---|---|---|---|---|
| Secured borrowings: | | | | |
| Borrowings from parent – short-term | $ 417.0 | 100.0 | [2] | $ 417.0 |
| Borrowings from parent – long-term | 766.1 | 100.0 | [2] | 766.1 |
| Collateralized borrowings in securitization trusts | N/A | N/A | [3] | N/A |
| Other short-term borrowings | 509.0 | 77.5 | [4] | 394.5 |
| Other long-term borrowings | 3,285.1 | 77.5 | [5] | 2,545.9 |
| Subtotal secured borrowings | 4,977.2 | | | 4,123.5 |
| | | | | |
| Unsecured borrowings: | | | | |
| Other long-term borrowings | 1,111.5 | 88.9 | [6] | 988.5 |
| Subtotal unsecured borrowings | 1,111.5 | | | 988.5 |
| | | | | |
| Total borrowings | $ 6,088.7 | | | $ 5,111.9 |

[1] *Face value per Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended September 30, 2011 and 2010 (Unaudited) dated Sep. 30, 2011, at 24 [EXAM00122480].*

[2] *Fair value disclosure per Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Dec. 31, 2010, at 57 [EXAM00123128].*

[3] *Debt related to assets not controlled by ResCap.*

[4] *Assumed pricing equals the pricing of the secured other long-term borrowings.*

[5] *Pricing per Interactive Data Corporation.*

[6] *Weighted average pricing for unsecured notes per Interactive Data Corporation and Advantage Data Inc.*

Appendix VI.B.4.a(4), Page 58 of 61

Appendix VI.B.4.a(4), Page 59 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
September 30, 2011 Pricing
*($ in Millions, except bond prices)*

**Residential Capital, LLC Bond Pricing**

| Maturity Date | Coupon | Debt Rank | Amount Outstanding [1] | | [A] Price | | [B] Relative Percent of Debt Rank | [C] = [A] × [B] Weighted Average Price |
|---|---|---|---|---|---|---|---|---|
| 05/15/15 | 9.625% | 3rd Lien | $ 2,120 | | 77.5 | [2] | 100.0% | 77.5 |
| 05/17/12 | 5.125% | Sr Unsecured | $   142 | | 85.0 | [2] | 16.4% | 13.9 |
| 06/01/12 | 6.500% | Sr Unsecured | 80 | | 98.3 | [3] | 9.2% | 9.0 |
| 04/17/13 | 6.500% | Sr Unsecured | 473 | | 89.6 | [3] | 54.6% | 48.9 |
| 05/17/13 | 6.375% | Sr Unsecured | 60 | | 94.0 | [3] | 6.9% | 6.5 |
| 07/01/14 | 7.875% | Sr Unsecured | 105 | | N/A | | N/A | N/A |
| 06/30/15 | 6.875% | Sr Unsecured | 112 | | 81.6 | [3] | 12.9% | 10.6 |
| | | | $   972 | | | | 100.0% | 88.9 |

[1] *The Examiner's Financial Advisors recognize that the amount outstanding may differ slightly from the face value due to the timing and availability of data. Source: Draft Executive Liquidity Report, dated Sep. 12, 2011 [ALLY_0194061].*
[2] *Pricing per Interactive Data Corporation.*
[3] *Pricing per Advantage Data Inc.*

Appendix VI.B.4.a(4), Page 59 of 61

Appendix VI.B.4.a(4), Page 60 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
December 31, 2011 Summary
*($ in Millions, except bond prices)*

| | Face Value [1] | | Decimal Price | | Market Value |
|---|---|---|---|---|---|
| Secured borrowings: | | | | | |
| Borrowings from parent – short-term | $ 183.6 | | 100.0 | [2] | $ 183.6 |
| Borrowings from parent – long-term | 755.8 | | 100.0 | [2] | 755.8 |
| Borrowings from affiliates – short-term | 250.0 | | 100.0 | [2] | 250.0 |
| Collateralized borrowings in securitization trusts | N/A | | N/A | [3] | N/A |
| Other short-term borrowings | 323.0 | | 70.0 | [4] | 226.1 |
| Other long-term borrowings | 3,285.6 | | 70.0 | [5] | 2,299.9 |
| Subtotal secured borrowings | 4,798.0 | | | | 3,715.4 |
| | | | | | |
| Unsecured borrowings: | | | | | |
| Other long-term borrowings | 1,096.8 | | 60.0 | [6] | 658.4 |
| Subtotal unsecured borrowings | 1,096.8 | | | | 658.4 |
| | | | | | |
| Total borrowings | $ 5,894.8 | | | | $ 4,373.8 |

[1] *Face value per Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010, dated Dec. 31, 2011, at 37 [EXAM00122651].*

[2] *Fair value disclosure per Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010, dated Dec. 31, 2011, at 57 [EXAM00122651].*

[3] *Debt related to assets not controlled by ResCap.*

[4] *Assumed pricing equals the pricing of the secured other long-term borrowings.*

[5] *Pricing per Interactive Data Corporation.*

[6] *Weighted average pricing for unsecured notes per Interactive Data Corporation and Advantage Data Inc.*

Appendix VI.B.4.a(4), Page 60 of 61

Appendix VI.B.4.a(4), Page 61 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Market Approach: Fair Market Value of Debt**
December 31, 2011 Pricing
*($ in Millions, except bond prices)*

## Residential Capital, LLC Bond Pricing

| Maturity Date | Coupon | Debt Rank | Amount Outstanding [1] | [A] Price | | [B] Relative Percent of Debt Rank | [C] = [A] × [B] Weighted Average Price |
|---|---|---|---|---|---|---|---|
| 05/15/15 | 9.625% | 3rd Lien | $ 2,120 | 70.0 | [2] | 100.0% | 70.0 |
| | | | | | | | |
| 05/17/12 | 5.125% | Sr Unsecured | $ 131 | 50.0 | [2] | 15.4% | 7.7 |
| 06/01/12 | 6.500% | Sr Unsecured | 80 | 69.6 | [3] | 9.3% | 6.5 |
| 04/17/13 | 6.500% | Sr Unsecured | 473 | 60.3 | [3] | 55.4% | 33.4 |
| 05/17/13 | 6.375% | Sr Unsecured | 57 | 50.0 | [2] | 6.7% | 3.4 |
| 07/01/14 | 7.875% | Sr Unsecured | 100 | N/A | | N/A | N/A |
| 06/30/15 | 6.875% | Sr Unsecured | 112 | 69.1 | [3] | 13.1% | 9.1 |
| | | | $ 955 | | | 100.0% | 60.0 |

*[1] The Examiner's Financial Advisors recognize that the amount outstanding may differ slightly from the face value due to the timing and availability of data. Source: ResCap Executive Liquidity Report, dated Dec. 12, 2011 [ALLY_0194152].*

*[2] Pricing per Interactive Data Corporation.*

*[3] Pricing per Advantage Data Inc.*

Appendix VI.B.4.a(4), Page 61 of 61

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Asset-Based Approach: Adjusted Book Value Method**
**Summary of ResCap Fair Market Value Surplus/(Deficit)**
2005 – 2011
*($ in Millions)*

| | Fair Market Value Surplus / (Deficit) | | |
| --- | --- | --- | --- |
| | High [1] | Low [1] | Concluded Value |
| 12/31/05 | $ 7,464.0 | $ 7,464.0 | $ 7,464.0 |
| 03/31/06 | 7,763.5 | 7,763.5 | 7,763.5 |
| 06/30/06 | 8,404.3 | 8,404.3 | 8,404.3 |
| 09/30/06 | 8,375.9 | 8,375.9 | 8,375.9 |
| 12/31/06 | 7,622.1 | 7,622.1 | 7,622.1 |
| 03/31/07 | 7,173.9 | 7,173.9 | 7,173.9 |
| 06/30/07 | 7,507.4 | 7,507.4 | 7,507.4 |
| 09/30/07 | 3,932.6 | (1,385.0) | 1,273.8 |
| 12/31/07 | 2,854.6 | (2,631.1) | 111.8 |
| 03/31/08 | 793.4 | (4,783.1) | (1,994.9) |
| 06/30/08 | (1,180.6) | (6,303.6) | (3,742.1) |
| 09/30/08 | (2,371.7) | (7,286.0) | (4,828.8) |
| 12/31/08 | (2,110.3) | (6,684.2) | (4,397.3) |
| 03/31/09 | (226.9) | (1,978.2) | (1,102.5) |
| 06/30/09 | (350.2) | (1,979.2) | (1,164.7) |
| 09/30/09 | (866.8) | (2,260.5) | (1,563.6) |
| 12/31/09 | (183.9) | (1,191.5) | (687.7) |
| 03/31/10 | (592.2) | (2,663.9) | (1,628.0) |
| 06/30/10 | (498.2) | (2,736.8) | (1,617.5) |
| 09/30/10 | (1,403.6) | (3,685.1) | (2,544.3) |
| 12/31/10 | (1,385.5) | (3,529.9) | (2,457.7) |
| 03/31/11 | (1,243.6) | (3,277.2) | (2,260.4) |
| 06/30/11 | (2,539.0) | (4,635.9) | (3,587.5) |
| 09/30/11 | (3,361.3) | (5,783.2) | (4,572.3) |
| 12/31/11 | (3,386.0) | (5,610.3) | (4,498.1) |

[1] *See Appendix VI.B.4.b, at 5 – 29.*

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Asset-Based Approach: Adjusted Book Value Method**
**ResCap Asset Value Adjustments**
2005 – 2011
*($ in Millions)*

| | Total Asset Value Adjustment % [1] | |
| --- | --- | --- |
| | **High** | **Low** |
| 12/31/05 | 0.0% | 0.0% |
| 03/31/06 | 0.0% | 0.0% |
| 06/30/06 | 0.0% | 0.0% |
| 09/30/06 | 0.0% | 0.0% |
| 12/31/06 | 0.0% | 0.0% |
| 03/31/07 | 0.0% | 0.0% |
| 06/30/07 | 0.0% | 0.0% |
| 09/30/07 | -5.5% | -12.3% |
| 12/31/07 | -6.1% | -13.6% |
| 03/31/08 | -8.0% | -15.7% |
| 06/30/08 | -9.7% | -17.5% |
| 09/30/08 | -10.2% | -18.3% |
| 12/31/08 | -10.8% | -19.0% |
| 03/31/09 | -13.0% | -21.2% |
| 06/30/09 | -12.1% | -20.6% |
| 09/30/09 | -11.6% | -19.8% |
| 12/31/09 | -3.9% | -10.1% |
| 03/31/10 | -3.8% | -10.1% |
| 06/30/10 | -5.1% | -11.9% |
| 09/30/10 | -5.0% | -11.7% |
| 12/31/10 | -4.4% | -11.0% |
| 03/31/11 | -4.0% | -10.4% |
| 06/30/11 | -4.4% | -11.0% |
| 09/30/11 | -5.6% | -12.8% |
| 12/31/11 | -5.2% | -12.1% |

[1] *See Appendix VI.B.4.b. at 5 – 29.*

Appendix VI.B.4.b, Page 3 of 46

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Asset-Based Approach: Adjusted Book Value Method**
**ResCap Asset Value Summary – High**
2005 – 2011
*($ in Millions)*

| | Book Value of Total Assets net of Collateralized Borrowings [1] | (High) Net Market Adjustment [1] | Fair Market Value of Assets [1] | Total Liabilities [1] | Fair Market Value Surplus / (Deficit) |
|---|---|---|---|---|---|
| 12/31/05 | $ 62,787.3 | $ 0.0 | $ 62,787.3 | ($55,323.3) | $ 7,464.0 |
| 03/31/06 | 63,137.5 | 0.0 | 63,137.5 | (55,374.0) | 7,763.5 |
| 06/30/06 | 66,955.1 | 0.0 | 66,955.1 | (58,550.8) | 8,404.3 |
| 09/30/06 | 75,394.0 | 0.0 | 75,394.0 | (67,018.1) | 8,375.9 |
| 12/31/06 | 82,287.3 | 0.0 | 82,287.3 | (74,665.2) | 7,622.1 |
| 03/31/07 | 77,212.1 | 0.0 | 77,212.1 | (70,038.2) | 7,173.9 |
| 06/30/07 | 76,723.7 | 0.0 | 76,723.7 | (69,216.3) | 7,507.4 |
| 09/30/07 | 78,329.7 | (4,299.1) | 74,030.6 | (70,097.9) | 3,932.6 |
| 12/31/07 | 73,362.4 | (4,493.0) | 68,869.4 | (66,014.8) | 2,854.6 |
| 03/31/08 | 72,863.1 | (5,829.6) | 67,033.5 | (66,240.1) | 793.4 |
| 06/30/08 | 65,826.8 | (6,371.1) | 59,455.7 | (60,636.3) | (1,180.6) |
| 09/30/08 | 61,048.7 | (6,229.2) | 54,819.5 | (57,191.2) | (2,371.7) |
| 12/31/08 | 55,952.3 | (6,041.9) | 49,910.4 | (52,020.8) | (2,110.3) |
| 03/31/09 | 21,146.0 | (2,740.2) | 18,405.8 | (18,632.7) | (226.9) |
| 06/30/09 | 19,299.8 | (2,343.5) | 16,956.3 | (17,306.5) | (350.2) |
| 09/30/09 | 16,898.5 | (1,954.8) | 14,943.7 | (15,810.5) | (866.8) |
| 12/31/09 | 16,249.8 | (631.3) | 15,618.6 | (15,802.5) | (183.9) |
| 03/31/10 | 15,627.4 | (599.8) | 15,027.5 | (15,619.7) | (592.2) |
| 06/30/10 | 16,567.7 | (846.1) | 15,721.6 | (16,219.8) | (498.2) |
| 09/30/10 | 17,505.9 | (876.9) | 16,629.0 | (18,032.6) | (1,403.6) |
| 12/31/10 | 15,817.7 | (694.5) | 15,123.2 | (16,508.7) | (1,385.5) |
| 03/31/11 | 14,565.5 | (582.3) | 13,983.2 | (15,226.9) | (1,243.6) |
| 06/30/11 | 14,986.2 | (654.9) | 14,331.3 | (16,870.3) | (2,539.0) |
| 09/30/11 | 18,322.3 | (1,032.1) | 17,290.2 | (20,651.5) | (3,361.3) |
| 12/31/11 | 16,011.8 | (826.9) | 15,184.8 | (18,570.8) | (3,386.0) |

[1] *See Appendix VI.B.4.b, at 5 – 29.*

Appendix VI.B.4.b, Page 3 of 46

Appendix VI.B.4.b, Page 4 of 46

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Asset-Based Approach: Adjusted Book Value Method**
**ResCap Asset Value Summary – Low**
2005 – 2011
*($ in Millions)*

| | Book Value of Total Assets net of Collateralized Borrowings [1] | (Low) Net Market Adjustment [1] | Fair Market Value of Assets [1] | Total Liabilities [1] | Fair Market Value Surplus / (Deficit) |
|---|---|---|---|---|---|
| 12/31/05 | $ 62,787.3 | $ 0.0 | $ 62,787.3 | ($55,323.3) | $ 7,464.0 |
| 03/31/06 | 63,137.5 | 0.0 | 63,137.5 | (55,374.0) | 7,763.5 |
| 06/30/06 | 66,955.1 | 0.0 | 66,955.1 | (58,550.8) | 8,404.3 |
| 09/30/06 | 75,394.0 | 0.0 | 75,394.0 | (67,018.1) | 8,375.9 |
| 12/31/06 | 82,287.3 | 0.0 | 82,287.3 | (74,665.2) | 7,622.1 |
| 03/31/07 | 77,212.1 | 0.0 | 77,212.1 | (70,038.2) | 7,173.9 |
| 06/30/07 | 76,723.7 | 0.0 | 76,723.7 | (69,216.3) | 7,507.4 |
| 09/30/07 | 78,329.7 | (9,616.7) | 68,713.0 | (70,097.9) | (1,385.0) |
| 12/31/07 | 73,362.4 | (9,978.7) | 63,383.7 | (66,014.8) | (2,631.1) |
| 03/31/08 | 72,863.1 | (11,406.1) | 61,457.0 | (66,240.1) | (4,783.1) |
| 06/30/08 | 65,826.8 | (11,494.1) | 54,332.7 | (60,636.3) | (6,303.6) |
| 09/30/08 | 61,048.7 | (11,143.5) | 49,905.2 | (57,191.2) | (7,286.0) |
| 12/31/08 | 55,952.3 | (10,615.8) | 45,336.5 | (52,020.8) | (6,684.2) |
| 03/31/09 | 21,146.0 | (4,491.5) | 16,654.5 | (18,632.7) | (1,978.2) |
| 06/30/09 | 19,299.8 | (3,972.4) | 15,327.4 | (17,306.5) | (1,979.2) |
| 09/30/09 | 16,898.5 | (3,348.5) | 13,550.0 | (15,810.5) | (2,260.5) |
| 12/31/09 | 16,249.8 | (1,638.9) | 14,610.9 | (15,802.5) | (1,191.5) |
| 03/31/10 | 15,627.4 | (1,571.6) | 14,055.8 | (16,719.7) | (2,663.9) |
| 06/30/10 | 16,567.7 | (1,974.7) | 14,592.9 | (17,329.8) | (2,736.8) |
| 09/30/10 | 17,505.9 | (2,048.4) | 15,457.5 | (19,142.6) | (3,685.1) |
| 12/31/10 | 15,817.7 | (1,738.9) | 14,078.8 | (17,608.7) | (3,529.9) |
| 03/31/11 | 14,565.5 | (1,515.9) | 13,049.6 | (16,326.9) | (3,277.2) |
| 06/30/11 | 14,986.2 | (1,641.8) | 13,344.4 | (17,980.3) | (4,635.9) |
| 09/30/11 | 18,322.3 | (2,344.1) | 15,978.2 | (21,761.5) | (5,783.2) |
| 12/31/11 | 16,011.8 | (1,941.3) | 14,070.5 | (19,680.8) | (5,610.3) |

[1] *See Appendix VI.B.4.b, at 5 – 29.*

Appendix VI.B.4.b, Page 4 of 46

**Appendix VI.B.4.b,** Page 5 of 46

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Asset-Based Approach: Adjusted Book Value Method**
December 31, 2005
*($ in Millions)*

| Balance Sheet | Book Value of Assets [1] | Collateralized Borrowings in Securitization Trusts [1] | Assets Less Collateralized Borrowings | Asset Value Adjustment [2] | | Fair Market Value of Assets | |
|---|---|---|---|---|---|---|---|
| | | | | High | Low | High | Low |
| Cash and cash equivalents | $ 2,267 | $ 0 | $ 2,267 | 0% | 0% | $ 2,267 | $ 2,267 |
| Mortgage loans held for sale | 19,522 | 0 | 19,522 | 0% | 0% | 19,522 | 19,522 |
| Trading securities | 3,896 | 0 | 3,896 | 0% | 0% | 3,896 | 3,896 |
| Available for sale securities | 1,069 | 0 | 1,069 | 0% | 0% | 1,069 | 1,069 |
| Mortgage loans held for investment [3] | 67,893 | 56,098 | 11,795 | 0% | 0% | 11,795 | 11,795 |
| Lending receivables [3] | 13,401 | 0 | 13,401 | 0% | 0% | 13,401 | 13,401 |
| Mortgage servicing rights | 4,015 | 0 | 4,015 | 0% | 0% | 4,015 | 4,015 |
| Accounts receivable | 1,951 | 0 | 1,951 | 0% | 0% | 1,951 | 1,951 |
| Investments in real estate and other | 1,855 | 0 | 1,855 | 0% | 0% | 1,855 | 1,855 |
| Goodwill | 460 | 0 | 460 | 0% | 0% | 460 | 460 |
| Other assets | 2,557 | 0 | 2,557 | 0% | 0% | 2,557 | 2,557 |
| Total assets | $ 118,885 | $ 56,098 | $ 62,787 | 0% | 0% | $ 62,787 | $ 62,787 |
| Affiliate borrowings [1] | | | | | | (5,177) | (5,177) |
| Other borrowings [1] | | | | | | (42,301) | (42,301) |
| Deposits [1] | | | | | | (4,123) | (4,123) |
| Other liabilities [1] | | | | | | (3,722) | (3,722) |
| Minority interest [1] | | | | | | 0 | 0 |
| Contingent liability [4] | | | | | | 0 | 0 |
| Surplus / (deficit) | | | | | | $ 7,464 | $ 7,464 |

[1] Residential Capital Corporation, Annual Report (Form 10-K) (Mar. 28, 2006), at 94. As discussed in Section VI.B.4.b of the Report, the assets and liabilities of Ally Bank were not deconsolidated.

[2] Estimated market adjustments consider contemporaneous third-party analyses, industry benchmarks (ABX Index, interest rates, etc.) and ResCap fair value disclosures as discussed in Section VI.B.4.b of the Report. The estimated market adjustments reflect that Ally Bank's assets were generally of higher quality than ResCap's assets. If Ally Bank were deconsolidated, the asset value adjustments may differ significantly.

[3] Mortgage loans held for investment and lending receivables are net of allowances. No asset value adjustments were applied as of this date, thus the net amount was deemed to be an appropriate estimation of Fair Market Value.

[4] Refer to Section VI.B.5 of the Report for a discussion of contingent liabilities.

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Asset-Based Approach: Adjusted Book Value Method**
March 31, 2006
*($ in Millions)*

| Balance Sheet | Book Value of Assets [1] | Collateralized Borrowings in Securitization Trusts [1] | Assets Less Collateralized Borrowings | Asset Value Adjustment [2] High | Low | Fair Market Value of Assets High | Low |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 2,234 | $ 0 | $ 2,234 | 0% | 0% | $ 2,234 | $ 2,234 |
| Mortgage loans held for sale | 18,125 | 0 | 18,125 | 0% | 0% | 18,125 | 18,125 |
| Trading securities | 4,262 | 0 | 4,262 | 0% | 0% | 4,262 | 4,262 |
| Available for sale securities | 143 | 0 | 143 | 0% | 0% | 143 | 143 |
| Mortgage loans held for investment [3] | 72,673 | 58,801 | 13,872 | 0% | 0% | 13,872 | 13,872 |
| Lending receivables [3] | 12,410 | 0 | 12,410 | 0% | 0% | 12,410 | 12,410 |
| Mortgage servicing rights | 4,526 | 0 | 4,526 | 0% | 0% | 4,526 | 4,526 |
| Accounts receivable | 1,929 | 0 | 1,929 | 0% | 0% | 1,929 | 1,929 |
| Investments in real estate and other | 2,155 | 0 | 2,155 | 0% | 0% | 2,155 | 2,155 |
| Goodwill | 459 | 0 | 459 | 0% | 0% | 459 | 459 |
| Other assets | 3,023 | 0 | 3,023 | 0% | 0% | 3,023 | 3,023 |
| Total assets | $ 121,938 | $ 58,801 | $ 63,137 | 0% | 0% | $ 63,137 | $ 63,137 |

| | High | Low |
|---|---|---|
| Affiliate borrowings [1] | (4,715) | (4,715) |
| Other borrowings [1] | (41,270) | (41,270) |
| Deposits [1] | (5,596) | (5,596) |
| Other liabilities [1] | (3,793) | (3,793) |
| Minority interest [1] | 0 | 0 |
| Contingent liability [4] | 0 | 0 |
| Surplus / (deficit) | $ 7,763 | $ 7,763 |

[1] *Residential Capital, LLC, Quarterly Report (Form 10-Q) (May 5, 2006), at 3. As discussed in Section VI.B.4.b of the Report, the assets and liabilities of Ally Bank were not deconsolidated.*

[2] *Estimated market adjustments consider contemporaneous third-party analyses, industry benchmarks (ABX Index, interest rates, etc.) and ResCap fair value disclosures as discussed in Section VI.B.4.b of the Report. The estimated market adjustments reflect that Ally Bank's assets were generally of higher quality than ResCap's assets. If Ally Bank were deconsolidated, the asset value adjustments may differ significantly.*

[3] *Mortgage loans held for investment and lending receivables are net of allowances. No asset value adjustments were applied as of this date, thus the net amount was deemed to be an appropriate estimation of Fair Market Value.*

[4] *Refer to Section VI.B.5 of the Report for a discussion of contingent liabilities.*

Appendix VI.B.4.b, Page 7 of 46

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Asset-Based Approach: Adjusted Book Value Method**
June 30, 2006
*($ in Millions)*

| Balance Sheet | Book Value of Assets [1] | Collateralized Borrowings in Securitization Trusts [1] | Assets Less Collateralized Borrowings | Asset Value Adjustment [2] High | Asset Value Adjustment [2] Low | Fair Market Value of Assets High | Fair Market Value of Assets Low |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 1,886 | $ 0 | $ 1,886 | 0% | 0% | $ 1,886 | $ 1,886 |
| Mortgage loans held for sale | 20,439 | 0 | 20,439 | 0% | 0% | 20,439 | 20,439 |
| Trading securities | 4,246 | 0 | 4,246 | 0% | 0% | 4,246 | 4,246 |
| Available for sale securities | 163 | 0 | 163 | 0% | 0% | 163 | 163 |
| Mortgage loans held for investment [3] | 71,392 | 57,597 | 13,794 | 0% | 0% | 13,794 | 13,794 |
| Lending receivables [3] | 14,069 | 0 | 14,069 | 0% | 0% | 14,069 | 14,069 |
| Mortgage servicing rights | 5,094 | 0 | 5,094 | 0% | 0% | 5,094 | 5,094 |
| Accounts receivable | 2,045 | 0 | 2,045 | 0% | 0% | 2,045 | 2,045 |
| Investments in real estate and other | 2,128 | 0 | 2,128 | 0% | 0% | 2,128 | 2,128 |
| Goodwill | 464 | 0 | 464 | 0% | 0% | 464 | 464 |
| Other assets | 2,628 | 0 | 2,628 | 0% | 0% | 2,628 | 2,628 |
| Total assets | $ 124,552 | $ 57,597 | $ 66,955 | 0% | 0% | $ 66,955 | $ 66,955 |
| Borrowings [1] | | | | | | (48,120) | (48,120) |
| Deposits [1] | | | | | | (6,309) | (6,309) |
| Other liabilities [1] | | | | | | (4,122) | (4,122) |
| Minority interest [1] | | | | | | 0 | 0 |
| Contingent liability [4] | | | | | | 0 | 0 |
| Surplus / (deficit) | | | | | | $ 8,404 | $ 8,404 |

[1] *Residential Capital, LLC, Quarterly Report (Form 10-Q) (Aug. 8, 2006), at 5. As discussed in Section VI.B.4.b of the Report, the assets and liabilities of Ally Bank were not deconsolidated.*

[2] *Estimated market adjustments consider contemporaneous third-party analyses, industry benchmarks (ABX Index, interest rates, etc.) and ResCap fair value disclosures as discussed in Section VI.B.4.b of the Report. The estimated market adjustments reflect that Ally Bank's assets were generally of higher quality than ResCap's assets. If Ally Bank were deconsolidated, the asset value adjustments may differ significantly.*

[3] *Mortgage loans held for investment and lending receivables are net of allowances. No asset value adjustments were applied as of this date; thus the net amount was deemed to be an appropriate estimation of Fair Market Value.*

[4] *Refer to Section VI.B.5 of the Report for a discussion of contingent liabilities.*

Appendix VI.B.4.b, Page 7 of 46

Appendix VI.B.4.b, Page 8 of 46

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Asset-Based Approach: Adjusted Book Value Method**
September 30, 2006
*($ in Millions)*

| Balance Sheet | Book Value of Assets [1] | Collateralized Borrowings in Securitization Trusts [1] | Assets Less Collateralized Borrowings | Asset Value Adjustment [2] High | Low | Fair Market Value of Assets High | Low |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 1,978 | $ 0 | $ 1,978 | 0% | 0% | $ 1,978 | $ 1,978 |
| Mortgage loans held for sale | 24,787 | 0 | 24,787 | 0% | 0% | 24,787 | 24,787 |
| Trading securities | 5,034 | 0 | 5,034 | 0% | 0% | 5,034 | 5,034 |
| Available for sale securities | 169 | 0 | 169 | 0% | 0% | 169 | 169 |
| Mortgage loans held for investment [3] | 73,070 | 57,184 | 15,886 | 0% | 0% | 15,886 | 15,886 |
| Lending receivables [3] | 14,189 | 0 | 14,189 | 0% | 0% | 14,189 | 14,189 |
| Mortgage servicing rights | 4,828 | 0 | 4,828 | 0% | 0% | 4,828 | 4,828 |
| Accounts receivable | 2,317 | 0 | 2,317 | 0% | 0% | 2,317 | 2,317 |
| Investments in real estate and other | 2,594 | 0 | 2,594 | 0% | 0% | 2,594 | 2,594 |
| Goodwill | 466 | 0 | 466 | 0% | 0% | 466 | 466 |
| Other assets | 3,146 | 0 | 3,146 | 0% | 0% | 3,146 | 3,146 |
| Total assets | $ 132,578 | $ 57,184 | $ 75,394 | 0% | 0% | $ 75,394 | $ 75,394 |
| Borrowings [1] | | | | | | (55,474) | (55,474) |
| Deposits [1] | | | | | | (6,258) | (6,258) |
| Other liabilities [1] | | | | | | (5,286) | (5,286) |
| Minority interest [1] | | | | | | 0 | 0 |
| Contingent liability [4] | | | | | | 0 | 0 |
| Surplus / (deficit) | | | | | | $ 8,376 | $ 8,376 |

[1] *Residential Capital, LLC, Quarterly Report (Form 10-Q) (Nov. 7, 2006), at 5. As discussed in Section VI.B.4.b of the Report, the assets and liabilities of Ally Bank were not deconsolidated.*

[2] *Estimated market adjustments consider contemporaneous third-party analysis, industry benchmarks (ABX Index, interest rates, etc.) and ResCap fair value disclosures as discussed in Section VI.B.4.b of the Report. The estimated market adjustments reflect that Ally Bank's assets were generally of higher quality than ResCap's assets. If Ally Bank were deconsolidated, the asset value adjustments may differ significantly.*

[3] *Mortgage loans held for investment and lending receivables are net of allowances. No asset value adjustments were applied as of this date, thus the net amount was deemed to be an appropriate estimation of Fair Market Value.*

[4] *Refer to Section VI.B.5 of the Report for a discussion of contingent liabilities.*

**Appendix VI.B.4.b**, Page 9 of 46

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Asset-Based Approach: Adjusted Book Value Method**
December 31, 2006
*($ in Millions)*

| Balance Sheet | Book Value of Assets [1] | Collateralized Borrowings in Securitization Trusts [1] | Assets Less Collateralized Borrowings | Asset Value Adjustment [2] High | Low | Fair Market Value of Assets High | Low |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 2,019 | $ 0 | $ 2,019 | 0% | 0% | $ 2,019 | $ 2,019 |
| Mortgage loans held for sale | 27,007 | 0 | 27,007 | 0% | 0% | 27,007 | 27,007 |
| Trading securities | 4,562 | 0 | 4,562 | 0% | 0% | 4,562 | 4,562 |
| Available for sale securities | 229 | 0 | 229 | 0% | 0% | 229 | 229 |
| Mortgage loans held for investment [3] | 67,928 | 53,300 | 14,628 | 0% | 0% | 14,628 | 14,628 |
| Lending receivables [3] | 14,530 | 0 | 14,530 | 0% | 0% | 14,530 | 14,530 |
| Mortgage servicing rights | 4,930 | 0 | 4,930 | 0% | 0% | 4,930 | 4,930 |
| Accounts receivable | 2,561 | 0 | 2,561 | 0% | 0% | 2,561 | 2,561 |
| Investments in real estate and other | 2,622 | 0 | 2,622 | 0% | 0% | 2,622 | 2,622 |
| Goodwill | 471 | 0 | 471 | 0% | 0% | 471 | 471 |
| Other assets | 8,726 | 0 | 8,726 | 0% | 0% | 8,726 | 8,726 |
| Total assets | $ 135,587 | $ 53,300 | $ 82,287 | 0% | 0% | $ 82,287 | $ 82,287 |
| Borrowings [1] | | | | | | (59,880) | (59,880) |
| Deposits [1] | | | | | | (9,851) | (9,851) |
| Other liabilities [1] | | | | | | (4,374) | (4,374) |
| Minority interest [1] | | | | | | (560) | (560) |
| Contingent liability [4] | | | | | | 0 | 0 |
| Surplus / (deficit) | | | | | | $ 7,622 | $ 7,622 |

[1] *Residential Capital, LLC, Annual Report (Form 10-K) (Mar. 13, 2007), at 100. As discussed in Section VI.B.4.b of the Report, the assets and liabilities of Ally Bank were not deconsolidated.*

[2] *Estimated market adjustments consider contemporaneous third-party analyses, industry benchmarks (ABX Index, interest rates, etc.) and ResCap fair value disclosures as discussed in Section VI.B.4.b of the Report. The estimated market adjustments reflect that Ally Bank's assets were generally of higher quality than ResCap's assets. If Ally Bank were deconsolidated, the asset value adjustments may differ significantly.*

[3] *Mortgage loans held for investment and lending receivables are net of allowances. No asset value adjustments were applied as of this date, thus the net amount was deemed to be an appropriate estimation of Fair Market Value.*

[4] *Refer to Section VI.B.5 of the Report for a discussion of contingent liabilities.*

Appendix VI.B.4.b, Page 9 of 46

**Appendix VI.B.4.b, Page 10 of 46**

Residential Capital, LLC – Quarterly Solvency Analysis
Asset-Based Approach: Adjusted Book Value Method
March 31, 2007
*($ in Millions)*

| Balance Sheet | Book Value of Assets [1] | Collateralized Borrowings in Securitization Trusts [1] | Assets Less Collateralized Borrowings | Asset Value Adjustment [2] High | Asset Value Adjustment [2] Low | Fair Market Value of Assets High | Fair Market Value of Assets Low |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 2,602 | $ 0 | $ 2,602 | 0% | 0% | $ 2,602 | $ 2,602 |
| Mortgage loans held for sale | 22,014 | 0 | 22,014 | 0% | 0% | 22,014 | 22,014 |
| Trading securities | 5,660 | 0 | 5,660 | 0% | 0% | 5,660 | 5,660 |
| Mortgage loans held for investment [3] | 63,590 | 48,790 | 14,800 | 0% | 0% | 14,800 | 14,800 |
| Lending receivables [3] | 12,423 | 0 | 12,423 | 0% | 0% | 12,423 | 12,423 |
| Mortgage servicing rights | 5,108 | 0 | 5,108 | 0% | 0% | 5,108 | 5,108 |
| Accounts receivable | 2,747 | 0 | 2,747 | 0% | 0% | 2,747 | 2,747 |
| Investments in real estate and other | 2,509 | 0 | 2,509 | 0% | 0% | 2,509 | 2,509 |
| Goodwill | 472 | 0 | 472 | 0% | 0% | 472 | 472 |
| Other assets | 8,877 | 0 | 8,877 | 0% | 0% | 8,877 | 8,877 |
| Total assets | $ 126,003 | $ 48,790 | $ 77,212 | 0% | 0% | $ 77,212 | $ 77,212 |
| | | | Borrowings [1] | | | (55,323) | (55,323) |
| | | | Deposits [1] | | | (9,366) | (9,366) |
| | | | Other liabilities [1] | | | (4,713) | (4,713) |
| | | | Minority interest [1] | | | (637) | (637) |
| | | | Contingent liability [4] | | | 0 | 0 |
| | | | Surplus / (deficit) | | | $ 7,174 | $ 7,174 |

[1] Residential Capital, LLC, Quarterly Report (Form 10-Q) (May 8, 2007), at 3. As discussed in Section VI.B.4.b of the Report, the assets and liabilities of Ally Bank were not deconsolidated.

[2] Estimated market adjustments consider contemporaneous third-party analyses, industry benchmarks (ABX Index, interest rates, etc.) and ResCap fair value disclosures as discussed in Section VI.B.4.b of the Report. The estimated market adjustments reflect that Ally Bank's assets were generally of higher quality than ResCap's assets. If Ally Bank were deconsolidated, the asset value adjustments may differ significantly.

[3] Mortgage loans held for investment and lending receivables are net of allowances. No asset value adjustments were applied as of this date, thus the net amount was deemed to be an appropriate estimation of Fair Market Value.

[4] Refer to Section VI.B.5 of the Report for a discussion of contingent liabilities.

Appendix VI.B.4.b, Page 10 of 46

**Appendix VI.B.4.b,** Page 11 of 46

Residential Capital, LLC – Quarterly Solvency Analysis
Asset-Based Approach: Adjusted Book Value Method
June 30, 2007
*($ in Millions)*

| Balance Sheet | Book Value of Assets [1] | Collateralized Borrowings in Securitization Trusts [1] | Assets Less Collateralized Borrowings | Asset Value Adjustment [2] High | Asset Value Adjustment [2] Low | Fair Market Value of Assets High | Fair Market Value of Assets Low |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 3,715 | $ 0 | $ 3,715 | 0% | 0% | $ 3,715 | $ 3,715 |
| Mortgage loans held for sale | 19,334 | 0 | 19,334 | 0% | 0% | 19,334 | 19,334 |
| Trading securities | 5,511 | 0 | 5,511 | 0% | 0% | 5,511 | 5,511 |
| Mortgage loans held for investment [3] | 60,969 | 45,122 | 15,847 | 0% | 0% | 15,847 | 15,847 |
| Lending receivables [3] | 10,810 | 0 | 10,810 | 0% | 0% | 10,810 | 10,810 |
| Mortgage servicing rights | 6,041 | 0 | 6,041 | 0% | 0% | 6,041 | 6,041 |
| Accounts receivable | 2,524 | 0 | 2,524 | 0% | 0% | 2,524 | 2,524 |
| Investments in real estate and other | 2,370 | 0 | 2,370 | 0% | 0% | 2,370 | 2,370 |
| Goodwill | 474 | 0 | 474 | 0% | 0% | 474 | 474 |
| Other assets | 10,099 | 0 | 10,099 | 0% | 0% | 10,099 | 10,099 |
| Total assets | $ 121,846 | $ 45,122 | $ 76,724 | 0% | 0% | $ 76,724 | $ 76,724 |
| Borrowings [1] | | | | | | (52,987) | (52,987) |
| Deposits [1] | | | | | | (10,653) | (10,653) |
| Other liabilities [1] | | | | | | (4,806) | (4,806) |
| Minority interest [1] | | | | | | (770) | (770) |
| Contingent liability [4] | | | | | | 0 | 0 |
| Surplus / (deficit) | | | | | | $ 7,507 | $ 7,507 |

[1] *Residential Capital, LLC, Quarterly Report (Form 10-Q) (Aug. 7, 2007), at 3. As discussed in Section VI.B.4.b of the Report, the assets and liabilities of Ally Bank were not deconsolidated.*

[2] *Estimated market adjustments consider contemporaneous third-party analyses, industry benchmarks (ABX Index, interest rates, etc.) and ResCap fair value disclosures as discussed in Section VI.B.4.b of the Report. The estimated market adjustments reflect that Ally Bank's assets were generally of higher quality than ResCap's assets. If Ally Bank were deconsolidated, the asset value adjustments may differ significantly.*

[3] *Mortgage loans held for investment and lending receivables are net of allowances. No asset value adjustments were applied as of this date, thus the net amount was deemed to be an appropriate estimation of Fair Market Value.*

[4] *Refer to Section VI.B.5 of the Report for a discussion of contingent liabilities.*

Appendix VI.B.4.b, Page 12 of 46

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Asset-Based Approach: Adjusted Book Value Method**
September 30, 2007
*($ in Millions)*

| Balance Sheet | Book Value of Assets [1] | Collateralized Borrowings in Securitization Trusts [1] | Assets Less Collateralized Borrowings | Asset Value Adjustment [2] High | Asset Value Adjustment [2] Low | Fair Market Value of Assets High | Fair Market Value of Assets Low |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 6,519 | $ 0 | $ 6,519 | 0% | 0% | $ 6,519 | $ 6,519 |
| Mortgage loans held for sale | 14,980 | 0 | 14,980 | 0% | 0% | 14,980 | 14,980 |
| Trading securities | 3,655 | 0 | 3,655 | 0% | 0% | 3,655 | 3,655 |
| Mortgage loans held for investment [3] | 60,772 | 38,224 | 22,548 | -10% | -20% | 20,293 | 18,038 |
| Lending receivables [3] | 8,762 | 0 | 8,762 | -5% | -15% | 8,324 | 7,448 |
| Mortgage servicing rights | 5,547 | 0 | 5,547 | 0% | -10% | 5,547 | 4,992 |
| Accounts receivable | 2,583 | 0 | 2,583 | -5% | -15% | 2,453 | 2,195 |
| Investments in real estate and other | 2,069 | 0 | 2,069 | -15% | -25% | 1,759 | 1,552 |
| Goodwill | 0 | 0 | 0 | 0% | 0% | 0 | 0 |
| Other assets | 11,667 | 0 | 11,667 | -10% | -20% | 10,500 | 9,333 |
| Total assets | $ 116,554 | $ 38,224 | $ 78,330 | -5% | -12% | $ 74,031 | $ 68,713 |

| | High | Low |
|---|---|---|
| Borrowings [1] | (49,657) | (49,657) |
| Deposits [1] | (14,488) | (14,488) |
| Other liabilities [1] | (4,794) | (4,794) |
| Minority interest [1] | (1,159) | (1,159) |
| Contingent liability [4] | 0 | 0 |
| Surplus / (deficit) | $ 3,933 | ($1,385) |

[1] Residential Capital, LLC, Quarterly Report (Form 10-Q) (Nov. 8, 2007), at 3, 11–12. As discussed in Section VI.B.4.b of the Report, the assets and liabilities of Ally Bank were not deconsolidated.

[2] Estimated market adjustments consider contemporaneous third-party analyses, industry benchmarks (ABX Index, interest rates, etc.) and ResCap fair value disclosures as discussed in Section VI.B.4.b of the Report. The estimated market adjustments reflect that Ally Bank's assets were generally of higher quality than ResCap's assets. If Ally Bank were deconsolidated, the asset value adjustments may differ significantly.

[3] Mortgage loans held for investment and lending receivables are gross of allowances. The use of the gross amounts is consistent with asset analyses performed by third parties.

[4] Refer to Section VI.B.5 of the Report for a discussion of contingent liabilities.

Appendix VI.B.4.b, Page 13 of 46

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Asset-Based Approach: Adjusted Book Value Method**
December 31, 2007
*($ in Millions)*

| Balance Sheet | Book Value of Assets [1] | Collateralized Borrowings in Securitization Trusts [1] | Assets Less Collateralized Borrowings | Asset Value Adjustment [2] High | Asset Value Adjustment [2] Low | Fair Market Value of Assets High | Fair Market Value of Assets Low |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 4,416 | $ 0 | $ 4,416 | 0% | 0% | $ 4,416 | $ 4,416 |
| Mortgage loans held for sale | 11,998 | 0 | 11,998 | 0% | 0% | 11,998 | 11,998 |
| Trading securities | 2,091 | 0 | 2,091 | 0% | 0% | 2,091 | 2,091 |
| Mortgage loans held for investment [3] | 42,163 | 16,146 | 26,017 | -10% | -20% | 23,415 | 20,813 |
| Lending receivables [3] | 8,892 | 0 | 8,892 | -5% | -15% | 8,447 | 7,558 |
| Mortgage servicing rights | 4,703 | 0 | 4,703 | 0% | -10% | 4,703 | 4,233 |
| Accounts receivable | 3,188 | 0 | 3,188 | -5% | -15% | 3,029 | 2,710 |
| Investments in real estate and other | 1,630 | 0 | 1,630 | -15% | -25% | 1,385 | 1,222 |
| Goodwill | 0 | 0 | 0 | 0% | 0% | 0 | 0 |
| Other assets | 10,429 | 0 | 10,429 | -10% | -20% | 9,386 | 8,343 |
| Total assets | $ 89,508 | $ 16,146 | $ 73,362 | -6% | -14% | $ 68,869 | $ 63,384 |
| Borrowings [1] | | | | | | (46,184) | (46,184) |
| Deposits [1] | | | | | | (13,350) | (13,350) |
| Other liabilities [1] | | | | | | (5,141) | (5,141) |
| Minority interest [1] | | | | | | (1,340) | (1,340) |
| Contingent liability [4] | | | | | | 0 | 0 |
| Surplus / (deficit) | | | | | | $ 2,855 | ($2,631) |

[1] Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2008), at 100, 119, 121. As discussed in Section VI.B.4.b of the Report, the assets and liabilities of Ally Bank were not deconsolidated.

[2] Estimated market adjustments consider contemporaneous third-party analyses, industry benchmarks (ABX Index, interest rates, etc.) and ResCap fair value disclosures as discussed in Section VI.B.4.b of the Report. The estimated market adjustments reflect that Ally Bank's assets were generally of higher quality than ResCap's assets. If Ally Bank were deconsolidated, the asset value adjustments may differ significantly.

[3] Mortgage loans held for investment and lending receivables are gross of allowance. The use of the gross amounts is consistent with asset analyses performed by third parties.

[4] Refer to Section VI.B.5 of the Report for a discussion of contingent liabilities.

**Appendix VI.B.4.b, Page 14 of 46**

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Asset-Based Approach: Adjusted Book Value Method**
March 31, 2008
*($ in Millions)*

| Balance Sheet | Book Value of Assets [1] | Collateralized Borrowings in Securitization Trusts [1] | Assets Less Collateralized Borrowings | Asset Value Adjustment [2] High | Asset Value Adjustment [2] Low | Fair Market Value of Assets High | Fair Market Value of Assets Low |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 4,155 | $ 0 | $ 4,155 | 0% | 0% | $ 4,155 | $ 4,155 |
| Mortgage loans held for sale | 11,798 | 0 | 11,798 | 0% | 0% | 11,798 | 11,798 |
| Trading securities | 1,145 | 0 | 1,145 | 0% | 0% | 1,145 | 1,145 |
| Mortgage loans held for investment [3] | 34,486 | 9,369 | 25,117 | -15% | -25% | 21,350 | 18,838 |
| Lending receivables [3] | 9,214 | 0 | 9,214 | -5% | -15% | 8,754 | 7,832 |
| Mortgage servicing rights | 4,278 | 0 | 4,278 | 0% | -10% | 4,278 | 3,850 |
| Accounts receivable | 3,512 | 0 | 3,512 | -5% | -15% | 3,336 | 2,985 |
| Investments in real estate and other | 1,227 | 0 | 1,227 | -15% | -25% | 1,043 | 920 |
| Goodwill | 0 | 0 | 0 | 0% | 0% | 0 | 0 |
| Other assets | 12,417 | 0 | 12,417 | -10% | -20% | 11,176 | 9,934 |
| Total assets | $ 82,232 | $ 9,369 | $ 72,863 | -8% | -16% | $ 67,034 | $ 61,457 |

| | High | Low |
|---|---|---|
| Borrowings from parent [1] | (655) | (655) |
| Other borrowings [1] | (41,729) | (41,729) |
| Deposits [1] | (15,950) | (15,950) |
| Other liabilities [1] | (6,493) | (6,493) |
| Minority interest [1] | (1,414) | (1,414) |
| Contingent liability [4] | 0 | 0 |
| Surplus / (deficit) | $ 793 | ($4,783) |

[1] Residential Capital, LLC, Quarterly Report (Form 10-Q) (May 7, 2008), at 3, 12–13. As discussed in Section VI.B.4.b of the Report, the assets and liabilities of Ally Bank were not deconsolidated.

[2] Estimated market adjustments consider contemporaneous third-party analyses, industry benchmarks (ABX Index, interest rates, etc.) and ResCap fair value disclosures as discussed in Section VI.B.4.b of the Report. The estimated market adjustments reflect that Ally Bank's assets were generally of higher quality than ResCap's assets. If Ally Bank were deconsolidated, the asset value adjustments may differ significantly.

[3] Mortgage loans held for investment and lending receivables are gross of allowance. The use of the gross amounts is consistent with asset analyses performed by third parties.

[4] Refer to Section VI.B.5 of the Report for a discussion of contingent liabilities.

Appendix VI.B.4.b, Page 15 of 46

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Asset-Based Approach: Adjusted Book Value Method**
June 30, 2008
*($ in Millions)*

| Balance Sheet | Book Value of Assets [1] | Collateralized Borrowings in Securitization Trusts [1] | Assets Less Collateralized Borrowings | Asset Value Adjustment [2] High | Asset Value Adjustment [2] Low | Fair Market Value of Assets High | Fair Market Value of Assets Low |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 6,578 | $ 0 | $ 6,578 | 0% | 0% | $ 6,578 | $ 6,578 |
| Mortgage loans held for sale | 7,036 | 0 | 7,036 | 0% | 0% | 7,036 | 7,036 |
| Trading securities | 983 | 0 | 983 | 0% | 0% | 983 | 983 |
| Mortgage loans held for investment [3] | 30,962 | 7,900 | 23,062 | -20% | -30% | 18,450 | 16,144 |
| Lending receivables [3] | 8,555 | 0 | 8,555 | -5% | -15% | 8,127 | 7,271 |
| Mortgage servicing rights | 5,417 | 0 | 5,417 | 0% | -10% | 5,417 | 4,876 |
| Accounts receivable | 2,765 | 0 | 2,765 | -5% | -15% | 2,627 | 2,351 |
| Investments in real estate and other | 991 | 0 | 991 | -15% | -25% | 842 | 743 |
| Goodwill | 0 | 0 | 0 | 0% | 0% | 0 | 0 |
| Other assets | 10,440 | 0 | 10,440 | -10% | -20% | 9,396 | 8,352 |
| Total assets | $ 73,727 | $ 7,900 | $ 65,827 | -10% | -17% | $ 59,456 | $ 54,333 |

| | High | Low |
|---|---|---|
| Borrowings from parent [1] | (4,700) | (4,700) |
| Affiliate borrowings [1] | (972) | (972) |
| Other borrowings [1] | (31,149) | (31,149) |
| Deposits [1] | (17,537) | (17,537) |
| Other liabilities [1] | (4,803) | (4,803) |
| Minority interest [1] | (1,475) | (1,475) |
| Contingent liability [4] | 0 | 0 |
| Surplus / (deficit) | ($1,181) | ($6,304) |

[1] *Residential Capital, LLC, Quarterly Report (Form 10-Q) (Aug. 8, 2008), at 3, 13−14. As discussed in Section VI.B.4.b of the Report, the assets and liabilities of Ally Bank were not deconsolidated.*

[2] *Estimated market adjustments consider contemporaneous third-party analyses, industry benchmarks (ABX Index, interest rates, etc.) and ResCap fair value disclosures as discussed in Section VI.B.4.b of the Report. The estimated market adjustments reflect that Ally Bank's assets were generally of higher quality than ResCap's assets. If Ally Bank were deconsolidated, the asset value adjustments may differ significantly.*

[3] *Mortgage loans held for investment and lending receivables are gross of allowances. The use of the gross amounts is consistent with asset analyses performed by third parties.*

[4] *Refer to Section VI.B.5 of the Report for a discussion of contingent liabilities.*

Appendix VI.B.4.b, Page 15 of 46

Appendix VI.B.4.b, Page 16 of 46

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Asset-Based Approach: Adjusted Book Value Method**
September 30, 2008
*($ in Millions)*

| Balance Sheet | Book Value of Assets [1] | Collateralized Borrowings in Securitization Trusts [1] | Assets Less Collateralized Borrowings | Asset Value Adjustment [2] High | Asset Value Adjustment [2] Low | Fair Market Value of Assets High | Fair Market Value of Assets Low |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 6,885 | $ 0 | $ 6,885 | 0% | 0% | $ 6,885 | $ 6,885 |
| Mortgage loans held for sale | 4,153 | 0 | 4,153 | 0% | 0% | 4,153 | 4,153 |
| Trading securities | 868 | 0 | 868 | 0% | 0% | 868 | 868 |
| Mortgage loans held for investment [3] | 29,818 | 7,009 | 22,809 | -20% | -30% | 18,247 | 15,966 |
| Lending receivables [3] | 7,108 | 0 | 7,108 | -5% | -15% | 6,753 | 6,042 |
| Mortgage servicing rights [3] | 4,725 | 0 | 4,725 | 0% | -10% | 4,725 | 4,252 |
| Accounts receivable | 3,446 | 0 | 3,446 | -5% | -15% | 3,273 | 2,929 |
| Investments in real estate and other | 681 | 0 | 681 | -15% | -25% | 579 | 511 |
| Goodwill | 0 | 0 | 0 | 0% | 0% | 0 | 0 |
| Other assets | 10,374 | 0 | 10,374 | -10% | -20% | 9,337 | 8,300 |
| Total assets | $ 68,057 | $ 7,009 | $ 61,049 | -10% | -18% | $ 54,820 | $ 49,905 |
| | | | | | | | |
| Borrowings from parent [1] | | | | | | (3,271) | (3,271) |
| Affiliate borrowings [1] | | | | | | (875) | (875) |
| Other borrowings [1] | | | | | | (28,144) | (28,144) |
| Deposits [1] | | | | | | (18,235) | (18,235) |
| Other liabilities [1] | | | | | | (4,713) | (4,713) |
| Minority interest [1] | | | | | | (1,954) | (1,954) |
| Contingent liability [4] | | | | | | 0 | 0 |
| Surplus / (deficit) | | | | | | ($2,372) | ($7,286) |

[1] Residential Capital, LLC, Quarterly Report (Form 10-Q) (Nov. 10, 2008), at 3, 14 –15. As discussed in Section VI.B.4.b of the Report, the assets and liabilities of Ally Bank were not deconsolidated.
[2] Estimated market adjustments consider contemporaneous third-party analyses, industry benchmarks (ABX Index, interest rates, etc.) and ResCap fair value disclosures as discussed in Section VI.B.4.b of the Report. The estimated market adjustments reflect that Ally Bank's assets were generally of higher quality than ResCap's assets. If Ally Bank were deconsolidated, the asset value adjustments may differ significantly.
[3] Mortgage loans held for investment and lending receivables are gross of allowances. The use of the gross amounts is consistent with asset analyses performed by third parties.
[4] Refer to Section VI.B.5 of the Report for a discussion of contingent liabilities.

Appendix VI.B.4.b, Page 16 of 46

**Appendix VI.B.4.b**, Page 17 of 46

Residential Capital, LLC – Quarterly Solvency Analysis
Asset-Based Approach: Adjusted Book Value Method
December 31, 2008
*($ in Millions)*

| Balance Sheet | Book Value of Assets [1] | Collateralized Borrowings in Securitization Trusts [1] | Assets Less Collateralized Borrowings | Asset Value Adjustment [2] High | Asset Value Adjustment [2] Low | Fair Market Value of Assets High | Fair Market Value of Assets Low |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 6,983 | $ 0 | $ 6,983 | 0% | 0% | $ 6,983 | $ 6,983 |
| Mortgage loans held for sale | 2,629 | 0 | 2,629 | 0% | 0% | 2,629 | 2,629 |
| Trading securities | 601 | 0 | 601 | 0% | 0% | 601 | 601 |
| Mortgage loans held for investment [3] | 25,887 | 3,752 | 22,135 | -20% | -30% | 17,708 | 15,494 |
| Lending receivables [3] | 6,608 | 0 | 6,608 | -5% | -15% | 6,277 | 5,617 |
| Mortgage servicing rights | 2,848 | 0 | 2,848 | 0% | -10% | 2,848 | 2,563 |
| Accounts receivable | 3,143 | 0 | 3,143 | -5% | -15% | 2,986 | 2,672 |
| Investments in real estate and other | 536 | 0 | 536 | -15% | -25% | 456 | 402 |
| Goodwill | 0 | 0 | 0 | 0% | 0% | 0 | 0 |
| Other assets | 10,469 | 0 | 10,469 | -10% | -20% | 9,423 | 8,376 |
| Total assets | $ 59,705 | $ 3,752 | $ 55,952 | -11% | -19% | $ 49,910 | $ 45,337 |
| Borrowings from parent [1] | | | | | | (2,663) | (2,663) |
| Affiliate borrowings [1] | | | | | | (8) | (8) |
| Other borrowings [1] | | | | | | (22,636) | (22,636) |
| Deposits [1] | | | | | | (19,862) | (19,862) |
| Other liabilities [1] | | | | | | (4,951) | (4,951) |
| Minority interest [1] | | | | | | (1,901) | (1,901) |
| Contingent liability [4] | | | | | | 0 | 0 |
| Surplus / (deficit) | | | | | | ($2,110) | ($6,684) |

[1] Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009), at 118, 141, 144. As discussed in Section VI.B.4.b of the Report, the assets and liabilities of Ally Bank were not deconsolidated.
[2] Estimated market adjustments consider contemporaneous third-party analyses, industry benchmarks (ABX Index, interest rates, etc.) and ResCap fair value disclosures as discussed in Section VI.B.4.b of the Report. The estimated market adjustments reflect that Ally Bank's assets were generally of higher quality than ResCap's assets. If Ally Bank were deconsolidated, the asset value adjustments may differ significantly.
[3] Mortgage loans held for investment and lending receivables are gross of allowances. The use of the gross amounts is consistent with asset analyses performed by third parties.
[4] Refer to Section VI.B.5 of the Report for a discussion of contingent liabilities.

**Appendix VI.B.4.b,** Page 18 of 46

Residential Capital, LLC – Quarterly Solvency Analysis
Asset-Based Approach: Adjusted Book Value Method
March 31, 2009
*($ in Millions)*

| Balance Sheet | Book Value of Assets [1] | Collateralized Borrowings in Securitization Trusts [1] | Assets Less Collateralized Borrowings | Asset Value Adjustment [2] | | Fair Market Value of Assets | |
|---|---|---|---|---|---|---|---|
| | | | | High | Low | High | Low |
| Cash and cash equivalents | $ 1,706 | $ 0 | $ 1,706 | 0% | 0% | $ 1,706 | $ 1,706 |
| Mortgage loans held for sale | 1,416 | 0 | 1,416 | 0% | 0% | 1,416 | 1,416 |
| Trading securities | 510 | 0 | 510 | 0% | 0% | 510 | 510 |
| Mortgage loans held for investment [3] | 10,428 | 3,415 | 7,014 | -30% | -40% | 4,910 | 4,208 |
| Lending receivables [3] | 1,928 | 0 | 1,928 | -5% | -15% | 1,831 | 1,638 |
| Mortgage servicing rights | 2,159 | 0 | 2,159 | 0% | -10% | 2,159 | 1,943 |
| Accounts receivable | 2,497 | 0 | 2,497 | -5% | -15% | 2,372 | 2,123 |
| Investments in real estate and other | 466 | 0 | 466 | -15% | -25% | 396 | 349 |
| Goodwill | 0 | 0 | 0 | 0% | 0% | 0 | 0 |
| Other assets | 3,450 | 0 | 3,450 | -10% | -20% | 3,105 | 2,760 |
| Total assets | $ 24,561 | $ 3,415 | $ 21,146 | -13% | -21% | $ 18,406 | $ 16,655 |
| | | | | | | | |
| Borrowings from parent [1] | | | | | | (2,410) | (2,410) |
| Other borrowings [1] | | | | | | (11,371) | (11,371) |
| Other liabilities [1] | | | | | | (4,851) | (4,851) |
| Minority interest [1] | | | | | | 0 | 0 |
| Contingent liability [4] | | | | | | 0 | 0 |
| Surplus / (deficit) | | | | | | ($227) | ($1,978) |

[1] Residential Capital, LLC, Quarterly Report (Form 10-Q) (May 11, 2009), at 3, 15–16.

[2] Estimated market adjustments consider contemporaneous third-party analyses, industry benchmarks (ABX Index, interest rates, etc.) and ResCap fair value disclosures as discussed in Section VI.B.4.b of the Report. The estimated market adjustments reflect that Ally Bank's assets were generally of higher quality than ResCap's assets. If Ally Bank were deconsolidated, the asset value adjustments may differ significantly.

[3] Mortgage loans held for investment and lending receivables are gross of allowances. The use of the gross amounts is consistent with asset analyses performed by third parties.

[4] Refer to Section VI.B.5 of the Report for a discussion of contingent liabilities.

**Appendix VI.B.4.b**, Page 19 of 46

Residential Capital, LLC – Quarterly Solvency Analysis
Asset-Based Approach: Adjusted Book Value Method
June 30, 2009
*($ in Millions)*

| Balance Sheet | Book Value of Assets [1] | Collateralized Borrowings in Securitization Trusts [1] | Assets Less Collateralized Borrowings | Asset Value Adjustment [2] High | Asset Value Adjustment [2] Low | Fair Market Value of Assets High | Fair Market Value of Assets Low |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 1,189 | $ 0 | $ 1,189 | 0% | 0% | $ 1,189 | $ 1,189 |
| Mortgage loans held for sale | 1,666 | 0 | 1,666 | 0% | 0% | 1,666 | 1,666 |
| Trading securities | 156 | 0 | 156 | 0% | 0% | 156 | 156 |
| Mortgage loans held for investment[3] | 9,503 | 3,641 | 5,863 | -30% | -40% | 4,104 | 3,518 |
| Lending receivables[3] | 1,446 | 0 | 1,446 | -5% | -15% | 1,374 | 1,229 |
| Mortgage servicing rights | 2,752 | 0 | 2,752 | 0% | -10% | 2,752 | 2,477 |
| Accounts receivable | 2,417 | 0 | 2,417 | -5% | -15% | 2,297 | 2,055 |
| Investments in real estate and other | 208 | 0 | 208 | -15% | -25% | 177 | 156 |
| Goodwill | 0 | 0 | 0 | 0% | 0% | 0 | 0 |
| Other assets | 3,603 | 0 | 3,603 | -10% | -20% | 3,243 | 2,883 |
| Total assets | $ 22,940 | $ 3,641 | $ 19,300 | -12% | -21% | $ 16,956 | $ 15,327 |
| Borrowings from parent [1] | | | | 0% | 0% | (2,931) | (2,931) |
| Other borrowings [1] | | | | | | (9,048) | (9,048) |
| Other liabilities [1] | | | | | | (5,328) | (5,328) |
| Minority interest [1] | | | | | | 0 | 0 |
| Contingent liability [4] | | | | | | 0 | 0 |
| Surplus / (deficit) | | | | | | ($350) | ($1,979) |

[1] *Residential Capital, LLC, Quarterly Report (Form 10-Q) (Aug. 7, 2009), at 3, 16–17.*

[2] *Estimated market adjustments consider contemporaneous third-party analyses, industry benchmarks (ABX Index, interest rates, etc.) and ResCap fair value disclosures as discussed in Section VI.B.4.b of the Report. The estimated market adjustments reflect that Ally Bank's assets were generally of higher quality than ResCap's assets. If Ally Bank were deconsolidated, the asset value adjustments may differ significantly.*

[3] *Mortgage loans held for investment and lending receivables are gross of allowance. The use of the gross amounts is consistent with asset analyses performed by third parties.*

[4] *Refer to Section VI.B.5 of the Report for a discussion of contingent liabilities.*

**Appendix VI.B.4.b**, Page 20 of 46

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Asset-Based Approach: Adjusted Book Value Method**
September 30, 2009
*($ in Millions)*

| Balance Sheet | Book Value of Assets [1] | Collateralized Borrowings in Securitization Trusts [1] | Assets Less Collateralized Borrowings [1] | Asset Value Adjustment [2] High | Low | Fair Market Value of Assets High | Low |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 919 | $ 0 | $ 919 | 0% | 0% | $ 919 | $ 919 |
| Mortgage loans held for sale | 1,903 | 0 | 1,903 | 0% | 0% | 1,903 | 1,903 |
| Trading securities | 141 | 0 | 141 | 0% | 0% | 141 | 141 |
| Mortgage loans held for investment [3] | 8,301 | 3,530 | 4,771 | -30% | -40% | 3,340 | 2,863 |
| Lending receivables [3] | 688 | 0 | 688 | -5% | -15% | 654 | 585 |
| Mortgage servicing rights | 2,428 | 0 | 2,428 | 0% | -10% | 2,428 | 2,185 |
| Accounts receivable | 2,475 | 0 | 2,475 | -5% | -15% | 2,351 | 2,104 |
| Investments in real estate and other | 158 | 0 | 158 | -15% | -25% | 135 | 119 |
| Goodwill | 0 | 0 | 0 | 0% | 0% | 0 | 0 |
| Other assets | 3,416 | 0 | 3,416 | -10% | -20% | 3,075 | 2,733 |
| Total assets | $ 20,429 | $ 3,530 | $ 16,899 | -12% | -20% | $ 14,944 | $ 13,550 |
| | | | | | | | |
| Borrowings from parent [1] | | | | | | (2,302) | (2,302) |
| Other borrowings [1] | | | | | | (8,200) | (8,200) |
| Other liabilities [1] | | | | | | (5,308) | (5,308) |
| Minority interest [1] | | | | | | 0 | 0 |
| Contingent liability [4] | | | | | | 0 | 0 |
| Surplus / (deficit) | | | | | | ($867) | ($2,260) |

[1] *Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended September 30, 2009 and 2008, dated Sep. 30, 2009, at 1, 12, 14 [EXAM00124278].*
[2] *Estimated market adjustments consider contemporaneous third-party analyses, industry benchmarks (ABX Index, interest rates, etc.) and ResCap fair value disclosures as discussed in Section VI.B.4.b of the Report. The estimated market adjustments reflect that Ally Bank's assets were generally of higher quality than ResCap's assets. If Ally Bank were deconsolidated, the asset value adjustments may differ significantly.*
[3] *Mortgage loans held for investment and lending receivables are gross of allowances. The use of the gross amounts is consistent with asset analyses performed by third parties.*
[4] *Refer to Section VI.B.3 of the Report for a discussion of contingent liabilities.*

Appendix VI.B.4.b, Page 20 of 46

Appendix VI.B.4.b, Page 21 of 46

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Asset-Based Approach: Adjusted Book Value Method**
December 31, 2009
*($ in Millions)*

| Balance Sheet | Book Value of Assets [1] | Collateralized Borrowings in Securitization Trusts [1] | Assets Less Collateralized Borrowings [1] | Asset Value Adjustment [2] High | Asset Value Adjustment [2] Low | Fair Market Value of Assets High | Fair Market Value of Assets Low |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 765 | $ 0 | $ 765 | 0% | 0% | $ 765 | $ 765 |
| Mortgage loans held for sale [3] | 5,310 | 0 | 5,310 | 0% | 0% | 5,310 | 5,310 |
| Trading securities | 99 | 0 | 99 | 0% | 0% | 99 | 99 |
| Mortgage loans held for investment [4] | 1,873 | 1,484 | 389 | -5% | -15% | 370 | 331 |
| Lending receivables [4] | 438 | 0 | 438 | -5% | -15% | 416 | 372 |
| Mortgage servicing rights | 2,540 | 0 | 2,540 | 0% | -10% | 2,540 | 2,286 |
| Accounts receivable | 2,547 | 0 | 2,547 | -5% | -15% | 2,420 | 2,165 |
| Investments in real estate and other | 114 | 0 | 114 | -15% | -25% | 97 | 86 |
| Goodwill | 0 | 0 | 0 | 0% | 0% | 0 | 0 |
| Other assets | 3,235 | 0 | 3,235 | -10% | -20% | 2,912 | 2,588 |
| Assets of operations held-for-sale [5] | 2,549 | 1,737 | 812 | -15% | -25% | 691 | 609 |
| Total assets | $ 19,471 | $ 3,221 | $ 16,250 | -4% | -10% | $ 15,619 | $ 14,611 |
| Borrowings from parent [1] | | | | | | (1,889) | (1,889) |
| Other borrowings [1] | | | | | | (8,021) | (8,021) |
| Liabilities of operations held for sale [5] | | | | | | (445) | (445) |
| Other liabilities [1] | | | | | | (5,448) | (5,448) |
| Minority interest [1] | | | | | | 0 | 0 |
| Contingent liability [6] | | | | | | 0 | 0 |
| Surplus / (deficit) | | | | | | ($184) | ($1,192) |

[1] *Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Feb. 26, 2010, at 4, 28 – 29 [EXAM00124455].*

[2] *Estimated market adjustments consider contemporaneous third-party analyses, industry benchmarks (ABX Index, interest rates, etc.) and ResCap fair value disclosures as discussed in Section VI.B.4.b of the Report. The estimated market adjustments reflect that Ally Bank's assets were generally of higher quality than ResCap's assets. If Ally Bank were deconsolidated, the asset value adjustments may differ significantly.*

[3] *At December 31, 2009, ResCap reclassified a significant portion of HFI loans to HFS and made significant mark-to-market adjustments. Thus, no asset value adjustment was applied.*

[4] *Mortgage loans held for investment and lending receivables are gross of allowances. The use of the gross amounts is consistent with asset analyses performed by third parties.*

[5] *Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Feb. 26, 2010, at 24 [EXAM00124455].*

[6] *Refer to Section VI.B.5 of the Report for a discussion of contingent liabilities.*

**Appendix VI.B.4.b, Page 22 of 46**

Residential Capital, LLC – Quarterly Solvency Analysis
Asset-Based Approach: Adjusted Book Value Method
March 31, 2010
*($ in Millions)*

| Balance Sheet | Book Value of Assets [1] | Collateralized Borrowings in Securitization Trusts [1] | Assets Less Collateralized Borrowings [1] | Asset Value Adjustment [2] High | Asset Value Adjustment [2] Low | Fair Market Value of Assets High | Fair Market Value of Assets Low |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 725 | $ 0 | $ 725 | 0% | 0% | $ 725 | $ 725 |
| Mortgage loans held for sale [3] | 5,131 | 0 | 5,131 | 0% | 0% | 5,131 | 5,131 |
| Trading securities | 54 | 0 | 54 | 0% | 0% | 54 | 54 |
| Mortgage loans held for investment [4] | 3,038 | 2,585 | 453 | -5% | -15% | 431 | 385 |
| Lending receivables [4] | 326 | 0 | 326 | -5% | -15% | 309 | 277 |
| Mortgage servicing rights | 2,413 | 0 | 2,413 | 0% | -10% | 2,413 | 2,172 |
| Accounts receivable | 2,778 | 0 | 2,778 | -5% | -15% | 2,640 | 2,362 |
| Investments in real estate and other | 0 | 0 | 0 | -15% | -25% | 0 | 0 |
| Goodwill | 0 | 0 | 0 | 0% | 0% | 0 | 0 |
| Other assets | 2,802 | 0 | 2,802 | -10% | -20% | 2,521 | 2,241 |
| Assets of operations held-for-sale [5] | 11,288 | 10,342 | 945 | -15% | -25% | 804 | 709 |
| Total assets | $ 28,554 | $ 12,927 | $ 15,627 | -4% | -10% | $ 15,028 | $ 14,056 |
| Borrowings from parent [1] | | | | | | (1,460) | (1,460) |
| Other borrowings [1] | | | | | | (7,710) | (7,710) |
| Liabilities of operations held for sale [5] | | | | | | (806) | (806) |
| Other liabilities [1] | | | | | | (5,113) | (5,113) |
| Minority interest [1] | | | | | | 0 | 0 |
| Contingent liability [6] | | | | | | (530) | (1,630) |
| Surplus / (deficit) | | | | | | ($592) | ($2,664) |

[1] Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended March 31, 2010 and 2009 (Unaudited) dated Mar. 31, 2010, at 1, 15 –16 [EXAM00122870].

[2] Estimated market adjustments consider contemporaneous third-party analyses, industry benchmarks (ABX Index, interest rates, etc.) and ResCap fair value disclosures as discussed in Section VI.B.4.b of the Report. The estimated market adjustments reflect that Ally Bank's assets were generally of higher quality than ResCap's assets. If Ally Bank were deconsolidated, the asset value adjustments may differ significantly.

[3] Given the prior market adjustments by ResCap and the state of the mortgage industry, no asset value adjustment was applied to HFS loans.

[4] Mortgage loans held for investment and lending receivables are gross of allowances. The use of the gross amounts is consistent with asset analyses performed by third parties.

[5] Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended March 31, 2010 and 2009 (Unaudited) dated Mar. 31, 2010, at 11 [EXAM00122870].

[6] Refer to Section VI.B.5 of the Report for a discussion of contingent liabilities.

**Appendix VI.B.4.b, Page 22 of 46**

Appendix VI.B.4.b, Page 23 of 46

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Asset-Based Approach: Adjusted Book Value Method**
June 30, 2010
*($ in Millions)*

| Balance Sheet | Book Value of Assets [1] | Collateralized Borrowings in Securitization Trusts [1] | Assets Less Collateralized Borrowings | Asset Value Adjustment [2] High | Low | Fair Market Value of Assets High | Low |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 621 | $ 0 | $ 621 | 0% | 0% | $ 621 | $ 621 |
| Mortgage loans held for sale [3] | 4,613 | 0 | 4,613 | 0% | 0% | 4,613 | 4,613 |
| Trading securities | 47 | 0 | 47 | 0% | 0% | 47 | 47 |
| Finance receivables and loans [4] | 3,008 | 2,536 | 472 | -5% | -15% | 449 | 401 |
| Mortgage servicing rights | 1,950 | 0 | 1,950 | 0% | -10% | 1,950 | 1,755 |
| Accounts receivable | 2,595 | 0 | 2,595 | -5% | -15% | 2,465 | 2,205 |
| Investments in real estate and other | 0 | 0 | 0 | -15% | -25% | 0 | 0 |
| Goodwill | 0 | 0 | 0 | 0% | 0% | 0 | 0 |
| Other assets | 4,954 | 0 | 4,954 | -10% | -20% | 4,459 | 3,963 |
| Assets of operations held-for-sale [5] | 10,870 | 9,555 | 1,316 | -15% | -25% | 1,118 | 987 |
| Total assets | $ 28,658 | $ 12,091 | $ 16,568 | -5% | -12% | $ 15,722 | $ 14,593 |

| | High | Low |
|---|---|---|
| Borrowings from parent [1] | (1,364) | (1,364) |
| Other borrowings [1] | (6,402) | (6,402) |
| Liabilities of operations held for sale [5] | (985) | (985) |
| Other liabilities [1] | (6,918) | (6,918) |
| Minority interest [1] | 0 | 0 |
| Contingent liability [6] | (550) | (1,660) |
| Surplus / (deficit) | ($498) | ($2,737) |

[1] *Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended June 30, 2010 and 2009 (Unaudited) dated June 30, 2010, at 1 [EXAM00122936].*

[2] *Estimated market adjustments consider contemporaneous third-party analyses, industry benchmarks (ABX Index, interest rates, etc.) and ResCap fair value disclosures as discussed in Section VI.B.4.b of the Report. The estimated market adjustments reflect that Ally Bank's assets were generally of higher quality than ResCap's assets. If Ally Bank were deconsolidated, the asset value adjustments may differ significantly.*

[3] *Given the prior market adjustments by ResCap and the state of the mortgage industry, no asset value adjustment was applied to HFS loans.*

[4] *Finance receivables and loans are gross of allowances. The use of the gross amounts is consistent with asset analyses performed by third parties.*

[5] *Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended June 30, 2010 and 2009 (Unaudited) dated June 30, 2010, at 11 [EXAM00122936].*

[6] *Refer to Section VI.B.5 of the Report for a discussion of contingent liabilities.*

Appendix VI.B.4.b, Page 23 of 46

Appendix VI.B.4.b, Page 24 of 46

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Asset-Based Approach: Adjusted Book Value Method**
September 30, 2010
*($ in Millions)*

| Balance Sheet | Book Value of Assets [1] | Collateralized Borrowings in Securitization Trusts [1] | Assets Less Collateralized Borrowings | Asset Value Adjustment [2] High | Asset Value Adjustment [2] Low | Fair Market Value of Assets High | Fair Market Value of Assets Low |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 618 | $ 0 | $ 618 | 0% | 0% | $ 618 | $ 618 |
| Mortgage loans held for sale [3] | 5,127 | 0 | 5,127 | 0% | 0% | 5,127 | 5,127 |
| Trading securities | 46 | 0 | 46 | 0% | 0% | 46 | 46 |
| Finance receivables and loans [4] | 3,574 | 3,096 | 478 | -5% | -15% | 454 | 406 |
| Mortgage servicing rights | 1,680 | 0 | 1,680 | 0% | -10% | 1,680 | 1,512 |
| Accounts receivable | 2,526 | 0 | 2,526 | -5% | -15% | 2,399 | 2,147 |
| Investments in real estate and other | 0 | 0 | 0 | -15% | -25% | 0 | 0 |
| Goodwill | 0 | 0 | 0 | 0% | 0% | 0 | 0 |
| Other assets | 6,560 | 0 | 6,560 | -10% | -20% | 5,904 | 5,248 |
| Assets of operations held-for-sale [5] | 471 | 0 | 471 | -15% | -25% | 401 | 354 |
| Total assets | $ 20,602 | $ 3,096 | $ 17,506 | -5% | -12% | $ 16,629 | $ 15,457 |

| | High | Low |
|---|---|---|
| Borrowings from parent [1] | (1,319) | (1,319) |
| Other borrowings [1] | (5,695) | (5,695) |
| Liabilities of operations held for sale [5] | (8) | (8) |
| Other liabilities [1] | (9,531) | (9,531) |
| Minority interest [1] | 0 | 0 |
| Contingent liability [6] | (1,480) | (2,590) |
| Surplus / (deficit) | ($1,404) | ($3,685) |

[1] *Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended September 30, 2010 and 2009 (Unaudited) dated Sep. 30, 2010, at 1 [EXAM00125999].*
[2] *Estimated market adjustments consider contemporaneous third-party analysis, industry benchmarks (ABX Index, interest rates, etc.) and ResCap fair value disclosures as discussed in Section VI.B.4.b of the Report. The estimated market adjustments reflect that Ally Bank's assets were generally of higher quality than ResCap's assets. If Ally Bank were deconsolidated, the asset value adjustments may differ significantly.*
[3] *Given the prior market adjustments by ResCap and the state of the mortgage industry, no asset value adjustment was applied to HFS loans.*
[4] *Finance receivables and loans are gross of allowances. The use of the gross amounts is consistent with asset analyses performed by third parties.*
[5] *Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended September 30, 2010 and 2009 (Unaudited) dated Sep. 30, 2010, at 10 [EXAM00125999].*
[6] *Refer to Section VI.B.5 of the Report for a discussion of contingent liabilities.*

Appendix VI.B.4.b, Page 24 of 46

Appendix VI.B.4.b, Page 25 of 46

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Asset-Based Approach: Adjusted Book Value Method**
December 31, 2010
*($ in Millions)*

| Balance Sheet | Book Value of Assets [1] | Collateralized Borrowings in Securitization Trusts [1] | Assets Less Collateralized Borrowings | Asset Value Adjustment [2] High | Asset Value Adjustment [2] Low | Fair Market Value of Assets High | Fair Market Value of Assets Low |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 672 | $ 0 | $ 672 | 0% | 0% | $ 672 | $ 672 |
| Mortgage loans held for sale [3] | 4,655 | 0 | 4,655 | 0% | 0% | 4,655 | 4,655 |
| Trading securities | 47 | 0 | 47 | 0% | -15% | 47 | 47 |
| Finance receivables and loans [4] | 1,431 | 1,057 | 374 | -5% | -15% | 355 | 318 |
| Mortgage servicing rights | 1,992 | 0 | 1,992 | 0% | -10% | 1,992 | 1,792 |
| Accounts receivable | 2,640 | 0 | 2,640 | -5% | -15% | 2,508 | 2,244 |
| Investments in real estate and other | 0 | 0 | 0 | -15% | -25% | 0 | 0 |
| Goodwill | 0 | 0 | 0 | 0% | 0% | 0 | 0 |
| Other assets | 5,438 | 0 | 5,438 | -10% | -20% | 4,894 | 4,351 |
| Total assets | $ 16,875 | $ 1,057 | $ 15,818 | -4% | -11% | $ 15,123 | $ 14,079 |

| | High | Low |
|---|---|---|
| Borrowings from parent [1] | (1,527) | (1,527) |
| Other borrowings [1] | (5,464) | (5,464) |
| Other liabilities [1] | (7,937) | (7,937) |
| Minority interest [1] | 0 | 0 |
| Contingent liability [5] | (1,580) | (2,680) |
| Surplus / (deficit) | ($1,386) | ($3,530) |

[1] *Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Dec. 31, 2010, at 4 [EXAM00123128].*

[2] *Estimated market adjustments consider contemporaneous third-party analyses, industry benchmarks (ABX Index, interest rates, etc) and ResCap fair value disclosures as discussed in Section VI.B.4.b of the Report. The estimated market adjustments reflect that Ally Bank's assets were generally of higher quality than ResCap's assets. If Ally Bank were deconsolidated, the asset value adjustments may differ significantly.*

[3] *Given the prior market adjustments by ResCap and the state of the mortgage industry, no asset value adjustment was applied to HFS loans.*

[4] *Finance receivables and loans are gross of allowances. The use of the gross amounts is consistent with asset analyses performed by third parties.*

[5] *Refer to Section VI.B.5 of the Report for discussion of contingent liabilities.*

Appendix VI.B.4.b, Page 25 of 46

Appendix VI.B.4.b, Page 26 of 46

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Asset-Based Approach: Adjusted Book Value Method**
March 31, 2011
*($ in Millions)*

| Balance Sheet | Book Value of Assets [1] | Collateralized Borrowings in Securitization Trusts [1] | Assets Less Collateralized Borrowings | Asset Value Adjustment [2] | | Fair Market Value of Assets | |
|---|---|---|---|---|---|---|---|
| | | | | High | Low | High | Low |
| Cash and cash equivalents | $ 719 | $ 0 | $ 719 | 0% | 0% | $ 719 | $ 719 |
| Mortgage loans held for sale [3] | 4,511 | 0 | 4,511 | 0% | 0% | 4,511 | 4,511 |
| Trading securities | 0 | 0 | 0 | 0% | 0% | 0 | 0 |
| Finance receivables and loans [4] | 1,303 | 972 | 331 | -5% | -15% | 315 | 282 |
| Mortgage servicing rights | 2,046 | 0 | 2,046 | 0% | -10% | 2,046 | 1,842 |
| Accounts receivable | 2,602 | 0 | 2,602 | -5% | -15% | 2,472 | 2,212 |
| Investments in real estate and other | 0 | 0 | 0 | -15% | -25% | 0 | 0 |
| Goodwill | 0 | 0 | 0 | 0% | 0% | 0 | 0 |
| Other assets | 4,356 | 0 | 4,356 | -10% | -20% | 3,920 | 3,485 |
| Total assets | $ 15,538 | $ 972 | $ 14,565 | -4% | -10% | $ 13,983 | $ 13,050 |
| | | | | | | | |
| Borrowings from parent [1] | | | | | | (1,340) | (1,340) |
| Other borrowings [1] | | | | | | (5,279) | (5,279) |
| Other liabilities [1] | | | | | | (7,028) | (7,028) |
| Minority interest [1] | | | | | | 0 | 0 |
| Contingent liability [5] | | | | | | (1,580) | (2,680) |
| Surplus / (deficit) | | | | | | ($1,244) | ($3,277) |

[1] *Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended March 31, 2011 and 2010 (Unaudited) dated Mar. 31, 2011, at 2 [EXAM0012339].*
[2] *Estimated market adjustments consider contemporaneous third-party analyses, industry benchmarks (ABX Index, interest rates, etc.) and ResCap fair value disclosures as discussed in Section VI.B.4.b of the Report. The estimated market adjustments reflect that Ally Bank's assets were generally of higher quality than ResCap's assets. If Ally Bank were deconsolidated, the asset value adjustments may differ significantly.*
[3] *Given the prior market adjustments by ResCap and the state of the mortgage industry, no asset value adjustment was applied to HFS loans.*
[4] *Finance receivables and loans are gross of allowances. The use of the gross amounts is consistent with asset analyses performed by third parties.*
[5] *Refer to Section VI.B.5 of the Report for a discussion of contingent liabilities.*

Appendix VI.B.4.b, Page 26 of 46

Appendix VI.B.4.b, Page 27 of 46

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Asset-Based Approach: Adjusted Book Value Method**
June 30, 2011
*($ in Millions)*

| Balance Sheet | Book Value of Assets [1] | Collateralized Borrowings in Securitization Trusts [1] | Assets Less Collateralized Borrowings | Asset Value Adjustment [2] High | Asset Value Adjustment [2] Low | Fair Market Value of Assets High | Fair Market Value of Assets Low |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 664 | $ 0 | $ 664 | 0% | 0% | $ 664 | $ 664 |
| Mortgage loans held for sale [3] | 4,453 | 0 | 4,453 | 0% | 0% | 4,453 | 4,453 |
| Trading securities | 0 | 0 | 0 | 0% | 0% | 0 | 0 |
| Finance receivables and loans [4] | 1,222 | 921 | 302 | -5% | -15% | 286 | 256 |
| Mortgage servicing rights | 1,926 | 0 | 1,926 | 0% | -10% | 1,926 | 1,734 |
| Accounts receivable | 2,484 | 0 | 2,484 | -5% | -15% | 2,360 | 2,111 |
| Investments in real estate and other | 0 | 0 | 0 | -15% | -25% | 0 | 0 |
| Goodwill | 0 | 0 | 0 | 0% | 0% | 0 | 0 |
| Other assets | 5,157 | 0 | 5,157 | -10% | -20% | 4,641 | 4,125 |
| Total assets | $ 15,907 | $ 921 | $ 14,986 | -4% | -11% | $ 14,331 | $ 13,344 |
| Borrowings from parent [1] | | | | | | (1,261) | (1,261) |
| Other borrowings [1] | | | | | | (5,136) | (5,136) |
| Other liabilities [1] | | | | | | (7,793) | (7,793) |
| Minority interest [1] | | | | | | 0 | 0 |
| Contingent liability [5] | | | | | | (2,680) | (3,790) |
| Surplus / (deficit) | | | | | | ($2,539) | ($4,636) |

[1] Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended June 30, 2011 and 2010 (Unaudited), dated June 30, 2011, at 2 [EXAM00122389].

[2] Estimated market adjustments consider contemporaneous third-party analyses, industry benchmarks (ABX Index, interest rates, etc.) and ResCap fair value disclosures as discussed in Section VI.B.4.b of the Report. The estimated market adjustments reflect that Ally Bank's assets were generally of higher quality than ResCap's assets. If Ally Bank were deconsolidated, the asset value adjustments may differ significantly.

[3] Given the prior market adjustments by ResCap and the state of the mortgage industry, no asset value adjustment was applied to HFS loans.

[4] Finance receivables and loans are gross of allowances. The use of the gross amounts is consistent with asset analyses performed by third parties.

[5] Refer to Section VI.B.3 of the Report for a discussion of contingent liabilities.

Appendix VI.B.4.b, Page 27 of 46

Appendix VI.B.4.b, Page 28 of 46

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Asset-Based Approach: Adjusted Book Value Method**
September 30, 2011
*($ in Millions)*

| Balance Sheet | Book Value of Assets [1] | Collateralized Borrowings in Securitization Trusts [1] | Assets Less Collateralized Borrowings | Asset Value Adjustment [2] | | Fair Market Value of Assets | |
|---|---|---|---|---|---|---|---|
| | | | | High | Low | High | Low |
| Cash and cash equivalents | $ 623 | $ 0 | $ 623 | 0% | 0% | $ 623 | $ 623 |
| Mortgage loans held for sale [3] | 4,580 | 0 | 4,580 | 0% | 0% | 4,580 | 4,580 |
| Trading securities | 0 | 0 | 0 | 0% | 0% | 0 | 0 |
| Finance receivables and loans [4] | 1,088 | 836 | 252 | -5% | -15% | 239 | 214 |
| Mortgage servicing rights | 1,330 | 0 | 1,330 | 0% | -10% | 1,330 | 1,197 |
| Accounts receivable | 2,685 | 0 | 2,685 | -5% | -15% | 2,551 | 2,283 |
| Investments in real estate and other | 0 | 0 | 0 | -15% | -25% | 0 | 0 |
| Goodwill | 0 | 0 | 0 | 0% | 0% | 0 | 0 |
| Other assets | 8,853 | 0 | 8,853 | -10% | -20% | 7,967 | 7,082 |
| Total assets | $ 19,159 | $ 836 | $ 18,322 | -6% | -13% | $ 17,290 | $ 15,978 |
| | | | | | | | |
| Borrowings from parent [1] | | | | | | (1,183) | (1,183) |
| Other borrowings [1] | | | | | | (4,906) | (4,906) |
| Other liabilities [1] | | | | | | (11,883) | (11,883) |
| Minority interest [1] | | | | | | 0 | 0 |
| Contingent liability [5] | | | | | | (2,680) | (3,790) |
| Surplus / (deficit) | | | | | | ($3,361) | ($5,783) |

[1] Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended September 30, 2011 and 2010 (Unaudited) dated Sep. 30, 2011, at 2 [EXAM00122480].

[2] Estimated market adjustments consider contemporaneous third-party analyses, industry benchmarks (ABX Index, interest rates, etc.) and ResCap fair value disclosures as discussed in Section VI.B.4.b of the Report. The estimated market adjustments reflect that Ally Bank's assets were generally of higher quality than ResCap's assets. If Ally Bank were deconsolidated, the asset value adjustments may differ significantly.

[3] Given the prior market adjustments by ResCap and the state of the mortgage industry, no asset value adjustment was applied to HFS loans.

[4] Finance receivables and loans are gross of allowances. The use of the gross amounts is consistent with asset analyses performed by third parties.

[5] Refer to Section VI.B.5 of the Report for discussion of contingent liabilities.

Appendix VI.B.4.b, Page 28 of 46

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Asset-Based Approach: Adjusted Book Value Method**
December 31, 2011
*($ in Millions)*

| Balance Sheet | Book Value of Assets [1] | Collateralized Borrowings in Securitization Trusts [1] | Assets Less Collateralized Borrowings | Asset Value Adjustment [2] High | Low | Fair Market Value of Assets High | Low |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 619 | $ 0 | $ 619 | 0% | 0% | $ 619 | $ 619 |
| Mortgage loans held for sale [3] | 4,250 | 0 | 4,250 | 0% | 0% | 4,250 | 4,250 |
| Trading securities | 0 | 0 | 0 | 0% | 0% | 0 | 0 |
| Finance receivables and loans [4] | 1,061 | 830 | 230 | -5% | -15% | 219 | 196 |
| Mortgage servicing rights | 1,233 | 0 | 1,233 | 0% | -10% | 1,233 | 1,110 |
| Accounts receivable | 3,052 | 0 | 3,052 | -5% | -15% | 2,899 | 2,594 |
| Investments in real estate and other | 0 | 0 | 0 | -15% | -25% | 0 | 0 |
| Goodwill | 0 | 0 | 0 | 0% | 0% | 0 | 0 |
| Other assets | 6,628 | 0 | 6,628 | -10% | -20% | 5,965 | 5,303 |
| Total assets | $ 16,842 | $ 830 | $ 16,012 | -5% | -12% | $ 15,185 | $ 14,070 |
| Borrowings from parent [1] | | | | | | (1,189) | (1,189) |
| Other borrowings [1] | | | | | | (4,705) | (4,705) |
| Other liabilities [1] | | | | | | (9,996) | (9,996) |
| Minority interest [1] | | | | | | 0 | 0 |
| Contingent liability [5] | | | | | | (2,680) | (3,790) |
| Surplus / (deficit) | | | | | | ($3,386) | ($5,610) |

[1] Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010, dated Dec. 31, 2011, at 4 [EXAM0012651].

[2] Estimated market adjustments consider contemporaneous third-party analyses, industry benchmarks (ABX Index, interest rates, etc.) and ResCap fair value disclosures as discussed in Section VI.B.4.b of the Report. The estimated market adjustments reflect that Ally Bank's assets were generally of higher quality than ResCap's assets. If Ally Bank were deconsolidated, the asset value adjustments may differ significantly.

[3] Given the prior market adjustments by ResCap and the state of the mortgage industry, no asset value adjustment was applied to HFS loans.

[4] Finance receivables and loans are gross of allowances. The use of the gross amounts is consistent with asset analyses performed by third parties.

[5] Refer to Section VI.B.5 of the Report for a discussion of contingent liabilities.

Appendix VI.B.4.b, Page 30 of 46

**Residential Capital, LLC – Quarterly Solvency Analysis**
**Asset-Based Approach: Estimated Contingent and/or Unliquidated Liabilities Related to PLS Claims**
**2010 – 2011**
*($ in Millions)*

| | 03/31/10 | | 06/30/10 | | 09/30/10 | | 12/31/10 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Low | High | Low | High | Low | High | Low | High |
| ResCap PLS securitizations (2004 – 2007)[1] | $ 220,988 | $ 220,988 | $ 220,988 | $ 220,988 | $ 220,988 | $ 220,988 | $ 220,988 | $ 220,988 |
| Times: Estimated put-back percentage[2] | 0.50% | 1.00% | 0.50% | 1.00% | 1.00% | 1.50% | 1.00% | 1.50% |
| Estimated total contingent and/or unliquidated liability | 1,105 | 2,210 | 1,105 | 2,210 | 2,210 | 3,315 | 2,210 | 3,315 |
| Less: Balance sheet non-Agency reserves[3] | (575) | (575) | (553) | (553) | (729) | (729) | (633) | (633) |
| Incremental contingent and/or unliquidated liability | 530 | 1,635 | 552 | 1,657 | 1,481 | 2,586 | 1,577 | 2,682 |
| | | | | | | | | |
| Incremental contingent and/or unliquidated liability, rounded | $ 530 | $ 1,630 | $ 550 | $ 1,660 | $ 1,480 | $ 2,590 | $ 1,580 | $ 2,680 |

| | 03/31/11 | | 06/30/11 | | 09/30/11 | | 12/31/11 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Low | High | Low | High | Low | High | Low | High |
| ResCap PLS securitizations (2004 – 2007)[1] | $ 220,988 | $ 220,988 | $ 220,988 | $ 220,988 | $ 220,988 | $ 220,988 | $ 220,988 | $ 220,988 |
| Times: Estimated put-back percentage[2] | 1.00% | 1.50% | 1.50% | 2.00% | 1.50% | 2.00% | 1.50% | 2.00% |
| Estimated total contingent and/or unliquidated liability | 2,210 | 3,315 | 3,315 | 4,420 | 3,315 | 4,420 | 3,315 | 4,420 |
| Less: Balance sheet non-Agency reserves[4] | (633) | (633) | (633) | (633) | (633) | (633) | (633) | (633) |
| Incremental contingent and/or unliquidated liability | 1,577 | 2,682 | 2,682 | 3,787 | 2,682 | 3,787 | 2,682 | 3,787 |
| | | | | | | | | |
| Incremental contingent and/or unliquidated liability, rounded | $ 1,580 | $ 2,680 | $ 2,680 | $ 3,790 | $ 2,680 | $ 3,790 | $ 2,680 | $ 3,790 |

[1] This included 392 securitizations. See PLS Trust Spreadsheet [EXAM00339947].

[2] The Examiner's Financial Advisors independently estimated and applied a range of put-back percentages as adjusted for probability of realization.

[3] Non-Agency reserves include reserves for potential claims related to PLS, monolines and whole loan purchasers. For purposes of this analysis, the Examiner's Financial Advisors assumed that the entirety of the non-Agency reserves related to potential PLS claims. This assumption results in a conservative estimate of ResCap's potential incremental off-balance sheet liability for PLS representation and warranty-related claims. See Domestic Rep & Warranty Expense Presentation, undated [EXAM00330625].

[4] ResCap's total reserves (Agency and non-Agency) did not materially change from Dec. 31, 2010 through Dec. 31, 2011. Therefore, the Examiner's Financial Advisors held the non-Agency reserves constant at the Dec. 31, 2010 levels throughout fiscal year 2011. Source: Originating & Servicing and Legacy Portfolio & Other Q3 2011 Preliminary Earnings Presentation, dated Oct. 14, 2011, at 5 [EXAM12242367]; Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010, dated Dec. 31, 2011, at 66 [EXAM00122651].

Appendix VI.B.4.b, Page 30 of 46

**Residential Capital, LLC**
Income Statement
Years Ended 2005 – 2011
*($ in Thousands)*

| | 12 months ended 12/31/05 | 12 months ended 12/31/06 | 12 months ended 12/31/07 | 12 months ended 12/31/08 | 12 months ended 12/31/09 | 12 months ended 12/31/10 | 12 months ended 12/31/11 |
|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | |
| Interest income | $ 5,797,097 | $ 8,169,034 | $ 7,567,883 | $ 4,140,163 | $ 968,392 | $ 918,920 | $ 390,840 |
| Automotive operating lease income | — | — | — | 573,440 | — | — | — |
| Interest expense | 3,872,102 | 6,460,220 | 6,560,846 | 3,894,384 | 988,463 | 750,163 | 433,492 |
| Depreciation expense on automotive operating lease income | — | — | — | 355,628 | — | — | — |
| Impairment of investment in automotive operating leases | — | — | — | 166,535 | — | — | — |
| Net interest income/financing revenue | 1,924,995 | 1,708,814 | 1,007,037 | 297,056 | (20,071) | 168,757 | (42,652) |
| Provision for loan losses | 651,796 | 1,334,084 | 2,595,143 | — | — | — | — |
| Net interest income after provision for loan losses | 1,273,199 | 374,730 | (1,588,106) | 297,056 | (20,071) | 168,757 | (42,652) |
| Gain (loss) on sale of mortgage loans, net | 1,036,669 | 890,216 | (331,731) | (2,003,919) | 264,588 | 650,490 | 222,159 |
| Servicing fees | 1,416,280 | 1,583,674 | 1,790,403 | 1,487,769 | 1,143,509 | 1,035,152 | 839,640 |
| Amortization and impairment of servicing rights | (761,988) | (1,108,032) | (543,651) | (284,435) | (762,393) | 223,571 | (355,715) |
| Servicing asset valuation and hedge gain, net | 17,186 | — | — | — | — | — | — |
| Net servicing fees | 671,478 | 483,442 | 1,246,752 | 1,203,334 | 381,116 | 1,257,723 | 483,925 |
| Gain (loss) on investment securities, net | 236,362 | 68,665 | (747,830) | (655,780) | (87,625) | 11,499 | 15,254 |
| Real estate related revenues | 712,174 | 593,040 | 218,434 | (41,257) | (267,236) | 8,832 | — |
| Gain (loss) on extinguishment of debt | — | — | 521,088 | 1,925,568 | 1,735,040 | 32,764 | — |
| Gain (loss) on foreclosed real estate | — | — | (401,672) | (299,206) | (59,354) | — | (15,803) |
| Gain (loss) on sale of equity investments | — | — | (542) | (40,257) | — | — | — |
| Automotive operating lease income | — | — | — | 510,927 | — | — | — |
| Other income | 305,378 | 197,908 | 203,764 | (477,308) | (85,524) | (79,033) | (30,324) |
| Total revenue | 4,235,260 | 3,072,509 | (368,916) | 419,158 | 1,860,934 | 2,051,032 | 632,559 |
| Provision for loan losses | — | — | — | 2,255,409 | 2,005,542 | (7,289) | 24,021 |
| **Expenses** | | | | | | | |
| Representation and warranty expense, net | — | — | 1,224,580 | 884,039 | 344,017 | 670,452 | 324,070 |
| Compensation and benefits | 1,406,930 | 1,206,339 | 254,071 | 390,256 | 152,520 | 261,785 | 319,602 |
| Professional fees | 212,410 | 273,056 | 202,246 | 69,372 | 131,237 | 73,234 | 204,000 |
| Mortgage fines and penalties | — | — | — | — | — | 113,966 | 118,549 |
| Data processing and telecommunications | 199,849 | 189,152 | 120,241 | 103,587 | 10,610 | — | 79,682 |
| Advertising | 158,688 | 152,792 | 146,282 | 144,547 | 42,070 | 369 | 18,162 |
| Occupancy | 121,301 | 137,687 | 126,646 | 445,951 | — | 20,125 | 24,829 |
| Restructuring | — | — | 454,828 | — | — | — | — |
| Goodwill impairment | — | — | 307,984 | — | — | — | — |
| Other | 509,156 | 637,909 | 1,026,726 | 1,045,133 | 2,450,742 | 386,617 | 349,236 |
| Total expenses | 2,608,334 | 2,596,935 | 3,863,604 | 3,235,750 | 3,131,196 | 1,526,548 | 1,438,130 |
| Income before income tax expense | 1,626,926 | 425,574 | (4,232,520) | (5,583,128) | (3,275,804) | 531,773 | (829,592) |
| Income tax expense (benefit) | 606,300 | (289,519) | 110,171 | (10,171) | (1,263,689) | 6,914 | 15,471 |
| Net income (loss) | 1,020,626 | 714,242 | (4,346,338) | (5,572,957) | (2,012,115) | 524,859 | (845,063) |
| Minority interest | — | 9,654 | — | — | — | — | — |
| **Discontinued operations** | | | | | | | |
| Income (loss) from discontinued operations before taxes and noncontrolling interest | — | — | 94,028 | — | (1,252,621) | 47,067 | — |
| Income tax (benefit) expense | — | — | — | — | (31,068) | (3,149) | — |
| Income (loss) from discontinued operations | — | — | — | 38,473 | — | 50,216 | — |
| Net income (loss) | 1,020,626 | 705,093 | (4,346,338) | (5,611,430) | (4,540,401) | 575,075 | (845,063) |
| Less: Net income from discontinued operations attributable to noncontrolling interest | — | — | — | — | 3,430 | — | — |
| Net income (loss) attributable to Residential Capital, LLC | $ 1,020,626 | $ 705,093 | $ (4,346,338) | $ (5,611,430) | $ (4,543,831) | $ 575,075 | $ (845,063) |

*Source: Residential Capital, LLC, Annual Report (Form 10-K) (Mar. 28, 2006); Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2007); Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2008); Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009); Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Feb. 26, 2010 [EXAM00124455]; Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Feb. 28, 2011 [EXAM00123428]; Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010, dated Mar. 28, 2012 [EXAM00123651].*

Appendix VI.B.4.b, Page 32 of 46

**Residential Capital, LLC**
**Balance Sheet**
Years Ended 2005 – 2011
*($ in Thousands)*

| | 12/31/05 | 12/31/06 | 12/31/07 | 12/31/08 | 12/31/09 | 12/31/10 | 12/31/11 |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 2,266,753 | $ 2,018,847 | $ 4,415,913 | $ 6,982,761 | $ 765,261 | $ 672,204 | $ 618,699 |
| Mortgage loans held for sale | 19,521,566 | 27,007,782 | 11,998,236 | 2,628,907 | 5,399,529 | 4,654,907 | 4,249,625 |
| Trading securities | 3,896,008 | 4,562,073 | 2,090,090 | 601,489 | 98,583 | 46,914 | - |
| Available for sale securities | 1,068,937 | 229,469 | - | - | - | - | - |
| Mortgage loans held for investment, net | 67,892,660 | 67,927,951 | 41,330,322 | 24,745,575 | 1,834,827 | - | - |
| Lending receivables, net | 13,401,047 | 14,530,104 | 8,406,495 | 6,005,308 | 304,387 | - | - |
| Consumer receivables and loans | - | - | - | - | - | 1,313,702 | 1,022,730 |
| Commercial receivables and loans | - | - | - | - | - | 117,316 | 38,017 |
| Allowance for loan losses | - | - | - | - | - | (42,810) | (28,616) |
| Mortgage servicing rights, net | 4,015,015 | 4,930,061 | 4,702,862 | 2,847,850 | 2,539,588 | 1,991,586 | 1,233,107 |
| Accounts receivable | 1,951,210 | 2,561,200 | 3,187,913 | 3,143,198 | 2,547,390 | 2,640,059 | 3,051,748 |
| Investments in real estate and other | 1,855,298 | 2,622,149 | 1,629,717 | 536,019 | 114,255 | - | - |
| Goodwill | 459,768 | 471,463 | - | - | - | - | - |
| Other assets | 2,556,830 | 8,726,120 | 10,428,516 | 10,469,464 | 3,235,363 | 5,438,287 | 6,628,152 |
| Assets of operations held-for-sale | - | - | - | - | 2,549,427 | - | - |
| Total assets | $ 118,885,092 | $ 135,586,819 | $ 88,190,064 | $ 57,960,571 | $ 19,298,610 | $ 16,832,165 | $ 16,813,462 |
| Borrowings: | | | | | | | |
| Borrowings from parent | $ 5,177,462 | $ - | $ - | $ 2,663,321 | $ 1,888,792 | $ 1,526,775 | $ 1,189,364 |
| Affiliate borrowings | - | - | - | 7,583 | - | - | - |
| Collateralized borrowings in securitization trusts | 56,097,801 | 53,299,518 | 16,145,741 | 3,752,457 | 1,484,197 | 1,057,287 | 830,318 |
| Other borrowings | 42,300,507 | 59,880,378 | 46,184,150 | 22,635,976 | 8,020,571 | 5,464,454 | 4,705,404 |
| Total borrowings | 103,575,770 | 113,179,896 | 62,329,891 | 29,059,337 | 11,393,560 | 8,048,516 | 6,725,086 |
| Deposit liabilities | 4,123,304 | 9,851,026 | 13,349,844 | 19,861,515 | - | - | - |
| Other liabilities | 3,722,048 | 4,374,006 | 5,141,052 | 4,951,065 | 5,447,802 | 7,937,485 | 9,996,026 |
| Liabilities of operations held-for-sale | - | - | - | - | 2,182,248 | - | - |
| Total liabilities | 111,421,122 | 127,404,928 | 80,820,787 | 53,871,917 | 19,023,610 | 15,986,001 | 16,721,112 |
| Minority interest | - | 559,778 | 1,339,760 | 1,901,301 | - | - | - |
| Common stock | 3,367,677 | - | - | - | - | - | - |
| Member's interest | - | 3,837,943 | 6,624,344 | 7,872,794 | 11,324,371 | 11,324,371 | 11,433,776 |
| Preferred membership interests | - | - | (694,756) | 806,344 | - | - | - |
| Retained earnings | 3,980,587 | 3,651,935 | - | - | - | - | - |
| Accumulated deficit | - | - | 100,529 | (6,461,472) | (11,005,303) | (10,434,497) | (11,279,560) |
| Accumulated other comprehensive income | 115,706 | 132,235 | (6,030,117) | (30,313) | (44,068) | (43,710) | (61,866) |
| Total stockholder's equity | 7,463,970 | 7,622,113 | 2,187,353 | 2,187,353 | 275,000 | 846,164 | 92,350 |
| Total liabilities and stockholder's equity | $ 118,885,092 | $ 135,586,819 | $ 88,190,064 | $ 57,960,571 | $ 19,298,610 | $ 16,832,165 | $ 16,813,462 |

*Source: Residential Capital, LLC, Annual Report (Form 10-K) (Mar. 28, 2006); Residential Capital, LLC, Annual Report (Form 10-K) (Mar. 13, 2007); Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2008); Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009); Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Feb. 26, 2010 [EXAM0012445]; Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Feb. 28, 2011 [EXAM0012313]; Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010, dated Mar. 28, 2012 [EXAM0012651].*

Appendix VI.B.4.b, Page 32 of 46

Appendix VI.B.4.b, Page 33 of 46

**Residential Capital, LLC**
**Cash Flow Statement**
Years Ended 2005 - 2011
*($ in Thousands)*

| | 12 months ended 12/31/05 | 12 months ended 12/31/06 | 12 months ended 12/31/07 | 12 months ended 12/31/08 | 12 months ended 12/31/09 | 12 months ended 12/31/10 | 12 months ended 12/31/11 |
|---|---|---|---|---|---|---|---|
| **Cash flow from operating activities:** | | | | | | | |
| Net income | $ 1,020,626 | $ 705,093 | $ (4,346,338) | $ (5,611,430) | $ (4,540,401) | $ 575,075 | $ (845,063) |
| Reconciliation of net income to net cash provided by (used in) operating activities: | | | | | | | |
| Amortization and impairment of mortgage servicing rights | 761,988 | 665,774 | 1,151,147 | 456,394 | 64,731 | 32,975 | - |
| Depreciation and amortization | 605,579 | | | | (165,743) | (110,009) | 27,245 |
| Accretion of deferred concession on secured notes | | | | | | | (101,113) |
| Provision for loan losses | 651,796 | 1,334,084 | 2,595,143 | 2,255,409 | 2,229,150 | 14,618 | 24,021 |
| Gain on sale of mortgage loans, net | (1,036,669) | (890,216) | 331,731 | 2,003,919 | 50,140 | (482,187) | (222,159) |
| Gain on sale of equity investments | | (414,508) | 542 | 40,257 | | | |
| Net gain on sale of other assets | (41,559) | 17,262 | 275,859 | 597,593 | 327,207 | (24,886) | 16,134 |
| Pension curtailment gain | | (42,630) | | | | | |
| Goodwill impairment | | | 454,828 | | | | |
| Gain on extinguishment of debt | | | (521,088) | (1,925,368) | (1,735,040) | | |
| Minority interest | | 9,654 | 94,028 | 38,473 | 903,276 | (54,649) | |
| Impairment of held-for-sale businesses | | | | | | | |
| (Gain) loss on valuation of derivatives | (148,550) | | | | | | |
| (Gain) loss on investment securities | (236,362) | (68,665) | 747,830 | 655,780 | 86,613 | (11,499) | |
| Equity in earnings of investees in excess of cash received | (137,671) | (85,445) | 79,252 | (3,881) | 6,543 | (973) | |
| (Gain) loss on valuation (amortization) of mortgage servicing rights | (86,328) | 819,353 | 1,259,529 | 2,250,127 | 249,210 | 725,351 | 812,435 |
| Originations and purchases of mortgage loans held for sale | (159,280,861) | (176,541,708) | (115,234,401) | (57,421,291) | (56,700,492) | (70,295,821) | (60,675,667) |
| Proceeds from sales and repayments of mortgage loans held for sale | 133,222,847 | 156,424,765 | 115,457,868 | 64,587,058 | 56,970,771 | 70,342,416 | 59,613,292 |
| Deferred income tax | 226,526 | (345,444) | 175,738 | (25,142) | (65,645) | | (4,636) |
| Net change in: | | | | | | | |
| Trading securities | (952,969) | 298,856 | 1,500,310 | 868,267 | 19,759 | 17,596 | |
| Accounts receivable | 152,081 | (647,150) | (696,016) | (19,647) | 326,246 | 393,032 | 752,588 |
| Other assets | 955,492 | (1,356,070) | (286,171) | 490,310 | (102,787) | (3,755,492) | (1,438,938) |
| Other liabilities | (1,823,082) | 13,383 | 540,630 | (1,486,706) | 1,317,033 | 3,668,161 | 2,470,237 |
| Net cash provided by (used in) operating activities | (26,147,116) | (20,103,672) | 3,580,421 | 7,750,122 | (759,429) | 433,708 | 428,376 |
| **Cash flow from investing activities:** | | | | | | | |
| Net increase in (commercial) lending receivables | (3,974,763) | (1,200,420) | 5,188,500 | 441,482 | 374,626 | 214,989 | 46,432 |
| Net decrease in consumer mortgage finance receivables and loans | (20,081,860) | (15,318,790) | (8,590,547) | (3,961,372) | (805,987) | 2,493,434 | 546,135 |
| Originations and purchases of (consumer) mortgage loans held for investment | | | | | | | |
| Proceeds from sales and repayments of (consumer) mortgage loans held for investment | 27,528,658 | 25,186,643 | 16,931,905 | 5,734,840 | 1,888,134 | | |
| Purchases of available for sale securities | (598,613) | (54,273) | (72,018) | | | | |
| Proceeds from sales and repayments of available for sale securities | 747,215 | 24,328 | 28,605 | | | | |
| Originations and purchases of mortgage servicing rights, net of sales | | (11,780) | | | | | |
| Additions to mortgage servicing rights | (266,589) | | (3,192) | 796,865 | 19,337 | | |
| Sale of mortgage servicing rights | 207,591 | | 563,709 | | | 107,187 | |
| Net decrease in investments in real estate and other | | | | | | | 4,543 |
| Purchase of and advances to investments in real estate and other | (1,249,253) | (1,695,102) | (210,792) | (3,301) | (4,364) | | |
| Proceeds from sales of investments in real estate and other | 923,924 | 1,378,210 | 849,548 | 445,677 | 138,627 | 404,019 | 108,349 |
| Proceeds from sales of repossessed, foreclosed and owned real estate | | 251,347 | 103,743 | | 875,202 | | |
| Consolidation of IB Finance Holding Company, LLC | | | | | | | |
| Acquisitions, net of cash required | (3,988) | (2,551) | | | | | |
| Sale of business unit, net | | | | | | | |
| Other, net | 724,699 | 981,459 | 1,176,654 | 1,852,197 | 298,493 | (122,782) | 173,110 |
| Net cash provided by (used in) investing activities | $ 3,957,021 | $ 9,539,071 | $ 15,966,115 | $ 5,306,388 | $ 2,784,068 | $ 4,003,509 | $ 878,569 |

Source: Residential Capital, LLC, Annual Report (Form 10-K) (Mar. 28, 2006); Residential Capital, LLC, Annual Report (Form 10-K) (Mar. 13, 2007); Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009); Residential Capital, LLC, Annual Report (Form 10-K) (Mar. 27, 2008); Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009); Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Feb. 26, 2010 [EXAM0124455]; Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Feb. 28, 2011 [EXAM0012526]; Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010, dated Mar. 28, 2012 [EXAM0022653].

Appendix VI.B.4.b, Page 33 of 46

Appendix VI.B.4.b, Page 34 of 46

**Residential Capital, LLC**
**Cash Flow Statement**
Years Ended 2005 – 2011
*($ in Thousands)*

| | 12 months ended 12/31/05 | 12 months ended 12/31/06 | 12 months ended 12/31/07 | 12 months ended 12/31/08 | 12 months ended 12/31/09 | 12 months ended 12/31/10 | 12 months ended 12/31/11 |
|---|---|---|---|---|---|---|---|
| **Cash flows from financing activities:** | | | | | | | |
| Net decrease in borrowings from parent and affiliates | $ - | $ - | $ - | $ 4,205,229 | $ - | $ (362,017) | $ (228,007) |
| Net increase in borrowings from parent | - | - | - | 7,583 | (342,135) | - | - |
| Net decrease in affiliate borrowings | (2,828,433) | (5,177,462) | - | - | (7,583) | - | - |
| Net increase in other short-term borrowings | 4,342,935 | 2,730,803 | (13,009,476) | (13,519,025) | (1,742,940) | (830,446) | (386,639) |
| Proceeds from issuance of collateralized borrowings in securitization trusts | 28,361,997 | 19,317,561 | 5,634,817 | - | 229,933 | 232,754 | - |
| Repayments of collateralized borrowings in securitization trusts | (22,682,856) | (22,605,088) | (15,929,834) | (2,892,132) | (1,501,397) | (2,178,383) | (466,636) |
| Proceeds from secured aggregation facilities, long-term | 7,896,054 | 29,071,067 | 12,358,635 | 160,000 | - | - | - |
| Repayments from secured aggregation facilities, long-term | (3,157,448) | (27,942,989) | (17,411,381) | (465,114) | - | - | - |
| Proceeds from other long-term borrowings | 9,625,279 | 14,298,047 | 10,197,770 | 2,993,000 | 1,511,000 | 471,395 | 787,325 |
| Repayments from other long-term borrowings | (210,000) | (568,430) | (5,192,486) | (6,504,710) | (1,709,624) | (2,083,745) | (1,052,703) |
| Extinguishment of long-term borrowing | - | - | - | (2,060,829) | - | - | - |
| Payments of debt issuance costs | (121,413) | (109,680) | (41,370) | (52,999) | (27,278) | - | - |
| Dividends paid | - | (580,752) | - | - | - | - | - |
| Capital contributions to noncontrolling interest entity) | - | - | 2,256,000 | 24,254 | 150,000 | - | - |
| Proceeds from capital contributions | - | - | 898,794 | 284,413 | 600,494 | - | - |
| Disposal of healthcare (subsidiary/businesses) business, net | - | - | - | - | 23,759 | - | - |
| Increase in deposit liabilities | 2,458,334 | 1,742,878 | 3,130,793 | 6,663,121 | 1,629,258 | - | - |
| Net cash provided by financing activities | 23,584,449 | 10,175,955 | (17,169,738) | (11,157,209) | (1,186,513) | (4,750,442) | (1,346,660) |
| Cash and cash equivalents of GMAC (Ally) Bank and ResMor Trust upon sale | - | - | - | - | (6,678,339) | 64,695 | (13,790) |
| Effect of foreign exchange rates on cash and cash equivalents | (26,684) | 140,740 | (39,732) | 667,547 | (221,814) | - | - |
| Net increase (decrease) in cash and cash equivalents | 1,367,670 | (247,906) | 2,397,066 | 2,566,848 | (6,062,027) | (248,530) | (53,505) |
| Cash and cash equivalents reclassified to assets of held-for-sale | - | - | - | - | (155,473) | 155,473 | - |
| Cash and cash equivalents at the beginning of year | 899,083 | 2,266,753 | 2,018,847 | 4,415,913 | 6,982,761 | 765,261 | 672,204 |
| Cash and cash equivalents at the end of year | $ 2,266,753 | $ 2,018,847 | $ 4,415,913 | $ 6,982,761 | $ 765,261 | $ 672,204 | $ 618,699 |

*Source: Residential Capital, LLC, Annual Report (Form 10-K) (Mar. 28, 2006); Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 13, 2007); Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009); Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2008); Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 26, 2010) [EXAM0012435]; Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Feb. 26, 2010 [EXAM0012435]; Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Feb. 28, 2011 [EXAM0012436]; Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010, dated Mar. 28, 2012 [EXAM0012651].*

**Appendix VI.B.4.b, Page 35 of 46**

**Residential Capital, LLC**
**Income Statement**
Quarters Ended 2005 – 2007
($ in Thousands)

| | 3 months ended 12/31/05 | 3 months ended 03/31/06 | 3 months ended 06/30/06 | 3 months ended 09/30/06 | 3 months ended 12/31/06 | 3 months ended 03/31/07 | 3 months ended 06/30/07 | 3 months ended 09/30/07 | 3 months ended 12/31/07 |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | |
| Interest income | 1,646,002 | 1,863,365 | 2,009,922 | 2,085,558 | 2,210,189 | 2,134,712 | 1,968,730 | 1,886,006 | 1,578,435 |
| Automotive operating lease income | - | - | - | - | - | - | - | - | - |
| Interest expense | 1,218,709 | 1,435,369 | 1,557,894 | 1,703,606 | 1,763,351 | 1,745,184 | 1,656,377 | 1,680,746 | 1,478,539 |
| Depreciation expense on automotive operating lease income | - | - | - | - | - | - | - | - | - |
| Impairment of investment in automotive operating leases | - | - | - | - | - | - | - | - | - |
| Net interest income/(net financing) revenue | 427,293 | 427,996 | 452,028 | 381,952 | 446,838 | 389,528 | 312,353 | 205,260 | 99,896 |
| Provision for loan losses | 190,000 | 122,733 | 122,604 | 238,723 | 850,024 | 545,009 | 330,418 | 884,213 | 835,503 |
| Net interest income after provision for loan losses | 237,293 | 305,263 | 329,424 | 143,229 | (403,186) | (155,481) | (18,065) | (678,953) | (735,607) |
| Gain (loss) on sale of mortgage loans, net | 249,604 | 267,064 | 374,969 | 236,155 | 11,428 | (234,637) | 173,514 | (569,589) | 298,981 |
| Servicing fees | 369,302 | 374,684 | 386,484 | 401,095 | 421,411 | 447,177 | 452,144 | 451,420 | 439,662 |
| Amortization and impairment of servicing rights | (246,324) | (185,513) | (170,760) | (331,138) | (412,621) | (302,354) | (151,533) | (123,439) | 33,675 |
| Servicing asset valuation and hedge gain, net | (30,805) | - | - | - | - | - | - | - | - |
| Net servicing fees | 92,173 | 189,171 | 215,724 | 69,957 | 8,790 | 144,823 | 300,611 | 327,981 | 473,337 |
| Gain (loss) on investment securities, net | (6,685) | (18,429) | 1,468 | 141,729 | (56,103) | 39,934 | (56,474) | (332,511) | (398,779) |
| Real estate related revenues | 185,280 | 144,195 | 414,508 | 162,228 | 99,582 | 131,282 | 137,606 | 23,505 | (73,599) |
| Gain (loss) on extinguishment of debt | - | - | - | - | - | - | - | - | 521,088 |
| Gain (loss) on foreclosed real estate | - | - | - | - | - | - | - | - | (401,672) |
| Gain (loss) on sale of equity investments | - | - | - | - | - | - | (542) | - | 510,927 |
| Automotive operating lease income | - | - | - | - | - | - | - | - | - |
| Other income | 77,991 | 54,612 | 50,704 | 38,943 | 53,649 | 145,764 | 109,461 | 46,667 | (98,128) |
| Total net revenue | 835,656 | 941,876 | 1,573,832 | 792,641 | (285,840) | 71,685 | 646,111 | (1,182,900) | 96,188 |
| Provision for loan losses | - | - | - | - | - | - | - | - | - |
| **Expenses** | | | | | | | | | |
| Representation and warranty expense, net | 335,104 | 306,804 | 375,657 | 298,949 | 224,929 | 333,911 | 350,880 | 306,034 | 233,755 |
| Compensation and benefits | 68,697 | 56,800 | 62,011 | 74,752 | 79,493 | 57,986 | 57,516 | 57,119 | 81,450 |
| Mortgage fines and penalties | - | - | - | - | - | - | - | - | - |
| Professional fees | 51,718 | 44,919 | 47,571 | 48,140 | 48,522 | 47,874 | 45,492 | 64,126 | 44,754 |
| Data processing and telecommunications | 34,619 | 41,748 | 43,404 | 34,336 | 33,244 | 30,420 | 35,097 | 29,700 | 25,024 |
| Advertising | 28,822 | 32,825 | 33,854 | 33,962 | 37,046 | 34,751 | 39,224 | 34,345 | 37,962 |
| Occupancy | - | - | - | - | - | - | - | - | 126,646 |
| Restructuring | - | - | - | - | - | - | - | - | 129,972 |
| Goodwill impairment | - | - | - | - | - | - | - | 454,828 | - |
| Loss (gain) on foreign currency | - | - | - | - | - | - | - | - | - |
| Depreciation expense on automotive operating lease income | - | - | - | - | - | - | - | - | - |
| Other | 148,969 | 119,313 | 132,569 | 153,531 | 232,556 | 387,489 | 282,509 | 226,756 | 307,984 |
| Total expenses | 667,929 | 602,409 | 695,066 | 643,670 | 655,790 | 892,431 | 810,718 | 1,172,908 | 987,547 |
| Income before income tax expense | 167,727 | 339,467 | 878,766 | 148,971 | (941,630) | (820,746) | (164,607) | (2,355,808) | (891,359) |
| Income tax expense (benefit) | 49,427 | 137,973 | 330,618 | 65,538 | (823,302) | 70,641 | 64,988 | (119,442) | 3,603 |
| Net income before minority interest | 118,300 | 201,494 | 548,148 | 83,433 | (118,328) | (891,387) | (229,595) | (2,236,366) | (894,962) |
| Minority interest | - | - | - | - | 9,654 | 19,089 | 24,401 | 24,561 | 25,977 |
| Net income | 118,300 | 201,494 | 548,148 | 83,433 | (127,982) | (910,476) | (253,996) | (2,260,927) | (920,939) |
| **Discontinued operations:** | | | | | | | | | |
| Income (loss) from discontinued operations before taxes and noncontrolling interest | - | - | - | - | - | - | - | - | - |
| Income tax (benefit) expense | - | - | - | - | - | - | - | - | - |
| Income (loss) from discontinued operations | - | - | - | - | - | - | - | - | - |
| Net income (loss) | 118,300 | 201,494 | 548,148 | 83,433 | (127,982) | (910,476) | (253,996) | (2,260,927) | (920,939) |
| Less: Net income from discontinued operations attributable to noncontrolling interest | - | - | - | - | - | - | - | - | - |
| Net income (loss) attributable to Residential Capital, LLC | 118,300 | 201,494 | 548,148 | 83,433 | (127,982) | (910,476) | (253,996) | (2,260,927) | (920,939) |

Note: Income statements for three months ended December 31 were prepared by calculating the difference between ResCap's full year results and year-to-date results through September 30.

Source: Residential Capital, LLC Quarterly Report (Form 10-Q) (May 5, 2006); Residential Capital, LLC Quarterly Report (Form 10-Q) (Aug. 9, 2006); Residential Capital, LLC Quarterly Report (Form 10-Q) (Nov. 7, 2006); Residential Capital, LLC Quarterly Report (Form 10-Q) (May 9, 2007); Residential Capital, LLC Quarterly Report (Form 10-Q) (Aug. 7, 2007); Residential Capital, LLC Quarterly Report (Form 10-Q) (Nov. 8, 2007); Residential Capital, LLC Annual Report (Form 10-K) (Mar. 28, 2006); Residential Capital, LLC Annual Report (Form 10-K) (Mar. 13, 2007); Residential Capital, LLC Annual Report (Form 10-K) (Feb. 27, 2008).

**Appendix VI.B.4.b, Page 36 of 46**

**Residential Capital, LLC**
Income Statement
Quarters Ended 2008 – 2009
*($ in Thousands)*

| | 3 months ended 03/31/08 | 3 months ended 06/30/08 | 3 months ended 09/30/08 | 3 months ended 12/31/08 | 3 months ended 03/31/09 | 3 months ended 06/30/09 | 3 months ended 09/30/09 | 3 months ended 12/31/09 |
|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | |
| Interest income | $ 1,216,024 | $ 1,145,683 | $ 954,091 | $ 824,365 | $ 316,419 | $ 291,006 | $ 261,558 | $ 99,409 |
| Automotive operating lease income | 147,274 | 148,522 | 144,949 | 132,695 | — | — | — | — |
| Interest expense | 1,170,396 | 977,027 | 894,505 | 852,458 | 308,666 | 282,041 | 268,256 | 129,500 |
| Depreciation expense on automotive operating lease income | 87,287 | 85,574 | 86,485 | 96,482 | — | — | — | — |
| Impairment of investment in automotive operating leases | — | 92,035 | — | 74,500 | — | — | — | — |
| Net interest income/net financing revenue | 105,615 | 139,769 | 118,050 | (66,378) | 7,753 | 8,965 | (6,698) | (30,091) |
| Provision for loan losses | — | — | — | — | — | — | — | — |
| Net interest income after provision for loan losses | 105,615 | 139,769 | 118,050 | (66,378) | 7,753 | 8,965 | (6,698) | (30,091) |
| Gain (loss) on sale of mortgage loans, net | (747,996) | (1,061,505) | (138,177) | (56,241) | 189,380 | (487,414) | 151,339 | 411,283 |
| Servicing fees | 392,072 | 392,055 | 369,444 | 334,198 | 304,077 | 301,626 | 278,218 | 259,588 |
| Amortization and impairment of servicing rights | (409,503) | (184,850) | 108,622 | (248,266) | (322,083) | (134,301) | (25,289) | (280,720) |
| Servicing asset valuation and hedge gain, net | 801,575 | 207,205 | (41,898) | 85,932 | 167,325 | (48,835) | (23,185) | (21,132) |
| Net servicing fees | (443,820) | (90,064) | (24,970) | (79,998) | (18,006) | (224,121) | (4,670) | (23,185) |
| Gain (loss) on investment securities, net | (27,944) | 18,656 | 42,199 | (6,999) | (12,200) | (34,037) | 3,459 | (4,408) |
| Real estate related revenues | 479,544 | 647,075 | 19,992 | 756,550 | (34,037) | 816,904 | 11,345 | 17,812 |
| Gain (loss) on extinguishment of debt | (85,369) | (74,959) | 28,204 | (89,506) | 900,324 | (34,914) | — | 13,297 |
| Gain (loss) on foreclosed real estate | — | — | 72,729 | (40,257) | (44,186) | — | — | — |
| Gain (loss) on sale of equity investments | — | — | — | — | — | — | — | — |
| Automotive operating lease income | — | — | — | — | — | — | — | — |
| Other income | (20,285) | (340,489) | (64,655) | (51,879) | (8,019) | (22,906) | (23,367) | (31,232) |
| Total net revenue | 61,320 | (554,303) | (50,210) | 451,224 | 981,009 | 175,029 | 372,552 | 332,344 |
| Provision for loan losses | 302,021 | 467,300 | 660,882 | 825,206 | 374,046 | 502,656 | 79,876 | 1,048,964 |
| **Expenses** | | | | | | | | |
| Representation and warranty expense, net | 261,456 | 250,136 | 228,510 | 143,937 | 78,677 | 96,107 | 94,791 | 74,442 |
| Compensation and benefits | 60,833 | 164,735 | 84,709 | 79,979 | 25,658 | 37,696 | 46,265 | 42,901 |
| Mortgage fines and penalties | 40,496 | 40,682 | 36,598 | 35,089 | 32,683 | 36,907 | 31,930 | 29,717 |
| Professional fees | 18,188 | 18,810 | 19,992 | 12,382 | 2,003 | 5,119 | 3,459 | 29 |
| Data processing and telecommunications | 28,193 | 29,017 | 28,204 | 18,173 | 11,633 | 8,666 | 11,345 | 10,426 |
| Advertising | 20,214 | 17,681 | 72,729 | 33,923 | — | — | — | — |
| Occupancy | — | — | — | — | — | — | — | — |
| Restructuring | — | — | — | 445,951 | — | — | — | — |
| Goodwill impairment | — | — | — | — | — | — | — | — |
| Loss (gain) on foreign currency | (340,489) | 233,635 | 688,270 | (55,682) | 418,531 | 330,071 | 728,671 | 973,469 |
| Depreciation expense on automotive operating lease income | 178,310 | 754,696 | 1,159,012 | 713,752 | 569,185 | 514,566 | 916,461 | 1,310,984 |
| Other | 608,290 | (1,776,299) | (1,870,104) | (1,087,734) | 37,778 | (842,193) | (623,785) | (1,847,604) |
| Total expenses | 608,290 | 754,696 | 688,270 | 713,752 | 569,185 | 330,071 | 728,671 | 1,310,984 |
| Income before income tax expense | (848,091) | (1,776,299) | (1,870,104) | (1,087,734) | 37,778 | (842,193) | (623,785) | (1,847,604) |
| Income tax expense (benefit) | (28,182) | 111,339 | 4,932 | (98,260) | (18,671) | (1,048) | 24,737 | 6,958 |
| Net income before minority interest | (820,909) | (1,887,638) | (1,875,036) | (989,474) | 56,449 | (841,145) | (648,522) | (1,854,562) |
| Minority interest | 38,281 | (28,119) | 37,135 | (8,824) | — | — | — | — |
| Net income | (859,090) | (1,859,519) | (1,912,171) | (980,650) | 56,449 | (841,145) | (648,522) | (1,854,562) |
| **Discontinued operations:** | | | | | | | | |
| Income (loss) from discontinued operations before taxes and noncontrolling interest | — | — | — | — | (85,592) | — | — | (1,198,097) |
| Income tax (benefit) expense | — | — | — | — | (32,802) | — | — | 1,734 |
| Income (loss) from discontinued operations | — | — | — | — | (52,790) | — | — | (1,199,831) |
| Net income (loss) | (859,090) | (1,859,519) | (1,912,171) | (980,650) | 3,659 | (841,145) | (648,522) | (3,054,393) |
| Less: Net income from discontinued operations attributable to noncontrolling interest | — | — | — | — | 3,430 | — | — | — |
| Net income (loss) attributable to Residential Capital, LLC | $ (859,090) | $ (1,859,519) | $ (1,912,171) | $ (980,650) | $ 229 | $ (841,145) | $ (648,522) | $ (3,054,393) |

Note: Income statements for three months ended December 31 were prepared by calculating the difference between ResCap's full year results and year-to-date results through September 30.
Source: Residential Capital, LLC, Quarterly Report (Form 10-Q) (May 7, 2008); Residential Capital, LLC, Quarterly Report (Form 10-Q) (Aug. 5, 2008); Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009); Residential Capital, LLC, Quarterly Report (Form 10-Q) (May, 11, 2009); Residential Capital, LLC, Quarterly Report (Form 10-Q) (Aug. 7, 2009); Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended September 30, 2009 and 2008, dated Sept. 30, 2009 [EX-M0012427S]; Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Feb. 26, 2010 [EX-M0012445S].

**Residential Capital, LLC**
**Income Statement**
Quarters Ended 2010 - 2011
*($ in Thousands)*

| | 3 months ended 3/31/2010 | 3 months ended 06/30/10 | 3 months ended 09/30/10 | 3 months ended 12/31/10 | 3 months ended 03/31/11 | 3 months ended 06/30/11 | 3 months ended 09/30/11 | 3 months ended 12/31/11 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Revenue** | | | | | | | | |
| Interest income | $ 294,220 | $ 251,373 | $ 226,728 | $ 146,599 | $ 131,652 | $ 119,478 | $ 119,981 | $ 19,729 |
| Automotive operating lease income | 240,990 | 199,259 | 185,786 | 124,128 | 150,717 | 126,871 | 139,991 | 15,913 |
| Interest expense | — | — | — | — | — | — | — | — |
| Depreciation expense on automotive operating lease income | — | — | — | — | — | — | — | — |
| Impairment of investment in automotive operating leases | — | — | — | — | — | — | — | — |
| Net interest income/net financing revenue | 53,230 | 52,114 | 40,942 | 22,471 | (19,065) | (7,393) | (20,010) | 3,816 |
| Provision for loan losses | — | — | — | — | — | — | — | — |
| Net interest income after provision for loan losses | 53,230 | 52,114 | 40,942 | 22,471 | (19,065) | (7,393) | (20,010) | 3,816 |
| Gain (loss) on sale of mortgage loans, net | 142,489 | 140,916 | 217,873 | 149,221 | 35,200 | 65,926 | 30,823 | 90,210 |
| Servicing fees | 265,302 | 261,783 | 264,575 | 243,492 | 229,978 | 222,391 | 215,222 | 152,049 |
| Amortization and impairment of servicing rights | (16,746) | 95,564 | 122,232 | 21,521 | 48,911 | 743 | (365,587) | (19,782) |
| Servicing asset valuation and hedge gain, net | — | — | — | — | — | — | — | — |
| Net servicing fees | 248,556 | 357,347 | 386,807 | 265,013 | 278,889 | 223,134 | (150,365) | 132,267 |
| Gain (loss) on investment securities, net | 8,234 | (2,737) | 2,965 | 3,037 | 243 | 160 | 14,851 | (9,395) |
| Real estate related revenues | 6,431 | 2,482 | (424) | 343 | — | 105 | (3,811) | — |
| Gain (loss) on extinguishment of debt | 10,820 | 19,343 | 3,396 | (795) | (2,702) | — | — | — |
| Gain (loss) on foreclosed real estate | — | — | — | — | — | — | — | — |
| Gain (loss) on sale of equity investments | — | — | — | — | — | — | — | — |
| Automotive operating lease income | — | — | — | — | — | — | — | — |
| Other income | (33,439) | (25,777) | (13,562) | (6,255) | 5,788 | (4,545) | (35,592) | 4,025 |
| Total net revenue | 436,312 | 543,688 | 637,997 | 433,035 | 298,353 | 277,387 | (164,104) | 220,923 |
| Provision for loan losses | (8,267) | 4,300 | (3,749) | 427 | 5,632 | 1,055 | 1,356 | 15,978 |
| **Expenses** | | | | | | | | |
| Representation and warranty expense, net | — | — | 344,465 | 325,987 | 26,000 | 184,133 | 69,626 | 44,311 |
| Compensation and benefits | 79,112 | 64,592 | 59,342 | 58,739 | 81,676 | 79,962 | 69,206 | 88,758 |
| Mortgage fines and penalties | — | — | — | — | — | — | — | 204,000 |
| Professional fees | 10,418 | 8,956 | 17,468 | 36,392 | 18,962 | 18,870 | 25,548 | 55,169 |
| Data processing and telecommunications | 29,535 | 30,316 | 27,149 | 26,966 | 20,203 | 21,434 | 18,677 | 19,388 |
| Advertising | 670 | 50 | 101 | (452) | 8,747 | 3,938 | 2,398 | 3,079 |
| Occupancy | 165 | 8,923 | 5,566 | 5,471 | 5,633 | 4,491 | 5,899 | 8,896 |
| Restructuring | — | — | — | — | — | — | — | — |
| Goodwill impairment | — | — | — | — | — | — | — | — |
| Loss (gain) on foreign currency | — | — | — | — | — | — | — | — |
| Depreciation expense on automotive lease income | — | — | — | — | — | — | — | — |
| Other | 202,039 | 163,859 | 92,015 | (71,296) | 82,101 | 75,732 | 81,387 | 109,906 |
| Total expenses | 321,939 | 276,696 | 546,106 | 381,807 | 243,322 | 388,560 | 272,741 | 533,507 |
| Income before income tax expense | 122,640 | 262,692 | 95,640 | 50,801 | 49,399 | (112,228) | (438,201) | (328,562) |
| Income tax expense (benefit) | 6,599 | (3,810) | 6,909 | (2,784) | 8,946 | 408 | 3,440 | 2,677 |
| Net income before minority interest | 116,041 | 266,502 | 88,731 | 53,585 | 40,453 | (112,636) | (441,641) | (331,239) |
| Minority interest | — | — | — | — | — | — | — | — |
| Net income | 116,041 | 266,502 | 88,731 | 53,585 | 40,453 | (112,636) | (441,641) | (331,239) |
| **Discontinued operations:** | | | | | | | | |
| Income (loss) from discontinued operations before taxes and noncontrolling interest | (6,123) | 88,942 | (45,571) | 9,819 | — | — | — | — |
| Income tax (benefit) expense | 1 | (8,698) | 5,376 | 172 | — | — | — | — |
| Income (loss) from discontinued operations | (6,124) | 97,640 | (50,947) | 9,647 | — | — | — | — |
| Net income (loss) | 109,917 | 364,142 | 37,784 | 63,232 | 40,453 | (112,636) | (441,641) | (331,239) |
| Less: Net income from discontinued operations attributable to noncontrolling interest | — | — | — | — | — | — | — | — |
| Net income (loss) attributable to Residential Capital, LLC | $ 109,917 | $ 364,142 | $ 37,784 | $ 63,232 | $ 40,453 | $ (112,636) | $ (441,641) | $ (331,239) |

Note: Income statements for three months ended December 31 were prepared by calculating the difference between ResCap's full year results and year-to-date results through September 30.

Source: Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended March 31, 2010 and 2009, dated Mar. 31, 2010 [EXAM00123509]; Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended June 30, 2010 and 2009, dated June 30, 2010 [EXAM00123570]; Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended September 30, 2010 and Sept. 30, 2010 [EXAM00123990]; Residential Capital, LLC, Condensed Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Feb. 28, 2011 [EXAM00123959]; Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended March 31, 2011 and 2010, dated Mar. 31, 2011 [EXAM00123109]; Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended June 30, 2011 and 2010, dated June 30, 2011 [EXAM00123590]; Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended September 30, 2011 and 2010, dated September 30, 2011 [EXAM00123680]; Residential Capital, LLC, Condensed Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010, dated Mar. 28, 2012 [EXAM00123851].

**Residential Capital, LLC**
**Balance Sheet**
Quarters Ended 2005 – 2007
*($ in Thousands)*

| | 12/31/05 | 03/31/06 | 06/30/06 | 09/30/06 | 12/31/06 | 03/31/07 | 06/30/07 | 09/30/07 | 12/31/07 |
|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 2,266,753 | $ 2,233,577 | $ 1,885,594 | $ 1,977,842 | $ 2,018,847 | $ 2,602,494 | $ 3,714,646 | $ 6,519,488 | $ 4,415,913 |
| Mortgage loans held for sale | 19,521,566 | 18,124,746 | 20,438,913 | 24,786,757 | 27,007,382 | 22,013,665 | 19,333,920 | 14,979,699 | 11,998,236 |
| Trading securities | 3,896,008 | 4,261,711 | 4,245,623 | 5,033,680 | 4,562,073 | 5,659,922 | 5,510,621 | 3,654,506 | 2,090,690 |
| Available for sale securities | 1,068,937 | 143,166 | 163,080 | 168,605 | 229,469 | - | - | - | - |
| Mortgage loans held for investment, net | 67,892,660 | 72,673,116 | 71,391,876 | 73,070,182 | 67,927,951 | 63,590,182 | 60,969,454 | 59,037,772 | 41,330,322 |
| Lending receivables, net | 13,401,047 | 12,410,206 | 14,069,392 | 14,189,249 | 14,530,104 | 12,423,337 | 10,810,071 | 8,436,517 | 8,406,495 |
| Consumer receivables and loans | - | - | - | - | - | - | - | - | - |
| Commercial receivables and loans | - | - | - | - | - | - | - | - | - |
| Allowance for loan losses | - | - | - | - | - | - | - | - | - |
| Mortgage servicing rights, net | 4,015,015 | 4,526,471 | 5,093,603 | 4,828,025 | 4,930,061 | 5,107,781 | 6,040,774 | 5,547,034 | 4,702,862 |
| Accounts receivable | 1,951,210 | 1,928,680 | 2,044,985 | 2,317,443 | 2,561,200 | 2,747,259 | 2,523,666 | 2,582,505 | 3,187,913 |
| Investments in real estate and other | 1,855,298 | 2,155,077 | 2,127,769 | 2,593,682 | 2,622,149 | 2,509,058 | 2,369,639 | 2,069,176 | 1,629,717 |
| Goodwill | 459,768 | 459,172 | 464,194 | 466,482 | 471,463 | 471,914 | 474,128 | - | - |
| Other assets | 2,556,830 | 3,022,564 | 2,627,545 | 3,146,426 | 8,726,720 | 8,876,974 | 10,098,999 | 11,666,696 | 10,428,516 |
| Assets of operations held-for-sale | - | - | - | - | - | - | - | - | - |
| Total assets | $ 118,885,092 | $ 121,938,486 | $ 124,552,484 | $ 132,578,373 | $ 135,586,819 | $ 126,002,586 | $ 121,845,918 | $ 114,493,393 | $ 88,190,664 |
| Borrowings: | | | | | | | | | |
| Borrowings from parent | $ 5,177,462 | $ 4,715,364 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Affiliate borrowings | 56,097,801 | 58,801,030 | - | - | - | - | - | - | - |
| Collateralized borrowings in securitization trusts | - | - | 57,597,386 | 57,184,409 | 53,299,518 | 48,790,485 | 45,122,216 | 38,223,889 | 16,145,741 |
| Other borrowings | 42,300,507 | 41,269,836 | 48,120,450 | 55,473,999 | 59,880,378 | 55,322,542 | 52,987,276 | 49,657,090 | 46,184,150 |
| Total borrowings | 103,575,770 | 104,786,230 | 105,717,836 | 112,658,408 | 113,179,896 | 104,113,027 | 98,109,492 | 87,880,979 | 62,329,891 |
| Deposit liabilities | 4,123,304 | 5,595,645 | 6,308,574 | 6,257,663 | 9,851,026 | 9,366,116 | 10,652,603 | 14,488,261 | 13,349,844 |
| Other liabilities | 3,722,048 | 3,793,132 | 4,121,813 | 5,286,429 | 4,374,006 | 4,712,744 | 4,806,427 | 4,793,722 | 5,141,052 |
| Liabilities of operations held-for-sale | - | - | - | - | - | - | - | - | - |
| Total liabilities | 111,421,122 | 114,175,007 | 116,148,223 | 124,202,500 | 127,404,928 | 118,191,887 | 113,568,522 | 107,162,962 | 80,820,787 |
| Minority interest | 3,367,677 | 3,392,958 | - | 559,778 | 559,778 | 636,794 | 769,991 | 1,158,876 | 1,339,760 |
| Common stock | - | - | 3,412,220 | 3,457,405 | 3,837,943 | 4,337,943 | 4,837,943 | 5,861,684 | 6,624,344 |
| Member's interest | - | - | - | - | - | - | - | - | - |
| Preferred membership interests | - | - | - | - | - | - | - | - | - |
| Retained earnings | 3,980,587 | 4,169,214 | 4,717,362 | 4,800,795 | 3,651,935 | 2,739,338 | 2,487,110 | 226,183 | (694,756) |
| Accumulated deficit | - | - | - | - | - | - | - | - | - |
| Accumulated other comprehensive income | 115,706 | 201,307 | 274,679 | 117,673 | 132,235 | 96,624 | 182,352 | 83,688 | 100,529 |
| Total stockholder's equity | 7,463,970 | 7,763,479 | 8,404,261 | 8,375,873 | 7,622,113 | 7,173,905 | 7,507,405 | 6,171,555 | 6,030,117 |
| Total liabilities and stockholder's equity | $ 118,885,092 | $ 121,938,486 | $ 124,552,484 | $ 132,578,373 | $ 135,586,819 | $ 126,002,586 | $ 121,845,918 | $ 114,493,393 | $ 88,190,664 |

*Source: Residential Capital, LLC. Annual Report (Form 10-K) (Mar. 28, 2006); Residential Capital, LLC. Quarterly Report (Form 10-Q) (May 3, 2006); Residential Capital, LLC. Quarterly Report (Form 10-Q) (Aug. 8, 2006); Residential Capital, LLC. Quarterly Report (Form 10-Q) (Nov. 7, 2006); Residential Capital, LLC. Annual Report (Form 10-K) (Mar. 13, 2007); Residential Capital, LLC. Quarterly Report (Form 10-Q) (May 8, 2007); Residential Capital, LLC. Quarterly Report (Form 10-Q) (Aug. 7, 2007); Residential Capital, LLC. Quarterly Report (Form 10-Q) (Nov. 8, 2007); Residential Capital, LLC. Annual Report (Form 10-K) (Feb. 27, 2008).*

Appendix VI.B.4.b, Page 39 of 46

**Residential Capital, LLC**
**Balance Sheet**
Quarters Ended 2008 – 2009
*($ in Thousands)*

| | 03/31/08 | 06/30/08 | 09/30/08 | 12/31/08 | 03/31/09 | 06/30/09 | 09/30/09 | 12/31/09 |
|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 4,154,724 | $ 6,577,853 | $ 6,884,843 | $ 6,982,761 | $ 1,706,499 | $ 1,188,722 | $ 918,503 | $ 765,261 |
| Mortgage loans held for sale | 11,798,322 | 7,035,841 | 4,153,005 | 2,628,907 | 1,415,908 | 1,665,602 | 1,902,541 | 5,399,529 |
| Trading securities | 1,144,917 | 982,668 | 867,590 | 601,489 | 510,285 | 156,050 | 140,767 | 98,583 |
| Available for sale securities | - | - | - | - | - | - | - | - |
| Mortgage loans held for investment, net | 34,000,965 | 30,324,389 | 28,842,249 | 24,745,575 | 9,549,696 | 9,093,211 | 7,874,736 | 1,834,827 |
| Lending receivables, net | 8,809,368 | 8,069,488 | 6,541,539 | 6,005,308 | 1,342,896 | 912,841 | 435,116 | 304,387 |
| Consumer receivables and loans | - | - | - | - | - | - | - | - |
| Commercial receivables and loans | - | - | - | - | - | - | - | - |
| Allowance for loan losses | - | - | - | - | - | - | - | - |
| Mortgage servicing rights, net | 4,277,979 | 5,417,361 | 4,724,561 | 2,847,850 | 2,159,085 | 2,751,996 | 2,427,895 | 2,539,588 |
| Accounts receivable | 3,511,615 | 2,765,428 | 3,445,542 | 3,143,198 | 2,497,344 | 2,417,374 | 2,474,892 | 2,547,390 |
| Investments in real estate and other | 1,226,513 | 990,671 | 681,487 | 536,019 | 465,651 | 207,940 | 158,403 | 114,255 |
| Goodwill | - | - | - | - | - | - | - | - |
| Other assets | 12,417,243 | 10,440,134 | 10,374,471 | 10,469,464 | 3,450,062 | 3,603,338 | 3,416,470 | 3,235,363 |
| Assets of operations held-for-sale | - | - | - | - | - | - | - | 2,549,427 |
| Total assets | $ 81,341,646 | $ 72,603,833 | $ 66,515,287 | $ 57,960,571 | $ 23,097,426 | $ 21,997,074 | $ 19,749,323 | $ 19,298,610 |
| **Borrowings:** | | | | | | | | |
| Borrowings from parent | $ 655,000 | $ 4,700,000 | $ 3,270,583 | $ 2,663,321 | $ 2,409,925 | $ 2,931,169 | $ 2,302,363 | $ 1,888,792 |
| Affiliate borrowings | - | 971,677 | 874,979 | 7,583 | - | - | - | - |
| Collateralized borrowings in securitization trusts | 9,368,625 | 7,900,050 | 7,008,655 | 3,752,457 | 3,414,706 | 3,640,532 | 3,530,007 | 1,484,197 |
| Other borrowings | 41,729,093 | 31,148,980 | 28,143,826 | 22,635,976 | 11,371,395 | 9,047,515 | 8,199,796 | 8,020,571 |
| Total borrowings | 51,752,718 | 44,720,707 | 39,298,043 | 29,059,337 | 17,196,026 | 15,619,216 | 14,032,166 | 11,393,560 |
| Deposit liabilities | 15,949,764 | 17,536,939 | 18,234,788 | 19,861,515 | - | - | - | - |
| Other liabilities | 6,492,546 | 4,803,306 | 4,712,526 | 4,951,065 | 4,851,400 | 5,327,858 | 5,308,323 | 5,447,802 |
| Liabilities of operations held-for-sale | - | - | - | - | - | - | - | 2,182,248 |
| Total liabilities | 74,195,028 | 67,060,952 | 62,245,357 | 53,871,917 | 22,047,426 | 20,947,074 | 19,340,489 | 19,023,610 |
| Minority interest | 1,413,736 | 1,475,410 | 1,954,495 | 1,901,301 | - | - | - | - |
| Common stock | - | - | - | - | - | - | - | - |
| Member's interest | 6,767,003 | 6,788,348 | 6,962,487 | 7,872,794 | 7,540,236 | 8,438,844 | 8,438,844 | 11,324,371 |
| Preferred membership interests | 607,192 | 806,344 | 806,344 | 806,344 | - | - | - | - |
| Retained earnings | - | - | - | - | - | - | - | - |
| Accumulated deficit | (1,709,132) | (3,568,651) | (5,480,822) | (6,461,472) | (6,461,243) | (7,302,388) | (7,950,910) | (11,005,303) |
| Accumulated other comprehensive income | 67,819 | 41,430 | 27,426 | (30,313) | (28,993) | (86,456) | (79,100) | (44,068) |
| Total stockholder's equity | 5,732,882 | 4,067,471 | 2,315,435 | 2,187,353 | 1,050,000 | 1,050,000 | 408,834 | 275,000 |
| Total liabilities and stockholder's equity | $ 81,341,646 | $ 72,603,833 | $ 66,515,287 | $ 57,960,571 | $ 23,097,426 | $ 21,997,074 | $ 19,749,323 | $ 19,298,610 |

Source: Residential Capital, LLC, Quarterly Report (Form 10-Q) (May 7, 2008); Residential Capital, LLC, Quarterly Report (Form 10-Q) (Aug. 8, 2008); Residential Capital, LLC, Quarterly Report (Form 10-Q) (Nov. 10, 2008); Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009); Residential Capital, LLC, Quarterly Report (Form 10-Q) (May 11, 2009); Residential Capital, LLC, Quarterly Report (Form 10-Q) (Aug. 7, 2009); Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended September 30, 2009 and 2008, dated Sep. 30, 2009 [EXAM0012429]; Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Feb. 26, 2010 [EXAM0124455].

**Residential Capital, LLC**
**Balance Sheet**
Quarters Ended 2010 – 2011
*($ in Thousands)*

| | 3/31/2010 | 06/30/10 | 09/30/10 | 12/31/10 | 03/31/11 | 06/30/11 | 09/30/11 | 12/31/11 |
|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 725,055 | $ 621,415 | $ 617,808 | $ 672,204 | $ 718,710 | $ 664,466 | $ 622,516 | $ 618,699 |
| Mortgage loans held for sale | 5,130,658 | 4,612,792 | 5,126,729 | 4,654,907 | 4,510,873 | 4,453,227 | 4,580,125 | 4,249,625 |
| Trading securities | 54,071 | 46,799 | 46,039 | 46,914 | - | - | - | - |
| Available for sale securities | - | - | - | - | - | - | - | - |
| Mortgage loans held for investment, net | 3,007,526 | - | - | - | - | - | - | - |
| Lending receivables, net | 244,054 | - | - | - | - | - | - | - |
| Consumer receivables and loans | - | 2,793,592 | 3,391,655 | 1,313,702 | 1,211,198 | 1,154,048 | 1,037,319 | 1,022,730 |
| Commercial receivables and loans | - | 214,658 | 181,986 | 117,316 | 92,251 | 68,307 | 50,524 | 38,017 |
| Allowance for loan losses | - | (104,422) | (94,820) | (42,810) | (34,414) | (23,816) | (19,780) | (28,616) |
| Mortgage servicing rights, net | 2,413,218 | 1,950,323 | 1,680,479 | 1,991,586 | 2,046,305 | 1,926,460 | 1,329,874 | 1,233,107 |
| Accounts receivable | 2,778,451 | 2,594,566 | 2,525,647 | 2,640,059 | 2,602,338 | 2,483,894 | 2,685,498 | 3,051,748 |
| Investments in real estate and other | - | - | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - | - | - |
| Other assets | 2,801,597 | 4,954,096 | 6,560,103 | 5,438,287 | 4,356,026 | 5,156,673 | 8,852,708 | 6,628,152 |
| Assets of operations held-for-sale | 11,287,651 | 10,870,055 | 471,479 | - | - | - | - | - |
| Total assets | $ 28,442,281 | $ 28,553,874 | $ 20,507,105 | $ 16,832,165 | $ 15,503,287 | $ 15,883,259 | $ 19,138,784 | $ 16,813,462 |
| **Borrowings:** | | | | | | | | |
| Borrowings from parent | 1,460,215 | 1,364,334 | 1,318,794 | 1,526,775 | 1,339,629 | 1,261,203 | 1,183,100 | 1,189,364 |
| Affiliate borrowings | - | - | - | - | - | - | - | - |
| Collateralized borrowings in securitization trusts | 2,584,746 | 2,536,105 | 3,096,026 | 1,057,287 | 972,206 | 920,845 | 836,222 | 830,318 |
| Other borrowings | 7,709,777 | 6,402,443 | 5,694,705 | 5,464,454 | 5,278,965 | 5,136,093 | 4,905,568 | 4,705,404 |
| Total borrowings | 11,754,738 | 10,302,882 | 10,109,525 | 8,048,516 | 7,590,800 | 7,318,141 | 6,924,890 | 6,725,086 |
| Deposit liabilities | - | - | - | - | - | - | - | - |
| Other liabilities | 5,113,218 | 6,918,269 | 9,531,012 | 7,937,485 | 7,028,267 | 7,793,027 | 11,882,814 | 9,996,026 |
| Liabilities of operations held-for-sale | 11,148,660 | 10,539,251 | 8,061 | - | - | - | - | - |
| Total liabilities | 28,016,616 | 27,760,402 | 19,648,598 | 15,986,001 | 14,619,067 | 15,111,168 | 18,807,704 | 16,721,112 |
| Minority interest | - | - | - | - | - | - | - | - |
| Common stock | - | - | - | - | - | - | - | - |
| Member's interest | 11,324,371 | 11,324,371 | 11,324,371 | 11,324,371 | 11,324,371 | 11,324,371 | 11,324,371 | 11,433,776 |
| Preferred membership interests | - | - | - | - | - | - | - | - |
| Retained earnings | - | - | - | - | - | - | - | - |
| Accumulated deficit | (10,899,655) | (10,535,513) | (10,497,729) | (10,434,497) | (10,394,044) | (10,506,680) | (10,948,321) | (11,279,560) |
| Accumulated other comprehensive income | 949 | 4,614 | 31,865 | (43,710) | (46,107) | (45,600) | (44,970) | (61,866) |
| Total stockholder's equity | 425,665 | 793,472 | 858,507 | 846,164 | 884,220 | 772,091 | 331,080 | 92,350 |
| Total liabilities and stockholder's equity | $ 28,442,281 | $ 28,553,874 | $ 20,507,105 | $ 16,832,165 | $ 15,503,287 | $ 15,883,259 | $ 19,138,784 | $ 16,813,462 |

*Source: Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended March 31, 2010 and 2009, dated Mar. 31, 2010 [EXAMI00112870]; Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended June 30, 2010 and 2009, dated June 30, 2010 [EXAMI00122936]; Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended September 30, 2010 and 2009, dated Sept. 30, 2010 [EXAMI00122969]; Residential Capital, LLC, Condensed Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Feb. 28, 2011 [EXAMI00123126]; Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended March 31, 2011 and 2010, dated Mar. 31, 2011 [EXAMI00122339]; Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended June 30, 2011 and 2010, dated June 30, 2011 [EXAMI00122898]; Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended September 30, 2011 and 2010, dated Sept. 30, 2011 [EXAMI00122688]; Residential Capital, LLC, Condensed Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010, dated Mar. 28, 2012 [EXAMI00112651]*

Appendix VI.B.4.b, Page 41 of 46

**Residential Capital, LLC**
**Cash Flow Statement**
Quarters Ended 2005 - 2007
($ in Thousands)

| | 3 months ended 12/31/05 | 3 months ended 03/31/06 | 3 months ended 06/30/06 | 3 months ended 09/30/06 | 3 months ended 12/31/06 | 3 months ended 03/31/07 | 3 months ended 06/30/07 | 3 months ended 09/30/07 | 3 months ended 12/31/07 |
|---|---|---|---|---|---|---|---|---|---|
| **Cash flows from operating activities:** | | | | | | | | | |
| Net income | $ 118,300 | $ 201,494 | $ 548,148 | $ 83,433 | $ (127,982) | $ (910,476) | $ (253,996) | $ (2,260,927) | $ (920,939) |
| Reconciliation of net income to net cash provided by (used in) operating activities: | | | | | | | | | |
| Amortization and impairment of mortgage servicing rights | 246,324 | | | | | | | | |
| Depreciation and amortization | 157,345 | 90,666 | 66,123 | 361,150 | 147,835 | 191,553 | 8,379 | 504,219 | 446,996 |
| Accretion of deferred concession on secured notes | | | | | | | | | |
| Provision for loan losses | 190,000 | 122,733 | 122,604 | 238,723 | 850,024 | 545,009 | 330,418 | 884,213 | 835,503 |
| Gain on sale of mortgage loans, net | (249,604) | (267,054) | (374,969) | (236,755) | (11,428) | 234,637 | (173,514) | 569,589 | (298,981) |
| Gain on sale of equity investments | | | | | | | 542 | | |
| Net gain on sale of other assets | 4,378 | (12,444) | (11,596) | (13,794) | 55,696 | 18,634 | 56,556 | 148,377 | 52,292 |
| Pension curtailment gain | | | | (42,630) | | | | | |
| Goodwill impairment | | | | | | | | | |
| Gain on extinguishment of debt | | | | | | | | 454,828 | (521,088) |
| Minority interest | | | | | 9,654 | 19,089 | 24,401 | 24,561 | 25,977 |
| Impairment of held-for-sale businesses | | | | | | | | | |
| (Gain) loss on valuation of derivatives | (140,810) | 464,733 | 201,739 | (435,893) | (230,579) | (39,934) | (54,223) | 332,511 | 398,779 |
| (Gain) loss on investment securities | 6,685 | 18,429 | (1,468) | (141,729) | 56,103 | (17,226) | 56,474 | 13,355 | 89,077 |
| Equity in earnings of investees in excess of cash received | (44,377) | (32,213) | (33,127) | (10,943) | (9,162) | | (5,954) | (5,954) | |
| (Gain) loss on valuation of mortgage servicing rights | 103,927 | (134,536) | (104,733) | 768,570 | 350,052 | 261,982 | (445,458) | 705,259 | 737,746 |
| Originations and purchases of mortgage loans held for sale | (41,424,190) | (35,559,837) | (44,587,067) | (48,435,361) | (47,979,443) | (36,227,342) | (33,244,099) | (27,251,484) | (18,511,476) |
| Proceeds from sales and repayments of mortgage loans held for sale | 18,803,098 | 32,344,307 | 39,650,288 | 38,525,028 | 45,905,082 | 40,181,401 | 34,645,313 | 24,431,254 | 16,199,900 |
| Deferred income tax | 195,684 | 238,705 | 119,994 | 37,204 | (741,347) | (8,323) | (3,336) | (69,331) | 256,728 |
| Net change in: | | | | | | | | | |
| Trading securities | (779,204) | 608,865 | 62,006 | (160,466) | (211,549) | (1,260,252) | (54,223) | 1,616,389 | 1,198,396 |
| Accounts receivable | (62,381) | (5,089) | (123,552) | (281,993) | (236,516) | (206,474) | 200,262 | (90,266) | (599,538) |
| Other assets | 231,622 | (159,919) | 464,915 | (250,014) | (1,411,052) | 661,966 | (841,899) | (2,160,407) | 2,054,169 |
| Other liabilities | (853,240) | (645,827) | (38,327) | 888,866 | (191,329) | 332,175 | (9,263) | (18,253) | 235,971 |
| Net cash provided by (used in) operating activities | (23,704,297) | (2,766,997) | (4,453,530) | (9,106,604) | (3,776,541) | 3,776,419 | 290,603 | (2,166,113) | 1,679,512 |
| **Cash flows from investing activities:** | | | | | | | | | |
| Net decrease in lending receivables | (2,080,540) | 1,021,803 | (1,689,434) | (43,447) | (489,342) | 1,940,742 | 1,718,540 | 1,523,955 | 5,263 |
| Net decrease in consumer mortgage finance receivables and loans | | | | | | | | | |
| Originations and purchases of mortgage loans held for investment | (553,435) | (6,452,537) | (3,234,839) | (3,629,079) | (2,002,335) | (1,814,457) | (2,187,923) | (2,730,908) | (1,857,259) |
| Proceeds from sales and repayments of mortgage loans held for investment | 10,226,281 | 5,852,269 | 6,766,718 | 6,344,119 | 6,223,537 | 5,491,524 | 4,994,758 | 3,650,312 | 2,795,311 |
| Purchases of available for sale securities | (27,710) | (6,575) | (26,383) | (10,083) | (11,232) | | | | (72,018) |
| Proceeds from sales and repayments of available for sale securities | 295,244 | 4,937 | 6,176 | 6,929 | 6,286 | | | | 28,605 |
| Originations and purchases of mortgage servicing rights, net of sales | 929,912 | | | (6,252) | (8) | | | | |
| Additions to mortgage servicing rights | (266,589) | | (5,520) | | | | | (3,192) | |
| Sale of mortgage servicing rights | 207,591 | | | | | | | 165,557 | 398,152 |
| Net decrease in investments in real estate and other | | | | | | | | | |
| Purchase of and advances to investments in real estate and other | (563,820) | (457,688) | (310,860) | (684,839) | (241,715) | (103,754) | (71,428) | (22,587) | (13,023) |
| Proceeds from sales and returns of investments in real estate and other | 262,438 | 194,456 | 768,162 | 233,233 | 183,359 | 222,676 | 196,417 | 200,012 | 230,443 |
| Proceeds from sales of repossessed, foreclosed and owned real estate | | | | | | | | | |
| Consolidation of IB Finance Holding Company, LLC | | | | | 251,347 | | | | 103,743 |
| Acquisitions, net of cash required | (3,988) | | (2,219) | | (332) | | | | |
| Sale of business unit, net | | | | | | | | | |
| Other, net | 308,148 | 55,042 | 268,725 | 334,321 | 323,371 | 142,153 | 339,487 | 1,368,922 | (673,908) |
| Net cash provided by (used in) investing activities | $ 8,733,132 | $ 211,707 | $ 2,540,526 | $ 2,543,902 | $ 4,242,936 | $ 5,878,884 | $ 4,989,851 | $ 4,152,071 | $ 945,309 |

Note: Quarterly cash flows statements were prepared by calculating the difference between ResCap's year-to-date results.
Source: Residential Capital, LLC, Annual Report (Form 10-K) (Mar. 28, 2006); Residential Capital, LLC, Quarterly Report (Form 10-Q) (May 15, 2006); Residential Capital, LLC, Quarterly Report (Form 10-Q) (Aug. 8, 2006); Residential Capital, LLC, Quarterly Report (Form 10-Q) (Mar. 13, 2007); Residential Capital, LLC, Annual Report (Form 10-K) (Mar. 13, 2007); Residential Capital, LLC, Quarterly Report (Form 10-Q) (May 3, 2007); Residential Capital, LLC, Quarterly Report (Form 10-Q) (Aug. 7, 2007); Residential Capital, LLC, Quarterly Report (Form 10-Q) (Nov. 9, 2007); Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2008).

Appendix VI.B.4.b, Page 42 of 46

**Residential Capital, LLC**
**Cash Flow Statement**
Quarters Ended 2005 – 2007
*($ in Thousands)*

| | 3 months ended 12/31/05 | 3 months ended 03/31/06 | 3 months ended 06/30/06 | 3 months ended 09/30/06 | 3 months ended 12/31/06 | 3 months ended 03/31/07 | 3 months ended 06/30/07 | 3 months ended 09/30/07 | 3 months ended 12/31/07 |
|---|---|---|---|---|---|---|---|---|---|
| Cash flows from financing activities | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net decrease in borrowings from parent and affiliates | (1,477,549) | (486,342) | (4,691,120) | 6,842,826 | | | | | |
| Net increase in borrowings from parent | 1,854,718 | (3,280,545) | | | | | | | |
| Net increase in other short-term borrowings | 12,215,042 | 7,726,261 | (799,764) | 5,508,875 | (31,714) | (2,242,891) | (4,743,248) | (4,676,912) | (1,346,425) |
| Proceeds from issuance of collateralized borrowings in securitization trusts | (5,739,415) | (5,131,505) | 4,446,868 | (5,957,308) | 1,635,557 | 261,531 | 961,573 | 2,713,951 | 1,697,762 |
| Repayments of collateralized borrowings in securitization trusts | 7,896,054 | 4,513,759 | (5,858,425) | 8,026,228 | (5,657,850) | (4,795,865) | (4,620,540) | (4,051,356) | (2,462,073) |
| Proceeds from secured aggregation facilities, long-term | (3,157,448) | (5,141,761) | 6,416,406 | (9,201,607) | 10,114,674 | 4,016,419 | 3,304,378 | 4,837,838 | 200,000 |
| Repayments from secured aggregation facilities, long-term | 2,413,429 | 3,039,925 | (5,619,414) | 1,687,898 | (7,980,207) | (7,024,998) | (4,854,876) | (4,330,872) | (1,200,635) |
| Proceeds from other long-term borrowings | 58,178 | (149,668) | 7,107,287 | (133,021) | 2,462,937 | 1,191,744 | 5,369,986 | 1,299,040 | 2,337,000 |
| Extinguishment of long-term borrowing | | | (124,027) | | (161,714) | (499,248) | (1,289,033) | (865,983) | (2,538,222) |
| Payments of debt issuance costs | (121,413) | (35,119) | (47,273) | (19,422) | (7,866) | (6,297) | (20,659) | 5,648 | (22,062) |
| Dividends paid | | | | | (580,752) | | (500,000) | | |
| Capital contributions to noncontrolling interest entity) | | | | | | | | | |
| Proceeds from capital contributions | | | | | | 500,000 | 1,000,000 | 1,256,000 | |
| Disposal of healthcare (subsidiary/businesses) business, net | | | | | | | | 898,794 | |
| Increase in deposit liabilities | 487,742 | 1,472,341 | 712,929 | (50,911) | (391,481) | (484,910) | 1,286,487 | 3,835,658 | (1,506,442) |
| Net cash provided by financing activities | 14,429,338 | 2,527,346 | 1,543,467 | 6,703,558 | (598,416) | (9,084,515) | (4,105,932) | 921,806 | (4,841,097) |
| Cash and cash equivalents of GMAC Bank and ResMor Trust upon sale | (5,091) | (5,232) | 21,464 | (48,518) | 173,026 | 12,859 | (62,370) | (102,922) | 112,701 |
| Effect of foreign exchange rates on cash and cash equivalents | (546,918) | (33,176) | (348,073) | 92,338 | 41,005 | 583,647 | 1,112,152 | 2,804,842 | (2,103,575) |
| Net increase (decrease) in cash and cash equivalents | 2,813,671 | 2,266,753 | 2,233,577 | 1,885,504 | 1,977,842 | 2,018,847 | 2,602,494 | 3,714,646 | 6,519,488 |
| Cash and cash equivalents reclassified to assets of held-for sale | | | | | | | | | |
| Cash and cash equivalents at beginning of year | 2,266,753 | 2,233,577 | 1,885,504 | 1,977,842 | 2,018,847 | 2,602,494 | 3,714,646 | 6,519,488 | |
| Cash and cash equivalents at end of year | $ 2,266,753 | $ 2,233,577 | $ 1,885,504 | $ 1,977,842 | $ 2,018,847 | $ 2,602,494 | $ 3,714,646 | $ 6,519,488 | $ 4,415,913 |

*Note: Quarterly cash flows statements were prepared by calculating the difference between ResCap's year-to-date results.*
*Source: Residential Capital, LLC, Annual Report (Form 10-K) (Mar. 28, 2006); Residential Capital, LLC, Quarterly Report (Form 10-Q) (May 8, 2006); Residential Capital, LLC, Quarterly Report (Form 10-Q) (Nov. 7, 2006); Residential Capital, LLC, Annual Report (Form 10-K) (Mar. 13, 2007); Residential Capital, LLC, Quarterly Report (Form 10-Q) (May 8, 2007); Residential Capital, LLC, Quarterly Report (Form 10-Q) (Nov. 8, 2007); Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2008).*

**Appendix VI.B.4.b, Page 43 of 46**

**Residential Capital, LLC**
**Cash Flow Statement**
Quarters Ended 2008 – 2009
*($ in Thousands)*

| | 3 months ended 03/31/08 | 3 months ended 06/30/08 | 3 months ended 09/30/08 | 3 months ended 12/31/08 | 3 months ended 03/31/09 | 3 months ended 06/30/09 | 3 months ended 09/30/09 | 3 months ended 12/31/09 |
|---|---|---|---|---|---|---|---|---|
| **Cash flow from operating activities:** | | | | | | | | |
| Net income | $ (859,090) | $ (1,859,519) | $ (1,912,171) | $ (980,650) | $ 3,659 | $ (841,145) | $ (648,522) | $ (3,054,393) |
| Reconciliation of net income to net cash provided by (used in) operating activities: | | | | | | | | |
| Amortization and impairment of mortgage servicing rights | | | | | | | | |
| Depreciation and amortization | 340,808 | (23,763) | 65,085 | 74,264 | (5,716) | 48,467 | 18,290 | 3,690 |
| Accretion of deferred concession on secured notes | | | | | | (100,982) | (32,301) | (32,460) |
| Provision for loan losses | 302,021 | 467,300 | 660,882 | 825,206 | 471,766 | 502,656 | 79,876 | 1,174,852 |
| Gain on sale of mortgage loans, net | 747,996 | 1,061,505 | 138,177 | 56,241 | (190,633) | 488,667 | (152,592) | (95,302) |
| Gain on sale of equity investments | | | | | | | | |
| Net gain on sale of other assets | (45,416) | 577,713 | (5,868) | 40,257 | 37,462 | 260,624 | (890) | 30,011 |
| Pension curtailment gain | | | | 71,164 | | | | |
| Goodwill impairment | | | | (756,550) | | | | |
| Gain on extinguishment of debt | (479,544) | (647,075) | (42,199) | (8,824) | (900,324) | (816,904) | (17,812) | |
| Minority interest | 38,281 | (28,119) | 37,135 | | | | | |
| Impairment of held-for-sale businesses | | | | 79,998 | | | 903,276 | |
| (Gain) loss on investment securities | 443,820 | 90,064 | 41,898 | 448 | 12,200 | 52,275 | 18,708 | |
| (Gain) loss on valuation of derivatives | (1,548) | (3,092) | 311 | | 6,543 | | 3,430 | |
| Equity in earnings of investees in excess of cash received | 629,584 | (687,373) | 587,162 | 1,720,754 | 286,496 | (481,056) | 444,619 | (849) |
| (Gain) loss on valuation of mortgage servicing rights | | | | | | | | |
| Originations and purchases of mortgage loans held for sale | (19,598,307) | (17,335,354) | (11,847,416) | (8,640,214) | (9,656,702) | (16,294,484) | (14,970,611) | (15,778,695) |
| Proceeds from sales and repayments of mortgage loans held for sale | 19,357,813 | 22,373,401 | 13,210,882 | 9,644,962 | 9,632,542 | 16,623,646 | 14,737,858 | 15,976,725 |
| Deferred income tax | (67,591) | 257,093 | (9,112) | (205,532) | (67,153) | (417) | (1,040) | 2,965 |
| Net change in: | | | | | | | | |
| Trading securities | 551,770 | 118,265 | 176,615 | 21,617 | 4,314 | 16,565 | 13,363 | (14,483) |
| Accounts receivable | (283,799) | 721,006 | (675,416) | 218,562 | 188,426 | 112,537 | (30,588) | 55,871 |
| Other assets | (35,489) | 1,617,710 | 119,373 | (1,211,284) | 133,984 | (155,659) | 153,980 | (235,092) |
| Other liabilities | 84,555 | (1,993,088) | 224,750 | 197,077 | 71,117 | 107,733 | 664,952 | 473,231 |
| Net cash provided by (used in) operating activities | 1,125,864 | 4,706,674 | 770,088 | 1,147,496 | 27,981 | (477,477) | 279,824 | (589,757) |
| **Cash flow from investing activities:** | | | | | | | | |
| Net increase in lending receivables | (416,304) | 412,833 | 447,333 | (2,380) | (371,511) | 142,563 | 483,653 | 119,921 |
| Net decrease in consumer mortgage finance receivables and loans | | | | | | | 119,921 | |
| Originations and purchases of mortgage loans held for investment | (1,642,308) | (1,331,064) | (662,371) | (325,629) | (224,092) | (214,569) | (204,301) | (163,025) |
| Proceeds from sales and repayments of mortgage loans held for investment | 1,737,721 | 1,780,996 | 1,261,770 | 954,353 | 510,191 | 422,416 | 570,440 | 385,087 |
| Purchases of available for sale securities | | | | | | | | |
| Proceeds from sales and repayments of available for sale securities | | | | | | | | |
| Originations and purchases of mortgage servicing rights, net of sales | | | | | | | | |
| Additions to mortgage servicing rights | 174,112 | | | 312,574 | | 19,337 | | |
| Sale of mortgage servicing rights | | | | | | | | |
| Net decrease in investments in real estate and other | | | | | | | | |
| Purchase of and advances to investments in real estate and other | (12,320) | (3,382) | (1,150) | | (4,100) | (264) | | |
| Proceeds from sales of and returns of investments in real estate and other | 112,883 | 143,992 | 103,028 | 13,551 | 42,534 | 18,526 | 44,614 | 32,953 |
| Proceeds from sales of repossessed, foreclosed and owned real estate | | | | 85,774 | | 516,820 | 197,425 | 160,957 |
| Consolidation of HB Finance Holding Company, LLC | | | | | | | | |
| Acquisitions, net of cash required | | | | | | | | |
| Sale of business unit, net | | | | | | | | |
| Other, net | 156,682 | 391,573 | 359,134 | 944,808 | 426,219 | (310,361) | 181,394 | 1,241 |
| Net cash provided by (used in) investing activities | $ 110,466 | $ 1,394,948 | $ 1,817,923 | $ 1,983,051 | $ 379,241 | $ 594,468 | $ 1,273,225 | $ 537,134 |

Note: Quarterly cash flow statements were prepared by calculating the difference between ResCap's year-to-date results.
Source: Residential Capital, LLC Quarterly Report (Form 10-Q) (Aug. 8, 2008); Residential Capital, LLC Quarterly Report (Form 10-Q) (May 7, 2008); Residential Capital, LLC Annual Report (Form 10-K) (Feb. 27, 2009); Residential Capital, LLC Quarterly Report (Form 10-Q) (May 11, 2009); Residential Capital, LLC Quarterly Report (Form 10-Q) (Aug. 7, 2009); Residential Capital, LLC Condensed Consolidated Financial Statements for the Periods Ended September 30, 2009 and 2008; Residential Capital, LLC Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Feb. 26, 2010 [EXAM00124453], dated Sept. 30, 2009 [EXAM00124578]; Residential Capital, LLC Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008 [EXAM00124455].

Appendix VI.B.4.b, Page 44 of 46

**Residential Capital, LLC**
**Cash Flow Statement**
Quarters Ended 2008 - 2009
*($ in Thousands)*

| | 3 months ended 03/31/08 | 3 months ended 06/30/08 | 3 months ended 09/30/08 | 3 months ended 12/31/08 | 3 months ended 03/31/09 | 3 months ended 06/30/09 | 3 months ended 09/30/09 | 3 months ended 12/31/09 |
|---|---|---|---|---|---|---|---|---|
| Cash flows from financing activities: | | | | | | | | |
| Net decrease in borrowings from parent and affiliates | $ 655,000 | $ 4,045,000 | $ (577,876) | $ 83,105 | $ (186,116) | $ 571,243 | $ (628,805) | $ (98,457) |
| Net increase in borrowings from parent | | 971,677 | (96,698) | (867,396) | (7,583) | | | - |
| Net increase in affiliate borrowings | | | | | | | | |
| Net increase in other short-term borrowings | (3,275,241) | (5,780,654) | (1,862,611) | (2,600,519) | (725,195) | (544,490) | (425,116) | (48,139) |
| Proceeds from issuance of collateralized borrowings in securitization trusts | | | | | | 229,933 | | - |
| Repayments of collateralized borrowings in securitization trusts | (994,499) | (756,387) | (656,721) | (484,525) | (348,822) | (416,389) | (402,034) | (334,152) |
| Proceeds from secured aggregation facilities, long-term | 160,000 | | | | | | | |
| Repayments from secured aggregation facilities, long-term | (465,114) | | | | | | | |
| Proceeds from other long-term borrowings | 1,325,000 | 1,080,000 | 570,000 | 18,000 | 711,009 | 521,000 | 157,000 | 122,000 |
| Repayments from other long-term borrowings | (1,342,106) | (2,803,541) | (818,563) | (1,540,500) | (287,404) | (709,939) | (550,933) | (161,348) |
| Extinguishment of long-term borrowing | | (2,060,829) | | | | | | - |
| Payments of debt issuance costs | (9,620) | (27,722) | (8,910) | (6,747) | (6,936) | (18,254) | (1,264) | (824) |
| Dividends paid | | | | | | | | - |
| Capital contributions (to noncontrolling interest entity) | | 14,264 | (10) | 10,000 | 150,000 | 494 | | (494) |
| Proceeds from capital contributions | | | 163,310 | 121,103 | 1,629,258 | | | 600,494 |
| Disposal of healthcare (subsidiary/businesses) business, net | | | | | | | | - |
| Increase in deposit liabilities | | 1,584,300 | 696,525 | 1,778,177 | 928,202 | 23,759 | | - |
| Net cash provided by financing activities | 2,604,119 | (3,733,892) | (2,591,554) | (3,489,302) | (6,678,339) | (342,643) | (1,851,152) | 79,080 |
| Cash and cash equivalents of GMAC Bank and ResMor Trust upon sale | | | | | | | | (24,226) |
| Effect of foreign exchange rates on cash and cash equivalents | (155,058) | 55,399 | 310,533 | 456,673 | 66,653 | (292,125) | 27,884 | (24,226) |
| Net increase (decrease) in cash and cash equivalents | (261,189) | 2,423,129 | 306,990 | 97,918 | (5,276,262) | (517,777) | (270,219) | 2,231 |
| Cash and cash equivalents reclassified to assets of held-for-sale | | | | | | | | (155,473) |
| Cash and cash equivalents at beginning of year | 4,415,913 | 4,154,724 | 6,577,853 | 6,884,843 | 6,982,761 | 1,706,499 | 1,188,722 | 918,503 |
| Cash and cash equivalents at end of year | $ 4,154,724 | $ 6,577,853 | $ 6,884,843 | $ 6,982,761 | $ 1,706,499 | $ 1,188,722 | $ 918,503 | $ 765,261 |

*Note: Quarterly cash flows statements were prepared by calculating the difference between ResCap's year-to-date results.*

*Source: Residential Capital, LLC, Quarterly Report (Form 10-Q) (May 7, 2008); Residential Capital, LLC, Quarterly Report (Form 10-Q) (Aug. 8, 2008); Residential Capital, LLC, Quarterly Report (Form 10-Q) (Nov. 10, 2008); Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009); Residential Capital, LLC, Quarterly Report (Form 10-Q) (May 11, 2009); Residential Capital, LLC, Quarterly Report (Form 10-Q) (Aug. 7, 2009); Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended September 30, 2009 and 2008, dated Sept. 30, 2009 [EXAM00124378]; Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Feb. 26, 2010 [EXAM00124453].*

Appendix VI.B.4.b, Page 44 of 46

Appendix VI.B.4.b, Page 45 of 46

**Residential Capital, LLC**
**Cash Flow Statement**
Quarters Ended 2010 – 2011
*($ in Thousands)*

| | 3 months ended 03/31/10 | 3 months ended 06/30/10 | 3 months ended 09/30/10 | 3 months ended 12/31/10 | 3 months ended 03/31/11 | 3 months ended 06/30/11 | 3 months ended 09/30/11 | 3 months ended 12/31/11 |
|---|---|---|---|---|---|---|---|---|
| **Cash flows from operating activities:** | | | | | | | | |
| Net income | $ 109,917 | $ 364,142 | $ 37,784 | $ 63,232 | $ 40,453 | $ (112,636) | $ (441,641) | $ (331,239) |
| Reconciliation of net income to net cash provided by (used in) operating activities: | | | | | | | | |
| Amortization and impairment of mortgage servicing rights | - | - | - | - | - | - | - | - |
| Depreciation and amortization | 17,195 | (3,225) | 13,159 | 5,846 | 7,004 | 6,798 | 7,369 | 6,074 |
| Accretion of deferred concession on secured notes | (32,489) | (28,468) | (24,403) | (24,649) | (24,898) | (25,159) | (25,404) | (25,661) |
| Provision for loan losses | (2,452) | 13,697 | 3,639 | (266) | 5,632 | 1,055 | 1,356 | 15,978 |
| Gain on sale of mortgage loans, net | (139,829) | (230,167) | (142,960) | 30,769 | (35,200) | (65,926) | (30,823) | (90,210) |
| Gain on sale of equity investments | - | - | - | - | - | - | - | - |
| Net gain on sale of other assets | (2,030) | (21,375) | (440) | (1,041) | 3,345 | (605) | 5,747 | 7,647 |
| Pension curtailment gain | - | - | - | - | - | - | - | - |
| Goodwill impairment | - | - | - | - | - | - | - | - |
| Gain on extinguishment of debt | - | - | - | - | - | - | - | - |
| Minority interest | - | - | - | - | - | - | - | - |
| Impairment of held-for-sale businesses | (3,800) | (94,845) | 43,996 | 4,655 | 250,806 | 246,419 | 13,678 | 241,685 |
| (Gain) loss on valuation of derivatives | (8,234) | 3,231 | (2,965) | (84,189) | - | - | (3,743,688) | - |
| (Gain) loss on investment securities | (973) | - | - | - | - | - | - | - |
| Equity in earnings in excess of cash received | - | - | - | - | - | - | - | - |
| (Gain) loss on valuation of mortgage servicing rights | 162,684 | 504,065 | 324,340 | (265,738) | (36,488) | 130,944 | 608,589 | 109,390 |
| Originations and purchases of mortgage loans held for sale | (14,928,615) | (12,830,183) | (18,244,166) | (24,922,857) | (15,483,820) | (13,254,685) | (15,514,873) | (16,422,289) |
| Proceeds from sales and repayments of mortgage loans held for sale | 14,698,898 | 13,164,978 | 18,122,800 | 24,355,740 | 15,204,714 | 13,170,121 | 15,188,251 | 16,050,206 |
| Deferred income tax | - | - | - | - | (2,004) | (4,548) | 1,690 | 226 |
| Net change in: | | | | | | | | |
| Trading securities | 7,198 | 244 | 5,499 | - | - | - | - | - |
| Accounts receivable | 67,645 | 209,207 | 200,369 | - | - | - | - | 2,001,318 |
| Other assets | 448,658 | (2,136,439) | (1,773,355) | - | - | - | - | (1,669,094) |
| Other liabilities | (183,922) | 1,839,900 | 2,154,018 | - | - | - | - | - |
| Net cash provided by (used in) operating activities | 209,851 | 754,762 | 717,315 | (1,248,220) | 311,903 | 89,575 | 132,867 | (105,969) |
| **Cash flow from investing activities:** | | | | | | | | |
| Net decrease in lending receivables | 58,179 | 109,471 | 21,108 | 26,231 | 11,412 | 10,230 | 17,342 | 7,448 |
| Net decrease in consumer finance receivables and loans | - | - | - | 2,493,434 | 187,378 | 152,195 | 119,872 | 86,690 |
| Originations and purchases of mortgage loans held for investment | (5,853) | (3,136) | (2,872) | 11,861 | - | - | - | - |
| Proceeds from sales and repayments of mortgage loans held for investment | 846,239 | 691,640 | 724,167 | (2,262,046) | - | - | - | - |
| Purchases of available for sale securities | - | - | - | - | - | - | - | - |
| Proceeds from sales and repayments of available for sale securities | - | - | - | - | - | - | - | - |
| Originations and purchases of mortgage servicing rights, net of sales | - | - | - | - | - | - | - | - |
| Additions to mortgage servicing rights | - | - | - | - | - | - | - | - |
| Sale of mortgage servicing rights | - | - | - | - | - | - | - | - |
| Net decrease in investments in real estate and other | 78,620 | 10,423 | 13,328 | 107,187 | 3,085 | 935 | 435 | 88 |
| Purchase of and advances to investments in real estate and other | - | - | - | (102,371) | - | - | - | - |
| Proceeds from sales of repossessed, foreclosed and owned real estate | 154,022 | 139,784 | 84,062 | 26,151 | 44,363 | 30,431 | 18,576 | 14,979 |
| Consolidation of IB Finance Holding Company, LLC | - | - | - | 219,015 | - | - | - | - |
| Acquisitions, net of cash required | - | - | - | - | - | - | - | - |
| Sale of business unit, net | - | - | (341,797) | 987,940 | - | - | - | - |
| Other, net | (40,341) | (822) | (40,115) | - | (9,072) | (8,556) | 43,431 | 147,507 |
| Net cash provided by (used in) investing activities | $ 1,090,866 | $ 947,560 | $ 457,881 | $ 1,507,402 | $ 237,166 | $ 185,035 | $ 199,656 | $ 256,712 |

*Note: Quarterly cash flows statements were prepared by calculating the difference between ResCap's year-to-date results.*

*Source: Residential Capital, LLC Condensed Consolidated Financial Statements for the Periods Ended March 31, 2010 and 2009, dated March 31, 2010 [EXAM00122387B]; Residential Capital, LLC Condensed Consolidated Financial Statements for the Periods Ended June 30, 2010 and 2009, dated June 30, 2010 [EXAM00122596]; Residential Capital, LLC Condensed Consolidated Financial Statements for the Periods Ended September 30, 2010 and 2009, dated September 30, 2010 [EXAM00122999]; Residential Capital, LLC Condensed Financial Statements for the Years Ended December 31, 2010 and 2009, dated Feb. 28, 2011 [EXAM00122329]; Residential Capital, LLC Condensed Financial Statements for the Periods Ended March 31, 2011 and 2010, dated Mar. 31, 2011 [EXAM00122339]; Residential Capital, LLC Condensed Consolidated Financial Statements for the Periods Ended June 30, 2011 and 2010, dated June 30, 2011 [EXAM00122339]; Residential Capital, LLC Condensed Consolidated Financial Statements for the Periods Ended September 30, 2011 and 2010, dated Sept. 30, 2011 [EXAM00122490]; Residential Capital, LLC Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010, dated Mar. 28, 2012 [EXAM00122651].*

Appendix VI.B.4.b, Page 45 of 46

Appendix VI.B.4.b, Page 46 of 46

**Residential Capital, LLC**
**Cash Flow Statement**
Quarters Ended 2010 – 2011
*($ in Thousands)*

| | 3 months ended 03/31/10 | 3 months ended 06/30/10 | 3 months ended 09/30/10 | 3 months ended 12/31/10 | 3 months ended 03/31/11 | 3 months ended 06/30/11 | 3 months ended 09/30/11 | 3 months ended 12/31/11 |
|---|---|---|---|---|---|---|---|---|
| Cash flows from financing activities: | | | | | | | | |
| Net decrease in borrowings from parent and affiliates | $ (428,576) | $ (95,881) | $ (45,541) | $ (362,017) | | | $ (78,103) | $ (228,007) |
| Net increase in borrowings from parent | | | | 569,998 | $ (187,146) | $ (78,426) | | 343,675 |
| Net decrease in affiliate borrowings | | | | | | | | |
| Net increase in other short-term borrowings | (195,229) | (164,405) | 72,609 | (543,421) | 91,776 | (118,918) | (173,236) | (186,261) |
| Proceeds from issuance of collateralized borrowings in securitization trusts | 19,741 | 213,013 | | | | | | |
| Repayments of collateralized borrowings in securitization trusts | (755,848) | (513,575) | (658,357) | (250,603) | (140,203) | (127,247) | (104,203) | (94,983) |
| Proceeds from secured aggregation facilities, long-term | | | | | | | | |
| Repayments from secured aggregation facilities, long-term | | | | | | | | |
| Proceeds from other long-term borrowings | 64,000 | 444,000 | 107,000 | 441,896 | 519,362 | 77,127 | 134,242 | 56,594 |
| Repayments from other long-term borrowings | (92,443) | (1,498,973) | (934,225) | (143,605) | (796,606) | (85,345) | (135,916) | (34,836) |
| Extinguishment of long-term borrowing | | | | | | | | |
| Payments of debt issuance costs | | | | | | | | |
| Dividends paid | | | | | | | | |
| Capital contributions (to noncontrolling interest entity) | | | | | | | | |
| Proceeds from capital contributions | | | | | | | | |
| Disposal of healthcare (subsidiary/businesses) business, net | | | | | | | | |
| Increase in deposit liabilities | | | | | | | | |
| Net cash provided by financing activities | (1,388,355) | (1,615,821) | (1,458,514) | (287,752) | (512,817) | (332,809) | (357,216) | (143,818) |
| Cash and cash equivalents of GMAC Bank and ResMor Trust upon sale | | | | | | | | |
| Effect of foreign exchange rates on cash and cash equivalents | 83,783 | 20,527 | (12,238) | (27,377) | 10,254 | 3,955 | (17,257) | (10,742) |
| Net increase (decrease) in cash and cash equivalents | (3,855) | 106,828 | (295,556) | (55,947) | 46,506 | (54,244) | (41,950) | (3,817) |
| Cash and cash equivalents reclassified to assets of held-for-sale | (36,351) | (210,468) | 291,949 | 110,343 | | | | |
| Cash and cash equivalents at beginning of year | 765,261 | 725,055 | 621,415 | 617,808 | 672,204 | 718,710 | 664,466 | 622,516 |
| Cash and cash equivalents at end of year | $ 725,055 | $ 621,415 | $ 617,808 | $ 672,204 | $ 718,710 | $ 664,466 | $ 622,516 | $ 618,699 |

*Note: Quarterly cash flows statements were prepared by calculating the difference between ResCap's year-to-date results.*

*Source: Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended March 31, 2010 and 2009, dated Mar. 31, 2010 [EXAM0012570]; Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended June 30, 2010 and 2009, dated June 30, 2010 [EXAM0012936]; Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended September 30, 2010 and 2009, dated Sept. 30, 2010 [EXAM0012999]; Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Feb. 28, 2011 [EXAM0012313]; Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended March 31, 2011 and 2010, dated Mar. 31, 2011 [EXAM0012339]; Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended June 30, 2011 and 2010, dated June 30, 2011 [EXAM0012389]; Residential Capital, LLC, Condensed Consolidated Financial Statements for the Periods Ended September 30, 2011 and 2010, dated Sept. 30, 2011 [EXAM0012349]; Residential Capital, LLC, Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010, dated Mar. 29, 2012 [EXAM0012651].*

Appendix VI.E—1, Page 1 of 5

**GMAC Mortgage, LLC**
**Consolidated Income Statements**
Years Ended December 2003 – 2011
*($ In Thousands)*

| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | |
| Interest income | $ 599,195 | $ 418,737 | $ 583,799 | $ 618,598 | $ 622,449 | $ 338,614 | $ 274,608 | $ 220,647 | $ 72,248 |
| Interest expense | 341,394 | 260,370 | 504,404 | 763,091 | 776,288 | 506,105 | 305,060 | 173,307 | 115,548 |
| Net financing revenue | 257,801 | 158,367 | 79,395 | (144,493) | (153,839) | (167,491) | (30,452) | 47,340 | (43,300) |
| **Other revenue** | | | | | | | | | |
| Servicing fees | 835,789 | 869,486 | 969,262 | 1,051,398 | 1,137,956 | 996,966 | 926,635 | 848,755 | 730,876 |
| Amortization and impairment of mortgage servicing rights | — | (775,564) | (539,412) | (718,073) | (320,946) | 237,483 | (587,273) | 340,249 | (293,416) |
| Servicing asset valuation and hedge activities, net | — | 211,222 | 93,610 | — | — | — | — | — | — |
| Total servicing income, net | 835,789 | 305,144 | 523,460 | 333,325 | 817,010 | 1,234,449 | 339,362 | 1,189,004 | 437,460 |
| Gain on mortgage loans, net | 1,057,167 | 438,129 | 313,727 | 246,518 | 38,598 | 231,354 | 517,329 | 298,672 | 163,330 |
| Gain (loss) on investments, net | 58,199 | 68,863 | 130,045 | 119,316 | (369,540) | (257,341) | (44,426) | — | (8,282) |
| Loss on foreclosed real estate | — | — | — | — | — | (6,907) | (11,600) | (5,502) | — |
| Other revenue, net | 58,423 | 59,142 | 77,870 | 96,208 | 97,625 | (84,209) | 161,637 | 102,793 | 91,071 |
| Total other revenue | 2,009,578 | 871,278 | 1,045,102 | 795,367 | 583,693 | 1,117,346 | 962,302 | 1,584,967 | 683,579 |
| Total net revenue | 2,267,379 | 1,029,645 | 1,124,497 | 650,874 | 429,854 | 949,855 | 931,850 | 1,632,307 | 640,279 |
| Provision for loan losses | 89,137 | (5,298) | (1,130) | 1,195 | 24,986 | 134,806 | 745,670 | 5,586 | (2,697) |
| Hedge and asset valuation (gain), net | (401,748) | — | — | — | — | — | — | — | — |
| Amortization and impairment of mortgage servicing rights | 1,555,275 | — | — | — | — | — | — | — | — |
| **Noninterest expense** | | | | | | | | | |
| Compensation and benefits | 290,879 | 215,118 | 329,689 | 292,973 | 310,324 | 312,253 | 279,772 | 238,109 | 304,516 |
| Mortgage fines and penalties | — | — | — | — | — | — | 1,024,294 | 703,719 | 204,000 |
| Representation and warranty expense, net | — | — | — | — | — | — | 38,422 | 54,542 | 98,614 |
| Professional fees | 39,097 | 41,106 | 55,787 | 62,215 | 41,434 | 37,570 | 112,366 | 111,030 | 94,136 |
| Data processing and telecommunications | 96,160 | 97,867 | 88,478 | 81,484 | 97,842 | 67,131 | 27,849 | 22,228 | 77,955 |
| Occupancy | 38,062 | 37,578 | 41,565 | 48,078 | 47,563 | 36,341 | — | — | 26,461 |
| Goodwill impairment | — | — | — | — | 176,726 | — | — | — | — |
| Restructuring | 39,495 | — | — | — | 46,760 | — | — | — | — |
| Supplies and equipment | 104,113 | 126,271 | 126,628 | 110,632 | 79,624 | 46,437 | — | — | — |
| Advertising | — | — | — | — | — | — | 10,049 | 360 | 18,160 |
| Other noninterest expense, net | 95,394 | 209,815 | 191,461 | 184,598 | 277,809 | 393,984 | 1,024,343 | 410,438 | 341,198 |
| Total noninterest expense | 703,200 | 727,755 | 833,608 | 779,980 | 1,078,082 | 893,716 | 2,517,095 | 1,540,426 | 1,165,040 |
| Income(loss) before income taxes | 321,515 | 307,188 | 292,019 | (130,301) | (673,214) | (78,667) | (2,330,915) | 86,295 | (522,064) |
| Income tax provision (benefit) | 110,133 | 144,547 | 125,763 | (780,424) | 16,662 | (21,723) | (7,057) | 9,346 | 5,466 |
| Net income (loss) | $ 211,382 | $ 162,641 | $ 166,256 | $ 650,123 | $ (689,876) | $ (56,944) | $ (2,323,858) | $ 76,949 | $ (527,530) |

Source: GMAC Mortgage Corporation, Consolidated Financial Statements as of and for the Years Ended December 31, 2004 and 2003 (Restated), dated Mar. 25, 2005 [EXAM00126060]; GMAC Mortgage Corporation, Consolidated Financial Statements as of and for the Years Ended December 31, 2005 and 2004 (Restated), dated Mar. 30, 2006 [EXAM00231553]; GMAC Mortgage, LLC Consolidated Financial Statements as of and for the Years Ended December 31, 2006 and 2005, dated Mar. 29, 2007 [EXAM00231760]; GMAC Mortgage, LLC Consolidated Financial Statements as of and for the Years Ended December 31, 2007 and 2006, dated Mar. 25, 2008 [EXAM00231945]; GMAC Mortgage, LLC Consolidated Financial Statements as of and for the Years Ended December 31, 2008 and 2007, dated Mar. 25, 2009 [EXAM00126182]; GMAC Mortgage, LLC Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Mar. 19, 2010 [EXAM00124578]; GMAC Mortgage, LLC Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Mar. 10, 2011 [EXAM00123214]; GMAC Mortgage, LLC Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010, dated Mar. 28, 2012 [EXAM00232352].

Appendix VI.E—1, Page 2 of 5

**GMAC Mortgage, LLC**
**Consolidated Balance Sheets**
Years Ended December 2003 – 2011
*($ In Thousands)*

| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | |
| **Current assets** | | | | | | | | | |
| Cash and cash equivalents | $ 237,833 | $ 166,498 | $ 147,829 | $ 84,591 | $ 126,779 | $ 206,558 | $ 125,130 | $ 194,340 | $ 117,303 |
| Investments, trading | 276,018 | 482,187 | 2,098,233 | 1,772,604 | 595,962 | - | - | - | - |
| Investments, available for sale | 88,607 | 1,237,290 | 1,057,361 | 151,492 | 150,194 | - | - | - | - |
| Accounts receivable | 749,694 | 757,374 | 1,088,035 | 986,005 | 1,349,013 | 2,537,805 | 2,409,026 | 2,466,377 | 2,850,059 |
| Mortgage loans held for sale, net | 5,468,819 | 4,498,742 | 4,746,127 | 4,387,668 | 2,382,949 | 604,370 | 2,729,973 | 3,384,115 | 3,105,352 |
| Mortgage loans held for investment, net | 93,756 | 89,932 | 68,973 | 53,907 | 1,323,347 | 1,710,968 | - | - | - |
| Mortgage servicing rights, net | 2,590,622 | 2,682,557 | 3,056,446 | 3,752,733 | 3,395,126 | 1,977,973 | 2,254,269 | 1,827,529 | 1,131,518 |
| Certificated trading securities | - | - | - | - | - | 84,773 | 75,012 | - | - |
| Finance receivables and loans, net | | | | | | | | | |
| Consumer | - | - | - | - | - | - | 239,099 | 241,730 | 205,917 |
| Allowance for loan losses | - | - | - | - | - | - | (13,481) | (16,676) | (10,126) |
| Total finance receivables and loan, net | - | - | - | - | - | - | 225,618 | 225,054 | 195,791 |
| Lending receivables | 513,067 | 630,497 | 847,223 | 1,333 | 182 | - | - | - | - |
| Goodwill | 161,107 | 171,996 | 176,726 | 176,726 | - | - | - | - | - |
| Other assets | 379,011 | 807,594 | 691,526 | 487,613 | 1,287,129 | 2,380,887 | 2,730,572 | 5,172,331 | 6,579,084 |
| Intercompany income taxes receivable | 373,508 | - | - | - | - | - | - | - | - |
| Total assets | $10,932,042 | $11,524,667 | $13,978,479 | $11,854,672 | $10,610,681 | $ 9,503,334 | $10,549,600 | $13,269,746 | $13,979,107 |

*Source: GMAC Mortgage Corporation, Consolidated Financial Statements as of and for the Years Ended December 31, 2004 and 2003 (Restated), dated Mar. 25, 2005 [EXAM00126060]; GMAC Mortgage Corporation, Consolidated Financial Statements as of and for the Years Ended December 31, 2005 and 2004 (Restated), dated Mar. 30, 2006 [EXAM00231551]; GMAC Mortgage, LLC Consolidated Financial Statements as of and for the Years Ended December 31, 2006 and 2005, dated Mar. 29, 2007 [EXAM00231760]; GMAC Mortgage, LLC Consolidated Financial Statements as of and for the Years Ended December 31, 2007 and 2006, dated Mar. 25, 2008 [EXAM00231043]; GMAC Mortgage, LLC Consolidated Financial Statements as of and for the Years Ended December 31, 2008 and 2007, dated Mar. 25, 2009 [EXAM00126182]; GMAC Mortgage, LLC Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Mar. 19, 2010 [EXAM00124578]; GMAC Mortgage, LLC Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Mar. 10, 2011 [EXAM00123214]; GMAC Mortgage, LLC Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010, dated Mar. 28, 2012 [EXAM00232252].*

Appendix VI.E—1, Page 2 of 5

Appendix VI.E—1, Page 3 of 5

**GMAC Mortgage, LLC**
**Consolidated Balance Sheets**
Years Ended December 2003 – 2011
*($ in Thousands)*

| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|
| **Liabilities and equity** | | | | | | | | | |
| **Liabilities** | | | | | | | | | |
| Borrowings | | | | | | | | | |
| Borrowings | $ 9,115,730 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Affiliate borrowings | - | 1,690,545 | 3,682,655 | 4,114,680 | 4,078,398 | 3,705,601 | - | - | - |
| Borrowings from Ally Inc. | - | - | - | - | - | - | 1,047,199 | 1,047,009 | 749,163 |
| Borrowings from parent | - | - | - | - | - | - | 358,709 | 515,891 | 17,614 |
| Collateralized borrowings in securitization trusts | - | - | - | - | - | - | - | 112,342 | 39,201 |
| Other borrowings | - | 7,803,068 | 7,778,349 | 5,213,427 | 3,434,309 | 1,532,625 | 1,708,899 | 1,405,020 | 1,243,055 |
| Total borrowings | 9,115,730 | 9,493,613 | 11,461,004 | 9,328,107 | 7,512,707 | 5,238,226 | 3,114,807 | 3,080,262 | 2,049,033 |
| Other liabilities | 1,353,185 | 1,397,887 | 1,742,725 | 1,241,935 | 1,991,336 | 2,580,559 | 4,428,035 | 7,123,490 | 9,337,828 |
| Total liabilities | 10,468,915 | 10,891,500 | 13,203,729 | 10,570,042 | 9,504,043 | 7,818,785 | 7,542,842 | 10,203,752 | 11,386,861 |
| **Equity** | | | | | | | | | |
| Common stock, $250 par value, (1000 shares authorized, issued and outstanding) | 250 | 250 | | | | | | | |
| Capital paid in excess of par value | 570,700 | 570,700 | | | | | | | |
| Common stock, $250 par value, (1000 shares authorized, issued and outstanding) and paid in capital | | | 570,950 | 571,250 | | | | | |
| Member's interest | | | | | 1,081,049 | 1,753,841 | 5,378,291 | 5,378,291 | 5,444,219 |
| Retained earnings | | | 220,312 | 711,587 | 21,711 | | | | |
| Accumulated other comprehensive income: | | | | | | | | | |
| Unrealized gain on investments, net of tax | 762 | 8,161 | (16,512) | 1,793 | 3,878 | (14,381) | | | |
| Accumulated deficit | (108,585) | 54,056 | | | | (54,911) | (2,338,239) | (2,265,559) | (2,793,089) |
| Accumulated other comprehensive loss | | | | | | | (33,294) | (46,738) | (58,884) |
| Total equity | 463,127 | 633,167 | 774,750 | 1,284,630 | 1,106,638 | 1,684,549 | 3,006,758 | 3,065,994 | 2,592,246 |
| Total liabilities and equity | $ 10,932,042 | $ 11,524,667 | $ 13,978,479 | $ 11,854,672 | $ 10,610,681 | $ 9,503,334 | $ 10,549,600 | $ 13,269,746 | $ 13,979,107 |

*Source: GMAC Mortgage Corporation, Consolidated Financial Statements as of and for the Years Ended December 31, 2004 and 2003 (Restated), dated Mar. 25, 2005 [EXAM00126060]; GMAC Mortgage Corporation, Consolidated Financial Statements as of and for the Years Ended December 31, 2005 and 2004 (Restated), dated Mar. 10, 2006 [EXAM00231553]; GMAC Mortgage, LLC Consolidated Financial Statements as of and for the Years Ended December 31, 2006 and 2005, dated Mar. 29, 2007 [EXAM00231760]; GMAC Mortgage, LLC Consolidated Financial Statements as of and for the Years Ended December 31, 2007 and 2006, dated Mar. 25, 2008 [EXAM00232043]; GMAC Mortgage, LLC Consolidated Financial Statements as of and for the Years Ended December 31, 2008 and 2007, dated Mar. 25, 2009 [EXAM00126182]; GMAC Mortgage, LLC Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Mar. 19, 2010 [EXAM00124578]; GMAC Mortgage, LLC Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Mar. 18, 2011 [EXAM00123234]; GMAC Mortgage, LLC Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010, dated Mar. 28, 2012 [EXAM00232252].*

**Appendix VI.E—1, Page 4 of 5**

GMAC Mortgage, LLC
**Consolidated Cash Flow Statements**
Years Ended December 2003 – 2011
*($ in Thousands)*

| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|
| **Operating activities** | | | | | | | | | |
| Net (loss) income | $ 211,382 | $ 162,641 | $ 166,256 | $ 650,123 | $ (689,876) | $ (56,944) | $ (2,323,858) | $ 76,949 | $ (527,530) |
| Reconciliation of net income to net cash provided by (used in) operating activities | | | | | | | | | |
| Amortization and impairment of mortgage servicing rights | | | | | | | | | |
| Depreciation, amortization and impairment | 1,593,642 | 775,564 | 539,412 | 24,758 | (2,799) | 3,847 | (18,080) | 6,378 | 17,062 |
| Provision for loan losses | 89,137 | 27,455 | 25,355 | 1,195 | 24,986 | 134,806 | 745,670 | 5,586 | (2,697) |
| Gain on mortgage loans, net | (1,057,167) | (438,129) | (313,727) | (246,518) | (38,598) | (231,354) | (517,329) | (298,672) | (163,329) |
| Net loss on sale of other assets | | 442 | 437 | 232 | 455 | 6,613 | 11,604 | 3,031 | 13,568 |
| Loss (gain) on investments, available for sale | (55,723) | | | | | | | | |
| Goodwill impairment | | (306) | (4,730) | | 176,726 | | | | |
| Change in fair value of mortgage servicing rights | (422,706) | 261,370 | (86,328) | 468,221 | 910,095 | 1,485,352 | 87,399 | 606,073 | 750,136 |
| (Gain) loss on valuation derivatives | 466,562 | (301,864) | 229,343 | 90,318 | (581,083) | 77,656 | 44,426 | | |
| (Gain) loss on investment securities | | 3,049 | (12,473) | (119,316) | 369,540 | 257,341 | | | |
| Loss on disposal of capital assets | 8,409 | | | | | | | | |
| Originations and purchases of mortgage loans held for sale | (115,274,630) | (88,846,443) | (90,908,803) | (71,127,965) | (69,418,845) | (54,494,597) | (56,027,797) | (70,106,524) | (60,562,593) |
| Proceeds from sales and repayments of mortgage funds held for sale | 115,845,528 | 89,109,291 | 89,929,710 | 70,563,911 | 69,077,585 | 55,079,308 | 56,033,922 | 69,307,147 | 59,499,770 |
| Deferred income tax | | 558,513 | 386,737 | (514,218) | (1,313) | (6,863) | (2,147) | | |
| Net change in | | | | | | | | | |
| Investments, trading | 89,137 | | | | | | | | |
| Accounts receivable | 64,630 | (199,254) | (1,612,204) | 1,374,926 | 797,868 | 255,036 | 10,844 | | |
| Amortization and impairment of mortgage servicing rights | | | | | | | | | |
| Accounts receivable | (47,127) | (5,909) | (338,255) | 85,722 | (329,006) | (1,106,979) | 975,681 | 562,934 | 779,769 |
| Other assets | 742,126 | 895,482 | 1,089,135 | 853,760 | 612,427 | 2,371,709 | (82,061) | (2,697,695) | (1,225,671) |
| Income taxes receivable | (203,109) | | | | | | | | |
| Income taxes payable | | | | | | | | | |
| Other liabilities | (785,466) | (1,171,004) | (1,128,654) | (864,897) | (41,110) | (2,211,003) | 764,771 | 2,235,537 | 2,354,055 |
| Net cash provided by operating activities | $ 1,173,488 | $ 825,600 | $ (2,139,919) | $ 1,240,252 | $ 867,055 | $ 1,564,018 | $ (796,955) | $ (299,166) | $ 932,630 |

Source: GMAC Mortgage Corporation, Consolidated Financial Statements as of and for the Years Ended December 31, 2004 and 2003 (Restated), dated Mar. 25, 2005 [EXAM00126060]; GMAC Mortgage Corporation, Consolidated Financial Statements as of and for the Years Ended December 31, 2005 and 2004 (Restated), dated Mar. 30, 2006 [EXAM00231553]; GMAC Mortgage, LLC Consolidated Financial Statements as of and for the Years Ended December 31, 2006 and 2005, dated Mar. 29, 2007 [EXAM00231760]; GMAC Mortgage, LLC Consolidated Financial Statements as of and for the Years Ended December 31, 2007 and 2006, dated Mar. 25, 2008 [EXAM00232941]; GMAC Mortgage, LLC Consolidated Financial Statements as of and for the Years Ended December 31, 2008 and 2007, dated Mar. 25, 2009 [EXAM00126382]; GMAC Mortgage, LLC Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Mar. 19, 2010 [EXAM00124578]; GMAC Mortgage, LLC Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Mar. 10, 2011 [EXAM00123214]; GMAC Mortgage, LLC Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010, dated Mar. 28, 2012 [EXAM00232152].

**Appendix VI.E—1, Page 5 of 5**

**GMAC Mortgage, LLC**
**Consolidated Cash Flow Statements**
Years Ended December 2003 – 2011
*($ in Thousands)*

| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|
| **Investing activities** | | | | | | | | | |
| Decrease (increase) in lending receivables | $ (113,379) | $ (117,508) | $ (217,172) | $ 847,713 | $ 1,169 | $ 182 | (378,850) | $ 272,832 | $ 93,699 |
| Net decrease (increase) in consumer mortgage finance receivables and loans | | | | | | | | | |
| Originations and purchases of mortgage loans held for investment | (66,826) | (18,232) | (5,817) | (1,352,448) | (192,373) | (1,728,327) | - | - | - |
| Proceeds from sales and repayments of mortgage loans held for investment | - | 26,909 | 26,403 | 1,364,496 | 123,469 | 1,574,933 | - | - | - |
| Purchases of investments, available for sale | (2,089,289) | (1,164,172) | (592,554) | (42,907) | (213,382) | - | - | - | - |
| Amortization and impairment of mortgage servicing rights | | | | | | | | | |
| Principal paydowns of investments, available for sale | 62,210 | | | | | | | | |
| Proceeds from sales and repayments of investments, available for sale | 4,277,426 | 23,822 | 747,000 | 24,034 | 27,232 | 31,176 | 29,317 | | |
| Net purchases of property and equipment | (25,646) | | | | | | | | |
| Purchases of mortgage servicing rights | (1,751,672) | (13,875) | (11,592) | (11,780) | (9,291) | | | | |
| Sales of mortgage servicing rights | | | | | 563,709 | 516,816 | | | |
| Proceeds from sales of repossessed, foreclosed and owned real estate | - | (11,764) | 207,591 | | | 29,681 | 47,078 | 44,343 | 34,014 |
| Acquisitions, net of cash required | | | | | | | | | |
| Other, net | | | | | | 21,647 | 22,928 | 263,334 | 63,383 |
| Net cash used in investing activities | 298,824 | (1,274,830) | 153,859 | 829,108 | 490,533 | 446,108 | (279,527) | 580,509 | 191,096 |
| **Financing activities** | | | | | | | | | |
| Net increase (decrease) in borrowings from affiliates | - | (208,179) | 1,992,110 | 432,025 | 463,718 | (23,409) | | | |
| Net decrease in borrowings from Ally Inc. and affiliates | | | | | | | 68,387 | (190) | (231,919) |
| Net (decrease) increase in borrowings from parent | | | | | | | 250,393 | 157,182 | (498,277) |
| Net decrease in other borrowings | | | | | | | (173,850) | | |
| Proceeds from issuance of collateralized borrowings in securitization trusts | | | | | | | | 165,936 | (105,258) |
| Repayments of collateralized borrowings in securitization trusts | | | | | | | | (267,348) | |
| Repayments of other long-term borrowings | | | | | | (62,601) | (1,160,876) | | |
| Proceeds from other long-term borrowings | | | | | | | 1,511,000 | 508,000 | 662,932 |
| Proceeds from capital contributions received in cash | | | | | | | | (47,072) | (840,502) |
| Net increase (decrease) in other short-term borrowings | (1,337,883) | 586,062 | (24,719) | (2,564,923) | (1,779,118) | (1,844,337) | | (728,641) | (187,739) |
| Net cash used in financing activities | (1,337,883) | 377,883 | 1,967,391 | (2,132,598) | (1,315,400) | (1,930,347) | 495,054 | (212,133) | (1,200,763) |
| Net (decrease) increase in cash and cash equivalents | 134,429 | (71,334) | (18,669) | (63,238) | 42,188 | 79,779 | (81,428) | 69,210 | (77,037) |
| Cash and cash equivalents at beginning of year | 103,404 | 237,832 | 166,498 | 147,829 | 84,591 | 126,779 | 206,558 | 125,130 | 194,340 |
| Cash and cash equivalents, end of year | $ 237,833 | $ 166,498 | $ 147,829 | $ 84,591 | $ 126,779 | $ 206,558 | $ 125,130 | $ 194,340 | $ 117,303 |

*Source: GMAC Mortgage Corporation, Consolidated Financial Statements as of and for the Years Ended December 31, 2004 and 2003 (Restated), dated Mar. 25, 2005 [EXAM0012060]; GMAC Mortgage Corporation, Consolidated Financial Statements as of and for the Years Ended December 31, 2005 and 2004 (Restated), dated Mar. 30, 2006 [EXAM0231553]; GMAC Mortgage, LLC Consolidated Financial Statements as of and for the Years Ended December 31, 2006 and 2005, dated Mar. 29, 2007 [EXAM0231760]; GMAC Mortgage, LLC Consolidated Financial Statements as of and for the Years Ended December 31, 2007 and 2006, dated Mar. 25, 2008 [EXAM0232041]; GMAC Mortgage, LLC Consolidated Financial Statements as of and for the Years Ended December 31, 2008 and 2007, dated Mar. 25, 2009 [EXAM0012685]; GMAC Mortgage, LLC Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Mar. 19, 2010 [EXAM0124578]; GMAC Mortgage, LLC Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Mar. 10, 2011 [EXAM0123214]; GMAC Mortgage, LLC Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010, dated Mar. 28, 2012 [EXAM0232252].*

**Appendix VI.E—2, Page 1 of 6**

**Residential Funding Company, LLC**
**Consolidated Income Statements**
Years Ended December 2003 – 2011
*($ in Thousands)*

| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Revenue** | | | | | | | | | |
| Interest income | $ 2,707,144 | $ 4,314,906 | $ 4,812,697 | $ 6,651,273 | $ 5,476,412 | $ 1,919,237 | $ 633,105 | $ 695,588 | $ 322,664 |
| Interest expense | 1,064,117 | 2,133,424 | 3,185,432 | 5,152,983 | 4,776,414 | 1,876,752 | 362,420 | 348,515 | 167,113 |
| Net financing revenue | 1,643,027 | 2,181,482 | 1,627,265 | 1,498,290 | 699,998 | 42,485 | 270,685 | 347,073 | 155,551 |
| **Other revenue** | | | | | | | | | |
| Servicing fees | 351,089 | 428,616 | 445,397 | 523,543 | 640,633 | 388,476 | 207,818 | 123,929 | 108,912 |
| Amortization and impairment of servicing rights | | (227,701) | (222,576) | (382,159) | (218,146) | (410,432) | (175,120) | (117,679) | (62,299) |
| Servicing asset valuation | | 3,689 | (76,424) | | | | | | |
| Total servicing income, net | 351,089 | 204,604 | 146,397 | 141,384 | 422,487 | (21,956) | 32,698 | 6,250 | 46,613 |
| (Loss) gain on mortgage loans, net | 507,309 | 197,820 | 587,917 | 494,410 | (484,489) | (1,352,127) | (485,588) | 353,864 | 60,419 |
| Loss (gain) on investment securities, net | (293,592) | (4,421) | 108,469 | (50,915) | (378,088) | (178,116) | (43,886) | | |
| Real estate related revenues, net | | 185,484 | 248,989 | 215,315 | (153,898) | (336,382) | (267,241) | 39,017 | 15,254 |
| (Loss) gain on foreclosed real estate | | | 4,213 | (56,966) | (402,966) | (279,946) | (42,500) | 8,832 | (7,521) |
| Gain on extinguishment of debt | | | | | | | | 663,897 | 4,594 |
| (Loss) gain on sale of equity investments | | | | | (542) | | | | |
| Management fees | 188,988 | 411,224 | 204,193 | 414,508 | | | | | |
| Other revenue | 297,187 | | | 92,680 | 67,753 | (264,423) | (237,810) | (170,350) | (107,889) |
| Total other revenue | 1,050,981 | 994,711 | 1,300,178 | 1,250,416 | (928,723) | (2,432,750) | (599,327) | 901,510 | 11,470 |
| Total net revenue | 2,694,008 | 3,176,193 | 2,927,443 | 2,748,706 | (228,725) | (2,390,265) | (328,642) | 1,248,583 | 167,021 |
| Provision for credit losses | 488,531 | 940,247 | 648,762 | 1,315,215 | 2,473,795 | 1,330,500 | | | |
| Provision for loan losses | | | | | | | 829,727 | (12,875) | 26,718 |
| **Noninterest expense** | | | | | | | | | |
| Representation and warranty expense, net | | | | | | | | | |
| Salaries, commissions and benefits | 522,153 | 581,623 | 636,443 | | | | | | |
| Compensation and benefits | | | | 522,515 | 520,393 | 244,026 | 46,198 | 24,142 | 14,966 |
| Data processing and communications | 80,567 | 69,830 | 85,970 | 78,593 | 78,226 | 65,903 | 10,279 | | |
| Advertising | 49,420 | 43,709 | 12,779 | 21,599 | 17,559 | 3,623 | 10 | | |
| Representation and warranty expense, net | | | | | | | 566,814 | (132,785) | 218,303 |
| Occupancy and equipment | | | 49,237 | 56,274 | 64,825 | 35,247 | 3,206 | | |
| Goodwill impairment | | | | | 111,627 | | | | |
| Loss (gain) on foreign currency | | | | | (16,871) | | | | |
| Restructuring | | | | | 79,886 | | | | |
| Amortization and valuation adjustments related to capitalized servicing rights | 363,852 | 171,662 | 142,577 | | | | | | |
| Professional fees | | 268,720 | 256,026 | 193,137 | 195,322 | 235,225 | 104,498 | 16,009 | 19,762 |
| Other noninterest expense, net | 386,947 | | | 374,190 | 643,098 | 978,127 | 372,651 | 32,730 | 12,103 |
| Total noninterest expenses | 1,402,939 | 1,135,544 | 1,183,033 | 1,246,308 | 1,693,065 | 1,561,251 | 1,103,556 | (59,864) | 265,134 |
| (Loss) income from continuing operations before income taxes | 802,538 | 1,100,402 | 1,095,649 | 187,183 | (4,395,585) | (5,282,016) | (2,261,925) | 1,321,322 | (124,831) |
| Income tax (benefit) expense | 302,543 | 411,245 | 380,719 | 356,969 | (162,904) | 61,572 | 115,148 | 188,160 | (15,136) |
| Net (loss) income from continuing operations, net of tax | 499,995 | 689,157 | 714,930 | (169,786) | (4,232,681) | (5,343,588) | (2,377,073) | 1,133,162 | (109,695) |
| **Discontinued operations** | | | | | | | | | |
| Loss from discontinued operations before income taxes | | | | | | (1,554,777) | | | |
| Income tax expense | | | | | | 31,618 | | | |
| Loss from discontinued operations, net of tax | | | | | | (1,586,395) | | (2,722) | |
| Net income (loss) | $ 499,995 | $ 689,157 | $ 714,930 | $ (169,786) | $ (4,232,681) | $ (6,929,983) | $ (2,234,034) | $ 1,130,390 | $ (109,695) |

*Source: Residential Funding Corporation, Consolidated Financial Statements for the Years Ended December 31, 2004 (Restated) and 2003 (Restated), dated Mar. 2, 2005 [EXAMN0231148]; Residential Funding Corporation, Consolidated Financial Statements for the Years Ended December 31, 2005 and 2004 (Restated), dated Mar. 31, 2006 [EXAMN0231446]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2006 and 2005, dated Mar. 29, 2007 [EXAMN0231442]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2007 and 2006, dated Mar. 26, 2008 [EXAMN0231913]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2008 and 2007, dated Mar. 23, 2009 [EXAMN0231498]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Mar. 19, 2010 [EXAMN0124670]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Mar. 17, 2011 [EXAMN0123277]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010, dated Mar. 26, 2012 [EXAMN0232521].*

Appendix VI.E—2, Page 1 of 6

**Residential Funding Company, LLC**
**Consolidated Balance Sheets**
Years Ended December 2003 – 2011
*($ in Thousands)*

| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | |
| Cash and cash equivalents | $ 648,026 | $ 699,506 | $ 488,085 | $ 762,726 | $ 897,834 | $ 768,129 | $ 217,825 | $ 253,146 | $ 391,884 |
| Mortgage loans held-for-sale | 4,547,276 | 7,495,755 | 12,135,082 | 21,621,205 | 7,374,152 | 1,115,326 | 2,575,921 | 1,269,203 | 1,144,273 |
| Trading securities | 3,093,170 | 2,227,600 | 1,782,090 | 2,786,008 | 1,494,843 | 203,573 | 48,518 | - | - |
| Finance receivables and loans, net | | | | | | | | | |
| Consumer ($792,592 and $971,320 fair value elected) | - | - | - | - | - | - | 1,634,330 | 1,071,972 | 816,812 |
| Commercial | - | - | - | - | - | - | 438,166 | 117,316 | 38,017 |
| Allowances for loan losses | - | - | - | - | - | - | (158,900) | (26,135) | (18,490) |
| Total finance receivables and loans, net | - | - | - | - | - | - | 1,913,596 | 1,163,153 | 836,339 |
| Mortgage loans held-for-investment, net | 44,873,613 | 55,472,116 | 61,483,729 | 56,402,547 | 25,061,474 | 8,038,077 | - | - | - |
| Lending receivables, net | 7,540,483 | 8,306,534 | 12,169,600 | 13,137,610 | 5,429,150 | 1,735,274 | - | - | - |
| Mortgage servicing rights, net | 593,685 | 683,435 | 958,569 | 1,177,328 | 1,188,191 | 451,249 | 285,319 | 164,057 | 101,589 |
| Accounts receivable | 819,431 | 1,425,171 | 1,208,407 | 1,506,119 | 1,604,698 | 436,961 | 184,826 | 184,477 | 206,664 |
| Investments in real estate and other | - | 1,397,246 | 1,855,298 | 2,622,149 | 1,629,717 | 536,019 | - | - | - |
| Other investments | 339,666 | - | - | - | - | - | - | - | - |
| Residential real estate, net | 788,276 | - | - | - | - | - | - | - | - |
| Deferred tax asset, net | 373,476 | - | - | - | - | - | - | - | - |
| Goodwill | 111,024 | 116,790 | 117,185 | 128,284 | - | - | - | - | - |
| Receivable from parent | - | - | - | - | - | - | 523,361 | 2,302,250 | 1,844,929 |
| Other assets | 642,094 | 917,103 | 1,645,494 | 2,351,482 | 3,398,605 | 1,744,920 | 442,444 | 196,547 | 195,798 |
| Assets of operations held-for-sale | - | - | - | - | - | - | 2,549,427 | - | - |
| Total assets | $ 64,370,220 | $ 78,741,256 | $ 93,843,539 | $ 102,495,458 | $ 48,078,664 | $ 15,029,528 | $ 8,741,237 | $ 5,532,833 | $ 4,721,476 |

*Source: Residential Funding Corporation, Consolidated Financial Statements for the Years Ended December 31, 2004 (Restated) and 2003 (Restated), dated Mar. 2, 2005 [EXAM00231149]; Residential Funding Corporation, Consolidated Financial Statements for the Years Ended December 31, 2005 and 2004 (Restated), dated Mar. 30, 2006 [EXAM00231446]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2006 and 2005, dated Mar. 29, 2007 [EXAM00231642]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2007 and 2006, dated Mar. 26, 2008 [EXAM00231913]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2008 and 2007, dated Mar. 25, 2009 [EXAM00124988]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Mar. 19, 2010 [EXAM00124670]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Mar. 10, 2011 [EXAM00123277]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010, dated Mar. 28, 2012 [EXAM00232321].*

**Appendix VI.E—2**, Page 3 of 6

**Residential Funding Company, LLC**
**Consolidated Balance Sheets**
Years Ended December 2003 – 2011
*($ in Thousands)*

| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|
| **Liabilities and equity** | | | | | | | | | |
| **Liabilities** | | | | | | | | | |
| Borrowings: | | | | | | | | | |
| Borrowings from Ally, Inc. and subsidiaries | $        - | $        - | $        - | $        - | $        - | $   1,586,035 | $   841,602 | $   479,766 | $   440,230 |
| Borrowings from parent | - | - | - | - | - | 1,201,775 | - | - | - |
| Borrowings from affiliates | 9,672,792 | 8,998,242 | 8,073,433 | 10,532,326 | 9,981,971 | 1,664,930 | - | 211,151 | 281,590 |
| Borrowings from parent and affiliates | - | - | - | - | - | - | 1,814,702 | - | - |
| Collateralized borrowings | 50,404,694 | - | - | - | - | - | - | - | - |
| Collateralized borrowings in securitization trusts | - | 50,708,476 | 56,097,801 | 53,299,518 | 16,145,741 | 3,752,457 | 1,484,197 | 944,945 | 791,117 |
| Other borrowings | 517,326 | 13,881,890 | 23,199,754 | 32,174,891 | 14,359,258 | 2,159,716 | 451,573 | 400,920 | 131,674 |
| Total borrowings | 60,594,812 | 73,588,608 | 87,370,988 | 96,006,735 | 40,486,970 | 10,364,913 | 4,592,074 | 2,036,782 | 1,644,611 |
| Deposit liabilities | - | - | - | - | 521,705 | 639,412 | - | - | - |
| Other liabilities | 1,749,715 | 2,359,100 | 1,982,792 | 2,128,018 | 3,258,454 | 2,055,682 | 1,361,565 | 1,152,075 | 797,400 |
| Liabilities of operations held-for-sale | - | - | - | - | - | - | 2,207,195 | - | - |
| Deferred tax liability, net | - | - | - | - | - | - | - | - | - |
| Reserve for assets sold with recourse | 71,143 | - | - | - | - | - | - | - | - |
| Total liabilities | 62,415,670 | 75,947,708 | 89,353,780 | 98,134,753 | 44,267,129 | 13,060,007 | 8,160,834 | 3,188,857 | 2,442,011 |
| **Equity** | | | | | | | | | |
| Common stock, $1 par; (1,000 shares authorized, issued and outstanding) and paid-in capital | 446,812 | 446,812 | 1,446,812 | - | - | - | - | - | - |
| Member's interest | 1,506,873 | - | - | 1,777,151 | 5,515,679 | 10,828,896 | 14,089,278 | 14,704,121 | 14,752,930 |
| (Accumulated deficit) retained earnings | 865 | 2,196,030 | 2,910,960 | 2,453,777 | (1,779,257) | (8,885,378) | (13,496,485) | (12,366,095) | (12,475,790) |
| Accumulated other comprehensive income | - | 150,706 | 131,987 | 129,777 | 75,113 | 26,003 | (120,390) | 5,050 | 2,325 |
| Total equity | 1,954,550 | 2,793,548 | 4,489,759 | 4,360,705 | 3,811,535 | 1,969,521 | 580,403 | 2,343,976 | 2,279,465 |
| Total liabilities and equity | $ 64,370,220 | $ 78,741,256 | $ 93,843,539 | $ 102,495,458 | $ 48,078,664 | $ 15,029,528 | $ 8,741,237 | $ 5,532,833 | $ 4,721,476 |

Source: Residential Funding Corporation, Consolidated Financial Statements for the Years Ended December 31, 2004 (Restated) and 2003 (Restated), dated Mar. 2, 2005 [EX-EM00231149]; Residential Funding Corporation, Consolidated Financial Statements for the Years Ended December 31, 2005 and 2004 (Restated), dated Mar. 30, 2006 [EX-EM00231446]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2006 and 2005, dated Mar. 29, 2007 [EX-EM00231642]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2007 and 2006, dated Mar. 26, 2008 [EX-EM00231913]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2008 and 2007, dated Mar. 25, 2009 [EX-EM00234988]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Mar. 19, 2010 [EX-EM00124670]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Mar. 10, 2011 [EX-EM00123277]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010, dated Mar. 28, 2012 [EX-EM00232321].

**Appendix VI.E—2, Page 4 of 6**

**Residential Funding Company, LLC**
**Consolidated Cash Flow Statements**
Years Ended December 2003 – 2011
*($ in Thousands)*

| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|
| **Operating activities** | | | | | | | | | |
| Net (loss) income | | | | | | | | | |
| Reconciliation of net income (loss) to net cash provided by (used in) operating activities | $ 499,995 | $ 689,157 | $ 714,930 | $ (169,786) | $ (4,232,681) | $ (6,929,983) | $ (4,611,107) | $ 1,130,390 | $ (109,695) |
| Depreciation and amortization and valuation adjustments | 299,768 | 492,084 | 668,460 | 593,338 | 465,292 | 86,746 | 62,390 | 18,965 | 4,044 |
| Amortization and valuation adjustments of mortgage servicing rights | 441,773 | 227,701 | 222,576 | 1,315,215 | 2,473,795 | 1,577,008 | 1,385,760 | 9,032 | 26,718 |
| Provision for loan losses | 488,531 | 940,247 | 648,762 | (494,410) | 484,489 | 2,308,148 | 571,525 | (185,561) | (60,419) |
| (Gain) loss on mortgage loans, net | (507,309) | (197,820) | (587,917) | (414,508) | 542 | | | | |
| (Gain) loss on sale of equity investments | | | (4,213) | | | | | | |
| Other investment income | (40,245) | | | | | | | | |
| Gain on sale of investments and residential real estate | (27,388) | | | | | | | | |
| Originations and purchases of mortgage loans held-for-sale | (45,877,403) | (34,514,166) | (78,706,145) | (119,574,222) | (67,718,570) | (9,704,900) | (176,839) | (189,297) | (289,713) |
| Net loss (gain) on other assets | | (40,143) | (42,511) | 16,911 | 372,218 | 782,690 | 346,506 | (39,417) | 2,566 |
| Gain on extinguishment of debt | | | | | | | | (663,897) | (4,594) |
| Goodwill impairment | | | | | 111,627 | | | | |
| Recovery of held-for-sale platforms | | | | 50,915 | | | 701,650 | (54,649) | |
| (Gain) loss on valuation of derivatives | | 15,202 | (108,469) | (21,970) | 378,068 | | | | |
| (Gain) loss on investment securities | | 32,274 | | (85,445) | 79,252 | 366,567 | 43,227 | (973) | |
| Pension curtailment gain | | | | | | | | | |
| Equity in earnings of investees in excess of cash received | (141,574) | (141,574) | (137,673) | 351,133 | | (3,881) | 6,543 | | |
| Loss on valuation of mortgage servicing rights for hedge accounting | | 10,299 | | | 348,794 | 531,674 | 207,040 | 119,278 | 62,299 |
| Change in fair value of mortgage servicing rights | | | | | | | | | |
| Proceeds from sales and repayments of mortgage loans held-for-sale | 40,065,330 | 32,286,106 | 54,677,854 | 98,231,360 | 70,196,954 | 15,493,030 | 887,862 | 1,035,269 | 290,070 |
| Net change in | | | | | | | | | |
| Deferred income taxes | (253,704) | 295,941 | (50,928) | 204,000 | (31,724) | 128,595 | 98,081 | 53,620 | (68,987) |
| Accounts receivable | (188,781) | (606,462) | 174,906 | (326,585) | (203,845) | 1,141,054 | 210,933 | (169,472) | (21,363) |
| Investment securities, trading | 633,822 | 836,711 | 553,979 | (995,274) | 699,266 | 645,218 | 28,699 | | |
| Receivable from parent | | | | | | | (42,354) | (1,778,889) | 457,321 |
| Other assets | (105,735) | (2,260) | (352,373) | (563,403) | 3,736,252 | 1,597,321 | 226,399 | (450,723) | (183,815) |
| Other liabilities | 784,542 | 639,661 | (727,775) | (573,928) | (4,103,395) | (1,468,678) | 559,910 | 799,842 | (12,144) |
| Reserve for assets sold with recourse, net of provision | (7,627) | | | | | | | | |
| Net cash provided by operating activities | $ (3,794,431) | $ 962,958 | $(23,056,537) | $(22,457,059) | $ 3,056,334 | $ 6,550,609 | $ 506,225 | $ (366,482) | $ 92,288 |

Source: Residential Funding Corporation, Consolidated Financial Statements for the Years Ended December 31, 2004 (Restated) and 2003 (Restated), dated Mar. 2, 2005 [EXAM00231149]; Residential Funding Corporation, Consolidated Financial Statements for the Years Ended December 31, 2005 and 2004 (Restated), dated Mar. 30, 2006 [EXAM00231446]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2006 and 2005, dated Mar. 29, 2007 [EXAM00231642]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2007 and 2006, dated Mar. 26, 2008 [EXAM00231913]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2008 and 2007, dated Mar. 25, 2009 [EXAM00124998]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Mar. 30, 2010 [EXAM00124670]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Mar. 16, 2011 [EXAM00124990]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010, dated Mar. 28, 2012 [EXAM00123251].

**Appendix VI.E—2**, Page 5 of 6

**Residential Funding Company, LLC**
**Consolidated Cash Flow Statements**
Years Ended December 2003 – 2011
*($ in Thousands)*

| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|
| Investing activities | | | | | | | | | |
| Net (increase) decrease in commercial finance receivables and loans | $ (1,741,343) | $ (796,754) | $ (3,915,076) | $ (1,180,018) | $ 6,359,714 | $ 1,408,833 | $ 935,242 | $ 214,989 | $ 46,432 |
| Net decrease in consumer mortgage finance receivables and loans | - | - | - | - | - | - | 1,301,785 | 2,218,622 | 452,436 |
| Net decrease in investments in real estate and other | - | - | - | - | - | - | 134,263 | 107,187 | 4,543 |
| Originations and purchases of mortgage loans held for investment | (37,168,081) | (37,965,618) | (14,883,776) | (8,285,839) | (3,076,258) | (1,480,483) | - | - | - |
| Proceeds from sales and repayments of mortgage loans held for investment | 10,045,120 | 25,030,805 | 26,836,000 | 23,294,308 | 14,509,194 | 3,783,289 | - | - | - |
| Additions to mortgage servicing rights | (387,657) | (213,765) | (243,405) | - | - | - | - | - | - |
| Sales of mortgage servicing rights | - | - | - | - | - | 216,728 | - | - | - |
| Purchases of equity investments | (209,275) | - | - | - | - | - | - | - | - |
| Purchase of and advances to investments in real estate and other | - | (883,840) | (1,249,253) | (1,695,102) | (210,792) | (3,301) | - | - | - |
| Proceeds from sales of and returns of investments in real estate and other | - | 773,377 | 923,924 | 1,378,210 | 849,548 | 445,677 | - | - | - |
| Proceeds from sale of and returns of equity investments | 72,909 | - | - | - | - | - | - | - | - |
| Proceeds from sale of investments securities, available for sale, net | 12,591 | - | - | - | - | - | - | - | - |
| Repayments of investment securities, held to maturity | 34,710 | - | - | - | - | - | - | - | - |
| Payments for residential real estate | (651,048) | - | - | - | - | - | - | - | - |
| Proceeds from sales of residential real estate | 355,982 | - | - | - | - | - | - | - | - |
| Proceeds from sales of repossessed, foreclosed and owned real estate | - | - | - | - | - | 1,708,646 | 822,075 | 359,676 | 74,335 |
| Proceeds from sale of business units, net | - | - | - | - | - | - | - | (122,741) | - |
| Acquisitions, net of cash acquired | (1,599) | - | - | (1,811) | 103,743 | - | - | - | - |
| Other, net | 228,791 | 251,333 | 718,393 | 1,053,484 | 2,768,207 | (251,432) | 98,389 | 571,717 | 14,436 |
| Net cash provided by investing activities | $ (29,408,900) | $ (13,804,462) | $ 8,186,807 | $ 14,563,232 | $ 21,303,356 | $ 5,827,957 | $ 3,291,754 | $ 3,349,450 | $ 592,182 |

Source: Residential Funding Corporation, Consolidated Financial Statements for the Years Ended December 31, 2004 (Restated) and 2003 (Restated) and 2003 (Restated), dated Mar. 2, 2005 [EXAM00231149]; Residential Funding Corporation, Consolidated Financial Statements for the Years Ended December 31, 2005 and 2004 (Restated), dated Mar. 30, 2006 [EXAM00231446]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2006 and 2005, dated Mar. 29, 2007 [EXAM00231642]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2007 and 2006, dated Mar. 26, 2008 [EXAM00231913]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2008 and 2007, dated Mar. 25, 2009 [EXAM00124958]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Mar. 19, 2010 [EXAM00124670]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Mar. 10, 2011 [EXAM00123277]; Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010, dated Mar. 28, 2012 [EXAM00232321];

**Appendix VI.E—2, Page 6 of 6**

**Residential Funding Company, LLC**
**Consolidated Cash Flow Statements**
Years Ended December 2003 – 2011
*($ in Thousands)*

| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|
| **Financing activities** | | | | | | | | | |
| Net (decrease) increase in borrowings from Ally Inc. and subsidiaries | $ — | — | — | — | $ — | $ 2,778,555 | $ (410,513) | $ (361,836) | $ 3,941 |
| Net decrease in borrowings from parent | — | — | — | — | — | (3,924,055) | (167,401) | (1,603,551) | 70,439 |
| Net decrease in borrowings from other affiliates | — | (683,477) | 75,539 | 2,426,578 | 3,066,564 | 1,679,481 | — | — | — |
| Net increase (decrease) in affiliate borrowings | — | 2,357,138 | 4,132,424 | 6,764,411 | (12,178,357) | (10,609,054) | — | — | — |
| Net increase (decrease) in other short term borrowings | — | — | — | — | — | — | (1,541,615) | (48,545) | (197,946) |
| Net increase (decrease) in other collateralized borrowings | 6,818,943 | — | — | — | — | — | — | — | — |
| Net increase in other borrowings | 184,041 | — | — | — | — | — | — | — | — |
| Cash paid for debt issuance costs | (103,836) | — | — | — | — | — | — | — | — |
| Net decrease in notes payable to affiliates | (396,448) | — | — | — | — | — | — | — | — |
| Proceeds from issuance of bonds payable to investors | 33,785,488 | — | — | — | — | — | — | — | — |
| Repayments of bonds payable to investors | (6,741,881) | — | — | — | — | — | — | — | — |
| Proceeds fro issuance of collateralized borrowings in securitization trusts | — | 28,804,811 | 28,361,997 | 19,317,561 | 5,634,817 | — | 229,933 | 66,818 | — |
| Repayments of collateralized borrowings in securitization trusts | — | (17,498,926) | (22,682,856) | (22,605,088) | (15,929,834) | (2,892,132) | (1,501,397) | (1,911,035) | (361,378) |
| Proceeds from secured aggregation facilities, long-term | — | — | 7,896,054 | 29,071,067 | 12,358,635 | 160,000 | — | — | — |
| Repayments from secured aggregation facilities, long-term | — | — | (3,157,448) | (27,942,989) | (17,411,381) | (465,114) | — | — | — |
| Proceeds from other long-term borrowings | — | — | 144,226 | 1,298,382 | 214,575 | — | — | — | 1,909 |
| Repayments of other long-term borrowings | — | — | — | (218,430) | (841,719) | (332,510) | (183,320) | (13,441) | (53,534) |
| Proceeds from disposal of business, net | — | — | — | — | 898,794 | 163,309 | — | 655,513 | — |
| Capital contributions | — | — | — | — | 2,595 | 269,157 | 494 | — | — |
| Increase in deposit liabilities | — | — | — | — | 153,680 | — | — | — | — |
| Payments of debt issuance costs | — | (102,618) | (85,232) | (63,498) | (31,225) | (44,593) | (30,688) | — | — |
| Proceeds from sale of business, net | — | — | — | — | — | — | (341,001) | — | — |
| Net cash provided by financing activities | 33,546,307 | 12,876,928 | 14,684,704 | 8,047,994 | (24,062,856) | (13,216,951) | (3,945,508) | (3,216,077) | (536,569) |
| Effect of changes in foreign exchange rates on cash and cash equivalents | 7,317 | 16,056 | (26,395) | 120,474 | (161,726) | 708,680 | (247,302) | 112,957 | (9,163) |
| Net increase (decrease) in cash and cash equivalents | 350,293 | 51,480 | (211,421) | 274,641 | 135,108 | (129,705) | (394,831) | (120,152) | 138,738 |
| Change in cash and cash equivalents of operations held-for-sale | — | — | — | — | — | — | (155,473) | 155,473 | — |
| Cash and cash equivalents, beginning of year | 297,733 | 648,026 | 699,506 | 488,085 | 762,726 | 897,834 | 768,129 | 217,825 | 253,146 |
| Cash and cash equivalents, end of year | $ 648,026 | $ 699,506 | $ 488,085 | $ 762,726 | $ 897,834 | $ 768,129 | $ 217,825 | $ 253,146 | $ 391,884 |

*Source: Residential Funding Corporation, Consolidated Financial Statements for the Years Ended December 31, 2004 (Restated) and 2003 (Restated), dated Mar. 2, 2005 [EXAM0021149]; Residential Funding Corporation, Consolidated Financial Statements for the Years Ended December 31, 2005 and 2004 (Restated), dated Mar. 31, 2006 [EXAM0021446]; Residential Funding Corporation, Consolidated Financial Statements for the Years Ended December 31, 2006 and 2005, dated Mar. 29, 2007 [EXAM0031642]; Residential Funding Corporation, Consolidated Financial Statements for the Years Ended December 31, 2007 and 2006, dated Mar. 26, 2008 [EXAM0031913]; Residential Funding Corporation, Consolidated Financial Statements for the Years Ended December 31, 2008 and 2007, dated Mar. 19, 2010 [EXAM0124670]; Residential Funding Corporation, Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Mar. 19, 2010 [EXAM0124670]; Residential Funding Corporation, Consolidated Financial Statements for the Years Ended December 31, 2009 [EXAM0124988]; Residential Funding Corporation, Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Mar. 10, 2011 [EXAM0123771]; Residential Funding Corporation, Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010 (Restated), dated Mar. 28, 2012 [EXAM0023321].*

## Appendix VIII.A—1, Page 1 of 2

### List of RMBS Actions

An "**(AFI)**" designation indicates that the lawsuit names at least one AFI Released Party as a defendant.

1.  *Allstate Ins. Co. v. GMAC Mortg. LLC*, Case No. 27-cv-11-3480 (Minn. D. Ct.) **(AFI)**

2.  *Assured Guarantee Mun. Corp. v. GMAC Mortg., LLC*, Case No. 12-3776 (S.D.N.Y.) **(AFI)**

3.  *Cambridge Place Inv. Mgmt., Inc. v. Morgan Stanley & Co.,* Case No. 10-2741-BLS2 (Mass. Super. Ct.) **(AFI)**

4.  *Cambridge Place Inv. Mgmt., Inc. v. Morgan Stanley & Co.,* Case No. 11-0555-BLS2 (Mass. Super. Ct.) **(AFI)**

5.  *Charles Schwab Corp. v. BNP Paribas Sec. Corp.,* Case No. CGC-10-501610 (Cal. Super. Ct.)

6.  *FDIC v. Ally Sec. LLC*, Case No. D-1-GN-12-002522 (Tex. Dist. Ct.) **(AFI)**

7.  *FDIC v. Bear Stearns Asset Backed Sec. I, LLC*, Case No. 12-4000 (S.D.N.Y.) **(AFI)**

8.  *FDIC v. CitiGroup Mortg. Loan Trust Inc.,* Case No. CV-2012-901036.00 (Ala. Cir. Ct.) **(AFI)**

9.  *FDIC v. Chase Mortg. Fin. Co.,* Case No. 12-6166 (S.D.N.Y.) **(AFI)**

10. *Fed. Home Loan Bank of Indianapolis v. Banc of Am. Mortg. Sec., Inc.*, Case No. 49D05-1010-PL045071 (Ind. Super. Ct.) **(AFI)**

11. *Fed. Home Loan Bank of Boston v. Ally Fin. Inc.,* Case No. 11-10952 (D. Mass.) **(AFI)**

12. *Fed. Home Loan Bank of Chicago v. Banc of Am. Funding Corp.,* Case No. 10-CH-45033 (Ill. Cir. Ct.) **(AFI)**

13. *FGIC v. Ally Fin. Inc.,* Case No. 12-338 (S.D.N.Y.) **(AFI)**

14. *FGIC v. Ally Fin. Inc.,* Case No. 12-339 (S.D.N.Y.) **(AFI)**

15. *FGIC v. Ally Fin. Inc.,* Case No. 12-340 (S.D.N.Y.) **(AFI)**

16. *FGIC v. Ally Fin. Inc.,* Case No. 12-341 (S.D.N.Y.) **(AFI)**

17. *FGIC v. Ally Fin. Inc.,* Case No. 12-780 (S.D.N.Y.) **(AFI)**

18. *FGIC v. Ally Fin. Inc.,* Case No. 12-1601 (S.D.N.Y.) **(AFI)**

19. *FGIC v. Ally Fin. Inc.,* Case No. 12-1658 (S.D.N.Y.) **(AFI)**

20. *FGIC v. Ally Fin. Inc.,* Case No. 12-1818 (S.D.N.Y.) **(AFI)**

21. *FGIC v. Ally Fin. Inc.,* Case No. 12-1860 (S.D.N.Y.) **(AFI)**

22. *FGIC v. GMAC Mortg. LLC*, Case No. 11-9729 (S.D.N.Y) **(AFI)**

**Appendix VIII.A—1**, Page 2 of 2

23.  *FGIC v. Residential Funding Co.*, Case No. 11-9736 (S.D.N.Y)

24.  *FGIC v. Residential Funding Co.*, Case No. 11-9737 (S.D.N.Y)

25.  *FHFA v. Ally Fin. Inc., Case* No. 11-7010 (S.D.N.Y.) **(AFI)**

26.  *John Hancock Life Ins. Co. (U.S.A.) v. Ally Fin. Inc.,* Case No. 12-1841 (D. Minn.) **(AFI)**

27.  *Mass. Mutual Life Ins. Co. v. Residential Funding Co., LLC,* Case No. 11-30035 (D. Mass.)

28.  *MBIA Ins. Corp. v. Residential Funding Co.*, Case No. 603552/2008 (N.Y. Sup. Ct.)

29.  *MBIA Ins. Corp. v. GMAC Mortg., LLC*, Case No. 600837/2010 (N.Y. Sup. Ct.)

30.  *MBIA Ins. Corp. v. Ally Fin. Inc.,* Case No. 27-cv-12-18889 (Minn. D. Ct.) **(AFI)**

31.  *Nat'l Credit Union Admin. Bd. v. Goldman, Sachs & Co.,* Case No. 11-6521 (C.D. Cal.)

32.  *Nat'l Credit Union Admin. Bd. v. RBS Sec. Inc.,* Case No. 11-2340 (D. Kan.)

33.  *N.J. Carpenters Health Fund v. Residential Capital, LLC,* Case No. 08-8781 (S.D.N.Y.) **(AFI)**

34.  *Stichting Pensioenfonds ABP v. Ally Fin. Inc.,* Case No. 27-cv-11-20426 (Minn. Dist. Ct.) **(AFI)**

35.  *Union Cent. Life Ins. Co. v. Credit Suisse First Boston Mortg. Sec. Corp.,* Case No. 11-2890
     (S.D.N.Y.) **(AFI)**

36.  *Watertown Sav. Bank v. Bank of Am. Corp.,* Case No. 651399-2012 (N.Y. Super. Ct.) **(AFI)**

37.  *W. Va. Inv. Mgmt. Bd. v. Residential Accredit Loans, Inc.,* Case No. 10-461 (S.D.W.V.)

38.  *W. & S. Life Ins. Co. v. Residential Funding Co., LLC*, Case No. A1105042 (Ohio Ct. C.P.) **(AFI)**

## Appendix VIII.A—2, Page 1 of 1

### List of Non-RMBS Actions

1. *Abraham v. Am. Home Mortg. Serv. Inc.,* Case No. 12-4686 (E.D.N.Y) **(AFI)**

2. *Abucay v. GMAC Mortg. Corp.*, Case No. 11-5523 (D.N.J.) **(AFI)**

3. *Adams v. US Bank NA*, Case No. 12-04640 (E.D.N.Y.) **(AFI)**

4. *Barker v. GMAC Mortg., LLC*, Case No. 11-579 (D.C. Or.) **(AFI)**

5. *Bollinger v. Residential Capital, LLC*, Case No. 10-01123 (W.D.Wash.) **(AFI)**

6. *Chatman Marcus v. GMAC Mortg., LLC*, Case No. 69-2008-90015.11 (Ala. Ct. App.) **(AFI)**

7. *Chao v. Wells Fargo Bank*, Case No.  RG12633544 (Cal. Super. Ct.) **(AFI)**

8. *Dennis v. Homecomings Fin., LLC,* Case No.  11-00066 (D. Wyo.) **(AFI)**

9. *Donaldson v. GMAC Mortgage, Inc.*, Case No. 9-3359D (Ga. Super. Ct.) **(AFI)**

10. *Drennen v. Cmty. Bank of N. Va. (In re Cmty. Bank of N. Va. Second Mortg. Lending Practices Litig.)*, Case No. 02-1201, 03-425, 05-688, 05-1386 (W.D. Pa)

11. *Kelly v. American Home Mortgage Holdings, Inc*., Case No. 12-6240 (E.D.N.Y.)

12. *Kral v.  GMAC Mortg., LLC*, Case No. 12-1023 (C.D. Cal.)

13. *Lafitte v. Ally Fin. Inc.*, Case No.  10-2820 (D.S.C.) **(AFI)**

14. *Mitchell v. Residential Funding Corp.*, Case No. WD70210, WD70227, WD70244, WD70263 (W.D. Miss.)

15. *Moore v. GMAC Mortg. LLC*, Case No*.* 07-04296 (E.D. Pa.) **(AFI)**

16. *Robinson v. Homecomings Fin., LLC*, Case No.  2008-9000007 (Ala. Ct. App.) **(AFI)**

17. *Rothstein. v. GMAC Mortg., LLC, et al*., Case No*.* 12-03412 (S.D.N.Y.) **(AFI)**

18. *White v. GMAC Mortg.,* LLC, Case No.  2809-CV-2011 (Pa. Ct. Com. Pl.) **(AFI)**

19. *Kalugin v. Geithner*, Case No. 12-1792 (D.D.C.) **(AFI)**

20. *Kanagacki v. Ally Financial Inc.*, Case No. 12-03955 (C.D. Cal.) **(AFI)**

21. *In re Community Bank of N. Va.*, Case Nos. 02-1201, 03-425, 05-688, 05-1386 (W.D. Pa)

**Arthur J. Gonzalez, Examiner**
*In re Residential Capital, LLC, et al.*
c/o New York University School of Law
40 Washington Square South
New York, NY 10012-1099

September 21, 2012

To:  The Parties Listed on Exhibit A
      Attached Hereto

Re:  *In re Residential Capital, LLC, et al.*, No. 12-12020 (MG) —
            Request for Submissions Regarding Third-Party Claims

Dear Counsel:

      The purpose of this letter is to solicit submissions from the parties identified herein in connection with my examination of Residential Capital, LLC and its affiliated debtors (collectively, the "Debtors") pursuant to the Bankruptcy Court's Order Directing the Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (the "Examiner Order") [Doc. No. 454] and the Order Approving Scope of Investigation of Arthur J. Gonzalez, Examiner (the "Examination Scope Order") [Doc. No. 925].  In particular, this request relates to paragraph 10(f)(viii) of the Examination Scope Order, which provides for the investigation of the following:

      "[A]ll state and federal law claims or causes of action the Debtors propose to release or to be released as part of their plan including . . . (viii) claims held by third parties, i.e., parties that are not affiliates of the Debtors, against current and former directors and officers of the Debtors and against AFI and its insiders including current and former directors, officers, and shareholders . . . ." (collectively, the "Third-Party Claims").

      Pursuant to the terms of the Examination Scope Order, I will "(A) investigate the merits of such claims, (B) analyze the sufficiency of the consideration to be provided for such third party releases, and (C) solicit the parties' views concerning the merits of such claims and the potential amount of damages arising from such claims, but . . . will not attempt to independently quantify such damages."

      With these goals in mind, I request the following:

      1.    Please furnish to me through my counsel a paper in the general form of a legal brief (each a "Submission Paper"), setting forth any arguments, analyses and/or supporting documents that you believe may bear meaningfully upon the factual and legal subject matter of my investigation of the Third-Party Claims, including your views concerning the potential amount of damages arising from such claims.  I also request that you identify the names and contact information of any parties that you believe I should interview or any lines of inquiry that you believe I should pursue in

Arthur J. Gonzalez, Examiner
c/o New York University School of Law
40 Washington Square South
New York, NY 10012-1099

To:  The Parties Listed on Exhibit A          -2-                    September 21, 2012

connection with my investigation of the Third-Party Claims.  Please note that the
Submission Papers should only focus upon the parties you believe may be liable for
Third-Party Claims and should <u>not</u> include any discussion of intercreditor disputes,
claims that are assertable exclusively against the Debtors or other extraneous issues.  I
request that all Submission Papers be transmitted (by both paper and electronic means)
to my counsel, Chadbourne & Parke LLP, c/o Seven Rivera, 30 Rockefeller Plaza,
New York, NY 10112 (srivera@chadbourne.com).

2.      I request that all Submission Papers and related appendices be submitted
to my counsel on or before **Friday, October 12, 2012 at 3:00 p.m. Eastern Time**.
The Submission Papers should be electronically annotated and should contain legal
and factual discussions akin to those typically presented in mediations, summary
judgment motions or pre-trial briefs.  Your Submission Papers should address all
claims and causes of action that you reasonably believe could be asserted by you with
respect to the Third-Party Claims; if you believe there are defenses that are likely to be
asserted with respect to any such claim(s), you should discuss those anticipated
defenses, including why you believe they are or may be non-meritorious.   The
appendices submitted with the Submission Papers should include: (i) representative
documents on which the factual contentions in the Submission Papers are based and
(ii) copies of any unreported opinions cited therein.

3.      The Submission Papers should <u>not</u> <u>exceed</u> 35 pages (which page limit
does not include tables of contents, tables of authorities or the contents of the
appendices).

4.      The Submission Papers will not be confidential.  I intend to present the
Submission Papers, or portions thereof, to the Debtors and to existing or potential
adversaries identified therein in order to solicit their substantive responses (the
"<u>Responses</u>") to the potential Third-Party Claims you identify and to advance my
analysis.  Therefore, I urge you to substantiate your claims to the greatest extent
possible in your Submission Papers (just as you would in a litigated matter before a
court) and to avoid withholding any relevant information or arguments.[1]  We will
similarly share with you the Responses to your Submission Papers.

---

[1]     If you feel that you absolutely cannot present your arguments in the Submission Papers without
shielding discrete portions of your Submission Paper or supporting material from disclosure to
potential adversaries, please contact my counsel David LeMay at 212-408-5112, and we will
attempt to reach an acceptable resolution, if possible.

**Arthur J. Gonzalez, Examiner**
c/o New York University School of Law
40 Washington Square South
New York, NY 10012-1099

To:  The Parties Listed on Exhibit A          -3-                    September 21, 2012

     5.    Please assume that my advisors and I are familiar with the general background of the Debtors' businesses, particularly as it relates to activities such as mortgage loan origination and securitization.  I encourage you to focus on legal analyses and facts and documents that bear on your particular positions with respect to Third-Party Claims.

     6.    It appears to me and my counsel that certain parties' positions are aligned with respect to certain potential Third-Party Claims issues, and my counsel may therefore be contacting you and other similarly situated parties directly in order to suggest joint Submission Papers.  We will encourage joint submissions wherever it appears to us that specific parties' potential Third-Party Claims are similar in nature, even if the parties potentially asserting those claims have different views concerning the appropriate resolution of those claims.  Joint submissions will avoid duplication, promote efficiency and will greatly aid my review.  However, if after conferring in good faith with counsel to the other parties that may be similarly situated, you are unable to submit jointly with them, I will accept individual submissions.  Additionally, to the extent that you believe there are parties with potential Third-Party Claims of a nature not represented by the parties listed in Exhibit A hereto, please inform my counsel of the identity of those parties and the types of claims that you believe they may hold.

     7.    I reserve the right to request response and/or reply submissions from the parties where I feel a particular issue has not been adequately addressed or would benefit from targeted rebuttal.  I will notify the parties regarding page limits, deadlines and any other requirements of potential responses and/or replies within a reasonable time after the initial submissions.

     8.    I reserve the right to permit other parties to submit position briefs, and to otherwise modify anything contained in this letter.

     9.    Detailed specifications for the Submission Papers and appendices are set forth in Exhibit B hereto.  Please note that submission of these documents to my counsel should be both in hard copy and electronic form, as more fully described in Exhibit B.

**Appendix VIII.A—3**, Page 4 of 9

**Arthur J. Gonzalez, Examiner**
c/o New York University School of Law
40 Washington Square South
New York, NY 10012-1099

To:  The Parties Listed on Exhibit A            -4-                    September 21, 2012

        Thank you in advance for your cooperation and candor with respect to this matter.  If you have any questions regarding the contents of this letter, please contact Howard Seife (212-408-5361) or David LeMay (212-408-5112).

                                Yours truly,

                                /s/ Arthur J. Gonzalez

                                **Arthur J. Gonzalez, Examiner**

AJG/md

# EXHIBIT A

Counsel for Ad Hoc Group of Junior
Secured Noteholders

**White & Case LLP**
J. Christopher Shore
Harrison L. Denman
1155 Avenue of the Americas
New York, New York 10036-2787

**Milbank**
Gerard Uzzi
1 Chase Manhattan Plaza
New York, NY 10005

Counsel for Financial Guaranty
Insurance Company

**Jones Day**
Jayant W. Tambe
Stephen J. Pearson
Howard F. Sidman
222 East 41st Street
New York, NY 10017

Counsel for Wilmington Trust, N.A.

**Cleary Gottlieb Steen & Hamilton, LLP**
Sean A. O'Neal
Thomas J. Moloney
One Liberty Plaza
New York, NY 10006-1470

Counsel for Assured Guaranty
Municipal Corp.

**Susman Godfrey LLP**
Jacob W. Buchdahl
Arun Subramanian
560 Lexington Ave., 15th Floor
New York, NY 10022

Counsel for Rowena L. Drennen

**Walters, Bender, Strohbehn & Vaughn PC**
David M. Skeens
J. Michael Vaughn
R. Frederick Walters
1100 Main St.
2500 City Center Square
Kansas City, MO 64105

Counsel for Federal Housing Finance Agency

**Kasowitz, Benson, Torres & Friedman LLP**
Marc E. Kasowitz
Hector Torres
Christopher P. Johnson
1633 Broadway
New York, NY 10019

Counsel for MBIA Insurance Corp.

**Cadwalader, Wickersham & Taft LLP**
Gregory M. Petrick
Mark C. Ellenberg
One World Financial Center
New York, NY 10281

**Quinn Emanuel Urquhart & Sullivan, LLP**
Peter E. Calamari
51 Madison Ave., 22nd Floor
New York, NY 10010

Counsel for Union Central Life Insurance Co.

**Robbins Geller Rudman & Dowd LLP**
John J. Stoia
Steven W. Pepich
655 West Broadway, Suite 1900
San Diego, CA 92101

Samuel H. Rudman
58 South Service Road, Suite 200
Melville, NY 11747

Christopher M. Wood
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104

Counsel for Deutsche Bank National Trust
Company and Deutsche Bank Trust Company
Americas

**Morgan, Lewis & Bockius LLP**
James L. Garrity, Jr.
John C. Goodchild, III
101 Park Avenue
New York, NY 10178-0600

Counsel for Allstate Insurance Company
and AIG

**Quinn Emanuel Urquhart & Sullivan, LLP**
Susheel Kirpalani
Daniel L. Brockett
51 Madison Ave., 22nd Floor
New York, NY 10010

Counsel for The Bank of New York Mellon
Trust Company, N.A.

**Dechert LLP**
Glenn E. Siegel
Craig P. Druehl
1095 Avenue of the Americas
New York, NY 10036-6797

Counsel for Berkshire Hathaway Inc.

**Munger, Tolles & Olson LLP**
Thomas Walper
Seth Goldman
355 South Grand Ave., 35th Floor
Los Angeles, CA 90071-1560

Counsel for Wells Fargo Bank, N.A.

**Alston & Bird LLP**
Martin G. Bunin
John C. Weitnauer
90 Park Avenue
New York, NY 10016

Counsel for the Triaxx Entities

**Miller & Wrubel PC**
John G. Moon
Charles R. Jacob III
Claire L. Huene
570 Lexington Ave.
New York, NY 10022

**Appendix VIII.A—3**, Page 7 of 9

Counsel for U.S. Bank National Association

**Seward & Kissel LLP**
Ronald L. Cohen
Arlene R. Alves
One Battery Park Plaza
New York, NY 10004

Counsel for the RMBS Steering Committee

**Gibbs & Bruns LLP**
Kathy D. Patrick
Robert J. Madden
1100 Louisiana, Suite 5300
Houston, TX 77002

**Ropes & Gray LLP**
D. Ross Martin
Keith H. Wofford
1211 Avenue of the Americas
New York, NY 10036-8704

Counsel for the Talcott Franklin Group

**Talcott Franklin PC**
Talcott J. Franklin
208 North Market Street, Suite 200
Dallas, Texas 75202

**Miller, Johnson, Snell & Cummiskey, PLC**
Thomas P. Sarb
Robert Wolford
Calder Plaza Building
250 Monroe Avenue NW, Suite 800
Grand Rapids, MI 49503-2250

**Carter Ledyard & Milburn LLP**
Aaron R. Cahn
Leonardo Trivigno
2 Wall Street
New York, New York 10005

Counsel for John Hancock Life Insurance

**Grant & Eisenhofer PA**
Jay W. Eisenhofer
Geoffrey C. Jarvis
Deborah A. Elman
485 Lexington Ave., 29th Floor
New York, NY 10017

Counsel for the Federal Home Loan Banks

**Keller Rohrback LLP**
Lynn Lincoln Sarko
Derek W. Loser
Amy Williams-Derry
1201 Third Ave., Suite 3200
Seattle, Washington 98101

Gary A. Gotto
3101 North Central Ave., Suite 1400
Phoenix, Arizona 85012

Counsel for Aurelius Capital Management

**Akin Gump Strauss Hauer & Feld LLP**
Fred S. Hodara
Robert A. Johnson
Christopher W. Carty
One Bryant Park
New York, NY 10036-6745

**EXHIBIT B**

**Formatting of Submission Papers and Appendices**

**General Format**

- All Submission Papers and appendices should be submitted to the Examiner in both electronic and hardcopy form.

- Please provide the electronic form of the Submission Papers in both "PDF" and Microsoft Word formats, with no password protection or encryption.

- Legal citations should conform to the latest version of The Bluebook: A Uniform System of Citation.

- Hardcopies of the Submission Papers and appendices should be delivered to the Examiner's counsel as follows:

  o Three copies to Chadbourne & Parke LLP, Attn: Seven Rivera, 30 Rockefeller Plaza, New York, NY 10112.

  o One copy to Mesirow Financial Consulting, Attn: James Feltman, 666 Third Avenue, 21st Floor, New York, NY 10017.

**Margins and Type Face**

- The margins of each page shall be no less than 1 inch on all sides.

- Each Submission Paper should contain a table of contents and table of authorities.

- Text should be no smaller than 12-point type, with the exception of footnotes, which may be no smaller than 10-point type.

- The Submission Papers shall be double-spaced, with the exception of footnotes and block quotations of 50 words or more.

**References to Evidence, Appendices, and Hyperlinking**

- The Submission Papers shall contain references to the documentary evidence that support the factual contentions contained therein, as set forth in an appendix to be provided with each Submission Paper.

- The evidentiary references contained in the PDF version of the Submission Papers shall be electronically hyperlinked to the relevant pages in the related appendix.

- The references and hyperlinking shall point to the particular page or pages of the document that support the factual contention, although the appendix should contain the entire document referenced, so that the Examiner may consider the context in which the referenced materials appear. Where feasible, highlighting specific portions of pages is appreciated, but not required.

- Each appendix shall contain a table of contents, with hyperlinks to the first page of each document contained in the appendix.

- References to any pleadings filed in the case should include a citation to the docket number and a hyperlink to a copy of the pleading, to be set forth in the appendix.

- The PDF version of each Submission Paper may contain hyperlinking in respect of legal citations—and where feasible will be much appreciated by the Examiner—but is not required.

30 Rockefeller Plaza, New York, NY 10112
**tel** 212-408-5100 **fax** 212-541-5369

# CHADBOURNE
## & PARKE LLP

Donald Schapiro
George E. Zeitlin
Stuart D. Baker
Donald J Strauber
Richard M. Leder
Edward P. Smith
Whitney I. Gerard
Morton E. Grosz
Leslie J. Schreyer
Charles K. O'Neill
H. Hedley Stothers, Jr.
William G. Cavanagh
Richard Sonkin
Charles E. Hord, III
Chaim Wachsberger
Alan I. Raylesberg
Robert F. Shapiro*
Keith Martin
Daniel J. Greenwald, III
Jaroslawa Z. Johnson*
Abbe David Lowell
Andrew C. Coronios
Dorota Szubielska*
Lawrence Rosenberg
Peter N. Hillman
David M. Raim
Howard Seife
Adrian Mecz
Mary T. Yelenick
Mikhail A. Rozenberg*
J. Allen Miller
Thomas J. Hall
Talbert I. Navia
John Verrill*
David M. LeMay
Peter F. Fitzgerald
John T. Baecher
A. Robert Colby
Thomas J. McCormack
John F. Finnegan
Christopher Cardona*
Marc M. Rossell
William K. Perry
Kenneth W. Hansen*
Andrew A. Giaccia*
N. Theodore Zink, Jr.
Włodzimierz Radzikowski*
Paul J. Kaufman*
Robert A. Schwinger
Paul L. Weber
Lauren D. Kelly
Andrea N. Satty
Mariusz Stawiarczyk*
Robin D. Ball*
Marc A. Alpert
Douglas M. Fried
William Greason
Martin Thomas*
Marjorie M. Glover
Michele George*
Michael Socarras*
Claude S. Serfilippi
Anthony M. Roncalli
Dana Frix*
Noam Ayali
Luis Enrique Graham*
Jeffrey A. Robins
Vincent Dunn
Lori S. Hoberman
Lawrence R. Plotkin
Oliver J. Armas
Pamela Marple*
Melanie Willems*
Sey-Hyo Lee
Marian Baldwin Fuerst
Kevin C. Smith
Charez X. Golvala*
Phoebe A. Wilkinson
Boris Otto*
Joy L. Langford*
Sohail Barkatali*
Rohit Chaudhry
Todd E. Alexander
Daniel A. Rabinowitz
Konstantin O. Konstantinov*
Scott D. Berson
Ayse Yüksel
Agnieszka Klich*
Konstantin A. Osipov*
David H. Evans*
Edouard S. Markson
Douglas E. Deutsch
Frank S. Vellucci
Igor Muszynski*
Robin Mizrahi*
Andrew Rosenblatt
Evelyn Lim
Scott Naidech
Dearbhla Quigley*
David Gallai
Eli M. Katz
Seven Rivera
Marissa Leigh Alcala
Benjamin Y. Koenigsberg
Erez Tucner

*not admitted in New York

December 21, 2012

To: Potential Holders of Third-Party
    Claims (as defined below)

Re: *In re Residential Capital, LLC, et al*., No. 12-12020 (MG) (Bankr.
    S.D.N.Y.) — Request for Third-Party Claims Damages Quantification

Dear Counsel:

I write on behalf of Arthur J. Gonzalez, court-appointed Examiner (the "Examiner") of Residential Capital, LLC and its affiliated debtors (collectively, the "Debtors"). As you may be aware, the Debtors filed voluntary petitions for Chapter 11 bankruptcy relief on May 14, 2012 in the United States Bankruptcy Court for the Southern District of New York (the "Court") (Case No. 12-12020). The Court subsequently appointed the Examiner to investigate, among other things, (i) all material prepetition transactions between the Debtors and their non-filing parent corporation, Ally Financial Inc. ("AFI"), (ii) the negotiation of certain plan support and settlement agreements with AFI and (iii) the sufficiency of consideration to be provided for certain third-party releases in favor of AFI, its non-debtor subsidiaries and current and former officers and directors of AFI and the Debtors. *See* Order Approving Scope of Investigation of Arthur J. Gonzalez, Examiner (the "Examination Scope Order") [Doc. No. 925] (attached hereto as Exhibit A).

The purpose of this letter is to solicit information in connection with the Examiner's investigation into the consideration to be provided for the proposed third-party releases. In particular, this request relates to paragraph 10(f)(viii) of the Examination Scope Order, which provides for the investigation of the following:

> "[A]ll state and federal law claims or causes of action the Debtors propose to release or to be released as part of their plan including . . . (viii) claims held by third parties, i.e., parties that are not affiliates of the Debtors, against current and former directors and officers of the Debtors and against [Ally Financial Inc.] and its insiders including current and former directors, officers, and shareholders . . . ." (collectively, the "Third-Party Claims").

You are receiving this letter because you are party to pending litigation, or have alleged potential claims, against the Debtors or Ally Financial Inc. that the Examiner believes may give rise to Third-Party Claims. The Examiner and his advisors have reviewed pertinent pleadings and are actively investigating such claims.

New York  Washington  Los Angeles  Mexico City  São Paulo  London  Moscow  Warsaw  Kyiv  Istanbul  Dubai  Beijing

CHADBOURNE
& PARKE LLP

To: Potential Holders of Third-Party
   Claims (as defined below)     -2-     **December 21, 2012**

In many cases, however, the amount of damages that may arise from your alleged, or potential, Third-Party Claims is not readily evident from litigation pleadings. Accordingly, the Examiner requests the following:

    1.    Please furnish to the Examiner's counsel a letter of no more than **five single-spaced pages** setting forth your quantification of the damages arising from your existing or potential litigation on account of Third-Party Claims (each a "Damages Letter"). In addition, please advise us of any additional theories of liability not identified in your respective pleadings, if any.

    2.    Please submit all Damages Letters on or before **Friday, January 4, 2013 at 3:00 p.m. (Eastern Time)**. All Damages Letters should be transmitted by electronic means to me (srivera@chadbourne.com) and Michael Distefano (mdistefano@chadbourne.com).

    3.    The Damages Letters will not be maintained as confidential. The Examiner reserves the right to share the Damages Letters, or portions thereof, with other parties in interest in the bankruptcy proceeding, as well as the right to rely on the information contained in the Damages Letters in pursuing his investigation and drafting his report.

    4.    Please assume that the Examiner and his advisors are familiar with the general background of the Debtors' businesses, particularly as it relates to activities such as mortgage loan origination and securitization, as well as the legal theories underlying your claims. We encourage you to focus on the quantification (or range) of your alleged damages and, briefly, the means by which you arrived at that number. To the extent your damages calculations vary depending upon the application of particular legal theories, please explain this variance. Further, please limit your quantification of alleged damages to reasonable estimates.

    5.    The Examiner reserves the right to request additional information from the parties where he feels a particular issue has not been adequately addressed or would benefit from additional information.

**Appendix VIII.A—4**, Page 3 of 13

CHADBOURNE
& PARKE LLP

To: Potential Holders of Third-Party
  Claims (as defined below)     -3-     **December 21, 2012**

       Thank you in advance for your cooperation and candor with respect to this matter. If you have any questions regarding the contents of this letter, please feel free to contact me at 212-408-5529.

                    Sincerely Yours,

                    /s/ Seven Rivera

                    Seven Rivera

**Appendix VIII.A—4**, Page 4 of 13

**EXHIBIT A**

New York   Washington   Los Angeles   Mexico City   São Paulo   London   Moscow   Warsaw   Kyiv   Istanbul   Dubai   Beijing

**Appendix VIII.A—4**, Page 5 of 13

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- x

In re:                                                    :    Chapter 11

                                                          :

Residential Capital, LLC, et al.,                         :    Case No. 12-12020 (MG)

                                                          :

            Debtors.                                      :    Jointly Administered

--------------------------------------------------------- x

### ORDER APPROVING SCOPE OF
### INVESTIGATION OF ARTHUR J. GONZALEZ, EXAMINER

The Court having reviewed the Preliminary Statement of Arthur J. Gonzalez,
Examiner, Regarding the Scope and Timing of his Investigation attached hereto as Exhibit "A"
(the "Preliminary Statement"); the Court having heard and considered the parties' statements
with respect to any disagreements regarding the scope of and timing for the Examiner's
investigation (the "Investigation"); the Court being satisfied based on the statements made by the
parties at the Chambers conference held on July 24, 2012 that the Preliminary Statement sets
forth a reasonable scope of the Investigation; and after due deliberation and sufficient cause
appearing therefor; it is hereby

ORDERED that the scope of the Investigation as set forth in the Preliminary
Statement is approved; and it is further

ORDERED that within ten (10) days of the entry of this Order, the Examiner shall
file a formal work plan that will include, among other information, (i) the Examiner's estimate of
fees and expenses to be incurred in connection with the Investigation and (ii) such other matters

**Appendix VIII.A—4**, Page 6 of 13

or information as are customarily included in work plans submitted by examiners appointed in

other chapter 11 cases; and it is further

ORDERED that this order is without prejudice to the Examiner's right to seek

modifications of the scope of the Investigation.


Dated:    July 27, 2012
New York, New York


**_/s/Martin Glenn_**
MARTIN GLENN
United States Bankruptcy Judge

## EXHIBIT A

**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
N. Theodore Zink, Jr.
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

*Proposed Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| Residential Capital, LLC <u>et al.</u>, | : | Case No. 12-12020 (MG) |
| | : | Jointly Administered |
| Debtors. | x | |

### PRELIMINARY STATEMENT OF ARTHUR J. GONZALEZ, EXAMINER, REGARDING THE SCOPE AND TIMING OF HIS INVESTIGATION

TO THE HONORABLE MARTIN GLENN,
UNITED STATES BANKRUPTCY JUDGE:

Arthur J. Gonzalez, the Court-appointed Examiner for Residential Capital, LLC and its

affiliated debtors (collectively, the "<u>Debtors</u>") in the above-captioned cases (the "<u>Chapter 11</u>

<u>Cases</u>"), by his proposed undersigned counsel, hereby submits his preliminary statement

regarding the scope and timing of his investigation.

**Appendix VIII.A—4**, Page 8 of 13

## INTRODUCTION

1.      On June 28, 2012, the Court entered an Order Directing the Appointment

of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (the "Examiner Order")

directing the United States Trustee (the "U.S. Trustee") to appoint an examiner (the "Examiner")

in the Chapter 11 Cases.

2.      The Examiner Order directs the Examiner to conduct an investigation (the

"Investigation").

3.      On July 3, 2012, the U.S. Trustee appointed Arthur J. Gonzalez, Esq. as

Examiner in the Chapter 11 Cases and filed (i) a notice of such appointment and (ii) an

application for an Order approving such appointment.

4.      On July 3, 2012, the Court entered an Order approving the appointment of

the Examiner.

5.      In its Memorandum Opinion and Order Granting Berkshire Hathaway's

Motion to Appoint an Examiner Under 11 U.S.C. §1104(c) dated June 20, 2012, the Court noted

that

> The scope, timing and budget for the examiner's investigation will
> be set by the Court after the examiner is appointed and confers
> with other parties in interest. In the first instance, the scope of the
> investigation established by the 2004 Order sets the appropriate
> scope parameter for the investigation, subject to later adjustment if
> necessary.[1]

---

[1]   As used herein, the "2004 Order" shall refer to the Order Authorizing the Official Committee of Unsecured
Creditors to Issue Subpoenas Compelling the Production of Documents and Provision of Testimony by the
Debtors and Others Pursuant to Federal Rule of Bankruptcy Procedure 2004 entered in the Chapter 11 Cases on
June 5, 2012.

6.      On July 11, 2012, the Examiner selected Chadbourne & Parke LLP

("Chadbourne") as his proposed counsel.  Chadbourne filed its Application for Retention as

Examiner's Counsel on July 16, 2012, following discussion with and review by the U.S. Trustee.

7.      On July 24, 2012, a Chambers conference was conducted by Judge Martin

Glenn at which the Examiner and his counsel and counsel for various parties in interest presented

their respective views regarding the appropriate scope of the Investigation and estimates of the

time necessary to complete the Investigation and prepare a report.

## THE EXAMINER'S ACTIVITIES TO DATE

8.      Beginning on July 18, 2012, the Examiner conducted a series of meetings

and/or telephonic calls with representatives of the Debtors, the Official Committee of Unsecured

Creditors, Berkshire Hathaway, Ally Financial Inc., and certain holders of the Debtors'

unsecured notes.  The principal purpose of these meetings was to learn more about the cases and

to ascertain each party's preliminary views regarding the scope and timing of the Investigation.

The Examiner invited the parties to share their views on these matters, as well as on the legal and

factual issues implicated by the Investigation.

9.      In addition, the Examiner and his proposed professionals have begun the

Investigation by undertaking various activities including reviewing the various pleadings,

documents and materials relevant to the issues to be investigated.

## SCOPE OF EXAMINATION

10.     As previously noted, the scope of the Investigation in the first instance is

established by the 2004 Order.  Accordingly, after review of the 2004 Order and discussions with

various parties in interest, the Examiner has determined that, at a minimum, he will examine the

following in his report:

### Appendix VIII.A—4, Page 10 of 13

a.  all material prepetition transactions and all material verbal or written agreements or contracts between or among the Debtors on the one hand and any one or more of Ally Financial Inc., f/k/a GMAC LLC, and any of its current and former, direct and indirect affiliates and subsidiaries (collectively, "AFI"), Cerberus Capital Management, L.P. and any of its current and former direct and indirect affiliates and subsidiaries including Cerberus FIM, LLC, Cerberus FIM Investors LLC, and FIM Holdings LLC. (collectively, "Cerberus") and/or Ally Bank, a commercial state non-member bank chartered under the laws of the State of Utah (f/k/a GMAC Bank) ("Ally Bank") on the other hand including (i) material agreements concerning transfers of cash, assets, property, stock, contracts, or other items of value including any servicing agreements, repurchase transactions, exchange offers, hedging arrangements, derivative agreements or contracts, swap agreements or contracts, or foreign exchange agreements or contracts, (ii) any payments, dividends or capital contributions, (iii) any extension of loans or lines of credit including any factoring arrangements, (iv) any debt, or liens related thereto,  or the transfer, assignment, repayment or forgiveness of such debt, (v) any claims and all payments made on account of such claims, and (vi) any transfers of cash, assets, property, stock, contracts, or other items of value (collectively, the "Prepetition Transactions and Agreements");[2]

b.  the negotiation and entry into any plan sponsor, plan support, or settlement agreement, the debtor-in-possession financing with AFI, and the stalking horse asset purchase agreement with AFI, and any servicing agreement with Ally Bank (collectively, the "Postpetition Transactions and Agreements");

c.  (i) the activities of the Debtors' officers and board of directors (including any subcommittee thereof) concerning (A) the Prepetition Transactions and Agreements, (B) the Postpetition Transactions and Agreements, and (C) the investigation of the validity of claims against AFI, and (ii) the recruitment, compensation and indemnification of the Debtors' officers and the members of the Debtors' board of directors (including any subcommittee thereof);

d.  the corporate relationships between or among the Debtors, AFI, Cerberus and/or Ally Bank and the conduct of each of these entities in connection with the Debtors' decisions (i) to file (or to refrain from filing, or delaying the filing of) voluntary petitions under

---

[2]  The Examiner's Investigation of certain of the Debtors' entry into and performance under the "Consent Order," "DOJ/AG Settlement" and "CMP," each as defined and described in paragraphs 86 through 90 of the of the "Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petition and First Day Pleadings," dated May 14, 2012 will be limited to the propriety of the allocation of obligations as among the Debtors and AFI under  the "Consent Order," "DOJ/AG Settlement" and "CMP."

**Appendix VIII.A—4**, Page 11 of 13

Chapter 11 of the United States Bankruptcy Code, (ii) to pursue (or refrain from pursuing) a sale of substantially all of their assets, and (iii) to enter into the Prepetition Transactions and Agreements and the Postpetition Transactions and Agreements;

e.  all state and federal law claims or causes of action of the Debtors against current or former directors and officers of the Debtors, and against AFI and/or its insiders including current and former directors, officers, and shareholders;

f.  all state and federal law claims or causes of action the Debtors propose to release or to be released as part of their plan including (i) preference and fraudulent transfer claims, (ii) equitable subordination claims, (iii) alter ego and veil piercing claims, (iv) debt recharacterization claims, (v) constructive trust and unjust enrichment claims, (vi) breach of fiduciary duty and aiding and abetting breach of fiduciary duty claims, (vii) securities law claims, and (viii) claims held by third parties, i.e., parties that are not affiliates of the Debtors, against current and former directors and officers of the Debtors and against AFI and its insiders including current and former directors, officers, and shareholders; and in respect of the claims identified in subclause (viii) of this paragraph f, the Examiner will (A) investigate the merits of such claims, (B) analyze the sufficiency of the consideration to be provided for such third party releases, and (C) solicit the parties' views concerning the merits of such claims and the potential amount of damages arising from such claims, but the Examiner will not attempt to independently quantify such damages;

g.  the value of the releases contemplated by the Debtors including the releases by the Debtors' estates of all claims against current or former directors and officers of the Debtors, and against AFI and its insiders including current and former directors, officers, and shareholders, and the proposed releases by third parties of claims against AFI; and

h.  other matters affecting the Debtors' assets, liabilities, and financial condition including all intercompany claims and the Debtors' solvency, capital adequacy and ability to pay debts as such debts become due at various dates prior to the Petition Date.

<u>TIMING OF THE SUBMISSION OF THE EXAMINER'S REPORT</u>

11.    At this juncture, the Examiner anticipates that a substantial amount of time

will be expended by his professionals to prepare a report containing the Examiner's findings

regarding the Investigation.  Based upon his discussion with his counsel and the parties, the

Examiner believes that a realistic time frame for the preparation of such a report is six (6)

**Appendix VIII.A—4**, Page 12 of 13

months, subject to adjustment if after meaningful due diligence a different time period appears to

be more reasonable.

## INFORMATION GATHERING

12.     In furtherance of the Investigation, the Examiner will request documents

and other information from various parties including, the Debtors, AFI, Ally Bank and Cerberus

and their respective current and former officers, directors and professionals.  To ensure

compliance with the Examiner's information requests, the Examiner may need to serve

subpoenas on entities that refuse to produce information.  Accordingly, the Examiner intends to

promptly file a motion under rule 2004 of the Federal Rules of Bankruptcy Procedure and seek

authority to serve rule 2004 subpoenas on any entity that may be in possession of information

relevant to the Investigation.  In connection therewith, the Examiner intends to ask the Court to

approve a protocol, including a form confidentiality agreement, that would govern production

from all parties.

## ESTIMATED FEES AND EXPENSES

13.     This statement does not address budget issues for the Investigation.

Subject to the Court's further direction, the Examiner will file a formal work plan that will

include, among other information, the Examiner's estimate of fees and expenses to be incurred in

connection with the Investigation.

[Signature page to follow]

12-12020-mg   Doc 3698-36   Filed 05/13/13   Entered 05/13/13 17:08:13   Appendix
Pg 348 of 385
12-12020-mg   Doc 925   Filed 07/27/12   Entered 07/27/12 11:59:31   Main Document
Pg 9 of 9

**Appendix VIII.A—4**, Page 13 of 13

Dated:   July 27, 2012
New York, New York

Respectfully submitted,
Arthur J. Gonzalez, Examiner

*By:* /s/ Howard Seife
         Chadbourne & Parke LLP
         Howard Seife
         David M. LeMay
         N. Theodore Zink, Jr.
         30 Rockefeller Plaza
         New York, New York 10112
         Telephone:   (212) 408-5100
         Facsimile:   (212) 541-5369
         E-mail:   hseife@chadbourne.com

         Proposed Counsel to the Examiner

Appendix VIII.B—1, Page 1 of 8

**Residential Capital, LLC**
**392 PLS Deal Details**
**2004 – 2007**

| | Deal Name [1] | Orig. Principal Bal. [1] | Depositor | Sponsor/ Master Servicer | Lead Underwriter | Joint Lead Underwriter | Co-Underwriter [2] | Custodian | Monoline Insurer | Affiliate Originator(s) [3] |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 2004-KR1 | $ 630,335,200 | RAMP | GMAC Mortgage | Bear, Stearns & Co. Inc. | | Ally Securities | Escrow Bank USA | | Old GMAC Bank |
| 2. | 2004-SL2 | 596,038,100 | RAMP | GMAC Mortgage | RBS Greenwich Capital | | | Old GMAC Bank | | Old GMAC Bank |
| 3. | 2004-GH1 | 224,099,000 | RAMP | GMAC Mortgage | Bear, Stearns & Co. Inc. | | | Old GMAC Bank | | Old GMAC Bank |
| 4. | 2004-HE1 | 1,259,311,000 | RAMP | GMAC Mortgage | Banc One Capital Markets, Inc | | Ally Securities | Escrow Bank USA | FGIC | Old GMAC Bank |
| 5. | 2004-HE2 | 711,548,006 | RAMP | GMAC Mortgage | Lehman Brothers | | Ally Securities | Escrow Bank USA | Old Republic | Old GMAC Bank |
| 6. | 2004-HE3 | 952,320,000 | RAMP | GMAC Mortgage | Bear, Stearns & Co. Inc. | | Ally Securities | Escrow Bank USA | FSA | Old GMAC Bank |
| 7. | 2004-HE4 | 992,000,000 | RAMP | GMAC Mortgage | Bear, Stearns & Co. Inc. | | Ally Securities | Old GMAC Bank | MBIA | Old GMAC Bank |
| 8. | 2004-HE5 | 700,000,000 | RAMP | GMAC Mortgage | RBS Greenwich Capital | | Ally Securities | Old GMAC Bank | MBIA | Old GMAC Bank |
| 9. | 2004-HLTV1 | 175,000,000 | RAMP | GMAC Mortgage | Bear, Stearns & Co. Inc. | | | Old GMAC Bank | FGIC | Old GMAC Bank |
| 10. | 2004-J1 | 398,864,694 | RAMP | GMAC Mortgage | Banc of America Securities LLC | | | Escrow Bank | MBIA | Old GMAC Bank |
| 11. | 2004-J2 | 398,597,431 | RAMP | GMAC Mortgage | UBS Investment Bank | | | Escrow Bank | MBIA | Old GMAC Bank |
| 12. | 2004-J3 | 348,287,499 | RAMP | GMAC Mortgage | Merrill Lynch & Co. | | | Escrow Bank | MBIA | Old GMAC Bank |
| 13. | 2004-J4 | 597,117,562 | RAMP | GMAC Mortgage | Citigroup | | Ally Securities | Old GMAC Bank | | Old GMAC Bank |
| 14. | 2004-J5 | 549,141,999 | RAMP | GMAC Mortgage | Bear, Stearns & Co. Inc. | | | Old GMAC Bank | | Old GMAC Bank |
| 15. | 2004-J6 | 406,384,031 | RAMP | GMAC Mortgage | Credit Suisse First Boston | | | Old GMAC Bank | | Old GMAC Bank |
| 16. | 2004-VT1 | 390,956,146 | GMACM | GMAC Mortgage | Bear, Stearns & Co. Inc. | | | Old GMAC Bank | MBIA | GMAC Mortgage & Old GMAC Bank |
| 17. | 2004-SP1 | 233,667,000 | RAMP | RFC | Merrill Lynch & Co. | | | Wells Fargo Bank | | |
| 18. | 2004-SP2 | 144,545,669 | RAMP | RFC | Merrill Lynch & Co. | | Ally Securities | Wells Fargo Bank | | |
| 19. | 2004-SP3 | 360,933,000 | RAMP | RFC | Merrill Lynch & Co. | | Ally Securities | Wells Fargo Bank | | |
| 20. | 2004-RS1 | 201,272,500 | RALI | RFC | Bear, Stearns & Co. Inc. | | | Wells Fargo Bank | | |
| 21. | 2004-QA2 | 365,138,000 | RALI | RFC | RBS Greenwich Capital | | | Wells Fargo Bank | | |
| 22. | 2004-QA3 | 315,234,200 | RALI | RFC | Credit Suisse First Boston | | | Wells Fargo Bank | | |
| 23. | 2004-QA4 | 285,865,200 | RALI | RFC | Ally Securities | | | Wells Fargo Bank | | |
| 24. | 2004-QA5 | 520,188,200 | RALI | RFC | Bear, Stearns & Co. Inc. | | | Wells Fargo Bank | | |
| 25. | 2004-QA6 | 708,773,800 | RALI | RFC | Ally Securities | | | Wells Fargo Bank | | |
| 26. | 2004-QS1 | 316,357,744 | RALI | RFC | RBS Greenwich Capital | | | Wells Fargo Bank | | |
| 27. | 2004-QS10 | 214,339,915 | RALI | RFC | RBS Greenwich Capital | | Ally Securities | Wells Fargo Bank | | |
| 28. | 2004-QS11 | 215,336,840 | RALI | RFC | Credit Suisse First Boston | | | Wells Fargo Bank | | |
| 29. | 2004-QS12 | 419,799,756 | RALI | RFC | RBS Greenwich Capital | | | Wells Fargo Bank | | |
| 30. | 2004-QS13 | 128,649,847 | RALI | RFC | Citigroup | | | Wells Fargo Bank | | |
| 31. | 2004-QS14 | 210,562,606 | RALI | RFC | RBS Greenwich Capital | | Ally Securities | Wells Fargo Bank | | |
| 32. | 2004-QS15 | 211,030,708 | RALI | RFC | Bear, Stearns & Co. Inc. | | Ally Securities | Wells Fargo Bank | | |
| 33. | 2004-QS16 | 528,907,333 | RALI | RFC | RBS Greenwich Capital | | | Wells Fargo Bank | | |
| 34. | 2004-QS2 | 289,122,549 | RALI | RFC | Citigroup | | | Wells Fargo Bank | | |
| 35. | 2004-QS3 | 206,985,957 | RALI | RFC | Citigroup | | Ally Securities | Wells Fargo Bank | | |
| 36. | 2004-QS4 | 316,910,541 | RALI | RFC | RBS Greenwich Capital | | | Wells Fargo Bank | | |
| 37. | 2004-QS5 | 290,284,743 | RALI | RFC | RBS Greenwich Capital | | | Wells Fargo Bank | | |
| 38. | 2004-QS6 | 155,855,377 | RALI | RFC | Bear, Stearns & Co. Inc. | | | Wells Fargo Bank | | |
| 39. | 2004-QS7 | 445,133,845 | RALI | RFC | RBS Greenwich Capital | | | Wells Fargo Bank | | |
| 40. | 2004-QS8 | 268,719,101 | RALI | RFC | Bear, Stearns & Co. Inc. | | Ally Securities | Wells Fargo Bank | | |
| 41. | 2004-QS9 | 104,695,398 | RALI | RFC | Goldman Sachs & Co. | | | Wells Fargo Bank | | |
| 42. | 2004-RS6 | 2,000,000,000 | RALI | RFC | Deutsche Bank Securities | | | Wells Fargo Bank | | |
| 43. | 2004-RS7 | 1,250,000,000 | RAMP | RFC | Deutsche Bank Securities | | | Wells Fargo Bank | | |
| 44. | 2004-RS8 | 1,400,000,000 | RAMP | RFC | Bear, Stearns & Co. Inc. | | | Wells Fargo Bank | | |
| 45. | 2004-RS10 | 1,250,000,000 | RAMP | RFC | Credit Suisse First Boston | | Ally Securities | Wells Fargo Bank | AMBAC | |
| 46. | 2004-RS11 | 925,000,000 | RAMP | RFC | JPMorgan | | | Wells Fargo Bank | | |
| 47. | 2004-RS12 | 975,000,000 | RAMP | RFC | JPMorgan | Ally Securities | | Wells Fargo Bank | | |
| 48. | 2004-RS2 | 875,000,000 | RAMP | RFC | Citigroup | | Ally Securities | Wells Fargo Bank | | |
| 49. | 2004-RS3 | 600,000,000 | RAMP | RFC | JPMorgan | | Ally Securities | Wells Fargo Bank | | |
| 50. | 2004-RS4 | 1,100,000,000 | RAMP | RFC | Bear, Stearns & Co. Inc. | | | Wells Fargo Bank | | |
| 51. | 2004-RS5 | 1,050,000,000 | RAMP | RFC | Credit Suisse First Boston | | Ally Securities | Wells Fargo Bank | AMBAC | |

[1] Principal balance of offered certificates.

[2] For the purpose of this Appendix, Ally Securities is the only disclosed co-underwriter but, in most cases, securitizations had multiple non-affiliated co-underwriters. Ally Securities participated as a co-underwriter in 131 of ResCap's 392 securitizations.

[3] For the purpose of this Appendix, ResCap and AFI affiliates are disclosed when they originated more than 10% of the loan pool (per Regulation AB § 229.1110, which became effective Jan. 1, 2006.) Non-affiliate originators are not disclosed.

Note:

(A) Blank spaces refer to details that are not applicable or undisclosed.

(B) At the time of the securitizations listed above, Ally Securities was doing business as and disclosed in the prospectus supplement as "GMAC-RFC Securities."

(C) At the time of the securitizations listed above, Ally Bank was doing business as and disclosed in the prospectus supplement as "GMAC Bank."

(D) Escrow Bank and Escrow Bank USA are identified, in the prospectus supplements, as an affiliate of GMAC Mortgage. Effective July 1, 2004, Old GMAC Bank assumed the custodial activities from these two entities.

Source: All of the information contained in this Appendix was extracted from the relevant securitization prospectus supplements using either Bloomberg or Intex. Generally, the relevant information is located on the cover page and/or in the summary section of each prospectus supplement, except for custodial information, which can be found in the pooling and servicing section.

Appendix VIII.B—1, Page 2 of 8

**Residential Capital, LLC**
**392 PLS Deal Details**
**2004 – 2007**

| | Deal Name | Orig. Principal Bal. [1] | Depositor | Sponsor/ Master Servicer | Lead Underwriter | Joint Lead Underwriter | Co-Underwriter [2] | Custodian | Monoline Insurer | Affiliate Originators [3] |
|---|---|---|---|---|---|---|---|---|---|---|
| 52 | 2004-RS6 | 1,000,000,000 | RAMP | RFC | JPMorgan | | Ally Securities | Wells Fargo Bank | | |
| 53 | 2004-RS7 | 1,183,656,900 | RAMP | RFC | Bear, Stearns & Co. Inc. | | Ally Securities | Wells Fargo Bank | | |
| 54 | 2004-RS8 | 900,000,000 | RAMP | RFC | Credit Suisse First Boston | | Ally Securities | Wells Fargo Bank | FGIC | |
| 55 | 2004-RS9 | 950,000,000 | RAMP | RFC | JPMorgan | | Ally Securities | Wells Fargo Bank | | |
| 56 | 2004-RZ1 | 465,000,033 | RAMP | RFC | Bear, Stearns & Co. Inc. | | Ally Securities | Wells Fargo Bank | AMBAC | |
| 57 | 2004-RZ2 | 475,000,000 | RAMP | RFC | Banc of America Securities LLC | | Ally Securities | Wells Fargo Bank | FGIC | |
| 58 | 2004-RZ3 | 360,000,000 | RAMP | RFC | RBS Greenwich Capital | | Ally Securities | Wells Fargo Bank | | |
| 59 | 2004-RZ4 | 273,840,000 | RAMP | RFC | Bear, Stearns & Co. Inc. | | | Wells Fargo Bank | | |
| 60 | 2004-SL1 | 631,374,607 | RAMP | RFC | Citigroup | | | Wells Fargo Bank | | |
| 61 | 2004-SL2 | 494,734,406 | RAMP | RFC | Credit Suisse First Boston | | | Wells Fargo Bank | | |
| 62 | 2004-SL3 | 221,964,111 | RAMP | RFC | Citigroup | | | Wells Fargo Bank | | |
| 63 | 2004-SL4 | 205,963,987 | RAMP | RFC | JPMorgan | | | Wells Fargo Bank | | |
| 64 | 2004-KS1 | 950,000,000 | RASC | RFC | Bear, Stearns & Co. Inc. | Deutsche Bank Securities | Ally Securities | Wells Fargo Bank | | |
| 65 | 2004-KS10 | 976,000,000 | RASC | RFC | JPMorgan | | | Wells Fargo Bank | | |
| 66 | 2004-KS11 | 685,650,000 | RASC | RFC | Credit Suisse First Boston | Ally Securities | | Wells Fargo Bank | | |
| 67 | 2004-KS12 | 536,250,000 | RASC | RFC | Banc of America Securities LLC | | Ally Securities | Wells Fargo Bank | | |
| 68 | 2004-KS2 | 990,000,000 | RASC | RFC | Banc of America Securities LLC | Bear, Stearns & Co. Inc. | Ally Securities | Wells Fargo Bank | | |
| 69 | 2004-KS3 | 675,000,000 | RASC | RFC | Citigroup | Credit Suisse First Boston | Ally Securities | Wells Fargo Bank | | |
| 70 | 2004-KS4 | 1,000,000,000 | RASC | RFC | Credit Suisse First Boston | Banc of America Securities LLC | Ally Securities | Wells Fargo Bank | AMBAC | |
| 71 | 2004-KS5 | 1,175,000,000 | RASC | RFC | Citigroup | JPMorgan | Ally Securities | Wells Fargo Bank | | |
| 72 | 2004-KS6 | 1,000,000,000 | RASC | RFC | Bear, Stearns & Co. Inc. | Banc of America Securities LLC | Ally Securities | Wells Fargo Bank | | |
| 73 | 2004-KS7 | 850,000,000 | RASC | RFC | Credit Suisse First Boston | JPMorgan | Ally Securities | Wells Fargo Bank | FGIC | |
| 74 | 2004-KS8 | 600,000,000 | RASC | RFC | Banc of America Securities LLC | Bear, Stearns & Co. Inc. | Ally Securities | Wells Fargo Bank | | |
| 75 | 2004-KS9 | 600,000,000 | RASC | RFC | Citigroup | RBS Greenwich Capital | Ally Securities | Wells Fargo Bank | FGIC | |
| 76 | 2004-IH1 | 227,950,000 | RASC | RFC | Bear, Stearns & Co. Inc. | | Ally Securities | Wells Fargo Bank | | |
| 77 | 2004-H2 | 275,000,000 | RFMSII | RFC | Bear, Stearns & Co. Inc. | | Ally Securities | Wells Fargo Bank | FGIC | |
| 78 | 2004-HI3 | 220,000,000 | RFMSII | RFC | Bear, Stearns & Co. Inc. | | Ally Securities | Wells Fargo Bank | FGIC | |
| 79 | 2004-HS1 | 471,125,000 | RFMSII | RFC | Banc of America Securities LLC | | Ally Securities | Wells Fargo Bank | FGIC | |
| 80 | 2004-HS2 | 604,050,000 | RFMSII | RFC | RBS Greenwich Capital | | Ally Securities | Wells Fargo Bank | MBIA | |
| 81 | 2004-HS3 | 284,000,000 | RFMSII | RFC | Ally Securities | | | Wells Fargo Bank | FGIC | |
| 82 | 2004-PS1 | 100,065,033 | RFMSII | RFC | Ally Securities | | | Wells Fargo Bank | | |
| 83 | 2004-S1 | 306,312,991 | RFMSII | RFC | Citigroup | | | Wells Fargo Bank | | |
| 84 | 2004-S2 | 360,357,143 | RFMSII | RFC | Bear, Stearns & Co. Inc. | | | Wells Fargo Bank | Radian | |
| 85 | 2004-S3 | 227,780,188 | RFMSII | RFC | Citigroup | | | Wells Fargo Bank | | |
| 86 | 2004-S4 | 458,663,379 | RFMSII | RFC | JPMorgan | | | Wells Fargo Bank | MBIA | |
| 87 | 2004-S5 | 421,986,295 | RFMSII | RFC | JPMorgan | | | Wells Fargo Bank | | |
| 88 | 2004-S6 | 525,118,648 | RFMSII | RFC | Merrill Lynch & Co. | | Ally Securities | Wells Fargo Bank | | |
| 89 | 2004-S7 | 103,913,545 | RFMSII | RFC | Citigroup | | Ally Securities | Wells Fargo Bank | | |
| 90 | 2004-S8 | 309,294,901 | RFMSII | RFC | Deutsche Bank Securities | | | Wells Fargo Bank | | |
| 91 | 2004-S9 | 642,878,450 | RFMSII | RFC | Citigroup | | Ally Securities | Wells Fargo Bank | | |
| 92 | 2004-SA1 | 245,427,200 | RFMSII | RFC | Bear, Stearns & Co. Inc. | | | Wells Fargo Bank | | |
| 93 | 2004-RP1A | 199,473,000 | RFMSII | RFC | Deutsche Bank Securities | | | Wells Fargo Bank | | |
| 94 | 2005-AA1 | 260,174,100 | RAMP | GMAC Mortgage | UBS Investment Bank | | | Old GMAC Bank | | Old GMAC Bank |
| 95 | 2005-AF1 | 231,466,322 | RAMP | GMAC Mortgage | Deutsche Bank Securities | | | Old GMAC Bank | | Old GMAC Bank |
| 96 | 2005-AF2 | 292,121,700 | RAMP | GMAC Mortgage | Credit Suisse First Boston | | | Old GMAC Bank | | Old GMAC Bank |
| 97 | 2005-AR1 | 395,770,100 | RAMP | GMAC Mortgage | UBS Investment Bank | | | Old GMAC Bank | | Old GMAC Bank |
| 98 | 2005-AR2 | 453,859,100 | RAMP | GMAC Mortgage | RBS Greenwich Capital | | | Old GMAC Bank | | Old GMAC Bank |
| 99 | 2005-AR3 | 518,480,100 | RAMP | GMAC Mortgage | Morgan Stanley | | | Old GMAC Bank | | Old GMAC Bank |
| 100 | 2005-AR4 | 381,630,100 | RAMP | GMAC Mortgage | Morgan Stanley | | | Old GMAC Bank | | Old GMAC Bank |
| 101 | 2005-AR5 | 932,093,100 | RAMP | GMAC Mortgage | Credit Suisse First Boston | | | Old GMAC Bank | | Old GMAC Bank |
| 102 | 2005-AR6 | 585,769,100 | RAMP | GMAC Mortgage | Bear, Stearns & Co. Inc. | | | Old GMAC Bank | | Old GMAC Bank |

[1] Principal balance of offered certificates.

[2] For the purpose of this Appendix, Ally Securities is the only disclosed co-underwriter but, in most cases, securitizations had multiple non-affiliated co-underwriters. Ally Securities participated as a co-underwriter in 131 of ResCap's 392 securitizations.

[3] For the purpose of this Appendix, ResCap and AFI affiliates are disclosed when they originated more than 10% of the loan pool (per Regulation AB § 229.1110, which became effective Jan. 1, 2006.) Non-affiliate originators are not disclosed.

Note:

(A) Blank spaces refer to details that are not applicable or undisclosed.

(B) At the time of the securitizations listed above, Ally Securities was doing business as and disclosed in the prospectus supplement as "GMAC-RFC Securities."

(C) At the time of the securitizations listed above, Ally Bank was doing business as and disclosed in the prospectus supplement as "GMAC Bank."

(D) Escrow Bank and Escrow Bank CSA are identified, in the prospectus supplements, as an affiliate of GMAC Mortgage. Effective July 1, 2004, Old GMAC Bank assumed the custodial activities from these two entities.

Source: All of the information contained in this Appendix was extracted from the relevant securitization prospectus supplements using either Bloomberg or Intex. Generally, the relevant information is located on the cover page and/or in the summary section of each prospectus supplement, except for custodial information, which can be found in the pooling and servicing section.

Appendix VIII.B—1, Page 3 of 8

**Residential Capital, LLC**
**392 PLS Deal Details**
2004 – 2007

| Deal Name | Orig. Principal Bal.(1) | Depositor | Sponsor/Master Servicer | Lead Underwriter | Joint Lead Underwriter | Co-Underwriter(2) | Custodian | Monoline Insurer | Affiliate Originators(3) |
|---|---|---|---|---|---|---|---|---|---|
| 2005-HE1 | 910,235,000 | RAMP | GMAC Mortgage | JPMorgan | | Ally Securities | Old GMAC Bank | FGIC | Old GMAC Bank |
| 2005-HE2 | 1,113,522,000 | RAMP | GMAC Mortgage | RBS Greenwich Capital | | Ally Securities | Old GMAC Bank | FGIC | Old GMAC Bank |
| 2005-HE3 | 963,680,000 | RAMP | GMAC Mortgage | Bear, Stearns & Co. Inc. | | Ally Securities | Old GMAC Bank | AMBAC | Old GMAC Bank |
| 2005-J1 | 522,873,155 | RAMP | GMAC Mortgage | Bear, Stearns & Co. Inc. | | | Old GMAC Bank | | Old GMAC Bank |
| 2005-RP1 | 343,073,002 | RALI | RFC | Credit Suisse First Boston | Ally Securities | | Wells Fargo Bank | | |
| 2005-RP2 | 301,114,000 | RAMP | RFC | Credit Suisse First Boston | | Ally Securities | Wells Fargo Bank | | |
| 2005-RP3 | 282,542,000 | RAMP | RFC | Deutsche Bank Securities | | Ally Securities | Wells Fargo Bank | | |
| 2005-SP1 | 828,081,356 | RAMP | RFC | JPMorgan | | | Wells Fargo Bank | | |
| 2005-SP2 | 485,904,100 | RAMP | RFC | Merrill Lynch & Co. | | Ally Securities | Wells Fargo Bank | | |
| 2005-SP3 | 284,215,000 | RAMP | RFC | RBS Greenwich Capital | | Ally Securities | Wells Fargo Bank | | |
| 2005-QA1 | 296,716,000 | RALI | RFC | RBS Greenwich Capital | | | Wells Fargo Bank | | |
| 2005-QA10 | 609,941,000 | RALI | RFC | Merrill Lynch & Co. | | | Wells Fargo Bank | | |
| 2005-QA11 | 515,146,300 | RALI | RFC | Deutsche Bank Securities | | | Wells Fargo Bank | | |
| 2005-QA12 | 279,811,100 | RALI | RFC | Citigroup | | | Wells Fargo Bank | | |
| 2005-QA13 | 549,541,100 | RALI | RFC | Deutsche Bank Securities | | | Wells Fargo Bank | | |
| 2005-QA2 | 492,468,900 | RALI | RFC | Citigroup | | | Wells Fargo Bank | | |
| 2005-QA3 | 491,297,300 | RALI | RFC | Ally Securities | | | Wells Fargo Bank | | |
| 2005-QA4 | 515,241,000 | RALI | RFC | Bear, Stearns & Co. Inc. | | | Wells Fargo Bank | | |
| 2005-QA5 | 236,761,800 | RALI | RFC | Ally Securities | | | Wells Fargo Bank | | |
| 2005-QA6 | 565,100,300 | RALI | RFC | Ally Securities | | | Wells Fargo Bank | | |
| 2005-QA7 | 564,692,000 | RALI | RFC | Merrill Lynch & Co. | | | Wells Fargo Bank | | |
| 2005-QA8 | 510,425,700 | RALI | RFC | Ally Securities | | | Wells Fargo Bank | | |
| 2005-QA9 | 638,123,100 | RALI | RFC | UBS Investment Bank | | | Wells Fargo Bank | | |
| 2005-QO1 | 696,206,100 | RALI | RFC | Deutsche Bank Securities | | | Wells Fargo Bank | | |
| 2005-QO2 | 414,647,100 | RALI | RFC | Goldman Sachs & Co. | | | Wells Fargo Bank | | |
| 2005-QO3 | 488,324,200 | RALI | RFC | Ally Securities | | | Wells Fargo Bank | | |
| 2005-QO4 | 776,257,500 | RALI | RFC | RBS Greenwich Capital | | Ally Securities | Wells Fargo Bank | | |
| 2005-QO5 | 1,245,790,100 | RALI | RFC | Deutsche Bank Securities | | | Wells Fargo Bank | | |
| 2005-QS1 | 212,022,179 | RALI | RFC | Bear, Stearns & Co. Inc. | | Ally Securities | Wells Fargo Bank | | |
| 2005-QS10 | 262,689,997 | RALI | RFC | RBS Greenwich Capital | | Ally Securities | Wells Fargo Bank | | |
| 2005-QS11 | 211,400,802 | RALI | RFC | Bear, Stearns & Co. Inc. | | Ally Securities | Wells Fargo Bank | | |
| 2005-QS12 | 522,838,706 | RALI | RFC | Deutsche Bank Securities | | Ally Securities | Wells Fargo Bank | | |
| 2005-QS13 | 631,179,926 | RALI | RFC | Deutsche Bank Securities | | | Wells Fargo Bank | | |
| 2005-QS14 | 608,568,123 | RALI | RFC | RBS Greenwich Capital | | Ally Securities | Wells Fargo Bank | | |
| 2005-QS15 | 426,506,530 | RALI | RFC | RBS Greenwich Capital | | Ally Securities | Wells Fargo Bank | | |
| 2005-QS16 | 422,630,173 | RALI | RFC | Citigroup | | Ally Securities | Wells Fargo Bank | | |
| 2005-QS17 | 533,090,754 | RALI | RFC | RBS Greenwich Capital | | Ally Securities | Wells Fargo Bank | | |
| 2005-QS2 | 210,339,776 | RALI | RFC | RBS Greenwich Capital | | | Wells Fargo Bank | | |
| 2005-QS3 | 470,920,302 | RALI | RFC | Citigroup | | | Wells Fargo Bank | | |
| 2005-QS4 | 209,941,140 | RALI | RFC | RBS Greenwich Capital | | Ally Securities | Wells Fargo Bank | | |
| 2005-QS5 | 211,356,834 | RALI | RFC | Bear, Stearns & Co. Inc. | | Ally Securities | Wells Fargo Bank | | |
| 2005-QS6 | 261,829,909 | RALI | RFC | Citigroup | | Ally Securities | Wells Fargo Bank | Radian | |
| 2005-QS7 | 365,353,615 | RALI | RFC | Citigroup | | Ally Securities | Wells Fargo Bank | | |
| 2005-QS8 | 103,654,895 | RALI | RFC | UBS Investment Bank | | Ally Securities | Wells Fargo Bank | | |
| 2005-QS9 | 366,341,064 | RALI | RFC | Bear, Stearns & Co. Inc. | | Ally Securities | Wells Fargo Bank | | |
| 2005-EFC1 | 1,074,195,000 | RAMP | RFC | | RBS Greenwich Capital | Ally Securities | Wells Fargo Bank | | |
| 2005-EFC2 | 679,331,000 | RAMP | RFC | | Credit Suisse First Boston | Ally Securities | Wells Fargo Bank | | |
| 2005-EFC3 | 731,914,000 | RAMP | RFC | | Credit Suisse First Boston | Ally Securities | Wells Fargo Bank | | |
| 2005-EFC4 | 707,796,000 | RAMP | RFC | Ally Securities | JPMorgan | Ally Securities | Wells Fargo Bank | | |
| 2005-EFC5 | 693,333,000 | RAMP | RFC | Ally Securities | Citigroup | Ally Securities | Wells Fargo Bank | | |
| 2005-EFC6 | 672,696,000 | RAMP | RFC | JPMorgan | Ally Securities | Ally Securities | Wells Fargo Bank | | |

(1) Principal balance of offered certificates.

(2) For the purpose of this Appendix, Ally Securities is the only disclosed co-underwriter but, in most cases, securitizations had multiple non-affiliated co-underwriters. Ally Securities participated as a co-underwriter in 131 of ResCap's 392 securitizations.

(3) For the purpose of this Appendix, ResCap and RFI affiliates are disclosed when they originated more than 10% of the loan pool (per Regulation AB § 229.1110, which became effective Jan. 1, 2006.) Non-affiliate originators are not disclosed.

Note:

(A) Blank spaces refer to details that are not applicable or undisclosed.

(B) At the time of the securitizations listed above, Ally Securities was doing business as and disclosed in the prospectus supplement as "GMAC-RFC Securities."

(C) At the time of the securitizations listed above, Ally Bank was doing business as and disclosed in the prospectus supplement as "GMAC Bank."

(D) Escrow Bank and Escrow Bank CSA are identified, in the prospectus supplements, as an affiliate of GMAC Mortgage. Effective July 1, 2004, Old GMAC Bank assumed the custodial activities from these two entities.

Source: All of the information contained in this Appendix was extracted from the relevant securitization prospectus supplements using either Bloomberg or Intex. Generally, the relevant information is located on the cover page and/or in the summary section of each prospectus supplement, except for custodial information, which can be found in the pooling and servicing section.

Appendix VIII.B—1, Page 4 of 8

**Residential Capital, LLC**
**392 PLS Deal Details**
2004 – 2007

| | Deal Name | Orig. Principal Bal. [1] | Depositor | Sponsor/ Master Servicer | Lead Underwriter | Joint Lead Underwriter | Co-Underwriter [2] | Custodian | Monoline Insurer | Affiliate Originator(s) [3] |
|---|---|---|---|---|---|---|---|---|---|---|
| 154 | 2005-EFC7 | 680,175,000 | RAMP | RFC | Ally Securities | Barclays Capital | | Wells Fargo Bank | FGIC | |
| 155 | 2005-NC1 | 870,750,000 | RAMP | RFC | Credit Suisse First Boston | Ally Securities | | Wells Fargo Bank | FGIC | |
| 156 | 2005-RS1 | 975,000,000 | RAMP | RFC | RBS Greenwich Capital | | Ally Securities | Wells Fargo Bank | | |
| 157 | 2005-RS2 | 725,000,000 | RAMP | RFC | RBS Greenwich Capital | Credit Suisse First Boston | Ally Securities | Wells Fargo Bank | | |
| 158 | 2005-RS3 | 724,455,000 | RAMP | RFC | Bear, Stearns & Co. Inc. | | Ally Securities | Wells Fargo Bank | | |
| 159 | 2005-RS4 | 510,037,000 | RAMP | RFC | RBS Greenwich Capital | Credit Suisse First Boston | Ally Securities | Wells Fargo Bank | | |
| 160 | 2005-RS5 | 490,000,000 | RAMP | RFC | Bear, Stearns & Co. Inc. | | Ally Securities | Wells Fargo Bank | | |
| 161 | 2005-RS6 | 1,178,400,000 | RAMP | RFC | Credit Suisse First Boston | Ally Securities | | Wells Fargo Bank | | |
| 162 | 2005-RS7 | 485,500,000 | RAMP | RFC | Banc of America Securities LLC | Ally Securities | | Wells Fargo Bank | | |
| 163 | 2005-RS8 | 651,368,000 | RAMP | RFC | RBS Greenwich Capital | Ally Securities | | Wells Fargo Bank | | |
| 164 | 2005-RS9 | 1,179,000,000 | RAMP | RFC | Bear, Stearns & Co. Inc. | Credit Suisse First Boston | Ally Securities | Wells Fargo Bank | FGIC | |
| 165 | 2005-RZ1 | 199,874,000 | RAMP | RFC | RBS Greenwich Capital | | Ally Securities | Wells Fargo Bank | | |
| 166 | 2005-RZ2 | 323,670,000 | RAMP | RFC | RBS Greenwich Capital | | | Wells Fargo Bank | | |
| 167 | 2005-RZ3 | 340,025,000 | RAMP | RFC | Bear, Stearns & Co. Inc. | | | Wells Fargo Bank | | |
| 168 | 2005-RZ4 | 407,363,000 | RAMP | RFC | Bear, Stearns & Co. Inc. | | | Wells Fargo Bank | | |
| 169 | 2005-SL1 | 365,173,350 | RAMP | RFC | Ally Securities | | | Wells Fargo Bank | | |
| 170 | 2005-SL2 | 163,118,406 | RAMP | RFC | Ally Securities | | | Wells Fargo Bank | | |
| 171 | 2005-AHL1 | 463,670,000 | RAMP | RFC | Ally Securities | | | Wells Fargo Bank | | |
| 172 | 2005-AHL2 | 434,239,000 | RASC | RFC | Ally Securities | | | Wells Fargo Bank | | |
| 173 | 2005-AHL3 | 485,750,000 | RASC | RFC | Ally Securities | | | Wells Fargo Bank | | |
| 174 | 2005-EMX1 | 783,200,000 | RASC | RFC | Ally Securities | Banc of America Securities LLC | | Wells Fargo Bank | | |
| 175 | 2005-EMX2 | 614,026,000 | RASC | RFC | Ally Securities | Banc of America Securities LLC | | Wells Fargo Bank | | |
| 176 | 2005-EMX3 | 674,450,000 | RASC | RFC | Ally Securities | Credit Suisse First Boston | | Wells Fargo Bank | | |
| 177 | 2005-EMX4 | 492,597,000 | RASC | RFC | Ally Securities | Barclays Capital | | Wells Fargo Bank | | |
| 178 | 2005-EMX5 | 380,000,000 | RASC | RFC | Ally Securities | | | Wells Fargo Bank | FGIC | |
| 179 | 2005-KS1 | 708,840,000 | RASC | RFC | Credit Suisse First Boston | Ally Securities | | Wells Fargo Bank | | |
| 180 | 2005-KS10 | 1,283,956,000 | RASC | RFC | JPMorgan | Ally Securities | | Wells Fargo Bank | | |
| 181 | 2005-KS11 | 1,319,290,000 | RASC | RFC | Credit Suisse First Boston | Ally Securities | | Wells Fargo Bank | | |
| 182 | 2005-KS12 | 1,117,225,000 | RASC | RFC | Banc of America Securities LLC | RBS Greenwich Capital | Ally Securities | Wells Fargo Bank | | |
| 183 | 2005-KS2 | 543,400,000 | RASC | RFC | Credit Suisse First Boston | RBS Greenwich Capital | | Wells Fargo Bank | | |
| 184 | 2005-KS3 | 401,455,000 | RASC | RFC | RBS Greenwich Capital | | | Wells Fargo Bank | | |
| 185 | 2005-KS4 | 399,883,000 | RASC | RFC | Credit Suisse First Boston | | | Wells Fargo Bank | | |
| 186 | 2005-KS5 | 392,606,000 | RASC | RFC | JPMorgan | | | Wells Fargo Bank | | |
| 187 | 2005-KS6 | 587,158,000 | RASC | RFC | Citigroup | | | Wells Fargo Bank | | |
| 188 | 2005-KS7 | 387,600,000 | RASC | RFC | JPMorgan | Ally Securities | | Wells Fargo Bank | | |
| 189 | 2005-KS8 | 1,165,800,000 | RASC | RFC | JPMorgan | | | Wells Fargo Bank | | |
| 190 | 2005-KS9 | 477,750,000 | RASC | RFC | JPMorgan | | | Wells Fargo Bank | | |
| 191 | 2005-S1 | 461,189,645 | RFMSI | RFC | Bear, Stearns & Co. Inc. | | | Wells Fargo Bank | | |
| 192 | 2005-S2 | 259,835,190 | RFMSI | RFMSI | Goldman Sachs & Co. | | | Wells Fargo Bank | FGIC | |
| 193 | 2005-S3 | 182,545,268 | RFMSI | RFMSI | Citigroup | | Ally Securities | Wells Fargo Bank | | |
| 194 | 2005-S4 | 257,539,881 | RFMSI | RFMSI | Ally Securities | | Ally Securities | Wells Fargo Bank | | |
| 195 | 2005-S5 | 256,944,473 | RFMSI | RFMSI | Bear, Stearns & Co. Inc. | | | Wells Fargo Bank | | |
| 196 | 2005-S6 | 410,795,358 | RFMSI | RFMSI | Citigroup | | | Wells Fargo Bank | Assured | |
| 197 | 2005-S7 | 309,385,434 | RFMSI | RFMSI | Credit Suisse First Boston | | | Wells Fargo Bank | FGIC | |
| 198 | 2005-S8 | 309,843,505 | RFMSI | RFMSI | Ally Securities | | | Wells Fargo Bank | | |
| 199 | 2005-S9 | 364,215,596 | RFMSI | RFMSI | RBS Greenwich Capital | | Ally Securities | Wells Fargo Bank | | |
| 200 | 2005-SA1 | 292,853,100 | RFMSI | RFMSI | Bear, Stearns & Co. Inc. | | | Wells Fargo Bank | | |
| 201 | 2005-SA2 | 497,260,200 | RFMSI | RFMSI | Credit Suisse First Boston | | | Wells Fargo Bank | | |
| 202 | 2005-SA3 | 668,898,300 | RFMSI | RFMSI | Goldman Sachs & Co. | | | Wells Fargo Bank | | |
| 203 | 2005-SA4 | 841,547,200 | RFMSI | RFMSI | RBS Greenwich Capital | | | Wells Fargo Bank | | |
| 204 | 2005-SA5 | 351,266,300 | RFMSI | RFMSI | Ally Securities | | | Wells Fargo Bank | | |

(1) Principal balance of offered certificates.

(2) For the purpose of this Appendix, Ally Securities is the only disclosed co-underwriter but, in most cases, securitizations had multiple non-affiliated co-underwriters. Ally Securities participated as a co-underwriter in 131 of ResCap's 392 securitizations.

(3) For the purpose of this Appendix, ResCap and FFI affiliates are disclosed when they originated more than 10% of the loan pool (per Regulation AB § 229.1110, which became effective Jan. 1, 2006.) Non-affiliate originators are not disclosed.

Note:

(A) Blank spaces refer to details that are not applicable or undisclosed.

(B) At the time of the securitizations listed above, Ally Securities was doing business as and disclosed in the prospectus supplement as "GMAC-RFC Securities."

(C) At the time of the securitizations listed above, Ally Bank was doing business as and disclosed in the prospectus supplement as "GMAC Bank."

(D) Escrow Bank and Escrow Bank GSX are identified, in the prospectus supplements, as an affiliate of GMAC Mortgage. Effective July 1, 2004, Old GMAC Bank assumed the custodial activities from these two entities.

Source: All of the information contained in this Appendix was extracted from the relevant securitization prospectus supplements using either Bloomberg or Intex. Generally, the relevant information is located on the cover page and/or in the summary section of each prospectus supplement, except for custodial information, which can be found in the pooling and servicing section.

## Appendix VIII.B—1, Page 5 of 8

**Residential Capital, LLC**
**392 PLS Deal Details**
**2004 – 2007**

| | Deal Name | Orig. Principal Bal. (1) | Depositor | Sponsor/ Master Servicer | Lead Underwriter | Joint Lead Underwriter | Co-Underwriter (2) | Custodian | Monoline Insurer | Affiliate Originator(s) (3) |
|---|---|---|---|---|---|---|---|---|---|---|
| 205. | 2005-HI1 | 240,000,000 | RFMSII | RFC | Bear, Stearns & Co. Inc. | | Ally Securities | Wells Fargo Bank | FGIC | |
| 206. | 2005-HI2 | 240,000,000 | RFMSII | RFC | Bear, Stearns & Co. Inc. | | Ally Securities | Wells Fargo Bank | | |
| 207. | 2005-HI3 | 224,887,200 | RFMSII | RFC | Ally Securities | | | Wells Fargo Bank | | |
| 208. | 2005-HS1 | 853,750,900 | RFMSII | RFC | Credit Suisse First Boston | | | Wells Fargo Bank | FGIC | |
| 209. | 2005-HS2 | 577,062,500 | RFMSII | RFC | Banc of America Securities LLC | | Ally Securities | Wells Fargo Bank | FGIC | |
| 210. | 2005-HSA1 | 278,847,000 | RFMSII | RFC | Ally Securities | Bear, Stearns & Co. Inc. | | Wells Fargo Bank | FGIC | |
| 211. | 2006-AR1 | 502,050,100 | RAMP | GMAC Mortgage | Goldman Sachs & Co. | Banc of America Securities LLC | | Old GMAC Bank | | GMAC Mortgage & Old GMAC Bank |
| 212. | 2006-AR2 | 368,146,200 | RAMP | GMAC Mortgage | Ally Securities | | | Old GMAC Bank | | GMAC Mortgage & Old GMAC Bank |
| 213. | 2006-HI1 | 1,274,150,000 | RAMP | GMAC Mortgage | JPMorgan | | Ally Securities | Old GMAC Bank | FGIC | GMAC Mortgage & Old GMAC Bank |
| 214. | 2006-HI2 | 626,240,000 | RAMP | GMAC Mortgage | RBS Greenwich Capital | | Ally Securities | Old GMAC Bank | FGIC | GMAC Mortgage & Old GMAC Bank |
| 215. | 2006-HI3 | 1,142,334,000 | RAMP | GMAC Mortgage | JPMorgan | | Ally Securities | Old GMAC Bank | FGIC | GMAC Mortgage & Old GMAC Bank |
| 216. | 2006-HI4 | 1,136,222,000 | RAMP | GMAC Mortgage | Bear, Stearns & Co. Inc. | | Ally Securities | Old GMAC Bank | MBIA | GMAC Mortgage & Old GMAC Bank |
| 217. | 2006-HI5 | 1,244,450,900 | RAMP | GMAC Mortgage | RBS Greenwich Capital | | Ally Securities | Ally Bank | FGIC | GMAC Mortgage & Ally Bank |
| 218. | 2006-HLTV1 | 229,865,170 | RAMP | GMAC Mortgage | Bear, Stearns & Co. Inc. | | Ally Securities | Ally Bank | FGIC | |
| 219. | 2006-J1 | 546,153,384 | RAMP | GMAC Mortgage | Citigroup | | | Ally Bank | | GMAC Mortgage & Ally Bank |
| 220. | 2006-RP1 | 292,950,000 | RFC | RFC | RBS Greenwich Capital | | Ally Securities | Wells Fargo Bank | | |
| 221. | 2006-RP2 | 316,981,000 | RFC | RFC | Credit Suisse | | | Wells Fargo Bank | | |
| 222. | 2006-RP3 | 290,391,000 | RFC | RFC | RBS Greenwich Capital | | Ally Securities | Wells Fargo Bank | | |
| 223. | 2006-RP4 | 357,267,000 | RFC | RFC | Ally Securities | | | Wells Fargo Bank | | |
| 224. | 2006-RS1 | 275,925,000 | RFC | RFC | Merrill Lynch & Co. | Deutsche Bank Securities | | Wells Fargo Bank | | |
| 225. | 2006-S82 | 348,115,000 | RFC | RFC | Merrill Lynch & Co. | | Ally Securities | Wells Fargo Bank | | |
| 226. | 2006-S83 | 291,802,000 | RFC | RFC | Credit Suisse First Boston | Ally Securities | | Wells Fargo Bank | | |
| 227. | 2006-S84 | 303,913,000 | RFC | RFC | Lehman Brothers | Ally Securities | | Wells Fargo Bank | | |
| 228. | 2006-SA1 | 593,155,000 | RFC | RFC | Merrill Lynch & Co. | | | Wells Fargo Bank | | Homecomings Financial |
| 229. | 2006-QA1 | 375,502,000 | RALI | RFC | Ally Securities | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 230. | 2006-QA10 | 372,431,000 | RALI | RFC | Ally Securities | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 231. | 2006-QA2 | 386,927,100 | RALI | RFC | Citigroup | | | Wells Fargo Bank | | Homecomings Financial |
| 232. | 2006-QA3 | 398,490,000 | RALI | RFC | Deutsche Bank Securities | | | Wells Fargo Bank | | Homecomings Financial |
| 233. | 2006-QA4 | 308,442,000 | RALI | RFC | Ally Securities | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 234. | 2006-QA5 | 694,084,100 | RALI | RFC | Morgan Stanley | | | Wells Fargo Bank | | Homecomings Financial |
| 235. | 2006-QA6 | 622,965,000 | RALI | RFC | Goldman Sachs & Co. | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 236. | 2006-QA7 | 588,151,000 | RALI | RFC | Ally Securities | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 237. | 2006-QA8 | 795,053,000 | RALI | RFC | Ally Securities | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 238. | 2006-QA9 | 369,193,000 | RALI | RFC | Credit Suisse First Boston | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 239. | 2006-QH1 | 337,953,000 | RALI | RFC | Goldman Sachs & Co. | | | Wells Fargo Bank | | Homecomings Financial |
| 240. | 2006-QO1 | 881,346,100 | RALI | RFC | Goldman Sachs & Co. | | | Wells Fargo Bank | AMBAC | Homecomings Financial |
| 241. | 2006-QO10 | 889,857,000 | RALI | RFC | Goldman Sachs & Co. | | | Wells Fargo Bank | | Homecomings Financial |
| 242. | 2006-QO2 | 665,486,000 | RALI | RFC | Goldman Sachs & Co. | | | Wells Fargo Bank | | Homecomings Financial |
| 243. | 2006-QO3 | 648,833,000 | RALI | RFC | Goldman Sachs & Co. | | | Wells Fargo Bank | | Homecomings Financial |
| 244. | 2006-QO4 | 843,226,000 | RALI | RFC | RBS Greenwich Capital | | | Wells Fargo Bank | XL Capital | Homecomings Financial |
| 245. | 2006-QO5 | 1,071,587,000 | RALI | RFC | UBS Investment Bank | | | Wells Fargo Bank | | Homecomings Financial |
| 246. | 2006-QO6 | 1,290,297,000 | RALI | RFC | Goldman Sachs & Co. | | | Wells Fargo Bank | | Homecomings Financial |
| 247. | 2006-QO7 | 1,542,440,000 | RALI | RFC | UBS Investment Bank | | | Wells Fargo Bank | | Homecomings Financial |
| 248. | 2006-QO8 | 1,288,119,000 | RALI | RFC | Lehman Brothers | | | Wells Fargo Bank | | Homecomings Financial |
| 249. | 2006-QO9 | 890,657,000 | RALI | RFC | Lehman Brothers | | | Wells Fargo Bank | | Homecomings Financial |
| 250. | 2006-QS1 | 319,795,465 | RALI | RFC | Bear, Stearns & Co. Inc. | | | Wells Fargo Bank | | Homecomings Financial |
| 251. | 2006-QS10 | 527,197,330 | RALI | RFC | Bear, Stearns & Co. Inc. | | | Wells Fargo Bank | | Homecomings Financial |
| 252. | 2006-QS11 | 742,487,542 | RALI | RFC | Deutsche Bank Securities | | | Wells Fargo Bank | | Homecomings Financial |
| 253. | 2006-QS12 | 534,254,761 | RALI | RFC | Credit Suisse Securities (USA) LLC | | Ally Securities | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 254. | 2006-QS13 | 653,546,697 | RALI | RFC | Merrill Lynch & Co. | | Ally Securities | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 255. | 2006-QS14 | 743,878,961 | RALI | RFC | Barclays Capital | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |

(1) Principal balance of offered certificates.

(2) For the purpose of this Appendix, Ally Securities is the only disclosed co-underwriter but, in most cases, securitizations had multiple non-affiliated co-underwriters. Ally Securities participated as a co-underwriter in 131 of ResCap's 392 securitizations.

(3) For the purpose of this Appendix, ResCap and RFI affiliates are disclosed when they originated more than 10% of the loan pool (per Regulation AB § 229.1110, which became effective Jan. 1, 2006.) Non-affiliate originators are not disclosed.

Note:

(A) Blank spaces refer to details that are not applicable or undisclosed.

(B) At the time of the securitizations listed above, Ally Securities was doing business as and disclosed in the prospectus supplement as "GMAC-RFC Securities."

(C) At the time of the securitizations listed above, Ally Bank was doing business as and disclosed in the prospectus supplement as "GMAC Bank."

(D) Escrow Bank and Escrow Bank GSA are identified, in the prospectus supplements, as an affiliate of GMAC Mortgage. Effective July 1, 2004, Old GMAC Bank assumed the custodial activities from these two entities.

Source: All of the information contained in this Appendix was extracted from the relevant securitization prospectus supplements using either Bloomberg or Intex. Generally, the relevant information is located on the cover page and/or in the summary section of each prospectus supplement, except for custodial information, which can be found in the pooling and servicing section.

Appendix VIII.B—1, Page 6 of 8

**Residential Capital, LLC**
**392 PLS Deal Details**
**2004 – 2007**

| # | Deal Name | Orig. Principal Bal. [A] | Depositor | Sponsor/ Master Servicer | Lead Underwriter | Joint Lead Underwriter | Co-Underwriter [1] | Monoline Insurer | Custodian | Affiliate Originator(s) [2] |
|---|---|---|---|---|---|---|---|---|---|---|
| 256 | 2006-QS15 | 551,036,673 | RALI | RFC | UBS Investment Bank | | | | Wells Fargo Bank | GMAC Mortgage & Homecomings Financial |
| 257 | 2006-QS16 | 741,550,739 | RALI | RFC | RBS Greenwich Capital | | | | Wells Fargo Bank | GMAC Mortgage & Homecomings Financial |
| 258 | 2006-QS17 | 530,024,465 | RALI | RFC | Merrill Lynch & Co. | | | | Wells Fargo Bank | GMAC Mortgage & Homecomings Financial |
| 259 | 2006-QS18 | 1,164,635,393 | RALI | RFC | Deutsche Bank Securities | | Ally Securities | | Wells Fargo Bank | GMAC Mortgage & Homecomings Financial |
| 260 | 2006-QS2 | 871,269,169 | RALI | RFC | Deutsche Bank Securities | | Ally Securities | | Wells Fargo Bank | GMAC Mortgage & Homecomings Financial |
| 261 | 2006-QS3 | 958,193,146 | RALI | RFC | Deutsche Bank Securities | | | | Wells Fargo Bank | Homecomings Financial |
| 262 | 2006-QS4 | 742,857,344 | RALI | RFC | Citigroup | | | | Wells Fargo Bank | Homecomings Financial |
| 263 | 2006-QS5 | 688,897,295 | RALI | RFC | Merrill Lynch & Co. | | | | Wells Fargo Bank | Homecomings Financial |
| 264 | 2006-QS6 | 848,580,819 | RALI | RFC | RBS Greenwich Capital | | Ally Securities | | Wells Fargo Bank | GMAC Mortgage & Homecomings Financial |
| 265 | 2006-QS7 | 530,520,315 | RALI | RFC | Citigroup | | | | Wells Fargo Bank | GMAC Mortgage & Homecomings Financial |
| 266 | 2006-QS8 | 953,782,554 | RALI | RFC | Citigroup | | Ally Securities | | Wells Fargo Bank | Homecomings Financial |
| 267 | 2006-QS9 | 533,995,889 | RALI | RFC | Deutsche Bank Securities | | Ally Securities | | Wells Fargo Bank | Homecomings Financial |
| 268 | 2006-EFC1 | 59,225,000 | RAMP | RFC | Ally Securities | Banc of America Securities LLC | | | Wells Fargo Bank | |
| 269 | 2006-EFC2 | 383,200,000 | RAMP | RFC | Ally Securities | | | | Wells Fargo Bank | |
| 270 | 2006-NC1 | 536,800,000 | RAMP | RFC | Ally Securities | | | | Wells Fargo Bank | |
| 271 | 2006-NC2 | 737,360,000 | RAMP | RFC | JPMorgan | | Ally Securities | | Wells Fargo Bank | |
| 272 | 2006-NC3 | 504,920,000 | RAMP | RFC | Ally Securities | | | | Wells Fargo Bank | |
| 273 | 2006-RS1 | 1,173,600,000 | RAMP | RFC | Credit Suisse First Boston | Deutsche Bank Securities | | | Wells Fargo Bank | |
| 274 | 2006-RS2 | 785,601,000 | RAMP | RFC | Banc of America Securities LLC | Ally Securities | | | Wells Fargo Bank | |
| 275 | 2006-RS3 | 741,604,000 | RAMP | RFC | RBS Greenwich Capital | Ally Securities | | | Wells Fargo Bank | |
| 276 | 2006-RS4 | 887,538,000 | RAMP | RFC | RBS Greenwich Capital | Ally Securities | | | Wells Fargo Bank | GMAC Mortgage & Homecomings Financial |
| 277 | 2006-RS5 | 382,590,000 | RAMP | RFC | Deutsche Bank Securities | Ally Securities | | | Wells Fargo Bank | GMAC Mortgage |
| 278 | 2006-RS6 | 368,997,000 | RAMP | RFC | Deutsche Bank Securities | | | | Wells Fargo Bank | GMAC Mortgage & Homecomings Financial |
| 279 | 2006-RZ1 | 483,750,000 | RAMP | RFC | RBS Greenwich Capital | Barclays Capital | | | Wells Fargo Bank | Homecomings Financial |
| 280 | 2006-RZ2 | 368,625,000 | RAMP | RFC | Bear, Stearns & Co. Inc. | Ally Securities | | | Wells Fargo Bank | Homecomings Financial |
| 281 | 2006-RZ3 | 688,345,000 | RAMP | RFC | Banc of America Securities LLC | Ally Securities | | | Wells Fargo Bank | Homecomings Financial |
| 282 | 2006-RZ4 | 853,340,000 | RAMP | RFC | Credit Suisse First Boston | Ally Securities | | | Wells Fargo Bank | GMAC Mortgage & Homecomings Financial |
| 283 | 2006-RZ5 | 505,080,000 | RAMP | RFC | Credit Suisse First Boston | | | | Wells Fargo Bank | GMAC Mortgage & Homecomings Financial |
| 284 | 2006-EMX1 | 424,600,000 | RASC | RFC | Ally Securities | Citigroup | | | Wells Fargo Bank | |
| 285 | 2006-EMX2 | 550,050,000 | RASC | RFC | Ally Securities | Barclays Capital | | | Wells Fargo Bank | |
| 286 | 2006-EMX3 | 773,600,000 | RASC | RFC | Ally Securities | Citigroup | | | Wells Fargo Bank | |
| 287 | 2006-EMX4 | 661,710,000 | RASC | RFC | Ally Securities | RBS Greenwich Capital | | | Wells Fargo Bank | |
| 288 | 2006-EMX5 | 580,200,000 | RASC | RFC | Ally Securities | Barclays Capital | | | Wells Fargo Bank | |
| 289 | 2006-EMX6 | 620,490,000 | RASC | RFC | Ally Securities | JPMorgan | | | Wells Fargo Bank | |
| 290 | 2006-EMX7 | 495,300,000 | RASC | RFC | Ally Securities | JPMorgan | | | Wells Fargo Bank | |
| 291 | 2006-EMX8 | 698,610,000 | RASC | RFC | Ally Securities | Barclays Capital | | | Wells Fargo Bank | |
| 292 | 2006-EMX9 | 728,840,000 | RASC | RFC | Ally Securities | Barclays Capital | | | Wells Fargo Bank | |
| 293 | 2006-KS1 | 840,115,000 | RASC | RFC | RBS Greenwich Capital | JPMorgan | Ally Securities | | Wells Fargo Bank | Homecomings Financial |
| 294 | 2006-KS2 | 977,500,000 | RASC | RFC | Ally Securities | RBS Greenwich Capital | | | Wells Fargo Bank | Homecomings Financial |
| 295 | 2006-KS3 | 1,125,850,000 | RASC | RFC | Citigroup | | | | Wells Fargo Bank | Homecomings Financial |
| 296 | 2006-KS4 | 680,761,000 | RASC | RFC | Citigroup | | | | Wells Fargo Bank | Homecomings Financial |
| 297 | 2006-KS5 | 679,700,000 | RASC | RFC | RBS Greenwich Capital | | | | Wells Fargo Bank | Homecomings Financial |
| 298 | 2006-KS6 | 523,655,000 | RASC | RFC | JPMorgan | | | | Wells Fargo Bank | Homecomings Financial |
| 299 | 2006-KS7 | 532,675,000 | RASC | RFC | JPMorgan | | | | Wells Fargo Bank | Homecomings Financial |
| 300 | 2006-KS8 | 535,851,000 | RASC | RFC | Barclays Capital | | | | Wells Fargo Bank | Homecomings Financial |
| 301 | 2006-KS9 | 1,197,119,000 | RASC | RFC | Barclays Capital | | | | Wells Fargo Bank | Homecomings Financial |
| 302 | 2006-S1 | 363,784,732 | RFMSI | RFC | RBS Greenwich Capital | | Ally Securities | | Wells Fargo Bank | Homecomings Financial |
| 303 | 2006-S10 | 1,082,079,770 | RFMSI | RFC | Citigroup | | | | Wells Fargo Bank | GMAC Mortgage & Homecomings Financial |
| 304 | 2006-S11 | 619,488,659 | RFMSI | RFC | Citigroup | | Ally Securities | | Wells Fargo Bank | GMAC Mortgage & Homecomings Financial |
| 305 | 2006-S12 | 1,197,490,378 | RFMSI | RFC | RBS Greenwich Capital | | Ally Securities | | Wells Fargo Bank | GMAC Mortgage & Homecomings Financial |
| 306 | 2006-S2 | 259,984,012 | RFMSI | RFC | UBS Investment Bank | | | | Wells Fargo Bank | Homecomings Financial |

[A] Principal balance of offered certificates.

[1] For the purpose of this Appendix, Ally Securities is the only disclosed co-underwriter but, in most cases, securitizations had multiple non-affiliated co-underwriters. Ally Securities participated as a co-underwriter in 131 of ResCap's 392 securitizations.

[2] For the purpose of this Appendix, ResCap and AFI affiliates are disclosed when they originated more than 10% of the loan pool (per Regulation AB § 229.1110, which became effective Jan. 1, 2006.) Non-affiliate originators are not disclosed.

Note:

(A) Blank spaces refer to details that are not applicable or undisclosed.

(B) At the time of the securitizations listed above, Ally Securities was doing business as and disclosed in the prospectus supplement as "GMAC-RFC Securities."

(C) At the time of the securitizations listed above, Ally Bank was doing business as and disclosed in the prospectus supplement as "GMAC Bank."

(D) Escrow Bank and Escrow Bank USA are identified, in the prospectus supplements, as an affiliate of GMAC Mortgage. Effective July 1, 2004, Old GMAC Bank assumed the custodial activities from these two entities.

Source: All of the information contained in this Appendix was extracted from the relevant securitization prospectus supplements using either Bloomberg or Intex. Generally, the relevant information is located on the cover page and/or in the summary section of each prospectus supplement, except for custodial information, which can be found in the pooling and servicing section.

## Appendix VIII.B—1, Page 7 of 8

**Residential Capital, LLC**
**392 PLS Deal Details**
**2004—2007**

| # | Deal Name | Orig. Principal Bal. (1) | Depositor | Sponsor/Master Servicer | Lead Underwriter | Joint Lead Underwriter | Co-Underwriter (2) | Custodian | Monoline Insurer | Affiliate Originator(s) (3) |
|---|---|---|---|---|---|---|---|---|---|---|
| 307 | 2006-S3 | 335,748,907 | RFMSI | RFC | Citigroup | | | Wells Fargo Bank | | Homecomings Financial |
| 308 | 2006-S4 | 312,034,000 | RFMSI | RFC | RBS Greenwich Capital | | | Wells Fargo Bank | | Homecomings Financial |
| 309 | 2006-S5 | 674,010,134 | RFMSI | RFC | RBS Greenwich Capital | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 310 | 2006-S6 | 595,956,340 | RFMSI | RFC | Morgan Stanley | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 311 | 2006-S7 | 466,833,246 | RFMSI | RFC | RBS Greenwich Capital | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 312 | 2006-S8 | 413,772,647 | RFMSI | RFC | BNP Paribas Securities Corp. | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 313 | 2006-S9 | 439,663,894 | RFMSI | RFC | RBS Greenwich Capital | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 314 | 2006-SA1 | 272,304,100 | RFMSI | RFC | RBS Greenwich Capital | | | Wells Fargo Bank | | Homecomings Financial |
| 315 | 2006-SA2 | 784,980,150 | RFMSI | RFC | Goldman Sachs & Co. | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 316 | 2006-SA3 | 348,770,100 | RFMSI | RFC | Banc of America Securities LLC | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 317 | 2006-SA4 | 278,888,100 | RFMSI | RFC | Credit Suisse | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 318 | 2006-H1 | 214,186,000 | RFMSI | RFC | Banc of America Securities LLC | | Ally Securities | Wells Fargo Bank | | Homecomings Financial |
| 319 | 2006-H2 | 217,391,000 | RFMSI | RFC | Bear, Stearns & Co. Inc. | | Ally Securities | Wells Fargo Bank | FGIC | Homecomings Financial |
| 320 | 2006-H3 | 223,158,000 | RFMSI | RFC | Bear, Stearns & Co. Inc. | | Ally Securities | Wells Fargo Bank | FGIC | GMAC Mortgage & Homecomings Financial |
| 321 | 2006-H4 | 272,693,000 | RFMSI | RFC | Bear, Stearns & Co. Inc. | | Ally Securities | Wells Fargo Bank | FGIC | GMAC Mortgage & Homecomings Financial |
| 322 | 2006-HI5 | 247,469,000 | RFMSI | RFC | Ally Securities | | | Wells Fargo Bank | FGIC | Homecomings Financial |
| 323 | 2006-HSA1 | 461,444,000 | RFMSI | RFC | Bear, Stearns & Co. Inc. | Ally Securities | | Wells Fargo Bank | FGIC | Homecomings Financial |
| 324 | 2006-HSA2 | 447,900,000 | RFMSI | RFC | Credit Suisse | Ally Securities | | Wells Fargo Bank | FGIC | Homecomings Financial |
| 325 | 2006-HSA3 | 201,014,000 | RFMSI | RFC | RBS Greenwich Capital | Ally Securities | | Wells Fargo Bank | FSA | Homecomings Financial |
| 326 | 2006-HSA4 | 402,118,000 | RFMSI | RFC | Citigroup | Ally Securities | | Wells Fargo Bank | MBIA | Homecomings Financial |
| 327 | 2006-HSA5 | 295,648,000 | RFMSI | RFC | Goldman Sachs & Co. | Ally Securities | | Wells Fargo Bank | MBIA | Homecomings Financial |
| 328 | 2007-HE1 | 1,185,871,000 | RAMP | GMAC Mortgage | JPMorgan | | | Ally Bank | MBIA | GMAC Mortgage & Ally Bank |
| 329 | 2007-HE2 | 1,240,884,000 | RAMP | GMAC Mortgage | | RBS Greenwich Capital | | Ally Bank | MBIA | GMAC Mortgage & Ally Bank |
| 330 | 2007-HE3 | 350,580,000 | RAMP | GMAC Mortgage | Ally Securities | | | Ally Bank | FGIC | GMAC Mortgage & Ally Bank |
| 331 | 2007-RP1 | 334,361,000 | RAMP | RFC | Ally Securities | | | Wells Fargo Bank | | |
| 332 | 2007-RP2 | 263,289,000 | RAMP | RFC | RBS Greenwich Capital | Ally Securities | | Wells Fargo Bank | | |
| 333 | 2007-RP3 | 346,640,000 | RAMP | RFC | Ally Securities | Ally Securities | | Wells Fargo Bank | | |
| 334 | 2007-RP4 | 239,164,000 | RAMP | RFC | Credit Suisse | Ally Securities | | Wells Fargo Bank | | |
| 335 | 2007-SP1 | 346,555,000 | RAMP | RFC | Barclays Capital | Ally Securities | | Wells Fargo Bank | | |
| 336 | 2007-SP2 | 279,284,000 | RAMP | RFC | Lehman Brothers | Ally Securities | | Wells Fargo Bank | | |
| 337 | 2007-SP3 | 298,114,000 | RAMP | RFC | Deutsche Bank Securities | Ally Securities | | Wells Fargo Bank | | |
| 338 | 2007-QA1 | 410,069,000 | RALI | RFC | RBS Greenwich Capital | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 339 | 2007-QA2 | 366,984,000 | RALI | RFC | Credit Suisse | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 340 | 2007-QA3 | 882,356,000 | RALI | RFC | Ally Securities | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 341 | 2007-QA4 | 243,450,000 | RALI | RFC | Ally Securities | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 342 | 2007-QA5 | 491,200,000 | RALI | RFC | Ally Securities | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 343 | 2007-QH1 | 522,264,000 | RALI | RFC | Ally Securities | | | Wells Fargo Bank | | Homecomings Financial |
| 344 | 2007-QH2 | 348,425,000 | RALI | RFC | Goldman Sachs & Co. | | Ally Securities | Wells Fargo Bank | | Homecomings Financial |
| 345 | 2007-QH3 | 349,476,000 | RALI | RFC | Goldman Sachs & Co. | | Ally Securities | Wells Fargo Bank | | Homecomings Financial |
| 346 | 2007-QH4 | 397,963,000 | RALI | RFC | Goldman Sachs & Co. | | Ally Securities | Wells Fargo Bank | | Homecomings Financial |
| 347 | 2007-QH5 | 497,503,000 | RALI | RFC | Goldman Sachs & Co. | | Ally Securities | Wells Fargo Bank | | Homecomings Financial |
| 348 | 2007-QH6 | 595,208,000 | RALI | RFC | Goldman Sachs & Co. | | Ally Securities | Wells Fargo Bank | | Homecomings Financial |
| 349 | 2007-QH7 | 346,958,000 | RALI | RFC | Merrill Lynch & Co. | | | Wells Fargo Bank | | Homecomings Financial |
| 350 | 2007-QH8 | 540,449,000 | RALI | RFC | Ally Securities | | Ally Securities | Wells Fargo Bank | | Homecomings Financial |
| 351 | 2007-QH9 | 573,585,000 | RALI | RFC | Ally Securities | | Ally Securities | Wells Fargo Bank | | Homecomings Financial |
| 352 | 2007-QO1 | 623,930,000 | RALI | RFC | Ally Securities | | Ally Securities | Wells Fargo Bank | | Homecomings Financial |
| 353 | 2007-QO2 | 527,132,000 | RALI | RFC | Credit Suisse Securities (USA) LLC | | | Wells Fargo Bank | | Homecomings Financial |
| 354 | 2007-QO3 | 296,295,000 | RALI | RFC | Deutsche Bank Securities | | | Wells Fargo Bank | | Homecomings Financial |
| 355 | 2007-QO4 | 502,837,000 | RALI | RFC | Ally Securities | | | Wells Fargo Bank | | Homecomings Financial |
| 356 | 2007-QO5 | 231,187,000 | RALI | RFC | Ally Securities | | | Wells Fargo Bank | | Homecomings Financial |
| 357 | 2007-QS1 | 1,280,501,451 | RALI | RFC | Citigroup | | Ally Securities | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |

Note:

(1) Principal balance of offered certificates.

(2) For the purpose of this Appendix, Ally Securities is the only disclosed co-underwriter but, in most cases, securitizations had multiple non-affiliated co-underwriters. Ally Securities participated as a co-underwriter in 131 of ResCap's 392 securitizations.

(3) For the purpose of this Appendix, ResCap and RFI affiliates are disclosed when they originated more than 10% of the loan pool (per Regulation AB § 229.1110, which became effective Jan. 1, 2006.) Non-affiliate originators are not disclosed.

(A) Blank spaces refer to details that are not applicable or undisclosed.

(B) At the time of the securitizations listed above, Ally Securities was doing business as and disclosed in the prospectus supplement as "GMAC-RFC Securities."

(C) At the time of the securitizations listed above, Ally Bank was doing business as and disclosed in the prospectus supplement as "GMAC Bank."

(D) Escrow Bank and Escrow Bank CSA are identified, in the prospectus supplements, as an affiliate of GMAC Mortgage. Effective July 1, 2004, Old GMAC Bank assumed the custodial activities from these two entities.

Source: All of the information contained in this Appendix was extracted from the relevant securitization prospectus supplements using either Bloomberg or Intex. Generally, the relevant information is located on the cover page and/or in the summary section of each prospectus supplement, except for custodial information, which can be found in the pooling and servicing section.

**Appendix VIII.B—1, Page 8 of 8**

Residential Capital, LLC
392 PLS Deal Details
2004 – 2007

| | Deal Name | Orig. Principal Bal. (1) | Depositor | Sponsor/ Master Servicer | Lead Underwriter | Joint Lead Underwriter | Co-Underwriter (2) | Custodian | Monoline Insurer | Affiliate Originator(s) (3) |
|---|---|---|---|---|---|---|---|---|---|---|
| 358 | 2007-QS10 | 426,607,453 | RALI | RFC | Bear, Stearns & Co. Inc. | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 359 | 2007-QS11 | 300,636,797 | RALI | RFC | Ally Securities | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 360 | 2007-QS2 | 529,765,806 | RALI | RFC | Bear, Stearns & Co. Inc. | | Ally Securities | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 361 | 2007-QS3 | 957,523,112 | RALI | RFC | RBS Greenwich Capital | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 362 | 2007-QS4 | 736,684,029 | RALI | RFC | Deutsche Bank Securities | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 363 | 2007-QS5 | 426,647,013 | RALI | RFC | Citigroup | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 364 | 2007-QS6 | 796,984,867 | RALI | RFC | Barclays Capital | | Ally Securities | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 365 | 2007-QS7 | 792,849,258 | RALI | RFC | Deutsche Bank Securities | | Ally Securities | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 366 | 2007-QS8 | 642,303,940 | RALI | RFC | RBS Greenwich Capital | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 367 | 2007-QS9 | 696,428,029 | RALI | RFC | RBS Greenwich Capital | | Ally Securities | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 368 | 2007-RS1 | 478,271,000 | RAMP | RFC | Deutsche Bank Securities | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 369 | 2007-RS2 | 376,776,000 | RAMP | RFC | Bank of America Securities LLC | Citigroup | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 370 | 2007-RZ1 | 324,339,000 | RAMP | RFC | Bank of America Securities LLC | | Ally Securities | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 371 | 2007-EMX1 | 692,852,000 | RASC | RFC | Ally Securities | | | Wells Fargo Bank | FGIC | |
| 372 | 2007-KS1 | 409,699,000 | RASC | RFC | Merrill Lynch & Co. | Credit Suisse | | Wells Fargo Bank | | Homecomings Financial |
| 373 | 2007-KS2 | 961,500,000 | RASC | RFC | JPMorgan | | | Wells Fargo Bank | | Homecomings Financial |
| 374 | 2007-KS3 | 1,270,253,000 | RASC | RFC | JPMorgan | Banc of America Securities LLC | | Wells Fargo Bank | | Homecomings Financial |
| 375 | 2007-KS4 | 235,875,000 | RASC | RFC | JPMorgan | | Ally Securities | Wells Fargo Bank | | Homecomings Financial |
| 376 | 2007-S1 | 519,391,385 | RFMSI | RFC | Credit Suisse | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 377 | 2007-S2 | 469,355,159 | RFMSI | RFC | Bear, Stearns & Co. Inc. | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 378 | 2007-S3 | 571,834,504 | RFMSI | RFC | Bear, Stearns & Co. Inc. | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 379 | 2007-S4 | 312,586,452 | RFMSI | RFC | RBS Greenwich Capital | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 380 | 2007-S5 | 521,695,689 | RFMSI | RFC | RBS Greenwich Capital | | | Wells Fargo Bank | | Homecomings Financial |
| 381 | 2007-S6 | 702,029,984 | RFMSI | RFC | Citigroup | | Ally Securities | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 382 | 2007-S7 | 415,755,302 | RFMSI | RFC | Morgan Stanley | | Ally Securities | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 383 | 2007-S8 | 484,161,989 | RFMSI | RFC | Ally Securities | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 384 | 2007-S9 | 170,566,348 | RFMSI | RFC | Credit Suisse First Boston | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 385 | 2007-SA1 | 307,349,690 | RFMSI | RFC | Ally Securities | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 386 | 2007-SA2 | 380,461,300 | RFMSI | RFC | Ally Securities | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 387 | 2007-SA3 | 360,291,900 | RFMSI | RFC | Ally Securities | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 388 | 2007-SA4 | 410,157,100 | RFMSI | RFC | Ally Securities | | | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 389 | 2007-HI1 | 254,956,000 | RFMSII | RFC | Bear, Stearns & Co. Inc. | | Ally Securities | Wells Fargo Bank | | GMAC Mortgage & Homecomings Financial |
| 390 | 2007-HSA1 | 546,774,000 | RFMSII | RFC | Ally Securities | Deutsche Bank Securities | | Wells Fargo Bank | FGIC | Homecomings Financial |
| 391 | 2007-HSA2 | 1,231,394,000 | RFMSII | RFC | Ally Securities | RBS Greenwich Capital | | Wells Fargo Bank | MBIA | Homecomings Financial |
| 392 | 2007-HSA3 | 796,432,000 | RFMSII | RFC | Ally Securities | Credit Suisse | | Wells Fargo Bank | MBIA | Homecomings Financial |

(1) Principal balance of offered certificates.

Note:

(1) Blank spaces refer to details that are not applicable or undisclosed.

(2) For the purpose of this appendix, Ally Securities is the only disclosed co-underwriter but, in most cases, securitizations had multiple non-affiliated co-underwriters. Ally Securities participated as a co-underwriter in 131 of ResCap's 392 securitizations.

(3) For the purpose of this Appendix, ResCap and AFI affiliates are disclosed where they originated more than 10% of the loan pool (per Regulation AB § 229.1110, which became effective Jan. 1, 2006.) Non-affiliate originators are not disclosed.

(B) At the time of the securitizations listed above, Ally Securities was doing business as and disclosed in the prospectus supplement as "GMAC-RFC Securities."

(C) At the time of the securitizations listed above, Ally Bank was doing business as and disclosed in the prospectus supplement as "GMAC Bank."

(D) Escrow Bank and Escrow Bank USA are identified in the prospectus supplements, as an affiliate of GMAC Mortgage. Effective July 1, 2004, Old GMAC Bank assumed the custodial activities from these two entities.

Source: All of the information contained in this Appendix was extracted from the relevant securitization prospectus supplements using either Bloomberg or Intex. Generally, the relevant information is located on the cover page and/or in the summary section of each prospectus supplement, except for custodial information, which can be found in the pooling and servicing section.

Appendix VIII.B—1, Page 8 of 8

Residential Capital, LLC
Ally Securities as Lead and Joint Lead Underwriter on ResCap's PLS Deals
2004 – 2007

| # | Deal Name | Depositor | Sponsor/ Master Servicer | Orig. Principal Bal. (1) | Lead Underwriter | Joint Lead Underwriter | Monoline Insurer |
|---|---|---|---|---|---|---|---|
| 1. | 2004-QA4 | RALI | RFC | $ 285,865,200 | Ally Securities | | |
| 2. | 2004-QA6 | RALI | RFC | 708,773,800 | Ally Securities | | |
| 3. | 2004-SL4 | RAMP | RFC | 205,963,987 | Ally Securities | | |
| 4. | 2004-HS3 | RFMSII | RFC | 284,000,000 | Ally Securities | | FGIC |
| 5. | 2004-PS1 | RFMSI | RFC | 100,065,033 | Ally Securities | | |
| 6. | 2005-QA3 | RALI | RFC | 491,297,300 | Ally Securities | | |
| 7. | 2005-QA5 | RALI | RFC | 236,761,800 | Ally Securities | | |
| 8. | 2005-QA6 | RALI | RFC | 565,100,300 | Ally Securities | | |
| 9. | 2005-QA8 | RALI | RFC | 510,425,700 | Ally Securities | | |
| 10. | 2005-QO3 | RALI | RFC | 488,324,200 | Ally Securities | | |
| 11. | 2005-EFC1 | RAMP | RFC | 1,074,195,000 | Ally Securities | RBS Greenwich Capital | |
| 12. | 2005-EFC2 | RAMP | RFC | 679,331,000 | Ally Securities | Credit Suisse First Boston | |
| 13. | 2005-EFC3 | RAMP | RFC | 731,914,000 | Ally Securities | Credit Suisse First Boston | |
| 14. | 2005-EFC4 | RAMP | RFC | 707,796,000 | Ally Securities | JPMorgan | |
| 15. | 2005-EFC5 | RAMP | RFC | 693,318,000 | Ally Securities | Citigroup | |
| 16. | 2005-EFC7 | RAMP | RFC | 698,175,000 | Ally Securities | Barclays Capital | FGIC |
| 17. | 2005-SL1 | RAMP | RFC | 365,173,500 | Ally Securities | | |
| 18. | 2005-SL2 | RAMP | RFC | 163,118,406 | Ally Securities | | |
| 19. | 2005-AHL1 | RASC | RFC | 463,670,000 | Ally Securities | | |
| 20. | 2005-AHL2 | RASC | RFC | 434,239,000 | Ally Securities | | |
| 21. | 2005-AHL3 | RASC | RFC | 488,750,000 | Ally Securities | | |
| 22. | 2005-EMX1 | RASC | RFC | 783,200,000 | Ally Securities | Banc of America Securities LLC | |
| 23. | 2005-EMX2 | RASC | RFC | 614,026,000 | Ally Securities | Banc of America Securities LLC | |
| 24. | 2005-EMX3 | RASC | RFC | 674,450,000 | Ally Securities | Credit Suisse First Boston | |
| 25. | 2005-EMX4 | RASC | RFC | 492,597,000 | Ally Securities | Barclays Capital | |
| 26. | 2005-EMX5 | RASC | RFC | 380,000,000 | Ally Securities | | |
| 27. | 2005-S4 | RFMSI | RFC | 257,539,881 | Ally Securities | | FGIC |
| 28. | 2005-S8 | RFMSI | RFC | 309,843,505 | Ally Securities | | |
| 29. | 2005-SA5 | RFMSI | RFC | 351,366,300 | Ally Securities | | |
| 30. | 2005-HI3 | RFMSII | RFC | 224,887,200 | Ally Securities | | |
| 31. | 2005-HSA1 | RFMSII | RFC | 278,847,000 | Ally Securities | Banc of America Securities LLC | FGIC |
| 32. | 2006-AR2 | RAMP | GMAC Mortgage | 368,146,200 | Ally Securities | | |
| 33. | 2006-RP4 | RAMP | RFC | 357,367,000 | Ally Securities | Deutsche Bank Securities | |
| 34. | 2006-QA10 | RALI | RFC | 375,502,000 | Ally Securities | | |
| 35. | 2006-QA11 | RALI | RFC | 372,431,000 | Ally Securities | | |
| 36. | 2006-QA4 | RALI | RFC | 304,442,000 | Ally Securities | | |
| 37. | 2006-QA6 | RALI | RFC | 622,965,000 | Ally Securities | | |
| 38. | 2006-QA7 | RALI | RFC | 588,151,000 | Ally Securities | | |
| 39. | 2006-QA8 | RALI | RFC | 795,053,000 | Ally Securities | | |
| 40. | 2006-EFC1 | RAMP | RFC | 593,225,000 | Ally Securities | Banc of America Securities LLC | |
| 41. | 2006-EFC2 | RAMP | RFC | 383,200,000 | Ally Securities | | |
| 42. | 2006-NC1 | RAMP | RFC | 536,800,000 | Ally Securities | | |
| 43. | 2006-NC3 | RAMP | RFC | 504,920,000 | Ally Securities | Deutsche Bank Securities | |
| 44. | 2006-EMX1 | RASC | RFC | 424,600,000 | Ally Securities | Citigroup | |

(1) Principal balance of offered certificates.
Note:
(A) Includes instances where Ally Securities was the lead and joint lead underwriter.
(B) At the time of the securitizations listed above, Ally Securities was doing business as and disclosed in the prospectus supplement as "GMAC-RFC Securities."
Source: All of the information contained in this Appendix was extracted from the relevant securitization prospectus supplements using either Bloomberg or Intex. Generally, the relevant information is located on the cover page and/or in the summary section of each prospectus supplement.

Appendix VIII.B—2, Page 2 of 3

Residential Capital, LLC
Ally Securities as Lead and Joint Lead Underwriter on ResCap's PLS Deals
2004 – 2007

| | Deal Name | Depositor | Sponsor/ Master Servicer | Orig. Principal Bal. [1] | Lead Underwriter | Joint Lead Underwriter | Monoline Insurer |
|---|---|---|---|---|---|---|---|
| 45. | 2006-EMX2 | RASC | RFC | 550,050,000 | Ally Securities | Barclays Capital | |
| 46. | 2006-EMX3 | RASC | RFC | 773,600,000 | Ally Securities | Citigroup | |
| 47. | 2006-EMX4 | RASC | RFC | 661,710,000 | Ally Securities | RBS Greenwich Capital | |
| 48. | 2006-EMX5 | RASC | RFC | 580,200,000 | Ally Securities | Barclays Capital | |
| 49. | 2006-EMX6 | RASC | RFC | 620,490,000 | Ally Securities | JPMorgan | |
| 50. | 2006-EMX7 | RASC | RFC | 495,300,000 | Ally Securities | JPMorgan | |
| 51. | 2006-EMX8 | RASC | RFC | 698,610,000 | Ally Securities | Barclays Capital | |
| 52. | 2006-EMX9 | RASC | RFC | 728,840,000 | Ally Securities | Barclays Capital | |
| 53. | 2006-KS2 | RASC | RFC | 977,500,000 | Ally Securities | RBS Greenwich Capital | |
| 54. | 2006-HI5 | RFMSII | RFC | 247,469,000 | Ally Securities | | FGIC |
| 55. | 2007-HE2 | RAMP | GMAC Mortgage | 1,240,884,000 | Ally Securities | RBS Greenwich Capital | FGIC |
| 56. | 2007-HE3 | RAMP | GMAC Mortgage | 350,580,000 | Ally Securities | | |
| 57. | 2007-QA1 | RALI | RFC | 410,069,000 | Ally Securities | | |
| 58. | 2007-QA2 | RALI | RFC | 366,984,000 | Ally Securities | | |
| 59. | 2007-QA3 | RALI | RFC | 882,356,800 | Ally Securities | | |
| 60. | 2007-QA5 | RALI | RFC | 491,200,000 | Ally Securities | | |
| 61. | 2007-QH8 | RALI | RFC | 540,449,900 | Ally Securities | | |
| 62. | 2007-QH9 | RALI | RFC | 573,585,400 | Ally Securities | | |
| 63. | 2007-QO3 | RALI | RFC | 296,295,000 | Ally Securities | | |
| 64. | 2007-QO4 | RALI | RFC | 502,837,000 | Ally Securities | | |
| 65. | 2007-QO5 | RALI | RFC | 231,187,000 | Ally Securities | | |
| 66. | 2007-QS11 | RALI | RFC | 300,636,797 | Ally Securities | | |
| 67. | 2007-EMX1 | RASC | RFC | 692,852,000 | Ally Securities | Credit Suisse | FGIC |
| 68. | 2007-S8 | RFMSI | RFC | 484,161,989 | Ally Securities | | |
| 69. | 2007-SA1 | RFMSI | RFC | 307,349,600 | Ally Securities | | |
| 70. | 2007-SA2 | RFMSI | RFC | 380,461,300 | Ally Securities | | |
| 71. | 2007-SA3 | RFMSI | RFC | 360,201,900 | Ally Securities | | |
| 72. | 2007-SA4 | RFMSI | RFC | 410,157,100 | Ally Securities | | |
| 73. | 2007-HSA1 | RFMSII | RFC | 546,774,000 | Ally Securities | Deutsche Bank Securities | MBIA |
| 74. | 2007-HSA2 | RFMSII | RFC | 1,231,394,000 | Ally Securities | RBS Greenwich Capital | MBIA |
| 75. | 2007-HSA3 | RFMSII | RFC | 796,432,000 | Ally Securities | Credit Suisse | MBIA |
| 76. | 2004-RS12 | RAMP | RFC | 975,000,000 | JPMorgan | Ally Securities | |
| 77. | 2004-KS11 | RASC | RFC | 685,650,000 | Credit Suisse First Boston | Ally Securities | |
| 78. | 2005-RP1 | RAMP | RFC | 343,073,000 | Credit Suisse First Boston | Ally Securities | |
| 79. | 2005-EFC6 | RAMP | RFC | 672,696,000 | JPMorgan | Ally Securities | |
| 80. | 2005-NC1 | RAMP | RFC | 870,750,000 | Credit Suisse First Boston | Ally Securities | FGIC |
| 81. | 2005-RS6 | RAMP | RFC | 1,178,400,000 | Credit Suisse First Boston | Ally Securities | |
| 82. | 2005-KS1 | RASC | RFC | 708,840,000 | Credit Suisse First Boston | Ally Securities | |
| 83. | 2005-KS10 | RASC | RFC | 1,285,956,000 | JPMorgan | Ally Securities | |
| 84. | 2005-KS11 | RASC | RFC | 1,339,290,000 | Credit Suisse First Boston | Ally Securities | |
| 85. | 2005-KS8 | RAMP | RFC | 1,165,800,000 | JPMorgan | Ally Securities | |
| 86. | 2006-SP3 | RAMP | RFC | 291,892,000 | Credit Suisse First Boston | Ally Securities | |
| 87. | 2006-SP4 | RAMP | RFC | 303,913,000 | Lehman Brothers | Ally Securities | |
| 88. | 2006-RS1 | RAMP | RFC | 1,173,600,000 | Credit Suisse First Boston | Ally Securities | |

[1] Principal balance of offered certificates.

Note:

[1] Includes instances when Ally Securities was the lead and joint lead underwriter.

[B] At the time of the securitizations listed above, Ally Securities was doing business as and disclosed in the prospectus supplement as "GMAC-RFC Securities."

Source: All of the information contained in this Appendix was extracted from the relevant securitization prospectus supplements using either Bloomberg or Intex. Generally, the relevant information is located on the cover page and/or in the summary section of each prospectus supplement.

Appendix VIII.B—2, Page 2 of 3

Appendix VIII.B—2, Page 3 of 3

Residential Capital, LLC
Ally Securities as Lead and Joint Lead Underwriter on ResCap's PLS Deals
2004 – 2007

| | Deal Name | Depositor | Sponsor/ Master Servicer | Orig. Principal Bal. [1] | Lead Underwriter | Joint Lead Underwriter | Monoline Insurer |
|---|---|---|---|---|---|---|---|
| 89. | 2006-RS2 | RAMP | RFC | 785,601,000 | Banc of America Securities LLC | Ally Securities | |
| 90. | 2006-RS4 | RAMP | RFC | 887,538,000 | RBS Greenwich Capital | Ally Securities | |
| 91. | 2006-RS5 | RAMP | RFC | 382,590,000 | RBS Greenwich Capital | Ally Securities | |
| 92. | 2006-RZ3 | RAMP | RFC | 688,345,000 | Banc of America Securities LLC | Ally Securities | |
| 93. | 2006-RZ4 | RAMP | RFC | 851,840,000 | Credit Suisse First Boston | Ally Securities | |
| 94. | 2006-HSA1 | RFMSII | RFC | 461,444,000 | Bear, Stearns & Co. Inc. | Ally Securities | FGIC |
| 95. | 2006-HSA2 | RFMSII | RFC | 447,900,000 | Credit Suisse | Ally Securities | FGIC |
| 96. | 2006-HSA3 | RFMSII | RFC | 201,014,000 | RBS Greenwich Capital | Ally Securities | FSA |
| 97. | 2006-HSA4 | RFMSII | RFC | 402,118,000 | Citigroup | Ally Securities | MBIA |
| 98. | 2006-HSA5 | RFMSII | RFC | 295,648,000 | Goldman Sachs & Co. | Ally Securities | MBIA |
| 99. | 2007-RP1 | RAMP | RFC | 334,361,000 | RBS Greenwich Capital | Ally Securities | |
| 100. | 2007-RP2 | RAMP | RFC | 263,289,000 | Credit Suisse | Ally Securities | |
| 101. | 2007-RP3 | RAMP | RFC | 346,640,000 | Barclays Capital | Ally Securities | |
| 102. | 2007-RP4 | RAMP | RFC | 239,164,000 | Lehman Brothers | Ally Securities | |
| 103. | 2007-SP1 | RAMP | RFC | 346,555,000 | Deutsche Bank Securities | Ally Securities | |
| 104. | 2007-SP2 | RAMP | RFC | 279,284,000 | RBS Greenwich Capital | Ally Securities | |
| 105. | 2007-SP3 | RAMP | RFC | 298,114,000 | Credit Suisse | Ally Securities | |
| | | | | $ 57,206,739,098 | | | |

[1] Principal balance of offered certificates.

Notes:

(A) Includes instances when Ally Securities was the lead and joint lead underwriter.

(B) At the time of the securitizations listed above, Ally Securities was doing business as and disclosed in the prospectus supplement as "GMAC-RFC Securities."

Source: All of the information contained in this Appendix was extracted from the relevant securitization prospectus supplements using either Bloomberg or Intex. Generally, the relevant information is located on the cover page and/or in the summary section of each prospectus supplement.

Appendix VIII.B—2, Page 3 of 3

Appendix VIII.B—3, Page 1 of 1

**Residential Capital, LLC**
**Old GMAC Bank and Ally Bank as Custodian on ResCap's PLS Deals**
**2004 – 2007**

| | Deal Name | Depositor | Sponsor/ Master Servicer | Custodian | Orig. Principal Bal. [1] | Monoline Insurer |
|---|---|---|---|---|---|---|
| 1. | 2004-AR1 | RAMP | GMAC Mortgage | Escrow Bank USA | $ 630,153,200 | |
| 2. | 2004-AR2 | RAMP | GMAC Mortgage | Old GMAC Bank | 506,018,100 | |
| 3. | 2004-GH1 | RAMP | GMAC Mortgage | Old GMAC Bank | 224,099,000 | |
| 4. | 2004-HE1 | RAMP | GMAC Mortgage | Escrow Bank USA | 1,259,311,000 | FGIC |
| 5. | 2004-HE2 | RAMP | GMAC Mortgage | Old GMAC Bank | 711,548,000 | Old Republic |
| 6. | 2004-HE3 | RAMP | GMAC Mortgage | Escrow Bank USA | 952,320,000 | FSA |
| 7. | 2004-HE4 | RAMP | GMAC Mortgage | Old GMAC Bank | 992,000,000 | MBIA |
| 8. | 2004-HE5 | RAMP | GMAC Mortgage | Old GMAC Bank | 700,000,000 | FGIC |
| 9. | 2004-HLTV1 | RAMP | GMAC Mortgage | Old GMAC Bank | 175,000,000 | FGIC |
| 10. | 2004-J1 | RAMP | GMAC Mortgage | Escrow Bank | 398,864,694 | MBIA |
| 11. | 2004-J2 | RAMP | GMAC Mortgage | Escrow Bank | 398,597,431 | MBIA |
| 12. | 2004-J3 | RAMP | GMAC Mortgage | Escrow Bank | 348,287,499 | |
| 13. | 2004-J4 | RAMP | GMAC Mortgage | Old GMAC Bank | 597,117,562 | |
| 14. | 2004-J5 | RAMP | GMAC Mortgage | Old GMAC Bank | 549,141,999 | |
| 15. | 2004-J6 | RAMP | GMAC Mortgage | Old GMAC Bank | 406,384,031 | |
| 16. | 2004-VFT | RAMP | GMAC Mortgage | Old GMAC Bank | 390,956,146 | MBIA |
| 17. | 2005-AA1 | RAMP | GMAC Mortgage | Old GMAC Bank | 260,774,100 | |
| 18. | 2005-AF1 | RAMP | GMAC Mortgage | Old GMAC Bank | 231,466,322 | |
| 19. | 2005-AF2 | RAMP | GMAC Mortgage | Old GMAC Bank | 292,121,700 | |
| 20. | 2005-AR1 | RAMP | GMAC Mortgage | Old GMAC Bank | 395,770,100 | |
| 21. | 2005-AR2 | RAMP | GMAC Mortgage | Old GMAC Bank | 453,859,100 | |
| 22. | 2005-AR3 | RAMP | GMAC Mortgage | Old GMAC Bank | 518,480,100 | |
| 23. | 2005-AR4 | RAMP | GMAC Mortgage | Old GMAC Bank | 381,630,100 | |
| 24. | 2005-AR5 | RAMP | GMAC Mortgage | Old GMAC Bank | 592,093,100 | |
| 25. | 2005-AR6 | RAMP | GMAC Mortgage | Old GMAC Bank | 585,769,100 | |
| 26. | 2005-HE1 | RAMP | GMAC Mortgage | Old GMAC Bank | 962,325,000 | FGIC |
| 27. | 2005-HE2 | RAMP | GMAC Mortgage | Old GMAC Bank | 1,113,522,000 | FGIC |
| 28. | 2005-HE3 | RAMP | GMAC Mortgage | Old GMAC Bank | 963,680,000 | AMBAC |
| 29. | 2005-J1 | RAMP | GMAC Mortgage | Old GMAC Bank | 522,973,155 | |
| 30. | 2006-AR1 | RAMP | GMAC Mortgage | Old GMAC Bank | 502,050,100 | |
| 31. | 2006-AR2 | RAMP | GMAC Mortgage | Old GMAC Bank | 368,146,200 | |
| 32. | 2006-HE1 | RAMP | GMAC Mortgage | Old GMAC Bank | 1,274,156,000 | FGIC |
| 33. | 2006-HE2 | RAMP | GMAC Mortgage | Old GMAC Bank | 626,240,000 | FGIC |
| 34. | 2006-HE3 | RAMP | GMAC Mortgage | Old GMAC Bank | 1,142,334,000 | FGIC |
| 35. | 2006-HE4 | RAMP | GMAC Mortgage | Old GMAC Bank | 1,136,222,000 | MBIA |
| 36. | 2006-HE5 | RAMP | GMAC Mortgage | Ally Bank | 1,244,459,000 | FGIC |
| 37. | 2006-HLTV1 | RAMP | GMAC Mortgage | Ally Bank | 229,865,170 | FGIC |
| 38. | 2006-J1 | RAMP | GMAC Mortgage | Ally Bank | 546,153,384 | |
| 39. | 2007-HE1 | RAMP | GMAC Mortgage | Ally Bank | 1,185,871,000 | MBIA |
| 40. | 2007-HE2 | RAMP | GMAC Mortgage | Ally Bank | 1,240,884,000 | FGIC |
| 41. | 2007-HE3 | RAMP | GMAC Mortgage | Ally Bank | 350,580,000 | |
| | | | | | $ 26,361,223,393 | |

[1] Principal balance of offered certificates.

*Note:*

*(A) At the time of the securitizations listed above, both Old GMAC Bank and Ally Bank were doing business as and disclosed in the prospectus supplement as "GMAC Bank."*
*(B) On June 30, 2009, GMAC was renamed Ally Bank, an affiliate of GMAC Mortgage. Effective July 1, 2004, Old GMAC Bank assumed the custodial activities from these two entities.*
*Source: All of the information contained in this Appendix was extracted from the relevant securitization prospectus supplements using either Bloomberg or Intex. Generally, the relevant information is located on the cover page and/or in the summary section of each prospectus supplement, except for custodial information, which can be found in the pooling and servicing section.*

Appendix VIII.B—3, Page 1 of 1

**Appendix VIII.B.1.b(1)**, Page 1 of 3

### 1.   *Loan Origination*

The RMBS securitization process begins with an originator marketing a loan product to a borrower.[1]  Based on the originator's criteria for the specific loan product, the originator requires the borrower to provide specific financial information, such as copies of bank statements and income verification.[2]  The originator reviews the financial information, as well as appraisals and other information about the property securing the mortgage, and compares this information to the originator's guidelines for the particular loan product.[3]  This process, applied by the originator, is known as loan underwriting.

Loan underwriting is critical in assessing a borrower's ability to repay a loan as well as the mortgage note holder's ability to recover from the underlying collateral in the event that the borrower defaults.[4]  Accordingly, the originator assesses several metrics that reflect the borrower's repayment ability, such as the value of the mortgaged property, the amount of the loan, and the borrower's credit score and income.[5]  Two ratios typically reviewed as part of the loan-underwriting process are loan-to-value ("LTV") and debt-to-income ("DTI") ratios.[6]  The LTV ratio reflects the relationship between the outstanding principal balance of a mortgage and the value of the mortgaged property.[7]  Lenders use LTV ratios as an indication of the likelihood that they will be repaid in the event of borrower default and foreclosure.[8]  DTI ratios compare a borrower's monthly mortgage obligation combined with other debt (credit cards, insurance, taxes, etc.) to their gross monthly income.[9]  Lenders use this metric to estimate borrowers' ability to repay the underlying mortgages.[10]

---

[1]   MOODY'S INVESTORS SERVICE, DEAL SPONSOR AND CREDIT RISK OF U.S. ABS AND MBS SECURITIES (Dec. 2006), at 9, http://www.moodys.com/sites/products/DefaultResearch/2006200000426039.pdf.

[2]   *See* Daniel J. McDonald & Daniel L. Thornton, *A Primer on the Mortgage Market and Mortgage Finance,* FED. RES. BANK ST. LOUIS REV., Jan./Feb. 2008, at 36, http://research.stlouisfed.org/publications/review/08/01/McDonald.pdf.

[3]   *See id.*

[4]   *See* FRANK J. FABOZZI, THE HANDBOOK OF MORTGAGE BACKED SECURITIES 17 (McGraw-Hill, 6th ed. 2005).

[5]   *See id.* at 17–20.

[6]   *See id.* at 18–19.

[7]   *See id.* at 18.

[8]   *See id.*

[9]   Daniel J. McDonald & Daniel L. Thornton, *A Primer on the Mortgage Market and Mortgage Finance,* FED. RES. BANK ST. LOUIS REV., Jan./Feb. 2008, at 36, http://research.stlouisfed.org/publications/review/08/01 /McDonald.pdf.

[10]   *See* FRANK J. FABOZZI, THE HANDBOOK OF MORTGAGE BACKED SECURITIES 19 (McGraw-Hill, 6th ed. 2005).

### 2.    *Loan Acquisition*

Originators that do not securitize or hold loans on their balance sheet typically act as a broker or correspondent for a sponsor.[11]  Brokers perform the initial borrower review based upon the sponsor's underwriting guidelines but do not make an underwriting decision nor fund the loans.[12]  The broker provides the sponsor with a loan package that has already been underwritten in exchange for a brokerage fee.[13]  The sponsor funds the loan upon review of adherence to guidelines and acceptance.

Unlike brokers, correspondents both underwrite *and* fund their loans, and then sell the loans to sponsors through a bidding process.[14]   With both broker and correspondent lending, in certain circumstances a loan may be underwritten with an exception to the sponsor's standard underwriting guidelines.[15] The approval of a loan containing exceptions to the underwriting guidelines is generally based upon factors that are deemed to compensate for the exception.[16] For example, a high FICO score or low DTI ratio may offset the risk of a loan exceeding LTV guidelines.

Sponsors may utilize "warehouse" lending to finance the purchase of mortgage loans.[17] Warehouse lending typically takes the form of a short-term revolving line of credit that is drawn upon at the time of the loan purchase and repaid once the loan is sold to the end investor.[18] Warehouse lenders' practice of funding loans at the time of loan closing is referred to as "wet

---

[11]   *See* THE FINANCIAL CRISIS INQUIRY COMMITTEE, FINAL REPORT OF THE NATIONAL COMMISSION ON THE CAUSES OF THE FINANCIAL AND ECONOMIC CRISIS IN THE UNITED STATES (Jan. 2011), at 88–89, http://www.gpo.gov/fdsys/pkg/GPO-FCIC/pdf/GPO-FCIC.pdf.

[12]   CONSUMER FINANCIAL PROTECTION BUREAU, EXAMINATION PROCEDURES MORTGAGE ORIGINATION (Jan. 11, 2012), at 5, http://files.consumerfinance.gov/f/2012/01/Mortgage-Origination-Examination-Procedures.pdf.

[13]   *See* FINANCIAL CRISIS INQUIRY COMMISSION, THE FINANCIAL CRISIS INQUIRY REPORT: FINAL REPORT OF THE NATIONAL COMMISSION ON THE CAUSES OF THE FINANCIAL AND ECONOMIC CRISIS IN THE UNITED STATES (Jan. 2011), at 90, http://www.gpo.gov/fdsys/pkg/GPO-FCIC/pdf/GPO-FCIC.pdf.

[14]   CONSUMER FINANCIAL PROTECTION BUREAU, EXAMINATION PROCEDURES MORTGAGE ORIGINATION (Jan. 11, 2012), at 5, http://files.consumerfinance.gov/f/2012/01/Mortgage-Origination-Examination-Procedures.pdf.

[15]   FINANCIAL CRISIS INQUIRY COMMISSION, THE FINANCIAL CRISIS INQUIRY REPORT: FINAL REPORT OF THE NATIONAL COMMISSION ON THE CAUSES OF THE FINANCIAL AND ECONOMIC CRISIS IN THE UNITED STATES (Jan. 2011), at 169, http://www.gpo.gov/fdsys/pkg/GPO-FCIC/pdf/GPO-FCIC.pdf.

[16]   *See id.* at 67.

[17]   Warehouse funding may also be utilized by originators (e.g. correspondent lenders, etc.) for purposes of funding loans. *See* Mortgage Bankers Association, *Federal Regulatory Changes Needed to Help Keep Mortgage Capital Flowing through Warehouse Lines of Credit* (Jan. 6, 2010), at 1, http://www.mortgagebankers.org/files/IssueBriefs /2010WarehouseIssueBrief.pdf.

[18]   Mortgage Bankers Association, *Federal Regulatory Changes Needed to Help Keep Mortgage Capital Flowing through Warehouse Lines of Credit* (Jan. 6, 2010), at 1, http://www.mortgagebankers.org/files/IssueBriefs/2010 WarehouseIssueBrief.pdf.

**Appendix VIII.B.1.b(1)**, Page 3 of 3

funding."[19]    Alternatively, warehouse lenders may choose not to fund the loan until it has received the mortgage note and other loan documentation, which is referred to as "dry funding."[20]

Upon purchasing or funding loans, the sponsor places the loans into its inventory.[21] Typically, as a condition of purchase, the sponsor will receive loan level representations and warranties from the broker or correspondent lender.[22] In the event of a breach of the representations and warranties, the sponsor can "put back" a loan to the originator for repurchase or replacement.[23]

---

[19]    *Id.* at 2.

[20]    *Id.*

[21]    *See* CONGRESSIONAL OVERSIGHT PANEL, NOVEMBER OVERSIGHT REPORT: EXAMINING THE CONSEQUENCES OF MORTGAGE IRREGULARITIES FOR FINANCIAL STABILITY AND FORECLOSURE MITIGATION (Nov. 16, 2010), at 14, http://www.gpo.gov/fdsys/pkg/CPRT-111JPRT61835/pdf/CPRT-111JPRT61835.pdf.

[22]    Examples of certain representations and warranties that would accompany a mortgage loan being purchased/sold relate to the underlying property, applicable documentation in the loan file and the loan origination process, among others. AMERICAN SECURITIZATION FORUM, ASF MODEL RMBS REPRESENTATIONS AND WARRANTIES (July 15, 2009), at 4, http://www.americansecuritization.com/uploadedfiles/asf_restart_ repre sentations_rfc_071509.pdf.

[23]    Adam B. Ashcroft & Til Schuermann, *Understanding the Securitization of Subprime Mortgage Credit*, Federal Reserve Bank of New York Staff Reports, Mar. 2008, at 6, http://www.newyorkfed.org/research /staff_reports/ sr318.pdf.

> *1.    Structuring the Securitization*

Structuring a securitization requires isolating and distributing credit risk, usually through various credit enhancement techniques.[1] The structuring process consists of four primary stages: (1) segregating the assets; (2) adding credit enhancement to mitigate risk and improve salability; (3) creating an SPE or trust to hold the assets; and (4) issuing interests in the asset pool (i.e., RMBS).[2]

> *a.    Segregating Assets*

The sponsor designates the mortgage loans to be sold to a trust.[3] The selection is carried out to create a portfolio whose performance is not only predictable but also consistent with the target quality of the desired security.[4] Because the sponsor's eventual goal is to securitize the purchased loans and market the RMBS to investors, the sponsor typically works with a lead underwriter that has pre-existing relationships with investors to whom the RMBS will be marketed.[5] The lead underwriter advises the sponsor on the types of loans desired by investors, works with the sponsor to structure the securities, interacts with the third parties associated with the transaction (e.g., rating agencies, legal counsel, diligence firms), assists in the selection of the servicer, trustee and custodian entities, and ultimately sells the RMBS into the market.[6]

Once the lead underwriter and sponsor agree on the types of loans to be securitized, the sponsor selects loans from its inventory to form a preliminary pool.[7] The lead underwriter then contracts with a third-party loan-diligence firm to perform a loan-level review on a portion of the loan pool for adherence to the sponsor's underwriting guidelines and deal parameters.[8] Exceptions to loan underwriting criteria are reviewed by both the lead underwriter and sponsor,

---

[1]    COMPTROLLER OF THE CURRENCY ADMINISTRATION OF NATIONAL BANKS, ASSET SECURITIZATION, COMPTROLLER'S HANDBOOK (Nov. 1997), at 12-13, http://www.occ.gov/publications/publications-by-type/comptrollers-handbook/assetsec.pdf.

[2]    *Id.* at 13.

[3]    *Id.* at 14.

[4]    *Id.*

[5]    *Id.* at 12.

[6]    *See* NICOLA CETORELLI & STAVROS PERISTIANI, THE ROLE OF BANKS IN ASSET SECURITIZATION, FRBNY ECON. POL'Y REV., July 2012, at 49, http://www.newyorkfed.org/research/epr/12v18n2/1207peri.pdf.

[7]    COMPTROLLER OF THE CURRENCY ADMINISTRATION OF NATIONAL BANKS, ASSET SECURITIZATION, COMPTROLLER'S HANDBOOK (Nov. 1997), at 14, http://www.occ.gov/publications/publications-by-type/comptrollers-handbook/assetsec.pdf.

[8]    FINANCIAL CRISIS INQUIRY COMMISSION, THE FINANCIAL CRISIS INQUIRY REPORT: FINAL REPORT OF THE NATIONAL COMMISSION ON THE CAUSES OF THE FINANCIAL AND ECONOMIC CRISIS IN THE UNITED STATES (Jan. 2011), at 165–166, http://www.gpo.gov/fdsys/pkg/GPO-FCIC/pdf/GPO-FCIC.pdf.

who together decide whether to approve or exclude particular loans from the loan pool.[9]  The parties may allow loans with exceptions to remain in the pool based on the compensating factors discussed in Appendix VIII.B.1.b(1).[10]

### b.    Credit Enhancement

The most widely used credit-enhancement features are (1) the senior/subordinate structure; (2) overcollateralization; (3) reserve funds; and (4) bond insurance.[11]  The objective, from the sponsor's viewpoint, is to find the most practical and cost-effective method of credit protection to achieve the desired credit rating and price for the RMBS.[12]  The underwriter, originator or pool sponsor will often negotiate with the rating agencies about the type and size of the credit enhancements in order to obtain an appropriate credit rating.[13]

The *senior/subordinate* structure consists of a senior tranche and one or more subordinate tranches.[14]  The sponsor will typically seek a desirable investment-grade credit rating for the senior tranche, with lower ratings—investment or noninvestment grade—for the subordinate tranches.[15]  The most junior tranche, or the "first-loss piece," will not be rated.[16]  Investors in subordinated tranches require a higher-yield premium to compensate for the greater credit risk exposure relative to the senior tranche.[17]  Additionally, almost all senior/subordinate structures incorporate a shifting-interest structure, which redirects principal prepayments and certain liquidation proceeds disproportionately from the subordinated tranche to the senior tranche

---

[9]    *See* COMPTROLLER OF THE CURRENCY ADMINISTRATOR OF NATIONAL BANKS, ASSET SECURITIZATION, COMPTROLLER'S HANDBOOK (Nov. 1997), at 14, http://www.occ.gov/publications/publications-by-type/comptrollers-handbook/assetsec.pdf.

[10]    FINANCIAL CRISIS INQUIRY COMMISSION, THE FINANCIAL CRISIS INQUIRY REPORT:  FINAL REPORT OF THE NATIONAL COMMISSION ON THE CAUSES OF THE FINANCIAL AND ECONOMIC CRISIS IN THE UNITED STATES (Jan. 2011), at 166, http://www.gpo.gov/fdsys/pkg/GPO-FCIC/pdf/GPO-FCIC.pdf.

[11]    FRANK J. FABOZZI, THE HANDBOOK OF MORTGAGE BACKED SECURITIES 116 (McGraw-Hill, 6th ed. 2005); Timothy C. Leixner, *Securitization of Financial Assets*, Sept. 1, 1999, at 4–5, http://mx.nthu.edu.tw/~chclin/Class/Securitization.htm.

[12]    *See* COMPTROLLER OF THE CURRENCY ADMINISTRATOR OF NATIONAL BANKS, ASSET SECURITIZATION, COMPTROLLER'S HANDBOOK (Nov. 1997), at 23, http://www.occ.gov/publications/publications-by-type/comptrollers-handbook/assetsec.pdf.

[13]    *Id.*

[14]    FRANK J. FABOZZI, THE HANDBOOK OF MORTGAGE BACKED SECURITIES 117 (McGraw-Hill, 6th ed. 2005).

[15]    *Id.*

[16]    *Id.*

[17]    *Id.* at 188; Timothy C. Leixner, *Securitization of Financial Assets*, Sept. 1, 1999, at 4–5, http://mx.nthu.edu.tw/~chclin/Class/Securitization.htm.

according to a specified schedule.[18]   The purpose of the shifting-interest structure is to have sufficient subordinated tranches outstanding to provide coverage for future credit losses.[19]

*Overcollateralization* is achieved when the principal balance of the underlying mortgage loans exceeds the principal balance of the outstanding RMBS.[20]   The purpose of overcollateralization is to create a cushion, in addition to the excess spread, to cover potential loan losses.[21]   The excess spread is generally defined as the difference between the monthly interest received on the underlying mortgage loans minus the interest paid on the RMBS and other monthly fees (e.g., servicing fees, servicer advances, etc.).[22]   Loan losses are absorbed first by any monthly excess spread that may exist, and then by the value of the overcollateralization.[23] If a transaction is not initially structured with overcollateralization, it will generally build to a specified overcollateralization target in the first few years of the transaction's life.[24]   This is achieved by directing the excess spread to pay down the senior most RMBS until the targeted level of overcollateralization is reached.[25]

*Reserve funds*, which can come in the form of cash reserves or excess spread accounts, can also be used to provide credit enhancement.[26]   Cash reserve funds are straight deposits of cash generated from RMBS sale proceeds which are deposited into money market instruments.[27] Excess spread accounts involve the monthly allocation of excess spread into a separate reserve account, which acts as the first line of credit support for the deal.[28]

Finally, a sponsor may use a *bond insurer* to provide credit enhancement on a securitization.[29]   The insurer is generally triple-A rated by the rating agencies and provides an irrevocable guaranty for the payment of principal and timely payment of interest on all or a

---

[18]   FRANK J. FABOZZI, THE HANDBOOK OF MORTGAGE BACKED SECURITIES 118 (McGraw-Hill, 6th ed. 2005).

[19]   *Id.*

[20]   FRANK J. FABOZZI, THE HANDBOOK OF NON-AGENCY MORTGAGE-BACKED SECURITIES 210 (Wiley, John & Sons, Inc., 2d ed. 2000).

[21]   *See* FRANK J. FABOZZI, THE HANDBOOK OF MORTGAGE BACKED SECURITIES 120 (McGraw-Hill, 6th ed. 2005).

[22]   FRANK J. FABOZZI, THE HANDBOOK OF NON-AGENCY MORTGAGE-BACKED SECURITIES 209 (Wiley, John & Sons, Inc., 2d ed. 2000).

[23]   *See* FRANK J. FABOZZI, THE HANDBOOK OF MORTGAGE BACKED SECURITIES 121 (McGraw-Hill, 6th ed. 2005).

[24]   *Id.* at 120.

[25]   *See id.* at 121.

[26]   *Id.*

[27]   *Id.*

[28]   *Id.*

[29]   *See* Timothy C. Leixner, *Securitization of Financial Assets*, Sept. 1, 1999, at 5, http://mx.nthu.edu.tw/~chclin/C lass /Securitization.htm.

portion of the RMBS.[30]  When bond insurance is being used, loan pool information is provided to the insurer for a due diligence review almost identical to that conducted by the rating agencies.[31] Insured RMBS also typically receive "shadow ratings"—ratings that would have been appropriate absent bond insurance—from the rating agencies.[32]

### c.    Creating The SPE/Trust

A PLS issuer is required under the Securities Act to register an RMBS offering; this is generally referred to as a "shelf registration."[33] This process begins with the filing of a disclosure document which consists of two parts: prospectus and prospectus supplement.[34] The prospectus provides such things as general attributes of the securities to be offered off the shelf in the future and a description of the company.[35] The prospectus supplement provides more detailed information on the specific series offering for the investor, such as risk factors relating to the collateral, certificates and credit enhancement structure, and parties involved in the securitization (underwriters, servicer, trustee, custodian, etc.)[36]

Once the assets are pooled together by the sponsor, they are sold to the depositor which pays for the assets with funds raised from the investors purchasing the RMBS issued by the trust.[37]  The transfer of the assets to the depositor takes the form of a "true sale," which removes sponsor ownership from the assets and insulates RMBS investors in the event of a sponsor bankruptcy.[38]

---

[30] *Id.*

[31] Written Testimony of New York Bankers Association, FINANCIAL GUARANTY INSURANCE AND REPRESENTATIONS AND WARRANTIES IN SECURITIZED DEBT TRANSACTIONS 3–5 (Feb. 16, 2011), http://www.nyba.com/wp-content/uploads/2012/08/RMBSTestimony.pdf.

[32] The shadow rating provided by the Rating Agencies is only intended to be used by the guarantor to assess capital requirements. *See* ORGANIZATION FOR ECONOMIC CO-OPERATION AND DEVELOPMENT, CHALLENGES RELATED TO FINANCIAL GUARANTEE INSURANCE (2008), at 95, http://www.oecd.org/finance/financial-markets/45500761.pdf.

[33] U.S. SECURITIES AND EXCHANGE COMMISSION, STAFF REPORT: ENHANCING DISCLOSURE IN THE MORTGAGE-BACKED SECURITIES MARKETS (January 2003), at 21, http://www.sec.gov/news/studies/mortgagebacked.htm.

[34] *Id.*

[35] *Id.*

[36] *Id.*

[37] NICOLA CETORELLI & STAVROS PERISTIANI, THE ROLE OF BANKS IN ASSET SECURITIZATION, FRBNY ECON. POL'Y REV., July 2012, at 48, http://www.newyorkfed.org/research/epr/12v18n2/1207peri.pdf; *see also* CONGRESSIONAL OVERSIGHT PANEL, NOVEMBER OVERSIGHT REPORT: EXAMINING THE CONSEQUENCES OF MORTGAGE IRREGULARITIES FOR FINANCIAL STABILITY AND FORECLOSURE MITIGATION (Nov. 16, 2010), at 14, http://www.gpo.gov/fdsys/pkg/CPRT-111JPRT61835/pdf/CPRT-111JPRT61835.pdf.

[38] *Id.*

### d.    Issuing Securities

Throughout the underwriting process, the securitization deal documents (including supplemental prospectus,[39] indentures, mortgage loan sale and servicing agreements, and insurance and indemnity agreements) are reviewed by all relevant parties, including the lead underwriter, the rating agencies, and, where applicable, the insurer.[40]  The lead underwriter works with the sponsor to provide loan pool information to the rating agencies.[41]  The rating agencies also perform analyses to determine the loss coverage necessary to attain the desired credit rating.[42]  As part of this process, the rating agencies may require the sponsor to add additional collateral to the pool to increase the likelihood that the pool will generate cash flows sufficient to pay investors.[43]  Rating agencies perform a financial/operational review and provide a rating for the sponsor and legal entities associated with the securitization (e.g., servicers, financial guarantor and underwriter).[44]

Based upon final loan-loss analysis, the rating agencies confirm credit enhancement levels and assign ratings.[45]  The bond insurer then approves the final debt structure and assigns their internal credit rating[46] which is used for performance review purposes.[47]

---

[39]  A PLS issuer is required under the Securities Act to register an RMBS offering; this is generally referred to as a "shelf registration".  This process begins with the filing of a disclosure document, or prospectus, outlining attributes of the securities to be offered off the shelf in the future.  The document consists of two parts: prospectus and prospectus supplement.  A prospectus typically provides investors with general information such as collateral type of the RMBS offering and a description of the company.  The prospectus supplement provides more material and detailed information on particular risks for the investor such as specifics on collateral characteristics, certificates and credit enhancement structure, parties involved in the securitization (underwriters, servicer, trustee, custodian, etc.).  See U.S. SECURITIES AND EXCHANGE COMMISSION, STAFF REPORT: ENHANCING DISCLOSURE IN THE MORTGAGE-BACKED SECURITIES MARKETS (January 2003), at 21, http://www.sec.gov/news/studies/mortgagebacked.htm.

[40]  Ian Giddy, Presentation on The Securitization Process, Stern School of Business, New York University, dated 2001, at 39–41, http://people.stern.nyu.edu/igiddy/ABS/absprocess.pdf.

[41]  NICOLA CETORELLI & STAVROS PERISTIANI, THE ROLE OF BANKS IN ASSET SECURITIZATION, FRBNY ECON. POL'Y REV., July 2012, at 49, http://www.newyorkfed.org/research/epr/12v18n2/1207peri.pdf.

[42]  Id.

[43]  Id.

[44]  Id.

[45]  Ian Giddy, Presentation on The Securitization Process, Stern School of Business, New York University, dated 2001, at 41, http://people.stern.nyu.edu/igiddy/ABS/absprocess.pdf.

[46]  The bond insurer's "internal" credit rating can differ from the "shadow" rating assigned by a rating agency. Both ratings represent the individual entities view of the credit risk associated with the securitization.

[47]  Ian Giddy, Presentation on The Securitization Process, Stern School of Business, New York University, dated 2001, at 41, http://people.stern.nyu.edu/igiddy/ABS/absprocess.pdf.

**Appendix VIII.B.1.b(3)**, Page 6 of 6

On the closing date, the documents are finalized and the rating letters, legal opinions, comfort letters,[48] etc., are delivered to all entities associated with the securitization.[49]  The securities are then transferred, directly or indirectly, from the sponsor to the depositor who deposits them into the trust, which issues the RMBS certificates on behalf of the depositor.[50]  The depositor sells the securities to the underwriter who markets them to investors.[51]  The certificates are sold in either public offerings or private placements, and the net proceeds are remitted to the sponsor.[52]

---

[48]   Letter provided by a public accounting firm which reports the results of an audit of the financial statements included in the registration statement. *See* AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS, COMFORT LETTER PROCEDURES RELATING TO CAPSULE FINANCIAL INFORMATION PRESENTED IN A REGISTRATION STATEMENT PRIOR TO THE ISSUANCE OF THE YEAR-END FINANCIAL STATEMENTS 5 (2005), http://www.thecaq.org/resources/secregs/pdfs/otherguidance/Comfort_Letter_Procedures.pdf.

[49]   Ian Giddy, Presentation on The Securitization Process, Stern School of Business, New York University, dated 2001, at 41, http://people.stern.nyu.edu/igiddy/ABS/absprocess.pdf.

[50]   *See* CONGRESSIONAL OVERSIGHT PANEL, NOVEMBER OVERSIGHT REPORT: EXAMINING THE CONSEQUENCES OF MORTGAGE IRREGULARITIES FOR FINANCIAL STABILITY AND FORECLOSURE MITIGATION (Nov. 16, 2010), at 14, http://www.gpo.gov/fdsys/pkg/CPRT-111JPRT61835/pdf/CPRT-111JPRT61835.pdf.

[51]   MOODY'S INVESTORS SERVICE, DEAL SPONSOR AND CREDIT RISK OF U.S. ABS AND MBS SECURITIES (Dec. 2006), at 5, http://www.moodys.com/sites/products/DefaultResearch/2006200000426039.pdf; s*ee also* CONGRESSIONAL OVERSIGHT PANEL, NOVEMBER OVERSIGHT REPORT: EXAMINING THE CONSEQUENCES OF MORTGAGE IRREGULARITIES FOR FINANCIAL STABILITY AND FORECLOSURE MITIGATION (Nov. 16, 2010), at 14, http://www.gpo.gov/fdsys/pkg/CPRT-111JPRT61835/pdf/CPRT-111JPRT61835.pdf.

[52]   COMPTROLLER OF THE CURRENCY ADMINISTRATION OF NATIONAL BANKS, ASSET SECURITIZATION, COMPTROLLER'S HANDBOOK (Nov. 1997), at 24, http://www.occ.gov/publications/publications-by-type/comptrollers-handbook/assetsec.pdf.

**Appendix VIII.C.6.c**, Page 1 of 4

Residential Capital, LLC, et al.
**All or Substantially All Analysis**
**Book Value Analysis (Total Assets)**
December 31, 2008
*($ in Millions, rounded)*

| | | ResCap | | | | |
|---|---|---|---|---|---|---|
| | | **2009 Asset Reductions** | | | | |
| | **Book Value** | **Interco. Debt Forgiveness** | | **Sale of** | **Total** | **Pro Forma** |
| **Total Assets** | **12/31/2008** | **RFC** [1] | **GMAC Holding** [1] | **Ally Bank** | **Adjustments** | **12/31/2008** |
| Cash and cash equivalents | $ 563 | $ - | $ - | $ - | $ - | $ 563 |
| Accounts receivable | 49 | - | - | - | - | 49 |
| Intercompany loans receivable: | | | | | | |
| Note receivable from RFC | 3,042 | (1,495) | - | - | (1,495) | 1,547 |
| Note receivable from GMAC Holding | 2,610 | - | (2,520) | - | (2,520) | 90 |
| Subtotal | 5,651 | (1,495) | (2,520) | - | (4,015) | 1,636 |
| Investment in subsidiaries: | | | | | | |
| RFC Holding | 1,970 | - | - | - | - | 1,970 |
| GMAC Holding | 1,819 | - | - | - | - | 1,819 |
| Ally Bank | 1,829 | - | - | (1,829) | (1,829) | - |
| Other | 46 | - | - | - | - | 46 |
| Subtotal | 5,664 | - | - | (1,829) | (1,829) | 3,835 |
| Other assets | 495 | - | - | - | - | 495 |
| Total assets | $ 12,422 | $ (1,495) | $ (2,520) | $ (1,829) | $ (5,844) | $ 6,578 |

% Change in Assets     -47.0%

| | | ResCap | | | | |
|---|---|---|---|---|---|---|
| | | **2009 & 2010 Asset Reductions** | | | | |
| | **Book Value** | **Interco. Debt Forgiveness** | | **Sale of** | **Total** | **Pro Forma** |
| **Total Assets** | **12/31/2008** | **RFC** [1] | **GMAC Holding** [1] | **Ally Bank** | **Adjustments** | **12/31/2008** |
| Cash and cash equivalents | $ 563 | $ - | $ - | $ - | $ - | $ 563 |
| Accounts receivable | 49 | - | - | - | - | 49 |
| Intercompany loans receivable: | | | | | | |
| Note receivable from RFC | 3,042 | (2,110) | - | - | (2,110) | 932 |
| Note receivable from GMAC Holding | 2,610 | - | (2,520) | - | (2,520) | 90 |
| Subtotal | 5,651 | (2,110) | (2,520) | - | (4,630) | 1,021 |
| Investment in subsidiaries: | | | | | | |
| RFC Holding | 1,970 | - | - | - | - | 1,970 |
| GMAC Holding | 1,819 | - | - | - | - | 1,819 |
| Ally Bank | 1,829 | - | - | (1,829) | (1,829) | - |
| Other | 46 | - | - | - | - | 46 |
| Subtotal | 5,664 | - | - | (1,829) | (1,829) | 3,835 |
| Other assets | 495 | - | - | - | - | 495 |
| Total assets | $ 12,422 | $ (2,110) | $ (2,520) | $ (1,829) | $ (6,459) | $ 5,963 |

% Change in Assets     -52.0%

[1] Includes RFC and GMAC Holding subsidary intercompany receivables forgiven by ResCap.
Source: Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009), at 215; ResCap HoldCo Balance Sheets Analysis, prepared by ResCap [EXAM00345975]; ResCap – Intercompany Transactions – Draft Presentation, prepared by Morrison Foerster and FTI Consulting, dated Apr. 4, 2013 [EXAM00345894].

**Appendix VIII.C.6.c**, Page 2 of 4

**Residential Capital, LLC, et al.**
**All or Substantially All Analysis**
**Book Value Analysis (Operating Assets)**
December 31, 2008
*($ in Millions, rounded)*

| | | | ResCap | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2009 Asset Reductions | | | | | | | |
| | Book Value | Interco. Debt Forgiveness | | | | Sale of | | Total | | Pro Forma |
| **Operating Assets** | 12/31/2008 | RFC [1] | | GMAC Holding [1] | | Ally Bank | | Adjustments | | 12/31/2008 |
| Intercompany loans receivable: | | | | | | | | | | |
| Note receivable from RFC | $ 3,042 | $ (1,495) | $ | - | $ | - | $ | (1,495) | $ | 1,547 |
| Note receivable from GMAC Holding | 2,610 | - | | (2,520) | | - | | (2,520) | | 90 |
| Subtotal | 5,651 | (1,495) | | (2,520) | | - | | (4,015) | | 1,636 |
| Investment in subsidiaries: | | | | | | | | | | |
| RFC Holding | 1,970 | - | | - | | - | | - | | 1,970 |
| GMAC Holding | 1,819 | - | | - | | - | | - | | 1,819 |
| Ally Bank | 1,829 | - | | - | | (1,829) | | (1,829) | | - |
| Other | 46 | - | | - | | - | | - | | 46 |
| Subtotal | 5,664 | - | | - | | (1,829) | | (1,829) | | 3,835 |
| Total operating assets | $ 11,315 | $ (1,495) | $ | (2,520) | $ | (1,829) | $ | (5,844) | $ | 5,471 |

| | % Change in Assets | -51.6% |
|---|---|---|

| | | | ResCap | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2009 & 2010 Asset Reductions | | | | | | | |
| | Book Value | Interco. Debt Forgiveness | | | | Sale of | | Total | | Pro Forma |
| **Operating Assets** | 12/31/2008 | RFC [1] | | GMAC Holding [1] | | Ally Bank | | Adjustments | | 12/31/2008 |
| Intercompany loans receivable: | | | | | | | | | | |
| Note receivable from RFC | $ 3,042 | $ (2,110) | $ | - | $ | - | $ | (2,110) | $ | 932 |
| Note receivable from GMAC Holding | 2,610 | - | | (2,520) | | - | | (2,520) | | 90 |
| Subtotal | 5,651 | (2,110) | | (2,520) | | - | | (4,630) | | 1,021 |
| Investment in subsidiaries: | | | | | | | | | | |
| RFC Holding | 1,970 | - | | - | | - | | - | | 1,970 |
| GMAC Holding | 1,819 | - | | - | | - | | - | | 1,819 |
| Ally Bank | 1,829 | - | | - | | (1,829) | | (1,829) | | - |
| Other | 46 | - | | - | | - | | - | | 46 |
| Subtotal | 5,664 | - | | - | | (1,829) | | (1,829) | | 3,835 |
| Total operating assets | $ 11,315 | $ (2,110) | $ | (2,520) | $ | (1,829) | $ | (6,459) | $ | 4,856 |

| | % Change in Assets | -57.1% |
|---|---|---|

[1] Includes RFC and GMAC Holding subsidary intercompany receivables forgiven by ResCap.
*Source: Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009), at 215; ResCap HoldCo Balance Sheets Analysis, prepared by ResCap [EXAM00345975]; ResCap – Intercompany Transactions – Draft Presentation, prepared by Morrison Foerster and FTI Consulting, dated Apr. 4, 2013 [EXAM00345894].*

Appendix VIII.C.6.c, Page 3 of 4

**Residential Capital, LLC et al.**
**All or Substantially All Analysis**
**Fair Market Value Analysis (Total Assets)**
December 31, 2008
*($ in Millions, rounded)*

**ResCap**
**2009 Asset Reductions**

| Total Assets | Book Value 12/31/2008 | FMV Adjustments [1] | FMV 12/31/2008 | Interco. Debt Forgiveness RFC [2] | GMAC Holding [2] | Sale of Ally Bank | Total Adjustments | Pro Forma 12/31/2008 |
|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 563 | $ - | $ 563 | $ - | $ - | $ - | $ - | $ 563 |
| Accounts receivable | 49 | - | 49 | - | - | - | - | 49 |
| Intercompany loans receivable: | | | | | | | | |
| Note receivable from RFC | 3,042 | (3,042) | - | - | - | - | - | - |
| Note receivable from GMAC Holding | 2,610 | (2,610) | - | - | - | - | - | - |
| Subtotal | 5,651 | (5,651) | - | - | - | - | - | - |
| Investment in subsidiaries: | | | | | | | | |
| RFC Holding | 1,970 | (1,970) | - | - | - | - | - | - |
| GMAC Holding | 1,819 | (1,819) | - | - | - | - | - | - |
| Ally Bank [3] | 1,829 | (1,237) | 592 | - | - | (592) | (592) | - |
| Other | 46 | (46) | - | - | - | - | - | - |
| Subtotal | 5,664 | (5,072) | 592 | - | - | (592) | (592) | - |
| Other assets | 495 | - | 495 | - | - | - | - | 495 |
| Total assets | $ 12,422 | $ (10,723) | $ 1,699 | $ - | $ - | $ (592) | $ (592) | $ 1,107 |

% Change in Assets    -34.8%

**ResCap**
**2009 & 2010 Asset Reductions**

| Total Assets | Book Value 12/31/2008 | FMV Adjustments [1] | FMV 12/31/2008 | Interco. Debt Forgiveness RFC [2] | GMAC Holding [2] | Sale of Ally Bank | Total Adjustments | Pro Forma 12/31/2008 |
|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 563 | $ - | $ 563 | $ - | $ - | $ - | $ - | $ 563 |
| Accounts receivable | 49 | - | 49 | - | - | - | - | 49 |
| Intercompany loans receivable: | | | | | | | | |
| Note receivable from RFC | 3,042 | (3,042) | - | - | - | - | - | - |
| Note receivable from GMAC Holding | 2,610 | (2,610) | - | - | - | - | - | - |
| Subtotal | 5,651 | (5,651) | - | - | - | - | - | - |
| Investment in subsidiaries: | | | | | | | | |
| RFC Holding | 1,970 | (1,970) | - | - | - | - | - | - |
| GMAC Holding | 1,819 | (1,819) | - | - | - | - | - | - |
| Ally Bank [3] | 1,829 | (1,237) | 592 | - | - | (592) | (592) | - |
| Other | 46 | (46) | - | - | - | - | - | - |
| Subtotal | 5,664 | (5,072) | 592 | - | - | (592) | (592) | - |
| Other assets | 495 | - | 495 | - | - | - | - | 495 |
| Total assets | $ 12,422 | $ (10,723) | $ 1,699 | $ - | $ - | $ (592) | $ (592) | $ 1,107 |

% Change in Assets    -34.8%

[1] Fair-value adjustments made to ResCap's intercompany loans receivable and investment in subsidiaries balances. See Section VI.E.2. Remaining assets assumed to equal book value for purposes of this analysis.

[2] Includes RFC and GMAC Holding subsidiary intercompany receivables forgiven by ResCap.

[3] For purposes of this analysis, the midpoint of the range of value for the IB Finance Preferred Interests and the remaining IB Finance Class M Shares (non-marketable, non-controlling) at January 30, 2009 was utilized. See Appendix V.A.2.d.(6).

*Source: Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009), at 215; ResCap HoldCo Balance Sheets Analysis, prepared by ResCap [EXAMI00345975]; ResCap – Intercompany Transactions – Draft Presentation, prepared by Morrison Foerster and FTI Consulting, dated Apr. 4, 2013 [EXAMI00345904].*

Appendix VIII.C.6.c, Page 3 of 4

Appendix VIII.C.6.c, Page 4 of 4

**Residential Capital, LLC, et al.**
**All or Substantially All Analysis**
**Fair Market Value Analysis (Operating Assets)**
December 31, 2008
*($ in Millions, rounded)*

| Operating Assets | Book Value 12/31/2008 | FMV Adjustments [1] | FMV 12/31/2008 | ResCap 2009 Asset Reductions — Interco. Debt Forgiveness RFC [2] | GMAC Holding [2] | Sale of Ally Bank | Total Asset Adjustments | Pro Forma 12/31/2008 |
|---|---|---|---|---|---|---|---|---|
| Intercompany loans receivable: | | | | | | | | |
| Note receivable from RFC | $ 3,042 | $ (3,042) | $ - | $ - | $ - | $ - | $ - | $ - |
| Note receivable from GMAC Holding | 2,610 | (2,610) | - | - | - | - | - | - |
| Subtotal | 5,651 | (5,651) | - | - | - | - | - | - |
| Investment in subsidiaries: | | | | | | | | |
| RFC Holding | 1,970 | (1,970) | - | - | - | - | - | - |
| GMAC Holding | 1,819 | (1,819) | - | - | - | - | - | - |
| Ally Bank [3] | 1,829 | (1,237) | 592 | - | - | (592) | (592) | - |
| Other | 46 | (46) | - | - | - | - | - | - |
| Subtotal | 5,664 | (5,072) | 592 | - | - | (592) | (592) | - |
| Total operating assets | $ 11,315 | $ (10,723) | $ 592 | $ - | $ - | $ (592) | $ (592) | $ - |
| | | | | | | % Change in Assets | | -100.0% |

| Operating Assets | Book Value 12/31/2008 | FMV Adjustments [1] | FMV 12/31/2008 | ResCap 2009 & 2010 Asset Reductions — Interco. Debt Forgiveness RFC [2] | GMAC Holding [2] | Sale of Ally Bank | Total Asset Adjustments | Pro Forma 12/31/2008 |
|---|---|---|---|---|---|---|---|---|
| Intercompany loans receivable: | | | | | | | | |
| Note receivable from RFC | $ 3,042 | $ (3,042) | $ - | $ - | $ - | $ - | $ - | $ - |
| Note receivable from GMAC Holding | 2,610 | (2,610) | - | - | - | - | - | - |
| Subtotal | 5,651 | (5,651) | - | - | - | - | - | - |
| Investment in subsidiaries: | | | | | | | | |
| RFC Holding | 1,970 | (1,970) | - | - | - | - | - | - |
| GMAC Holding | 1,819 | (1,819) | - | - | - | - | - | - |
| Ally Bank [3] | 1,829 | (1,237) | 592 | - | - | (592) | (592) | - |
| Other | 46 | (46) | - | - | - | - | - | - |
| Subtotal | 5,664 | (5,072) | 592 | - | - | (592) | (592) | - |
| Total operating assets | $ 11,315 | $ (10,723) | $ 592 | $ - | $ - | $ (592) | $ (592) | $ - |
| | | | | | | % Change in Assets | | -100.0% |

[1] Fair-value adjustments made to ResCap's intercompany loans receivable and investment in subsidiaries balances. See Section VI.E.2.

[2] Includes RFC and GMAC Holding subsidiary intercompany receivables forgiven by ResCap.

[3] For purposes of this analysis, the midpoint of the range of value for the IB Finance Preferred Interests and the remaining IB Finance Class M Shares (non-marketable, non-controlling) at January 30, 2009 was utilized. See Appendix V.A.2.d.(6).

Source: Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009), at 215; ResCap HoldCo Balance Sheets Analysis, prepared by ResCap [EXAM00345975]; ResCap – Intercompany Transactions – Draft Presentation, prepared by Morrison Foerster and FTI Consulting, dated Apr. 4, 2013 [EXAM00345894].

## Appendix VIII.D.1, Page 1 of 2

**Alleged RMBS Claims Damages**
*($ in Millions)*

| RMBS Claims | |
|---|---|
| **Party/Action** | **Damages** |
| AIG, Allstate, MassMutual, and Prudential | $1,500.0 [1] |
| Assured Guaranty Municipal Corp. | $80.2 [2] |
| Cambridge Place Investment Management | $39.1 [3] |
| FDIC (in its capacity as receiver for Citizens National Bank, Strategic Capital Bank, Colonial Bank, and Guaranty Bank) | Undisclosed [4] |
| Federal Home Loan Bank of Boston | $153.2 |
| Federal Home Loan Bank of Indianapolis | $23.0 |
| Federal Home Loan Bank of Chicago | $75.3 [5] |
| FHFA | Undisclosed [6] |
| FGIC | $1,850.0 [7] |
| Huntington Bancshares | $58.5 [8] |
| John Hancock Life Insurance | $138.0 [9] |
| MBIA Insurance Company | $2,000.0 [10] |
| National Credit Union Administration Board, as liquidating agent of U.S. Central Federal Credit Union and Western Corporate Federal Credit Union | $293.0 [11] |
| New Jersey Carpenters Health Fund and New Jersey Carpenters Vacation Fund | Undisclosed |
| Stichting Pensioenfonds ABP | $25.2 [12] |
| The Union Central Life Insurance Company | $30.8 [13] |
| West Virginia Investment Management Board | $9.2 [14] |
| Plaintiffs in Western & Southern Life Ins. Co. v. RFC, No. A1105042 (Ohio C.P.) | $30.0 [15] |
| **Total** | **$6,305.5** [16] |

[1] AIG, Allstate, MassMutual and Prudential Joint Submission Paper, dated Oct. 17, 2012, at 1.

[2] Summary Letter from J. Buchsubill (Jan. 3, 2013).

[3] Proof of Claim No. 5305, filed Nov. 16, 2012 [Case No. 12-12054]; Proof of Claim No. 12-12053]; Proof of Claim No. 5315, filed Nov. 16, 2012 [Case No. 12-12053].

[4] Damages Letter from K. Matthews (Feb. 6, 2013). The FDIC declined the Examiner's Professionals' request for damages information, in part, because the "FDIC-Receivers intend to object to any provision in the Debtors' plan that attempts to bar them from proceeding with their claims against Ally Securities or any non-debtor affiliate" under 12 U.S.C. § 1821(b). Id. at 2.

[5] Federal Home Loan Banks of Boston, Chicago, and Indianapolis Joint Submission Paper, dated Oct. 19, 2012, at 34.

[6] FHFA Letter, dated Oct. 12, 2012, at 2. The FHFA declined to provide information regarding its damages, stating that "any plan that attempts to impose nonconsensual releases on FHFA would be seeking relief prohibited by applicable non-bankruptcy law and, thus, would be unconfirmable." Id.

[7] Proof of Claim No. 4808, filed Nov. 16, 2012 [Case No. 12-12019]; Proof of Claim No. 4870, filed Nov. 16, 2012 [Case No. 12-12020]; Proof of Claim No. 4871, filed Nov. 16, 2012 [Case No. 12-12032].

[8] Damages Letter from M. Morris (Oct. 25, 2012), at 3.

[9] Damages Letter from M. Morris (Oct. 25, 2012), at 3.

[10] MBIA Submission Paper, dated Nov. 9, 2012, at 1. MBIA alleges that it is "entitled to rescissory damages in excess of $2 billion arising from its fraudulent inducement claims against the Debtors for which the Ally Defendants are jointly and severally liable." See id. at 34. Consistent with the Examiner Scope Approval Order, the Investigation has not attempted to independently quantify MBIA's damages and therefore the Examiner offer's no conclusion with respect to the proper basis of calculating MBIA's damages.

[11] Proof of Claim No. 2626, filed Nov. 8, 2012 [Case No. 12-12052]; Proof of Claim No. 2627, filed Nov. 8, 2012 [Case No. 12-12052]; Proof of Claim No. 2628, filed Nov. 8, 2012 [Case No. 12-12052]; Proof of Claim No. 2629, filed Nov. 8, 2012 [Case No. 12-12052]; Proof of Claim No. 2630, filed Nov. 8, 2012 [Case No. 2631, filed Nov. 8, 2012 [Case No. 12-12052]; Proof of Claim No. 2632, filed Nov. 8, 2012 [Case No. 12-12052]; Proof of Claim No. 2633, filed Nov. 8, 2012 [Case No. 12-12052]; Proof of Claim No. 2634, filed Nov. 8, 2012 [Case No. 12-12052]; Proof of Claim No. 2635, filed Nov. 8, 2012 [Case No. 12-12061]; Proof of Claim No. 2636, filed Nov. 8, 2012 [Case No. 12-12052]. The NCUAB has not asserted claims directly against the AFI Defendants, but it has asserted similar fraud-based claims against the Debtors. See Compl., Natl Credit Union Admin. Bd. v. Goldman, Sachs & Co., Case No. 11-06521, Docket No. 1 (C.D. Cal. Aug. 9, 2011); Compl., Natl Credit Union Admin. Bd. v. RBS Sec. Inc., Case No. 11-02340, Docket No. 1 (D. Kan. June 20, 2011).

[12] Damages Letter from M. Morris (Oct. 25, 2012), at 3.

[13] Proof of Claim No. 4813, filed Nov. 16, 2012 [Case No. 12-12052]; Proof of Claim No. 4814, filed Nov. 16, 2012 [Case No. 12-12019]; Proof of Claim No. 4815, filed Nov. 16, 2012 [Case No. 12-12020].

[14] Damages Letter from S. Fitzgerald (Jan. 4, 2013). The West Virginia Investment Management Board estimate of $92 million is based on a rescission damages theory. Id. at 2-3. Plaintiffs assert that if their damages are calculated using a benefit-of-the-bargain method, they have damages of approximately $5.6 million. Id. at 3.

[15] Damages Letter from S. Fitzgerald (Jan. 9, 2013), at 2.

[16] Plus undisclosed and unliquidated amounts.

Appendix VIII.D.1, Page 1 of 2

Appendix VIII.D.1, Page 2 of 2

**Alleged Non-RMBS and Unsecured Noteholder Damages**
*($ in Millions)*

| Non-RMBS Claims | | Unsecured Noteholder Causes of Action | |
| --- | --- | --- | --- |
| Party/Action | Damages | Party/Action | Damages |
| Plaintiffs in Abraham v. Am. Home Mortg. Serv., No. 12-4686 (E.D.N.Y.) and Kelly v. Am. Home Mortg. Serv., No. 12-6240 (E.D.N.Y.) | Undisclosed [17] | Wilmington Trust, solely in its capacity as Indenture Trustee to the Unsecured Notes | $1,000.0 [25] |
| Plaintiffs in Bollinger v. Residential Capital LLC, No. C10-1123 (W.D. Wash.) | $6.2 [18] | Total | $1,000.0 |
| Plaintiffs in Donaldson v. GMAC Mortgage, No. SU-CV-3359D (Super. Ct. Ga.), Chatman v. GMAC Mortgage, No. CV 2008-900015 (Cir. Ct. Ala.), and Robinson v. Homecomings Financial, No. CV 2008-9000007 (Cir. Ct. Ala.) | Undisclosed [19] | | |
| Plaintiffs in Rothstein v. GMAC Mortgage, No. 12-3412 (S.D.N.Y.) | $971.0 [20] | | |
| William and Eileen White | $0.3 [21] | | |
| Plaintiffs in Dennis v. Homecomings Fin., LLC, No. 11-00066 (D. Wyo.) | $0.0 [22] | | |
| Plaintiffs in Laffite v. Ally Fin. Inc., No. 10-2820 (D.S.C.) | >$5.0 [23] | | |
| Total | $982.5 [24] | | |

[17] *Damages Letter from P. Berwish (Jan. 2, 2013). The plaintiffs in Abraham and Kelly declined the Examiner's Professionals' request for damages information because they felt that the request was prejudicial to their litigation interests and they objected "to the possible release of Plaintiff's claims when they are party to the bankruptcy as, inter alia, ALST has not filed for bankruptcy; there has been no valid subpoena seeking information, and there has been no Order from the U.S. District Court for the Eastern District of New York." Id. at 2.*

[18] *Damages Letter from M. Helland (Jan. 4, 2013), at Ex. 1.*

[19] *Damages Letter from N. Armstrong (Jan. 21, 2013). The plaintiffs in Donaldson, Chatman, and Robinson informed the Examiner's Professionals that "[g]iven the putative class nature, and the status of discovery, [they] are unable to provide a quantification of damages at this time." Id. at 1.*

[20] *Damages Letter from M. Strauss (Jan. 11, 2013), at 1.*

[21] *Damages Letter from A. Katanick (Jan. 4, 2013), at 5.*

[22] *Proof of Claim No. 2232, filed Nov. 5, 2012 [Case No. 12-12032].*

[23] *See Notice of Removal, Laffite v. Ally Fin., Case No. 10-02820, Docket No. 1, at 4 (D.S.C. Nov. 1, 2010) (Plaintiffs pleading at least $5.0 million threshold under Class Action Fairness Act).*

[24] *Plan undisclosed and unliquidated amounts.*

[25] *See Wilmington Trust Submission Paper, dated Mar. 8, 2013, at 32.*

**List of Complete Citations for Exhibits With Truncated Citations**

| Exhibit Number | Bates Number | Citation |
|---|---|---|
| III.J.3.c—1 | EXAM00176483 | FTI Presentation to the Board of Residential Capital, LLC, dated Apr. 5, 2012, at 5 [EXAM00176483]. |
| III.J.3.c—1 | EXAM00128214 | Notes of P. West (Apr. 5, 2012), at EXAM00128218 [EXAM00128214]. |
| III.J.3.c—1 | RC40020521 | Draft Settlement Agreement, dated Apr. 30, 2012, at RC40020541 [RC40020521]. |
| III.J.3.c—1 | RCES00001556 | See E-mail from T. Goren (May 3, 2012) [RCES00001556]. |
| III.J.3.c—1 | RCES00001573 | Blackline Draft Settlement Agreement, dated May 3, 2012, at 6 [RCES00001573]. |
| III.J.3.c—1 | ALLY_0334556 | E-mail from G. Lee to T. Devine (May 4, 2012) [ALLY_0334556]. |
| III.J.3.c—1 | EXAM00002973 | E-mail from T. Marano to M. Carpenter (May 6, 2012) [EXAM00002973]. |
| III.J.3.c—1 | CCM00444794 | Evercore, Kirkland & Ellis, and Mayer Brown Project Rodeo Discussion Materials, dated Apr. 4, 2012, at CCM00444815; CCM00444842 [CCM00444794]. |
| III.J.3.c—1 | CCM00449220 | E-mail from N. Ornstein to L. Nashelsky and G. Lee (May 2, 2012) [CCM00449220]. |
| III.J.3.c—1 | CCM00449236 | Blackline Draft Settlement Agreement, dated May 2, 2012, at 6 [CCM00449236] (attached to E-mail from N. Ornstein to L. Nashelsky and G. Lee (May 2, 2012) [CCM00449220]). |
| III.J.3.c—1 | RCES00001506 | E-mail from M. Meltzer to L. Nashelsky and G. Lee (May 4, 2012) [RCES00001506]. |
| III.J.3.c—1 | RCES00001523 | Draft Settlement Agreement, dated May 4, 2012, at 6 [RCES00001523] (attached to E-mail from M. Meltzer to L. Nashelsky and G. Lee (May 4, 2012) [RCES00001506]). |
| III.J.3.c—1 | ALLY_0021383 | E-mail from L. Nashelsky to R. Schrock (May 5, 2012) [ALLY_0021383]. |
| III.J.3.c—1 | RCES00002361 | E-mail from A. Grossi to L. Nashelsky, J. Tanenbaum, and G. Lee (Apr. 19, 2012) [RCES00002361]. |
| III.J.3.c—1 | RCES00002362 | Summary Discussion of Ally Financial Inc. Support For a ResCap Chapter 11 Plan of Reorganization, dated Apr. 19, 2012, at 1 [RCES00002362] (attached to E-mail from A. Grossi to L. Nashelsky, J. Tanenbaum, and G. Lee (Apr. 19, 2012) [RCES00002361]). |
| III.J.4.d—4 | EXAM00176409 | Centerview and FTI Discussion Materials Presentation, dated Apr. 25, 2012, at 7-11 [EXAM00176409]. |
| III.J.4.d—4 | EXAM00176337 | Centerview and FTI Discussion Materials Presentation, dated May 2, 2012, at 7-11 [EXAM00176337]. |
| III.J.4.d—4 | EXAM00178949 | Centerview and FTI Discussion Materials Presentation, dated May 3, 2012, at 7-11 [EXAM00178949]. |
| III.J.4.d—4 | CCM00565465 | E-mail from T. Devine to M. Carpenter (May 8, 2012), at CCM00565465 [CCM00565465]. |
| III.J.4.d—4 | EXAM00176421 | Centerview and FTI Discussion Materials Presentation, dated May 7, 2012, at 7–9 [EXAM00176421] (attached to E-mail from M. Renzi to G. Lee and T. Devine (May 8, 2012) [EXAM00176420]). |
| III.J.4.d—4 | EXAM00176548 | Centerview and FTI Discussion Materials Presentation, dated May 9, 2012, at 3-4 [EXAM00176548]. |
| III.J.4.d—4 | EXAM00180187 | E-mail from K. Patrick to G. Lee (May 7, 2012) [EXAM00180187]. |
| III.J.4.d—4 | N/A | Int. of K. Patrick, Mar. 18, 2013, at 94:9–95:19, 172:8–177:4. |
| V.B.12.a()—1 | EXAM00344891 | Bank Flow HFI Portfolio, dated Jan. 2008 [EXAM00344891]. |
| V.B.12.a()—1 | EXAM00344892 | Bank Flow HFI Portfolio, dated May 2007 [EXAM00344892]. |
| V.B.12.a()—1 | EXAM00344893 | Bank Flow HFI Portfolio, dated Nov. 2007 [EXAM00344893]. |
| V.B.12.a()—1 | EXAM00344894 | Bank Flow HFI Portfolio, dated Feb. 2008 [EXAM00344894]. |
| V.B.12.a()—1 | EXAM00344895 | Bank Flow HFI Portfolio, dated Dec. 2007 [EXAM00344895]. |
| V.B.12.a()—1 | EXAM00344896 | Bank Flow HFI Portfolio, dated Sep. 2007 [EXAM00344896]. |
| V.B.12.a()—1 | EXAM00344897 | Bank HFI Swap [EXAM00344897]. |
| V.B.12.a()—1 | EXAM00344898 | Bank Flow HFI Portfolio, dated Oct. 2007 [EXAM00344898]. |
| V.B.12.a()—1 | EXAM00344899 | Bank Flow HFI Portfolio, dated Aug. 2007 [EXAM00344899]. |
| V.B.12.a()—1 | EXAM00344900 | Bank Flow HFI Portfolio, dated Mar. 2008 [EXAM00344900]. |
| V.B.12.a()—1 | EXAM00344901 | Bank Flow HFI Portfolio, dated June 2007 [EXAM00344901]. |
| V.B.12.a()—1 | EXAM00344902 | Bank Flow HFI Portfolio, dated July 2007 [EXAM00344902]. |
| V.B.12.a(2) | EXAM00338641 | 2006 Monthly Sum of Sum [EXAM00338641]. |
| V.B.12.a(2) | EXAM00338642 | 2007 Monthly Sum of Sum [EXAM00338642]. |

List of Complete Citations for Exhibits With Truncated Citations

| Exhibit Number | Bates Number | Citation |
|---|---|---|
| V.B.12.a(2) | EXAM00338643 | 2008 Monthly Sum of Sum [EXAM00338643]. |
| V.B.12.a(2) | EXAM00338644 | 2009 Monthly Sum of Sum [EXAM00338644]. |
| V.B.12.a(2) | EXAM00338645 | 2010 Monthly Sum of Sum [EXAM00338645]. |
| V.B.12.a(2) | EXAM00338646 | 2011 Monthly Sum of Sum [EXAM00338646]. |
| V.B.12.a(2) | EXAM00338647 | 2012 Monthly Sum of Sum [EXAM00338647]. |
| V.B.12.a(2) | N/A | Meeting with J. Whitlinger in Ft. Washington, PA (Mar. 29, 2013). |
| V.B.12.b(1)—7 | EXAM00232592 | MSR Rollforward YTD 2011, dated Dec. 31, 2011 [EXAM00232592]. |
| V.B.12.b(1)—7 | EXAM00233968 | MSR ARB Interest Expense Allocation, dated Mar. 31, 2012 [EXAM00233968]. |
| V.B.12.b(1)—7 | N/A | Ally Financial Inc., Quarterly Report (Form 10-Q) (May 6, 2011), at 32, 34. |
| V.B.12.b(1)—7 | N/A | Ally Financial Inc., Quarterly Report (Form 10-Q) (Aug. 9, 2011), at 33, 35. |
| V.B.12.b(1)—7 | N/A | Ally Financial Inc., Quarterly Report (Form 10-Q) (Nov. 4, 2011), at 35, 37. |
| V.B.12.b(1)—7 | N/A | Ally Financial Inc., Annual Report (Form 10-K) (Feb. 28, 2012), at 62, 168. |
| V.B.12.b(1)—7 | N/A | Ally Financial Inc., Quarterly Report (Form 10-Q) (Apr. 27, 2012), at 33. |
| V.B.12.b(1)—7 | N/A | Bank of America Corporation, Quarterly Report (Form 10-Q) (May 5, 2011), at 33, 120. |
| V.B.12.b(1)—7 | N/A | Bank of America Corporation, Quarterly Report (Form 10-Q) (Aug. 4, 2011), at 39, 129. |
| V.B.12.b(1)—7 | N/A | Bank of America Corporation, Quarterly Report (Form 10-Q) (Nov. 3, 2011), at 43,144. |
| V.B.12.b(1)—7 | N/A | Bank of America Corporation, Annual Report (Form 10-K) (Feb. 23, 2012), at 46, 154. |
| V.B.12.b(1)—7 | N/A | Bank of America Corporation, Quarterly Report (Form 10-Q) (May 3, 2012), at 34, 122. |
| V.B.12.b(1)—7 | N/A | JP Morgan Chase & Co., Quarterly Report (Form 10-Q) (May 6, 2011), at 150. |
| V.B.12.b(1)—7 | N/A | JP Morgan Chase & Co., Quarterly Report (Form 10-Q) (Aug. 9, 2011), at 161. |
| V.B.12.b(1)—7 | N/A | JP Morgan Chase & Co., Quarterly Report (Form 10-Q) (Nov. 8, 2011), at 170. |
| V.B.12.b(1)—7 | N/A | JP Morgan Chase & Co., Annual Report (Form 10-K) (Feb. 29, 2012), at 269. |
| V.B.12.b(1)—7 | N/A | JP Morgan Chase & Co., Quarterly Report (Form 10-Q) (May 10, 2012), at 145. |
| V.B.12.b(1)—7 | N/A | Citigroup Inc., Quarterly Report (Form 10-Q) (May 5, 2011), at 132. |
| V.B.12.b(1)—7 | N/A | Citigroup Inc., Quarterly Report (Form 10-Q) (Aug. 5, 2011), at 152. |
| V.B.12.b(1)—7 | N/A | Citigroup Inc., Quarterly Report (Form 10-Q) (Nov. 4, 2011), at 153. |
| V.B.12.b(1)—7 | N/A | Citigroup Inc., Annual Report (Form 10-K) (Feb. 24, 2012), at 224. |
| V.B.12.b(1)—7 | N/A | Citigroup Inc., Quarterly Report (Form 10-Q) (May. 4, 2012), at 143. |
| V.B.12.b(1)—7 | N/A | Wells Fargo & Co., Quarterly Report (Form 10-Q) (May 6, 2011), at 93–94. |
| V.B.12.b(1)—7 | N/A | Wells Fargo & Co., Quarterly Report (Form 10-Q) (Aug. 5, 2011), at 115–116. |
| V.B.12.b(1)—7 | N/A | Wells Fargo & Co., Quarterly Report (Form 10-Q) (Nov. 6, 2011), at 109–110. |
| V.B.12.b(1)—7 | N/A | Wells Fargo & Co., Annual Report (Form 10-K) (Feb. 28, 2012), at 171–172. |
| V.B.12.b(1)—7 | N/A | Wells Fargo & Co., Quarterly Report (Form 10-Q) (May 8, 2012), at 96–97. |
| V.B.12.b(1)—7 | N/A | U.S. Bancorp, Quarterly Report (Form 10-Q) (May 6, 2011), at 42. |
| V.B.12.b(1)—7 | N/A | U.S. Bancorp, Quarterly Report (Form 10-Q) (Aug. 8, 2011), at 47. |
| V.B.12.b(1)—7 | N/A | U.S. Bancorp, Quarterly Report (Form 10-Q) (Nov. 4, 2011), at 52. |
| V.B.12.b(1)—7 | N/A | U.S. Bancorp, Annual Report (Form 10-K) (Feb. 23, 2012), at 94–95. |
| V.B.12.b(1)—7 | N/A | U.S. Bancorp, Quarterly Report (Form 10-Q) (May 7, 2012), at 49–50. |
| V.B.12.b(1)—7 | N/A | The PNC Financial Services Group, Inc., Quarterly Report (Form 10-Q) (May 9, 2011), at 116. |
| V.B.12.b(1)—7 | N/A | The PNC Financial Services Group, Inc., Quarterly Report (Form 10-Q) (Aug. 8, 2011), at 140. |
| V.B.12.b(1)—7 | N/A | The PNC Financial Services Group, Inc., Quarterly Report (Form 10-Q) (Nov. 8, 2011), at 140. |
| V.B.12.b(1)—7 | N/A | The PNC Financial Services Group, Inc., Annual Report (Form 10-K) (Feb. 29, 2012), at 160. |
| V.B.12.b(1)—7 | N/A | The PNC Financial Services Group, Inc., Quarterly Report (Form 10-Q) (May 9, 2012), at 116. |

**Appendix X**, Page 3 of 10

List of Complete Citations for Exhibits With Truncated Citations

| Exhibit Number | Bates Number | Citation |
|---|---|---|
| V.B.12.b(1)—7 | N/A | SunTrust Banks, Inc., Quarterly Report (Form 10-Q) (May 6, 2011), at 20. |
| V.B.12.bt(1)—7 | N/A | SunTrust Banks, Inc., Quarterly Report (Form 10-Q) (Aug. 9, 2011), at 20–21. |
| V.B.12.bt(1)—7 | N/A | SunTrust Banks, Inc., Quarterly Report (Form 10-Q) (Nov. 4, 2011), at 24. |
| V.B.12.bt(1)—7 | N/A | SunTrust Banks, Inc., Annual Report (Form 10-K) (Feb. 24, 2012), at 130–131. |
| V.B.12.bt(1)—7 | N/A | SunTrust Banks, Inc., Quarterly Report (Form 10-Q) (May, 4, 2012), at 23. |
| V.B.12.bt(1)—8 | EXAM00232592 | MSR Rollforward YTD 2011, dated Dec. 31, 2011 [EXAM00232592]. |
| V.B.12.bt(1)—8 | EXAM00233968 | MSR ARB Interest Expense Allocation, dated Mar. 31, 2012 [EXAM00233968]. |
| V.B.12.bt(1)—8 | N/A | Ally Financial Inc., Quarterly Report (Form 10-Q) (May 6, 2011), at 32, 34. |
| V.B.12.bt(1)—8 | N/A | Ally Financial Inc., Quarterly Report (Form 10-Q) (Aug. 9, 2011), at 33, 35. |
| V.B.12.bt(1)—8 | N/A | Ally Financial Inc., Quarterly Report (Form 10-Q) (Nov. 4, 2011), at 35, 37. |
| V.B.12.bt(1)—8 | N/A | Ally Financial Inc., Annual Report (Form 10-K) (Feb. 28, 2012), at 62, 168. |
| V.B.12.bt(1)—8 | N/A | Ally Financial Inc., Quarterly Report (Form 10-Q) (Apr. 27, 2012), at 33. |
| V.B.12.bt(1)—8 | N/A | Bank of America Corporation, Quarterly Report (Form 10-Q) (May 5, 2011), at 33, 120. |
| V.B.12.bt(1)—8 | N/A | Bank of America Corporation, Quarterly Report (Form 10-Q) (Aug. 4, 2011), at 39, 129. |
| V.B.12.bt(1)—8 | N/A | Bank of America Corporation, Quarterly Report (Form 10-Q) (Nov. 3, 2011), at 43, 144. |
| V.B.12.bt(1)—8 | N/A | Bank of America Corporation, Annual Report (Form 10-K) (Feb. 23, 2012), at 46, 154. |
| V.B.12.bt(1)—8 | N/A | Bank of America Corporation, Quarterly Report (Form 10-Q) (May 3, 2012), at 34, 122. |
| V.B.12.bt(1)—8 | N/A | JP Morgan Chase & Co., Quarterly Report (Form 10-Q) (May 6, 2011), at 150. |
| V.B.12.bt(1)—8 | N/A | JP Morgan Chase & Co., Quarterly Report (Form 10-Q) (Aug. 9, 2011), at 161. |
| V.B.12.bt(1)—8 | N/A | JP Morgan Chase & Co., Quarterly Report (Form 10-Q) (Nov. 8, 2011), at 170. |
| V.B.12.bt(1)—8 | N/A | JP Morgan Chase & Co., Annual Report (Form 10-K) (Feb. 29, 2012), at 269. |
| V.B.12.bt(1)—8 | N/A | JP Morgan Chase & Co., Quarterly Report (Form 10-Q) (May 10, 2012), at 145. |
| V.B.12.bt(1)—8 | N/A | Citigroup Inc., Quarterly Report (Form 10-Q) (May 5, 2011), at 132. |
| V.B.12.bt(1)—8 | N/A | Citigroup Inc., Quarterly Report (Form 10-Q) (Aug. 5, 2011), at 152. |
| V.B.12.bt(1)—8 | N/A | Citigroup Inc., Quarterly Report (Form 10-Q) (Nov. 4, 2011), at 153. |
| V.B.12.bt(1)—8 | N/A | Citigroup Inc., Annual Report (Form 10-K) (Feb. 24, 2012), at 224. |
| V.B.12.bt(1)—8 | N/A | Citigroup Inc., Quarterly Report (Form 10-Q) (May 4, 2012), at 143. |
| V.B.12.bt(1)—8 | N/A | Wells Fargo & Co., Quarterly Report (Form 10-Q) (May 6, 2011), at 93–94. |
| V.B.12.bt(1)—8 | N/A | Wells Fargo & Co., Quarterly Report (Form 10-Q) (Aug. 5, 2011), at 115–116. |
| V.B.12.bt(1)—8 | N/A | Wells Fargo & Co., Quarterly Report (Form 10-Q) (Nov. 6, 2011), at 109–110. |
| V.B.12.bt(1)—8 | N/A | Wells Fargo & Co., Annual Report (Form 10-K) (Feb. 28, 2012), at 171–172. |
| V.B.12.bt(1)—8 | N/A | Wells Fargo & Co., Quarterly Report (Form 10-Q) (May 8, 2012), at 96–97. |
| V.B.12.bt(1)—8 | N/A | U.S. Bancorp, Quarterly Report (Form 10-Q) (May 6, 2011), at 42. |
| V.B.12.bt(1)—8 | N/A | U.S. Bancorp, Quarterly Report (Form 10-Q) (Aug. 8, 2011), at 47. |
| V.B.12.bt(1)—8 | N/A | U.S. Bancorp, Quarterly Report (Form 10-Q) (Nov. 4, 2011), at 52. |
| V.B.12.bt(1)—8 | N/A | U.S. Bancorp, Annual Report (Form 10-K) (Feb. 23, 2012), at 94–95. |
| V.B.12.bt(1)—8 | N/A | U.S. Bancorp, Quarterly Report (Form 10-Q) (May 7, 2012), at 49–50. |
| V.B.12.bt(1)—8 | N/A | The PNC Financial Services Group, Inc., Quarterly Report (Form 10-Q) (May 9, 2011), at 116. |
| V.B.12.bt(1)—8 | N/A | The PNC Financial Services Group, Inc., Quarterly Report (Form 10-Q) (Aug. 8, 2011), at 140. |
| V.B.12.bt(1)—8 | N/A | The PNC Financial Services Group, Inc., Quarterly Report (Form 10-Q) (Nov. 8, 2011), at 140. |
| V.B.12.bt(1)—8 | N/A | The PNC Financial Services Group, Inc., Annual Report (Form 10-K) (Feb. 29, 2012), at 160. |
| V.B.12.bt(1)—8 | N/A | The PNC Financial Services Group, Inc., Quarterly Report (Form 10-Q) (May 9, 2012), at 116. |
| V.B.12.bt(1)—8 | N/A | SunTrust Banks, Inc., Quarterly Report (Form 10-Q) (May 6, 2011), at 20. |

Appendix X, Page 4 of 10

List of Complete Citations for Exhibits With Truncated Citations

| Exhibit Number | Bates Number | Citation |
|---|---|---|
| V.B.12.b(1)—8 | N/A | SunTrust Banks, Inc., Quarterly Report (Form 10-Q) (Aug. 9, 2011), at 20–21. |
| V.B.12.b(1)—8 | N/A | SunTrust Banks, Inc., Quarterly Report (Form 10-Q) (Nov. 4, 2011), at 24. |
| V.B.12.b(1)—8 | N/A | SunTrust Banks, Inc., Annual Report (Form 10-K) (Feb. 24, 2012), at 130–131. |
| V.B.12.b(1)—8 | N/A | SunTrust Banks, Inc., Quarterly Report (Form 10-Q) (May, 4, 2012), at 23. |
| V.B.12.b(1)—8 | EXAM00231553 | GMAC Mortgage Corporation Consolidated Financial Statements as of and for the years ended December 31, 2005 and 2004 (Restated), at 2, 52 [EXAM00231553]. |
| V.B.12.b(1)—8 | EXAM00232043 | GMAC Mortgage, LLC Consolidated Financial Statements, as of and for the years ended December 31, 2007 and 2006, at 2 [EXAM00232043]. |
| V.B.12.b(1)—8 | EXAM00234189 | GMAC Mortgage, LLC Consolidated Financial Statements, as of and for the years ended December 31, 2009 and 2008, at 5 [EXAM00234189]. |
| V.B.12.b(1)—8 | EXAM00234281 | GMAC Mortgage, LLC Consolidated Financial Statements, as of and for the years ended December 31, 2011 and 2010, at 5 [EXAM00234281]. |
| V.B.12.b(1)—8 | RC00034535 | GMAC Bank Consolidated Financial Statements as of December 31, 2008 and 2007, at 2 [RC00034535]. |
| V.B.12.b(1)—8 | EXAM00231149 | Residential Funding Corporation Consolidated Financial Statements for the Years Ended December 31, 2004 and 2003 (Restated), at 2 [EXAM00231149]. |
| V.B.12.b(1)—8 | EXAM00231642 | Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2006 and 2005, at 2 [EXAM00231642]. |
| V.B.12.b(1)—8 | EXAM00124988 | Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2008 and 2007, at 2 [EXAM00124988]. |
| V.B.12.b(1)—8 | EXAM00232592 | MSR Rollforward YTD 2011, dated Dec. 31, 2011 [EXAM00232592]. |
| V.B.12.b(1)—8 | N/A | SunTrust Banks, Inc., Quarterly Report (Form 10-Q) (Nov. 4, 2011), at 24. |
| V.B.12.b(1)—8 | N/A | SunTrust Banks, Inc., Annual Report (Form 10-K) (Feb. 24, 2012), at 130–131. |
| V.B.12.b(1)—8 | N/A | SunTrust Banks, Inc., Quarterly Report (Form 10-Q) (May, 4, 2012), at 23. |
| V.B.12.b(2)—2 | EXAM00231553 | GMAC Mortgage Corporation Consolidated Financial Statements as of and for the years ended December 31, 2005 and 2004 (Restated), at 2, 52 [EXAM00231553]. |
| V.B.12.b(2)—2 | EXAM00232043 | GMAC Mortgage, LLC Consolidated Financial Statements, as of and for the years ended December 31, 2007 and 2006, at 2 [EXAM00232043]. |
| V.B.12.b(2)—2 | EXAM00234189 | GMAC Mortgage, LLC Consolidated Financial Statements, as of and for the years ended December 31, 2009 and 2008, at 5 [EXAM00234189]. |
| V.B.12.b(2)—2 | EXAM00234281 | GMAC Mortgage, LLC Consolidated Financial Statements, as of and for the years ended December 31, 2011 and 2010, at 5 [EXAM00234281]. |
| V.B.12.b(2)—2 | RC00034535 | GMAC Bank Consolidated Financial Statements as of December 31, 2008 and 2007, at 2 [RC00034535]. |
| V.B.12.b(2)—2 | EXAM00231149 | Residential Funding Corporation Consolidated Financial Statements for the Years Ended December 31, 2004 and 2003 (Restated), at 2 [EXAM00231149]. |
| V.B.12.b(2)—2 | EXAM00231642 | Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2006 and 2005, at 2 [EXAM00231642]. |
| V.B.12.b(2)—2 | EXAM00124988 | Residential Funding Company, LLC Consolidated Financial Statements for the Years Ended December 31, 2008 and 2007, at 2 [EXAM00124988]. |
| V.B.12.b(2)—2 | EXAM00232592 | MSR Rollforward YTD 2011, dated Dec. 31, 2011 [EXAM00232592]. |
| V.I.C.4.b(3)—2 | N/A | Residential Capital Corporation, Annual Report (Form 10-K) (Mar. 28, 2006), at 95. |
| V.I.C.4.b(3)—2 | N/A | Residential Capital, LLC, Annual Report (Form 10-K) (Mar. 13, 2007), at 101. |
| V.I.C.4.b(3)—2 | N/A | Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2008), at 101. |
| V.I.C.4.b(3)—2 | N/A | Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009), at 119. |
| V.I.C.4.b(3)—2 | EXAM00124455 | Residential Capital, LLC Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Feb. 26, 2010, at 5 [EXAM00124455]. |
| V.I.C.4.b(3)—2 | EXAM00123128 | Residential Capital, LLC Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Feb. 28, 2011, at 5 [EXAM00123128]. |
| V.I.C.4.b(3)—2 | EXAM00122651 | Residential Capital, LLC Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010, dated Mar. 28, 2012, at 5 [EXAM00122651]. |
| V.I.C.4.c(3) | ALLY_0272658 | ResCap Daily Liquidity Rollforward, dated July 1, 2008 [ALLY_0272658]. |
| V.I.C.4.c(3) | ALLY_0273141 | ResCap Investment Balance Rollforward, dated July 28, 2008 [ALLY_0273141]. |
| V.I.C.4.c(3) | CERB018489 | ResCap Daily Liquidity Rollforward, dated Dec. 28, 2007 [CERB018489]. |

List of Complete Citations for Exhibits With Truncated Citations

| Exhibit Number | Bates Number | Citation |
|---|---|---|
| V1C.4.c(3) | EXAM10609907 | ResCap Daily Liquidity Rollforward, dated Jan. 31, 2008 [EXAM10609907]. |
| V1C.4.c(3) | EXAM10612983 | ResCap Daily Liquidity Rollforward, dated Apr. 10, 2008 [EXAM10612983]. |
| V1C.4.c(3) | RC40012763 | ResCap Liquidity Update, dated Oct. 15, 2007, at RC40012768 [RC40012763]. |
| V1C.4.c(5) | ALLY_0080946 | ResCap Daily Liquidity Rollforward, dated May 4, 2009 [ALLY_0080946]. |
| V1C.4.c(5) | ALLY_0272658 | ResCap Daily Liquidity Rollforward, dated July 1, 2008 [ALLY_0272658]. |
| V1C.4.c(5) | ALLY_0273141 | ResCap Daily Investment Balance Rollforward, dated July 28, 2008 [ALLY_0273141]. |
| V1C.4.c(5) | CERB018489 | ResCap Daily Liquidity Rollforward, dated Dec. 28, 2007 [CERB018489]. |
| V1C.4.c(5) | EXAM10609907 | ResCap Daily Liquidity Rollforward, dated Jan. 31, 2008 [EXAM10609907]. |
| V1C.4.c(5) | EXAM10612983 | ResCap Daily Liquidity Rollforward, dated Apr. 10, 2008 [EXAM10612983]. |
| V1C.4.c(5) | RC40012763 | ResCap Liquidity Update, dated Oct. 15, 2007, at RC40012768 [RC40012763]. |
| V1C.4.c(5) | ALLY_0081503 | ResCap Daily Liquidity Rollforward, dated June 29, 2009 [ALLY_0081503]. |
| V1C.4.c(5) | ALLY_0275088 | ResCap Daily Liquidity Rollforward, dated Sep. 15, 2008 [ALLY_0275088]. |
| V1C.4.c(5) | ALLY_0275797 | ResCap Daily Liquidity Balance Rollforward, dated Oct. 27, 2008 [ALLY_0275797]. |
| V1C.4.c(5) | ALLY_0276886 | ResCap Daily Liquidity Balance Rollforward, dated Dec. 1, 2008 [ALLY_0276886]. |
| V1C.4.c(5) | ALLY_0280277 | ResCap Daily Liquidity Balance Rollforward, dated Apr. 27, 2009 [ALLY_0280277]. |
| V1C.4.c(5) | ALLY_0283223 | ResCap Daily Liquidity Balance Rollforward, dated July 27, 2009 [ALLY_0283223]. |
| V1C.4.c(5) | ALLY_0284342 | ResCap Daily Liquidity Balance Rollforward, dated Aug. 24, 2009 [ALLY_0284342]. |
| V1C.4.c(5) | ALLY_0285555 | ResCap Daily Liquidity Balance Rollforward, dated Sep. 28, 2009 [ALLY_0285555]. |
| V1C.4.c(5) | CCM00028777 | ResCap Daily Liquidity Balance Rollforward, dated Mar. 2, 2009 [CCM00028777]. |
| V1C.4.c(5) | CCM00028940 | ResCap Daily Liquidity Balance Rollforward, dated Mar. 23, 2009 [CCM00028940]. |
| V1C.4.c(5) | CCM00029223 | ResCap Daily Liquidity Balance Rollforward, dated Apr. 6, 2009 [CCM00029223]. |
| V1C.4.c(5) | CCM00059068 | ResCap Daily Liquidity Balance Rollforward, dated Feb. 2, 2009 [CCM00059068]. |
| V1C.4.c(5) | CCM00109218 | ResCap Daily Liquidity Balance Rollforward, dated Dec. 29, 2008 [CCM00109218]. |
| V1C.4.c(5) | EXAM00114686 | ResCap Daily Liquidity Balance Rollforward, dated Oct. 26, 2009 [EXAM00114686]. |
| V1C.4.c(5) | EXAM00114687 | ResCap Daily Balance Liquidity Rollforward, dated Dec. 28, 2009 [EXAM00114687]. |
| V1C.4.c(5) | EXAM00114688 | ResCap Daily Liquidity Balance Rollforward, dated Jan. 25, 2010 [EXAM00114688]. |
| V1C.4.c(5) | EXAM00114689 | ResCap Daily Liquidity Balance Rollforward, dated Mar. 29, 2010 [EXAM00114689]. |
| V1C.4.c(5) | EXAM00114690 | ResCap Daily Liquidity Balance Rollforward, dated Apr. 26, 2010 [EXAM00114690]. |
| V1C.4.c(5) | EXAM00114692 | ResCap Daily Liquidity Balance Rollforward, dated June 28, 2010 [EXAM00114692]. |
| V1C.4.c(5) | EXAM00114694 | ResCap Daily Liquidity Balance Rollforward, dated Aug. 30, 2010 [EXAM00114694]. |
| V1C.4.c(5) | EXAM00114695 | ResCap Daily Liquidity Rollforward, dated Sep. 27, 2010 [EXAM00114695]. |
| V1C.4.c(5) | EXAM00114696 | ResCap Liquid Cash Rollforward, dated Oct. 25, 2010 [EXAM00114696]. |
| V1C.4.c(5) | EXAM00114698 | ResCap Liquid Cash Rollforward, dated Dec. 6, 2010 [EXAM00114698]. |
| V1C.4.c(5) | EXAM00114700 | ResCap Daily Liquid Cash Rollforward, dated Feb. 21, 2011 [EXAM00114700]. |
| V1C.4.c(5) | EXAM00114702 | ResCap Daily Liquid Cash Rollforward, dated Apr. 11, 2011 [EXAM00114702]. |
| V1C.4.c(5) | EXAM00114704 | ResCap Daily Liquid Cash Rollforward, dated June 20, 2011 [EXAM00114704]. |
| V1C.4.c(5) | EXAM00114706 | ResCap Daily Liquid Cash Rollforward, dated Aug. 22, 2011 [EXAM00114706]. |
| V1C.4.c(5) | EXAM00114708 | ResCap Daily Liquid Cash Rollforward, dated Nov. 1, 2011 [EXAM00114708]. |
| V1C.4.c(5) | EXAM00114709 | ResCap Daily Liquid Cash Rollforward, dated Dec. 1, 2011 [EXAM00114709]. |
| V1C.4.c(5) | EXAM00114711 | ResCap Daily Liquid Cash Rollforward, dated Feb. 1, 2012 [EXAM00114711]. |
| V1C.4.c(5) | EXAM00114713 | ResCap Daily Liquid Cash Rollforward, dated Apr. 2, 2012 [EXAM00114713]. |
| V1C.4.c(5) | EXAM00114715 | ResCap Daily Liquid Cash Rollforward, dated May 11, 2012 [EXAM00114715]. |
| V1C.4.c(5) | EXAM10158701 | ResCap Daily Liquidity Rollforward, dated Jan. 31, 2008 [EXAM10158701]. |

Appendix X, Page 6 of 10

List of Complete Citations for Exhibits With Truncated Citations

| Exhibit Number | Bates Number | Citation |
|---|---|---|
| VI.C.4.c(5) | EXAM10667290 | ResCap Daily Liquidity Rollforward, dated July 31, 2008 [EXAM10667290]. |
| VI.C.4.c(5) | LAZ-RSCP-XMR00002342 | ResCap Daily Liquidity Balance Rollforward, dated June 8, 2009 [LAZ-RSCP-XMR00002342]. |
| VI.C.4.d | N/A | Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009), at 89, 90, 208. |
| VI.C.4.d | N/A | Residential Capital, LLC, Quarterly Report (Form 10-Q) (Aug. 7, 2009), at 65. |
| VI.C.4.d | EXAM00124455 | Residential Capital, LLC Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Feb. 26, 2010, at 43 [EXAM00124455]. |
| VI.C.4.d | EXAM00122651 | Residential Capital, LLC Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010, dated Mar. 28, 2012, at 39 [EXAM00122651]. |
| VI.C.4.d | RC00025831 | 7th Amend. to A&R Line of Credit Agreement, § 2.01 [RC00025831]. |
| VI.C.4.d | RC00026655 | 7th Amend. to A&R Line of Credit Agreement, § 2.3 [RC00026655]. |
| VI.C.4.e(1) | N/A | PHILIP KIBEL & JOHN J. KRIZ, MOODY'S, RATING ACTION: MOODY'S ASSIGNS BAA2 ISSUER RATING TO RESIDENTIAL CAPITAL CORPORATION; RATING OUTLOOK IS NEGATIVE (June 9, 2005). |
| VI.C.4.e(1) | N/A | PHILIP KIBEL & JOHN J. KRIZ, MOODY'S, RATING ACTION: MOODY'S DOWNGRADES RESIDENTIAL CAPITAL'S SENIOR DEBT TO BAA3; RATING OUTLOOK IS NEGATIVE (Aug. 24, 2005). |
| VI.C.4.e(1) | N/A | PHILIP KIBEL & JOHN J. KRIZ, MOODY'S, RATING ACTION: MOODY'S DOWNGRADES RESCAP TO BA1, FROM BAA3; RATINGS REMAIN ON REVIEW DOWN (Aug. 16, 2007). |
| VI.C.4.e(1) | N/A | CRAIG A. EMRICK & BRIAN L. HARRIS, MOODY'S, RATING ACTION: MOODY'S DOWNGRADES RESCAP TO BA3, FROM BA1; OUTLOOK NEGATIVE (Nov. 1, 2007). |
| VI.C.4.e(1) | N/A | ROBERT YOUNG & CRAIG A. EMRICK, MOODY'S, RATING ACTION: MOODY'S DOWNGRADES RESCAP TO B2; OUTLOOK NEGATIVE (Feb. 5, 2008). |
| VI.C.4.e(1) | N/A | ROBERT YOUNG & CRAIG A. EMRICK, MOODY'S, RATING ACTION: MOODY'S DOWNGRADES RESCAP TO CAA1; RATINGS ON REVIEW DOWN (Apr. 23, 2008). |
| VI.C.4.e(1) | N/A | ROBERT YOUNG & CRAIG A. EMRICK, MOODY'S, RATING ACTION: MOODY'S DOWNGRADES RESCAP TO CA; RATING UNDER REVIEW DOWN (May 2, 2008). |
| VI.C.4.e(1) | N/A | ROBERT YOUNG & CRAIG A. EMRICK, MOODY'S, RATING ACTION: MOODY'S DOWNGRADES RESCAP TO C (Nov. 20, 2008). |
| VI.C.4.e(1) | N/A | MARK L. WASDEN & ROBERT YOUNG, MOODY'S, RATING ACTION: MOODY'S UPGRADES ALLY FINANCIAL TO B1; RESCAP TO CA (Feb. 7, 2011). |
| VI.C.4.e(1) | N/A | MARK L. WASDEN & ROBERT F. YOUNG, MOODY'S, RATING ACTION: MOODY'S DOWNGRADES RESCAP UNSECURED TO C; AFFIRMS ALLY AT B1 (Apr. 18, 2012). |
| VI.C.4.e(1) | N/A | CHRISTOPHER D. WOLFE & Philip S. Walker, FITCH, FITCH ASSIGNS 'BBB' & 'F2' RATINGS TO RESIDENTIAL CAPITAL CORP. (June 9, 2005), http://www.fitchratings.com/creditdesk/press_releases/detail.cfm?print=1&pr_id=164498. |
| VI.C.4.e(1) | N/A | CHRISTOPHER D. WOLFE ET AL., FITCH, FITCH DOWNGRADES GMAC & RESCAP; OUTLOOK REMAINS NEGATIVE (Sept. 26, 2005). |
| VI.C.4.e(1) | N/A | CHRISTOPHER D. WOLFE ET AL., FITCH, FITCH UPGRADES GMAC LLC TO 'BB+' & RESCAP TO 'BBB'; OUTLOOK POSITIVE (Nov. 30, 2006), http://www.fitchratings.com/creditdesk/press_releases/detail.cfm?print=1&pr_id=326772. |
| VI.C.4.e(1) | N/A | CHRISTOPHER D. WOLFE ET AL., FITCH, AMEND: FITCH LOWERS COUNTRYWIDE IDR TO 'BBB+' & RESCAP TO 'BB+'; INDYMAC ON WATCH NEGATIVE (Aug. 16, 2007), http://www.fitchratings.com/creditdesk/press_releases/detail.cfm?print=1&pr_id=365172. |
| VI.C.4.e(1) | N/A | CHRISTOPHER D. WOLFE & VINCENT ARSCOTT, FITCH, FITCH DOWNGRADES RESCAP'S L-T IDR TO 'BB-'; REMAINS ON WATCH NEGATIVE (Mar. 3, 2008), http://www.fitchratings.com/creditdesk/press_releases/detail.cfm?print=1&pr_id=408395. |
| VI.C.4.e(1) | N/A | CHRISTOPHER D. WOLFE & VINCENT ARSCOTT, FITCH, FITCH DOWNGRADES RESCAP'S IDR TO 'C' ON DDE; REMAINS ON WATCH NEGATIVE (May 2, 2008), http://www.fitchratings.com/creditdesk/press_releases/detail.cfm?print=1&pr_id=419155. |

Appendix X, Page 6 of 10

Appendix X, Page 7 of 10

List of Complete Citations for Exhibits With Truncated Citations

| Exhibit Number | Bates Number | Citation |
|---|---|---|
| VI.C.4.c(1) | N/A | CHRISTOPHER D. WOLFE & VINCENT ARSCOTT, FITCH, FITCH DOWNGRADES RESCAP'S IDRs TO 'D' ON DISTRESSED DEBT EXCHANGE (June 5, 2008), http://www.fitchratings.com/creditdesk/press_releases/detail.cfm?print=1&pr_id=422813. |
| VI.C.4.c(1) | N/A | MOHAK RAO & PETER SHIMKUS, FITCH, FITCH UPGRADES RESCAP'S IDR TO ' B'; OUTLOOK STABLE (Feb. 3, 2011), http://www.fitchratings.com/creditdesk/press_releases/detail.cfm?print=1&pr_id=680221. |
| VI.C.4.c(1) | N/A | MOHAK RAO & JUSTIN FULLER, FITCH, FITCH DOWNGRADES RESCAP'S IDR TO 'CCC' (Nov. 11, 2011), http://www.fitchratings.com/creditdesk/press_releases/detail.cfm?print=1&pr_id=733364. |
| VI.C.4.c(1) | N/A | MOHAK RAO & NATHAN FLANDERS, FITCH, FITCH DOWNGRADES RESCAP'S IDR TO 'C'; PLACES ALLY FINANCIAL'S 'BB-' IDR ON RATING WATCH NEGATIVE (Apr. 18, 2012), http://www.fitchratings.com/creditdesk/press_releases/detail.cfm?print=1&pr_id=747746. |
| VI.C.4.c(1) | N/A | MOHAK RAO & NATHAN FLANDERS, FITCH, FITCH DOWNGRADES RESCAP'S IDR TO 'D'; MAINTAINS RATING WATCH NEGATIVE ON ALLY (May 15, 2012), http://www.fitchratings.com/creditdesk/press_releases/detail.cfm?print=1&pr_id=749864. |
| VI.C.4.c(1) | N/A | VICTORIA WAGNER ET AL., S&P, RESEARCH UPDATE: RESIDENTIAL CAPITAL CORP. ASSIGNED 'BBB-/ A-3' RATINGS (June 9, 2005). |
| VI.C.4.c(1) | N/A | JOHN K. BARTKO ET AL., S&P, RESEARCH UPDATE: RESIDENTIAL CAPITAL LLC RATING RAISED TO 'BBB'; REMOVED FROM CREDITWATCH; OUTLOOK NEGATIVE (Nov. 27, 2006). |
| VI.C.4.c(1) | N/A | JOHN K. BARTKO ET AL., S&P, RESEARCH UPDATE: RESIDENTIAL CAPITAL LLC RATING LOWERED TO 'BBB-'; OUTLOOK REVISED TO STABLE (May 2, 2007). |
| VI.C.4.c(1) | N/A | JOHN K. BARTKO ET AL., S&P, RESEARCH UPDATE: RESIDENTIAL CAPITAL LLC RATINGS OFF WATCH NEG, LOWERED TO 'BB+ /B' FROM 'BBB-/ A-3'; OUTLOOK NEG (Nov. 1, 2007). |
| VI.C.4.c(1) | N/A | RICHARD BARLEY, REUTERS, S&P CUTS GMAC, RESCAP RATINGS, OUTLOOK NEGATIVE (Feb. 22, 2008). |
| VI.C.4.c(1) | N/A | ROBERT SCHULZ & GREGG LEMOS STEIN, S&P, RESEARCH UPDATE: GENERAL MOTORS ' B / B-3' CCR STAYS ON WATCH NEG ON RATING ACTIONS ON GMAC, RESIDENTIAL CAPITAL (Apr. 24, 2008). |
| VI.C.4.c(1) | N/A | JOHN K. BARTKO ET AL., S&P, RESEARCH UPDATE: RESIDENTIAL CAPITAL LLC DOWNGRADED TO 'CC'; STILL ON CREDITWATCH NEGATIVE (May 2, 2008). |
| VI.C.4.c(1) | N/A | JOHN K. BARTKO ET AL., S&P, RESEARCH UPDATE: RESIDENTIAL CAPITAL LLC RATING LOWERED TO 'SD' FROM 'CC'; REMOVED FROM CREDITWATCH NEGATIVE (June 4, 2008). |
| VI.C.4.c(1) | N/A | JOHN K. BARTKO & ADOM ROSENGARTEN, S&P, RESEARCH UPDATE: RESIDENTIAL CAPITAL LLC RATING RAISED TO 'CCC+ / C'; OUTLOOK NEGATIVE (July 15, 2008). |
| VI.C.4.c(1) | N/A | JOHN K. BARTKO ET AL., S&P, RESEARCH UPDATE: GMAC LLC AND RESIDENTIAL CAPITAL LLC RATINGS LOWERED; OUTLOOKS NEGATIVE (Nov. 7, 2008). |
| VI.C.4.c(1) | N/A | JOHN K. BARTKO & ADOM ROSENGARTEN, S&P, RESEARCH UPDATE: GMAC LLC, RESIDENTIAL CAPITAL LLC RATINGS LOWERED, ON CREDITWATCH NEGATIVE (Nov. 20, 2008). |
| VI.C.4.c(1) | N/A | JOHN K. BARTKO & ERNEST D. NAPIER, S&P, RESEARCH UPDATE: GMAC LLC, RESIDENTIAL CAPITAL LLC RATINGS LOWERED TO 'SD' FROM 'CC'; TAKEN OFF CREDITWATCH (Dec. 31, 2008). |
| VI.C.4.c(1) | N/A | JOHN K. BARTKO ET AL., S&P, RESEARCH UPDATE: GMAC LLC AND RESIDENTIAL CAPITAL LLC RATINGS RAISED TO 'CCC / C'; OUTLOOK NEGATIVE (Feb. 4, 2009). |
| VI.C.4.c(1) | N/A | JOHN K. BARTKO & VIKAS JHAVERI, S&P, RESEARCH UPDATE: GMAC INC., RESIDENTIAL CAPITAL LLC RATINGS RAISED TO 'B' FROM 'CCC'; OUTLOOK STABLE (Jan. 27, 2010). |
| VI.C.4.c(1) | N/A | BRENDAN BROWNE & JOHN K. BARTKO, S&P, RESEARCH UPDATE: ALLY FINANCIAL INC., RESIDENTIAL CAPITAL RATINGS RAISED TO 'B+' FROM 'B' (May 4, 2011). |
| VI.C.4.c(1) | N/A | BRENDAN BROWNE & JOHN K. BARTKO, S&P, RESEARCH UPDATE: RESIDENTIAL CAPITAL LLC RATING LOWERED TO 'CCC' AND PLACED ON CREDITWATCH NEGATIVE (Nov. 10, 2011). |
| VI.C.4.c(1) | N/A | BRENDAN BROWNE & JOHN K. BARTKO, S&P, RESEARCH UPDATE: RESIDENTIAL CAPITAL LLC DOWNGRADED TO 'CC'; RATINGS REMAIN ON CREDITWATCH NEGATIVE (Feb. 10, 2012). |

Appendix X, Page 7 of 10

Appendix X, Page 8 of 10

List of Complete Citations for Exhibits With Truncated Citations

| Exhibit Number | Bates Number | Citation |
|---|---|---|
| VI.C.4.e(1) | N/A | TOM G. CONNELL & BRENDAN BROWNE, S&P, RESEARCH UPDATE: RESIDENTIAL CAPITAL LLC DOWNGRADED TO 'SD' FROM 'CC' ON MISSED INTEREST PAYMENT (Apr. 18, 2012). |
| VI.C.4.e(1) | N/A | TOM G. CONNELL & BRENDAN BROWNE, S&P, RESEARCH UPDATE: RESIDENTIAL CAPITAL LLC RATINGS LOWERED TO 'D' AFTER CHAPTER 11 FILING (May 17, 2012). |
| VI.C.4.f(1)—1 | EXAM10055830 | Draft ResCap Executive Liquidity Report, dated Dec. 31, 2007 [EXAM10055830]. |
| VI.C.4.f(1)—1 | EXAM10055877 | ResCap Executive Liquidity Report, dated Mar. 31, 2008 [EXAM10055877]. |
| VI.C.4.f(1)—1 | EXAM10055944 | ResCap Executive Liquidity Report, dated June 30, 2008 [EXAM10055944]. |
| VI.C.4.f(1)—1 | EXAM10055957 | ResCap Executive Liquidity Report, dated Oct. 6, 2008 [EXAM10055957]. |
| VI.C.4.f(1)—1 | EXAM10055973 | ResCap Executive Liquidity Report, dated Dec. 29, 2008 [EXAM10055973]. |
| VI.C.4.f(1)—1 | EXAM10056015 | ResCap Executive Liquidity Report, dated Mar. 30, 2009 [EXAM10056015]. |
| VI.C.4.f(1)—1 | EXAM10056051 | Draft ResCap Executive Liquidity Report, dated June 29, 2009 [EXAM10056051]. |
| VI.C.4.f(1)—1 | EXAM10056078 | Draft ResCap Executive Liquidity Report, dated Sep. 28, 2009 [EXAM10056078]. |
| VI.C.4.f(1)—1 | EXAM10056100 | Draft ResCap Executive Liquidity Report, dated Dec. 28, 2009 [EXAM10056100]. |
| VI.C.4.f(1)—1 | EXAM10056125 | Draft ResCap Executive Liquidity Report, dated Mar. 22, 2010 [EXAM10056125]. |
| VI.C.4.f(1)—1 | ALLY_PEO_0084328 | ResCap Executive Liquidity Report, dated July 5, 2010 [ALLY_PEO_0084328]. |
| VI.C.4.f(1)—1 | ALLY_0383598 | ResCap Executive Liquidity Report, dated Sep. 13, 2010 [ALLY_0383598]. |
| VI.C.4.f(1)—1 | ALLY_0297477 | ResCap Executive Liquidity Report, dated Dec. 6, 2010 [ALLY_0297477]. |
| VI.C.4.f(1)—1 | ALLY_0193580 | ResCap Executive Liquidity Report, dated Mar. 21, 2011 [ALLY_0193580]. |
| VI.C.4.f(1)—1 | ALLY_0193670 | ResCap Executive Liquidity Report, dated June 20, 2011 [ALLY_0193670]. |
| VI.C.4.f(1)—1 | ALLY_0194078 | Draft ResCap Executive Liquidity Report, dated Oct. 10, 2011 [ALLY_0194078]. |
| VI.C.4.f(1)—1 | ALLY_0194181 | ResCap Executive Liquidity Report, dated Jan. 16, 2012 [ALLY_0194181]. |
| VI.C.4.f(1)—1 | ALLY_0194266 | ResCap Executive Liquidity Report, dated Apr. 16, 2012 [ALLY_0194266]. |
| VI.C.4.f(1)—2 | EXAM10055830 | Draft ResCap Executive Liquidity Report, dated Dec. 31, 2007 [EXAM10055830]. |
| VI.C.4.f(1)—2 | EXAM10055877 | ResCap Executive Liquidity Report, dated Mar. 31, 2008 [EXAM10055877]. |
| VI.C.4.f(1)—2 | EXAM10055944 | ResCap Executive Liquidity Report, dated June 30, 2008 [EXAM10055944]. |
| VI.C.4.f(1)—2 | EXAM10055957 | ResCap Executive Liquidity Report, dated Oct. 6, 2008 [EXAM10055957]. |
| VI.C.4.f(1)—2 | EXAM10055973 | ResCap Executive Liquidity Report, dated Dec. 29, 2008 [EXAM10055973]. |
| VI.C.4.f(1)—2 | EXAM10056015 | ResCap Executive Liquidity Report, dated Mar. 30, 2009 [EXAM10056015]. |
| VI.C.4.f(1)—2 | EXAM10056051 | Draft ResCap Executive Liquidity Report, dated June 29, 2009 [EXAM10056051]. |
| VI.C.4.f(1)—2 | EXAM10056078 | Draft ResCap Executive Liquidity Report, dated Sep. 28, 2009 [EXAM10056078]. |
| VI.C.4.f(1)—2 | EXAM10056100 | Draft ResCap Executive Liquidity Report, dated Dec. 28, 2009 [EXAM10056100]. |
| VI.C.4.f(1)—2 | EXAM10056125 | Draft ResCap Executive Liquidity Report, dated Mar. 22, 2010 [EXAM10056125]. |
| VI.C.4.f(1)—2 | ALLY_PEO_0084328 | ResCap Executive Liquidity Report, dated July 5, 2010 [ALLY_PEO_0084328]. |
| VI.C.4.f(1)—2 | ALLY_0383598 | ResCap Executive Liquidity Report, dated Sep. 13, 2010 [ALLY_0383598]. |
| VI.C.4.f(1)—2 | ALLY_0297477 | ResCap Executive Liquidity Report, dated Dec. 6, 2010 [ALLY_0297477]. |
| VI.C.4.f(1)—2 | ALLY_0193580 | ResCap Executive Liquidity Report, dated Mar. 21, 2011 [ALLY_0193580]. |
| VI.C.4.f(1)—2 | ALLY_0193670 | ResCap Executive Liquidity Report, dated June 20, 2011 [ALLY_0193670]. |
| VI.C.4.f(1)—2 | ALLY_0194078 | Draft ResCap Executive Liquidity Report, dated Oct. 10, 2011 [ALLY_0194078]. |
| VI.C.4.f(1)—2 | ALLY_0194181 | ResCap Executive Liquidity Report, dated Jan. 16, 2012 [ALLY_0194181]. |
| VI.C.4.f(1)—2 | ALLY_0194266 | ResCap Executive Liquidity Report, dated Apr. 16, 2012 [ALLY_0194266]. |
| VI.C.4.f(2)—1 | N/A | Residential Capital, LLC, Annual Report (Form 10-K) (Mar. 13, 2007), at 101. |
| VI.C.4.f(2)—1 | N/A | Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2008), at 101. |
| VI.C.4.f(2)—1 | N/A | Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009), at 119. |

Appendix X, Page 8 of 10

List of Complete Citations for Exhibits With Truncated Citations

| Exhibit Number | Bates Number | Citation |
|---|---|---|
| VI.C.4.f(2)—1 | EXAM00124455 | Residential Capital, LLC Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Feb. 26, 2010, at 5 [EXAM00124455]. |
| VI.C.4.f(2)—1 | EXAM00123128 | Residential Capital, LLC Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Feb. 28, 2011, at 5 [EXAM00123128]. |
| VI.C.4.f(2)—1 | EXAM00122651 | Residential Capital, LLC Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010, dated Mar. 28, 2012, at 5 [EXAM00122651]. |
| VI.C.4.f(2)—1 | EXAM00295529 | ResCap 2009 Business Plan Review, dated Mar. 26, 2009, at EXAM00295546 [EXAM00295529]. |
| VI.C.4.f(2)—1 | RC40012974 | 2006 ResCap Plan, dated Jan. 31, 2006, at RC40013021 [RC40012974]. |
| VI.C.4.f(2)—1 | RC40012214 | ResCap 2007–2009 Operating Plan Review, dated Dec. 2006, at RC40012386 [RC40012214]. |
| VI.C.4.f(2)—1 | RC40007361 | ResCap Global Debt Restructuring Due Diligence Presentation, dated Mar. 17, 2008, at RC40007389 [RC40007361]. |
| VI.C.4.f(2)—1 | RC40015763 | ResCap Preliminary 2010–2012 Business Plan, dated Mar. 19, 2010, at RC40015782 [RC40015763]. |
| VI.C.4.f(2)—1 | RC40017167 | ResCap Preliminary 2011–2013 Business Plan, dated Dec. 22, 2010, at RC40017189 [RC40017167]. |
| VI.C.4.f(3)(a) | N/A | Residential Capital Corporation, Annual Report (Form 10-K) (Mar. 28, 2006), at 94. |
| VI.C.4.f(3)(a) | N/A | Residential Capital, LLC, Annual Report (Form 10-K) (Mar. 13, 2007), at 100. |
| VI.C.4.f(3)(a) | N/A | Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2008), at 100. |
| VI.C.4.f(3)(a) | N/A | Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009), at 118. |
| VI.C.4.f(3)(a) | EXAM00124455 | Residential Capital, LLC Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Feb. 26, 2010, at 4 [EXAM00124455]. |
| VI.C.4.f(3)(a) | EXAM00123128 | Residential Capital, LLC Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Feb. 28, 2011, at 4 [EXAM00123128]. |
| VI.C.4.f(3)(a) | EXAM00122651 | Residential Capital, LLC Consolidated Financial Statements for the Years Ended December 31, 2011 and 2010, dated Mar. 28, 2012, at 4 [EXAM00122651]. |
| VI.C.4.f(3)(a) | EXAM00329293 | ResCap Trial Balance Spreadsheet, dated Dec. 31, 2006 [EXAM00329293]. |
| VI.C.4.f(3)(a) | EXAM00329329 | ResCap Trial Balance Spreadsheet, dated Dec. 31, 2007 [EXAM00329329]. |
| VI.C.4.f(3)(a) | EXAM00231095 | ResCap Trial Balance Spreadsheet, dated Dec. 31, 2008 [EXAM00231095]. |
| VI.C.4.f(3)(b)—1 | N/A | Residential Capital Corporation, Annual Report (Form 10-K) (Mar. 28, 2006), at 95. |
| VI.C.4.f(3)(b)—1 | N/A | Residential Capital, LLC, Annual Report (Form 10-K) (Mar. 13, 2007), at 101. |
| VI.C.4.f(3)(b)—1 | N/A | Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2008), at 101. |
| VI.C.4.f(3)(b)—1 | N/A | Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009), at 119. |
| VI.C.4.f(3)(b)—1 | EXAM00124455 | Residential Capital, LLC Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Feb. 26, 2010, at 5, 24 [EXAM00124455]. |
| VI.C.4.f(3)(b)—1 | EXAM00123128 | Residential Capital, LLC Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Feb. 28, 2011, at 5 [EXAM00123128]. |
| VI.C.4.f(3)(b)—1 | EXAM00122651 | Residential Capital, LLC Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Feb. 26, 2010, at 5, 9 [EXAM00122651]. |
| VI.C.4.f(3)(b)—2 | N/A | Residential Capital Corporation, Annual Report (Form 10-K) (Mar. 28, 2006), at 95. |
| VI.C.4.f(3)(b)—2 | N/A | Residential Capital, LLC, Annual Report (Form 10-K) (Mar. 13, 2007), at 101. |
| VI.C.4.f(3)(b)—2 | N/A | Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2008), at 101. |
| VI.C.4.f(3)(b)—2 | N/A | Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009), at 119. |
| VI.C.4.f(3)(b)—2 | EXAM00124455 | Residential Capital, LLC Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Feb. 26, 2010, at 5, 24 [EXAM00124455]. |
| VI.C.4.f(3)(b)—2 | EXAM00123128 | Residential Capital, LLC Consolidated Financial Statements for the Years Ended December 31, 2010 and 2009, dated Feb. 28, 2011, at 5 [EXAM00123128]. |

List of Complete Citations for Exhibits With Truncated Citations

| Exhibit Number | Bates Number | Citation |
|---|---|---|
| VI.C.4.f(3)(b)—2 | EXAM00122651 | Residential Capital, LLC Consolidated Financial Statements for the Years Ended December 31, 2009 and 2008, dated Feb. 26, 2010, at 5, 9 [EXAM00122651]. |
| VI.C.4.f(4)(c) | N/A | Residential Capital, LLC, Quarterly Report (Form 10-Q) (Nov. 8, 2007), at 41. |
| VI.C.4.f(4)(c) | N/A | Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009), at 90. |
| VI.C.4.f(4)(c) | N/A | Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009), at 90. |
| VI.C.4.f(4)(c) | N/A | Residential Capital, LLC, Quarterly Report (Form 10-Q) (Nov. 10, 2008), at 42. |
| VI.C.4.f(4)(c) | N/A | Residential Capital, LLC, Quarterly Report (Form 10-Q) (Aug. 8, 2008), at 39. |
| VI.C.4.f(4)(c) | N/A | Residential Capital, LLC, Quarterly Report (Form 10-Q) (Nov. 10, 2008), at 42. |
| VI.C.4.f(4)(c) | N/A | Residential Capital, LLC, Annual Report (Form 10-K) (Feb. 27, 2009), at 90. |
| VI.C.4.f(4)(c) | N/A | Residential Capital, LLC, Quarterly Report (Form 10-Q) (Nov. 10, 2008), at 42. |
| VI.C.4.f(4)(c) | N/A | Residential Capital, LLC, Quarterly Report (Form 10-Q) (May 11, 2009), at 56. |
| VI.C.4.f(4)(c) | N/A | Residential Capital, LLC, Quarterly Report (Form 10-Q) (Aug. 7, 2009), at 13. |
| VI.C.4.f(4)(c) | N/A | Residential Capital, LLC, Quarterly Report (Form 10-Q) (Aug. 7, 2009), at 64. |
| VI.C.4.f(4)(c) | N/A | Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 6], at 40. |
| VIII.D.5.b | FHFA-AS-0314592 | Residential Funding Securities Corporation Financial Statements and Supplementary Schedules December 31, 2004, dated Feb. 24, 2005, at 2 [FHFA-AS-0314592]. |
| VIII.D.5.b | FHFA-AS-0314471 | Residential Funding Securities Corporation Financial Statements and Supplementary Schedules December 31, 2005, dated Mar. 14, 2006, at 2 [FHFA-AS-0314471]. |
| VIII.D.5.b | FHFA-AS-0314430 | Residential Funding Securities, LLC Financial Statements and Supplementary Schedules December 31, 2006, dated Feb. 26, 2007, at 2 [FHFA-AS-0314430]. |
| VIII.D.5.b | FHFA-AS-0314450 | Residential Funding Securities, LLC Financial Statements and Supplementary Schedules December 31, 2007, dated Feb. 28, 2008, at 2 [FHFA-AS-0314450]. |
| VIII.D.5.b | FHFA-AS-0314492 | Residential Funding Securities, LLC Financial Statements and Supplementary Schedules December 31, 2008, dated Feb. 27, 2009, at 2 [FHFA-AS-0314492]. |
| VIII.D.5.b | FHFA-AS-0314518 | Residential Funding Securities, LLC Financial Statements and Supplementary Schedules December 31, 2009, dated Feb. 26, 2010, at 2 [FHFA-AS-0314518]. |
| VIII.D.5.b | FHFA-AS-0314542 | Residential Funding Securities, LLC Financial Statements as of and for the Year Ended December 31, 2010, Supplementary Schedules as of Year Ended December 31, 2010 and Independent Auditors' report, dated Feb. 25, 2011, at 3 [FHFA-AS-0314542]. |
| VIII.D.5.b | FHFA-AS-0314565 | Ally Securities, LLC Financial Statements as of and for the Year Ended December 31, 2011, Supplementary Schedules as of Year Ended December 31, 2011 and Independent Auditors' report, dated Feb. 24, 2012, at 3 [FHFA-AS-0314565]. |
| VIII.D.5.b | ALLY_0424625 | Ally Securities, LLC Financial Statements as of and for the Year Ended December 31, 2012, Supplementary Schedules as of Year Ended December 31, 2012 and Independent Auditors' report, dated Feb. 28, 2013, at 3 [ALLY_0424625]. |