UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In re                                                                        :        Chapter 11
                                                                                  :
Residential Capital, LLC *et, al.*,                          :        Case No. 12-12020 (MG)
                                                                                  :
                              Debtors.                                 :        Jointly Administered
                                                                                  :
------------------------------------------------------------X

**ORDER AUTHORIZING WILMINGTON TRUST, NATIONAL ASSOCIATION TO EXCEED PAGE LIMIT FOR THE REPLY TO MOTION OF WILMINGTON TRUST, NATIONAL ASSOCIATION, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE FOR THE SENIOR UNSECURED NOTES ISSUED BY RESIDENTIAL CAPITAL, LLC FOR AN ORDER AUTHORIZING IT TO PROSECUTE CLAIMS AND OTHER CAUSES OF ACTION ON BEHALF OF THE RESIDENTIAL CAPITAL, LLC ESTATE**

Upon the request of Wilmington Trust, National Association ("Wilmington Trust") for entry of an order allowing Wilmington Trust's reply to the objections to that certain *Motion Of Wilmington Trust, Solely In Its Capacity As Indenture Trustee For The Senior Unsecured Notes Issued By Residential Capital, LLC For An Order Authorizing It To Prosecute Claims And Other Causes Of Action On Behalf Of The Residential Capital, LLC Estate* (the "Reply") to exceed the ten (10) page limit (the "Page Limit") for all reply memoranda contained in the Court's order establishing certain notice, case management, and administrative procedures [Docket No. 141] (the "Case Management Order"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.     The request is GRANTED as set forth herein.

2. The Reply may exceed the Page Limit set forth in the Case Management Order by up to ten (10) pages.

Dated: May 14, 2013
      New York, New York

                                            **/s/Martin Glenn**
                                            MARTIN GLENN
                                United States Bankruptcy Judge