# Exhibit 2

                                                                      1

```
 1
 2   UNITED STATES BANKRUPTCY COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   Case No. 12-12020-mg
 5   - - - - - - - - - - - - - - - - - - - - - -x
 6   In the Matter of:
 7
 8   RESIDENTIAL CAPITAL, LLC, et al.,
 9
10              Debtors.
11
12   - - - - - - - - - - - - - - - - - - - - - -x
13
14              United States Bankruptcy Court
15              One Bowling Green
16              New York, New York
17
18              October 4, 2012
19              11:12 AM
20
21   B E F O R E:
22   HON. MARTIN GLENN
23   U.S. BANKRUPTCY JUDGE
24
25
```

**2**

1
2  **Debtors' application to the Court with respect to certain**
3  **discovery disputes**
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20  **Transcribed by:  Esther Accardi**
21  **eScribers, LLC**
22  **700 West 192nd Street, Suite #607**
23  **New York, NY 10040**
24  **(973)406-2250**
25  **operations@escribers.net**

1
2  A P P E A R A N C E S :
3  MORRISON & FOERSTER LLP
4       Attorneys for Debtors
5       1290 Avenue of the Americas
6       New York, NY 10104
7
8  BY:    ANTHONY PRINCI, ESQ.
9
10
11 MORRISON & FOERSTER LLP
12      Attorneys for Debtors
13      755 Page Mill Road
14      Palo Alto, CA 94304
15
16 BY:    DARRYL RAINS, ESQ. (Telephonically)
17
18
19 GIBBS & BRUNS LLP
20      Attorneys for Institutional Investor Steering Group
21      1100 Louisiana Street
22      Houston TX 77002
23
24 BY:    ROBERT J. MADDEN, ESQ.
25

4

```
 1
 2   KRAMER, LEVIN, NAFTALIS & FRANKEL LLP
 3        Attorneys for Official Creditors' Committee
 4        1177 Avenue of the Americas
 5        New York, NY 10036
 6
 7   BY:  PHILIP BENTLEY, ESQ.
 8        PHILIP S. KAUFMAN, ESQ.
 9        BRENDAN M. SCHULMAN, ESQ.
10
11
12   JONES DAY
13        Attorney for FGIC
14        555 South Flower Street
15        Los Angeles, CA 90071
16
17   BY:  RICHARD L. WYNNE, ESQ. (Telephonically)
18
19
20
21
22
23
24
25
```

5

1
2  CADWALADER, WICKERSHAM & TAFT LLP
3       Attorneys for MBIA
4       One World Financial Center
5       New York, NY 10281
6
7  BY:   INGRID BAGBY, ESQ.
8
9
10 ALSO PRESENT TELEPHONICALLY:
11      JAMES GARRITY, ESQ., MORGAN, LEWIS & BOCKIUS
12      KENNETH ECKSTEIN, ESQ. KRAMER, LEVIN, NAFTALIS & FRANKEL
13
14
15
16
17
18
19
20
21
22
23
24
25

**RESIDENTIAL CAPITAL, LLC, et al.**                                                        34

1   are down to eleven.

2            THE COURT:  Eleven fact witnesses?

3            MR. PRINCI:  Yes, Your Honor.

4            THE COURT:  Is there a 30(b)(6) in addition?

5            MR. PRINCI:  No, that was where, at least from our
6   part, a fair part of the confusion lies.  Your Honor, we
7   designated the six fact witnesses, and I think it's important
8   to put those fact witnesses and juxtapose them against the
9   number of depositions that are being taken.  We did that
10  because those are the people we think are the people who have
11  the knowledge that is necessary for the evidence that needs to
12  be proffered to come in.

13           So, you know, we have issues with the burdens, because
14  there's a very big, in our view, duplication of efforts here.
15  This is not the trial on the rep and warranty claims.  It is
16  not a plenary trial.  It's just a trial -- it's an evidentiary
17  hearing to see if the 8.7 billion proposed settlement falls
18  within the range of reasonableness.

19           And so, when we're offering, you know, these folks --
20  there's just unwillingness, because we did what we needed to
21  do.  We would say, well, these people all have knowledge.  And
22  the fact that we said that, which is true, doesn't mean that we
23  need or should have the depositions of all of them.

24           THE COURT:  Ten fact witnesses you're talking about.

25           MR. PRINCI:  I beg your pardon, Your Honor?

|   |   |
|---|---|
|   | **RESIDENTIAL CAPITAL, LLC, et al.**                                   35 |

1   THE COURT:  Ten fact witnesses?

2   MR. PRINCI:  Eleven.

3   THE COURT:  Eleven fact witnesses.

4   MR. PRINCI:  But those include, Your Honor, four of
5   the directors.

6   THE COURT:  Yes.  All right, you should all proceed
7   with the deposition of eleven fact witnesses.  Four of the
8   depos shall not exceed three hours in length.  Four of the
9   depos should not exceed four hours in length.  And three depos
10  shall not exceed seven hours in length.  Please advise --
11  everyone needs to understand before the depo starts whether
12  it's going to be a three, four, or seven hour deposition.  So
13  you're going to have to make your choices with respect to fact
14  witnesses as in advance as to how much time you're going to
15  spend with respect to the experts, the total of 13 experts,
16  between all of the parties.  Expert depositions shall not
17  exceed four hours in length, okay.

18  MR. BENTLEY:  Your Honor, may I be heard on that
19  issue, very briefly?

20  THE COURT:  Very briefly.

21  MR. BENTLEY:  Okay, the debtor took three experts.
22  One of them is far and away their lead expert, Mr. Silmon.
23  He's testifying -- sorry -- on in effect all three topics that
24  our three experts are addressing.  So in a sense he's a little
25  bit like three experts rolled into one.

**RESIDENTIAL CAPITAL, LLC, et al.**                                              36

1       THE COURT:  You've got 12 hours total.  You figure out
2  how you want to divide it.  You can tell -- you tell Mr.
3  Princi, in advance, how much time you're going to use for each
4  of their three experts.  I'm saying four hours each.  If you
5  want to use most of it for Mr. Silmon, fine, but I'm only
6  allowing you -- when I say you, that's collectively, all right.
7  It's not four hours for each of you.
8       So anybody -- you know, you're going to have to
9  coordinate, there isn't going to be duplication.  That's going
10 to be the limit.  So a twelve hour limit on the depositions of
11 the debtors' experts.
12      MR. BENTLEY:  Thank you, Your Honor.
13      MR. KAUFMAN:  Your Honor, I think I know the answer,
14 I'd just like one clarification.  When the time limit -- the
15 time limits are exclusive of breaks, I assume.
16      THE COURT:  They are.
17      MR. KAUFMAN:  Okay.
18      MR. BENTLEY:  And may I ask whether Your Honor is
19 settling limits on the debtors' depositions of our experts?
20      THE COURT:  Four hours per deposition.  I'm saying for
21 all experts.  If Mr. Princi or his colleagues decide, you know,
22 for example, the committee -- you have three experts, so that's
23 a total of twelve hours, and he wants to divide that
24 differently than four hours each, I'm going to let him do it,
25 but it's not going to exceed twelve hours.

60

# C E R T I F I C A T I O N

I, Esther Accardi, certify that the foregoing transcript is a true and accurate record of the proceedings.

*[signature: Esther Accardi]*

_____

ESTHER ACCARDI (CET**D 485)

AAERT Certified Electronic Transcriber

eScribers

700 West 192nd Street, Suite #607

New York, NY 10040

Date:  October 5, 2012