# Exhibit 3

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

In Re: Case No:

RESIDENTIAL CAPITAL, LLC, et. al,    12-12020(MG)

        Debtors.

-----------------------------------x

VIDEOTAPE DEPOSITION OF JAMES WHITLINGER

New York, New York

November 15, 2012

9:39 a.m.

Reported by:
ERICA L. RUGGIERI, RPR
JOB NO:  27649

2

November 15, 2012

9:39 a.m.

    Deposition of JAMES WHITLINGER, held at the offices of Kramer, Levin, Naftalis & Frankel, 1177 Avenue of the Americas, New York, New York, pursuant to Notice, before Erica L. Ruggieri, Registered Professional Reporter and Notary Public of the State of New York.

3

```
 1
 2      A P P E A R A N C E S:
 3
 4      FOR THE OFFICIAL COMMITTEE
 5      OF UNSECURED CREDITORS:
 6           KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP
 7           1177 Avenue of the Americas
 8           New York, New York 10036
 9           BY: CRAIG SIEGEL, ESQ.
10               csiegel@kramerlevin.com
11               DANNIE CHO, ESQ.
12               dcho@kramerlevin.com
13               SAMANTHA KAGAN
14
15      FOR THE DEBTORS AND MR. WHITLINGER:
16           MORRISON & FOERSTER, LLP
17           755 Page Mill Road
18           Palo Alto, CA 94304-1018
19           BY: DARRYL RAINS, ESQ.
20               drains@mofo.com
21               JOEL C. HAIMS, ESQ. (New York)
22               jhaims@mofo.com
23               MONICA CASTRO   (New York)
24               mcastro@mofo.com
25
```

```
                                                                    4
 1
 2      A P P E A R A N C E S: (Cont'd.)
 3
 4      FOR THE AD HOC GROUP OF
 5      JUNIOR SECURED NOTEHOLDERS:
 6           WHITE & CASE, LLP
 7           1155 Avenue of the Americas
 8           New York, New York 10036
 9           BY: HARRISON DENMAN, ESQ.
10               hdenman@whitecase.com
11
12      FOR ALLY FINANCIAL INC.:
13           KIRKLAND & ELLIS, LLP
14           655 Fifteenth Street, N.W.
15           Washington D.C. 20005
16           BY: FLETCHER NATHANIEL SMITH, III, ESQ.
17               nathaniel.smith@kirkland.com
18
19      FOR BANK OF NEW YORK MELLON:
20           DECHERT, LLP
21           1095 Avenue of the Americas
22           New York, New York 10036
23           BY: REBECCA S. KAHAN, ESQ.
24               rebecca.kahan@dechert.com
25
```

```
                                                                    5
 1

 2      A P P E A R A N C E S: (Cont'd.)

 3

 4      FOR WELLS FARGO:

 5           ALSTON & BIRD, LLP

 6           90 Park Avenue, 12th Floor

 7           New York, New York 10016

 8           BY: MICHAEL JOHNSON, ESQ.

 9                michael.johnson@alston.com

10

11      FOR MBIA:

12           CADWALADER, WICKERSHAM & TAFT, LLP

13           One World Financial Center

14           New York, New York 10281

15           BY: JASON JURGENS, ESQ.

16                jason.jurgens@cwt.com

17                INGRID BAGBY, ESQ.

18                ingrid.bagby@cwt.com

19

20      FOR THE EXAMINER:

21           CHADBOURNE & PARKE, LLP

22           30 Rockefeller Plaza

23           New York, New York 10112

24           BY: MICHAELA COHEN

25                mcohen@chadbourne.com
```

```
                                                                6
 1
 2      A P P E A R A N C E S: (Cont'd)
 3
 4      FOR DEUTSCHE BANK:
 5           MORGAN, LEWIS & BOCKIUS, LLP
 6           1111 Pennsylvania Ave., NW
 7           Washington, DC 20004-2541
 8           BY: TONYA E. OLIVER, ESQ.
 9                toliver@morganlewis.com
10
11      FOR THE LAW DEBENTURE:
12           SEWARD & KISSEL, LLP
13           One Battery Park Plaza
14           New York, New York 10004
15           BY: BENAY L. JOSSELSON, ESQ.
16                josselson@sewkis.com
17
18      FOR THE U.S. BANK:
19           SEWARD & KISSEL, LLP
20           One Battery Park Plaza
21           New York, New York 10004
22           BY: LAURIE BINDER, ESQ.
23                binder@sewkis.com
24
25
```

```
                                                                    7
 1

 2      A P P E A R A N C E S: (Cont'd.)

 3

 4      FOR THE POTENTIAL OBJECTOR FGIC:

 5          JONES DAY

 6          222 East 41st Street

 7          New York, New York 10017-6702

 8          BY: HOWARD F. SIDMAN, ESQ.

 9              hfsidman@jonesday.com

10              MICHAEL O. THAYER, ESQ.

11              mothayer@jonesday.com

12

13      FOR THE RMBS STEERING COMMITTEE:

14          ROPES & GRAY, LLP

15          800 Boylston Street

16          Boston, MA 02199-3600

17          BY: ANDREW G. DEVORE, ESQ.

18              andrew.devore@ropesgray.com

19

20      FOR WILMINGTON TRUST:

21          CLEARY, GOTTLIEB, STEEN & HAMILTON, LLP

22          One Liberty Plaza

23          New York, New York 10006

24          BY: MARK LIGHTNER, ESQ.

25              mlightner@cgsh.com
```

8

```
 1
 2      A P P E A R A N C E S: (Cont'd)
 3
 4      FOR ALLY FINANCIAL:
 5           CARTER LEDYARD & MILBURN, LLP
 6           2 Wall Street
 7           New York, New York 10005
 8           BY: MICHAEL BAUSCHER, ESQ.
 9               bauscher@clm.com
10
11      FOR THE STEERING COMMITTEE INVESTORS:
12           GIBBS & BRUNS, LLP
13           1100 Louisiana, Suite 5300
14           Houston, Texas 77002
15           BY: KATE KAUFMANN SHIH, ESQ.
16               kshih@gibbsbruns.com
17
18
19      ALSO PRESENT:
20           CARLOS KING, Videographer
21
22
23
24
25
```

101

1        JAMES WHITLINGER

2    $8.7 billion amount was arrived at?

3            MR. RAINS:  Objection.  Asked

4        and answered.

5        A.    Yeah, as I had stated before

6    there was an arm's length negotiation with

7    Kathy Patrick.  They discussed with our

8    lawyers and their lawyers the possible

9    claims that could be brought forth and

10   they had an arm's length negotiation on

11   evaluating what all those claims could be

12   and what the risk to -- to not settle

13   would be versus settling and landed on

14   $8.7 billion.

15       Q.    Is it your understanding that

16   the $8.7 billion was arrived at because

17   that was the number that Mr. Lee needed to

18   agree to in order to get Ms. Patrick to

19   settle with ResCap?

20       A.    Can you rephrase the question?

21       Q.    Well, the 8 point -- you

22   understand the $8.7 billion was not

23   derived at by an independent analysis of

24   ResCap determining what ResCap thinks the

25   claims were worth, it was derived from

102

1          JAMES WHITLINGER

2     just a negotiation and a number that

3     Mr. Lee needed to get Ms. Patrick to agree

4     to settle?

5              MR. RAINS: Objection. It's

6          been asked and answered. It also

7          assumes facts that are not in

8          evidence.

9          A.    That's not -- that's not my

10    understanding.

11         Q.    What's your understanding?

12         A.    My understanding is our legal

13    team had a view based on discussions with

14    Kathy Patrick on what our legal litigation

15    risk would be and negotiated to come up

16    with $8.7 billion.

17         Q.    On or before the May 9th board

18    meeting did you know that Mr. Cancelliere

19    had challenged Ms. Patrick's roll rates as

20    too high and had challenged her use of a

21    historical average severity rate that did

22    not account for an improving housing

23    market?

24              MR. RAINS: Objection. That

25         misstates Mr. Cancelliere's testimony.

12-12020-mg    Doc 3713-3    Filed 05/14/13    Entered 05/14/13 16:02:38    Exhibit 3
Pg 12 of 12

179

```
                C E R T I F I C A T I O N

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )
```

       I, ERICA L. RUGGIERI, RPR and a Notary Public within and for the State of New York, do hereby certify:

       That I reported the proceedings in the within-entitled matter, and that the within transcript is a true record of such proceedings.

       I further certify that I am not related by blood or marriage, to any of the parties in this matter and that I am in no way interested in the outcome of this matter.

       IN WITNESS WHEREOF, I have hereunto set my hand this 16th day of November, 2012.

                  ERICA L. RUGGIERI, RPR

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585