# Exhibit 4

```
                                                                        1
 1   UNITED STATES BANKRUPTCY COURT
 2   SOUTHERN DISTRICT OF NEW YORK
 3   Lead Case No. 12-12020-mg   Adv. Proc. No. 12-01671-mg
 4   - - - - - - - - - - - - - - - - - - - - - - -x
 5   In the Matters of:
 6   RESIDENTIAL CAPITAL, LLC, et al.,
 7              Debtors.
 8   - - - - - - - - - - - - - - - - - - - - - - -x
 9   RESIDENTIAL CAPITAL, LLC, et al.,
10                   Plaintiffs,
11              - against -
12   ALLSTATE INSURANCE COMPANY, et al.,
13                   Defendants.
14   - - - - - - - - - - - - - - - - - - - - - - -x
15
16              United States Bankruptcy Court
17              One Bowling Green
18              New York, New York
19
20              July 10, 2012
21              10:07 AM
22
23   B E F O R E:
24   HON. MARTIN GLENN
25   U.S. BANKRUPTCY JUDGE
```

**RESIDENTIAL CAPITAL, LLC, ET AL.** 137

1  the substantial discovery burden and expense the debtors would
2  face if the Western & Southern action goes forward against Ally
3  Securities.  The debtors put forward evidence in Mr. Lipps'
4  declaration setting forth in specific detail the cost and
5  burden of discovery in these lawsuits.  See the Lipps
6  declaration, paragraphs 70 through 78.
7           Western & Southern has never challenged the statements
8  in Mr. Lipps' declaration, either in deposition or in their
9  opposition.  Western & Southern offers nothing more than pure
10 conjecture that discovery in their case will not be burdensome.
11          The debtors have provided specific examples of cases
12 that involved a small number of securitizations, but still
13 produced millions of pages in discovery and upwards of eighty
14 days' worth of depositions from the debtors' current and former
15 employees.  See the Lipps declaration, paragraphs 28 and 29.
16          Any prospective discovery will also burden current and
17 former employees of the debtors.  "It matters little that some
18 of the individual defendants are no longer affiliated with the
19 debtor."  Because the ultimate discovery burden falls on
20 current employees who are critical to restructuring.  See
21 Hawaii Structural, 2006 WL 3755175 *5,6.
22          The debtors have adequately shown the negative impact
23 of continued litigation on the debtors' key employees.  See the
24 supplemental Lipps declaration, at paragraphs 31 through 33.
25          We'll briefly discuss proceeds of insurance policies

143

# CERTIFICATION

We, Penina Wolicki and Sharona Shapiro, certify that the foregoing transcript is a true and accurate record of the proceedings.

_____

**PENINA WOLICKI**

AAERT Certified Electronic Transcriber CET**D-569

**SHARONA SHAPIRO**

AAERT Certified Electronic Transcriber CET**D-492

eScribers

700 West 192nd Street, Suite #607

New York, NY 10040

Date:    July 11, 2012