# Exhibit 5

# In Re:
*RESIDENTIAL CAPITAL, LLC, et al.*
*Case No. 12-12020-mg*

*April 11, 2013*

*eScribers, LLC*
*(973) 406-2250*
*operations@escribers.net*
*www.escribers.net*

*To purchase copies of this transcript, please contact us by phone or email*



**Min-U-Script® with Word Index**

1  not also trying to get in the advice of counsel. I mean, for
2  example, if Mr. Whitlinger --
3          THE COURT: I can't rule --
4          MR. KAUFMAN: -- as the --
5          THE COURT: I can't rule on that in an in limine
6  motion. It may be that at the time of the trial, depending on
7  how the evidence goes, I'll have to rule on it but --
8          MR. KAUFMAN: It may be.
9          THE COURT: But I can't -- I mean, you acknowledge
10 that -- I mean, their personal experience does -- I mean, if a
11 director had been personally involved in understanding
12 representation and warranty litigation and roughly the terms on
13 which they settle and -- that's because they were there. They
14 did it.
15         MR. KAUFMAN: If that happened, the answer would be
16 yes, they'd be entitled to testify. I was going to give Your
17 Honor another example.
18         THE COURT: Go ahead.
19         MR. KAUFMAN: If Mr. Whitlinger who was the CFO --
20         THE COURT: Right.
21         MR. KAUFMAN: -- had some occasion in his position to
22 analyze along with other business people the breach rates that
23 were --
24         THE COURT: Fair game.
25         MR. KAUFMAN: -- right. If he personally analyzed the

48

C E R T I F I C A T I O N

I, Linda Ferrara, certify that the foregoing transcript is a true and accurate record of the proceedings.

*Linda Ferrara*

_____

Linda Ferrara

AAERT Certified Electronic Transcriber CET**D-656

eScribers

700 West 192nd Street, Suite #607

New York, NY 10040

Date:   April 12, 2013



Digitally signed by eScribers, LLC
DN: cn=eScribers, LLC gn=eScribers, LLC c=United States l=US o=eScribers ou=eScribers e=operations@escribers.net
Reason: I attest to the accuracy and integrity of this document
Location:
Date: 2013-04-12 14:56-04:00