**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

### DECLARATION OF LaSHANN M. DeARCY IN SUPPORT OF DEBTORS' OPPOSITION TO MOTION TO PRECLUDE TESTIMONY OF TIMOTHY DEVINE

I, LaSHANN M. DeARCY, declare:

1.      I am a member of the Bar of the State of New York and admitted to practice before this Court.  I am an attorney at the law firm Morrison & Foerster LLP, counsel for Residential Capital, LLC and its affiliated debtors and debtors-in-possession.

2.      I submit this declaration in support of Debtors' Opposition to Motion to Preclude Testimony of Timothy Devine, and to put before the Court documents referred to therein.

3.      Attached hereto as Exhibit 1 is a true and correct copy of a October 10, 2012 email from Philip Bentley to Anthony Princi.

4.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the Transcript of Hearing *In re: Residential Capital, LLC, et al*., No. 12-12020 (MG) (Bankr. S.D.N.Y.), dated October 4, 2012.

5.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the November 19, 2012 Deposition of Timothy Devine.

6.      Attached hereto as Exhibit 4 is a true and correct copy of a November 8, 2012 letter from Patrick Bryan to Philip Kaufman.

7.      Attached hereto as Exhibit 5 is a true and correct copy of Exhibit 124 to the

November 19, 2012 Deposition of Timothy Devine, a December 15, 2011 email from Timothy

Devine to Tammy Hamzehpour.

8.      Attached hereto as Exhibit 6 is a true and correct copy of Exhibit 147 to the

November 19, 2012 Deposition of Timothy Devine, a May 9, 2012 email from Timothy Devine

to Gary Lee.

9.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the

Transcript of Hearing *In re: Residential Capital, LLC, et al*., No. 12-12020 (MG) (Bankr.

S.D.N.Y.), dated April 11, 2013.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true

and correct.

Executed on this 14th day of May, 2013 at New York, New York.


By:    /s/ LaShann M. DeArcy
       LaShann M. DeArcy

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and*
*Debtors in Possession*

sf-3284531