# Exhibit 1

From: Bentley, Philip [mailto:PBentley@KRAMERLEVIN.com]
Sent: Wednesday, October 10, 2012 7:21 PM
To: Princi, Anthony
Cc: Levitt, Jamie A.; Rains, Darryl P.; Clark, Daniel E.; Kaufman, Philip S.
Subject: RE: RE:

Tony,

The witness I was referring to was Tim Devine.  To be clear, we have no set plans as to who we will call, but it is our present intention to call him; this of course may change.

Best,

Phil


Philip  Bentley

Partner
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: 212-715-9505
Fax: 212-715-8000
Email: PBentley@KRAMERLEVIN.com
<http://www.kramerlevin.com/>


This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.
-----Original Message-----
From: Princi, Anthony [mailto:APrinci@mofo.com]
Sent: Wednesday, October 10, 2012 6:32 PM
To: Bentley, Philip
Cc: Levitt, Jamie A.; Rains, Darryl P.; Clark, Daniel E.
Subject: RE:

Phil, I should have acknowledged that since your fact witness is an "adverse" witness you may not control him/her and hence not be able to accept service of a subpoena on him/her -- apologies for any potential confusion. Notwithstanding that you characterize the witness as "adverse," we may still need to depose this person so please let us know the indentity of this person promptly. Thanks.

>Anthony Princi
>Partner
>Morrison & Foerster LLP
>aprinci@mofo.com
>www.mofo.com
>____

```
>
>1290 Avenue Of The Americas
>New York, NY 10104
>direct: 212 468 8030
>fax: 212 468 7900
>cell: 917 213 2584
>
>CityPoint
>One Ropemaker Street
>London EC2Y 9AW
direct: +44 (0) 20 7920 4176
>fax: +44 (0) 20 7496 8500
>cell: +44 (0) 7775 675941
>
```

-----Original Message-----
From: Princi, Anthony
Sent: Wednesday, October 10, 2012 3:07 PM
To: 'pbentley@kramerlevin.com'
Cc: Levitt, Jamie A.; Rains, Darryl P.; Clark, Daniel E.
Subject:

Phil, I apologize if we've been provided this information and I've overlooked it, but can you please let us know the name and address of your proposed fact witness? Also, can you please let us know if you will accept service of a subpoena for the deposition of this witness? Thanks.