# Exhibit 2

```
                                                                        1
 1
 2   UNITED STATES BANKRUPTCY COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   Case No. 12-12020-mg
 5   - - - - - - - - - - - - - - - - - - - - - -x
 6   In the Matter of:
 7
 8   RESIDENTIAL CAPITAL, LLC, et al.,
 9
10              Debtors.
11
12   - - - - - - - - - - - - - - - - - - - - - -x
13
14              United States Bankruptcy Court
15              One Bowling Green
16              New York, New York
17
18              October 4, 2012
19              11:12 AM
20
21   B E F O R E:
22   HON. MARTIN GLENN
23   U.S. BANKRUPTCY JUDGE
24
25
```

```
 1
 2   A P P E A R A N C E S :
 3   MORRISON & FOERSTER LLP
 4        Attorneys for Debtors
 5        1290 Avenue of the Americas
 6        New York, NY 10104
 7
 8   BY:   ANTHONY PRINCI, ESQ.
 9
10
11   MORRISON & FOERSTER LLP
12        Attorneys for Debtors
13        755 Page Mill Road
14        Palo Alto, CA 94304
15
16   BY:   DARRYL RAINS, ESQ. (Telephonically)
17
18
19   GIBBS & BRUNS LLP
20       Attorneys for Institutional Investor Steering Group
21       1100 Louisiana Street
22       Houston TX 77002
23
24   BY:   ROBERT J. MADDEN, ESQ.
25
```

```
 1
 2   KRAMER, LEVIN, NAFTALIS & FRANKEL LLP
 3         Attorneys for Official Creditors' Committee
 4         1177 Avenue of the Americas
 5         New York, NY 10036
 6
 7   BY:   PHILIP BENTLEY, ESQ.
 8         PHILIP S. KAUFMAN, ESQ.
 9         BRENDAN M. SCHULMAN, ESQ.
10
11
12   JONES DAY
13         Attorney for FGIC
14         555 South Flower Street
15         Los Angeles, CA 90071
16
17   BY:   RICHARD L. WYNNE, ESQ. (Telephonically)
18
19
20
21
22
23
24
25
```

```
 1
 2   CADWALADER, WICKERSHAM & TAFT LLP
 3         Attorneys for MBIA
 4         One World Financial Center
 5         New York, NY 10281
 6
 7   BY:   INGRID BAGBY, ESQ.
 8
 9
10   ALSO PRESENT TELEPHONICALLY:
11         JAMES GARRITY, ESQ., MORGAN, LEWIS & BOCKIUS
12         KENNETH ECKSTEIN, ESQ. KRAMER, LEVIN, NAFTALIS & FRANKEL
13
14
15
16
17
18
19
20
21
22
23
24
25
```

|  | **RESIDENTIAL CAPITAL, LLC, et al.** | 27 |

1     THE COURT:  Okay.

2     MR. KAUFMAN:  -- talking about, Your Honor.  We
3  believe that Tim Devine's deposition is likely to take a day.
4  Tim Devine from the documents we've seen thus far appears to
5  have been -- I don't mean the engineer of this settlement, but
6  the one who is directing all the traffic.  There are quite a
7  number of documents involving Mr. Devine, and we want to depose
8  him on those things.

9     THE COURT:  You take depositions of people, not of
10 documents.

11    MR. KAUFMAN:  Well, documents are used to examine
12 people about.  And Mr. Devine appears to be a critical
13 participant in the entire settlement and in the plan support
14 agreements, and we believe his deposition is almost certainly
15 going to go to seven hours.

16    Ms. Hamzehpour, we believe also is likely to require a
17 seven-hour deposition.

18    Mr. Marano, we believe is almost certainly likely to
19 require that amount of time.

20    Mr. Renzi, the FTI person, who is most responsible for
21 the waterfall analyses based on what we've seen so far, and
22 somebody who the debtors identify as one of their fact
23 witnesses at trial, we believe we're going to require seven
24 hours with.

25    It's possible, although I can't be sure at this point,

```
                                                              60
 1
 2                     C E R T I F I C A T I O N
 3
 4   I, Esther Accardi, certify that the foregoing transcript is a
 5   true and accurate record of the proceedings.
 6
 7
 8
 9   [signature: Esther Accardi]
10
11   _____
     ESTHER ACCARDI (CET**D 485)
12
     AAERT Certified Electronic Transcriber
13
14
     eScribers
15
     700 West 192nd Street, Suite #607
16
     New York, NY 10040
17
18
     Date:   October 5, 2012
19
20
21
22
23
24
25
```