# Exhibit 4

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Patrick Bryan
To Call Writer Directly:
(202) 879-5285
patrick.bryan@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

November 8, 2012

**Via Email**

Philip Kaufman
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

    Re: *In re Residential Capital, LLC*, No. 12-12020 (Bankr. S.D.N.Y.)

Dear Philip:

  It was a pleasure to meet with you on Tuesday regarding Ally's claw-back request and Ally's RMBS privilege logs. I write to memorialize the results of our meet and confer with respect to Ally's RMBS privilege logs. Specifically, the Committee has withdrawn its challenge to the Ally's privilege log entries identified on pages 6-8 of your November 2, 2012 letter to the Court.

  Please contact me immediately if our understanding is not correct.

        Sincerely,

        */s/ Patrick Bryan*

        Patrick Bryan

cc: Darryl P. Rains
   Arielle Katz
   Howard Sidman
   Ingrid Bagby
   Matthew J. Dolan

Chicago  Hong Kong  London  Los Angeles  Munich  New York  Palo Alto  San Francisco  Shanghai