# Exhibit 5

| | |
|---|---|
| **From:** | Devine, Timothy |
| **Sent:** | Thursday, December 15, 2011 2:43 AM |
| **To:** | Hamzehpour, Tammy |
| **Cc:** | Solomon, William Legal; Hagens, David; Ruckdaschel, John |
| **Subject:** | FW: Confi and Tolling Agreement |

Pursuant to our plan, I will reach out to Kathy Patrick by email letting her know that Tammy has forwarded me the correspondence and asked me to follow up. First step: requesting confirmation of her representation by clients. Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI 48265
(313) 656-3477

**From:** Hamzehpour, Tammy
**Sent:** Wednesday, December 07, 2011 12:53 PM
**To:** Devine, Timothy; Hagens, David; Ruckdaschel, John
**Subject:** FW: Confi and Tolling Agreement

fyi

**From:** David Sheeren [mailto:dsheeren@gibbsbruns.com]
**Sent:** Wednesday, December 07, 2011 11:24 AM
**To:** Hamzehpour, Tammy
**Cc:** Kathy D. Patrick; Scott A. Humphries
**Subject:** Confi and Tolling Agreement

Tammy,

Attached for your review, please find a draft Confidentiality Agreement and a draft Tolling Agreement.

Best regards,
David

**David Sheeren**
**Gibbs & Bruns LLP**
1100 Louisiana, Suite 5300
Houston, Texas 77002
713.751.5207 (o)
713.459.6278 (c)



EXHIBIT
9019-24
11/19/12

1

Confidential Professional Eyes Only                                                                                                    ALLY_PEO_0042503