JONES DAY
222 East 41st Street
New York, New York  10017
Telephone: (212) 326-3939
Facsimile:  (212) 755-7306
Richard L. Wynne
Howard F. Sidman

JONES DAY
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone: (216) 586-3939
Facsimile:  (216) 579-0212
Carl E. Black

Attorneys for Creditor
FINANCIAL GUARANTY INSURANCE
COMPANY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        )
In re:                                                  )   Case No. 12-12020 (MG)
                                                        )
RESIDENTIAL CAPITAL, LLC, et al.,                       )   Chapter 11
                                                        )
         Debtors.                                       )   Jointly Administered
                                                        )
                                                        )
------------------------------------------------------- x

## CERTIFICATE OF SERVICE OF
## JOINDER OF FINANCIAL GUARANTY INSURANCE COMPANY IN
## SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## TO DEBTORS' MOTION TO STRIKE THE OBJECTION AND EXCLUDE THE
## EVIDENCE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN
## <u>OPPOSITION TO THE RMBS TRUST SETTLEMENT</u>

The undersigned attorney hereby certifies that on May 14, 2013, a true and correct copy of

the *Joinder Of Financial Guaranty Insurance Company In Support Of The Official Committee Of*

*Unsecured Creditors To Debtors' Motion To Strike The Objection And Exclude The Evidence Of The*

LAI-3191888v1

*Official Committee Of Unsecured Creditors In Opposition To The RMBS Trust Settlement* (docket no. 3722) was served on all parties on the Monthly Service List, as attached on the annexed Exhibit A.

Dated: May 14, 2013                  */s/ Richard L. Wynne*
                                                     Richard L. Wynne

# EXHIBIT A
## IN RE RESIDENTIAL CAPITAL LLC
### MONTHLY SERVICE LIST – MAY 2013

**SPECIAL NOTICE LIST VIA EMAIL:**

| | | |
|---|---|---|
| hseife@chadbourne.com | john.bellaver@ally.com | Eileen.oles@gmacrescap.com |
| dlemay@chadbourne.com | keckstein@kramerlevin.com | Lauren.delehey@gmacrescap.com |
| rgayda@chadbourne.com | tmayer@kramerlevin.com | Julie.busch@gmacrescap.com |
| mroitman@chadbourne.com | dmannal@kramerlevin.com | Patty.Zellmann@ally.com |
| bobbie.theivakumaran@citi.com | jtrachtman@kramerlevin.com | lnashelsky@mofo.com |
| maofiling@cgsh.com | pbentley@kramerlevin.com | glee@mofo.com |
| tmoloney@cgsh.com | dmannal@kramerlevin.com | lmarinuzzi@mofo.com |
| soneal@cgsh.com | szide@kramerlevin.com | Ksadeghi@mofo.com |
| jennifer.demarco@cliffordchance.com | rescapinfo@kccllc.com | enid.stuart@OAG.State.NY.US |
| adam.lesman@cliffordchance.com | wcurchack@loeb.com | joseph.cordaro@usdoj.gov |
| peter_mcgonigle@fanniemae.com | vrubinstein@loeb.com | secbankruptcy@sec.gov |
| kdwbankruptcydepartment@kelleydrye.com | dminoff@loeb.com | secbankruptcy@sec.gov |
| richard.cieri@kirkland.com | guzzi@milbank.com | newyork@sec.gov |
| ray.schrock@kirkland.com | Tammy.Hamzehpour@gmacrescap.com | bankruptcynoticeschr@sec.gov |
| richard.cieri@kirkland.com | Jill.horner@gmacrescap.com | AskDOJ@usdoj.gov |
| stephen.hessler@kirkland.com | Colette.wahl@gmacrescap.com | joseph.cordaro@usdoj.gov |
| projectrodeo@kirkland.com | Deanna.horst@gmacrescap.com | Tracy.Davis2@usdoj.gov |
| William.b.Solomon@ally.com | William.thompson@gmacrescap.com | Linda.Riffkin@usdoj.gov |
| Timothy.Devine@ally.com | William.tyson@gmacrescap.com | Brian.Masumoto@usdoj.gov |

**SPECIAL SERVICE LIST VIA U.S. MAIL:**

| | | |
|---|---|---|
| **Chadbourne & Parke LLP**<br>Attn Howard Seife & David M LeMay & Robert J Gayda & Marc B Roitman<br>30 Rockefeller Plaza<br>New York, NY 10112 | **Citibank NA**<br>Attn Bobbie Theivakumaran<br>390 Greenwich St 6th Fl<br>New York, NY 10013 | **Cleary Gottlieb Steen & Hamilton LLP**<br>Attn Sean A O Neal and Thomas J Moloney<br>One Liberty Plaza<br>New York, NY 10006 |
| **Deutsche Bank Trust Company Americas**<br>c/o Kelvin Vargas<br>25 De Forest Ave<br>Summit, NJ 07901 | **Clifford Chance US LLP**<br>Jennifer C DeMarco & Adam Lesman<br>31 West 52nd St<br>New York, NY 10019 | **Fannie Mae**<br>Attn Peter McGonigle<br>1835 Market St Ste 2300<br>Philadelphia, PA 19103 |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | **Internal Revenue Service**<br>Insolvency Section<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 |
| **Kelley Drye & Warren LLP**<br>James S Carr & Eric R Wilson<br>101 Park Ave<br>New York, NY 10178 | **Kirkland & Ellis**<br>Richard M Cieri<br>601 Lexington Ave<br>New York, NY 10022 | **Kirkland & Ellis LLP**<br>Attn Ray C Schrock & Stephen E Hessler<br>601 Lexington Ave<br>New York, NY 10022-4611 |

| | | |
|---|---|---|
| **Kramer Levin Naftallis & Frankel LLP**<br>Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal<br>1177 Avenue of the Americas<br>New York, NY 10036 | **Kurtzman Carson Consultants**<br>Alison M. Tearnen Schepper<br>2335 Alaska Ave<br>El Segundo, CA 90245 | **Milbank, Tweed, Hadley & McCloy LLP**<br>Gerard Uzzi<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |
| **Morrison & Foerster LLP**<br>Attn Tammy Hamzehpour<br>1290 Avenue of the Americas<br>New York, NY 10104 | **Morrison & Foerster LLP**<br>Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi<br>1290 Avenue of the Americas<br>New York, NY 10104 | **Office of the NY State Attorney General**<br>Nancy Lord & Enid M Stuart<br>The Capitol<br>Albany, NY 12224-0341 |
| **Office of the US Attorney for the Southern District of NY**<br>United States Attorney Preet Bharara<br>One St Andrews Plaza<br>New York, NY 10007 | **Securities & Exchange Commission**<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 | **Securities & Exchange Commission NY Regional Office**<br>George S Canellos Regional Director<br>3 World Financial Center Ste 400<br>New York, NY 10281-1022 |
| **The Bank of New York Mellon**<br>Asset-Backed Securities Group<br>101 Barclay St 4W<br>New York, NY 10286 | **U.S. Department of Justice**<br>US Attorney General, Eric H. Holder, Jr.<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | **United States Attorney's Office for the Southern District of New York Civil Division**<br>Attn Joseph Cordaro<br>86 Chambers St 3rd Fl<br>New York, NY 10007 |
| **US Trustee for the Southern District of NY**<br>Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto<br>33 Whitehall St 21st Fl, Region 2<br>New York, NY 10004 | **Wells Fargo Bank NA**<br>Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust<br>PO Box 98<br>Columbia, MD 21046 | |

**GENERAL SERVICE LIST VIA EMAIL:**

andrea.hartley@akerman.com
susan.balaschak@akerman.com
dgolden@akingump.com
dzensky@akingump.com
aqureshi@akingump.com
rajohnson@akingump.com
ccarty@akingump.com
fhodara@akingump.com
bnkatty@aldine.k12.tx.us
ecfmail@aclawllp.com
ken.coleman@allenovery.com
john.kibler@allenovery.com
jeff.brown@gmacfs.com
william.b.solomon@ally.com
kit.weitnauer@alston.com
marty.bunin@alston.com
william.hao@alston.com
bill.macurda@alston.com
john.stern@texasattorneygeneral.gov
harrisj12@michigan.gov
Schindlerwilliamss@ballardspahr.com
Sarah.Stout@BNYMellon.com
Jennifer.Provenzano@BNYMellon.com
Mageshwaran.Ramasamy@BNYMellon.com
xrausloanops5@barclays.com
david.powlen@btlaw.com
bbeskanos@aol.com
davids@blbglaw.com
jonathanu@blbglaw.com
matthewj@blbglaw.com
jai@blbglaw.com
schaedle@blankrome.com
tarr@blankrome.com
root@blankrome.com
courtney.lowman@ally.com
jhaake@wbsvlaw.com
swissnergross@brownrudnick.com
gregory.petrick@cwt.com
ingrid.bagby@cwt.com
mark.ellenberg@cwt.com
dcaley@wongfleming.com
bankruptcy@clm.com
hseife@chadbourne.com
dlemay@chadbourne.com
rgayda@chadbourne.com
mroitman@chadbourne.com
bobbie.theivakumaran@citi.com
maofiling@cgsh.com
tmoloney@cgsh.com
soneal@cgsh.com
jennifer.demarco@cliffordchance.com
adam.lesman@cliffordchance.com
jlaitman@cohenmilstein.com
clometti@cohenmilstein.com
meisenkraft@cohenmilstein.com
drehns@cohenmilstein.com
krehns@cohenmilstein.com
mwarner@coleschotz.com
echou@coleschotz.com
ra-li-ucts-bankrupt@state.pa.us
will.hoch@crowedunlevy.com
mgallagher@curtis.com
macohen@curtis.com
sreisman@curtis.com
hryder@daypitney.com
jjtancredi@daypitney.com

jwcohen@daypitney.com
glenn.siegel@dechert.com
hector.gonzalez@dechert.com
brian.greer@dechert.com
mauricio.espana@dechert.com
craig.druehl@dechert.com
rosa.mendez@db.com
Brendan.meyer@db.com
diem.home@gmail.com
gcatalanello@duanemorris.com
jvincequerra@duanemorris.com
peter_mcgonigle@fanniemae.com
catherine_lasher@fanniemae.com
broylesmk@rgcattys.com
tterrell@feinsuch.com
tterrell@feinsuch.com
ppascuzzi@ffwplaw.com
dearly@fdic.gov
floressaucedopllc@gmail.com
tlallier@foleymansfield.com
kenton_hambrick@freddiemac.com
deggert@freebornpeters.com
tfawkes@freebornpeters.com
jberkowitz@gibbonslaw.com
kgiannelli@gibbonslaw.com
kpatrick@gibbsbruns.com
shumphries@gibbsbruns.com
kpatrick@gibbsbruns.com
theodore.w.tozer@hud.gov
gjarvis@gelaw.com
mpmorris@gelaw.com
delman@gelaw.com
brian@gmcnjlaw.com
ayala.hassell@hp.com
rnorton@hunton.com
rrich2@hunton.com
floraoropeza@co.imperial.ca.us
bankruptcy2@ironmountain.com
ceblack@jonesday.com
cball@jonesday.com
rlwynne@jonesday.com
lemiller@jonesday.com
ceblack@jonesday.com
aglenn@kasowitz.com
mstein@kasowitz.com
dfliman@kasowitz.com
namamoo@kasowitz.com
kdwbankruptcydepartment@kelleydrye.com
eciolko@ktmc.com
dmoffa@ktmc.com
ecf@kaalaw.com
thadwilson@kslaw.com
ajowers@kslaw.com
pferdinands@kslaw.com
mstrauss@kmllp.com
bwalker@kmllp.com
richard.cieri@kirkland.com
ray.schrock@kirkland.com
richard.cieri@kirkland.com
stephen.hessler@kirkland.com
projectrodeo@kirkland.com
William.b.Solomon@ally.com
Timothy.Devine@ally.com
john.bellaver@ally.com
tklestadt@klestadt.com
jcorneau@klestadt.com

sdny@kmk-law.net
keckstein@kramerlevin.com
tmayer@kramerlevin.com
dmannal@kramerlevin.com
jtrachtman@kramerlevin.com
pbentley@kramerlevin.com
dmannal@kramerlevin.com
szide@kramerlevin.com
jleibowitz@kandfllp.com
rescapinfo@kccllc.com
dlibra@lapplibra.com
james.heaney@lawdeb.com
richard@rsaxlaw.com
sheehan@txschoollaw.com
Dcaponnetto@leopoldassociates.com
pmahony@leopoldassociates.com
austin.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@lgbs.com
choward@lockelord.com
wcurchack@loeb.com
vrubinstein@loeb.com
dminoff@loeb.com
abehlmann@lowenstein.com
abehlmann@lowenstein.com
metkin@lowenstein.com
ilevee@lowenstein.com
metkin@lowenstein.com
ilevee@lowenstein.com
adoshi@magnozzikye.com
susanp@taxcollector.com
kmarino@khmarino.com
jboyle@khmarino.com
lgordon@mvbalaw.com
pmoak@McKoolSmith.com
mcarney@mckoolsmith.com
pmoak@McKoolSmith.com
mfriedman@meyner.com
guzzi@milbank.com
sdnyecf@dor.mo.gov
jgarrity@morganlewis.com
mkraut@morganlewis.com
pfleming@morganlewis.com
mmorganroth@morganrothlaw.com
jmorganroth@morganrothlaw.com
lberkoff@moritthock.com
Tammy.Hamzehpour@gmacrescap.com
Jill.horner@gmacrescap.com
Colette.wahl@gmacrescap.com
Deanna.horst@gmacrescap.com
William.thompson@gmacrescap.com
William.tyson@gmacrescap.com
Eileen.oles@gmacrescap.com
Lauren.delehey@gmacrescap.com
Julie.busch@gmacrescap.com
Patty.Zellmann@ally.com
lnashelsky@mofo.com
glee@mofo.com
lmarinuzzi@mofo.com
Ksadeghi@mofo.com
jmoldovan@morrisoncohen.com
bankruptcy@morrisoncohen.com
rdakis@morrisoncohen.com
seth.goldman@mto.com
Thomas.walper@mto.com
cmomjian@attorneygeneral.gov
almeyers@sjgov.org

| | | |
|---|---|---|
| enid.stuart@OAG.State.NY.US | marguerite.gardiner@srz.com | Mark.Flannagan@umb.com |
| joseph.cordaro@usdoj.gov | michael.cutini@srz.com | joseph.cordaro@usdoj.gov |
| dwdykhouse@pbwt.com | secbankruptcy@sec.gov | james.byrnes@usbank.com |
| bguiney@pbwt.com | secbankruptcy@sec.gov | laura.moran@usbank.com |
| Paul_Papas@mylegalhelpusa.com | newyork@sec.gov | Tracy.Davis2@usdoj.gov |
| ebcalvo@pbfcm.com | bankruptcynoticeschr@sec.gov | Linda.Riffkin@usdoj.gov |
| brandon.johnson@pillsburylaw.com | bateman@sewkis.com | Brian.Masumoto@usdoj.gov |
| jmcmurtr@placer.ca.gov | christensen@sewkis.com | mvaughan@wbsvlaw.com |
| dflanigan@polsinelli.com | patel@sewkis.com | dskeens@wbsvlaw.com |
| jnagi@polsinelli.com | hooper@sewkis.com | gary.holtzer@weil.com |
| igoldstein@proskauer.com | josselson@sewkis.com | kelly.j.rentz@wellsfargo.com |
| srutsky@proskauer.com | cohen@sewkis.com | Sharon.Squillario@wellsfargo.com |
| jzajac@proskauer.com | das@sewkis.com | mary.l.sohlberg@wellsfargo.com |
| danbrockett@quinnemanuel.com | binder@sewkis.com | kristi.garcia@wellsfargo.com |
| daveburnett@quinnemanuel.com | kotwick@sewkis.com | accesslegalservices@gmail.com |
| jeremyandersen@quinnemanuel.com | alves@sewkis.com | cshore@whitecase.com |
| jeremyandersen@quinnemanuel.com | joel@shafeldlaw.com | isilverbrand@whitecase.com |
| ericwinston@quinnemanuel.com | taconrad@sbwlawfirm.com | dthatch@whitecase.com |
| susheelkirpalani@quinnemanuel.com | fsosnick@shearman.com | mabrams@willkie.com |
| scottshelley@quinnemanuel.com | sfennessey@shearman.com | rchoi1@willkie.com |
| mrollin@rplaw.com | pdatta@hhstein.com | jhardy2@willkie.com |
| cwood@rgrdlaw.com | amuller@stinson.com | rmaney@wilmingtontrust.com |
| stevep@rgrdlaw.com | whazeltine@sha-llc.com | david.tillem@wilsonelser.com |
| rbrown@robertbrownlaw.com | tal@talcottfranklin.com | dneier@winston.com |
| romero@mromerolawfirm.com | derek@talcottfranklin.com | dneier@winston.com |
| Ross.martin@ropesgray.com | jmiller@tcfbank.com | cschreiber@winston.com |
| keith.wofford@ropesgray.com | jteitelbaum@tblawllp.com | jlawlor@wmd-law.com |
| Ross.martin@ropesgray.com | AGBankNewYork@ag.tn.gov | pdefilippo@wmd-law.com |
| dsasser@siwpc.com | robert.major@bnymellon.com | sfitzgerald@wmd-law.com |
| dhall@siwpc.com | Adam.Parkin@tdsecurities.com | gbush@zuckerman.com |
| jglucksman@scarincihollenbeck.com | Christopher.stevens@tdsecurities.com | ncohen@zuckerman.com |
| bdk@schlamstone.com | kay.brock@co.travis.tx.us | lneish@zuckerman.com |
| bbressler@schnader.com | mamta.scott@usbank.com | gbush@zuckerman.com |
| rbarkasy@schnader.com | michelle.moeller@usbank.com | ncohen@zuckerman.com |
| eboden@schnader.com | tanveer.ashraf@usbank.com | lneish@zuckerman.com |
| adam.harris@srz.com | Glenn.Gillett@usdoj.gov | |
| howard.godnick@srz.com | AskDOJ@usdoj.gov | |

**GENERAL SERVICE LIST – VIA U.S. MAIL (NOT SERVED BY EMAIL):**

| | | |
|---|---|---|
| AIG Asset Management US LLC<br>Attn Russell Lipman<br>80 Pine St, New York<br>NY 10038 | Allstate Life Insurance Company<br>Attn Peter A McElvain<br>3075 Sanders Rd Ste G5A<br>Northbrook, IL 60062 | Attorney General of the State of New York,<br>Eric T Schneiderman<br>Victoria L Safran<br>Nassau Regional Office<br>200 Old Country Rd Ste 240<br>Mineol, NY 11501 |
| David P Stich Esq<br>521 Fifth Ave 17th Fl<br>New York, NY 10175 | Financial Guaranty Insurance Company<br>Attn John Dubel<br>125 Park Ave<br>New York, NY 10017 | IBM Corporation<br>Attn Shawn Konig<br>1360 Rene Levesque W Ste 400<br>Montreal, QC H3G 2W6<br>CANADA |
| Law Offices of Christopher Green<br>Christopher E. Green<br>Two Union Square Suite 4285<br>601 Union Street,<br>Seattle WA 98101 | MBIA Insurance Corporation<br>Attn Mitchell Sonkin<br>113 King St,<br>Armonk, NY 10504 | M&TCC<br>1 M&T Plaza, 7th Floor<br>Buffalo, NY 14203 |
| Rowen L Drenne as Representative for the Plaintiffs Brian Kessler et al<br>3725 N Indiana<br>Kansas City, MO 64117 | Secretary of State<br>123 William St<br>New York, NY 10038-3804 | Secretary of State, Division of Corporations<br>99 Washington Ave Ste 600<br>One Commerce Plz<br>Albany, NY 12231-0001 |

| | |
|---|---|
| Wilmington Trust NA | Counsel to |
| Julie J Becker Vice President | Fedelina Roybal-DeAguero 2008 Trust |
| 50 South Sixth St Ste 1290 | 42265 Little Lake Rd |
| Minneapolis, MN 55402-1544 | Medocino, CA 94560 |