JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Richard L. Wynne
Howard F. Sidman

JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Carl E. Black

Attorneys for Creditor
FINANCIAL GUARANTY INSURANCE
COMPANY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        )
In re:                                                  )    Case No. 12-12020 (MG)
                                                        )
RESIDENTIAL CAPITAL, LLC, et al.,                       )    Chapter 11
                                                        )
         Debtors.                                       )    Jointly Administered
                                                        )
                                                        )
------------------------------------------------------- x

**CERTIFICATE OF SERVICE OF
FINANCIAL GUARANTY INSURANCE COMPANY'S RESPONSE TO
DEBTORS' DAUBERT MOTION TO EXCLUDE THE TESTIMONY
OF FGIC'S EXPERT CLIFFORD ROSSI AND SUPPLEMENTAL
OBJECTION TO THE TESTIMONY OF JEFFREY LIPPS**

The undersigned attorney hereby certifies that on May 14, 2013, a true and correct copy of

the *Financial Guaranty Insurance Company's Response To Debtors' Daubert Motion To Exclude*

*The Testimony Of FGIC's Expert Clifford Rossi And Supplemental Objection To The Testimony Of*

LAI-3191894v1

*Jeffrey Lipps* (docket no. 3724) was served on all parties on the Monthly Service List, as attached on the annexed Exhibit A.

Dated: May 14, 2013                                                  */s/ Richard L. Wynne*
                                                                                  Richard L. Wynne

LAI-3191894v1

## EXHIBIT A
### IN RE RESIDENTIAL CAPITAL LLC
### MONTHLY SERVICE LIST – MAY 2013

**SPECIAL NOTICE LIST VIA EMAIL:**

| | | |
|---|---|---|
| hseife@chadbourne.com | john.bellaver@ally.com | Eileen.oles@gmacrescap.com |
| dlemay@chadbourne.com | keckstein@kramerlevin.com | Lauren.delehey@gmacrescap.com |
| rgayda@chadbourne.com | tmayer@kramerlevin.com | Julie.busch@gmacrescap.com |
| mroitman@chadbourne.com | dmannal@kramerlevin.com | Patty.Zellmann@ally.com |
| bobbie.theivakumaran@citi.com | jtrachtman@kramerlevin.com | lnashelsky@mofo.com |
| maofiling@cgsh.com | pbentley@kramerlevin.com | glee@mofo.com |
| tmoloney@cgsh.com | dmannal@kramerlevin.com | lmarinuzzi@mofo.com |
| soneal@cgsh.com | szide@kramerlevin.com | Ksadeghi@mofo.com |
| jennifer.demarco@cliffordchance.com | rescapinfo@kccllc.com | enid.stuart@OAG.State.NY.US |
| adam.lesman@cliffordchance.com | wcurchack@loeb.com | joseph.cordaro@usdoj.gov |
| peter_mcgonigle@fanniemae.com | vrubinstein@loeb.com | secbankruptcy@sec.gov |
| kdwbankruptcydepartment@kelleydrye.com | dminoff@loeb.com | secbankruptcy@sec.gov |
| richard.cieri@kirkland.com | guzzi@milbank.com | newyork@sec.gov |
| ray.schrock@kirkland.com | Tammy.Hamzehpour@gmacrescap.com | bankruptcynoticeschr@sec.gov |
| richard.cieri@kirkland.com | Jill.horner@gmacrescap.com | AskDOJ@usdoj.gov |
| stephen.hessler@kirkland.com | Colette.wahl@gmacrescap.com | joseph.cordaro@usdoj.gov |
| projectrodeo@kirkland.com | Deanna.horst@gmacrescap.com | Tracy.Davis2@usdoj.gov |
| William.b.Solomon@ally.com | William.thompson@gmacrescap.com | Linda.Riffkin@usdoj.gov |
| Timothy.Devine@ally.com | William.tyson@gmacrescap.com | Brian.Masumoto@usdoj.gov |

**SPECIAL SERVICE LIST VIA U.S. MAIL:**

| | | |
|---|---|---|
| **Chadbourne & Parke LLP**<br>Attn Howard Seife & David M LeMay & Robert J Gayda & Marc B Roitman<br>30 Rockefeller Plaza<br>New York, NY 10112 | **Citibank NA**<br>Attn Bobbie Theivakumaran<br>390 Greenwich St 6th Fl<br>New York, NY 10013 | **Cleary Gottlieb Steen & Hamilton LLP**<br>Attn Sean A O Neal and Thomas J Moloney<br>One Liberty Plaza<br>New York, NY 10006 |
| **Deutsche Bank Trust Company Americas**<br>c/o Kelvin Vargas<br>25 De Forest Ave<br>Summit, NJ 07901 | **Clifford Chance US LLP**<br>Jennifer C DeMarco & Adam Lesman<br>31 West 52nd St<br>New York, NY 10019 | **Fannie Mae**<br>Attn Peter McGonigle<br>1835 Market St Ste 2300<br>Philadelphia, PA 19103 |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | **Internal Revenue Service**<br>Insolvency Section<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 |
| **Kelley Drye & Warren LLP**<br>James S Carr & Eric R Wilson<br>101 Park Ave<br>New York, NY 10178 | **Kirkland & Ellis**<br>Richard M Cieri<br>601 Lexington Ave<br>New York, NY 10022 | **Kirkland & Ellis LLP**<br>Attn Ray C Schrock & Stephen E Hessler<br>601 Lexington Ave<br>New York, NY 10022-4611 |

**Kramer Levin Naftallis & Frankel LLP**
Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal
1177 Avenue of the Americas
New York, NY 10036

**Kurtzman Carson Consultants**
Alison M. Tearnen Schepper
2335 Alaska Ave
El Segundo, CA 90245

**Milbank, Tweed, Hadley & McCloy LLP**
Gerard Uzzi
1 Chase Manhattan Plaza
New York, NY 10005

**Morrison & Foerster LLP**
Attn Tammy Hamzehpour
1290 Avenue of the Americas
New York, NY 10104

**Morrison & Foerster LLP**
Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

**Office of the NY State Attorney General**
Nancy Lord & Enid M Stuart
The Capitol
Albany, NY 12224-0341

**Office of the US Attorney for the Southern District of NY**
United States Attorney Preet Bharara
One St Andrews Plaza
New York, NY 10007

**Securities & Exchange Commission**
Secretary of the Treasury
100 F St NE
Washington, DC 20549

**Securities & Exchange Commission NY Regional Office**
George S Canellos Regional Director
3 World Financial Center Ste 400
New York, NY 10281-1022

**The Bank of New York Mellon**
Asset-Backed Securities Group
101 Barclay St 4W
New York, NY 10286

**U.S. Department of Justice**
US Attorney General, Eric H. Holder, Jr.
950 Pennsylvania Ave NW
Washington, DC 20530-0001

**United States Attorney's Office for the Southern District of New York Civil Division**
Attn Joseph Cordaro
86 Chambers St 3rd Fl
New York, NY 10007

**US Trustee for the Southern District of NY**
Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto
33 Whitehall St 21st Fl, Region 2
New York, NY 10004

**Wells Fargo Bank NA**
Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust
PO Box 98
Columbia, MD 21046

**GENERAL SERVICE LIST VIA EMAIL:**

andrea.hartley@akerman.com
susan.balaschak@akerman.com
dgolden@akingump.com
dzensky@akingump.com
aqureshi@akingump.com
rajohnson@akingump.com
ccarty@akingump.com
fhodara@akingump.com
bnkatty@aldine.k12.tx.us
ecfmail@aclawllp.com
ken.coleman@allenovery.com
john.kibler@allenovery.com
jeff.brown@gmacfs.com
william.b.solomon@ally.com
kit.weitnauer@alston.com
marty.bunin@alston.com
william.hao@alston.com
bill.macurda@alston.com
john.stern@texasattorneygeneral.gov
harrisj12@michigan.gov
Schindlerwilliamss@ballardspahr.com
Sarah.Stout@BNYMellon.com
Jennifer.Provenzano@BNYMellon.com
Mageshwaran.Ramasamy@BNYMellon.com
xrausloanops5@barclays.com
david.powlen@btlaw.com
bbeskanos@aol.com
davids@blbglaw.com
jonathanu@blbglaw.com
matthewj@blbglaw.com
jai@blbglaw.com
schaedle@blankrome.com
tarr@blankrome.com
root@blankrome.com
courtney.lowman@ally.com
jhaake@wbsvlaw.com
swissnergross@brownrudnick.com
gregory.petrick@cwt.com
ingrid.bagby@cwt.com
mark.ellenberg@cwt.com
dcaley@wongfleming.com
bankruptcy@clm.com
hseife@chadbourne.com
dlemay@chadbourne.com
rgayda@chadbourne.com
mroitman@chadbourne.com
bobbie.theivakumaran@citi.com
maofiling@cgsh.com
tmoloney@cgsh.com
soneal@cgsh.com
jennifer.demarco@cliffordchance.com
adam.lesman@cliffordchance.com
jlaitman@cohenmilstein.com
clometti@cohenmilstein.com
meisenkraft@cohenmilstein.com
drehns@cohenmilstein.com
krehns@cohenmilstein.com
mwarner@coleschotz.com
echou@coleschotz.com
ra-li-ucts-bankrupt@state.pa.us
will.hoch@crowedunlevy.com
mgallagher@curtis.com
macohen@curtis.com
sreisman@curtis.com
hryder@daypitney.com
jjtancredi@daypitney.com

jwcohen@daypitney.com
glenn.siegel@dechert.com
hector.gonzalez@dechert.com
brian.greer@dechert.com
mauricio.espana@dechert.com
craig.druehl@dechert.com
rosa.mendez@db.com
Brendan.meyer@db.com
diem.home@gmail.com
gcatalanello@duanemorris.com
jvincequerra@duanemorris.com
peter_mcgonigle@fanniemae.com
catherine_lasher@fanniemae.com
broylesmk@rgcattys.com
tterrell@feinsuch.com
tterrell@feinsuch.com
ppascuzzi@ffwplaw.com
dearly@fdic.gov
floressaucedopllc@gmail.com
tlallier@foleymansfield.com
kenton_hambrick@freddiemac.com
deggert@freebornpeters.com
tfawkes@freebornpeters.com
jberkowitz@gibbonslaw.com
kgiannelli@gibbonslaw.com
kpatrick@gibbsbruns.com
shumphries@gibbsbruns.com
kpatrick@gibbsbruns.com
theodore.w.tozer@hud.gov
gjarvis@gelaw.com
mpmorris@gelaw.com
delman@gelaw.com
brian@gmcnjlaw.com
ayala.hassell@hp.com
rnorton@hunton.com
rrich2@hunton.com
floraoropeza@co.imperial.ca.us
bankruptcy2@ironmountain.com
ceblack@jonesday.com
cball@jonesday.com
rlwynne@jonesday.com
lemiller@jonesday.com
ceblack@jonesday.com
aglenn@kasowitz.com
mstein@kasowitz.com
dfliman@kasowitz.com
namamoo@kasowitz.com
kdwbankruptcydepartment@kelleydrye.com
ecilko@ktmc.com
dmoffa@ktmc.com
ecf@kaalaw.com
thadwilson@kslaw.com
ajowers@kslaw.com
pferdinands@kslaw.com
mstrauss@kmllp.com
bwalker@kmllp.com
richard.cieri@kirkland.com
ray.schrock@kirkland.com
richard.cieri@kirkland.com
stephen.hessler@kirkland.com
projectrodeo@kirkland.com
William.b.Solomon@ally.com
Timothy.Devine@ally.com
john.bellaver@ally.com
tklestadt@klestadt.com
jcorneau@klestadt.com

sdny@kmk-law.net
keckstein@kramerlevin.com
tmayer@kramerlevin.com
dmannal@kramerlevin.com
jtrachtman@kramerlevin.com
pbentley@kramerlevin.com
dmannal@kramerlevin.com
szide@kramerlevin.com
jleibowitz@kandfllp.com
rescapinfo@kccllc.com
dlibra@lapplibra.com
james.heaney@lawdeb.com
richard@rsaxlaw.com
sheehan@txschoollaw.com
Dcaponnetto@leopoldassociates.com
pmahony@leopoldassociates.com
austin.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@lgbs.com
choward@lockelord.com
wcurchack@loeb.com
vrubinstein@loeb.com
dminoff@loeb.com
abehlmann@lowenstein.com
abehlmann@lowenstein.com
metkin@lowenstein.com
ilevee@lowenstein.com
metkin@lowenstein.com
ilevee@lowenstein.com
adoshi@magnozzikye.com
susanp@taxcollector.com
kmarino@khmarino.com
jboyle@khmarino.com
lgordon@mvbalaw.com
pmoak@McKoolSmith.com
mcarney@mckoolsmith.com
pmoak@McKoolSmith.com
mfriedman@meyner.com
guzzi@milbank.com
sdnyecf@dor.mo.gov
jgarrity@morganlewis.com
mkraut@morganlewis.com
pfleming@morganlewis.com
mmorganroth@morganrothlaw.com
jmorganroth@morganrothlaw.com
lberkoff@moritthock.com
Tammy.Hamzehpour@gmacrescap.com
Jill.horner@gmacrescap.com
Colette.wahl@gmacrescap.com
Deanna.horst@gmacrescap.com
William.thompson@gmacrescap.com
William.tyson@gmacrescap.com
Eileen.oles@gmacrescap.com
Lauren.delehey@gmacrescap.com
Julie.busch@gmacrescap.com
Patty.Zellmann@ally.com
lnashelsky@mofo.com
glee@mofo.com
lmarinuzzi@mofo.com
Ksadeghi@mofo.com
jmoldovan@morrisoncohen.com
bankruptcy@morrisoncohen.com
rdakis@morrisoncohen.com
seth.goldman@mto.com
Thomas.walper@mto.com
cmomjian@attorneygeneral.gov
almeyers@sjgov.org

| | | |
|---|---|---|
| enid.stuart@OAG.State.NY.US | marguerite.gardiner@srz.com | Mark.Flannagan@umb.com |
| joseph.cordaro@usdoj.gov | michael.cutini@srz.com | joseph.cordaro@usdoj.gov |
| dwdykhouse@pbwt.com | secbankruptcy@sec.gov | james.byrnes@usbank.com |
| bguiney@pbwt.com | secbankruptcy@sec.gov | laura.moran@usbank.com |
| Paul_Papas@mylegalhelpusa.com | newyork@sec.gov | Tracy.Davis2@usdoj.gov |
| ebcalvo@pbfcm.com | bankruptcynoticeschr@sec.gov | Linda.Riffkin@usdoj.gov |
| brandon.johnson@pillsburylaw.com | bateman@sewkis.com | Brian.Masumoto@usdoj.gov |
| jmcmurtr@placer.ca.gov | christensen@sewkis.com | mvaughan@wbsvlaw.com |
| dflanigan@polsinelli.com | patel@sewkis.com | dskeens@wbsvlaw.com |
| jnagi@polsinelli.com | hooper@sewkis.com | gary.holtzer@weil.com |
| igoldstein@proskauer.com | josselson@sewkis.com | kelly.j.rentz@wellsfargo.com |
| srutsky@proskauer.com | cohen@sewkis.com | Sharon.Squillario@wellsfargo.com |
| jzajac@proskauer.com | das@sewkis.com | mary.l.sohlberg@wellsfargo.com |
| danbrockett@quinnemanuel.com | binder@sewkis.com | kristi.garcia@wellsfargo.com |
| daveburnett@quinnemanuel.com | kotwick@sewkis.com | accesslegalservices@gmail.com |
| jeremyandersen@quinnemanuel.com | alves@sewkis.com | cshore@whitecase.com |
| jeremyandersen@quinnemanuel.com | joel@shafeldlaw.com | isilverbrand@whitecase.com |
| ericwinston@quinnemanuel.com | taconrad@sbwlawfirm.com | dthatch@whitecase.com |
| susheelkirpalani@quinnemanuel.com | fsosnick@shearman.com | mabrams@willkie.com |
| scottshelley@quinnemanuel.com | sfennessey@shearman.com | rchoi1@willkie.com |
| mrollin@rplaw.com | pdatta@hhstein.com | jhardy2@willkie.com |
| cwood@rgrdlaw.com | amuller@stinson.com | rmaney@wilmingtontrust.com |
| stevep@rgrdlaw.com | whazeltine@sha-llc.com | david.tillem@wilsonelser.com |
| rbrown@robertbrownlaw.com | tal@talcottfranklin.com | dneier@winston.com |
| romero@mromerolawfirm.com | derek@talcottfranklin.com | dneier@winston.com |
| Ross.martin@ropesgray.com | jmiller@tcfbank.com | cschreiber@winston.com |
| keith.wofford@ropesgray.com | jteitelbaum@tblawllp.com | jlawlor@wmd-law.com |
| Ross.martin@ropesgray.com | AGBankNewYork@ag.tn.gov | pdefilippo@wmd-law.com |
| dsasser@siwpc.com | robert.major@bnymellon.com | sfitzgerald@wmd-law.com |
| dhall@siwpc.com | Adam.Parkin@tdsecurities.com | gbush@zuckerman.com |
| jglucksman@scarincihollenbeck.com | Christopher.stevens@tdsecurities.com | ncohen@zuckerman.com |
| bdk@schlamstone.com | kay.brock@co.travis.tx.us | lneish@zuckerman.com |
| bbressler@schnader.com | mamta.scott@usbank.com | gbush@zuckerman.com |
| rbarkasy@schnader.com | michelle.moeller@usbank.com | ncohen@zuckerman.com |
| eboden@schnader.com | tanveer.ashraf@usbank.com | lneish@zuckerman.com |
| adam.harris@srz.com | Glenn.Gillett@usdoj.gov | |
| howard.godnick@srz.com | AskDOJ@usdoj.gov | |

**GENERAL SERVICE LIST – VIA U.S. MAIL (NOT SERVED BY EMAIL):**

| | | |
|---|---|---|
| AIG Asset Management US LLC<br>Attn Russell Lipman<br>80 Pine St, New York<br>NY 10038 | Allstate Life Insurance Company<br>Attn Peter A McElvain<br>3075 Sanders Rd Ste G5A<br>Northbrook, IL 60062 | Attorney General of the State of New York,<br>Eric T Schneiderman<br>Victoria L Safran<br>Nassau Regional Office<br>200 Old Country Rd Ste 240<br>Mineol, NY 11501 |
| David P Stich Esq<br>521 Fifth Ave 17th Fl<br>New York, NY 10175 | Financial Guaranty Insurance Company<br>Attn John Dubel<br>125 Park Ave<br>New York, NY 10017 | IBM Corporation<br>Attn Shawn Konig<br>1360 Rene Levesque W Ste 400<br>Montreal, QC H3G 2W6<br>CANADA |
| Law Offices of Christopher Green<br>Christopher E. Green<br>Two Union Square Suite 4285<br>601 Union Street,<br>Seattle WA 98101 | MBIA Insurance Corporation<br>Attn Mitchell Sonkin<br>113 King St,<br>Armonk, NY 10504 | M&TCC<br>1 M&T Plaza, 7th Floor<br>Buffalo, NY 14203 |
| Rowen L Drenne as Representative for the Plaintiffs Brian Kessler et al<br>3725 N Indiana<br>Kansas City, MO 64117 | Secretary of State<br>123 William St<br>New York, NY 10038-3804 | Secretary of State, Division of Corporations<br>99 Washington Ave Ste 600<br>One Commerce Plz<br>Albany, NY 12231-0001 |

| | |
|---|---|
| Wilmington Trust NA | Counsel to |
| Julie J Becker Vice President | Fedelina Roybal-DeAguero 2008 Trust |
| 50 South Sixth St Ste 1290 | 42265 Little Lake Rd |
| Minneapolis, MN 55402-1544 | Medocino, CA 94560 |