CLEARY GOTTLIEB STEEN & HAMILTON LLP
Thomas J. Moloney (TJM-9775)
Sean A. O'Neal (SAO-4067)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Special Counsel for Wilmington Trust, National
Association, as Indenture Trustee for the Senior
Unsecured Notes Issued by Residential Capital, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

| | : | |
|---|---|---|
| In re | : | CERTIFICATE OF SERVICE |
| | : | |
| RESIDENTIAL CAPITAL, LLC, et al., | : | Chapter 11 Case No. |
| | : | |
| Debtors. | : | 12-12020 (MG) |
| | : | |
| | : | (Jointly Administered) |

----------------------------------------------------------------X

   I, Richard V. Conza, an attorney admitted to practice in the State of New York

and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify

that:

   1. On the 14th day of May 2013, the Joinder of Wilmington Trust, N.A. in

Support of the Response of the Official Committee of Unsecured Creditors to Debtors' Motion to

Strike the Objection and Exclude the Evidence of the Official Committee of Unsecured

Creditors in Opposition to the RMBS Trust Settlement was served by First Class Mail upon:

> **Chadbourne & Parke LLP**
> Attn Howard Seife & David M LeMay
> & Robert J Gayda & Marc B Roitman
> 30 Rockefeller Plaza
> New York, NY 10112

**Citibank NA**
Attn Bobbie Theivakumaran
390 Greenwich St 6th Fl
New York, NY 10013

**Clifford Chance**
Jennifer C. DeMarco & Adam Lesman
31 West 52nd Street
New York, NY 10019

**Fannie Mae**
Attn Peter McGonigle
1835 Market St Ste 2300
Philadelphia, PA 19103

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Internal Revenue Service**
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

**Internal Revenue Service**
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

**Kelley Drye & Warren LLP**
James S Carr & Eric R Wilson
101 Park Ave
New York, NY 10178

**Kirkland & Ellis**
Richard M Cieri
601 Lexington Ave
New York, NY 10022

**Kirkland & Ellis LLP**
Attn Ray C Schrock & Stephen E Hessler
601 Lexington Ave
New York, NY 10022-4611

**Kramer Levin Naftallis & Frankel LLP**
Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal
Jeffrey Trachtman
1177 Avenue of the Americas
New York, NY 10036

**Kurtzman Carson Consultants**
P Joe Morrow IV
2335 Alaska Ave
El Segunda, CA 90245

**Loeb & Loeb LLP**
Walter H. Curchack, Vadim J. Rubinstein
& Debra W. Minoff
345 Park Ave
New York, NY 10154

**Milbank, Tweed, Hadley & McCloy LLP**
Gerard Uzzi
1 Chase Manhattan Plaza
New York, NY 10005

**Morrison & Foerster LLP**
Attn Tammy Hamzehpour
1290 Avenue of the Americas
New York, NY 10104

**Morrison & Foerster LLP**
Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi &
Kayvan B. Sadeghi
1290 Avenue of the Americas
New York, NY 10104

**Office of the NY State Attorney General**
Nancy Lord & Enid M Stuart
The Capitol
Albany, NY 12224-0341

**Office of the US Attorney for the Southern District of NY**
United States Attorney Preet Bharara
One St Andrews Plaza
New York, NY 10007

**Securities & Exchange Commission**
Secretary of the Treasury
100 F St NE
Washington, DC 20549

**Securities & Exchange Commission NY Regional Office**
George S Canellos Regional Director
3 World Financial Center Ste 400
New York, NY 10281-1022

**The Bank of New York Mellon**
Asset-Backed Securities Group
101 Barclay St. 4W
New York, NY 10286

**U.S. Department of Justice**
US Attorney General, Eric H. Holder, Jr.
950 Pennsylvania Ave NW
Washington, DC 20530-0001

**United States Attorney's Office for the**
**Southern District of New York Civil Division**
Attn Joseph Cordaro
86 Chambers St 3rd Fl
New York, NY 10007

**US Trustee for the Southern District of NY**
Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto
33 Whitehall St 21st Fl, Region 2
New York, NY 10004

**Wells Fargo Bank NA**
Attn Corporate Trust Services - GMACM
Home Equity Notes 2004 Variable Funding Trust
PO Box 98
Columbia, MD 21046

On the 15th day of May 2013, the Joinder of Wilmington Trust, N.A. in Support of

the Response of the Official Committee of Unsecured Creditors to Debtors' Motion to Strike the

Objection and Exclude the Evidence of the Official  Committee of Unsecured Creditors in

Opposition to the RMBS Trust Settlement was served by email upon:

hseife@chadbourne.com;dlemay@chadbourne.com; rgayda@chadbourne.com;
mroitman@chadbourne.com; bobbie.theivakumaran@citi.com; maofiling@cgsh.com;
tmoloney@cgsh.com; soneal@cgsh.com; jennifer.demarco@cliffordchance.com;
adam.lesman@cliffordchance.com; peter_mcgonigle@fanniemae.com;
kdwbankruptcydepartment@kelleydrye.com; richard.cieri@kirkland.com;
ray.schrock@kirkland.com;richard.cieri@kirkland.com;stephen.hessler@kirkland.com;projectro
deo@kirkland.com;William.b.Solomon@ally.com;Timothy.Devine@ally.com;john.bellaver@all
y.com; keckstein@kramerlevin.com;tmayer@kramerlevin.com;dmannal@kramerlevin.com;
jtrachtman@kramerlevin.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com;
szide@kramerlevin.com; rescapinfo@kccllc.com;
wcurchack@loeb.com;vrubinstein@loeb.com;dminoff@loeb.com; guzzi@milbank.com;
Tammy.Hamzehpour@gmacrescap.com;Jill.horner@gmacrescap.com;
Colette.wahl@gmacrescap.com; Deanna.horst@gmacrescap.com;
William.thompson@gmacrescap.com; William.tyson@gmacrescap.com;
Eileen.oles@gmacrescap.com; Lauren.delehey@gmacrescap.com;
Julie.busch@gmacrescap.com; Patty.Zellmann@ally.com;
lnashelsky@mofo.com;glee@mofo.com;lmarinuzzi@mofo.com; Ksadeghi@mofo.com;
enid.stuart@OAG.State.NY.US; joseph.cordaro@usdoj.gov; secbankruptcy@sec.gov;
secbankruptcy@sec.gov;newyork@sec.gov; bankruptcynoticeschr@sec.gov;
AskDOJ@usdoj.gov; joseph.cordaro@usdoj.gov; Tracy.Davis2@usdoj.gov;
Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov; andrea.hartley@akerman.com
susan.balaschak@akerman.com; dgolden@akingump.com; dzensky@akingump.com;
aqureshi@akingump.com; rajohnson@akingump.com; ccarty@akingump.com;
fhodara@akingump.com; bnkatty@aldine.k12.tx.us; ecfmail@aclawllp.com;

ken.coleman@allenovery.com; john.kibler@allenovery.com; jeff.brown@gmacfs.com;
william.b.solomon@ally.com; kit.weitnauer@alston.com;
marty.bunin@alston.com;william.hao@alston.com; bill.macurda@alston.com
john.stern@texasattorneygeneral.gov; harrisj12@michigan.gov;
Schindlerwilliamss@ballardspahr.com; Sarah.Stout@BNYMellon.com;
Jennifer.Provenzano@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com
xrausloanops5@barclays.com; david.powlen@btlaw.com; bbeskanos@aol.com
davids@blbglaw.com; jonathanu@blbglaw.com; matthewj@blbglaw.com
jai@blbglaw.com; schaedle@blankrome.com; tarr@blankrome.com; root@blankrome.com
courtney.lowman@ally.com; jhaake@wbsvlaw.com; swissnergross@brownrudnick.com
gregory.petrick@cwt.com;ingrid.bagby@cwt.com; mark.ellenberg@cwt.com
dcaley@wongfleming.com; bankruptcy@clm.com;
jlaitman@cohenmilstein.com;clometti@cohenmilstein.com;meisenkraft@cohenmilstein.com;dre
hns@cohenmilstein.com;krehns@cohenmilstein.com;mwarner@coleschotz.com;echou@colesch
otz.com; ra-li-ucts-bankrupt@state.pa.us; will.hoch@crowedunlevy.com;
mgallagher@curtis.com; macohen@curtis.com; sreisman@curtis.com; hryder@daypitney.com
jjtancredi@daypitney.com; jwcohen@daypitney.com;
glenn.siegel@dechert.com;hector.gonzalez@dechert.com;brian.greer@dechert.com;mauricio.esp
ana@dechert.com; craig.druehl@dechert.com; rosa.mendez@db.com
Brendan.meyer@db.com; diem.home@gmail.com;
gcatalanello@duanemorris.com;jvincequerra@duanemorris.com;
catherine_lasher@fanniemae.com; broylesmk@rgcattys.com; tterrell@feinsuch.com
tterrell@feinsuch.com; ppascuzzi@ffwplaw.com; dearly@fdic.gov;
floressaucedopllc@gmail.com; tlallier@foleymansfield.com;
kenton_hambrick@freddiemac.com; deggert@freebornpeters.com; tfawkes@freebornpeters.com
jberkowitz@gibbonslaw.com; kgiannelli@gibbonslaw.com;
kpatrick@gibbsbruns.com;shumphries@gibbsbruns.com; kpatrick@gibbsbruns.com
theodore.w.tozer@hud.gov; gjarvis@gelaw.com;mpmorris@gelaw.com;delman@gelaw.com
brian@gmcnjlaw.com; ayala.hassell@hp.com; rnorton@hunton.com;rrich2@hunton.com;
floraoropeza@co.imperial.ca.us; bankruptcy2@ironmountain.com; ceblack@jonesday.com
cball@jonesday.com;rlwynne@jonesday.com;lemiller@jonesday.com; ceblack@jonesday.com
aglenn@kasowitz.com;mstein@kasowitz.com;dfliman@kasowitz.com;namamoo@kasowitz.co
m; eciolko@ktmc.com; dmoffa@ktmc.com; ecf@kaalaw.com; thadwilson@kslaw.com;
ajowers@kslaw.com; pferdinands@kslaw.com; mstrauss@kmllp.com; bwalker@kmllp.com
tklestadt@klestadt.com;jcorneau@klestadt.com; sdny@kmk-law.net; jleibowitz@kandfllp.com
dlibra@lapplibra.com; james.heaney@lawdeb.com; richard@rsaxlaw.com;
sheehan@txschoollaw.com; Dcaponnetto@leopoldassociates.com;
pmahony@leopoldassociates.com;austin.bankruptcy@publicans.com;
dallas.bankruptcy@publicans.com; houston_bankruptcy@lgbs.com; choward@lockelord.com
abehlmann@lowenstein.com; abehlmann@lowenstein.com;
metkin@lowenstein.com;ilevee@lowenstein.com;
metkin@lowenstein.com;ilevee@lowenstein.com; adoshi@magnozzikye.com;
susanp@taxcollector.com; kmarino@khmarino.com; jboyle@khmarino.com;
lgordon@mvbalaw.com; pmoak@McKoolSmith.com; mcarney@mckoolsmith.com
pmoak@McKoolSmith.com; mfriedman@meyner.com; sdnyecf@dor.mo.gov
jgarrity@morganlewis.com; mkraut@morganlewis.com; pfleming@morganlewis.com

mmorganroth@morganrothlaw.com; jmorganroth@morganrothlaw.com
lberkoff@moritthock.com; jmoldovan@morrisoncohen.com;bankruptcy@morrisoncohen.com;
rdakis@morrisoncohen.com; seth.goldman@mto.com; Thomas.walper@mto.com
cmomjian@attorneygeneral.gov; almeyers@sjgov.org;
dwdykhouse@pbwt.com;bguiney@pbwt.com; Paul_Papas@mylegalhelpusa.com
ebcalvo@pbfcm.com; brandon.johnson@pillsburylaw.com; jmcmurtr@placer.ca.gov
dflanigan@polsinelli.com;jnagi@polsinelli.com; igoldstein@proskauer.com
srutsky@proskauer.com;jzajac@proskauer.com;
danbrockett@quinnemanuel.com;daveburnett@quinnemanuel.com;jeremyandersen@quinneman
uel.com; jeremyandersen@quinnemanuel.com; ericwinston@quinnemanuel.com
susheelkirpalani@quinnemanuel.com;scottshelley@quinnemanuel.com
mrollin@rplaw.com; cwood@rgrdlaw.com; stevep@rgrdlaw.com;
rbrown@robertbrownlaw.com; romero@mromerolawfirm.com;
Ross.martin@ropesgray.com;keith.wofford@ropesgray.com; Ross.martin@ropesgray.com;
dsasser@siwpc.com; dhall@siwpc.com; jglucksman@scarincihollenbeck.com
bdk@schlamstone.com; bbressler@schnader.com;rbarkasy@schnader.com
eboden@schnader.com; adam.harris@srz.com; howard.godnick@srz.com
marguerite.gardiner@srz.com; michael.cutini@srz.com; bateman@sewkis.com;
christensen@sewkis.com; patel@sewkis.com; hooper@sewkis.com; josselson@sewkis.com
cohen@sewkis.com;das@sewkis.com; binder@sewkis.com; kotwick@sewkis.com;
alves@sewkis.com; joel@shafeldlaw.com; taconrad@sbwlawfirm.com
fsosnick@shearman.com;sfennessey@shearman.com; pdatta@hhstein.com
amuller@stinson.com; whazeltine@sha-llc.com; tal@talcottfranklin.com
derek@talcottfranklin.com; jmiller@tcfbank.com; jteitelbaum@tblawllp.com
AGBankNewYork@ag.tn.gov; robert.major@bnymellon.com
Adam.Parkin@tdsecurities.com; Christopher.stevens@tdsecurities.com;
kay.brock@co.travis.tx.us; mamta.scott@usbank.com; michelle.moeller@usbank.com
tanveer.ashraf@usbank.com; Glenn.Gillett@usdoj.gov; Mark.Flannagan@umb.com
james.byrnes@usbank.com; laura.moran@usbank.com;
mvaughan@wbsvlaw.com;dskeens@wbsvlaw.com; gary.holtzer@weil.com;
kelly.j.rentz@wellsfargo.com; Sharon.Squillario@wellsfargo.com;
mary.l.sohlberg@wellsfargo.com; kristi.garcia@wellsfargo.com;
accesslegalservices@gmail.com; cshore@whitecase.com; isilverbrand@whitecase.com;
dthatch@whitecase.com; mabrams@willkie.com; rchoil@willkie.com; jhardy2@willkie.com
rmaney@wilmingtontrust.com; david.tillem@wilsonelser.com
dneier@winston.com; dneier@winston.com; cschreiber@winston.com
jlawlor@wmd-law.com; pdefilippo@wmd-law.com;sfitzgerald@wmd-law.com
gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com
gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com;
mlightner@cgsh.com; jopolsky@cgsh.com; rconza@cgsh.com; bcyr@cgsh.com;
cscott@cgsh.com

Dated:    New York, New York
          May 15, 2013

                                                    Richard V. Conza