# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:       RESIDENTIAL CAPITAL, LLC         Case No: 12-12020 (MG)
                                              Chapter 11

_____Debtor(s)_____/

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United Sates Courts for Southern and Eastern Districts of New York, I, Rosy A. Aponte, hereby move this Court for an Order for admissions to practice Pro Hac Vice to appear as counsel for Marcia Navarro in the above-captioned action.

I, Rosy Aponte, am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in that court, and there are no pending disciplinary proceedings against me in any state or federal court. (See Certificate of Good Standing Attached as Exhibit A)

WHEREFORE, upon the foregoing representations, Rosy A. Aponte, respectfully requests an order of this court authorizing me to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Marcia Navarro, and for such other and further relief as may be just.

Dated: May 7, 2013

                                   Rosy A. Aponte, Esq.
                                   LAW OFFICES OF LA LEY
                                   CON JOHN H. RUIZ, P.A.
                                   4182 SW 74TH CT
                                   Miami, Florida 33155
                                   T+ 305-649-0020
                                   A2aponte@aol.com
                                   [Florida Bar No. 54977]

                                   BY: /S/ Rosy A. Aponte