AO 136
(Rev. 6/82)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA



## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

}

Fla. Bar. # **54977**

I, **STEVEN M. LARIMORE,**    Clerk of the United States District Court
for the Southern District of Florida,

DO HEREBY CERTIFY that    *Rosy Anette Aponte*    was duly admitted to practice

in said Court on **01/23/2009**, and is in good standing as a member of the bar of this Court.

Dated at: **Miami, Florida**, this May 8, 2013.

**STEVEN M. LARIMORE**
Court Administrator •Clerk of Court

By _____
Deputy Clerk