UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  RESIDENTIAL CAPITAL, LLC        Case No: 12-12020 (MG)
                                        Chapter 11

            Debtor(s)

### ORDER FOR ADMISSION PRO HAC VICE

The Motion of Rosy A. Aponte, for admission to practice Pro Hac Vice Pursuant to Rule 1.3 in the above-captioned action is GRANTED.

Rosy A. Aponte, am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in that court, and her contact information is as follows:

Rosy A. Aponte
Fla. Bar. NO. 54977
LAW OFFICES OF LA LEY
CON JOHN H. RUIZ, P.A.
A2aponte@aol.com
4182 SW 74TH CT
Miami, Florida 33155
Office: 305-649-0020
Cell: 305-753-9600

IT IS HEREBY ORDERED that, Rosy A. Aponte is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: May 7, 2013

_____
United States District / Magistrate Judge