UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
| In re: | : | Chapter 11 |
| | : | |
| Residential Capital, LLC, et al., | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

------------------------------------------------------------ x

### SUPPLEMENTAL ORDER GRANTING THE DEBTORS' APPLICATION PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE SEEKING ENTRY OF AN ORDER TEMPORARILY SEALING THE EXAMINER REPORT

Upon the oral application ("Application") of Residential Capital, LLC and its affiliated debtors in the above captioned cases made on May 13, 2013 for an order pursuant to section 105(a) of the Bankruptcy Code temporarily sealing the Examiner Report; and the Court having entered the *Order Granting the Debtors' Application Pursuant to Section 105(a) of the Bankruptcy Code Seeking Entry of an Order Temporarily Sealing the Examiner Report* (the "Sealing Order") [Docket No. 3697]; and, in accordance with the Sealing Order, counsel to the Debtors having advised the Court before 11:00 a.m. on May 14, 2013 that the Debtors have entered into an agreement signed by their major stakeholders regarding the terms of a global settlement and plan of reorganization; and the Court having jurisdiction to consider the Application and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Application being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice being appropriate under the circumstances; and the legal and factual bases set forth in the Application establishing just cause to grant the relief granted herein; and after due deliberation and sufficient cause appearing therefore, IT IS HEREBY:

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Application is granted as provided herein.

2. Pursuant to section 105(a) of the Bankruptcy Code, the Examiner Report is sealed through and including: (a) May 23, 2013 at 9:00 a.m. if the Debtors have not by that time filed a motion seeking approval of a plan support agreement, or (b) if the Debtors have by that time filed a motion seeking approval of a plan support agreement, the earlier of (x) July 3, 2013 or (y) such date as the Court determines the motion.

3. If not already provided, a copy of the Examiner Report shall be provided to the Court for *in camera* review, and the Examiner Report shall not be disclosed to any other person or entity.

4. The contents of the negotiations shall continue to be kept confidential by the mediation parties until the meditation is complete.

5. The relief granted hereunder shall be without prejudice to the rights of any party or other persons to seek an order unsealing the Examiner Report at any time.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: May 15, 2013
      New York, New York

                                             **/s/Martin Glenn**
                                             MARTIN GLENN
                                     United States Bankruptcy Judge