May 7, 2013

Don Buzney
3112 Cedar Village Blvd.
East Brunswick, NJ, 08816

Judge Martin Glenn
New York Southern Bankruptcy Court
One Bowling Green
New York, NY 10004

Re: Green Tree Mortgage Services

Dear Judge Glenn:

It is my understanding you were the presiding judge in the GMAC bankruptcy proceedings. As a result of those proceedings, GMAC's mortgage holders were assigned to Green Tree Mortgage Services. With all due respect, your honor, you need to do a better job of monitoring who these mortgages go to.

This is submitted as a formal complaint against Green Tree Mortgage Services for unethical and dishonest business practices. If they are doing this to disabled veterans, they are doing it to anyone they can.

The following is the chronology with supporting documentation.

Case Summary:

Donald Buzney is a former US Marine officer and Vietnam combat veteran. He has been evaluated and certified by the Veterans Administration to be 100%, permanent and totally disabled. His disability includes a rating for PTSD. The State of New Jersey grants a full property tax exemption for 100% disabled veterans or surviving spouses.

Since 1969, Mr. Buzney has been a member of USAA. Mr. Buzney has placed his home mortgages with USAA for the entire 43 years that he has been a member of USAA. In early 2012, USAA relinquished its mortgage servicing business and assigned it to GMAC. GMAC's payment agent is a company named CoreLogioc, Irvine California.

GMAC/CoreLogic did not initially understand that Mr. Buzney was exempt from NJ property taxes and mistakenly calculated an escrow shortage. After numerous conversations and correspondence, GMAC sent him a letter acknowledging their error. In May of 2012, GMAC Holdings, filed for bankruptcy protection. The bankruptcy court assigned GMAC's mortgages to Green Tree Mortgage Servicing, Rapid City, South Dakota.

In spite of GMAC's letter acknowledging their error (Attach. 6) GMAC/CoreLogic advised Green Tree of an alleged escrow shortage. To compound their error, GMAC/CoreLogic mistakenly sent escrow tax payments to East Brunswick in November 2012 ($1,219.43) and February 2013 ($1,341.05), that totaled $2,560.48. Since the East Brunswick Tax Assessor had not been notified by GMAC/CoreLogic, that Green Tree was now Mr. Buzney's mortgage server, the first payment of $1,219.43 was mistakenly returned to GMAC/CoreLogic.

Mr. Buzney's first communication from Green Tree was a notice that they were now his mortgage servicer and his account was in arrears in the amount of the alleged escrow shortage. Shortly thereafter, Mr. Buzney starting getting harassing calls at his home from Green Tree's debt collection department.

The "robo" calls were daily and sometimes twice daily. Phone calls and written communications to Green Tree's customer service department had no effect. Mr. Buzney's wife, Jean, finally got through to a Green Tree manager to explain the situation. The manager acknowledged the documentation on Mr. Buzney's property tax exemption, but until they received the escrow payments from East Brunswick, the debt collection calls would continue.

Mr. Buzney's visit to the EB-Tax Assessor's office on Friday, March 1, was their first notice, that Green Tree was now his mortgage serving company. The EB – Tax Assessor acknowledged receipt of the erroneous second escrow payment of $1,341.05 from CoreLogic, but did not know who to send it to.

1

The letter from the Township of East Brunswick's Tax Collector (Attach 17) to Green Tree explaining the error and confirming Mr. Buzney's property tax exemption was ignored.

The April Mortgage Billing Statement from Green Tree still reflects the erroneous escrow shortage.

On Friday, March 15, Mr. Buzney received a notice from the Green Tree debt collector that his mortgage payment is now 30 days past due and his loan is in default. The notice contained a booklet with "solutions" that may allow him to stay in his home, or leave his home, "…while avoiding foreclosure".

On April 1, a letter from Green Tree Customer Service was received, finally stating the correct mortgage amount, apologizing for the inconvenience, but not addressing:

1. Green Tree's exploitation of disabled veterans by refusing to acknowledge statutory entitlements.
2. The fraudulent escrow payment Green Tree tried to collect for two months.
3. The jeopardy they caused to my financial reputation by wrongly declaring my mortgage loan "in default."
4. Their harassment of my wife and I, with their threatening debt collection "robo calls".
5. The emotional stress inflicted which, in all probability, caused me an adverse health reaction.
6. The deceit in trying to collect an escrow payment I did not owe, by characterizing it under a different name. (A "deficiency" vs an escrow shortage)
7. Unethical and fraudulent business practices in advertising complaint resolution procedures, that don't exist.


Respectfully submitted,

Don Buzney

2

Case Chronology:

1. New Jersey grants a veteran, who is 100% disabled, an exemption from property taxes (Attach. 3)

2. Because I have no property tax liability, there is no escrow.

3. Early in 2012 I received notice from USAA, that my home mortgage was being assigned to GMAC.

4. In approximately May of 2012 I received notice that GMAC was filing for Chapter 11 Bankruptcy protection.

5. At about this same time, GMAC sent me a notice that they had determined there was a shortage in my escrow account in the amount of $1,219.53.

6. After several back and forth communications, GMAC finally acknowledged it was their error and I did not owe any property taxes or escrow shortage. (Attach. 6)

7. It was GMAC's understanding, that East Brunswick would refund the escrow payment to me, and asked that I send the check to GMAC. (Attach . 6)

8. In the meantime, Corelogic , GMAC's paying agent, mistakenly sent a $1,219.53 escrow payment to the East Brunswick Tax Assessor.

9. In early February, I visited the EB –Tax Assessors' office to ensure they had a copy of the GMAC letter. We agreed that the EB-Tax Assessor would return the $1,219.53 to Corelogic.

10. Since East Brunswick makes payments according to a mid-month payment schedule, the check would not be sent to Corelogic before February 18th.

11. I was then advised that USAA had terminated GMAC and had now engaged Greentree Mortgage Services as its mortgage service provider, effective February 1, 2013.

12. In the meantime, Corelogic sent a second erroneous escrow payment to the EB – Tax Assessor, in the amount of $1,341.95, but did not advise the EB – Tax Assessor that Greentree was now the USAA mortgage service administrator.

13. My first communication from Greentree, was from their debt collection department, advising me that my escrow account is in arrears in the amount of $2,560.48.

14. Shortly thereafter, I started getting "robo" calls from the Greentree debt collection department.

15. When I tried to call the number on the message, I was either put on hold for so long, the call eventually disconnected, or I got the voice message that the mailbox was full.

16. After several futile attempts to talk to a human being at Greentree, on February 14, I finally spoke to a customer service representative named "Coreia".

17. She was helpful and put me on hold to do some checking. She came back shortly, to advise me, she had located my property tax exemption documentation and acknowledged it was their mistake.

18. I asked that the "robo" calls stop and was told they would, however, the "robo" calls continued on a daily basis, sometimes twice daily.

19. On February 25, I finally spoke with Operations Manager – Anita Simmons. After telling her what the problem was, I was again told that there was no documentation on file to verify my property tax exempt status.

20. When I informer Ms. Simmons, that Greentree customer service representative "Coreia" had confirmed that Greentree had my tax exempt documentation, she put me on hold to check.

21. When she came back on the call some minutes later, she confirmed Greentree had the documentation. Again, I was told the "robo" calls would stop and that a corrected billing statement would ensue.

22. To document my conversation with Ms. Simmons I sent Attach. 14 to her, with a copy to Josue Robles, President and CEO of USAA (Attach. 15).

23. Despite Anita Simmons assurances, the "robo" calls continued.

24. Since, I could not take it anymore, on Thursday, Feb 27, my wife attempted to call Greentree, to speak to a manager about the "robo" calls.

25. After a prolonged hold, she finally reached a manager in customer service, who did not identify herself.

26. When my wife explained the problem, the manager related the following:

    - Greentree had the documentation to verify my property tax exempt status.
    - My account was in arrears, because escrow payments to East Brunswick from Core Logic, the paying agent for GMAC, had not been sent to Greentree.
    - She was adamant that, none of this was Greentree's fault and the "robo' calls would continue to my home, until Greentree received its money from East Brunswick.

27. My wife reminded the Greentree supervisor, the mistake was between GMAC, Core Logic and Greentree. We had nothing to do with it and were powerless to remedy the situation.

28. This did not impress the supervisor. She replied that the "robo' calls would continue until Greentree received their money from East Brunswick.

29. On Friday, March 1st I went to the East Brunswick Tax Assessor's office. I met with Asst. Finance Director, Michelle O'Hara. Ms. O'Hara was very helpful.

30. I was dismayed to learn that the East Brunswick Tax Assessor had <u>not</u> been informed by GMAC, Corelogic or Greentree, that Greentree was now the mortgage servicing agent for USAA.

31. Ms. O'Hara confirmed that the first escrow payment sent by mistake by GMAC had been returned to Core Logic, but now they were in receipt of a second escrow payment from GMAC/CoreLogic.

32. Per the East Brunswick payment schedule, the check would be mailed on March 18th. But since, no one had updated East Brunswick, as to who the new paying agent was; they did not know who to send the check to.

33. I asked Ms. O'Hara if we could call Greentree from her office to, attempt to resolve the problem. After several attempts, and being put on hold, Ms. O'Hara was not able to speak to a human being at Greentree.

34. March 4th, 2013 – Michelle O'Hara sent a letter to Greentree explaining the situation and asking them to stop harassing me at my home (Attach. 17).

35. On Monday, March 4th, at about 6:45 PM, EST, I received another call from Greentree. After confirming my ID, the male voice on the other end, who would not identify himself, commenced to tell me my account was arrears, in an amount equal to the two erroneous escrow payments.

36. I asked, just how incompetent was Greentree? Had he not seen the special delivery letter received by Greentree that day? When he said no, I hung up the phone.

37. I am at a loss to understand how the Bankruptcy Court for the Southern District of New York could assign GMAC's mortgages to Green Tree.

38. The Internet is replete with complaints about Greentree. The below is just one example from *"Greentree Servicing LLC Reviews and Complaints."*

| First experience with Green Tree Servicing LLC VERY BAD |
|---|
| Green Tree Servicing took over my loan from the bankrupted GMACMortgage. My first experience with them has me scrambling to refinance my loan just to get rid of them. I went to make an online payment like I always do this time of the month, only to find out that they charge $12 just to post a payment to my account with out the assistance of customer support. I have been paying online for several years as it provides an electronic trail and the check can not get "lost in the mail". I called customer support and got the rudest person on the phone who basically told me too (expletive deleted) bad, when I asked to speak to a supervisor I got hung up on. 6.875% is a nice loan to collect on and now I am certain Green Tree has lost my business. I hope more of you fire them by refinancing. |

39. The court should have known, about Greentree's reputation and unethical practices, before the decision was made to place the formerly USAA mortgages, with Greentree.

40. The attached letter from Green Tree dated 03/03 (attachment 7) advises that my assigned account representative, effective 03/03/2013 is "Jefferson F" (no last name provided).

41. When I called the indicated number, someone from "Mover Specialty Services" answered. A lady informed me they have nothing to do with Green Tree, but frequently get Green Tree's misrouted calls.

42. I called again a short time later and got the Green Tree recording. It asked me for the last four digits of my social security number but did not allow me access to the extension for "Jefferson F" my assigned account representative.

43. On March 16th I received notice from Green Tree that my mortgage payment is now 30 days or more past due and my loan is in default.

44. March 16 – The Monthly Mortgage Payment statement was received from Green Tree. It was the wrong amount, as it still reflected the escrow payment shortage that I never owed to begin with.

45. The notice stated that the accompanying booklet contained options that may allow me to stay in my home and "avoid foreclosure."

46. The notice further states that I must return the Borrower Response Package by April 4, 2013.

47. March 19 – I went to the VA – Piscataway Clinic, for my regularly scheduled visit. My primary physician, Dr. Audrey Pereira, advised me that my blood pressure was abnormally high. This is the first time in over two years that I have had high blood pressure (155 over 90).

48. The only thing I can attribute it to, is the emotional stress I am experiencing as a result the Green Tree ordeal.

49. March 28 - Letter received from Green Tree Customer Service stating their records indicate a regular monthly mortgage amount of $1,120.54 but that my May 2013 payment will be one penny more ($1,120.55). They "apologize for any inconvenience this matter may have caused" me.

Attachments:

1 - Letter from US Dept of Veteran Affairs, Newark Regional Office certifying a 100%, permanent and total disability for Don Buzney dated, March 7, 2012.

2 - N.J.S.A. -54:4-30, affirming full property tax exemption for disabled veterans or their surviving spouse.

3 – Letter from Franklin Colon, Township of New Brunswick affirming Mr. Buzney's property's tax exemption, dated May 2, 2012.

4 – Letter from GMAC Mortgage with the wrong veteran property tax deduction eligibility, dated, April 20, 2012.

5 – Letter from Don Buzney to GMAC – Customer Care, pointing out the error in Attach 4, dated April 27, 2012.

6 – Letter from GMAC-Customer Care to Mr. Buzney advising him of his adjusted and correct mortgage payment, dated May, 14, 2012.

7- Letter from Don Buzney to USAA President & CEO, dated Dec 26, 2012, in response to notice from GMAC that GMAC was now his mortgage servicer, the erroneous escrow amount and that GMAC was filing for bankruptcy.

8 – Letter from Don Buzney, dated Dec 31, 2012 to GMAC Mortage citing GMAC's previous acknowledgment of Mr. Buzney's property tax exemption.

9 – Letter from Jeff Heim, GMAC Mortgage, dated January 3, 2013 in response to my complaint letter to Josue Robles.

10 – Notice from GMAC Mortgage, dated January 23, 2013 apprising Mr. Buzney that Green Tree would be the new mortgage servicer.

10(A) –Reverse side of Attach 10 confirming Mr. Buzney's principal balance and a current escrow balance of $2,560.48.

11 – Notice of Assignment from Green Tree, effective February 1, 2013 to Mr. Buzney confirming the terms of his mortgage to include a negative escrow balance of $2,560.48

11-A – Reverse side of Attachment 11, with mortgage serving administrative details.

12 – GMAC, Short Year History Statement to Mr. Buzney, dated February 8, 2013, reflecting a negative escrow balance of $2,560.48.

13 -Letter from Green Tree to Don Buzney, dated Feb 7, 2013, welcoming him to Green Tree and advising him the servicing transfer does not affect any terms or conditions of his current mortgage loan.

14 –Cover letter from Don Buzney, dated Feb 25, 2013, to Josue Robles, with copy of letter to Green Tree Customer Service Manager, Anita Simmons.

15 – Letter from Don Buzney, dated Feb 25, 2013 to Green Tree manager, Anita Simmons confirming his previous phone conversation with her.

16 –Letter from Green Tree to Don Buzney, dated March 3, 3013 apprising him of his assigned customer service representative.

17- Letter from Michelle O'Hara, Township of East Brunswick, dated March 4, 2013 to Green Tree Customer Service explaining Green Tree's error and asking them to stop harassing Mr. Buzney and his wife.

18- Green Tree Mortgage Billing Statement for month of April, 2013, still erroneously reflecting an escrow balance.

19- Notice to Don Buzney from Green Tree, dated March 4th, 2013, that his mortgage loan is over 30 days past due and is now in default.

20 – Copy of email from Michelle O'Hara, Township of East Brunswick, advising that a representative from Green Tree had called her office looking for me.

21 - Copy of email response to Amanda Richardson, USAA Member Advocacy. Green Tree had advised Amanda that my escrow balance had been adjusted to zero and I had been so advised. This was a lie (Attach 18 & 19).

22- Green Tree Escrow Account Disclosure Statement, received March 26th, 2013. It states my escrow account has a shortage of $.04 and a "deficiency" of $2,255.59.

It further states, this alleged "shortage and deficiency" can be paid by returning this form along with your check to:

> Green Tree
> Mail Stop L800 Escrow Dept.
> 346 St. Peter Street,
> St. Paul, MN, 55102

22-A – Reverse side of Attach. 22.

23 – Green Tree notice dated March 18, 2013, stating I have an Escrow Amount Past Due of $203.24. ($101.63 for January and $101.63 for February).

24 – Letter from Green Tree Customer Service stating the correct mortgage payment ($1,120.55), "apologizing for any inconvenience."


End