CLEARY GOTTLIEB STEEN & HAMILTON LLP
Thomas J. Moloney (TJM-9775)
Sean A. O'Neal (SAO-4067)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Special Counsel for Wilmington Trust, National
Association, as Indenture Trustee for the Senior
Unsecured Notes Issued by Residential Capital, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| **RESIDENTIAL CAPITAL, LLC, et al.,** | **12-12020 (MG)** |
| Debtors. | (Jointly Administered) |

**WILMINGTON TRUST, NATIONAL ASSOCIATION'S PRETRIAL SUBMISSIONS**

Pursuant to the Federal Rules of Civil Procedure, made applicable by the Bankruptcy Code, that certain *Fifth Revised Joint Omnibus Scheduling Order And Provisions For Other Relief Regarding Debtors' Motion Pursuant To Fed. R. Bankr. P. 9019 For Approval Of RMBS Trust Settlement Agreements* (Doc. No. 3306) (the "Fifth Scheduling Order"), and that certain *Supplement To The Fifth Revised Joint Omnibus Scheduling Order And Provisions For Other Relief Regarding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 For Approval Of RMBS Trust Settlement Agreements* (Doc. No. 3731) (the "Supplemental Order," and with the Fifth Scheduling Order, the "Scheduling Orders"), Wilmington Trust, National Association (the "Trustee"), solely in its capacity as indenture trustee for various series of senior unsecured notes

in the outstanding aggregate principal amount of approximately $1 billion issued by Residential Capital, LLC under that certain indenture dated as of June 24, 2005, hereby submits and makes the following designations in connection with the *Debtors' Second Supplemental Motion Pursuant To Fed. R. Bankr. P. 9019 For Approval Of The RMBS Trust Settlement Agreements* (Doc. No. 1887).

*First*, the Trustee reserves the right to right to call live, by video, or by deposition any witness on any witness list submitted and filed by any party (including expert witnesses) in accordance with the Scheduling Orders.  The Trustee reserves the right to supplement or modify this reservation based on circumstances that may develop prior to the commencement of or during trial.

*Second*, the Trustee reserves the right to use any deposition testimony designated, submitted, and/or filed by any party (including expert witnesses) in accordance with the Scheduling Orders.  The Trustee also reserves the right to use any deposition testimony, whether designated or not, for purposes of cross-examination or rebuttal.  The Trustee further reserves the right to designate additional deposition testimony or call any live witness for live testimony in response to any other party's designations, or for any other reason.  The Trustee understands that some of the testimony that has been designated by other parties may be the subject of, or related to, certain pending motions *in limine*.  Any reservation contained herein shall not be a concession that such testimony should be admissible.  The Trustee's reservations contained in this paragraph include all exhibits that are referenced in the specified pages and lines of such deposition transcripts, whether or not such exhibits are separately identified.  Notwithstanding the foregoing, the Trustee hereby designates the following deposition testimony:

- o   Timothy Devine:  270:5-11; 307:22-308:25

- Jeffrey Cancelliere:  59:21-60:2; 59:2-8; 183:15-183:20; 181:10-25; 195:7-23

- John Mack:  entire deposition

- Thomas Marano:  164:16-164-20; 215:15-216:15; 207:4-209:14

- James Whitlinger:  52:18-21; 33:16-34:8; 43:5-22; 116:15-117:8

- Mark Renzi:  184:2-5

*Third*, the Trustee reserves the right to introduce any exhibit identified on any party's exhibit list submitted and/or filed by any party in accordance with the Scheduling Orders.  The Trustee reserves the right to supplement or modify this reservation based on circumstances that may develop prior to the commencement of, or during, trial, or in light of any information submitted by the Debtors or any other party as part of its pretrial filings or otherwise. Notwithstanding the foregoing, the Trustee designates the following documents as exhibits:  RC-9019_00048955 (Letter from K. Patrick to W. Solomon dated 10/25/11); ALLY_0141281-282 (Letter from T. Franklin to T. Hamzehpour dated 11/18/11); and Ally_0142429 (Email from M. Carpenter to F. Hobbs dated 02/01/12).

Nothing contained in this submission shall be deemed or construed as a waiver of the Trustee's right to (i) object to the admissibility of any testimony, document or other potential evidence at trial, or (ii) preclude any evidence at trial pursuant to and in accordance with that certain *Memorandum Opinion And Order Granting In Part And Denying In Part The Unsecured Creditors Committee's Preclusion Motion* (Doc. No. 3434).

Dated: New York, New York
May 15, 2013

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Thomas J. Moloney
Thomas J. Moloney (TJM-9775)
Sean A. O'Neal (SAO-4067)
A Member of the Firm
One Liberty Plaza
New York, NY 10006
*(212) 225-2000*

*Special Counsel for Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC*