MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Anthony Princi
Darryl P. Rains
Jamie Levitt

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**DEBTORS' EXHIBIT LIST**

In re Residential Capital, LLC
Chapter 11 Case No. 12-12020 (MG)

Debtors' Exhibit List
May 15, 2013

| EXHIBIT NUMBER | DATE | BATES RANGE | DEPOSITION EXHIBIT NUMBER | DESCRIPTION | ADMITTED | WITHDRAWN |
|---|---|---|---|---|---|---|
| D1 | 04/30/12 | RC-9019_00093427 - RC-9019_00093430 | N/A | Email chain among J. Ruckdaschel, T. Devine, T. Hamzehpour, and others, forwarding email among J. Cancelliere and others regarding government-sponsored enterprise data | | |
| D2 | 05/10/12 | RC-9019_00049671 - RC-9019_00049677 | Depo. Ex. 43 | Email chain among P. Zellmann, J. Cancelliere, J. Ruckdaschel, T. Devine, and others regarding investor footprint | | |
| D3 | 05/12/12 | RC-9019_00050461 - RC-9019_00050464 | N/A | Email chain among J. Cancelliere, K. Crost, J. Ruckdaschel, and others regarding investor footprint | | |
| D4 | 10/25/12 | N/A | N/A | Spreasheet titled "PLS Securities Analysis 2004-2007" | | |
| D5 | 10/26/11 | ALLY_PEO_0042786 - ALLY_PEO_0042787 | Depo. Ex. 51 | Email from W. Solomon to M. Carpenter, T. Devine, T. Hamzehpour, and others, attaching K. Patrick's October 25, 2011 letter to W. Solomon | | |
| D6 | 05/06/12 | RC-9019_00049107 - RC-9019_00049141 | Depo. Ex. 140 | Email chain among G. Lee, T. Devine, T. Hamzehpour, and others, attaching draft Plan Support Agreement and Settlement Agreement | | |
| D7 | 05/08/12 | ALLY_0160047 - ALLY_0160051 | N/A | Email chain among J. Cancelliere, G. Lee, T. Devine, M. Renzi, and others regarding RMBS settlement negotiations with K. Patrick | | |
| D8 | 05/08/12 | RC-9019_00049179 - RC-9019_00049182 | Depo. Ex. 146 | Email chain among T. Devine, G. Lee, J. Ruckdsachel, J. Cancelliere, and others regarding defect rates | | |
| D9 | 05/08/12 | RC-9019_00060347 - RC-9019_00060349 | N/A | Email chain among J. Cancelliere, G. Lee, T. Devine, and others regarding defect rates | | |
| D10 | 05/11/12 | RC-9019_0050306 | Depo. Ex. 153 | Email chain among J. Levitt, T. Devine, and others regarding RMBS settlement negotiations and draft agreements | | |
| D11 | 05/13/12 | ALLY_0144252 - ALLY_0144253 | Depo. Ex. 155 | Email chain between T. Franklin and T. Devine regarding RMBS settlement agreement | | |
| D12 | 10/26/11 | II_RESCAP0000093 | Depo Ex. 68 | Letter from T. Hamzehpour to K. Patrick regarding meeting | | |
| D13 | 11/18/11 | RC-9019_00089162 - RC-9019_00089173 | N/A | Email among H. Benton, W. Solomon, T. Hamzehpour, T. Franklin, and others, attaching T. Franklin's November 18, 2011 letter to T. Hamzehpour regarding potential claims | | |
| D14 | 11/19/11 | II_RESCAP0000097 - II_RESCAP0000098 | Depo. Ex. 69 | Email chain between T. Hamzehpour and K. Patrick regarding meeting | | |
| D15 | 12/14/11 | RC-9019_00089232 - RC-9019_00089237 | N/A | Email chain among T. Devine, D. Sheeren, T. Hamzehpour, and others regarding confidentiality and tolling agreements | | |
| D16 | 12/15/11 | ALLY_PEO_0042503 - ALLY_PEO_0042508 | N/A | Email chain among T. Devine, T. Hamzehpour, D. Sheeren, and others regarding confidentiality and tolling agreements | | |

In re Residential Capital, LLC
Chapter 11 Case No. 12-12020 (MG)

Debtors' Exhibit List
May 15, 2013

| EXHIBIT NUMBER | DATE | BATES RANGE | DEPOSITION EXHIBIT NUMBER | DESCRIPTION | ADMITTED | WITHDRAWN |
|---|---|---|---|---|---|---|
| D17 | 03/23/12 | RC-9019_00093788 - RC-9019_00093789 | N/A | Email among T. Devine, T. Hamzehpour, D. Sheeren, and others regarding data template | | |
| D18 | 04/13/12 | RC-9019_00061397 - RC-9019_00061410 | N/A | Email chain among T. Devine, T. Hamzehpour, D. Sheeren, K. Patrick, and others, attaching confidentiality and tolling agreements between the Debtors and Steering Committee Group | | |
| D19 | 04/16/12 | RC-9019_00048949 - RC-9019_00048955 | N/A | Email from T. Hamzehpour to G. Lee, forwarding chain among T. Hamzehpour, W. Solomon, and others, attaching K. Patrick's October 17, 2011 letter to W. Solomon, W. Solomon's October 21, 2011 letter to K. Patrick, and K. Patrick's October 25, 2011 letter to W. Solomon | | |
| D20 | 04/17/12 | RC-9019_00048956 - RC-9019_00048957 | Depo Ex. 76 | Email chain among T. Devine, G. Lee, T. Hamzehpour, and others regarding K. Patrick | | |
| D21 | 04/18/12 | RC-9019_00060240 | Depo Ex. 14 | Email chain among G. Lee, L. Rosten, J. Cancelliere, T. Hamzehpour, and T. Devine regarding K. Patrick | | |
| D22 | 04/23/12 | RC-9019_00061443 | N/A | Email chain between T. Hamzehpour and T. Devine regarding waterfall analysis | | |
| D23 | 04/24/12 | RC-9019_00062398 - RC-9019_00062400 | Depo. Ex. 20 | Redacted email chain among G. Lee, K. Chopra, M. Renzi, W. Nolan, T. Devine, T. Hamzehpour, and others regarding waterfall analysis | | |
| D24 | 04/26/12 | RC-9019_00048969 | N/A | Email chain among T. Devine, G. Lee, and T. Hamzehpour regarding K. Patrick | | |
| D25 | 04/27/12 | RC-9019_00048974 - RC-9019_00048975 | Depo Ex. 44 | Email chain among T. Devine, W. Solomon, T. Hamzehpour, and others regarding RMBS settlement negotiations | | |
| D26 | 04/30/12 | RC-9019_00061485- RC-9019_00061487 | N/A | Email chain among T. Devine, G. Lee, T. Hamzehpour, J. Ruckdaschel, and others regarding government-sponsored enterprise data | | |
| D27 | 05/02/12 | RC-9019_00048987 - RC-9019_00048999 | N/A | Email chain among G. Lee, K. Patrick, T. Devine, and others, forwarding discussion materials dated May 2, 2012 | | |
| D28 | 05/03/12 | RC-9019_00061522 | N/A | Email from G. Lee to K. Patrick, T. Hamzehpour, and others regarding RMBS settlement agreement and plan support agreement | | |
| D29 | 05/04/12 | RC-9019_00049082 | Depo Ex. 83 | Email chain among T. Devine, G. Lee, and T. Hamzehpour regarding K. Patrick | | |
| D30 | 05/07/12 | RC-9019_00047870 - RC-9019_00047905 | Depo Ex. 116 | Email chain among G. Lee, K. Patrick, T. Hamzehpour, and others, attaching draft RMBS Settlement Agreement and Plan Support Agreement | | |
| D31 | 05/07/12 | RC-9019_00049157 - RC-9019_00049159 | Depo Ex. 41 | Email chain among J. Cancelliere, T. Devine, T. Hamzehpour, M. Renzi, G. Lee, and others regarding defect rates | | |
| D32 | 05/07/12 | RC-9019_00060340 | N/A | Email from G. Lee to T. Devine, T. Hamzehpour, and others regarding RMBS settlement negotiations | | |

In re Residential Capital, LLC
Chapter 11 Case No. 12-12020 (MG)

**Debtors' Exhibit List**
May 15, 2013

| EXHIBIT NUMBER | DATE | BATES RANGE | DEPOSITION EXHIBIT NUMBER | DESCRIPTION | ADMITTED | WITHDRAWN |
|---|---|---|---|---|---|---|
| D33 | 05/07/12 | RC-9019_00060345 - RC-9019_00060346 | N/A | Email chain among G. Lee, T. Devine, T. Hamzehpour, and others regarding RMBS settlement negotiations | | |
| D34 | 05/09/12 | RC-9019_00049197 | Depo Ex. 148 | Email chain among G. Lee, T. Devine, T. Hamzehpour, and others regarding T. Franklin | | |
| D35 | 05/09/12 | RC-9019_00049216 - RC-9019_00049217 | N/A | Email chain among G. Lee, T. Devine, T. Hamzehpour, and others regarding RMBS settlement | | |
| D36 | 05/09/12 | RC-9019_00061910 | Depo Ex. 66 | Redacted email chain among G. Lee, T. Hamzehpour, T. Devine, and others regarding allowed claim | | |
| D37 | 05/13/12 | RC-9019_00047076 - RC-9019_00047182 | N/A | Plan Support Agreement entered into by and among ResCap, Ally, and Consenting Claimants | | |
| D38 | 08/15/12 | N/A | N/A | Amended and Restated RMBS Trust Settlement Agreement with Steering Committee Group, ECF No. 1176-2 | | |
| D39 | 08/15/12 | N/A | N/A | Amended and Restated RMBS Trust Settlement Agreement with Talcott Franklin Group, ECF No. 1176-3 | | |
| D40 | 09/20/12 | N/A | N/A | Third Amended and Restated RMBS Trust Settlement Agreement with Talcott Franklin Group, ECF No. 1887-3 | | |
| D41 | 09/21/12 | N/A | N/A | Third Amended and Restated RMBS Trust Settlement Agreement with Steering Committee Group, ECF No. 1887-2 | | |
| D42 | 12/05/11 | RC40018718 - RC40018723 | N/A | December 5, 2011 ResCap Board of Directors Meeting Minutes | | |
| D43 | 01/25/12 | RC40019194 - RC40019195 | N/A | January 25, 2012 ResCap Board of Directors Meeting Minutes | | |
| D44 | 12/05/08 | RC40005939 - RC40005942 | N/A | December 5, 2008 ResCap Board of Directors Meeting Minutes | | |
| D45 | 02/24/10 | RC40018736 - RC40018738 | N/A | February 24, 2010 ResCap Board of Directors Meeting Minutes | | |
| D46 | 11/05/10 | RC40018844 - RC40018848 | N/A | November 5, 2010 ResCap Board of Directors Meeting Minutes | | |
| D47 | 01/27/11 | RC40018417 - RC40018422 | N/A | January 27, 2011 ResCap Board of Directors Meeting Minutes | | |
| D48 | 05/06/11 | RC40018456 - RC40018460 | N/A | May 6, 2011 ResCap Board of Directors Meeting Minutes | | |

In re Residential Capital, LLC
Chapter 11 Case No. 12-12020 (MG)

**Debtors' Exhibit List**
May 15, 2013

| EXHIBIT NUMBER | DATE | BATES RANGE | DEPOSITION EXHIBIT NUMBER | DESCRIPTION | ADMITTED | WITHDRAWN |
|---|---|---|---|---|---|---|
| D49 | 08/15/11 | ALLY_0150091 - ALLY_0150093 | Depo Ex. 63 | Email chain among J. Whitlinger, J. Mackey, T. Marano, and others, attaching T. Marano's August 12, 2011 letter to M. Carpenter regarding capital issues | | |
| D50 | 10/30/11 | RESCAP-RMBS-INDDIR-0371 - RESCAP-RMBS-INDDIR-0380 | N/A | Redacted email chain among T. Hamzehpour, T. Marano, J. Mackey, and others, attaching K. Patrick's October 17, 2011 letter to W. Solomon, W. Solomon's October 21, 2011 letter to K. Patrick, and K. Patrick's October 25, 2011 letter to W. Solomon | | |
| D51 | 04/27/12 | N/A | N/A | Ally Financial Inc. Form 10-Q for the quarterly period ended March 31, 2012, dated April 27, 2012 | | |
| D52 | 05/09/12 | RC-9019_00054001 - RC-9019_00054005 | Exp. Depo Ex. 12 | May 9, 2012 ResCap Board of Directors Meeting agenda and materials | | |
| D53 | 05/09/12 | RC-9019_00054006 - RC-9019_00054007 | Depo Ex. 61 | May 9, 2012 ResCap Board of Directors Meeting Minutes | | |
| D54 | 05/13/12 | RC-9019_00054008 - RC-9019_00054022 | Depo Ex. 62 | May 13, 2012 ResCap Board of Directors Meeting Minutes and Exhibit A | | |
| D55 | 08/15/12 | RC-9019_00053781 | Depo Ex. 109 | Email chain among A. Princi, G. Lee, J. Mack, J. Ilany, S. Abreu, J. Whitlinger, T. Marano, T. Hamzehpour, and others regarding amendment to RMBS settlement agreements | | |
| D56 | 05/15/13 | N/A | N/A | Demonstrative: Chart of Litigation Fees Versus Non-Litigation Fees | | |
| D57 | 05/15/13 | N/A | N/A | Demonstrative: Chart of Duration of Pre-Packaged, Prearranged and Other Chapter 11 Cases | | |
| D58 | 05/15/13 | N/A | N/A | Demonstrative: Chart of Range of Potential Outcomes | | |
| D59 | 04/19/12 | RC-9019_00093235 - RC-9019_00093272 | N/A | Email from M. Renzi to G. Lee, J. Levitt, and others, attaching April 19, 2012 presentation titled "Draft Litigation Claims" | | |
| D60 | 04/30/12 | RC-9019_00047830 - RC-9019_00047841 | Depo Exs. 2, 19 | Email from M. Renzi to T. Devine, J. Levitt, G. Lee, and others, attaching discussion materials dated April 25, 2012 | | |
| D61 | 05/03/12 | RC-9019_00047843 - RC-9019_00047854 | Depo Ex. 22 | Email from G. Lee to R. Kielty, M. Renzi, and others, attaching discussion materials dated May 3, 2012 | | |
| D62 | 05/08/12 | RC-9019_00093305 - RC-9019_00093317 | Depo Ex. 27 | Email chain among M. Renzi, G. Lee , and others, attaching discussion materials dated May 7, 2012 | | |
| D63 | 04/05/12 | RC-9019_00093357 - RC-9019_00093370 | Depo Ex. 13 | Email from M. Renzi to J. Mack and others regarding assets and liabilities presentation | | |
| D64 | 03/27/12 | ALLY_0159898 - ALLY_0159902 | N/A | Email chain among T. Devine, J. Blaschko, J. Ruckdaschel, D. Sheeren, and others regarding data template | | |

In re Residential Capital, LLC
Chapter 11 Case No. 12-12020 (MG)

Debtors' Exhibit List
May 15, 2013

| EXHIBIT NUMBER | DATE | BATES RANGE | DEPOSITION EXHIBIT NUMBER | DESCRIPTION | ADMITTED | WITHDRAWN |
|---|---|---|---|---|---|---|
| D65 | 04/16/12 | RC-9019_00047796 - RC-9019_00047797 | N/A | Email chain among G. Lee, J. Levitt, J. Ruckdaschel, K. Patrick, T. Hamzehpour, and others regarding data template | | |
| D66 | 02/01/13 | N/A | N/A | Vita of K. Schipper, ECF No. 2806-1 | | |
| D67 | 05/25/12 | RC-9019_00045459 | Depo Ex. 39 | Fortace Analysis regarding private-label securities demand data | | |
| D68 | 07/01/11 | RC40018628 - RC40018633 | N/A | July 1, 2011 ResCap Board of Directors Meeting Minutes | | |
| D69 | 07/28/11 | RC40020608 - RC40020612 | N/A | July 28, 2011 ResCap Audit Committee Meeting Minutes | | |
| D70 | 11/04/11 | RC40020632 - RC40020636 | N/A | November 4, 2011 ResCap Audit Committee Meeting Minutes | | |
| D71 | 02/10/12 | RC40019205- RC40019208 | N/A | February 10, 2012 ResCap Board of Directors Meeting Minutes | | |
| D72 | 04/27/12 | RC-9019_00093832 - RC-9019_00093835 | N/A | Memo to File from Accounting Policy to T. Devine and others regarding loss disclosure | | |
| D73 | 05/01/12 | RC40022273 - RC40022367 | Depo. Ex. 55 | May 1, 2012 ResCap Audit Committee Meeting agenda and materials | | |