Richard L. Wynne
Howard F. Sidman
JONES DAY
222 East 41st Street
New York, NY 10017.6702
Telephone:    212-326-3939
Facsimile:    212-755-7306

Carl E. Black
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114.1190
Telephone:    216-586-3939
Facsimile:    216-579-0212

Attorneys for Creditor
FINANCIAL GUARANTY INSURANCE COMPANY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x
                                                          )
In re:                                                    )    Case No. 12-12020 (MG)
                                                          )
RESIDENTIAL CAPITAL, LLC, et al.,                         )    Chapter 11
                                                          )
         Debtors.                                         )    Jointly Administered
                                                          )
                                                          )
--------------------------------------------------------- x

**FINANCIAL GUARANTY INSURANCE COMPANY'S PRETRIAL SUBMISSIONS**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

In connection with the hearing on the above-captioned debtors' (the "Debtors") Rule 9019 motion (as supplemented, the "9019 Motion") [Docket. Nos. 320, 1176, 1887] for approval of the proposed RMBS Trust Settlement Agreements, and pursuant to the Federal Rules of Civil Procedure, made applicable by the Bankruptcy Code and the Court's Scheduling Order [Docket No. 3306], Financial Guaranty Insurance Company ("FGIC"), a creditor of the Debtors with claims in excess of $1.8 billion, an objector to the 9019 Motion, and a member of the Official Committee of Unsecured Creditors (the "Committee"), hereby files these Pretrial Submissions disclosing FGIC's (1) exhibit list, attached hereto as Exhibit A (the "FGIC Exhibit List"); (2) list of adverse witnesses, via incorporation by reference of the adverse witness lists filed by the Committee and MBIA Insurance Corporation ("MBIA"); and (3) designation of deposition testimony, via incorporation by reference of the deposition testimony designated by the Committee.

I.  **Identification of Exhibits**

The exhibits listed in the FGIC Exhibit List are among those that FGIC may seek to admit into evidence at trial. In addition, FGIC incorporates by reference and reserves all rights to introduce, rely upon and otherwise utilize the exhibits identified in the exhibit lists submitted by the Committee and MBIA in connection with the 9019 Motion. FGIC reserves the right to supplement or modify the FGIC Exhibit List based on circumstances that may develop prior to the commencement of trial or in light of any information submitted by the Debtors or any other party as part of its pretrial filings or otherwise. FGIC further reserves the right to introduce any exhibit identified on the Debtors' and other parties' exhibit lists and to add or remove exhibits from the FGIC Exhibit List based on the Court's ruling on any pretrial motion.

**II.     Identification of Adverse Witnesses**

FGIC incorporates by reference the adverse witness lists filed by the Committee and MBIA in connection with the 9019 Motion.  The witnesses identified in those witness lists are those from whom FGIC may seek testimony at the hearing on the 9019 Motion.  FGIC reserves the right to call live, by video, or by deposition any witness on these lists or any lists of the Debtors' or other parties' witnesses (including expert witnesses).  FGIC further reserves the right to incorporate and rely on any supplemental or modified adverse witness lists submitted by any party in interest in connection with any changed circumstances that may develop prior to the commencement of trial.

**III.    Designation of Deposition Testimony**

FGIC incorporates by reference the designations of deposition testimony filed by the Committee in connection with the 9019 Motion.  FGIC recognizes that the deposition testimony submitted by the Committee is designated without prejudice to amending or supplementing the disclosure if necessary.  FGIC reserves the right to use any deposition testimony, whether designated by the Committee or not, for purposes of cross-examination or rebuttal.  FGIC further reserves the right to designate additional deposition testimony or call any witness for live testimony in response to any of the Debtors' or other parties' designations or for any other reason.  FGIC also reserves the right to use any of the Debtors' or other parties' deposition designations for any purpose.  FGIC recognizes that the Committee has designated some testimony that is the subject of, or related to, certain pending motions *in limine*.  FGIC joins in the Committee's declaration that any and all such designations are not concessions that the testimony should be admissible and notes that the Committee has reserved the right to add or remove designations related to motions *in limine*, depending on the disposition of those motions.

FGIC recognizes that the Committee's designations include all exhibits that are referenced in the specified pages and lines, whether or not such exhibits are separately identified.

Nothing contained in these Pretrial Submissions shall in any way be deemed a waiver of FGIC's right to object to the admissibility of any testimony, document or other evidence at trial, or in any way preclude or otherwise limit any evidence at trial, under the Court's ruling in *In re Residential Capital*, *LLC*, No. 12-12020, 2013 WL 1497203 (Bankr. S.D.N.Y. April 12, 2013) [Docket. No. 3434].

Dated: May 15, 2013

/s/ Richard L. Wynne
Richard L. Wynne
Howard F. Sidman
JONES DAY
222 East 41st Street
New York, NY  10017.6702
Telephone:    212-326-3939
Facsimile:    212-755-7306

Carl E. Black
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114.1190
Telephone:    216-586-3939
Facsimile:    216-579-0212

*Attorneys for Creditor*
*Financial Guaranty Insurance Company*

# Exhibit A

# FGIC's Exhibit List

FGIC reserves all rights to rely upon and incorporates by reference any exhibit lists filed by any party.

| FGIC Hr'g Ex. # | Document Description | Bates Number(s) | Dep Ex. # | FGIC Obj. A. # |
|---|---|---|---|---|
| F. 1 | Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Trust Settlement Agreements, filed June 11, 2012 (Docket No. 320) | | | |
| F. 2 | RMBS Trust Settlement Agreement, dated May 13, 2012 | | | |
| F. 3 | Debtors' Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Trust Settlement Agreements, filed August 15, 2012 (Docket No. 1176) | | | |
| F. 4 | Amended and Restated RMBS Trust Settlement Agreement, dated August 15, 2012 | | | |
| F. 5 | Debtors' Second Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Trust Settlement Agreements, filed October 19, 2012 (Docket No. 1887) | | | |
| F. 6 | Third Amended and Restated RMBS Trust Settlement Agreement, dated September 21, 2012 | | | |
| F. 7 | Debtors' Reply Brief re Non-Iridium Issues in Support of Motion for Approval of RMBS Settlement Agreements, filed February 1, 2013 (Docket No. 2804) | | | |
| F. 8 | The Steering Committee Investors' Reply to the Objections of Assured Guaranty and the Junior Secured Noteholders to the RMBS Trust Settlement Agreement, filed February 1, 2013 (Docket No. 2808) | | | |
| F. 9 | Letter dated 10/17/11 from Gibbs & Bruns LLP to Ally Financial | RC-9019_00048950-53 | | 9 |
| F. 10 | Email dated 10/19/11 from M. Carpenter to W. Solomon re: PLS Claimant | RC-9019_00084876 | | 10 |
| F. 11 | Letter dated 10/21/11 from W. Solomon to K. Patrick | RC-9019_00048954 | 9019-121 | 11 |
| F. 12 | Letter, dated 10/25/11 from Gibbs & Bruns to Ally Financial | RC-9019_00048948 | | 12 |
| F. 13 | Email dated 11/2/11 from T. Devine to J. Belisle re: Urgent Review: MAC Talk Points | RC-9019_00084074-79 | | 13 |
| F. 14 | Email dated 12/5/11 from T. Devine to T. Hamzehpour re: Kathy Patrick | ALLY_0209271-72 | | 14 |
| F. 15 | Email dated 12/19/11 from K. Patrick to T. Hamzehpour, et al. re: Letter from T. Devine | RC-9019_00057131-136 | | 15 |
| F. 16 | Email dated 12/19/11 from L. Rosten to K. Patrick re: Letter from T. Devine | RC-9019_00058226-227 | | 16 |
| F. 17 | Email dated 1/9/12 chain from T. Devine to K. Patrick, D. Sheeren cc: T. Hamzehpour, J. Ruckdaschel, D. Hagens, re: Confi and Tolling Agreement with attached Tolling Gibbs Bruns ResCap (5).docx; Confidentiality Agreement Gibbs Bruns Clients ResCap (3).docx | RC-9019_00089373-80 | 9019-73 | 17 |
| F. 18 | Email dated 1/13/12 from D. Sheeren to T. Devine re: Confi and Tolling Agreement | RC-9019_00058305-314 | | 18 |
| F. 19 | Letter and minutes from ResCap Board of Directors | RC40020213; RC40019194 | 9019-98 | 19 |
| F. 20 | Email dated 2/20/12 from J. Mackey to M. Carpenter re: Call | ALLY_0142440-41 | | 20 |
| F. 21 | Email dated 3/7/12 from T. Hamzehpour to T. Devine re: ResCap Discussions | RC-9019_00090060-61 | | 21 |
| F. 22 | Email dated 3/7/12 from Talcott Franklin to T. Devine re: Call | TFPC_0000016-17 | | 22 |

# FGIC's Exhibit List

FGIC reserves all rights to rely upon and incorporates by reference any exhibit lists filed by any party.

| FGIC Hr'g Ex. # | Document Description | Bates Number(s) | Dep Ex. # | FGIC Obj. A. # |
|---|---|---|---|---|
| F. 23 | Email dated 5/13/12 from T. Devine to N. Ornstein re: Rule 408 Communication | ALLY_0144343-351 | | 23 |
| F. 24 | Email dated 3/16/12 from T. Marano to T. Devine re: Confidential Attorney Client Privileged Work Product | ALLY_0226063-64 | | 24 |
| F. 25 | Email dated 3/22/12 from G. Cavanaugh to T. Devine re: RFC | TFPC_0000088-91 | | 25 |
| F. 26 | Email dated 3/27/12 from T. Marano to M. Carpenter, T. Devine, T. Hamzehpour cc: W. Solomon, J. Brown re: FW: IMPORTANT – Please read – Follow-up – 6 year statute of limitation on contracts with attachment | RC-9019_00092054-56 | 9019-56 | 26 |
| F. 27 | SEC Form 10-Q for Ally Financial Inc. for the quarterly period ended 3/31/12 | | 9019-54 | 27 |
| F. 28 | Email dated 4/16/12 from J. Ruckdaschel to K. Patrick re: Data Template | RC-9019_00060789-90 | | 28 |
| F. 29 | Email dated 4/17/12 from T. Devine to G. Lee re: K. Patrick follow-up | RC-9019_00061424-25 | | 29 |
| F. 30 | ResCap Memorandum dated 5/9/12 from C. Quenneville to S. Abreu, J. Ilany, J. Mack, T. Marano, T. Smith, P. West, J. Whitlinger cc: T. Hamzehpour, M. Cohen re: Residential Capital, LLC Board of Directors Meeting with attached agenda | RC40020575-79 | 9019-95 | 30 |
| F. 31 | Email dated 4/16/12, from T. Devine to K. Patrick re: Confidentiality Agreement | ALLY_0159943-48 | 9019-136 | 31 |
| F. 32 | Email chain dated 4/27/12 from J. Mackey to D. DeBrunner, T. Marano, J. Whitlinger, S. Abreu, C. Weiss, T. Devine re: Rep and Warranties Range 1Q12.xlsx | ALLY_0226233-34 | 9019-137 | 32 |
| F. 33 | Email dated 4/27/12 from T. Devine to W. Solomon re: Next Steps | RC-9019_00048970-71 | | 33 |
| F. 34 | Email dated 5/1/12 from T. Devine to R. Cieri, R. Schrock, G. Lee, L. Rosten cc: T. Hamzehpour, J. Ruckdaschel, W. Thompson, L. Delehey, P. Zellmann, W. Solomon re: FW: Meeting with KP Steering Committee | RC-9019_00048984-999 | 9019-34 | 34 |
| F. 35 | ResCap Memorandum from C. Quenneville to J. Ilany, J. Mack, T. Smith, P. West cc: S. Abreu, T. Marano, J. Whitlinger, dated 4/30/12 re: Residential Capital, LLC Audit Committee Meeting with attached agenda and supporting materials | RC40022273-367 | 9019-55 | 35 |
| F. 36 | Email dated 5/3/12 from T. Devine to K. Patrick re: Bi-Weekly Call with Gibbs & Bruns | ALLY_0143695 | | 36 |
| F. 37 | Email dated 5/4/12 from T. Devine to G. Lee and T. Hamzehpour re: Kathy Patrick | RC-9019_00049082 | 9019-83 | 37 |
| F. 38 | Email chain dated 5/6/12 from Mark Renzi to Timothy Devine and Jeff Cancelliere, cc: glee@mofo.com, William Nolan, and John Ruckdaschel, re: Help with waterfall before 8 pm if possible | RC-9019_00060878-79 | 9019-142 | 38 |
| F. 39 | Email dated 5/6/12 from T. Devine to J. Ruckdaschel re: Settlemnt argmt.kp | RC-9019_00060884 | | 39 |

## FGIC's Exhibit List

FGIC reserves all rights to rely upon and incorporates by reference any exhibit lists filed by any party.

| FGIC Hr'g Ex. # | Document Description | Bates Number(s) | Dep Ex. # | FGIC Obj. A. # |
|---|---|---|---|---|
| F. 40 | Email chain dated 5/7/12 from J. Cancelliere to, T. Devine, M. Renzi, G. Lee, T. Hamzehpour, W. Thompson, L. Delehey, J. Ruckdaschel cc: L. Nashelsky, W. Nolan re: KP | RC-9019_00049157-59 | 9019-41 | 40 |
| F. 41 | Email dated 5/7/12 from K. Patrick to G. Lee re: I'm on with client now. Free up at 9 | RC-9019_00049153 | | 41 |
| F. 42 | Email dated 5/8/12 from T. Devine to G. Lee, R. Cieri, J. Levitt, T. Hamzehpour, J. Ruckdaschel cc: R. Schrock, W. Solomon, W. Thompson, L. Delehey re: Talcott Franklin | RC-9019_00047906 | 9019-86 | 42 |
| F. 43 | Email chain dated 5/8/12 from D. Soto to J. Brown re: Cost Benefit Analysis | ALLY_0141967 - 68 | 9019-105 | 43 |
| F. 44 | Email chain dated 5/7/12 - 5/8/12 from Mark Renzi to Timothy Devine, Gary S. Lee, and Richard M. Cieri, cc: John Ruckdaschel, Jeff Cancelliere, et al, , re: Are you available | RC-9019_00049164-166 | 9019-144 | 44 |
| F. 45 | Email dated 5/8/12 from T. Devine to G. Lee re: Are you available | RC-9019_00049175-178 | | 45 |
| F. 46 | Email dated 5/8/12 from J. Cancelliere to G. Lee re: Are you available | RC-9019_00060347-349 | | 46 |
| F. 47 | Email chain dated 5/9/12 from Gary S. Lee to Timothy Devine, Tammy Hamzehpour, et al, cc: Gary S. Lee re: Talcott Franklin | RC-9019_00049197 | 9019-148 | 47 |
| F. 48 | ResCap Memorandum dated 5/9/12 from C. Quenneville to S. Abreu, J. Ilany, J. Mack, T. Marano, T. Smith, P. West, J. Whitlinger re: Residential Capital, LLC Board of Directors Meeting with attached agenda and supporting materials | RC-9019_00054001-005 | 9019-04 | 48 |
| F. 49 | Email dated 5/9/12 from G. Lee to J. Mack, J. Ilany, P. West, S. Abreu, T. Smith, T. Whitlinger, T. Marano cc: T. Hamzehpour, N. Evans, J. Tanenbaum, L. Nashelsky, J. Moldovan, J. Levy, D. Lerner re: Meeting Notice - ResCap Board Meeting, May 9, 2012, 3:00 pm (ET) privileged and confidential attorney-client communication with attached meeting materials | RC-9019_00093180-183 | 9019-60 | 49 |
| F. 50 | Minutes of a Special Meeting of the Board of Residential Capital, LLC ("ResCap") held by teleconference on due notice on May 9, 2012, at 3:00 p.m. | RC-9019_00054006-007 | 9019-61 | 50 |
| F. 51 | Email dated 5/9/12 from T. Devine to T. Hamzehpour, J. Ruckdaschel, R. Cieri, G. Lee, R. Schrock, J. Levitt, J. Cancelliere, W. Thompson, L. Delehey, M. Renzi re: Talcott Franklin | RC-9019_00047942 | 9019-87 | 51 |
| F. 52 | Email dated 5/9/12 from J. Cancelliere to T. Devine re: Defect rate | RC-9019_00060360 | 9019-117 | 52 |
| F. 53 | Email dated 5/9/12 from Timothy Devine to Gary S. Lee, cc: Richard M. Cieri and Ray C. Schrock re: KP | RC-9019_00049196 | 9019-147 | 53 |
| F. 54 | Email dated 5/9/12 from K. Patrick to G. Lee re: Update | RC-9019_00049218 | | 54 |
| F. 55 | Email dated 5/9/12 from K. Patrick to G. Lee re: RMBS Stipulated Claim | RC-9019_00049221 | | 55 |
| F. 56 | Email chain dated 5/9/12 - 5/10/12 from Kathy D. Patrick to Timothy Devine re: Settlement | ALLY_0143982 | 9019-150 | 56 |

## FGIC's Exhibit List

FGIC reserves all rights to rely upon and incorporates by reference any exhibit lists filed by any party.

| FGIC Hr'g Ex. # | Document Description | Bates Number(s) | Dep Ex. # | FGIC Obj. A. # |
|---|---|---|---|---|
| F. 57 | Email chain dated 5/9/12 to 5/10/12 from Jamie A. Levitt to Timothy Devine, Gary S. Lee, et al, cc: William B. Solomon re: RMBS Stipulated Claim | RC-9019_00049486-491 | 9019-151 | 57 |
| F. 58 | Email dated 5/10/12 from N. Ornstein to G. Lee re: Kathy Patrick PSA and Settlement Agreement | RC-9019_00050246-248 | | 58 |
| F. 59 | Email chain dated 5/10/12 - 5/11/12 from Jamie A. Levitt to Timothy Devine re: turning drafts | RC-9019_00050306 | 9019-153 | 59 |
| F. 60 | Email dated 5/11/12 from N. Ornstein to R. Martin re: One Concept for PSA Not Captured Yet | ALLY_0182657-658 | | 60 |
| F. 61 | Email chain dated 5/12/12 from Timothy Devine to Gary S. Lee, Jamie A. Levitt, et al re: Has Talcott Franklin signed on without reservation to support the Plan, including broad third party release of all claims against Ally etc including security claims? | RC-9019_00050455-456 | 9019-154 | 61 |
| F. 62 | Email dated 10/26/11 from W. Solomon to M. Carpenter re: PLS Claimant | ALLY_PEO_0042786-787 | 9019-51 | 62 |
| F. 63 | Email chain from Kathy D. Patrick to Jamie A. Levitt and Scott A. Humphries, dated 5/13/12, re: Settlement documents | RC-9019_00055572-578 | 9019-158 | 63 |
| F. 64 | Email chain from Jamie A. Levitt to Noah Ornstein and Anthony Princi, dated 5/13/12, re: Settlement documents | RC-9019_00055615-618 | 9019-159 | 64 |
| F. 65 | Email dated 5/13/12 from J. Levitt to N. Ornstein re: KP Settlement | RC-9019_00048597-612 | | 65 |
| F. 66 | Email dated 5/13/12 from T. Devine to J. Levitt re: Great News and Very Important Note | RC-9019_00050824-825 | | 66 & 73 |
| F. 67 | Email dated 5/13/12 from A. Princi to T. Devine re: Settlement Documents | RC-9019_00051061-062 | | 67 |
| F. 68 | Email dated 5/13/12 from G. Lee to N. Ornstein re: Settlement Documents | RC-9019_00055348-349 | | 68 |
| F. 69 | Email dated 5/13/12 from R. Cieri to T. Devine re: Settlement Documents | RC-9019_00061255-258 | | 69 |
| F. 70 | Letter, dated 11/4/12 from Morrison & Foerster to Judge Glenn | | | 70 |
| F. 71 | Email dated 12/15/11 from T. Devine to T. Hamzehpour re: Confi and Tolling Agreement | ALLY_PEO_0042503 | 9019-124 | 71 |
| F. 72 | Email dated 4/23/12 from T. Hamzehpour to T. Devine re: Prep for KP | RC-9019_00061443 | 9019-79 | 72 |
| F. 73 | Hearing Transcript, June 25, 2013, Intial Case Conf. (Docket. No. 504) | | | |
| F. 74 | Hearing Transcript (Excerpts), Oct. 10, 2012, Omnibus Hr. (Docket No. 1800) | | | 74 |
| F. 75 | Hearing Transcript, Mar. 1, 2013, Status Conf. (Docket. No. 3119) | | | |
| F. 76 | Oral Argument Transcript at 65-66, Sept. 21, 2011, *The Bank of N.Y. Mellon v. Walnut Place LLC*, 819 F.Supp.2d 354 (S.D.N.Y. 2011) (No. 11 Civ. 5988 WHP) | | | |
| F. 77 | Email dated 4/18/12 from G. Lee to L. Rosten, J. Cancelliere, T. Hamzehpour cc: T. Devine re: Prep for Kathy Patrick Meeting | RC-9019_00060240 | 9019-14 | 77 |
| F. 78 | Email dated 4/30/12 from M. Renzi to T. Devine, J. Levitt and G. Lee cc: W. Nolan, L. Park, F. Szymik and M. Renzi re: RE: Bounce - Discussion Materials (04-25-12)_Distribution File.pptx with attached Bounce - Discussion Materials (04-25-12)_Distribution File vl.pdf | RC-9019_00047830-841 | 9019-19 | 78 |

# FGIC's Exhibit List

FGIC reserves all rights to rely upon and incorporates by reference any exhibit lists filed by any party.

| FGIC Hr'g Ex. # | Document Description | Bates Number(s) | Dep Ex. # | FGIC Obj. A. # |
|---|---|---|---|---|
| F. 79 | Email chain dated 4/27/12 from T. Devine to W. Solomon, T. Hamzehpour, G. Lee, R. Cieri, R. Schrock, J. Ruckdaschel re: next steps | RC-9019_00048974-975 | 9019-44 | 79 |
| F. 80 | Email dated 10/19/11 from W. Solomon to M. Carpenter, B. Yastine, T. Marano, T. Hamzehpour, J. Brown, J. Mackey, C. Pinkston re: PLS Claimant | ALLY_0212895-899 | 9019-48 | 80 |
| F. 81 | RMBS Trust Settlement Agreement dated 5/13/12 | II_RESCAP00000186-209 | 9019-58 | 81 |
| F. 82 | Email dated 6/8/2012 from Patrick M. Bryan to Jamie A. Levitt, Daniel T. Donovan, and Noah Ornstein, cc'ing others, re: Final Drafts of 9019 motion with declarations | RC-9019_00053182-224 | 9019 Expert-14 | 82 |
| F. 83 | Email chain dated 5/7/12 - 5/8/12 from Timothy Devine to Gary S. Lee and Richard M. Cieri re: Are you available | RC-9019_00049179-182 | 9019-146 | 83 |
| F. 84 | Email dated 3/16/12 from W. Solomon to T. Marano re: Attorney Client Work Product | ALLY_0226065 | 9019-64 | 84 |
| F. 85 | Hearing Transcript (Excerpts) from Sept. 19, 2012 | | | 85 |
| F. 86 | Amended Complaint filed in Financial Guaranty Insurance Company v. GMAC Mortgage, LLC, et al, Case No. 11-cv-9729 (S.D.N.Y.), filed March 30, 2012, 2006-HE1 Complaint | | | |
| F. 87 | Complaint filed in Financial Guaranty Insurance Company v. GMAC Mortgage, LLC, et al, Case No. 12-cv-0780 (S.D.N.Y.), filed January 31, 2013, 2005-HE1 Complaint | | | |
| F. 88 | Complaint filed in Financial Guaranty Insurance Company v. GMAC Mortgage, LLC, et al, Case No. 12-cv-1658 (S.D.N.Y.), filed March 6, 2012, 2006-HE3 Complaint | | | |
| F. 89 | Complaint filed in Financial Guaranty Insurance Company v. GMAC Mortgage, LLC, et al, Case No. 12-cv-1818 (S.D.N.Y.), filed March 12, 2012, 2006 and 2007-HE2 Complaint | | | |
| F. 90 | Complaint filed in Financial Guaranty Insurance Company v. Residential Funding Company, LLC, et al, Case No. 11-cv-9736 (S.D.N.Y.), filed November 29, 2011, 2005-HS1 and HS2 Complaint | | | |
| F. 91 | Complaint filed in Financial Guaranty Insurance Company v. Residential Funding Company, LLC, et al, Case No. 11-cv-9737 (S.D.N.Y.), filed November 29, 2011, 2005-RS9 Complaint | | | |
| F. 92 | Complaint filed in Financial Guaranty Insurance Company v. Residential Funding Company, LLC, et al, Case No. 12-cv-0338 (S.D.N.Y.), filed December 27, 2011, 2005-EFC7 Complaint | | | |
| F. 93 | Complaint filed in Financial Guaranty Insurance Company v. Residential Funding Company, LLC, et al, Case No. 12-cv-0339 (S.D.N.Y.), filed December 27, 2011, 2005-NC1 Complaint | | | |
| F. 94 | Complaint filed in Financial Guaranty Insurance Company v. Residential Funding Company, LLC, et al, Case No. 12-cv-0340 (S.D.N.Y.), filed December 27, 2011, HSA Transactions Complaint | | | |
| F. 95 | Complaint filed in Financial Guaranty Insurance Company v. Residential Funding Company, LLC, et al, Case No. 12-cv-0341 (S.D.N.Y.), filed December 15, 2011, 2005-EMX5 Complaint.pdf | | | |
| F. 96 | Complaint filed in Financial Guaranty Insurance Company v. Residential Funding Company, LLC, et al, Case No. 12-cv-1601 (S.D.N.Y.), filed March 5, 2012, 2007-EMX1 Complaint | | | |
| F. 97 | Complaint filed in Financial Guaranty Insurance Company v. Residential Funding Company, LLC, et al, Case No. 12-cv-1860 (S.D.N.Y.), filed March 13, 2012, HI Transactions Complaint | | | |

# FGIC's Exhibit List

FGIC reserves all rights to rely upon and incorporates by reference any exhibit lists filed by any party.

| FGIC Hr'g Ex. # | Document Description | Bates Number(s) | Dep Ex. # | FGIC Obj. A. # |
|---|---|---|---|---|
| F. 98 | 2005-EFC7-Assignment and Assumption Agreement | | | |
| F. 99 | 2005-EFC7-Custodial Agreement | | | |
| F. 100 | 2005-EFC7-Insurance and Indemnity Agreement | | | |
| F. 101 | 2005-EFC7-Pooling & Servicing Agreement | | | |
| F. 102 | 2005-EFC7-Prospectus Supplement | | | |
| F. 103 | 2005-EFC7-Surety Bond | | | |
| F. 104 | 2005-EMX5-Assignment and Assumption Agreement | | | |
| F. 105 | 2005-EMX5-I and I Agreement | | | |
| F. 106 | 2005-EMX5-Indemnification Agreement | | | |
| F. 107 | 2005-EMX5-Pooling and Servicing Agreement | | | |
| F. 108 | 2005-EMX5-Pro Supp | | | |
| F. 109 | 2005-EMX5-Surety Bond | | | |
| F. 110 | 2005-HE1-Appendix A to Indenture | | | |
| F. 111 | 2005-HE1-Assignment and Acceptance Agreement | | | |
| F. 112 | 2005-HE1-Custodial Agreement | | | |
| F. 113 | 2005-HE1-Identure | | | |
| F. 114 | 2005-HE1-Insurance Agreement | | | |
| F. 115 | 2005-HE1-Insurance and Indemnity Agreement | | | |
| F. 116 | 2005-HE1-Mortgage Loan Purchase Agreement | | | |
| F. 117 | 2005-HE1-Prospectus Supplement | | | |
| F. 118 | 2005-HE1-Servicing Agreement | | | |
| F. 119 | 2005-HE1-Surety Bond | | | |
| F. 120 | 2005-HS1-Custodial Agreement | | | |
| F. 121 | 2005-HS1-Home Equity Loan Purchase Agreement | | | |
| F. 122 | 2005-HS1-Indemnification Agreement | | | |
| F. 123 | 2005-HS1-Indenture | | | |
| F. 124 | 2005-HS1-Insurance and Indemnity Agreement | | | |
| F. 125 | 2005-HS1-Prospectus Supplement | | | |
| F. 126 | 2005-HS1-Servicing Agreement | | | |
| F. 127 | 2005-HS1-Surety Bond | | | |
| F. 128 | 2005-HS2-Home Equity Loan Purchase Agreement | | | |
| F. 129 | 2005-HS2-I and I Agreement | | | |
| F. 130 | 2005-HS2-Indenture | | | |
| F. 131 | 2005-HS2-Prospectus Supplement | | | |
| F. 132 | 2005-HS2-Servicing Agreement | | | |
| F. 133 | 2005-HS2-Surety Bond(2) | | | |
| F. 134 | 2005-HS2-Surety Bond | | | |

# FGIC's Exhibit List

FGIC reserves all rights to rely upon and incorporates by reference any exhibit lists filed by any party.

| FGIC Hr'g Ex. # | Document Description | Bates Number(s) | Dep Ex. # | FGIC Obj. A. # |
|---|---|---|---|---|
| F. 135 | 2005-HSA1-Custodial Agreement | | | |
| F. 136 | 2005-HSA1-Home Equity Loan Purchase Agreement | | | |
| F. 137 | 2005-HSA1-Indenture | | | |
| F. 138 | 2005-HSA1-Insurance and Indemnity Agreement | | | |
| F. 139 | 2005-HSA1-Prospectus Supplement | | | |
| F. 140 | 2005-HSA1-Servicing Agreement | | | |
| F. 141 | 2005-HSA1-Surety Bond(2) | | | |
| F. 142 | 2005-HSA1-Surety Bond | | | |
| F. 143 | 2005-NC1- Assignment & Assumption Agreement | | | |
| F. 144 | 2005-NC1-Custodial Agreement | | | |
| F. 145 | 2005-NC1-Prospectus Supplement | | | |
| F. 146 | 2005-NC1-Financial Guaranty Insurance Policy w- Endorsement | | | |
| F. 147 | 2005-NC1-Insurance & Indemnity Agreement | | | |
| F. 148 | 2005-NC1-Pooling & Servicing Agreement, w- attached Exhibits | | | |
| F. 149 | 2006-HE1-Prospectus Supplement | | | |
| F. 150 | 2005-NC1-Prospectus Supplement | | | |
| F. 151 | 2005-RS9-Assignment and Assumption Agreement | | | |
| F. 152 | 2005-RS9-Certificate Guaranty Insurance | | | |
| F. 153 | 2005-RS9-Custodial Agreement | | | |
| F. 154 | 2005-RS9-Insurance and Indemnity Agreement | | | |
| F. 155 | 2005-RS9-Pooling and Servicing Agreement | | | |
| F. 156 | 2005-RS9-Prospectus Supplement | | | |
| F. 157 | 2006-HE1-Custodial Agreement | | | |
| F. 158 | 2006-HE1-Insurance & Indemnity Agreement | | | |
| F. 159 | 2006-HE1-Mortgage Loan Purchase Agreement | | | |
| F. 160 | 2006-HE1-Note Guarantee Insurance Policy | | | |
| F. 161 | 2006-HE1-Servicing Agreement | | | |
| F. 162 | 2006-HE1-Trust Agreement | | | |
| F. 163 | 2006-HE2-Appendix to Indenture | | | |
| F. 164 | 2006-HE2-Custodial Agreement | | | |
| F. 165 | 2006-HE2-Financial Guaranty Insurance Policy | | | |
| F. 166 | 2006-HE2-Indenture | | | |
| F. 167 | 2006-HE2-Insurance and Indemnity Agreement | | | |
| F. 168 | 2006-HE2-Mortgage Loan Purchase Agreement | | | |
| F. 169 | 2006-HE2-Prospectus Supplement | | | |
| F. 170 | 2006-HE2-Servicing Agreement | | | |
| F. 171 | 2006-HE3-Appendix A to Indenture | | | |

# FGIC's Exhibit List

FGIC reserves all rights to rely upon and incorporates by reference any exhibit lists filed by any party.

| FGIC Hr'g Ex. # | Document Description | Bates Number(s) | Dep Ex. # | FGIC Obj. A. # |
|---|---|---|---|---|
| F. 172 | 2006-HE3-Custodial Agreement | | | |
| F. 173 | 2006-HE3-Financial Guaranty Insurance Policy | | | |
| F. 174 | 2006-HE3-Indenture | | | |
| F. 175 | 2006-HE3-Mortage Loan Purchase Agreement | | | |
| F. 176 | 2006-HE3-Prospectus Supplement | | | |
| F. 177 | 2006-HE3-Servicing Agreement | | | |
| F. 178 | 2006-HI2-Financial Guaranty Insurance Policy | | | |
| F. 179 | 2006-HI2-Home Loan Purchase Agreement | | | |
| F. 180 | 2006-HI2-Indemnification Agreement | | | |
| F. 181 | 2006-HI2-Indenture | | | |
| F. 182 | 2006-HI2-Insurance and Idemnity Agreement | | | |
| F. 183 | 2006-HI2-Prospectus Supplement | | | |
| F. 184 | 2006-HI2-Servicing Agreement | | | |
| F. 185 | 2006-HI3- Custodial Agreement | | | |
| F. 186 | 2006-HI3- Prospectus Supplement | | | |
| F. 187 | 2006-HI3- Financial Guaranty Insurance Policy | | | |
| F. 188 | 2006-HI3- Home Loan Purchase Agreement | | | |
| F. 189 | 2006-HI3- Indenture | | | |
| F. 190 | 2006-HI3- Servicing Agreement | | | |
| F. 191 | 2006-HI4- Home Loan Purchase Agreement | | | |
| F. 192 | 2006-HI4-Custodial Agreement | | | |
| F. 193 | 2006-HI4-Prospectus Supplement | | | |
| F. 194 | 2006-HI4-Financial Guaranty Insurance Policy | | | |
| F. 195 | 2006-HI4-Indenture | | | |
| F. 196 | 2006-HI4-Insurance and Indemnity Agreement | | | |
| F. 197 | 2006-HI4-Servicing Agreement | | | |
| F. 198 | 2006-HI5- I and I Agreement | | | |
| F. 199 | 2006-HI5-Custodial Agreement | | | |
| F. 200 | 2006-HI5-Financial Guaranty Insurance Policy | | | |
| F. 201 | 2006-HI5-Home Loan Purchase Agreement | | | |
| F. 202 | 2006-HI5-Indenture | | | |
| F. 203 | 2006-HI5-Prospectus Supplement | | | |
| F. 204 | 2006-HI5-Servicing Agreement | | | |
| F. 205 | 2006-HSA1-Assignment and Assumption Agreement | | | |
| F. 206 | 2006-HSA1-Custodial Agreement | | | |
| F. 207 | 2006-HSA1-Financial Guaranty Insurance Policy | | | |
| F. 208 | 2006-HSA1-Insurance and Indemnity Agreement | | | |

# FGIC's Exhibit List

FGIC reserves all rights to rely upon and incorporates by reference any exhibit lists filed by any party.

| FGIC Hr'g Ex. # | Document Description | Bates Number(s) | Dep Ex. # | FGIC Obj. A. # |
|---|---|---|---|---|
| F. 209 | 2006-HSA1-Pooling and Servicing Agreement | | | |
| F. 210 | 2006-HSA1-Prospectus Supplement | | | |
| F. 211 | 2006-HSA2-Custodial Agreement | | | |
| F. 212 | 2006-HSA2-Financial Guaranty Insurance Policy(2) | | | |
| F. 213 | 2006-HSA2-Financial Guaranty Insurance Policy | | | |
| F. 214 | 2006-HSA2-Home Equity Loan Purchase Agreement | | | |
| F. 215 | 2006-HSA2-Indemnification Agreement | | | |
| F. 216 | 2006-HSA2-Indenture | | | |
| F. 217 | 2006-HSA2-Insurance and Indemnity Agreement | | | |
| F. 218 | 2006-HSA2-Prospectus Supplement | | | |
| F. 219 | 2006-HSA2-Servicing Agreement | | | |
| F. 220 | 2007-EMX1-Assignment & Assumption Agreement | | | |
| F. 221 | 2007-EMX1-Custodial Agreement | | | |
| F. 222 | 2007-EMX1-Prospectus Supplement | | | |
| F. 223 | 2007-EMX1-Financial Guaranty Insurance Policy | | | |
| F. 224 | 2007-EMX1-Insurance & Indemnity Agreement | | | |
| F. 225 | 2007-EMX1-Pooling and Servicing Agreement | | | |
| F. 226 | 2007-HE2- Financial Guaranty Insurance Policy | | | |
| F. 227 | 2007-HE2- Prospectus Supplement | | | |
| F. 228 | 2007-HE2-Appendix A to the Indenture | | | |
| F. 229 | 2007-HE2-Custodial Agreement | | | |
| F. 230 | 2007-HE2-Indenture | | | |
| F. 231 | 2007-HE2-Insurance and Indemnity Agreement | | | |
| F. 232 | 2007-HE2-Mortgage Loan Purchase Agreement | | | |
| F. 233 | 2007-HE2-Servicing Agreement | | | |
| F. 234 | 2007-HI1-Custodial Agreement | | | |
| F. 235 | 2007-HI1-Prospectus Supplement | | | |
| F. 236 | 2007-HI1-Financial Guaranty Insurance Policy | | | |
| F. 237 | 2007-HI1-Home Loan Purchase Agreement | | | |
| F. 238 | 2007-HI1-Indenture | | | |
| F. 239 | 2007-HI1-Insurance and Indemnity Agreement | | | |
| F. 240 | 2007-HI1-Servicing Agreement | | | |
| F. 241 | E-mail chain from G. Lee to K. Chopra, M. Renzi, W. Nolan cc  J. Levitt, L. Nashelsky, F. Szymik and L. Park, dated April 24, 2012 | RC-9019_00062398-400 | 9019-20 | |
| F. 242 | E-mail chain from Jamie A. Levitt to Timothy Devine, Gary S. Lee, et al, cc William B. Solomon, dated May 9, 2012 - May 10, 2012 re RMBS Stipulated Claim | RC-9019_00049486-491 | 9019-15 | |

## FGIC's Exhibit List

FGIC reserves all rights to rely upon and incorporates by reference any exhibit lists filed by any party.

| FGIC Hr'g Ex. # | Document Description | Bates Number(s) | Dep Ex. # | FGIC Obj. A. # |
|---|---|---|---|---|
| F. 243 | E-mail chain from Talcott J. Franklin to Timothy Devine, dated May 13, 2012, re great news and very important note | ALLY_0144252-253 | 9019-155 | |
| F. 244 | Notice of telephonic meeting of the ResCap Audit Committee on May 1, 2012, to J. Ilany, J. Mack, T. Smith, P. West, cc S. Abreu, T. Marano, et al, dated April 27, 2012 | RC40022273-367 | 9019-139 | |
| F. 245 | SEC Form 10-Q for Ally Financial Inc. for the quarterly period ended March 31, 2012 | | 9019-38 | |