Cadwalader, Wickersham & Taft LLP
Gregory M. Petrick
Jonathan M. Hoff
Ingrid Bagby
Jason Jurgens

One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

-and-

Mark C. Ellenberg
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

*Counsel for MBIA Insurance Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
In re:                                                  : Chapter 11
                                                        :
RESIDENTIAL CAPITAL, LLC, et al.,                       :
                                                        :
                                                        : Case No. 12-12020 (MG)
Debtors.                                                :
                                                        : Jointly Administered
                                                        :
------------------------------------------------------- x

**MBIA INSURANCE CORPORATION'S PRETRIAL SUBMISSIONS PURSUANT TO
FED. R. CIV P. 26(a)(3)**

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Fifth Revised Joint Omnibus Scheduling Order And Provisions For Other Relief Regarding Debtors' Motion Pursuant To Fed. R. Bankr. P. 9019 For Approval Of RMBS Trust Settlement Agreements [Docket No. 3306], MBIA Insurance Corporation ("**MBIA**"), a creditor of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby files this Pretrial Submission disclosing MBIA's (1) adverse witness list, attached hereto as Exhibit A; (2) designation of deposition testimony, attached hereto as Exhibit B and (3) exhibit list, attached hereto as Exhibit C, in connection with the hearing of *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* [Docket No. 320]; the *Debtors' Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* [Docket No. 1176]; or the *Debtors' Second Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* [Docket No. 1887] (as supplemented, the "**9019 Motion**") [Dkt. Nos. 320, 1176, 1887] for approval of the proposed RMBS Trust Settlement Agreements (the "**RMBS Settlement**" or "**Settlement**").

MBIA hereby identifies the adverse witnesses from whom MBIA may seek testimony at the hearing on the 9019 Motion. (Ex. A). By doing so, MBIA reserves the right to call live, by video, or by deposition any witness on Exhibit A, or any of the Debtors' or other parties' witness lists (including expert witnesses). MBIA reserves the right to supplement or modify this list based on circumstances that may develop prior to the commencement of the hearing on the 9019 Motion, including, but not limited to, MBIA's receipt and review of the Debtors' direct testimony submissions, exhibit lists and deposition designations. By designating any witness, MBIA does not intend to waive its right to object to the Debtors' calling such witness for any purpose, and expressly reserves the right to object to the admissibility of any

testimony offered by such witness, including direct testimony that the Debtors may offer from such witness.

MBIA hereby designates the deposition testimony it may seek to introduce as evidence at the hearing on the 9019 Motion. (Ex. B). MBIA's deposition designations include all exhibits that are referenced in the specified pages and lines, whether or not such exhibits are separately identified. MBIA reserves the right to use any deposition testimony, whether designated or not, for purposes of cross-examination. MBIA reserves the right to supplement or modify Exhibit B based on circumstances that may develop prior to the commencement of the hearing, including, but not limited to, MBIA's receipt of the Debtors' direct testimony submission, exhibit lists and deposition designations. MBIA also reserves the right to call the deponents whose deposition testimony is being designated as witnesses for testimony in response to any of the Debtors' or other parties' designations, or for any other reason. MBIA further reserves the right to use any of the Debtors' or any other parties' deposition designations for any purpose. MBIA has designated certain deposition testimony that is the subject of, or related to, certain motions *in limine*. Any and all such designations are made without prejudice to such motions, and are not concessions that the testimony should be admissible. MBIA hereby reserves the right to modify its designations after resolution of the pending motions *in limine*.

MBIA hereby identifies the exhibits that it may seek to introduce as evidence at the hearing on the 9019 Motion. (Ex. C). MBIA reserves the right to supplement or modify Exhibit C based on circumstances that may develop prior to the commencement of the 9019 hearing, including, but not limited to, MBIA's receipt of the Debtors' direct testimony submissions, the Debtors' exhibit lists and the Debtors' deposition designations. MBIA further reserves the right to introduce any exhibit identified on the Debtors' or any other parties' exhibit

list. MBIA also reserves the right to supplement to otherwise modify its exhibit list based on the Court's ruling on any pending motion *in limine*, or other court ruling or order entered in this matter.

Nothing contained in MBIA's Pretrial Submissions shall be deemed a waiver of MBIA's right to object to the admissibility of any testimony, document or other evidence at the hearing on the 9019 Motion.

Dated: New York, New York
May 15, 2013

                Respectfully submitted,

                CADWALADER, WICKERSHAM & TAFT LLP

                /s/    Jonathan M. Hoff
                Gregory M. Petrick
                Jonathan M. Hoff
                Ingrid Bagby
                Jason Jurgens

                One World Financial Center
                New York, New York  10281
                Telephone: (212) 504-6000
                Facsimile: (212) 504-6666

                -and-

                Mark C. Ellenberg
                CADWALADER, WICKERSHAM & TAFT LLP
                700 Sixth Street, N.W.
                Washington, DC  20001
                Telephone: (202) 862-2200
                Facsimile: (202) 862-2400

                *Counsel for MBIA Insurance Corporation*

3

# EXHIBITS

**Exhibit A** – List Of Adverse Witnesses From Whom MBIA May Seek Testimony At The Hearing On The 9019 Motion

**Exhibit B** – Designations Of Deposition Testimony That MBIA May Introduce As Evidence At The Hearing On The 9019 Motion

**Exhibit C** – List Of Exhibits MBIA Expects to Offer Or May Offer As Evidence At The Hearing On The 9019 Motion