# EXHIBIT B

## EXHIBIT B

**Designations Of Deposition Testimony MBIA May Introduce As Evidence At The Hearing On The 9019 Motion**

| Deposition Witness | MBIA Designation |
|---|---|
| **Jeffrey Cancelliere** | 18:16-20:7 |
| | 20:12-20:21 |
| | 21:15-21:21 |
| | 22:11-24:20 |
| | 25:15-26:18 |
| | 27:2-27:17 |
| | 29:25-30:5 |
| | 30:12-30:18 |
| | 30:22-31:10 |
| | 32:8-33:4 |
| | 35:24-38:15 |
| | 40:14-41:6 |
| | 41:10-41:20 |
| | 42:12-42:22 |
| | 43:8-43:19 |
| | 43:23-44:4 |
| | 44:15-44:22 |
| | 45:8-45:18 |
| | 46:13-47:12 |
| | 47:16-48:6 |
| | 49:23-50:4 |
| | 59:17-60:2 |
| | 64:5-64:20 |
| | 64:23-65:4 |
| | 65:7-65:15 |
| | 65:20-66:20 |
| | 66:24-67:3 |
| | 68:18-68:23 |
| | 69:4-70:13 |
| | 70:18-71:10 |
| | 71:23-73:2 |
| | 73:17-74:3 |
| | 74:6-74:16 |
| | 76:14-76:18 |
| | 76:20 |
| | 77:15-78:15 |
| | 81:24-83:3 |
| | 91:6-91:22 |
| | 92:17-92:25 |
| | 98:25-99:11 |

| | |
|---|---|
| | 99:20-99:25 |
| | 105:3-106:4 |
| | 107:22-108:9 |
| | 108:13-109:7 |
| | 110:5-110:25 |
| | 112:16-112:17 |
| | 112:20-114:3 |
| | 114:6-115:14 |
| | 115:22-116:3 |
| | 116:6-116:13 |
| | 116:24-117:3 |
| | 118:2-118:13 |
| | 118:16-118:18 |
| | 119:12-119:22 |
| | 126:14-127:6 |
| | 129:22-130:15 |
| | 133:11-133:19 |
| | 134:6-134:16 |
| | 135:13-135:25 |
| | 136:16-136:23 |
| | 139:24-140:9 |
| | 140:13-140:16 |
| | 140:21-141:14 |
| | 141:23-142:9 |
| | 145:21-146:7 |
| | 146:8-147:25 |
| | 148:2-148:9 |
| | 148:19-149:24 |
| | 151:7-152:4 |
| | 153:25-154:13 |
| | 160:14-160:21 |
| | 161:2-163:5 |
| | 164:6-165:14 |
| | 166:18-167:11 |
| | 170:19-172:14 |
| | 178:17-180:24 |
| | 181:5-181:7 |
| | 182:2-183:10 |
| | 183:21-186:9 |
| | 189:8-190:2 |
| | 193:14-193:22 |
| | 194:6-196:15 |
| | 196:18-197:25 |
| | 198:7-198:22 |
| | 199:9-199:15 |

| | |
|---|---|
| | 205:17-205:21 |
| | 205:24-206:19 |
| | 207:6-208:10 |
| | 208:14-208:19 |
| **Timothy Devine** | 13:9-14:3 |
| | 14:6-14:9 |
| | 14:15-15:2 |
| | 15:8-15:10 |
| | 15:12-15:20 |
| | 16:5-16:9 |
| | 16:14-16:16 |
| | 18:17-18:24 |
| | 19:5-19:7 |
| | 19:21-20:13 |
| | 20:23-21:6 |
| | 21:17-22:4 |
| | 23:10-23:12 |
| | 23:14-23:16 |
| | 23:25-24:5 |
| | 24:19-24:24 |
| | 25:2-25:6 |
| | 25:8-25:23 |
| | 26:4-26:16 |
| | 27:2-27:9 |
| | 27:13-27:14 |
| | 28:11-28:15 |
| | 29:21-30:5 |
| | 31:10-31:16 |
| | 31:18 |
| | 32:3-32:15 |
| | 33:13-34:3 |
| | 34:7-34:8 |
| | 34:10-34:19 |
| | 35:9-35:13 |
| | 36:18-37:7 |
| | 37:10-37:18 |
| | 38:9-38:19 |
| | 38:21-39:7 |
| | 39:10-39:16 |
| | 40:18-41:25 |
| | 43:10-43:15 |
| | 43:17-43:24 |
| | 45:4-45:16 |
| | 45:20-45:23 |
| | 46:7-46:22 |

| | |
|---|---|
| | 47:6-47:16 |
| | 50:12-50:19 |
| | 51:8-51:21 |
| | 52:8-52:17 |
| | 53:6-54:4 |
| | 54:7-55:2 |
| | 55:11-55:18 |
| | 55:20-57:10 |
| | 58:7-58:10 |
| | 58:13-58:15 |
| | 58:25-59:6 |
| | 59:18-59:25 |
| | 60:8-60:13 |
| | 61:11-61:15 |
| | 61:20-61:24 |
| | 62:11-63:5 |
| | 64:8-64:11 |
| | 64:13-66:24 |
| | 67:10-68:14 |
| | 68:18-68:19 |
| | 68:23-69:14 |
| | 70:3-70:10 |
| | 70:16-71:10 |
| | 71:15-72:7 |
| | 72:18-72:21 |
| | 74:22-75:13 |
| | 75:20-76:24 |
| | 77:2 |
| | 77:4-77:22 |
| | 77:24-78:3 |
| | 79:3-79:9 |
| | 81:10-81:25 |
| | 82:7-82:11 |
| | 82:13-82:25 |
| | 83:12-84:21 |
| | 84:24-86:7 |
| | 86:21-87:3 |
| | 87:12-88:3 |
| | 88:8-89:8 |
| | 89:10-89:16 |
| | 89:18-90:11 |
| | 90:14-91:8 |
| | 91:10-91:22 |
| | 92:2-92:13 |
| | 92:22-92:25 |

| | |
|---|---|
| | 93:3-93:21 |
| | 96:8-96:14 |
| | 96:18-97:22 |
| | 97:23-98:3 |
| | 98:5-99:2 |
| | 101:14-102:2 |
| | 102:6-103:4 |
| | 103:22-104:3 |
| | 104:6-104:7 |
| | 104:11-104:16 |
| | 104:21-105:5 |
| | 105:18-106:9 |
| | 107:9-108:4 |
| | 108:10-108:14 |
| | 108:24-109:6 |
| | 109:13-109:16 |
| | 109:22-110:19 |
| | 110:21-111:17 |
| | 111:20-112:7 |
| | 112:17-112:22 |
| | 113:3-113:6 |
| | 113:10-113:20 |
| | 113:24-114:4 |
| | 114:25-115:21 |
| | 116:16-117:2 |
| | 117:13-117:20 |
| | 117:24-118:24 |
| | 119:18-119:24 |
| | 120:22-121:6 |
| | 121:10-122:16 |
| | 122:22-123:7 |
| | 124:6-124:7 |
| | 124:9-124:17 |
| | 124:20-124:21 |
| | 124:25-125:13 |
| | 126:12-126:13 |
| | 126:16-126:24 |
| | 126:25-127:8 |
| | 127:10-128:6 |
| | 128:8-129:5 |
| | 129:12-129:17 |
| | 129:19-131:6 |
| | 132:8-132:23 |
| | 133:16-134:5 |
| | 134:7-134:20 |

| | |
|---|---|
| | 135:2-137:6 |
| | 137:8-137:15 |
| | 137:18-137:19 |
| | 137:21138:4 |
| | 139:25-140:6 |
| | 140:14-141:3 |
| | 141:11-142:6 |
| | 142:21-143:22 |
| | 144:17-144:24 |
| | 145:4-145:19 |
| | 147:10-147:13 |
| | 147:16-147:18 |
| | 150:4-151:2 |
| | 151:6-151:8 |
| | 151:11-151:15 |
| | 151:19-151:23 |
| | 154:23-155:23 |
| | 156:6-157:24 |
| | 159:9-160:23 |
| | 161:10-162:21 |
| | 162:22-164:13 |
| | 164:16-165:15 |
| | 166:21-167:3 |
| | 168:18-169:8 |
| | 169:15-169:21 |
| | 170:9-170:13 |
| | 171:10-176:25 |
| | 177:23-178:5 |
| | 182:15-183:17 |
| | 183:18-184:17 |
| | 184:25-185:6 |
| | 185:10-186:6 |
| | 186:10-187:4 |
| | 187:6-187:12 |
| | 187:16-188:12 |
| | 189:2-189:19 |
| | 190:25-191:3 |
| | 191:5 |
| | 196:5-196:22 |
| | 196:24-197:19 |
| | 198:12-198:18 |
| | 198:23-200:13 |
| | 200:17-201:19 |
| | 201:23-201:25 |
| | 204:6-204:9 |

| | |
|---|---|
| | 204:12-205:17 |
| | 205:21-206:3 |
| | 207:18-207:25 |
| | 210:14-210:19 |
| | 211:5-212:7 |
| | 212:8-215:15 |
| | 215:19-217:2 |
| | 217:22-219:24 |
| | 220:18-220:25 |
| | 221:5-221:25 |
| | 222:24-223:3 |
| | 223:18-223:20 |
| | 225:2-225:6 |
| | 225:14-225:21 |
| | 226:4-226:17 |
| | 226:22-227:3 |
| | 229:2-230:6 |
| | 231:11-231:15 |
| | 231:19-232:13 |
| | 233:2-233:16 |
| | 233:20-234:4 |
| | 235:12-235:14 |
| | 235:17-236:2 |
| | 238:22-239:11 |
| | 239:19-243:2 |
| | 243:4-243:17 |
| | 243:25-244:7 |
| | 245:3-245:13 |
| | 245:17-246:18 |
| | 246:22-248:9 |
| | 248:12-249:9 |
| | 249:23-250:20 |
| | 250:22-251:4 |
| | 251:10-253:6 |
| | 253:18-254:8 |
| | 254:12-254:23 |
| | 254:24-257:19 |
| | 260:13-260:25 |
| | 261:7-261:20 |
| | 262:12-262:21 |
| | 264:17-264:20 |
| | 264:22-264:23 |
| | 265:2-265:5 |
| | 265:9-265:25 |
| | 268:20-269:19 |

| | |
|---|---|
| | 269:20-270:11 |
| | 270:23-273:22 |
| | 274:3-274:4 |
| | 275:9-276:2 |
| | 276:12-277:12 |
| | 277:16-277:18 |
| | 278:6-278:23 |
| | 279:10-282:16 |
| | 282:18-283:21 |
| | 284:16-285:17 |
| | 286:15-286:20 |
| | 286:22-287:20 |
| | 288:19-289:4 |
| | 289:8-289:24 |
| | 290:9-290:17 |
| | 290:20-291:6 |
| | 291:10-291:23 |
| | 292:5-292:8 |
| | 292:17-292:22 |
| | 293:3-293:11 |
| | 298:2-298:9 |
| | 298:18-298:22 |
| | 304:24-305:16 |
| | 305:20-305:25 |
| | 306:10-306:12 |
| | 306:14-307:6 |
| | 307:22-308:25 |
| | 310:11-310:21 |
| | 311:4-312:5 |
| | 312:7-313:6 |
| | 313:7-314:14 |
| | 317:12-317:19 |
| | 317:21-318:7 |
| | 318:10-318:20 |
| | 318:24-319:15 |
| | 319:17-319:25 |
| | 320:3-320:4 |
| | 322:19-323:4 |
| | 323:8-323:11 |
| | 323:21-324:5 |
| | 324:8-324:12 |
| | 324:16-324:17 |
| | 325:2-325:15 |
| | 326:4-326:23 |
| | 329:7-330:16 |

| | |
|---|---|
| | 331:5-331:11 |
| | 331:18-331:19 |
| | 332:16-334:24 |
| | 335:2-335:5 |
| | 335:9-335:11 |
| | 335:17-338:19 |
| | 342:20-342:23 |
| | 344:9-345:20 |
| | 346:5-346:8 |
| | 348:3-348:11 |
| | 349:4-350:19 |
| | 350:21-351:4 |
| | 351:6-352:24 |
| | 357:15-357:18 |
| | 357:20-357:21 |
| | 358:17-359:16 |
| | 359:19-361:3 |
| | 361:16-361:19 |
| | 361:22-362:16 |
| | 363:12-369:16 |
| | 369:19-370:24 |
| | 372:2-372:7 |
| | 372:19-372:25 |
| | 373:5-373:23 |
| | |
| **Tammy Hamzephour** | 15:19-16:17 |
| | 19:16-19:23 |
| | 20-19-21:5 |
| | 25:2-28:7 |
| | 28:8-28:20 |
| | 28:21-28:22 |
| | 29:3-29:17 |
| | 29:22-32:19 |
| | 32:23-40:7 |
| | 40:10-40:16 |
| | 40:18-41:3 |
| | 41:12-41:25 |
| | 45:13-47:20 |
| | 48:9-48:15 |
| | 48:24-50:22 |
| | 50:25-51:4 |
| | 53:8-55:24 |
| | 56:11-58:11 |
| | 58:21-60:9 |
| | 60:14-66:24 |

| | |
|---|---|
| | 67:3-69:21 |
| | 70:7-72:8 |
| | 72:17-74:14 |
| | 74:14-76:23 |
| | 77:2-79:10 |
| | 79:18-79:23 |
| | 79:23-80:9 |
| | 80:13-80:15 |
| | 80:23-81:15 |
| | 81:17-81:24 |
| | 82:18-82:22 |
| | 83:2-83:8 |
| | 83:10-84:16 |
| | 84:18-86:14 |
| | 86:17-87:19 |
| | 87:22-90:4 |
| | 90:17-90:23 |
| | 91:15-93:7 |
| | 93:17-93:23 |
| | 94:7-94:21 |
| | 94:22-94:24 |
| | 95:13-96:2 |
| | 96:16-96:19 |
| | 97:7-98:2 |
| | 98:17-99:20 |
| | 99:25-100:24 |
| | 109:7-109:23 |
| | 110:3-110:17 |
| | 111:11-112:25 |
| | 113:3-114:10 |
| | 114:11-115:3 |
| | 115:17-117:23 |
| | 118:17-119:19 |
| | 121:11-121:21 |
| | 122:2-122:16 |
| | |
| **John Mack** | 18:4-18:11 |
| | 34:20-35:8 |
| | 35:12-16 |
| | 35:21-36:13 |
| | 36:16 |
| | 37:3-37:5 |
| | 37:7-37:10 |
| | 37:13 |
| | 39:5-39:13 |

| | |
|---|---|
| | 39:19-39:20 |
| | 41:9-41:16 |
| | 41:22-43:4 |
| | 43:7 |
| | 43:19-44:7 |
| | 44:11-44:20 |
| | 45:10-45:16 |
| | 47:2-47:6 |
| | 47:10-47:12 |
| | 48:10-49:3 |
| | 49:25-50:13 |
| | 51:11-52:12 |
| | 53:2-53:5 |
| | 53:7 |
| | 53:19-53:23 |
| | 55:18-55:20 |
| | 55:24-56:5 |
| | 57:2-57:6 |
| | 57:8-57:14 |
| | 57:25-58:5 |
| | 58:9-58:10 |
| | 59:13-59:21 |
| | 59:23-60:8 |
| | 60:18-60:19 |
| | 61:10-61:14 |
| | 61:20-61:23 |
| | 61:25-62:4 |
| | 62:9-62:10 |
| | 62:17-62:21 |
| | 62:24-63:3 |
| | 63:6-63:7 |
| | 65:8-65:11 |
| | 65:14-65:18 |
| | 65:21-65:24 |
| | 66:9-66:11 |
| | 66:14-66:16 |
| | 66:19-67:2 |
| | 67:6-67:13 |
| | 67:15-68:2 |
| | 68:6-68:22 |
| | 69:2 |
| | 69:14-69:21 |
| | 69:23-69:25 |
| | 70:4-70:10 |
| | 74:22-75:3 |

| | |
|---|---|
| | 75:7-75:11 |
| | 75:25-76:5 |
| | 76:9-76:10 |
| | 78:6-78:14 |
| | 78:19-78:23 |
| | 79:4-79:7 |
| | 80:15-80:19 |
| | 81:8-81:20 |
| | 81:23-82:3 |
| | 82:10-82:19 |
| | 83:3-83:6 |
| | 83:9-83:25 |
| | 84:5-85:5 |
| | 86:21-86:24 |
| | 87:7-87:24 |
| | 88:5-89:6 |
| | 89:10-89:12 |
| | 91:8-91:12 |
| | 91:17-91:19 |
| | 92:21-92:24 |
| | 93:3-93:4 |
| | 93:22-94:4 |
| | 94:14-95:5 |
| | 95:25-97:8 |
| | 97:12-97:18 |
| | 98:23-99:2 |
| | 99:5-101:6 |
| | 101:17-102:7 |
| | 102:14-103:24 |
| | 104:17-105:5 |
| | 106:5-106:8 |
| | 106:11-15 |
| | 106:18 |
| | 108:12-108:19 |
| | 108:22-109:24 |
| | 108:25-109:11 |
| | 109:21-110:6 |
| | 110:21-112:11 |
| | 112:14-112:25 |
| | 113:9 |
| | 113:12-113:13 |
| | 113:16-115:3 |
| | 115:6-115:15 |
| | 115:21-116:12 |
| | 120:17-121:4 |

| | |
|---|---|
| | 130:14-130:16 |
| | 130:18-131:16 |
| | 131:19-131:24 |
| | 132:13-132:25 |
| | 133:6-133:21 |
| | 133:24-134:18 |
| | 138:3-138:6 |
| | 138:9-138:14 |
| | 138:20-138:22 |
| | 138:25-139:12 |
| | 139:17-139:20 |
| | 144:6-144:12 |
| | 144:15-144:21 |
| | 144:24-145:5 |
| | 145:8-145:17 |
| | 146:4-146:12 |
| | 153:16-155:25 |
| | 156:8-156:16 |
| | 158:14-158:19 |
| | 158:22-159:4 |
| | 166:18-167:11 |
| | 167:14-167:21 |
| | 167:24-168:10 |
| | 168:14-168:16 |
| | |
| **Thomas Marano** | 16:19-18:21 |
| | 19:5-19:22 |
| | 21:23-22:2 |
| | 22:17-22:23 |
| | 23:11-23:15 |
| | 24:5-24:24 |
| | 25:10-25:21 |
| | 30:3-30:6 |
| | 30:14-30:15 |
| | 30:19-31:5 |
| | 37:3-38:12 |
| | 41:3-41:11 |
| | 46:11-47:2 |
| | 64:25-65:15 |
| | 66:12-67:12 |
| | 69:5-69:18 |
| | 72:12-72:15 |
| | 72:19 |
| | 74:2-75:15 |
| | 77:7-77:10 |

| | |
|---|---|
| | 77:14-77:22 |
| | 79:2-79:11 |
| | 79:14-79:20 |
| | 81:5-81:10 |
| | 81:20-85:5 |
| | 85:12-85:13 |
| | 85:16-85:19 |
| | 86:5-86:8 |
| | 87:23-88:7 |
| | 88:12-88:22 |
| | 91:2-92:10 |
| | 93:10-94:23 |
| | 95:3-95:6 |
| | 95:12-97:17 |
| | 98:5-98:10 |
| | 99:24-100:16 |
| | 100:24-101:8 |
| | 101:14-101:23 |
| | 104:7-104:10 |
| | 105:2—105:5 |
| | 105:19-107:5 |
| | 107:24-108:11 |
| | 108:14-108:19 |
| | 108:25-109:6 |
| | 112:20-113:15 |
| | 115:8-115:11 |
| | 115:17-117:5 |
| | 117:8-118:3 |
| | 118:6-118:9 |
| | 119:18-119:21 |
| | 122:4-122:15 |
| | 122:20-123:17 |
| | 124:10-125:22 |
| | 126:24-127:7 |
| | 127:16-128:11 |
| | 128:13-129:8 |
| | 129:12-129:13 |
| | 130:9-130:20 |
| | 132:5-136:9 |
| | 136:12-136:20 |
| | 139:25-140:4 |
| | 140:6-140:9 |
| | 140:13-140:20 |
| | 141:17-142:6 |

| | |
|---|---|
| | 142:19-143:12 |
| | 143:15 |
| | 146:12-15 |
| | 146:18-146:25 |
| | 147:7-147:11 |
| | 147:23-148:2 |
| | 148:10-148:18 |
| | 149:7-149:15 |
| | 149:18 |
| | 149:21-150:2 |
| | 150:15-150:20 |
| | 150:23-150:24 |
| | 150:25-151:6 |
| | 151:8-152:2 |
| | 152:4-152:11 |
| | 152:13-152:23 |
| | 152:25-153:17 |
| | 156:7-156:11 |
| | 156:14-156:23 |
| | 157:3-157:10 |
| | 157:14-158:10 |
| | 158:23-159:9 |
| | 159:11-160:5 |
| | 162:8-162:13 |
| | 162:18-162:20 |
| | 163:15-164:9 |
| | 164:16-165:9 |
| | 165:15-166:19 |
| | 167:10-168:6 |
| | 168:11-16 |
| | 169:6-169:7 |
| | 169:14-169:19 |
| | 171:8-173:8 |
| | 174:12-174:14 |
| | 175:9-175:24 |
| | 176:6-176:12 |
| | 178:8-178:12 |
| | 178:15-178:23 |
| | 179:4-179:9 |

| | |
|---|---|
| | 179:13-179:14 |
| | 179:17-179:24 |
| | 180:15-181:16 |
| | 181:22-182:23 |
| | 186:12-186:23 |
| | 187:2-187:7 |
| | 189:6-189:16 |
| | 189:21-190:8 |
| | 191:5-191:12 |
| | 191:17-192:7 |
| | 192:19-193:8 |
| | 193:12-193:23 |
| | 194:2-194:7 |
| | 196:12-197:24 |
| | 198:3-198:17 |
| | 198:21-198:22 |
| | 199:4-199:12 |
| | 199:23-200:4 |
| | 200:7-201:3 |
| | 201:5-201:14 |
| | 201:17-201:23 |
| | 205:8-207:18 |
| | 207:23-208:4 |
| | 208:7-209:19 |
| | 210:7-210:11 |
| | 210:16-211:5 |
| | 211:9-212:25 |
| | 213:3 |
| | 215:5-215:14 |
| | 215:22-216:15 |
| | 232:7-232:21 |
| | 232:25-233:6 |
| | 233:10-233:25 |
| | 234:13-234:16 |
| | 235:9-235:24 |
| | 238:25-239:21 |
| | 240:12-240:16 |
| | 240:20-241:9 |
| | 241:12-242:9 |

| | |
|---|---|
| | 242:14-242:18 |
| | 244:5-244:14 |
| | 244:20-246:2 |
| | 246:6-248:9 |
| | 248:12-248:16 |
| | 248:18-249:6 |
| | 249:8-249:20 |
| | 250:8-250:16 |
| | 250:20-251:10 |
| | 251:13-252:17 |
| | 253:4-253:20 |
| | 255:19-255:20 |
| | 255:25-256:8 |
| | 256:13-256:14 |
| | |
| **Mark Renzi** | 17:17-17:24 |
| | 19:9-19:22 |
| | 21:12-21:15 |
| | 21:24-23:16 |
| | 25:5-25:8 |
| | 25:11-25:13 |
| | 25:19-26:12 |
| | 27:8-27:20 |
| | 27:23-28:4 |
| | 28:5-29:22 |
| | 30:2-30:22 |
| | 30:25-31:19 |
| | 32:8-34:19 |
| | 36:13-37:8 |
| | 37:16-37:21 |
| | 37:25-38:12 |
| | 38:15-40:6 |
| | 40:8-40:20 |
| | 40:22-41:12 |
| | 41:14-41:22 |
| | 41:24-42:19 |
| | 43:14-43:22 |
| | 43:24-45:6 |
| | 47:11-47:24 |

| | |
|---|---|
| | 49:2-49:22 |
| | 49:23-50:11 |
| | 50:16-51:17 |
| | 51:21-51:25 |
| | 52:8-52:9 |
| | 55:8-55:15 |
| | 56:6-58:17 |
| | 58:23-60:11 |
| | 61:2-61:22 |
| | 62:2-64:16 |
| | 64:17-65:7 |
| | 65:8-65:17 |
| | 66:18-67:11 |
| | 67:19-70:9 |
| | 70:20-71:12 |
| | 71:22-72:23 |
| | 72:24-73:3 |
| | 73:4-75:24 |
| | 79:21-80:16 |
| | 80:19-82:20 |
| | 82:23-83:5 |
| | 83:11-84:17 |
| | 85:4-85:22 |
| | 86:9-87:15 |
| | 87:19-89:23 |
| | 90:2-90:14 |
| | 91:5-91:18 |
| | 91:22-93:25 |
| | 94:13-96:6 |
| | 96:7-96:22 |
| | 97:2-97:11 |
| | 97:15-98:7 |
| | 98:18-98:20 |
| | 98:23-98:24 |
| | 99:15-99:22 |
| | 100:4-101:4 |
| | 101:5-101:7 |
| | 101:15-103:9 |
| | 103:13-104:19 |

| | |
|---|---|
| | 104:20-105:7 |
| | 107:13-109:16 |
| | 109:21-110:20 |
| | 110:25-111:14 |
| | 112:2-112:9 |
| | 112:12-112:14 |
| | 112:24-114:19 |
| | 114:24-115:15 |
| | 118:24-119:4 |
| | 119:6-119:7 |
| | 119:12-120:6 |
| | 120:10-120:11 |
| | 120:14-124:17 |
| | 124:19-125:6 |
| | 125:8-125:15 |
| | 125:22-126:17 |
| | 133:2-133:10 |
| | 133:14-134:6 |
| | 134:15-135:2 |
| | 135:14-135:17 |
| | 135:20-136:19 |
| | 138:16-139:3 |
| | 139:5-139:18 |
| | 139:20-143:10 |
| | 144:24-146:2 |
| | 146:9-146:10 |
| | 146:21-147:4 |
| | 147:24-148:15 |
| | 148:16-150:7 |
| | 150:24-151:16 |
| | 151:19-152:11 |
| | 152:12-152:22 |
| | 154:6-155:12 |
| | 155:15-155:19 |
| | 155:20-157:10 |
| | 158:11-159:9 |
| | 159:13-159:18 |
| | 160:15-160:22 |
| | 161:3-161:16 |

| | |
|---|---|
| | 161:23-162:2 |
| | 163:7-163:13 |
| | 163:18-163:21 |
| | 163:22-164:4 |
| | 164:9 |
| | 164:11-164:24 |
| | 164:25-165:2 |
| | 165:8-165:12 |
| | 165:13-165:23 |
| | 165:24-166:17 |
| | 168:20-169:3 |
| | 169:7-169:11 |
| | 169:12-170:11 |
| | 170:15-170:23 |
| | 171:2-173:10 |
| | 174:4-175:7 |
| | 175:22-176:7 |
| | 178:15-178:21 |
| | 179:20-180:8 |
| | 180:25-181:22 |
| | 182:2-182:5 |
| | 182:8-182:10 |
| | 182:16-182:20 |
| | 182:25-183:13 |
| | 183:18-184:5 |
| | 184:15-184:21 |
| | 185:3-186:11 |
| | |
| **John Ruckdaschel** | 15:6-16:25 |
| | 20:14-21:2 |
| | 21:25-22:16 |
| | 24:20-25:7 |
| | 25:13-26:11 |
| | 29:2-30:14 |
| | 31:9-31:13 |
| | 31:19-31:24 |
| | 33:5-33:13 |
| | 33:19-33:23 |
| | 34:5-34:7 |

|  | 35:16-37:5 |
|  | 39:18-40:8 |
|  | 40:10-40:25 |
|  | 41:6-41:23 |
|  | 41:25-42:16 |
|  | 44:10-44:21 |
|  | 44:25-45:7 |
|  | 46:3-46:9 |
|  | 46:12-46:23 |
|  | 49:24-51:14 |
|  | 55:12-56:4 |
|  | 58:9-58:14 |
|  | 59:8-59:25 |
|  | 60:3-60:19 |
|  | 60:24-63:3 |
|  | 63:13-63:24 |
|  | 64:25-65:12 |
|  | 65:23-67:4 |
|  | 71:18-73:21 |
|  | 74:5-75:8 |
|  | 77:20-82:14 |
|  | 82:17-85:5 |
|  | 85:18-90:2 |
|  | 91:11-91:12 |
|  | 91:16-92:9 |
|  | 93:8-93:14 |
|  | 93:21-94:3 |
|  | 94:7-95:16 |
|  | 95:17-96:13 |
|  | 96:21-97:14 |
|  | 97:18-97:21 |
|  | 98:5-98:10 |
|  | 98:23-100:2 |
|  | 100:4-101:18 |
|  | 101:19-101:21 |
|  | 102:2-104:5 |
|  | 105:8-105:15 |
|  | 105:22-107:13 |
|  | 107:17-107:19 |

| | |
|---|---|
| | 107:22-108:8 |
| | 109:19-110:2 |
| | 110:10-110:20 |
| | 116:9-117:3 |
| | 120:12-121:18 |
| | 122:17-123:14 |
| | 123:17-125:4 |
| | 128:3-129:12 |
| | 130:13-132:16 |
| | 133:18-135:15 |
| | 136:16-136:21 |
| | 137:13-138:3 |
| | 141:8-141:23 |
| | 142:5-142:11 |
| | 142:12-143:22 |
| | 146:20-149:4 |
| | 151:20-155:15 |
| | 157:2-162:10 |
| | 162:12-162:14 |
| | 162:19-163:11 |
| | 163:21-166:24 |
| | 174:2-174:18 |
| | 174:21-175:11 |
| | 176:3-176:13 |
| | 176:17-178:19 |
| | 182:20-182:22 |
| | 186:20-187:24 |
| | |
| **James Whitlinger** | |
| | 15:5- 16:17 |
| | 24:11- 27:9 |
| | 28:11- 29:16 |
| | 36:7- 37:4 |
| | 43:5- 22:13 |
| | 46:14- 48:12 |
| | 58:8- 59:15 |
| | 64:25- 65:20 |
| | 68:4-18 |
| | 92:25- 96:20 |

|  | 104:4- 110:18 |
|---|---|
|  | 118:5- 119:5 |
|  | 119:17- 122:7 |
|  | 124:3- 125:2 |
|  | 134: 22- 137:24 |
|  | 146:22- 147:23 |
|  | 156:2-25 |
|  | 157:22-5 |
|  | 158:6-11 |
|  | 176:22- 177:14 |