**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re:** :
: Chapter 11
:
**RESIDENTIAL CAPITAL, LLC,** *et al.*, : Case No. 12-12020 (MG)
:
: (Jointly Administered)
**Debtors.** :
:
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK:
: SS
COUNTY OF NEW YORK:

      WENDY H. KANE, being duly sworn, deposes and says:

      1. I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281.

      2. On the 16th day of May 2013, I caused a true and correct copy of:

- MBIA Insurance Corporation's Pretrial Submissions Pursuant to Fed. R. Civ. P. 26(a)(3) [Docket No. 3745]

to be served upon the parties listed on the Special Service List and the General Service List, both dated as of May 1, 2013, by electronic mail service and upon the parties listed on the annexed Exhibit A by first class mail service.

                                            /s/ Wendy H. Kane
                                            Wendy H. Kane

Sworn to before me this
16th day of May, 2013

/s/ Anthony Moore
Notary Public

Anthony Guy Moore
Notary Public, State of New York
No. 01MO6231555
Qualified in New York County
Commission Expires Nov. 29, 2014

# **EXHIBIT A**

| | | |
|---|---|---|
| **Chadbourne & Parke LLP**<br>Attn Howard Seife & David M LeMay &<br>Robert J Gayda & Marc B Roitman<br>30 Rockefeller Plaza<br>New York, NY 10112 | **Citibank NA**<br>Attn Bobbie Theivakumaran<br>390 Greenwich St 6th Fl<br>New York, NY 10013 | **Deutsche Bank Trust Company Americas**<br>c/o Kelvin Vargas<br>25 De Forest Ave<br>Summit, NJ 07901 |
| **Fannie Mae**<br>Attn Peter McGonigle<br>1835 Market St Ste 2300<br>Philadelphia, PA 19103 | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 |
| **Internal Revenue Service**<br>Insolvency Section<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 | **Kelley Drye & Warren LLP**<br>James S Carr & Eric R Wilson<br>101 Park Ave<br>New York, NY 10178 | **Kirkland & Ellis**<br>Richard M Cieri<br>601 Lexington Ave<br>New York, NY 10022 |
| **Kirkland & Ellis LLP**<br>Attn Ray C Schrock & Stephen E Hessler<br>601 Lexington Ave<br>New York, NY 10022-4611 | **Kramer Levin Naftallis & Frankel LLP**<br>Kenneth H Eckstein, Thomas Moers Mayer<br>& Douglas H Mannal<br>1177 Avenue of the Americas<br>New York, NY 10036 | **Kurtzman Carson Consultants**<br>Alison M. Tearnen Schepper<br>2335 Alaska Ave<br>El Segundo, CA 90245 |
| **Milbank, Tweed, Hadley & McCloy LLP**<br>Gerard Uzzi<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | **Morrison & Foerster LLP**<br>Attn Tammy Hamzehpour<br>1290 Avenue of the Americas<br>New York, NY 10104 | **Morrison & Foerster LLP**<br>Larren M Nashelsky, Gary S Lee &<br>Lorenzo Marinuzzi<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| **Clifford Chance US LLP**<br>Jennifer DeMarco & Adam Lesman<br>31 West 52nd Street<br>New York, NY 10019 | **Office of the NY State Attorney General**<br>Nancy Lord & Enid M Stuart<br>The Capitol<br>12:00:00 AM<br>Albany, NY 12224-0341 | **Office of the US Attorney for the SDNY**<br>United States Attorney Preet Bharara<br>One St Andrews Plaza<br>12:00:00 AM<br>New York, NY 10007 |
| **Securities & Exchange Commission**<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 | **Securities & Exchange Commission NY Regional Office**<br>George S Canellos Regional Director<br>3 World Financial Center Ste 400<br>New York, NY 10281-1022 | **Wells Fargo Bank NA**<br>Attn Corp.e Trust Servs. - GMACM Home Equity Notes 2004 Variable Funding Trust<br>PO Box 98<br>Columbia, MD 21046 |
| **Skadden Arps Slate Meagher & Flom LLP**<br>Jonathan H. Hofer<br>Four Times Square<br>New York, NY 10036 | **Skadden Arps Slate Meagher & Flom LLP**<br>Ken Ziman<br>Four Times Square<br>New York, NY 10036 | **Skadden Arps Slate Meagher & Flom LLP**<br>Sarah M Ward<br>Four Times Square<br>New York, NY 10036 |
| **Skadden Arps Slate Meagher & Flom LLP**<br>Suzanne D T Lovett<br>Four Times Square<br>New York, NY 10036 | **The Bank of New York Mellon**<br>Asset-Backed Securities Group<br>101 Barclay St 4W<br>New York, NY 10286 | **U.S. Bank National Association**<br>Attn: George Rayzis<br>50 South 16 th Street<br>12:00:00 AM<br>Philadelphia, PA 19102 |

| | | |
|---|---|---|
| **US Trustee for the Southern District of NY**<br>Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto<br>33 Whitehall St 21st Fl, Region 2<br>New York, NY 10004 | **U.S. Department of Justice**<br>US Attorney General, Eric H. Holder, Jr.<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | **United States Attorney's Office for the Southern District of New York Civil Division**<br>Attn Joseph Cordaro<br>86 Chambers St 3rd Fl<br>New York, NY 10007 |
| **AIG Asset Management US LLC**<br>Attn Russell Lipman<br>80 Pine St, New York<br>NY 10038 | **Allstate Life Insurance Company**<br>Attn Peter A McElvain<br>3075 Sanders Rd Ste G5A<br>Northbrook, IL 60062 | **Attorney General of the State of New York**,<br>Eric T Schneiderman; Victoria L Safran<br>Nassau Regional Office<br>200 Old Country Rd Ste 240<br>Mineol, NY 11501 |
| **David P Stich Esq**<br>521 Fifth Ave 17th Fl<br>New York, NY 10175 | **Financial Guaranty Insurance Company**<br>Attn John Dubel<br>125 Park Ave<br>New York, NY 10017 | **IBM Corporation**<br>Attn Shawn Konig<br>1360 Rene Levesque W Ste 400<br>Montreal, QC H3G 2W6<br>CANADA |
| **Law Offices of Christopher Green**<br>Christopher E. Green<br>Two Union Square Suite 4285<br>601 Union Street,<br>Seattle WA 98101 | **MBIA Insurance Corporation**<br>Attn Mitchell Sonkin<br>113 King St,<br>Armonk, NY 10504 | **M&TCC**<br>1 M&T Plaza, 7th Floor<br>Buffalo, NY 14203 |
| **Rowen L Drenne as Representative for the Plaintiffs Brian Kessler et al**<br>3725 N Indiana<br>Kansas City, MO 64117 | **Secretary of State**<br>123 William St<br>New York, NY 10038-3804 | **Secretary of State, Division of Corporations**<br>99 Washington Ave Ste 600<br>One Commerce Plz<br>Albany, NY 12231-0001 |
| **Wilmington Trust NA**<br>Julie J Becker Vice President<br>50 South Sixth St Ste 1290<br>Minneapolis, MN 55402-1544 | **Counsel to Fedelina Roybal-DeAguero 2008 Trust**<br>42265 Little Lake Rd<br>Medocino, CA 94560 | |