CLEARY GOTTLIEB STEEN & HAMILTON LLP
Thomas J. Moloney (TJM-9775)
Sean A. O'Neal (SAO-4067)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Special Counsel for Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | |
|---|---|
| In re | CERTIFICATE OF SERVICE |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 Case No. |
| Debtors. | 12-12020 (MG) |
| | (Jointly Administered) |

------------------------------------------------------------X

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 15th day of May 2013, Wilmington Trust, National Association's Pretrial Submissions was served by First Class Mail upon:

> **Chadbourne & Parke LLP**
> Attn Howard Seife & David M LeMay
> & Robert J Gayda & Marc B Roitman
> 30 Rockefeller Plaza
> New York, NY 10112
>
> **Citibank NA**
> Attn Bobbie Theivakumaran
> 390 Greenwich St 6th Fl
> New York, NY 10013

**Clifford Chance**
Jennifer C. DeMarco & Adam Lesman
31 West 52nd Street
New York, NY 10019

**Fannie Mae**
Attn Peter McGonigle
1835 Market St Ste 2300
Philadelphia, PA 19103

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Internal Revenue Service**
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

**Internal Revenue Service**
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

**Kelley Drye & Warren LLP**
James S Carr & Eric R Wilson
101 Park Ave
New York, NY 10178

**Kirkland & Ellis**
Richard M Cieri
601 Lexington Ave
New York, NY 10022

**Kirkland & Ellis LLP**
Attn Ray C Schrock & Stephen E Hessler
601 Lexington Ave
New York, NY 10022-4611

**Kramer Levin Naftallis & Frankel LLP**
Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal
Jeffrey Trachtman
1177 Avenue of the Americas
New York, NY 10036

**Kurtzman Carson Consultants**
P Joe Morrow IV
2335 Alaska Ave
El Segundo, CA 90245

**Loeb & Loeb LLP**
Walter H. Curchack, Vadim J. Rubinstein
& Debra W. Minoff
345 Park Ave
New York, NY 10154

2

**Milbank, Tweed, Hadley & McCloy LLP**
Gerard Uzzi
1 Chase Manhattan Plaza
New York, NY 10005

**Morrison & Foerster LLP**
Attn Tammy Hamzehpour
1290 Avenue of the Americas
New York, NY 10104

**Morrison & Foerster LLP**
Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi &
Kayvan B. Sadeghi
1290 Avenue of the Americas
New York, NY 10104

**Office of the NY State Attorney General**
Nancy Lord & Enid M Stuart
The Capitol
Albany, NY 12224-0341

**Office of the US Attorney for the Southern District of NY**
United States Attorney Preet Bharara
One St Andrews Plaza
New York, NY 10007

**Securities & Exchange Commission**
Secretary of the Treasury
100 F St NE
Washington, DC 20549

**Securities & Exchange Commission NY Regional Office**
George S Canellos Regional Director
3 World Financial Center Ste 400
New York, NY 10281-1022

**The Bank of New York Mellon**
Asset-Backed Securities Group
101 Barclay St. 4W
New York, NY 10286

**U.S. Department of Justice**
US Attorney General, Eric H. Holder, Jr.
950 Pennsylvania Ave NW
Washington, DC 20530-0001

**United States Attorney's Office for the**
**Southern District of New York Civil Division**
Attn Joseph Cordaro
86 Chambers St 3rd Fl
New York, NY 10007

**US Trustee for the Southern District of NY**
Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto
33 Whitehall St 21st Fl, Region 2
New York, NY 10004

**Wells Fargo Bank NA**
Attn Corporate Trust Services - GMACM
Home Equity Notes 2004 Variable Funding Trust
PO Box 98
Columbia, MD 21046

On the 16th day of May 2013, Wilmington Trust, National Association's Pretrial Submissions was served by email upon:

hseife@chadbourne.com;dlemay@chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com; bobbie.theivakumaran@citi.com; maofiling@cgsh.com; tmoloney@cgsh.com; soneal@cgsh.com; jennifer.demarco@cliffordchance.com; adam.lesman@cliffordchance.com; peter_mcgonigle@fanniemae.com; kdwbankruptcydepartment@kelleydrye.com; richard.cieri@kirkland.com; ray.schrock@kirkland.com;richard.cieri@kirkland.com;stephen.hessler@kirkland.com;projectrodeo@kirkland.com;William.b.Solomon@ally.com;Timothy.Devine@ally.com;john.bellaver@ally.com; keckstein@kramerlevin.com;tmayer@kramerlevin.com;dmannal@kramerlevin.com; jtrachtman@kramerlevin.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com; rescapinfo@kccllc.com; wcurchack@loeb.com;vrubinstein@loeb.com;dminoff@loeb.com; guzzi@milbank.com; Tammy.Hamzehpour@gmacrescap.com;Jill.horner@gmacrescap.com; Colette.wahl@gmacrescap.com; Deanna.horst@gmacrescap.com; William.thompson@gmacrescap.com; William.tyson@gmacrescap.com; Eileen.oles@gmacrescap.com; Lauren.delehey@gmacrescap.com; Julie.busch@gmacrescap.com; Patty.Zellmann@ally.com; lnashelsky@mofo.com;glee@mofo.com;lmarinuzzi@mofo.com; Ksadeghi@mofo.com; enid.stuart@OAG.State.NY.US; joseph.cordaro@usdoj.gov; secbankruptcy@sec.gov; secbankruptcy@sec.gov;newyork@sec.gov; bankruptcynoticeschr@sec.gov; AskDOJ@usdoj.gov; joseph.cordaro@usdoj.gov; Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov; andrea.hartley@akerman.com susan.balaschak@akerman.com; dgolden@akingump.com; dzensky@akingump.com; aqureshi@akingump.com; rajohnson@akingump.com; ccarty@akingump.com; fhodara@akingump.com; bnkatty@aldine.k12.tx.us; ecfmail@aclawllp.com; ken.coleman@allenovery.com; john.kibler@allenovery.com; jeff.brown@gmacfs.com; william.b.solomon@ally.com; kit.weitnauer@alston.com; marty.bunin@alston.com;william.hao@alston.com; bill.macurda@alston.com john.stern@texasattorneygeneral.gov; harrisj12@michigan.gov; Schindlerwilliamss@ballardspahr.com; Sarah.Stout@BNYMellon.com; Jennifer.Provenzano@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com xrausloanops5@barclays.com; david.powlen@btlaw.com; bbeskanos@aol.com davids@blbglaw.com; jonathanu@blbglaw.com; matthewj@blbglaw.com jai@blbglaw.com; schaedle@blankrome.com; tarr@blankrome.com; root@blankrome.com

4

courtney.lowman@ally.com; jhaake@wbsvlaw.com; swissnergross@brownrudnick.com
gregory.petrick@cwt.com;ingrid.bagby@cwt.com; mark.ellenberg@cwt.com
dcaley@wongfleming.com; bankruptcy@clm.com;
jlaitman@cohenmilstein.com;clometti@cohenmilstein.com;meisenkraft@cohenmilstein.com;drehns@cohenmilstein.com;krehns@cohenmilstein.com;mwarner@coleschotz.com;echou@coleschotz.com; ra-li-ucts-bankrupt@state.pa.us; will.hoch@crowedunlevy.com;
mgallagher@curtis.com; macohen@curtis.com; sreisman@curtis.com; hryder@daypitney.com
jjtancredi@daypitney.com; jwcohen@daypitney.com;
glenn.siegel@dechert.com;hector.gonzalez@dechert.com;brian.greer@dechert.com;mauricio.espana@dechert.com; craig.druehl@dechert.com; rosa.mendez@db.com
Brendan.meyer@db.com; diem.home@gmail.com;
gcatalanello@duanemorris.com;jvincequerra@duanemorris.com;
catherine_lasher@fanniemae.com; broylesmk@rgcattys.com; tterrell@feinsuch.com
tterrell@feinsuch.com; ppascuzzi@ffwplaw.com; dearly@fdic.gov;
floressaucedopllc@gmail.com; tlallier@foleymansfield.com;
kenton_hambrick@freddiemac.com; deggert@freebornpeters.com; tfawkes@freebornpeters.com
jberkowitz@gibbonslaw.com; kgiannelli@gibbonslaw.com;
kpatrick@gibbsbruns.com;shumphries@gibbsbruns.com; kpatrick@gibbsbruns.com
theodore.w.tozer@hud.gov; gjarvis@gelaw.com;mpmorris@gelaw.com;delman@gelaw.com
brian@gmcnjlaw.com; ayala.hassell@hp.com; rnorton@hunton.com;rrich2@hunton.com;
floraoropeza@co.imperial.ca.us; bankruptcy2@ironmountain.com; ceblack@jonesday.com
cball@jonesday.com;rlwynne@jonesday.com;lemiller@jonesday.com; ceblack@jonesday.com
aglenn@kasowitz.com;mstein@kasowitz.com;dfliman@kasowitz.com;namamoo@kasowitz.com; eciolko@ktmc.com; dmoffa@ktmc.com; ecf@kaalaw.com; thadwilson@kslaw.com;
ajowers@kslaw.com; pferdinands@kslaw.com; mstrauss@kmllp.com; bwalker@kmllp.com
tklestadt@klestadt.com;jcorneau@klestadt.com; sdny@kmk-law.net; jleibowitz@kandfllp.com
dlibra@lapplibra.com; james.heaney@lawdeb.com; richard@rsaxlaw.com;
sheehan@txschoollaw.com; Dcaponnetto@leopoldassociates.com;
pmahony@leopoldassociates.com;austin.bankruptcy@publicans.com;
dallas.bankruptcy@publicans.com; houston_bankruptcy@lgbs.com; choward@lockelord.com
abehlmann@lowenstein.com; abehlmann@lowenstein.com;
metkin@lowenstein.com;ilevee@lowenstein.com;
metkin@lowenstein.com;ilevee@lowenstein.com; adoshi@magnozzikye.com;
susanp@taxcollector.com; kmarino@khmarino.com; jboyle@khmarino.com;
lgordon@mvbalaw.com; pmoak@McKoolSmith.com; mcarney@mckoolsmith.com
pmoak@McKoolSmith.com; mfriedman@meyner.com; sdnyecf@dor.mo.gov
jgarrity@morganlewis.com; mkraut@morganlewis.com; pfleming@morganlewis.com
mmorganroth@morganrothlaw.com; jmorganroth@morganrothlaw.com
lberkoff@moritthock.com; jmoldovan@morrisoncohen.com;bankruptcy@morrisoncohen.com;
rdakis@morrisoncohen.com; seth.goldman@mto.com; Thomas.walper@mto.com
cmomjian@attorneygeneral.gov; almeyers@sjgov.org;
dwdykhouse@pbwt.com;bguiney@pbwt.com; Paul_Papas@mylegalhelpusa.com
ebcalvo@pbfcm.com; brandon.johnson@pillsburylaw.com; jmcmurtr@placer.ca.gov
dflanigan@polsinelli.com;jnagi@polsinelli.com; igoldstein@proskauer.com

5

srutsky@proskauer.com;jzajac@proskauer.com;
danbrockett@quinnemanuel.com;daveburnett@quinnemanuel.com;jeremyandersen@quinnemanuel.com; jeremyandersen@quinnemanuel.com; ericwinston@quinnemanuel.com
susheelkirpalani@quinnemanuel.com;scottshelley@quinnemanuel.com
mrollin@rplaw.com; cwood@rgrdlaw.com; stevep@rgrdlaw.com;
rbrown@robertbrownlaw.com; romero@mromerolawfirm.com;
Ross.martin@ropesgray.com;keith.wofford@ropesgray.com; Ross.martin@ropesgray.com;
dsasser@siwpc.com; dhall@siwpc.com; jglucksman@scarincihollenbeck.com
bdk@schlamstone.com; bbressler@schnader.com;rbarkasy@schnader.com
eboden@schnader.com; adam.harris@srz.com; howard.godnick@srz.com
marguerite.gardiner@srz.com; michael.cutini@srz.com; bateman@sewkis.com;
christensen@sewkis.com; patel@sewkis.com; hooper@sewkis.com; josselson@sewkis.com
cohen@sewkis.com;das@sewkis.com; binder@sewkis.com; kotwick@sewkis.com;
alves@sewkis.com; joel@shafeldlaw.com; taconrad@sbwlawfirm.com
fsosnick@shearman.com;sfennessey@shearman.com; pdatta@hhstein.com
amuller@stinson.com; whazeltine@sha-llc.com; tal@talcottfranklin.com
derek@talcottfranklin.com; jmiller@tcfbank.com; jteitelbaum@tblawllp.com
AGBankNewYork@ag.tn.gov; robert.major@bnymellon.com
Adam.Parkin@tdsecurities.com; Christopher.stevens@tdsecurities.com;
kay.brock@co.travis.tx.us; mamta.scott@usbank.com; michelle.moeller@usbank.com
tanveer.ashraf@usbank.com; Glenn.Gillett@usdoj.gov; Mark.Flannagan@umb.com
james.byrnes@usbank.com; laura.moran@usbank.com;
mvaughan@wbsvlaw.com;dskeens@wbsvlaw.com; gary.holtzer@weil.com;
kelly.j.rentz@wellsfargo.com; Sharon.Squillario@wellsfargo.com;
mary.l.sohlberg@wellsfargo.com; kristi.garcia@wellsfargo.com;
accesslegalservices@gmail.com; cshore@whitecase.com; isilverbrand@whitecase.com;
dthatch@whitecase.com; mabrams@willkie.com; rchoi1@willkie.com; jhardy2@willkie.com
rmaney@wilmingtontrust.com; david.tillem@wilsonelser.com
dneier@winston.com; dneier@winston.com; cschreiber@winston.com
jlawlor@wmd-law.com; pdefilippo@wmd-law.com;sfitzgerald@wmd-law.com
gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com
gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com;
mlightner@cgsh.com; jopolsky@cgsh.com; rconza@cgsh.com; bcyr@cgsh.com;
cscott@cgsh.com

Dated:   New York, New York
         May 16, 2013

                                                             _____
                                                                    Richard V. Conza

6