UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Residential Capital LLC, et al., | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Rebecca Zarett, depose and state as follows:

I am over 18 years of age, and I am employed by Kirkland & Ellis, LLP, located at 601 Lexington Avenue, New York, NY 10022.

On May 14, 2013 I caused the following documents to be served via electronic mail and first class mail on the list attached hereto as **Exhibit A**:

- Ally Financial, Inc.'s Opposition to the Motion of the Official Committee of Unsecured Creditors to Preclude Timothy Devine From Testifying About Any of the Matters as to Which Discovery From Him has Been Blocked Based on a Claim of Privilege [Docket No. 3718]

- Declaration of Jonathan D. Janow in Support of Ally Financial, Inc.'s Opposition to the Motion of the Official Committee of Unsecured Creditors to Preclude Timothy Devine From Testifying About Any of the Matters as to Which Discovery From Him has Been Blocked Based on a Claim of Privilege [Docket No. 3719]

I declare, under penalty of perjury under the laws of the United States of America that, the above is true and correct.

Dated:  New York, New York
        May 17, 2013

Rebecca Zarett
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

State of New York        )
                         ) ss.
County of New York       )

Subscribed and sworn to before me on May 17, 2013.

Beth Friedman Lurie

BETH FRIEDMAN LURIE
NOTARY PUBLIC, State of New York
No. 4783035
Qualified in Nassau County
Commission Expires Sept. 30, 20___

K&E 20871167.1

# EXHIBIT A

In re Residential Capital, LLC.
Case No. 12-12020 (MG)

Monthly Service List

| NAME | POC NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | COUNTRY ZIP | PHONE | FAX | EMAIL | DESCRIPTION |
|------|----------|----------|----------|------|-------|-------------|-------|-----|-------|-------------|
| AIG Asset Management (US) LLC | Attn Russell Liechty | 80 Pine St | 28th Floor | New York | NY | 10017 | | | | Member of Official Committee of Unsecured Creditors |
| Ackerman Senterfitt LLP | Andrea B Hartley | One Southeast Third Ave | | Miami | FL | 33131 | 305.374.5600 | 305.374.5095 | | Counsel to EverBank |
| Ackerman Senterfitt LLP | Susan F Balaschak & Heath Knabb | 335 Madison Ave Ste 2600 | | New York | NY | 10017 | 212.583.3600 | 212.583.3685 | | Counsel to EverBank |
| Akin Gump Strauss Hauer & Feld LLP | Daniel H Golden & David M Zensky & Abid Qureshi | One Bryant Park | | New York | NY | 10036 | 212.872.1000 | 212.872.1002 | | Special Counsel to UMB Bank, N.A., as successor indenture trustee under the Junior Secured Notes Indenture, dated as of June 6, 2008 |
| Akin Gump Strauss Hauer & Feld LLP | Fred S Hodara & Robert A Johnson & Christopher W Carty | One Bryant Park | | New York | NY | 10036-6745 | 212.872.1000 | 212.872.1002 | | Counsel to Aurelius Capital Management LP |
| Aldine Independent School District | Courtney F Harris, Pamela H Walters | 14910 Aldine Westfield Rd | | Houston | TX | 77032 | 281.985.6313 | 281.985.6321 | | Attorney for Aldine Independent School District |
| Aldridge Connors LLP | Bankruptcy Department | Fifteen Piedmont Center | 3575 Piedmont Rd NE Ste 500 | Atlanta | GA | 30305 | 404.994.7400 | 888.240.7307 | | PennyMac Loan Services, LLC |
| Allianz Insurance Company | Ken Coleman & John Kibler | 1221 Avenue of the Americas | | New York | NY | 10020 | 212.610.6300 | 212.610.6399 | | Counsel to HSBC Bank USA, NA, as Trustee of Certain Mortgage Backed Securities |
| Ally Financial Inc. | Jeffrey Brown Corporate Treasurer | 200 Renaissance Ctr MC 482-B12-B95 | | Detroit | MI | 48265 | 866.710.4623 | | | Member of Official Committee of Unsecured Creditors |
| Ally Financial Inc. | John C Weitnauer Esq | 440 S Church St | | Charlotte | NC | 28202 | 704.940.4133 | | | Secured Lender under the Second Revolver and Line of Credit |
| Alston & Bird LLP | Martin G Bunin Esq & William Hao Esq | One Atlantic Center 1201 West Peachtree St | | Atlanta | GA | 30309-3424 | 404.881.7000 | 404.253.8296 | | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS Trusts |
| Alston & Bird LLP | William B Macurda | 90 Park Ave | | New York | NY | 10016 | 212.210.9400 | 212.210.9444 | | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS Trusts |
| Alston & Bird LLP | John C Weitnauer Esq & Michael E Johnson Esq | Bank of America Plaza Ste 4200 | 101 S Tryon St | Charlotte | NC | 28280-4000 | 704.444.1000 | 704.444.1735 | | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS Trusts |
| Assistant Attorney General | John M Horn Bankruptcy & Collections Division | PO Box 12548 | | Austin | TX | 78711-2548 | 512.475.4868 | | | Counsel to the Texas Comptroller of Public Accounts |
| Attorney General of the State of Michigan Bill Schuette | Juandisha M Harris Asst Attorney General | Cadillac Place Ste 10-200 | 3030 W Grand Blvd | Detroit | MI | 48212 | 313.456.0140 | | | Attorney General for the State of Michigan |
| Attorney General of the State of New York, Eric T Schneiderman | Victoria L Safran | Nassau Regional Office | 200 Old Country Rd Ste 240 | Mineola | NY | 11501 | 516.248.3302 | | | Counsel to the People of the State of New York, Eric T Schneiderman |
| Ballard Spahr LLP | Sarah Schindler-Williams, Esquire | 1735 Market Street 51st Floor | | Philadelphia | PA | 19103 | 215.864.8639 | 215.864.8999 | | Counsel to PNC Bank NA |
| Bank of New York Mellon | Sarah Stout & Jennifer J Provenzano | 525 William Penn Place | | Pittsburgh | PA | 15259-0001 | 412.234.7736 | | | Securitization/EOC Trustee |
| Barclays Bank PLC | Joe Triggiano & May Wong | 1301 Sixth Ave | | New York | NY | 10019 | 212.320.7000 | 212.320.7590 | | Barclays Bank PLC as administrative agent under the Pre-Petition DIP Facility |
| Barnes & Thornburg LLP | David M Powlen | 1000 N West St Ste 1500 | | Wilmington | DE | 19801 | 302.300.3434 | 302.300.3456 | | Counsel to USAA Federal Savings Bank |
| Barry B Espanza, J D MPA & Ann B Espanza | | 3122 Pine Tree Dr | | Miami Beach | FL | 33140 | 304.613.6094 | 305.735.3437 | | Creditor |
| Bernstein Litowitz Berger & Grossmann LLP | David R Stickney & Jonathan D Uslaner & Matthew P Jubenville | 12481 High Bluff Dr Ste 300 | | San Diego | CA | 92130 | 858.793.0070 | 858.793.0323 | | Counsel to Cambridge Place Investments Management Inc. |
| Bernstein Litowitz Berger & Grossmann LLP | Jai K Chandrasekhar & Michael D Schwada | 1285 Avenue of the Americas One Logan Square | | New York | NY | 10019 | 212.554.1400 | 212.554.1444 | | Counsel to Cambridge Place Investments Management Inc. |
| Blank Rome LLP | Stanley B Tarr & Alan M Root | 1201 N Market Street, Suite 800 | | Wilmington | DE | 19801 | 302.425.6400 | 302.425.6464 | | Counsel to PNC Mortgage a Division of PNC Bank NA |
| Blank Rome LLP | Gol Ally Financial Inc, Attn Courtney Lowman | 1201 N Market Street, Suite 800 | | Wilmington | DE | 19801 | 302.425.6400 | 302.425.6711 | | Buyer under the Pre-Petition Ally Repo Facility |
| BMMZ Holding LLC | JC Kelton | One Renaissance Center Mail Code 482-B12-B95 | | Detroit | MI | 48265-2000 | | | | Top 50 Creditors |
| Brian Kreisler, et al | Sigmund S Wissner Gross | 200 Renaissance Center | | Detroit | MI | 48243 | 212.209.4800 | 212.209.4801 | | Counsel to Paulson & Co, Inc |
| Brown Rudnick LLP | Gregory W Fokas & Ingrid Bagby | Seven Times Square | | New York | NY | 10281 | 212.504.6000 | 212.504.6666 | | Counsel to MBIA Insurance Corporation |
| Cadwalader Wickersham & Taft LLP | Mark C Ellenberg Esq | One World Financial Center | | New York | NY | 10281 | 212.504.6000 | 212.504.6666 | | Counsel to MBIA Insurance Corporation |
| Cadwalader Wickersham & Taft LLP | Diana C Lakey | 700 Sixth St NW | | Washington | DC | 20001 | 202.862.2200 | 202.862.2400 | | Counsel to MBIA Insurance Corporation |
| Carey Dekhinka & Quash dba Wong Fleming | Aaron R Cahn & Leonardo Trivigno | 2340 130th Ave NE Ste D-150 | | Bellevue | WA | 98005 | 425.869.4040 | 425.869.4050 | | Counsel to Colley Dekhoda & Qash |
| Carter Ledyard & Milburn LLP | | 2 Wall St | | New York | NY | 10005 | 212.732.3200 | 212.732.3232 | | Counsel to an Ad Hoc Consortium of RMBS holders |
| Chadbourne & Parke LLP | Attn Howard Seife & David M LeMay & Robert J Gayda & Marc B Roitman | 30 Rockefeller Plaza | | New York | NY | 10112 | 212.408.5100 | 212.541.5369 | | Counsel to the Examiner, Arthur J Gonzalez |
| Citigers USA | Wells Fargo Alan M Root | Drive Financial | | New York | NY | 10013 | | | | Secured Creditor under the Pre-Petition Ally Revolving Facility |
| Cleary Gottlieb Steen & Hamilton LLP | Sean A O'Neal and Thomas J Moloney | One Liberty Plaza | | New York | NY | 10006 | 212.225.2000 | 212.225-225-3999 | | Special Counsel to Wilmington Trust National Association as Indenture Trustee for Various Series of Unsecured Notes |
| Clifford Chance US LLP | Jennifer C DeMarco & Adam Lesman | 31 West 52nd St | | New York | NY | 10019 | 212.878.8000 | 212.878.8375 | | Counsel to Green Tree Servicing LLC |
| Cohen Milstein Sellers & Toll PLLC | Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns | 88 Pine St 14th Fl | | New York | NY | 10005 | 212.838.7797 | 212.838.7745 | | Counsel to Lead Plaintiff |
| Cole Schotz Meisel Forman & Leonard PA | Michael D Warner & Emily S Chou | 301 Commerce St Ste 1700 | | Fort Worth | TX | 76102 | 817.810.5250 | 817.810.5255 | | Counsel to Jeff Enterprise Services LLC |
| Commonwealth of Pennsylvania, Department of Labor and Industry | Joseph Kots | Reading Bankruptcy & Compliance Unit | 625 Cherry St Rm 203 | Reading | PA | 19602-1152 | 610.378.4515 | 610.378.4459 | | Commonwealth of Pennsylvania, Department of Labor and Industry, Office of Unemployment Compensation Tax Services |
| Crowe & Dunlevy PC | William H Hoch | 20 N Broadway Ave, Ste. 1800 | | Oklahoma City | OK | 73102 | 405.235.7700 | 405.239.6651 | | Counsel to MidFirst Bank |
| Curtis Mallet-Prevost Colt & Mosle LLP | Maryann Gallagher Esq | 101 Park Ave | | New York | NY | 10178-0061 | 212.696.6000 | 212.697.1559 | | Conflicts Counsel to the Debtors |
| Curtis Mallet-Prevost Colt & Mosle LLP | Michael A Cohen Esq | 101 Park Ave | | New York | NY | 10178-0061 | 212.696.6000 | 212.697.1559 | | Conflicts Counsel to the Debtors |
| David F Stich Esq | Steven J Reisman Esq | 521 Fifth Ave 17th Fl | | New York | NY | 10175 | 646.553.4421 | | | Counsel to NYCTL 2011-A Trust |
| Day Pitney LLP | Herbert K Ryder | 7 Times Square | | New York | NY | 10036-6524 | 973.966.6300 | 973.966.1015 | | Counsel to NJ Housing Finance Authority |
| Day Pitney LLP | James J Tancredi | 242 Trumbull St | | Hartford | CT | 06103 | 860.275.0100 | 860.275.0343 | | Counsel to Connecticut Housing Finance Authority |
| Day Pitney LLP | Joshua W Cohen | 1 Audubon St | | New Haven | CT | 06510 | 203.752.5000 | 203.752.5001 | | Counsel to Connecticut Housing Finance Authority |
| Deckert LLP | Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana | 1095 Avenue of the Americas | 1761 E St | New York | NY | 10036-6797 | 212.698.3500 | 212.698.3599 | | Counsel to Bank of New York Mellon Trust Company NA |
| Deutsche Bank | Rosa Mendez | Corporate Trust Department | Andover Place | Santa Ana | CA | 92705-4934 | 714.247.6300 | 714.855.1556 | | Securitization Trustee |
| Deutsche Bank Trust Company Americas | Attn Brendan Meyer | Harborside Financial Center 1625 Market Street | 100 Plaza One MS JCY05-0999 | Jersey City | NJ | 07311-3901 | 201.593.8545 | 646.502.4546 | | Member of Official Committee of Unsecured Creditors |
| Dovenmuehle ? | Gerald B Calabrese Esq & James J Vincequerra Esq | 1540 Broadway | | New York | NY | 10036 | 212.692.1000 | 212.692.1020 | | Counsel to Green Planet Servicing LLC |
| Quarn Morris LLP | Brett H Miller | 1540 Broadway | | New York | NY | 10036 | 212.692.1000 | 212.692.1020 | | Counsel to Green Planet Servicing LLC |
| Fannie Mae | Attn Peter McGonigle | 1835 Market St Ste 2300 | | Philadelphia | PA | 19103 | 215.575.7000 | 215.575.7200 | | Prepetition Lender - Fannie EAF |

5/16/2013

Monthly Service List

| NAME | SOURCE NAME | ADDRESS | ADDRESS 2 | CITY | ST | COUNTRY | ZIP | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fannie Mae | Catherine Leland | 1900 East Paces Ferry Road | Suite 1900 | Atlanta | GA | | 30326 | 404-398-6001 | | catherine_leland@fanniemae.com | GSE - Fannie Mae |
| Federal Royal DeQueero 2008 Trust | | 42200 Little Lake Rd | | Mendocino | CA | | 94560 | 929-215-9513 | | | Counsel to Federal Royal DeQueero 2008 Trust |
| Fein Such & Crane LLP | Mark K Broyles Esq. | 28 East Main St Ste 1800 | | Rochester | NY | | 14614 | 585-232-7400 585-232-3119 | | broylesmark@yahoo.com | Counsel to Bank of New York as Trustee; Counsel to Services & Residential Capital LLC, Residential Capital LLC |
| Fein Such & Crane LLP | Tammy L Terrell Benoza | 747 Chestnut Ridge Rd | Ste 200 | Chestnut Ridge | NY | | 10977 | 973-538-4700 x289 | 973-538-8815 | tterrell@feinsuch.com | Counsel to GMAC Mortgage LLC |
| Fein Such & Crane LLP | Tammy L Terrell Benoza | 7 Century Dr Ste 201 | | Parsippany | NJ | | 07054- | | 973-538-4700 973-538-7415 | tterrell@feinsuch.com | Counsel to GMAC Mortgage LLC; Counsel to Mushroom Loan Management Services, as servicer for Wells Fargo Bank, NA, Not In Its Individual Capacity but Solely as Trustee for the MMAC Trust, Series 2011-HT |
| Feldstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | 400 Capital Mall, Suite 1450 | | Sacramento | CA | | 95814 | 916-329-7400 916-329-7435 | | ppascuzzi@ffwplaw.com | Counsel to California Housing Finance Agency |
| FDIC | Dennis J Early | Counsel - Legal Division | 3501 Fairfax Dr Rm VS-D-7078 | Arlington | VA | | 22226-3500 | 703-562-2739 | | dearly@fdic.gov | Counsel to the FDIC |
| FDIC | John John Dubel | 550 17th Street NW | | New York | NY | | 10017 | 212-313-3099 | | | Member of Official Committee of Unsecured Creditors |
| Financial Guaranty Insurance Company | Christina Burns | 125 Park Ave | | | | | | | | | Counsel to Financial Guaranty Insurance Company |
| Fisera & Mansfield PLLC | Thomas J Leanse | 5011 Morrison Sq Ste 14 | | Laredo | TX | | 76041 | 956-726-7406 956-726-7406 | | tleanse@fisera-mansfield.com | Counsel to City of Laredo Tax Department |
| Foley & Mansfield PLLP | Kathryn McWilliamsson Associate | 250 Marquette Ave Ste 1200 | | Minneapolis | MN | | 55401 | 612-338-8788 612-338-8690 | | kmcwilliams@foley-mansfield.com | Counsel to TCP National Bank |
| Freddie Mac | General Counsel | 8200 Jones | Branch Dr | McLean | VA | | 22102 | 703-903-2000 703-903-3495 | | lexeue_mcdaniel@freddiemac.com | Counsel to Freddie Mac |
| Freeborn & Peters LLP | Devon J Eggert Esq | 311 S Wacker Dr Ste 3000 | | Chicago | IL | | 60606-6677 | 312-360-6000 312-360-6520 | | jlistandt@freebornpeters.com | Counsel to Mercer (US) Inc. |
| Freeborn & Peters LLP | Thomas R Fawkes Esq | 311 S Wacker Dr Ste 3000 | | Chicago | IL | | 60606-6677 | 312-360-6000 312-360-6520 | | tfawkes@freebornpeters.com | Counsel to Mercer (US) Inc. |
| Gibbons PC | Aita Jeffrey & Bonaventura Esq | One Pennsylvania Plaza 37th Fl | | New York | NY | | 10119 | 212-613-2000 212-355-6750 | | bbonaventura@gibbonslaw.com | Counsel to Wells Fargo Bank, NA |
| Gibbons PC | Aita Jeffrey & Bonaventura Esq | One Gateway Center Fl | | Newark | NJ | | 07102-5310 | 973-596-4500 973-596-0545 | | bbonaventura@gibbonslaw.com | Counsel to Wells Fargo Bank, NA |
| Gibbs & Bruns LLP | Kathy D Patrick Esq & Scott A Humphries Esq | 1100 Louisiana Ste 5300 | | Houston | TX | | 77002 | 713-650-8805 713-750-0903 | | kpatrick@gibbsbruns.com | Counsel to Ad Hoc RMBS Holder Group |
| Gibbs & Bruns, LLP | Kathy D. Patrick | 1100 Louisiana | | Houston | TX | | 77002 | | | shumphries@gibbsbruns.com | Counsel to the Institutional Investors |
| Ginnie Mae | Ted Tozer | 550 12 St. SW | 3rd Floor | Washington | DC | | 20024 | 202-485-0510 | | | GSE - Ginnie Mae |
| Grant & Eisenhofer PA | Geoffrey C Jarvis Matthew P Morris & Jay W Eisenhofer Esqs | 485 Lexington Ave 29th Fl | | New York | NY | | 10017 | 646-722-8500 646-722-8501 | | gjarvis@gelaw.com; mmorris@gelaw.com; jeisenhofer@gelaw.com | Counsel to Stichting Pensioenfonds ABP, Huntingdon Bancshares Inc., John Hancock Life Insurance Company (U.S.A.), John Hancock Life Insurance Company (U.S.A.) Separate Account 115 |
| Guttleman Mukddarick Chevassie LLP | Brian Chevassie | 2200 Fletcher Ave No 16 | | Fort Lee | NJ | | 07024 | 201-944-3300 201-944-9280 | | bchevassie@guttman.com | Counsel to The Township of Saddle Brook |
| Hahn & Hessen LLP | Ayala Hassell Esq | 488 Madison Ave | | New York | NY | | 10022 | 212-478-7200 212-478-7400 | | ahassell@hahnhessen.com | Counsel to Financial Guaranty |
| Hunton & Williams LLP | Richard P Norton & Robert A Rich | 200 Park Ave | | New York | NY | | 10166 | 212-309-1000 | | jnewton@hunton.com | Counsel to Newport Management Corporation |
| IBM Corporation | Beth Anne Hoffman | 1360 Rene Levesque W Ste 400 | | Montreal | QC | H3G 2W6 | | 514-964-0644 845-491-6502 | | bahof@ca.ibm.com | Counsel to IBM Corporation |
| Imperial County Tax Collector | | 940 W Main St Ste 106 | | El Centro | CA | | 92243-2346 | 442-265-1270 760-482-4431 | | | Internal Revenue Service |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | | 19104 | 800-973-0424 855-235-6787 | | | Internal Revenue Service |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | | 19101-7346 | 800-973-0424 855-235-6787 | | | Internal Revenue Service |
| Internal Revenue Service | Insolvency Operation | 31 Hopkins Plaza Rm 1150 | | Baltimore | MD | | 21201 | 800-913-9555 617-316-2424 | | | Internal Revenue Service |
| Iron Mountain Information Management Inc | Joseph Corrigan | 745 Atlantic Ave | | Boston | MA | | 02111- | 617-535-4744 617-451-0409 | | bankruptcy2@ironmountain.com | Counsel to Iron Mountain Information Management Inc |
| Jones Day | Carl E Black | 901 Lakeside Ave | | Cleveland | OH | | 44114 | 216-586-3939 216-579-0212 | | ceblack@jonesday.com | Counsel to Financial Guaranty Insurance Company |
| Jones Day | Corrine Ball, Richard L Wynne & Lance E Miller | 222 East 41st Street | | New York | NY | | 10017 | 212-326-3939 212-755-7306 | | cball@jonesday.com; rlwynne@jonesday.com | Counsel to Financial Guaranty Insurance Company |
| Kasowitz, Benson, Torres & Friedman LLP | Andrew K Glenn, Matthew B Stein, David A Fitzmaurice & Anne Anderson | 1633 Broadway | | New York | NY | | 10019 | 212-506-1700 212-506-1800 | | aglenn@kasowitz.com; mstein@kasowitz.com; dfitzmaurice@kasowitz.com; aanderson@kasowitz.com | Counsel to the Federal Housing Finance Agency as Conservator of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | | New York | NY | | 10178 | 212-808-7800 212-808-7897 | | KDWBankruptcyDepartment@kelleydrye.com | Counsel to UMB Bank N.A., as Successor Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| Kessler Topaz Meltzer & Check LLP | Edward W. Ciolko Donna Siegel Moffa | 280 King of Prussia Rd | | Radnor | PA | | 19087 | 610-667-7706 610-667-7056 | | eciolko@ktmc.com; dmoffa@ktmc.com | Counsel to Plaintiffs and the Putative Class |
| Kilpatrick & Associates PC | Richardo I Kilpatrick | 903 North Opdyke Rd Ste C | | Auburn Hills | MI | | 48326 | 248-377-0700 | | ecf@kaalaw.com | Counsel to Oakland County; Counsel to Wayne County Treasurer |
| King & Spalding LLP | W Austin Gowers & Paul K Ferdinands & Thaddeus D. Wilson | 1180 Peachtree Street N.E. | | Atlanta | GA | | 30309 | 404-572-4600 404-572-5100 | | agowers@kslaw.com; pferdinands@kslaw.com; thadwilson@kslaw.com | Counsel to Lone Star U.S. Acquisitions, LLC |
| KIRBY McINERNEY LLP | Mark A Strauss LJ / Brandon Walker | 825 Third Ave 16th Fl | | New York | NY | | 10022 | 212-371-6600 212-751-2540 | | mstrauss@kmllp.com; bwalker@kmllp.com | Counsel to the Lead Plaintiff Robert Davidson, Jennifer Davidson, Robert Davidson, and Jennifer Davidson, individually and on Behalf of All Others Similarly Situated |
| Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | | New York | NY | | 10022 | 212-446-4770 212-446-4900 | | richard.cieri@kirkland.com | Counsel to the Equity Security Holders (Ally Financial and Ally Bank) |
| Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | 601 Lexington Ave | | New York | NY | | 10022-4611 | 212-446-4800 | | rschrock@kirkland.com; stephen.hessler@kirkland.com | Counsel to the Ally Financial Inc. & Ally Bank |
| Klestadt & Winters LLP | Attn Tracy L Klestadt & Joseph C Corneau | 570 Seventh Ave 17th Fl | | New York | NY | | 10018 | 212-972-3000 212-972-2245 | | tklestadt@klestadt.com; jcorneau@klestadt.com | Counsel to Tracy L Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp; Counsel to Securitized Asset Funding 2011-2 Ltd. 2007-M, Inc. / 2011 M Trust (Special Servicing) as Services for Wells Fargo Bank, NA as Trustee in Trust for SASCO 2007-M Services for US Bank NA as Trustee on behalf of the holders of the Home Equity Asset Trust 2004-6 Home Equity Pass Through Certificates, Series 2004-6; Select Portfolio Servicing Inc as Services for US Bank NA as Trustee on behalf of the First Franklin Mortgage Loan Trust Mortgage Pass Through Certificates, Series 2005-FF9 |
| Kozeny, McCubbin & Katz, LLP | Jordan S Katz | 395 N Service Rd | Ste 401 | Melville | NY | | 11747 | 631-454-4029 631-454-8169 | | jskatz@kmklegal.com; bankruptcy@kmklegal.com; nyecf@kmklegal.com | Counsel to Interested Party, Navy Federal Credit Union |
| Kramer Levin Naftalis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal & Jeffrey Trachtman | 1177 Avenue of the Americas | | New York | NY | | 10036 | 212-715-9100 212-715-8000 | | keckstein@kramerlevin.com; tmayer@kramerlevin.com; dmannal@kramerlevin.com; jtrachtman@kramerlevin.com | Counsel to the Official Committee of Unsecured Creditors |
| Kriss & Feuerstein LLP | Jason S Leibowitz | 360 Lexington Ave Ste 1200 | | New York | NY | | 10017 | 212-661-2900 646-454-4153 | | jleibowitz@kandfllp.com | Counsel to Wilshire State NA as Trustee for the Security |
| Kurtzman Carson Consultants | P Joe Morrow | 2335 Alaska Ave | | El Segundo | CA | | 90245 | | 310-823-9133 | | | Claims and Noticing Agent |
| Law Offices of Christopher Green | James D Heaney Managing Director | 4400 Easton Commons Way Ste 125 | | Columbus | OH | | 43219 | 614-220-5611 | | | Counsel to Interested Party, Mary Perkins White |
| Law Offices of Christopher Green | Christopher E. Green | Two Union Square Suite 4285 | | Seattle | WA | | 94101 | 206-686-4558 206-686-4559 | | chris@cgreenlaw.com | Counsel to Interested Party, Mary Perkins White |
| Law Offices of Richard Sax | Richard Sax | 448 Sebastopol Ave | | Santa Rosa | CA | | 95401 | 707-525-1824 707-525-8119 | | rsaxlaw@sonic.net | Counsel to Carrollton-Farmers Branch Independent School District and Lewisville Independent School District |
| Law Offices of Robert E Luna PC | Andrea Sheehan | 4411 N Central Expressway | | Dallas | TX | | 75205 | 214-521-8000 214-521-1738 | | sheehan@rlunalaw.com | Counsel to Carrollton-Farmers Branch Independent School District and Lewisville Independent School District |

Monthly Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Leopold & Associates PLLC | Saul Leopold & Phillip Mahony | 80 Business Park Dr Ste 110 | | Armonk | NY | 10504 | | 914-219-6767 | | | Counsel to Bank of America NA, Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-2, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE3 Mortgage Pass-through Certificates, Series 2007-HE3, Deutsche Bank National Trust Company, as Trustee under Pooling and Servicing Agreement dated 3/1/2007, GSAMP Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2, GreenPoint Mortgage Funding Trust 2005-AR2, Mortgage Pass-Through Certificates, Series 2005-AR2, Ocwen Loan Servicing, LLC, and Deutsche Bank Trust Company Americas as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates Series 2005-PR2 Mortgage Pass-Through Certificates, Series 2004-HE4, Asset Backed Pass-Through Certificates |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | Po Box 17428 | | Austin | TX | 78760 | | 512-447-6675 | 512-443-5114 | | Counsel to City of McAllen, South Texas ISD, South Texas Corp., Home Equity Loan Trust, Series 2004-HE4, Asset Backed Pass-Through Certificates |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | | 214-880-0089 | 469-221-5002 | | Counsel to Dallas County |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman Esq | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3503 | 713-844-3503 | | Counsel to Texas Taxing Authorities - Katy ISD, Matagorda County, Cypress-Fairbanks ISD, Tyler County, Cleveland ISD, First Bend County, Montgomery County, Harris County, Galveston County, Orange County, Counsel to Taxing Authorities |
| Locke Lord LLP | Casey B Howard | 3 World Financial Center | | New York | NY | 10281-2101 | | 212-812-8342 | 212-812-8327 | | |
| Loeb & Loeb LLP | Walter H Curchack, Vadim J Rubinstein & Debra W Minoff | 345 Park Ave | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | | Interested Party |
| Lowenstein Sandler PC | Andrew Behlmann | 1251 Avenue of the Americas 18th Fl | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company, and Cambridge Place Investments Management Inc. |
| Lowenstein Sandler PC | Andrew Behlmann | 65 Livingston Ave | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2481 | | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company, and Cambridge Place Investments Management Inc. |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | 1251 Avenue of the Americas 18th Fl | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | | Counsel to Lead Plaintiff, a The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company, and Cambridge Place Investments Management Inc. a Counsel to Plaintiffs and the Putative Class |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | 65 Livingston Ave | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | | Counsel to Lead Plaintiff, a The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company, and Cambridge Place Investments Management Inc. a Counsel to Plaintiffs and the Putative Class |
| M3 TC | Amish R Doshi Esq | 23 Green St Ste 302 | | Huntington | NY | 11743 | | 631-923-2368 | 973-267-2481 | | Counsel to Oracle America Inc |
| Magnozzi & Kye LLP | Amish R Doshi Esq | 23 Green St Ste 302 | | Huntington | NY | 11743 | | 631-923-2368 | 941-721-0086 | | Counsel to Oracle America Inc |
| Manatee County Tax Collector | Susan D Prichett & Ken Bolton Jr | 4333 US 301 North | | Ellenton | FL | 34222 | | | | | Counsel to Manatee County |
| Marini Pietrantoni & Boyle PC | Kevin M Marini & John A Boyle | 617 Southern Boulevard | | Amsden | NJ | | | 914-763-5640 | 914-763-5648 | | Member of the Official Committee of Unsecured Creditors |
| MB King Esq | | 113 King St | | | | | | | | | |
| McCreary, Veselka, Braga & Allen P.C. | Lee Gordon | 700 Travis St., Suite 7000 | | Round Rock | TX | 78680 | | 512-323-3200 | 512-323-3205 | | Counsel to Texas Ad Valorem Taxing Jurisdictions |
| McKool Smith | Attn Paul D. Moak | 600 Travis St., Suite 7000 | | Houston | TX | 77002 | | 713-485-7300 | 713-485-7344 | | Counsel to GSE - Freddie Mac |
| McKool Smith | Michael R. Carney | 600 Travis St., Suite 7000 | | New York | NY | 10036 | | 212-402-9400 | 713-485-7344 | | Counsel to Freddie Mac |
| McKool Smith | Paul D Moak | 600 Travis St., Suite 7000 | | Houston | TX | 77002 | | 713-485-7300 | 713-485-7344 | | Counsel to Freddie Mac |
| McKool Smith | Brian A Kilmer | 600 Travis St., Suite 7000 | | Houston | TX | 77002-2925 | | 713-485-7300 | 713-485-7344 | | Counsel to Freddie Mac |
| Milbank, Tweed, Hadley & McCloy LLP | Gerard Uzzi | 1 Chase Manhattan Plaza | | New York | NY | 10005 | | 212-530-5670 | 212-822-5670 | | Co-Counsel to Ad Hoc Group of Junior Secured Noteholders |
| Missouri Department of Revenue | Attn Steven A Ginther Esq | Bankruptcy Unit | PO Box 475 | Jefferson City | MO | 65105-0475 | | 573-751-5531 | 573-751-7232 | | Counsel to Missouri Department of Revenue |
| Morgan Lewis & Bockius LLP | James L Garrity Jr | 101 Park Ave | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | | Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas and certain mortgage backed securities trust |
| Morgan Lewis & Bockius LLP | Michael S Kraut | 101 Park Ave | | New York | NY | 10178-0600 | | 212-309-6000 | 212-309-6001 | | Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas as trustees of certain mortgage backed securities trust |
| Morgan Lewis & Bockius LLP | Patrick D Fleming | 101 Park Ave | | New York | NY | 10178-0600 | | 212-309-6000 | 212-309-6001 | | Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas as trustees of certain mortgage backed securities trust |
| Morganroth & Morganroth PLLC | Mayer Morganroth, Jeffrey B Morganroth | 344 N Old Woodward Ave Ste 200 | | Birmingham | MI | 48009 | | 248-864-4000 | 248-864-4001 | | Counsel to Mary Critchley |
| Morritt Hock & Hamroff LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | 516-873-2010 | | Counsel to CalWestern Reconveyance Corporation |
| Morrison & Foerster LLP | | 1290 Avenue of the Americas | | New York | NY | 10104 | | | | | |
| Morrison & Foerster LLP | | 1290 Avenue of the Americas | | New York | NY | 10104 | | | | | |
| Morrison & Foerster LLP | Attn Tammy Hamzehpour, Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi & Kayvan S Sadeghi | 1290 Avenue of the Americas | | New York | NY | 10104 | | | | | Counsel to the Debtors |
| Moritzen Cohen LLP | Joseph T Moldovan Esq | 909 Third Ave | | New York | NY | 10022 | | 212-735-8600 | 212-735-8708 | | Counsel to the Independent Directors of the Residential Capital, LLC |
| Munger Tolles & Olson LLP | Seth Goldman | 355 S Grand Ave | | Los Angeles | CA | 90071 | | 213-683-9100 | | | Counsel to Berkshire Hathaway Inc |
| Munger Tolles & Olson LLP | Thomas B Walper | 355 S Grand Ave | | Los Angeles | CA | 90071 | | 213-683-9100 | | | Counsel to Berkshire Hathaway Inc |
| Office of Attorney General | Carol E. Monohan | Senior Deputy Attorney General | 21 S. 12th Street, 3rd Floor | Philadelphia | PA | 19107-3603 | | 215-560-2128 | 215-560-2202 | | Counsel to the Commonwealth of Pennsylvania, Department of Revenue |
| Office of the NY State Attorney General | Phonxay Keokham | 44 N San Joaquin St Ste 150 The Capital | PO Box 2169 | Stockton | CA | 95201 | | 209-468-2836 | 209-468-0158 | | County of San Joaquin |
| | Nancy Lord & Enid M Stuart | The Capital | | Albany | NY | 12224-0341 | | 518-474-2441 | | | Office of the New York State Attorney General |

Monthly Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | | New York | NY | 10007 | | 212-637-2200 | 212-637-2685; 914-993-1900 | ussdnylaw.enforcement@usdoj.gov | Office of the United States Attorney for the Southern District of NY |
| Patterson Belknap Webb & Tyler LLP | David W Dykhouse & Brian P Guiney | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | 212-336-2222 | dwdykhouse@pbwt.com; bpguiney@pbwt.com | Counsel to Ambac Assurance Corporation |
| Paul N Papas II | | 1727 E Bell Rd Ste 45-550 | | Phoenix | AZ | 85022 | | 602-449-2016 | | Paul_Papas@mortgageabuse.com | Counsel to Paul N Papas II |
| Pillsbury Winthrop Shaw Pittman LLP | Brandon Johnson | PO Box 12430 | | Arlington | TX | 76094-2430 | | 214-260-1000 | 212-858-1500 | brandon.johnson@pillsburylaw.com | Counsel to 2255 Partners |
| Placer County Office of the Treasurer-Tax Collector | Jenny McMurthy Deputy Tax Collector | 2976 Richardson Dr | | Auburn | CA | 95603 | | 530-889-4129 | 530-889-4123 | jmcmurthy@placer.ca.gov | Placer County Tax Collector |
| Polsinelli Shughart PC | Daniel J Flanigan & Jason A Nagi | 805 Third Ave Ste 2020 | | New York | NY | 10022 | | 212-684-0199 | 212-759-8290 | dflanigan@polsinelli.com; jnagi@polsinelli.com | Counsel to Representative Plaintiffs and the Putative Class |
| Proskauer Rose LLP | Irena M Goldstein | Eleven Times Square | | New York | NY | 10036 | | 212-969-3000 | 212-969-2900 | igoldstein@proskauer.com | Counsel to Assured Guaranty Municipal Corp |
| Proskauer Rose LLP | Scott K Rutsky & Jared D Zajac | Eleven Times Square | | New York | NY | 10036 | | 212-969-3000 | 212-969-2900 | srutsky@proskauer.com; jzajac@proskauer.com | Counsel to Dallas CPT Fee Owner LP |
| Quinn Emanuel Urquhart & Sullivan LLP | Daniel L Brockett & David D Burnett | 51 Madison Ave 22nd Fl | | New York | NY | 10010 | | 212-849-7000 | 212-849-7100 | danbrockett@quinnemanuel.com; davidburnett@quinnemanuel.com | Counsel to The Prudential Insurance Company of America, The Gibraltar Life Insurance Company, Ltd, Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Assurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolio 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd, and The Prudential Series Fund, Diversified Bond Portfolio |
| Quinn Emanuel Urquhart & Sullivan LLP | Susheel Kirpalani & Scott C Shelley | 51 Madison Ave 22nd Fl | | New York | NY | 10010 | | 212-849-7000 | 212-849-7100 | susheelkirpalani@quinnemanuel.com; scottshelley@quinnemanuel.com | Counsel to The Prudential Insurance Company of America, The Gibraltar Life Insurance Company, Ltd, Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Assurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolio 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd, and The Prudential Series Fund, Diversified Bond Portfolio |
| Reilly Pozner LLP | Michael A Rollin | 1900 16th St Ste 1700 | | Denver | CO | 80202 | | 303-893-6100 | 303-893-6110 | mrollin@rplaw.com | Counsel to AIG Asset Management (US) LLC |
| Robbins Geller Rudman & Dowd LLP | Christopher M Wood | One Montgomery Street Ste 1800 | | San Francisco | CA | 94104 | | 415-288-4545 | 415-288-4534 | cwood@rgrdlaw.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp, and Acacia Life Insurance Company |
| Robbins Geller Rudman & Dowd LLP | Steven W Pepich | 655 West Broadway Ste 1900 | | San Diego | CA | 92101 | | 619-231-1058 | 619-231-7423 | stevep@rgrdlaw.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp, and Acacia Life Insurance Company |
| Romeo Law Firm | Martha E Romero | BMR Professional Building | 6516 Bright Ave | Whittier | CA | 90601 | | 562-307-4300 | 562-307-4330 | romero@mromerolawfirm.com | Counsel to Second Creditor County of San Bernardino, California, a Political Subdivision |
| Ropes & Gray LLP | D Ross Martin Esq & Keith H Wofford Esq | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | 212-596-9000 | 212-596-9090 | Ross.Martin@ropesgray.com; keith.wofford@ropesgray.com | Counsel to Ad Hoc RMBS Holder Group |
| Ropes & Gray LLP | D Ross Martin | Prudential Tower | 800 Boylston Street | Boston | MA | 02199 | | 617-951-7000 | 617-951-7050 | Ross.Martin@ropesgray.com | Counsel to the Institutional Investors |
| Rivera's Directive as Representative for the Plaintiffs Brian Kessler et al | | 3725 N Indiana | | Kansas City | MO | 64117 | | 816-226-4615 | 816-523-5530 | | Member of Official Committee of Unsecured Creditors |
| Samuel I White PC | C Grant Seaver Esq | 5040 Corporate Woods Dr Ste 120 | | Virginia Beach | VA | 23462 | | 757-490-9284 | 757-490-0944 | gseaver@siwpc.com | Counsel to Samuel I White PC |
| Samuel I White PC | Donna J Hall Esq | 5040 Corporate Woods Dr Ste 120 | | Virginia Beach | VA | 23462 | | 757-490-9284 | 757-457-1460 | dhall@siwpc.com | Counsel to Samuel I White PC |
| Scarinci & Hollenbeck LLC | Joel R Glucksman Esq | 1100 Valley Brook Ave | PO Box 790 | Lyndhurst | NJ | 07071-0790 | | 201-896-4100 | | jglucksman@scarincihollenbeck.com | Counsel to the Township of Union City, New Jersey and Counsel to Township of Wall |
| Schlam Stone & Dolan LLP | Bennette D Kramer | 26 Broadway, 19th Floor | | New York | NY | 10004 | | 212-344-5400 | 212-344-7677 | bdk@schlamstone.com | Counsel to Certain Homeowners Claimants |
| Schnader Harrison Segal & Lewis LLP | Barry Bressler & Richard A Barkasy | 1600 Market St Ste 3600 | | Philadelphia | PA | 19103-7286 | | 215-751-2000 | 215-751-2205 | bbressler@schnader.com; rbarkasy@schnader.com | Counsel to Liberty Property Limited Partnership |
| Schulte Roth & Zabel LLP | Eric A Schaffer | 100 Broadway Ste 1100 | | New York | NY | 10005-1801 | | 212-756-2000 | 212-593-5955 | eric.schaffer@srz.com | Counsel to Cerberus Capital Management LP |
| Schulte Roth & Zabel LLP | Adam C Harris | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | adam.harris@srz.com | Counsel to Cerberus Capital Management LP |
| Schulte Roth & Zabel LLP | Howard O Godnick | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | howard.godnick@srz.com | Counsel to Cerberus Capital Management LP |
| Schulte Roth & Zabel LLP | Marguerite Gardiner | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | marguerite.gardiner@srz.com | Counsel to Cerberus Capital Management LP |
| Schulte Roth & Zabel LLP | Michael L Cook | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | michael.cook@srz.com | Counsel to Cerberus Capital Management LP |
| Schulte Roth & Zabel LLP | | 123 William St | | New York | NY | 10038-3804 | | 212-417-5900 | 212-417-5653 | | Counsel to Cerberus Capital Management LP |
| Secretary of State | | One Commerce Plz | | Albany | NY | 12231-0001 | | 518-473-2492 | 518-474-4418 | | Secretary of State |
| Secretary of State, Division of Corporations | | | | | | | | | | | Secretary of State - Division of Corporations |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 | | 202-942-8088 | 202-772-9318 | secbankruptcy@sec.gov | Securities and Exchange Commission - Headquarters |
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | | New York | NY | 10281-1022 | | 212-336-1100 | 212-336-1320 | bankruptcynoticeschr@sec.gov; NYRObankruptcy@sec.gov | Securities and Exchange Commission - New York Regional Office |
| Seward & Kissel LLP | Greg S Bateman & Dale C Christensen Jr & Sagar Patel & Thomas Ross Hooper | One Battery Park Plaza | | New York | NY | 10004 | | 212-574-1200 | 212-480-8421 | bateman@sewkis.com; christensen@sewkis.com; patel@sewkis.com; hooper@sewkis.com | Wells Fargo Bank, N.A., as collateral agent for the Prepetition Junior Secured Notes, as collateral agent for the Intercreditor Revolver, and as collateral control agent under the Intercreditor Agreement, dated as June 6, 2008. Counsel to Law Debenture Trust Company of New York as Separate Trustee |

Monthly Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | COUNTRY | ST | ZIP | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Seward & Kissel LLP | Ronald L. Cohen, Kalyan Das, Mark D. Kotwick, Arlene R. Alves & Laurie R. Binder | One Battery Park Plaza | | New York | | NY | 10004 | 212-574-1200 | 212-480-8421 | cohen@sewkis.com das@sewkis.com kotwick@sewkis.com alves@sewkis.com binder@sewkis.com | Counsel to US Bank National Association as Securitization Trustee; Counsel to US Bank as Master Servicer; & Counsel to US Bank NA, as Trustee for Ally Auto Asset Mortgage-Backed Securities Trusts |
| Shalhoub & Feldman LLP | Joel M. Shafferman Esq. | 286 Madison Ave Ste 1402 | | New York | | NY | 10017 | 212-509-1802 | 212-509-1831 | jshafferman@shalaw.com | Counsel to WICTC DELTA Trust |
| Shapiro, Blasi, Wasserman & Gora P.A. | Thomas A. Conrad Esq. | 7777 Glades Rd Ste 400 | | Boca Raton | | FL | 33434 | 561-477-7800 | 561-477-7722 | tconrad@sbwlawfirm.com | Counsel to Petra Finance LLC |
| Shearman & Sterling LLP | Fredric Sosnick & Susan A Fennessey | 599 Lexington Ave | | New York | | NY | 10022 | 212-848-4000 | 646-848-7179 | fsosnick@shearman.com sfennessey@shearman.com | Counsel to Citibank NA Counsel to OneWest Bank FSB; US Bank NA as Trustee for Credit Suisse First Boston Mortgage Acceptance Corp, Mortgage Pass-Through Certificates, Series 2006-1; Sun Trust Mortgage Inc |
| Stein Wiener & Roth LLP | Attn: Pranali Datta | 1 Old Country Rd, Ste 113 | | Carle Place | | NY | 11514 | 516-742-1212 | 516-742-6695 | pdatta@swr-law.com | Counsel to Bank of the West |
| Stinson Morrison Hecker LLP | Andrew W. Muller | 1201 Walnut, Ste. 2900 | | Kansas City | | MO | 64106 | 816-842-8600 | 816-691-3495 | amuller@stinson.com | Counsel to CitiMortgage, Inc |
| Sullivan Hazeltine Allinson LLC | William A Hazeltine Esq | 901 N. Market St Ste 1300 | | Wilmington | | DE | 19801 | 302-428-8191 | 302-428-8195 | whazeltine@sha-llc.com | Counsel to Mortgage Electronic Registration Systems Inc and MERSCORP Inc ("MERS") |
| Talcott Franklin P.C. | Attn: Talcott J. Franklin | 208 N. Market Street, Suite 200 | | Dallas | | TX | 75202 | 214-736-8730 | 877-577-1356 | tal@talcottfranklin.com | Counsel to Institutional Investors & an Ad Hoc Consortium of RMBS holders |
| Talcott Franklin P.C. | Derek S Witte | 208 N. Market Street, Suite 200 | | Dallas | | TX | 75202 | 214-736-8730 | 877-577-1356 | derek@talcottfranklin.com | Counsel to an Ad Hoc Consortium of RMBS holders |
| TCF National Bank | Jamie L Miller, Senior Vice President & Senior Counsel | 200 Lake St. | | Wayzata | | MN | 55391 | 952-745-2716 | | india.miller@tcfbank.com | Counsel to TCF National Bank |
| Tennessee Attorney General's Office | Jay Fletcher, Esq. | 1 Bicentennial Mall, Third Fl | | Nashville | | TN | 37243 | 615-532-0478 | 615-741-4070 | jay.fletcher@ag.tn.gov | Counsel to TCF National Bank, Topeka, MN |
| Tennessee Department of Revenue | c/o TN Attorney General's Office | Bankruptcy Division | PO Box 20207 | Nashville | | TN | 372022007 | 615-532-2504 | 615-741-3334 | Agbankny@ag.tn.gov | Tennessee Attorney Generals Office |
| The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | | New York | | NY | 10286 | | | robert.t.bradley@bnymellon.com | Indenture Trustee under the Pre-Petition GSAP Facility |
| The Bank of New York Mellon | Attn Robert H Major Vice President | 6525 West Campus Oval | | New Albany | | OH | 43054 | 614-775-5278 | 614-775-5636 | robert.h.major@bnymellon.com | Member of Official Committee of Unsecured Creditors |
| The Canada Trust Company | Susan Khokher, Key 2 Bond Assistant Travis County Atty | 79 Wellington Street West, 8th Floor | PO Box 1, Toronto-Dominion Centre | Toronto | Canada | ON | M5K 1A2 | 416-308-3925 | 416-983-2044 | Adam.Farkas@tdsecurities.com Christopher.Mazza@tdsecurities.com | Securitization Trustee |
| Travis County Attorney | | PO Box 1748 | | Austin | | TX | 78767 | 512-854-9513 | 512-854-4808 | jay.boice@co.travis.tx.us | Counsel to Travis County Tax Assessor Collector |
| U.S. Bank National Association | Attn: Mamta A Scott & David A Jason | 190 S. LaSalle Street | | Chicago | | IL | 60603 | 312-332-6576 | 312-332-7480 | mamta.scott@usbank.com | Member of Official Committee of Unsecured Creditors |
| U.S. Bank National Association | | 60 Livingston Ave | | St. Paul | | MN | 55107 | 651-495-3909 | 800-934-6542 | | Member of Official Committee of Unsecured Creditors |
| U.S. Bank National Association | Tamara Adrnet, Corporate Trust Services | West Side Flats, EP-MN-WS3D | | St. Paul | | MN | 55107 | 651-495-3882 | 866-931-7919 | tamara.adrnet@usbank.com | Securitization/HELOC Trustee |
| U.S. Department of Justice | Attn: Glenn D. Gillette US Attorney General, Eric H. Holder, Jr. | Civil Division | 1100 L Street NW, Room 10019 | Washington | | DC | 20005 | 202-514-0093 | 202-307-6777 | AUSDOJ@usdoj.gov | Counsel to GSE - Ginnie Mae |
| U.S. Department of Justice | | 950 Pennsylvania Ave NW | | Washington | | DC | 205300001 | 202-514-2000 | 202-307-6777 | | Office of the United States Attorney General |
| UMB Bank na | Mark B Flannagan | 1010 Grand Blvd, 4th Floor | | Kansas City | | MO | 64106 | 816-860-3009 | 816-860-3029 | Mark.Flannagan@umb.com | Successor Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| US Trustee for the Southern District of New York and Division | Attn Joseph Contino | 86 Chambers St 3rd Fl | | New York | | NY | 10007 | | | | US Attorney's Office for the Southern District of New York |
| US Bank Global Corporate Trust Services | James H Byrnes | 1 Federal St 3rd Fl | | Boston | | MA | 02110- | 617-603-6442 | 617-603-6644 | james.byrnes@usbank.com | US Bank as Trustee for Certain Mortgage-Backed Securities Trusts |
| US Bank NA Corporate Trust Services Division | Laura L Moran | 1 Federal St 3rd Fl | | Boston | | MA | 02110- | 617-603-6429 | 617-603-6644 | laura.moran@usbank.com | GMEN Indenture Trustee at Corporate Trust Office |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 33 Whitehall St 21st Fl, Region 2 | U.S. Federal Office Building | New York | | NY | 10004 | 212-510-0500 | 212-668-2255 | Linda.Riffkin@usdoj.gov Brian.Masumoto@usdoj.gov | Office of the United States Trustee for the Southern District of New York |
| Walters Bender Strohbehn & Vaughan PC | J Michael Vaughan & David M Skeens | 2500 City Center Square | 1100 Main St. | Kansas City | | MO | 64105 | 816-421-6620 | 816-421-4747 | vaughan@wbsvlaw.com skeens@wbsvlaw.com | Counsel to Representative Plaintiffs and the Putative Class |
| Weil Gotshal & Manges LLP | Attn Corporate Trust Services - GMACM Home Equity Loan Trust 2004 Variable Funding Trust | 767 Fifth Ave | | New York | | NY | 10153 | 212-310-8000 | 212-310-8007 | | Counsel to Syncora Guarantee Inc. |
| Wells Fargo Bank NA | | PO Box 98 | | Columbia | | MD | 21046 | | | | GMEN Indenture Trustee at Corporate Trust Office |
| Wells Fargo Bank, N.A. | Kelly Rentz | Corporate Trust Services | | Minneapolis | | MN | | 410-884-2029 | 410-715-2380 | laura.rentz@wellsfargo.com Sharon.Squillace@wellsfargo.com | Securitization/HELOC Trustee |
| Wells Fargo Law Department | Kristi Garcia Esq Senior Counsel | MAC-T7465-010 | 4101 Wiseman Blvd | San Antonio | | TX | 78251 | 210-543-5747 | 210-543-3015 | kristi.garcia@wellsfargo.com | Counsel to Wells Fargo Bank, NA |
| Wendy Alison Nora | | 210 Second St NE | | Minneapolis | | MN | 55413 | 612-333-4144 | 612-886-2444 | aquanon@earthlink.net | Claimant; Appeared as Claimant Rep Elliott & Claimant Paul Papas |
| White & Case LLP | J Christopher Shore & Ian J Silverbrand | 1155 Avenue of the Americas | | New York | | NY | 100362787 | 212-819-8473 | 212-354-8113 | cshore@whitecase.com isilverbrand@whitecase.com | Counsel to Wells Fargo as collateral agent for the Prepetition Junior Secured Notes; Co-Counsel to the Ad Hoc Group of Junior Secured Noteholders |
| Wilkie Farr & Gallagher LLP | Marc Abrams & Richard Choi & Jennifer J Hardy | 787 Seventh Avenue | | New York | | NY | 10019 | 212-728-8111 | 212-728-8111 | mabrams@willkie.com rchoi@willkie.com | Counsel to Monarch Alternative Capital LP |
| Wilmington Trust NA | Rosaline Maney | 1100 N. Market St. | | Wilmington | | DE | 19801 | 302-636-6000 | 302-636-4140 | rmaney@wilmingtontrust.com | Securitization Trustee |
| Wilmington Trust NA | Julie J Becker Vice President | 50 South Sixth St Ste 1290 | | Minneapolis | | MN | 554021544 | 612-217-5651 | | jbecker@wilmingtontrust.com | Member of Official Committee of Unsecured Creditors |
| Wilson Elser Moskowitz Edelman & Dicker LLP | Attn David L Tillem | 3 Gannett Dr | | White Plains | | NY | 106043407 | 914-323-7000 | 914-323-7001 | david.tillem@wilsonelser.com | Counsel to County of Putnam, Department of Finance |
| Winston & Strawn LLP | Attn: David Neier | 200 Park Avenue | | New York | | NY | 10166 | 212-294-6700 | 212-294-4700 | dneier@winston.com | Counsel to GSE - Fannie Mae |
| Winston & Strawn LLP | David Neier & Carey D Schreiber | 200 Park Avenue | | New York | | NY | 101664193 | 212-294-6700 | 212-294-4700 | cschreiber@winston.com | Counsel to Federal National Mortgage Association |
| Wollmuth Maher & Deutsch LLP | Attn James N Lawlor | One Gateway Center 9th Fl | | Newark | | NJ | 07102- | 973-733-9200 | 973-733-9292 | jlawlor@wmd-law.com | Counsel to The Western and Southern Life Insurance Company et al |
| Wollmuth Maher & Deutsch LLP | Attn Paul R DeFilippo & Steven S Fitzgerald | 500 Fifth Ave 12th Fl | | New York | | NY | 10110 | 212-382-3300 | 212-382-0050 | pdefilippo@wmd-law.com sfitzgerald@wmd-law.com | Counsel to The Western and Southern Life Insurance Company et al Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union |
| Zuckerman Spaeder LLP | Graeme W Bush & Nelson C. Cohen & Laura E. Neish | 1185 Avenue of the Americas, 31st Floor | | New York | | NY | 10036 | 212-704-9600 | 212-704-4256 | gbush@zuckerman.com ncohen@zuckerman.com lneish@zuckerman.com | Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | 1800 M Street, N.W., Suite 1000 | | Washington | | DC | 20036 | 202-778-1800 | 202-822-8106 | gbush@zuckerman.com | Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union |

In re Residential Capital, LLC.
Case No. 12-12020 (MG)

5/10/2013