**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | )  | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---

**ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC
STAY OF 11 U.S.C. § 362 BY MED&G GROUP, LP**

Upon consideration of the *Motion for Relief from the Automatic Stay of 11 U.S.C. § 362 by MED&G Group, LP* [Docket No. 2274] (the "**Motion**"), and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation thereon; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion was adequate and proper under the circumstances of these cases and that no further or other notice need be given; and upon consideration of the *Debtors' Objection to Motion for Relief from the Automatic Stay of 11 U.S.C. § 362 by MED&G Group, LP* [Docket No. 2680] and upon the arguments and statements presented at the hearing before the Court; it is hereby:

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. Except as provided in the *Stipulation and Order Between MED&G Group LP and the Debtors* [Docket No. 3491] entered by the Court on April 22, 2013, the Motion is DENIED for the reasons stated on the record at the May 14, 2013 omnibus hearing in the chapter 11 cases of the above-captioned Debtors.

2. This court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: May 17, 2013
New York, New York

                                                 **/s/Martin Glenn**
                                                MARTIN GLENN
                                United States Bankruptcy Judge