**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Residential Capital, LLC, <u>et</u> <u>al.</u>, | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

------------------------------------------------------------ x

### ORDER GRANTING THE DEBTORS' MOTION, PURSUANT TO 11 U.S.C. § 107(b) AND FED. R. BANKR. P. 9018, TO FILE PORTIONS OF THE MOTION FOR AN ORDER PURSUANT TO SECTION 503(c)(2) OF THE BANKRUPTCY CODE FIXING THE STATUTORY CAP FOR SEVERANCE PAYMENTS <u>TO CERTAIN INDIVIDUALS, UNDER SEAL</u>

Upon the Motion,[1] dated April 9, 2013, of Residential Capital, LLC and its affiliated

Debtors in the above captioned case (the "**<u>Debtors</u>**"), for an order pursuant to section 107(b) of

the Bankruptcy Code and Rule 9018 of the Federal Rules of Bankruptcy Procedure (the

"**<u>Bankruptcy Rules</u>**"), authorizing the Debtors to file portions of the Severance Motion and

accompanying declaration to the Bankruptcy Court under seal, as more fully described in the

Motion; and the Court having jurisdiction to consider the Motion and grant the requested relief in

accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core

proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to

28 U.S.C. §§ 1408 and 1409; and the Debtors having provided notice of the Motion to the Notice

Parties and no further notice is necessary; and the legal and factual bases set forth in the Motion

establish just cause to grant the relief granted herein; and after due deliberation and sufficient

cause appearing therefore, it is hereby

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Motion is granted as provided herein.

2.      Pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, the Debtors are authorized to file the Severance Motion and accompanying declaration, under seal.

3.      The unredacted Severance Motion, and accompanying declaration and exhibits (the "**Sealed Documents**") shall not be disclosed to any parties in these cases other than (a) the Bankruptcy Court; (b) counsel to the Committee; and (c) the United States Trustee.

4.      Parties receiving Sealed Documents shall treat them as confidential and not for public dissemination so long as the Sealed Documents, or any portions thereof, remain under seal by Order of this Court.

5.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: May 17, 2013
    New York, New York

_____/s/Martin Glenn_____
MARTIN GLENN
United States Bankruptcy Judge