WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
J. Christopher Shore (JCS – 6031)
Harrison L. Denman (HD – 1945)

    - and -

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219
Gerard Uzzi (GU – 2297)

Attorneys for the Ad Hoc Group
of Junior Secured Noteholders

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENT TO AMENDED VERIFIED STATEMENT OF WHITE & CASE LLP AND MILBANK, TWEED, HADLEY & MCCLOY LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

In connection with the above-captioned chapter 11 cases (the "Chapter 11 Cases") commenced by the debtors on May 14, 2012, White & Case LLP ("White & Case") and Milbank, Tweed, Hadley & McCloy ("Milbank" and, together with White & Case, "Counsel") hereby submit this supplement (the "Supplement") to that certain *Amended Verified Statement if White & Case LLP and Milbank, Tweed, Hadley & McCloy LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019, dated May 7, 2013* (Docket No. 3627) (the "Amended Statement"), filed in connection with Counsel's representation of the Ad Hoc Group (the "Ad

Hoc Group") of holders of those certain 9.625% Junior Secured Guaranteed Notes due 2015 (the "Notes") issued by debtor Residential Capital, LLC pursuant to that certain Indenture dated June 6, 2008 and respectfully states as follows:

1. The Amended Statement was filed in response to the Debtors' assertions made only one day prior to a contested hearing that the Ad Hoc Group should not be heard because the Ad Hoc Group's existing 2019 Statement was not compliant. Although the Ad Hoc Group disputed that assertion, the Ad Hoc Group filed its Amended Statement on May 7, 2013 to render the issue moot. Given the untimeliness of the Debtors' assertions, a member of the Ad Hoc Group had not reported its holdings in time to be included in the Amended Statement. That member was suspended from further participation in the Ad Hoc Group pending reporting its holdings in this Supplement. In footnote 1 to the Amended Statement, Counsel reserved the right to file this Supplement.

2. Counsel files this Supplement for the limited purposes of (i) disclosing the holdings of that member, and (ii) to correct the holdings information disclosed in the Amended Statement for two other members. Exhibit A to this Supplement sets forth the corrected holdings information for the Ad Hoc Group. Exhibit B to this Supplement is a comparison with Exhibit A to the Amended Statement.

3. The Amended Statement is otherwise incorporated herein by reference.

4. The undersigned, who are partners of White & Case and Milbank, respectively, verify that the following is true and correct to the best of their knowledge.

Dated: May 17, 2013
    New York, New York

WHITE & CASE LLP

By: /s/ J. Christopher Shore
J. Christopher Shore
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

  - and -

MILBANK, TWEED, HADLEY & MCCLOY LLP

By: /s/ Gerard Uzzi
Gerard Uzzi
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

# SUPPLEMENTAL EXHIBIT A

(All information provided herein is as of May 2, 2013)

| NAME | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Alliance Bernstein LP | 1345 Avenue of the Americas<br>New York, NY 10105<br>Attention: Mr. Michael Sohr | $20,733,000 of Notes |
| Aurelius Capital Management, LP | 535 Madison Avenue<br>22nd Floor<br>New York, NY 10022 | $238,656,000 of Notes<br><br>$37,540,243 in current face amount of related RMBS Certificates |
| Davidson Kempner Capital Management LLC | 65 East 55th Street, 20th Floor<br>New York, NY 10022<br>Attention: Ms. Sara Tirschwell | $191,000,000 of Notes<br><br>$40,000,000 of 8.5% notes due 4/17/2013<br><br>$137,646,143 in current face amount of related RMBS Certificates |
| Halcyon Loan Trading Fund LLC | 477 Madison Avenue<br>8th Floor<br>New York, NY 10022<br>Attention: Mr. Pratik Desai | $1,000,000 of Notes |
| Hudson Bay Capital | 777 Third Avenue<br>30th Floor<br>New York, NY 10017<br>Attention: Mr. Michael Aikins | $4,000,000 of Notes |
| Intermarket Corporation | 1370 Avenue of the Americas<br>New York, NY 10019<br>Attention: Jerome Noto | $15,000,000 of Notes |
| KS Management Corp. | 11 West 42nd Street<br>30th Floor<br>New York, NY 10036<br>Attention: Mr. Giac Picco | $1,200,000 of Notes |

| | | |
|---|---|---|
| Loomis, Sayles & Company, L.P. | One Financial Center Boston, MA 02111 Attention: Ms. Diana Monteith | $220,020,000 of Notes $1,260,000 of 8.5% notes due 4/17/2013 $210,000 of 8.875% notes due 6/30/2015 $95,000 of 8.5% notes due 6/1/2012 $50,000 of 8.375% notes due 5/17/2013 $200,000 of 9.875% notes due 7/1/2014 $47,965,780 in current face amount of related RMBS Certificates |
| Marathon Asset Management, L.P. | One Bryant Park 38th Floor New York, NY 10036 Attention: Mr. Daniel Pine | $173,550,000 of Notes |
| Pentwater Capital Management LP | 227 W Monroe Suite 4000 Chicago, IL 60606-5099 Attention: Mr. Arthur Kaz | $24,172,000 of Notes Short $4,000,000 of 8.5% notes due 4/17/2013 |
| Silver Point Capital LP | Two Greenwich Plaza Greenwich, CT 06830 Attention: Mr. Rich Parisi | $30,485,000 of Notes |
| UBS AG | Region Americas Legal 677 Washington Boulevard Stamford, CT 06901 Attention: Mr. Kiye Sakai | $39,382,000 of Notes |

| | | |
|---|---|---|
| Venor Capital Management LP | 7 Times Square Suite 3505 New York, NY 10036 Attention: Mr. Michael Scott | $22,000,000 of Notes $11,000,000 of 8.5% notes due 4/17/2013 $5,000,000 of 7.125% notes due 5/17/2012 |
| Waterstone Capital Management, L.P. | 2 Carlson Parkway, Suite 260 Plymouth, MN 55447 Attention: Mr. David Duback | $20,000,000 of Notes |
| York Capital Management | 767 Fifth Avenue 17th Floor New York, NY 10153 Attention: Ms. Jeanne Manischewitz | $49,876,000 of Notes |

# EXHIBIT B

(Redline comparison)

# EXHIBIT A

(All information provided herein is as of May 2, 2013)

| NAME | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Alliance Bernstein LP | 1345 Avenue of the Americas<br>New York, NY 10105<br>Attention: Mr. Michael Sohr | $20,733,000 of Notes |
| Aurelius Capital Management, LP | 535 Madison Avenue<br>22nd Floor<br>New York, NY 10022 | $238,656,000 of Notes<br><br>$37,540,243 in current face amount of related RMBS Certificates |
| Davidson Kempner Capital Management LLC | 65 East 55th Street, 20th Floor<br>New York, NY 10022<br>Attention: Ms. Sara Tirschwell | $~~157,000,000~~191,000,000 of Notes<br><br>$40,000,000 of 8.5% notes due 4/17/2013<br><br>$137,646,143 in current face amount of related RMBS Certificates |
| Halcyon Loan Trading Fund LLC | 477 Madison Avenue<br>8th Floor<br>New York, NY 10022<br>Attention: Mr. Pratik Desai | $1,000,000 of Notes |
| Hudson Bay Capital | 777 Third Avenue<br>30th Floor<br>New York, NY 10017<br>Attention: Mr. Michael Aikins | $4,000,000 of Notes |
| Intermarket Corporation | 1370 Avenue of the Americas<br>New York, NY 10019<br>Attention: Jerome Noto | $15,000,000 of Notes |
| KS Management Corp. | 11 West 42nd Street<br>30th Floor<br>New York, NY 10036<br>Attention: Mr. Giac Picco | $1,200,000 of Notes |

| | | |
|---|---|---|
| Loomis, Sayles & Company, L.P. | One Financial Center<br>Boston, MA 02111<br>Attention: Ms. Diana Monteith | $220,020,000 of Notes<br><br>$1,260,000 of 8.5% notes due 4/17/2013<br><br>$210,000 of 8.875% notes due 6/30/2015<br><br>$95,000 of 8.5% notes due 6/1/2012<br><br>$50,000 of 8.375% notes due 5/17/2013<br><br>$200,000 of 9.875% notes due 7/1/2014<br><br>$47,965,780 in current face amount of related RMBS Certificates |
| Marathon Asset Management, L.P. | One Bryant Park<br>38th Floor<br>New York, NY 10036<br>Attention: Mr. Daniel Pine | $173,550,000 of Notes |
| Pentwater Capital Management LP | 227 W Monroe<br>Suite 4000<br>Chicago, IL 60606-5099<br>Attention: Mr. Arthur Kaz | $24,172,000 of Notes<br><br>Short $4,000,000 of 8.5% notes due 4/17/2013 |
| Silver Point Capital LP | Two Greenwich Plaza<br>Greenwich, CT 06830<br>Attention: Mr. Rich Parisi | $30,485,000 of Notes |
| UBS AG | Region Americas Legal<br>677 Washington Boulevard<br>Stamford, CT 06901<br>Attention: Mr. Kiye Sakai | $39,382,000 of Notes |

| | | |
|---|---|---|
| Venor Capital Management LP | 7 Times Square Suite 3505 New York, NY 10036 Attention: Mr. Michael Scott | $22,000,000 of Notes $11,000,000 of 8.5% notes due 4/17/2013 $5,000,000 of 7.125% notes due 5/17/2012 |
| Waterstone Capital Management, L.P. | 2 Carlson Parkway, Suite 260 Plymouth, MN 55447 Attention: Mr. David Duback | $20,000,000 of Notes |
| York Capital Management | 767 Fifth Avenue 17th Floor New York, NY 10153 Attention: Ms. Jeanne Manischewitz | $49,876,000 of Notes |