Case No.: 12-12020 (MG)  **CURRENT INTERIM FEE PERIOD**  Schedule A
Case Name: In re Residential Capital, LLC, et al.  **05/15/2012 through 12/31/2012**

**First Interim Application**

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Interim Expenses Requested | (7) Expenses Allowed |
|---|---|---|---|---|---|---|
| Hudson Cook, LLP | 03/14/2013 Dkt. No. 3189 | $1,206,481.50 | $1,203,715.50 | $1,203,715.50 | $15,463.07 | $15,142.10 |

Date on Which Order was Signed:  May 17, 2013                    Initials: _MG_  U.S.B.J.