UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF
NEW YORK
MANHATTAN DIVISION

Case number 12-12028-MG

In re: EXECUTIVE TRUSTEE SERVICES LLC

Taxpayer number: 3-01175-3624-0

## WITHDRAWAL OF

### FIRST AMENDED
Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to: Office of the Attorney General
Bankruptcy - Collections Division
P. O. Box 12548
Austin, TX 78711-2548

RECEIVED MAY 17 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

1. DATE OF CLAIM            : 11/30/2012

2. TOTAL AMOUNT OF CLAIM    : $1,617,207.41
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2009 TO 12/31/2012

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 05/13/2013

_____
LYDIA HEWITT
Accounts Examiner    (512) 463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $5,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.8-08/5)