UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF
NEW YORK
MANHATTAN DIVISION



Case number 12-12069-MG

In re: RFC CONSTRUCTION FUNDING LLC

Taxpayer number: 1-41-1925730-2

WITHDRAWAL OF

FIRST AMENDED
Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to:  Office of the Attorney General
                  Bankruptcy - Collections Division
                  P. O. Box 12548
                  Austin, TX 78711-2548

1.  DATE OF CLAIM                : 11/30/2012

2.  TOTAL AMOUNT OF CLAIM        : $1,617,207.41
    FRANCHISE TAX CH. 171

3.  DATE DEBT WAS INCURRED: 01/01/2009 TO 12/31/2012

4.  THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 05/13/2013                          *Barbara Johnson*
                                          BARBARA JOHNSON
                                          Accounts Examiner      (512) 463-4510
                                          Revenue Accounting Division
                                          Texas Comptroller of Public Accounts

**Penalty for presenting fraudulent claim: fine of up to $5,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.**

Form 00-359 (Rev.8-08/5)