UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

### DECLARATION OF LaSHANN M. DeARCY IN SUPPORT OF DEBTORS' REPLY IN SUPPORT OF *DAUBERT* MOTION TO EXCLUDE TESTIMONY OF MBIA'S EXPERT C.J. BROWN

I, LaSHANN M. DeARCY, declare:

1. I am a member of the Bar of the State of New York and admitted to practice before this Court. I am an attorney at the law firm Morrison & Foerster LLP, counsel for Residential Capital, LLC and its affiliated debtors and debtors-in-possession.

2. I submit this declaration in support of Debtors' Reply In Support Of *Daubert* Motion to Exclude the Testimony of MBIA's Expert C.J. Brown ("Reply"), and to put before the Court certain documents referred to in the Reply.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the December 18, 2012 Deposition Transcript of C.J. Brown referenced in the Reply.

sf-3287301

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on this 20th day of May, 2013 at New York, New York.

By:   /s/ LaShann M. DeArcy
     LaShann M. DeArcy

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*