UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>　　　　　　　　　　　Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

### DECLARATION OF LaSHANN M. DeARCY IN SUPPORT OF DEBTORS' MOTION TO EXCLUDE THE DEPOSITION TESTIMONY OF TIMOTHY DEVINE, WILLIAM GREENE, AND MARK RENZI

I, LaSHANN M. DeARCY, declare:

1. I am a member of the Bar of the State of New York and admitted to practice before this Court. I am an attorney at the law firm Morrison & Foerster LLP, counsel for Residential Capital, LLC and its affiliated debtors and debtors-in-possession.

2. I submit this declaration in support of Debtors' Motion to Exclude the Deposition Testimony of Timothy Devine, William Greene, and Mark Renzi, and to put before the Court documents referred to therein.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the November 19, 2012 Deposition of Timothy Devine.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the January 30, 2013 Deposition of William Greene.

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the November 7, 2012 Deposition of Mark Renzi.

sf-3287275

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on this 21st day of May, 2013 at New York, New York.

By:   /s/ LaShann M. DeArcy
      LaShann M. DeArcy

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*