# EXHIBIT 3

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

In Re:                                  Case No.

RESIDENTIAL CAPITAL, LLC, et. al,       12-12020(MG)

        Debtors.

-----------------------------------x

VIDEOTAPE DEPOSITION OF MARK RENZI

New York, New York

November 7, 2012

1:08 p.m.

Reported by:
ERICA L. RUGGIERI, RPR
JOB NO: 27640

```
                                                    12
 1                  MARK RENZI
 2        M A R K   R E N Z I,  called as a
 3   witness, having been duly sworn by a
 4   Notary Public, was examined and testified
 5   as follows:
 6   EXAMINATION BY
 7   MR. KAUFMAN:
 8        Q.    Good afternoon, Mr. Renzi.
 9        A.    Good afternoon.
10        Q.    We introduced ourselves.  Is
11   Mr. Rains your counsel today?
12        A.    Yes.
13        Q.    Did you do anything to prepare
14   for your deposition?
15        A.    We spoke to each other in a
16   couple meetings to talk about the process
17   in terms of the deposition.
18        Q.    With whom did you meet?
19        A.    Darryl and Jamie Levitt.
20        Q.    And when was that meeting or
21   those meetings?
22        A.    Yesterday and the day prior.
23        Q.    Approximately how long did each
24   of those meetings last?
25        A.    An hour and a half probably for
```

```
                                                    15
 1                  MARK RENZI
 2       Q.    No.  Actual testimony.
 3       A.    No.
 4       Q.    Okay.  Are the instances in
 5  which you have served as an expert, even
 6  in written form, set forth anywhere on a
 7  CV or some web page that FTI has?
 8       A.    I think it would be in the
 9  context of the -- TERY is the acronym for
10  the case in Boston.  So yes, it would be
11  submitted.
12       Q.    What academic degrees do you
13  hold?
14       A.    I have a bachelor's degree from
15  Washington College and a Master's in
16  finance from Boston College.
17       Q.    And you are employed by FTI
18  Consulting?
19       A.    I am.
20       Q.    What is your position?
21       A.    I'm a managing director in the
22  corporate finance structuring division of
23  FTI in Boston and it feels like New York.
24       Q.    And how long have you held that
25  position with FTI?
```

19

1              MARK RENZI

2       Q.    Is it your understanding that
3   that engagement ended and there was some
4   gap until this current engagement?
5       A.    That's my understanding.
6       Q.    And you say you had no
7   involvement in that prior engagement?
8       A.    Only peripheral.
9       Q.    Okay.  With respect to the
10  current engagement.  What has been your
11  role?
12      A.    Current engagement my role has
13  been to oversee financial analyses and to
14  assist in the production of information to
15  the unsecured creditors committee along
16  with the junior secured bond advisors, the
17  senior unsecured notes advisors, the RMBS
18  trust advisors, the government's advisors
19  and a variety of other advisors that have,
20  have signed the appropriate documentation
21  such that they could receive the
22  information.
23      Q.    And when you say you oversee
24  that activity, are you in charge of an FTI
25  team that is responsible for that?

23

```
 1                     MARK RENZI
 2        A.    Discussed and reviewed the
 3   information provided by the company and
 4   counsel to ascertain how to analyze the
 5   claims.
 6        Q.    I understand that you've
 7   testified you received information from
 8   the company.  But can you be a little more
 9   specific about what you did with the
10   information that helped you evaluate the
11   exposure?
12        A.    We used the information in a
13   waterfall analysis to understand how large
14   the size of the claims could be and what
15   would be appropriate range of those
16   claims.
17        Q.    We will follow up more on this
18   later.  How were you first informed of
19   FTI's engagement by ResCap in this
20   instance?
21        A.    Through Bill Nolan and Gina
22   Gutzeit.
23        Q.    And from whom at the client did
24   you first speak or meet about the
25   engagement?
```

24

1                    MARK RENZI

2        A.    The key players of the

3   management team such as Jim Willinger, Tom

4   Marano, Tammy Hamzehpour as examples.

5   Jill Horner and Cathy Dondzila.

6        Q.    Were you given any instructions

7   at the outset concerning who at the

8   company you should be communicating with?

9        A.    Not specifically.  It depended

10  on task.

11       Q.    Were the roles played by each of

12  the persons you identified explained to

13  you when you received the engagement or

14  received notice of the engagement?

15       A.    Some of the roles were

16  self-evident by their title.

17       Q.    And what about those where there

18  wasn't that self evidence, did somebody

19  explain their roles to you?

20       A.    Yes.

21       Q.    Do you remember who explained it

22  to you?

23       A.    My -- my recollection is that

24  it's as simple as asking people who were

25  already involved in the case in prior

191

1

2         C E R T I F I C A T I O N

3    STATE OF NEW YORK       )

4                            ) ss.:

5    COUNTY OF NEW YORK      )

6

7             I, ERICA L. RUGGIERI, RPR and a

8         Notary Public within and for the State

9         of New York, do hereby certify:

10             That I reported the proceedings

11        in the within-entitled matter, and

12        that the within transcript is a true

13        record of such proceedings.

14             I further certify that I am not

15        related by blood or marriage, to any

16        of the parties in this matter and

17        that I am in no way interested in

18        the outcome of this matter.

19             IN WITNESS WHEREOF, I have

20        hereunto set my hand this 8th day of

21        November, 2012.

22

23

24                    ERICA L. RUGGIERI, RPR

25