MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Jordan A. Wishnew

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON MAY 23, 2013 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.**     **UNCONTESTED MATTERS**

**1.**     Debtors' Motion for an Order Pursuant to Section 503(c)(2) of the Bankruptcy Code Fixing Statutory Cap for Severance Payments to Certain Individuals [Docket No. 3658]

**Related Documents**:

a. Declaration of Tammy Hamzehpour in Support of Debtors' Motion for an Order Pursuant to Section 503(c)(2) of the Bankruptcy Code Fixing Statutory Cap for Severance Payments to Certain Individuals [Docket No. 3659]

b. Debtors' Motion, Pursuant to 11 U.S.C. § 107(B) and Fed. R. Bankr. P. 9018, to File Portions of the Motion for an Order Pursuant to Section 503(c)(2) of the Bankruptcy Code Fixing the Statutory Cap for Severance Payments to Certain Individuals, Under Seal [Docket No. 3660]

ny-1090878

  c. Order Granting the Debtors' Motion, Pursuant to 11 U.S.C. § 107(B) and Fed. R. Bankr. P. 9018, to File Portions of the Motion for an Order Pursuant to Section 503(c)(2) of the Bankruptcy Code Fixing the Statutory Cap for Severance Payments to Certain Individuals, Under Seal [Docket No. 3767]

**Responses**: None.

**Status**: The hearing on this matter will be going forward.

Dated: May 21, 2013  
New York, New York

/s/ Gary S. Lee  
Gary S. Lee  
Lorenzo Marinuzzi  
Jordan A. Wishnew  
MORRISON & FOERSTER LLP  
1290 Avenue of the Americas  
New York, New York 10104  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*