MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Jordan A. Wishnew

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF CANCELLATION OF HEARING ON DEBTORS' MOTION FOR AN
ORDER PURSUANT TO SECTION 503(C)(2) OF THE BANKRUPTCY CODE FIXING
STATUTORY CAP FOR SEVERANCE PAYMENTS TO CERTAIN INDIVIDUALS**

**PLEASE TAKE NOTICE** that the hearing scheduled for May 23, 2013 at 10:00 A.M. (prevailing Eastern Time) on the *Debtors' Motion for an Order Pursuant to Section 503(c)(2) of the Bankruptcy Code Fixing Statutory Cap for Severance Payments to Certain Individuals* [Docket No. 3658] is hereby cancelled.

ny-1091809

Dated: May 22, 2013
      New York, New York

/s/ Gary S. Lee
Gary S. Lee
Lorenzo Marinuzzi
Jordan A. Wishnew
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*