TEXAS COMPTROLLER *of* PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528



May 13, 2013



RECEIVED
MAY 17 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Clerk
U.S. Bankruptcy Court
ONE BOWLING GREEN, ROOM 534
NEW YORK, NY 10004-1408


Re:   Taxpayer #3-20372-9310-0
      Bankruptcy Case # 12-12023-MG
      DOA PROPERTIES IX (LOTS-OTHER), LLC

Enclosed is the state's notice of withdrawal in the above-
captioned proceeding for a Pre-petition Tax Claim.


Attached is an extra copy of the withdrawal.  Please stamp this
copy with the date filed and return in the enclosed self-
addressed envelope.  The Comptroller of Public Accounts is being
represented in this proceeding by the Office of the Attorney
General.  Please direct all notices and correspondence to:

            Office of the Attorney General
            Collections Division/Bankruptcy Section
            P.O. Box 12548, Capitol Station
            Austin, TX  78711-2548

Thank you for your cooperation in this matter.

Respectfully yours,

Accounts Examiner
Revenue Accounting Division
P.O. Box 13528
Austin, TX  78711-3528



Enclosure

Form 00-360 (Rev.8-08/5)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF
NEW YORK
MANHATTAN DIVISION

Case number 12-12023-MG

In re: DOA PROPERTIES IX (LOTS-OTHER), LLC

Taxpayer number: 3-20372-9310-0

WITHDRAWAL OF

FIRST AMENDED
Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to:   Office of the Attorney General
                   Bankruptcy - Collections Division
                   P. O. Box 12548
                   Austin, TX 78711-2548

RECEIVED
MAY 1 7 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

1.   DATE OF CLAIM              : 11/30/2012

2.   TOTAL AMOUNT OF CLAIM           : $1,617,207.41
     FRANCHISE TAX CH. 171

3.   DATE DEBT WAS INCURRED: 01/01/2009 TO 12/31/2012

4.   THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 05/13/2013

_____
LYDIA HEWETT

Accounts Examiner        (512) 463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $5,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.8-08/5)