**KIRBY McINERNEY LLP**
Mark A. Strauss (mstrauss@kmllp.com)
J. Brandon Walker (bwalker@kmllp.com)
825 Third Avenue, 16th Floor
New York, NY 10022
Tel:    (212) 371-6600
Fax:    (212) 751-2540

*Counsel for Plaintiffs Landon Rothstein et al.*

**BIFFERATO GENTILOTTI**
Mary E. Augustine (maugustine@bglawde.com)
Garvan F. McDaniel (gmcdaniel@bglawde.com)
1013 Centre Road, Suite 102
 Wilmington, DE 19805
Tel:    (302) 429-1900
Fax:    (302) 429-8600

*Bankruptcy Counsel for Plaintiffs Landon Rothstein, et al.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Garvan F. McDaniel, request admission, ***pro hac vice,*** before the Honorable Martin Glenn to represent Plaintiffs Landon Rothstein, et al., creditors in the above-referenced bankruptcy cases.

***I certify that I am a member in good standing*** of the bar in the State of Delaware, and, if applicable, the bar of the U.S. District Court for the District of Delaware.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  May 22, 2013
       Wilmington, Delaware       BIFFERATO GENTILOTTI LLC

                                         */s/ Garvan F. McDaniel*
                                         Garvan F. McDaniel (DE No. 4167)
                                         800 North King Street, Plaza Level
                                         Wilmington, DE 19801
                                         Telephone:  302-429-1900
                                         Facsimile:   302-429-8600
                                         gmcdaniel@bglawde.com

                                         *Bankruptcy Counsel for Plaintiffs Landon Rothstein, et al.*