# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Garvan F. McDaniel, to be admitted, *pro hac vice,* to represent Plaintiffs Landon Rothstein, et al. (the "Client"), creditors in the above-referenced bankruptcy cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Delaware and, if applicable, the bar of the U.S. District Court for the District of Delaware, it is hereby

ORDERED, that Garvan F. McDaniel, Esq., is admitted to practice, *pro hac vice,* in the above-referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
    New York, New York

_____
United States Bankruptcy Judge