William E. Baney, Esq.
Wenig Saltiel, LLP
26 Court Street, Suite 1200
Brooklyn, New York 11242
Telephone: (718) 797-5700
Facsimile: (718) 522-0356

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In re

      Residential Capital, LLC *et al.*,          Chapter 11

               Debtors.          Case No. 12-12020 (MG)
                                (Jointly Administered)

-----------------------------------------------------------------X

---

NOTICE OF APPEAL FROM ORDER ENTERED ON MAY 8, 2013
[DOCKET NO. 3648]

---

William E. Baney hereby appeals under 28 U.S.C. §158(a) and Fed. R. Bankr. P.

8001 and 8002 from the Order Denying Motion for Order Permitting MED&G Group LP to

File a Late Proof of Claim [Docket No. 3648] entered on May 8, 2013.

Dated: May 22, 2013
      Brooklyn, New York

                            /s/ William E. Baney
                            William E. Baney
                            Wenig Saltiel, LLP
                            26 Court Street, Suite 1200
                            Brooklyn, New York 11242
                            Telephone (718) 797-5700

Facsimile: (718) 522-0356
wbaney@LTattorneys.com