UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re:                                          :    Chapter 11
                                                :
Residential Capital, LLC, et al.,               :    Case No. 12-12020 (MG)
                                                :
                    Debtors.                    :    Jointly Administered
                                                :
------------------------------------------------------------ x

## ORDER ADJOURNING TRIAL DATES
## WITH RESPECT TO DEBTORS' 9019 MOTION

Upon the application (the "Application") of Residential Capital, LLC and its affiliated debtors in the above captioned cases (the "Debtors") for an order pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rules 9006 and 9014 adjourning the RMBS Trial Dates;[1] and the Court having jurisdiction to consider the Application under 28 U.S.C. §§ 157 and 1334; and consideration of the Application being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice being appropriate under the circumstances; and the legal and factual bases set forth in the Application establishing just cause to grant the relief granted herein; and it appearing that the relief requested by the Application is in the best interests of the Debtors, their estates, their creditors, their stakeholders and other parties in interest; and after due deliberation thereon; IT IS HEREBY:

**ORDERED, ADJUDGED AND DECREED THAT:**

1.     The Application is granted as provided herein.

2.     The RMBS Trial Dates are adjourned to a date to be set by the Court.

---

[1] *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* [Docket No. 320] (the "9019 Settlement Motion") and the *Debtors' Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements*[Docket No. 1176] (the "Supplemental RMBS Settlement Motion," together, the "9019 Motion"). On March 25, 2013, the Court scheduled an evidentiary hearing on the 9019 Motion for May 28, 29, 30, 31, and June 3, 2013 (the "RMBS Trial Dates").

3. The Debtors shall serve this Order within one (1) business day upon the (i) Special Service List (as defined in the Case Management Order) and (ii) all parties who have objected to the 9019 Motion.

4. Except as provided in this Order, and in the July 31, 2012 Scheduling Order, the September 25, 2012 Scheduling Order, the October 23, 2012 Scheduling Order, the December 27, 2013 Scheduling Order, the March 25, 2013 Scheduling Order and the May 15, 2012 Scheduling Order, all parties' rights with regard to the Sale Order are preserved.[2]  All deadlines that have already expired are not extended or altered by this Order.  All deadlines and hearing dates set by the relevant scheduling orders that have not already expired are adjourned to a date to be set by the Court.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: May 23, 2013
New York, New York

                                                                      /s/Martin Glenn
                                                                      MARTIN GLENN
                                                     United States Bankruptcy Judge

---

[2] On July 31, 2012, the Court entered the *Revised Joint Omnibus Scheduling Order and Provisions for Other Relief Regarding (I) Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements, and (II) the RMBS Trustees' Limited Objection to the Sale Motion* [Docket No. 945] (the "July 31, 2012 Scheduling Order").On September 25, 2012, the Court entered the *Second Revised Joint Omnibus Scheduling Order Regarding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* [Docket No. 1551] (the "September 25, 2012 Scheduling Order").  On October 23, 2012, the Court entered the *Third Revised Joint Omnibus Scheduling Order Regarding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* [Docket No. 1926] (the "October 23, 2012 Scheduling Order").  On December 27, 2012, the Court entered the *Fourth Revised Joint Omnibus Scheduling Order Regarding Debtors' Motion Pursuant to Fed. R. Bank. P. 9019 for Approval of RMBS Trust Settlement Agreements* [Docket No. 2528] (the "December 27, 2012 Scheduling Order").  On March 25, 2013, the Court entered the *Fifth Revised Joint Omnibus Scheduling Order and Provisions for Other Relief Regarding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* [Docket No. 3306] (the "March 25, 2013 Scheduling Order").   On May 15, 2013 the Court entered the *Supplement to the Fifth Revised Joint Omnibus Scheduling Order and Provisions for Other Relief Regarding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* [Docket No. 3731] (the "May 15, 2013 Scheduling Order").