MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Darryl P. Rains
Anthony Princi

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT *SINE DIE* OF
HEARING SCHEDULED FOR MAY 23, 2013**

**PLEASE TAKE NOTICE** that the *Final Pretrial Conference on RMBS Trust Settlement* and the hearing on the *in limine* motions, *Daubert* motions, and motions to preclude witnesses filed in connection with the RMBS Trust Settlement, previously scheduled to be heard on May 23, 2013 at 2:00 p.m. (Prevailing Eastern Time) has been adjourned *sine die* by the Honorable Martin

ny-1092029

Glenn. All outstanding filing deadlines related to the hearing on the RMBS Trust Settlement are hereby also adjourned *sine die*.

Dated: May 23, 2013
      New York, New York

                                     /s/ Gary S. Lee
                                     Gary S. Lee
                                     Darryl P. Rains
                                     Anthony Princi
                                     MORRISON & FOERSTER LLP
                                     1290 Avenue of the Americas
                                     New York, New York 10104
                                     Telephone: (212) 468-8000
                                     Facsimile: (212) 468-7900

                                     *Counsel for the Debtors and*
                                     *Debtors in Possession*