Scott D. Rosen
COHN BIRNBAUM & SHEA P.C.
100 Pearl Street, 12th Floor
Hartford, CT  06103
Tel. (860) 493-2200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | : |
|  | : Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al. | : |
|  | : Case No. 12-12020 (MG) |
|  | : |
| Debtors. | : Jointly Administered |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Scott D. Rosen, Esq. of Cohn Birnbaum & Shea P.C. (*"Counsel"*), hereby appears in the above-captioned case on behalf of FARMINGTON WOODS MASTER ASSOCIATION, INC.  Pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, Counsel requests that his name be added to the mailing list maintained by the Clerk in the above-captioned case, and that all notices given and all papers served on any party, filed with the Court or delivered to the Office of the United States Trustee in the above-captioned case, be given to and served upon Counsel at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes all of the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, Bankruptcy Code, and Local Rules of Bankruptcy Procedure, and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, operating reports, requests or petitions, answering or reply papers, memoranda and brief in support of any of the foregoing and any other document brought before this Court with respect to this case and any

proceeding therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex or otherwise, all of which shall be sent to:

    Scott D. Rosen, Esq.
    Cohn Birnbaum & Shea P.C.
    100 Pearl Street, 12th Floor
    Hartford, CT 06103
    Tel.: (860) 493-2200
    Fax   (860) 727-0361
    Email: srosen@cb-shea.com

    FARMINGTON WOODS MASTER ASSOCIATION, INC.,

Dated: May 23, 2013    By   /s/ Scott D. Rosen
    Scott D. Rosen
    Cohn Birnbaum & Shea P.C.
    100 Pearl Street, 12th Floor
    Hartford, CT 06103
    Tel.: (860) 493-2200
    Fax: (860) 727-0361
    srosen@cbshealaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May, 2013, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

  /s/ Scott D. Rosen
Scott D. Rosen

164882