MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS'
THIRD OMNIBUS OBJECTION TO CLAIMS (AMENDED
AND SUPERSEDED CLAIMS) AGAINST DURBIN CROSSING
COMMUNITY DEVELOPMENT DISTRICT (CLAIM NOS. 2084 AND 2085)**

**PLEASE TAKE NOTICE** that the *Debtors' Third Omnibus Objection to Claims (Amended and Superseded Claims)* [Docket No. 3575] (the "Third Omnibus Claims Objection") against Durbin Crossing Community Development District (Claim Nos. 2084 and 2085) has been adjourned by mutual agreement of the parties to a date to be determined.

ny-1091847

Dated: May 23, 2013
New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*

ny-1091847