**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: RESIDENTIAL CAPITAL, LLC.,

Case No.: 12-12020 (MG)

Chapter 11

Debtor

-------------------------------------------------------------x

GMAC MORTGAGE

Adversary Proceeding No.: 08-74998

Plaintiff

v.

MARCIA NAVARRO

Defendant

-------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of ROSY A. APONTE, to be admitted, ***pro hac vice***, to represent MARCIA NAVARRO, (the "Client") a Defendant in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Florida and, if applicable, the bar of the U.S. District Court for the Southern District of Florida, it is hereby

**ORDERED**, that ROSY A. APONTE, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: May 23, 2013

New York, New York

/s/ Martin Glenn

UNITED STATES BANKRUPTCY JUDGE