UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

Case number 12-12047-MG

In re: PATI REAL ESTATE HOLDINGS LLC

Taxpayer number: 1-27-0515201-0

WITHDRAWAL OF

FIRST AMENDED
Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to:  Office of the Attorney General
Bankruptcy - Collections Division
P. O. Box 12548
Austin, TX 78711-2548

RECEIVED MAY 17 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

1. DATE OF CLAIM : 11/30/2012

2. TOTAL AMOUNT OF CLAIM : $1,617,207.41
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2009 TO 12/31/2012

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 05/13/2013

*Barbara Johnson* (signature)
BARBARA JOHNSON
Accounts Examiner    (512) 463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $5,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.8-08/5)