UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF
NEW YORK
MANHATTAN DIVISION

Case number 12-12057-MG

In re: RESIDENTIAL CONSUMER SERVICES OF TEXAS LLC

Taxpayer number: 1-75-2510515-5

WITHDRAWAL OF

FIRST AMENDED
Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to:  Office of the Attorney General
Bankruptcy - Collections Division
P. O. Box 12548
Austin, TX 78711-2548

RECEIVED MAY 17 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

1. DATE OF CLAIM                         : 11/30/2012

2. TOTAL AMOUNT OF CLAIM                 : $1,617,207.41
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2009 TO 12/31/2012

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 05/13/2013

*Barbara Johnson*

BARBARA JOHNSON
Accounts Examiner                  (512) 463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $5,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.8-08/5)

# TEXAS COMPTROLLER *of* PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528



May 13, 2013

Clerk
U.S. Bankruptcy Court
ONE BOWLING GREEN, ROOM 534
NEW YORK, NY 10004-1408

Re:  Taxpayer #1-75-2510515-5
     Bankruptcy Case # 12-12057-MG
     RESIDENTIAL CONSUMER SERVICES OF TEXAS LLC

Enclosed is the state's notice of withdrawal in the above-captioned proceeding for a Pre-petition Tax Claim.

Attached is an extra copy of the withdrawal. Please stamp this copy with the date filed and return in the enclosed self-addressed envelope. The Comptroller of Public Accounts is being represented in this proceeding by the Office of the Attorney General. Please direct all notices and correspondence to:

> Office of the Attorney General
> Collections Division/Bankruptcy Section
> P.O. Box 12548, Capitol Station
> Austin, TX  78711-2548

Thank you for your cooperation in this matter.

Respectfully yours,

*Barbara Johnson*

Accounts Examiner
Revenue Accounting Division
P.O. Box 13528
Austin, TX  78711-3528

Enclosure

Form 00-360 (Rev.8-08/5)