UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
In re:                                                       :  Chapter 11
                                                             :
RESIDENTIAL CAPITAL, LLC, et al.,                            :  Case No. 12-12020 (MG)
                                                             :
                    Debtors.                                 :  Jointly Administered
                                                             :
------------------------------------------------------------ x  Ref. Docket Nos. 3784, 3787, 3788,
                                                                3791 & 3792
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 20, 2013, I caused to be served the:

   a) "Reply in Further Support of Motion i*n Limine* of the Official Committee of Unsecured Creditors to Preclude the Expert Testimony of Jeffrey A. Lipps in Connection with the Debtors' Motion for Approval of the RMBS Trust Settlement Agreements," dated May 20, 2013 [Docket No. 3784],

   b) "Reply of the Official Committee of Unsecured Creditors in Further Support of its Motion to Preclude the Testimony of Talcott J. Franklin," dated May 20, 2013 [Docket No. 3787],

   c) "Reply of the Official Committee of Unsecured Creditors in Further Support of its Motion to Preclude the Testimony of Timothy Devine," dated May 20, 2013 [Docket No. 3788],

d) "Notice of Presentment of the Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 107(b) and Rule 9018 of the Federal Rules of Bankruptcy Procedure to File the Exhibits to the Reply of the Official Committee of Unsecured Creditors in Further Support of its Motion to Preclude the Testimony of James Whitlinger Under Seal," dated May 20, 2013, to which is attached the "Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 107(b) and Rule 9018 of the Federal Rules of Bankruptcy Procedure to File the Exhibits to the Reply of the Official Committee of Unsecured Creditors in Further Support of its Motion to Preclude the Testimony of James Whitlinger Under Seal," dated May 20, 2013 [Docket No. 3791], and

e) "Reply of the Official Committee of Unsecured Creditors in Further Support of its Motion to Preclude the Testimony of James Whitlinger," dated May 20, 2013 [Docket No. 3792],

by causing true and correct copies to be:

i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
23rd day of May, 2013

_____
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| CHADBOURNE & PARKE LLP | HOWARD SEIFE,DAVID M. LEMAY, ROBERT J. GAYDA AND MARC B. ROITMAN, ESQS. COUNSEL FOR THE EXAMINER 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CITIBANK NA | ATTN BOBBIE THEIVAKUMARAN 390 GREENWICH ST 6TH FL NEW YORK NY 10013 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | COUNSEL TO WILMINGTON TRUST NATIONAL ASSOCIATION ATTN: THOMAS J. MOLONEY AND SEAN A. O'NEAL, ESQS ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLIFFORD CHANCE US LLP | COUNSEL TO OCWEN LOAN SERVICING, LLC ATTN: JENNIFER C. DEMARCO AND ADAM LESMAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FANNIE MAE | ATTN PETER MCGONINGLE 1835 WEST MARKET ST., STE 2300 NEW YORK NY 10019 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 31 HOPKINS PLZ RM 1150 BALTIMORE MD 21201 |
| KELLEY DRYE & WARREN LLP | JAMES S CARR & ERIC R WILSON 101 PARK AVE NEW YORK NY 10178 |
| KIRKLAND & ELLIS | RICHARD M CIERI 601 LEXINGTON AVE NEW YORK NY 10022 |
| KIRKLAND & ELLIS LLP | ATTN RAY C SCHROCK & STEPEHEN HESSLER 601 LEXINGTON AVE NEW YORK NY 10022-4611 |
| KRAMER LEVIN NAFTALLIS & FRANKEL LLP | KENNETH H ECKSTEIN, THOMAS MOERS MAYER & DOUGLAS H MANNAL & JEFFREY TRACHTMAN 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KURTZMAN CARSON CONSULTANTS | P JOE MORROW 2335 ALASKA AVE EL SEGUNDO CA 90245 |
| LOEB & LOEB LLP | COUNSEL TO WILMINGTON TRUST, N.A. ATTN: WALTER H. CURCHACK, VADIM J. RUBINSTEIN & DEBRA W. MINOFF 345 PARK AVENUE NEW YORK NY 10154 |
| MILBANK, TWEED, HADLEY & MCCLOY, LLP | COUNSEL TO AD HOC GROUP OF JR SECURED NOTEHOLDERS ATTN: GERARD UZZI 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MORRISON & FOERSTER LLP | LARREN M NASHELSKY, GARY S LEE, LORENZO MARINUZZI KAYVAN B. SADEGHI & TAMMY HAMZEHPOUR, ESQS 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| OFFICE OF THE NY STATE ATTORNEY GENERAL | NANCY LORD & ENID M. STUART THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE US ATTORNEY FOR | THE SOUTHERN DISTRICT OF NY UNITED STATES ATTORNEY PREET BHARARA ONE ST ANDREWS PLAZA NEW YORK NY 10007 |
| RESIDENTIAL CAPITAL LLC | TAMMY HAMZEHPOUR 1100 VIRGINIA DR FT WASHINGTON PA 19034 |
| SECURITIES & EXCHANGE COMMISSION | NY REGIONAL OFFICE GEORGE S CANELLOS REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F ST NE WASHINGTON DC 20549 |
| SIDLEY AUSTIN LLP | LARRY J NYHAN & JESSICA CK BOELTER ONE DEARBORN CHICAGO IL 60603 |
| THE BANK OF NEW YORK MELLON | ASSET-BACKED SECURITIES GROUP 101 BARCLAY ST 4W NEW YORK NY 10286 |
| U.S. DEPARTMENT OF JUSTICE | US ATTORNEY GENERAL, ERIC H. HOLDER, JR. 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| UNITED STATES ATTORNEY'S OFFICE | FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL DIVISION, ATTN JOSEPH CORDARO 86 CHAMBERS ST 3RD FL NEW YORK NY 10007 |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF NY | TRACY HOPE DAVIS, LINDA A. RIFFKIN AND BRIAN S. MASUMOTO 33 WHITEHALL ST 21ST FL, REGION 2 NEW YORK NY 10004 |
| WELLS FARGO BANK NA | ATTN CORP TRUST SERVICES - GMACM HOME EQUITY NOTES 2004 VARIABLE FUNDING TRUST PO BOX 98 COLUMBIA MD 21046 |

**Total Creditor count  27**

**EXHIBIT B**

askdoj@usdoj.gov
adam.lesman@cliffordchance.com
bankruptcynoticeschr@sec.gov
colette.wahl@gmacrescap.com
deanna.horst@gmacrescap.com
eileen.oles@gmacrescap.com
jtrachtman@kramerlevin.com
julie.busch@gmacrescap.com
lauren.delehey@gmacrescap.com
mroitman@chadbourne.com
patty.zellmann@ally.com
pbentley@kramerlevin.com
rgayda@chadbourne.com
szide@kramerlevin.com
william.thompson@gmacrescap.com
william.tyson@gmacrescap.com
bmyrick@sidley.com
bobbie.theivakumaran@citi.com
brian.masumoto@usdoj.gov
diane.citron@ally.com
dlemay@chadbourne.com
dmannal@kramerlevin.com
dminoff@loeb.com
enid.stuart@oag.state.ny.us
glee@mofo.com
guzzi@milbank.com
hseife@chadbourne.com
jboelter@sidley.com
jennifer.demarco@cliffordchance.com
jill.horner@gmacrescap.com
john.bellaver@ally.com
joseph.cordaro@usdoj.gov
kdwbankruptcydepartment@kelleydrye.com
keckstein@kramerlevin.com
ksadeghi@mofo.com
linda.riffkin@usdoj.gov
lmarinuzzi@mofo.com
lnashelsky@mofo.com
lnyhan@sidley.com
maofiling@cgsh.com
marie.l.cerchero@irs.gov
nancy.lord@oag.state.ny.us
newyork@sec.gov
nikolay.kodes@skadden.com
peter_mcgonigle@fanniemae.com
projectrodeo@kirkland.com
ray.schrock@kirkland.com
rescapinfo@kccllc.com
richard.cieri@kirkland.com
secbankruptcy@sec.gov
soneal@cgsh.com
stephen.hessler@kirkland.com
tammy.hamzehpour@gmacrescap.com
timothy.devine@ally.com
tmayer@kramerlevin.com
tmoloney@cgsh.com
tracy.davis2@usdoj.gov
vrubinstein@loeb.com
wcurchack@loeb.com
william.b.solomon@ally.com

abehlmann@lowenstein.com
accesslegalservices@gmail.com
accesslegalservices@gmail.com
adam.harris@srz.com
adam.parkin@tdsecurities.com
adoshi@magnozzikye.com
aglenn@kasowitz.com
ajowers@kslaw.com
alicia.borys@barclays.com
almoskowitz@winston.com
alves@sewkis.com
andrea.hartley@akerman.com
arosen@jacobslawpc.com
ayala.hassell@hp.com
balaji.v@indecomm.net
bankruptcy@clm.com
bankruptcy@morrisoncohen.com
bankruptcy2@ironmountain.com
bateman@sewkis.com
bbressler@schnader.com
bdeutsch@schnader.com
bdk@schlamstone.com
bguiney@pbwt.com
bill.macurda@alston.com
binder@sewkis.com
bnkatty@aldine.k12.tx.us
brandon.johnson@pillsburylaw.com
brian.greer@dechert.com
catherine_lasher@fanniemae.com
cball@jonesday.com
ceblack@jonesday.com
choward@lockelord.com
chris@myfaircredit.com
christensen@sewkis.com
christopher.stevens@tdsecurities.com
clometti@cohenmilstein.com
cmomjian@attorneygeneral.gov
courtney.lowman@ally.com
cschreiber@winston.com
cshore@whitecase.com
cwood@rgrdlaw.com
danbrockett@quinnemanuel.com
das@sewkis.com

jteitelbaum@tblawllp.com
jwcohen@daypitney.com
jwilliams@wilmingtontrust.com
jzajac@proskauer.com
kapil.chopra@aegisglobal.com
kathryn.thorpe@tdsecurities.com
kay.brock@co.travis.tx.us
keith.wofford@ropesgray.com
kelly.j.rentz@wellsfargo.com
kelvin.vargas@db.com
ken.coleman@allenovery.com
kenton_hambrick@freddiemac.com
kgiannelli@gibbonslaw.com
kit.weitnauer@alston.com
kmarino@khmarino.com
kotwick@sewkis.com
kpatrick@gibbsbruns.com
krehns@cohenmilstein.com
kristi.garcia@wellsfargo.com
ksheehan@flwlaw.com
laura.moran@usbank.com
lberkoff@moritthock.com
lee.gordon@mvbalaw.com
lemiller@jonesday.com
lneish@zuckerman.com
lpulford@corelogic.com
mabrams@wilkie.com
macohen@curtis.com
mageshwaran.ramasamy@bnymellon.com
malbaiady@corelogic.com
mamta.scott@usbank.com
marguerite.gardiner@srz.com
mark.ellenberg@cwt.com
mark.flannagan@umb.com
marty.bunin@alston.com
matthewj@blbglaw.com
mauricio.espana@dechert.com
mcarney@mckoolsmith.com
mdyer@aclawllp.com
mdyer@aclawllp.com
meisenkraft@cohenmilstein.com
metkin@lowenstein.com
metkin@lowenstein.com

| | |
|---|---|
| david.jason@usbank.com | mfriedman@meyner.com |
| david.powlen@btlaw.com | mgallagher@curtis.com |
| david.tillem@wilsonelser.com | michael.cutini@srz.com |
| davids@blbglaw.com | michael.spataro@bnymellon.com |
| dcaley@wongfleming.com | michelle.moeller@usbank.com |
| deborah@ladyesq.net | mkbroyles@feinsuchcrane.com |
| deggert@freebornpeters.com | mknitter@co.monroe.pa.us |
| derek@talcottfranklin.com | mkraut@morganlewis.com |
| dflanigan@polsinelli.com | mrollin@rplaw.com |
| dfliman@kasowitz.com | mschaedle@blankrome.com |
| diane.sanders@lgbs.com | msd@dcglaw.com |
| dloeser@kellerrohrback.com | mseltzer@susmangodfrey.com |
| dmoffa@ktmc.com | mstein@kasowitz.com |
| dneier@winston.com | mvaughan@wbsvlaw.com |
| drehns@cohenmilstein.com | mwarner@coleschotz.com |
| dskeens@wbsvlaw.com | myanney@assuredguaranty.com |
| dstichesq@gmail.com | namamoo@kasowitz.com |
| dwdykhouse@pbwt.com | ncohen@zuckerman.com |
| dwollmuth@wmd-law.com | nichlaus.m.ross@wellsfargo.com |
| ebcalvo@pbfcm.com | njacobs@jacobslawpc.com |
| eboden@schnader.com | patel@sewkis.com |
| ecf@kaalaw.com | patrick.kerner@barclays.com |
| echou@coleschotz.com | paul_mullings@freddiemac.com |
| eciolko@ktmc.com | pdatta@hhstein.com |
| eciolko@ktmc.com | pdefilippo@wmd-law.com |
| frank@loanvaluegroup.com | pferdinands@kslaw.com |
| fsosnick@shearman.com | pfleming@morganlewis.com |
| gary.holtzer@weil.com | pmahony@leopoldassociates.com |
| gbush@zuckerman.com | pmoak@mckoolsmith.com |
| generalcounsel@fhfa.org | ppascuzzi@ffwplaw.com |
| george.rayzis@usbank.com | prforlenza@pbwt.com |
| ggraber@hodgsonruss.com | rajan@indecomm.net |
| gjarvis@gelaw.com | rbarkasy@schnader.com |
| glenn.gillett@usdoj.gov | rbrown@robertbrownlaw.com |
| glenn.siegel@dechert.com | rchoi1@wilkie.com |
| gregory.petrick@cwt.com | richard@rsaxlaw.com |
| guzzi@whitecase.com | rlwynne@jonesday.com |
| hadi.khatib@akerman.com | rmaney@wilmingtontrust.com |
| harrisj12@michigan.gov | roblin@williamslaw.com |
| hector.gonzalez@dechert.com | romero@mromerolawfirm.com |
| hector.gonzalez@dechert.com | ronald.rowland@rms-iqor.com |
| heidifurlong@siegelbrill.com | root@blankrome.com |
| hkryder@daypitney.com | rosa.mendez@db.com |

hooper@sewkis.com
houston_bankruptcy@lgbs.com
howard.godnick@srz.com
ilevee@lowenstein.com
ilevee@lowenstein.com
info@emortgagelogic.com
info@sgb-law.com
ingrid.bagby@cwt.com
irina.palchuk@usbank.com
isilverbrand@whitecase.com
jai@blbglaw.com
james.byrnes@usbank.com
james.heaney@lawdeb.com
jberkowitz@gibbonslaw.com
jbernstein@labaton.com
jboyle@khmarino.com
jcoffey@brownrudnick.com
jcorneau@klestadt.com
jdmarshall@brownrudnick.com
jeff.brown@gmacfs.com
jennifer.provenzano@bnymellon.com
jgarrity@morganlewis.com
jgelman@jacobslawpc.com
jglucksman@scarincihollenbeck.com
jglucksman@scarincihollenbeck.com
jhaake@wbsvlaw.com
jhardy2@wilkie.com
jjonas@brownrudnick.com
jjtancredi@daypitney.com
jkatz@katz-law.com
jlaitman@cohenmilstein.com
jlawlor@wmd-law.com
jleibowitz@kandfllp.com
jmiller@tcfbank.com
jmoldovan@morrisoncohen.com
jnagi@polsinelli.com
joe.salama@db.com
joel@shafeldlaw.com
john.kibler@allenovery.com
john.stern@texasattorneygeneral.gov
jonathanu@blbglaw.com
josselson@sewkis.com
jpaget@hunton.com

ross.martin@ropesgray.com
rrich2@hunton.com
rschug@nka.com
rzwerling@zsz.com
sarah.stout@bnymellon.com
schindlerwilliamss@ballardspahr.com
scott.slifer@isgn.com
scottshelley@quinnemanuel.com
sdnyecf@dor.mo.gov
seth.goldman@mto.com
sfennessey@shearman.com
sfitzgerald@wmd-law.com
sharon.squillario@wellsfargo.com
sheehan@txschoollaw.com
shumphries@gibbsbruns.com
sleopold@leopoldassociates.com
sreisman@curtis.com
srutsky@proskauer.com
stevep@rgrdlaw.com
stevep@rgrdlaw.com
susan.balaschak@akerman.com
susan.khokher@tdsecurities.com
susheelkirpalani@quinnemanuel.com
swissnergross@brownrudnick.com
taconrad@sbwlawfirm.com
tal@talcottfranklin.com
tanveer.ashraf@usbank.com
tarr@blankrome.com
tfawkes@freebornpeters.com
tfoundy@curtis.com
thadwilson@kslaw.com
theodore.w.tozer@hud.gov
thomas.walper@mto.com
tklestadt@klestadt.com
tlallier@foleymansfield.com
tterrell@feinsuch.com
tziegler@ktmc.com
victoria.safran@ag.ny.gov
westchesterlegal@aol.com
will.hoch@crowedunlevy.com
william.hao@alston.com
xrausloanops5@barclays.com