**Status Conference Date: May 29, 2013 at 2:00 p.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi

*Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------- )
In re:                                       )   Case No. 12-12020 (MG)
                                             )
RESIDENTIAL CAPITAL, LLC, et al.,            )   Chapter 11
                                             )
                              Debtors.       )   Jointly Administered
------------------------------------------------------------------------------- )

**NOTICE OF STATUS CONFERENCE TO BE**
**HELD ON MAY 29, 2013 AT 2:00 P.M. (ET)**

**PLEASE TAKE NOTICE** that the Court will hold a status conference regarding the status of the above-captioned Chapter 11 cases and the *Debtors' Motion for an Order under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter into and Perform under a Plan Support Agreement with Ally Financial Inc., the Creditors' Committee, and Certain Consenting Claimants* [Docket No. 3814] (the "Motion") on **May 29, 2013 at 2:00 p.m. (prevailing Eastern Time)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

ny-1092331

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Motion may be obtained at no charge by visiting the Debtors' restructuring website at http://www.kccllc.net/rescap or for a fee via PACER at http://www.nysb.uscourts.gov.

Dated: May 24, 2013
      New York, New York

/s/ Gary S. Lee
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to the Debtors and Debtors in Possession*

2

ny-1092331