**From:** "Newton, James A." <JNewton@mofo.com>
**Subject: RE: McKeever Law Office 10:am In Re Rescap 12-12020 WHY ARE WE NOT CONNECTED LIVE**
**Date:** May 1, 2013 6:32:32 PM EDT
**To:** "'Heather McKeever'" <thegardenpartytv@insightbb.com>

Heather,

I spoke with Chambers and they said that they intend to enter the order requested yesterday.  I don't believe we are comfortable consenting to you filing the statement described below, but we also cannot stop you from filing anything on the docket.

-James
James A. Newton | Morrison & Foerster LLP
1290 Avenue of the Americas | New York, NY | 10104-0050
T. 212.336.4116
jnewton@mofo.com

---

**From:** Heather McKeever [mailto:thegardenpartytv@insightbb.com]
**Sent:** Wednesday, May 01, 2013 1:22 PM
**To:** Newton, James A.
**Subject:** Fwd: McKeever Law Office 10:am In Re Rescap 12-12020 WHY ARE WE NOT CONNECTED LIVE

Dear James:

   This will confirm  that there has been no response from you in regards to the correspondence sent yesterday.

   As you are well aware, and in one of the more surreal moments of my career, I had the bizarre privilege of attending the hearing yesterday in "listen only" mode due to the decision of an employee at Court Net to refuse me access to the hearing.

   This is to request by stipulation and/or agreed Order that prior to the submission of the Order as stated by Judge Glenn, I be given leave of Court to file a Statement of Oral Argument so that my Response is in l the record.   This is NOT a request for the Judge to Reconsider his decision, but is a supplement to the records PRIOR to the Order being entered.

   I am reaching out to you to take care of this by agreement in lieu of a formal Motion.   The Statement of Oral Argument will not prejudice your client in any way and again, is not a request for the Judge to Reconsider his decision.

Thank you in advance for your time and attention to this matter.


Heather

MCKEEVER LAW OFFICES PLLC
843-323-1174

Begin forwarded message:


**From:** Heather McKeever <thegardenpartytv@insightbb.com>
**Date:** April 30, 2013 10:42:03 AM EDT
**To:** james newton <JNewton@mofo.com>
**Subject: Fwd: McKeever Law Office 10:am In Re Rescap 12-12020 WHY ARE WE NOT CONNECTED LIVE**

James:

When you get a chance, would you call me today about this.

By the way, you did a fine job. I remember the advice of Prof. John Leathers- Civil Procedure: "Remember one thing, you have to be present to win."

Heather
MCKEEVER LAW OFFICES PLLC
843-323-1174


Begin forwarded message:


**From:** Cassandra Scott <CScott@CourtCall.com>
**Date:** April 30, 2013 10:32:40 AM EDT
**To:** 'Heather McKeever' <thegardenpartytv@insightbb.com>
**Cc:** Amy Lohrenz <ALohrenz@CourtCall.com>, Aimee Wightman <AWightman@CourtCall.com>
**Subject: RE: McKeever Law Office 10:am In Re Rescap 12-12020 WHY ARE WE NOT CONNECTED LIVE**


Ms. McKeever,
I do apologize, but it does not state that approval has been granted for a live line on this document. The procedure for this specific Judge is to contact them prior to the hearing to be granted a live line if wishing to appear.

Regards,
Cassandra

**Cassandra Scott**
*Customer Service Representative*

Office: (888) 882-6878 ext. 811
Fax: (888) 883-2946
M-F, from 5:00a.m. – 1:30 p.m. PT
cscott@courtcall.com
www.courtcall.com

*Brings the Courtroom to the Lawyer's Desk.* ®

This email may contain privileged or confidential information and is for the sole use
of the intended recipient(s). If you are not the intended recipient, any disclosure,
copying, distribution, or use of the contents of this information is prohibited and may be unlawful.
If you have received this electronic transmission in error, please reply immediately to the sender
that you have received the message in error, and delete it. Thank you.

Please consider the environment before printing this email.

---

**From:** Heather McKeever [mailto:thegardenpartytv@insightbb.com]
**Sent:** Tuesday, April 30, 2013 9:23 AM
**To:** Cassandra Scott
**Subject:** Fwd: McKeever Law Office 10:am In Re Rescap 12-12020 WHY ARE WE NOT CONNECTED LIVE

Dear Ms. Scott:

    Just so you know, due to the failure to connect me live, I got to listen to my oral argument and was announced by Judge Martin Glenn as "no show." You need to put me on live ASAP so that I can inform the Judge the failure was on your part and try to get him re-hear it before the hearing is adjourned.

MCKEEVER LAW OFFICES PLLC
3250 Delong Road
Lexington, Kentucky 40515
843-323-1174


Begin forwarded message:


**From:** Heather McKeever <foreclosurefraud@insightbb.com>
**Date:** April 30, 2013 10:12:59 AM EDT
**To:** cscott@courtcall.com
**Subject: McKeever Law Office 10:am In Re Rescap 12-12020**

---

**Total Control Panel**                                                                                                                                   Login

To: cscott@courtcall.com                    Message Score: 2                              High (60): Pass
From: thegardenpartytv@insightbb.com        My Spam Blocking Level: Low                   Medium (75): Pass
                                                                                          Low (90): Pass
                                            Block this sender
                                            Block insightbb.com

*This message was delivered because the content filter score did not exceed your filter level.*

---

-------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

-------------------------------------------------------------------