# MORRISON | FOERSTER

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG,
SINGAPORE

April 2, 2013


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 04 2013

Writer's Direct Contact
212.506.7341
NRosenbaum@mofo.com

**Via Fax**

**MEMO ENDORSED**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2101
New York, NY 10007

Appeal is hereby dismissed. Case is closed.

**SO ORDERED:**

J. PAUL OETKEN
U.S.D.J.   4-3-13

Re:  Appellee's Consent to Dismissal of Appeal – *In re Residential Capital, LLC*,
     Bankruptcy Appeal No. 12-CIV-09291 (JPO)

Dear Judge Oetken:

We are counsel to Residential Capital, LLC ("**ResCap**") and GMAC Mortgage, LLC ("**GMAC Mortgage**")[1] and their affiliated debtors and debtors in possession (the "**Debtors**") in the above-captioned appeal and in their jointly administered chapter 11 bankruptcy cases pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Case No. 12-12020 (MG). Appellant Kenneth J. Taggart appealed an order of the Bankruptcy Court denying four motions Mr. Taggart filed in the Debtors' chapter 11 cases. The appeal was docketed on December 20, 2012.

---

[1] While the docket indicates that ResCap is the appellee in this appeal, the Debtors believe that GMAC Mortgage should be named as appellee. Mr. Taggart's various lawsuits name GMAC Mortgage, although not ResCap, as a defendant; the motions filed in the Debtors' chapter 11 cases sought clarification of the stay and sanctions as it related to GMAC Mortgage; and Mr. Taggart's prior business relationships with the Debtors were primarily with GMAC Mortgage.

ny-1084234

**MORRISON | FOERSTER**

The Honorable J. Paul Oetken
April 2, 2013
Page Two

      Thereafter, on March 13, 2013, Mr. Taggart filed a *Praecipe to Witharaw Appeal from Order (Docket #2098) Dated 11/7/12* [Docket No. 6].[2] Rule 8001(c) of the Federal Rule of Bankruptcy Procedures provides as follows:

> If an appeal has been docketed and the parties to the appeal sign and file with the clerk of the district court or the clerk of the bankruptcy appellate panel an agreement that the appeal be dismissed and pay any court costs or fees that may be due, the clerk of the district court or the clerk of the bankruptcy appellate panel shall enter an order dismissing the appeal. An appeal may also be dismissed on motion of the appellant on terms and conditions fixed by the district court or bankruptcy appellate panel.

Please accept this letter as the ResCap and GMAC Mortgage's agreement to the dismissal of Mr. Taggart's appeal.

      Prior to sending this letter, counsel for the Debtors contacted Clerk of the Court for both the District Court and the Bankruptcy Court. The Debtors were informed by the office of the Clerk of the District Court that any fees due for the appeal would have been payable to the Clerk of the Bankruptcy Court. The office of the Clerk of the Bankruptcy Court indicated that all fees payable to it had been paid. Accordingly, the Debtors believe that Mr. Taggart's appeal may now properly be dismissed, subject to any additional requirements the Court may impose.

Very truly yours,

*/s/ Norman S. Rosenbaum*

CC:
    Kenneth J. Taggart (by email)

---

[2] A copy of Mr. Taggart's filing is attached hereto as Exhibit 1.

ny-1084234

## EXHIBIT 1

04/02/2013 13:47 FAX 212 468 7962   MORRISON & FOERSTER   ☒005
12-12020-mg   Doc 3835   Filed 05/28/13   Entered 05/28/13 10:10:39   Main Document   Pg 4 of 7
12-01945-mg   Doc 12   Filed 02/26/13   Entered 03/01/13 14:58:54   Main Document   Pg 1 of 4

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

**Residential Capital, LLC, et al**
**Debtor**

**Civil Case# 12 – cv 12020**

Response by Kenneth Taggart to Motion filed by Residential Capital, LLC on January 26, 2013. Docket #2942 & letter from Debtors on January 25, 2013.

 Kenneth Taggart has responded to Debtors request to voluntarily withdraw the Adversary Complaint (#12-01945 Taggart v GMAC Mortgage, LLC et al) in this case. Kenneth Taggart file a voluntary petition to withdraw his complaint with the court today via UPS as attached. GMAC offered to withdraw Motion(s) for Sanctions & Implementation of Injunctive Relief if Adversary Complaint was withdrawn (see Exhibit) upon

 Defendants, GMAC Mortgage, LLC & Residential Capital, LLC agreed to withdraw the Motion for Sanctions & Implementation of Injunctive Relief baring additional filings in this court without leave. In addition, Taggart is by no means admitting that claims are frivolous, he is simply withdrawing the claims in this court. Any and all filings in this court have been in good faith and Taggart will make every attempt to resolve any claims with Debtors. There should be no sanctions or Injunction imposed upon Taggart for any additional filings.

Kenneth Taggart, Pro Se

February 20, 2013

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

---

*ADVERSARY COMPLAINT #12-01945*
(RE: Civil Case# 12 – cv 12020)

**Taggart v GMAC Mortgage, LLC et al**

---

**Praecipe to Withdraw Adversary Complaint *#12-01945***

---

Kenneth Taggart hereby voluntarily files this praecipe to withdraw the Adversary Complaint filed in this court being case number #12-01945 (related to the bankruptcy case # 12-12020).

Kenneth Taggart, Pro Se

*[signature]*

February 20, 2013

**Ken Taggart**

From:     "Newton, James A." <JNewton@mofo.com>
Date:     Tuesday, February 19, 2013 9:21 AM
To:       <Appraisal1s@verizon.net>; <kentaggart@verizon.net>
Attach:   2942.pdf
Subject:  ResCap/ GMAC Mortgage Rule 9011 Motion

Mr. Taggart:

Attached, please find a copy of the Bankruptcy Rule 9011 motion we filed on Saturday. Please let us know if you will be withdrawing your complaint so that we can avoid going forward with this motion. Thank you.

Regards,
James

James A. Newton | Morrison & Foerster LLP
1290 Avenue of the Americas | New York, NY | 10104-0050
T. 212.336.4116 | C. 415.335.0870
jnewton@mofo.com

---

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

2/20/2013

# Certificate of Service

<u>Case #</u> Civil Case# 12 – cv 12020    Residential Mortgage Capital, et al

& Adversary Case # 12-01945    Taggart v GMAC Mortgage, LLC et al

The undersigned certifies that on February 20, 2013, he caused a copy of :

**Response by Kenneth Taggart to Motion filed by Residential Capital, LLC on January 26, 2013. Docket #2942 & letter from Debtors on January 25, 2013. (case #12 – cv 12020    Residential Mortgage Capital, et al)**

&

**Praecipe to Withdraw Adversary Complaint #*12-01945***

to be delivered to The United States Bankruptcy Court for The Southern District of New York via UPS.

---

Additionally, the undersigned certifies that he caused a true and correct copy of the foregoing Notice to be sent via to United States Post Office on February 20,2013 to the following parties :

Counsel for Debtors (copy also e-mailed to this party)
Morrison & Foster, LLP, Larren M Nashelsky, Gary Lee, Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY. 10104

Kenneth J Taggart

*[signature]*

Pro se

February 20, 2013

1