William H. Hoch
CROWE & DUNLEVY, P.C.
20 N. Broadway Ave., Ste. 1800
Oklahoma City, OK  73102
(405) 235-7700 – Phone
(405) 239-6651 – Fax
will.hoch@crowedunlevy.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>., ) | Case No.12-12020 (MG) |
| ) | (Jointly Administered) |
| Debtors. ) | |

**LIMITED RESPONSE OF MIDFIRST BANK TO DEBTORS' SECOND**
**OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS)**

MidFirst Bank ("MidFirst"), a federally chartered savings association, and creditor, submits this limited Response to the Second Omnibus Objection to Claims (Duplicate Claims) [Dkt. No. 3574] (the "Objection") filed by Residential Capital, LLC and its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors").

The Objection requests entry of an order disallowing and expunging certain claims including, *inter alia*, Claim No. 2889 filed by MidFirst.  MidFirst has no objection to the disallowance and expungement of Claim No. 2889 to the extent that it is identical and duplicative of Claim No. 4377 and to the extent that Claim No. 4377 remains unaffected by the Objection.  MidFirst reserves all rights with respect to Claim No. 4377.

2446572.01.BRUENINB

Respectfully submitted,

s/ *William H. Hoch*

William H. Hoch, OBA #15788
-Of the Firm-
CROWE & DUNLEVY
A Professional Corporation
20 North Broadway, Suite 1800
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
will.hoch@crowedunlevy.com

Attorney for MidFirst Bank

2446572.01.BRUENINB

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th day of May, 2013, a true and correct copy of the foregoing document was filed with the Court and served via ECF on all registered filers.

I further certify that on the 28th day of May, 2013, a true and correct copy of the foregoing document was served upon the following parties via U.S. Mail, postage prepaid:

| | |
|---|---|
| Nelson C. Cohen<br>Zuckerman, Spaeder, Goldstein Taylor & Kolker, LLP<br>1201 Connecticut Avenue, NW<br>Washington, DC 20036 | Deborah M. Gross-Quatrone<br>70 Market Street<br>Saddle Brook, NJ 07663 |
| Courteney F. Harris<br>14910 Aldine-Westfield Road<br>Houston, TX 77032 | Christopher W. Hobbs<br>Zimmerman, Lieberman, Tamulonis & Hobbs<br>P.O. Box 238<br>Pottsville, PA 17901 |
| Judith Kopen<br>Gebhardt & Kiefer<br>1318 Route 31<br>PO Box 4001<br>Clifton, NJ 08809-4001 | Michael Kwiatkowski<br>Stagg,Terenzi,Confusione & Wabnik LLP<br>401 Franklin Avenue<br>Suite 300<br>Garden City, NY 11530 |
| Dipesh Patel<br>Saul Ewing LLP<br>One Riverfront Plaza<br>1037 Raymond Boulevard<br>Suite 1520<br>Newark, NJ 07102 | Donald T. Prather<br>Mathis, Riggs & Prather, P.S.C.<br>500 Main Street<br>Sute 5<br>Shelbyville, KY 40065 |
| Arlene M. Richardson<br>Richardson Legal Center, LLC<br>PO Box 6<br>Highland Home, AL 36041 | Joseph Arthur Roberts<br>Law Office of J Arthur Roberts<br>3345 Newport Blvd Suite 213<br>Newport Beach, CA 92663 |

2446572.01.BRUENINB

| | |
|---|---|
| Leland P. Smith<br>Douglas Emmett<br>808 Wilshire Boulevard<br>Suite 200<br>Santa Monica, CA 90401 | Pamela H. Walters<br>14910 Aldine-Westfield Road<br>Houston, TX 18493 |

 s / *William H. Hoch*  
William H. Hoch