MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS'**
**FIRST OMNIBUS OBJECTION TO CLAIMS (LATE-FILED**
**CLAIMS) AGAINST KROLL ONTRACK (CLAIM NO. 6325)**

**PLEASE TAKE NOTICE** that the *Debtors' First Omnibus Objection to Claims (Late-Filed Claims)* [Docket No. 3573] (the "First Omnibus Claims Objection") against Kroll Ontrack (Claim No. 6325) has been adjourned by mutual agreement of the parties to a date to be determined.

ny-1092423

Dated: May 29, 2013
       New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*

ny-1092423