MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Attorneys for Deutsche Bank National
Trust Company and Deutsche Bank
Trust Company Americas as Trustee
of Certain Mortgage Backed Securities
Trusts*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Julia A. Engel, hereby certify that on April 16, 2013 I caused the *Notice of Cure Claim of Deutsche Bank National Trust Company and Deutsche Bank National Trust Company Americas as Trustee* [Docket # 3451] to be served upon the parties on the attached list via first class mail and/or email.

Dated:  New York, New York
        May 30, 2013

                                                    /s/ Julia A. Engel
                                                    JULIA A. ENGEL

Chadbourne & Parke LLP
Attn: Howard Seife, David M. LeMay,
Robert J. Gayda & Marc B. Roitman
30 Rockefeller Plaza
New York, NY  10112

Citibank NA
Attn: Bobbie Theivakumaran
390 Greenwich Street, 6th Floor
New York, NY  10013

Clifford Chance US LLP
Attn: Jennifer C. DeMarco & Adam Lesman
31 West 52nd Street
New York, NY  10019

Deutsche Bank Trust Company Americas
c/o Kelvin Vargas
25 De Forest Avenue
Summit, NJ  07901

Fannie Mae
Attn: Peter McGonigle
1835 Market Street, Ste 2300
Philadelphia, PA  19103

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Philadelphia, PA  19104

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD  21201

Kelley Drye & Warren LLP
Attn: James S. Carr & Eric R. Wilson
101 Park Avenue
New York, NY  10178

Kirkland & Ellis
Attn: Richard M. Cieri
601 Lexington Avenue
New York, NY  10022

Kirkland & Ellis LLP
Attn: Ray C. Schrock & Stephen E. Hessler
601 Lexington Avenue
New York, NY  10022-4611

Kramer Levin Naftallis & Frankel LLP
Attn: Kenneth H. Eckstein, Thomas Moers
Mayer, Douglas H. Mannal &
Jeffrey Trachtman
1177 Avenue of the Americas
New York, NY  10036

Kurtzman Carson Consultants
Attn: P. Joe Morrow
2335 Alaska Avenue
El Segundo, CA  90245

Milbank, Tweed, Hadley & McCloy LLP
Attn: Gerard Uzzi
1 Chase Manhattan Plaza
New York, NY  10005

Morrison & Foerster LLP
Attn: Tammy Hamzehpour
1290 Avenue of the Americas
New York, NY  10104

Morrison & Foerster LLP
Attn: Larren M. Nashelsky, Gary S. Lee,
Lorenzo Marinuzzi & Kayvan B. Sadeghi
1290 Avenue of the Americas
New York, NY  10104

Office of the NY State Attorney General
Attn: Nancy Lord & Enid M. Stuart
The Capitol
Albany, NY  12224-0341

Office of the US Attorney for the
Southern District of NY
Attn: United States Attorney Preet Bharara
One St. Andrews Plaza
New York, NY  10007

| | |
|---|---|
| Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F St. NE<br>Washington, DC  20549 | Securities & Exchange Commission<br>NY Regional Office<br>Attn:  George S. Canellos, Regional Director<br>3 World Financial Center, Ste 400<br>New York, NY 10281-1022 |
| Skadden Arps Slate Meagher & Flom LLP<br>Attn:  Jonathan H. Hofer & Sarah M. Ward<br>Four Times Square<br>New York, NY  10036 | Skadden Arps Slate Meagher & Flom LLP<br>Attn:  Ken Ziman & Suzanne D.T. Lovett<br>Four Times Square<br>New York, NY  10036 |
| U.S. Department of Justice<br>Attn:  U.S. Attorney General,<br>         Eric H. Holder, Jr.<br>950 Pennsylvania Ave NW<br>Washington, DC  20530-0001 | United States Attorney's Office for the<br>Southern District of New York Civil Division<br>Attn:  Joseph Cordaro<br>86 Chambers St., 3rd Floor<br>New York, NY  10007 |
| US Trustee for the Southern District of NY<br>Attn:  Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto<br>33 Whitehall St. 21st Fl., Region 2<br>New York, NY  10004 | Wells Fargo Bank NA<br>Attn:  Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust<br>P.O. Box 98<br>Columbia, MD  21046 |