SHAPIRO, DICARO & BARAK, LLC
By: Shari S. Barak
Attorneys for RBS Citizens N.A.
105 Maxess Road, Suite N109
Melville, NY 11747
(631)844-9611

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X    CASE NO. 12-12020 mg
IN RE:
                                                                     CHAPTER 11

Residential Capital, Inc.
a/k/a Residential Capital Corporation,

        Debtors.

-----------------------------------------------------------X

## NOTICE OF MOTION FOR
## AN ANNULMENT OF THE AUTOMATIC STAY

     **PLEASE TAKE NOTICE** that upon the annexed affirmation of Shari S. Barak, an associate of the law firm of SHAPIRO, DICARO & BARAK, LLC, RBS Citizens N.A., ("Movant") will move this Court as set forth below:

| | |
|---|---|
| JUDGE: | Martin Glenn |
| HEARING DATE: | July 10, 2013 at 10:00 AM |
| COURTHOUSE: | United States Bankruptcy Court<br>Alexander Hamilton Custom House<br>One Bowling Green<br>New York, NY 10004<br>Courtroom 501 |
| RELIEF REQUESTED: | An Order granting Movant an annulment of the automatic stay, nunc pro tunc to the date of filing, giving full force and effect to any and all action taken during the foreclosure action, including, but not limited to sale, conducted by Movant, effecting the property known as: <u>11941 Delvin Sterling Heights, MI 48313;</u><br>and for such other and further relief as is just and proper. |

**PLEASE TAKE FURTHER NOTICE,** that answering affidavits, if any, are required to be served upon the undersigned at least five (5) days before the return date of this motion.

Dated:   May 16, 2013
         Melville, New York

BY: _____
SHAPIRO, DICARO & BARAK, LLC
By: Shari S. Barak, Esq.
Attorneys for RBS Citizens N.A.
105 Maxess Road, Suite N109
Melville, NY  11747
(631)844-9611


TO:   SERVICE LIST

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    CASE NO. 12-12020 mg
                                                                          CHAPTER 11

IN RE:

    Residential Capital, Inc. a/k/a
    Residential Capital Corporation,

             DEBTOR.                    ORDER ANNULLING STAY
                                                         NUNC PRO TUNC

------------------------------------------------------------X

UPON consideration of the Notice of Motion brought on behalf of RBS Citizens N.A., ("Movant"), dated May 10, 2013 for an order annulling the Automatic Stay, nunc pro tunc to date of filing, pursuant to Bankruptcy Rule 4001 and 11 U.S.C. 362, with proof of service upon the Debtors, Debtors' Attorney and Chapter Trustee; and this motion having been heard on July 10, 2013, it is

ORDERED that the motion of Movant is granted in its entirety, the automatic stay is annulled, nunc pro tunc to and including the date of filing, to wit; May 14, 2012, thereby giving full force and effect to the foreclosure action and sale conducted by or on behalf of RBS Citizens N.A., its agents or assigns, held on July 20, 2012 with respect to the property located at <u>11941 Delvin, Sterling Heights, MI 48313,</u> and it is further

ORDERED that the Trustee be served with a copy of the referee's report of sale within thirty (30) days of this order; and, it is further

ORDERED that the Trustee be entitled to notice of the balance of surplus funds, if any, as a result of the foreclosure sale.

Dated:        , New York

                                                                          Hon. Martin Glenn
                                                                           United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:

                                                                         CHAPTER   11

    Residential Capital, Inc. a/k/a aka
    Residential Capital Corporation,

                                                                          CASE NO.   12-12020 mg

             DEBTOR.

-----------------------------------------------------------X

### AFFIRMATION IN SUPPORT OF MOTION FOR AN ANNULMENT OF THE AUTOMATIC STAY PURSUANT TO BANKRUPTCY RULE 4001 AND 11 U.S.C. 362(d)

    Shari S. Barak, the undersigned, an attorney duly admitted to practice before this Court, affirms under the penalty of perjury as follows:

    1.  I am an associate of the firm of SHAPIRO, DICARO & BARAK, LLC, attorneys for RBS Citizens N.A., (hereinafter, "Movant").  As such, I am fully familiar with the circumstances of this case.

    2.  I make this affirmation in support of the within motion for an Order annulling the automatic stay, nunc pro tunc, to the date of filing, pursuant to 11 U.S.C. Section 362(d)(1), giving full force and effect to any and all action taken during the foreclosure action, including, but not limited to, sale of the premises.

    3.  Jurisdiction is conferred on this Court by the provisions of 28 U.S.C. 1334.  This is a proceeding to terminate and annul the automatic stay and is therefore a "core" proceeding within the meaning of 28 U.S.C. Section 157 (b)(2).

    4.  Movant is a corporation/federal savings and loan association/savings bank duly organized and existing under and by virtue of the laws of the State of Virginia with an office for the conduct of business at 10561 Telegraph Road, Glen Allen, VA 23059-4577.

5. On or about February 1, 2002 John Taylor and Tammy M Taylor executed a Note whereby John Taylor and Tammy M Taylor promised to repay the principal amount of $123,250.00 plus interest to Charter One Bank, F.S.B. In conjunction with said Note, the Debtors granted Charter One Bank, F.S.B a security interest in the property commonly known as <u>11941 Delvin, Sterling Heights, MI 48313</u>, ("the Property"), evidenced by a Mortgage recorded in Macomb County on March 6, 2002 in Liber 11450, Page 55, (the "Mortgage"). Copies of the Note, Mortgage and Merger Letter are annexed hereto as Exhibit "A".

6. On May 14, 2012, the subordinate lienholder, GMAC Mortgage, LLC a/k/a GMAC Mortgage Corporation filed a petition for relief under Chapter 11 of the Bankruptcy Code under bankruptcy case number 12-12032 mg. A copy of the title search evidencing the interest of GMAC as a subordinate lienholder is annexed hereto as Exhibit "B". On May 14, 2012 an order was entered authorizing joint administration of the bankruptcy case under case number 12-12020 mg.

7. Despite the filing of the debtor's petition on May 14, 2012, Movant was not notified that such a petition had been filed. As a result, Movant continued its foreclosure action. On or about July 20, 2012, Movant held a foreclosure sale and the property at issue was purchased by Movant.

8. Movant learned of the subject bankruptcy filing after the foreclosure sale and after the referee's deed was conveyed. (Copy of the Referee's Deed is annexed hereto as Exhibit "C"). Based upon the circumstances of this chapter 13 filing, Movant seeks to validate the foreclosure action at this time.

9. The total debt owed to Movant as of July 20, 2012 is in the amount of $117,650.82. A copy of the payoff is annexed hereto as Exhibit "D".

10. The property has a value of $152,000.0. As indicated in the BPO annexed hereto as Exhibit "E". As the total debt exceeds the value of the premises, no equity exists in the premises.

11. If the sale is not validated by this Court, the Movant will be required to expend an extraordinary amount of time and money to schedule, notice and hold a new sale after vacating the original sale.

12. Consequently, Movant is entitled to an annulment of the automatic stay to give full force and effect to the foreclosure sale held on July 20, 2012.

**WHEREFORE**, Movant respectfully requests that an Order be granted annulling the automatic stay, nunc pro tunc to the date of filing, to give full force and effect to Movant's foreclosure action, and for such other and further relief as the Court may deem just and proper.

Dated: Melville, New York
May 10, 2013

Respectfully submitted,

Shapiro, DiCaro & Barak, LLC
By: Shari S. Barak, Esq.
Attorneys for RBS Citizens N.A.
105 Maxess Road, Suite N109
Melville, NY 11747
(631)844-9611