EXHIBIT "B"



ATTORNEYS TITLE AGENCY
LIMITED LIABILITY COMPANY

Trott #: **400235F02**                                                                                                                                                File No: **50-12242273-PRD**

**Commonly Known As:** 11941 Delvin Dr, Sterling Heights

# FORECLOSURE SEARCH

## Schedule 1

1. Search Date: **May 04, 2012, at 8:00 a.m.**

2. Customer:

   **Fannie Mae A/K/A Federal National Mortgage Association organized and existing under the laws of the United States of America**

3. **Fee Simple** interest in the land described is held by:

   **Robert John Taylor also known as John Taylor also known as R. John Taylor**

4. Mortgage to be foreclosed:

   **Mortgage in the original amount of $123,250.00, and the terms, conditions and provisions contained therein, executed by John Taylor and Tammy M. Taylor, his wife to First Federal of Michigan, the Michigan Operating Name of Charter One Bank, F.S.B. dated 2/1/2002 and recorded 3/6/2002 in Liber 11450, Page 55.**

5. The land referred to in this search is situated in the City of Sterling Heights, County of Macomb, State of Michigan, as follows:

   **Lot 831, Dresden Village Subdivision No. 2, as recorded in Liber 41 on Page 8 of Plats, Macomb County Records.**

**ATTORNEYS TITLE AGENCY, LLC**
31440 Northwestern Hwy, Suite 150
Farmington Hills, MI 48334
Ph:(248) 594-3839 Fax:(248) 205-4108

# FORECLOSURE SEARCH

## Schedule 2

1. **The following documents are required to properly complete a foreclosure of the described Mortgage against the searched land:**

    a.  Complete proper proceedings foreclosing the mortgage shown in Schedule 1 Item 4.

    b.  Foreclosure deed satisfactory to the Company creating the interest in the described land must be signed, delivered and recorded.

    c.  Affidavit satisfactory to the Company affirming that the Affiant fully complied with the Federal Tax Lien Act of 1996 (Public Law 89-719) and on the date specified in the affidavit given written Notice of Sale in the specified manner to the Secretary of the Treasury or his or her delegate as required for the discharge or divestment of a Federal Tax Lien in a Nonjudicial Sale.

    d.  Affidavit satisfactory to the Company affirming that the Affiant did not foreclose the mortgage shown in Schedule 1 Item 4 in a manner that caused the land to be sold in violation of any of the following:
        1. The Soldiers' and Sailors' Relief Act of 1940 and amendments thereto;
        2. The Military Reservist Act of 1991 (Sec. 800 to 810 Military and Veterans Code);
        3. Sections 3185 or 3285 of the Michigan Revised Judicature Act of 1961 being MCL 600.3185 and MCL 600.3285, for mortgages entered on or subsequent to May 21, 2008.

    e.  Submit evidence satisfactory to the Company that any borrower entitled to notice under MCLA 600.3204(4), has been served as required and that all the provisions of MCLA 600.3205a have been complied with, if applicable.

    f.  You must advise the Company in writing the name of anyone not referred to in this search who will get an interest in the land or who will make a loan on the land.

    g.  Additional documents satisfactory to the Company to create the interest in the described land which must be signed, delivered and recorded:

    h.  Pay real property taxes and assessments that are due and payable unless shown as paid.

2. **Real property taxes and assessments levied against the searched land:**

   a.   PAYMENT OF TAXES:                        Tax Parcel No.: 10-02-303-052

   2011 City Taxes in the amount of $1,448.49 are Paid

   2011 County Taxes in the amount of $140.20 are Paid

   Special Assessments: None

   - 2011 State Equalized Value: $48,300.00
   - 2011 Taxable Value: $48,300.00

   The amounts shown as due do not include collection fees, penalties or interest.

3. **We have discovered the following evidence of the bankruptcy of a mortgagor or vestee of the searched land:**

   a.   None

## FORECLOSURE SEARCH

### Schedule 3

1. The following matters are recorded liens and ownership interests against the searched Land which will not be eliminated by a foreclosure of the described Mortgage.

    a.   None

2. The following matters are recorded liens and ownership interests against the searched Land which will be eliminated by a foreclosure of the described Mortgage.

    a.   Mortgage in the original amount of $42,000.00, and the terms, conditions and provisions contained therein, executed by R. John Taylor and Tammy M. Taylor, husband and wife to MERS, Inc. dated October 22, 2005 and recorded December 6, 2005 in Liber 17391, Page 62.

3. The following matters are recorded Liens and Ownership Interests against the searched land, which upon sale to an independent purchaser, will be insured against on a policy of Title Insurance provided its requirements for issue are properly met.

    a.   None