**EXHIBIT "C"**

RECORDED CO #12AUG22AH1127

2114648   PAGE 1 OF 2
LIBER 21503 PAGE 891
08/22/2012 11:52:35 A.M.
MACOMB COUNTY, MI
CARMELLA SABAUGH, REGISTER OF DEEDS      SEAL

## QUIT CLAIM DEED

RBS Citizens N.A. successor by merger and/or name change to First Federal of Michigan, The Michigan Operating name of Charter One Bank, FSB whose address is 10561 Telegraph Rd., Glen Allen, VA 23059-4577, (Grantor), Quit-Claim(s) to Fannie Mae A/K/A Federal National Mortgage Association organized and existing under the laws of the United States of America whose address is 14221 Dallas Parkway, Suite 1000, Dallas, TX 75254 (Grantee), the following premises situated in the City of Sterling Heights, Macomb County, Michigan commonly known as 11941 Delvin Dr, Sterling Heights, MI 48313-1731 and more particularly described in exhibit A hereto for the sum of ($1.00) One Dollar and no cents, subject to easements and building and use restrictions of record and the lien of taxes not yet due and payable.

Dated this _14TH_ day of _AUGUST_, 20_12_

Witness:                                Signed:

                                        RBS Citizens N.A. successor by merger and/or name
                                        change to First Federal of Michigan, The Michigan
                                        Operating name of Charter One Bank, FSB
By _____                Grantor

                                        By _Tyler R. Rudd_____

                                        Printed Name: _Tyler Rudd_____

                                        Its _Assistant Vice President_

STATE OF _VA_          )
                       )SS.
COUNTY OF _Henrico_    )

This instrument was acknowledged before me in _Henrico_ County, State of _VA_ on this _14TH_ day of _AUGUST_, _2012_, by _Tyler Rudd_ its _ASSIST. Vice Pres._ of RBS Citizens N.A. successor by merger and/or name change to First Federal of Michigan, The Michigan Operating name of Charter One Bank, FSB, for the corporation.

BERNICE RUSSELL
NOTARY
PUBLIC
REG. #260584
MY COMMISSION
EXPIRES
5/31/2016
COMMONWEALTH OF VIRGINIA

_Bernice Russell_
Notary public
State of _VA_, County of _Henrico_
My commission expires _5/31/2016_
Acting in the County of _Henrico_

This instrument is exempt from county transfer tax pursuant to MCL 207.505(a); and/or 12 U.S.C. 1723a(c) and MCL 207.505(c).
This instrument is exempt from state transfer tax pursuant to MCL 207.526(a); and/or 12 U.S.C. 1723a(c) and MCL 207.526(c).

| When Recorded Return To: | Send Subsequent Tax Bills To: | Drafted by: Jeanne M. Kivi |
|---|---|---|
| Trott & Trott, P.C. | Grantee | Trott & Trott, P.C. |
| 31440 Northwestern Highway, Suite 200 | | 31440 Northwestern Highway, Suite 200 |
| Farmington Hills MI 48334-2525 | | Farmington Hills MI 48334-2525 |
| Tax Parcel #10-02-303-052 | | Revenue Stamps Exempt |
| T&T # 400235F02 | Taylor, Robert John | |

EXHIBIT A - Property Legal Description

Lot 831, "Dresden Village Subdivision No. 2", as recorded in Liber 41 on Page 8 of Plats, Macomb County Records.

T&T # 400235F02                    Taylor, Robert John