EXHIBIT "D"

```
PAY4             AS-OF 07/20/12  PAYOFF CALCULATION TOTALS 07/10/12  12:23:08
NAME J  TAYLOR   CONTACT NAME JOHN TAYLOR
------------------------------------------------------------------------------
PRINCIPAL BALANCE         106,454.23        ------------ RATE CHANGES ----------
INTEREST 07/20/12           7,419.76        INT FROM     RATE         AMOUNT
PRO RATA MIP/PMI                 .00        07/01/11     6.62500      7,419.76
ESCROW ADVANCE              2,474.77        07/20/12
ESCROW BALANCE                   .00
SUSPENSE BALANCE                 .00
HUD BALANCE                      .00
REPLACEMENT RESERVE              .00
RESTRICTED ESCROW                .00
TOTAL-FEES                     50.00
ACCUM LATE CHARGES            434.06
ACCUM NSF CHARGES                .00
OTHER FEES DUE                 92.00
PENALTY INTEREST                 .00
FLAT/OTHER PENALTY FEE           .00        TOTAL INTEREST            7,419.76
CR LIFE/ORIG FEE RBATE           .00        TOTAL TO PAYOFF         117,650.82
RECOVERABLE BALANCE           726.00
------------------------------------------------------------------------------
ESCROW BREAKDOWN
$2030        Haz Insurance     07/10/2011
$444.77      Haz Insurance     04/11/2011
------------------------------------------------------------------------------
OTHER FEES
$ 82.00                                     PROP. INSPECTION FEE
$ 10.00                                     COPIES OF DOC.& HIST
------------------------------------------------------------------------------
RECOVERABLE BALANCE
633 NIV 05/09/12        150.00   TROTT-F    70R15 BKAF BK ATTORNEY FEES
633 NIV 05/09/12        400.00   TROTT-F    70R15 BKAF BK ATTORNEY FEES
632 NIV 05/09/12        176.00   TROTT-F    70R15 BKCC BK COURT COSTS
TOTAL:                  726.00
------------------------------------------------------------------------------
****Please bid total debt in the amount $117,650.82****
```

Exhibit "E"

 

# Broker Price Opinion

## Subject Property Address

11941 Delvin Sterling Heights MI 48313

## Order Information

| | | | |
|---|---|---|---|
| **BPO Type** | Exterior | **Borrower** | John Taylor |
| **Work Order ID** | 3565342 | **Loan Number** | |
| **Order Date** | 11/15/2012 | **Reference** | |
| **Date Completed** | 11/17/2012 | **Project** | |
| **Completed By** | Avail. Upon Request | **Ordered By** | Danielle Spooner |



## Subject Property Value

| | As-Is | Repaired |
|---|---|---|
| **30 Day Sale** | $52,000 | |
| **90-120 Day List** | $54,900 | $54,900 |
| **90-120 Day Sale** | $52,000 | $52,000 |

## Broker's Opinion of Market Trend



STABLE

## Overview

The subject is located in a typically suburban neighborhood with prices ranging from $51,000 to $122,000. The subject contains 1550 square feet, is approximately 53 years old and considered to be in average condition.

Based on an exterior inspection completed on 11/16/2012 the subject is in need of repairs. The subject's 30 day QuickSale price was determined to be $52,000 or $33 per square foot. The subject's 90-120 Day sale price was determined to be $52,000 or $33 per square foot. The estimated fair market rent for this property is $1,200. The average sales price of the selected comparables is $58,583 and the average list price of the selected comparables is $97,300.

This is a Broker Price Opinion, which is an opinion of value created by a licensed real estate broker or agent, not an appraiser. Analysis was not completed in accordance with Uniform Standards of Professional Appraisal Practice, which require evaluators to act as impartial third parties with objectivity and without personal interest.

Revised 01/10/2011

## 11941 Delvin Sterling Heights MI 48313

| | | | |
|---|---|---|---|
| Borrower | John Taylor | Work Order ID | 3565342 |
| Loan Number | | Reference | |

### Neighborhood Information

| | | | |
|---|---|---|---|
| Neighborhood Type | Suburban | Market Trend | Stable |
| Price Range of Comparables | $51,000 to $122,000 | Market Appr / Depr % | 0 |
| Competing Listings | 8 | Avg Marketing Days | 71 |
| | | Vandalism Risk | Low |

**Notes**
Little to no risk of vandalism, homes are well maintained and Blue Ribbon Utica schools are sought by homebuyers. Close to all ammenities and major freeways.

### Subject Property Information

| | | | |
|---|---|---|---|
| Property Type | SFR | Rent Control | No |
| Property Condition | Average | Mgmt Company / HOA Name | N/A |
| Appears Secure | Yes | Mgmt Company / HOA Phone # | (000) 000-0000 |
| Occupancy | Vacant | Condo / Co-op Fees | $0 |
| Legal Description | | Fair Market Rent | $1,200 |

M 26 $"DRESDEN VILLAGE SUBDIVISION NO. 2" LOT 831

**Notes**
Established neighborhood with homes that vary in style but are similar in age, homes show pride of ownership with some noted exterior improvements. Subject is in average condition with a few recommended exterior repairs. Landscape is equal to other homes in the neighborhood and curb appeal is good.

### Subject Listing and Sale History in the Past 3 Years

| | | | |
|---|---|---|---|
| Currently Listed | No | MLS # | |
| List Price | | Listing Agency | |
| List Date | | Listing Agency Phone # | |
| 1st Previous Sale Date | | 1st Previous Sale Price | |
| 2nd Previous Sale Date | | 2nd Previous Sale Price | |
| 3rd Previous Sale Date | | 3rd Previous Sale Price | |

**Notes**
Last known sale was in 2000 home was on the market for 51 days. Listed with Real Estate One, agent Patti Chaperon

### Tax Information

| | | | |
|---|---|---|---|
| Assessed Value | $42,150.00 | Annual Taxes | $1,264.04 |
| Date Assessed | 05/01/2012 | Delinquent Taxes | $0.00 |
| Tax Rate | 0 | Other Assessments | $0.00 |
| Date Taxes Due | 12/31/2012 | | |

**Notes**
Summer tax for 2012 is currently unpaid according to BS & A county information.

### Repairs

| | | |
|---|---|---|
| Estimated Interior Repairs | | |
| Estimated Exterior Repairs | Siding above garage door needs to be replaced. | $250 |
| Recommended Upgrades | Exterior BPO only. | $0 |
| Total | | $250 |

**Notes**
Garage repair will not increase estimated value of subject but will help the home show better to buyers.

## 11941 Delvin Sterling Heights MI 48313

| Borrower | John Taylor | Work Order ID | 3565342 |
|---|---|---|---|
| Loan Number | | Reference | |

## Market Data

| | Subject | Sale 1 | Sale 2 | Sale 3 | Listing 1 | Listing 2 | Listing 3 |
|---|---|---|---|---|---|---|---|
| Address | 11941 Delvin | 43120 Fortner | 43256 Lira Dr | 43560 Goldbe | 11945 19 Mile | 43111 Fortner | 43736 Goldbe |
| City | Sterling | Sterling | Sterling | Sterling | Sterling | Sterling | Sterling |
| State / Zip | MI 48313 | MI 48313 | MI 48313 | MI 48313 | MI 48313 | MI 48313 | MI 48313 |
| Proximity (miles) | | 0.16 | 0.13 | 0.31 | 0.11 | 0.19 | 0.39 |
| Subdivision | Dresden Vlg | Same | Same | Same | Same | Same | Same |
| Data Source | COUNTY | MLS | MLS | MLS | MLS | MLS | MLS |
| Property Type | SFR | SFR | SFR | SFR | SFR | SFR | SFR |
| Number of Units | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Style / Design | Bi Level | Bi Level | Bi Level | Bi Level | Bi Level | Bi Level | Bi Level |
| Location / View | Typical | Typical | Typical | Typical | Typical | Typical | Typical |
| Year Built | 1959 | 1960 | 1959 | 1959 | 1963 | 1959 | 1959 |
| Condition | Average | Average | Average | Average | Average | Average | Average |
| Total / Bed / Bath | 7  3  1.5 | 7  3  1.5 | 7  3  1.5 | 7  3  1 | 7  4  1.5 | 7  3  1.5 | 7  3  1.5 |
| Gross Living Area | 1,550 | 1,550 | 1,488 | 1,488 | 1,550 | 1,550 | 1,488 |
| Basement | Slab | Slab | Slab | Slab | Slab | Slab | Slab |
| Car Storage | 2 Det | None | 2 Det | 2 Det | 1 Det | 2 Det | 1 Det |
| Lot Size (acres) | 0.17 | 0.25 | 0.2 | 0.21 | 0.17 | 0.17 | 0.2 |
| Land Value | $19,200 | $22,900 | $21,700 | $22,000 | $19,200 | $19,200 | $21,700 |
| Original List Price | | $54,900 | $52,500 | $75,000 | $109,900 | $112,000 | $70,000 |
| Current List Price | | $54,900 | $52,500 | $75,000 | $109,900 | $112,000 | $70,000 |
| Sale Price | | $51,000 | $52,000 | $72,750 | | | |
| Sale Date | | 05/31/2012 | 08/29/2012 | 07/13/2012 | | | |
| Price / Sq Ft | $33 | $32 | $34 | $48 | $70 | $72 | $47 |
| Days on Market | | 112 | 89 | 126 | 13 | 30 | 137 |
| Comparability to Subject | | Similar | Similar | Similar | Similar | Similar | Similar |
| Type of Transaction | Fair Market | REO | REO | Short Sale | Fair Market | Fair Market | Short Sale |

## Subject Property Value

| | | | |
|---|---|---|---|
| 30 Day Sale (As-Is) | $52,000 | | |
| 90-120 Day List (As-Is) | $54,900 | 90-120 Day List (Repaired) | $54,900 |
| 90-120 Day Sale (As-Is) | $52,000 | 90-120 Day Sale (Repaired) | $52,000 |

**Marketing Notes and Conclusion of Pricing**

Estimate of value is based on bi-level sales in the subjects area within the last 6 months, currently listed bi-level homes are priced a bit too high for the area, however the area has stabilized in the last few months and home values will start to increase, this is partly due to lack of inventory.