UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X    CASE NO. 12-12020 mg
IN RE:

                                                       CHAPTER 11

Residential Capital, Inc. a/k/a
Residential Capital Corporation,

            Debtor.

-----------------------------------------------------------X    JUDGE: Martin Glenn

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                              )ss:
COUNTY OF SUFFOLK    )

      I, Patrick Lamberti being sworn, says:

      I am not a party to this action; I am over 18 years of age, and I reside in Deer Park, New York.

      On 5/30/13, I served the within Notice of Motion, Affirmation and Supporting Exhibits for Modification of the Automatic Stay, with prejudice, upon the parties set forth in the annexed <u>SERVICE LIST</u>, at the addresses set forth therein, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depositary under the exclusive care and custody of the United States Postal Service within the State of New York.

Sworn to before me this
30th day May of, 2013

_____
Notary Public

                                                                _____
                                                                 Patrick Lamberti
                                                                 Bankruptcy Paralegal

ELIZABETH SARAH REID
Notary Public, State of New York
No. 01RE6239047
Qualified in Nassau County
Commission Expires April 18, 2015

Our File No.: 12-022733

## SERVICE LIST

Norman Scott Rosenbaum, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

James Newton, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Erica J Reynolds, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Douglas Mannal, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Elise Frejka, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

United States Trustee
c/o Brian Masumoto, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004

United States Trustee
c/o Michael Driscoll, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004