GERALD M. SHAPIRO
LICENSED IN ILLINOIS & FLORIDA
DAVID S. KREISMAN
LICENSED IN ILLINOIS

SHARI SELTZER BARAK
MANAGING ATTORNEY

JOSE ARIAS, JR.
JOHN D. DELLO-IACONO
MATTHEW D. HINDIN
ELOY A. PERAL

Law Offices of
## Shapiro, DiCaro & Barak, LLC
105 Maxess Road
Suite N109
Melville, New York 11747
(631) 844-9611
FAX(631) 844-9525

ROCHESTER OFFICE

JOHN A. DICARO
MANAGING ATTORNEY

250 MILE CROSSING BLVD.
SUITE ONE
ROCHESTER, NY 14624
(585) 247-9000
FAX(585) 247-7380

ALEXANDER M. BUDD
FRANK M. CASSARA
MICHAEL J. CHATWIN
ELIZABETH A. CLARKE
BRIDGET M. DEHMLER
SCOTT R. FERRARO
FRANCES M. KABAT
GARY M. KANELLIS
ROBERT S. MARKEL
ELLIS M. OSTER
V. MELANIE RAJAPHOUMY
AUSTIN T. SHUFELT
BRENT A. SURGEONER

JULIE N. DOYLE
Of Counsel

RALPH J. ESPOSITO
Of Counsel

May 16, 2013

United States Bankruptcy Court
Southern District of New York District of New York
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004

Re:  In re Debtor: Residential Capital, Inc. a/k/a Residential Capital Corporation
Case No. 12-12020 mg    Chapter 11
Our file: 12-022733

Dear Sir or Madam:

Enclosed please find Notice of Motion, Affirmation and Supporting Documents seeking an Order Annulling the automatic stay pursuant to 11 U.S.C. section 362(d), with proof of service thereof, returnable July 10, 2013.

Your cooperation is greatly appreciated.

Very truly yours,

SHAPIRO, DICARO & BARAK, LLC

By: ........................
Shari S. Barak

Enclosures
cc: Service List