UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK



IN RE:

RESIDENTIAL CAPITAL, LLC. ET AL...            CASE no. 12-12020 (MG)

DEBTORS            CHAPTER 11

           JOINTLY ADMINISTERED

RESPONSE TO NOTICE OF HEARING ON DEBTOR'S THIRD OMNIBUS OBJECTION TO CLAIMS

(AMENDED AND SUPERSEDED CLAIMS)

ANTHONY KELLER LAW OFFICE

TO THE HONORABLE COURT:

I, REBECCA KELLER AS A PARTY IN INTEREST IN THE ANTHONY KELLER LAW OFFICE AND ON BEHALF OF THE HEIRS OBJECT TO THE EXPUNGEMENT OR DISALOWMENT OF CLAIM NUMBER 4962 FILED ON 11/15/2012. UNTIL SO AMENDED BY EVIDENCE TO BE PRESENTED BY DEBTORS RESIDENTIAL CAPITAL, LLC.

AS PREVIOUSLY EXPOSED IN OUR CLAIM AND AS PER ATTACHMENT TO ORIGINAL CLAIM FILED, I EXPLAINED THE CIRCUMSTANCE THAT MY HUSBAND HAD PASSED AWAY AND THAT ALL OUR PERSONAL DOCUMENTS HAD BEEN STOLEN FROM THE OFFICE BY EITHER PERSONS WORKING AT

THE LAW OFFICE OR THIRD PERSONS WHOM WE HAVE NOT BEEN ABLE TO DISCOVER (CASE IS STILL UNDER INVESTIGATION AND CRIMINAL CHARGES HAVE BEEN FILED AGAINST ONE OF VARIOUS LAWYERS WHO HAVE BEEN FOUND OF WRONGDOING BEFORE AND AFTER MY HUSBAND'S PASSING.

I, ALSO SAID IN THE CLAIM THAT AS SOON AS RESIDENTIAL CAPITAL, LLC GAVE US PROOF OF THE BASIS FOR THE CLAIM THEY HAD AS DEBTORS, I WOULD GLADLY AMEND CLAIM AS TO THE EVIDENCE THEY WERE TO PROVIDE TO US.

ALTHOUGH THE OBJECTION WAS FILED AS PER CLAIM NO. 5866 AND ON THE DATE OF 11/19/2012, IT IS NOW, THAT I, RECEIVE DOCUMENTATION AS TO THE OBJECTION AND THEY HAVE YET TO GIVE US A NUMERIC DOLLAR VALUE OF THE INVESTMENT MY HUSBAND MADE UNDER ANTHONY KELLER LAW OFFICE SO WE ARE ABLE TO AMEND THE CLAIM AS TO CLARIFY THE AMOUNT OWED TO THE ESTATE OF THE LATE ANTHONY KELLER AND TO ME AS WELL, AS THE OTHER HALF OF THE LEGAL SOCIETY.

I AM CURRENTLY TRAVELLING AND HAVE JUST RECEIVED DOCUMENTS WHICH BY ERROR OR MISTAKE OF THE PARTY WHO IS OBJECTING HAVE BEEN SENT IN AN UNTIMELY DATE WHICH IS NOT THE SAME DATE THEY FILED.

THEREFORE:

I PLEAD THE HONORABLE COURT ORDER RESIDENTIAL CAPITAL, LLC. PROVIDE EVIDENCIARY DOCUMENTATION AS PER BUSINESS DEALINGS THEY HAD WITH ANTHONY KELLER LAW OFFICE, SO WE MAY BE ABLE TO ASCERTAIN THE CATEGORY OF THE CLAIM AND THE DOLLAR AMOUNT THAT WAS INVESTED BY MY LATE HUSBAND UNDER ANTHONY KELLER LAW OFFICE, SO WE MAY BE ABLE TO FILE AN AMENDED CLAIM AS TO THE PERFECTED DOLLAR AND CLAIM CATEGORY WHICH IT BELONGS TO.  AS PER PREVIOUS DOCUMENT FILING, I INFORMED THE HONORABLE COURT AS TO THE UNAVAILABILITY OF THE DEBTOR'S ATTORNEYS AND OR THEIR ASSOCIATES IN ASSISTING US IN THE CLAIM FILED.  WE WERE TOLD BY OFFICE PERSONAE THAT WE WOULD RECEIVE A RETURN CALL WITH THE INFORMATION NEEDED TO FILE A CORRECT CLAIM AND AS YOU MAY SEE YOUR HOMOR THAT DID NOT COME TO FRUITION.  ALTHOUGH SEVERAL CALLS WERE MADE TO THEM AND AN ACKNOWLEDGEMENT OF RETURN CALL WITH INFORMATION WAS GIVEN, IT NEVER DID HAPPEN.

AS I, UNDERSTAND ANY AND ALL DOCUMENTATION SENT TO THE COURT BY DEBOTRS AND TO THE HONORABLE BANKRUPTCY COURT IS TO ALWAYS BE SENT THROUGH A MAILING MATRIX TO CREDITORS AND REPORTED TO THE COURT THAT IT HAS BEEN SENT EITHER THROUGH

ELECTRONIC OR U.S. POSTAL MAIL.  TO THIS DATE, THIS IS THE FIRST NOTICE, I HAVE RECEIVED.

I UNDERSTAND THAT I WILL HAVE TO CHANGE MY TRIP TO APPEAR IN COURT ON THE DATE ASSIGNED.  I AM CURRENTLY TRAVELLING WITHIN THE CONTINENTAL USA AND WILL WITHIN ALL MY AVAILABILITY TRY TO BE IN COURT THAT DAY FOR THE HEARING.

WHEREFORE:  I PLEAD THE HONORABLE US BANKRUPTCY COURT TAKE NOTICE OF MY RESPONSE TO THE NOTICE OF DEBTORS HEARING AS DATED ON MAY 2, 2013.

RESIDENTIAL CAPITAL LLC ET AL... PLEASE SEND ALL DOCUMENTATION TO rkeller@krglaw.net BECAUSE WE ARE CURRENTLY OUT OF THE OFFICE AND TRAVELLING SO, I MAY BE ABLE TO ASCERTAIN ALL NOTICES AND OR DOCUMENTATION THAT DEBTORS MAY BE FIING.  I MAY ALSO BE REACHED AT THIS TIME AT 939-475-6584.

I, REBECCA KELLER SHALL SEND THIS NOTICE FROM, BOSTON MASSACHUSSETTS ON THIS SAME DAY OF MAY 28, 2013 TO THE HONORABLE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK AND TO RESIDENTIAL CAPITAL, LLC ET AL AT THEIR ADDRESS ON RECORD DIRECTED TO MR. GARY S. LEE, ESQ, NORMAN S. ROESNBAUM, ESQ AND MR. JORDAN A WISHNEW, ESQ. AT MORRISON & FOERSTER LLPAT 1290 AVENUE OF THE AMERICAS, NEW YORK, NEW YORK 10104, AND TO RESIDENTIAL CAPITAL, LLC C/O KCC AT 2335 ALASKA AVENUE, EL SEGUNDO, CA 90245.

REBECCA KELLER

P.O. BOX 16063

SAN JUAN, PUERTO RICO.00903-16063