MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone:    (213) 683-9100
Facsimile.    (213) 687-3702
Thomas Walper (Pro Hac Vice)
Seth Goldman (Pro Hac Vice)
Daniel J. Harris

*Counsel for Berkshire Hathaway Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF
BERKSHIRE HATHAWAY INC. TO UNSEAL THE EXAMINER'S
REPORT PURSUANT TO 11 U.S.C. § 107(a) TO JUNE 26, 2013 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing on the *Motion of Berkshire Hathaway Inc. to Unseal the Examiner's Report Pursuant to 11 U.S.C. § 107(a)* [Docket No. 3812] (the "Motion") previously scheduled to be heard on June 12, 2013 at 10:00 a.m. (Prevailing Eastern Time) has been adjourned to **June 26, 2013 at 10:00 a.m.** (Prevailing Eastern Time) and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion must be filed with the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004 and served so as to be received by the following parties no later than **4:00 p.m. (Prevailing Eastern Time) on June 19, 2013**:  (i) counsel for Berkshire, Munger, Tolles & Olson, LLP, 355 South Grand Avenue, 35th Floor, Los Angeles, California 90071 (Attn: Thomas Walper, Seth Goldman, and Bradley Schneider); (ii) counsel for the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attn: Larren M. Nashelsky, Gary S. Lee, Todd M. Goren and Norman S. Rosenbaum); (iii) counsel to the Creditors' Committee, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas New York, NY 10036, (Attn: Kenneth H. Eckstein and Douglas H. Mannal); (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Brian S. Masumoto); (v) the Office of the United States Attorney General; (vi) the Office of the New York Attorney General; (vii) the Office of the United States Attorney for the Southern District of New York; (viii) any other committee appointed in these cases; (ix) each of the Debtors' prepetition lenders, or their agents, if applicable; (x) each of the indenture trustees for the Debtors' outstanding notes issuances; (xi) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attn: Richard M. Cieri); (xii) counsel to Barclays Bank PLC, as administrative agent for the DIP lenders, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036 (Attn: Ken Ziman & Jonathan H. Hofer); (xiii) counsel for Nationstar Mortgage LLC, Sidley Austin LLP, One South Dearborn, Chicago, Illinois 60603 (Attn: Jessica C.K. Boelter); (xiv) the Internal Revenue Service; and (xv) the Securities and Exchange Commission.

Dated: May 31, 2013

/s/ Seth Goldman
Seth Goldman (Pro Hac Vice)
Thomas Walper (Pro Hac Vice)
Daniel J. Harris

MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 593-2810

*Counsel for Berkshire Hathaway Inc.*