Form 210A (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re: <u>Residential Capital Corporation</u>     Case No.: <u>12-12020</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BSI Financial Services, Inc. as servicer in fact for MNH SUB I LLC. | CitiMortgage, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
BSI Financial Services, Inc.
P.O. Box 517, 314 S. Franklin St.
Titusville, PA 16354
Telephone: (800) 327-7861

Court Claim # (if known): <u>14</u>
Amount of claim: <u>$5,010,321.60</u>
Date Claim Filed: <u>11/16/2012</u>

Phone: <u>(800) 327-7861</u>
Last Four Digits of Acct #: <u>XX3458</u>

Phone: _____
Last Four Digits of Acct #: <u>458</u>

Name and Address where transferee payments should be sent (if different from above):

Phone: <u>(800) 327-7861</u>
Last Four Digits of Acct #: <u>XX3458</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ William G. Malcolm</u>     Date: <u>June 3, 2013</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.