**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Wells Fargo Bank, N.A. ("Wells Fargo"), in its capacity as loan servicer in certain servicing and sub-servicing agreements with the Debtors, by and through undersigned counsel, hereby enters an appearance in the above-captioned cases and requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given and served at the office, address and number as follows:

> **GIBBONS P.C.**
> Attn: Christopher A. Albanese, Esq.
> One Penn Plaza, 37th Floor
> New York, NY 10119-3701
> Telephone: (212) 613-2000
> Facsimile: (212) 290-2018
> E-Mail: calbanese@gibbonslaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and the papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or

conveyed by mail, e-mail, delivery, telephone, telegraph, telex, or otherwise, which may affect or seek to affect in any way any rights or interests of creditors with respect to the debtors or any related entity, or property or proceeds thereof in which the debtors may claim an interest.

**PLEASE TAKE FURTHER NOTICE** that this appearance and request for notice is made without prejudice to all of Wells Fargo's rights, remedies and claims, including claims against other entities. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention or withdrawal of the case or a proceeding therein.

Dated: June 3, 2013                                     **GIBBONS P.C.**

                                                       */s/ Christopher A. Albanese*
Christopher A. Albanese, Esq.
One Penn Plaza, 37th Floor
New York, NY 10119-3701
Telephone: (212) 613-2000
Facsimile: (212) 290-2018
E-Mail: calbanese@gibbonslaw.com

*Attorneys for Wells Fargo Bank, N.A., with respect to its servicing and sub-servicing agreements with the Debtors.*

#1942969 v1
111369-81272