UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Residential Capital, LLC, et al;<br>Debtors<br><br>Erlinda Abibas Aniel<br>    Plaintiff/Creditor, Pro se<br><br>vs.<br><br>GMAC Mortgage, LLC; Executive Trustee Services, LLC et al;<br>Debtors/Defendants | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>Jointly Administered |

Affidavit of Service

I, Erlinda Abibas Aniel, on pro per, certify that I have served the following:

**CONTEST OF TRANSFER OF PLAINTIFF'S MORTGAGE TO OCWEN LOAN SERVICING**

On the following interested parties in this case via Certified US Mail, first class:

Counsel to the Debtors
Lauren M. Naselsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104

Counsel to the Examiner
Howard Seife
David M. LeMay
Robert J. Gayda
Marc B. Roitman
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112



RECEIVED MAY 31 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Office of the United States Trustee
Tracy Hope Davis
33 Whitehall St. 21st FL, Region 2
New York, NY 10004-2111

Counsel to the Official Committee of Unsecured Creditors
Kramer Levin Naftallis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10005
Attn:   Kenneth H. Eckstein
        Thomas Moers Mayer
        Douglas H. Mannal

Respectfully submitted,

_____  5/30/13
Erlinda Abibas Aniel, pro se
75 Tobin Clark Dr.
Hillsborough, CA 94010