# **EXHIBIT 1**

## **RCS Transactions**

DBALT 2006-AB4
DBALT 2007-2
DBALT 2007-4
DBALT 2007-AB1
DBALT 2007-AR2
MIT 2004-1
MIT 2004-2
MIT 2005-1
MIT 2005-2
MIT 2005-3
MIT 2005-4
MIT 2005-5
MIT 2005-AR1
MIT 2006-1