# **EXHIBIT 2**

**Ocwen Transactions**

ACE 2005-SL1
ACE 2006-SL1
DBALT 2005-AR1
DBALT 2006-AR2
DBALT 2006-AR6
DBALT 2006-OA1
DBALT 2007-1
DBALT 2007-3
DBALT 2007-OA2
MHL 2007-1