# **EXHIBIT 3**

**Servicing Transfer Instructions**

EXHIBIT 3

Servicing Transfer Instructions

**GENERAL INFORMATION**

Transfer Cut off Date:  6/28/2013
Transfer Date: 7/1/2013  (Business Day following the Transfer Cutoff)

The following transfer instructions contemplate a servicing transfer from a FISERV and LPS client to Buyer which is also a FISERV and LPS client.

No later than 30 days prior to the Transfer Date, new Servicer must provide the following information:

- Contact for the servicing transfer; please provide name, street address, email address, and direct phone number.

- Loan Number cross-reference listing; GMAC will, or cause Ocwen Loan Servicing to, upload to its system for inclusion in goodbye letters, system generated service release reports, and for forwarding payments.

- Servicing and Custodial File shipment addresses.

- Assignment information for non-MERS loans.

- Vesting information for deed preparation (as applicable).

- Goodbye Letter Data:

    Servicer name
    Payment mailing address
    Correspondence address
    Customer Service toll free phone number and hours of operation
    Transferability of optional insurance and ACH (as applicable)

- Tax Contracts

    CoreLogic (First American) tax contracts should be transferred to the following IDs:
    Corelogic Tax ID for loans: 10902
    Corelogic Tax ID for REO: 10916

- Life of Loan Flood Contracts should be transferred to: CoreLogic Flood I.D. 458000

1

A/75400601.8

- MERS ORG ID:
  Servicer  1006053
  Investor  _____
  Sub Servicer _____

- HAMP Participant:  Y
  - 1MP 902039180
  - 2MP 920219209

- HAMP Servicer ID _____

- HAMP Registration ID: 10326  _____

- HAMP contact for servicing transfer reporting:
  Melissa Ward
  mward@residentialcredit.com
  817-321-6125

  Sandy Quiones
  squinones@residentialcredit.com
  817-321-6143

- Mortgagee Clause Information

  Residential Credit Solutions, Inc.
  ITS SUCCESSORS, ASSIGNS and/or Assigns
  P O Box 692330
  San Antonio, TX  78269-2330
  800-913-5173

- Wire Transfer: Provide wire instructions for funds transfer (escrow, suspense, loss draft)

  Texas Capital Bank
  Richardson, TX
  Account# 2111019135
  ABA# 111017979
  Reference: Name of retiring servicer and date of loan transfer

No later than 30 days prior to the Transfer Date, GMAC must provide the following information:
- A goodbye letter draft must be submitted (20) twenty days prior to the effective transfer date to RCS for approval prior to mailing
- Verbiage stating all optional insurance offered through the current servicer will be cancelled at the time of transfer must be included.
- Verbiage stating all automatic drafts (ACH) offered through the current servicer will be cancelled at the time of transfer must be included.
- Verbiage stating borrowers using third party drafts must contact the third party to notify them of the new account number must be included.

2

- Copies of the final goodbye letters (preferably imaged) must be provided to RCS within (5) five days of the transfer date.

**MERS Transfer Requirements**
- Non-Fannie Mae Loans
    - MERS beneficiary rights should reference the appropriate investor Org ID.
    - MERS servicing and/or subservicing rights should reference RCS Org ID 1006053.
- GMAC will provide confirmation of when the transfer of subservicing process will be completed in MERS.
    - Confirmation if this process is automated or controlled by a specific group.
- GMAC will provide batch numbers for MERS transfers once completed.
- GMAC is responsible for reconciling the current status of loans registered with MERS and updating the MERS system to reflect the current status of the loan, when needed.

**Litigation (if applicable)**
- GMAC to provide report of all loans in litigation along with the following information:
    - Case Name
    - State in which it was filed
    - Description of the case
    - Recent status update
    - Court name
    - Court documents and Pleadings

**Title Problems (if applicable)**
- GMAC to provide report of all loans with title problems along with the following information:
    - All title problem hard files.
    - Title Issue (i.e. superior lien, legal description, etc.).

**Credit Bureau Reporting (if applicable)**
- GMAC to provide a list of all loans that are blocked/suppressed for credit bureau reporting along with reason.

3

## TRANSFER REPORTS

- Transmission of Loan Data: To meet GLBA guidelines and provide a secure transfer of customer information, please provide GMAC and Ocwen Loan Servicing with the preferred method of data transmission. Regardless of the transmission type, preliminary and final data reports will be provided.

    o   Secure Email with password protected attachment; provide email address.
    o   Secure Website; provide direction and passwords for accessing.
    o   Password protected CD-ROM; provide overnight shipment address.
    o   GMAC Transfers Secure Website; this requires 7-10 days to process the security request.

A)   Service Release Reports
   1. GMAC will, or cause Ocwen Loan Servicing to, provide preliminary Service Release Reports no later than 30 days prior to the Transfer Date.
   2. GMAC will, or cause Ocwen Loan Servicing to, provide a final set of Service Release Reports (data as of Transfer Cutoff Date) no later than 2 (two) Business Days after the Transfer Date.
   3. Service Release Report Listing (reports generate only as applicable):

**Service Release Reports Table**

| DATA FILE NAMES: | DESCRIPTION OF FILE CONTENTS |
| --- | --- |
| TRIAL BALANCE | Loan Balances |
| 30 DAY DELINQUENT-AUTO-ACCT | Loans that are 30 days past due |
| 60 DAY DELINQUENT-AUTO-ACCT | Loans that are 60 days past due |
| 90+ DAY DELINQUENT-AUTO-ACCT | Loans that are 90+ days past due |
| ARM LOANS-AUTO-ACCT | ARM loan list |
| BANKRUPTCY STATUS-AUTO-ACCT | Bankruptcy information for loans with an active bankruptcy flag |
| BANKRUPTCY TRIAL-AUTO-ACCT | Bankruptcy information for loans with an active bankruptcy flag |
| FLOOD INSURANCE-AUTO-ACCT | Flood insurance information |
| FORECLOSURE-AUTO-ACCT | Loans with an active foreclosure flag |
| SR-HAZARD INSURANCE-AUTO-ACCT | Hazard, flood, wind and earthquake insurance information |
| SR-MORT INS LPMI-POOL AUTO-ACC | LPMI and Pool Insurance information |
| SR-MORTGAGE INSURANCE-AUTO-ACC | Mortgage insurance information |
| SR-NON-TAX PAYEE LISTING-AUTO | Payee listing for hazard, flood, wind, earthquake, and optional insurance |
| SR-OPTIONAL INSURANCE-AUTO-ACC | Optional insurance information |
| SR-PAYOFF-AUTO-ACCT | Loans included in the transfer that have paid off |
| SR-PENDING ESCROW-AUTO-ACCT | Escrow items with a due date 60 days from the report |
| SR-PENDING PAYOFF-AUTO-ACCT | Loans that have requested a payoff statement |

4

| | |
|---|---|
| SR-TAX LISTING-AUTO-ACCT | Tax information |
| SR-TAX PAYEE LISTING-AUTO | Payee listing for tax items |
| SUBSIDY-AUTO-ACCT | Buydown information |
| Master Record | Master Data File |
| BorrowerInfo | Master Record-Borrower information tab |
| Default | Master Record-Default information tab |
| Escrow | Master Record-Escrow information tab |
| Status | Master Record-Loan status tab |
| Terms | Master Record-Term information tab |
| SalesRptCoBorrower | List of co-borrowers beyond 1st and 2nd |
| SaleRptDfltVendor | Default vendor/attorney information |
| SaleRptDisasterAreaLoans | Loans in an active disaster area |
| SaleRptEscrowFrequency | Frequency with which escrow items are paid/due |
| SaleRptHAMPData | HAMP information |
| SaleRptIDTheft | Loans with reported ID theft |
| SaleRptInspFees | Outstanding recoverable inspection fees |
| SaleRptNonRecFees | Outstanding non borrower recoverable fees |
| SaleRptNonRecInspFees | Outstanding non borrower recoverable inspection fees |
| SaleRptRecFees | Outstanding recoverable fees |
| Arm_History | History of ARM changes |
| ARM Data | ARM loan data |
| SCRA Sales Report | Soldiers and Sailors information |
| Code Breaker for SCRA Sales Report | Code breaker for SCRA Sales report |
| Loan Transfers with Open Loss Mit | Loans in an open Loss Mitigation status |
| ACH | Listing of loans on automatic payment withdrawal |
| Fee code 96 borrower non recoverable | Listing of fee balances which are not borrower recoverable but recoverable from the investor |
| IR2 Perm Data | HAMP IR2 permanent loans |
| IR2 Trial Data | HAMP IR2 trial loans |
| LPS Flood contract transfer | Listing of successful transfer of LOL flood contracts with LPS |
| Corelogic Flood contract transfer | Listing of successful transfer of LOL flood contracts with Corelogic |
| Payment histories | Electronic payment histories |
| Comments | Electronic notes/comments |
| Insurance Open Items | Info for policies with premiums due within 30 days after transfer that we were unable to pay prior to transfer |
| Active Liquidations in Equator De-boarding to RCS | Listing of loans with active review for Loss Mit Liquidation options (short sales, DIL, HAFA, etc.) |
| Post Transfer Contacts | Listing of departmental contacts for post-transfer issues. |

5

A/75400601.8

| | |
|---|---|
| Foreclosure Data | Supplemental file provided by the FC area. |
| Active BK Data | Report of active bankruptcy information from BK |
| Inactive BK Data | Report of inactive bankruptcy information from BK |

File layouts, data dictionaries and code-breakers necessary to interpret and board the data will be provided.  RCS will review the data layouts and advise if there are any missing fields/data that are required to board the loans onto their servicing platform.  Such notification to be received no later than 10 calendar days prior to the Transfer Date.

4. The following will be sent either in paper format or on CD via overnight delivery under separate cover.  Tracking information will be provided when available.
    - Payment Histories (at final only) – all available electronic history will be provided
    - Servicing File Shipping Manifest
    - Loss Mitigation Info (Files, Imaged Docs, Password is lossmit1)
    - REO Files
    - SCRA Papers
    - Loss Draft Files
    - Collection Notes/Breach Letters (if not provided in electronic format)
    - Mortgagee Clause Letters
    - Heloc Billing Statements
    - Corporate Advance Invoices (sent within 15 days of transfer)
    - Escrow Analysis Statements will be provided on a case-by-case basis within 2 (two) Business Days of request.

B) Investor Accounting Reports

1. No later than 5 (five) Business Days after the Transfer Date, GMAC will, or cause Ocwen Loan Servicing to, deliver a report of ending Scheduled or Actual Balances.
2. No later than 5 (five) Business Days after the Transfer Date, GMAC will, or cause Ocwen Loan Servicing to, deliver a report of reconciliation of cash/prepaid versus delinquent and curtailments.

CASH MOVEMENT

C) Transfer Funds (Net of: positive and negative escrow balances, suspense, buy down, loss draft funds, and corporate advances) will be wired to Servicer 5 (five) Business Days after the Transfer Date.  If the transfer funds are a net negative, Servicer will reimburse GMAC or Ocwen Loan Servicing, as applicable, within 5 (five) Business Days of the Transfer Date.

D) Customer Payments
    1. Payments received on or before the Transfer Cutoff Date will be posted to the applicable customer account.

6

A/75400601.8

2.  Payments received after the Transfer Cutoff Date will be forwarded to Servicer on a daily basis by overnight delivery for 30 days after the Transfer.
    o   Checks will be endorsed to the Servicer.
    o   Bulk checks will include a loan-level listing.

E)  Payoffs

1.  Payoff funds received on or before the Transfer Cutoff Date will be posted to the applicable customer account.

2.  Payoff funds received after the Transfer Cutoff Date will be forwarded via overnight mail to the Servicer within 2 (two) Business Days of receipt. A copy of the most recent payoff statement will be included.

F)  NSF Payments

1.  GMAC will, or cause Ocwen Loan Servicing to, forward all original NSF items with a history of payment application to the Servicer.

2.  Servicer shall reimburse GMAC or Ocwen Loan Servicing, as applicable, for the returned items no later than 20 calendar days after receipt.

G)  Investor Accounting Remittance Funds

Remittance of principal and interest collections (prepaids, less delinquents). S/S and S/A will be based on a test of expected. Test of expected less remittance due will be wired within 5 (five) Business Days after Transfer Date. A/A funds will not be forwarded to Servicer.

FILE SHIPMENT

H)  Servicing/Origination files:
    1.  GMAC will, or cause Ocwen Loan Servicing to, deliver servicing files (images and hard copy) to the Servicer within 15 days after the Transfer Date. Ocwen will provide a report of all Servicing/Origination files that are imaged. Imaged files will be sent via overnight delivery on a hard drive

NOTIFICATIONS

GMAC will, or cause Ocwen Loan Servicing to, send the following notifications:

I)  Customer Notification (Goodbye Letter)

GMAC will, or cause Ocwen Loan Servicing to, notify all Customers advising them of the occurrence of the transfer. Letter will be sent no later than 15 days prior to the Transfer Date and will include the following information:

    o   GMAC or Ocwen Loan Servicing loan number, as applicable

7

      o      Servicer loan number (if cross reference is provided)

      o      Servicer's payment address

      o      Servicer's toll free telephone number

      o      Servicer's business hours

      o      Transfer Date

      o      GMAC or Ocwen Loan Servicing toll-free telephone number, as applicable

      o      Any other information required by the Real Estate Settlement Procedures Act and its implementing regulations.

K) <u>Change Endorsements</u>
Prior to the Transfer Date, GMAC will, or cause Ocwen Loan Servicing to, prepare and submit to each hazard/flood carrier a Notice of Change of Mortgagee Clause (Loss Payable Clause) for each loan included in the transfer. For all hazard insurance EDI carriers, GMAC will, or cause Ocwen Loan Servicing to, provide a tape to each EDI carrier to enable them to correct the mortgagee clause.

L) <u>MERS</u>
GMAC will, or cause Ocwen Loan Servicing to, complete the transfer of servicing in MERS (TOS batch) to Servicer within 5 (five) Business Days after the Transfer Date.

M) <u>PMI/MI</u>
GMAC will, or cause Ocwen Loan Servicing to, notify all PMI/MI carriers of the transfer of servicing.

N) <u>Tax Service</u>
If Servicer utilizes CoreLogic (CLTS) for their tax service, GMAC shall, or cause Ocwen Loan Servicing to, notify CLTS to transfer the life of loan tax contracts to Servicer.

O) <u>HUD</u>
For any FHA loans, GMAC will, or cause Ocwen Loan Servicing to, send an electronic file (92080) to HUD changing the Servicer and Holder ID to Servicer's number.

P) <u>YEAR-END REPORTING</u>
GMAC will, or cause Ocwen Loan Servicing to, report to the IRS and provide to the customers all 1098 and 1099 forms required reflecting interest paid by customers and interest on escrow paid to customers for the period GMAC or Ocwen Loan Servicing, as applicable, serviced the loans. Copies of the statements will be provided on a case-by-case basis within 2 (two) Business Days of customer request.

ESCROW / HAZARD CLAIMS

Q) <u>Tax, Hazard/Flood, PMI/MI</u>

8

    1.    Payments

    Prior to the Transfer Date, GMAC will, or cause Ocwen Loan Servicing to, pay all taxes and assessments, insurance premiums, and PMI/MI premiums due within 30 days after the Transfer Date (based on Ocwen's tax due dates) for which bills have been received.

    2.    Report of Open Items

    30 days prior to the servicing transfer date, GMAC will, or cause Ocwen Loan Servicing to, provide an open items listing for each account with taxes, hazard/flood, or PMI/MI due within 60 days after the Transfer Date and remain unpaid.

    3.    Post Transfer Data

    Subsequent to the Transfer Date, GMAC will, or cause Ocwen Loan Servicing to, forward all tax, hazard/flood, and PMI/MI information to Servicer via fax.

    4.    Lender Placed Coverage

    GMAC will, or cause Ocwen Loan Servicing to, terminate lender placed coverage as of Transfer Cutoff Date.

    Upon receipt, GMAC will, or cause Ocwen Loan Servicing to, forward any refund of lender placed coverage premium received as a result of termination. If funds are sent to Buyer via wire, appropriate backup will be provided. >

R)    Hazard Claims/Loss Drafts

    1.    Loss Draft Files

    GMAC will, or cause Ocwen Loan Servicing to, forward any loss draft files for claims currently in process.

    2.    Loss Draft Funds

    GMAC will, or cause Ocwen Loan Servicing to, wire the balance of all monies in a restricted field for loss drafts (as part of the Transfer Funds).

S)    Interest on Escrow

GMAC will, or cause Ocwen Loan Servicing to, post all accrued interest due on escrow accounts prior to the Transfer Date. The transaction will appear on the payment history and the final escrow balance will reflect this deposit.

T)    Optional Insurance/Optional Products

RCS does not support optional insurance products. GMAC's or Ocwen's goodbye letters, as applicable, should indicate so.

9

DEFAULT

U)  Collection - Contact and Collection Histories

    1.  GMAC will, or cause Ocwen Loan Servicing to, provide collection notes for the last 24 months.

    2.  GMAC will, or cause Ocwen Loan Servicing to, provide copies of all current breach letters for loans 90 days or more delinquent.

V)  Modification Information

    3.  Discussion related to supplemental systems being used to support HAMP process.
    4.  Modification Data Requirements
        a.  See reports section for modification data (HAMP & non-HAMP)
        b.  Modification documents will be provided on imaging.
        c.  HAMP Modifications
    The following documents must be completed for the transfer:
        o  HAMP Assignment and Assumption Agreement
        o  Exhibit of HAMP eligible loans (Schedule 1 to the Assignment and Assumption Agreement).
        o  HAMP OPS Service Transfer Instructions

**Workout Loans (if applicable)**
    1.  GMAC will provide a list of loans in any type of pending workout situation, including:
        o  Short Sale
        o  Modifications
        o  Deed-in-Lieu
        o  Forbearance Agreements
        o  Mediation
        o  Supporting documentation should include:
            o  Copies of modification documents
            o  Payoff Quotes
            o  Correspondence
            o  Loss Mitigation Package (borrower pay stubs, bank statements, tax returns, hardship letters, financial statements, etc.)
            o  Documents and correspondence sent to borrower.

**Financial packages, modification agreements, research items, repayment plans, short sales, pending deed in lieu, all applicable data elements and indicator (completed, in process, etc) are required.**

V)  Foreclosure, Bankruptcy, Loss Mitigation, REO

    Foreclosure, Bankruptcy, Loss Mitigation, and REO data will be provided in either paper format or on CD (depending on volume).  Data will be shipped via overnight delivery; tracking information will be provided.

10

- **GMAC will provide (at a minimum) (2) two points of contacts that be reached for foreclosure related questions/issues**
- If LPS Desktop is utilized for foreclosure, bankruptcy and/or eviction tracking, GMAC will initiate a Bank Copy/Move with LPS to transfer the loan history to the RCS Client Managed region. All costs for the Bank Copy/Move process should be billed to and paid by RCS.
- Fifteen (15) days prior to transfer, provide a list of all loans in foreclosure that have a foreclosure sale scheduled from that point to (30) thirty days after transfer. Any bids requested by the firm for sales that fall within this period will need a secondary approval from RCS.
- GMAC will provide a list of all hearings and mediations that are scheduled from 15 days prior to transfer to 30 days post transfer.
- GMAC should ensure that local counsel has everything they need to scheduled hearings and direct local counsel to RCS should additional information be needed. NO HEARINGS SHOULD BE CANCELLED/POSTPONED unless otherwise approved by RCS or the investor.
- GMAC will notify foreclosure attorneys in LPS Desktop advising that all future billings, correspondence and inquiries should be directed to RCS..
- If notification of transfer is not made via LPS Desktop, notices to the foreclosure attorney will be made within 5 days of servicing transfer.
- GMAC is to provide a list of all contested foreclosures.
- GMAC is to provide a list or identify any multiple lien foreclosures.
- GMAC will provide foreclosure documentation as it pertains to the following:
    - Records of all foreclosure activity including exceptions, demolitions, seizures, etc.
    - Copies of investor (FHA, VA or PMI) correspondence.
    - Copies of all foreclosure related documents, including court documents.
    - Copies of all affidavits/verifications/certifications reviewed and approved by GMAC along with supporting documentation or critical information within these documents.
    - Itemized listing of all foreclosure expenses to date (in electronic format), including supporting documentation (i.e. invoices, approval records, etc.).
    - Copies of appraisals and/or BPOs
    - Bid instruction letters
    - Any adverse conditions affecting the foreclosure must be clearly indicated.
    - Copy of all demand notices for the current default of the loan along with certified return cards, including non-demand state required letters. The servicer should provide proof of proper mailing to all borrower and non-obligors (when applicable) as well as proof of proper registration, where applicable.
        - New York: A valid 90-day letter along with proof of property registration and mailing.

11

- - -
    - Tennessee: A copy of the latest, valid Tennessee Right to Foreclose letter.
    - North Carolina: A valid 45-day letter along with proof of proper registration and mailing,
    - Illinois: A copy of a valid Illinois Grace Period Notice.
    - Indiana: A copy of the latest, valid Illinois Pre-foreclosure Notice.
    - New Jersey: A valid New Jersey NOI compliant with the Fair Foreclosure Act.
    - Pennsylvania: Valid Act 6 and Act 91 letters, where applicable, along with proof of proper registration/payment.
    - Connecticut: A copy of the latest, valid EMAP notice.
    - Iowa: A copy of the latest, valid Iowa Mediation notice.
    - Massachusetts: A copy of the latest, valid MA 150-day letter.
    - Virginia: A copy of the latest, valid VA 10-day notice.
    - All Other States: RCS requires that any normal demand received for states listed above or all other states be in compliance with the latest requirements outlined by that state, when applicable.
  - Power of Attorney for any action in the name of entity so that RCS can execute documents, as needed.
  - A list of all foreclosure actions that are on hold, the reason they are on hold and the hold start date.
  - List of loans under Loss Mitigation review that are not necessarily on hold.
- GMAC will provide a preliminary and final report with the following information:
  - Breach Sent Date
  - Due Date at Breach
  - State Ancillary Letter Sent Date (see information above for letter types dates would be needed for)
  - Pre Foreclosure 14 Day Letter/Last Date Sent
  - Action in the Name Of
  - Vesting in the Name Of
  - Hold Type (if applicable)
  - First Legal Date
  - Foreclosure Bid Amount
  - Judgment Date
  - Attorney Referral Date
  - Publication Date
  - Scheduled Sale Date
  - Redemption Expiration Date
  - Confirmation or Ratification Date
  - Status of Foreclosure
  - Occupancy Status
  - Valuation Date

12

        o        Valuation Amount
        o        Foreclosure Attorney Name
        o        Foreclosure Attorney Email Address
        o        Foreclosure Attorney Phone Number
                Foreclosure Attorney Address

**Property Preservation Information (if applicable)**

- GMAC will provide the following information:
  - Key Code to subject property, if property has been secured.
  - Name of vendor and contractor involved with property preservation; contact information for same.
  - Notice of any outstanding work orders (securing, property maintenance, etc.).
  - Most recent occupancy status
  - Last Inspection report, to include if damages have occurred
  - Vacant Property Registrations

**Bankruptcy Information (if applicable)**
- GMAC is to utilize LPS Desktop to communicate applicable transfer information to the attorney and ensure those processes and any related comments are available as part of the bank copy.
- GMAC will initiate a Bank Copy/Move with LPS to transfer the loan history to the RCS Client Managed region. All costs for the Bank Copy/Move process should be billed to and paid by RCS.
- GMAC is to provide a list of all discharged chapter 7 loans, including discharge date. (on service release reports)
- GMAC will provided (at a minimum) (2) two points of contact that can be reached for Bankruptcy related questions/issues.
- New servicer will obtain the following from LPS Bank Copy/Move process, from the service release reports or from PACER:
  - Copies of bankruptcy notices/petitions, including court documents.
  - Copies of all affidavits/verifications/certifications reviewed and approved by GMAC along with supporting documentation of critical information within those documents.
  - Schedule of payments paid to date, inside and outside the plan, if applicable.
  - Schedule of APO payments, including copy of terms and next APO payment date.
  - Bankruptcy related correspondence
  - Bankruptcy attorney's name and contact information
  - Information regarding attorney handling relief action, if applicable.
  - Report of any scheduled hearings to take place within (15) fifteen days of transfer date or up to (30) thirty days after the transfer date.
  - Payment history clearly outlining all pre-petition and post-petition payments made to prior servicer.
  - List of any active Chapter 11 cramdowns.

13

A/75400601.8

- o  Copy of the plan and information/data that indicates that loan has been set-up to perform according to the plan.
- o  List of cram down loans.
- o  Documents related to all payment change notifications and post-petition fee/cost notifications that have been filed with the court.
• GMAC will provide a preliminary and final report with the following information:
- o  Prior Chapter 7 Discharge Flag
- o  Filed Reaffirmation Agreement Flag
- o  Bankruptcy Chapter
- o  Motion for Relief Filing Date
- o  Motion for Relief Hearing Date
- o  Date of Filing
- o  Case Filing State
- o  Case Filing District
- o  Case Filing County
- o  Name of BK Filer
- o  Unapplied Funds
- o  Case Number
- o  Post-Petition Next Due Date
- o  Post-Petition Payments
- o  Plan Objection
- o  Objection Status
- o  Adversary or Litigation
- o  Retain or Surrender Property
- o  Current Bankruptcy Status
- o  Sent to Attorney for Relief Action Flag
- o  Proof of Claim/Amended POC Filing Date
- o  Proof of Claim/Amended POC: Original Balances
- o  Proof of Claim/Amended POC: Arrearage Filed
- o  Date of Plan Confirmation
- o  Bankruptcy Attorney Name
- o  Bankruptcy Attorney Phone Number
- o  Foreclosure Status
- o  Relief or Agreed Order Filing Date
- o  FL Scheduled Hearing Date (if applicable)
- o  Debtor's Counsel Name and Address
- o  Chapter 13 Trustee Name and Address
- o  All Payment Change Notification Dates
- o  All Post-Petition Fees/Costs Notification Date
- o  Last Motion to Deem Current Information (Chapter 13)

**Real Estate Owned ("REO") (if applicable)**
• GMAC will provide the foreclosure referral date and foreclosure sale date on all loans acquired through foreclosure.
• GMAC will provide the acquired date on all loans acquired through Deed in Lieu.
• GMAC will provide REOgram confirmation.

14

- GMAC will provide a final report listing all properties in REO status including property address, legal description, foreclosure sale date and loan balance at foreclosure (in electronic format).
- GMAC will provide notification to attorney of service release.
- GMAC will provide copies of pre-foreclosure property inspection report.
- GMAC will provide a list of vendors used, HOA information and pre-foreclosure property preservation information, including the following:
    - Company Name
    - Mailing Address
    - Contact Name and Phone Number
    - Tax ID Number
    - Payee Number, if applicable, with cross reference
    - HOA Payment Date
    - HOA Next Due Date
- GMAC will provide contact information for foreclosure attorneys.
- GMAC will provide a preliminary and final report with the following information:
    - Next Due Date
    - Amount Next Due
    - Payment Frequency
    - Payee Name and Address
    - Parcel ID Number
    - Foreclosure Attorney Name and Contact Information
    - Eviction Attorney Name and Contact Information
    - Closing Attorney Name and Contact Information
    - REO Acquired Date
    - Eviction Start Date
    - Eviction End Date
    - Secured Date
    - REO Appraisal Date
    - REO BPO Date
    - REO FMV Date
    - REO FMV
    - REO Status
    - Date Listed
    - Original Listing Amount
    - Current Listing Amount
    - Offer Accepted Date
    - Offer Accepted Amount
    - Anticipated Close Date
    - Listing agent" contact info
    - Redemption expiration date
    - Offer concession amount
    - FCL Deed recording info (date and instrument #)
    - Insurance claim information for property damage
    - Insurance claim information for PMI

15

A/75400601.8

    o  Liens and demolition notices and known information
    o  Broker Name and Contact Information

W) <u>Corporate Advances</u>

  1. GMAC will, or cause Ocwen Loan Servicing to, provide a Fee report in Excel format which provides the outstanding fee/advance detail at loan level.

  2. Documentation supporting the fee/advance (e.g., invoices) will be provided within 15 calendar days after the Transfer Date. Documentation will be sent in electronic format.

16