# EXHIBIT 4

## Specified Loans

List of Specified Loans

| SID | Loan Number |
|---|---|
| 713907268 | 40306280 |
| 713907228 | 40300770 |
| 713906955 | 40291058 |
| 713906756 | 40289387 |
| 713906288 | 40277662 |
| 713907975 | 40274131 |
| 713906013 | 40273194 |
| 713904662 | 40245461 |
| 713904964 | 40243495 |
| 713905269 | 40238192 |
| 713904192 | 40230535 |
| 713903900 | 40221596 |
| 713902552 | 40215028 |
| 713909344 | 40210267 |
| 713902715 | 40204347 |
| 713304470 | 116166104 |
| 713300101 | 116164571 |
| 713301881 | 116141153 |
| 713301059 | 116129562 |
| 713301857 | 116125126 |
| 713298074 | 116125112 |
| 713297654 | 116124644 |
| 359521466 | 116124477 |
| 713300346 | 116106997 |
| 713297795 | 116093501 |
| 359516568 | 116091291 |
| 713301144 | 116090878 |
| 713297399 | 116077004 |
| 713297412 | 116076998 |
| 359520262 | 116073360 |
| 713298589 | 116072993 |
| 359515407 | 116064233 |
| 713299259 | 116063870 |
| 713299910 | 116060666 |
| 713295312 | 116048543 |
| 713296507 | 116045942 |
| 713295093 | 116029217 |
| 713294163 | 115989546 |
| 713299121 | 115968263 |
| 713294513 | 115956819 |
| 713295888 | 115937395 |
| 713297129 | 115935959 |
| 713294969 | 115933532 |
| 713292700 | 115905439 |
| 713292738 | 115872409 |
| 713297692 | 115845866 |
| 713292208 | 115833092 |
| 713290886 | 115829208 |
| 713289881 | 115828865 |
| 713287151 | 115786044 |
| 359512407 | 115782978 |
| 713289251 | 115767920 |
| 713293470 | 115764827 |
| 713287710 | 115749409 |
| 713287097 | 115749319 |
| 713288347 | 115733472 |
| 713287808 | 115733224 |

ny-1093476

| SID | Loan Number |
|---|---|
| 359513198 | 115722168 |
| 713291676 | 115709679 |
| 713286472 | 115672489 |
| 713282443 | 115590149 |
| 713284663 | 115499886 |
| 713277621 | 115387194 |
| 359477251 | 114557001 |
| 359393214 | 114029154 |
| 359370866 | 113664084 |
| 359368072 | 113049501 |
| 359295810 | 112426869 |
| 713914859 | 40501187 |
| 713900829 | 40188135 |
| 713900914 | 40187699 |
| 713900185 | 40175743 |
| 713900426 | 40173758 |
| 713915055 | 40499411 |
| 713914481 | 40491752 |
| 713913731 | 40473495 |
| 713914081 | 40469352 |
| 713913545 | 40461711 |
| 713913448 | 40438503 |
| 713912898 | 40422295 |
| 713912592 | 40418380 |
| 713913419 | 40403719 |
| 713911264 | 40402328 |
| 713912065 | 40402302 |
| 713911581 | 40401898 |
| 713911393 | 40393005 |
| 713911008 | 40391706 |
| 713911478 | 40384224 |
| 713911308 | 40383339 |
| 713909896 | 40370616 |
| 713910587 | 40367125 |
| 713909301 | 40354226 |
| 713909077 | 40351762 |
| 713908645 | 40341053 |
| 713908734 | 40335180 |
| 713908207 | 40332531 |
| 713907401 | 40320610 |
| 713908213 | 40318926 |
| 713905145 | |
| 359494181 | |
| 713906314 | |
| 713903306 | |
| 713903976 | |
| 713904755 | |
| 713910848 | |