**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Jointly Administered |

# ORDER FURTHER EXTENDING APPOINTMENT OF HON. JAMES M. PECK AS MEDIATOR

On December 26, 2012, the Court entered an Order appointing Judge James M. Peck as Mediator for an initial period through February 28, 2013. *See Order Appointment Mediator* [ECF Doc. # 2519]. In that Order the Court retained jurisdiction with respect to all matters arising from or relating to the enforcement of the Order. *Id.* ¶ 8. On March 5, 2013, the Court *sua sponte* extended the term of Judge Peck as the Mediator until May 31, 2013 on the same terms otherwise provided in the December 26, 2012 Order. *See Order Extending Appointment of Hon. James M. Peck as Mediator* [ECF Doc. # 3101].

After consulting with Judge Peck, the Court hereby extends the term of Judge Peck as the Mediator on the same terms to and including October 31, 2013, or such earlier date as Judge Peck declares in a written order that the mediation is at an impasse and should be terminated forthwith.

**IT IS SO ORDERED.**

Dated:   June 4, 2013
         New York, New York

*Martin Glenn*
MARTIN GLENN
United States Bankruptcy Judge