UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | Case No. 12-12020<br><br>Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the estates of the Debtors,<br><br>Plaintiff,<br><br>v.<br><br>UMB BANK, N.A., as successor indenture trustee under that certain Indenture, dated as of June 6, 2008; and WELLS FARGO BANK, N.A., third priority collateral agent and collateral control agent under that certain Amended and Restated Third Priority Pledge and Security Agreement and Irrevocable Proxy, dated as of December 30, 2009,<br><br>Defendants. | Adv. Proc. No. 13-01277 |

**ORDER ADJOURNING HEARING
ON UMB BANK, N.A.'S PARTIAL MOTION TO DISMISS**

The Court hereby orders that the hearing on *UMB Bank, N.A.'s Partial Motion to Dismiss Pursuant to FRCP 12(b)(6)* (ECF Doc. # 20), scheduled for June 12, 2013 at 10:00 a.m. (Eastern Prevailing Time), be adjourned to **July 24, 2013 at 10:00 a.m. (Eastern Prevailing Time)**.

The movant shall file an amended notice of hearing on the docket noticing the time and date of the rescheduled hearing.

**IT IS SO ORDERED.**

Dated: June 4, 2013
       New York, New York

                                        _____/s/Martin Glenn_____
                                           MARTIN GLENN
                                        United States Bankruptcy Judge