UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | Case No. 12-12020<br><br>Jointly Administered |

### ORDER ADJOURNING HEARING ON WILMINGTON TRUST, N.A. *STN* MOTION

The Court hereby orders that the hearing on the *Motion of Wilmington Trust, National Association, Solely in its Capacity as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC for an Order Authorizing It to Prosecute Claims and Other Causes of Action on Behalf of the Residential Capital, LLC Estate* (ECF Doc. # 3475), scheduled for June 12, 2013 at 10:00 a.m. (Eastern Prevailing Time), be adjourned to **July 24, 2013 at 10:00 a.m. (Eastern Prevailing Time)**.

The movant shall file an amended notice of hearing on the docket noticing the time and date of the rescheduled hearing.

**IT IS SO ORDERED.**

Dated: June 4, 2013
      New York, New York

                                                 **/s/Martin Glenn**
                                                 MARTIN GLENN
                                         United States Bankruptcy Judge