**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
**In re:**                                                   :
                                                             :     **Chapter 11**
                                                             :
**RESIDENTIAL CAPITAL, LLC, et al.,**                        :     **Case No. 12-12020 (MG)**
                                                             :
       **Debtors.**                                   :
                                                             :
------------------------------------------------------------x

_____

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM SERVICE LIST
_____

    **PLEASE TAKE NOTICE**, that Brian McCaffrey Attorney at Law, P.C. attorneys for Marc and Myschelle Combs, hereby withdraw his appearance in regards to the above Chapter 11 case and request to be removed from the CM/ECF noticing list and any other services.

Dated: June 4, 2013

                                        /s/ Brian McCaffrey
                                        _____
                                        Brian McCaffrey, Esq.
                                        Brian McCaffrey Attorney At Law, P.C
                                        88-18 Sutphin Blvd., 1st Floor
                                        Jamaica, NY 11435
                                        Telephone: 718-480-8280
                                        Facsimile: 718-480-8279
                                        info@mynylawfirm.com