Hearing Date and Time: June 6, 2013 at 3:00 p.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------
                                               )
In re:                                         )   Case No. 12-12020 (MG)
                                               )
RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,       )   Chapter 11
                                               )
                        Debtors.               )   Jointly Administered
                                               )
---------------------------------------------------------------

**NOTICE OF FILING OF AMENDED PROPOSED ORDER GRANTING DEBTORS'
FIRST OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)**

**PLEASE TAKE NOTICE** that on May 1, 2013, the debtors and debtors in possession in the above-captioned cases (collectively, the "<u>Debtors</u>")[1] filed the *Debtors' First Omnibus Objection to Claims (Late-Filed Claims)* [Docket No. 3573] (the "<u>Omnibus Objection</u>").

**PLEASE TAKE FURTHER NOTICE** that on May 1, 2013, in connection with the Omnibus Objection, the Debtors filed a proposed *Order Granting Debtors' First Omnibus Objection to Claims (Late-Filed Claims)* (the "<u>Proposed Order</u>") as <u>Exhibit 2</u> to the Omnibus Objection.

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on <u>Exhibit 1</u> to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Motions [Docket No. 6] (the "<u>Whitlinger Affidavit</u>").

ny-1093548

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby submit the amended proposed *Order Granting Debtors' First Omnibus Objection to Claims (Late-Filed Claims)* (the "<u>Amended Proposed Order</u>"), annexed hereto as <u>Exhibit 1</u>. A comparison of the schedule annexed as <u>Exhibit A</u> to the Proposed Order and that which is annexed to the Amended Proposed Order is attached hereto as <u>Exhibit 2</u>.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Omnibus Objection and Amended Proposed Order may be obtained via PACER at http://www.nysb.uscourts.gov or from the Debtors' restructuring website at www.kccllc.net/rescap.

Dated: June 4, 2013
       New York, New York

                                                    */s/*   Norman S. Rosenbaum
                                                    Gary S. Lee
                                                    Norman S. Rosenbaum
                                                    Jordan A. Wishnew
                                                    MORRISON & FOERSTER LLP
                                                    1290 Avenue of the Americas
                                                    New York, New York 10104
                                                    Telephone: (212) 468-8000
                                                    Facsimile: (212) 468-7900

                                                    *Counsel for the Debtors and*
                                                    *Debtors in Possession*

# **EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---------------------------------------------------------------

### ORDER GRANTING DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS
### (LATE-FILED CLAIMS)

Upon the first omnibus claims objection, dated May 1, 2013 (the "First Omnibus Claims Objection"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "Procedures Order"), disallowing and expunging the Late-Filed Claims on the basis that they were filed after the applicable Bar Date, all as more fully described in the First Omnibus Claims Objection; and it appearing that this Court has jurisdiction to consider the First Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the First Omnibus Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the First Omnibus Claims Objection having been provided, and it appearing that no other or further notice need be provided; upon

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' First Omnibus Claims Objection.

ny-1084606

consideration of the First Omnibus Claims Objection and the Declaration of Deanna Horst in Support of the Debtors' First Omnibus Objection to Claims (Late-Filed Claims), annexed to the First Omnibus Claims Objection as <u>Exhibit 1</u>; and the Court having found and determined that the relief sought in the First Omnibus Claims Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the First Omnibus Claims Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the First Omnibus Claims Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on <u>Exhibit A</u> annexed hereto (collectively, the "<u>Late-Filed Claims</u>") are hereby disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is directed to disallow and expunge the Late-Filed Claims identified on the schedule attached as <u>Exhibit A</u> hereto so that such claims are no longer maintained on the Debtors' official claims register; and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the First Omnibus Claims Objection as provided therein shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

2

ny-1084606

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed on <u>Exhibit A</u> annexed to this Order, and all rights to object on any basis are expressly reserved with respect to any such claim that is not listed on <u>Exhibit A</u> annexed hereto; and it is further

ORDERED that this Order shall be a final order with respect to each of the Late-Filed Claims identified on <u>Exhibit A</u>, annexed hereto, as if each such Late-Filed Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:_____, 2013
      New York, New York

                                      THE HONORABLE MARTIN GLENN
                                      UNITED STATES BANKRUPTCY JUDGE

**Exhibit A**

ny-1084606

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIRST OMNIBUS OBJECTION - LATE FILED CLAIMS (NON-BORROWER CLAIMS)

| # | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 1 | American Health and Life Insurance Company<br>3001 Meacham Blvd.<br>Fort Worth, TX 76137 | 5876 | 11/21/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$4,000,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 2 | CASCADES EAGLE RIDGE ASSOC<br>1855 SKI TIME SQUARE DR<br>STEAMBOAT SPRINGS, CO 80487 | 6318 | 12/04/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$13,691.88 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 3 | CITY OF ALLENTOWN<br>435 HAMILTON STREET ROOM 215<br>ALLENTOWN, PA 18101 | 6403 | 12/26/2012 | $0.00<br>$0.00<br>$0.00<br>$5,970.24<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Late Filed |
| 4 | City of Philadelphia / School District of Philadelphia<br>Law Department - Tax Unit<br>One Parkway Building<br>1515 Arch Street, 15th Floor<br>Philadelphia, PA 19102-1595 | 6341 | 12/17/2012 | $0.00<br>$0.00<br>$3,060.24<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 5 | Cronin & Byczek, LLP<br>1983 Marcus Ave, Suite C-120<br>Lake Success, NY 11042 | 5867 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$10,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIRST OMNIBUS OBJECTION - LATE FILED CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 6 | Cuyahoga County Treasurer<br>Attn Mark Campbell<br>1219 Ontario Street<br>Room 109 - Bankruptcy Dept.<br>Cleveland, OH 44113 | 6330 | 12/03/2012 | $0.00<br>$0.00<br>$14,670.78<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 7 | Cuyahoga County Treasurer<br>Attn Mark Campbell<br>1219 Ontario Street<br>Room 109 - Bankruptcy Dept.<br>Cleveland, OH 44113 | 6331 | 12/03/2012 | $0.00<br>$0.00<br>$10,364.12<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 8 | Cuyahoga County Treasurer<br>Attn Mark Campbell<br>1219 Ontario Street<br>Room 109 - Bankruptcy Dept.<br>Cleveland, OH 44113 | 6336 | 12/03/2012 | $0.00<br>$0.00<br>$14,441.85<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 9 | Cuyahoga County Treasurer<br>Attn Mark Campbell<br>1219 Ontario Street<br>Room 109 - Bankruptcy Dept.<br>Cleveland, OH 44113 | 6337 | 12/03/2012 | $0.00<br>$0.00<br>$4,027.33<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 10 | Cuyahoga County Treasurer<br>Attn Mark Campbell<br>1219 Ontario Street<br>Room 109 - Bankruptcy Dept.<br>Cleveland, OH 44113 | 6338 | 12/04/2012 | $0.00<br>$0.00<br>$15,041.99<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIRST OMNIBUS OBJECTION - LATE FILED CLAIMS (NON-BORROWER CLAIMS)

|    | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|----|------------------|--------------|------------|--------------|--|----------------------|----------------------|------------------------|
| 11 | Cuyahoga County Treasurer<br>Attn Mark Campbell<br>1219 Ontario Street<br>Room 109 - Bankruptcy Dept.<br>Cleveland, OH 44113 | 6339 | 12/07/2012 | $0.00<br>$0.00<br>$1,613.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 12 | DONNA HOLT<br>3114 GAUL STREET<br>PHILADELPHIA, PA 19134 | 5885 | 11/23/2012 | $0.00<br>$0.00<br>$0.00<br>$12,692.97<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 13 | Finkel Law Firm LLC<br>1201 Main Street, Suite 1800<br>Columbia, SC 29201 | 6408 | 01/02/2013 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$6,004.52 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 14 | Heidi M. Karns<br>204 Bourland Ave.<br>Waterloo, IA 50702 | 5728 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>BLANK<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 15 | JILLIAN TUATOO<br>P.O. BOX 1854<br>EATONVILLE, WA 98328 | 5730 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$133,848.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIRST OMNIBUS OBJECTION - LATE FILED CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 16 | JOAN SINNET<br>13746 CENTER ST STE A<br>CARMEL VALLEY, CA 93924-8908 | 5784 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$29,401.54<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 17 | JOYCE KELLY<br>PO BOX 765<br>CLAYTON, CA 94517 | 5912 | 11/27/2012 | $50,315.13<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 18 | Lerner, Sampson and Rothfuss, a Legal Professional Organization<br>c/o Edward J. Boll III, Esq.<br>120 East Fourth Street<br>Cincinnati, OH 45202 | 5908 | 11/26/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$34,179.59 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Late Filed |
| 19 | MARK LAHIFF<br>301 ABBEY LANE<br>LANSDALE, PA 19446 | 5731 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Late Filed |
| 20 | MICHAEL MEEHLEDER<br>3252 E NORTH UNION RD<br>BAY CITY, MI 48706 | 5796 | 11/20/2012 | $0.00<br>$0.00<br>$0.00<br>$17,261.55<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIRST OMNIBUS OBJECTION - LATE FILED CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 21 | MILDRED BAILEY<br>C/O PUGET SOUND GUARDIANS<br>PO BOX 3429<br>REDMOND, WA 98073 | 5798 | 11/19/2012 | UNLIQUIDATED<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 22 | NATIONAL DATA CENTER INC<br>2300 CONTRA COSTA BLVD<br>STE 270<br>PLEASANT HILL, CA 94523 | 5877 | 11/21/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$4,500.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 23 | Prashant & Rajul Shah<br>42070 Starlight Drive<br>Leonard Town, MD 20650 | 5948 | 11/27/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$8,680.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 24 | Sacramento County Tax Collector<br>Attn Bankruptcy<br>700 H Street, Room 1710<br>Sacramento, CA 95814 | 6442 | 01/28/2013 | $0.00<br>$0.00<br>$34,088.95<br>$3,382.97<br>$22,496.40 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 25 | St Louis County Collector of Revenue<br>41 S Central Ave<br>Clayton, MO 63105 | 6427 | 01/14/2013 | $0.00<br>$0.00<br>$1,561.12<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Late Filed |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIRST OMNIBUS OBJECTION - LATE FILED CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 26 | St Louis County Collector of Revenue<br>41 S Central Ave<br>Clayton, MO 63105 | 6445 | 02/01/2013 | $0.00<br>$0.00<br>$816.69<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Late Filed |
| 27 | State of New Jersey, Department of the Treasury<br>Unclaimed Property Administration<br>50 Barrack Street<br>PO Box 214<br>Trenton, NJ 08629 | 6284 | 12/03/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 28 | Triton Insurance Company<br>3001 Meacham Blvd.<br>Fort Worth, TX 76137 | 5878 | 11/21/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,000,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |

**EXHIBIT 2**

2

ny-1093548

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIRST OMNIBUS OBJECTION - LATE FILED CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 1 | American Health and Life Insurance Company<br>3001 Meacham Blvd.<br>Fort Worth, TX 76137 | 5876 | 11/21/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$4,000,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 2 | ~~Angela Genesco~~<br>~~2100 Linwood Ave.~~<br>~~Apt 22T~~<br>~~Fort Lee, NJ 07024-3177~~ | ~~5732~~ | ~~11/19/2012~~ | ~~$0.00~~<br>~~$0.00~~<br>~~$0.00~~<br>~~$18,776.24~~<br>~~$0.00~~ | ~~Administrative Priority~~<br>~~Administrative Secured~~<br>~~Secured~~<br>~~Priority~~<br>~~General Unsecured~~ | ~~Residential Capital, LLC~~ | ~~12-12020~~ | ~~Late Filed~~ |
| 3 | CASCADES EAGLE RIDGE ASSOC<br>1855 SKI TIME SQUARE DR<br>STEAMBOAT SPRINGS, CO 80487 | 6318 | 12/04/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$13,691.88 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 4 | CITY OF ALLENTOWN<br>435 HAMILTON STREET ROOM 215<br>ALLENTOWN, PA 18101 | 6403 | 12/26/2012 | $0.00<br>$0.00<br>$0.00<br>$5,970.24<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Late Filed |
| 5 | City of Philadelphia / School District of Philadelphia<br>Law Department - Tax Unit<br>One Parkway Building<br>1515 Arch Street, 15th Floor<br>Philadelphia, PA 19102-1595 | 6341 | 12/17/2012 | $0.00<br>$0.00<br>$3,060.24<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 6 | Cronin & Byczek, LLP<br>1983 Marcus Ave, Suite C-120<br>Lake Success, NY 11042 | 5867 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$10,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIRST OMNIBUS OBJECTION - LATE FILED CLAIMS (NON-BORROWER CLAIMS)

|  | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 7 | Cuyahoga County Treasurer<br>Attn Mark Campbell<br>1219 Ontario Street<br>Room 109 - Bankruptcy Dept.<br>Cleveland, OH 44113 | 6330 | 12/03/2012 | $0.00<br>$0.00<br>$14,670.78<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 8 | Cuyahoga County Treasurer<br>Attn Mark Campbell<br>1219 Ontario Street<br>Room 109 - Bankruptcy Dept.<br>Cleveland, OH 44113 | 6331 | 12/03/2012 | $0.00<br>$0.00<br>$10,364.12<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 9 | Cuyahoga County Treasurer<br>Attn Mark Campbell<br>1219 Ontario Street<br>Room 109 - Bankruptcy Dept.<br>Cleveland, OH 44113 | 6336 | 12/03/2012 | $0.00<br>$0.00<br>$14,441.85<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 10 | Cuyahoga County Treasurer<br>Attn Mark Campbell<br>1219 Ontario Street<br>Room 109 - Bankruptcy Dept.<br>Cleveland, OH 44113 | 6337 | 12/03/2012 | $0.00<br>$0.00<br>$4,027.33<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 11 | Cuyahoga County Treasurer<br>Attn Mark Campbell<br>1219 Ontario Street<br>Room 109 - Bankruptcy Dept.<br>Cleveland, OH 44113 | 6338 | 12/04/2012 | $0.00<br>$0.00<br>$15,041.99<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 12 | Cuyahoga County Treasurer<br>Attn Mark Campbell<br>1219 Ontario Street<br>Room 109 - Bankruptcy Dept.<br>Cleveland, OH 44113 | 6339 | 12/07/2012 | $0.00<br>$0.00<br>$1,613.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIRST OMNIBUS OBJECTION - LATE FILED CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 13 | DONNA HOLT<br>3114 GAUL STREET<br>PHILADELPHIA, PA 19134 | 5885 | 11/23/2012 | $0.00<br>$0.00<br>$0.00<br>$12,692.97<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 14 | Finkel Law Firm LLC<br>1201 Main Street, Suite 1800<br>Columbia, SC 29201 | 6408 | 01/02/2013 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$6,004.52 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 15 | Heidi M. Karns<br>204 Bourland Ave.<br>Waterloo, IA 50702 | 5728 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>BLANK<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 16 | JILLIAN TUATOO<br>P.O. BOX 1854<br>EATONVILLE, WA 98328 | 5730 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$133,848.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 17 | JOAN SINNET<br>13746 CENTER ST STE A<br>CARMEL VALLEY, CA 93924-8908 | 5784 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$29,401.54<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 18 | JOYCE KELLY<br>PO BOX 765<br>CLAYTON, CA 94517 | 5912 | 11/27/2012 | $50,315.13<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIRST OMNIBUS OBJECTION - LATE FILED CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 19 | ~~KROLL ONTRACK~~<br>~~MOLLY RICE~~<br>~~9023 COLUMBINE RD~~<br>~~EDEN PRAIRIE, MN 55347~~ | ~~6325~~ | ~~12/05/2012~~ | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$487,118.18 | ~~Administrative Priority~~<br>~~Administrative Secured~~<br>~~Secured~~<br>~~Priority~~<br>~~General Unsecured~~ | ~~Residential Funding Company, LLC~~ | ~~12-12019~~ | ~~Late Filed~~ |
| 20 | Lerner, Sampson and Rothfuss, a Legal Professional Organization<br>c/o Edward J. Boll III, Esq.<br>120 East Fourth Street<br>Cincinnati, OH 45202 | 5908 | 11/26/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$34,179.59 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Late Filed |
| 21 | MARK LAHIFF<br>301 ABBEY LANE<br>LANSDALE, PA 19446 | 5731 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Late Filed |
| 22 | MICHAEL MEEHLEDER<br>3252 E NORTH UNION RD<br>BAY CITY, MI 48706 | 5796 | 11/20/2012 | $0.00<br>$0.00<br>$0.00<br>$17,261.55<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 23 | MILDRED BAILEY<br>C/O PUGET SOUND GUARDIANS<br>PO BOX 3429<br>REDMOND, WA 98073 | 5798 | 11/19/2012 | UNLIQUIDATED<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 24 | NATIONAL DATA CENTER INC<br>2300 CONTRA COSTA BLVD<br>STE 270<br>PLEASANT HILL, CA 94523 | 5877 | 11/21/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$4,500.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIRST OMNIBUS OBJECTION - LATE FILED CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 25 | Prashant & Rajul Shah<br>42070 Starlight Drive<br>Leonard Town, MD 20650 | 5948 | 11/27/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$8,680.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 26 | Sacramento County Tax Collector<br>Attn Bankruptcy<br>700 H Street, Room 1710<br>Sacramento, CA 95814 | 6442 | 01/28/2013 | $0.00<br>$0.00<br>$34,088.95<br>$3,382.97<br>$22,496.40 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 27 | St Louis County Collector of Revenue<br>41 S Central Ave<br>Clayton, MO 63105 | 6427 | 01/14/2013 | $0.00<br>$0.00<br>$1,561.12<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Late Filed |
| 28 | St Louis County Collector of Revenue<br>41 S Central Ave<br>Clayton, MO 63105 | 6445 | 02/01/2013 | $0.00<br>$0.00<br>$816.69<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Late Filed |
| 29 | State of New Jersey, Department of the Treasury<br>Unclaimed Property Administration<br>50 Barrack Street<br>PO Box 214<br>Trenton, NJ 08629 | 6284 | 12/03/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 30 | Triton Insurance Company<br>3001 Meacham Blvd.<br>Fort Worth, TX 76137 | 5878 | 11/21/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,000,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |