Hearing Date and Time: June 6, 2013 at 3:00 p.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF AMENDED PROPOSED ORDER GRANTING
DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS
(DUPLICATE CLAIMS)**

**PLEASE TAKE NOTICE** that on May 1, 2013, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors")[1] filed the *Debtors' Second Omnibus Objection to Claims (Duplicate Claims)* [Docket No. 3574] (the "Omnibus Objection").

**PLEASE TAKE FURTHER NOTICE** that on May 1, 2013, in connection with the Omnibus Objection, the Debtors filed a proposed *Order Granting Debtors' Second Omnibus Objection to Claims (Duplicate Claims)* (the "Proposed Order") as Exhibit 2 to the Omnibus Objection.

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Motions [Docket No. 6] (the "Whitlinger Affidavit").

ny-1093559

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby submit the amended proposed *Order Granting Debtors' Second Omnibus Objection to Claims (Duplicate Claims)* (the "Amended Proposed Order"), annexed hereto as Exhibit 1. A comparison of the schedule annexed as Exhibit A to the Proposed Order and that which is annexed to the Amended Proposed Order is attached hereto as Exhibit 2.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Omnibus Objection and Amended Proposed Order may be obtained via PACER at http://www.nysb.uscourts.gov or from the Debtors' restructuring website at www.kccllc.net/rescap.

Dated: June 4, 2013
New York, New York

/s/   Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*

# **EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER GRANTING DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS**
**(DUPLICATE CLAIMS)**

Upon the second omnibus claims objection, dated May 1, 2013 (the "Second Omnibus Claims Objection"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "Procedures Order"), disallowing and expunging the Duplicate Claims on the basis that such claims are duplicates of corresponding claims, all as more fully described in the Second Omnibus Claims Objection; and it appearing that this Court has jurisdiction to consider the Second Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Second Omnibus Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Second Omnibus Claims Objection having been provided, and it appearing that no other or further notice need be

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Second Omnibus Claims Objection.

ny-1084619

provided; upon consideration of the Second Omnibus Claims Objection and the Declaration of Deanna Horst in Support of Debtors' Second Omnibus Objection to Claims (Duplicate Claims), annexed to the Objection as <u>Exhibit 1</u>; and the Court having found and determined that the relief sought in the Second Omnibus Claims Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Second Omnibus Claims Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Second Omnibus Claims Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on <u>Exhibit A</u> annexed hereto under the heading "Claims to be Disallowed and Expunged" (collectively, the "<u>Duplicate Claims</u>") are disallowed and expunged; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is directed to disallow and expunge the Duplicate Claims identified on the schedule attached as <u>Exhibit A</u> hereto so that such claims are no longer maintained on the Debtors' official claims register; and it is further

ORDERED that the claims listed on <u>Exhibit A</u> annexed hereto under the heading "Surviving Claims" (collectively, the "<u>Surviving Claims</u>") will remain on the claims register, and such claims are neither allowed nor disallowed at this time; and is further

ORDERED that the disallowance and expungement of the Duplicate Claims does not constitute any admission or finding with respect to any of the Surviving Claims; and it is further

ny-1084619

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Second Omnibus Claims Objection as provided therein shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any Surviving Claims, and all rights to object on any basis are expressly reserved with respect to any Surviving Claim listed on Exhibit A annexed hereto or any other claim not listed on Exhibit A; and it is further

ORDERED that this Order shall be a final order with respect to each of the Duplicate Claims identified on Exhibit A, annexed hereto, as if each such Duplicate Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:_____, 2013
　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE MARTIN GLENN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

ny-1084619

# Exhibit A

ny-1084619

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

SECOND OMNIBUS OBJECTION - DUPLICATE CLAIMS (NON-BORROWER CLAIMS)

| | Claims to be Disallowed | | | | | | Surviving Claims | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 1 | Bank of America, N.A.<br>Magdalena D. Kozinska, Esq.<br>Wright, Finlay & Zak, LLP<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA 92660 | 2054 | 10/31/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$9,846.23 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Bank of America, N.A.<br>Magdalena D. Kozinska, Esq.<br>Wright, Finlay & Zak, LLP<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA 92660 | 4774 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$9,846.23 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 2 | City of Copper Canyon<br>Sawko & Burroughs, P.C.<br>1172 Bent Oaks Dr<br>Denton, TX 76210 | 418 | 08/20/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$2,994.92 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | City of Copper Canyon<br>Sawko & Burroughs, P.C.<br>1172 Bent Oaks Dr<br>Denton, TX 76210 | 468 | 09/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$2,994.92 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 3 | City of Lake Dallas<br>Sawko & Burroughs, P.C.<br>1172 Bent Oaks Dr<br>Denton, TX 76210 | 432 | 08/20/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,074.36 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | City of Lake Dallas<br>Sawko & Burroughs, P.C.<br>1172 Bent Oaks Dr<br>Denton, TX 76210 | 467 | 09/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,074.36 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 4 | City of Lewisville<br>Sawko & Burroughs, P.C.<br>1172 Bent Oaks Dr<br>Denton, TX 76210 | 430 | 08/20/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$14,055.74 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | City of Lewisville<br>Sawko & Burroughs, P.C.<br>1172 Bent Oaks Dr<br>Denton, TX 76210 | 466 | 09/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$14,055.74 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 5 | City of Waterbury<br>c/o Office of Corporation Counsel<br>235 Grand Street, Third Floor<br>Waterbury, CT 06702 | 694 | 09/24/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$2,533.60 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | City of Waterbury<br>c/o Office of Corporation Counsel<br>235 Grand Street, Third Floor<br>Waterbury, CT 06702 | 739 | 09/25/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$2,533.60 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 6 | Deborah J Turner & Mid Missouri Roofing<br>PO Box 1018<br>1107 Highway WW<br>Sullivan, MO 63080 | 2060 | 10/31/2012 | $13,142.99 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Deborah J Turner & Mid Missouri Roofing<br>PO Box 1018<br>1107 Highway WW<br>Sullivan, MO 63080 | 2061 | 10/31/2012 | $13,142.99 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 7 | Eldorado Neighborhood Second Homeowners Association<br>c/o Terra West Management Services<br>6655 S. Cimarron Road, Suite 200<br>Las Vegas , NV 89113 | 1180 | 10/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$887.71 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Eldorado Neighborhood Second Homeowners Association<br>c/o Terra West Management Services<br>6655 S. Cimarron Road, Suite 200<br>Las Vegas , NV 89113 | 1289 | 10/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$887.71 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 8 | FedEx TechConnect, Inc.<br>Attn Revenue Recovery/Bankruptcy<br>As Assignee of Federal Express Corporation/FedEx Ground Package Systems Inc<br>FedEx Freight, Inc/FedEx Office and Print Services<br>3965 Airways Blve. Module G, 3rd Floor | 3742 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$620,504.15 General Unsecured | Residential Capital, LLC | 12-12020 | FedEx TechConnect, Inc.<br>Attn Revenue Recovery/Bankruptcy<br>As Assignee of Federal Express Corporation/FedEx Ground Package Systems Inc<br>FedEx Freight, Inc/FedEx Office and Print Services<br>3965 Airways Blve. Module G, 3rd Floor | 5546 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$620,504.15 General Unsecured | Residential Capital, LLC | 12-12020 |
| 9 | ISGN et al.<br>600-A N. John Rodes Blvd.<br>Melbourne, FL 32934 | 5670 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$263,292.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | ISGN et al.<br>600-A N. John Rodes Blvd.<br>Melbourne, FL 32934 | 5688 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$263,292.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

SECOND OMNIBUS OBJECTION - DUPLICATE CLAIMS (NON-BORROWER CLAIMS)

| | Claims to be Disallowed | | | | | | Surviving Claims | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
| 10 | Lake Dallas Independent School District<br>Sawko & Burroughs, P.C.<br>1172 Bent Oaks Dr<br>Denton, TX 76210 | 433 | 08/20/2012 | $0.00<br>$0.00<br>$2,276.51<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Lake Dallas Independent School District<br>Sawko & Burroughs, P.C.<br>1172 Bent Oaks Dr<br>Denton, TX 76210 | 465 | 09/12/2012 | $0.00<br>$0.00<br>$2,276.51<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 11 | MidFirst Bank, a Federally Chartered Savings Association<br>c/o William H. Hoch<br>Crowe & Dunlevy<br>20 N. Broadway, Suite 1800<br>Oklahoma City, OK 73102 | 2889 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$62,604,092.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | MidFirst Bank, a Federally Chartered Savings Association<br>c/o William H. Hoch<br>Crowe & Dunlevy<br>20 N. Broadway, Suite 1800<br>Oklahoma City, OK 73102 | 4377 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>############ | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

**EXHIBIT 2**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

SECOND OMNIBUS OBJECTION - DUPLICATE CLAIMS (NON-BORROWER CLAIMS)

| | Claims to be Disallowed | | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 1 | Bank of America, N.A.<br>Magdalena D. Kozinska, Esq.<br>Wright, Finlay & Zak, LLP<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA 92660 | 2054 | 10/31/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$9,846.23 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Bank of America, N.A.<br>Magdalena D. Kozinska, Esq.<br>Wright, Finlay & Zak, LLP<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA 92660 | 4774 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$9,846.23 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 2 | City of Copper Canyon<br>Sawko & Burroughs, P.C.<br>1172 Bent Oaks Dr<br>Denton, TX 76210 | 418 | 08/20/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$2,994.92 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | City of Copper Canyon<br>Sawko & Burroughs, P.C.<br>1172 Bent Oaks Dr<br>Denton, TX 76210 | 468 | 09/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$2,994.92 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 3 | City of Lake Dallas<br>Sawko & Burroughs, P.C.<br>1172 Bent Oaks Dr<br>Denton, TX 76210 | 432 | 08/20/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,074.36 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | City of Lake Dallas<br>Sawko & Burroughs, P.C.<br>1172 Bent Oaks Dr<br>Denton, TX 76210 | 467 | 09/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,074.36 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 4 | City of Lewisville<br>Sawko & Burroughs, P.C.<br>1172 Bent Oaks Dr<br>Denton, TX 76210 | 430 | 08/20/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$14,055.74 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | City of Lewisville<br>Sawko & Burroughs, P.C.<br>1172 Bent Oaks Dr<br>Denton, TX 76210 | 466 | 09/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$14,055.74 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 5 | City of Waterbury<br>c/o Office of Corporation Counsel<br>235 Grand Street, Third Floor<br>Waterbury, CT 06702 | 694 | 09/24/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$2,533.60 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | City of Waterbury<br>c/o Office of Corporation Counsel<br>235 Grand Street, Third Floor<br>Waterbury, CT 06702 | 739 | 09/25/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$2,533.60 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 6 | Deborah J Turner & Mid Missouri Roofing<br>PO Box 1018<br>1107 Highway WW<br>Sullivan, MO 63080 | 2060 | 10/31/2012 | $13,142.99 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Deborah J Turner & Mid Missouri Roofing<br>PO Box 1018<br>1107 Highway WW<br>Sullivan, MO 63080 | 2061 | 10/31/2012 | $13,142.99 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 7 | ~~Department of Treasury - Internal Revenue Service~~<br>~~P.O. Box 7346~~<br>~~Philadelphia, PA 19101-7346~~ | ~~5813~~ | ~~11/20/2012~~ | ~~$0.00 Administrative Priority~~<br>~~$0.00 Administrative Secured~~<br>~~$0.00 Secured~~<br>~~$490,225,805.31 Priority~~<br>~~$0.00 General Unsecured~~ | ~~Residential Capital, LLC~~ | ~~12-12020~~ | ~~Department of the Treasury - Internal Revenue Service~~<br>~~P.O. Box 7346~~<br>~~Philadelphia, PA 19101-7346~~ | ~~6285~~ | ~~12/03/2012~~ | ~~$0.00 Administrative Priority~~<br>~~$0.00 Administrative Secured~~<br>~~$0.00 Secured~~<br>~~$490,225,805.31 Priority~~<br>~~$0.00 General Unsecured~~ | ~~Residential Capital, LLC~~ | ~~12-12020~~ |
| 8 | Eldorado Neighborhood Second Homeowners Association<br>c/o Terra West Management Services<br>6655 S. Cimarron Road, Suite 200<br>Las Vegas, NV 89113 | 1180 | 10/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$887.71 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Eldorado Neighborhood Second Homeowners Association<br>c/o Terra West Management Services<br>6655 S. Cimarron Road, Suite 200<br>Las Vegas, NV 89113 | 1289 | 10/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$887.71 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 9 | FedEx TechConnect, Inc.<br>Attn Revenue Recovery/Bankruptcy<br>As Assignee of Federal Express Corporation/FedEx Ground Package Systems Inc<br>FedEx Freight, Inc/FedEx Office and Print Services<br>3965 Airways Blve. Module G, 3rd Floor<br>Memphis, TN 38116 | 3742 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$620,504.15 General Unsecured | Residential Capital, LLC | 12-12020 | FedEx TechConnect, Inc.<br>Attn Revenue Recovery/Bankruptcy<br>As Assignee of Federal Express Corporation/FedEx Ground Package Systems Inc<br>FedEx Freight, Inc/FedEx Office and Print Services<br>3965 Airways Blve. Module G, 3rd Floor<br>Memphis, TN 38116 | 5546 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$620,504.15 General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

SECOND OMNIBUS OBJECTION - DUPLICATE CLAIMS (NON-BORROWER CLAIMS)

| | Claims to be Disallowed | | | | | | Surviving Claims | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
| 10 | ISGN et al.<br>600-A N. John Rodes Blvd.<br>Melbourne, FL 32934 | 5670 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$263,292.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | ISGN et al.<br>600-A N. John Rodes Blvd.<br>Melbourne, FL 32934 | 5688 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$263,292.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 11 | Lake Dallas Independent School District<br>Sawko & Burroughs, P.C.<br>1172 Bent Oaks Dr<br>Denton, TX 76210 | 433 | 08/20/2012 | $0.00<br>$0.00<br>$2,276.51<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Lake Dallas Independent School District<br>Sawko & Burroughs, P.C.<br>1172 Bent Oaks Dr<br>Denton, TX 76210 | 465 | 09/12/2012 | $0.00<br>$0.00<br>$2,276.51<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 12 | MidFirst Bank, a Federally Chartered Savings Association<br>c/o William H. Hoch<br>Crowe & Dunlevy<br>20 N. Broadway, Suite 1800<br>Oklahoma City, OK 73102 | 2889 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$62,604,092.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | MidFirst Bank, a Federally Chartered Savings Association<br>c/o William H. Hoch<br>Crowe & Dunlevy<br>20 N. Broadway, Suite 1800<br>Oklahoma City, OK 73102 | 4377 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$62,604,092.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |