Hearing Date: July 24, 2013 at 10:00 a.m. (Eastern Prevailing Time)

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Thomas J. Moloney (TJM-9775)
Sean A. O'Neal (SAO-4067)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Special Counsel for Wilmington Trust, National
Association, as Indenture Trustee for the Senior
Unsecured Notes Issued by Residential Capital, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------X
:
In re                               :
:       **Chapter 11 Case No.**
**RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,** :
:       **12-12020 (MG)**
Debtors.                   :
:       **(Jointly Administered)**
:
------------------------------------X

**NOTICE OF ADJOURNMENT OF MOTION OF WILMINGTON TRUST, NATIONAL
ASSOCIATION, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE FOR THE
SENIOR UNSECURED NOTES ISSUED BY RESIDENTIAL CAPITAL, LLC FOR AN
ORDER AUTHORIZING IT TO PROSECUTE CLAIMS AND OTHER CAUSES
<u>OF ACTION ON BEHALF OF THE RESIDENTIAL CAPITAL, LLC ESTATE</u>**

**PLEASE TAKE NOTICE** that, pursuant to that certain *Order Adjourning Hearing On Wilmington Trust, N.A.* STN *Motion* (ECF Doc. # 3880), the hearing on that certain *Motion of Wilmington Trust, National Association, Solely In Its Capacity As Indenture Trustee For The Senior Unsecured Notes Issued By Residential Capital, LLC For An Order Authorizing It To Prosecute Claims And Other Causes Of Action On Behalf Of The Residential Capital, LLC Estate* (ECF Doc. # 3475), has been adjourned to **July 24, 2013 at 10:00 a.m. Eastern Prevailing Time**. The hearing on the Motion shall be held before the Honorable Martin Glenn,

United States Bankruptcy Judge, in Room 501 of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, 10004.

Dated: New York, New York
June 4, 2013

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Thomas J. Moloney
Thomas J. Moloney (TJM-9775)
Sean A. O'Neal (SAO-4067)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Special Counsel for Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC*