


0 Item(s) in Basket | Home | Online Services | About us | Contact us

## Civil / Probate Justice System - Docket Information

BACK TO SEARCH RESULTS    ALL PARTIES    START A NEW SEARCH

**GMAC MORT (LLC) vs NAVARRO, MARCIA**

\* Click on BOOK/PAGE of a particular docket to see the image if it is available \*

Case Number (LOCAL): 2008-74998-CA-01    Dockets Retrieved: 57    Filing Date: 12/04/2008
Case Number (STATE): 13-2008-CA-074998-0000-01    Judicial Section: 59

| Date | Book/Page | Docket Entry | Comments |
|---|---|---|---|
| 05/24/2013 | | MOTION TO STRIKE | |
| 05/23/2013 | | NOTICE OF FILING: | |
| 05/23/2013 | | NOTICE OF FILING: | COPY OG GMAC MORTGAGE,LLC'NOTI.OF BANKRUPTCY,ETC. |
| 05/23/2013 | | NOTICE OF HEARING- | MOTIONS 06/13/2013 09:30 AM |
| 05/16/2013 | | MOTION FOR SANCTIONS | |
| 05/08/2013 | | NOTICE OF HEARING- | MOTIONS 06/13/2013 09:30 AM |
| 04/29/2013 | | NOTICE OF APPEARANCE | ATTORNEY: 00643521 DN01 |
| 03/21/2013 | | NOTICE OF FILING: | OF BANKRUPTCY STAY |
| 03/19/2013 | | MOTION: | TO VACATE EXPARTE FINAL JUDGMENT AS TO ATTORNEY FEES... |
| 03/19/2013 | | EXECUTION ISSUED | $ 25870.00 PN01 ORIGINAL & COPY PICKED UP BY ROSY APONTE, ESQ |
| 02/01/2013 | 28487 / 2714 Pages: 2 | ORDER AWARDING ATTORNEY FEES | BK:28487 PG:2714 |
| 01/17/2013 | | AFFIDAVIT OF REASONABLE ATTORNEY'S FEES | |
| 01/17/2013 | | NOTICE OF FILING AFFID OF REASONABLE ATTY FEES | |
| 01/17/2013 | | ORDER: | SCHEDULING ORDER ON DN'S MOTION FOR ENTITLEMENT, ETC. |
| 01/17/2013 | | NOTICE OF FILING: | TIME RECORDS |
| 06/12/2012 | | ORDER: | FEES AND COSTS - GRANTED |
| 06/06/2012 | | NOTICE OF HEARING- | MOTIONS 06/11/2012 08:30 AM |
| 12/19/2011 | | NOTICE HAS WRONG DATE | 03/08/2012 01:30 PM |
| 07/27/2011 | | TEXT | REASGND FROM SEC 50 PER ADMINISTRATIVE MEMO CIV 11-A |
| 07/27/2011 | | REASSNGMT PURSUANT TO ADMINISTRATIVE ORD: | 59 FM:50 |
| 06/14/2011 | | CANCELLATION NOTICE | 07/11/2011 09:30 AM |

| Date | Book/Page | Description | Details |
|---|---|---|---|
| 05/27/2011 | | REQUEST FOR PRODUCTION | |
| 05/27/2011 | | NOTICE OF INTERROGATORY | |
| 05/27/2011 | | NOTICE OF INTERROGATORY | |
| 04/13/2011 | | MOTION: | FOR ENTITLEMENT OF ATTORNEY FEES AND COSTS |
| 04/04/2011 | 27644 / 1931 Pages: 2 | DISCHARGE/RELEASE OF LIS PENDENS | BK:27644 PG:1931 |
| 04/04/2011 | 27644 / 1931 Pages: 2 | ORDER OF DISMISSAL | BK:27644 PG:1931 DN01 DN02 |
| 04/01/2011 | | AFFIDAVIT OF: | MARCIA NAVARRO |
| 04/01/2011 | | NOTICE OF FILING: | AFFIDAVIT OF MARCIA NAVARRO |
| 04/01/2011 | | NOTICE: | OF APPEARANCE OF CO-COUNSEL |
| 03/02/2011 | | ORDER SETTING NON-JURY TRIAL | 04/04/2011 10:10 AM |
| 02/16/2011 | | MOTION TO COMPEL | |
| 02/16/2011 | | MOTION TO COMPEL | |
| 02/14/2011 | | NOTICE OF NON-JURY TRIAL | : M |
| 01/10/2011 | | MOTION TO WITHDRAW | |
| 11/29/2010 | | REQUEST FOR ADMISSIONS | |
| 11/29/2010 | | REQUEST FOR PRODUCTION | |
| 11/29/2010 | | NOTICE OF INTERROGATORY | |
| 06/23/2010 | | ORDER GRANTING SHOWING OF GOOD CAUSE (FWOP CALN) | |
| 06/19/2010 | | TEXT | REASGND FROM SEC 21 PER A.O. |
| 06/08/2010 | | MOTION: | FOR SUMM FINAL JUDGMT OF FORECLOSURE & TAXATION OF, ETC |
| 05/10/2010 | | MOTION: | TO WITHDRAW AS COUNSEL |
| 04/16/2010 | | MOTION FOR DEFAULT | |
| 04/16/2010 | | NON-MILITARY AFFIDAVIT | |
| 01/28/2010 | | FWOP NOTICE GENERATED | 05/12/2010 09:00 AM |
| 12/29/2008 | | ANSWER AND AFFIRMATIVE DEFENSE | ATTORNEY:88888888 DN01 |
| 12/29/2008 | | NOTICE OF APPEARANCE | ATTORNEY: 88888888 DN01 |
| 12/26/2008 | | SERVICE RETURNED | BADGE # 1575 S 12/11/2008 DN02 |
| 12/26/2008 | | SERVICE RETURNED | BADGE # 1575 S 12/09/2008 DN01 |
| 12/26/2008 | | TEXT | SUMMONS RTD. NOT SERVE DON UNK SPOUSE MARIC NAVARRO |
| 12/26/2008 | | TEXT | SUMMONS RTD. NTO SERVED ON JOHN DOE |
| 12/26/2008 | | TEXT | SUMMONS RTD. SERVED ON JANE DOE ON 12-9-2008 |
| 12/23/2008 | | ANSWER | ATTORNEY:00768911 DN02 |
| 12/10/2008 | 26679 / 793 Pages: 2 | LIS PENDENS | BK:26679 PG:0793 |
| 12/04/2008 | | COMPLAINT | |
| 12/04/2008 | | SUMMONS ISSUED | DN01 DN02 |
| 12/04/2008 | | CIVIL COVER | |