RECEIVED
JUN -3 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | RESIDENTIAL CAPITAL, LLC - PATI REAL ESTATE HOLDING  12-12020 |
|---|---|
| Creditor Name and Address: | DOUGLAS COUNTY TREASURER<br>100 THIRD STREET<br>CASTLE ROCK, CO 80104 |
| Court Claim Number (if known): | 268 |
| Date Claim Filed: | 7.9.2012 |
| Total Amount of Claim Filed: | $1,596.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 5.29.2013

Print Name: DIANE A. HOLBERT

Title (if applicable): TREASURER

---

### DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

*Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).*

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM<br>SECURED | |
|---|---|---|
| In Re:<br>RESIDENTIAL CAPITAL, LLC<br>PATI REAL ESTATE HOLDINGS, LLC | Case No.: 12-12047(MG)<br>Joint Administration: 12-12020(MG)<br>Chapter: 11 | |
| Name of Creditor:<br>Douglas County<br>Name/Address wher Notice and Checks should be sent:<br>Douglas County Treasurer<br>Attn. Stephanie Cook<br>100 Third Street<br>Castle Rock, CO 80104<br><br>Telephone No.: (303) 660-7455<br>Facsimile:     (303) 660-9022<br>Email: scook@douglas.co.us | [ ] Check if you are aware that anyone else has filed a proof of claim relating to your claim.<br><br>[ ] Check if you have never received any notices from the bankruptcy court in this case.<br><br>[ ] Check if the address differs from the address on the envelope sent to you by the court. | Court use only |
| Number by which creditor identifies debtor:<br>R0147344 | This Claim | [x] replaces claim # 72 filed 5.25.2012<br>[ ] amends a previously filed claim, dated:<br>[ ] supplements |
| 1. BASIS FOR CLAIM: | AD VALOREM PROPERTY TAXES | |
| 2. DATE DEBT WAS INCURRED: | January 1, 2012 | |
| 3. CLASSIFICATION OF CLAIM: | Secured claim to extent of collateral value. Unsecured Priority claim 11 U.S.C.507(a)(8) to the extent of any shortfall in collateral value<br>Secured by Tax-Lien C.R.S. 39-1-107 | |
| 4. TOTAL AMOUNTS OF CLAIM<br>$<br>(Unsecured) | $1,596.00<br>(Secured)    $<br>(Priority) | $1,596.00<br>(Total) |
| Pursuant to C.R.S. 39-10-104.5 late interest accrues at 12% per annum as allowed under 11 U.S.C.§ 506(b), 5011 | | |
| THE 2012 TAXES ARE ESTIMATES. DOUGLAS COUNTY RESERVES THE RIGHT TO AMEND ITS CLAIM AFTER TAX STATEMENTS ARE ARE GENERATED IN JANUARY 2012 ACCORDING TO COLORADO REVISED STATUTES | | |
| Check if claim includes interest or other charges in addition to the principal amount of claim. | | |
| 5. CREDITS AND SETOFFS: | The amount of the payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim claimant has deducted all amounts that claimant owes to debtor | |
| 6. SUPPORTING DOCUMENTS: Attached | | Court use only |
| DATE: 7.2.2012 | *signed* Diane A. Holbert<br>Diane A. Holbert, Douglas County Treasurer | |

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment up to 5 years, or both. 18 U.S.C. §§ 152, 3571

*Claim 268*

## Creditor Data for Claim Number 268

Help

| Creditor: | Date Claim Filed: 7/9/2012 |
|---|---|
| Douglas County<br>Attn Stephanie Cook<br>Douglas County Treasurer<br>100 Third Street<br>Castle Rock, CO 80104 | Claim #: 268 |

**Notice Party(ies):**

**Debtor Name:** PATI Real Estate Holdings, LLC
**Debtor Case Number:** 12-12047

|  | Schedule Amount | C* | U* | D* | Filed Claim Amount | Present Claim Amount |
|---|---|---|---|---|---|---|
| GU |  |  |  |  |  |  |
| PRI |  |  |  |  |  |  |
| SEC |  |  |  |  | $1,596.00 | $1,596.00 |
| AP |  |  |  |  |  |  |
| AS |  |  |  |  |  |  |
| **TOTALS** |  |  |  |  | **$1,596.00** | **$1,596.00** |

*C=Contingent, U=Unliquidated, D=Disputed

### Transfer History

| Date Filed | Date Effective | Transfer Type | Transferor | Transferee | Status |
|---|---|---|---|---|---|
| No records found | | | | | |

### Objection History

| Date Created | Name | Basis | Status |
|---|---|---|---|
| No records found | | | |

### Claim Withdrawal History

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found | | | |

### Stipulation History

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found | | | |

This website is maintained for the public's convenience and for informational purposes only. Users of this website should not take or refrain from taking any action based upon content included in the website or in the results of any search made on this site without seeking legal counsel on the particular facts and circumstances at issue from a licensed attorney. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") filed in the bankruptcy case/s of the debtor/s.

Without limiting the generality of the foregoing, any failure by a debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated". Further, each debtor reserves the right to amend their Schedules and Statements of Financial Affairs as necessary and appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated".