# Exhibit 4

## Movant's Circuit Court Filings

September 25, 2012

THE HONORABLE JUDGE MARINA GARCIA-WOOD

Circuit Judge; Foreclosure Division Room 518

17th Judicial Circuit

201 S.E. 6th Street

Fort Lauderdale, Florida 33301

**A TRUE COPY**
SEP 2 5 2012
HOWARD C. FORMAN
CLERK OF CIRCUIT COURT
BROWARD COUNTY, FL

RE: Case No.: 09-045158   GMAC MORTGAGE, LLC. vs. DONNA CHINLOY

Dear Judge,

    The attached DEFENDANT'S MOTION TO OBJECT TO EX PARTE HEARING, TO COMPEL AND REQUEST TO TAKE JUDICIAL NOTICE has been filed with the clerk. Your Honor is hereby provided with a "hand-delivered" copy in order to ensure that the court is furnished with said Motion prior to hearing at 1:30 P.M., September 25, 2012.

    Should you have any questions, I can be reached at 954.899.1961; eMail: chinloy0422@gmail.com. 2672 NW 124 AVE, CORAL SPRINGS, FL. 33065

Respectfully,

_____

DONNA CHINLOY

Defendant/Pro Se

# IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

Case No.: CACE 09-045158
Division: FORECLOSURE

GMAC MORTGAGE, LLC,
    Plaintiff,

vs.

DONNA CHINLOY, et. al.
    Defendant.
_____/

**A TRUE COPY**
SEP 2 5 2012
HOWARD C. FORMAN
CLERK OF CIRCUIT COURT
BROWARD COUNTY, FL

## DEFENDANT'S MOTION TO OBJECT TO EX PARTE HEARING, TO COMPEL AND REQUEST TO TAKE JUDICIAL NOTICE

COMES NOW, DEFENDANT, DONNA CHINLOY, Pro Se and in Proper Person, and files this, MOTION OBJECTION TO EX PARTE HEARING ON MOTION FOR SUMMARY JUDGMENT, and in support thereof states:

1. Plaintiff has scheduled an "ex parte" hearing that was allegedly scheduled to be heard on Tuesday, September 25, 2012, in Room 518 of the Foreclosure Division before the Honorable Judge Marina Garcia-Wood.

2. Defendant became aware of the hearing by pure chance upon reviewing court records in another matter for which she is party to.

3. Defendant contacted counsel for the Plaintiff on Monday, September 24, 2012 and advised them of the oversight.

4. Plaintiff informed the Defendant she was not entitled to notice of proceedings since the docket reflects that Defendant is represented by former counsel, Mark Fladell who allegedly received copies of the filings and scheduled proceedings

5. It is unknown at this time as to whether or not Mr. Fladell was noticed. Notwithstanding, Defendant requested that the Plaintiff reset said hearing so that mutual availability could be determined and noticed accordingly.

6. Plaintiff refused to accommodate Defendant and further stated, "Your attorney has to file a Motion to Withdraw as counsel", and informed Defendant that they would not correspond with her until she was officially unrepresented on the record.

7. It should be further noted that in October 20, 2011, counsel was aware of Defendant's pro se status when they issued certain filings, namely their Notice of Voluntary Dismissal related to this instant cause, as said motions and filings were sent directly to the attention and address of the pro se Defendant.

8. Defendant therefore asserts that counsel for the Plaintiff is "selectively" deciding who shall and who shall not be properly noticed of court proceedings and/or filings in this instant case.

WHEREFORE, DEFENDANT HEREBY requests that this honorable court:

1) Cancel the ex parte scheduled hearing that is/was scheduled to be heard before this Court at 1:30PM on Tuesday, September 25, 2012.

2) Prohibit Plaintiff from engaging in and/or participating in further ex parte hearings, notices, filings and proceedings and to provide proper notice to Defendant, who is and remains pro se in these proceedings.

Respectfully submitted,

By: _____
DONNA CHINLOY
DEFENDANT, Pro Se
2572 NW 124th AVENUE
CORAL SPRINGS, FL 33065
(954)899-1961 chinloy0422@gmail.com

## CERTIFICATE OF SERVICE

I certify that a copy of this document was sent via e-Mail to the person(s) listed below on September 23rd, 2012.

JOHNSON & FREEDMAN, LLC.
June Grant, ESQ.
Bar #59098
Counsel for Plaintiff
400 North Ridge Road
Suite 1100; M/S 27
Sandy Springs, GA 30350
PH: 770-234-9181
FAX: (770) 234-9192

cc:    The Honorable Marina Garcia-Wood
       FORECLOSURE DIV./ROOM 518