MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702
Thomas B. Walper (Pro Hac Vice)
Seth Goldman (Pro Hac Vice)

*Counsel for Berkshire Hathaway Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br><br><br>RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,<br><br>Debtors. | CASE NO.  12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Michelle Simms, state as follows:

1.     I am over 18 years of age and I believe the statements contained herein are true based on my personal knowledge.  I am employed by Munger, Tolles & Olson LLP, located at 355 South Grand Avenue, 35th Floor, Los Angeles, California 90071.

2.     On June 5, 2013, I caused service of **OBJECTION OF BERKSHIRE HATHAWAY INC. TO DEBTORS' AMENDED MOTION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. §§ 105 and 363 AUTHORIZING THE DEBTORS TO SATISFY CERTAIN SECURED CLAIMS** to be effected on the parties listed on the attached service list via electronic mai.

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

Dated: June 5, 2013                    _____/s/ Michelle Simms_____
                                                        Michelle Simms

1

## SERVICE LIST

### Serviced via Electronic Mail

| NAME | NOTICE NAME | EMAIL | DESCRIPTION |
|---|---|---|---|
| | | | |
| Clifford Chance US LLP | Jennifer C DeMarco & Adam Lesman | jennifer.demarco@cliffordchance.com; adamlesman@cliffordchance.com | Counsel to Ocwen Loan Servicing LLC |
| Kirkland & Ellis | Richard M Cieri and Ray Schrock | richard.cieri@kirkland.com | Counsel to the Equity Security Holders (Ally Financial and Ally Bank) |
| Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal & Jeffrey Trachtman | keckstein@kramerlevin.com; dmannal@kramerlevin.com; | Counsel to the Official Committee of Unsecured Creditors |
| Morrison & Foerster LLP | Attn Gary S. Lee Todd M. Goren Samantha Martin | Gary. Lee @gmacrescap.com; Todd.Goren@gmacrescap.com; Samantha.Martin@gmacrescap.com; | Residential Capital LLC |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov | Office of the United States Trustee for the Southern District of New York |
| U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | AskDOJ@usdoj.gov | Office of the United States Attorney General |
| Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | enid.stuart@OAG.State.NY.US | Office of the New York Attorney General |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | joseph.cordaro@usdoj.gov | Office of the United States Attorney for the Southern District of New York |

**File an answer to a motion:**

12-12020-mg Residential Capital, LLC

### U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Seth Goldman entered on 6/5/2013 at 3:59 PM and filed on 6/5/2013
**Case Name:**        Residential Capital, LLC
**Case Number:**      12-12020-mg
**Document Number:** 3893

**Docket Text:**
Objection to Motion *of Debtors for entry of an order under 11 U.S.C. sections 105 and 363 authorizing the debtors to satisfy certain secured claims* (related document(s)[3872]) filed by Seth Goldman on behalf of Residential Capital, LLC. Objections due by 6/5/2013, (Attachments: # (1) Exhibit Exh 1) (Goldman, Seth)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Users\simmsml\Desktop\Berkshire Objection20937053_2 (2) (2).pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=6/5/2013] [FileNumber=12662441-0]
[77150f95a7ec6c3008e95983852fa995027febef50941d3bf637b39f11a8ff53136d0
5fe004d2e902eb491134411eac6dc8936cd09495d9936dd3c5c95cec8a1]]
**Document description:**Exhibit Exh 1
**Original filename:**C:\Users\simmsml\Desktop\RescapExh 1 to Objec .pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=6/5/2013] [FileNumber=12662441-1]
[a2ef2521de7f6013982f92175abe389e4099f710abd60c9b158901fd8ac6187456ca0
b98c1d18d724b91686ddb49656ebc3d7d3ff79484301a7be1cdad541dbe]]

**12-12020-mg Notice will be electronically mailed to:**

David A. Abrams on behalf of Defendant Flaherty, Sesabaugh, Bonasso PLLC
dabrams@sralawfirm.com

Marc Abrams on behalf of Interested Party Monarch Alternative Capital LP
maosbny@willkie.com, mabrams@willkie.com

Christopher A. Albanese on behalf of Unknown Wells Fargo Bank, N.A.
calbanese@gibbonslaw.com

Jose Raul Alcantar Villagran on behalf of Interested Party Neighborhood Assistance Corporation of America
raul.alcantar@alcantarlaw.com

Kevin S. Allred on behalf of Interested Party Berkshire Hathaway Inc.
kevin.allred@mto.com

Arlene Rene Alves on behalf of Interested Party U.S. Bank National Association, as Trustee of Certain Mortgage Backed Securities Trusts
alves@sewkis.com

Paul Nii-Amar Amamoo on behalf of Defendant Federal Housing Finance Agency, as conservator for the Federal Home Loan Mortgage Corporation
namamoo@kasowitz.com, courtnotices@kasowitz.com

Bijan Amini on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys et al.
bamini@samlegal.com, jhoyte@samlegal.com

Timothy J. Amos on behalf of Unknown Tim Amos, Individually, And Golden & Amos, PLLC
timamos@goldenamos.com, kjackson@goldenamos.com;dcramlet@goldenamos.com

Rosy Anette Aponte on behalf of Interested Party Marcia Navarro
fmartinez@lawofficeslaley.com

Walter J. Ashbrook on behalf of Creditor OneWest Bank
walter.ashbrook@quarles.com, sybil.aytch@quarles.com

Anthony F. Baer on behalf of Unknown Krekeler Strother, S.C.
tbaer@ks-lawfirm.com, jlarson@ks-lawfirm.com

Ingrid Bagby on behalf of Creditor MBIA Insurance Corporation
ingrid.bagby@cwt.com,
michele.maman@cwt.com;david.kronenberg@cwt.com;benjamin.riskin@cwt.com;jeffrey.taub@cwt.com;wendy.kane@cwt.com;casey.servais@cwt.

Elizabeth Banda Calvo on behalf of Creditor Johnson County et al, Richardson ISD
rgleason@pbfcm.com, ebcalvo@pbfcm.com

Shari Barak on behalf of Creditor Citibank NA as trustee for PHHMC 2005-6
LIBKCourt@logs.com

Shari Barak on behalf of Creditor RBS Citizens, NA
LIBKCourt@logs.com

David Alan Beck on behalf of Spec. Counsel Carpenter Lipps & Leland LLP
beck@carpenterlipps.com, samson@carpenterlipps.com

Andrew Behlmann on behalf of Defendant Acacia Life Insurance Company
abehlmann@lowenstein.com

Tammy L. Terrell Benoza on behalf of Creditor GMAC MORTGAGE, LLC
bankruptcy@feinsuch.com

Leslie Ann Berkoff on behalf of Creditor Cal-Western Reconveyance Corporation
lberkoff@moritthock.com

Jeffrey S. Berkowitz on behalf of Unknown Wells Fargo Bank, N.A.
jberkowitz@gibbonslaw.com, cgugg@gibbonslaw.com

Laurie R. Binder on behalf of Interested Party U.S. Bank National Association as Master Servicer of Certain Mortgage Backed Securities Trusts
binder@sewkis.com

James B. Blackburn, Jr. on behalf of Creditor Maribeth Evans
jbbjratty@aol.com, wisemanblackburn@aol.com

Eric Alwin Boden on behalf of Creditor Liberty Property Limited Partnership
eboden@schnader.com, tclancy@schnader.com

Rebecca E Boon on behalf of Plaintiff Sealink Funding Limited
rebecca.boon@blbglaw.com

Maria A. Bove on behalf of Plaintiff Official Commitee of Unsecured Creditors
mbove@pszjlaw.com, dharris@pszjlaw.com;mbove@pszjlaw.com

John A. Boyle on behalf of Creditor Morgan Stanley & Co. Incorporated n/k/a Morgan Stanley & Co. LLC
jboyle@khmarino.com

John Brewer on behalf of Plaintiff American Residential Equities, LLC
jbrewer@samlegal.com, jhoyte@samlegal.com

Kay Diebel Brock on behalf of Creditor c/o Kay D. Brock Travis County
bkecf@co.travis.tx.us

David J. Brown on behalf of Attorney David J Brown
djbrown2008@gmail.com

Robert Edward Brown on behalf of Interested Party Additional Homeowners Claimants
rbrown@robertbrownlaw.com

Mark K. Broyles on behalf of Creditor Aurora Loan Services, Inc.
broylesmk@rgcattys.com, ramoffatt@rgcattys.com

Martin G. Bunin on behalf of Creditor Wells Fargo Bank, N.A., as Custodian for Certain Mortgage Backed Securities Trusts
marty.bunin@alston.com

Aaron R. Cahn on behalf of Interested Party Ad Hoc Consortium of RMBS holders
cahn@clm.com

Aaron R. Cahn on behalf of Unknown Talcott Franklin Investors Group
cahn@clm.com

Michael Robert Carney on behalf of Interested Party Freddie Mac
mcarney@mckoolsmith.com

James S. Carr on behalf of Creditor U.S. Bank National Association, as Indenture Trustee
KDWBankruptcyDepartment@kelleydrye.com

Margaret J. Cascino on behalf of Creditor HSBC BANK USA, N.A.
mcascino@sterneisenberg.com, ddelvecchio@sterneisenberg.com

Gerard Sylvester Catalanello on behalf of Creditor Green Planet Servicing, LLC
gcatalanello@duanemorris.com, gcatalanello@duanemorris.com

Dale C. Christensen, Jr. on behalf of Interested Party Law Debenture Trust Company of New York as Separate Trustee
christensen@sewkis.com

Robert N. H. Christmas on behalf of Unknown U.S. Bank National Association as Indenture Trustee for GreenPoint Mortgage Funding Trust 2006-HE1
rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Darrell W. Clark on behalf of Creditor Verizon Communications, Inc.
dclark@stinson.com, cscott@stinson.com

Marvin E. Clements, Jr. on behalf of Creditor Tennessee Department of Revenue
agbanknewyork@ag.tn.gov

Carolyn E. Coffey on behalf of Unknown Masayo Richardson
ccoffey@mfy.org

Joshua W. Cohen on behalf of Creditor Connecticut Housing Finance Authority
jwcohen@daypitney.com, arametta@daypitney.com

Ronald L. Cohen on behalf of Interested Party U.S. Bank National Association as Master Servicer of Certain Mortgage Backed Securities Trusts
cohenr@sewkis.com

Thomas A. Conrad on behalf of Creditor Petra Finance LLC
taconrad@sbwlawfirm.com, lwood@sbwlawfirm.com

Joseph N. Cordaro on behalf of Unknown United States of America
joseph.cordaro@usdoj.gov

Joseph Corneau on behalf of Interested Party Tracy L. Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp
jcorneau@klestadt.com

Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, Inc.
bankruptcy2@ironmountain.com

Christopher C. Costello on behalf of Interested Party WFNBA
cccostello@winston.com, docketny@winston.com

Donald H. Cram on behalf of Interested Party Severson & Werson, PC
dcram@severson.com, lkh@severson.com

Jonathan D. Crowley on behalf of Creditor Maurice M LoVuolo
jcrowley-esq@hotmail.com

Thomas J Cunningham on behalf of Unknown Locke Lord LLP
tcunningham@lockelord.com, kmorehouse@lockelord.com,till@lockelord.com

Walter H. Curchack on behalf of Trustee Wilmington Trust, National Association
wcurchack@loeb.com, vrubinstein@loeb.com

Louis A. Curcio on behalf of Unknown DLJ Consortium
louis.curcio@snrdenton.com

Michael G. Cutini on behalf of Unknown Cerberus Capital Management, L.P.
michael.cutini@srz.com, evan.melluzzo@srz.com;courtfilings@srz.com

Pranali Datta on behalf of Creditor Suntrust Mortgage, Inc.
pdatta@hhstein.com, carnold@hhstein.com;sramkhelawan@hhstein.com;jbrocks@HHStein.com

Jennifer C. DeMarco on behalf of Creditor Ocwen Loan Servicing, LLC
jennifer.demarco@cliffordchance.com

Benjamin P. Deutsch on behalf of Creditor Liberty Property Limited Partnership
bdeutsch@schnader.com

John P. Dillman on behalf of Creditor Cleveland ISD
houston_bankruptcy@publicans.com

J. Ted Donovan on behalf of Creditor Carrollton Farmers Branch ISD, et. al.
TDonovan@GWFGlaw.com, jstrauss@gwfglaw.com

Amish R. Doshi on behalf of Creditor Oracle America, Inc.
adoshi@magnozzikye.com

Robert W. Dremluk on behalf of Creditor CPN Pipeline Company
rdremluk@seyfarth.com

John H. Drucker on behalf of Financial Advisor FTI Consulting, Inc.
jdrucker@coleschotz.com;jdrucker@aol.com

Bryan F Duggan on behalf of Creditor Greentree Trustees of Greentree Condominium Trust, Hanover, MA
bduggan@kellemandkellem.com

Michael C. Dunbar on behalf of Attorney Michael Collins Dunbar
mdunbar@cfu.net, mcdunbar@cfu.net

Matthew J. Dyer on behalf of Creditor PennyMac Loan Services, LLC
ecfmail@aclawllp.com

David W. Dykhouse on behalf of Interested Party Ambac Assurance Corporation
dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com

Kenneth H. Eckstein on behalf of Creditor Committee Official Committee Of Unsecured Creditors
keckstein@kramerlevin.com

Devon Eggert on behalf of Other Prof. Mercer (US) Inc.
deggert@freeborn.com, bkdocketing@freeborn.com

Mark C. Ellenberg on behalf of Creditor MBIA Insurance Corporation
mark.ellenberg@cwt.com, wendy.kane@cwt.com

Michael S. Etkin on behalf of Creditor Bankruptcy Counsel for Cambridge Place Investment Management Inc.
metkin@lowenstein.com, mseymour@lowenstein.com;tdwatson@lowenstein.com

Michael S. Etkin on behalf of Defendant Boilermaker Blacksmith National Pension Trust
metkin@lowenstein.com, mseymour@lowenstein.com;tdwatson@lowenstein.com

Thomas R. Fawkes on behalf of Other Prof. Mercer (US) Inc.
tfawkes@freebornpeters.com, bkdocketing@freebornpeters.com

Robert J. Feinstein on behalf of Creditor Committee Official Committee Of Unsecured Creditors
rfeinstein@pszyj.com, dharris@pszyjw.com

Steven S. Fitzgerald on behalf of Defendant Columbus Life Insurance Company
sfitzgerald@wmd-law.com

Daniel J. Flanigan on behalf of Attorney Carlson Lynch, Ltd.
dflanigan@polsinelli.com, tbackus@polsinelli.com;docket@polsinelli.com

Yvette R Freedman on behalf of Debtor Residential Capital, LLC
yvetterfreedman@gmail.com, info@johnpeterlee.com

Jonathan Paul Friedland on behalf of Plaintiff Universal Restoration Services, Inc.
jfriedland@lplegal.com, ckrueger@lplegal.com

MARGUERITE ELLSWORTH GARDINER on behalf of Unknown Cerberus Capital Management, L.P.
marguerite.gardiner@srz.com, evan.melluzzo@srz.com;courtfilings@srz.com

Maryann Gallagher on behalf of Plaintiff Residential Capital, LLC, et al.
mgallagher@curtis.com

Len M. Garza on behalf of Creditor HSBC BANK USA, N.A.
lgarza@sterneisenberg.com, mcascino@sterneisenberg.com;ddelvecchio@sterneisenberg.com

Duane M. Geck on behalf of Interested Party Severson & Werson, PC
dmg@severson.com, lkh@severson.com,pag@severson.com,jc@severson.com

Ehud Gersten on behalf of Creditor Francine Silver
egersten@gerstenlaw.com

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue
sdnyecf@dor.mo.gov

Andrew K. Glenn on behalf of Defendant Federal Housing Finance Agency, as conservator for the Federal Home Loan Mortgage Corporation
aglenn@kasowitz.com, courtnotices@kasowitz.com

Glenn E. Glover on behalf of Defendant Executive Trustee Service, LLC
gglover@babc.com, jwatkins@babc.com

Joel R. Glucksman on behalf of Creditor City of Union City, NJ
jglucksman@scarincihollenbeck.com

Brian D. Glueckstein on behalf of Interested Party JPMorgan Chase Bank, N. A.
gluecksb@sullcrom.com

Howard O. Godnick on behalf of Unknown Cerberus Capital Management, L.P.
howard.godnick@srz.com, evan.melluzzo@srz.com

Seth Goldman on behalf of Debtor Residential Capital, LLC
seth.goldman@mto.com

Seth Goldman on behalf of Interested Party Berkshire Hathaway Inc.
seth.goldman@mto.com

Irena M. Goldstein on behalf of Creditor Assured Guaranty Municipal Corp.
igoldstein@proskauer.com

Brett D. Goodman on behalf of Unknown U.S. BANK NATIONAL ASSOCIATION
brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com

Leon B Gordon on behalf of Unknown Texas Ad Valorem Taxing Jurisdictions
nycourts@mvbalaw.com

Todd M. Goren on behalf of Debtor Residential Capital, LLC
tgoren@mofo.com, lmarinuzzi@mofo.com

Todd M. Goren on behalf of Plaintiff DOA Holding Properties, LLC
tgoren@mofo.com, lmarinuzzi@mofo.com

Garry M. Graber on behalf of Creditor Manufacturers and Traders Trust Company
ggraber@hodgsonruss.com, mmuskopf@hodgsonruss.com;rleck@hodgsonruss.com;swells@hodgsonruss.com;clutterbein@hodgsonruss.com

Christopher E Green on behalf of Unknown Mary Perkins White
chris@myfaircredit.com, Margaret@myfaircredit.com

Sapna Gupta on behalf of Interested Party John Garcia
pantanogupta@gmail.com

Joel C Haims on behalf of Debtor Residential Capital, LLC
JHaims@mofo.com, docketny@mofo.com

Alan D. Halperin on behalf of Interested Party Shellpoint Partners LLC f/k/a Shellpoint Mortgage LLC and New Penn Financial, LLC
ahalperin@halperinlaw.net, lgu@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net

Kimberly Ann Hamm, on behalf of Defendant Ace Securities Corp.
khamm@stblaw.com

Adam Craig Harris on behalf of Unknown Cerberus Capital Management, L.P.
adam.harris@srz.com

Juandisha Harris on behalf of Creditor State Of Michigan, Department Of Treasury
harrisj12@michigan.gov

Christopher L. Hawkins on behalf of Defendant Mortgage Electronic Registration System (MERS)
chawkins@bradleyarant.com

William A. Hazeltine on behalf of Interested Party Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc.
whazeltine@sha-llc.com

Matthew C. Helland on behalf of Creditor Bryan Bubnick

helland@nka.com

Ileana M. Hernandez on behalf of Unknown Los Angeles County Employees Retirement Association
ihernandez@manatt.com, astaltari@manatt.com

Stephen Hessler on behalf of Interested Party Ally Financial Inc.
shessler@kirkland.com,
richard.cieri@kirkland.com;victoria.cole@kirkland.com;michael.meltzer@kirkland.com;shavone.green@kirkland.com;caroline.nguyen@kirkland.cor

Charles A Higgs on behalf of Creditor HSBC BANK USA, N.A.
chiggs@mwc-law.com

William H. Hoch, III on behalf of Creditor MidFirst Bank
will.hoch@crowedunlevy.com,
ecf@crowedunlevy.com;christopher.staine@crowedunlevy.com;lysbeth.george@crowedunlevy.com;kerryann.wagoner@crowedunlevy.com;karen.m

Jonathan M. Hoff on behalf of Creditor MBIA Insurance Corporation
jonathan.hoff@cwt.com, jared.stanisci@cwt.com

Michael E. Holt on behalf of Creditor Hitoshi & Wakana Inoue
mholt@formanlaw.com

Rhonda Steadman Hood on behalf of Creditor Derrius Silmon
rhonda@whlfirm.com

Thomas Ross Hooper on behalf of Interested Party Law Debenture Trust Company of New York as Separate Trustee
hooper@sewkis.com

Thomas M. Horan on behalf of Interested Party J.P. Morgan Mortgage Acquisition Corporation
thoran@wcsr.com, hsasso@wcsr.com

Casey B. Howard on behalf of Unknown Locke Lord LLP
choward@lockelord.com

Claire L. Huene on behalf of Unknown Triaxx Prime CDO 2006-1, LLC
chuene@mw-law.com, jmoon@mw-law.com

Ron Jacobs on behalf of Unknown Epiq Bankruptcy Solutions, LLC
rjacobs@ecf.epiqsystems.com

Michael Jankowski on behalf of Creditor CIBM Bank
mjankows@reinhartlaw.com

Brandon Johnson on behalf of Unknown 2255 Partners, L.P.
brandon.johnson@pillsburylaw.com

David Thomas Johnson on behalf of Unknown James Robert Finch, II
djohnson@olsendaines.com, aclark@olsendaines.com;rdorman@olsendaines.com

Robert Alan Johnson on behalf of Creditor Aurelius Capital Management, LP
rajohnson@akingump.com, nymco@akingump.com

Benay L. Josselson on behalf of Interested Party Law Debenture Trust Company of New York as Separate Trustee
josselson@sewkis.com

Jordan S. Katz on behalf of Creditor Select Portfolio Servicing, Inc. as servicer for Wells Fargo Bank, N.A., as Trustee for SASCO 2007-MLN1
Trust Fund
sdny@kmk-law.net

Judith P Kenney on behalf of Counter-Claimant Philip Roger Flinn, II
judith@judithkenneylaw.com

John Kibler on behalf of Trustee HSBC Bank USA, National Association
john.kibler@allenovery.com

Richardo I. Kilpatrick on behalf of Creditor Oakland County Treasurer
ecf@kaalaw.com

Tracy L. Klestadt on behalf of Interested Party Community South Bank
tklestadt@klestadt.com, tklestadt@gmail.com

Scott Edward Koerner on behalf of Creditor Bank of New York Mellon as Master Servicer of Certain Trusts and Pools which hold Residential
Mortgages or Residential Real Properties

scott.koerner@dentons.com

Mark D. Kotwick on behalf of Interested Party U.S. Bank National Association, as Securitization Trustee
kotwick@sewkis.com

Deborah Kovsky-Apap on behalf of Spec. Counsel Pepper Hamilton LLP
kovskyd@pepperlaw.com, alexsym@pepperlaw.com,kressk@pepperlaw.com

Bennette D. Kramer on behalf of Interested Party Homeowners Claimants
bdk@schlamstone.com

James N. Lawlor on behalf of Unknown The Western and Souther Life Insurance Company, et al
jlawlor@wmd-law.com, jgiampolo@wmd-law.com

David M. LeMay on behalf of Examiner Arthur J. Gonzalez, Examiner
dlemay@chadbourne.com

Gary S. Lee on behalf of Consultant Towers Watson Delaware Inc.
glee@mofo.com, jpintarelli@mofo.com

Jason Leibowitz on behalf of Creditor Wachovia Bank National Association, as Trustee of the Security National Mortgage Loan Trust 2004-2
jleibowitz@kandfllp.com

Saul Oscar Leopold on behalf of Creditor Bank of America, N.A.
sleopold@leopoldassociates.com, mporch@leopoldassociates.com;ecf@leopoldassociates.com

Ira M. Levee on behalf of Interested Party Cambridge Place Investments Management Inc.
ilevee@lowenstein.com, mseymour@lowenstein.com

Ira M. Levee on behalf of Interested Party New Jersey Carpenters Health Fund, New Jersey Carpenters Vacation Fund and Boilermakers Blacksmith
National Pension Trust
ilevee@lowenstein.com, mseymour@lowenstein.com

Eric B. Levine on behalf of Examiner Arthur J. Gonzalez, Examiner
levine@whafh.com

Melissa N Licker on behalf of Creditor GMAC MORTGAGE, LLC
bankruptcy@feinsuch.com

James M Lloyd on behalf of Interested Party Aurora Bank, FSB
jlloyd@greenhall.com

Eric Lopez Schnabel on behalf of Unknown Dorsey and Whitney LLP
mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Sherri D. Lydell on behalf of Creditor Pite Duncan, LLP
slydell@platzerlaw.com, tsadutto@platzerlaw.com

Phillip Mahony on behalf of Creditor Capital One, N.A.
ecf@leopoldassociates.com

Douglas Mannal on behalf of Creditor Committee Official Committee Of Unsecured Creditors
dmannal@kramerlevin.com,
docketing@kramerlevin.com;rringer@kramerlevin.com;edaniels@kramerlevin.com;ashain@kramerlevin.com;nallard@kramerlevin.com

Jason E. Manning on behalf of Attorney Troutman Sanders LLP
jason.manning@troutmansanders.com,
lori.collins@troutmansanders.com;andrew.pittman@troutmansanders.com;karen.russell@troutmansanders.com;danyel.patrick@troutmansanders.com

Alan E. Marder on behalf of Creditor Digital Lewisville, LLC
lgomez@msek.com

Lorenzo Marinuzzi on behalf of Debtor DOA Holding Properties, LLC
lmarinuzzi@mofo.com

Lorenzo Marinuzzi on behalf of Plaintiff DOA Holding Properties, LLC
lmarinuzzi@mofo.com

Etan Mark on behalf of Defendant Lender Processing Services, Inc.
emark@bergersingerman.com

D. Ross Martin on behalf of Interested Party Ad Hoc RMBS Holder Group
ross.martin@ropesgray.com

D. Ross Martin on behalf of Interested Party Steering Committee Group of RMBS Holders
ross.martin@ropesgray.com

Thomas Russell Mason on behalf of Plaintiff Bruce DeMustchine
attytmason@gmail.com

Ted Eric May on behalf of Creditor Selene Finance as Servicing Agent for Movant DLJ Mortgage Capital, Inc.
ted.may@maylawfirm.com

Brian McCaffrey on behalf of Unknown Marc Combs
info@mynylawfirm.com, brian@mynylawfirm.com

Garvan F. McDaniel on behalf of Interested Party Landon Rothstein, Jennifer Davidson, Robert Davidson, Ihor Kobryn, individually and on behalf of
all others similarly situated
gmcdaniel@bglawde.com, maugustine@bglawde.com

Lorraine S. McGowen on behalf of Attorney Orrick, Herrington & Sutcliffe LLP
lmcgowen@orrick.com, dfelder@orrick.com

Heather Boone McKeever, on behalf of Creditor Shane M. Haffey
foreclosurefraud@insightbb.com

Debra Weinstein Minoff on behalf of Trustee Wilmington Trust, National Association
dminoff@loeb.com, tcummins@loeb.com

Mark Minuti on behalf of Plaintiff American Residential Equities, LLC
mminuti@saul.com, rwarren@saul.com

Jeffrey Mispagel on behalf of Creditor The Bank of New York Mellon Trust Company, N.A.
jeffrey.mispagel@dechert.com, jason.smith@dechert.com

Joseph Thomas Moldovan on behalf of Interested Party The Independent Directors of the Residential Capital, LLC
bankruptcy@morrisoncohen.com

Joseph Thomas Moldovan on behalf of Unknown Independent Directors of Residential Capital LLC
bankruptcy@morrisoncohen.com

Thomas J. Moloney on behalf of Creditor CO Moore, LP
maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com

Carol E. Momjian on behalf of Creditor Commonwealth of Pennsylvania, Bureau of Compliance
cmomjian@attorneygeneral.gov

Thomas M. Monahan on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys et al.
tmonahan@samlegal.com

Mayer Morganroth on behalf of Creditor Mary Critchley
mmorganroth@morganrothlaw.com, dantovski@morganrothlaw.com;shall@morganrothlaw.com

John A. Morris on behalf of Plaintiff Official Commitee of Unsecured Creditors
Jmorris@PSZJLaw.com

Matthew P. Morris on behalf of Defendant Huntington Bancshares Inc.
mpmorris@gelaw.com, delman@gelaw.com;ayusupova@gelaw.com

Andrew W. Muller on behalf of Creditor Bank of the West
amuller@stinson.com

Vicente Matias Murrell on behalf of Creditor Pension Benefit Guaranty Corporation
murrell.vicente@pbgc.gov, efile@pbgc.gov

Jason A. Nagi on behalf of Interested Party Representative Plaintiffs, the Putative Class, and the Mitchell Class
jnagi@polsinelli.com, tbackus@polsinelli.com;kvervoort@polsinelli.com;docketing@polsinelli.com

David Neier on behalf of Interested Party FEDERAL NATIONAL MORTGAGE ASSOCIATION
dneier@winston.com, dcunsolo@winston.com

Laura E. Neish on behalf of Creditor National Credit Union Administration Board
lneish@zuckerman.com

Kevin Michael Newman on behalf of Defendant BASS & MOGLOWSKY, S.C.
knewman@menterlaw.com, kmnbk@menterlaw.com

Wendy Alison Nora on behalf of Creditor Paul N. Papas II
accesslegalservices.bkyny@gmail.com

Richard P. Norton on behalf of Interested Party Newport Management Corporation
rnorton@hunton.com

Sean A. O'Neal on behalf of Trustee Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by
Residential Capital, LLC
soneal@cgsh.com, maofiling@cgsh.com;jcroft@cgsh.com

Katherine S. Parker-Lowe on behalf of Creditor Daniela L. Gilbert
katherine@ocracokelaw.com

Amanda F. Parsels on behalf of Unknown Triaxx Prime CDO 2006-1, LLC
aparsels@mw-law.com

Paul J. Pascuzzi on behalf of Creditor California Housing Finance Agency
ppascuzzi@ffwplaw.com

Inbal Paz on behalf of Unknown Clayton Holdings LLC
ipaz@blankrome.com, tpryan@blankrome.com;jhanner@blankrome.com;kreda@blankrome.com

Geoffrey J. Peters on behalf of Creditor GMAC MORTGAGE, LLC
colnyecf@weltman.com

Gregory M. Petrick on behalf of Creditor MBIA Insurance Corporation
gregory.petrick@cwt.com

Andrew J. Petrie on behalf of Creditor CITIMORTGAGE, INC.
apetrie@featherstonelaw.com, randerson@featherstonelaw.com

Kiyam J. Poulson on behalf of Defendant Seneca Trustees, Inc.
kpoulson@dlgnylaw.com

David M. Powlen on behalf of Creditor USAA Federal Savings Bank
david.powlen@btlaw.com, pgroff@btlaw.com

Alexander Prieto on behalf of Unknown The People of the State of California, by and through its Department of Transportation
alexander_prieto@dot.ca.gov

Anthony Princi on behalf of Debtor Residential Capital, LLC
aprinci@mofo.com, nmoss@mofo.com;mcrespo@mofo.com

Abid Qureshi on behalf of Creditor Aurelius Capital Management, LP
aqureshi@akingump.com

Steven J. Reisman on behalf of Debtor Residential Capital, LLC
sreisman@curtis.com,
cgiglio@curtis.com;jdrew@curtis.com;mgallagher@curtis.com;dching@curtis.com;jzimmer@curtis.com;macohen@curtis.com;tsmith@curtis.com;h

Steven J. Reisman on behalf of Plaintiff Residential Capital, LLC
sreisman@curtis.com,
cgiglio@curtis.com;jdrew@curtis.com;mgallagher@curtis.com;dching@curtis.com;jzimmer@curtis.com;macohen@curtis.com;tsmith@curtis.com;h

Isaac M. Rethy on behalf of Defendant Ace Securities Corp.
irethy@stblaw.com

Thomas C. Rice on behalf of Defendant Ace Securities Corp.
trice@stblaw.com, managingclerk@stblaw.com

Robert A. Rich on behalf of Creditor CoreLogic, Inc.
rrich2@hunton.com

Kai H. Richter on behalf of Creditor Christina Ulbrich
krichter@nka.com, assistant@nka.com

Phillip R. Robinson on behalf of Creditor Kevin J Matthews
probinson@legglaw.com, usdc@legglaw.com;phillipreaserobinson@gmail.com

Michael P. Roland, on behalf of Unknown Jacques and Deirdre Raphael
mprolandpa@gmail.com

Michael A. Rollin on behalf of Creditor Lehman Brothers Holdings Inc.
mrollin@rplaw.com, scoggins@rplaw.com;aromanelli@rplaw.com

Martha E. Romero on behalf of Creditor San Bernardino County
romero@mromerolawfirm.com

Scott D. Rosen on behalf of Interested Party Farmington Woods Master Association, Inc.
srosen@cb-shea.com

Norman Scott Rosenbaum on behalf of Creditor GMAC MORTGAGE, LLC
nrosenbaum@mofo.com

Norman Scott Rosenbaum on behalf of Defendant Residential Capital, LLC, et al.
nrosenbaum@mofo.com

Paul Rubin on behalf of Unknown Canon USA, Inc.
prubin@herrick.com

Scott K. Rutsky on behalf of Unknown Dallas CPT Fee Owner, L.P.
srutsky@proskauer.com

Herbert K. Ryder on behalf of Creditor Connecticut Housing Finance Authority
hryder@daypitney.com, hryder@ecf.inforuptcy.com

JOSEPH MICHAEL SAFFIOTI on behalf of Interested Party Garry Corts
jms.salaw@verizon.net, CHRIS.SALAW@VERIZON.NET

Kayvan B. Sadeghi on behalf of Debtor Residential Capital, LLC
ksadeghi@mofo.com, docketny@mofo.com

Teresa Sadutto-Carley on behalf of Creditor Canon Financial Services, Inc.
tsadutto@platzerlaw.com, mkaplan@platzerlaw.com

Jeffrey L. Saltiel on behalf of Unknown Med&G Group, LP
jsaltiel@aol.com

Avery Samet on behalf of Plaintiff American Residential Equities, LLC
asamet@samlegal.com, jhoyte@samlegal.com;anazer@samlegal.com

Diane W. Sanders on behalf of Creditor Cameron County
austin.bankruptcy@lgbs.com

Thomas P. Sarb on behalf of Interested Party RMBS Settling Investors represented by Talcott Franklin, PC
ecfsarbt@millerjohnson.com

Richard Sax on behalf of Creditor Julio Solano
richard@rsaxlaw.com, rsaxdiane@pacbell.net

Eric A Schaffer on behalf of Defendant WELLS FARGO BANK, N.A.
eschaffer@reedsmith.com, slucas@reedsmith.com

Eric A Schaffer on behalf of Defendant Wells Fargo Bank, N.A., in its Capacity as Third Priority Collateral Agent and Collateral Control Agent for
the 9.625% Junior Secured Guaranteed Notes Due 2015 Issued by Debtor Residential Capita
eschaffer@reedsmith.com, slucas@reedsmith.com

William B. Schiller on behalf of Creditor First Niagara Bank, N.A, successor by merger to New Alliance Bank
wschiller@schillerknapp.com, lgadomski@schillerknapp.com

Sarah Schindler-Williams on behalf of Creditor PNC Bank, National Association
schindlerwilliamss@ballardspahr.com

Bradley Schneider on behalf of Interested Party Berkshire Hathaway Inc.
bradley.schneider@mto.com

Ray C Schrock on behalf of Interested Party Ally Bank
ray.schrock@kirkland.com, beth.friedman@kirkland.com

Ray C Schrock on behalf of Interested Party Ally Financial Inc.
ray.schrock@kirkland.com, beth.friedman@kirkland.com

Robert L. Schug on behalf of Creditor Bryan Bubnick
rschug@nka.com

Brendan M. Scott on behalf of Interested Party Community South Bank
bscott@klestadt.com

Howard Seife on behalf of Examiner Arthur J. Gonzalez, Examiner
arosenblatt@chadbourne.com

Erin P. Severini on behalf of Creditor Residential Credit Solutions, Inc.
es@dgandl.com

David B. Shaev on behalf of Creditor Sylvia Essie Dadzie
david@sflawny.com;adam@sflawny.com;shaevlaw1@gmail.com

Joel M. Shafferman on behalf of Creditor Nyctl 2011-A trust
joel@shafeldlaw.com

Andrea Sheehan on behalf of Creditor Carrollton Farmers Branch ISD, et. al.
sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Scott C. Shelley on behalf of Creditor AIG Asset Management (US), LLC
scottshelley@quinnemanuel.com

Joshua Sherer on behalf of Creditor RUSHMORE LOAN MANAGEMENT SERVICES, as servicer for WELLS FARGO BANK, N.A., NOT IN
ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2011-1T
jsherer@feinsuch.com, bankruptcy@feinsuch.com

J. Christopher Shore on behalf of Attorney White & Case LLP
cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;jwinters@whitecase.com;Lindsay.Leonard@ny.whitecase.com

Jeremy Edward Shulman on behalf of Creditor Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a
Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB
jshulman@afrct.com, mpero@afrct.com;bcruz@afrct.com

Abigail Snow on behalf of Creditor Los Angeles County Treasurer and Tax Collector
asnow@ssbb.com

Sean C. Southard on behalf of Unknown Roosevelt Depositor LLC
ssouthard@klestadt.com

Steven S. Sparling on behalf of Creditor Committee Official Committee Of Unsecured Creditors
ssparling@kramerlevin.com, docketing@kramerlevin.com

John Wesley Spears, III on behalf of Creditor Recall Secure Destruction Services, Inc.
john.spears@alston.com

John Mark Stern on behalf of Creditor Texas Comptroller of Public Accounts
john.stern@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov

Mark A. Strauss on behalf of Interested Party Landon Rothstein, Jennifer Davidson, Robert Davidson, Ihor Kobryn, individually and on behalf of all
others similarly situated
mstrauss@kmllp.com, telrod@kmllp.com

Jennifer L. Sutton on behalf of Interested Party Board of Governors of the Federal Reserve System
jennifer.l.sutton@frb.gov

Stanley B. Tarr on behalf of Creditor Infor Global Solutions (Michigan), Inc.
tarr@blankrome.com

Jay Teitelbaum on behalf of Interested Party JPMorgan Chase Bank, N. A.
jteitelbaum@tblawllp.com, dcampagne@tblawllp.com

David L. Tillem on behalf of Unknown County of Putnam
tiilemd@wemed.com

Patricia Tomasco on behalf of Creditor The Frost National Bank
ptomasco@jw.com, kgradney@jw.com;ccthomas@jw.com

James J. Vincequerra on behalf of Creditor Green Planet Servicing, LLC
jvincequerra@duanemorris.com

David L Wales on behalf of Plaintiff Sealink Funding Limited
dwales@blbglaw.com, errol.hall@blbglaw.com

Sarah B. Wallace, on behalf of Creditor CitiMortgage, Inc.

swallace@featherstonelaw.com, randerson@featherstonelaw.com

Rodd C. Walton on behalf of Plaintiff Michael A Farr
rwalton@legacy-groups.com

Minyao Wang on behalf of Creditor Massachusetts Mutual Life Insurance Company
minyaowang@quinnemanuel.com

Michael D. Warner on behalf of Creditor HP Enterprise Services, LLC
mwarner@coleschotz.com, klabrada@coleschotz.com

James P. Watkins on behalf of Defendant Mortgage Electronic Registration System (MERS)
jwatkins@babc.com

Scott A. Weiss on behalf of Unknown OceanFirst Bank, successor in interest to Columbia Equities, LTD
scott@weissnweiss.com

John C. Weitnauer on behalf of Interested Party Wells Fargo Bank, N.A.
kit.weitnauer@alston.com

Elizabeth Weller on behalf of Creditor Cameron County
dallas.bankruptcy@publicans.com

Douglas C. Wigley, on behalf of Creditor Gregory Balensiefer
dwigley@dessauleslaw.com, hpeters@dessauleslaw.com

Amy Williams-Derry on behalf of Defendant Federal Home Loan Bank of Boston
awilliams-derry@kellerrohrback.com, kmak@kellerrohrback.com

Eric R. Wilson on behalf of Creditor U.S. Bank National Association, as Indenture Trustee
KDWBankruptcyDepartment@Kelleydrye.com

Lori L. Winkelman on behalf of Creditor OneWest Bank
lori.winkelman@quarles.com, sybil.aytch@quarles.com

Eric D. Winston on behalf of Creditor Commerce Street Investments, LLC
ericwinston@quinnemanuel.com

Ellen K. Wolf on behalf of Creditor IBM Corporation
ewolf@wolfgroupla.com, kmanning@wolfgroupla.com

Douglas Wolfe on behalf of Creditor ASM Capital, L.P.
dwolfe@asmcapital.com

Robert D. Wolford on behalf of Interested Party RMBS Settling Investors represented by Talcott Franklin, PC
ecfwolfordr@millerjohnson.com

David J. Woll on behalf of Defendant Ace Securities Corp.
dwoll@stblaw.com, managingclerk@stblaw.com

Adam D. Wolper on behalf of Unknown Canon USA, Inc.
awolper@herrick.com

Richard L. Wynne on behalf of Interested Party Financial Guaranty Insurance Company
rlwynne@jonesday.com

Hale Yazicioglu on behalf of Creditor Iron Mountain Information Management, Inc.
hy@bostonbusinesslaw.com

George A Zelcs on behalf of Creditor National Credit Union Administration Board
gzelcs@koreintillery.com, dhutton@koreintillery.com

Stephen Zide on behalf of Creditor Committee Official Committee of Unsecured Creditors of Residential Capital, LLC, et al.
szide@kramerlevin.com, nallard@kramerlevin.com

**12-12020-mg Notice will not be electronically mailed to:**

Edward Haywood Payne, Jr.
214 North 52nd Street
Philadelphia, PA 19139

Erlinda Abibas Aniel

Amherst Advisory & Management, LLC
,

Timothy J. Amos on behalf of Unknown Tim Amos, Individually, And Golden & Amos, PLLC
Golden & Amos, PLLC
543 Fifth Street
Parkersburg, WV 26101

Antoinette Aribal
,

BSI FINANCIAL SERVICES, INC
,

Susan F. Balaschak on behalf of Creditor EverBank
Akerman Senterfitt LLP
335 Madison Avenue
Suite 2600
New York, NY 10017
susan.balaschak@akerman.com, michael.goldberg@akerman.com;angela.lipscomb@akerman.com;kimberly.shinder@akerman.com

Corinne Ball on behalf of Interested Party Financial Guaranty Insurance Company
Jones Day
222 East 41st Street
New York, NY 10017
dsciabarassi@jonesday.com

Barclays Bank PLC
,

Basic Life Resources
,

Marceen Bloom
,

Willie L. Boykin
250 Sterling Ridge Dr
Atoka, TN 38004

Hugo Brandsetter
2944 Glacier Trail
Porter, IN 46304

Donald & Bonnie Brelsford
,

Judson Brown on behalf of Interested Party Ally Financial Inc.
Kirkland & Ellis LLP
665 15th Street, N.W. Ste. 1200
Washington, DC 20005

Mark and Lori Burris
,

C. Price D. Harris
,

William Carlson
533 King Circle
Lake Orion, MI 48362

Centerview Partners LLC
31 West 52nd Street
22nd Floor
New York, NY 10019

Donna Chinloy
,

Kurtzman Carson Consultants LLC, Claims Agent
Attn: James Le

2335 Alaska Avenue
El Segundo, CA 90245
www.kccllc.com
,

Richard W. Clary on behalf of Interested Party Barclays Capital, Inc.
Cravath, Swaine & Moore, LLP
825 Eighth Avenue
New York, NY 10019

Clerk's Office of the U.S. Bankruptcy Court
,

Clerk's Office of the U.S. Bankruptcy Court, S.D.N.Y.
,

Clerks Office U.S. Bankruptcy Court
,

Clerks Office of the U.S. Bankruptcy Court SDNY
,

Jeffrey L. Cohen on behalf of Creditor ClearCapital.com, Inc.
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036
jcohen@cooley.com

Nelson C. Cohen on behalf of Unknown Constitution Corporate Federal Credit Union
Zuckerman, Spaeder, Goldstein Taylor &
Kolker, LLP
1201 Connecticut Avenue, NW
Washington, DC 20036

Joseph A Connor III
PO Box 1474
Cobb, CA 95426

Joseph A. Connor, III
P.O. Box 1474
Cobb, CA 95426

County of San Benito
440 Fifth Street
Courthouse, Room 107
Hollister, CA 95023-3894

Kristin L. Crone on behalf of Creditor Ahmed Moujahid
UFAN Legal Group PC
1490 Stone Point Drive
Suite 100
Roseville, CA 95661

David Cruz, Jr.
4672 NW 57th Avenue
Coral Springs, FL 33067

DB Structured Products, Inc.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Daryoush M. Jahromi, Fernando M. Miller,
,

Debt Acquisition Co of America V, LLC
1565 Hotel Circle S, #310
San Diego, CA 92108

Deloitte & Touche LLP
200 Renaissance Center, Suite 3900
Detroit, MI 48243

Michael P. Donaghy
,

Stephanie Donaghy
,

Douglas County Treasurer
,

Franklin D. Easterday
83 West Liberty Street
Quincy, MI 49082

Phyllis J. Easterday
83 West Liberty Street
Quincy, MI 49082

Jason Emert
882 Castleman Branch Road
Shepherdsville, KY 40165

Stefan W. Engelhardt on behalf of Debtor Residential Capital, LLC
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
docketny@mofo.com

Stefan W. Engelhardt on behalf of Plaintiff DOA Holding Properties, LLC
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
docketny@mofo.com

FIT Consulting, Inc.
,

Bernadette Fantone
1870 San Benito Way
Coalinga, CA 93210

Nestor Fantone
1870 San Benito Way
Coalinga, CA 93210

Patrick D. Fleming on behalf of Unknown Deutsche Bank Trust Company Americas, as trustee
Morgan,Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
Pfleming@morganlewis.com

Fortace LLC
1601 N. Sepulveda Blvd #146
Manhattan Beach, CA 90266

Talcott Franklin on behalf of Unknown Talcott Franklin Group
Talcott Franklin, P.C.
208 North Market Street
Suite 200
Dallas, TX 75202

Bill A. Fuchs
7101 Plank Avenue
El Cerrito, CA 94530

Raymond Wm Fullerton on behalf of Creditor Frances E. King

James L. Garrity, Jr. on behalf of Creditor Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas, as Trustee of
Certain Mortgage-Backed Securities Trusts
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Vito Genna
,

Anaissa Gerwald
,

D.W. Grimsley, Jr. on behalf of Unknown Andrew D. Dunavant, Jr.
D.W. Grimsley, Jr., P.C.
21 South Section St.
Fairhope, AL 36532

Deborah M. Gross-Quatrone on behalf of Unknown Township of Saddle Brook
70 Market Street
Saddle Brook, NJ 07663

Henry A. Gustaf, Jr.
,

HSBC Bank USA, National Association
,

Rhodrick Harden
1568 Loretta Ave
Coumbus, OH 43211

Hedeya Haroutunian
Shaghzo & Shaghzo Law Firm, APC
100 W. Broadway, Suite 540
Glendale, CA 91210

Courteney F. Harris on behalf of Unknown Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032

Stephanie Harris
PO Box 190504
Miami Beach, FL 33119

Randy & Kelly Heiden
,

Pamela Z. Hill
6675 Wahl Road
Freeland, WA 98249

Christopher W. Hobbs on behalf of Unknown Rodney Fisher
Zimmerman, Lieberman, Tamulonis & Hobbs
P.O. Box 238
Pottsville, PA 17901

Patrick J Hopper
220 McCartney Dr
Moon Twp, PA 15108

Patrick J. Hopper
220 McCartney Dr.
Moon Twp, PA 15108

John G. Hutchinson on behalf of Interested Party Nationstar Mortgage LLC
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
emcdonnell@sidley.com;bhoffart@sidley.com;ashear@sidley.com

Imperial County Tax Collector
940 West Main Street
Suite 106
El Centro, CA 92243

Corla Jackson
13230 Tom Gaston Rd
Mobile, AL 36695

Corla Reeves Jackson
13230 Tom Gaston Rd
Mobile, AL 36695

Bernice Jandrasi
24607 Mount Auburn Dr
Katy, TX 77494

Oskar A. Johanson
105 Rivergate Pl
Lodi, CA 95240-0557

Jump Trading, LLC
600 W. Chicago Avenue
Suite 825
Chicago, IL 60654

KPMG LLP
,

Rebecca Keller
,

Ken Burton, Jr. Manatee County Tax Collector
Attn: Susan D. Profant
4333 US 301 North
Ellenton, FL 34222

Taggart Kenneth
45 Heron Rd
Holland, PA 18966

Richardo l. Kilpatrick on behalf of Creditor Wayne County Treasurer
Kilpatrick & Associates, P.C.,
903 N. Opdyke Road, Suite C
Auburn Hills, MI 48326

David Kinsworthy
,

Leslie Kinsworthy
,

Susheel Kirpalani on behalf of Creditor AIG Asset Management (US), LLC
Quinn Emanuel Urquhart
& Sullivan LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
susheelkirpalani@quinnemanuel.com, benjaminfinestone@quinnemanuel.com

Michael Klein on behalf of Creditor ClearCapital.com, Inc.
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036-2714
mklein@cooley.com

Judith Kopen on behalf of Unknown East Amwell Township
Gebhardt & Kiefer
1318 Route 31
PO Box 4001
Clifton, NJ 08809-4001

Kevin C. Kovacs
1876 Highpoint Road
Coopersburg, PA 18036

Kramer Levin Naftalis & Frankel LLP
,

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Cathryn Lafayette
,

Long T. Lam
1214 W. 6th Street
Irving, TX 75060

Muop T. Lam
1214 W. 6th Street
Irving, TX 75060

Revamae Lannaman
125 Evergreen Drive
Lake Park, FL 33403

Lead Plaintiff
,

Sidney T. Lewis
1875 Alvason Avenue
Columbus, OH 43219

Yvonne D. Lewis
1875 Alvason Avenue
Columbus, OH 43219

Yvonne D. Lewis on behalf of Plaintiff Yvonne D. Lewis
1875 Alvason Avenue
Columbus, OH 43219

Lone Star U.S. Acquisitions, LLC

James J. Lotz on behalf of Creditor CIBM Bank
Foley & Mansfield, P.L.L.P.
545 Madison Avenue
15th Floor
New York, NY 10022
jlotz@foleymansfield.com

Michael Luskin on behalf of Interested Party Goldin Associates, LLC
Luskin, Stern & Eisler LLP
Eleven Times Square
New York, NY 10036

Rafael Malave
1060 Post Avenue
Staten Island, NY 10302

Jennifer Kaye Marlow
,

Ralph V. Marlow
,

James R. Martin
14587 Berklee Drive
Addison, TX 75001-3533

Madeline Martin
14587 Berklee Drive
Addison, TX 75001-3533

Russell D. Mays
250 West Depot Street
Greeneville, TN 37743

Brett A. Mearkle on behalf of Creditor Marie Smith McKenzie
The Law Office of Brett A. Mearkle, P.A.
8777 San Jose Boulevard
Churchill Park, Suite 801
Jacksonville, Fl 32217

Robert N. Michaelson on behalf of Unknown Wendy Alison Nora
The Michaelson Law Firm
11 Broadway
Suite 615
New York, NY 10004

Jean Milliance
7 Lucille Court
Edison, NJ 08820

Moelis & Company LLC
,

Lerae Britain Moeller
,

Monroe County Tax Claim Bureau
1 Quaker Plaza, Room 104
Stroudsburg, PA 18360

Janice Marie Montgomery
2607 N. Shartel Avenue
Oklahoma City, OK 73103

Michael M. Moore
Basic Life Resources
6675 Wahl Road
Freeland, WA 98249

Ross E. Morrison on behalf of Defendant Balboa Insurance Company
BuckleySandler LLP
1133 Avenue of the Americas, Suite 3100
New York, NY 10036
rmorrison@buckleysandler.com, selhashem@buckleysandler.com

Morrison & Foerster LLP
,

Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

MortgageIT Holdings, Inc.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Alan Moss
PO Box 721
Moss Beach, CA 94038

Sophia Mullen on behalf of Interested Party Nationstar Mortgage LLC
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
smullen@sidley.com, emcdonnell@sidley.com

Larren M Nasbelky on behalf of Defendant GMAC Mortgage LLC (Successor by Merger to GMAC Mortgage Corporation) As Servicer For The
Bank of New York Mellon Trust Company, National Association
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Larren M. Nashelsky on behalf of Debtor DOA Holding Properties, LLC
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Diem T. Nguyen
,

Diem T. Nguyen

16478 Beach Boulevard #331
Westminster, CA 92683

Gerald Niesen
2140 Sweeney Road
Lompoc, CA 93436

Joan F. Niesen
1335 Purisima Road
Lompoc, CA 93436

Office of UnemploymentCompensation Tax Services (UCTS)
Dept of Labor and Industry
Commonwealth of Pennsylvania
625 Cherry Street, Room 203
Reading, PA 19602-1152

Office of the County Attorney
,

Paul Papas
4727 E. Bell Road
#45 PMB 350
Phoenix, AZ 85032

Georgana Pappas
,

Paulson & Co., Inc.
,

William Pelfrey
,

Julio Pichardo
1201 E. Sudene Avenue
Fullerton, CA 92831

Prince Lobel Tye LLP
,

Prince Lobel Tye LLP
Attn: Richard Briansky
100 Cambridge Street
Suite 2200
Boston, MA 02114

Patricia S. Pringle
104 Freestone St
Greenville, SC 29605

Alfredia Pruitt
,

Alfreida Pruitt
,

Dennis Quon
,

M. Nawaz Raja
,

Neelum Nawaz Raja
,

Ryan Ramey
,

Frank Reed
,

Reed Smith LLP

Arlene M. Richardson on behalf of Creditor Mary Gardner
Richardson Legal Center, LLC
PO Box 6
Highland Home, AL 36041

Gary Riebschlager

Richard D. Rode on behalf of Creditor Richard D. Rode
2301 West Lawther Drive
Deer Park, TX 77536

Ronald Rowland on behalf of Creditor EMC Corporation

Fedelina Roybal De-Aguero

Fedelina Roybal-Deaguero 2008 Trust
42265 Little Lake Road
Medocino, CA 94560

Marie A. Runnalls
2750 S. Durango Drive, #1007
Las Vegas, NV 89117

Paula Rush

Jordan Segal on behalf of Creditor Select Portfolio Servicing, Inc.
Morris, Hardwickm Schneider
6 Nashua Court
Suite D
Baltimore, MD 21221

Seminole County Tax Collector

Armen Shaghzo

Glenn E. Siegel on behalf of Creditor The Bank of New York Mellon
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Glenn.Siegel@dechert.com

Sierra Liquidity Fund, LLC

SilvermanAcampora LLP

Siupo Chan & Associates, PC
3635 Peachtree Industrial Blvd
Suite 100
Duluth, GA 30096

Leland P. Smith on behalf of Creditor Douglas Emmett 1997, LLC
Douglas Emmett
808 Wilshire Boulevard
Suite 200
Santa Monica, CA 90401

Fredric Sosnick on behalf of Creditor CITIBANK, N.A.
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022-6069
randy.martin@shearman.com;kerri.silver@shearman.com

State Of New York

Barbara L. Stephens
514 204th Ave.
Ct-KPS
Lakebay, WA 98349

Syncora Guarantee Inc.
'

Kenneth Taggart
'

Scott Talmadge on behalf of Creditor Bank of America, N.A.
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

James J. Tancredi on behalf of Creditor Connecticut Housing Finance Authority
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1213

Tenth Judicial Circuit of Alabama, D-300 Jefferson County Courthouse
'

Texas Comproller of Public Accounts
'

Texas Comptroller Of Public Accounts
'

Texas Comptroller of Accounts
'

Albina Tikhonov
'

Diana Lee Torrejon
1566 S. Brown Ave.
Tuscon, AZ 85710

Joe H. Tuffaha
'

United States Bankruptcy Court, SDNY
'

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Richard N. Valencia
9255 West Taylor Street
Tolleston, AZ 85353

Valerie Ann Greene
'

Joe R. Vargas
213 U Street
Bakersfield, CA 93304

Joe R. Vargas, Sr.
213 U. St.
Bakersfield, CA 93304

Leroy & Grace Walker
'

Larry D. Walls
3831 W. 60th St.

Los Angeles, CA 90043

Walter Investment Management Corp.
,

Pamela H. Walters on behalf of Unknown Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 18493

Wells Fargo Bank, N.A., as Trustee c/o Select Portfolio Servicing
Frenkel and Lambert et al.
53 Gibson Street
Bay Shore, NY 11706

Michael Wheeler
,

Emily K. Wilkin
701 South Deleware St.
Irving, TX 75060

Jay Williams
5731 Post Rd.
Bronx, NY 10471

Wilmington Trust, National Association
,

Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC
,

Jennifer L. Wilson
4365 School House Commons, 500-251
Harrisburg, NC 28075

Keith Wofford on behalf of Interested Party Steering Committee Group of RMBS Holders
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
keith.wofford@ropesgray.com, SSally@ropesgray.com

Zeichner Ellman & Krause LLP
,

and Kenneth L. Kral and Lisa A. Stricker, proposed class[ Central District Of California CASE NO. CV12-012023 GW(OPx] and parties
,

proposed class representatives [ Central District Of California Case No. CV11-10721 (RNBx)
,

**12-12020-mg These participants in a related case have chosen not to receive notice from this case:**
Richard G. Haddad on behalf of Defendant Ally Financial Inc.
rhaddad@oshr.com, awilliams@oshr.com;eweinick@oshr.com;ahalpern@oshr.com;tkirklin@oshr.com;jbougiamas@oshr.com;swells@oshr.com

Mark B. Holton on behalf of Defendant Federal Deposit Insurance Corp. as receiver for Citizens National Bank and Strategic Capital Bank
mholton@graisellsworth.com,
mmenge@graisellsworth.com;mmathis@graisellsworth.com;kmatthews@graisellsworth.com;mheifetz@graisellsworth.com;panton@graisellsworth.c

Sarah K. Kam on behalf of Defendant WELLS FARGO BANK, N.A.
skam@reedsmith.com