MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Todd M. Goren
Samantha Martin

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- )
                                                                    )
In re:                                                              )    Case No. 12-12020 (MG)
                                                                    )
RESENTIAL CAPITAL, LLC, et al.,                                     )    Chapter 11
                                                                    )
                                        Debtors.                    )    Jointly Administered
                                                                    )
------------------------------------------------------------------- )

**NOTICE OF ADJOURNMENT OF STATUS CONFERENCE AND EVIDENTIARY
HEARING ON DEBTORS' MOTION FOR ENTRY OF AN ORDER TO PERMIT
THE DEBTORS TO CONTINUE USING CASH COLLATERAL**

**PLEASE TAKE NOTICE** that the status conference on the *Debtors' Motion for Entry of an Order to Permit the Debtors to Continue Using Cash Collateral* [Docket No. 3374] (the "Motion"), previously scheduled to be heard on June 6, 2013 at 3:00 p.m. (Prevailing Eastern Time) (the "Status Conference") has been adjourned by agreement of the parties to **June 12, 2013 at 10:00 a.m.** (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the evidentiary hearing on the Motion (the "Evidentiary Hearing"), previously scheduled to be heard on June 12, 2013 at 10:00 a.m.

ny-1093893

(Prevailing Eastern Time) has been adjourned by agreement of the parties to a date to be determined.

**PLEASE TAKE FURTHER NOTICE** that the Status Conference and the Evidentiary Hearing will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

Dated:  June 5, 2013
       New York, New York

                /s/ Todd M. Goren
                Gary S. Lee
                Todd M. Goren
                Samantha Martin
                MORRISON & FOERSTER LLP
                1290 Avenue of the Americas
                New York, New York 10104
                Telephone: (212) 468-8000
                Facsimile: (212) 468-7900

                *Counsel for the Debtors and Debtors in Possession*