MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF MATTERS SCHEDULED TO BE HEARD ON
JUNE 6, 2013 AT 3:00 P.M. (EST) AND NOTICE OF CANCELLATION OF HEARING**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**THIS HEARING HAS BEEN CANCELLED
WITH PERMISSION FROM THE COURT
AS NO MATTERS ARE GOING FORWARD**

**I.    STATUS CONFERENCE**

**1.**    Debtors' Motion for Entry of an Order to Permit the Debtors to Continue Using Cash Collateral [Docket No. 3374]

ny-1089773

**Related Documents**:

| | |
|---|---|
| **a.** | Declaration of Marc D. Puntus in Support of Debtors' Motion for Entry of an Order to Permit the Debtors to Continue Using Cash Collateral [Docket No. 3375] |
| **b.** | Declaration of Jill Horner in Support of Debtors' Motion for Entry of an Order to Permit the Debtors to Continue Using Cash Collateral [Docket No. 3394] |
| **c.** | Notice of Filing of Exhibit 2 to Debtors' Motion for Entry of an Order to Permit the Debtors to Continue Using Cash Collateral [Docket No. 3437] |
| **d.** | Notice of Presentment of the Application of the Ad Hoc Group of Junior Secured Noteholders Pursuant to Section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Case Management Order for an Order Authorizing It to File Under Seal (A) and Unredacted Copy of the Ad Hoc Group's Supplemental Objection to Debtors' Motion for Entry of an Order to Permit Debtors to Continue Using Cash Collateral and (B) Unredacted Supporting Exhibits [Docket No. 3692] |
| **e.** | Notice of Filing of Revised Proposed Order Authorizing the Debtors to Continue Using Cash Collateral (filed by the Ad Hoc Group of Junior Secured Noteholders) [Docket No. 3695] |
| **f.** | Order Granting Application of the Ad Hoc Group of Junior Secured Noteholders Pursuant to Section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Case Management Order for an Order Authorizing It to File Under Seal (A) and Unredacted Copy of the Ad Hoc Group's Supplemental Objection to Debtors' Motion for Entry of an Order to Permit Debtors to Continue Using Cash Collateral and (B) Unredacted Supporting Exhibits [Docket No. 3769] |
| **g.** | Notice of Adjournment of Status Conference and Evidentiary Hearing on Debtors' Motion for Entry of an Order to Permit the Debtors to Continue Using Cash Collateral [Docket No. 3896] |

**Responses**:

| | |
|---|---|
| **a.** | Statement of Citibank, N.A. with Respect to the Debtors' Motion for Entry of an Order to Permit the Debtors to Continue to Use Cash Collateral [Docket No. 3483] |
| **b.** | Limited Objection of UMB Bank, N.A., as Successor Indenture Trustee, to Debtors' Motion for Entry of an Order to Permit the Debtors to Continue Using Cash Collateral [Docket No. 3498] |

  **c.**  Ally Financial Inc.'s Limited Objection to Debtors' Motion for Entry of an Order to Permit the Debtors to Continue Using Cash Collateral [Docket No. 3623]

  **d.**  Limited Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of an Order to Permit the Debtors to Continue Using Cash Collateral [Docket No. 3624]

  **e.**  Objection of Ad Hoc Group of Junior Secured Noteholders to Debtors Motion For Entry of Order to Permit Debtor To Continue Using Cash Collateral [Docket No. 3625]

  **f.**  Supplemental Statement of the Official Committee of Unsecured Creditors with Respect to the Objections of Ally Financial Inc. and the Ad Hoc Group of Junior Secured Noteholders to the Debtors' Motion for Entry of an Order to Permit the Debtors to Continue Using Cash Collateral [Docket No. 3679]

  **g.**  Supplemental Objection of Ad Hoc Group of Junior Secured Noteholders to Debtors' Motion for Entry of an Order to Permit the Debtors to Continue Using Cash Collateral [Docket No. 3691]

 **Replies**:

  **a.**  Debtors' Omnibus Reply to Responses to Debtors' Motion for Entry of an Order to Permit the Debtors to Continue Using Cash Collateral [Docket No. 3678]

 **Status**: The status conference on this matter has been adjourned to June 12, 2013.

## II. OMNIBUS CLAIMS OBJECTIONS

**1.** Debtors' First Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 3573]

 **Related Documents**:

  **a.**  Notice of Adjournment of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Angela Genesco (Claim No. 5732) [Docket No. 3823]

  **b.**  Notice of Adjournment of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Kroll Ontrack (Claim No. 6325) [Docket No. 3844]

  **c.**  Notice of Filing of Amended Proposed Order Granting Debtors' First Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 3882]

 **Responses**: None.

ny-1089773    3

      **Status**:    This matter has been resolved. The Debtors will be submitting the amended proposed order to be entered on presentment to chambers. No hearing is required.

**2.**    Debtors' Second Omnibus Objection to Claims (Duplicate Claims) [Docket No. 3574]

    **Related Documents**:

    **a.**    Notice of Filing of Amended Proposed Order Granting Debtors' Second Omnibus Objection to Claims (Duplicate Claims) [Docket No. 3883]

    **Responses**:

    **a.**    Limited Response of MidFirst Bank to Debtors' Second Omnibus Objection to Claims (Duplicate Claims) [Docket No. 3840]

    **Status**:    This matter has been resolved. The Debtors will be submitting the amended proposed order to be entered on presentment to chambers. No hearing is required.

**3.**    Debtors' Third Omnibus Objection to Claims (Amended and Superseded Claims) [Docket No. 3575]

    **Related Documents**:

    **a.**    Notice of Withdrawal of Debtors' Third Omnibus Objection to Claims (Amended and Superseded Claims) Against Merrill Lynch Mortgage Investors, Inc. and Merrill Lynch Mortgage Lending, LLC (Claim Nos. 2737, 2738, 5889 and 5890) [Docket No. 3694]

    **b.**    Notice of Adjournment of Hearing on Debtors' Third Omnibus Objection to Claims (Amended and Superseded Claims) Against Durbin Crossing Community Development District (Claim Nos. 2084 and 2085) [Docket No. 3818]

    **c.**    Notice of Filing of Amended Proposed Order Granting Debtors' Third Omnibus Objection to Claims (Amended and Superseded Claims) [Docket No. 3884]

    **d.**    Debtors' Statement Setting Forth the Resolution of the Response to Debtors' Third Omnibus Objection to Claims (Amended and Superseded Claims) Filed by Rebecca Keller [Docket No. 3897]

    **Responses**:

    **a.**    Response of Rebecca Keller to Debtors' Third Omnibus Objection to Claims (Amended and Superseded Claims) [Docket No. 3852]

**Status**:  This matter has been resolved. The Debtors will be submitting the amended proposed order to be entered on presentment to chambers. No hearing is required.

Dated: June 5, 2013  /s/ Norman S. Rosenbaum
New York, New York  Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*