**Hearing Date:    August 21, 2013 at 10:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
James A. Newton

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ---------------------------------------------------------- ) | |
| In re:                                           ) | Case No. 12-12020 (MG) |
|                                                  ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,    ) | Chapter 11 |
|                                                  ) | |
| Debtors.            ) | Jointly Administered |
| ---------------------------------------------------------- ) | |

**NOTICE OF ADJOURNMENT OF HEARING ON**
**MOTIONS OF JACQUES AND DEIRDRE RAPHAEL FOR**
<u>**RELIEF FROM STAY TO AUGUST 21, 2013 AT 10:00 A.M.**</u>

**PLEASE TAKE NOTICE** that the Motions of Jacques and Deirdre Raphael for Relief

from Stay [Docket Nos. 2156 and 2463], previously scheduled to be heard on June 12, 2013 at

10:00 a.m. (Prevailing Eastern Time), have been adjourned to **August 21, 2013 at 10:00 a.m.**

**(Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United

States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom

House, One Bowling Green, Room 501, New York, New York 10004.

Dated:  June 6, 2013
      New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum
James A. Newton
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*