UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---

**ORDER GRANTING DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS
(LATE-FILED CLAIMS)**

Upon the first omnibus claims objection, dated May 1, 2013 (the "First Omnibus Claims Objection"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "Procedures Order"), disallowing and expunging the Late-Filed Claims on the basis that they were filed after the applicable Bar Date, all as more fully described in the First Omnibus Claims Objection; and it appearing that this Court has jurisdiction to consider the First Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the First Omnibus Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the First Omnibus Claims Objection having been provided, and it appearing that no other or further notice need be provided; upon

---

[1]   Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' First Omnibus Claims Objection.

ny-1084606

consideration of the First Omnibus Claims Objection and the Declaration of Deanna Horst in Support of the Debtors' First Omnibus Objection to Claims (Late-Filed Claims), annexed to the First Omnibus Claims Objection as Exhibit 1; and the Court having found and determined that the relief sought in the First Omnibus Claims Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the First Omnibus Claims Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the First Omnibus Claims Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit A annexed hereto (collectively, the "Late-Filed Claims") are hereby disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is directed to disallow and expunge the Late-Filed Claims identified on the schedule attached as Exhibit A hereto so that such claims are no longer maintained on the Debtors' official claims register; and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the First Omnibus Claims Objection as provided therein shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

2

ny-1084606

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed on Exhibit A annexed to this Order, and all rights to object on any basis are expressly reserved with respect to any such claim that is not listed on Exhibit A annexed hereto; and it is further

ORDERED that this Order shall be a final order with respect to each of the Late-Filed Claims identified on Exhibit A, annexed hereto, as if each such Late-Filed Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: June 6, 2013
      New York, New York

                                                           /s/Martin Glenn
                                                        MARTIN GLENN
                                      United States Bankruptcy Judge

**Exhibit A**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIRST OMNIBUS OBJECTION - LATE FILED CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 1 | American Health and Life Insurance Company<br>3001 Meacham Blvd.<br>Fort Worth, TX 76137 | 5876 | 11/21/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$4,000,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 2 | CASCADES EAGLE RIDGE ASSOC<br>1855 SKI TIME SQUARE DR<br>STEAMBOAT SPRINGS, CO 80487 | 6318 | 12/04/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$13,691.88 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 3 | CITY OF ALLENTOWN<br>435 HAMILTON STREET ROOM 215<br>ALLENTOWN, PA 18101 | 6403 | 12/26/2012 | $0.00<br>$0.00<br>$0.00<br>$5,970.24<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Late Filed |
| 4 | City of Philadelphia / School District of Philadelphia<br>Law Department - Tax Unit<br>One Parkway Building<br>1515 Arch Street, 15th Floor<br>Philadelphia, PA 19102-1595 | 6341 | 12/17/2012 | $0.00<br>$0.00<br>$3,060.24<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 5 | Cronin & Byczek, LLP<br>1983 Marcus Ave, Suite C-120<br>Lake Success, NY 11042 | 5867 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$10,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIRST OMNIBUS OBJECTION - LATE FILED CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 6 | Cuyahoga County Treasurer<br>Attn Mark Campbell<br>1219 Ontario Street<br>Room 109 - Bankruptcy Dept.<br>Cleveland, OH 44113 | 6330 | 12/03/2012 | $0.00<br>$0.00<br>$14,670.78<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 7 | Cuyahoga County Treasurer<br>Attn Mark Campbell<br>1219 Ontario Street<br>Room 109 - Bankruptcy Dept.<br>Cleveland, OH 44113 | 6331 | 12/03/2012 | $0.00<br>$0.00<br>$10,364.12<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 8 | Cuyahoga County Treasurer<br>Attn Mark Campbell<br>1219 Ontario Street<br>Room 109 - Bankruptcy Dept.<br>Cleveland, OH 44113 | 6336 | 12/03/2012 | $0.00<br>$0.00<br>$14,441.85<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 9 | Cuyahoga County Treasurer<br>Attn Mark Campbell<br>1219 Ontario Street<br>Room 109 - Bankruptcy Dept.<br>Cleveland, OH 44113 | 6337 | 12/03/2012 | $0.00<br>$0.00<br>$4,027.33<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 10 | Cuyahoga County Treasurer<br>Attn Mark Campbell<br>1219 Ontario Street<br>Room 109 - Bankruptcy Dept.<br>Cleveland, OH 44113 | 6338 | 12/04/2012 | $0.00<br>$0.00<br>$15,041.99<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIRST OMNIBUS OBJECTION - LATE FILED CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 11 | Cuyahoga County Treasurer<br>Attn Mark Campbell<br>1219 Ontario Street<br>Room 109 - Bankruptcy Dept.<br>Cleveland, OH 44113 | 6339 | 12/07/2012 | $0.00<br>$0.00<br>$1,613.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 12 | DONNA HOLT<br>3114 GAUL STREET<br>PHILADELPHIA, PA 19134 | 5885 | 11/23/2012 | $0.00<br>$0.00<br>$0.00<br>$12,692.97<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 13 | Finkel Law Firm LLC<br>1201 Main Street, Suite 1800<br>Columbia, SC 29201 | 6408 | 01/02/2013 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$6,004.52 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 14 | Heidi M. Karns<br>204 Bourland Ave.<br>Waterloo, IA 50702 | 5728 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>BLANK<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 15 | JILLIAN TUATOO<br>P.O. BOX 1854<br>EATONVILLE, WA 98328 | 5730 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$133,848.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIRST OMNIBUS OBJECTION - LATE FILED CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 16 | JOAN SINNET<br>13746 CENTER ST STE A<br>CARMEL VALLEY, CA 93924-8908 | 5784 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$29,401.54<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 17 | JOYCE KELLY<br>PO BOX 765<br>CLAYTON, CA 94517 | 5912 | 11/27/2012 | $50,315.13<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 18 | Lerner, Sampson and Rothfuss, a Legal Professional Organization<br>c/o Edward J. Boll III, Esq.<br>120 East Fourth Street<br>Cincinnati, OH 45202 | 5908 | 11/26/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$34,179.59 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Late Filed |
| 19 | MARK LAHIFF<br>301 ABBEY LANE<br>LANSDALE, PA 19446 | 5731 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Late Filed |
| 20 | MICHAEL MEEHLEDER<br>3252 E NORTH UNION RD<br>BAY CITY, MI 48706 | 5796 | 11/20/2012 | $0.00<br>$0.00<br>$0.00<br>$17,261.55<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIRST OMNIBUS OBJECTION - LATE FILED CLAIMS (NON-BORROWER CLAIMS)

|    | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|----|---|---|---|---|---|---|---|---|
| 21 | MILDRED BAILEY<br>C/O PUGET SOUND GUARDIANS<br>PO BOX 3429<br>REDMOND, WA 98073 | 5798 | 11/19/2012 | UNLIQUIDATED<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 22 | NATIONAL DATA CENTER INC<br>2300 CONTRA COSTA BLVD<br>STE 270<br>PLEASANT HILL, CA 94523 | 5877 | 11/21/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$4,500.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 23 | Prashant & Rajul Shah<br>42070 Starlight Drive<br>Leonard Town, MD 20650 | 5948 | 11/27/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$8,680.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 24 | Sacramento County Tax Collector<br>Attn Bankruptcy<br>700 H Street, Room 1710<br>Sacramento, CA 95814 | 6442 | 01/28/2013 | $0.00<br>$0.00<br>$34,088.95<br>$3,382.97<br>$22,496.40 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 25 | St Louis County Collector of Revenue<br>41 S Central Ave<br>Clayton, MO 63105 | 6427 | 01/14/2013 | $0.00<br>$0.00<br>$1,561.12<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Late Filed |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIRST OMNIBUS OBJECTION - LATE FILED CLAIMS (NON-BORROWER CLAIMS)

|   | Name of Claimant | Claim Number | Date Filed | Claim Amount |  | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 26 | St Louis County Collector of Revenue<br>41 S Central Ave<br>Clayton, MO 63105 | 6445 | 02/01/2013 | $0.00<br>$0.00<br>$816.69<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Late Filed |
| 27 | State of New Jersey, Department of the Treasury<br>Unclaimed Property Administration<br>50 Barrack Street<br>PO Box 214<br>Trenton, NJ 08629 | 6284 | 12/03/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |
| 28 | Triton Insurance Company<br>3001 Meacham Blvd.<br>Fort Worth, TX 76137 | 5878 | 11/21/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,000,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Late Filed |