Status Conference Date: June 12, 2013 at 10 a.m. (Eastern Time)

| | |
|---|---|
| Richard M. Cieri | Jeffrey S. Powell |
| Ray C. Schrock | Daniel T. Donovan |
| Stephen E. Hessler | Judson D. Brown |
| KIRKLAND & ELLIS LLP | KIRKLAND & ELLIS LLP |
| 601 Lexington Avenue | 655 15th Street, N.W., Ste. 1200 |
| New York, New York 10022 | Washington, D.C. 20005 |
| Telephone: (212) 446-4800 | Telephone: (202) 879-5000 |
| Facsimile: (212) 446-4900 | Facsimile: (202) 879-5200 |

*Counsel for Ally Financial Inc. and Ally Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al. | ) | Case No. 12-12020 (MG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF (I) STATUS
CONFERENCE AND (II) ADJOURNMENT
OF HEARING WITH RESPECT TO MOTION
BY ALLY FINANCIAL INC. AND ALLY BANK
FOR AN ORDER ENFORCING THE AUTOMATIC
STAY PURSUANT TO 11 U.S.C. § 362(a)(3) BY (1) ENJOINING
PROSECUTION OF ALTER EGO AND VEIL PIERCING CLAIMS IN
THE CLASS ACTION ENTITLED LANDON *ROTHSTEIN* , *ET AL. V. GMAC
MORTGAGE, LLC, ET AL.*, AND (2) DECLARING SUCH CLAIMS VOID *AB INITIO***

**PLEASE TAKE NOTICE** that on December 21, 2012, Ally Financial Inc. and Ally Bank (collectively, "**Ally**") filed the *Motion by Ally Financial Inc. and Ally Bank for an Order Enforcing the Automatic Stay Pursuant to 11 U.S.C. § 362(A)(3) by (1) Enjoining Prosecution of Alter Ego and Veil Piercing Claims in the Class Action Entitled Landon Rothstein, et al. v. GMAC Mortgage, LLC, et al., and (2) Declaring Such Claims Void Ab Initio* [Docket No. 2511] (the "**Motion**"), previously scheduled to be heard on April 30, 2013 at 10:00 a.m. (Prevailing Eastern Time), and later adjourned to June 12, 2013 at 10:00 a.m. (Prevailing Eastern Time), has

been further adjourned by mutual agreement of the parties to a date to be determined, and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a status conference regarding the Motion on **June 12, 2013 at 10:00 a.m.** (Prevailing Eastern Time) before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

Dated:   June 6, 2013
         New York, New York

          /s/   *Ray C. Schrock*
Richard M. Cieri
Ray C. Schrock
Stephen E. Hessler
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

-and-

Jeffrey S. Powell
Daniel T. Donovan
Judson D. Brown
KIRKLAND & ELLIS LLP
655 15th Street, N.W., Ste. 1200
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Counsel for Ally Financial Inc. and Ally Bank*