**Hearing Date and Time: July 15, 2013 at 11:00 a.m. (Prevailing Eastern Time)**
**Response Date and Time: July 8, 2013 at 4:00 p.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------ ) | | |
| In re: ) | Case No. 12-12020 (MG) | |
| ) | | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, ) | Chapter 11 | |
| ) | | |
| Debtors. ) | Jointly Administered | |
| ------------------------------------ ) | | |

**NOTICE OF DEBTORS' FOURTH OMNIBUS OBJECTION**
**<u>TO CLAIMS (LATE-FILED BORROWER CLAIMS)</u>**

**PLEASE TAKE NOTICE** that the undersigned have filed the attached *Debtors' Fourth Omnibus Objection to Claims (Late-Filed Borrower Claims)* (the "<u>Omnibus Objection</u>"), which seeks to alter your rights by either disallowing, modifying and/or reducing your claim against the above-captioned Debtors.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection will take place on **July 15, 2013 at 11:00 a.m. (Prevailing Eastern Time)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Omnibus Objection must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **July 8, 2013 at 4:00 p.m. (Prevailing Eastern Time)**, upon: (a) counsel to the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attention: Gary S. Lee, Norman S. Rosenbaum, and Jordan A. Wishnew); (b) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attention: Tracy Hope Davis, Linda A. Riffkin, and Brian S. Masumoto); (c) the Office of the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attention: US Attorney General, Eric H. Holder, Jr.); (d) Office of the New York State Attorney General, The Capitol, Albany, NY 12224-0341 (Attention: Nancy Lord, Esq. and Enid N. Stuart, Esq.); (e) Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007 (Attention: Joseph N. Cordaro, Esq.); (f) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attention: Richard M. Cieri and Ray Schrock); (g) counsel for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attention: Kenneth Eckstein and Douglas Mannal); (h) counsel for Ocwen Loan Servicing, LLC, Clifford Chance US LLP, 31 West 52nd Street, New York, NY 10019 (Attention: Jennifer C. DeMarco and Adam Lesman);

(i) counsel for Berkshire Hathaway Inc., Munger, Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, CA 90071 (Attention: Thomas Walper and Seth Goldman); (j) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight mail, to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); (k) Securities and Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New York, NY 10281-1022 (Attention: George S. Canellos, Regional Director); and (l) and special counsel to the Committee, SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, NY 11753 (Attention: Ronald J. Friedman).

**PLEASE TAKE FURTHER NOTICE** that if you do not timely file and serve a written response to the relief requested in the Omnibus Objection, the Bankruptcy Court may deem any opposition waived, treat the Omnibus Objection as conceded, and enter an order granting the relief requested in the Omnibus Objection without further notice or hearing.

Dated: June 7, 2013
      New York, New York

                              Respectfully submitted,

                              /s/ Norman S. Rosenbaum
                              Gary S. Lee
                              Norman S. Rosenbaum
                              Jordan A. Wishnew
                              MORRISON & FOERSTER LLP
                              1290 Avenue of the Americas
                              New York, New York 10104
                              Telephone: (212) 468-8000
                              Facsimile: (212) 468-7900

                              *Counsel for the Debtors and Debtors in Possession*

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- )
                                                           )
In re:                                                     )   Case No. 12-12020 (MG)
                                                           )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,                   )   Chapter 11
                                                           )
                                        Debtors.           )   Jointly Administered
                                                           )
---------------------------------------------------------- )

**DEBTORS' FOURTH OMNIBUS OBJECTION
<u>TO CLAIMS (LATE-FILED BORROWER CLAIMS)</u>**

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND
CLAIMS ON <u>EXHIBIT A</u> ATTACHED TO THE PROPOSED ORDER.**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT
DEBTORS' COUNSEL, JORDAN A. WISHNEW, AT (212) 468-8000.**

---

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

Residential Capital, LLC and its affiliated debtors, in the above-captioned chapter

11 cases (the "Chapter 11 Cases"), as debtors and debtors in possession (collectively, the

"Debtors"), respectfully represent:

**RELIEF REQUESTED**

1.     The Debtors file this fourth omnibus claims objection (the "Fourth

Omnibus Claims Objection") pursuant to section 502(b) of title 11 of the United States Code

(the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim filed in these Chapter 11 Cases [Docket No. 3294] (the "Procedures

Order"), seeking entry of an order (the "Proposed Order"), in a form substantially similar to that

attached hereto as Exhibit 2, disallowing and expunging the claims listed on Exhibit A[1] annexed

to the Proposed Order.  In support of this Fourth Omnibus Claims Objection, the Debtors submit

the Declaration of Deanna Horst in Support of the Debtors' Fourth Omnibus Claims Objection

(the "Horst Declaration"), attached hereto as Exhibit 1 and filed concurrently herewith.

2.     The Debtors examined the proofs of claim identified on Exhibit A to the

Proposed Order (collectively, the "Late-Filed Borrower Claims") and determined that the Late-

Filed Borrower Claims violate this Court's August 29, 2012 order setting forth the procedures

and deadlines for filing proofs of claim in these Chapter 11 Cases [Docket No. 1309] (the "Bar

Date Order"), as these claims were filed after the Bar Date (defined herein).  Because the Late-

---

[1]     Claims listed on Exhibit A are reflected in the same manner as they appear on the claims register maintained by KCC (defined herein).

Filed Borrower Claims fail to comply with the terms of the Bar Date Order, the Debtors request that they be disallowed and expunged in their entirety.

3.    The proofs of claim identified on <u>Exhibit A</u> annexed to the Proposed Order solely relate to claims filed by current or former borrowers (collectively, the "<u>Borrower Claims</u>" and each a "<u>Borrower Claim</u>").  As used herein, the term "Borrower" means a person who is or was a mortgagor under a mortgage loan originated, serviced, and/or purchased or sold by one or more of the Debtors.[2]

4.    The Debtors expressly reserve all rights to object on any other basis to any Late-Filed Borrower Claim as to which the Court does not grant the relief requested herein.

## JURISDICTION

5.    This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## BACKGROUND

6.    On May 14, 2012 (the "<u>Petition Date</u>"), each of the Debtors filed a voluntary petition in this Court for relief under chapter 11 of the Bankruptcy Code.  The Debtors are managing and operating their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.   These Chapter 11 Cases are being jointly administered pursuant to Bankruptcy Rule 1015(b).

7.    On May 16, 2012, the United States Trustee for the Southern District of New York (the "<u>U.S. Trustee</u>") appointed a nine member official committee of unsecured creditors [Docket No. 102] (the "<u>Creditors' Committee</u>").

---

[2]    The terms "Borrower" and "Borrower Claims" are identical to those utilized in the Procedures Order [Docket No. 3294].

ny-1071429

8.     On June 20, 2012, the Court directed that an examiner be appointed, and on July 3, 2012, the Court approved Arthur J. Gonzalez as the examiner [Docket Nos. 454, 674].

9.     On July 17, 2012, the Court entered an order [Docket No. 798] appointing Kurtzman Carson Consultants LLC ("KCC") as the notice and claims agent in these Chapter 11 Cases.   Among other things, KCC is authorized to (a) receive, maintain, and record and otherwise administer the proofs of claim filed in these Chapter 11 Cases and (b) maintain official claims registers for each of the Debtors.

10.     On August 29, 2012, this Court entered the Bar Date Order, which established, among other things, (i) November 9, 2012 at 5:00 p.m. (Prevailing Eastern Time) as the deadline to file proofs of claim by virtually all creditors against the Debtors (the "General Bar Date") and prescribed the form and manner for filing proofs of claim; and (ii) November 30, 2012 at 5:00 p.m. (Prevailing Eastern Time) as the deadline for governmental units to file proofs of claim (the "Governmental Bar Date" and, together with the General Bar Date, as applicable, the "Bar Date").  (Bar Date Order ¶¶ 2, 3).  On November 7, 2012, the Court entered an order extending the General Bar Date to November 16, 2012 at 5:00 p.m. (Prevailing Eastern Time) [Docket No. 2093].  The Governmental Bar Date was not extended.

11.     In order to be timely-filed, proofs of claim must have been "actually received" on or before the applicable Bar Date.  (Bar Date Order ¶¶ 2, 3).  The Bar Date Order permitted the filing of proofs of claim with KCC and the Court in accordance with the deadlines established therein.  (Id. ¶¶ 1, 3).  The Bar Date Order also expressly provides that "any holder of a claim against one or more of the Debtors who is required, but fails, to file a proof of such claim in appropriate form in accordance with this Order shall forever be barred, estopped, and enjoined

from asserting such claim against the Debtors (or filing a proof of claim with respect thereto) . . . ." (<u>Id.</u> ¶ 11).

12.      In accordance with the Bar Date Order, potential claimants and other parties in interest received notice of the Bar Date Order via mail (each a "<u>Bar Date Notice</u>" and collectively, the "<u>Bar Date Notices</u>") at least thirty-five (35) days prior to the Bar Date.  (<u>See</u> Affidavits of Service of Notices of Deadlines for Filing Proofs of Claim [Docket Nos. 1412, 1461, 1482, 1522, 1523, 1528, 1543, 1660, 1666, 1754, 1764, 1783, 1805, 1815, 1822, 1907, 1917, 1983, 2009, 2048, 2133, 2179, 2242, 2283, 2328]).  KCC served Bar Date Notices on approximately 2.2 million borrowers and over 275,000 creditors.  The Bar Date Notice, which was also published in the national edition of the *Wall Street Journal* and the national edition of *USA Today*, notified claimants that proofs of claim against the Debtors must be received on or before the Bar Date.  (Bar Date Notice ¶¶ 1, 3).  The Bar Date Notice prominently states the Bar Date and, in bold-face type, notified recipients that "any holder of a claim that is not excepted from the requirements of the Bar Date Order, as described in section 4 above, and that fails to timely file a proof of claim in the appropriate form will be forever barred, estopped and enjoined from asserting such claim against the debtors . . . ." (<u>Id.</u> ¶ 5).

13.      While only 35 days' advance notice of a bar date is recommended by the Second Amended Procedural Guidelines for Filing Requests for Bar Date Orders in the United States Bankruptcy Court for the Southern District of New York, in this case, the Debtors provided creditors with <u>at least 72 days' notice</u> of the Bar Date, which was subsequently <u>extended an additional nine days</u> with respect to the General Bar Date. (Bar Date Order ¶ 15). The General Bar Date occurred nearly six months after the Petition Date, and 81 days after the

4

entry of the Bar Date Order, thus providing ample time for creditors to determine, prepare and file their claims against the Debtors.

14.    In addition, a copy of the Bar Date Order and other information regarding the filing of a proof of claim was made publicly available at *http://www.kccllc.net/rescap*.

15.    To date, approximately 6,850 proofs of claim have been filed in these Chapter 11 Cases as reflected on the Debtors' claims registers.

16.    On March 21, 2013, the Court entered the Procedures Order, which authorizes the Debtors to, among other things, file omnibus objections to no more than 150 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order [Docket No. 3294].

17.    The Procedures Order also approved certain procedures to be applied in connection with objections to Borrower Claims (the "Borrower Claim Procedures").  Based on substantial input from the Creditors' Committee and Special Counsel to the Creditors' Committee for Borrower Issues ("Special Counsel"), the Procedures Order includes specific protections for Borrowers and sets forth a process for the Debtors to follow before objecting to certain categories of Borrower Claims.  For example, the Borrower Claim Procedures require that prior to objecting to certain categories of Borrower Claims, the Debtors must furnish the individual Borrower with a letter, with notice to Special Counsel, requesting additional documentation in support of the purported claim (the "Request Letter").  (See Procedures Order at 4).

18.    However, if the Debtors' objection to a Borrower Claim is premised on certain non-substantive grounds, including that the Borrower's proof of claim was not timely

filed, then the Debtors are not required to send a Request Letter to such Borrower before filing an objection to such Borrower's Claim.  (See Procedures Order at 3).

## THE LATE-FILED BORROWER CLAIMS
## SHOULD BE DISALLOWED AND EXPUNGED

19.    Based upon their review of the claims filed on the claims register in these Chapter 11 Cases maintained by KCC, the Debtors identified the Late-Filed Borrower Claims on Exhibit A, annexed to the Proposed Order, as claims that should be disallowed and expunged because they failed to comply with the terms of the Bar Date Order.  (See Horst Declaration ¶¶ 3, 4).

20.    A filed proof of claim is "deemed allowed, unless a party in interest . . . objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  See In re Oneida Ltd., 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); In re Adelphia Commc'ns Corp., Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); In re Rockefeller Ctr. Props., 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

21.    "Bar dates are 'critically important to the administration of a successful chapter 11 case.'"  Memorandum Decision Denying Motions for Leave to File Late Claims [Docket No. 9150], In re Lehman Bros. Holdings, Inc., Case No. 08-13555 (JMP), 2010 WL 2000326, at *2 (Bankr. S.D.N.Y. May 20, 2010) (quoting In re Musicland Holding Corp., 356 B.R. 603, 607 (Bankr. S.D.N.Y. 2006)); see also Order Denying Motion for Order Permitting MED&G Group LP to File a Late Proof of Claim [Docket No. 3648], In re Residential Capital, LLC, Case No. 12-12020 (MG) (Bankr. S.D.N.Y. May 17, 2013).  A bar date is more than a "procedural gauntlet" and functions as "an integral part of the reorganization process."  In re Hooker Invs., Inc., 937 F.2d 833, 840 (2d Cir. 1991).  A bar date enables debtors to determine

with reasonable promptness, efficiency and finality what claims will be made against their estates—a determination without which they cannot effectively reorganize.  See In re Keene Corp., 188 B.R. 903, 907 (Bankr. S.D.N.Y. 1995).  Accordingly, bar dates are strictly enforced in the Second Circuit.  See id.; see also In re Lehman Bros. Holdings, Inc., 2010 WL 2000326, at *2; In re Musicland Holding Corp., 356 B.R. at 607 ("The bar date is akin to a statute of limitations, and must be strictly enforced.").

22.     The Bar Date Order specifically requires proofs of claim to be actually received either by KCC or the Court on or before the Bar Date.  (Bar Date Order ¶¶ 2, 3).  Potential claimants were provided notice of the Bar Date Order, including the deadline to file proofs of claim and a warning that failure to comply with the Bar Date would result in their claims being barred.  (See Bar Date Notice ¶¶ 1, 3, 6).  Nevertheless, the holders of the Late-Filed Borrower Claims filed their proofs of claim after the Bar Date.  (See Horst Declaration ¶ 3).

23.     The Debtors submit that given the basis of their objection to the Late-Filed Borrower Claims is that such Borrower Claims were not timely filed, the Debtors are not required to send a Request Letter seeking additional information from such Borrowers with respect to the Late-Filed Borrower Claims, and are thus in compliance with the Borrower Claim Procedures set forth in the Procedures Order.  (See Horst Declaration ¶ 5).

24.     Because the Late-Filed Borrower Claims violate the terms of the Bar Date Order and are thus untimely, the Debtors request that the Court disallow and expunge in their entirety the Late-Filed Borrower Claims listed on Exhibit A to the Proposed Order.

## NOTICE

25.    The Debtors have served notice of this Fourth Omnibus Claims Objection in accordance with the Case Management Procedures [Docket No. 141] and the Procedures Order.  The Debtors submit that no other or further notice need be provided.

## NO PRIOR REQUEST

26.    No previous request for the relief sought herein has been made by the Debtors to this or any other court.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter an order substantially in the form of the Proposed Order granting the relief requested herein and granting such other relief as is just and proper.

Dated:  June 7, 2013
New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel for the Debtors and*
*Debtors in Possession*

ny-1071429

## **Exhibit 1**

**Horst Declaration**

ny-1090226

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------
                                                )
In re:                                          )    Case No. 12-12020 (MG)
                                                )
RESIDENTIAL CAPITAL, LLC, et al.,               )    Chapter 11
                                                )
                               Debtors.          )    Jointly Administered
                                                )
-------------------------------------------------------------------

**DECLARATION OF DEANNA HORST IN SUPPORT OF DEBTORS'**
**FOURTH OMNIBUS OBJECTION TO CLAIMS (LATE-FILED BORROWER CLAIMS)**

I, Deanna Horst, hereby declare as follows:

1.      I am the Senior Director of Claims Management for Residential Capital,
LLC and its affiliates ("ResCap"), a limited liability company organized under the laws of the
state of Delaware and the parent of the other debtors and debtors in possession in the above-
captioned Chapter 11 Cases (collectively, the "Debtors").[1]  I have been employed by affiliates of
ResCap for eleven years, the last ten months in my current position.  I began my association with
ResCap in 2001 as the Director, Responsible Lending Manager, charged with managing the
Debtors' responsible lending on-site due diligence program.  In 2002, I became the Director of
Quality Asset Management, managing Client Repurchase, Quality Assurance and Compliance—
a position I held until 2006, at which time I became the Vice President of the Credit Risk Group,
managing Correspondent and Broker approval and monitoring.  In 2011, I became the Vice
President, Business Risk and Controls, and supported GMAC Mortgage, LLC and Ally Bank in
this role.  In my current position, I am responsible for Claims Management and Reconciliation
and Client Recovery.  I am authorized to submit this declaration (the "Declaration") in support of

---

[1]     The names of the Debtors in these cases and their respective tax identification numbers are identified on
Exhibit 1 to the *Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support
of Chapter 11 Petitions and First Day Pleadings* [Docket No. 6], dated May 14, 2012.

ny-1090440

the *Debtors' Fourth Omnibus Objection to Claims (Late-Filed Borrower Claims)* (the "Objection").[2]

2.       Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge of the Debtors' operations and finances, information learned from my review of relevant documents and information I have received through my discussions with other members of the Debtors' management or other employees of the Debtors, the Debtors' professionals and consultants, and/or Kurtzman Carson Consultants LLC ("KCC"), the Debtors' notice and claims agent.  If I were called upon to testify, I could and would testify competently to the facts set forth in the Objection on that basis.

3.       In my capacity as Senior Director of Claims Management, I am intimately familiar with the Debtors' claims reconciliation process.  Except as otherwise indicated, all statements in this Declaration are based upon my familiarity with the Debtors' books and records (the "Books and Records"), the Debtors' schedules of assets and liabilities and statements of financial affairs filed in these Chapter 11 Cases (collectively, the "Schedules"), my review and reconciliation of claims, and/or my review of relevant documents.  I or my designee at my direction have reviewed and analyzed the proof of claim forms and supporting documentation, if any, filed by the claimants listed on Exhibit A annexed to the Proposed Order.  In connection with such review and analysis, where applicable, the Debtors have reviewed (i) information supplied or verified by personnel in departments within the Debtors' various business units, (ii) the Books and Records, (iii) the Schedules, (iv) other filed proofs of claim, and/or (v) the official claims register maintained in the Debtors' Chapter 11 Cases.

---

[2]    Defined terms used but not defined herein shall have the meanings ascribed to such terms as set forth in the Objection.

2

4.      Under my supervision, considerable resources and time have been expended to ensure a high level of diligence in reviewing and reconciling the proofs of claim filed in these Chapter 11 Cases.  Such claims were reviewed and analyzed by the appropriate personnel and professional advisors.  Based on a thorough review of the Late-Filed Borrower Claims at issue, the Debtors have determined that each claim listed in the rows below the column entitled "Claim to be Disallowed" on Exhibit A annexed to the Proposed Order was received by the Court and/or KCC, after the General Bar Date passed.  Each proof of claim submitted by a creditor was date-and-time-stamped upon receipt by KCC and/or the Court.  The Late-Filed Borrower Claims included on Exhibit A to the Proposed Order were each date-and-time-stamped after the General Bar Date by which these claims were required to be filed.  [All of the claimants who filed Late-Filed Borrower Claims and, if known, their counsel, were served with notice of the Bar Date, and/or were deemed to have notice of the Bar Dates via publication.]

5.      The Debtors have taken steps in these Chapter 11 Cases to afford Borrowers who have filed proofs of claim additional protections, as set forth in the Borrower Claim Procedures approved by the Procedures Order.  The Debtors have sought to comply with these procedures.  In this isntance, given the basis of the Objection, the Debtors have determined that they may object to these Late-Filed Borrower Claims without first having to send a Request Letter to such Borrowers requesting additional information.

6.      To my knowledge, none of the claimants who has a Late-Filed Borrower Claim included on Exhibit A to the Proposed Order has filed a motion with the Court, or contacted the Debtors, requesting permission to file a late proof of claim or has proffered to the Debtors or their counsel an excuse for such Late-Filed Borrower Claim.  If the Late-Filed Borrower Claims are not disallowed and expunged, the claimants who filed the Late-Filed

3

Borrower Claims may potentially receive distributions to the detriment of other creditors in these

Chapter 11 Cases that they are not entitled to, because such claims were untimely.

7.      Accordingly, based upon this review, and for the reasons set forth in the

Objection, I have determined that each Late-Filed Borrower Claim that is the subject of the

Objection should be accorded the proposed treatment described in the Objection.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.

Dated:  June 7, 2013

                                            _/s/ Deanna Horst_____
                                            Deanna Horst
                                            Senior Director of Claims Management for
                                            Residential Capital, LLC

4

**<u>Exhibit 2</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- )
                                                                )
In re:                                                          )    Case No. 12-12020 (MG)
                                                                )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,                        )    Chapter 11
                                                                )
                                    Debtors.                    )    Jointly Administered
--------------------------------------------------------------- )

## ORDER GRANTING DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS
## (LATE-FILED BORROWER CLAIMS)

Upon the fourth omnibus claims objection, dated June 7, 2013 (the "<u>Fourth
Omnibus Claims Objection</u>"),[1] of Residential Capital, LLC and its affiliated debtors in the
above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the
"<u>Debtors</u>"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States
Code (the "<u>Bankruptcy Code</u>"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and
this Court's order approving procedures for the filing of omnibus objections to proofs of claim
[Docket No. 3294] (the "<u>Procedures Order</u>"), disallowing and expunging the Late-Filed
Borrower Claims on the basis that they were filed after the applicable Bar Date, all as more fully
described in the Fourth Omnibus Claims Objection; and it appearing that this Court has
jurisdiction to consider the Fourth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and
1334; and consideration of the Fourth Omnibus Claims Objection and the relief requested therein
being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this
Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Fourth Omnibus
Claims Objection having been provided, and it appearing that no other or further notice need be

---

[1]   Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms
      in the Debtors' Fourth Omnibus Claims Objection.

provided; and upon consideration of the Fourth Omnibus Claims Objection and the Declaration

of Deanna Horst in Support of the Debtors' Fourth Omnibus Objection to Claims (Late-Filed

Borrower Claims), annexed to the Fourth Omnibus Claims Objection as <u>Exhibit 1</u>; and the Court

having found and determined that the relief sought in the Fourth Omnibus Claims Objection is in

the best interests of the Debtors, their estates, creditors, and all parties in interest and that the

legal and factual bases set forth in the Fourth Omnibus Claims Objection establish just cause for

the relief granted herein; and the Court having determined that the Fourth Omnibus Claims

Objection complies with the Borrower Claim Procedures set forth in the Procedures Order; and

after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Fourth Omnibus Claims Objection is

granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on <u>Exhibit A</u> annexed hereto (collectively, the "<u>Late-Filed Borrower Claims</u>") are hereby

disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and

noticing agent, is directed to disallow and expunge the Late-Filed Borrower Claims identified on

the schedule attached as <u>Exhibit A</u> hereto so that such claims are no longer maintained on the

Debtors' official claims register; and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as

may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Fourth Omnibus Claims Objection as provided

therein shall be deemed good and sufficient notice of such objection, and the requirements of

Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket

No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed on Exhibit A annexed to this Order, and all rights to object on any basis are expressly reserved with respect to any such claim that is not listed on Exhibit A annexed hereto; and it is further

ORDERED that this Order shall be a final order with respect to each of the Late-Filed Borrower Claims identified on Exhibit A, annexed hereto, as if each such Late-Filed Borrower Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:_____, 2013
        New York, New York

_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

## Exhibit A

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 1 | Aisha M Harris 5517 Saint James St Birmingham, AL 35235 | 6039 | 11/29/2012 | $0.00 $0.00 $65,520.17 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 2 | Alan L Santos Carlos Santos and Wendy Skaggs v Mortgage Electronic Registration Systems Inc and GMAC Mortgage LLC LAW OFFICES OF GEORGE E BABCOCK 574 CENTRAL AVE PAWTUCKET, RI 02861 | 5474 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 3 | Albertha McCarter Collier 16926 Fern St Fontana, CA 92336-1506 | 6399 | 12/26/2012 | $0.00 $0.00 $78,500.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 4 | Alphonza Moody 1422 18th Street Orlando, FL 32805 | 6321 | 12/04/2012 | $97,000.00 $0.00 $0.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 5 | Anthony or Loretta Garza 5426 N 80th Dr. Glendale, AZ 85303 | 5882 | 11/23/2012 | $0.00 $0.00 $120,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Equity Investment I, LLC | 12-12025 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 6 | Antonio/Concetta Parretta 1303 Heidelberg Dr Williamstown, NJ 08094 | 5774 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $51,792.67 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 7 | Aristole and Pamela Gatos v GMAC Mortgage LLC MERS and Pacific Mortgage Company 44 Roosevelt Dr Bristol, RI 02809 | 5794 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Aristative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 8 | Ben Hanna and Donna Hanna Plaintiffs v RFC Deutsche Bank National Trust Company as Trustee fka Bankers Trust Company et al Dennis R Croman Inc 420 W Second St Irving, TX 75060 | 6293 | 12/03/2012 | $0.00 $0.00 $118,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 9 | Beth M. Tsounakas 10 Brieley San Antonio, TX 78250 | 5766 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 10 | Betty L. Yeager 4491 Lois Ln Sedro Woolley, WA 98284-7809 | 6407 | 11/29/2012 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 11 | Bobby J Jenkins Jr & Angela G. Jenkins<br>6176 Moonbeam Drive<br>Lake Worth, FL 33463 | 5947 | 11/26/2012 | $0.00<br>$0.00<br>$260,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 12 | Brandy Boothe Chapman<br>450 Harrell Rd<br>Jonesville, LA 71343 | 5785 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$5,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 13 | Bruce T. Roy/ Rose Roy<br>307 Redbud Trace<br>San Antonio, TX 78245-0000 | 6014 | 11/29/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 14 | BUTLER LIBERTY LAW, LLC<br>U.S BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RASC<br>2006-EMX9 VS SHANE B UGLEM, JOHN DOE, MARY ROWE<br>33 South Sixth Street, Suite 4100<br>Minneapolis, MN 55402 | 6302 | 12/04/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$210,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 15 | BUTLER LIBERTY LAW, LLC<br>HEATHER L WELK, SUSIE B JONES, WILLIAM BIGELOW,<br>CHRISTINE HEINZMAN & MARK HEINZMAN, SIGMOND<br>SINGRAMDOO, TROY FORTE & LY ET AL<br>33 South Sixth Street, 4100 Multifood Towers<br>Minneapolis, MN 55402 | 6303 | 12/04/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$156,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 16 | BUTLER LIBERTY LAW, LLC<br>HEATHER L WELK, SUSIE B JONES, WILLIAM BIGELOW,<br>CHRISTINE HEINZMAN & MARK HEINZMAN, SIGMOND<br>SINGRAMDOO, TROY FORTE & LY ET AL<br>33 South Sixth Street, 4100 Multifood Towers<br>Minneapolis, MN 55402 | 6304 | 12/04/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$161,150.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 17 | BUTLER LIBERTY LAW, LLC<br>HEATHER L WELK, SUSIE B JONES, WILLIAM BIGELOW,<br>CHRISTINE HEINZMAN & MARK HEINZMAN, SIGMOND<br>SINGRAMDOO, TROY FORTE & LY ET AL<br>33 South Sixth Street, 4100 Multifood Towers<br>Minneapolis, MN 55402 | 6305 | 12/04/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$382,350.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 18 | BUTLER LIBERTY LAW, LLC<br>HEATHER L WELK, SUSIE B JONES, WILLIAM BIGELOW,<br>CHRISTINE HEINZMAN & MARK HEINZMAN, SIGMOND<br>SINGRAMDOO, TROY FORTE & LY ET AL<br>33 South Sixth Street, 4100 Multifood Towers<br>Minneapolis, MN 55402 | 6306 | 12/04/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$279,699.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 19 | BUTLER LIBERTY LAW, LLC<br>HEATHER L WELK, SUSIE B JONES, WILLIAM BIGELOW,<br>CHRISTINE HEINZMAN & MARK HEINZMAN, SIGMOND<br>SINGRAMDOO, TROY FORTE & LY ET AL<br>33 South Sixth Street, 4100 Multifood Towers<br>Minneapolis, MN 55402 | 6307 | 12/04/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$174,400.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 20 | BUTLER LIBERTY LAW, LLC<br>HEATHER L WELK, SUSIE B JONES, WILLIAM BIGELOW,<br>CHRISTINE HEINZMAN & MARK HEINZMAN, SIGMOND<br>SINGRAMDOO, TROY FORTE & LY ET AL<br>33 South Sixth Street, 4100 Multifood Towers<br>Minneapolis, MN 55402 | 6308 | 12/04/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$192,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 21 | BUTLER LIBERTY LAW, LLC HEATHER L WELK, SUSIE B JONES, WILLIAM BIGELOW, CHRISTINE HEINZMAN & MARK HEINZMAN, SIGMOND SINGRAMDOO, TROY FORTE & LY ET AL 33 South Sixth Street, 4100 Multifood Towers Minneapolis, MN 55402 | 6309 | 12/04/2012 | $0.00 $0.00 $0.00 $0.00 $245,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 22 | BUTLER LIBERTY LAW, LLC HEATHER L WELK, SUSIE B JONES, WILLIAM BIGELOW, CHRISTINE HEINZMAN & MARK HEINZMAN, SIGMOND SINGRAMDOO, TROY FORTE & LY ET AL 33 South Sixth Street, 4100 Multifood Towers Minneapolis, MN 55402 | 6310 | 12/04/2012 | $0.00 $0.00 $0.00 $0.00 $204,500.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 23 | BUTLER LIBERTY LAW, LLC HEATHER L WELK, SUSIE B JONES, WILLIAM BIGELOW, CHRISTINE HEINZMAN & MARK HEINZMAN, SIGMOND SINGRAMDOO, TROY FORTE & LY ET AL 33 South Sixth Street, 4100 Multifood Towers Minneapolis, MN 55402 | 6311 | 12/04/2012 | $0.00 $0.00 $0.00 $0.00 $168,700.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 24 | BUTLER LIBERTY LAW, LLC HEATHER L WELK, SUSIE B JONES, WILLIAM BIGELOW, CHRISTINE HEINZMAN & MARK HEINZMAN, SIGMOND SINGRAMDOO, TROY FORTE & LY ET AL 33 South Sixth Street, 4100 Multifood Towers Minneapolis, MN 55402 | 6312 | 12/04/2012 | $0.00 $0.00 $0.00 $0.00 $176,250.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 25 | Carlos Baptista v Mortgage Electronic Registration Systems Inc and Deutsche Bank National Trust Company Americas as et al LAW OFFICES OF GEORGE E BABCOCK 574 CENTRAL AVE PAWTUCKET, RI 02861 | 5445 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 26 | Catherine A Miozzi v Mortgage Electronic Registration Systems Inc and Federal National Mortgage Association LAW OFFICES OF GEORGE E BABCOCK 574 CENTRAL AVE PAWTUCKET, RI 02861 | 5808 | 11/20/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 27 | Cathy Bonner Christian 1943 Lamar Ave Apt 6 Memphis, TN 38114 | 6317 | 12/04/2012 | $0.00 $0.00 $0.00 $0.00 $8,280.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 28 | Charles A Totten 613 Firwood Ct West Sherman, WA 98584 | 6429 | 01/16/2013 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 29 | Charles A Totten PO Box 154 East Olympia, WA 98540 | 6430 | 01/16/2013 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 30 | Christina Marie Powderly Mr. & Mrs. Paul Joseph Powderly 522 South Helena Street Anaheim, CA 92805-4530 | 5736 | 11/19/2012 | $0.00 $0.00 $280,000.00 $390,054.00 $390,054.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 31 | CHRISTINE AND HARRIS DAVIS<br>1702 STACY CT<br>MARION, SC 29571 | 6424 | 01/14/2013 | $0.00<br>$0.00<br>$95,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 32 | Cindy L. Valdez and Raymond Valdez<br>The Law Firm of Jan Dudensing<br>925 G Street<br>Sacramento, CA 95841 | 5738 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 33 | Cindy P Flores and Robert O Flores v Mortgage Electronic Registration Systems Inc and GMAC Mortgage LLC<br>GEORGE E BABCOCK ATTORNEY AT LAW<br>574 CENTRAL AVE<br>PAWTUCKET, RI 02861 | 5440 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 34 | Collette P Fitzpatrick v Mortgage Electronic Registration Systems Inc and GMAC Mortgage LLC<br>LAW OFFICES OF GEORGE E BABCOCK<br>574 CENTRAL AVE<br>PAWTUCKET, RI 02861 | 5487 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 35 | COREY J ALLARD ATTORNEY AT LAW<br>DAVID J SULLIVAN VS MRTG ELECTRONIC REGISTRATION SYSTEMD,INC AEGIN WHOLESALE CORP DEUTSCHE BANK NATL TRUST CO, AS TRUS ET AL<br>574 Central Avenue<br>Pawtucket, MA 02861 | 5802 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 36 | Crystal Peck & Michael Peck<br>3812 W. 84th St<br>Chicago, IL 60652 | 5823 | 11/20/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$18,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 37 | Curtis D. Harlow & Jennifer S. Harlow<br>RR 1 Box 465 (Hooks Mill Rd.)<br>High View, WV 26808 | 5725 | 11/19/2012 | $0.00<br>$0.00<br>$286,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 38 | CYNTHIA A. RUTKOWSKI<br>22921 BUCKINGHAM<br>DEARBORN, MI 48128 | 5782 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 39 | Daniel A Muscatelli vs GMAC Mortgage LLC MERS Inc Homecomings Financial LLC and Federal National Mortgage Association<br>LAW OFFICES OF GEORGE E BABCOCK<br>574 CENTRAL AVE<br>PAWTUCKET, RI 02861 | 5795 | 11/20/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 40 | Danielle Y. Howard<br>2297 Whitewater Cleib Dr.<br>Palm Springs, CA 92262 | 5817 | 11/19/2012 | $5,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 41 | David Crymes C/O Kevin W. Willhelm Attorney at Law 3111 South 14th Street Abilene, TX 79605 | 5778 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $4,500,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 42 | David J Sullivan vs Mortgage Electronic Registration SystemdInc Aegin Wholesale Corporation Deutsche Bank National et al COREY J ALLARD ATTORNEY AT LAW 574 CENTRAL AVE PAWTUCKET, RI 02861 | 5790 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 43 | David Lehoullier Carole A Lehoullier vs E LoanInc GE Capital Mortgage ServciesInc Greenwich Capital Financial et al LAW OFFICES OF GEORGE E BABCOCK 574 CENTRAL AVE PAWTUCKET, RI 02861 | 5870 | 11/21/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 44 | Denise M. Feltes 347 Sutton Ct. Sugar Grove, IL 60554 | 5727 | 11/19/2012 | $0.00 $0.00 $12,854.25 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 45 | Derek Haddaway and Deborah Haddaway 616 McIntosh Rd Ormond Beach, FL 32174-5311 | 6444 | 02/01/2013 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 46 | Deutsche Bank Trust Company vs. Carolyn McKelvey, Richard McKelvey Carolyn McKelvey, Richard McKelvey DeLisa Law Group PLLC 475 Montauk Highway West Islip, NY 11795 | 6005 | 11/26/2012 | $0.00 $0.00 $0.00 $0.00 $910,250.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 47 | DIANE FERGUSON AND INSIDE 13411 AND 13413 BRADLEY AVE OUT SERVICES INC SYLMAR, CA 91345 | 6421 | 01/11/2013 | $0.00 $0.00 $800,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 48 | Dominic Owen & Frankie Ann Mauti PO Box 4093 Sunriver, OR 97707 | 5747 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $1,500.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 49 | Donald L. Fryer 1210 Sandpit Road Leesville, SC 29070-8463 | 5807 | 11/20/2012 | $0.00 $0.00 $0.00 $0.00 $205,030.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 50 | Donald R Kinder and Patricia L Kinder vs Mortgage Electronic Registration SystemsInc GMAC Mortgage Corporation et al LAW OFFICES OF GEORGE E BABCOCK 574 CENTRAL AVE PAWTUCKET, RI 02861 | 5455 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 51 | Donna OHern vs Mortgage Electronic Registration System Inc Homecomings Financial Deutsche Bank Trust Company Americas LAW OFFICES OF GEORGE E BABCOCK 574 CENTRAL AVE PAWTUCKET, RI 02861 | 5470 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 52 | Doris Davis Jones 830 Inglewood Forrest City, ARK 72335 | 5830 | 11/20/2012 | $0.00 $0.00 $76,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 53 | ELBERT GADSON AND LOSS CONSULTANT SERVICES LLC 686 ANDERSON ST MACON, GA 31201-2533 | 5779 | 11/19/2012 | $0.00 $0.00 $50,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 54 | Elizabeth McKenna 843 Chilton Lane Wilmette, IL 60091 | 5751 | 11/19/2012 | $0.00 $0.00 $302,500.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 55 | Emilio Perez 246 E Main Street Pahokee, FL 33476-1808 | 6440 | 01/29/2013 | $0.00 $0.00 $0.00 $0.00 $2,748.50 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 56 | Erlynne Armstrong<br>5744 W. Race<br>Chicago, IL 60644 | 5723 | 11/19/2012 | $0.00 | Administrative Priority | Residential Capital, LLC | 12-12020 |
| | | | | $0.00 | Administrative Secured | | |
| | | | | UNLIQUIDATED | Secured | | |
| | | | | $0.00 | Priority | | |
| | | | | UNLIQUIDATED | General Unsecured | | |
| 57 | Estate of Phyllis J. Hargett<br>Jeanenne K. Hargett<br>103 Mission Crt.<br>Missoula, MT 59803 | 6294 | 12/03/2012 | $1,965.00 | Administrative Priority | Residential Capital, LLC | 12-12020 |
| | | | | $0.00 | Administrative Secured | | |
| | | | | $0.00 | Secured | | |
| | | | | $0.00 | Priority | | |
| | | | | $0.00 | General Unsecured | | |
| 58 | Estate of Phyllis J. Hargett<br>Jeanenne K. Hargett<br>103 Mission Crt.<br>Missoula, MT 59803 | 6332 | 12/04/2012 | $1,965.00 | Administrative Priority | Residential Capital, LLC | 12-12020 |
| | | | | $0.00 | Administrative Secured | | |
| | | | | $0.00 | Secured | | |
| | | | | $0.00 | Priority | | |
| | | | | $0.00 | General Unsecured | | |
| 59 | Evelyn Mearidy<br>5624 Robertson Ave<br>Baton Rouge, LA 70805 | 5957 | 11/28/2012 | $250,000.00 | Administrative Priority | Residential Capital, LLC | 12-12020 |
| | | | | $0.00 | Administrative Secured | | |
| | | | | $0.00 | Secured | | |
| | | | | $0.00 | Priority | | |
| | | | | $0.00 | General Unsecured | | |
| 60 | FARID MIR<br>8885 VENICE BLVD #200<br>LOS ANGELES, CA 90034 | 6280 | 11/30/2012 | $0.00 | Administrative Priority | Residential Capital, LLC | 12-12020 |
| | | | | $0.00 | Administrative Secured | | |
| | | | | $0.00 | Secured | | |
| | | | | $0.00 | Priority | | |
| | | | | BLANK | General Unsecured | | |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 61 | Francis X. Garcia<br>1563 Dorcey Lane<br>San Jose, CA 95120 | 5752 | 11/19/2012 | $13,669.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 62 | Fred Breining and Cathy Breining<br>The Law Firm of Jan Dudensing<br>925 G Street<br>Sacramento, CA 95841 | 5737 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 63 | Fred G. and Mary Powderly Irrevocable Trust<br>Mr. Paul Joseph Powderly, Trustor<br>522 South Helena Street<br>Anaheim, CA 92805-4530 | 5767 | 11/19/2012 | $0.00<br>$0.00<br>$605,000.00<br>$390,054.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 64 | Fred Thomas<br>600 Creek Ridge Drive<br>Riverside, AL 35135 | 5749 | 11/19/2012 | $50,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 65 | Fritz Barionnette and Paulette Barionnette v Mortgage Electronic Registration Systems Inc and GMAC Mortgage LLC<br>LAW OFFICES OF GEORGE E BABCOCK<br>574 CENTRAL AVE<br>PAWTUCKET, RI 02861 | 5443 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 66 | George & Sheila Walker<br>12 Addison St<br>Bloomfield, CT 06002 | 5874 | 11/21/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 67 | GEORGE E BABCOCK ATTORNEY AT LAW<br>PAUL JAMROG V. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. RELIANT MORTGAGE CO, LLC & FEDERAL NATIONAL MORTGAGE ASSOC<br>574 Central Avenue<br>Pawtucket, RI 02861 | 5419 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 68 | GEORGE E BABCOCK ATTORNEY AT LAW<br>CINDY P. FLORES AND ROBERT O. FLORES V. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND GMAC MORTGAGE, LLC<br>574 Central Avenue<br>Pawtucket, RI 02861 | 5438 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 69 | GEORGE E BABCOCK ATTORNEY AT LAW<br>JONATHAN DUMONT V. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. POLIMORTGAGE GROUP, INC. AND GMAC MORTGAGE, LLC<br>574 Central Avenue<br>Pawtucket, RI 02861 | 5442 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 70 | GEORGE E. BABCOCK, ESQ<br>ARISTOLE & PAMELA GATOS V. GMAC MORTGAGE, LLC, MERS AND PACIFIC MORTGAGE COMPANY<br>574 Central Avenue<br>Pawtucket, RI 02861 | 5425 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 71 | GEORGE E. BABCOCK, ESQ<br>CHERYL BROWN AKA CHERYL DENINNO VS. MORTGAGE<br>ELECTRONIC REGISTRATION SYSTEMS, INC. & US BANK, NA<br>AS TRUSTEE FOR RASC 2006KS9<br>574 Central Avenue<br>Pawtucket, RI 02861 | 5480 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 72 | George F. Kennedy and Martha Kennedy<br>Martha Kennedy<br>12 Yaphank Middle Island<br>Middle Island, NY 11953 | 5886 | 11/23/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 73 | Gertrude Jablasone<br>c/o Cynthia L. Carroll, Esquire<br>262 Chapman Road, Suite 108<br>Newark, DE 19702 | 5872 | 11/21/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 74 | GMAC Mortgage, LLC vs. David Machado a/k/a David S. Machado<br>DeLisa Law Group PLLC<br>475 Montauk Highway<br>West Islip, NY 11795 | 6001 | 11/26/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$952,277.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 75 | GMAC Mortgage, LLC vs. Paula Moskowitz, Citibank, N.A.<br>DeLisa Law Group PLLC<br>475 Montauk Highway<br>West Islip, NY 11795 | 6003 | 11/26/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$900,461.24 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 76 | Gorgonio Sicaju<br>Adelina Siaju<br>44 Macondray Street<br>Cumberland, RI 02864-8131 | 5883 | 11/23/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 77 | Hour M Hoeuy v GMAC Mortgage Corporation MERS and FNMA<br>LAW OFFICES OF GEORGE E BABCOCK<br>574 CENTRAL AVE<br>PAWTUCKET, RI 02861 | 5413 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 78 | Jacqueline L. Wingate & Glenn Wingate<br>Glenn Wingate<br>5535 E. VA. Beach Blvd Apt 120<br>Norfolk, VA 23502 | 5788 | 11/19/2012 | $0.00<br>$0.00<br>$250,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 79 | JAMES FOX<br><br>620 E. FOX LANE<br>NEWCASTLE, OK 73065-0000 | 6425 | 01/15/2013 | $734,105.02<br>$634,105.02<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 80 | James R Horner vs Mortgage Electronic Registration Systems Inc Optima Mortgage Corp and GMAC Mortgage LLC<br>LAW OFFICES OF GEORGE E BABCOCK<br>574 CENTRAL AVE<br>PAWTUCKET, RI 02861 | 5411 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 81 | Jeffrey W Currier vs MERS Inc Homecomings Financial Network Inc ETS Inc and GMAC Mortgage LLC LAW OFFICES OF GEORGE E BABCOCK 574 CENTRAL AVE PAWTUCKET, RI 02861 | 5484 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Executive Trustee Services, LLC | 12-12028 |
| 82 | Jeffrey W Currier vs MERS Inc Homecomings Financial Network Inc ETS Inc and GMAC Mortgage LLC LAW OFFICES OF GEORGE E BABCOCK 574 CENTRAL AVE PAWTUCKET, RI 02861 | 5485 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 83 | Jeffrey W Currier vs MERS Inc Homecomings Financial Network Inc ETS Inc and GMAC Mortgage LLC LAW OFFICES OF GEORGE E BABCOCK 574 CENTRAL AVE PAWTUCKET, RI 02861 | 5499 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 84 | JOHN L GREEN ATT AT LAW 4888 LOOP CENTRAL DR STE 445 HOUSTON, TX 77081 | 6395 | 12/10/2012 | $0.00 $0.00 $0.00 $0.00 Blank | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 85 | JOHN M BABBINGTON AND ASSOCIATES 19906 WOLF RD MOKENA, IL 60448 | 6435 | 01/17/2013 | $0.00 $0.00 $60,000.00 $0.00 $56,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 86 | Johnmark Lim<br>20 Pine Street, Unit 1412<br>New York, NY 10005 | 6018 | 11/29/2012 | $0.00<br>$0.00<br>$10,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 87 | JOHNSON, FLORENCE<br>2127 DESOTO DR<br>FLORENCE WIGGINS<br>LANSING, MI 48911 | 6283 | 12/03/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 88 | Jonathan Dumont v Mortgage Electronic Registration Systems Inc PoliMortgage Group Inc and GMAC Mortgage LLC<br>GEORGE E BABCOCK ATTORNEY AT LAW<br>574 CENTRAL AVE<br>PAWTUCKET, RI 02861 | 5424 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 89 | Joseph C Parker Jr J LaVerne Morris-Parker<br>5918 Lookout Mountain Drive<br>Austin, TX 78731-3658 | 6328 | 12/07/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 90 | Joseph Newsham<br>7248 Rutland Street<br>Philadelphia, PA 19149 | 5806 | 11/20/2012 | $0.00<br>$0.00<br>$0.00<br>$8,326.44<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 91 | Julio Fonseca Lee Ann Fonseca vs GMAC MortgageLLC Harmon Law OfficesPC Mortgage Electronic Registration SystemsInc LAW OFFICES OF GEORGE BABCOCK 574 CENTRAL AVE PAWTUCKET, RI 02861 | 5437 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 92 | Julio Fonseca Lee Ann Fonseca vs GMAC MortgageLLC Harmon Law OfficesPC Mortgage Electronic Registration SystemsInc LAW OFFICES OF GEORGE E BABCOCK 574 CENTRAL AVE PAWTUCKET, RI 02861 | 5492 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 93 | Kathy Mullins Kathy Mullins & Terry Mullins 1334 Inlet Court Amelia, OH 45102 | 5764 | 11/19/2012 | $0.00 $0.00 BLANK $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 94 | Keith Knowlton 805 Hamilton Place Ct. Winter Park, FL 32789 | 5753 | 11/19/2012 | $0.00 $0.00 $280,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 95 | Keith Knowlton 805 Hamilton Place Ct. Winter Park, FL 32789 | 5755 | 11/19/2012 | $0.00 $0.00 $209,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 96 | Kenneth and Kristi Walker<br>1401 Nettleton Drive<br>Desoto, TX 751115 | 6319 | 12/04/2012 | $0.00<br>$0.00<br>$92,000.00<br>$0.00<br>$12,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 97 | KENNETH AND RHONDA KRAMP AND<br>11040 DOOGAN<br>QUALITY CRAFT INC<br>WILLOW SPRINGS, IL 60480 | 6291 | 12/03/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$175,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 98 | Kimberly Wilson<br>15530 Veronica Ave<br>Eastpointe, MI 48021-2938 | 5862 | 11/19/2012 | UNLIQUIDATED<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 99 | Larmond, Andre<br>148-77 Hook Creek Blvd<br>Rosedale, NY 11422 | 5814 | 11/20/2012 | $0.00<br>$0.00<br>$125,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 100 | Laura Panza<br>20 Fountayne Lane<br>Manalapan, NJ 07726 | 5904 | 11/26/2012 | $0.00<br>$0.00<br>$19,620.92<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 101 | Law Office of Scott L. Woodall<br>Dianna Swift VS GMAC Mortgage USA Corporation<br>2340 Santa Rita Road, Suite 5<br>Pleasanton, CA 94566 | 6259 | 11/30/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$50,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage | 12-12031 |
| 102 | LAW OFFICES OF CAMPOS, LAZAR & MARTIN, PLLC<br>GMAC MRTG,LLC VS MAUREEN EDWARDS DOUGLAS<br>J EDWARDS CAPITAL ONE BANK USA NA COLORADO<br>CAPITAL INVESTMENTS INC DISCOVER BA ET AL<br>475 MONTAUK HWY<br>WEST ISLIP, NY 11795 | 5999 | 11/26/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$905,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 103 | LAW OFFICES OF CAMPOS, LAZAR & MARTIN, PLLC<br>DEUTSCHE BANK NATL TRUST CO VS KENNETH JIMENEZ,<br>DEBRA JIMENEZ A/K/A DEBRA LYNCH, MIDLAND FUNDING<br>LLC DBA IN NEW YORK AS ET AL<br>475 Montauk Highway<br>West Islip, NY 11795 | 6000 | 11/26/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,629,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 104 | LAW OFFICES OF GEORGE BABCOCK<br>MARIE DUMORNE ARMAND VS HOMECOMINGS FINANCIAL<br>NETWORK INC, MRTG ELECTRONIC REGISTRATION SYS INC,<br>GMAC MRTG LLC & FEDERA ET AL<br>574 Central Avenue<br>Pawtucket, RI 02861 | 5506 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 105 | LAW OFFICES OF GEORGE E BABCOCK<br>HOUR M. HOEUY V. GMAC MORTGAGE CORPORATION AND<br>FNMA<br>574 Central Avenue<br>Pawtucket, RI 02861 | 5408 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 106 | LAW OFFICES OF GEORGE E BABCOCK THAIS D LANNING AKA THAIS L HARNETT AKA THAIS L KELLY VS MRTG ELECTRONIC REGISTRATION SYSTEM, GMAC MRTG CORP, FEDERAL N ET AL 574 Central Avenue Pawtucket, RI 02861 | 5450 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 107 | LAW OFFICES OF GEORGE E BABCOCK CARLOS BAPTISTA V MRTG ELECTRONIC REGISTRATION SYS INC & DEUTSCHE BANK NATIONAL TRUST CO AMERICAS AS TRUSTEE FOR RALI 2007QS4 574 Central Avenue Pawtucket, RI 02861 | 5459 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 108 | LAW OFFICES OF GEORGE E BABCOCK JULIO FONSECA, LEE ANN FONSECA VS GMAC MORTGAGE,LLC HARMON LAW OFFICES,PC MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,INC 574 Central Avenue Pawtucket, RI 02861 | 5461 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 109 | LAW OFFICES OF GEORGE E BABCOCK ROBERT M SAURO II VS MRTG ELECTRONIC REGISTRATION SYSTEMS INC  MRTG LENDERS NETWORK USA INC CADLEROCK JOINT VENTURES, LP 574 Central Avenue Pawtucket, RI 02861 | 5475 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 110 | LAW OFFICES OF GEORGE E BABCOCK CASIMIR KOLASKI III GMAC MORTGAGE, LLC, MERS, INC., HOMECOMINGS FINANCIAL, LLC AND JOHN DOE SECURITIZED TRUST. 574 Central Avenue Pawtucket, RI 02861 | 5491 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 111 | LAW OFFICES OF GEORGE E BABCOCK DONNA OHERN VS. MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., HOMECOMINGS FINANCIAL, DEUTSCHE BANK TRUST COMPANY AMERICAS 574 Central Avenue Pawtucket, RI 02861 | 5495 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 112 | LAW OFFICES OF GEORGE E BABCOCK DAVID LEHOULLIER, CAROLE A LEHOULLIER VS E-LOAN,INC GE CAPITAL MRTG SERVCIES,INC GREENWICH CAPITAL FINANCIAL PRODUCTS ET AL 574 Central Avenue Pawtucket, RI 02861 | 5504 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 113 | LAW OFFICES OF GEORGE E BABCOCK DONALD R KINDER & PATRICIA L KINDER VS MRTG ELECTRONIC REGISTRATION SYSTEMS,INC GMAC MRTG CORP FEDERAL NATIONAL MRTG ASSOC 574 Central Avenue Pawtucket, RI 02861 | 5505 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 114 | LAW OFFICES OF GEORGE E BABCOCK DANIEL A MUSCATELLI VS GMAC MORTGAGE, LLC, MERS, INC., HOMECOMINGS FINANCIAL, LLC AND FEDERAL NATIONAL MORTGAGE ASSOCIATION. 574 Central Avenue Pawtucket, RI 02861 | 5507 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 115 | LAW OFFICES OF GEORGE E BABCOCK CATHERINE A. MIOZZI V. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND FEDERAL NATIONAL MORTGAGE ASSOCIATION 574 Central Avenue Pawtucket, RI 02861 | 5508 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 116 | LAW OFFICES OF GEORGE E BABCOCK LLOYD A OGILVIE & LYNDA M OGILVIE V MRTG ELECTRONIC REGISTRATION SYS INC HOMECOMINGS FINANCIAL, LLC & DEUTSCHE BANK ET AL 574 Central Avenue Pawtucket, RI 02861 | 5511 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 117 | LAW OFFICES OF GEORGE E BABCOCK JEFFREY W. CURRIER VS MERS, INC., HOMECOMINGS FINANCIAL NETWORK, INC., ETS, INC. AND GMAC MORTGAGE LLC 574 Central Avenue Pawtucket, RI 02861 | 5513 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 118 | LAW OFFICES OF GEORGE E BABCOCK JAMES R. HORNER VS. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. OPTIMA MORTGAGE CORP. AND GMAC MORTGAGE, LLC 574 Central Avenue Pawtucket, RI 02861 | 5516 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 119 | Lisa M. Waring 1059 East 225th Street Bronx, NY 10466 | 5998 | 11/20/2012 | $190,000.00 $0.00 $0.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 |
| 120 | Lloyd A Ogilvie and Lynda M Ogilvie v Mortgage Electronic Registration Systems Inc Homecomings Financial LLC and et al LAW OFFICES OF GEORGE E BABCOCK 574 CENTRAL AVE PAWTUCKET, RI 02861 | 5472 | 11/19/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Homecomings Financial, LLC | 12-12042 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 121 | Lovena Miller<br>15754 Lomita Springs Dr<br>San Antonio, TX 78247-5578 | 5754 | 11/20/2012 | $0.00<br>$145,000.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 122 | Lovena Miller<br>15754 Lomita Springs Dr<br>San Antonio, TX 78247-5578 | 5810 | 11/20/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$84,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 123 | Lynn Marcam<br>144 N Maple<br>Mesa, AZ 85205 | 6406 | 12/31/2012 | $0.00<br>$0.00<br>$163,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 124 | MAHNAZ RAHBAR<br>748 PECAN WAY<br>CAMPBELL, CA 95008-4534 | 5811 | 11/20/2012 | $0.00<br>$0.00<br>$915,947.77<br>$0.00<br>$123,157.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 125 | Marc R Beaudoin vs Mortgage Electronic Registration System Inc Homecomings Financial Deutsche Bank Trust Company Americas<br>LAW OFFICES OF GEORGE E BABCOCK<br>574 CENTRAL AVE<br>PAWTUCKET, RI 02861 | 5478 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 126 | Margaret Gauthier<br>5862 Oleander Dr<br>Newark, CA 94560 | 6324 | 12/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$141,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 127 | Marie Dumorne Armand vs Homecomings Financial Network Inc Mortgage Electronic Registration Systems Inc GMAC et al<br>LAW OFFICES OF GEORGE BABCOCK<br>574 CENTRAL AVE<br>PAWTUCKET, RI 02861 | 5448 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 128 | Marie Dumorne Armand vs Homecomings Financial Network Inc Mortgage Electronic Registration Systems Inc GMAC et al<br>LAW OFFICES OF GEORGE BABCOCK<br>574 CENTRAL AVE<br>PAWTUCKET, RI 02861 | 5456 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 129 | MARILYN W FORD<br>1090 BLVD RD<br>SUMTER, SC 29153 | 5894 | 11/26/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$49,218.26 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 130 | Mark Ostreicher and Lynn M Ostreicher<br>Mark Ostreicher<br>26803 N. 78th Avenue<br>Peoria, AZ 85383 | 6036 | 11/29/2012 | $0.00<br>$0.00<br>$4,099.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 131 | Markus L Liles<br>PO Box 313<br>Lilesville, NC 28091 | 5746 | 11/19/2012 | $0.00<br>$0.00<br>$150,000.00<br>$170,000.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 |
| 132 | Martha R Petty and David J Petty<br>8864 SE Jardin Street<br>Hobe Sound, FL 33455 | 6439 | 01/28/2013 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 133 | Martin Callahan Deborah Callahan<br>85 Del Ray<br>Lander, WY 82520 | 5735 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$20,000.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 134 | Marvin E. McDougal, Jr.<br>c/o Law Offices of Richard Sax<br>448 Sebastopol Ave.<br>Santa Rosa, CA 95401 | 5892 | 11/26/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 135 | Mauricio Madueno<br>PO Box 1144<br>Empire, CA 95319 | 6286 | 12/03/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrice Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|
| 136 Melton J Liles<br>PO Box 313<br>Lilesville, NC 28091 | 5773 | 11/19/2012 | $0.00<br>$0.00<br>$180,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 |
| 137 Michael Harris<br>Matthew D Weidner<br>1229 Central Ave<br>St Petersburg, FL 33705 | 6334 | 12/10/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$223,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 138 Mr. and Mrs. Norbert Bartosz<br>208 Sanford Ave<br>Catonsville, MD 21228-5149 | 5946 | 11/26/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 139 Nancy A. Kisting<br>PO Box 127<br>Waunakee, WI 53597-0127 | 6426 | 01/07/2013 | $0.00<br>$0.00<br>$0.00<br>$395,844.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 140 Natale B Kljunich and Kathy Kljunich<br>30-42 81st St 1st Floor<br>East Elmhurst, NY 11370 | 5815 | 11/20/2012 | $0.00<br>$0.00<br>$2,425.38<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|
| 141 Natalie Francois<br>GMAC Mortgage, LLC vs Natalie Francois, CFS Bank, Nassau County<br>981 Alhambra Rd<br>Baldwin, NY 11510 | 5812 | 11/20/2012 | $0.00<br>$0.00<br>$265,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 142 NICOLE FOX AND NICOLE LEVELL<br>8116 MAHOGANY LN<br>LITHONIA, GA 30058 | 5734 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$140,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 143 Norman Bradford vs HSBC Mortgage Corp Residential Funding Company LLC Ally Bank fka Ally Financial Corporation and et al<br>The Law Offices of Gregory Bryl<br>1629 K St NW Suite 300<br>Washington, DC 20006 | 5789 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$110,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 144 Pamela K Ludwig<br>493 E Coachwhip Ct<br>San Tan Valley, AZ 85140 | 6258 | 11/30/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$218,069.25 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 145 Paul Jamrog v Mortgage Electronic Registration Systems Inc Reliant Mortgage Company LLC and Federal National et al<br>GEORGE E BABCOCK ATTORNEY AT LAW<br>574 CENTRAL AVE<br>PAWTUCKET, RI 02861 | 5418 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 146 | PEREZ, MELISSA<br>RIES CONSTRUCTION<br>1900 N BAYSHORE DR APT 2012<br>MIAMI, FL 33132-3010 | 6316 | 12/04/2012 | $0.00<br>$0.00<br>$0.00<br>$38,000.00<br>$295,593.85 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 147 | Princess Dixon<br>1299 Knotts St<br>East Point, GA 30344 | 6398 | 12/26/2012 | $0.00<br>$0.00<br>$0.00<br>$10,000.00<br>$190,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 148 | R.B. Denley | 5967 | 11/26/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 149 | Rafik Y Kamell vs GMAC Mortgage LLC and Does 1 through 10 inclusive<br>Law Offices of Rafik Y Kamell<br>800 S Beach Blvd F<br>LaHabra, CA 90631 | 6227 | 11/30/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$35,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 150 | Ralph Sletager v GMAC Mortgage LLC a Delaware LLC Idaho Fish and Wildlife Foundation Inc an Idaho Corporation et al<br>C/O FINNEY FINNEY and FINNEY<br>OLD POWER HOUSE BUILDING 120 E LAKE ST STE 317<br>SANDPOINT, ID 83864 | 6420 | 01/10/2013 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$240,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |