UNITED STATES BANKRUPTCY COURT
SOURTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11
                                                                 :
RESIDENTIAL CAPITAL, LLC, et al.,[1]                             :    Case No. 12-12020 (MG)
                                                                 :
                                                                 :
                                                                 :    (Jointly Administered)
                Debtors.                                         :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Aljaira Duarte, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On or before June 5, 2013, I caused copies of the
- [Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re Docket No. 3867]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: June 7, 2013

/s/ Aljaira Duarte

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this June 7, 2013, by Aljaira Duarte, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: Vanessa Quinones

VANESSA RAE QUINONES
Commission # 1957203
Notary Public - California
Los Angeles County
My Comm. Expires Oct 20, 2015

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

# EXHIBIT A

**Exhibit A**
**Rule 3001(e)(2) or 3001(e)(4)**

| Name | Notice Name | Address | Address 2 | City | State | Zip | Claim Number | Claim Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BSI Financial Services, Inc. | as Servicer in Fact for MNH SUB I LLC. | P.O. Box 517 | 314 S. Franklin St. | Titusville | PA | 16354 | 5360 | $5,010,321.60 | $5,010,321.60 | 3867 | Transferee |
| CitiMortgage, Inc. | Andrew J. Petrie & Sarah B. Wallace | Featherstone Petrie DeSisto LLP | 600 17th Street, Suite 2400S | Denver | CO | 80202 | 5360 | $5,010,321.60 | $5,010,321.60 | 3867 | Transferor |

In re: Residential Capital, LLC
USBC Case No. 12-12020 (MG)