## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Glenn E. Glover, a member in good standing of the bars of the State(s) of Alabama and Mississippi; the bars of the United States District Courts for the Northern District of Alabama, the Middle District of Alabama, the Southern District of Alabama, the Northern District of Mississippi, and the Southern District of Alabama; and the bars of the United States Courts of Appeal for the Fifth and Eleventh Circuits, request admission, *pro hac vice*, before the Honorable Martin Glenn to represent Residential Capital, LLC, *et al.*, in the above-referenced case.

My address is:   Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119

The filing fee of $200.00 has been submitted with this Application for *pro hac vice* admission.

Dated: June 10, 2013                              Respectfully submitted,


By:   /s/ Glenn E. Glover
        Glenn E. Glover

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Glenn E. Glover, dated June 10, 2013, for admission to practice *pro hac vice* to represent Residential Capital, LLC, *et al*. in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bars of the State(s) of Alabama and Mississippi; the bars of the United States District Courts for the Northern District of Alabama, the Middle District of Alabama, the Southern District of Alabama, the Northern District of Mississippi, and the Southern District of Alabama; and the bars of the United States Courts of Appeal for the Fifth and Eleventh Circuits,

IT IS HEREBY ORDERED that Glenn E. Glover is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent Residential Capital, LLC, *et al*., provided that the filing fee has been paid.

Dated: New York, New York

June ___, 2013.

**The Honorable Martin Glenn**
**United States Bankruptcy Judge**
**Southern District of New York**

2