# Exhibit G

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x

In re:

RESIDENTIAL CAPITAL, LLC, et al.,

Debtors.

------------------------------------------------------- x

Chapter 11

Case No. 12-12020 (MG)

(Jointly Administered)

## AFFIDAVIT REGARDING DISSEMINATION OF NOTICES
## AND INFORMATION TO RMBS TRUST CERTIFICATEHOLDERS

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NASSAU     )

JOSE C. FRAGA, being duly sworn, deposes and says:

1.    I am employed by The Garden City Group, Inc. ("GCG") and my current title is Senior Director. Unless otherwise indicated, I have personal knowledge of the facts set forth herein, except as to certain matters that I believe to be true based on my review of business records of GCG.

2.    I have been employed by GCG as Senior Director since 2004. My responsibilities as Senior Director include the dissemination of notices in securities settlements.

3.    This Affidavit is submitted in support of the (a) *Joinder of Certain RMBS Trustees to the Debtors' Motion for an Order under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter into and Perform under a Plan Support Agreement with Ally Financial Inc., the Creditors Committee and Certain Consenting Claimants* and (b) *Debtors' Motion for an Order under Bankruptcy Code Sections 105(a) and 363(b) Authorizing*

*the Debtors to Enter into and Perform under a Plan Support Agreement with Ally Financial Inc.,*
*the Creditors Committee and Certain Consenting Claimants*, which was filed on May 23, 2013
(the **"Plan Support Agreement Motion"**).

4.     In August 2012, GCG was retained by The Bank of New York Mellon and The
Bank of New York Mellon Trust Company, N.A. ("BNY Mellon"), Deutsche Bank National
Trust Company and Deutsche Bank Trust Company Americas ("Deutsche Bank"), U.S. Bank
National Association ("U.S. Bank"), and Wells Fargo Bank, N.A. ("Wells Fargo," and
collectively with BNY Mellon, Deutsche Bank, U.S. Bank, HSBC Bank USA, N.A. ("HSBC"),
and Law Debenture Trust Company of New York ("LDTC"), the "RMBS Trustees")[1] in their
several capacities as trustees or indenture trustees to the holders (the "Certificateholders") of
certificates, notes or other securities (collectively, the "Certificates") under certain residential
mortgage backed securitization trusts (the "RMBS Trusts").

5.     The RMBS Trustees retained GCG (a) to coordinate and facilitate, at the direction
and on behalf of the RMBS Trustees, the dissemination of notices to various Certificateholders
in connection with (i) the June 11, 2012 Motion of the above-captioned debtors (the "Debtors")
pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements [ECF
No. 320] (as supplemented by the Debtors' Supplemental Motion pursuant to Fed. R. Bankr. P.
9019 for Approval of RMBS Trust Settlement Agreements [ECF No. 1176] and the Debtors'
Second Supplemental Motion pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust
Settlement Agreements [ECF No. 1887], the "RMBS 9019 Motion"), (ii) developments with
respect to the RMBS 9019 Motion, and (iii) other important events in the Debtors' chapter 11

---

[1] Although HSBC and LDTC did not retain GCG, they have been included as RMBS Trustees on certain of the
Notices (as defined below) sent to Certificateholders by GCG, and GCG has sent certain of the Notices to the
Certificateholders of RMBS Trusts for which HSBC and LDTC act as RMBS Trustees, as indicated below.

cases (the "Chapter 11 Cases"), and (b) to create and maintain a website for Certificateholders that provides contact information for the RMBS Trustees, links to various documents filed in the Chapter 11 Cases, and other important information regarding the Chapter 11 Cases (the "RMBS Trustee Website").

## A.    THE RMBS TRUSTEE WEBSITE

6.    On August 22, 2012, GCG established the RMBS Trustee Website, *www.rescaprmbssettlement.com*, to provide Certificateholders and other interested parties with information regarding, and developments with respect to, the RMBS 9019 Motion, and other material events in the  Chapter 11 Cases.  While the RMBS Trustee Website initially contained mostly information with regard to the RMBS 9019 Motion, it has been expanded since its inception to include significant developments in the Chapter 11 Cases that affect all Certificateholders, not just those that held interests in the RMBS Trusts that were subject to the RMBS 9019 Motion.

7.    The RMBS Trustee Website contains the following:

(a)    Notices.  Contains links to each of the notices (the "Notices") that GCG has sent to Certificateholders as well as any schedules and exhibits referenced in each Notice, including a list of RMBS Trusts affected by each Notice and the security identifiers, also referred to as "CUSIPs", assigned to the Certificates issued by each listed RMBS Trust.

(b)    List of Settlement Trusts.  A list of the RMBS Trusts that are subject to the Debtors' Plan Support Agreement Motion.  This list has been expanded

from the original list that included only those RMBS Trusts that were included in the RMBS 9019 Motion.

(c)    <u>Recent Updates</u>.  Contains links to the most recent Notice that GCG sent to Certificateholders as well as links to any related documents referred to in the Notice.

(d)    <u>Relevant Bankruptcy Court Documents</u>.  Contains links to certain court documents that were filed in the Debtors' Chapter 11 Cases, related adversary proceedings, and other related cases that are relevant to the RMBS Trusts and their claims.

(e)    <u>Relevant FGIC Rehabilitation Proceeding Documents</u>.  Contains links to certain relevant court documents that were filed in the New York State Supreme Court rehabilitation proceeding of Financial Guaranty Insurance Company (Index No. 401265/2012)(the "FGIC Rehabilitation Proceeding") as well as links to Notices given by the RMBS Trustees regarding the FGIC Rehabilitation Proceeding.

(f)    <u>Relevant Deadlines and Court Hearings</u>.  Contains information relevant to, and links to documents concerning, upcoming deadlines and court hearings involving the RMBS Trusts.

(g)    <u>RMBS Trustee Contact Information</u>.  Contact information is provided for BNY Mellon, Deutsche Bank, US Bank and Wells Fargo.  (Contact information for HSBS and LBTC is provided in each Notice in which they are included).

(h) <u>General Contact Information</u>. Lists a GCG email address, *questions@rescaprmbssettlement.com*, and GCG telephone numbers that were established to address inquiries from Certificateholders and other interested parties.

B. **NOTICES**

8. To date, GCG caused the following five (5) Notices to be disseminated to Certificateholders as described below. Each Notice contains a schedule provided by the appropriate RMBS Trustee (attached to the Notice itself and/or available on the RMBS Trustee Website) that lists all the RMBS Trusts affected by the Notice and CUSIPs for all Certificates issued by each listed RMBS Trust.

9. <u>Notice #1 - Time-Sensitive Notice Regarding a Proposed Settlement between Residential Capital, LLC et al., and the Settlement Trusts, dated August 22, 2012 ("8/22/12 Notice")</u>. A copy of the 8/22/12 Notice (without attached schedules and exhibits) is attached hereto as Exhibit A.

(a) On August 21, 2012, GCG emailed the 8/22/12 Notice to The Depository Trust Company ("DTC") for posting on DTC's LENS Notification System.

(b) On August 31, 2012, GCG emailed the 8/22/12 Notice to Broadridge ("Broadridge").

(c) (i) GCG received from Deutsche Bank 178 names and addresses of Certificateholders whose names and address appeared on the securities

registration books of the RMBS Trusts for which Deutsche Bank was a RMBS Trustee, securities administrator, and/or certificate registrar.

(ii) GCG received from U.S. Bank 191 names and addresses of Certificateholders whose names and address appeared on the securities registration books of the RMBS Trusts for which U.S. Bank was a RMBS Trustee, securities administrator, and/or certificate registrar.

(iii) GCG received from Wells Fargo 32 names and addresses of Certificateholders whose names and address appeared on the securities registration books of the RMBS Trusts for which Wells Fargo was a RMBS Trustee, securities administrator, and/or certificate registrar.

(iv) GCG received from BNY Mellon 122 names and addresses of Certificateholders whose names and address appeared on the securities registration books of the RMBS Trusts for which BNY Mellon was a RMBS Trustee, securities administrator, and/or certificate registrar.

(v) On August 22, 2012, GCG mailed, by first class registered mail, the 8/22/12 Notice to the names and addresses provided by the RMBS Trustees, as set forth in subparagraphs (i) – (iv) above.

(d)    GCG caused the 8/22/12 Notice to be published in *The Wall Street Journal (Global)* and *Financial Times Worldwide,* on October 8, 2012 and *The New York Times* on October 2, 2012.  Attached hereto as Exhibit B are affidavits confirming the publication of the 8/22/12 Notice by the relevant publications.

(e)      On October 8, 2012, GCG issued the 8/22/12 Notice to the wire service, *PR Newswire*. Attached hereto as Exhibit C is the confirmation from representatives of PR Newswire that the press release was issued.

(f)      GCG also purchased banner advertisements starting on October 8, 2012 through November 6, 2012 announcing the RMBS 9019 Motion and providing a hyperlink to *www.rescaprmbssettlement.com* on the following websites: Wall Street Journal Digital Network (which includes wsj.com, MarketWatch.com, Barrons.com, AllThingsD.com and SmartMoney.com), IHT.com/NYT.com, investors.com, reuters.com, and economist.com. Attached hereto as Exhibit D are screenshots of the banner advertisements as they appeared on the foregoing websites.

10.    Notice #2 - Time Sensitive Notice Regarding (a) Order Setting Last Date to File Claims Against Debtors Residential Capital, LLC and Certain of its Direct and Indirect Subsidiaries, and (b) Updates of Matters Relevant to Certain Certificateholders, dated October 17, 2012 (the "10/17/12 Notice"). A copy of the 10/17/12 Notice (without schedules and exhibits) is attached hereto as Exhibit E.

(a)      On October 17, 2012, GCG emailed the 10/17/12 Notice to DTC for posting on DTC's LENS Notification System.

(b)      On October 17, 2012, GCG emailed the 10/17/12 Notice to Broadridge.

(c)      (i) GCG received from Deutsche Bank 356 names and addresses of Certificateholders whose names and address appeared on the securities

registration books of the RMBS Trusts for which Deutsche Bank was a RMBS Trustee, securities administrator, and/or certificate registrar.[2]

(ii) GCG received from US Bank 368 names and addresses of Certificateholders whose names and address appeared on the securities registration books of the RMBS Trusts for which U.S. Bank was a RMBS Trustee, securities administrator, and/or certificate registrar.[3]

(iii) GCG received from BNY Mellon 305 names and addresses of Certificateholders whose names and address appeared on the securities registration books of the RMBS Trusts for which The Bank of New York was a RMBS Trustee, securities administrator, and/or certificate registrar.[4]

(iv) GCG received from Wells Fargo 738 names and addresses of Certificateholders whose names and address appeared on the securities registration books of the RMBS Trusts for which Wells Fargo was a RMBS Trustee, securities administrator, and/or certificate registrar.[5]

(v) On October 24 and 31, 2012, GCG mailed the 10/17/12 Notice by first-class, registered mail to the names and addresses provided by the RMBS Trustees, as set forth in subparagraphs (i) - (iv) above.

---

[2] The names and addresses, and number of Certificateholders appearing on Deutsche Bank's securities registration books may differ for each Notice depending on how many RMBS Trusts are included on the Notice and trades that occurred after each prior Notice.

[3] The names, addresses, and number of Certificateholders appearing on U.S. Bank's securities registration books may differ for each Notice depending on how many RMBS Trusts are included in the Notice and trades that occurred after each prior Notice.

[4] The names and addresses, and number of Certificateholders appearing on BNY Mellon's securities registration books may differ for each Notice depending on how many RMBS Trusts are included in the Notice and trades that occurred after each prior Notice.

[5] The names, addresses, and number of Certificateholders appearing on Wells Fargo's securities registration books may differ for each Notice depending on how many RMBS Trusts are included in the Notice and trades that occurred after each prior Notice. In addition, where HSBC and LDTC are included as RMBS Trustees giving the Notice, the names and addresses of Certificateholders provided by Wells Fargo include the names and addresses of Certificateholders for those RMBS Trusts for which HSBC acts as trustee or indenture trustee and for which LDTC acts as separate trustee.

11.    <u>Notice #3 - Time Sensitive Notice Regarding Sale of Debtors' Servicing Platform to Ocwen dated January 24, 2013 (the "1/24/13 Notice")</u>.  A copy of the 1/24/13 Notice (without schedules and exhibits) is attached hereto as Exhibit F.

(a)    On January 24, 2013, GCG emailed the 1/24/13 Notice to DTC for posting on DTC's LENS Notification System.

(b)    On January 24, 2013, GCG emailed the 1/24/13 Notice to Broadridge.

(c)    (i) As noted in paragraph 10(c)(i) above, in connection with the 10/17/12 Notice, GCG received from Deutsche Bank 356 names and addresses of Certificateholders whose names and address appeared on the securities registration books of the RMBS Trusts for which Deutsche Bank was a RMBS Trustee, securities administrator, and/or certificate registrar. GCG was instructed to use these same names and addresses for mailing of the 1/24/13 Notice.

(ii) GCG received from U.S. Bank 530 names and addresses of Certificateholders whose names and address appeared on the securities registration books of the RMBS Trusts for which US Bank was a RMBS Trustee, securities administrator, and/or certificate registrar.

(iii) GCG received from BNY Mellon 261 names and addresses of Certificateholders whose names and address appeared on the securities registration books of the RMBS Trusts for which BNY Mellon was a RMBS Trustee, securities administrator, and/or certificate registrar.

(iv) GCG received from Wells Fargo 244 names and addresses of Certificateholders whose names and address appeared on the securities registration books of the RMBS Trusts for which Wells Fargo was a RMBS Trustee, securities administrator, and/or certificate registrar.

(v) On February 1, 2013, GCG mailed the 1/24/13 Notice by first-class, registered mail to the names and addresses provided by the RMBS Trustees, as set forth in subparagraphs (i) – (iv) above.

12.    Notice #4 - Notice Regarding Closing of Sale of Debtors' Servicing Platform to Ocwen and Update of 9019 Settlement, dated April 8, 2013 (the "4/8/13 Notice"). A copy of the 4/8/13 Notice (without schedules and exhibits) is attached hereto as Exhibit G.

(a)    On April 9, 2013, GCG emailed the 4/8/13 Notice to DTC for posting on DTC's LENS Notification System.

(b)    On April 9, 2013, GCG emailed the 4/18/13 Notice to Broadridge.

(c)    On April 12, 2013, GCG mailed the 4/18/13 Notice by first-class, registered mail to the same names and addresses to which the 1/24/13 Notice was mailed, as described above in paragraph 11(c).

13.    Notice #5 - Time Sensitive Notice Regarding (a) Plan Support Agreement Among ResCap Debtors and the RMBS Trustees, Among Others, and (b) Settlement Agreement Among the Debtors, Financial Guaranty Insurance Company and Certain of the RMBS Trustees dated May 24, 2013 (the "5/24/13 Notice"). A copy of the 5/24/13 Notice (without schedules and exhibits) is attached hereto as Exhibit H.

(a)    On May 24, 2013, GCG emailed the 5/24/13 Notice to DTC for posting on DTC's LENS Notification System.

(b)    On May 24, 2013, GCG emailed the 5/24/13 Notice to Broadridge.

(c)    (i) GCG received from Deutsche Bank 202 names and addresses of Certificateholders whose names and address appeared on the securities registration books of the RMBS Trusts for which Deutsche Bank was a RMBS Trustee, securities administrator, and/or certificate registrar.

(ii) GCG received from U.S. Bank 564 names and addresses of Certificateholders whose names and address appeared on the securities registration books of the RMBS Trusts for which US Bank was a RMBS Trustee, securities administrator, and/or certificate registrar.

(iii) GCG received from Wells Fargo 286 names and addresses of Certificateholders whose names and address appeared on the securities registration books of the RMBS Trusts for which Wells Fargo was a RMBS Trustee, securities administrator, and/or certificate registrar.

(iv) As noted in paragraph 11(c)(iii), GCG received from BNY Mellon 261 names and addresses of Certificateholders whose names and address appeared on the securities registration books of the Trusts for which BNY Mellon was a RMBS Trustee, securities administrator, and/or certificate registrar. GCG was instructed to use these same names and addresses for mailing of the 5/24/13 Notice.

(v) On May 24, 2013, GCG mailed, by first class mail, the 5/24/13 Notice

to the 1,313 names and addresses provided by the RMBS Trustees,[6] as set

forth in subparagraphs (i) – (iv), above.

_Jose C. Fraga_

Jose C. Fraga

Sworn to before me this
7th day of June 2013

_Vanessa M Vigilante_
Notary Public

VANESSA M. VIGILANTE
Notary Public, State of New York
No. 01VI6143817
Qualified in Queens County
My Commission Expires 4-17-2014

---

[6] On May 24, 2013, Deutsche Bank and BNY Mellon provided 22 and 11 additional names and addresses of Certificateholders, respectively, in supplemental files to GCG. On May 28, 2013, GCG mailed the 5/24/13 Notice to these additional Certificateholders.

# EXHIBIT A

TIME-SENSITIVE NOTICE
REGARDING A PROPOSED SETTLEMENT BETWEEN RESIDENTIAL CAPITAL,
LLC, *et al.*, AND THE SETTLEMENT TRUSTS

**NOTICE IS HEREBY GIVEN BY:**

**THE BANK OF NEW YORK MELLON,**
**THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,**
**DEUTSCHE BANK NATIONAL TRUST COMPANY,**
**DEUTSCHE BANK TRUST COMPANY AMERICAS,**
**U.S. BANK NATIONAL ASSOCIATION AND**
**WELLS FARGO BANK, N.A.**

**IN THEIR SEVERAL CAPACITIES AS TRUSTEES OR INDENTURE TRUSTEES
(COLLECTIVELY, THE "RMBS TRUSTEES" AND EACH, AN "RMBS TRUSTEE"),
TO THE HOLDERS OF CERTIFICATES, NOTES OR OTHER SECURITIES (THE
"CERTIFICATEHOLDERS") UNDER THE RESIDENTIAL MORTGAGE-BACKED
SECURITIZATION TRUSTS IDENTIFIED IN EXHIBIT A (COLLECTIVELY, THE
"SETTLEMENT TRUSTS" AND EACH A "SETTLEMENT TRUST").**

**THIS NOTICE CONTAINS IMPORTANT TIME-SENSITIVE INFORMATION FOR
CERTIFICATEHOLDERS AND OTHER PERSONS POTENTIALLY INTERESTED IN
THE SETTLEMENT TRUSTS.  ALL DEPOSITORIES, CUSTODIANS AND OTHER
INTERMEDIARIES RECEIVING THIS NOTICE, AS APPLICABLE, ARE REQUESTED
TO EXPEDITE THE RE-TRANSMITTAL TO CERTIFICATEHOLDERS IN A TIMELY
MANNER.**

Dated: August 22, 2012

This notice (the "**Notice**") is given to you by the RMBS Trustees under the Pooling and Servicing
Agreements (including Series Supplements and Standard Terms of Pooling and Servicing
Agreements), Indentures and related Servicing Agreements (collectively, the "**Governing
Agreements**") governing the Settlement Trusts.  Capitalized terms used but not defined herein
shall have the meanings assigned to them in the Governing Agreements.

## I.  Background.

As Certificateholders have previously been notified by each RMBS Trustee, on May 14, 2012,
Residential Capital, LLC, and certain of its direct and indirect subsidiaries (collectively,
"**ResCap**") filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code (the
"**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York
(the "**Court**") (*In re Residential Capital, LLC*, **Case No. 12-12020 (MG) and related cases**)
(collectively, the "**Chapter 11 Cases**").

**THIS NOTICE CONCERNS A PROPOSED SETTLEMENT OF CLAIMS OF THE SETTLEMENT TRUSTS AGAINST RESCAP IN THE CHAPTER 11 CASES.  THESE CLAIMS INCLUDE, WITHOUT LIMITATION, CERTAIN CLAIMS RELATING TO THE ORIGINATION AND SALE BY RESCAP OF MORTGAGE LOANS AND TO CERTAIN ASPECTS OF RESCAP'S SERVICING OF THOSE MORTGAGE LOANS.  THE PROPOSED SETTLEMENT WOULD, IF APPROVED BY THE COURT AND ACCEPTED BY THE RMBS TRUSTEE OF A SETTLEMENT TRUST, BIND THAT SETTLEMENT TRUST AND RELATED CERTIFICATEHOLDERS.  ACCORDINGLY, THE PROPOSED SETTLEMENT AND RELATED COURT APPROVAL PROCEDURES MATERIALLY AFFECT THE INTERESTS OF THE CERTIFICATEHOLDERS, AND THE RMBS TRUSTEES RESPECTFULLY REQUEST THAT ALL CERTIFICATEHOLDERS AND OTHER NOTICE RECIPIENTS READ THIS NOTICE AND RELATED MATERIALS CAREFULLY IN CONSULTATION WITH THEIR LEGAL AND FINANCIAL ADVISORS.**

## II.  The Proposed Settlement.

On May 13, 2012, ResCap entered into separate agreements with two sets of Certificateholders (collectively, the "**Institutional Investors**"), each of which was titled an "RMBS Trust Settlement Agreement" (collectively, the "**Original Proposed RMBS Trust Settlement Agreements**").  On August 15, 2012, the Original Proposed RMBS Trust Settlement Agreements were amended (the "**Amended Proposed RMBS Trust Settlement Agreements**," and together with the Original Proposed RMBS Trust Settlement Agreements, the "**Proposed RMBS Trust Settlement Agreements**").  (Copies of these documents can be obtained as explained in Part IV below.)  The Proposed RMBS Trust Settlement Agreements seek to, among other things, settle the claims of the Settlement Trusts concerning ResCap's alleged breaches of representations and warranties in the Governing Agreements and certain alleged violations of ResCap's servicing obligations.  The Proposed RMBS Trust Settlement Agreements are subject to the approval of the Court and the settlements set forth therein cannot be offered to or accepted by the Settlement Trusts until and unless such approval is granted by the Court (see Part III below).

The Proposed RMBS Trust Settlement Agreements provide that in settlement of the Proposed Settled Claims (as defined below) against ResCap, each Settlement Trust that accepts the settlement (an "**Accepting Trust**") will be allowed a general unsecured claim against the estates of certain ResCap entities in the Chapter 11 Cases.  If all Settlement Trusts become Accepting Trusts, such allowed claims will aggregate $8,700,000,000 (US$8.7 billion), less an allocation of the allowed claims for the payment of fees and expenses of the attorneys for the Institutional Investors as set forth in the Proposed RMBS Trust Settlement Agreements (the "**Settlement Claims Allowance**").  The Proposed RMBS Trust Settlement Agreements further provide that each Accepting Trust shall have the option (the "**HoldCo Option**"), at any time prior to confirmation of a chapter 11 plan in the Chapter 11 Cases (a "Plan"), to elect to receive up to twenty percent of that Accepting Trust's Settlement Claims Allowance as an allowed general unsecured claim against the estate of Residential Capital, LLC ("**HoldCo**"), in lieu of a general unsecured claim against the estates of certain of its direct and indirect subsidiaries thereby reducing each Accepting Trust's allowed general unsecured claim against such estates to the extent each Accepting Trust exercises the HoldCo Option.  **The determination of the Settlement Claims Allowance of each Accepting Trust (*i.e.*, each Accepting Trust's share of the aggregate Settlement Claims Allowance) is subject to an allocation procedure set forth in the Proposed RMBS Trust Settlement Agreements and all recipients of this Notice are referred to such agreements for the details of that procedure.**

2

The Proposed RMBS Trust Settlement Agreements allow each related Settlement Trust to accept or reject the settlement offer independently without affecting the rights of any other Settlement Trust (including the share of the Settlement Claims Allowance to which any other Settlement Trust is entitled if it becomes an Accepting Trust). If approved by the Court, the Proposed RMBS Trust Settlement Agreements would affect the rights and interests of all Certificateholders, and their successors-in-interests and assigns, in any Accepting Trusts. The affected rights and interests will include, among other things, the release of claims against Rescap on behalf of the RMBS Trustee, the Accepting Trusts and all Certificateholders in the Accepting Trusts, arising out of or relating to (i) the origination and sale of mortgages to the Accepting Trusts, including representations and warranties made with respect to those mortgages and any mortgage repurchase obligations; (ii) documentation of the mortgages in the Accepting Trusts, with certain exceptions; (iii) servicing of the mortgages in the Accepting Trusts, with certain exceptions; (iv) certain setoff or recoupment under the Governing Agreements against ResCap; and (v) any loan seller that either sold loans to ResCap or Ally Financial Inc. that were sold or transferred to the Accepting Trusts (collectively, the "**Proposed Settled Claims**").

**The acceptance of the Proposed RMBS Trust Settlement Agreements by an Accepting Trust would not, at present, entitle such Accepting Trust to receive any specific amount of money or other consideration, at any specific time, as a distribution from the ResCap debtor entities' bankruptcy estates.** Rather, the Settlement Claims Allowance would entitle the Accepting Trust to receive such consideration as is eventually afforded to the claims of general unsecured creditors in the Chapter 11 Cases that are classified in the same manner as the claims of the Accepting Trusts. Accordingly, at present, Certificateholders cannot assume that acceptance by any Settlement Trust of the related Proposed RMBS Trust Settlement Agreement will result in any particular recovery with respect to the Settlement Claims Allowance of such Settlement Trust. Acceptance by any Settlement Trust of the related Proposed RMBS Trust Settlement Agreement would, however, resolve disputes with ResCap and other parties in interest to the Chapter 11 Cases as to the amount and general unsecured claim status of any claims such Settlement Trust may have with respect to the Proposed Settled Claims.

The RMBS Trustees have jointly engaged Duff & Phelps, LLC as their primary advisor with respect to their evaluation of the Proposed RMBS Trust Settlement Agreements and with respect to certain other matters in the Chapter 11 Cases. Each RMBS Trustee has also engaged independent counsel to advise it with respect to relevant legal matters affecting the particular Settlement Trusts that they administer. **None of the RMBS Trustees has made a determination, as of the date of this Notice, as to the reasonableness of, or the advisability of entering into, the Proposed RMBS Trust Settlement Agreements on behalf of any Settlement Trust. None of the RMBS Trustees anticipates making its decision as to whether or not to accept the proposed settlement on behalf of any Settlement Trust until and unless the proposed settlement has been approved by the Court (see Part III below). Although the RMBS Trustees are cooperating with each other in their evaluation of the proposed settlement, each RMBS Trustee will make its own decision as to whether or not to accept the proposed settlement on behalf of any Settlement Trust, and for each Accepting Trust, whether, and in what amount, to elect to exercise the HoldCo Option, on the basis of information available to that RMBS Trustee at the time of such decision.**

**Settlement Trusts that do not accept the Proposed RMBS Trust Settlement Agreements and do not become Accepting Trusts will be subject to the procedures of the Bankruptcy Code and the Court (including the scheduling order for the Chapter 11 Cases entered by the**

**Court) relating to the assertion and allowance of claims, including, but not limited to, ResCap's right to object to the claims.**

### III.   ResCap's Motion for Approval of the Proposed RMBS Trust Settlement Agreements by the Court; The Rights of Certificateholders and Other Parties to Appear and Object.

The Proposed RMBS Trust Settlement Agreements are agreements between ResCap and the Institutional Investors and will not become effective or binding as to any Settlement Trust until and unless both (a) ResCap obtains Court approval to make the settlement offer to the Settlement Trusts and (b) such Settlement Trust, acting through its respective RMBS Trustee, accepts the Proposed RMBS Trust Settlement Agreements.  Accordingly, on June 11, 2012, ResCap filed a motion with the Court seeking Court approval of the Proposed RMBS Trust Settlement Agreements and of ResCap's offer of the settlement proposed thereunder to each of the RMBS Trustees on behalf of the Settlement Trusts (the "**Original 9019 Motion**").  On August 15, 2012, ResCap filed a Supplement to the 9019 Motion (together with the Original 9019 Motion, the "**9019 Motion**").

Among other things, the 9019 Motion seeks a finding by the Court that the settlements proposed under the Proposed RMBS Trust Settlement Agreements are fair and reasonable to, and in the best interest of, all interested parties, including but not limited to, ResCap's creditors, the Institutional Investors, the Certificateholders for each Accepting Trust and each such Accepting Trust, the RMBS Trustees, and certain other persons, as a compromise of the claims asserted by each Accepting Trust against ResCap.

On July 31, 2012, the Court entered an order setting forth a schedule of deadlines and the date of a hearing related to the 9019 Motion and the RMBS Trustees' acceptance or rejection of the settlement under the Proposed RMBS Trust Settlement Agreements (the "**Order**").  **Pursuant to the Order, the Court will commence an evidentiary hearing on the 9019 Motion (the "Hearing") on November 5, 2012.**  If the Court grants the 9019 Motion, the RMBS Trustees must accept or reject the Proposed RMBS Trust Settlement Agreements on behalf of any Settlement Trust on or before the later of (a) November 12, 2012 or (b) five business days after the entry of an order granting the 9019 Motion.  The RMBS Trustees have until the confirmation of a Plan to elect to exercise the HoldCo Option on behalf of each Accepting Trust.

**Any Certificateholder or other person potentially having an interest in the Settlement Trusts may object to the 9019 Motion or any aspect of the Proposed RMBS Trust Settlement Agreements, may seek discovery regarding the 9019 Motion or the Proposed RMBS Trust Settlement Agreements, and may participate in the Hearing.**  The Court has directed that:

- any objections to the 9019 Motion, along with any supporting expert reports, must be filed with the Court by **October 5, 2012**;

- the RMBS Trustees' objections or responses to the 9019 Motion, if any, must be served by **October 15, 2012**; and

- any reply to objections to the 9019 Motion must be filed by **October 29, 2012**.

(Further information regarding additional deadlines regarding the 9019 Motion is contained in the Order which can be obtained as explained in Part IV below.)

**If the Court approves the 9019 Motion and an RMBS Trustee agrees to accept the settlement under the Proposed RMBS Trust Settlement Agreements on behalf of an Accepting Trust, all Certificateholders under the Accepting Trust will be bound by the Proposed RMBS Trust Settlement Agreements and the releases contained therein, whether or not the Certificateholder appeared in the Hearing or submitted an objection to the 9019 Motion or the Proposed RMBS Trust Settlement Agreements. Accordingly, any Certificateholder that has concerns about or might object to the Proposed RMBS Trust Settlement Agreements should consider with their legal advisors whether to participate in the Court proceedings pursuant to any of the means described in the preceding paragraph. There will likely be no forum other than such Court proceedings in which a Certificateholder's objection to the Proposed RMBS Trust Settlement Agreements will be able to be heard. If the Court approves the Proposed RMBS Trust Settlement Agreements, the decision of the applicable RMBS Trustee to accept or reject the proposed settlement on behalf of an individual Settlement Trust, and to exercise the HoldCo Option on behalf of an Accepting Trust, will be informed by each RMBS Trustee's analysis of the settlement taking into account interests of all of its respective Certificateholders and will not necessarily be based on the interests, objections or other position of any individual Certificateholder.**

## IV.  This Notice is a Summary; Other Sources of Information.

This Notice summarizes the Proposed RMBS Trust Settlement Agreements, the 9019 Motion and the Order and is not a complete statement of those documents, of relevant law or of relevant legal procedures. The RMBS Trustees do not intend to send any further notices with respect to the matters addressed herein, and Certificateholders and other potentially interested persons are urged to carefully review the Proposed RMBS Trust Settlement Agreements, the 9019 Motion and the Order and other pleadings that have been filed, and that subsequently may be filed, in the Chapter 11 Cases, and to consult with their own legal and financial advisors. The Proposed RMBS Trust Settlement Agreements and other related, material documents, including certain orders entered by the Court and other information relevant to the Proposed RMBS Trust Settlement Agreements, are available at **http://www.rescaprmbssettlement.com**, which will be updated each time additional, related, material papers are filed or orders are entered by the Court. You may also obtain any documents filed with the Court in the Chapter 11 Cases by logging on to PACER at https://www.uscourts.gov or by visiting ResCap's claims agent website at http://www.kccllc.net/rescap. If you have any questions, you may call (866) 241-7538 in the United States, +1 (202) 470-4565 outside the United States or send an email to questions@rescaprmbssettlement.com.

Inquiries regarding the matters set forth in this Notice may be directed to questions@rescaprmbssettlement.com or, with respect to any particular Settlement Trust, to the RMBS Trustee for such Settlement Trust using the "RMBS Trustee Contact Information" for such RMBS Trustee at **http://www.rescaprmbssettlement.com**.

## V.  Other Matters.

Certificateholders and other persons interested in the Settlement Trusts should not rely on the RMBS Trustees, or on counsel or other advisors retained by the RMBS Trustees, as their sole source of information.

Please note that the foregoing is not intended and should not be construed as investment, accounting, financial, legal or tax advice by or on behalf of the RMBS Trustees, or their directors,

officers, affiliates, agents, attorneys or employees.  Each person or entity receiving this Notice should seek the advice of its own advisers in respect of the matters set forth herein.

Please be further advised that each of the RMBS Trustees reserves all of the rights, powers, claims and remedies available to it under the Governing Agreements and applicable law. No delay or forbearance by an RMBS Trustee to exercise any right or remedy accruing upon the occurrence of a default, or otherwise under the terms of the Governing Agreements, other documentation relating thereto or under applicable law, shall impair any such right or remedy or constitute a waiver thereof or an acquiescence therein.

Each of the RMBS Trustees expressly reserve all rights in respect of each applicable Governing Agreement, including without limitation its right to recover in full its fees and costs (including, without limitation, fees and costs incurred or to be incurred by such RMBS Trustee in performing its duties, indemnities owing or to become owing to such RMBS Trustee, compensation for such RMBS Trustee's time spent and reimbursement for fees and costs of counsel and other agents it employs in performing its duties or to pursue remedies) and its right, prior to exercising any rights or powers in connection with any applicable Governing Agreement at the request or direction of any Certificateholder, to receive security or indemnity satisfactory to it against all costs, expenses and liabilities which might be incurred in compliance therewith, and all rights that may be available to it under applicable law or otherwise.

Please be advised that with respect to any particular inquiry from individual Certificateholders, an RMBS Trustee may conclude that a specific response to such inquiry is not consistent with requirements under applicable law and regulation of equal and full dissemination of information to all Certificateholders.

THE BANK OF NEW YORK MELLON, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, U.S. BANK NATIONAL ASSOCIATION OR WELLS FARGO BANK, N.A., severally, as trustees or indenture trustees of the Settlement Trusts

# EXHIBIT B

# AFFIDAVITS

**IN THE MATTER**
**OF:** THE BANK OF NY MELLON, THE BANK OF NY MELLON TRUST
COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY, DEUTSCHE
BANK TRUST COMPANY AMERICAS, US BANK NATIONAL ASSOCIATION
AND WELLS FARGO BANK N.A.

**STATE OF NEW YORK:**

**ss:**

**COUNTY OF NEW YORK:**

I, Tim Hart, being duly sworn, hereby certify that (a) I am the Vice President - Financial
Advertising of FT Publications, Inc., Publisher of the FINANCIAL TIMES, a daily newspaper
published and of general circulation in the City and County of New York, and (b) that the Notice of
which the annexed is a copy was published in ALL EDITIONS OF THE FINANCIAL TIMES ON
THE 8TH DAY OF OCTOBER 2012.

**TIM HART VICE-PRESIDENT OF ADVERTISING -FINANCIAL ADVERTISING:**

**SWORN TO BEFORE ME THIS:**

Hope Kaye

**NOTARY PUBLIC**

HOPE KAYE
Notary Public, State of New York
No. 01KA4944197
Qualified in New York County
Commission Expires_____

## ADVERTISEMENT

### TIME SENSITIVE NOTICE REGARDING A PROPOSED SETTLEMENT BETWEEN CERTAIN SETTLEMENT TRUSTS RELATED TO SECURITIZATIONS SPONSORED BY RESIDENTIAL CAPITAL, LLC, AND CERTAIN OF ITS SUBSIDIARIES, INCLUDING GMAC MORTGAGE, LLC AND RESIDENTIAL FUNDING COMPANY, LLC

**NOTICE IS HEREBY GIVEN BY:**
**THE BANK OF NEW YORK MELLON,**
**THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,**
**DEUTSCHE BANK NATIONAL TRUST COMPANY,**
**DEUTSCHE BANK TRUST COMPANY AMERICAS,**
**U.S. BANK NATIONAL ASSOCIATION AND**
**WELLS FARGO BANK, N.A.,**

IN THEIR SEVERAL CAPACITIES AS TRUSTEES OR INDENTURE TRUSTEES (COLLECTIVELY, THE "RMBS TRUSTEES" AND EACH, AN "RMBS TRUSTEE"), TO THE HOLDERS OF CERTIFICATES, NOTES OR OTHER SECURITIES (THE "CERTIFICATEHOLDERS") UNDER THE RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS IDENTIFIED IN EXHIBIT A, AVAILABLE AT WWW.RESCAPRMBSSETTLEMENT.COM (COLLECTIVELY, THE "SETTLEMENT TRUSTS" AND EACH A "SETTLEMENT TRUST").

THIS NOTICE CONTAINS IMPORTANT TIME-SENSITIVE INFORMATION FOR CERTIFICATEHOLDERS AND OTHER PERSONS POTENTIALLY INTERESTED IN THE SETTLEMENT TRUSTS.  ALL DEPOSITORIES, CUSTODIANS AND OTHER INTERMEDIARIES RECEIVING THIS NOTICE, AS APPLICABLE, ARE REQUESTED TO EXPEDITE THE RE-TRANSMITTAL TO CERTIFICATEHOLDERS IN A TIMELY MANNER.

Dated: August 22, 2012 (date on which notice was delivered to registered Certificateholders)

This notice (the "Notice") is given to you by the RMBS Trustees under the Pooling and Servicing Agreements (including Series Supplements and Standard Terms of Pooling and Servicing Agreements), Indentures and related Servicing Agreements (collectively, the "Governing Agreements") governing the Settlement Trusts.  Capitalized terms used but not defined herein shall have the meanings assigned to them in the Governing Agreements.

#### I.  Background

As Certificateholders have previously been notified by each RMBS Trustee, on May 14, 2012, Residential Capital, LLC and certain of its direct and indirect subsidiaries (collectively, "ResCap") filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Court") (*In re Residential Capital, LLC*, Case No. 12-12020 (MG) and related cases) (collectively, the "Chapter 11 Cases").

THIS NOTICE CONCERNS A PROPOSED SETTLEMENT OF CLAIMS OF THE SETTLEMENT TRUSTS AGAINST RESCAP IN THE CHAPTER 11 CASES.  THESE CLAIMS INCLUDE, WITHOUT LIMITATION, CERTAIN CLAIMS RELATING TO THE ORIGINATION AND SALE BY RESCAP OF MORTGAGE LOANS AND TO CERTAIN ASPECTS OF RESCAP'S SERVICING OF THOSE MORTGAGE LOANS.  THE PROPOSED SETTLEMENT WOULD, IF APPROVED BY THE COURT AND ACCEPTED BY THE RMBS TRUSTEE OF A SETTLEMENT TRUST, BIND THAT SETTLEMENT TRUST AND RELATED CERTIFICATEHOLDERS.  ACCORDINGLY, THE PROPOSED SETTLEMENT AND RELATED COURT APPROVAL PROCEDURES MATERIALLY AFFECT THE INTERESTS OF THE CERTIFICATEHOLDERS, AND THE RMBS TRUSTEES RESPECTFULLY REQUEST THAT ALL CERTIFICATEHOLDERS AND OTHER NOTICE RECIPIENTS READ THIS NOTICE AND RELATED MATERIALS CAREFULLY IN CONSULTATION WITH THEIR LEGAL AND FINANCIAL ADVISORS.

#### II.  The Proposed Settlement.

On May 13, 2012, ResCap entered into separate agreements with two sets of Certificateholders (collectively, the "Institutional Investors"), each of which was titled an "RMBS Trust Settlement Agreement" (collectively, the "Original Proposed RMBS Trust Settlement Agreements").  On August 15, 2012, the Original Proposed RMBS Trust Settlement Agreements were amended (the "Amended Proposed RMBS Trust Settlement Agreements," and together with the Original Proposed RMBS Trust Settlement Agreements, the "Proposed RMBS Trust Settlement Agreements").  (Copies of these documents can be obtained as explained in Part IV below.)  The Proposed RMBS Trust Settlement Agreements seek to, among other things, settle the claims of the Settlement Trusts concerning ResCap's alleged breaches of representations and warranties in the Governing Agreements and certain alleged violations of ResCap's servicing obligations.  The Proposed RMBS Trust Settlement Agreements are subject to the approval of the Court and the settlements set forth therein cannot be offered to or accepted by the Settlement Trusts until and unless such approval is granted by the Court (see Part III below).

The Proposed RMBS Trust Settlement Agreements provide that in settlement of the Proposed Settled Claims (as defined below) against ResCap, each Settlement Trust that accepts the settlement (an "Accepting Trust") will be allowed a general unsecured claim against the estates of certain ResCap entities in the Chapter 11 Cases.  If all Settlement Trusts become Accepting Trusts, such allowed claims will aggregate $8,700,000,000 (US$8.7 billion), less an allocation of the allowed claims for the payment of fees and expenses of the attorneys for the Institutional Investors as set forth in the Proposed RMBS Trust Settlement Agreements (the "Settlement Claims Allowance").  The Proposed RMBS Trust Settlement Agreements further provide that each Accepting Trust shall have the option (the "HoldCo Option"), at any time prior to confirmation of a chapter 11 plan in the Chapter 11 Cases (a "Plan"), to elect to receive up to twenty percent of that Accepting Trust's Settlement Claims Allowance as an allowed general unsecured claim against the estate of Residential Capital, LLC ("HoldCo"), in lieu of a general unsecured claim against the estates of certain of its direct and indirect subsidiaries thereby reducing each Accepting Trust's allowed general unsecured claim against such estates to the extent each Accepting Trust exercises the HoldCo Option.  The determination of the Settlement Claims Allowance of each Accepting Trust (i.e., each Accepting Trust's share of the aggregate Settlement Claims Allowance) is subject to an allocation procedure set forth in the Proposed RMBS Trust Settlement Agreements and all recipients of this Notice are referred to such agreements for the details of that procedure.

The Proposed RMBS Trust Settlement Agreements allow each related Settlement Trust to accept or reject the settlement offer independently without affecting the rights of any other Settlement Trust (including the share of the Settlement Claims Allowance to which any other Settlement Trust is entitled if it becomes an Accepting Trust).  If approved by the Court, the Proposed RMBS Trust Settlement Agreements would affect the rights and interests of all Certificateholders, and their successors-in-interests and assigns, in any Accepting Trusts.  The affected rights and interests will include, among other things, the release of claims against Rescap on behalf of the RMBS Trustee, the Accepting Trusts and all Certificateholders in the Accepting Trusts, arising out of or relating to (i) the origination and sale of mortgages to the Accepting Trusts, including representations and warranties made with respect to those mortgages and any mortgage repurchase obligations; (ii) documentation of the mortgages in the Accepting Trusts, with certain exceptions; (iii) servicing of the mortgages in the Accepting Trusts, with certain exceptions; (iv) certain setoff or recoupment under the Governing Agreements against ResCap; and (v) any loan seller that either sold loans to ResCap or Ally Financial Inc. that were sold or

transferred to the Accepting Trusts (collectively, the "Proposed Settled Claims").

The acceptance of the Proposed RMBS Trust Settlement Agreements by an Accepting Trust would not, at present, entitle such Accepting Trust to receive any specific amount of money or other consideration, at any specific time, as a distribution from the ResCap debtor entities' bankruptcy estates.  Rather, the Settlement Claims Allowance would entitle the Accepting Trust to receive such consideration as is eventually afforded to the claims of general unsecured creditors in the Chapter 11 Cases that are classified in the same manner as the claims of the Accepting Trusts.  Accordingly, at present, Certificateholders cannot assume that acceptance by any Settlement Trust of the related Proposed RMBS Trust Settlement Agreement will result in any particular recovery with respect to the Settlement Claims Allowance of such Settlement Trust.  Acceptance by any Settlement Trust of the related Proposed RMBS Trust Settlement Agreement would, however, resolve disputes with ResCap and other parties in interest to the Chapter 11 Cases as to the amount and general unsecured claim status of any claims such Settlement Trust may have with respect to the Proposed Settled Claims.

The RMBS Trustees have jointly engaged Duff & Phelps, LLC as their primary advisor with respect to their evaluation of the Proposed RMBS Trust Settlement Agreements and with respect to certain other matters in the Chapter 11 Cases.  Each RMBS Trustee has also engaged independent counsel to advise it with respect to relevant legal matters affecting the particular Settlement Trusts that they administer.  **None of the RMBS Trustees has made a determination, as of the date of this Notice, as to the reasonableness of, or the advisability of entering into, the Proposed RMBS Trust Settlement Agreements on behalf of any Settlement Trust.  None of the RMBS Trustees anticipates making its decision as to whether or not to accept the proposed settlement on behalf of any Settlement Trust until and unless the proposed settlement has been approved by the Court (see Part III below).  Although the RMBS Trustees are cooperating with each other in their evaluation of the proposed settlement, each RMBS Trustee will make its own decision as to whether or not to accept the proposed settlement on behalf of any Settlement Trust, and for each Accepting Trust, whether, and in what amount, to elect to exercise the HoldCo Option, on the basis of information available to that RMBS Trustee at the time of such decision.**

**Settlement Trusts that do not accept the Proposed RMBS Trust Settlement Agreements and do not become Accepting Trusts will be subject to the procedures of the Bankruptcy Code and the Court (including the scheduling order for the Chapter 11 Cases entered by the Court) relating to the assertion and allowance of claims, including, but not limited to, ResCap's right of object to the claims.**

#### III.  ResCap's Motion for Approval of the Proposed RMBS Trust Settlement Agreements by the Court; The Rights of Certificateholders and Other Parties to Approve and Object.

The Proposed RMBS Trust Settlement Agreements are agreements between ResCap and the Institutional Investors and will not become effective or binding as to any Settlement Trust until and unless both (a) ResCap obtains Court approval to make the settlement offer to the Settlement Trusts and (b) such Settlement Trust, acting through its respective RMBS Trustee, accepts the Proposed RMBS Trust Settlement Agreements.  Accordingly, on June 11, 2012, ResCap filed a motion with the Court seeking Court approval of the Proposed RMBS Trust Settlement Agreements and of ResCap's offer of the settlement proposed thereunder to each of the RMBS Trustees on behalf of the Settlement Trusts (the "Original 9019 Motion").  On August 15, 2012, ResCap filed a Supplement to the 9019 Motion (together with the Original 9019 Motion, the "9019 Motion").

Among other things, the 9019 Motion seeks a finding by the Court that the settlements proposed under the Proposed RMBS Trust Settlement Agreements are fair and reasonable to, and in the best interest of, all interested parties, including but not limited to, ResCap's creditors, the Institutional Investors, the Certificateholders for each Accepting Trust and each such Accepting Trust, the RMBS Trustees, and certain other persons, as a compromise of the claims asserted by each Accepting Trust against ResCap.

On July 31, 2012, the Court entered an order setting forth a schedule of deadlines and the date of a hearing related to the 9019 Motion and the RMBS Trustees' acceptance or rejection of the settlement under the Proposed RMBS Trust Settlement Agreements (the "Order").  **Pursuant to the Order, the Court will commence an evidentiary hearing on the 9019 Motion (the "Hearing") on November 5, 2012.**  If the Court grants the 9019 Motion, the RMBS Trustees must accept or reject the Proposed RMBS Trust Settlement Agreements on behalf of any Settlement Trust on or before the later of (a) November 12, 2012 or (b) five business days after the entry of an order granting the 9019 Motion.  The RMBS Trustees have until the confirmation of a Plan to elect to exercise the HoldCo Option on behalf of each Accepting Trust.

**[NOTE: Dates set forth in this Notice and in the Order may have changed between the date that this Notice was written and the date of publication or reading and are subject to subsequent change.  Accordingly, Certificateholders and other persons interested in the Settlement Trusts should refer to the sources of information described in Part IV below for up-to-date scheduling information.]**

**Any Certificateholder or other person potentially having an interest in the Settlement Trusts may object to the 9019 Motion or any aspect of the Proposed RMBS Trust Settlement Agreements, may seek discovery regarding the 9019 Motion or the Proposed RMBS Trust Settlement Agreements, and may participate in the Hearing.**  The Court has directed that:

- any objections to the 9019 Motion, along with any supporting expert reports, must be filed with the Court by **October 5, 2012**;
- the RMBS Trustees' objections or responses to the 9019 Motion, if any, must be served by **October 15, 2012**; and

- any reply to objections to the 9019 Motion must be filed by **October 29, 2012**.

(Further information regarding additional deadlines regarding the 9019 Motion is contained in the Order and can be obtained as explained in Part IV below.)

**If the Court approves the 9019 Motion and an RMBS Trustee agrees to accept the settlement under the Proposed RMBS Trust Settlement Agreements on behalf of an Accepting Trust, all Certificateholders under the Accepting Trust will be bound by the Proposed RMBS Trust Settlement Agreements and the releases contained therein, whether or not the Certificateholder appeared in the Hearing or submitted an objection to the 9019 Motion or the Proposed RMBS Trust Settlement Agreements.  Accordingly, any Certificateholder that has concerns about or might object to the Proposed RMBS Trust Settlement Agreements should consider with their legal advisors whether to participate in the Court proceedings pursuant to any of the means described in the preceding paragraph.  There will likely be no forum other than such Court proceedings in which a Certificateholder's objection to the Proposed RMBS Trust Settlement Agreements will be able to be heard.  If the Court approves the Proposed RMBS Trust Settlement Agreements, the decision of the applicable RMBS Trustee to accept or reject the proposed settlement on behalf of an individual Settlement Trust, and to exercise the HoldCo Option on behalf of an Accepting Trust, will be informed by each RMBS Trustee's analysis of the settlement taking into account interests of all of its respective Certificateholders and will not necessarily be based on the interests, objections or other position of any individual Certificateholder.**

#### IV.  This Notice is a Summary; Other Sources of Information.

This Notice summarizes the Proposed RMBS Trust Settlement Agreements, the 9019 Motion and the Order and is not a complete statement of those documents, of relevant law or of relevant legal procedures.  The RMBS Trustees do not intend to send any further notices with respect to the matters addressed herein, and Certificateholders and other potentially interested persons are urged to carefully review the Proposed RMBS Trust Settlement Agreements, the 9019 Motion and the Order and other pleadings that have been filed, and that subsequently may be filed, in the Chapter 11 Cases, and to consult with their own legal and financial advisors.  The Proposed RMBS Trust Settlement Agreements and other related, material documents, including certain orders entered by the Court and other information relevant to the Proposed RMBS Trust Settlement Agreements, are available at **http://www.rescaprmbssettlement.com**, which will be updated each time additional, related, material papers are filed or orders are entered by the Court.  You may also obtain any documents filed with the Court in the Chapter 11 Cases by logging on to PACER at https://www.uscourts.gov or by visiting ResCap's claims agent website at http://www.kccllc.net/rescap.  If you have any questions, you may call (866) 241-7538 in the United States, +1 (202) 470-4565 outside the United States or send an email to questions@rescaprmbssettlement.com.

Inquiries regarding the matters set forth in this Notice may be directed to questions@rescaprmbssettlement.com or, with respect to any particular Settlement Trust, to the RMBS Trustee for such Settlement Trust using the "RMBS Trustee Contact Information" for such RMBS Trustee at **http://www.rescaprmbssettlement.com**.

#### V.  Other Matters.

Certificateholders and other persons interested in the Settlement Trusts should not rely on the RMBS Trustees, or on counsel or other advisors retained by the RMBS Trustees, as their sole source of information.

Please note that the foregoing is not intended and should not be construed as investment, accounting, financial, legal or tax advice by or on behalf of the RMBS Trustees, or their directors, officers, affiliates, agents, attorneys or employees.  Each person or entity receiving this Notice should seek the advice of its own advisers in respect of the matters set forth herein.

Please be further advised that each of the RMBS Trustees reserves all of the rights, powers, claims and remedies available to it under the Governing Agreements and applicable law.  No delay or forbearance by an RMBS Trustee to exercise any right or remedy accruing upon the occurrence of a default, or otherwise under the terms of the Governing Agreements, other documentation relating thereto or under applicable law, shall impair any such right or remedy or constitute a waiver thereof or an acquiescence therein.

Each of the RMBS Trustees expressly reserve all rights in respect of each applicable Governing Agreement, including without limitation its right to recover in full its fees and costs (including, without limitation, fees and costs incurred or to be incurred by such RMBS Trustee in performing its duties, indemnities owing or to become owing to such RMBS Trustee, compensation for such RMBS Trustee's time spent and reimbursement for fees and costs of counsel and other agents it employs in performing its duties or to pursue remedies) and its right, prior to exercising any rights or powers in connection with any applicable Governing Agreement at the request or direction of any Certificateholder, to receive security or indemnity satisfactory to it against all costs, expenses and liabilities which might be incurred in compliance therewith, and all rights that may be available to it under applicable law or otherwise.

Please be advised that with respect to any particular Trust, the matters discussed herein may be subject to certain requirements under applicable law and regulation of equal and full dissemination of information to all Certificateholders.

THE BANK OF NEW YORK MELLON, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, U.S. BANK NATIONAL ASSOCIATION OR WELLS FARGO BANK, N.A., severally, as trustees or indenture trustees of the Settlement Trusts

**The New York Times**

620 8TH AVENUE · NEW YORK, NY 10018

$\mathcal{B}\,5$

## CERTIFICATION OF PUBLICATION

OCT 0 2 2012 _____ 20 ____

I, _Alice Weber_ , in my capacity as a Principal Clerk of the Publisher of **The New York Times** a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times** on the following date or dates, to wit on

_____

OCT 0 2 2012 _____ 20 ____

_Alice Weber_

Approved:

_Maria Pannullo_

THIS CERTIFICATION
NOT VALID
WITHOUT NYT RAISED SEAL

GARDING A PROPOSED SETTLEMENT BETWEEN CERTAIN SETTLEMENT TRUSTS
ATIONS SPONSORED BY RESIDENTIAL CAPITAL, LLC, AND CERTAIN OF ITS
NG GMAC MORTGAGE, LLC AND RESIDENTIAL FUNDING COMPANY, LLC

UST COMPANY, N.A.,
OMPANY,
MERICAS,
ND

TRUSTEES OR INDENTURE TRUSTEES (COLLECTIVELY, THE "RMBS TRUSTEES" AND EACH, AN "RMBS
RTIFICATES, NOTES OR OTHER SECURITIES (THE "CERTIFICATEHOLDERS") UNDER THE RESIDENTIAL
ION TRUSTS IDENTIFIED IN EXHIBIT A, AVAILABLE AT WWW.RESCAPRMBSSETTLEMENT.COM
T TRUSTS" AND EACH A "SETTLEMENT TRUST").

T TIME-SENSITIVE INFORMATION FOR CERTIFICATEHOLDERS AND OTHER PERSONS POTENTIALLY
TRUSTS.  ALL DEPOSITORIES, CUSTODIANS AND OTHER INTERMEDIARIES RECEIVING THIS NOTICE,
O EXPEDITE THE RE-TRANSMITTAL TO CERTIFICATEHOLDERS IN A TIMELY MANNER.

delivered to

MBS Trustees
uding Series
d Servicing
Agreements
verning the
not defined
hem in the

ied by each
apital, LLC,
(collectively,
er 11 of the
y Code") in
hern District
apital, LLC,
lectively, the

and (v) any loan seller that either sold loans to ResCap or Ally Financial Inc. that were sold or transferred to the Accepting Trusts (collectively, the "**Proposed Settled Claims**").

**The acceptance of the Proposed RMBS Trust Settlement Agreements by an Accepting Trust would not, at present, entitle such Accepting Trust to receive any specific amount of money or other consideration, at any specific time, as a distribution from the ResCap debtor entities' bankruptcy estates.** Rather, the Settlement Claims Allowance would entitle the Accepting Trust to receive such consideration as is eventually afforded to the claims of general unsecured creditors in the Chapter 11 Cases that are classified in the same manner as the claims of the Accepting Trusts. Accordingly, at present, Certificateholders cannot assume that acceptance by any Settlement Trust of the related Proposed RMBS Trust Settlement Agreement will result in any particular recovery with respect to the Settlement Claims Allowance of such Settlement Trust. Acceptance by any Settlement Trust of the related Proposed RMBS Trust Settlement Agreement would, however, resolve disputes with ResCap and other parties in interest to the Chapter 11 Cases as to the amount and general

- the RMBS Trustees' objections or responses to the 9019 Motion, if any, must be served by **October 15, 2012**; and
- any reply to objections to the 9019 Motion must be filed by **October 29, 2012.**

(Further information regarding additional deadlines regarding the 9019 Motion is contained in the Order which can be obtained as explained in Part IV below.)

**If the Court approves the 9019 Motion and an RMBS Trustee agrees to accept the settlement under the Proposed RMBS Trust Settlement Agreements on behalf of an Accepting Trust, all Certificateholders under the Accepting Trust will be bound by the Proposed RMBS Trust Settlement Agreements and the releases contained therein, whether or not the Certificateholder appeared in the Hearing or submitted an objection to the 9019 Motion or the Proposed RMBS Trust Settlement Agreements.  Accordingly, any Certificateholder that has concerns about or might object to the Proposed RMBS Trust Settlement Agreements should consider with their legal advisors whether to participate in the Court proceedings pursuant to any of the means described in the preceding**

# AFFIDAVIT

**STATE OF TEXAS**                    )
                                      )
**CITY AND COUNTY OF DALLAS)**

I, Albert Fox, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher

of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout

 the United States, Asia and Europe, and that the notice attached to this Affidavit has been regularly

published in THE WALL STREET JOURNAL for Global distribution for

1   insertion(s) on the following date(s):

OCT-08-2012;

ADVERTISER: RESIDENTIAL CAPITAL, LLC;

and that the foregoing statements are true and correct to the best of my knowledge.

_____

Sworn to before me this
8    day of   October     2012

_____
Notary Public

DONNA HESTER
Notary Public, State of Texas
My Commission Expires
October 29, 2014

P2JW282000-0-C00600-1-------XA
BLACK
12-12020-mg    Doc 3940-7    Filed 06/10/13    Entered 06/10/13 16:59:42    Exhibit G
BDM-BMT-BRK4-CCA-CHE-CKP-CPD-CXT-DNV-DNU-HDE-HLD-JCS-LAG-LAT-LKD-MIA-ML-LNMX-PAI-PHI-RIVN-SEA,TDM,TUS,UTA,WOK
RSC_WSJ U.S._etear
Pg 26 of 67
CL,CN,CX,DL,DM,DX,EE,EU,FL,HO,KC,MW,NC,NE,NY,PH,PN,RM,SA,SC,SL,SW,TU,WB,WE    Exhibit G

# TIME SENSITIVE NOTICE REGARDING A PROPOSED SETTLEMENT BETWEEN CERTAIN SETTLEMENT TRUSTS RELATED TO SECURITIZATIONS SPONSORED BY RESIDENTIAL CAPITAL, LLC, AND CERTAIN OF ITS SUBSIDIARIES, INCLUDING GMAC MORTGAGE, LLC AND RESIDENTIAL FUNDING COMPANY, LLC

**NOTICE IS HEREBY GIVEN BY:**

**THE BANK OF NEW YORK MELLON,**
**THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,**
**DEUTSCHE BANK NATIONAL TRUST COMPANY,**
**DEUTSCHE BANK TRUST COMPANY AMERICAS,**
**U.S. BANK NATIONAL ASSOCIATION AND**
**WELLS FARGO BANK, N.A.**

**IN THEIR SEVERAL CAPACITIES AS TRUSTEES OR INDENTURE TRUSTEES (COLLECTIVELY, THE "RMBS TRUSTEES" AND EACH, AN "RMBS TRUSTEE"), TO THE HOLDERS OF CERTIFICATES, NOTES OR OTHER SECURITIES (THE "CERTIFICATEHOLDERS") UNDER THE RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS IDENTIFIED IN EXHIBIT A, AVAILABLE AT WWW.RESCAPRMBSSETTLEMENT.COM (COLLECTIVELY, THE "SETTLEMENT TRUSTS" AND EACH A "SETTLEMENT TRUST").**

**THIS NOTICE CONTAINS IMPORTANT TIME-SENSITIVE INFORMATION FOR CERTIFICATEHOLDERS AND OTHER PERSONS POTENTIALLY INTERESTED IN THE SETTLEMENT TRUSTS. ALL DEPOSITORIES, CUSTODIANS AND OTHER INTERMEDIARIES RECEIVING THIS NOTICE, AS APPLICABLE, ARE REQUESTED TO EXPEDITE THE RE-TRANSMITTAL TO CERTIFICATEHOLDERS IN A TIMELY MANNER.**

Dated: August 22, 2012 (date on which notice was delivered to registered Certificateholders)

This notice (the "**Notice**") is given to you by the RMBS Trustees under the Pooling and Servicing Agreements (including Series Supplements and Standard Terms of Pooling and Servicing Agreements), Indentures and related Servicing Agreements (collectively, the "**Governing Agreements**") governing the Settlement Trusts. Capitalized terms used but not defined herein shall have the meanings assigned to them in the Governing Agreements.

### I. Background.

As Certificateholders have previously been notified by each RMBS Trustee, on May 14, 2012, Residential Capital, LLC, and certain of its direct and indirect subsidiaries (collectively, "**ResCap**") filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Court**") (in *re Residential Capital, LLC*, Case No. 12-12020 (MG) and related cases) (collectively, the "**Chapter 11 Cases**").

**THIS NOTICE CONCERNS A PROPOSED SETTLEMENT OF CLAIMS OF THE SETTLEMENT TRUSTS AGAINST RESCAP IN THE CHAPTER 11 CASES. THESE CLAIMS INCLUDE, WITHOUT LIMITATION, CERTAIN CLAIMS RELATING TO THE ORIGINATION AND SALE BY RESCAP OF MORTGAGE LOANS AND TO CERTAIN ASPECTS OF RESCAP'S SERVICING OF THOSE MORTGAGE LOANS. THE PROPOSED SETTLEMENT WOULD, IF APPROVED BY THE COURT AND ACCEPTED BY THE RMBS TRUSTEE OF A SETTLEMENT TRUST, BIND THAT SETTLEMENT TRUST AND RELATED CERTIFICATEHOLDERS. ACCORDINGLY, THE PROPOSED SETTLEMENT AND RELATED COURT APPROVAL PROCEDURES MATERIALLY AFFECT THE INTERESTS OF THE CERTIFICATEHOLDERS, AND THE RMBS TRUSTEES RESPECTFULLY REQUEST THAT ALL CERTIFICATEHOLDERS AND OTHER NOTICE RECIPIENTS READ THIS NOTICE AND RELATED MATERIALS CAREFULLY IN CONSULTATION WITH THEIR LEGAL AND FINANCIAL ADVISORS.**

### II. The Proposed Settlement.

On May 13, 2012, ResCap entered into separate agreements with two sets of Certificateholders (collectively, the "**Institutional Investors**"), each of which was titled an "RMBS Trust Settlement Agreement" (collectively, the "**Original Proposed RMBS Trust Settlement Agreements**"). On August 15, 2012, the Original Proposed RMBS Trust Settlement Agreements were amended (the "**Amended Proposed RMBS Trust Settlement Agreements**," and together with the Original Proposed RMBS Trust Settlement Agreements, the "**Proposed RMBS Trust Settlement Agreements**"). (Copies of these documents can be obtained as explained in Part IV below.) The Proposed RMBS Trust Settlement Agreements seek to, among other things, settle the claims of the Settlement Trusts concerning ResCap's alleged breaches of representations and warranties in the Governing Agreements and certain alleged violations of ResCap's servicing obligations. The Proposed RMBS Trust Settlement Agreements are subject to the approval of the Court and the settlements set forth therein cannot be offered to or accepted by the Settlement Trusts until and unless such approval is granted by the Court (see Part III below).

The Proposed RMBS Trust Settlement Agreements provide that in settlement of the Proposed Settled Claims (as defined below) against ResCap, each Settlement Trust that accepts the settlement (an "**Accepting Trust**") will be allowed a general unsecured claim against the estates of certain ResCap entities in the Chapter 11 Cases. If all Settlement Trusts become Accepting Trusts, such allowed claims will aggregate $8,700,000,000 (US$8.7 billion), less an allocation of the allowed claims for the payment of fees and expenses of the attorneys for the Institutional Investors as set forth in the Proposed RMBS Trust Settlement Agreements (the "**Settlement Claims Allowance**"). The Proposed RMBS Trust Settlement Agreements further provide that each Accepting Trust shall have the option (the "**HoldCo Option**"), at any time prior to confirmation of a chapter 11 plan in the Chapter 11 Cases (a "**Plan**"), to elect to receive up to twenty percent of that Accepting Trust's Settlement Claims Allowance as an allowed general unsecured claim against the estate of Residential Capital, LLC ("**HoldCo**"), in lieu of a general unsecured claim against the estates of certain of its direct and indirect subsidiaries thereby reducing each Accepting Trust's allowed general unsecured claim against such estates to the extent each Accepting Trust exercises the HoldCo Option. **The determination of the Settlement Claims Allowance of each Accepting Trust (i.e., each Accepting Trust's share of the aggregate Settlement Claims Allowance) is subject to an allocation procedure set forth in the Proposed RMBS Trust Settlement Agreements and all recipients of this Notice are referred to such agreements for the details of that procedure.**

The Proposed RMBS Trust Settlement Agreements allow each related Settlement Trust to accept or reject the settlement offer independently without affecting the rights of any other Settlement Trust (including the share of the Settlement Claims Allowance to which any other Settlement Trust is entitled if it becomes an Accepting Trust). If approved by the Court, the Proposed RMBS Trust Settlement Agreements would affect the rights and interests of all Certificateholders, and their successors-in-interests and assigns, in any Accepting Trust. The affected rights and interests will include, among other things, the release of claims against Rescap on behalf of the RMBS Trustee, the Accepting Trusts and all Certificateholders in the Accepting Trusts, arising out of or relating to (i) the origination and sale of mortgages to the Accepting Trusts, including representations and warranties with respect to those mortgages and any mortgage repurchase obligations; (ii) documentation of the mortgages in the Accepting Trusts, with certain exceptions; (iii) servicing of the mortgages in the Accepting Trusts, with certain exceptions; (iv) certain setoff or recoupment under the Governing Agreements against ResCap; and (v) any loan seller that either sold loans to ResCap or Ally

Financial Inc. that were sold or transferred to the Accepting Trusts (collectively, the "**Proposed Settled Claims**").

The acceptance of the Proposed RMBS Trust Settlement Agreements by an Accepting Trust would not, at present, entitle such Accepting Trust to receive any specific amount of money or other consideration, at any specific time, as a distribution from the ResCap debtor entities' bankruptcy estates. Rather, the Settlement Claims Allowance would entitle the Accepting Trust to receive such consideration as is eventually afforded to the claims of general unsecured creditors in the Chapter 11 Cases that are classified in the same manner as the claims of the Accepting Trusts. Accordingly, at present, Certificateholders cannot assume that acceptance by any Settlement Trust of the related Proposed RMBS Trust Settlement Agreement will result in any particular recovery with respect to the Settlement Claims Allowance of such Settlement Trust. Acceptance by any Settlement Trust of the related Proposed RMBS Trust Settlement Agreement would, however, resolve disputes with ResCap and other parties in interest to the Chapter 11 Cases as to the amount and general unsecured claim status of any claims such Settlement Trust may have with respect to the Proposed Settled Claims.

The RMBS Trustees have jointly engaged Duff & Phelps, LLC as their primary advisor with respect to their evaluation of the Proposed RMBS Trust Settlement Agreements and with respect to certain other matters in the Chapter 11 Cases. Each RMBS Trustee has also engaged independent counsel to advise it with respect to relevant legal matters affecting the particular Settlement Trusts that they administer. **None of the RMBS Trustees has made a determination, as of the date of this Notice, as to the reasonableness of, or the advisability of entering into, the Proposed RMBS Trust Settlement Agreements on behalf of any Settlement Trust. None of the RMBS Trustees anticipates making its decision as to whether or not to accept the proposed settlement on behalf of any Settlement Trust until and unless the proposed settlement has been approved by the Court (see Part III below). Although the RMBS Trustees are cooperating with each other in their evaluation of the proposed settlement, each RMBS Trustee will make its own decision as to whether or not to accept the proposed settlement on behalf of any Settlement Trust, and for each Accepting Trust, whether, and in what amount, to elect to exercise the HoldCo Option, on the basis of information available to that RMBS Trustee at the time of such decision.**

**Settlement Trusts that do not accept the Proposed RMBS Trust Settlement Agreements and do not become Accepting Trusts will be subject to the procedures of the Bankruptcy Code and the Court (including the scheduling order for the Chapter 11 Cases entered by the Court) relating to the assertion and allowance of claims, including, but not limited to, ResCap's right to object to the claims.**

### III. ResCap's Motion for Approval of the Proposed RMBS Trust Settlement Agreements by the Court; The Rights of Certificateholders and Other Parties to Appear and Object.

The Proposed RMBS Trust Settlement Agreements are agreements between ResCap and the Institutional Investors and will not become effective or binding as to any Settlement Trust until and unless both (a) ResCap obtains Court approval to make the settlement offer to the Settlement Trusts and (b) such Settlement Trust, acting through its respective RMBS Trustee, accepts the Proposed RMBS Trust Settlement Agreements. Accordingly, on June 11, 2012, ResCap filed a motion with the Court seeking Court approval of the Proposed RMBS Trust Settlement Agreements and of ResCap's offer of the settlement proposed thereunder to each of the RMBS Trustees on behalf of the Settlement Trusts (the "**Original 9019 Motion**"). On August 15, 2012, ResCap filed a Supplement to the 9019 Motion (together with the Original 9019 Motion, the "**9019 Motion**").

Among other things, the 9019 Motion seeks a finding by the Court that the settlements proposed under the Proposed RMBS Trust Settlement Agreements are fair and reasonable to, and in the best interest of, all interested parties, including but not limited to, ResCap's creditors, the Institutional Investors, the Certificateholders for each Accepting Trust and each such Accepting Trust, the RMBS Trustees, and certain other persons, as a compromise of the claims asserted by each Accepting Trust against ResCap.

On July 31, 2012, the Court entered an order setting forth a schedule of deadlines and the date of a hearing related to the 9019 Motion and the RMBS Trustees' acceptance or rejection of the settlement under the Proposed RMBS Trust Settlement Agreements (the "**Order**"). Pursuant to the Order, the Court will commence an evidentiary hearing on the 9019 Motion (the "**Hearing**") on November 5, 2012. If the Court grants the 9019 Motion, the RMBS Trustees must accept or reject the Proposed RMBS Trust Settlement Agreements on behalf of any Settlement Trust on or before the later of (a) November 12, 2012 or (b) five business days after the entry of an order granting the 9019 Motion. The RMBS Trustees have until the confirmation of a Plan to elect to exercise the HoldCo Option on behalf of each Accepting Trust.

**[NOTE: Dates set forth in this Notice and in the Order may have changed between the date that this Notice was written and the date of publication or reading and are subject to subsequent change. Accordingly, Certificateholders and other persons interested in the Settlement Trusts should refer to the sources of information described in Part IV below for up-to-date scheduling information.]**

Any Certificateholder or other person potentially having an interest in the Settlement Trusts may object to the 9019 Motion or any aspect of the Proposed RMBS Trust Settlement Agreements, may seek discovery regarding the 9019 Motion or the Proposed RMBS Trust Settlement Agreements, and may participate in the Hearing. The Court has directed that:

- any objections to the 9019 Motion, along with any supporting expert reports, must be filed with the Court by **October 5, 2012**;

- the RMBS Trustees' objections or responses to the 9019

Motion, if any, must be served by **October 15, 2012**; and

- any reply to objections to the 9019 Motion must be filed by **October 29, 2012**.

(Further information regarding additional deadlines regarding the 9019 Motion is contained in the Order which can be obtained as explained in Part IV below.)

**If the Court approves the 9019 Motion and an RMBS Trustee agrees to accept the settlement under the Proposed RMBS Trust Settlement Agreements on behalf of an Accepting Trust, all Certificateholders under the Accepting Trust will be bound by the Proposed RMBS Trust Settlement Agreements and the releases contained therein, whether or not the Certificateholder appeared in the Hearing or submitted an objection to the 9019 Motion or the Proposed RMBS Trust Settlement Agreements. Accordingly, any Certificateholder that has concerns about or might object to the Proposed RMBS Trust Settlement Agreements should consider with their legal advisors whether to participate in the Court proceedings pursuant to any of the means described in the preceding paragraph. There will likely be no forum other than such Court proceedings in which a Certificateholder's objection to the Proposed RMBS Trust Settlement Agreements will be able to be heard. If the Court approves the Proposed RMBS Trust Settlement Agreements, the decision of the applicable RMBS Trustee to accept or reject the proposed settlement on behalf of an individual Settlement Trust, and to exercise the HoldCo Option on behalf of an Accepting Trust, will be informed by each RMBS Trustee's analysis of the settlement taking into account interests of all of its respective Certificateholders and will not necessarily be based on the interests, objections or other position of any individual Certificateholder.**

### IV. This Notice is a Summary; Other Sources of Information.

This Notice summarizes the Proposed RMBS Trust Settlement Agreements, the 9019 Motion and the Order and is not a complete statement of those documents, of relevant law or of relevant legal procedures. The RMBS Trustees do not intend to send any further notices with respect to the matters addressed herein, and Certificateholders and other potentially interested persons are urged to carefully review the Proposed RMBS Trust Settlement Agreements, the 9019 Motion and the Order and other pleadings that have been filed, and that subsequently may be filed, in the Chapter 11 Cases, and to consult with their own legal and financial advisors. The Proposed RMBS Trust Settlement Agreements and other related, material documents, including certain orders entered by the Court and other information relevant to the Proposed RMBS Trust Settlement Agreements, are available at **http://www.rescaprmbssettlement.com**, which will be updated each time additional, related, material papers are filed or orders are entered by the Court. You may also obtain any documents filed with the Court in the Chapter 11 Cases by logging on to PACER at https://www.us.courts.gov or by visiting ResCap's claims agent website at http://www.kccllc.net/rescap. If you have any questions, you may call (866) 241-7538 in the United States, +1 (202) 470-4565 outside the United States or send an email to questions@rescaprmbssettlement.com.

Inquiries regarding the matters set forth in this Notice may be directed to questions@rescaprmbssettlement.com or, with respect to any particular Settlement Trust, to the RMBS Trustee for such Settlement Trust using the "RMBS Trustee Contact Information" for such RMBS Trustee at **http://www.rescaprmbssettlement.com**.

### V. Other Matters.

Certificateholders and other persons interested in the Settlement Trusts should not rely on the RMBS Trustees, or on counsel or other advisors retained by the RMBS Trustees, as their sole source of information.

Please note that the foregoing is not intended and should not be construed as investment, accounting, financial, legal or tax advice by or on behalf of the RMBS Trustees, or their directors, officers, affiliates, agents, attorneys or employees. Each person or entity receiving this Notice should seek the advice of its own advisers in respect of the matters set forth herein.

Please be further advised that each of the RMBS Trustees reserves all of the rights, powers, claims and remedies available to it under the Governing Agreements and applicable law. No delay or forbearance by an RMBS Trustee to exercise any right or remedy accruing upon the occurrence of a default, or otherwise under the terms of the Governing Agreements, other documentation relating thereto or under applicable law, shall impair any such right or remedy or constitute a waiver thereof or an acquiescence therein.

Each of the RMBS Trustees expressly reserve all rights in respect of each applicable Governing Agreement, including without limitation its right to recover in full its fees and costs (including, without limitation, fees and costs incurred or to be incurred by such RMBS Trustee in performing its duties, indemnities owing or to become owing to such RMBS Trustee, compensation for such RMBS Trustee's time spent and reimbursement for fees and costs of counsel and other agents it employs in performing its duties or to pursue remedies) and its right, prior to exercising any rights or powers in connection with any applicable Governing Agreement at the request or direction of any Certificateholder, to receive security or indemnity satisfactory to it against all costs, expenses and liabilities which might be incurred in compliance therewith, and all rights that may be available to it under applicable law or otherwise.

Please be advised that with respect to any particular inquiry from individual Certificateholders, an RMBS Trustee may conclude that a specific response to such inquiry is not consistent with requirements under applicable law and regulation of equal and full dissemination of information to all Certificateholders.

THE BANK OF NEW YORK MELLON, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, U.S. BANK NATIONAL ASSOCIATION OR WELLS FARGO BANK, N.A., severally, as trustees or indenture trustees of the Settlement Trusts

12-12020-mg Doc 3994   Filed 06/10/13   Entered 06/10/13 15:59:44   Exhibit G   Pg 27 of 67

# WORLD NEWS

# West Seizes On Iran's Currency Woes

## U.S., Europe Prepare Sanctions to Accelerate Decline of Rial; Officials Seek to Choke Off Central Bank

By Jay Solomon
And Laurence Norman

WASHINGTON—The U.S. and Europe are working on new coordinated measures intended to accelerate the recent plunge of Iran's currency and drain its foreign-exchange reserves, according to officials from the Obama administration, U.S. Congress and European Union.

The first salvos in this stepped-up sanctions campaign are expected at a meeting of EU foreign ministers on Oct. 15, including a ban on Iranian natural-gas exports and tighter restrictions on transactions with Tehran's central bank, European officials said.

A number of additional banks are also expected to be targeted, in the continuing effort to press Supreme Leader Ayatollah Ali Khamenei to curb his country's nuclear program.

The U.S. and EU are also considering imposing a de facto trade embargo early next year by moving to block all export and import transactions through Iran's banking system—which could further choke off Tehran's access to foreign currency, U.S. and European officials said.

To that end, U.S. lawmakers are drafting legislation that would require the White House to block all international dealings with Iran's central bank, while also seeking to enforce a ban on all outside insuring of Iranian companies. There is also a



A meeting Thursday in Tehran attended by President Ahmadinejad. Iran's leaders are struggling with the currency's slide.

legislative push to block investment in Iran's energy sector by closing loopholes in existing sanctions.

The EU could follow up on implementing these U.S. measures, just as it backed the White House's moves to impede Iran's oil trade this year, officials said.

"You could see a move for a total

embargo," said a senior European official involved in the sanctions debate. "This could fall in line with what Congress is thinking."

A nearly 40% drop in the Iranian rial's value against the dollar since Sept. 24 has lifted confidence in the U.S. and Europe that Western sanctions are starting to significantly

erode Tehran's finances, senior U.S. and European officials said.

The rial's fall, which traders blame in part on mismanagement by Iranian authorities, is also seen to be fueling splits among Tehran's political elites over who is to blame.

Iranian lawmakers Sunday attacked President Mohammad Ahmadinejad over the rial's decline—questioning a subsidy reform the president has championed and demanding he account for his handling of the economy—as the currency crisis threatens to morph into a broader political showdown.

A centerpiece of the president's policies, the so-called "targeted subsidy plan"—which was expected to save about $100 billion a year when first proposed—has been lauded by the International Monetary Fund as one of the few meaningful attempts in the region to cut back on massive government subsidies for everything from food to fuel.

The first phase helped push up prices for consumers as it lowered government costs, and the program has been blamed for at least some of the country's high inflation rate. A majority of lawmakers in Iran's Parliament voted in favor of an urgent debate over whether to proceed with the second phase of the subsidy reform. On Sunday, 179 members of Parliament out of 240 present voted for an urgent review of the plan because of the rial's recent plunge, according to the Iran Labour News Agency.

In an indication that the turmoil may not be over, many money changers refused to trade on Sunday, either out of fear of arrest or because a refusal to comply with a government order imposing a fixed dollar rate, President Ahmadinejad has blamed the decline on speculators and on sanctions.

It is unclear if the financial panic will force Tehran to make concessions on its nuclear program—the ultimate aim of the West's sanctions campaign. But the rial's plunge is undercutting views held by some in the U.S. and Europe that Tehran's oil wealth could make it immune from financial pressure, U.S. and European officials working on Iran said.

"There has been the perception that Iran is unmovable because of its oil resources," said a European offi-

cial. "This perception is quickly shifting."

Iranian oil exports have fallen by more than 50% this year, according to Iranian officials and independent shipping trackers. U.S. and European officials said their moves to cut off those exports have been aided by ramped-up production in the U.S., Saudi Arabia, Iraq, Libya and other countries, which has helped keep global energy prices stable.

U.S. officials and analysts see Washington and its allies now in a race with Tehran to see what is achieved first—a balance-of-payments crisis in Iran or its acquisition of a nuclear-weapons capability. Tehran says its nuclear program is for peaceful purposes.

"The currency is dropping like a stone, there are riots, and Obama has harangued [Israeli leader Benjamin] Netanyahu not to bomb because there is time to economically cripple Iran," said Mark Dubowitz of the Foundation for Defense of Democracies, a conservative think tank that advises U.S. lawmakers on sanctions policy. "So if the economic cripple-date occurs before the nuclear red line, then great, economic warfare may work."

U.S. and European officials believe Western sanctions and the EU's oil embargo, instituted in July, are costing Tehran $15 billion in lost energy revenue every quarter. This, in turn, is helping to force down the government's foreign-exchange reserves, which were estimated to be between $90 billion and $110 billion at the start of the year.

Some member states still have concerns about taking steps that could disproportionately harm the Iranian population. There have been reports of food and medicine shortages in Iran in recent days, fueled by the weakening of the rial and dwindling imports.

Secretary of State Hillary Clinton last week sought to deflect charges that sanctions are harming the Iranian people, saying Tehran's decisions were responsible for any economic hardships. "They have made their own government decisions—having nothing to do with the sanctions—that have had an impact on the economic conditions inside of the country," Mrs. Clinton said. "Of course, the sanctions have had an impact as well, but those could be remedied in short order if the Iranian government were willing to work with...the international community in a sincere manner."

—Benoit Faucon
contributed to this article.

### Squeezed
Iran's crude-oil exports, in millions of barrels a day

September 1 million barrels

'11   '12

Sources: Iranian officials; independent shipping trackers



Media Sponsor

THE WALL STREET JOURNAL

mipim asia
7-9 November, 2012
Hong Kong Convention & Exhibition Centre

Where the world's property leaders converge in Asia Pacific

REGISTER NOW AT
www.mipimasia.com

CONTACT US AT
+852 2965 1679

Discover the new MIPIM Asia Property Summit, a unique 3-in-1 event:
Investment Summit, Retail Real Estate Summit and Sustainable Property Expo

- 2,000 Participants
- 450 Investors, End-Users and Hotel Groups
- 40 Dedicated conference sessions

- 200 Retailers
- 115 Exhibiting companies
- 125 High profile speakers

MEET SOME OF THIS YEAR'S TOP SPEAKERS:

INVESTMENT SUMMIT    RETAIL SUMMIT

Christine Lam – Senior Regional Director of Sales – christine.lam@reedmidem.com
Julien Sausset – MIPIM Asia Sales Director – julien.sausset@reedmidem.com

For more information, please contact:

TIME SENSITIVE NOTICE REGARDING A PROPOSED SETTLEMENT BETWEEN CERTAIN SETTLEMENT TRUSTS RELATED TO SECURITIZATIONS SPONSORED BY RESIDENTIAL CAPITAL, LLC, AND CERTAIN OF ITS SUBSIDIARIES, INCLUDING GMAC MORTGAGE, LLC AND RESIDENTIAL FUNDING COMPANY, LLC

NOTICE IS HEREBY GIVEN BY:

THE BANK OF NEW YORK MELLON, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,
DEUTSCHE BANK NATIONAL TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS,
U.S. BANK NATIONAL ASSOCIATION AND
WELLS FARGO BANK, N.A.,

IN THEIR SEVERAL CAPACITIES AS TRUSTEES OR INDENTURE TRUSTEES (COLLECTIVELY, THE "RMBS TRUSTEES" AND EACH, AN "RMBS TRUSTEE"), TO THE HOLDERS OF CERTIFICATES, NOTES OR OTHER SECURITIES (THE "CERTIFICATEHOLDERS") UNDER THE RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS IDENTIFIED IN EXHIBIT A, AVAILABLE AT WWW.RESCAPRMBSSETTLEMENT.COM (COLLECTIVELY, THE "SETTLEMENT TRUSTS" AND EACH A "SETTLEMENT TRUST").

THIS NOTICE CONTAINS IMPORTANT TIME-SENSITIVE INFORMATION FOR CERTIFICATEHOLDERS AND OTHER PERSONS POTENTIALLY INTERESTED IN THE SETTLEMENT TRUSTS. ALL DEPOSITORIES, CUSTODIANS AND OTHER INTERMEDIARIES RECEIVING THIS NOTICE, AS APPLICABLE, ARE REQUESTED TO EXPEDITE THE RE-TRANSMITTAL TO CERTIFICATEHOLDERS IN A TIMELY MANNER.

[The remainder of this notice consists of a multi-column legal settlement notice with the following section headings: I. Background; II. The Proposed Settlement; III. ResCap's Motion to Approve Settlement Agreements by the Court; The Rights of Certificateholders and Other Parties to Appear and Object; IV. This Notice is a Summary; Other Sources of Information; V. Other Matters. Text available at www.rescaprmbssettlement.com.]

THE BANK OF NEW YORK MELLON, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, U.S. BANK NATIONAL ASSOCIATION OR WELLS FARGO BANK, N.A., severally, as trustees or indenture trustees of the Settlement Trusts

## TIME SENSITIVE NOTICE REGARDING A PROPOSED SETTLEMENT BETWEEN CERTAIN SETTLEMENT TRUSTS RELATED TO SECURITIZATIONS SPONSORED BY RESIDENTIAL CAPITAL, LLC, AND CERTAIN OF ITS SUBSIDIARIES, INCLUDING GMAC MORTGAGE, LLC AND RESIDENTIAL FUNDING COMPANY, LLC

**NOTICE IS HEREBY GIVEN BY:**

THE BANK OF NEW YORK MELLON, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,
DEUTSCHE BANK NATIONAL TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS,
U.S. BANK NATIONAL ASSOCIATION and
WELLS FARGO BANK, N.A.

IN THEIR SEVERAL CAPACITIES AS TRUSTEES OR INDENTURE TRUSTEES (COLLECTIVELY, THE "**RMBS TRUSTEES**" AND EACH, AN "**RMBS TRUSTEE**"), TO THE HOLDERS OF CERTIFICATES, NOTES OR OTHER SECURITIES (THE "**CERTIFICATEHOLDERS**") UNDER THE RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS IDENTIFIED IN **EXHIBIT A**, AVAILABLE AT WWW.RESCAPRMBSSETTLEMENT.COM (COLLECTIVELY, THE "**SETTLEMENT TRUSTS**" AND EACH A "**SETTLEMENT TRUST**").

THIS NOTICE CONTAINS IMPORTANT TIME-SENSITIVE INFORMATION FOR CERTIFICATEHOLDERS AND OTHER PERSONS POTENTIALLY INTERESTED IN THE SETTLEMENT TRUSTS. ALL DEPOSITORIES, CUSTODIANS AND OTHER INTERMEDIARIES RECEIVING THIS NOTICE, AS APPLICABLE, ARE REQUESTED TO EXPEDITE THE RE-TRANSMITTAL TO CERTIFICATEHOLDERS IN A TIMELY MANNER.

---

[Dense multi-column legal notice text, including the following section headings:]

**I. Background.**

**II. The Proposed Settlement.**

**III. RscCap's Motion for Approval of the Proposed RMBS Trust Settlement Agreements by the Court; the Rights of Certificateholders and Other Parties to Appear and Object.**

**IV. Other Matters.**

**V. This Notice is a Summary; Other Sources of Information.**

---

# WORLD NEWS

# Japan Seeks Agreement With Myanmar on Debt

BY YOREE KOH

TOKYO—When the world's top economic policy makers converge in Tokyo later this week, a prominent agenda item alongside the euro crisis and global slowdown will be debt relief for rapidly enfeebling Myanmar.

While a comprehensive pact isn't expected, host country Japan is trying to broker a deal that would cover about one-fifth of the outstanding arrears of the Southeast Asian nation—a step that, Japanese officials hope, will cement their role as the country leading the charge to welcome the once-pariah state back into the fold of the global economy.

Japan's aggressive actions to put Myanmar on the agenda at the annual meetings of the International Monetary Fund could move up the timetable for easing Myanmar's economy, and possibly give Japanese companies a leg up in the new rush to commercialize the nation.

Specifically, on Thursday the Japanese and Myanmar finance ministers will jointly gather senior officials from the World Bank, the Asian Development Bank, and the Group of Seven advanced economies together in the same room for the first time to discuss ways to settle the Southeast Asian nation's overdue payments.

Seeking to take the lead on making Myanmar's reforms a top priority for the world's leading finance ministers and central bankers, the Japanese government is considering offering to take a big first step by lining up a group of Japanese banks to offer a $900 million bridge loan to cover some of Myanmar's arrears, according to a senior Japanese finance ministry official.

Those loans—owed to the World Bank and ADB—represented about 18% of the country's total debt outstanding in 2010, the most recent figure available, which totaled $5.4 billion at the time.

But that won't lead to a broader agreement, at least not this week. "The Paris Club won't sign an agreement with Myanmar in Tokyo," Chottide L'Angevin, a senior official of the group of sovereign creditors, said in an interview last week in Paris. "It's too premature."



Myanmar, which it occupied for three years during World War II from 1942.

In one of the few foreign-policy areas where Tokyo deviated from the U.S., Japan had maintained some openness with the country over the past two decades, even as the military-controlled state fell further into turmoil. Its sentimental attachment has become more politically motivated over the last decade as China's boom threatened Japan's influence in the region, and Japan has tried to maintain allies to counter China's rise.

So Japan jumped in amid the drastic reforms that have swept the country in the 18 months since a nominally civilian government took over from a military regime that had controlled Myanmar for nearly half a century.

Indeed, moves by Japanese government officials to bring Myanmar counterparts into contact with the international financial community underline Japan's attempts to take on the role of de facto liaison between the emerging Southeast Asian country and the rest of the developed world, giving Tokyo an unusual opportunity to play a central role in global diplomacy.

What's at issue is overdue debt owed to multiple institutions and countries that stood at $5.4 billion at the end of 2010, according to an IMF report issued in March. That number included about $400 million to the World Bank, $500 million to the Asian Development Bank and another $377 billion to the Paris Club of sovereign creditors.

With a steady flow of Japanese companies now streaming back into Myanmar, Japan became the first developed country to reach a deal when it forgave ¥303.5 billion ($3.86 billion) in loans and interest during President Thein Sein's trip here in April this year, signaling Tokyo's commitment to Myanmar.

Part of Japan's enthusiasm stems from its historical relationship with

### Debt Collection

Myanmar's outstanding debt owed to selected countries, in millions of dollars

| | |
|---|---|
| Paris Club* | $3,777 |
| ADB | 493 |
| World Bank | 391 |
| Germany | 289 |
| France | 43 |

*The Paris Club is a group of sovereign creditor countries with 19 permanent members.

Note: As of Dec. 2010; Paris Club as of Jan. 2012 (Asian Development Bank and World Bank); End of 2010 (Germany and France)

Source: Myanmar government (Germany and France); IMF (ADB and World Bank)



### Slowdown | The world awaits action from U.S., euro zone

[Chart: Growth in gross domestic product — lines for China, U.S., Euro zone, Rest of world, 2000–'12]

[Chart: Share of global gross domestic product — 2012 World GDP $72 trillion; U.S. 22%, Euro zone 17%, China 11%, Rest of world 50%]

*2012 figures are estimates

Source: IMF

---

## Pressure on Europe, U.S. to Fix Fiscal Ills

Continued from first page

Congress will review economics at the meetings this weekend of the IMF, leaders of the European push toward belt-tightening that sends euro-zone countries deeper into trouble. Instead, the fund needs to push new ideas and demand more from Europe in exchange for the IMF's money and seal of approval, said Arvind Subramanian, a senior fellow at the Peterson Institute for International Economics and a former IMF official. "At what point does the fund say, 'We don't think it's workable and we're going to walk away?'" he said.

IMF officials maintain they have been the leading voices encouraging Europe to change course, pushing for more fiscal unity within the euro zone, a central bank supervisor for the continent and other steps to unify Europe. They aren't willing to walk away from countries that are struggling, they said.

The IMF has committed more than $100 billion in loans to euro-zone nations, about one-third of it to Greece. But Athens repeatedly has failed to meet the terms of its bailouts as its economy weakens and the rest of Europe tips into recession, dragging down the rest of the world.

Among the critiques: The IMF has failed to break the European push toward belt-tightening that sends euro-zone countries deeper into trouble.

Some IMF member countries are questioning whether the fund has yielded too much power to European policy makers. The IMF is one-third of the "troika" overseeing rescues in Europe. Many of its critics in action think it should have walked away, pushing them to take the hard steps needed to fix their economies.

Spain and Italy are resisting aid if the IMF is involved, as the prospect of ceding their sovereignty to an institution outside of Europe. In Tokyo, the rest of the world will be pressing them to take the help from someone.

# Hong Kong Ferry Crews Eyed

BY JOANNE CHIU

HONG KONG—Concerns over long work hours for ferry crews after last week's deadly crash highlight the difficulty in a fast-paced city of attracting new talent to the industry, an unusual paradox given Hong Kong's historic role as a global shipping center.

Last Monday night, a high-speed commuter ferry collided with a boat packed with workers and their families on a company pleasure trip to view fireworks celebrating China's National Day, in the city's worst sea-borne accident in over four decades.

The death toll in the crash rose to 39 late Friday after a young girl hospitalized in critical condition succumbed to her injuries. All the fatalities were recorded on the pleasure boat, which quickly sank. Authorities over the weekend appealed

for eyewitnesses to help them piece together events, as an investigation they say may take several months to complete.

As investigators continue to probe the causes of the disaster, some passengers and lawmakers question whether the ferry captain was overworked over the holiday weekend as the crash occurred, which company spokesmen deny.

Industry executives say ferry crews in Hong Kong typically work 10 hours to 12 hours a day and are required to spend the night on their boats before having a next-day off.

Though the ferry operator, Hong Kong & Kowloon Ferry Holdings Ltd., has reported suggestions that the 54-year-old captain was too tired after working long hours and at the time of the crash, the company confirmed he had worked

10 hours, the difficult conditions and unattractive salaries have made it more challenging for operators to hire and retain staff.

The ferry company has declined to comment on the crash. The seven crew members on both vessels were arrested on suspicion of endangering the safety of others at sea, but haven't been charged.

The ages of the crew members, ranging between 50 and 63 years old, are indicative of an aging workforce in a declining industry, serving commuters across the former British colony. Still, there was no evidence to suggest that working hours or age played any part in the cause of the crash.

"Many local ferry companies have difficulty attracting the young to join because this job is not too promising," said Ho Wai-hong, a union official, noting that the ferry industry has been in decline since the 1980s, when air conditioning and more job openings in other industries drew younger workers but even aging workers are reluctant to join the sector, which has more than 6,000 people.

"There's just not enough young people willing to enter the industry. They have lots of other options," said Mr. Ho Wai-hong.



Passengers on a Hong Kong ferry look at the ferry involved in last week's crash.

# EXHIBIT C

**Julie Meichsner**

| | |
|---|---|
| **From:** | lahubs@prnewswire.com |
| **Sent:** | Tuesday, October 02, 2012 6:01 AM |
| **To:** | GCGBuyers; Julie Meichsner |
| **Subject:** | PR Newswire: Press Release Clear Time Confirmation for RMBS Trustees. ID# 747476-1-1 |

# PR NEWSWIRE EDITORIAL

Hello

Here's the clear time* confirmation for your news release:

Release headline: Time Sensitive Notice Regarding a Proposed Settlement Between Certain Settlement Trusts Related to Securitizations Sponsored by Residential Capital, LLC, and certain of its subsidiaries, including GMAC Mortgage, LLC and Residential Funding Company, LLC
Word Count: 3082
Product Summary:
World Financial Markets
ReleaseWatch
Complimentary Press Release Optimization
IRW
PR Newswire's Editorial Order Number: 747476-1-1

Release clear time: 02-Oct-2012 09:00:00 AM

*Clear time represents the time your news release was distributed to the newsline you selected. Releases distributed publicly in the US can be located online in order of release time at: http://www.prnewswire.com/news-releases-list/

Thank you for choosing PR Newswire!

*********************************************************************
Engage opportunity everywhere it exists. Learn how content is currency in today's communications landscape. Download our FREE white papers:
http://promotions.prnewswire.com/Clear-Time-Confirmation-Email-WP.html


For more information on how PR Newswire can help support your communications initiatives, please visit:
http://www.prnewswire.com/products-services/

To contact PR Newswire directly, please call 888-776-0942 or e-mail information@prnewswire.com.

# EXHIBIT D

WSJ  WSJ LIVE  MARKETWATCH  BARRON'S  ALLTHINGSD  PACTIVA
Live

# THE WALL STREET JOURNAL.

SEARCH

News, Quotes, Companies, Videos

Subscribe | Log In

U.S. EDITION ▼  Monday, October 8, 2012 As of 2:46 PM EDT

Home  World  U.S.  New York  Business  Tech  Markets  Market Data  Opinion  Life & Culture  Election 2012  Arena  Mansion

MORE ▾

QUICKLINKS:  Today's Paper  People in the News  Columnists  Blogs  Heard on the Street  CFO Journal

Careers ▾

Real Estate ▾

## LATEST HEADLINES

1:56p  Best of the Web Today: 'One Too Many'

1:53p  Rupert Darwall: The Great British Train Fiasco

1:53p  Do Alcoa Earnings Really Set the Tone for Stocks?

## Huawei Growth Plans Imperiled by U.S. Report

A damning House report represents one of the biggest threats to plans by China's Huawei and ZTE to expand into developed markets.

- 🔊 Report | Huawei Responds
- **What is Huawei?**
- On Why Congress Is Worried
- Earlier: Huawei Under Fire

• **Scientists Win Nobel For Stem-Cell Work**

**Meningitis Cases Rise Amid Hunt for Victims**

MORE HEADLINES »


Dallas Morning News/Associated Press

### Texas Pushes $10,000 Degree

Texas Gov. Rick Perry is renewing his call for $10,000 undergraduate degrees, in what he hopes will be the state's signature response to the national problem of rising college tuition and student debt.

• ☑ **Vote:** Can $10,000 degrees compete?

SpaceX Launches Cargo Flight

**What's News —**

Mansion: WSJ on Real Estate

— **ELECTION2012** —

Key to Victory? Who

Big Issues: Environment

## Markets ›

Overview  U.S.  Europe  Asia  FX  Rates  Futures

| | LAST | CHG | %CHG |
|---|---|---|---|
| DJIA | 13576.93 | -33.22 | 0.24% |
| Nasdaq | 3109.74 | -26.44 | 0.84% |
| FTSE 100 | 5841.74 | -29.28 | 0.50% |
| Nikkei | 8863.30 | +38.71 | 0.44% |
| Crude Oil | 89.50 | -0.38 | 0.42% |
| Gold | 1776.50 | -4.30 | 0.24% |

Market Data Center »  MarketBeat  Customize Your Markets


▦ ▾ RANGE  1 DAY
10a    12p
10/8/2012 2:46 PM EDT

Prepared by GCG

IF YOU HAVE AN INTEREST IN RESCAP, RESIDENTIAL FUNDING COMPANY, LLC, OR GMAC MORTGAGE, LLC RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS created during the period 2004 through 2007, a recent proposed settlement may affect your rights.

♦ Click here for more information

News, Quotes, Companies, Videos    SEARCH

Subscribe | Log In

# THE WALL STREET JOURNAL.

EUROPE EDITION ▼    Monday, October 8, 2012 As of 3:22 PM EDT

Home | World | Europe | U.K. | U.S. | Business | Markets | Market Data | Tech | Life & Culture | Opinion | Property | Jobs

QUICKLINKS  Today's Paper  Video  Blogs  Emails  Journal Community  Mobile  Tablet

LATEST HEADLINES ***

2:13p ● Voices: Eric Brotman, On Family-Business Succession Planning

2:12p ● Investors Weigh Concerns for Next Proxy Season

2:05p ● Some 13,000 May Have Gotten Meningitis-Linked Drug

MORE HEADLINES »

## Depositors Raise Heat on Spain's Banks

More than 700,000 Spanish depositors poured money into preferred shares and subordinated bonds issued by their banks. Many now say they were swindled.

## Eurogroup Meets as Greek Clouds Loom

Euro-zone finance ministers arrived for talks in Luxembourg as the currency bloc's new safety net formally came into being, a moment that officials hope will represent a key moment in controlling the debt crisis. 12:28 PM

● Live: Euro Crisis Stream

Mansion: Luxury Properties

U.S. Election  Euro Crisis  Markets Pulse  Syria

## Skydiving From the Edge of Space

An Austrian daredevil plans to break a record for the highest skydive early Tuesday, in a feat that will test the limits of technology and the human body at the edge of space.

● ◉ Photos: Preparing for a Record Jump

## Vandal Defaces Rothko Artwork

What's News —    Science

## Markets ›

Overview  U.S.  Europe  Asia  FX  Rates  Futures

| | LAST | CHG | %CHG | |
|---|---|---|---|---|
| FTSE 100 | 5841.74 | -29.28 | 0.50% | |
| DAX | 7291.21 | -106.66 | 1.44% | |
| CAC 40 | 3406.53 | -50.51 | 1.46% | |
| FTSE MIB | 15562.00 | -314.25 | 1.98% | |
| IBEX 35 | 7891.00 | -63.40 | 0.80% | |
| Stoxx 600 | 271.43 | -2.68 | 0.98% | |

MORE EUROPE COVERAGE »

Market Data Center »  MarketBeat | Customize Your Markets

5871

-58.42

5819

8a  11a  1p  3p
10.8.12 4:35 PM BST ●

▼ RANGE 1 DAY

Prepared by GCG

IF YOU HAVE AN INTEREST IN RESCAP, RESIDENTIAL FUNDING COMPANY, LLC, OR GMAC MORTGAGE, LLC RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS created during the period 2004 through 2007, a recent proposed settlement may affect your rights.

◆ Click here for more information

WSJ ASIA | WSJ LIVE | Live | MARKETWATCH | BARRON'S | ALLTHINGSD | PG | SEARCH

Subscribe | Log In

# THE WALL STREET JOURNAL.

News, Quotes, Companies, Videos

ASIA EDITION ▼  Monday, October 8, 2012 As of 3:10 PM EDT

Home | World | Asia | China | India | Japan | SE Asia | Business | Markets | Tech | Life & Style | Real Estate | Jobs | Opinion

MORE ›

QUICKLINKS: Today's Paper | Video | Blogs | Community | Mobile | #WorldStream | Heard on the Street

## LATEST HEADLINES ● ● ●
MORE HEADLINES »

2:05p  Some $13,000 May Have Gotten Meningitis-Linked Drug

2:05p  Huawei Report Excerpts

2:04p  'Totally Gross' Premiums Still Around



## Huawei Plans Threatened

A damning U.S. congressional report represents one of the biggest threats to plans by China's Huawei and ZTE to expand into developed markets.

- 📄 The Full Report on Huawei | Huawei Responds
- 📄 Report Excerpts
- **Earlier:** China Tech Giant Huawei is Under Fire
- **Digits:** What is Huawei? | **Heard:** Hurdles for Listing Aim

## Seoul Questions Soldier From North

A North Korean soldier underwent questioning by South Korean authorities following his weekend defection across the heavily fortified border.

- ▶ Video: How a Soldier Crossed the DMZ

## Eurogroup Meets as Greek Clouds Loom

Euro-zone finance ministers armed for talks in Luxembourg as the currency bloc's new safety net formally came into being. 12:29 PM

- Live: Euro Crisis Stream

Mansion | Should Cities Ban Plastic Bags? | Asia House of the Day | The Syria Conflict

## What's News —

MANSION

- **Hermès Remains Upbeat on China**

## Markets ›

| | LAST | CHG | %CHG |
|---|---|---|---|
| Asia Dow | 2770.04 | -28.35 | 1.01% |
| Nikkei | 8863.30 | +38.71 | 0.44% |
| Hang Seng | 20824.56 | -187.82 | 0.89% |
| Shanghai | 2074.42 | -11.75 | 0.56% |
| Sensex | 18708.98 | -229.48 | 1.21% |
| Singapore | 3076.65 | -31.22 | 1.00% |

Overview | U.S. | Europe | Asia | FX | Rates | Futures

MORE ASIA COVERAGE »

Market Data Center »  | MarketBeat | Customize Your Markets

2797
2770
2767

▣ ▾ RANGE: 1 DAY

10p 2a 6a 10a
10/8/12 2:00 PM EDT



Prepared by GCG

**IF YOU HAVE AN INTEREST IN RESCAP, RESIDENTIAL FUNDING COMPANY, LLC, OR GMAC MORTGAGE, LLC RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS** created during the period 2004 through 2007, a recent proposed settlement may affect your rights.

◆ Click here for more information

Opinion ›





WSJ | WSJ Live | Live | BARRON'S | MARKETWATCH | ALL THINGS | FACTIVA | RISK & COMPLIANCE | MORE | >

SEARCH

Enter Symbols or Keywords

# Market Watch
### THE WALL STREET JOURNAL

October 8, 2012                 2:59 PM EDT

New York   London   Tokyo
Open       Closed   Closed

Home   News Viewer   Markets   Investing   Personal Finance   Industries   Economy/Politics   Trading Deck

Today's Schedule · Election 2012 · The Tell · Video · My Portfolio · Markets Stream · Apple Stock Moves

After Hours Preview | Winners and Losers | Today's Schedule

NEW YORK MARKETS CLOSE IN: 0:57:29

Log In   Portfolio   Alerts   Games

## Latest News

View All ▲ | ▼

2:43p  Oil ends lower as traders worry about demand
2:40p  U.S. brokers continue to face trading headwinds
2:38p  CORRECTED
       Gold ends lower as dollar gets safety bids
2:35p  Oil ends 0.6% lower at $89.33 a barrel
2:31p  Obama regains 5-point lead in Gallup poll

## Alerts

**Breaking-news
alerts — for free**

Sign up for real-time
bulletins that affect
your portfolio.

### Markets »

| | PRICE | CHG | %CHG |
|---|---|---|---|
| U.S. EUROPE ASIA FX RATES FUTURES | | | |
| Dow | 13,585 | -25 | 0.18% |
| Nasdaq | 3,113 | -23 | 0.74% |
| S&P 500 | 1,456 | -5 | 0.34% |
| GlobalDow | 1,945 | -13 | 0.66% |
| Gold | 1,776 | -5 | 0.27% |
| Oil | 89.49 | -0.38 | 0.42% |

RANGE:       1 DAY ☼▾

13,610
13,585
13,552

10a   12p   2p

Prepared by GCG

**IF YOU HAVE AN INTEREST IN
RESCAP, RESIDENTIAL FUNDING
COMPANY, LLC, OR GMAC
MORTGAGE, LLC RESIDENTIAL
MORTGAGE-BACKED
SECURITIZATION TRUSTS**
created during the period 2004
through 2007, a recent proposed
settlement may affect your rights.

◆ Click here for more information

## World News from MarketWatch

EUROPE  ASIA  CANADA  LATIN AMERICA  EMERGING MRKTS

· Gold ends lower as dollar gets safety bids
· Dollar rises as euro-zone ministers gather

# Why Alcoa's results matter

If Alcoa misses targets, is that a troubling sign for
the rest of corporate America and stock market?

· Alcoa, J.P. Morgan Chase in profit spotlight
· Rally's success riding on earnings (Minyanville)
· Brace for worst earnings since late 2009

### TECHNOLOGY FOCUS ON APPLE

## Apple shares losing
## their iPhone 5 bounce

While still one of the best performing tech stocks
this year, Apple has lately been caught in a slide.

· Why Apple wants to shrink the iPad

## Apple charts signal trouble

**Commentary:** From both a technical and
fundamental standpoint, there are reasons to turn
wary on tech-sector heavyweight Apple's shares.

· Cody Willard: What investors should be reading

### RETIREMENT

## Why 401(k)s
## aren't
## cutting it

Most workers aren't
making good use of their retirement plans, but
employers say the plans aren't the problem.

· How 401(k)s could work better



### TRAVEL



## 10 things travel sites
## won't tell you

Online booking agencies let you be your own travel
agent. But you'll pay for the privilege.

### GAS PRICES

## 10 states
## with
## cheaper gas

In 10 states the
average price of a gallon of gas is $3.60 or less —
18 cents less than the national average of $3.78.

## How Californians cope

Log In | Subscribe

SEARCH




# BARRON'S

WSJ | WSJ.LIVE WSJ Live | MARKETWATCH | BARRON'S | ALL THINGS D | FACTIVA | RISK & COMPLIANCE | MORE

Enter Symbols or Keywords

| HOME | MAGAZINE ▾ | DAILY ANALYSIS ▾ | INVESTING IDEAS ▾ | TOP ADVISORS ▾ | MARKET DATA ▾ | PENTA ▾ |

QUICK LINKS:   GOLDMAN SACHS   APPLE

## Barron's Magazine  Online Exclusives

➔ SUBSCRIBER CONTENT LOG IN OR SUBSCRIBE ▸

All subscriber content available for preview.

INVESTORS' SOAPBOX PM

### ➔ The Best Values in Oil Services

Sterne, Agee likes Schlumberger, National Oilwell and Cameron.

HOT RESEARCH PM

### ➔ Schwab Feeds on Fatter Fees

Sandler O'Neill raised the third-quarter estimate on the brokerage.

BARRON'S TAKE

### ➔ UnitedHealth's Bright Bet on Brazil

The managed-care giant's $4.9 billion purchase of 90% of Amil Participacoes represents an "excellent opportunity for UnitedHealth to grow in a new market."

THE STRIKING PRICE DAILY | STEVEN M. SEARS

### ➔ Wells Fargo Earning Its Keep

Use call options to profit from what will likely be a strong earnings report on Friday



QUOTE | POLITICS & ELECTION | MOST POPULAR

## Real-Time Analysis

LATEST POST: FOCUS ON FUNDS

'Totally Gross' Premiums Still Abound  2:04 pm

STOCKS TO WATCH | Avi Salzman

Eli Lilly Drug Slows Decline in Some Alzheimer's Patients; Shares Rising  1:00 pm

Disney Downgraded; Looking Fully Valued after Big Run, Says Caris  12:02 pm

TECH TRADER | Tiernan Ray

Vringo Soars 21%

Subscribe and Get 4 Weeks Free   Learn more »   TRY 4 WEEKS FREE »

### Markets ›

U.S. | Europe | Asia | FX | Rates | Futures

| | LAST | CHG | %CHG |
|---|---|---|---|
| DJIA | 13595.75 | -14.40 | 0.11% |
| Nasdaq | 3117.03 | -19.14 | 0.61% |
| S&P 500 | 1457.36 | -3.57 | 0.24% |
| Gold | 1776.50 | -4.30 | 0.24% |
| Crude Oil | 89.71 | -0.17 | 0.19% |
| CBOE Volatility | 15.16 | +0.83 | 5.79% |

Market Data Center   Portfolio   Latest News

13,604
13,571

▦ ▾ RANGE: 1 DAY

M

10/01/12 3:15 PM EDT

Prepared by GCG

IF YOU HAVE AN INTEREST IN RESCAP, RESIDENTIAL FUNDING COMPANY, LLC, OR GMAC MORTGAGE, LLC RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS created during the period 2004 through 2007, a recent proposed settlement may affect your rights.

◆ Click here for more information

Video ···➔











WSJ | WSJ LIVE Live | MARKETWATCH | BARRON'S | ALLTHINGSD | FACTIVA | RISK & COMPLIANCE | MORE >

# All Things D

**News | Reviews | Mobile | Media | Social | Enterprise | Commerce | Voices | Conferences | Video | Jobs**

Search All Things D

Trending – iPad Mini Design "Could Outshine the New iPad"    🐦 Follow @allthingsd

View by Writer >

## Dive Into Mobile: Listening to Global Voices From India, Africa and the Middle East

Ina Fried in Dive Into Mobile



### Twitter Mulls an In-House Video-Hosting Service
Mike Isaac in Social

### NetZero Offering Mobile Broadband Customers Data to Share With Friends
Ina Fried in Mobile

### After Launching Its First Mobile Game, AOL Refreshes Games.com
Tricia Duryee in Commerce

### Apple Store Lottery the Only Cure for Hong Kong's iPhone 5 Fever
John Paczkowski in Mobile

About Must-Reads »   More Inside »


### Disruptions: With a 3-D Printer, Building a Gun With the Push of a Button
Nick Bilton, Columnist, The New York Times

**MUST-READS**   FROM OTHER WEB SITES


### Twitter: It's Time for Patent Trolls to Bear the Costs of Frivolous Lawsuits
Ben Lee, Legal Counsel, Twitter

**VIEW BY WRITER**


Walt Mossberg

**LATEST POSTS**

### Dive Into Mobile: Listening to Global Voices From India, Africa

👍 Like on Facebook »

## ALL THINGS REVIEWED    MORE REVIEWS »


### Two Budget-Friendly Printers You Won't Want to Throw Out the Window
Lauren Goode on Oct 8

Printers are normally a source of frustration. Here are two that keep it simple but still get the job done.


### Snappy Tips for Taking Better Pictures With Your Smartphone
Bonnie Cha in Product Reviews


### Google Moves Ahead in Fight to Dominate the Map Apps
Walt Mossberg in Personal Technology

Prepared by GCG

**IF YOU HAVE AN INTEREST IN RESCAP, RESIDENTIAL FUNDING COMPANY, LLC, OR GMAC MORTGAGE, LLC RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS** created during the period 2004 through 2007, a recent proposed settlement may affect your rights.

◆ Click here for more information

WSJ    MARKETWATCH    BARRON'S    ALLTHINGSD    WSJ LIVE Live

THE WALL STREET JOURNAL.

# SmartMoney

Welcome    SIGN IN | REGISTER

| HOME | INVEST | SPEND | BORROW | PLAN | RETIREMENT | TAXES | TOOLS | ANSWERS |

10 Things    Deal of the Day    Pay Dirt

VIDEO    MY SMARTMONEY    SMALL BUSINESS

Technology    Travel    Real Estate    Autos    Family Money    Tools



## How Apple, Amazon and Facebook Say Sorry

What CEOs from Jobs to Cook to Zuckerberg reveal in apologies.

## Finding a 'Free' Checking Account

So-called free checking is getting more expensive at many banks. How to get a better deal.

## Spend $700 at Apple Store or on Apple Stock?

Pay Dirt: Consumers can now buy an iPad and iPhone for the



Is Your TV Too Big?    1 of 10

DEAL OF THE DAY
The Best Ways to Earn Free Travel

REAL-TIME ADVICE
Is the iPad Too Heavy?

TECHNOLOGY
In Apple's Maps War vs. Google, Consumers Lose

10 THINGS

**10 Things Personal Shoppers Won't Say**

For the chronically fashion-phobic, style consultants can seem like saviors. But prepare to tap into your savings.

**10 Things Assisted-Living Homes Won't**





For Stocks, a Stormier Season Looms    2 of 10

Prepared by GCG

**IF YOU HAVE AN INTEREST IN RESCAP, RESIDENTIAL FUNDING COMPANY, LLC, OR GMAC MORTGAGE, LLC RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS created during the period 2004 through 2007, a recent proposed settlement may affect your rights.**

◆ Click here for more information

HOW-TO GUIDES

How to Pay for a Wedding

With most couples waiting to marry and three quarters of marriage partners living together first, many celebrants are paying at least part of their wedding bill.

How to Teach Kids about Money

It's never too early to start talking dollars...and sense.

How to Manage Your Grocery Bill

Your grocery bill is your biggest weekly household expense, so keeping a lid on it will go far to stretch your dollar.

New York Times  International Herald Tribune
y, October 16, 2012

**GLOBAL EDITION**

**Business** WITH REUTERS

Search All NYTimes.com    Go

Orange S
Accou

• U.S. N.Y./REGION  BUSINESS  TECHNOLOGY  SCIENCE  HEALTH  SPORTS  OPINION  ARTS  STYLE  TRAVEL  **JOBS**  **REAL ESTATE**

Search  Global  DealBook  Markets  Economy  Energy  Media  Personal Tech  Small Business  Your Money

**IF YOU HAVE AN INTEREST IN RESCAP, RESIDENTIAL FUNDING COMPANY, LLC,
OR GMAC MORTGAGE, LLC RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS**
created during the period 2004 through 2007, a recent proposed settlement may affect your rights.
Prepared by GCG                                    ◆ Click here for more information

)OK
## dit Steps Down as Chief of group
ICA SILVER-GREENBERG and MICHAEL J. DE LA MERCED 3:59 PM ET

Brendan McDermid/Reuters

S. Pandit, the outgoing chief of Citigroup, at the New York Stock Exchange

esignation of Vikram S. Pandit comes after long-
ring tensions with the bank's board. John P. Havens, the
president and a longtime associate of Mr. Pandit, has
signed.

: a Comment
eo: Citigroup C.E.O. Steps Down
ook: Live Blog: Citigroup's Conference Call 4:37 PM ET

)OK
### Citi's New C.E.O.
PROTESS and PETER EAVIS 3:16 PM ET

el L. Corbat, 52, was an all-conference lineman on the
rd football team and has been a Citigroup lifer.

)OK
### man Sachs Swings to Profit as Revenue Surges
ANNE CRAIG 12:41 PM ET

by its powerful trading business, the firm's revenue more
oubled in the third quarter, to $8.35 billion, exceeding the
tes of Wall Street analysts.

### pe Presses Google to Change Privacy Policy
PFANNER and KEVIN J. O'BRIEN 29 minutes ago

— The company could face fines or legal action if it does not
o give consumers a better idea of what information is being
ed and how it is being used.

erits

### n Nears Decision on Asking E.U. for Aid
ON THOMAS Jr 2:38 PM ET

ON — If the call for help comes, it might stop well short of
ng the full force of the bond-buying program that the
an Central Bank announced with Spain in mind back in
iber.

/Vaits, and Europe Frets

### Leaders Try to Tackle Budget Cohesion
ES KANTER 2:38 PM ET

ELS — Now that the meltdown of the euro has been put
them, European Union leaders must now face the issue of
ntegration of budgets and banking.

### e Minister Emphasizes His Belief That Greece

## Insight & Analysis

DEALBOOK
### Nowadays, Wall Street Saviors May Wish They Weren't
By ANDREW ROSS SORKIN

The banks that bought up failing
rivals are now being sued for the
misdeeds of those firms before
their rescues. Next time, Wall
Street may be less cooperative.

DEALBOOK
### Deal to Buy Sprint Is SoftBank's Biggest Gamble
By MICHAEL J. DE LA MERCED

SoftBank, a Japanese Internet
and communications company,
is betting that it can break the
dominance of Verizon and AT&T
in the United States.

INSIDE EUROPE
### Euro Here to Stay
By PAUL TAYLOR | REUTERS

PARIS — But the euro zone has
not yet found a way out of the
doldrums of economic
stagnation, unemployment and
social dislocation that are
widening the gap between
northern and southern Europe.

BREAKINGVIEWS **Headlines**

Bernanke's Asian defence is an
implausible yarn
October 15, 2012, 4:35 AM

Solid quarter doesn't bust ghost
of Dimon's whale
October 12, 2012

Wall Street, City pay still must fall
by a third
October 11, 2012

### Itineraries

### Bed, Bathrobe and Beyond
By JULIE WEED

Some hotel chains have started
selling branded products in an
effort to lure customers back for
another visit.

FREQUENT FLIER
### A Twitching Nose at Security, Not Sniffing for Danger
By DANA KLITZBERG

Dana Klitzberg is the founder
and executive chef of Blu
Aubergine, a catering, culinary
consulting and education
company. She sometimes
returns with specialty foods
from her travels.

SAVE 10% WITH PROMO CODE IHT125
PRINT
Own a date with history.

**Markets »**                    At close 10

U.S.  AMERICAS  EUROPE  ASIA  CURRENCIES  COMMODI

| | | | |
|---|---|---|---|
| **S.&P. 500** | 1,454.92 | +14.79 | +1.03% | DOW |
| **Dow** | 13,551.78 | +127.55 | +0.95% | |
| **Nasdaq** | 3,101.17 | +36.99 | +1.21% | |
| **S.&P. 400** | 994.19 | +10.34 | +1.05% | |
| **S.&P. 600** | 464.88 | +3.72 | +0.81% | Tuesday |

GET QUOTES

[          ]  Go

My Portfolios »

### Financial Tools

| Analysis Tools | Screener | Portfolio | Al |
|---|---|---|---|



City National
**Business Banking**

Financial solutions for
your business.

SEE GREG'S STOR

**CITY NATIONAL BANK**
The way up

Member FDIC

### Today's Headlines Daily E-Mail

Sign up for a roundup of the day's top stories, sent
morning.

kyle.golder@nytimes.com  Sign Up
Change E-mail Address | Privacy Policy

| European Credit Crisis Indicators | | ◄ Prev. | Ne |
|---|---|---|---|

| Italy | % yield | Change | |
|---|---|---|---|
| Italy 10-year bond | 4.93% | -0.002 | |
| Germany 10-year bond | 1.55% | +0.004 | |

Jul    Aug        Sep        Oct
10/16/2012



Subscribe: Digital / Home Delivery   Log In   Register Now   HELP

The New York Times

Search All NYTimes.com   Go

## U.S.

WORLD   U.S.   N.Y. / REGION   BUSINESS   TECHNOLOGY   SCIENCE   HEALTH   SPORTS   OPINION   ARTS   STYLE   TRAVEL   JOBS   REAL ESTATE   AUTOS

POLITICS   EDUCATION   TEXAS

IF YOU HAVE AN INTEREST IN RESCAP, RESIDENTIAL FUNDING COMPANY, LLC,
OR GMAC MORTGAGE, LLC RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS
created during the period 2004 through 2007, a recent proposed settlement may affect your rights.
◆ click here for more information
Prepared by GCG

# California Moves to Reduce Gas Prices

By IAN LOVETT
Published: October 7, 2012

LOS ANGELES — With gasoline prices reaching record highs across California over the last week, Gov. Jerry Brown moved on Sunday to alleviate some of the pain at the pump.

Mr. Brown directed the California Air Resources Board to take emergency steps to increase the supply of fuel in the state and allow refineries to immediately switch to a winter blend of gasoline that is typically not sold until November.

"Gas prices in California have risen to their highest levels ever, with unacceptable cost impacts on consumers and small businesses," Mr. Brown, a Democrat, said in a prepared statement.

The sudden increase has surprised motorists who are already accustomed to high gas prices, particularly in this sprawling city.

The cost of gas jumped 20 cents per gallon on Thursday night. Prices have continued to climb since then, although more slowly, reaching a statewide average of $4.66 on Sunday, according to the AAA's daily fuel gauge report.

Some motorists had begun to direct their frustration at Mr. Brown.

"Consumers in California are getting killed," Judith Connolly, the owner of a media company, said as she filled up with premium gasoline on Friday. "We're being penalized, and the rest of the country is paying far less. That is something that Jerry Brown really needs to deal with."

Problems at several refineries in the state have been blamed for the rising prices. Two months ago, a fire knocked out a 245,000-barrel-a-day refinery in the Bay Area that has still not resumed full production. And last week, a power failure curtailed production at a refinery in Torrance. Full production resumed there on Friday.

Mr. Brown said he hoped that the switch to the winter-blend gasoline, which evaporates more quickly than gasoline sold during the summer smog season, would stop the climb in prices because it could increase fuel supplies in the state by up to 10 percent. Summer-blend gasoline is better for air quality.

Senator Dianne Feinstein also asked the Federal Trade Commission on Sunday to investigate the cause of the price increases.

"California's consumers are all too familiar with energy price spikes which cannot be explained by market fundamentals and which turn out years later to have been the result of malicious and manipulative trading activity," Ms. Feinstein, a Democrat, wrote in a letter to the commission's chairman.

### Related

Gas Prices Rise Again Overnight in California (October 8, 2012)

California Struggles With High Gas Prices (October 6, 2012)

### Connect With Us on Twitter

Follow @NYTNational for breaking news and headlines.

Twitter List: Reporters and Editors

FACEBOOK
TWITTER
GOOGLE+
E-MAIL
SHARE
PRINT
REPRINTS

f  Log In With Facebook

## What's Popular Now

Two Presidents, Smoking and Scheming

Truth About Jobs

Advertisement

HESS

The power is yours.
Choose Hess for lower rates on natural gas and electricity for your business.
View Rates

## Today's Headlines Daily E-Mail

Sign up for a roundup of the day's top stories, sent every morning.

See Sample | Privacy Policy

Sign Up

E-MAILED   MOST VIEWED

1. BILL KELLER
   How to Die

2. MAUREEN DOWD
   Two Presidents, Smoking and Scheming

3. THE ECONOMY
   The Fiercest, Used as a Sword

4. PAUL KRUGMAN
   Truth About Jobs

5. They Work Long Hours, but What About Results?

6. Two Paths Through Dartmouth Meet in a U.S. Senate Race

7. Emory Confronts a Legacy of Bias Against Jews

8. Corruption Is Seen as a Drain on Italy's South

**INVESTORS.com**
POWERED BY INVESTOR'S BUSINESS DAILY

S&P 500 1,456.49  DJIA 13,513.13  NASDAQ(MI) 115  NASDAQ* 3,119.59  NASDAQ VOL*(MI) 322
-0.30% ↓ -4.44 ↓  -0.16%  -36 ↓  -0.53% ↓ -16.60 ↓  -32.17% ↓  -152 ↓

TD Ameritrade

STREAMING QUOTES ARE  ON

Home  Research  News  Editorials  IBD University  IBD TV  eIBD  Leaderboard  Store

Enter Symbol/Keyword  ◉ Get Quote  ○ Search Site

## Markets Update
### Stocks Open Quietly Lower; Netflix, Carmax Spike

10:33 AM ET - Stocks opened lower in hushed trade Monday ahead of the start of third-quarter earnings seasons and on a quiet, Columbus Day economic calendar. The Nasdaq posted a 0.4% loss. The S&P 500 and the Dow Jones industrial average each trimmed 0.3%. Volume whispered 49% lower on the Nasdaq and was off 23% on the NYSE compared with Friday. In stocks, ...
More »

### Latest News

Wal-Mart, American Express Team On Prepaid Card
UnitedHealth Buying 90% of Brazil's Amil For $4.9 Bil
SolarWinds, Mellanox, Alexion Lead IBD 50's Five Best
Yum, Costco, JPMorgan Trump Alcoa Earnings This Week
IPOs This Week: Workday, 3 More Growing Companies
SS&C Leader Puts Facts First, Stays Calm Amid Stress
ObamaCare Aside, Shift To Outpatient Services Intact
Investor's Corner: Follow The 'Smart Money' Investors
Malcolm: Romney Surge Post-Debate Overtakes Obama
The Big Picture: Stocks Shrug Off Jobs Data, Deliver Mixed Action

Nasdaq Composite
Chart View: Daily | Weekly

3,100
3,000

Aug    Sep    Oct

### Today's Spotlight

**IBD is Coming to Virginia**
IBD speakers will be presenting at several Meetup groups in Virginia in the coming days. Find one near you.

**IBD Radio Show**
Tune into IBD's radio show on Saturday at 4:00 PM PST to get a review of key market action.

**IBD Mutual Fund Quarterly**
Check out the new report to see how the biggest funds fared and where the money is going now.

### IBD Stock Research Tool

Looking for leveraging strategies?

| MARKET DIRECTION | FIND STOCKS | EVALUATE STOCKS | TRACK MY STOCKS |

Stocks on the Move ▼  ↑  ↓  Add to My Routine  Watch Video »

Stocks On The Move

Stocks being **BOUGHT** heavily by institutional investors.
Click icons for analysis. Learn More

| Symbol | Company | Price | Price Chg. | Price % Chg. | Volume % Chg. | IBD Tools |
|---|---|---|---|---|---|---|
| PETM | Petsmart Inc | 70.36 | 1.95 ↑ | 2.85% ↑ | 176% | ✔ ☒ ⊕ |
| AN | Autonation Inc | 47.59 | 1.06 ↑ | 2.28% ↑ | 149% | ✔ ☒ ⊕ |
| GPI | Group I Automotive Inc | 65.36 | 2.14 ↑ | 3.39% ↑ | 118% | ✔ ☒ ⊕ |
| GNC | G N C Holdings Inc | 41.02 | 1.36 ↑ | 3.42% ↑ | 98% | ✔ ☒ ⊕ |
| LL | Lumber Liquidators Hldgs | 51.56 | 0.84 ↑ | 1.66% ↑ | 40% | ✔ ☒ ⊕ |

Expand
View All »

Real time prices by BATS. Volume delayed. Last Update: 10/08/2012 11:07 AM EST

### IBD TV
IBD Extra Videos
**IBDextra!**
LAUNCH VIDEO ►

Afraid to invest in the market? 3 ways to protect yourself & profit. What the IBD 50 reveals about market direction. Notes at investors.com/radioshow. More »

### IBD Screen Of The Day
Financial Efficiency
VIEW STOCKS »

Return on equity helps separate well managed companies from poorly managed ones. IBD studies of past market winners showed an average ROE of 17% More »

### World Stocks
VIEW STORY »

The iShares MSCI Thailand Index is up 29% and is on its way to being among this year's best-performing funds More »

INVESTOR'S BUSINESS DAILY
I attended IBD's seminar and thought it was excellent. The workbook alone was a HUGE GIFT for easy reference.
- Madeline H., investor

## Learn the Top-Performing Investing Strategy Faster
at an IBD live workshop!  LEARN MORE

### IBD Top-Rated Companies in the News

TradeStation Securities

Making Affordable Care Act Patients Profitable 10:54 AM ET

---

☼ Hi, Richie    My IBD »    Sign Out

▼ My Routine    Modify »

| Option Guide | Top-Rated Stocks Under $10 |
| Industry Groups | eTables |
| Fund Center | Stocks On The Move |
| Daily Graphs Charts | The Big Picture |
| Custom Screen Wizard | |

► My Biggest Price Movers    My Stock Lists »

INVESTOR'S BUSINESS DAILY
### Check out IBD's Forex Center!
Get videos, articles, and education in the Forex Center.    Check It Out Now!

Prepared by GCG

IF YOU HAVE AN INTEREST IN RESCAP, RESIDENTIAL FUNDING COMPANY, LLC, OR GMAC MORTGAGE, LLC RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS created during the period 2004 through 2007, a recent proposed settlement may affect your rights.

◆ Click here for more information

### Event Calendar
$4.95 PER TRADE
TRADEKING

Workshops    Online Events

**Level III - Jersey City, NJ**
Hyatt Regency Jersey City
Saturday, October 13, 2012
8:30 AM - 5:00 PM

**Level I - Portland, OR**
Crowne Plaza Portland Downtown
Saturday, October 13, 2012
9:00 AM - 12:00 PM

**Leaderboard Summit - Jersey City, NJ**
Hyatt Regency Jersey City
Saturday, October 13, 2012
10:00 AM - 12:00 PM

View All

IBD Radio Show
TUNE IN NOW
ON AIR
INVESTOR'S BUSINESS DAILY

### Most Popular
TradeStation Securities

Most Viewed

☑ All  ☐ Articles  ☐ Media

- The Terrifying Line in Obama's Speech That E...
- Obama explains that awful debate performance...
- Obama's Re-Election Case Rests On 5 Phony Cl...
- The End Really Is Coming, but not under Obama
- Could Obama Lose Home State Of Illinois?

10/08/2012 11:00:32 AM ET

Garden City Group :: 728x90



REUTERS    EDITION U.S.

Register · Sign In

Search News & Quotes

Home | Business ▾ | Markets ▾ | World ▾ | Politics ▾ | Tech ▾ | Opinion ▾ | Breakingviews ▾ | Money ▾ | Life ▾ | Pictures ▾ | Video ▾

IF YOU HAVE AN INTEREST IN RESCAP, RESIDENTIAL FUNDING COMPANY, LLC,
OR GMAC MORTGAGE, LLC RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS
created during the period 2004 through 2007, a recent proposed settlement may affect your rights.
◆ Click here for more information
Prepared by GCG

ARTICLE | COMMENTS (3) | SLIDE SHOW

*With Cisco at the center,
working together has
never worked so well.*

Counterparties: Today's Best Links

The billion-dollar patent war
Apple and Google have recently spent more on patents
than they have on developing new products. the New
York Times reports. Read more at Counterparties

The scandal that robbed Spanish depositors

## Wal-Mart, Amex offer card for lower-income shoppers

Recommend    63 people recommend this. Sign Up to see what your friends recommend.

By Marlene Geller and David Henry
NEW YORK | Mon Oct 8, 2012 3:00pm EDT

(Reuters) - Wal-Mart Stores Inc and American
Express Co are teaming up to offer a prepaid debit
card called Bluebird to target lower-income shoppers
who do not have bank accounts.

The Bluebird, which can be used anywhere that accepts American Express

Tweet    109

Share

Share this

+1    3

Email

Print

Related News

Walmart says
union's LA protest
has no impact
Thu, Oct 4 2012

Wal-Mart stops
selling Amazon
Kindles
Thu, Sep 20 2012

Wal-Mart fails to land
first NYC store,
search continues

Wal-Mart wants PCs



REUTERS

reuters.com

IF YOU HAVE AN INTEREST IN RESCAP RESIDENTIAL FUNDING COMPANY, LLC,
OR GMAC MORTGAGE, LLC RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS
created during the period 2004 through 2007, a recent proposed settlement may affect your rights.
Prepared by GCG
◆ Click here for more information



The Economist
Special student offers

# The Economist

Log in | Register | Subscribe
Digital & mobile | Events | Topics A-Z | Newsletters | Jobs

Monday October 8th 2012

World politics | Business & finance | Economics | Science & technology | Culture | Blogs | Debate | The World in 2012 | Multimedia | Print edition



AFP

**Venezuela's election** 💬 32
Here to stay

**Japan's nuclear disaster** 💬 32
Incredibly unsung heroes

**Debate**
Is India losing its way?

**Daily chart** 💬 2
The war in Syria

Everything for play for

Full contents    Subscribe

---

The Nobel prize for physiology or medicine

**Good eggs**
Sir John Gurdon and Shinya Yamanaka, pioneers of regenerative medicine, receive this year's Nobel prize for physiology or medicine



BAE Systems and EADS

**All but dead**
The merger of Europe's two largest defence and aerospace companies hits another snag



Difference Engine

**Digital disillusion**
Analogue cameras attract new fans as digital takes the fun out of photography



Law and psychology

**A judgment call**
Judges' sentencing is erratic. Safety in numbers?



The Great Barrier Reef

**Dr De'ath v the**

---

China's state-owned enterprises

**The state advances**
The state's grip on the economy has been tightening. Could foreign pressure persuade the new leadership to reverse course? 💬 (28)

- Leader: China's state-owned enterprises are increasingly getting it into trouble—abroad and at home 💬 (135)
- Special report: The crisis of Western liberal capitalism has coincided with the rise of a powerful new form of state capitalism in emerging markets (Jan 2012) 💬 (165)

**More in Business & finance »**

Paraguayan politics

**A Liberal spring**
The interim president enacts reforms 💬 (19)

- Why did Paraguay's Congress mount a constitutional putsch against the president? And what happens now? 💬 (115)
- Not a coup, but an erosion of democracy which should be condemned 💬 (30)
- The leftist president battles an insurgency 💬 (4)

**More in Americas »**

Latest audio and video

### Companies and the euro crisis

Chronic uncertainty is making European firms more risk averse. This effects everything from investment to outsourcing, says an economist at Oxford University



▶ Video

00:00 ━━━━━━━ 06:44

AFP

Companies and the euro crisis | Election issues: Health care | The week ahead: Built-in advant...

**More in Multimedia »**

Currencies
**The weak shall inherit the earth**

---

Advertisement

**PROGRAM FOR
LEADERSHIP DEVELOPMENT**

>LEARN MORE

 HARVARD
BUSINESS SCHOOL
Executive Education

Follow *The Economist*



### Most popular

Recommended | Commented



**1**
**The next crisis**: Sponging boomers

2 **China and Japan**: Could Asia really go to war over these?

3 **Poland and Britain**: Sikorski in Oxford (again)

4 **National identity**: Pictures of the enemy

5 **Grammar**: Is "whom" history? From the mouths of babes

6 **Chinese politics**: A spectacular fall

7 **Georgian politics**: Mikheil Saakashvili concedes defeat

8 **India**: In search of a dream

9 **Investing "Gangnam Style"**: Bubbly pop

10 **US election 2012**: States of play

# EXHIBIT E

**TIME SENSITIVE NOTICE**
**REGARDING (a) ORDER SETTING LAST DATE TO FILE CLAIMS AGAINST
DEBTORS RESIDENTIAL CAPITAL, LLC AND CERTAIN OF ITS DIRECT AND
INDIRECT SUBSIDIARIES, AND (b) UPDATES OF MATTERS RELEVANT TO
CERTAIN CERTIFICATEHOLDERS**

**NOTICE IS HEREBY GIVEN BY:**

**THE BANK OF NEW YORK MELLON,**
**THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,**
**DEUTSCHE BANK NATIONAL TRUST COMPANY,**
**DEUTSCHE BANK TRUST COMPANY AMERICAS,**
**U.S. BANK NATIONAL ASSOCIATION,**
**WELLS FARGO BANK, N.A., AND**
**HSBC BANK, NATIONAL ASSOCIATION**

**IN THEIR SEVERAL CAPACITIES AS TRUSTEES AND/OR INDENTURE
TRUSTEES (COLLECTIVELY, THE "RMBS TRUSTEES" AND EACH, AN "RMBS
TRUSTEE"), TO THE HOLDERS OF CERTIFICATES, NOTES OR OTHER
SECURITIES (THE "CERTIFICATEHOLDERS") UNDER THE RESIDENTIAL
MORTGAGE-BACKED SECURITIZATION TRUSTS IDENTIFIED IN EXHIBIT A,
ATTACHED HERETO (COLLECTIVELY, THE "TRUSTS" AND EACH A
"TRUST").**

**THIS NOTICE CONTAINS IMPORTANT TIME-SENSITIVE INFORMATION FOR
CERTIFICATEHOLDERS AND OTHER PERSONS POTENTIALLY INTERESTED
IN THE TRUSTS. ALL DEPOSITORIES, CUSTODIANS AND OTHER
INTERMEDIARIES RECEIVING THIS NOTICE, AS APPLICABLE, ARE
REQUESTED TO EXPEDITE ITS RE-TRANSMITTAL TO
CERTIFICATEHOLDERS IN A TIMELY MANNER.**

Dated: October 17, 2012

This notice (the "**Notice**") is given to you by the RMBS Trustees under the Pooling and
Servicing Agreements (including Series Supplements and Standard Terms of Pooling and
Servicing Agreements), Indentures and related Servicing Agreements (collectively, the
"**Governing Agreements**") governing the Trusts.  Capitalized terms used but not defined
herein shall have the meanings assigned to them in the Governing Agreements.

## I.    Background -- Residential Capital Bankruptcy Filing.

On May 14, 2012, Residential Capital, LLC, and certain of its direct and indirect subsidiaries
(collectively, "**ResCap**" or the "**Debtors**") filed voluntary petitions under Chapter 11 of the
United States Bankruptcy Code (the "**Bankruptcy Code**") in the United States Bankruptcy
Court for the Southern District of New York (the "**Court**") (*In re Residential Capital, LLC*,
Case No. 12-12020 (MG) and related cases) (collectively, the "**Chapter 11 Cases**").  (To
obtain information regarding the Chapter 11 Cases, please see Section V, below.)

## II.      Order Establishing Last Date for Filing Claims Against the Debtors.

On August 29, 2012, the Court entered an order (the "**Bar Date Order**") establishing **November 9, 2012 at 5:00 p.m. (Prevailing Eastern Time)** as the deadline for any person or entity that believes it is owed money by the Debtors to file a proof of claim against the Debtors (the "**Bar Date**").

Each RMBS Trustee will file proofs of claim by the applicable deadline on behalf of itself and the Trusts for which it acts as trustee for all obligations owing by the Debtors to the RMBS Trustee and each of the Trusts under the applicable Governing Agreements.

*However, the RMBS Trustees' proofs of claim will not include direct claims that Certificateholders may have against any of the Debtors, including, but not limited to, claims arising from or relating to the ownership or purchase of the certificates, notes or other securities.*  Certificateholders that may have claims against any of the Debtors should consult with their own advisors and prepare and file their own proofs of claim prior to the Bar Date.  The Bar Date Order provides that any holder of a claim that fails to timely file a proof of claim on or before the Bar Date shall not be treated as a creditor for purposes of voting upon any plan of reorganization filed in the Chapter 11 Cases or participating in any distribution in the Chapter 11 Cases on account of such claims.

Certificateholders wishing to file their own proofs of claim against any of the Debtors must deliver the original proof of claim against each such Debtor.  A copy of the applicable proof of claim form, to which all proofs of claim submitted by creditors of ResCap must conform, may be obtained at **http://www.kccllc.net/rescap**.

## III.     Update Regarding the Proposed RMBS Trust Settlements.

In the notice to certain Certificateholders dated August 22, 2012 (the "**RMBS Trusts Settlement Notice**"), certain of the RMBS Trustees notified those Certificateholders holding securities under certain of the Trusts (the "**Settlement Trusts**" and each a "**Settlement Trust**") of proposed settlements (the "**Proposed RMBS Trust Settlements**") of the claims of the Settlement Trusts against certain Debtors relating to, among other things, the origination and sale of residential mortgages.

*Please note that since the date of the RMBS Trusts Settlement Notice, the Proposed RMBS Trust Settlements have been, and in the future may be, amended, and the schedule for discovery, objections, and the hearing on the Debtors' motion to approve the Proposed RMBS Trust Settlements has been, and in the future may be, modified. The most current information regarding the terms of the Proposed RMBS Trust Settlements and related scheduling matters is available at **www.rescaprmbssettlement.com**.  Certificateholders should not rely on the RMBS Trustees to provide updates regarding the Proposed RMBS Trust Settlements.  Certificateholders are urged to regularly consult such website in order to keep abreast of developments with regard to the Proposed RMBS Trust Settlements.*

**IV.    This Notice Is a Summary.**

This Notice summarizes the Bar Date Order and the status of the Proposed RMBS Trust Settlements and is not a complete restatement of the Bar Date Order, the documents filed in connection with the Proposed RMBS Trust Settlements, relevant law or relevant legal procedures.  The RMBS Trustees do not intend to send any further notices with respect to the matters addressed herein, and Certificateholders and other potentially interested persons are urged to carefully review the Bar Date Order, the Proposed RMBS Trust Settlements, and other pleadings that have been filed, and that subsequently may be filed, in the Chapter 11 Cases, and to consult with their own legal and financial advisors.

**V.    Other Sources of Information.**

Information relevant to the Proposed RMBS Trust Settlements is available at **http://www.rescaprmbssettlement.com**, which will be updated each time additional, related, material papers are filed or orders are entered by the Court.

In addition, the Official Committee of Unsecured Creditors appointed in the Chapter 11 Cases has established an official website (the "**Committee Website**"), on which basic information concerning the Chapter 11 Cases has been posted, including, but not limited to, relevant contact information, upcoming dates and deadlines, statements and schedules filed by ResCap and a list of answers to frequently asked questions.  The Committee Website can be reached at **http://dm.epiq11.com/RES/Project**.

You may also obtain any documents filed with the Court in the Chapter 11 Cases by logging on to PACER at https://www.uscourts.gov or by visiting ResCap's claims agent website at http://www.kccllc.net/rescap. If you have any questions, you may call (866) 241-7538 in the United States, +1 (202) 470-4565 outside the United States or send an email to questions@rescaprmbssettlement.com.

Inquiries regarding the matters set forth in this Notice regarding the Proposed RMBS Trust Settlements may be directed to questions@rescaprmbssettlement.com or, with respect to any particular Trust, to the RMBS Trustee for such Trust using the "RMBS Trustee Contact Information" for such RMBS Trustee at **http://www.rescaprmbssettlement.com**.

**VI.    Other Matters.**

Certificateholders and other persons interested in the Trusts should not rely on the RMBS Trustees, or on counsel or other advisors retained by the RMBS Trustees, as their sole source of information.

Please note that the foregoing is not intended and should not be construed as investment, accounting, financial, legal or tax advice by or on behalf of the RMBS Trustees, or their directors, officers, affiliates, agents, attorneys or employees. Each person or entity receiving this Notice should seek the advice of its own advisers in respect of the matters set forth herein.

Please be further advised that each of the RMBS Trustees reserves all of the rights, powers, claims and remedies available to it under the Governing Agreements and applicable law.  No delay or forbearance by an RMBS Trustee to exercise any right or remedy accruing upon the occurrence of a default, or otherwise under the terms of the Governing Agreements, other

documentation relating thereto or under applicable law, shall impair any such right or remedy or constitute a waiver thereof or an acquiescence therein.

Each of the RMBS Trustees expressly reserves its rights under each applicable Governing Agreement, including without limitation, its right to recover in full its fees and costs (including, without limitation, fees and costs incurred or to be incurred by such RMBS Trustee in performing its duties, indemnities owing or to become owing to such RMBS Trustee, compensation for such RMBS Trustee's time spent and reimbursement for fees and costs of counsel and other agents it employs in performing its duties or to pursue remedies) and its right, prior to exercising any rights or powers in connection with any applicable Governing Agreement at the request or direction of any Certificateholder, to receive security or indemnity satisfactory to it against all costs, expenses and liabilities which might be incurred in compliance therewith, and all rights that may be available to it under applicable law or otherwise.

Please be advised that with respect to any particular inquiry from individual Certificateholders, an RMBS Trustee may conclude that a specific response to such inquiry is not consistent with requirements under applicable law and regulation of equal and full dissemination of information to all Certificateholders.

THE BANK OF NEW YORK MELLON, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, U.S. BANK NATIONAL ASSOCIATION, WELLS FARGO BANK, N.A., OR HSBC, NATIONAL ASSOCIATION, severally, as trustees or indenture trustees of the Trusts

# EXHIBIT F

**TIME SENSITIVE NOTICE
REGARDING SALE OF DEBTORS' SERVICING PLATFORM TO
OCWEN LOAN SERVICING, LLC**

**NOTICE IS HEREBY GIVEN BY:**

**THE BANK OF NEW YORK MELLON,
THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,
DEUTSCHE BANK NATIONAL TRUST COMPANY,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
U.S. BANK NATIONAL ASSOCIATION,
WELLS FARGO BANK, N.A., AND
HSBC BANK, NATIONAL ASSOCIATION**

**IN THEIR SEVERAL CAPACITIES AS TRUSTEES AND/OR INDENTURE TRUSTEES (COLLECTIVELY, THE "RMBS TRUSTEES" AND EACH, AN "RMBS TRUSTEE"), TO THE HOLDERS OF CERTIFICATES, NOTES OR OTHER SECURITIES (THE "CERTIFICATEHOLDERS") UNDER THE RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS IDENTIFIED IN EXHIBIT A, ATTACHED HERETO (COLLECTIVELY, THE "TRUSTS" AND EACH A "TRUST").**

**THIS NOTICE CONTAINS IMPORTANT TIME-SENSITIVE INFORMATION FOR CERTIFICATEHOLDERS AND OTHER PERSONS POTENTIALLY INTERESTED IN THE TRUSTS. ALL DEPOSITORIES, CUSTODIANS AND OTHER INTERMEDIARIES RECEIVING THIS NOTICE, AS APPLICABLE, ARE REQUESTED TO EXPEDITE ITS RE-TRANSMITTAL TO CERTIFICATEHOLDERS IN A TIMELY MANNER.**

Dated: January 24, 2013

This notice (the "**Notice**") is given to you by the RMBS Trustees under the Pooling and Servicing Agreements (including Series Supplements and Standard Terms of Pooling and Servicing Agreements), Indentures and related Servicing Agreements (collectively, the "**Governing Agreements**") governing the Trusts. Capitalized terms used but not defined herein shall have the meanings assigned to them in the Governing Agreements.

**I.    Background -- Residential Capital Bankruptcy Filing.**

On May 14, 2012, Residential Capital, LLC, and certain of its direct and indirect subsidiaries (collectively, "**ResCap**" or the "**Debtors**") filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Court**") (*In re Residential Capital, LLC*, Case No. 12-12020 (MG) and related cases) (collectively, the "**Chapter 11 Cases**"). (To obtain information regarding the Chapter 11 Cases, please see Section IV, below.)

**II.    Order Approving Sale of Debtors' Servicing Platform to Ocwen Loan Servicing, LLC.**

On October 23, 2012, the Debtors conducted an auction for certain assets of the Debtors, including the Debtors' mortgage servicing rights in connection with certain of the Trusts (the "**Servicing Platform**"). At the conclusion of the auction, the Debtors determined Ocwen Financial Corp. with Walter Investment Management Corp.'s $3 billion bid to be the highest

and best bid, and on November 21, 2012, the Court entered an order, among other things, approving the sale of the Servicing Platform to Ocwen Loan Servicing LLC ("**Ocwen**") and the assumption and assignment of certain executory contracts and unexpired leases thereto (the "**Sale Order**") (Docket No. 2246).  Certain of the Trusts for which Certificateholders hold certificates, notes or other securities may be affected by the sale of the Debtors' Servicing Platform to Ocwen.

Pursuant to the Sale Order, the transfer of the Servicing Platform to Ocwen will vest Ocwen with all right, title and interest of the Debtors to the Servicing Platform free and clear of all liens, claims, encumbrances, and other interests.  The Sale Order further enjoins all persons from taking any action to adversely affect or interfere with the ability of the Debtors to transfer the Servicing Platform to Ocwen.

Pursuant to the Asset Purchase Agreement between Ocwen and certain of the Debtors, dated as of November 2, 2012 (the "**Asset Purchase Agreement**"), and filed with the Court on that date (Docket No. 2246-1), the closing of the sale shall take place when certain conditions set forth in the Asset Purchase Agreement have been met.  The RMBS Trustees have not been informed as to when those conditions are expected to be met.  In addition, pursuant to the Asset Purchase Agreement, Ocwen has the right, until two business days prior to the closing of the sale, to exclude certain agreements from the sale.  To date, no such agreements have been identified.

Pursuant to the Fourth Revised Joint Omnibus Scheduling Order dated December 27, 2012 (Docket No. 2528) (incorporating provisions of the related July 31 Scheduling Order (Docket No. 945)), the RMBS Trustees have 60 days from the closing of the sale to file claims against the Debtors for amounts owing by the Debtors in respect of any defaults under any executory contracts being assumed by the Debtors and assigned to Ocwen as part of the sale.

### III.    This Notice Is a Summary.

This Notice summarizes the Sale Order and is not a complete restatement of the Sale Order, the Asset Purchase Agreement, relevant law or relevant legal procedures.  The RMBS Trustees do not intend to send any further notices with respect to the matters addressed herein, and Certificateholders and other potentially interested persons are urged to carefully review the Sale Order, the Asset Purchase Agreement, and other pleadings that have been filed, and that subsequently may be filed, in the Chapter 11 Cases, and to consult with their own legal and financial advisors.

### IV.    Other Sources of Information.

The Official Committee of Unsecured Creditors appointed in the Chapter 11 Cases has established an official website (the "**Committee Website**"), on which basic information concerning the Chapter 11 Cases has been posted, including, but not limited to, relevant contact information, upcoming dates and deadlines, statements and schedules filed by ResCap and a list of answers to frequently asked questions.  The Committee Website can be reached at **http://dm.epiq11.com/RES/Project**.

You may also obtain any documents filed with the Court in the Chapter 11 Cases by logging on to PACER at https://www.uscourts.gov or by visiting ResCap's claims agent website at http://www.kccllc.net/rescap. If you have any questions, you may call (866) 241-7538 in the United States, +1 (202) 470-4565 outside the United States or send an email to questions@rescaprmbssettlement.com.

Inquiries with respect to any particular Trust other than those Trusts for which HSBC Bank, National Association serves as RMBS Trustee may be directed to the RMBS Trustee for such Trust using the "RMBS Trustee Contact Information" for such RMBS Trustee at **http://www.rescaprmbssettlement.com**.  With respect to those Trusts for which HSBC Bank, National Association serves as RMBS Trustee, inquiries may be directed to fernando.acebedo@us.hsbc.com.

## V.    <u>Other Matters.</u>

Certificateholders and other persons interested in the Trusts should not rely on the RMBS Trustees, or on counsel or other advisors retained by the RMBS Trustees, as their sole source of information.

Please note that the foregoing is not intended and should not be construed as investment, accounting, financial, legal or tax advice by or on behalf of the RMBS Trustees, or their directors, officers, affiliates, agents, attorneys or employees. Each person or entity receiving this Notice should seek the advice of its own advisers in respect of the matters set forth herein.

Please be further advised that each of the RMBS Trustees reserves all of the rights, powers, claims and remedies available to it under the Governing Agreements and applicable law. No delay or forbearance by an RMBS Trustee to exercise any right or remedy accruing upon the occurrence of a default, or otherwise under the terms of the Governing Agreements, other documentation relating thereto or under applicable law, shall impair any such right or remedy or constitute a waiver thereof or an acquiescence therein.

Each of the RMBS Trustees expressly reserves its rights under each applicable Governing Agreement, including without limitation, its right to recover in full its fees and costs (including, without limitation, fees and costs incurred or to be incurred by such RMBS Trustee in performing its duties, indemnities owing or to become owing to such RMBS Trustee, compensation for such RMBS Trustee's time spent and reimbursement for fees and costs of counsel and other agents it employs in performing its duties or to pursue remedies) and its right, prior to exercising any rights or powers in connection with any applicable Governing Agreement at the request or direction of any Certificateholder, to receive security or indemnity satisfactory to it against all costs, expenses and liabilities which might be incurred in compliance therewith, and all rights that may be available to it under applicable law or otherwise.

Please be advised that with respect to any particular inquiry from individual Certificateholders, an RMBS Trustee may conclude that a specific response to such inquiry is not consistent with requirements under applicable law and regulation of equal and full dissemination of information to all Certificateholders.

THE BANK OF NEW YORK MELLON, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, U.S. BANK NATIONAL ASSOCIATION, WELLS FARGO BANK, N.A., OR HSBC, NATIONAL ASSOCIATION, severally, as trustees and/or indenture trustees of the Trusts

# EXHIBIT G

**NOTICE REGARDING CLOSING OF SALE OF DEBTORS' SERVICING PLATFORM TO OCWEN LOAN SERVICING, LLC AND UPDATE OF 9019 SETTLEMENT**

**NOTICE IS HEREBY GIVEN BY:**

**THE BANK OF NEW YORK MELLON,**
**THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,**
**DEUTSCHE BANK NATIONAL TRUST COMPANY,**
**DEUTSCHE BANK TRUST COMPANY AMERICAS,**
**U.S. BANK NATIONAL ASSOCIATION,**
**WELLS FARGO BANK, N.A.,**
**HSBC BANK, NATIONAL ASSOCIATION, AND**
**LAW DEBENTURE TRUST COMPANY OF NEW YORK**

**IN THEIR SEVERAL CAPACITIES AS TRUSTEES AND/OR INDENTURE TRUSTEES OR SEPARATE TRUSTEES (COLLECTIVELY, THE "RMBS TRUSTEES" AND EACH, AN "RMBS TRUSTEE"), TO THE HOLDERS OF CERTIFICATES, NOTES OR OTHER SECURITIES (THE "CERTIFICATEHOLDERS") UNDER THE RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS IDENTIFIED IN EXHIBIT A, ATTACHED HERETO (COLLECTIVELY, THE "TRUSTS" AND EACH A "TRUST").**

**THIS NOTICE CONTAINS IMPORTANT TIME-SENSITIVE INFORMATION FOR CERTIFICATEHOLDERS AND OTHER PERSONS POTENTIALLY INTERESTED IN THE TRUSTS. ALL DEPOSITORIES, CUSTODIANS AND OTHER INTERMEDIARIES RECEIVING THIS NOTICE, AS APPLICABLE, ARE REQUESTED TO EXPEDITE ITS RE-TRANSMITTAL TO CERTIFICATEHOLDERS IN A TIMELY MANNER.**

Dated: April 8, 2013

This notice (the "**Notice**") is given to you by the RMBS Trustees under the Pooling and Servicing Agreements (including Series Supplements and Standard Terms of Pooling and Servicing Agreements), Indentures and related Servicing Agreements (collectively, the "**Governing Agreements**") governing the Trusts.  Capitalized terms used but not defined herein shall have the meanings assigned to them in the Governing Agreements.

## I.    Background -- Residential Capital Bankruptcy Filing.

On May 14, 2012, Residential Capital, LLC, and certain of its direct and indirect subsidiaries (collectively, "**ResCap**" or the "**Debtors**") filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Court**") (*In re Residential Capital, LLC*, Case No. 12-12020 (MG) and related cases) (collectively, the "**Chapter 11 Cases**").  (To obtain information regarding the Chapter 11 Cases, please see Section V, below.)

**II.    Closing of Sale of Debtors' Servicing Platform to Ocwen Loan Servicing, LLC.**

You were informed in a prior notice that on November 21, 2012, the Court entered an order, among other things, approving the sale of the Debtors' mortgage servicing rights in connection with certain of the Trusts (the "**Servicing Platform**") to Ocwen Loan Servicing LLC ("**Ocwen**"), and the assumption and assignment of certain executory contracts and unexpired leases in connection with the sale (the "**Sale Order**") (Docket No. 2246).  Certain of the Trusts for which Certificateholders hold certificates, notes or other securities may be affected by the sale of the Debtors' Servicing Platform to Ocwen.

On February 15, 2013, the closing took place in respect of the sale of the Servicing Platform to Ocwen.  Please note that the servicing rights in connection with certain of the Trusts that are insured by monoline insurers were not transferred to Ocwen.  The RMBS Trustees have been advised that arrangements for continued servicing have been made with respect to such Trusts on an interim basis.

Pursuant to the Fourth Revised Joint Omnibus Scheduling Order dated December 27, 2012 (Docket No. 2528) (incorporating provisions of the related July 31 Scheduling Order (Docket No. 945)), the RMBS Trustees have until 60 days from the closing of the sale (*i.e.*, until April 16, 2013) to file notices of claims against the Debtors for amounts owing by the Debtors in respect of any unpaid obligations under the servicing agreements being assumed by the Debtors and assigned to Ocwen as part of the sale (the "**Cure Claims**").  The RMBS Trustees intend to timely file such notices of Cure Claims in connection with the Trusts for which each RMBS Trustee acts.

**III.    Adjournment of the Hearing on the Debtors' 9019 Motion to Settle Certain Mortgage Repurchase Claims.**

You were previously informed that certain of the Trusts listed on Exhibit A hereto are subject to the Debtors' motion to approve certain settlements of the mortgage repurchase claims held by such Trusts (the "**9019 Motion**").  The commencement of the hearing on the 9019 Motion, which was previously scheduled for March 18, 2013 has been adjourned to May 28, 2013.

***Please note that the date set for the hearing on the 9019 Motion, and the terms of the settlements themselves, are subject to change.  Certificateholders should not rely on the RMBS Trustees to provide any further updates regarding the proposed settlements. For updated information with regard to the settlements, please consult the following website:  http://www.rescaprmbssettlement.com.***

**IV.    This Notice Is a Summary.**

This Notice summarizes the Sale Order and the 9019 Motion and is not a complete restatement of the Sale Order, the 9019 Motion, relevant law or relevant legal procedures. The RMBS Trustees do not intend to send any further notices with respect to the matters addressed herein, and Certificateholders and other potentially interested persons are urged to carefully review the Sale Order, the 9019 Motion and other pleadings that have been filed, and that subsequently may be filed, in the Chapter 11 Cases, and to consult with their own legal and financial advisors.

## V.    Other Sources of Information.

The Official Committee of Unsecured Creditors appointed in the Chapter 11 Cases has established an official website (the "**Committee Website**"), on which basic information concerning the Chapter 11 Cases has been posted, including, but not limited to, relevant contact information, upcoming dates and deadlines, statements and schedules filed by ResCap and a list of answers to frequently asked questions. The Committee Website can be reached at **http://dm.epiq11.com/RES/Project**.

Information relevant to the 9019 Motion and the proposed settlements set forth therein is available at **http://www.rescaprmbssettlement.com,** which will be updated each time additional, related material papers are filed or orders are entered by the Court.

You may also obtain any documents filed with the Court in the Chapter 11 Cases by logging on to PACER at **https://www.uscourts.gov** or by visiting ResCap's claims agent website at **http://www.kccllc.net/rescap**. If you have any questions, you may call (866) 241-7538 in the United States, +1 (202) 470-4565 outside the United States or send an email to questions@rescaprmbssettlement.com.

Inquiries with respect to any particular Trust other than those Trusts for which HSBC Bank, National Association serves as RMBS Trustee may be directed to the RMBS Trustee for such Trust using the "RMBS Trustee Contact Information" for such RMBS Trustee at **http://www.rescaprmbssettlement.com**. With respect to those Trusts for which HSBC Bank, National Association serves as RMBS Trustee, inquiries may be directed to **fernando.acebedo@us.hsbc.com**. With respect to those Trusts for which Law Debenture Trust Company of New York serves as RMBS Trustee, inquires may be directed to **nytrustco@lawdeb.com**.

## VI.    Other Matters.

Certificateholders and other persons interested in the Trusts should not rely on the RMBS Trustees, or on counsel or other advisors retained by the RMBS Trustees, as their sole source of information.

Please note that the foregoing is not intended and should not be construed as investment, accounting, financial, legal or tax advice by or on behalf of the RMBS Trustees, or their directors, officers, affiliates, agents, attorneys or employees. Each person or entity receiving this Notice should seek the advice of its own advisers in respect of the matters set forth herein.

Please be further advised that each of the RMBS Trustees reserves all of the rights, powers, claims and remedies available to it under the Governing Agreements and applicable law. No delay or forbearance by an RMBS Trustee to exercise any right or remedy accruing upon the occurrence of a default, or otherwise under the terms of the Governing Agreements, other documentation relating thereto or under applicable law, shall impair any such right or remedy or constitute a waiver thereof or an acquiescence therein.

Each of the RMBS Trustees expressly reserves its rights under each applicable Governing Agreement, including without limitation, its right to recover in full its fees and costs (including, without limitation, fees and costs incurred or to be incurred by such RMBS Trustee in performing its duties, indemnities owing or to become owing to such RMBS

Trustee, compensation for such RMBS Trustee's time spent and reimbursement for fees and costs of counsel and other agents it employs in performing its duties or to pursue remedies) and its right, prior to exercising any rights or powers in connection with any applicable Governing Agreement at the request or direction of any Certificateholder, to receive security or indemnity satisfactory to it against all costs, expenses and liabilities which might be incurred in compliance therewith, and all rights that may be available to it under applicable law or otherwise.

Please be advised that with respect to any particular inquiry from individual Certificateholders, an RMBS Trustee may conclude that a specific response to such inquiry is not consistent with requirements under applicable law and regulation of equal and full dissemination of information to all Certificateholders.

THE BANK OF NEW YORK MELLON, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, U.S. BANK NATIONAL ASSOCIATION, WELLS FARGO BANK, N.A., HSBC, NATIONAL ASSOCIATION, AND LAW DEBENTURE TRUST COMPANY OF NEW YORK, severally, as trustees and/or indenture trustees or separate trustees of the Trusts

# EXHIBIT H

**TIME SENSITIVE NOTICE**
**REGARDING (A) PLAN SUPPORT AGREEMENT AMONG THE RESCAP DEBTORS
AND THE RMBS TRUSTEES, AMONG OTHERS, AND (B) SETTLEMENT
AGREEMENT AMONG THE DEBTORS, FINANCIAL GUARANTY INSURANCE
COMPANY AND CERTAIN OF THE RMBS TRUSTEES**

**NOTICE IS HEREBY GIVEN BY:**

**THE BANK OF NEW YORK MELLON,
THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,
DEUTSCHE BANK NATIONAL TRUST COMPANY,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
U.S. BANK NATIONAL ASSOCIATION,
WELLS FARGO BANK, N.A.,
HSBC BANK USA, N.A., AND
LAW DEBENTURE TRUST COMPANY OF NEW YORK**

**IN THEIR SEVERAL CAPACITIES AS TRUSTEES, MASTER SERVICERS, AND/OR
INDENTURE TRUSTEES OR SEPARATE TRUSTEES (COLLECTIVELY, THE
"RMBS TRUSTEES" AND EACH, AN "RMBS TRUSTEE"), TO THE HOLDERS (THE
"CERTIFICATEHOLDERS") OF CERTIFICATES, NOTES OR OTHER SECURITIES
(COLLECTIVELY, THE "CERTIFICATES") UNDER THE RESIDENTIAL
MORTGAGE-BACKED SECURITIZATION TRUSTS IDENTIFIED ON SCHEDULE A
AT http://www.rescaprmbssettlement.com (COLLECTIVELY, THE "TRUSTS" AND
EACH A "TRUST").**

**THIS NOTICE CONTAINS IMPORTANT TIME-SENSITIVE INFORMATION FOR
CERTIFICATEHOLDERS AND OTHER PERSONS POTENTIALLY INTERESTED IN
THE TRUSTS.  ALL DEPOSITORIES, CUSTODIANS AND OTHER
INTERMEDIARIES RECEIVING THIS NOTICE, AS APPLICABLE, ARE
REQUESTED TO EXPEDITE ITS RE-TRANSMITTAL TO CERTIFICATEHOLDERS
IN A TIMELY MANNER.**

Dated:  May 24, 2013

This notice (the "**Notice**") is given to you by the RMBS Trustees under the Pooling and
Servicing Agreements (including Series Supplements and Standard Terms of Pooling and
Servicing Agreements), Indentures and related Servicing Agreements (collectively, the
"**Governing Agreements**") governing the Trusts.  Capitalized terms used but not defined herein
shall have the meanings assigned to them in the Governing Agreements.

**THIS NOTICE CONCERNS PROPOSED SETTLEMENTS IN A PLAN SUPPORT AGREEMENT, INCLUDING:[1]**

**1) A SETTLEMENT OF ALL THE TRUSTS' CLAIMS AGAINST THE DEBTORS IN THE CHAPTER 11 CASES, AND AFI, INCLUDING, WITHOUT LIMITATION, AND WHERE APPLICABLE, CLAIMS RELATING TO THE ORIGINATION AND SALE BY A DEBTOR OF MORTGAGE LOANS TO THE TRUSTS, AND CLAIMS ARISING OUT OF A DEBTOR'S SERVICING OF THE MORTGAGE LOANS; AND**

**2) A SETTLEMENT OF, AMONG OTHER THINGS, THE CLAIMS OF CERTAIN OF THE TRUSTS AGAINST FINANCIAL GUARANTY INSURANCE CORPORATION ("FGIC") UNDER THE INSURANCE POLICIES ISSUED BY FGIC IN RESPECT OF THE TRUSTS. A LIST OF THOSE TRUSTS AFFECTED BY THE FGIC SETTLEMENT IS AVAILABLE AT http://www.rescaprmbssettlement.com AS SCHEDULE B.**

**IF CERTIFICATEHOLDERS DO NOT OBJECT TO THESE SETTLEMENTS BEFORE THE DEADLINE OF JUNE 19, 2013 AT 4:00 P.M. (PREVAILING EASTERN TIME) TO OBJECT TO THE PLAN SUPPORT AGREEMENT MOTION, SUCH CERTIFICATEHOLDERS MAY BE PRECLUDED FROM OBJECTING TO THE PLAN AND THE BANKRUPTCY COURT MAY FIND THAT SUCH CERTIFICATEHOLDERS DO NOT HAVE STANDING TO OBJECT.**

**EACH OF THE PROPOSED SETTLEMENTS, IF APPROVED BY THE BANKRUPTCY COURT, AND ADDITIONALLY IN THE CASE OF THE FGIC SETTLEMENT AGREEMENT, BY THE NEW YORK STATE SUPREME COURT, WOULD BIND EACH APPLICABLE TRUST AND THE RELATED CERTIFICATEHOLDERS. THE PROPOSED SETTLEMENTS MATERIALLY AFFECT THE INTERESTS OF CERTIFICATEHOLDERS. THE RMBS TRUSTEES THEREFORE RESPECTFULLY REQUEST THAT ALL CERTIFICATEHOLDERS AND OTHER NOTICE RECIPIENTS READ THIS NOTICE AND RELATED MATERIALS CAREFULLY IN CONSULTATION WITH THEIR LEGAL AND FINANCIAL ADVISORS.**

    **I.**    **Background -- Residential Capital Bankruptcy Filing**

On May 14, 2012, Residential Capital, LLC, and certain of its direct and indirect subsidiaries (collectively, "**ResCap**" or the "**Debtors**") filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") (*In re Residential Capital, LLC*, Case No. 12-12020 (MG) and related cases) (collectively, the "**Chapter 11 Cases**"). To obtain information regarding the Chapter 11 Cases, please see Section VI, below.

    **II.**    **The Plan Support Agreement and Term Sheets**

On May 13, 2013, the Debtors, Ally Financial Inc. ("**AFI**"), the Official Committee of Unsecured Creditors (the "**Committee**"), and the Consenting Claimants (as defined in the Plan Support Agreement, which defined term includes the RMBS Trustees; collectively with the Debtors, AFI, and the Committee, the "**Plan Support Agreement Parties**") entered into the Plan Support Agreement

---

[1]   Terms not otherwise defined in these initial summary paragraphs are defined below.

(the "**Plan Support Agreement**") pursuant to which the Plan Support Agreement Parties agreed to the terms of a consensual Chapter 11 plan of reorganization (the "**Plan**") and resolution of all claims and disputes between them as set forth in the Plan Term Sheet (the "**Plan Term Sheet**") and the Supplemental Term Sheet[2] (the "**Supplemental Term Sheet**," together with the Plan Term Sheet, the "**Term Sheets**") attached respectively as Exhibits A and B to the Plan Support Agreement. Copies of the Plan Support Agreement and the Term Sheets are available at **http://www.rescaprmbssettlement.com** or from The Garden City Group ("**GCG**") by contacting GCG in the manner described in Section VI, below.

The Plan Support Agreement and the Term Sheets provide for a payment by AFI to the Debtors' estates and its creditors totaling $2.1 billion and for an agreed upon division of that amount, as well as ResCap's other available assets, among all ResCap creditors.  More specifically with respect to the Trusts, the Plan Support Agreement and Term Sheets settle (a) the claims of those Trusts (the "**Original Settlement Trusts**") that were originally included in the RMBS Trust Settlement Agreements, dated May 13, 2012, as amended, against the Debtors arising, among other things, from the origination and sale by the Debtors of mortgage loans (the "**Buyback Claims**"), (b) the Buyback Claims, if any, held by those Trusts that are not Original Settlement Trusts (the "**Additional Settlement Trusts**"), and (c) claims held by certain of the Trusts against the Debtors relating to alleged defaults under any servicing agreements or other executory contracts that were assumed by the Debtors and assigned to Ocwen Loan Servicing LLC or other successor servicers, if any, pursuant to the Bankruptcy Court's orders approving the sale of the Debtors' mortgage servicing rights or similar orders regarding the assignment or other disposition of such agreements(the "**Cure Claims**," and together with the Buyback Claims, the "**Claims**").  All the Claims that the Trusts have against AFI and ResCap will be released under the Plan in exchange for the consideration to be received pursuant to the Plan.

If the Plan Support Agreement is approved by the Bankruptcy Court, the RMBS Trustees will vote in favor of the Plan on behalf of each Trust, and the Certificateholders will be precluded from providing contrary direction to the RMBS Trustees with respect to the Plan.

**Under the Plan, if confirmed, all entities, including the Trusts, will be permanently enjoined after the effective date of the Plan, from commencing any actions against any of the Plan Support Agreement Parties with respect to the Claims.  Pursuant to the Plan Support Agreement, it is contemplated that the Bankruptcy Court's order approving the Plan Support Agreement will contain findings that (a) the Plan Support Agreement, the Term Sheets, the RMBS Settlement (as defined in the Plan Support Agreement), and the FGIC Settlement Agreement contemplated thereunder are in the best interests of the investors in each of the RMBS Trusts, each such RMBS Trust and the RMBS Trustees, (b) the RMBS Trustees have acted reasonably, in good faith and in the best interests of the investors in each RMBS Trust and each such RMBS Trust in agreeing to the Plan Support Agreement, the Term Sheets, the RMBS Settlement, and the FGIC Settlement Agreement contemplated thereunder, and (c) the RMBS Trustees' notice of the Plan Support Agreement, the RMBS Settlement, the Term Sheets, and the FGIC Settlement Agreement was sufficient and effective.  It is further contemplated that the order confirming the Plan will contain exculpatory provisions barring any entity from making any claim against the**

---

[2]    The Supplemental Tern Sheet was agreed to by the Plan Support Agreement Parties on May 23, 2013, as contemplated by the Plan Term Sheet.

**Plan Support Agreement Parties, including the RMBS Trustees, arising from their agreement to enter into the Plan Support Agreement, their consent to the terms in the Terms Sheets, or their agreement to support the Plan.**

The Supplemental Term Sheet sets forth the approximate percentage of ResCap assets and the amounts contributed by AFI that will be distributed under the Plan for the benefit of all the Trusts that have Claims.[3]  The allocation of such settlement amounts among the Trusts (the "**Allocation**") shall be determined by the RMBS Trustees pursuant to the advice of Duff & Phelps, LLC ("**Duff & Phelps**"), the primary financial advisor retained by the RMBS Trustees, and upon which advice the RMBS Trustees shall exclusively rely upon for the determination of the Allocation.  For all Trusts other than the Original Settlement Trusts, the Buyback Claims will be subject to further review, including objections as to the existence or amount of such claims asserted by the Institutional Investors (as defined in the Plan Support Agreement).

Information concerning the methodology to be used by Duff & Phelps to perform the Allocation can be found in Annex III and Schedule A to Annex III to the Supplemental Term Sheet, as amended from time to time.  Pursuant to the Allocation, the percent recovery on the Claims of any Trust will likely vary materially from, and in all cases be lower than, the recovery of other claims allowed against the relevant Debtors' estates.  This variation will be caused by a number of factors including, but not limited to: (i) the inclusion in the Allocation of the claims of the Additional Settlement Trusts and the inclusion of Cure Claims, none of which were fully factored into the Debtors' claims models, but which are, as a result of the settlement under the Plan Support Agreement, required to be paid out of the fixed aggregate allowed claims and recoveries to be received by the Trusts, and (ii) the determinations made, and to be made, by Duff & Phelps as required by the RMBS Trust Allocation Protocol attached to the Supplemental Term Sheet as Annex III, including Schedule A thereto.

*Please note that, based on each Trust's Governing Agreements and the facts and circumstances surrounding each Trust, each Trust has its own unique claim against one or more of the Debtors.  As a result, not all Trusts will be allocated amounts in respect of Cure Claims and not all Additional Settlement Trusts will be allocated amounts in respect of Buyback Claims. Further, the amounts available for distribution from the estate of each Debtor will differ.  Thus, the amounts recovered by each Trust may vary considerably, and some Trusts may not be entitled to any recovery, including certain Trusts that are subject to insurance policies issued by certain monoline insurance companies.*

On May 23, 2013, the Debtors filed with the Bankruptcy Court a motion to approve the Plan Support Agreement (the "**Plan Support Agreement Motion**") and to authorize the RMBS Trustees and ResCap to enter into the Plan Support Agreement. Pursuant to the Term Sheets, the Bankruptcy Court is to enter an order approving the Plan Support Agreement by no later than July 3, 2013.  **The hearing on the Plan Support Agreement Motion is scheduled for June 26, 2013 at 10:00 a.m. (prevailing Eastern Time), and objections, if any, must be filed and served by June 19, 2013 at 4:00 p.m. (prevailing Eastern Time).**  The Plan Support Agreement Motion and any notices and pleadings regarding same are available or will be available shortly after they are filed at **http://www.rescaprmbssettlement.com**, or by contacting

---

[3]   Trusts for which an RMBS Trustee acts as master servicer and for which no other RMBS Trustee acts as trustee are identified on Schedule A by an asterisk.  Pursuant to the Plan Support Agreement, any allowed Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

GCG in the manner described in Section VI, below. The RMBS Trustees intend to provide evidence to support certain findings in the proposed order approving the Plan Support Agreement Motion. To the extent filed, the RMBS Trustees' additional evidence will be available at **http://www.rescaprmbssettlement.com** and from GCG not less than fourteen (14) days before the hearing on the Plan Support Agreement Motion.

**Pursuant to the Plan Support Agreement, if Certificateholders do not desire the Trusts in which they hold Certificates to be bound by the Plan Support Agreement and the Term Sheets, they have the option, if they meet the requirements set forth in the applicable Governing Agreements, to issue a direction, which shall include an indemnity satisfactory to the applicable RMBS Trustee, directing the RMBS Trustee to withdraw its execution of the Plan Support Agreement in respect of the applicable Trust. Any direction and indemnity must be in a form satisfactory to the applicable RMBS Trustee and must be received by such RMBS Trustee on or before June 19, 2013. Any Certificateholder that intends to issue such a direction is strongly urged to contact the relevant RMBS Trustee as soon as possible. If the Plan Support Agreement is approved by the Bankruptcy Court, the RMBS Trustees will vote in favor of the Plan on behalf of each Trust, and the Certificateholders will be precluded from providing contrary direction to the RMBS Trustees with respect to the Plan.**

Upon acceptance by the RMBS Trustee of any Trust of a valid and satisfactory direction to withdraw its execution of the Plan Support Agreement, that RMBS Trustee shall withdraw its execution of the Plan Support Agreement on behalf of such Trust and such Trust will no longer be subject to the Plan Support Agreement. **The relevant RMBS Trustee may determine not to accept such an instruction for a number of reasons, including, but not limited to, its determination that (a) Certificateholders having greater voting rights in such Trust have indicated, in a manner satisfactory to such RMBS Trustee, their support for the Plan Support Agreement, (b) the indemnification tendered is insufficient in any respect, or (c) the direction tendered is not in the best interests of the Trust. Any claims of a withdrawing Trust against the Debtors must be pursued individually against the appropriate Debtors**.

**Even if the Certificateholders provide a valid direction to the RMBS Trustees to withdraw their execution of the Plan Support Agreement in respect of the applicable Trust, the Plan Proponents (as defined in the Plan Support Agreement) may still seek confirmation of the Plan that provides the same treatment of that Trust's Claims as set forth in the Plan Support Agreement. Certificateholders who provide a valid direction to the RMBS Trustees to withdraw their execution of the Plan Support Agreement will maintain their ability to object to the treatment of the applicable Trust's Claims under the Plan, although the Bankruptcy Court may find that such Certificateholders lack standing to object.**

**Certificateholders may also individually object to the Plan Support Agreement by filing and serving an objection to the Plan Support Agreement Motion by June 19, 2013 at 4:00 p.m. (prevailing Eastern Time) pursuant to the terms of the Plan Support Agreement Motion and any accompanying notices filed regarding the Plan Support Agreement Motion**.

*If a Certificateholder (a) does not file a timely objection to the Plan Support Agreement, (b) files a timely objection that is overruled by the Bankruptcy Court, or (c) does not timely issue a valid direction and indemnity to its respective RMBS Trustee to withdraw its execution of the Plan Support Agreement with respect to any Trust, and the Plan Support Agreement is approved by the Bankruptcy Court, the Certificateholder will be bound by the the Plan Support Agreement and the Plan once it is confirmed and becomes effective, including with respect to its recovery, if any, in respect of its Certificates pursuant to the Allocation and with respect to the releases as set forth in the Term Sheets.*

**CERTIFICATEHOLDERS ARE URGED TO REVIEW THE PLAN SUPPORT AGREEMENT AND TERM SHEETS CAREFULLY AND TO CONSULT WITH THEIR ADVISORS.**

### III.    The FGIC Settlement Agreement

The Plan Support Agreement incorporates a settlement agreement (the "**FGIC Settlement Agreement**") dated May 23, 2013, pursuant to which ResCap, FGIC, The Bank of New York Mellon and the Bank of New York Mellon Trust Company, N.A., US Bank National Association, Wells Fargo Bank, N.A., and Law Debenture Trust Company of New York (collectively, the "**FGIC Trustees**") as trustees or separate trustees under certain Trusts (the "**FGIC Trusts**") as set forth in the FGIC Settlement Agreement (as defined below) (collectively, the "**FGIC Settlement Parties**") settled their claims against each other, including the claims of the FGIC Trusts against FGIC for claims under the insurance policies issued by FGIC (the "**Policies**") in respect of the FGIC Trusts.[4]  Pursuant to the terms of the FGIC Settlement Agreement, among other things, (a) each FGIC Settlement Party shall release the other FGIC Settlement Parties in respect of the Policies and other Policy Agreements (as defined in the FGIC Settlement Agreement), (b) FGIC will pay to the FGIC Trusts certain amounts in settlement of the FGIC Trusts' claims against FGIC as set forth in the FGIC Settlement Agreement, (c) the FGIC Trustees shall release the Debtors in respect of Origination-Related Provisions (as defined in the FGIC Settlement Agreement), (d) the Policies and other Policy Agreements will be commuted, (e) FGIC will not be liable for any further payments under the Policies and other Policy Agreements, and (f) the FGIC Trusts will no longer make premium, reimbursement, or other payments to FGIC.  Copies of the FGIC Settlement will be made available on or after May 29, 2013 at **http://www.rescaprmbssettlement.com** or from GCG by contacting GCG in the manner described in Section VI, below.

By May 29, 2013, an affirmation (the "**Affirmation**") in support of a motion seeking approval of the FGIC Settlement Agreement will be filed in the New York State Supreme Court with jurisdiction over FGIC's rehabilitation proceeding (the "**State Court**"), and by June 4, 2013, a motion to approve the FGIC Settlement Agreement (the "**FGIC Motion**") will be filed in the Bankruptcy Court.  The FGIC Settlement Agreement shall not become effective unless and until it is approved by the Bankruptcy Court and the State Court.  In the Bankruptcy Court, the notice filed regarding the FGIC Motion will include the hearing date on the FGIC Motion and the

---

[4]  The Supplemental Term Sheet sets forth the  terms of any settlements with the other monoline insurance companies that are among the Plan Support Agreement Parties.  To the extent monoline insurance companies are not parties to the Plan Support Agreement, the Trusts reserve any and all claims against them.

procedures for objecting to same.  The FGIC Settlement Agreement, the FGIC Motion, the Affirmation, and any notices will be available once they have been filed at **http://www.rescaprmbssettlement.com** or from GCG by contacting GCG in the manner described in Section VI, below.

**Any Certificateholder of a FGIC Trust may object to the approval of the FGIC Settlement Agreement in the Bankruptcy Court pursuant to the terms of the FGIC Motion.  Any Certificateholder of a FGIC Trust also might have an opportunity in the State Court to object to the Affirmation and approval of the FGIC Settlement Agreement.**

*If a Certificateholder of a FGIC Trust does not file a timely objection to the FGIC Settlement Agreement Motion or if such Certificateholder's timely objection is overruled, so long as the FGIC Settlement Agreement  and the Plan Support Agreement are approved by the Bankruptcy Court and the State Court, and the Bankruptcy Court confirms the Plan, such Certificateholder will be bound by the terms of the FGIC Settlement Agreement.*

**CERTIFICATEHOLDERS OF A FGIC TRUST ARE URGED TO CAREFULLY REVIEW THE FGIC SETTLEMENT AGREEMENT ONCE IT IS AVAILABLE AND TO CONSULT WITH THEIR ADVISORS.**

### IV.    Other RMBS Trusts that Have an Insurance Policy with a Monoline Insurance Company.

Pursuant to the Plan Support Agreement and the Term Sheets, any RMBS Trust that has an insurance policy with a Monoline (as defined in the Plan Support Agreement) reserves the ability to enforce its rights, in the Bankruptcy Court or otherwise, against any Monoline (other than FGIC) that does not, in the future, perform in accordance with an insurance policy for the benefit of that Trust.

### V.    This Notice Is a Summary.

This Notice is not intended as, nor does not provide, a detailed restatement of the Plan Support Agreement, the Term Sheets, the RMBS Settlement or the FGIC Settlement Agreement, relevant law or relevant legal procedures.  The RMBS Trustees, do not intend to send any further notices with respect to the matters addressed herein, and Certificateholders and other potentially interested persons are urged to review carefully the Plan Support Agreement, the Term Sheets, the FGIC Settlement Agreement, any related notices, and other related pleadings that have been filed, and that subsequently may be filed, in the Chapter 11 Cases, and to consult with their own legal and financial advisors.

### VI.    Other Sources of Information.

The Committee appointed in the Chapter 11 Cases has established an official website (the "**Committee Website**"), on which basic information concerning the Chapter 11 Cases has been posted, including, but not limited to, relevant contact information, upcoming dates and deadlines, statements and schedules filed by ResCap and a list of answers to frequently asked questions. The Committee Website can be reached at **http://dm.epiq11.com/RES/Project**.

Information relevant to the Plan Support Agreement Motion, the Plan, the Affirmation, the FGIC Settlement Agreement, and any notices thereof will be available at **http://www.rescaprmbssettlement.com,** which will be updated regularly with related material documents filed or orders entered by the Bankruptcy Court or the State Court.  If a Certificateholder has any questions or would like to request copies of any of the relevant documents, Certificateholders may call GCG at (866) 241-7538 in the United States, +1 (202) 470-4565 outside the United States, or send an email to **questions@ rescaprmbssettlement.com**.

Certificateholders may also obtain any documents filed with the Bankruptcy Court in the Chapter 11 Cases by visiting ResCap's claims agent website at **http://www.kccllc.net/rescap,** or by logging on to PACER at **https://www.uscourts.gov** (a small fee is charged for this service). Documents filed in the Chapter 11 Cases may also be viewed during normal business hours at the Clerk's Office of the Bankruptcy Court, located at One Bowling Green, New York, New York 10004.

Inquiries with respect to any particular Trust for which The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., Deutsche Bank National Trust Company, Deutsche Bank Trust Company Americas, or US Bank National Association, Wells Fargo Bank, N.A., serves as RMBS Trustee may be directed to the RMBS Trustee for such Trust using the "RMBS Trustee Contact Information" for such RMBS Trustee at **http://www.rescaprmbssettlement.com**.  With respect to those Trusts for which HSBC Bank USA, N.A. serves as RMBS Trustee, inquiries may be directed to **US.CTLA.Structured.Unit@us.hsbc.com**.  With respect to those Trusts for which Law Debenture Trust Company of New York serves as RMBS Trustee, inquires may be directed to **nytrustco@lawdeb.com.  With respect to all other trusts, Certificateholders of those trusts should refer to their respective Governing Agreements for contact information.**

## VII.    Other Matters.

Certificateholders and other persons interested in the Trusts should not rely on the RMBS Trustees, or on counsel or other advisors retained by the RMBS Trustees, as their sole source of information.

Please note that the foregoing is not intended and should not be construed as investment, accounting, financial, legal or tax advice by or on behalf of the RMBS Trustees, or their directors, officers, affiliates, agents, attorneys or employees. Each person or entity receiving this Notice should seek the advice of its own advisers in respect of the matters set forth herein.

Please be further advised that each of the RMBS Trustees reserves all of the rights, powers, claims and remedies available to it under the Governing Agreements and applicable law. No delay or forbearance by an RMBS Trustee to exercise any right or remedy accruing upon the occurrence of a default, or otherwise under the terms of the Governing Agreements, other documentation relating thereto or under applicable law, shall impair any such right or remedy or constitute a waiver thereof or acquiescence therein.

Each of the RMBS Trustees expressly reserves its rights under each applicable Governing Agreement, including without limitation, its right to recover in full its fees and costs (including, without limitation, fees and costs incurred or to be incurred by such RMBS Trustee in performing its duties, indemnities owing or to become owing to such RMBS Trustee, compensation for such RMBS Trustee's time spent and reimbursement for fees and costs of counsel and other agents it employs in performing its duties or to pursue remedies) and its right, prior to exercising any rights or powers in connection with any applicable Governing Agreement at the request or direction of any Certificateholder, to receive security or indemnity satisfactory to it against all costs, expenses and liabilities which might be incurred in compliance therewith, and all rights that may be available to it under applicable law or otherwise.

Please be advised that with respect to any particular inquiry from individual Certificateholders, an RMBS Trustee may conclude that a specific response to such inquiry is not consistent with requirements under applicable law and regulation of equal and full dissemination of information to all Certificateholders.

THE BANK OF NEW YORK MELLON, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, U.S. BANK NATIONAL ASSOCIATION, WELLS FARGO BANK, N.A., HSBC BANK USA, N.A., AND LAW DEBENTURE TRUST COMPANY OF NEW YORK, severally, as trustees, master servicers, and/or indenture trustees or separate trustees of the Trusts