MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Stefan W. Engelhardt
Norman S. Rosenbaum

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON JUNE 12, 2013 AT 2:00 P.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.        ADJOURNED ADVERSARY PROCEEDING MATTERS**

**American Residential Equities, LLC v. GMAC Mortgage, LLC (Adv. Proc. No. 12-01934)**

**1.**        Notice of Defendant Ally Financial Inc.'s Motion to Dismiss the First Amended Complaint [Docket No. 36]

        **Related Documents**:

        **a.**        Defendant Ally Financial Inc.'s Memorandum of Law in Support of its Motion to Dismiss the First Amended Complaint [Docket No. 37]

        **b.**        Stipulation and Order Regarding Schedule for Briefing and Hearings [Docket No. 38]

ny-1094015

**c.**    Stipulation Extending the Time for Plaintiff American Residential Equities,
LLC to Respond to Defendant Ally Financial Inc.'s Motion to Dismiss
[Docket No. 49]

**Responses**:    None.

**Replies**:    None.

**Status**:    The hearing on this matter has been adjourned to a date to be determined.

## II.    ADVERSARY PROCEEDING MATTERS

## American Residential Equities, LLC v. GMAC Mortgage, LLC (Adv. Proc. No. 12-01934)

**1.**    Pre-Trial Conference in Adversary Proceeding

**Related Documents**:

**a.**    Adversary Complaint [Docket No. 1]

**b.**    Summons and Notice of Pre-Trial Conference [Docket No. 2]

**c.**    Stipulation and Order Between American Residential Equities, LLC and
GMAC Mortgage, LLC [Docket No. 7]

**d.**    Exhibits A and B to Adversary Complaint [Docket No. 9]

**e.**    Second Summons and Notice of Pre-Trial Conference [Docket No. 11]

**f.**    Stipulation and Order Between American Residential Equities, LLC and
Balboa Insurance Company [Docket No. 17]

**g.**    Debtors' Motion for Dismissal of Adversary Proceeding [Docket No. 18]

**h.**    Corporate Ownership Statement of Balboa Insurance Company [Docket
No. 21]

**i.**    Balboa Insurance Company's Motion for Dismissal of Adversary
Proceeding [Docket No. 22]

**j.**    Stipulation and Order Regarding Briefing and Hearing Schedules [Docket
No. 23]

**k.**    Plaintiff's Memorandum of Law in Opposition to Debtors' Motion for
Dismissal [Docket No. 25]

**l.**    First Amended Complaint [Docket No. 26]

**m.**    Amended Summons with Notice of Pre-Trial Conference [Docket No. 27]

**n.**     Stipulation and Order Regarding Briefing and Hearing Schedules [Docket No. 30]

**o.**     Stipulation Extending the Time for Defendant Ally Financial Inc. to Respond to the First Amended Complaint [Docket No. 32]

**p.**     Defendant Balboa Insurance Company's Notice of Motion and Memorandum of Law in Support of its Motion to Dismiss the First Amended Complaint [Docket No. 33]

**q.**     Debtor's Motion for Dismissal of Adversary Proceeding [Docket No. 35]

**r.**     Notice of Defendant Ally Financial Inc.'s Motion to Dismiss the First Amended Complaint [Docket No. 36]

**s.**     Defendant Ally Financial Inc.'s Memorandum of Law In Support of its Motion to Dismiss the First Amended Complaint [Docket No. 37]

**t.**     Stipulation and Order Regarding Schedule for Briefing and Hearing [Docket No. 38]

**u.**     Plaintiff ARE's Memorandum of Law in Opposition to Defendant GMAC's Motion for Dismissal [Docket No. 42]

**v.**     Plaintiff ARE's Memorandum of Law in Opposition to Defendant Balboa's Motion for Dismissal [Docket No. 43]

**w.**     Defendant Balboa Insurance Company's Reply Memorandum of Law in Support of its Motion to Dismiss the First Amended Adversary Complaint [Docket No. 46]

**x.**     Declaration of Ross E. Morrison in Support of Defendant Balboa Insurance Company's Motion to Dismiss the First Amended Adversary Complaint [Docket No. 47]

**y.**     Debtors' Reply to ARE's Opposition to Motion for Dismissal of Adversary Proceeding [Docket No. 48]

**z.**     Stipulation Extending the Time for Plaintiff American Residential Equities, LLC to Respond to Defendant Ally Financial Inc.'s Motion to Dismiss [Docket No. 49]

**aa.**    Corporate Ownership Statement [Docket No. 51]

**Status**:    The pre-trial conference on this matter for all parties will be going forward.

**2.**     Debtor's Motion for Dismissal of Adversary Proceeding [Docket No. 35]

**Related Documents**:

a.     Stipulation and Order Regarding Schedule for Briefing and Hearings
       [Docket No. 38]

**Responses**:

a.     Plaintiff ARE's Memorandum of Law in Opposition to Defendant
       GMAC's Motion for Dismissal [Docket No. 42]

**Replies**:

a.     Debtors' Reply to ARE's Opposition to Motion for Dismissal of Adversary
       Proceeding [Docket No. 48]

**Status**:   The hearing on this matter will be going forward.

3.     Defendant Balboa Insurance Company's Memorandum of Law in Support of its
       Motion to Dismiss the First Amended Adversary Complaint [Docket No. 33]

       **Related Documents**:

       a.     Stipulation and Order Regarding Schedule for Briefing and Hearings
              [Docket No. 38]

       **Responses**:

       b.     Plaintiff ARE's Memorandum of Law in Opposition to Defendant Balboa's
              Motion for Dismissal [Docket No. 43]

       **Replies**:

       a.     Defendant Balboa Insurance Company's Reply Memorandum of Law in
              Support of its Motion to Dismiss the First Amended Adversary Complaint
              [Docket No. 46]

       b.     Declaration of Ross E. Morrison in Support of Defendant Balboa Insurance
              Company's Motion to Dismiss the First Amended Adversary Complaint
              [Docket No. 47]

       **Status**:   The hearing on this matter will be going forward.

Dated:  June 10, 2013
        New York, New York

/s/ Norman S. Rosenbaum
Stefan W. Engelhardt
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*