**Status Conference Date: June 11, 2013 at 4:45 p.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Todd M. Goren
Stefan W. Engelhardt

*Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| RESIDENTIAL CAPITAL, LLC; DITECH, LLC; DOA HOLDING PROPERTIES, LLC; DOA PROPERTIES IX (LOTS-OTHER), LLC; EPRE LLC; EQUITY INVESTMENT I, LLC; ETS OF VIRGINIA, INC.; ETS OF WASHINGTON, INC.; EXECUTIVE TRUSTEE SERVICES LLC; GMAC – RFC HOLDING COMPANY, LLC; GMAC MODEL HOME FINANCE I, LLC; GMAC MORTGAGE USA CORPORATION; GMAC MORTGAGE, LLC; GMAC RESIDENTIAL HOLDING COMPANY, LLC; | ) ) ) ) ) ) ) ) ) ) ) ) ) | Adv. Case No. 13-01343 (MG) |

ny-1094305

|  |  |
|---|---|
| ------------------------------------------------------------- | ) |
| GMAC RH SETTLEMENT SERVICE, LLC; GMACM BORROWER LLC; GMACM REO LLC; GMACR MORTGAGE PRODUCTS, LLC; HFN REO SUB II, LLC; HOME CONNECTS LENDING SERVICES, LLC; HOMECOMINGS FINANCIAL REAL ESTATE HOLDINGS, LLC; HOMECOMINGS FINANCIAL, LLC; LADUE ASSOCIATES, INC.; PASSIVE ASSET TRANSACTIONS, LLC; PATI A, LLC; PATI B, LLC; PATI REAL ESTATE HOLDINGS, LLC; RAHI A, LLC; RAHI B, LLC; RAHI REAL ESTATE HOLDINGS, LLC; RCSFJV2004, LLC; RESIDENTIAL ACCREDIT LOANS, INC.; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; RESIDENTIAL ASSET SECURITIES CORPORATION; RESIDENTIAL CONSUMER SERVICES OF ALABAMA, LLC; RESIDENTIAL CONSUMER SERVICES OF OHIO, LLC; RESIDENTIAL CONSUMER SERVICES OF TEXAS, LLC; RESIDENTIAL CONSUMER SERVICES, LLC; RESIDENTIAL FUNDING COMPANY, LLC; RESIDENTIAL FUNDING MORTGAGE EXCHANGE, LLC; RESIDENTIAL FUNDING MORTGAGE SECURITIES I, INC.; RESIDENTIAL FUNDING MORTGAGE SECURITIES II, INC.; RESIDENTIAL FUNDING REAL ESTATE HOLDINGS, LLC; RESIDENTIAL MORTGAGE REAL ESTATE HOLDINGS, LLC; RFC – GSAP SERVICER ADVANCE, LLC; RFC ASSET HOLDINGS II, LLC; RFC ASSET MANAGEMENT, LLC; RFC BORROWER LLC; RFC CONSTRUCTION FUNDING, LLC; RFC REO LLC; and RFC SFJV- 2002, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| UMB BANK, N.A., IN ITS CAPACITY AS INDENTURE TRUSTEE FOR THE 9.625% JUNIOR SECURED GUARANTEED NOTES | ) ) ) |

2

ny-1094305

|  |  |  |
|---|---|---|
| DUE 2015 ISSUED BY DEBTOR RESIDENTIAL CAPITAL, LLC, WELLS FARGO BANK, N.A., IN ITS CAPACITY AS THIRD PRIORITY COLLATERAL AGENT AND COLLATERAL CONTROL AGENT FOR THE 9.625% JUNIOR SECURED GUARANTEED NOTES DUE 2015 ISSUED BY DEBTOR RESIDENTIAL CAPITAL, LLC, AND THE AD HOC GROUP OF JUNIOR SECURED NOTEHOLDERS,<br><br>                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |  |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ON BEHALF OF THE ESTATES OF THE DEBTORS,<br><br>                Plaintiff,<br><br>UMB BANK, N.A., AS SUCCESSOR INDENTURE TRUSTEE UNDER THAT CERTAIN INDENTURE, DATED AS OF JUNE 6, 2008; AND WELLS FARGO BANK, N.A., THIRD PRIORITY COLLATERAL AGENT AND COLLATERAL CONTROL AGENT UNDER THAT CERTAIN AMENDED AND RESTATED THIRD PRIORITY PLEDGE AND NOTES SECURITY AGREEMENT AND IRREVOCABLE PROXY, DATED AS OF DECEMBER 30, 2009,<br><br>                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Adv. Case No. 13-01277 (MG) |

## NOTICE OF STATUS CONFERENCE TO BE
## HELD ON JUNE 11, 2013 AT 4:45 P.M. (Prevailing Eastern Time)

**PLEASE TAKE NOTICE** that the Court will hold a status conference regarding the

above-captioned adversary proceeding on **June 11, 2013 at 4:45 p.m. (prevailing Eastern**

3

ny-1094305

**Time**) before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

Dated: June 10, 2013
      New York, New York

                            /s/ Gary S. Lee
                            Gary S. Lee
                            Todd M. Goren
                            Stefan W. Engelhardt
                            MORRISON & FOERSTER LLP
                            1290 Avenue of the Americas
                            New York, New York 10104
                            Telephone: (212) 468-8000
                            Facsimile: (212) 468-7900

                            *Counsel to the Debtors and Debtors in Possession*