Hearing Date: June 12, 2013 at 10:00 a.m. (ET)

Rosy A. Aponte, Esq.
**La Ley Con John H. Ruiz. P.A.**
4182 SW 74th Court
**Miami, Fl. 33155**
(305) 753-9600

*Counsel for Interested Party*
*Marcia Navarro*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

**NOTICE OF INTERESTED PARTY'S OBJECTION TO DEBTORS' MOTION PURSUANT TO SECTION 362(a) OF THE BANKRUPTCY CODE FOR ENFORCEMENT OF THE AUTOMATIC STAY; AND INTERESTED PARTY'S MOTION FOR CLARYFICATION AND ENFORCEMENT OF INTERIM RELIEF PURSUANT TO THE JULY 13, 2012 FINAL SUPPLEMENTAL ORDER FOR INTERIM RELIEF UNDER BANKRUPTCY CODE SECTIONS 105(a), 362, 363, 502, 1107(a) AND RULE 9019**

**PLEASE TAKE NOTICE** that, on June 3, 2013, the above-captioned Interested Parties filed their Objection to Debtors' Motion Pursuant to Section 362(a) of the Bankruptcy Code for Enforcement of the Automatic Stay (the "Motion") and their Motion For Clarification and Enforcement of Interim Relief Pursuant to the July 13, 2012, Final Supplemental Order [Docket No. 774] for Interim Relief Under Bankruptcy Code Sections 105(a), 362, 363, 502, 1107(a) and Rule 9019.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on the Motion before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 501, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court") on **June 12, 2013 at 10:00 a.m. (prevailing Eastern time),** or as soon thereafter as counsels may be heard.

**PLEASE TAKE FURTHER NOTICE** that any objection to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (General Order M-399 and the User's manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov. the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system, and by all other parties-in-interest, on a 3.5 inch disk or CD-ROM, preferably in Portable Document Format, WordPerfect or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and served in accordance with General Order M-399 and in accordance with this Court's order, dated May 23, 2012, implementing certain notice and case management procedures [Docket No. 141], so as to be received no later than June 5, 2013 at 4:00 p.m. (prevailing Eastern Time).

Dated: June 3, 2013

/S/ Rosy A. Aponte
**Rosy A. Aponte, Esq.**

4182 SW 74th Court
Miami, Fl. 33155
(305) 753-9600