**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC. et al., | Case No. 12-12020(MG) |
| Debtor(s) |  |

**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED 5/17/2013, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.