**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                                     :   Chapter 11
                                                           :
RESIDENTIAL CAPITAL, LLC, et al.,                          :   Case No. 12-12020 (MG)
                                                           :
                        Debtors.                           :   Jointly Administered
                                                           :
------------------------------------------------------------ x   **Ref. Docket Nos. 3931 & 3935**

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 10, 2013, I caused to be served the:

   a) "Statement of the Official Committee of Unsecured Creditors in Support of the Debtors' Motion for the Entry of an Order Further Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof," dated June 10, 2013 [Docket No. 3931], and

   b) "Statement of the Official Committee of Unsecured Creditors in Support of the Debtors' Amended Motion Seeking Authorization to Satisfy Certain Secured Claims," dated May 6, 2013 [Docket No. 3935],

   by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*[signature]*
Kerry O'Neil

Sworn to before me this
11th day of June, 2013

*[signature]*
Notary Public

```
PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015
```

-2-

T:\Clients\Rescap\Affidavits\Statement Ext Period File & Statement Amd Mtn Satisfy Claims _DI_3931 & 3935_AFF_6-10-13_KH.doc

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| CHADBOURNE & PARKE LLP | HOWARD SEIFE, DAVID M. LEMAY, ROBERT J. GAYDA AND MARC B. ROITMAN, ESQS. COUNSEL FOR THE EXAMINER 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CITIBANK NA | ATTN BOBBIE THEIVAKUMARAN 390 GREENWICH ST 6TH FL NEW YORK NY 10013 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | COUNSEL TO WILMINGTON TRUST NATIONAL ASSOCIATION ATTN: THOMAS J. MOLONEY AND SEAN A. O'NEAL, ESQS ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLIFFORD CHANCE US LLP | COUNSEL TO OCWEN LOAN SERVICING, LLC ATTN: JENNIFER C. DEMARCO AND ADAM LESMAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FANNIE MAE | ATTN PETER MCGONINGLE 1835 WEST MARKET ST., STE 2300 NEW YORK NY 10019 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 31 HOPKINS PLZ RM 1150 BALTIMORE MD 21201 |
| KELLEY DRYE & WARREN LLP | JAMES S CARR & ERIC R WILSON 101 PARK AVE NEW YORK NY 10178 |
| KIRKLAND & ELLIS | RICHARD M CIERI 601 LEXINGTON AVE NEW YORK NY 10022 |
| KIRKLAND & ELLIS LLP | ATTN RAY C SCHROCK & STEPEHEN HESSLER 601 LEXINGTON AVE NEW YORK NY 10022-4611 |
| KRAMER LEVIN NAFTALLIS & FRANKEL LLP | KENNETH H ECKSTEIN, THOMAS MOERS MAYER & DOUGLAS H MANNAL & JEFFREY TRACHTMAN 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KURTZMAN CARSON CONSULTANTS | P JOE MORROW 2335 ALASKA AVE EL SEGUNDO CA 90245 |
| LOEB & LOEB LLP | COUNSEL TO WILMINGTON TRUST, N.A. ATTN: WALTER H. CURCHACK, VADIM J. RUBINSTEIN & DEBRA W. MINOFF 345 PARK AVENUE NEW YORK NY 10154 |
| MILBANK, TWEED, HADLEY & MCCLOY, LLP | COUNSEL TO AD HOC GROUP OF JR SECURED NOTEHOLDERS ATTN: GERARD UZZI 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MORRISON & FOERSTER LLP | LARREN M NASHELSKY, GARY S LEE, LORENZO MARINUZZI KAYVAN B. SADEGHI & TAMMY HAMZEHPOUR, ESQS 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| OFFICE OF THE NY STATE ATTORNEY GENERAL | NANCY LORD & ENID M. STUART THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE US ATTORNEY FOR | THE SOUTHERN DISTRICT OF NY UNITED STATES ATTORNEY PREET BHARARA ONE ST ANDREWS PLAZA NEW YORK NY 10007 |
| RESIDENTIAL CAPITAL LLC | TAMMY HAMZEHPOUR 1100 VIRGINIA DR FT WASHINGTON PA 19034 |
| SECURITIES & EXCHANGE COMMISSION | NY REGIONAL OFFICE GEORGE S CANELLOS REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F ST NE WASHINGTON DC 20549 |
| SIDLEY AUSTIN LLP | LARRY J NYHAN & JESSICA CK BOELTER ONE DEARBORN CHICAGO IL 60603 |
| THE BANK OF NEW YORK MELLON | ASSET-BACKED SECURITIES GROUP 101 BARCLAY ST 4W NEW YORK NY 10286 |
| U.S. DEPARTMENT OF JUSTICE | US ATTORNEY GENERAL, ERIC H. HOLDER, JR. 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| UNITED STATES ATTORNEY'S OFFICE | FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL DIVISION, ATTN JOSEPH CORDARO 86 CHAMBERS ST 3RD FL NEW YORK NY 10007 |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF NY | TRACY HOPE DAVIS, LINDA A. RIFFKIN AND BRIAN S. MASUMOTO 33 WHITEHALL ST 21ST FL, REGION 2 NEW YORK NY 10004 |
| WELLS FARGO BANK NA | ATTN CORP TRUST SERVICES - GMACM HOME EQUITY NOTES 2004 VARIABLE FUNDING TRUST PO BOX 98 COLUMBIA MD 21046 |

**Total Creditor count  27**

**EXHIBIT B**

**General Service Email List:**

abehlmann@lowenstein.com
accesslegalservices@gmail.com
adam.harris@srz.com
adam.parkin@tdsecurities.com
adoshi@magnozzikye.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
ajowers@kslaw.com
alicia.borys@barclays.com
almeyers@sjgov.org
almoskowitz@winston.com
alves@sewkis.com
andrea.hartley@akerman.com
aqureshi@akingump.com
arosen@jacobslawpc.com
ayala.hassell@hp.com
bankruptcy@clm.com
bankruptcy@morrisoncohen.com
bankruptcy2@ironmountain.com
bateman@sewkis.com
bbeskanos@aol.com
bbressler@schnader.com
bdeutsch@schnader.com
bdk@schlamstone.com
bguiney@pbwt.com
bill.macurda@alston.com
binder@sewkis.com
bnkatty@aldine.k12.tx.us
brandon.johnson@pillsburylaw.com
brian.greer@dechert.com
brian@gmcnjlaw.com
bwalker@kmllp.com
calbanese@gibbonslaw.com
catherine_lasher@fanniemae.com
cball@jonesday.com
ceblack@jonesday.com
choward@lockelord.com
chris@myfaircredit.com
christensen@sewkis.com
christopher.stevens@tdsecurities.com
clometti@cohenmilstein.com
cmomjian@attorneygeneral.gov
courtney.lowman@ally.com

cschreiber@winston.com
cshore@whitecase.com
cwood@rgrdlaw.com
das@sewkis.com
daveburnett@quinnemanuel.com
david.jason@usbank.com
david.powlen@btlaw.com
david.tillem@wilsonelser.com
davids@blbglaw.com
dcaley@wongfleming.com
dearly@fdic.gov
deborah@ladyesq.net
deggert@freebornpeters.com
delman@gelaw.com
derek@talcottfranklin.com
dflanigan@polsinelli.com
dfliman@kasowitz.com
dgolden@akingump.com
dhall@siwpc.com
diane.sanders@lgbs.com
diem.home@gmail.com
dlibra@lapplibra.com
dmoffa@ktmc.com
dneier@winston.com
drehns@cohenmilstein.com
dsasser@siwpc.com
dskeens@wbsvlaw.com
dstichesq@gmail.com
dwdykhouse@pbwt.com
dwollmuth@wmd-law.com
dzensky@akingump.com
ebcalvo@pbfcm.com
eboden@schnader.com
ecf@kaalaw.com
ecfmail@aclawllp.com
echou@coleschotz.com
eciolko@ktmc.com
ericwinston@quinnemanuel.com
floraoropeza@co.imperial.ca.us
floressaucedopllc@gmail.com
fsosnick@shearman.com
gary.holtzer@weil.com
gbush@zuckerman.com
gcatalanello@duanemorris.com
george.rayzis@usbank.com

| | |
|---|---|
| ggraber@hodgsonruss.com | john.kibler@allenovery.com |
| glenn.gillett@usdoj.gov | john.stern@texasattorneygeneral.gov |
| glenn.siegel@dechert.com | jonathanu@blbglaw.com |
| gregory.petrick@cwt.com | josselson@sewkis.com |
| guzzi@whitecase.com | jteitelbaum@tblawllp.com |
| hadi.khatib@akerman.com | jvincequerra@duanemorris.com |
| harrisj12@michigan.gov | jwcohen@daypitney.com |
| hector.gonzalez@dechert.com | jwilliams@wilmingtontrust.com |
| hkryder@daypitney.com | jzajac@proskauer.com |
| hooper@sewkis.com | kathryn.thorpe@tdsecurities.com |
| houston_bankruptcy@lgbs.com | kay.brock@co.travis.tx.us |
| howard.godnick@srz.com | keith.wofford@ropesgray.com |
| igoldstein@proskauer.com | kelly.j.rentz@wellsfargo.com |
| ilevee@lowenstein.com | kelvin.vargas@db.com |
| ingrid.bagby@cwt.com | ken.coleman@allenovery.com |
| irina.palchuk@usbank.com | kenton_hambrick@freddiemac.com |
| isilverbrand@whitecase.com | kgiannelli@gibbonslaw.com |
| jai@blbglaw.com | kit.weitnauer@alston.com |
| james.byrnes@usbank.com | kmarino@khmarino.com |
| james.heaney@lawdeb.com | kotwick@sewkis.com |
| jberkowitz@gibbonslaw.com | kpatrick@gibbsbruns.com |
| jboyle@khmarino.com | krehns@cohenmilstein.com |
| jcoffey@brownrudnick.com | kristi.garcia@wellsfargo.com |
| jcorneau@klestadt.com | ksheehan@flwlaw.com |
| jdmarshall@brownrudnick.com | laura.moran@usbank.com |
| jeff.brown@gmacfs.com | lberkoff@moritthock.com |
| jennifer.provenzano@bnymellon.com | lee.gordon@mvbalaw.com |
| jeremyandersen@quinnemanuel.com | lemiller@jonesday.com |
| jgarrity@morganlewis.com | lneish@zuckerman.com |
| jgelman@jacobslawpc.com | mabrams@wilkie.com |
| jglucksman@scarincihollenbeck.com | macohen@curtis.com |
| jhaake@wbsvlaw.com | mageshwaran.ramasamy@bnymellon.com |
| jhardy2@wilkie.com | mamta.scott@usbank.com |
| jjonas@brownrudnick.com | marguerite.gardiner@srz.com |
| jjtancredi@daypitney.com | mark.ellenberg@cwt.com |
| jkatz@katz-law.com | mark.flannagan@umb.com |
| jlaitman@cohenmilstein.com | marty.bunin@alston.com |
| jlawlor@wmd-law.com | matthewj@blbglaw.com |
| jleibowitz@kandfllp.com | mauricio.espana@dechert.com |
| jmcmurtr@placer.ca.gov | mcarney@mckoolsmith.com |
| jmiller@tcfbank.com | mdyer@aclawllp.com |
| jmoldovan@morrisoncohen.com | meisenkraft@cohenmilstein.com |
| jmorganroth@morganrothlaw.com | metkin@lowenstein.com |
| jnagi@polsinelli.com | mfriedman@meyner.com |
| joel@shafeldlaw.com | mgallagher@curtis.com |

| | |
|---|---|
| michael.cutini@srz.com | scottshelley@quinnemanuel.com |
| michael.spataro@bnymellon.com | sdnyecf@dor.mo.gov |
| michelle.moeller@usbank.com | seth.goldman@mto.com |
| mkbroyles@feinsuchcrane.com | sfennessey@shearman.com |
| mknitter@co.monroe.pa.us | sfitzgerald@wmd-law.com |
| mkraut@morganlewis.com | sharon.squillario@wellsfargo.com |
| mmorganroth@morganrothlaw.com | sheehan@txschoollaw.com |
| mpmorris@gelaw.com | shumphries@gibbsbruns.com |
| mrollin@rplaw.com | sleopold@leopoldassociates.com |
| mschaedle@blankrome.com | sreisman@curtis.com |
| mstein@kasowitz.com | srosen@cb-shea.com |
| mstrauss@kmllp.com | srutsky@proskauer.com |
| mvaughan@wbsvlaw.com | stevep@rgrdlaw.com |
| mwarner@coleschotz.com | susan.balaschak@akerman.com |
| namamoo@kasowitz.com | susan.khokher@tdsecurities.com |
| ncohen@zuckerman.com | susanp@taxcollector.com |
| nichlaus.m.ross@wellsfargo.com | susheelkirpalani@quinnemanuel.com |
| njacobs@jacobslawpc.com | swissnergross@brownrudnick.com |
| patel@sewkis.com | taconrad@sbwlawfirm.com |
| patrick.kerner@barclays.com | tal@talcottfranklin.com |
| paul_mullings@freddiemac.com | tanveer.ashraf@usbank.com |
| paul_papas@mylegalhelpusa.com | tarr@blankrome.com |
| pdatta@hhstein.com | tfawkes@freebornpeters.com |
| pdefilippo@wmd-law.com | tfoundy@curtis.com |
| pferdinands@kslaw.com | thadwilson@kslaw.com |
| pfleming@morganlewis.com | theodore.w.tozer@hud.gov |
| pmahony@leopoldassociates.com | thomas.walper@mto.com |
| pmoak@mckoolsmith.com | tklestadt@klestadt.com |
| ppascuzzi@ffwplaw.com | tlallier@foleymansfield.com |
| ra-li-ucts-bankrupt@state.pa.us | tterrell@feinsuch.com |
| rbarkasy@schnader.com | tziegler@ktmc.com |
| rbrown@robertbrownlaw.com | victoria.safran@ag.ny.gov |
| rchoi1@wilkie.com | whazeltine@sha-llc.com |
| richard@rsaxlaw.com | will.hoch@crowedunlevy.com |
| rlwynne@jonesday.com | william.hao@alston.com |
| rmaney@wilmingtontrust.com | xrausloanops5@barclays.com |
| romero@mromerolawfirm.com | |
| ronald.rowland@rms-iqor.com | |
| root@blankrome.com | **Special Service Email List:** |
| rosa.mendez@db.com | |
| ross.martin@ropesgray.com | askdoj@usdoj.gov |
| rrich2@hunton.com | adam.lesman@cliffordchance.com |
| rschug@nka.com | bankruptcynoticeschr@sec.gov |
| sarah.stout@bnymellon.com | bmyrick@sidley.com |
| schindlerwilliamss@ballardspahr.com | bobbie.theivakumaran@citi.com |

brian.masumoto@usdoj.gov
colette.wahl@gmacrescap.com
deanna.horst@gmacrescap.com
diane.citron@ally.com
dlemay@chadbourne.com
dmannal@kramerlevin.com
dminoff@loeb.com
eileen.oles@gmacrescap.com
enid.stuart@oag.state.ny.us
glee@mofo.com
guzzi@milbank.com
hseife@chadbourne.com
jboelter@sidley.com
jennifer.demarco@cliffordchance.com
jill.horner@gmacrescap.com
john.bellaver@ally.com
joseph.cordaro@usdoj.gov
jtrachtman@kramerlevin.com
julie.busch@gmacrescap.com
kdwbankruptcydepartment@kelleydrye.com
keckstein@kramerlevin.com
ksadeghi@mofo.com
lauren.delehey@gmacrescap.com
linda.riffkin@usdoj.gov
lmarinuzzi@mofo.com
lnashelsky@mofo.com
lnyhan@sidley.com
maofiling@cgsh.com
marie.l.cerchero@irs.gov
mroitman@chadbourne.com
nancy.lord@oag.state.ny.us
newyork@sec.gov
nikolay.kodes@skadden.com
patty.zellmann@ally.com
pbentley@kramerlevin.com
peter_mcgonigle@fanniemae.com
projectrodeo@kirkland.com
ray.schrock@kirkland.com
rescapinfo@kccllc.com
rgayda@chadbourne.com
richard.cieri@kirkland.com
secbankruptcy@sec.gov
soneal@cgsh.com
stephen.hessler@kirkland.com
szide@kramerlevin.com

tammy.hamzehpour@gmacrescap.com
timothy.devine@ally.com
tmayer@kramerlevin.com
tmoloney@cgsh.com
tracy.davis2@usdoj.gov
vrubinstein@loeb.com
wcurchack@loeb.com
william.b.solomon@ally.com
william.thompson@gmacrescap.com
william.tyson@gmacrescap.com