

**SHELDON MAY**
**& ASSOCIATES, P.C.**
*Now you're assured.*

Ted Eric May, Esq.
MEMBER OF NEW YORK, NEW JERSEY, PENNSYLVANIA, FLORIDA AND D.C. BAR

May 23, 2013

Honorable Martin Glenn
U.S. Bankruptcy Court
Southern District of N.Y.
One Bowling Green
New York, NY 10004

RE:    Residential Capital, LLC aka Residential Capital Corporation
Case#: 12-12020

Dear Honorable Glenn:

I, Ted Eric May, Esq., am an attorney from Sheldon May & Associates, P.C. I represent Selene Finance, LP as Servicing Agent by Power of Attorney for current assignee and holder of the Note DLJ Mortgage Capital, Inc.

Pursuant to the Order of Bankruptcy Code Sections 105(a) and 362(d) for Entry of an Order Approving Procedures by Which Third Parties May Request and Obtain Stipulated Relief from the Automatic Stay to Commence or Continue Actions to Foreclose Senior Liens I am respectfully requesting approval to obtain Stipulated Relief from Automatic Stay in order to foreclose on the property known as 2041 Grey Ridge., Maryville, TN 37801.

I have attached a completed Senior Lien Stay Relief Questionnaire and supporting documents.

Thank you.

Very Truly Yours,

By: Ted Eric May, Esq.

TEM:kl
enclosures

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re:<br><br>Residential Capital, LLC aka Residential<br>Capital Corporation<br>Social Security Number: XXX-XX-20-<br>1770738<br><br>Debtor(s) | Affidavit of Service<br><br>Case Number: 12-12020<br>Chapter: 11<br>Property: 2041 Grey Ridge., Maryville, TN<br>37801 |

State of New York, County of Nassau ) ss.:

 I, the undersigned, being duly sworn, deposes and says:
 (1) I am not a party to this action; (2) I am employed by Sheldon May & Associates, P.C. in the County of Nassau, State of New York; and (3)  I am over the age of 18 and not a party to the within action.
 On May 24, 2013, I served the Senior Lien Stay Relief Questionnaire; by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

| | |
|---|---|
| **Debtor** | **Residential Capital, LLC aka Residential Capital Corporation at 1100Virginia Dr., Ft. Washington, PA 19034**<br>**Attn: Melody Wright** |
| **Debtor's Attorney** | **Norman Scott Rosenbaum; James Newton; Erica J. Richards**<br>**1290 Avenue of the Americas, New York, NY 10104** |
| **Trustee** | **Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC by Sean A. O'Neal and Thomas J. Moloney at One Liberty Plaza, New York, NY 10006** |
| **Counsel for the Committee** | **Kramer Levin, Naftalis & Frankel LLP at**<br>**1177 Avenue of the Americas, New York, NY 10036**<br>**Attn: Elise Frejka and Douglas Mannal** |
| **U.S. Trustee** | **33 Whitehall Street, 21st Floor, New York, NY 10004**<br>**Attn: Brian Masumoto, Esq., and Michael Driscoll, Esq.** |
| **Trustee** | **HSBC Bank USA, National Association by John Kibler, Esq. at 1221 Avenue of the Americas, New York, NY 10178** |
| Claims and Noticing Agent | **Kurtzman Carson Consultants LLC, Claims Agent** Attn: James Le 2335 Alaska Avenue, El Segundo, CA 90245 |
| Creditor Committee | Official Committee of Unsecured Creditors by **Douglas Mannal; Kenneth H. Eckstein; Steven S. Sparling at 1177 Avenue of the Americas, New York, NY 10036 and Robert J. Feinstein at 780 Third Avenue, 36th Floor, New York, NY 10017** |
| Creditor Committee | Official Committee of Unsecured Creditors of Residential Capital, LLC by **Robert J. Feinstein and Stephen Zide** at 1177 Avenue of the |

| | Americas, New York, NY 10036 |
|---|---|
| Creditor Committee | Pachulski Stang Ziehl & Jones LLP, Co-Counsel for the Official Committee of Unsecured Creditors by **Robert J. Feinstein** at 1177 Avenue of the Americas, New York, NY 10036 |
| Creditor Committee | Pachulski Stang Ziehl & Jones LLP, Co-Counsel for the Officila Committee of Unsecured Creditors by **Robert J. Feinstein** at 1177 Avenue of the Americas, New York, NY 10036 |

Kara Loewenstein

Sworn to before me this
24th day of May, 2013

Notary Public

TED ERIC MAY
Notary Public, State of New York
No. 02MA5087205
Qualified in Nassau County
Commission Expires Oct. 27, 2013

**UPON COMPLETION, PLEASE REMIT THIS QUESTIONNAIRE, TOGETHER WITH COPIES OF ANY SUPPORTING DOCUMENTATION, TO THE FOLLOWING PARTIES:**

Residential Capital, LLC
1100 Virginia Dr.
Ft. Washington, Pennsylvania, 19034
Attn: Melody Wright

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Brian Masumoto, Esq. and
      Michael Driscoll, Esq.

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
Attn: Norman S. Rosenbaum
      James Newton, and
      Erica J. Richards

Kramer Levin, Naftalis & Frankel LLP
Counsel for the Committee
1177 Avenue of the Americas
New York, New York 10036
Attn: Elise Frejka and Douglas Mannal

Any other party of which the Requesting Party
is aware that holds or claims to hold an interest
in the Property.



4

*In re Residential Capital, LLC,* et al.
Chapter 11 Case No. 12-12020 (MG)

## SENIOR LIEN STAY RELIEF QUESTIONNAIRE

This questionnaire is to be completed by any party (the "Requesting Party") requesting stay relief (each, a "Request") to foreclose on a mortgage or security interest (the "Senior Mortgage") on property (the "Property") in which Residential Capital, LLC, *et al.* (the "Debtors") hold a subordinate interest, and served on the parties listed below.

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.  Address of the Property that is the subject of the Request:

    2041 Grey Ridge Road
    MARyville, TN 37801

2.  Name of the borrower under the Senior Mortgage:

    Michael W. Summerfield and Cynthia D. Summerfield

3.  Nature of the Debtors' interest in the Property (to be supported by a title or foreclosure report reflecting such liens or interests and attached to this Questionnaire):

    Subordinate Mortgage dated 5/24/2006
    in the amount of $42,700.00

4.  Name and contact information of party that owns the Senior Mortgage (the "Senior Holder"):

    DLJ Mortgage Capital Inc.
    by their Attorneys Sheldon May & Assoc.
    Ted MAy, ESQ; 516-763-3200; Ted.May@maylawfirm.com

1

5.    If the Requesting Party is different from the Senior Holder:

(a) Name and contact information of Requesting Party:

_NOT Applicable_

(b) Nature of Requesting Party's interest in the Property:

_Senior Mortgage dated 1/9/2004 in the amount of $161,500.00_

(c) Capacity in which the Request is made (i.e., servicer, etc.):

_Servicer for DLJ Mortgage Capital Inc._

6.    Description of any other known liens on the Property (including the holder of such liens):

_Subordinate Mortgage dated 5/24/06 in the amount of $42,700.00_

7.    Value of the Property on which the foreclosure bid is based (to be supported by an appraisal or broker price opinion (in each case conducted within the ninety (90) days preceding the date of the Questionnaire), or other documentation of value reasonably acceptable to the Debtors or other documentation of value reasonably acceptable to the Debtors and attached to this Questionnaire):

_$129,000.00    attached hereto as Exhibit "A"_

8.    Total indebtedness attributable to the Senior Lien, including unpaid principal balance, outstanding corporate advances and legal fees (to be supported by documentation attached to this Questionnaire):

_$181,546.36    attached hereto as Exhibit "B"._

2

9.  Description of the default under the Senior Lien (i.e., timing and nature of default, including date and amount of last payment, contractual payment amount outstanding, and length and amount of arrearage):

Default DATE is 9/1/2010
Arrearages $ 44,120.50
attached hereto as Exhibit "C".

10. Court in which the foreclosure action with respect to the Senior Mortgage is pending or in which the Requesting Party proposes to bring the action (and, if applicable, the case name and number, together with copies of any relevant documents filed in the First Lien Foreclosure Action):

N/A

11. Description of any loss mitigation efforts undertaken by or on behalf of the Senior Holder with respect to the Senior Mortgage within the previous twelve (12) months:

1/9/12 borrower handed over Keys to BK atty
wanted to discuss a Deed-in-Lieu
5/15/12 borrower disconnected phone conversation
w/ Bank. 10/26/12 still no response from bwr.
11/8/12; 11/13/12 and 12/7/12 - No contact from
borrower to complete DIL

**I hereby certify that (a) I am authorized to submit this Request on behalf of the Requesting Party, and (b) the foregoing is true and correct to the best of my knowledge and belief.**

Date: 5-24-2013

Name: Ted ERIC MAY, ESQ

Title: Attorney for Creditor
Selene Finance, LP

3

# EXHIBIT "A"



## Broker Price Opinion - Exterior

Meridian Asset Services
780 9th Avenue N. Ste. 102
Saint Petersburg, Florida, 33708
Phone: 727-497-4650



### Property Address

| | |
|---|---|
| Street Address | 2041 GREY RIDGE |
| City | MARYVILLE |
| State | TN |
| Zip | 37801 |

### Broker's Opinion Of Value

| | As Is | Repaired |
|---|---|---|
| Quick Sale Value | $129,000.00 | $135,000.00 |
| Retail Value | $135,000.00 | $141,000.00 |
| Rec. List Price | $139,000.00 | $145,000.00 |
| Land Value | $30,000.00 | N/A |
| Market Rent | $650.00 | $800.00 |

### BPO Data Summary

| | | | | | |
|---|---|---|---|---|---|
| Servicer LN | 617365 | Condition | Average | Lot Size | 4 Acres |
| Date of BPO | 04/02/2013 | Square Footage | 1288 | Heating Type | Central |
| Property Type | Single Family Detached | Year Built | 2001 | Cooling Type | Central |
| BPO Type | Drive By | Bed / Bath / Half Bath | 2 / 2 / 0 | Water Type | Well |
| Occupancy | Vacant | Foundation Type | Crawlspace | Sewer Type | Septic |
| Positive Comments | Acreage sized lot, privacy, log home | | | | |
| Negative Comments | Mobile home park nearby, long gravel driveway, minor repairs needed. | | | | |
| Financeable | Yes - N/A | | | | |

### Neighborhood and Market Data

| | | | | | |
|---|---|---|---|---|---|
| Location Type | Rural | Typical Marketing Time (Days) | 122 | # Of Listings In Area | 1 |
| Location View | Rural | Subject Appeal Compared to Avg. | Appropriate | Property Values Are | Stable |
| Supply/Demand | In Balance | Subject Value Compared To Avg. | Low | Risk Of Vandalism: | Medium |
| Average Sales Price | $175,750.00 | Percentage of Owner Occupancy | 70% | Pride of Ownership | Fair |
| Seasonal Market | No | # of Boarded Properties in Area | 0 | Predominant Ownership | Homeowner |
| Property Values Have: | Been Stable | Number of REO/SS Listings in Area: | 0 | New Construction in Area | No |

### Subject Listing and Sale Data

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Is the Subject Currently Listed | No | List Price | | List Date | | DOM | |
| Has it Been Listed Within the Last Year | No | List Price | | List Date | | DOM | |
| Has it Been Sold Within the Last Year | No | Sale Price | | Sale Date | | DOM | |
| Current Listing Agent Name | | | | Agent Email | | | |
| Current Listing Agent Firm | | | | Agent Phone | ( ) - | | |


MERIDIAN
ASSET SERVICES

## Broker Price Opinion - Exterior

Meridian Asset Services
780 94th Avenue N. Ste 102
Saint Petersburg, Florida 33708
Phone: 727-497-4650

## Comparable Sales and Listings

| | Subject | Sale Comp 1 | Sale Comp 2 | Sale Comp 3 | List Comp 1 | List Comp 2 | List Comp 3 |
|---|---|---|---|---|---|---|---|
| Street Address | 2041 GREY RIDGE | 625 N. Union Grove Rd | 3911 Freels Road | 2020 Grey Ridge Rd | 273 Vernie Lee Rd. | 806 Edna Garland Dr | 260 Bowers Circle |
| City | MARYVILLE | Friendsville | Friendsville | Maryville | Maryville | Maryville | Maryville |
| State | TN | TN | TN | TN | TN | TN | TN |
| Zip | 37801 | 37737 | 37737 | 37801 | 37737 | 37801 | 37737 |
| Sources of Comparable | | MLS | MLS | MLS | MLS | MLS | MLS |
| MLS ID # | | 824576 | 826069 | 821419 | 838228 | 820515 | 821598 |
| Type Of Sale/Listing | | Retail | Retail | Retail | Retail | Retail | Retail |
| Original List Date | | 01/02/2013 | 12/15/2012 | 11/05/2012 | 04/01/2013 | 10/23/2012 | 11/02/2012 |
| Original List Price | | $139,900 | $150,000 | $238,500 | $119,900 | $129,900 | $149,900 |
| Current List Price | | $129,900 | $144,900 | $238,500 | $119,900 | $125,000 | $148,500 |
| Active Days on Market | 171 | 61 | 99 | 11 | 4 | 164 | 154 |
| Total Days on Market | | 52 | 104 | 130 | | | |
| List Price at Sale | $179,900 | $129,900 | $144,900 | $238,500 | | | |
| Sale Price | $170,000 | $128,000 | $134,500 | $167,250 | | | |
| Sale Date | 01/09/2004 | 02/22/2013 | 03/28/2013 | 03/14/2013 | | | |
| Type Of Financing | Conventional | FHA | Conventional | Conventional | | | |
| Seller's Concessions | Unknown | Unknown | Unknown | Unknown | | | |
| Proximity to Subject | | within 5 miles | within 5 miles | within 0.5 mi | within 5 miles | within 5 miles | within 5 miles |
| Property Type | Single Family Detached | Single Family Detached | Single Family Detached | Single Family Detached | Single Family Detached | Single Family Detached | Single Family Detached |
| Condition | Average | Average | Average | Average | Average | Average | Average |
| Year Built | 2001 | 2001 | 1997 | 2006 | 1997 | 1978 | 1986 |
| Bed/Bath/Half Bath | 2/2/0 | 3/2/0 | 3/2/0 | 3/2/0 | 3/2/0 | 3/1/1 | 3/2/0 |
| Above Grade Sq. Ft. | 1288 | 1228 | 1320 | 1500 | 1196 | 1380 | 1232 |
| Foundation Type | Crawlspace | Crawlspace | Crawlspace | Crawlspace | Crawlspace | Crawlspace | Basement |
| Total Finished Sq. Ft. | | | | | | | 0 |
| # of Rooms In Basement | | | | | | | 1232 |
| # of Fireplaces | 1 | 1 | 1 | | | | |
| Fencing | N/A | N/A | N/A | N/A | | Back | |
| Lot Size | 4 Acres | 1 Acres | 1.16 Acres | 12.42 Acres | 2.25 Acres | 1.13 Acres | 5.9 Acres |
| Parking Type | 2 car | 2 car | none | 2 car | none | Carport | 1 car |
| # of Additional Spaces | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Subdivision | N/A | N/A | Country Woods | N/A | Emerald Valley | N/A | N/A |
| Proximity to Amenities | within 5 mi. | within 5 mi. | within 5 mi. | within 5 mi. | within 5 mi. | within 5 mi. | |
| HOA | No | No | No | No | No | No | No |
| HOA Amount | | | | | | | |
| HOA Name | | | | | | | |
| HOA Phone | | | | | | | |
| Agent Adjustments | | $13,500.00 | $13,400.00 | ($36,680.00) | $15,050.00 | $13,400.00 | ($6,600.00) |
| Agent Comp Ranking | | 2 | 1-Best | 3-Worst | 2 | 3-Worst | 1-Best |



## Broker Price Opinion - Exterior

Meridian Asset Services
780 94th Avenue N, Ste. 102
Saint Petersburg, Florida, 33708
Phone: 727-497-4650

## Comparable Comment Addendum

| Sale Comp 1 | |
|---|---|
| **General Comments** | The comp has a little smaller home and smaller size lot. |
| **Description of Adjustments** | Adjustment upwards for difference in sq.ft. and lot size. |

| Sale Comp 2 | |
|---|---|
| **General Comments** | The comp has a slightly larger home and smaller size lot. |
| **Description of Adjustments** | Adjustment downwards for difference in sq.ft. and upwards for lot size. |

| Sale Comp 3 | |
|---|---|
| **General Comments** | The comp has a much larger lot and a little larger home. |
| **Description of Adjustments** | Adjustment downwards for difference in sq.ft. and lot size and adjustment upwards for amenities. |

| List Comp 1 | |
|---|---|
| **General Comments** | Comp has a little smaller home without a garage and has a smaller lot. |
| **Description of Adjustments** | Adjustment upwards for sq.ft., lot size and amenities. |

| List Comp 2 | |
|---|---|
| **General Comments** | Comp has a little larger and older home on a smaller lot. |
| **Description of Adjustments** | Adjustment downwards for sq.ft. and adjustment upwards for lot size and amenities. |

| List Comp 3 | |
|---|---|
| **General Comments** | Comp has a slightly smaller home and a larger lot. |
| **Description of Adjustments** | Adjustment upwards for sq.ft. and amenities, adjustment downwards for lot size. |

## Features and Amenities

| Subject | Porch |
|---|---|
| **Sale Comp 1** | Porch |
| **Sale Comp 2** | Deck, Porch |
| **Sale Comp 3** | Porch |
| **List Comp 1** | Deck, Porch |
| **List Comp 2** | Deck, Porch |
| **List Comp 3** | Deck |



# Broker Price Opinion - Exterior

Meridian Asset Services
780 94th Avenue N., Ste 102
Saint Petersburg, Florida, 33708
Phone: 727-497-4650

## General Comments

The subject appears to be lacking routine maintenance and needs exterior painting or staining, landscaping and animal holes filled in at the foundation.

## BPO Agent Information

| | | | |
|---|---|---|---|
| Agent Name | Mike Dominique | Agent Email | remaxfirst@usa.net |
| Agent Phone | 8882807077 | Agent Firm | Re/Max First |
| Agent Tax ID | | Firm Address | 612 Crawford St., Maryville TN 37804 |

## Repairs Needed to Refurbish and/or Make Lendable

| Repair Count | Description of Suggested Repair | Agent Repair Estimate |
|---|---|---|
| Repair Item 1 | Paint/stain exterior | $3,500.00 |
| Repair Item 2 | Landscaping | $750.00 |
| Repair Item 3 | Fill in animal hole at foundation | $250.00 |
| Repair Item 4 | Remove debris around shed | $250.00 |
| Repair Item 5 | | $0.00 |
| Repair Item 6 | | $0.00 |
| Repair Item 7 | | $0.00 |
| Repair Item 8 | | $0.00 |
| Repair Item 9 | | $0.00 |
| Repair Item 10 | | $0.00 |
| | Total of Necessary Repairs | $4,750.00 |

## General Repair Comments

Repairs are for cosmetic purposes and will enhance appearance and marketability.



**MERIDIAN**
ASSET SERVICES

Broker Price Opinion - Exterior

Meridian Asset Services
780 9th Avenue N, Ste. 102
Saint Petersburg, Florida, 33708
Phone: 727-497-4650

## Map



Subject Property:
2041 GREY RIDGE
MARYVILLE, TN 37801

**List Property 1:**
273 Vernie Lee Rd.
Friendsville, TN 37737
Agent Dist from Subject: within 5 miles
Calculated Dist from Subject: 3.87 mi

**List Property 2:**
806 Edna Garland Dr
Maryville, TN 37801
Agent Dist from Subject: within 5 miles
Calculated Dist from Subject: 3.38 mi

**List Property 3:**
260 Bowers Circle
Friendsville, TN 37737
Agent Dist from Subject: within 5 miles
Calculated Dist from Subject: 5.82 mi

**Sale Property 1:**
625 N. Union Grove Rd
Friendsville, TN 37737
Agent Dist from Subject: within 5 miles
Calculated Dist from Subject: 2.68 mi

**Sale Property 2:**
3911 Freels Road
Friendsville, TN 37737
Agent Dist from Subject: within 5 miles
Calculated Dist from Subject: 1.73 mi

**Sale Property 3:**
2020 Grey Ridge Rd
Maryville, TN 37801
Agent Dist from Subject: within 0.5 mi
Calculated Dist from Subject: 0.31 mi



## Broker Price Opinion - Exterior

Meridian Asset Services
780 94th Avenue N, Ste 402
Saint Petersburg, Florida, 33706
Phone: 727-497-4650

## Subject Photo Addendum



Subject - Side - Right



Subject - Side - Left



Subject - Rear



Subject - Front

Other - Garage interior

Other - Beer cans scattered about



Broker Price Opinion - Exterior

Meridian Asset Services
780 94th Avenue N. Ste. 102
Saint Petersburg, Florida 33708
Phone: 727-497-4650

## Subject Photo Addendum



Other - Support for porch



Other - Beer cans scattered about



Other - Possible drug use in back porch



Other - Possible attempted break-in



Other - Debris around shed



Other - Shed

# MERIDIAN

## Broker Price Opinion - Exterior

Meridian Asset Services
780 94th Avenue N, Ste. 102
Saint Petersburg, Florida, 33708
Phone: 727-497-4650

### Subject Photo Addendum



Other - Animal hole to under house



Other - Pond



Other - Long and rough gravel driveway



Broker Price Opinion - Exterior

Meridian Asset Services
780 94th Avenue N., Ste. 102
Saint Petersburg, Florida 33708
Phone: 727-497-4650

## Comparable Photo Addendum





Sold comp 3

Sold comp 2





Sold comp 1

Listing comp 3





Listing comp 2

Listing comp 1

# EXHIBIT "B"

PAYOFF STATEMENT                          Selene Finance Lp
                                          9990 Richmond, Suite 400
May 21, 2013                    &
                                          Houston, TX 77042

TO:
Atty Req
Michael W Summerfield
Cynthia D Summerfield
2938 Lovingood Way
Maryville, TN 37801

RE:                                       Property Address:
Michael W Summerfield                     2041 Grey Ridge
Cynthia D Summerfield                     Maryville TN 37801
2938 Lovingood Way
Maryville TN 37801

Loan No:  0000617365
Loan Type:  Conventional
PMI Certificate No:  336553207

    **********************************************************************
    *   ONLY CERTIFIED FUNDS WILL BE ACCEPTED FOR THE PAYOFF SHOWN BELOW   *
    **********************************************************************

These figures are due to May 31, 2013 and the loan is due for the
September 01, 2010 payment.
The current total unpaid Principal Balance is:          $     145,417.20
Interest Due:                                                  24,196.21

Escrow/Impound Overdraft                                        7,490.18
Unpaid Late Charges                                               47.77
Payoff Quote Fee                                                    .00
Recording Fee                                                    12.00
Payoff Update Fee                                                  .00
O/S Foreclosure Fees                                               .00
Vom Fee                                                            .00
Corporate Advance(s) Balance                                   4,383.00
* * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * * * *  $        181,546.36

Funds received on or after May 31, 2013 will require an additional
$ 23.41 interest per Day.

*****************PAYMENT REMITTANCE INFORMATION************************
***Please reference loan number, borrower name and property address***

BY OVERNIGHT COURIER:          BY WIRE TRANSFER:
Selene Finance                 Bank Name: Signature Bank
Attn: Cashier Dept.            Bank ABA: 026013576
9990 Richmond Ave. Ste 400     Bank Acct: 1501907533
Houston, TX 77042              Account Name: Payoff Wire Clearing

Please refer to the next page for more important information.

XP001-044/JP1                           Revised/Written/Payoff

1. We reserve of the right to correct any portion of this statement at any time. All balances are subject to change as a result of any transactions which occur prior to the application of payoff funds. Accordingly, if Selene Finance has received payment on this account within the prior thirty(30) days and applied those funds to the account for the issuance of this payoff quote, and if for any reason those funds are reversed, including but not limited to insufficient funds or a stop payment being placed on a check, this payoff quote is invalid and a new payoff quote must be obtained from Selene Finance to reflect the correct amount due and owing.

2. Upon receipt of payoff funds, Selene Finance will verify all amounts due and contact the issuer of the funds in the event of any discrepancies. In the event that the payoff funds received are less than the total amount to satisfy the loan, Selene Finance will return the funds and continue to accrue interest on the loan.

3. Issuance of this payoff statement does not suspend the contractual requirement to make loan payments when due. If payoff funds are received after the expiration of the payment grace period, if applicable, a late charge of $ 47.77 will be applied.

4. If the account is past due, collection expenses and legal fees may be accruing. If this is an Adjustable Rate Note, the per diem may change prior to payoff.

5. If your mortgage payments are automatically drafted (ACH) from your checking or savings account, a written cancellation notice must be received at least thirty (30) business days prior to your monthly mortgage payment due date. You may fax your cancellation notice to 866-926-5496.

6. Upon receipt of the entire payoff amount, Selene Finance will execute a release and discharge of the Mortgage/Deed of Trust and, if necessary, will file a withdrawal in connection with any legal action taken in attempt to collect this obligation.

7. The current escrow balance is $ -7,490.18. Property taxes or insurance may be paid after this quote is issued. If such disbursement(s) creates an escrow advance or changes the total payoff amount, they must be paid prior to the application of payoff funds. Upon request, a new payoff quote will be issued.

If you have any questions, please contact our Customer Service Dept. at 877-735-3637, Monday through Thursday 8 AM to 9 PM CT, and Friday 8 AM to 5 PM CT.
*********************************************************************
If your mailing address has changed, please complete this form and return it with your payoff funds.

Name:_____ Loan No.: 0000617365
    First             Last

New Mailing Address:_____
           Street Address      City    State   Zip

New Phone Numbers-Home:_____ Business:_____

EXHIBIT "C"



### SELENE™
#### FINANCE

9990 Richmond Avenue
Suite 400 South
Houston, TX 77042
Telephone (877) 768-3759
Fax (866) 926-5498
www.selenefinance.com

Hours of Operation (CST)
Monday – Thursday: 8 a.m. - 9 p.m.
Friday: 8 a.m. – 5 p.m.

May 21, 2013

Reinstatement Quote

MICHAEL W SUMMERFIELD
CYNTHIA D SUMMERFIELD
2938 LOVINGOOD WAY
MARYVILLE TN 37801

| | |
|---|---|
| Loan Number: | 0000617365 |
| Property Address: | 2041 GREY RIDGE |
| | MARYVILLE TN 37801 |

| | |
|---|---|
| Date Issued: | 05/21/13 |
| Quote Good Through: | 05/31/13 |
| Contractually Due: | 09/01/10 |

The following are the instructions for curing your default on your existing mortgage account:

| Description | Amount |
|---|---|
| Past Due Payments: | $39,689.73 |
| Total Late Charges: | $47.77 |
| Return Check Fee: | $0 |
| Escrow Advance Balance: | $0 |
| Corporate Advance Balance: | $4,383.00 |
| Suspense/Credit Balance: | -$0 |
| Attorney Fees and Costs: | $0 |

| | |
|---|---|
| **Total Amount Due** | **$44,120.50** |

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

If you received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property. Also, if you are involved in a bankruptcy please note that Selene Finance LP intends to fully comply with the Code including, without limitation, the automatic stay and the provisions of any confirmed bankruptcy plan.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, unless pursuant either to a court order or a servicemember's written waiver agreement.

CS402

Remittance Instructions and Disclosures:

1.  Reinstatement Funds must be certified funds made payable to Selene Finance: Cashier's Check, Bank Certified Check, Title Company Check or Attorney's Escrow Check or Western Union Quick Collect. **No personal checks will be accepted.**

2.  Payment remittance information:
    Include loan number, property address and name of customer:

    | Overnight Mail | Money Gram |
    | --- | --- |
    | Selene Finance | 800-555-3133 |
    | Attn: Cashiering Department | Code: 6440 |
    | 9990 Richmond, Suite 400 South | Reference Loan Number |
    | Houston, TX 77042 | |

3.  We reserve the right to correct any portion of this statement at any time. All balances are subject to change as they relate to transactions posted prior to the application of reinstatement funds. For example, if Selene Finance received payment on this account within the prior thirty (30) days and applied those funds to the account for the issuance of this reinstatement quote and if, for any reason those funds are reversed, including but not limited to insufficient funds or a stop payment being placed on a check, this reinstatement quote is deemed invalid and a new reinstatement quote must be obtained from Selene Finance to reflect the correct amount due and owing. Subsequent quotes will reflect the full amount due.

4.  Upon receipt of reinstatement funds, Selene Finance will verify all amounts due and contact the issuer of the funds in the event of any discrepancies. In the event that the reinstatement funds received are less than the total amount necessary to cure the default on the loan, Selene Finance will return the funds.

5.  Issuing this reinstatement statement will not stop future escrow disbursements. Property taxes or insurance may be paid after this quote is issued.

6.  If the account is past due, collection expenses and legal fees may be accruing. If this is an adjustable rate Note, the per diem may change prior to reinstatement.

7.  Upon receipt of the entire reinstatement amount, Selene Finance will file a withdrawal in connection with any legal action, if started, to collect this obligation.

If you have any questions regarding this reinstatement quote, please contact our Loan Resolution Department at (877) 768-3759.

Sincerely,

Loan Resolution Department

CS402
1/12/2012