Glenn R. Meyers (gm-3691)
**The Meyers Law Firm**
1123 Broadway, Suite 301
New York, New York 10010
(212) 252-1212
(212) 346-0867 Facsimile
themeyerslawfirm@gmail.com

Attorney for Movant/Creditor David Vasquez

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC., et al, | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that David Vasquez hereby appears in the above-captioned bankruptcy case by his attorney Glenn R. Meyers ans such counsel hereby enters his appearance pursuant to Fed. R. Bankr. P. 9010(b)

Dated :     April 30, 2013

*/s/ Glenn R. Meyers*

Glenn R. Meyers
The Meyers Law Firm
1123 Broadway, Suite 301
New York, New York 10010
(212) 252-1212
(212) 346-0867
themeyerslawfirm@gmail.com

Attorney for David Vasquez