UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

Jessica Angel Quiroz, Ramon Quiroz          **AFFIDAVIT IN SUPPORT OF**
Property Owners (Appellants)                **MOTION TO LIFT THE STAY**

          V                                 Case No. 12-12020
Residential Capital, LLC, U.S. Bank National Association
As Trustee, GMAC, Homecomings
          RESCAP
_____X

I, Jessica Angel Quiroz, being sworn says: I am over 18 years of age and reside at: 89-37 Metropolitan Ave Rego Park New York, 11374, I Swore and present this Affidavit in Support: MOTION TO LIFT THE STAY against RESCAP Residential Capital LLC et al: Counsel to the Debtors Larren M. Nashelesky. Gary Counsel to the Debtors Larren M. Nathelsky. Gary S. Lee, Lorenzo Marinuzzi, Morrison & Foerster LLP 1290 Avenue of the Americas New York, NY 10104 U.S. Bank, Homecomings, GMAC: Law Office of Zeiner Ellman & Krause L.L.P. Robert Guttman P.C. Attorney for the Appellees (Defendants) located at 575 Lexington Ave New York New York 10022, Appellees (Defendants)Court of Appeals for the Second Circuit N.Y. Index No. 11-3663: no legal Title or Mortgage presented in Court. They are not the real party in interest to this property and are not being authorize to foreclose Appellants' Home, no legal assignment has being recorded in the Supreme Court of the State of New York Queens County Index No.25117/07 and upon the truth of the matter and the proper accuracy and legal documents submitted to this court, the same is true to my knowledge and belief, except as matters therein stated to be alleged on information and belief and as those matters I believed them to be true. To the best of my knowledge information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers of the contention therein are not frivolous as defined in subsection (C) of section 130-1-1 of the Rules of the Chief Administration ( 22 NYCRR ).

Please note that no other party in this action has answered, appeared or requested notification of this motion; therefore no other parties are entitled to notice of this application.

The foregoing statements are true, under the penalty of perjury.

Swore to before me

This day..C....of June, 2013                          _____
                                                      Jessica Angel Quiroz
_____
Notary Public

SAMANTHA WILLIAMS
Notary Public, State of New York
No. 01WI6119979
Qualified in Queens County
Commission Expires December 13, 2016

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

*Jessica Angel Quiroz, Ramon Quiroz*          **AFFIDAVIT IN SUPPORT OF**
*Property Owners  (Appellants)*                **MOTION TO LIFT THE STAY**

              V                                Case No. 12-12020

*Residential Capital, LLC, U.S. Bank National Association
As Trustee, GMAC, Homecomings
                    RESCAP*
_____X

*I, Ramon Quiroz, being sworn says: I am the legal owner of the property in question and where I live, I am over 18 years of age and reside at: 89-37 Metropolitan Ave Rego Park New York, 11374, I Swore and present this Affidavit in Support: MOTION TO LIFT THE STAY against RESCAP Residential Capital LLC et al: Counsel to the Debtors Larren M. Nashelesky. Gary Counsel to the Debtors Larren M. Nathelsky. Gary S. Lee, Lorenzo Marinuzzi, Morrison & Foerster LLP 1290 Avenue of the Americas New York, NY 10104 U.S. Bank, Homecomings, GMAC: Law Office of Zeiner Ellman & Krause L.L.P. Robert Guttman P.C. Attorney for the Appellees (Defendants) located at 575 Lexington Ave New York New York 10022, Appellees (Defendants)Court of Appeals for the Second Circuit N.Y. Index No. 11-3663: no legal Title or Mortgage presented in Court. They are not the real party in interest to this property and are not being authorize to foreclose Appellants' Home, no legal assignment has being recorded in the Supreme Court of the State of New York Queens County Index No.25117/07  and upon the truth of the matter and the proper accuracy and legal documents submitted to this court, the same is true to  my knowledge and belief, except as matters therein stated to be alleged on information and belief and as those matters I believed them to be true. To the best of my knowledge information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers of the contention therein are not frivolous as defined in subsection (C) of section 130-1-1 of the Rules of the Chief Administration ( 22 NYCRR ).*

*Please note that no other party in this action has answered, appeared or requested notification of this motion; therefore no other parties are entitled to notice of this application.*

*The foregoing statements are true, under the penalty of perjury.*

*Swore to before me*

*This day...7.....of June, 2013*

                                                           _____
                                                                  **Ramon Quiroz**

Notary Public    LATOYA WILLIAMS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01W16251631
QUALIFIED IN KINGS COUNTY
MY COMMISSION EXPIRES  11/14/2015