# EXHIBIT

# 1

Case: 11-3663   Document 130   Page: 1   04/26/2013   919080   2

E.D.N.Y.- Bklyn
10-cv-2485
Matsumoto, J.
Azrack, M.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of April, two thousand thirteen.

Present:

> Ralph K. Winter,
> Guido Calabresi,
> Gerard E. Lynch,
> *Circuit Judges.*

---

Ramon Quiroz, *et al.*,

> *Plaintiffs-Appellants,*

v.                                                                 11-3663

U.S. Bank National Association, as Trustee, *et al.*,

> *Defendants-Appellees.*

---

Appellant Ramon Quiroz, *pro se*, moves: (1) for an order granting "summary judgment" in the Appellants' favor; and (2) to lift the automatic stay imposed upon the filing of a Chapter 11 bankruptcy petition by Appellees Homecomings Financial ("Homecomings") and GMAC Mortgages ("GMAC"). By order entered on May 24, 2012, this Court stayed the above-captioned appeal pending the lifting or termination of the automatic stay.

Upon due consideration, it is hereby ORDERED that: (1) the Appellants' motion for "summary judgment" is CONSTRUED as a motion for summary reversal of the district court's August 9, 2011 judgment dismissing the Appellants' complaint; (2) as so construed, decision on the motion is DEFERRED pending the lifting or termination of the automatic stay, *see* 11 U.S.C. § 362(a)(1); *Johnson v. Morgenthau*, 160 F.3d 897, 899 (2d Cir. 1998) (providing that this Court has "inherent

SAO-MEM

power . . . to manage and control its docket"); and (3) the Appellants' motion to lift the automatic stay is DENIED, *see In re Sonnax Indus.*, 907 F.2d 1280, 1287 (2d Cir. 1990) (noting that the decision to lift the automatic stay is left to the sound discretion of the bankruptcy court). Any future motion to lift the automatic stay should be filed in the bankruptcy court. *See* Fed. R. Bankr. P. 9014.

Finally, we note that Appellant Ramon Quiroz has informed this Court that Appellant Helen Quiroz has died. However, this Court has no information as to whether she has a personal representative who could be substituted under Federal Rule of Appellate Procedure 43(a). Additionally, Appellant Jessica Angel Quiroz may not be a proper party to this appeal, as she did not sign the notice of appeal and this Court has no information as to whether she was a minor child at the time that it was filed. *See* Fed. R. App. P. 3(c)(2). Accordingly, the Appellants are ORDERED to file, within 30 days of the date that Homecomings and GMAC notify this Court that the automatic stay has been lifted or terminated, affidavits or affirmations stating: (1) whether Appellant Helen Quiroz has a personal representative suitable for substitution pursuant to Federal Rule of Appellate Procedure 43(a); and (2) the age of Appellant Jessica Angel Quiroz at the time that the September 8, 2011 notice of appeal was filed.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

SAO-MEM

2

# ZEICHNER ELLMAN & KRAUSE LLP

**575 LEXINGTON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 223-0400**
**FAX: (212) 753-0396**
**www.zeklaw.com**

**35 MASON STREET**
**GREENWICH, CT 06830**
**(203) 622-0900**
**FAX: (203) 862-9889**

**DIRECT DIAL**
**(212) 826-5322**
**rguttmann@zeklaw.com**

**103 EISENHOWER PARKWAY**
**ROSELAND, NJ 07068**
**(973) 618-9100**
**FAX: (973) 364-9960**

June 6, 2013

**BY ECF**

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, New York 10007

## Quiroz et al v. U.S. Bank National Associates (Case no. 11-3663)

Dear Ms. Wolfe:

We are counsel to Defendants-Appellees U.S. Bank, National Association, as Trustee ("USBNA"), Homecomings Financial, LLC (s/h/a as Homecomings Financial) ("Homecomings") and its affiliate GMAC Mortgage LLC (s/h/a GMAC Mortgages, Presidents, Officials, Partners, and/or Shareholders, Investors, Mortgage Brokers, Appraisals, Staff Officers, Officials) ("GMAC", and collectively with USBNA and Homecomings, the "Lender Defendants-Appellees") in the referenced action.

In accordance with the Order dated May 24, 2012 (Docket no. 81) we advise the Court that the automatic stay referenced in the Notice of Bankruptcy and Effect of Automatic Stay (the "Notice") filed by defendants-appellees Homecomings and GMAC on May 12, 2012 (Docket no. 72) is still in effect and that the above-captioned lawsuit should continue to be stayed pursuant to 11 U.S.C. § 362(a).

Respectfully submitted,

Robert Guttmann

cc:   Quiroz Apellants (by first-class mail)
      Kaufman, Dolowich & Vouck LLP,
      *Counsel* to Steven J. Baum, P.C.

707957.01v1/RXG/10029.040

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

| | |
|---|---|
| RAMON QUIROZ, HELEN QUIROZ and<br>JESSICA ANGEL QUIROZ,<br><br>Appellant(s),<br><br>- against -<br><br>US BANK NATIONAL ASSOCIATION as<br>Trustee, NEW CENTURY MORTGAGE CORP.,<br>HOMECOMINGS FINANCIAL a/k/a<br>HOMECOMINGS FINANCIAL GMAC<br>MORTGAGES, STEVEN J. BAUM, P.C. and<br>GMAC MORTGAGES,<br><br>Appellee(s). | Case No.:  11-3663 |

## CERTIFICATE OF SERVICE

**ZEICHNER ELLMAN & KRAUSE LLP**
575 Lexington Avenue
New York, New York 10022
Telephone:  (212) 223-0400

STATE OF NEW YORK,                          CERTIFICATE OF SERVICE
COUNTY OF NEW YORK.                              BY FIRST CLASS MAIL

 

     JANEANN TOBIN, pursuant to 28 U.S.C. 1746, under the penalty of perjury, says:  that I am
over the age of eighteen years, am not a party herein, and reside in Yonkers, New York, and that on the
6th day of June, 2013, I served the within:

          **LETTER TO THE COURT CLERK**
          **OF THE U.S. COURT OF APPEALS FOR THE SECOND CIRCUIT**
          **REGARDING AUTOMATIC STAY**
          **DATED JUNE 6, 2013**
          **BY ROBERT GUTTMANN**

 

upon the parties hereinafter named at the places hereinafter stated by depositing the same, properly
enclosed in post-paid, properly addressed wrappers, into the exclusive care and custody of a U.S. Post
office depository maintained and controlled by the U.S. Post Office for delivery by first class mail to
said parties at their last known addresses given below:

          **Ramon Quiroz**
          **Helen Quiroz**
          **Jessica Angel Quiroz**
          **89-37 Metropolitan Avenue**
          **Rego Park, New York 11374**

 

Dated: June 6, 2013

                                          JANEANN TOBIN

# EXHIBIT

# 2

# CERTIFICATE OF DEATH

Certificate No. [illegible]

NEW YORK CITY
DEPARTMENT OF HEALTH
AND MENTAL HYGIENE
FEBRUARY 23, 2012 06:00 PM

1. DECEDENT'S LEGAL NAME (First, Middle, Last): HELEN QUIROZ

## MEDICAL CERTIFICATE OF DEATH (To be filled in by the Physician)

Place of Death
- 2a. New York City / 2b. Borough: Queens
- 2c. Type of Place: 1 ☐ Hospital Inpatient; 2 ☐ Emergency Dept./Outpatient; 3 ☐ Dead on Arrival; 4 ☐ Nursing Home/Long Term Care Facility; 5 ☐ Hospice Facility; 6 ☒ Decedent's Residence; 7 ☐ Other Specify
- 2d. Any Hospice care in last 30 days: 1 ☒ Yes; 2 ☐ No; 3 ☐ Unknown
- 2e. Name of hospital or other facility (if not facility, street address): 8937 Metropolitan Avenue, Rego Park, New York 11374

Date and Time of Death
- 3a. (Month) February (Day) 20 (Year-yyyy) 2012
- 3b. Time: 07:45 ☐ AM ☒ PM
- 4. Sex: Female
- 5. Date last attended by a Physician: mm 02 dd 20 yyyy 2012

6. Certifier: I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES. See instructions on reverse of certificate.

Name of Physician: Margaret Squillace MD (Type or Print)
Signature: *Margaret Squillace* D.O. / M.D.
Signature Electronically Authenticated
Address: 1740 Eastchester Road, Bronx, New York 10461
License No. 176231
Date: FEB-21-2012

## PERSONAL PARTICULARS (To be filled in by Funeral Director or, in case of City Burial, by Physician)

- 7a. Usual Residence State: New York
- 7b. County: Queens
- 7c. City or Town: Rego Park
- 7d. Street and Number: 89-37 Metropolitan Avenue; Apt. No.: ; ZIP Code: 11374
- 7e. Inside City Limits?: 1 ☒ Yes 2 ☐ No
- 8. Date of Birth: (Month) June (Day) 21 (Year-yyyy) 1949
- 9. Age at last birthday (years): 1 62
- Under 1 Year: Months 2; Days 3
- Under 1 Day: Hours 4; Minutes 5
- 10. Social Security No.: [redacted]
- 11a. Usual Occupation (Type of work done during most of working life. Do not use "retired"): Office Manager
- 11b. Kind of business or industry: Fund Raising
- 12. Aliases or AKAs:
- 13. Birthplace (City & State or Foreign Country): Brooklyn, New York
- 14. Education (Check the box that best describes the highest degree or level of school completed at the time of death): 1 ☐ 8th grade or less; none; 2 ☐ 9th – 12th grade; no diploma; 3 ☒ High school graduate or GED; 4 ☐ Some college credit, but no degree; 5 ☐ Associate degree (e.g., AA, AS); 6 ☐ Bachelor's degree (e.g., BA, AB, BS); 7 ☐ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA); 8 ☐ Doctorate (e.g., PhD, EdD) or Professional degree (e.g., MD, DDS, DVM, LLB, JD)
- 15. Ever in U.S. Armed Forces?: 1 ☐ Yes 2 ☒ No
- 16. Marital/Partnership Status at time of death: 1 ☒ Married; 2 ☐ Domestic Partnership; 3 ☐ Divorced; 4 ☐ Married, but separated; 5 ☐ Never Married; 6 ☐ Widowed; 7 ☐ Other, Specify; 8 ☐ Unknown
- 17. Surviving Spouse's/Partner's Name (If wife, name prior to first marriage)(First, Middle, Last): Ramon Quiroz
- 18. Father's Name (First, Middle, Last): Peter Kazane
- 19. Mother's Maiden Name (Prior to first marriage) (First, Middle, Last): Rose Damone
- 20a. Informant's Name: Janel Quiroz
- 20b. Relationship to Decedent: Daughter
- 20c. Address (Street and Number, Apt. No., City & State, ZIP Code): 89-37 Metropolitan Avenue, Rego Park, New York 11374
- 21a. Method of Disposition: 1 ☒ Burial; 2 ☐ Cremation; 3 ☐ Entombment; 4 ☐ City Cemetery; 5 ☐ Other Specify
- 21b. Place of Disposition (Name of cemetery, crematory, other place): Saint John's Cemetery
- 21c. Location of Disposition (City & State or Foreign Country): Middle Village, New York
- 21d. Date of Disposition: mm 02 dd 25 yyyy 2012
- 22a. Funeral Establishment: Fox Funeral Home, Inc.
- 22b. Address (Street and Number, City & State, Zip Code): 98-07 Ascan Avenue, Forest Hills, New York 11375

VR 15 (Rev. 01/05)

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

*Steven P. Schwartz*
Steven P. Schwartz, Ph.D., City Registrar

DATE ISSUED February 24, 2012 Order No. 20120216597

X00055291

The City of New York

DEPARTMENT OF HEALTH AND MENTAL HYGIENE THE CITY OF NEW YORK

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# EXHIBIT

# 3

## NYC DEPARTMENT OF FINANCE
## OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City
Register will rely on the information provided
by you on this page for purposes of indexing
this instrument. The information on this page
will control for indexing purposes in the event
of any conflict with the rest of the document.



### 2012040300583002001EBAC4

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 14 |
|---|---|---|
| Document ID: 2012040300583002 | Document Date: 04-01-2012 | Preparation Date: 04-03-2012 |

Document Type: POWER OF ATTORNEY
Document Page Count: 13

| PRESENTER: | RETURN TO: |
|---|---|
| JESSICA ANGEL QUIROZ | JESSICA ANGEL QUIROZ |
| 8937 METROPOLITAN AVE | 8937 METROPOLITAN AVE |
| REGO PARK, NY  11374 | REGO PARK, NY  11374 |
| 347-876-8759 | 347-876-8759 |
| rayorlando1@hotmail.com | rayorlando1@hotmail.com |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 3176 | 13 | Entire Lot | 8937 METROPOLITAN AVE |

Property Type: DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA

CRFN_____ *or* Document ID_____ *or* _____ Year____ Reel___ Page ____ *or* File Number_____

### PARTIES

| PARTY ONE: | PARTY TWO: |
|---|---|
| JESSICA A. QUIROZ | RAMON QUIROZ |
| 8937 METROPOLITAN AVE | 8937 METROPOLITAN AVE |
| REGO PARK, NY  11374 | REGO PARK, NY  11374 |

### FEES AND TAXES

| Mortgage | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE** | | |
| TASF: | $ | 0.00 | **OF THE CITY REGISTER OF THE** | | |
| MTA: | $ | 0.00 | **CITY OF NEW YORK** | | |
| NYCTA: | $ | 0.00 | Recorded/Filed        05-03-2012 14:28 | | |
| Additional MRT: | $ | 0.00 | City Register File No.(CRFN): | | |
| TOTAL: | $ | 0.00 | **2012000176548** | | |
| Recording Fee: | $ | 102.00 | | | |
| Affidavit Fee: | $ | 0.00 | | | |

*Annette M Hill*

***City Register Official Signature***



**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City
Register will rely on the information provided
by you on this page for purposes of indexing
this instrument. The information on this page
will control for indexing purposes in the event
of any conflict with the rest of the document.

2012040300583002001EBAC4

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 14 |
|---|---|

| Document ID: 2012040300583002 | Document Date: 04-01-2012 | Preparation Date: 04-03-2012 |
|---|---|---|

Document Type: POWER OF ATTORNEY
Document Page Count: 13

| PRESENTER: | RETURN TO: |
|---|---|
| JESSICA ANGEL QUIROZ | JESSICA ANGEL QUIROZ |
| 8937 METROPOLITAN AVE | 8937 METROPOLITAN AVE |
| REGO PARK, NY 11374 | REGO PARK, NY 11374 |
| 347-876-8759 | 347-876-8759 |
| rayorlando1@hotmail.com | rayorlando1@hotmail.com |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 3176 | 13 | Entire Lot | 8937 METROPOLITAN AVE |

Property Type: DWELLING ONLY - 1 FAMILY

**CROSS REFERENCE DATA**

CRFN_____ or Document ID_____ or _____ Year_____ Reel ___ Page_____ or File Number_____

**PARTIES**

| PARTY ONE: | PARTY TWO: |
|---|---|
| JESSICA A. QUIROZ | RAMON QUIROZ |
| 8937 METROPOLITAN AVE | 8937 METROPOLITAN AVE |
| REGO PARK, NY 11374 | REGO PARK, NY 11374 |

**FEES AND TAXES**

| Mortgage | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | | | |
| MTA: | $ | 0.00 | | | |
| NYCTA: | $ | 0.00 | | | |
| Additional MRT: | $ | 0.00 | | | |
| TOTAL: | $ | 0.00 | | | |
| Recording Fee: | $ | 102.00 | | | |
| Affidavit Fee: | $ | 0.00 | | | |

# DURABLE POWER OF ATTORNEY FOR FINANCIAL MANAGEMENT

## WARNING TO PERSON EXECUTING THIS DOCUMENT - THE POWERS YOU GRANT BELOW CONTINUE TO BE EFFECTIVE SHOULD YOU BECOME DISABLED OR INCOMPETENT

**CAUTION: This is an important legal document and upon proper execution will create a Durable Power of Attorney. This gives the person whom you designate as your attorney-in-fact broad powers to handle your property during your lifetime, which may include powers to mortgage, sell, or otherwise dispose of any real or personal property without advance notice to you or approval by you.**

**These powers will continue to exist even if you become disabled or incompetent. You do have the right to terminate or revoke the power of attorney and any or all powers granted within at any time up to the point of your incapacity.**

**This document does not authorize anyone to make medical or other health care decisions. You may execute a health care proxy (also known as a health care or medical power of attorney) to do this.**

**If there is anything about this document that you do not understand, you should ask a lawyer to explain it to you.**

## CAUTION TO THE PRINCIPAL:

Your Power of Attorney is an important document. As the "principal," you give the person whom you choose (your "agent") authority to spend your money and sell or dispose of your property during your lifetime without telling you. You do not lose your authority to act even though you have given your agent similar authority.

When your agent exercises this authority, he or she must act according to any instructions you have provided or, where there are no specific instructions, in your best interest. "Important Information for the Agent" at the end of this document describes your agent's responsibilities.

Your agent can act on your behalf only after signing the Power of Attorney before a notary public.

You can request information from your agent at any time. If you are revoking a prior Power of Attorney by executing this Power of Attorney, you should provide written notice of the revocation to your prior agent(s) and to the financial institutions where your accounts are located.

You can revoke or terminate your Power of Attorney at any time for any reason as long as you are of sound mind. If you are no longer of sound mind, a court can remove an agent for acting improperly.

Your agent cannot make health care decisions for you. You may execute a "Health Care Proxy" to do this.

The law governing Powers of Attorney is contained in the New York General Obligations Law, Article 5, Title 15. This law is available at a law library, or online through the New York State Senate or Assembly websites, www.senate.state.ny.us or www.assembly.state.ny.us.

If there is anything about this document that you do not understand, you should ask a lawyer of your own choosing to explain it to you.

**THIS DURABLE POWER OF ATTORNEY for financial management** is given by me, Jesscica Angel Quiroz, presently of 8937 Metropolitan Ave, Rego Park, in the State of New York, on the 1st day of April, 2012.

1. **Nature of Power**
   THIS IS A DURABLE POWER OF ATTORNEY and the authority of my Attorney-in-fact shall not terminate if I become disabled or incapacitated or in the event of later uncertainty as to whether I am dead or alive.

2. **Previous Power of Attorney**
   **I REVOKE** any previous durable power of attorney granted by me.

3. **Agent**
   **I APPOINT** Ramon Quiroz, of 8937 Metropolitan Ave, Rego Park, New York, to act as my Agent.

4. **Governing Laws**
   This instrument will be governed by the laws of the State of New York. Further, my Agent is directed to act in accordance with the laws of the State of New York at any time he or she may be acting on my behalf.

5. **Delegation of Authority**
   My Agent may not delegate any authority granted under this document.

4/1/12
Automated Power of Attorney by LawDepot.com

6. **Liability of Agent**

My Agent will not be liable to me, my estate, my heirs, successors or assigns for any action taken or not taken under this document, except for willful misconduct or gross negligence.

7. **Effective Date**

This Power of Attorney will start immediately and will continue notwithstanding my mental incapacity or mental infirmity which may occur after my execution of this Power of Attorney.

8. **Powers of Agent**

My Agent will have the following power(s):

<u>Initials</u>

 X_____   a. **Real Estate Transactions**

To deal with any interest I may have in real property and sign all documents on my behalf concerning my interest, including, but not limited to, real property I may subsequently acquire or receive. These powers include, but are not limited to, the ability to:

    i. purchase, sell, exchange, accept as gift, place as security on loans, convey with or without covenants, rent, collect rent, sue for and receive rents, eject and remove tenants or other persons, to pay or contest taxes or assessments, control any legal claim in favor of or against me, partition or consent to partitioning, mortgage, charge, lease, surrender, manage or otherwise deal with real estate and any interest therein, and

    ii. execute and deliver deeds, transfers, mortgages, charges, leases, assignments, surrenders, releases and other instruments required for any such purpose.

X_____   b. **Chattel and Goods Transactions**

To purchase, sell or otherwise deal with any type of personal property I may currently or in the future have an interest in. This includes, but is not limited to, the power to purchase, sell, exchange, accept as gift, place as security on loans, rent, lease, to pay or contest taxes or assessments, mortgage or pledge.

www.lawdepot.com/contracts/powerattny/preview.php?loc=US

X _____   ## c.  Banking Transactions

> To do any act that I can do through an agent with a bank or other financial institution. This power includes, but is not limited to, the power to:
>
>> i.   Open, maintain or close bank accounts (including, but not limited to, checking accounts, savings accounts, and certificates of deposit), brokerage accounts, retirement plan accounts, and other similar accounts with financial institutions.
>>
>> ii.  Conduct any business with any banking or financial institution with respect to any of my accounts, including, but not limited to, making deposits and withdrawals, negotiating or endorsing any checks or other instruments with respect to any such accounts, obtaining bank statements, passbooks, drafts, money orders, warrants, and certificates or vouchers payable to me by any person, firm, corporation or political entity.
>>
>> iii. Borrow money from any banking or financial institution if deemed necessary by my Agent, and to manage all aspects of the loan process, including the placement of security and the negotiation of terms.
>>
>> iv.  Perform any act necessary to deposit, negotiate, sell or transfer any note, security, or draft of the United States of America, including U.S. Treasury Securities.
>>
>> v.   Have access to any safe deposit box that I might own, including its contents.
>>
>> vi.  Create and deliver any financial statements necessary to or from any bank or financial institution.

X _____   ## d.  Estate Transactions

> To do any act that I can do through an agent with regard to all matters that affect any trust, probate estate, conservatorship, or other fund which I may receive payment as a beneficiary. This power includes the power to disclaim any interest which might otherwise be transferred or distributed to me from any other person, estate, trust, or other entity, as may be appropriate. However, my Agent cannot disclaim assets to which I would be entitled, if the result is that the disclaimed assets pass directly or indirectly to my Agent or my Agent's estate.

4/1/12

Automated Power of Attorney by LawDepot.com

X      **e. Claims and Litigation Matters**

> To institute, maintain, defend, compromise, arbitrate or otherwise
> dispose of, any and all actions, suits, attachments or other legal
> proceedings for or against me. This power includes, but is not
> limited to, the power to: appear on my behalf or retain an attorney
> and any other professional personnel necessary to defend or assert
> any claim before any court, board, or tribunal, and the power to
> settle any claim against me in whichever forum or manner my
> Agent deems prudent, and to receive or pay any resulting
> settlement.

X      **f. Government Benefits**

> To act on my behalf in all matters that affect my right to
> allowances, compensation and reimbursements properly payable
> to me by the Government of the United States or any agency or
> department thereof. This power includes, but is not limited to, the
> power to prepare, file, claim, defend or settle any claim on my
> behalf and to receive and manage as my Agent sees fit any
> proceeds of any claim.

X      **g. General Authority**

> To do any act or thing that I could do in my own proper person if
> personally present, including managing or selling tangible assets,
> disclaiming a probate or nonprobate inheritance and providing
> support for a minor child or dependent adult. Other specifically
> enumerated powers are not intended as a limitation on this broad
> general power.

9. **Agent Compensation**
   My Agent will receive no compensation except for the reimbursement of all out of
   pocket expenses associated with the carrying out of my wishes.

10. **Co-owning of Assets and Mixing of Funds**
    My Agent may not mix any funds owned by him or her in with my funds and all assets
    should remain separately owned if at all possible.

11. **Personal Gain from Managing My Affairs**
    My Agent is not allowed to personally gain from any transaction he or she may
    complete on my behalf.

12. **Agent Restrictions**

This Power of Attorney is not subject to any conditions or restrictions other than those noted above.

### 13. <u>Notice to Third Parties</u>

Any third party who receives a valid copy of this Power of Attorney can rely on and act under it. A third party who relies on the reasonable representations of an Agent as to a matter relating to a power granted by this Power of Attorney will not incur any liability to the principal or to the principal's heirs, assigns, or estate as a result of permitting the Agent to exercise the authority granted by the Power of Attorney up to the point of revocation of the Power of Attorney. Revocation of the Power of Attorney will not be effective as to a third party until the third party receives notice and has actual knowledge of the revocation.

### 14. <u>Severability</u>

If any part of any provision of this instrument is ruled invalid or unenforceable under applicable law, such part will be ineffective to the extent of such invalidity only, without in any way affecting the remaining parts of such provisions or the remaining provisions of this instrument.

### 15. <u>Acknowledgment</u>

I, **Jessica Angel Quiroz**, being the Principal named in this Durable Power of Attorney for Finances hereby acknowledge:

   a. I have read and understand the nature and effect of this Durable Power of Attorney.

   b. I recognize that this document gives my Agent broad powers over my assets, and that these powers will continue past the point of my incapacity.

   c. I am of legal age in the State of New York to grant a Durable Power of Attorney.

   d. I am voluntarily giving this Durable Power of Attorney and recognize that the powers given in this document will become effective as of the date of my incapacity or as specified within.

**IN WITNESS WHEREOF** I hereunto sign my name at the City of REGO PARK, in the State of New York, this 1st day of April, 2012

**SIGNED, SEALED, AND DELIVERED** in the presence of:

_____

ww.lawdepot.com/contracts/powerattny/preview.php?loc=US

Automated Power of Attorney by LawDepot.com

4/1/12

**WITNESS (Sign and Print)**

82-17 Myrtle Ave, 2nd A, NY 11385
**ADDRESS**

_Jessica Angel Queioz_
**Jessica Angel Quiroz**

Rose Kazane = ROSE KAZANE
**WITNESS (Sign and Print)**

89-37 Metropolitan Ave.
**ADDRESS** Rego Park, N.Y. 11374

4/1/12                        Automated Power of Attorney by LawDepot.com

## NOTARY ACKNOWLEDGEMENT

State of New York                )
                                 ) ss.
County of _Queens_____          )

On this 1st day of April, 2012, before me, the undersigned, a Notary Public in and for said state, personally appeared Jesscica Angel Quiroz, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual, acted, executed the instrument.


_____
Notary Public

My commission expires:
12/13/2012

SAMANTHA WILLIAMS
Notary Public, State of New York
No. 01Wi6119979
Qualified in Queens County
Commission Expires December 13, 2012

SEAL

90 of 107

## IMPORTANT INFORMATION FOR THE AGENT:

When you accept the authority granted under this Power of Attorney, a special legal relationship is created between you and the principal. This relationship imposes on you legal responsibilities that continue until you resign or the Power of Attorney is terminated or revoked. You must:

(1) act according to any instructions from the principal, or, where there are no instructions, in the principal's best interest;

(2) avoid conflicts that would impair your ability to act in the principal's best interest;

(3) keep the principal's property separate and distinct from any assets you own or control, unless otherwise permitted by law;

(4) keep a record or all receipts, payments, and transactions conducted for the principal; and

(5) disclose your identity as an agent whenever you act for the principal by writing or printing the principal's name and signing your own name as "agent" in either of the following manner:

> (Principal's Name) by (Your Signature) as Agent; or
>
> (Your Signature) as Agent for (Principal's Name).

You may not use the principal's assets to benefit yourself or give major gifts to yourself or anyone else unless the principal has specifically granted you that authority in this Power of Attorney or in a Statutory Major Gifts Rider attached to this Power of Attorney. If you have that authority, you must act according to any instructions of the principal or, where there are no such instructions, in the principal's best interest. You may resign by giving written notice to the principal and to any co-agent, successor agent, monitor if one has been named in this document, or the principal's guardian if one has been appointed. If there is anything about this document or your responsibilities that you do not understand, you should seek legal advice.

Liability of agent:

The meaning of the authority given to you is defined in New York's General Obligations Law, Article 5, Title 15. If it is found that you have violated the law or acted outside the authority granted to you in the Power of Attorney, you may be liable under the law for your violation.

## AGENT'S SIGNATURE AND ACKNOWLEDGMENT OF APPOINTMENT:

It is not required that the principal and the agent(s) sign at the same time, nor that multiple agents sign at the same time.

I, Ramon Quiroz, have read the foregoing Power of Attorney. I am the person identified therein as agent for the principal named therein.

I acknowledge my legal responsibilities.

4/1/12

Ramon Quiroz

# NOTARY ACKNOWLEDGEMENT

State of New York        )

                                    ) ss.

County of _Queens_      )

On this 1st day of April, 2012, before me, the undersigned, a Notary Public in and for said state, personally appeared Ramon Quiroz, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual, acted, executed the instrument.

_____

Notary Public

My commission expires:

12/13/2012

SAMANTHA WILLIAMS
Notary Public, State of New York
No. 01WI6119979
Qualified in Queens County
Commission Expires December 13, 2012

SEAL

## WITNESS CERTIFICATE

I, _Edward Cespedes_ , currently residing at _80 - 17 Myrtle Ave_
_2nd FL, NY 11385_ , in the City of _Queens_ , in the
State of _New York_ , hereby acknowledge that:

1. I witnessed the signing of the Power of Attorney of Jesscica Angel Quiroz dated this
   1st day of April, 2012.

2. I am an adult with capacity to witness the signing of the Power of Attorney.

3. In my opinion Jesscica Angel Quiroz had the capacity to understand the nature and
   effect of the Power of Attorney at the time the Power of Attorney was signed and
   signed it freely and voluntarily without any compulsion or influence from any person.

4. I am not the Attorney named in the Power of Attorney nor am I the Attorney's spouse
   or other family member.

_____      _04-03-12_
(Signature of witness)         (Date)

# EXHIBIT

# 4



**2012040300583001003EDA81**

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 5 |
|---|---|

**Document ID:** 2012040300583001    Document Date: 04-03-2012    Preparation Date: 04-19-2012
Document Type: DEED
Document Page Count: 3

| PRESENTER: | RETURN TO: |
|---|---|
| JESSICA ANGEL QUIROZ | JESSICA ANGEL QUIROZ |
| 8937 METROPOLITAN AVE | 8937 METROPOLITAN AVE |
| REGO PARK, NY 11374 | REGO PARK, NY 11374 |
| 347-876-8759 | 347-876-8759 |
| rayorlando1@hotmail.com | rayorlando1@hotmail.com |

## PROPERTY DATA

| Borough | Block | Lot | | Unit | Address |
|---|---|---|---|---|---|
| QUEENS | 3176 | 13 | Entire Lot | | 8937 METROPOLITAN AVE |

Property Type: DWELLING ONLY - 1 FAMILY

## CROSS REFERENCE DATA

CRFN_____ *or* Document ID _____ *or* _____ Year _____ Reel ___ Page _____ *or* File Number_____

## PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| HELEN QUIROZ, DECEASED | RAMON QUIROZ |
| 8937 METROPOLITAN AVE | 8937 METROPOLITAN AVE |
| REGO PARK, NY 11374 | REGO PARK, NY 11374 |

x   Additional Parties Listed on Continuation Page

## FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | | $ 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | | $ 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE** | |
| MTA: | $ | 0.00 | **OF THE CITY REGISTER OF THE** | |
| NYCTA: | $ | 0.00 | **CITY OF NEW YORK** | |
| Additional MRT: | $ | 0.00 | Recorded/Filed    05-03-2012 14:28 | |
| TOTAL: | $ | 0.00 | City Register File No.(CRFN): | |
| Recording Fee: | $ | 52.00 | 2012000176547 | |
| Affidavit Fee: | $ | 0.00 | | |

*Annette M Hill*

**City Register Official Signature**



| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER**<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | |
|---|---|

**2012040300583001003EDA81**

| **RECORDING AND ENDORSEMENT COVER PAGE** | | **PAGE 1 OF 5** |
|---|---|---|
| Document ID: **2012040300583001** | Document Date: 04-03-2012 | Preparation Date: 04-19-2012 |
| Document Type: **DEED** | | |
| Document Page Count: **3** | | |

| **PRESENTER:** | **RETURN TO:** |
|---|---|
| JESSICA ANGEL QUIROZ<br>8937 METROPOLITAN AVE<br>REGO PARK, NY 11374<br>347-876-8759<br>rayorlando1@hotmail.com | JESSICA ANGEL QUIROZ<br>8937 METROPOLITAN AVE<br>REGO PARK, NY 11374<br>347-876-8759<br>rayorlando1@hotmail.com |

| **PROPERTY DATA** | | | | |
|---|---|---|---|---|
| **Borough** | **Block** | **Lot** | **Unit** | **Address** |
| QUEENS | 3176 | 13 | Entire Lot | 8937 METROPOLITAN AVE |
| **Property Type:** | DWELLING ONLY - 1 FAMILY | | | |

| **CROSS REFERENCE DATA** |
|---|
| CRFN_____ *or* Document ID_____ *or* _____ Year____ Reel ___ Page _____ *or* File Number_____ |

| **PARTIES** | |
|---|---|
| **GRANTOR/SELLER:**<br>HELEN QUIROZ, DECEASED<br>8937 METROPOLITAN AVE<br>REGO PARK, NY 11374 | **GRANTEE/BUYER:**<br>RAMON QUIROZ<br>8937 METROPOLITAN AVE<br>REGO PARK, NY 11374 |
| ☒ Additional Parties Listed on Continuation Page | |

| **FEES AND TAXES** | | | |
|---|---|---|---|
| **Mortgage** | | Filing Fee: | |
| Mortgage Amount: | $ 0.00 | | $ 125.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | | $ 0.00 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 52.00 | | |
| Affidavit Fee: | $ 0.00 | | |



| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER | |
|---|---|

2012040300583001003CD801

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)    PAGE 2 OF 5**

| Document ID: 2012040300583001 | Document Date: 04-03-2012 | Preparation Date: 04-19-2012 |
|---|---|---|
| Document Type: DEED | | |

**PARTIES**
**GRANTOR/SELLER:**
JESSICA A. QUIROZ
8937 METROPOLITAN AVE
REGO PARK, NY  11374

### Warranty Deed

This indenture, made the 3rd day of April, 2012, between Helen Quiroz, deceased, married of 8937 Metropolitan Ave Rego Park NY 11374, and Jessica Angel Quiroz, not married of 8937 Metropolitan Ave, party of the first part, and Ramon Quiroz, married of 8937 Metropolitan Ave Rego Park NY 11374, party of the second part:

Witnesseth, that the party of the first part, in consideration of 10.00 dollars, lawful money of the United States, paid by the party of the second part, does hereby grant, and release unto the party of the second part, Ramon Quiroz, married of 8937 Metropolitan Ave Rego Park NY 11374 and assigns forever, all of:

     PROPERTY DATA
     Borough QUEENS
     Block 3176 Lot 13
     89-37 Metropolitan Avenue
     Property type
     DWELLING ONLY-1 FAMILY.

together with  the appurtenances and all the estate and rights of the party of the first part in and to said premises, previously referenced as follows: Book crfn #, Page 2005000431463, Document No. i)7-8-05 R)8-2-05, of the recorder of Queens county.

     To have and to hold the premises herein granted unto the party of the second part, and assigns forever with said five covenants as follows:

     First. That said Helen Quiroz, deceased, married of 8937 Metropolitan Ave Rego Park NY 11374, and Jessica Angel Quiroz, not married of 8937 Metropolitan Ave is seized of said premises in fee simple, and has good right to convey the same;

     Second. That the party of the second part shall quietly enjoy the said premises;

     Third. That the said premises are free from incumbrances;

     Fourth. That the party of the first part will execute or  procure any further necessary assurance of

**Fifth.** That said Jessica Angel Quiroz, not married of 8937 Metropolitan Ave Rego Park NY 11374 will forever warrant the title to said premises.

Signed, Sealed and Delivered
In the Presence of:

_Jessica Angel Quiroz_

Sign: _Rose Kazane_
Name: ROSE KAZANE witness

Sign: _[signature]_
Name: EDWARD CESKEDES witness

## Preparer

This document prepared:

    1. [ ] under the supervision of the following New York attorney.
    **OR**
    2. [X] by a party to this instrument whose name and address appear below.

Signature: _[signature]_
Name: RAMON QUIRO Z Company/Firm: _____
Address: 89-37 METROPOLITAN AVE
City: REGO PARK State: N.Y. Zip: 11374
Phone: (718) 275-2192

Signed, Sealed and Delivered
In the Presence of:

_Ramon Quiroz_

Sign: _Rose Kazane_
Name: ROSE KAZANE witness

Sign: _[signature]_
Name: EDWARD CESKEDES witness

*Page 2*

## Grantor Acknowledgment

State of New York                                       )
                                                        )
County of ___Queens___

On the __11__ day of __April__ in the year _2012_ before me _Jessica Angel Quiroz_, the undersigned, personally appeared Jessica Angel Quiroz, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

In presence of _____

_____
         Notary Public

SAMANTHA WILLIAMS
Notary Public, State of New York
No. 01WI6119979
Qualified in Queens County
Commission Expires December 18, 2012

SEAL

## Grantee Acknowledgment

State of New York                                       )
                                                        )
County of ___Queens___

On the __11__ day of __April__ in the year _2012_ before me _Ramon Quiroz_, the undersigned, personally appeared Ramon Quiroz, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

In presence of _____

_____
         Notary Public

SAMANTHA WILLIAMS
Notary Public, State of New York
No. 01WI6119979
Qualified in Queens County
Commission Expires December 18, 2012

SEAL

©2002-2012 LawDepot.com™



**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

2012040300583001003S1400

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

Document ID: 2012040300583001    Document Date: 04-03-2012    Preparation Date: 04-19-2012
Document Type: DEED

**ASSOCIATED TAX FORM ID:** 2012040300157

**SUPPORTING DOCUMENTS SUBMITTED:**

|  | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| MISCELLANEOUS | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 3 |
| SMOKE DETECTOR AFFIDAVIT | 1 |



20120403001572010307

REAL PROPERTY TRANSFER REPORT
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

RP - 5217NYC

FOR CITY USE ONLY

C1. County Code
C2. Date Deed Recorded    Month    Day    Year
C3. Book    C4. Page
OR
C5. CRFN

**PROPERTY INFORMATION**

1. Property Location    8937    METROPOLITAN AVE    QUEENS    11374
   STREET NUMBER    STREET NAME    BOROUGH    ZIP CODE

2. Buyer Name    QUIROZ    RAMON    CITY REGISTER
   LAST NAME / COMPANY    FIRST NAME
   LAST NAME / COMPANY    FIRST NAME

3. Tax Billing Address    Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)    APR 19 2012
   LAST NAME / COMPANY    FIRST NAME
   STREET NUMBER AND STREET NAME    CITY OR TOWN    STATE    ZIP CODE

4. Indicate the number of Assessment Roll parcels transferred on the deed    | I |  # of Parcels    OR    Part of a Parcel
4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

5. Deed Property Size    FRONT FEET    X    DEPTH    OR    ACRES
   Check the boxes below as they apply:
   6. Ownership Type is Condominium    ☐
   7. New Construction on Vacant Land    ☐

8. Seller Name    QUIROZ, DECEASED    HELEN
   LAST NAME / COMPANY    FIRST NAME
   QUIROZ    JESSICA A
   LAST NAME / COMPANY    FIRST NAME

9. Check the box below which most accurately describes the use of the property at the time of sale:
   A ☑ One Family Residential
   B ☐ 2 or 3 Family Residential
   C ☐ Residential Vacant Land
   D ☐ Non-Residential Vacant Land
   E ☐ Commercial
   F ☐ Apartment
   G ☐ Entertainment / Amusement
   H ☐ Community Service
   I ☐ Industrial
   J ☐ Public Service

**SALE INFORMATION**

10. Sale Contract Date    Month 4    Day 3    Year 2012

11. Date of Sale / Transfer    Month 4    Day 3    Year 2012

12. Full Sale Price    $    0
( Full Sale Price is the total amount paid for the property including personal property.
This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.)  Please round to the nearest whole dollar amount.

13. Indicate the value of personal property included in the sale    $

14. Check one or more of these conditions as applicable to transfer:
A ☐ Sale Between Relatives or Former Relatives
B ☐ Sale Between Related Companies or Partners in Business
C ☐ One of the Buyers is also a Seller
D ☐ Buyer or Seller is Government Agency or Lending Institution
E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below )
F ☐ Sale of Fractional or Less than Fee Interest ( Specify Below )
G ☐ Significant Change in Property Between Taxable Status and Sale Dates
H ☐ Sale of Business is Included in Sale Price
I ☐ Other Unusual Factors Affecting Sale Price ( Specify Below )
J ☐ None

**ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill**

18. Building Class    [ A 5 ]
16. Total Assessed Value  (of all parcels in transfer)    | 2 | 0 | 6 | 0 | 1 |

17. Borough, Block and Lot / Roll Identifier(s)  ( if more than three, attach sheet with additional identifier(s) )
QUEENS 3176 13

**CERTIFICATION**   I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

| | | |
|---|---|---|
| *(signature)* | **BUYER** | 4-11-12 |
| BUYER SIGNATURE | | DATE |
| 8937 METROPOLITAN AVE | | |

| | | | |
|---|---|---|---|
| STREET NUMBER | STREET NAME (AFTER SALE) | | |
| REGO PARK | NY | 11374 | |
| CITY OR TOWN | STATE | ZIP CODE | |

| | |
|---|---|
| **BUYER'S ATTORNEY** | |
| LAST NAME | FIRST NAME |
| AREA CODE | TELEPHONE NUMBER |
| *(signature)* **SELLER** | 4/11/12 |
| SELLER SIGNATURE | DATE |

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
|---|---|

| BUYER | | BUYER'S ATTORNEY | |
|---|---|---|---|
| | | | |
| BUYER SIGNATURE | DATE | LAST NAME | FIRST NAME |
| 8937 METROPOLITAN AVE | | | |
| STREET NUMBER        STREET NAME (AFTER SALE) | | AREA CODE    TELEPHONE NUMBER | |
| REGO PARK | | SELLER | |
| | NY | 11374 | |
| CITY OR TOWN | STATE | ZIP CODE | SELLER SIGNATURE    DATE |

Form RP-5217 NYC                                                                    ATTACHMENT

# CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

## BUYERS                                          ## SELLERS

| Buyer Signature | Date | Seller Signature | Date |
|---|---|---|---|
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |

Form RP-5217 NYC                                                                                          ATTACHMENT

# CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

## BUYERS                                                          ## SELLERS

| Buyer Signature | Date | | Seller Signature | Date |
|---|---|---|---|---|
| Buyer Signature | Date | | Seller Signature | Date |
| Buyer Signature | Date | | Seller Signature | Date |
| Buyer Signature | Date | | Seller Signature | Date |
| Buyer Signature | Date | | Seller Signature | Date |
| Buyer Signature | Date | | Seller Signature | Date |
| Buyer Signature | Date | | Seller Signature | Date |
| Buyer Signature | Date | | Seller Signature | Date |
| Buyer Signature | Date | | Seller Signature | Date |
| Buyer Signature | Date | | Seller Signature | Date |
| Buyer Signature | Date | | Seller Signature | Date |
| Buyer Signature | Date | | Seller Signature | Date |
| Buyer Signature | Date | | Seller Signature | Date |
| Buyer Signature | Date | | Seller Signature | Date |
| Buyer Signature | Date | | Seller Signature | Date |
| Buyer Signature | Date | | Seller Signature | Date |
| Buyer Signature | Date | | Seller Signature | Date |
| Buyer Signature | Date | | Seller Signature | Date |
| Buyer Signature | Date | | Seller Signature | Date |
| Buyer Signature | Date | | Seller Signature | Date |

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York          )
                           ) SS.:
County of                  )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| | | |
|---|---|---|
| **8937  METROPOLITAN AVE** | , | |
| Street Address | | Unit/Apt. |
| **QUEENS** · New York, | **3176** | **13** (the "Premises"); |
| Borough | Block | Lot |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

JESSICA ANGEL QUIROZ
Name of Grantor (Type or Print)

_____
Signature of Grantor

RAMON O QUIROZ SANTI
Name of Grantee (Type or Print)

_____
Signature of Grantee

Sworn to before me
this __19__ date of __April__ 20 12

Sworn to before me
this __19__ date of __April__ 20 12

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

MOHAMMAD AL AMIN
Notary Public - State of New York
NO. 01AL6221533
Qualified in Queens County
My Commission Expires

Notry for Jessica & Ramn

1

4/19/12

2012040300157101

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York            )
                             ) SS.:
County of                    )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 8937  METROPOLITAN AVE | | | |
|---|---|---|---|
| Street Address | | | Unit/Apt. |
| QUEENS | New York, | 3176 | 13 | (the "Premises"); |
| Borough | | Block | Lot | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

_____          _____
Name of Grantor (Type or Print)               Name of Grantee (Type or Print)

_____          _____
Signature of Grantor                           Signature of Grantee

Sworn to before me                             Sworn to before me
this _____ date of _____ ·20 ____    this _____ date of _____ 20 ____

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

1
—



**The City of New York**
**Department of Environmental Protection**
**Bureau of Customer Services**
**59-17 Junction Boulevard**
**Flushing, NY  11373-5108**

## Customer Registration Form for Water and Sewer Billing

### Property and Owner Information:

(1)   **Property receiving service: BOROUGH: QUEENS**              **BLOCK: 3176**       **LOT: 13**

(2)   **Property Address: 8937 METROPOLITAN AVE, QUEENS, NY 11374**

(3)   **Owner's Name:    QUIROZ , RAMON**

      **Additional Name:**

### Affirmation:

☑   Your water & sewer bills will be sent to the property address shown above.

### Customer Billing Information:

**Please Note:**

**A.**  Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

**B.**  Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address.** DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

### Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner:

Signature: _____Date (mm/dd/yyyy)

Name and Title of Person Signing for Owner, if applicable:

BCS-7CRF-ACRIS  REV. 8/08

2



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY  11373-5108

## Customer Registration Form for Water and Sewer Billing

### Property and Owner Information:

(1)   Property receiving service: BOROUGH: QUEENS          BLOCK: 3176        LOT: 13

(2)   Property Address: 8937 METROPOLITAN AVE, QUEENS, NY 11374

(3)   Owner's Name:     QUIROZ , RAMON

       Additional Name:

### Affirmation:

   Your water & sewer bills will be sent to the property address shown above.

### Customer Billing Information:

**Please Note:**

A.  Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B.  Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address.** DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

### Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner: _JESSICA ANGEL QUIROZ_

Signature: _____   4/11/12 _ Date (mm/dd/yyyy)

Name and Title of Person Signing for Owner, if applicable:

BCS-7CRF-ACRIS   REV. 8/08

2

2012040300157101

# EXHIBIT

# 5

ResCap Claims Processing Center
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

Jessica Angel Quiroz
Ramon Quiroz
89-37 Metropolitan Ave
Rego Park, NY 11374

**PROOF OF CLAIM CONFIRMATION**
Your proof of claim filed against **Residential Capital, LLC,**
case no **12-12020** was received on **11/8/2012**
and assigned claim number **4413**

For more information, please visit **www.kccllc.net/rescap** or call 1-888-251-2914

Claim #4413  Date Filed: 11/8/201

B 10 (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF _____ | PROOF OF CLAIM |
|---|---|

**Name of Debtor:** *HOMECOMINGS GMAC.*

**Case Number:** 0439868738

NOV – 8 2012

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
*JESSICA ANGEL QUIROZ*

**Name and address where notices should be sent:**
*RAMON QUIROZ*
*89-37 METROPOLITAN AVE REGO PARK N.Y.*
*11374*

Telephone number: _____  email: _____

**Name and address where payment should be sent (if different from above):**
*RAMON QUIROZ*
*89-37 METROPOLITAN AVE REGO PARK N.Y. 11374*
Telephone number: *718-275-2192*  email: *RAYORLANDO@HOTMAIL.COM*

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
*(If known)*

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED**
NOV 15 2012
**KURTZMAN CARSON CONSULTANTS**

**1. Amount of Claim as of Date Case Filed:** $ *72,000 PLUS INTEREST*

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** _____
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** *3913*

**3a. Debtor may have scheduled account as:** *GMAC*
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):** _____
(See instruction #3b)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ■Real Estate ☐Motor Vehicle ☐Other
Describe:

**Value of Property:** $ *400,000*
**Annual Interest Rate** *5.5*% ☐Fixed or ■Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$ _____

Basis for perfection: _____

**Amount of Secured Claim:** $ _____
**Amount Unsecured:** $ *522,000*

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

■ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

Amount entitled to priority:
$ *72,000 PLUS INTEREST FROM 10/01/2005*

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)



B 10 (Official Form 10) (12/11)                                                                                                    2

---

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**RECEIVED**

**NOV 15 2012**

**KURTZMAN CARSON CONSULTANTS**

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.   ☑ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: RAMON QUIROZ

Title:

Company:

Address and telephone number (if different from notice address above): 84-37 METROPOLITAN AVE REGG PARK NY 11379

Telephone number: 718-275-2129   email: RAYORLANDO1V@HOTMAIL.COM

(Signature)   NOV. 7, 2012   (Date)

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided in this claim is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.