UNITED STATES BANKRUPTCY COURT
SOUNTHERN DISTRICT OF NEW YORK
-----------------------------------------------------

| | |
|---|---|
| Jessica Angel Quiroz, Ramon Quiroz<br>VS<br>In re Residential Capital, LLC, U.S. Bank<br>National Association as Trustee, GMAC | *Affidavit of Service*<br>Re: Case No. 12-12020<br>MOTION TO LIFT THE STAY<br><br>89-37 Metropolitan Ave Rego Park N.Y. 11374<br>Block 3176 Lot 13 DWELLING ONLY-1 FAMILY |

-----------------------------------------------------

I Ramon Quiroz, being duly sworn says, I am not a party in the foreclosure action, I am over 18th years of age and reside at 89-37 Metropolitan Ave Rego Park, NY 11374.

On June 8, 2013 I served a true copy of the following papers: **MOTION TO LIFT THE STAY** against No. 1., Case No. 12-12020(MG), to Residential Capital LLC, U.S. Bank, GMAC: Debtors Attorney : Morrison & Foester LL. at 1290 Avenue of the Americas New York, N.Y. 10104 No. 2. Attorney for the Appellees (Defendants): Case No. 11-3663 Court of Appeals for the Second Circuit New York, N.Y. to: ZEICHNER ELLMAN & KRAUSE LLP Kenneth C. Rudd Robert & Robert Guttmann Attorney for US Bank, N.A. as Trustee, Homecomings Financial, LLC(s/ha Homecomings Financial), GMAC Mortgage, LLC, (s/h/a GMAC Mortgages, Presidents Officials) & Steven J. Baum P.C. at: 575 Lexington Ave New York, New York 10022. by depositing a true copy of same which are attached to this Affidavit in the following matter by depositing in the United States Post Office of the State of New York, certify priority mail return receipt.

Please note that no other party in this action has answered, appeared or requested notification of this motion; therefore no other parties are entitled to notice of this application.

The foregoing statements are true, under the penalty of perjury.

Swore to before me

This date of June 10, 2013

_____
Notary Public

Ramon Quiroz

MAREK HANUSCIK
Notary Public - State of New York
NO. 01HA6238497
Qualified in Queens County
My Commission Expires 9/9/15



RECEIVED
JUN 12 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

