**MORGAN, LEWIS & BOCKIUS LLP**
James L. Garrity, Jr.
John C. Goodchild, III (*pro hac vice*)
101 Park Avenue
New York, New York 10178-0600
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Counsel to Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas, as Trustees of Certain Mortgage Backed Securities Trusts*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 12-12020 (MG) |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | ) |
| | ) Chapter 11 |
| Debtors. | ) |
| | ) Jointly Administered |

**AMENDMENT TO DECLARATION OF BRENDAN MEYER**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

I, Brendan Meyer, hereby declare, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge, information and belief:

1. I am employed by DB Services New Jersey, Inc., and am authorized to conduct certain activities on behalf of its affiliates Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas (together, "**Deutsche Bank**"). I have personal knowledge of the facts set forth herein, except as to certain matters that I believe to be true based on my review of business records of Deutsche Bank.

2. I submit this Amendment (the "Amendment") solely to correct a clerical error, appearing in Exhibit A of my earlier Declaration (the "Declaration"), dated June 10, 2013 [ECF

No. 3940-2], submitted in support of the (a) *Joinder of Certain RMBS Trustees to Debtors' Motion for an Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter Into and Perform Under a Plan Support Agreement with Ally Financial Inc., the Creditors Committee and Certain Consenting Claimants*, filed contemporaneously therewith [ECF No. 3940] and (b) *Debtors' Motion for an Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter Into and Perform Under a Plan Support Agreement with Ally Financial Inc., the Creditors Committee and Certain Consenting Claimants* [ECF No. 3814], filed on May 23, 2013.

3.   As set forth in the Declaration, Deutsche Bank serves as trustee, indenture trustee, securities administrator, co-administrator, paying agent, grantor trustee, custodian and/or other similar agencies (in any such capacity, the "**Trustee**") for certain residential mortgage backed securities trusts, whole loan servicing agreements, net interest margin trusts, other trusts, and similar arrangements (collectively, the "**Deutsche Bank RMBS Trusts**").[1] The list of Deutsche Bank RMBS Trusts attached as Exhibit A to the Declaration inadvertently omitted certain of such Trusts. Attached hereto is a complete list of the Deutsche Bank RMBS Trusts, which amends and replaces Exhibit A to the Declaration in its entirety.

4.   With the exception of the change to Exhibit A, the Declaration remains true and correct.

---

[1] This Amendment is made solely with respect to Deutsche Bank's role as Trustee.

DB2/ 24170720.1                                2

I declare, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to best of my knowledge, information and belief.

DATED this 14th day of June, 2013

_____
Brendan Meyer

Revised <u>Exhibit A</u> to the Declaration

Deutsche Bank RMBS Trusts

Exhibit A

|    | Issuer ID | Name of Securitization Trust |
|----|-----------|------------------------------|
| 1  | RF99Q4    | Residential Accredit Loans, Inc. , Mortgage Asset-Backed Pass-Through Certificates, Series 1999-QS4 |
| 2  | RF01K3    | Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2001-KS3 |
| 3  | RF01QD    | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2001-QS13 |
| 4  | RF01QG    | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2001-QS16 |
| 5  | RF01QH    | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2001-QS17 |
| 6  | RF01QJ    | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2001-QS19 |
| 7  | RF01QI    | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2001-QS18 |
| 8  | RF02K1    | Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2002-KS1 |
| 9  | RF02Q1    | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS1 |
| 10 | RF02Q2    | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS2 |
| 11 | RF02Q4    | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS4 |
| 12 | RF02Q3    | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS3 |
| 13 | RF02K2    | Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2002-KS2 |
| 14 | RF02Q5    | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS5 |
| 15 | RF02Q6    | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS6 |
| 16 | RF02Q7    | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS7 |
| 17 | RF02Q8    | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS8 |
| 18 | RF02Q9    | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS9 |
| 19 | RF02QA    | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS10 |
| 20 | RF02QB    | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS11 |
| 21 | RF02QC    | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS12 |
| 22 | RF02QD    | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS13 |
| 23 | RF02QE    | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS14 |
| 24 | RF02QF    | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS15 |
| 25 | RF02QG    | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS16 |
| 26 | RF02QH    | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS17 |
| 27 | RF02R1    | Residential Asset Mortgage Products, Mortgage Asset-Backed Pass-Through Certificates, Series 2002-RM1 |
| 28 | RF02QI    | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS18 |
| 29 | RF02QJ    | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS19 |

Exhibit A

| | Issuer ID | Name of Securitization Trust |
|---|---|---|
| 30 | RF03Q1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS1 |
| 31 | RF03Q2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS2 |
| 32 | RF03Q3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS3 |
| 33 | RF03R1 | Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-RM1 |
| 34 | RF03Q4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS4 |
| 35 | RF03Q5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS5 |
| 36 | RF03Q6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS6 |
| 37 | RF03Q7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS7 |
| 38 | RF03Q8 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS8 |
| 39 | RF03QH | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2003-QS17 |
| 40 | RF03R2 | Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-RM2 |
| 41 | RF03QA | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS10 |
| 42 | RF03Q9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS9 |
| 43 | RF03QB | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS11 |
| 44 | RF03QC | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS12 |
| 45 | RF03QD | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS13 |
| 46 | RF03QE | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS14 |
| 47 | RF03QF | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS15 |
| 48 | RF03QG | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS16 |
| 49 | RF03QI | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS18 |
| 50 | RF03QJ | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS19 |
| 51 | RF03QL | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS20 |
| 52 | RF03QM | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS21 |
| 53 | RF03QN | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS22 |
| 54 | RF03QO | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS23 |
| 55 | RF03QQ | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QA1 |
| 56 | RF04Q1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS1 |
| 57 | RF04Q2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS2 |
| 58 | RF04S1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-SL1 |

Exhibit A

|    | Issuer ID | Name of Securitization Trust |
|----|-----------|------------------------------|
| 59 | RF04A1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QA1 |
| 60 | RF04Q3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS3 |
| 61 | RF04Q4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS4 |
| 62 | RF04Q5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS5 |
| 63 | RF04Q6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS6 |
| 64 | RF04Q7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS7 |
| 65 | RF04S2 | Residential Accredit Loans, Inc., Mortgage-Backed Pass-Through Certificates, Series 2004-SL2 |
| 66 | RF04A2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QA2 |
| 67 | RF04Q8 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS8 |
| 68 | RF04Q9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS9 |
| 69 | RF04QA | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS10 |
| 70 | RF04A3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QA3 |
| 71 | RF04QB | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS11 |
| 72 | RF04S3 | Residential Accredit Loans, Inc., Mortgage-Backed Pass-Through Certificates, Series 2004-SL3 |
| 73 | RF04A4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QA4 |
| 74 | RF04QC | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS12 |
| 75 | RF04QD | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS13 |
| 76 | RF04QE | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS14 |
| 77 | RF04QF | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS15 |
| 78 | RF04A5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QA5 |
| 79 | RF04A6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QA6 |
| 80 | RF04QG | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS16 |
| 81 | RF04S4 | Residential Accredit Loans, Inc., Mortgage-Backed Pass-Through Certificates, Series 2004-SL4 |
| 82 | RF05A1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA1 |
| 83 | RF05Q1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS1 |
| 84 | RF05Q2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS2 |
| 85 | RF05A2 | Residential Accredit Loans, Inc. , Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA2 |
| 86 | RF05S1 | Residential Asset Mortgage Products, Inc., Mortgage-Backed Pass-Through Certificates, Series 2005-SL1 |
| 87 | RF05A3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA3 |

Exhibit A

|  | **Issuer ID** | **Name of Securitization Trust** |
|---|---|---|
| 88 | RF05Q3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS3 |
| 89 | RF05A4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA4 |
| 90 | RF05Q4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS4 |
| 91 | RF05Q5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS5 |
| 92 | RF05A5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA5 |
| 93 | RF05A6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA6 |
| 94 | RF05Q6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS6 |
| 95 | RF05Q7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS7 |
| 96 | RF05Q8 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS8 |
| 97 | RF05Q9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS9 |
| 98 | RF05A7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA7 |
| 99 | RF05S2 | Residential Asset Mortgage Products, Inc., Mortgage-Backed Pass-Through Certificates, Series 2005-SL2 |
| 100 | RF05QA | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS10 |
| 101 | RF05QB | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS11 |
| 102 | RF05A8 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA8 |
| 103 | RF05O1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 |
| 104 | RF05A9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA9 |
| 105 | RF05QC | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS12 |
| 106 | RF05O2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO2 |
| 107 | RF05QD | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS13 |
| 108 | RF05QE | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS14 |
| 109 | RF05AA | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA10 |
| 110 | RF05AB | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA11 |
| 111 | RF05O3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO3 |
| 112 | RF05QF | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS15 |
| 113 | RF05AC | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA12 |
| 114 | RF05O4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO4 |
| 115 | RF05QG | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS16 |
| 116 | RF05AD | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA13 |

Exhibit A

|  | Issuer ID | Name of Securitization Trust |
|---|---|---|
| 117 | RF05O5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO5 |
| 118 | RF05QH | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS17 |
| 119 | RF06A1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA1 |
| 120 | RF06Q1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS1 |
| 121 | RF06Q3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS3 |
| 122 | RF06A3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA3 |
| 123 | RF06Q4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS4 |
| 124 | RF06A4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA4 |
| 125 | RF06Q5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS5 |
| 126 | RF06A5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA5 |
| 127 | RF06Q6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS6 |
| 128 | RF06Q7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS7 |
| 129 | RF06A6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA6 |
| 130 | RF06Q9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS9 |
| 131 | RF06A7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA7 |
| 132 | RF06QA | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS10 |
| 133 | RF06QB | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS11 |
| 134 | RF06A8 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA8 |
| 135 | RF06QC | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS12 |
| 136 | RF06QD | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS13 |
| 137 | RF06Q8 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-QS8 |
| 138 | RF06A9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA9 |
| 139 | RF06QE | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-QS14 |
| 140 | RF06QF | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS15 |
| 141 | RF06AA | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA10 |
| 142 | RF06QG | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-QS16 |
| 143 | RF06AB | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA11 |
| 144 | RF06QH | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS17 |
| 145 | RF06QI | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS18 |

Exhibit A

| | Issuer ID | Name of Securitization Trust |
|---|---|---|
| 146 | RF07A1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QA1 |
| 147 | RF07Q1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS1 |
| 148 | RF07Q2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS2 |
| 149 | RF07A2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QA2 |
| 150 | RF07Q3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS3 |
| 151 | RF07Q4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS4 |
| 152 | RF07Q5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS5 |
| 153 | RF07S4 | Residential Funding Mortgage Securities I Inc., Mortgage Pass-Through Certificates, Series 2007-S4 |
| 154 | RF07A3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QA3 |
| 155 | RF07Q6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS6 |
| 156 | RF07A4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QA4 |
| 157 | RF07Q7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS7 |
| 158 | RF07S5 | Residential Funding Mortgage Securities I Inc., Mortgage Pass-Through Certificates, Series 2007-S5 |
| 159 | RF07Q8 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS8 |
| 160 | RF07Q9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS9 |
| 161 | RF07QA | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS10 |
| 162 | RF07A5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QA5 |
| 163 | RF07QB | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2007-QS11 |
| 164 | RF06O1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO1 |
| 165 | RF06O3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO3 |
| 166 | RF06O4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO4 |
| 167 | RF06O5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO5 |
| 168 | RF06O6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO6 |
| 169 | RF06O7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO7 |
| 170 | RF06O8 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO8 |
| 171 | RF06H1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QH1 |
| 172 | RF06O9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO9 |
| 173 | RF06OA | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO10 |
| 174 | RF07H1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH1 |

|  | Issuer ID | Name of Securitization Trust |
|---|---|---|
| 175 | RF07O1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QO1 |
| 176 | RF07H2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH2 |
| 177 | RF07O2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QO2 |
| 178 | RF07H3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH3 |
| 179 | RF07O3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QO3 |
| 180 | RF07H4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH4 |
| 181 | RF07H5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH5 |
| 182 | RF07O4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QO4 |
| 183 | RF07H6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH6 |
| 184 | RF07H7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH7 |
| 185 | RF07O5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QO5 |
| 186 | RF07H8 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH8 |
| 187 | RF07H9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH9 |
| 188 | GA05A3 | GMACM Mortgage Loan Trust 2005-AR3 |
| 189 | GA05A4 | GMACM Mortgage Loan Trust 2005-AR4 |
| 190 | GA05A5 | GMACM Mortgage Loan Trust 2005-AR5 |
| 191 | GA05A6 | GMACM Mortgage Loan Trust 2005-AR6 |
| 192 | GA05F1 | GMACM Mortgage Loan Trust 2005-AF1 |
| 193 | GA05F2 | GMACM Mortgage Loan Trust 2005-AF2 |
| 194 | GA05J1 | GMACM Mortgage Loan Trust 2005-J1 |
| 195 | GS07H1 | GSR Trust 2007-HEL1 |
| 196 | GS07A1 | GSR Mortgage Loan Trust 2007-AR1 Mortgage Pass Through Certificates, Series 2007-A1 |
| 197 | GC0613 | HarborView Mortgage Loan Trust 2006-13 |
| 198 | GC070B | RBSGC Mortgage Loan Trust 2007-B |
| 199 | GC07H7 | HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-7 |
| 200 | GS07O2 | GSR Mortgage Loan Trust 2007-OA2 Mortgage Pass-Through Certificates, Series 2007-OA2 |
| 201 | GC06X1 | HarborView Mortgage Loan Trust 2006-SB1 |
| 202 | GC914 | Greenwich 1991-4 |
| 203 | GC05SB | Soundview Home Loan Trust 2005-B |

Exhibit A

| | Issuer ID | Name of Securitization Trust |
|---|---|---|
| 204 | NC040A | New Century Home Equity Loan Trust 2004-A |
| 205 | UB04S1 | MASTR Specialized Loan Trust 2004-1 |
| 206 | GC05SA | Soundview Home Loan Trust 2005-A |
| 207 | GC04X1 | FNBA Mortgage Loan Trust 2004-AR1 |
| 208 | GC05G4 | Greenpoint Mortgage Funding Trust 2005-HE4 |
| 209 | GC03S2 | Soundview 2003-2 |
| 210 | UB07S1 | MASTR SPECIALIZED LOAN TRUST 2007-01 Mortgage Pass-Through Certificates |
| 211 | UB07S2 | MASTR SPECIALIZED LOAN TRUST 2007-02 Mortgage Pass-Through Certificates |
| 212 | AB07O1 | Alliance Securities Corp., Mortgage Backed Pass-Through Certificates, Series 2007-OA1 |
| 213 | AH0501 | American Home Mortgage Securities LLC Trust 2005-1 |
| 214 | AH0502 | American Home Mortgage Securities LLC Trust 2005-2 |
| 215 | AH0602 | American Home Mortgage Securities LLC Trust 2006-2 |
| 216 | AH07AS | American Home Mortgage Securities LLC Trust 2007-A |
| 217 | GC0614 | HarborView Mortgage Loan Trust 2006-14 |
| 218 | GC07H2 | HarborView Mortgage Loan Trust 2007-2 |
| 219 | GC07H4 | HarborView Mortgage Loan Trust 2007-4 |
| 220 | GC07HA | HarborView Mortgage Loan Trust 2007-A |
| 221 | MS0503 | Morgan Stanley Mortgage Loan Trust 2005-3AR Mortgage Pass-Through Certificates, Series 2005-3AR |
| 222 | GC03H1 | HarborView Mortgage Loan Trust 2003-1 Mortgage Loan Pass-Through Certificates, Series 2003-1 |
| 223 | GC03H2 | HarborView Mortgage Loan Trust 2003-2 Mortgage Loan Pass-Through Certificates, Series 2003-2 |
| 224 | GC0410 | HarborView Mortgage Loan Trust 2004-10 Mortgage Loan Pass-Through Certificates, Series 2004-10 |
| 225 | GC04H1 | HarborView Mortgage Loan Trust 2004-1 Mortgage Loan Pass-Through Certificates, Series 2004-1 |
| 226 | GC04H4 | HarborView Mortgage Loan Trust 2004-4 Mortgage Loan Pass-Through Certificates, Series 2004-4 |
| 227 | GC04H5 | HarborView Mortgage Loan Trust 2004-5 Mortgage Loan Pass-Through Certificates, Series 2004-5 |
| 228 | GC04H6 | HarborView Mortgage Loan Trust 2004-6 Mortgage Loan Pass-Through Certificates, Series 2004-6 |
| 229 | GC04H7 | HarborView Mortgage Loan Trust 2004-7 Mortgage Loan Pass-Through Certificates, Series 2004-7 |
| 230 | GC04H8 | HarborView Mortgage Loan Trust 2004-8 Mortgage Loan Pass-Through Certificates, Series 2004-8 |
| 231 | GC0511 | HarborView Mortgage Loan Trust 2005-11 Mortgage Loan Pass-Through Certificates, Series 2005-11 |
| 232 | GC0515 | HarborView Mortgage Loan Trust 2005-15 Mortgage Loan Pass-Through Certificates, Series 2005-15 |

Exhibit A

|     | Issuer ID | Name of Securitization Trust |
|-----|-----------|------------------------------|
| 233 | GC05H4    | HarborView Mortgage Loan Trust 2005-4 Mortgage Loan Pass-Through Certificates, Series 2005-4 |
| 234 | GC05H6    | HarborView Mortgage Loan Trust 2005-6 Mortgage Loan Pass-Through Certificates, Series 2005-6 |
| 235 | GC05H7    | HarborView Mortgage Loan Trust 2005-7 Mortgage Loan Pass-Through Certificates, Series 2005-7 |
| 236 | GC06H8    | Harborview Mortgage Loan Trust 2006-8 |
| 237 | UB06S2    | MASTR Specialized Loan Trust 2006-02 Mortgage Pass-Through Certificates |
| 238 | MS0505    | MORGAN STANLEY Mortgage Loan Trust 2005-5AR |
| 239 | MS0506    | MORGAN STANLEY Mortgage Loan Trust 2005-6AR |
| 240 | MS0509    | MORGAN STANLEY Mortgage Loan Trust 2005-9AR |
| 241 | MS0511    | MORGAN STANLEY Mortgage Loan Trust 2005-11AR |
| 242 | UB06S3    | MASTR Specialized Loan Trust 2006-3 |
| 243 | MS0507    | Morgan Stanley Mortgage Loan Trust 2005-7 |
| 244 | MS0510    | Morgan Stanley Mortgage Loan Trust 2005-10 |
| 245 | MG0401    | MortgageIT Trust 2004-1, Mortgage Backed Notes, Series 2004-1 |
| 246 | MG0402    | MortgageIT Trust 2004-2, Mortgage Backed Notes, Series 2004-2 |
| 247 | MG0501    | MortgageIT Trust 2005-1, Mortgage Backed Notes, Series 2005-1 |
| 248 | MG0502    | MortgageIT Trust 2005-2, Mortgage Backed Notes, Series 2005-2 |
| 249 | MG0503    | MortgageIT Trust 2005-3, Mortgage Backed Notes, Series 2005-3 |
| 250 | MG0504    | MortgageIT Trust 2005-4, Mortgage Backed Notes, Series 2005-4 |
| 251 | MG0505    | MortgageIT Trust 2005-5, Mortgage Backed Notes, Series 2005-5 |
| 252 | IM02S2    | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2002-2 |
| 253 | IM02S3    | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2002-3 |
| 254 | IM03S1    | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2003-1 |
| 255 | IM03S3    | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2003-3 |
| 256 | IM04S1    | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2004-1 |
| 257 | IM04S2    | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2004-2 |
| 258 | IM06S1    | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2006-1 |
| 259 | IM06S2    | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2006-2 |
| 260 | IM06S3    | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2006-3 |
| 261 | IM06S4    | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2006-4 |

Exhibit A

|  | Issuer ID | Name of Securitization Trust |
|---|---|---|
| 262 | IM06S5 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2006-5 |
| 263 | IM070A | IMPAC CMB Trust Series 2007-A |
| 264 | IM07S3 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-3 |
| 265 | IM0209 | Impac CMB Trust 2002-9F |
| 266 | IM02U1 | PFCA Home Equity Investment Trust 2002-IFC1 |
| 267 | IM02U2 | PFCA Home Equity Investment Trust 2002-IFC2 |
| 268 |  | PFCA Home Equity Investment Trust 2002-IFC4 |
| 269 | IM0302 | Impac CMB Trust 2003-2F |
| 270 | IM0304 | Impac CMB Trust 2003-4 |
| 271 | IM0309 | Impac CMB Trust 2003-9F |
| 272 | IM0404 | Impac CMB Trust 2004-4 |
| 273 | IM0405 | Impac CMB Trust 2004-5 |
| 274 | IM0407 | Impac CMB Trust 2004-7 |
| 275 | IM0408 | Impac CMB Trust 2004-8 |
| 276 | IM0410 | Impac CMB Trust 2004-10 |
| 277 | IM0501 | Impac CMB Trust 2005-1 |
| 278 | RF03QK | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QR13 |
| 279 | RF03QP | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QR19 |
| 280 | RF03QR | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QR24 |
| 281 | RF04R1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QR1 |
| 282 | RF05R1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QR1 |
| 283 | RF08R1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2008-QR1 |
| 284 | RF06N7 | RALI 2006-QA7 NIMS LTD. |
| 285 | RF06N8 | RALI 2006-QA8 NIMS LTD. |
| 286 | DB07N2 | DBARN Net Interest Margin 2007-QO2N Notes, Series 2007-QO2N (previously issued as RALI Series 2007-QO2 Trust, Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QO2) |
| 287 | FB07N1 | Credit Suisse NIMs Trust Residential Accredit Loans, Inc. 2007-QO1NIM (underlying trust RALI Series 2007, QO1 Trust) |
| 288 | GC06N7 | RALI NIM CI-1 Notes, Series 2006-QO4 |
| 289 | SW881 | Southwest Savings 1988-1 |

Exhibit A

|  | Issuer ID | Name of Securitization Trust |
|---|---|---|
| 290 | IM0504 | Impac CMB Trust 2005-4 |
| 291 | IM0505 | Impac CMB Trust 2005-5 |
| 292 | IM0507 | Impac CMB Trust 2005-7 |
| 293 | IM0508 | Impac CMB Trust 2005-8 |
| 294 | GC05SB | Soundview Home Loan Trust 2005-B |
| 295 | UB03I2 | PFCA Home Equity Investment Trust 2003-IFC4 |
| 296 | UB03I3 | PFCA Home Equity Investment Trust 2003-IFC5 |
| 297 | UB03I4 | PFCA Home Equity Investment Trust 2003-IFC6 |
| 298 | UB0305 | MASTR SEC TR 2003-5 |
| 299 | UB05S1 | MASTR SPEC LN TR 2005-1 |
| 300 | UB06S1 | MASTR SPEC LN TN 2006-1 |
| 301 |  | MortgageIT Trust 2005-AR1 |
| 302 |  | MortgageIT Trust 2006-1 |
| 303 | GC07S1 | Soundview Home Loan Trust 2007-1 |
| 304 and 305 | AH07S1, AH07AS | American Home Mortgage Investment Trust 2007-SD1 Mortgaged-Backed Notes, American Home Mortgage Investment Trust 2007-A Mortgaged-Backed Notes, Series 2007-A |
| 306 | GC07H6 | Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-6 |
| 307 | HB07L2 | HSI Asset Loan Obligation Trust 2007-AR2 Mortgage Pass-Through Certificates, Series 2007-AR2 |
| 308 |  | MASTR SPECIALIZED LOAN TRUST 2004-02 |
| 309 |  | MASTR SPECIALIZED LOAN TRUST 2004-02 |
| 310 |  | MASTR SPECIALIZED LOAN TRUST 2004-03 |
| 311 |  | Bear Stearns Asset Backed Securities Trust 2001-2 |