Kiana Khajeh. #285854
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California  92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)

Attorneys for Secured Creditor,
BSI Financial Services, Inc.

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 12-12020-mg |
| Residential Capital, LLC, | Chapter 11 |
| Debtor. | **NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY** |

**PLEASE TAKE NOTICE** that BSI Financial Services, Inc., as servicer in fact for MNH SUB I LLC, hereby withdraws the Transfer of Claim Other Than for Security in the above-entitled and numbered Ch. 11 case that was filed on June 3, 2013, as docket entry No. 3867, as a supplement to Claim No. 14.

DATED:  June 14, 2013               Respectfully Submitted,
                                    MALCOLM ♦ CISNEROS, A Law Corporation

                                    By:  /s/ *William G. Malcolm*
                                         William G. Malcolm
                                         Authorized Filing Agent for Filer,
                                         Central Mortgage Company

1

| | |
|---|---|
| In re: Residential Capital, LLC | CHAPTER: 11 |
| Debtor(s). | BANKRUPTCY CASE NO.: 12-12020-mg |

**NOTE:** When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Malcolm ♦ Cisneros
A Law Corporation
2112 Business Center Drive
Second Floor
Irvine CA 92612

A true and correct copy of the foregoing document described as **NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 6/14/2013 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address (es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 6/14/2013 I served the following person(s) and/or entity (ies) at the last known address (es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**Debtor:**
Residential Capital, LLC 1177 Avenue of the Americas New York, NY 10036
**Debtor's Attorney:**
Stefan W. Engelhardt Morrison & Foerster LLP 1290 Avenue of the Americas New York, NY 10104
Yvette R Freedman John Peter Lee 830 Las Vegas Boulevard South Las Vegas, NV 89101
Seth Goldman Munger, Tolles & Olson, LLP 355 South Grand Avenue Suite 3500 Los Angeles, CA 90071-1560
Todd M. Goren Morrison & Foerster LLP,
Joel C Haims Morrison & Foerster LLP,
Gary S. Lee Morrison & Foerster LLP,
Lorenzo Marinuzzi,
Larren M. Nashelsky,
Anthony Princi,
Norman Scott Rosenbaum.
Kayvan B. Sadeghi - 1290 Avenue of the Americas New York, NY 10104
Lorraine S. McGowen Orrick, Herrington & Sutcliffe LLP 51 West 52nd Street New York, NY 10019
Steven J. Reisman Curtis, Mallet-Prevost, Colt & Mosle LLP 101 Park Avenue New York, NY 10178
**U.S. Trustee:**
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

☐ Service information continued on attached page

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**III. SERVED BY PERSON DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity (ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 14, 2013 | Enrique Alarcon | */s/Enrique Alarcon* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**