MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Gary S. Lee
Todd M. Goren
Alexandra Steinberg Barrage

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF ADJOURNMENT OF HEARING ON THE LIMITED OBJECTION OF**
**FINANCIAL GUARANTY INSURANCE COMPANY TO DEBTORS'**
**SALE MOTION AND ASSUMPTION NOTICE**

**PLEASE TAKE NOTICE** that the evidentiary hearing on the *Limited Objection of Financial Guaranty Insurance Company to Debtors' Sale Motion and Assumption Notice* [Docket No. 1746] has been adjourned by mutual agreement among the debtors and debtors in possession in the above-captioned cases (the "Debtors"), Financial Guaranty Insurance Company ("FGIC"), and Ocwen Loan Servicing, LLC ("Ocwen", and together with the Debtors and FGIC, the "Parties") from July 10, 2013 at 10:00 a.m. (Prevailing Eastern Time) to **July 24, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "July 24 Hearing").

**PLEASE TAKE FURTHER NOTICE** that the dates provided in the Parties'

ny-1094983

briefing schedule, as set forth in the *Third Amendment to Joint Scheduling Order Regarding Limited Objection of Financial Guaranty Insurance Company to Debtors' Sale Motion and Assumption Notice* [Docket No. 3962], shall be rescheduled to later dates to correspond with the July 24 Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Parties shall submit a joint status report to the Bankruptcy Court on or before **July 12, 2013 at 5:00 p.m. (Prevailing Eastern Time)** regarding the status of their efforts to resolve their dispute and whether the Parties intend to proceed with the July 24 Hearing.

Dated: June 17, 2013
　　　　New York, New York

　　　　　　　　　　　　　　　　　　/s/ Gary S. Lee
　　　　　　　　　　　　　　　　　　Gary S. Lee
　　　　　　　　　　　　　　　　　　Todd M. Goren
　　　　　　　　　　　　　　　　　　Alexandra Steinberg Barrage
　　　　　　　　　　　　　　　　　　**MORRISON & FOERSTER LLP**
　　　　　　　　　　　　　　　　　　1290 Avenue of the Americas
　　　　　　　　　　　　　　　　　　New York, New York 10104
　　　　　　　　　　　　　　　　　　Telephone: (212) 468-8000
　　　　　　　　　　　　　　　　　　Facsimile: (212) 468-7900

　　　　　　　　　　　　　　　　　　*Counsel for the Debtors and*
　　　　　　　　　　　　　　　　　　*Debtors in Possession*

ny-1094983