KATHLEEN G. CULLY PLLC
Kathleen G. Cully
180 Cabrini Boulevard, #128
New York, NY 10033-1167
(212) 447-9882

*Attorney for Lorraine McNeal*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                                                          Chapter 11

*Residential Capital, LLC, et al.,*                              Case No. 12-12020 (MG)

                                 Debtors.                         (Jointly Administered)
------------------------------------------------------------------x

### NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Kathleen G. Cully PLLC hereby appears in the above-captioned case on behalf of Lorraine McNeal ("McNeal"), pursuant to Title 11 of the United States Code (the "Bankruptcy Code") and 9010(b) of the Federal Bankruptcy Rules of Procedure (the "Bankruptcy Rules") in connection with her Motion for Clarification of Final Supplemental Order Entered July 13, 2012 or, in the Alternative, Relief From the Automatic Stay and consents to electronic transmission of notice pursuant to Bankruptcy Rule 9036 and this Court's General Order M-399.

      PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed to be a consent or waiver by McNeal: (1) to the personal jurisdiction of the United States Bankruptcy Court for the Southern District of New York; (2) to have final orders in appropriate matters entered only after *de novo* review by a District Court judge; (3) of the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (4) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) of any other rights, claims, actions, defenses, setoffs, or recoupments to which McNeal is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments McNeal expressly reserves.

Dated: June 18, 2013                      KATHLEEN G. CULLY PLLC
       New York, New York

                                                 /s/ Kathleen G. Cully
                                           Kathleen G. Cully
                                           Attorney for Lorraine McNeal
                                           180 Cabrini Boulevard, #128
                                           New York, NY 10033-1167
                                           E-mail: kgcully@kgcully.com
                                           Telephone: (212) 447-9882
                                           Fax: (800) 979-0423