KATHLEEN G. CULLY PLLC  
Kathleen G. Cully  
180 Cabrini Blvd., #128  
New York, NY 10033-1167  
(212) 447-9882  

*Attorney for Debtor*

UNITED STATES BANKRUPTCY COURT          Hearing Date: July 24, 2013  
SOUTHERN DISTRICT OF NEW YORK        Hearing Time: 10:00 a.m.  
-----------------------------------------------------------------x

In re                                                       Case No. 12-12020 (MG)

*Residential Capital, LLC, et al.*,               Chapter 11

                           Debtors.                       (Jointly Administered)

-----------------------------------------------------------------x

NOTICE OF MOTION

       Lorraine McNeal, by and through her attorney, Kathleen G. Cully PLLC, has filed a Motion for Clarification of Final Supplemental Order Entered July 13, 2012 or, in the Alternative, Relief From the Automatic Stay (the "Motion") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

       **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

       If you do not want the court to grant the relief requested by the Motion, or if you want the court to consider your views on the Motion/Objection, then **on or before July 17**, **2013**, you or your attorney must, as required by the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the Bankruptcy Court (the "Local Rules"):

       1.   File a response explaining your position with the Clerk of the Bankruptcy Court. Your response must conform to the Bankruptcy Rules and the Local Rules. Registered users of the Bankruptcy Court's electronic filing system must file electronically pursuant to the Bankruptcy Court's General Order M-399. Other parties in interest may file a 3.5" disk containing the response, preferably in portable document format (PDF), Word or WordPerfect format, or the response in paper form ("hard copy") with the Clerk of the Bankruptcy Court, One Bowling Green, New York, NY 10004.

       2.   Deliver a hard copy of your response to the Chambers of the Honorable Martin Glenn.

       3.   Serve your response on the United States Trustee and me as the Debtor's attorney at our respective addresses below.

       You or your attorney must also file a proof of service with the Clerk of the Bankruptcy Court.

       You or your attorney must also attend the hearing scheduled to be held before the Honorable Martin Glenn on July 24, 2013, at 10:00 a.m. in Courtroom 501, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004.

      If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion/Objection and may enter an order granting that relief.

| | |
|---|---|
| Dated: June 18, 2013<br>     New York, New York | KATHLEEN G. CULLY PLLC<br><br> /s/ Kathleen G. Cully<br>Kathleen G. Cully<br>Attorney for Debtor<br>180 Cabrini Blvd., #128<br>New York, NY 10033-1167<br>Telephone (212) 447-9882<br>Fax (800) 979-0423 |