**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

    RESIDENTIAL CAPITAL, LLC, *et al.*,

                              Debtors.

Case No. 12-12020

Jointly Administered

## ORDER DENYING DEBTORS' MOTION TO ENFORCE AUTOMATIC STAY

Upon the Debtors' *Motion for Enforcement of the Automatic Stay* as against the Navarro Parties (ECF Doc. # 3830), it is hereby **ORDERED** that, for the reasons stated on the record, the Debtors' motion is denied.

Dated:    June 18, 2013
          New York, New York

                        *Martin Glenn*
                           MARTIN GLENN
                United States Bankruptcy Judge