**Presentment Date and Time: June 26, 2013 at 12:00 p.m. (ET)**
**Objection Deadline: June 25, 2013 at 4:00 p.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Erica J. Richards
James A. Newton

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF PRESENTMENT OF STIPULATION AND ORDER PURSUANT TO**
**11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

**PLEASE TAKE NOTICE** that the undersigned will present the attached proposed

*Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by*

*11 U.S.C. § 362(a)* (the "**Stipulation and Order**"), to the Honorable Martin Glenn, United

States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New

York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green,

New York, New York 10004, Room 501, for signature on **June 26, 2013 at 12:00 p.m.**

**(Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Stipulation and Order is not being

submitted under the Procedures approved by the Bankruptcy Court in the *Order Pursuant to*

NY-1095596

*Bankruptcy Code Sections 105(a) and 362(d) for Entry of an Order Approving Procedures by Which Third Parties May Request and Obtain Stipulated Relief from the Automatic Stay to Commence or Continue Actions to Foreclose Senior Liens* [Docket No. 1824] ("**Procedures Order**") due to the omnibus nature of the relief agreed upon.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Stipulation and Order must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **June 25, 2013 at 4:00 p.m. (Prevailing Eastern Time)**, upon (a) counsel for the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attn: Norman S. Rosenbaum, Erica J. Richards, and James A. Newton); (b) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto); (c) the Office of the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attn: U.S. Attorney General, Eric H. Holder, Jr.); (d) Office of the New York State Attorney General, The Capitol, Albany, NY 12224-0341 (Attn: Nancy Lord and Enid N. Stuart); (e) Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007 (Attn: Joseph N. Cordaro); (f) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attn: Richard M. Cieri); (g) counsel to Barclays Bank PLC, as administrative agent for the DIP lenders, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036 (Attn: Ken Ziman & Jonathan H. Hofer); (h) counsel

for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attn: Kenneth Eckstein & Greg Horowitz); (i) counsel for Ocwen Loan Servicing, LLC, Clifford Chance US LLP, 31 West 52nd Street, New York, NY 10019 (Attn: Jennifer C. DeMarco & Adam Lesman); (j) counsel for Berkshire Hathaway, Inc., Munger, Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, CA, 90071 (Attn: Seth Goldman & Thomas B. Walper); (k) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight mail, to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); (l) Securities and Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New York, NY 10281-1022 (Attn: George S. Canellos, Regional Director); and (m) counsel for the Requesting Party, Rosicki, Rosicki, Associates, P.C., 51 E. Bethpage Road, Plainview, NY 11803 (Attn: Eric S. Sheidlower).

**PLEASE TAKE FURTHER NOTICE** that, if no objections to the Stipulation and Order are timely filed, served and received in accordance with this Notice, the Court may enter the Stipulation and Order without further notice or hearing.

Dated: June 18, 2013  
New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum  
Norman S. Rosenbaum  
Erica J. Richards  
James A. Newton  
MORRISON & FOERSTER LLP  
1290 Avenue of the Americas  
New York, New York 10104  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*

NY-1095596

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

---

**STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 362(d)**
**MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

**WHEREAS** each of the parties listed on **Exhibit 1** hereto (each a "**Requesting Party**" and collectively, the "**Requesting Parties**") asserts that it holds a senior mortgage or security interest in the respective properties set forth on **Exhibit 1** hereto (each, a "**Mortgaged Property**" and collectively the "**Mortgaged Properties**");

**WHEREAS** the Requesting Parties have obtained a foreclosure or other title search in connection with the pending or prospective foreclosure of each of the respective Mortgaged Properties which indicates that the one of the above-captioned debtors (the "**Debtors**") may hold a lien on the Mortgaged Property;

**WHEREAS** the Requesting Parties have requested (each a "**Request**," and collectively, the "**Requests**") that the Debtors consent to relief from the automatic stay, pursuant to section 362(d) of title 11 of the United States Code (the "**Bankruptcy Code**"), in order to permit the Requesting Parties to commence and/or complete the foreclosure of their respective interests in the Mortgaged Properties;

**WHEREAS** the Debtors, following a review of their records, have determined that to the best of their knowledge they no longer hold an interest in the Mortgaged Properties, although, in some instances, an assignment of the Debtors' mortgage has not yet been filed;

NY-1090208

**WHEREAS** the Debtors have agreed to consent to the Requests on the terms and conditions contained in this Stipulation and Order to permit the Requesting Parties to proceed with foreclosure sales without violating the automatic stay;

**NOW, THEREFORE**, it is hereby stipulated and agreed as between the Debtors and each Requesting Party, each solely in respect of the Mortgaged Properties for which such Requesting Party seeks relief from the automatic stay, through their undersigned counsel; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Requests are granted as set forth herein.

2. To the extent applicable, the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is modified under section 362(d) of the Bankruptcy Code to the extent necessary to allow each of the Requesting Parties to commence and/or complete the foreclosure of the mortgage and security interest it holds on the respective Mortgaged Property, as specified on **Exhibit 1** hereto.

3. Nothing in this Stipulation and Order shall be deemed to affect in any way the rights of any entity, including the Debtors, to contest the validity or relative priority of the applicable Requesting Party's mortgage and security interest in the respective Mortgaged Property relative to any other lien on such Mortgaged Property in any foreclosure proceeding.

4. Nothing in this Stipulation and Order shall be construed to provide for annulment of or any other retroactive relief from the automatic stay.

5. Requesting Party shall provide due notice to all parties required by applicable law to receive notice, as well as to the Debtors, Ocwen Loan Servicing, LLC[1], and Green Tree Servicing LLC[2], in connection with any action to be taken with respect to the respective Mortgaged Property, including, but not limited to, proceeding with a sale of such Mortgaged Property, in accordance with and to the extent the Requesting Party would be required by applicable state law to provide notice to the holder of any lien on such Mortgaged Property.

6. A Requesting Party and the Debtors may agree, in a signed writing, to a modification of this Stipulation and Order solely with respect to the application of this Stipulation and Order to such Requesting Party, and such signed writing shall not be deemed to affect in any manner the application of this Stipulation and Order to any other Requesting Party, <u>provided</u>, however, that except as specifically set forth in this paragraph, this Stipulation and Order may not be modified other than by further order of the Court.

7. This Stipulation and Order may be executed in multiple counterparts, each of which shall be deemed an original but all of which when taken together shall constitute one and the same instrument.

8. Pursuant to Bankruptcy Rule 4001(a)(3), the 14-day stay of this Stipulation and Order imposed by such Bankruptcy Rule is waived. Each Requesting Party is authorized to implement the provisions of this Stipulation and Order immediately upon its entry.

---

[1] Notices should be served on Ocwen Loan Servicing, LLC, at 1100 Virginia Drive, Fort Washington, PA 19034 (Attn: Peter J. Mulcahy, Esq.).

[2] Notices should be served on Green Tree Servicing LLC via email at: Foreclosure_Team@gt-cs.com or via mail addressed to: Green Tree Servicing LLC, Mailstop: R214, 1400 Turbine Drive, Rapid City, SD 57703.

NY-1090208

9.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Stipulation and Order.

| GMAC MORTGAGE, LLC<br><br><br>By: /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Erica J. Richards<br>James A. Newton<br>**MORRISON & FOERSTER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for Debtors*<br>*and Debtors in Possession* | EACH OF THE REQUESTING PARTIES SET FORTH ON **EXHIBIT 1**, HERETO, EACH SOLELY IN RESPECT OF THE MORTGAGED PROPERTY FOR WHICH IT SEEKS RELIEF FROM THE AUTOMATIC STAY<br><br>By: /s/ Eric S. Sheidlower<br>Eric S. Sheidlower<br>**ROSICKI, ROSICKI, ASSOCIATES, P.C.**<br>51 E. Bethpage Road<br>Plainview, New York 11803<br>Telephone: (516)741-2585<br>Facsimile: (516) 873-7243 |

APPROVED AND SO ORDERED
This ___ day of June, 2013, in New York, NY

_____

**HONORABLE MARTIN GLENN**
**UNITED STATES BANKRUPTCY JUDGE**

NY-1090208

# **EXHIBIT 1**

|    | Requesting Party | Lienholder | Borrower Name(s) | Address |
|----|------------------|------------|------------------|---------|
| 1  | Bank of America, N.A. | Bank of America | Alberta, Angela R. | 913 Vernon Street, Fernandina Beach, FL 32034 |
| 2  | Bayview Loan Servicing, LLC | Bayview Loan Servicing, LLC | Ali, Razia | 1416 Melody Lane, Carrollton, TX 75006 |
| 3  | The Bank of New York Mellon FKA The Bank of New York, as Trustee from the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-19, Mortgage Pass-Through Certificates, Series 2007-19 | Bank of America | Arellano, Adela F. | 1785 Los Berros Road, Arroyo Grande, CA 93420-5957 |
| 4  | Bank of America, N.A. | Bank of America | Betancourt, Lady | 7461 NW 11 Place, Plantation, FL 33313 |
| 5  | Bank of America, N.A. | Bank of America | Booher, Martin S.; Booher, Sandra L. | 1765 Platinum Falls, Cascade Township, MI 49301 |
| 6  | Ocwen Loan Servicing, LLC | Ocwen Loan Servicing, LLC (originally with Homeward) | Briscoe, Lucas; Robecker, Norma | 137 Monte Brady Road, Montesano, WA 98563 |
| 7  | Seterus, Inc as servicer for Federal National Mortgage Association | Seterus, Inc. | Calderon, Hector | 233 Montana Avenue, Saint Cloud, FL 34769 |
| 8  | Bank of America, N.A. | Bank of America | Calloway, James T.; Calloway, Barbara | 4331 Lightwood Road, Deatsville, AL 36022 |
| 9  | Nationstar Mortgage LLC | Nationstar Mortgage LLC | Castillo, Richard | 372 Fairfield Drive, Sanford, FL 32771 |
| 10 | Citimortgage, Inc. | CitiMortgage, Inc. | Chavez, Yolanda M.; Chavez, Joe G. | 1932 J Cheshier Road, Fort Worth, TX 76247 |
| 11 | Ocwen Loan Servicing, LLC | Ocwen Loan Servicing, LLC (originally with Homeward) | Cheriscat, Mariane | 2603 Palmetto Ridge Cir, Apopka, FL 32712-0000 |

|    | Requesting Party | Lienholder | Borrower Name(s) | Address |
|----|------------------|------------|------------------|---------|
| 12 | Bank of America, N.A. | Bank of America | Crook, Thomas; Martin, Josette | 50 Burning Bush Drive, Palm Coast, FL 32137 |
| 13 | Seterus, Inc. as servicer for Federal National Mortgage Association | Seterus, Inc. | Delgado, Dinelia | 617 Valle Vista Drive, Brandon, FL 33511 |
| 14 | US Bank, N.A. | US Bank, N.A. | Dobson, George A. | 262 Eagle Terrace Trail, Cross, SC 29436 |
| 15 | The Bank of New York Mellon FKA The Bank of New York, as Trustee from the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-IM1 | Bank of America | Dukes, Meltwaine D. | 25163 Crysler, Taylor, MI 48180 |
| 16 | Nationstar Mortgage LLC | Nationstar Mortgage LLC | Ellis, Joel; Ellis, Sharon | 7153 Maysville Court, Wesley Chapel, FL 33544 |
| 17 | Nationstar Mortgage LLC | Nationstar Mortgage LLC | Flinn, Jason M. | 450 Layport Drive, Sebastian, FL 32958 |
| 18 | Ocwen Loan Servicing, LLC | Ocwen Loan Servicing, LLC | Garner, Cesserna; Garner, Millard | 1012 Brown Summit Avenue, Statesville, NC 28677 |
| 19 | Citimortgage, Inc. | CitiMortgage, Inc. | Gelling, Timothy | 38 Doolittle Road, Stamford, CT 06902 |
| 20 | Seterus, Inc. as servicer for Federal National Mortgage Association | Seterus, Inc. | Green, Glynell | 14373 Archdale Street, Detroit, MI 48227 |
| 21 | Citimortgage, Inc. | CitiMortgage, Inc. | Grzelewski, Walter A.; Grzelewski, Katherine L. | 5524 E 141st Street, Maple Heights, OH 44137 |
| 22 | Bank of America, N.A. | Bank of America | Haddad, Sarah | 1719 Loraine Avenue, Lansing, MI 48910 |
| 23 | AMS Servicing, LLC as servicer for Castle Peak 2012-1 Loan Trust | AMS Servicing, LLC | Hariprasad, Guru | 90-60 180 Street, Jamaica, NY 11432 |

NY-1090208

|    | Requesting Party | Lienholder | Borrower Name(s) | Address |
|----|------------------|------------|------------------|---------|
| 24 | Seterus, Inc. as servicer for Federal National Mortgage Association | Seterus, Inc. | Lewis, Matthew; Lewis, Sharon | 487 N University Drive Unit 2, Plantation, FL 33324 |
| 25 | HSBC Bank USA, N.A. | HSBC | Linton, Robert | 23139 Normandy, Eastpointe,, MI 48021 |
| 26 | Citimortgage, Inc. | CitiMortgage, Inc. | Mandarino, AI | 481p Father Capodanno Blvd, Staten Island, NY 10305 |
| 27 | Seterus, Inc. as servicer for Federal National Mortgage Association | Seterus, Inc. | Manser, Charles | 21360 Mada Avenue, Southfield, MI 48075 |
| 28 | Bank of America, N.A. | Bank of America | Marx, David T. | 30903 Moroso Drive, Warren, MI 48088 |
| 29 | Freedom Mortgage Corporation | LoanCare Servicing Center, Inc. | Matrone, Coleen Durbin; Matrone, David | 1514 Reeths Court, Muskegon, MI 49445 |
| 30 | Fidelity Bank, A Federal Chartered Savings Bank. | Fidelity Bank | Montgomery, Randall; Montgomery, Patricia | 8186 Fenton Street Dearborn Heights, MI 48127-1324 |
| 31 | Citimortgage, Inc. | CitiMortgage, Inc. | Moore, John | 105 Bates Ln, Frenchtown Township, MI 48162 |
| 32 | Bank of America, N.A. | Bank of America | Murray, Jo Anne | 248 East Hickory, Battle Creek, MI 49017 |
| 33 | Nationstar Mortgage LLC | Nationstar Mortgage LLC | Murray, Michael B.; Murray, Angela C. | 225 Pine Knoll Drive, Trussville, AL 35173 |
| 34 | Bayview Loan Servicing, LLC | Bayview Loan Servicing, LLC | Murray, Rose; Murray, John | 82 Van Buren Avenue, West Hartford, CT 06107 |
| 35 | EverBank | Everhome Mortgage Company | Murray, William T. | 15316 Allen Road, Taylor, MI 48180 |

|    | Requesting Party | Lienholder | Borrower Name(s) | Address |
|----|------------------|------------|------------------|---------|
| 36 | US Bank, N.A. | US Bank, N.A. | Neumann, Gregory; Neumann, Gloria | 6911 Long Lake Road, Alpena, MI 49707 |
| 37 | Citimortgage, Inc. | CitiMortgage, Inc. | Newman, Ronald D.; Newman, Pamela M. | 15919 64th Street East, Sumner, WA 98390 |
| 38 | LPP Mortgage Ltd. | Dovenmuehle Mortgage, Inc. | Odigie, Daniel A. | 41 Henry Albert Street, Milford, CT, 06460 |
| 39 | Citimortgage, Inc. | CitiMortgage, Inc. | Orehek, Michael F.; Orehek, Diane D. | 6510 Sabrosa Court East, Fort Worth, TX 76133 |
| 40 | Citimortgage, Inc. | CitiMortgage, Inc. | Pickens, Rachel | 6718 Silvermine Drive #1203, Austin TC 78736 |
| 41 | Citimortgage, Inc. | CitiMortgage, Inc. | Prock, Robert G.; Carlson, Caroline J. | 1401 100th Street, Tacoma, WA 98444 |
| 42 | Freedom Mortgage Corporation | LoanCare Servicing Center, Inc. | Quist, Matthew R.; Quist, Gabriela | 1800 W. Grange Avenue, Milwaukee. WI 53221 |
| 43 | Nationstar Mortgage LLC | Nationstar Mortgage LLC | Redden, Michael A. | 17819 NE 36th Way, Vancouver, WA 98682 |
| 44 | Bayview Loan Servicing, LLC | Bayview Loan Servicing, LLC | Richmond, John | 4645 Moore Street, Wayne, MI 48184 |
| 45 | Citimortgage, Inc. | CitiMortgage, Inc. | Ritchie, Scott A.; Ritchie, Wendy A. | 3695 Hyde Park Court, Fort Myers, FL 33908 |
| 46 | The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Truste 2006-OA18, Mortgage Pass-Through Certificates, Series 2006-OA18 | Bank of America | Ruiz, Eddie | 8735 SW 122nd Street, Miami, FL 33176 |
| 47 | Bank of America, N.A. | Bank of America | Rutkowski, Stanislaw | 23-25 Regency Court, Southington, CT 06489-1748 |

4

|    | Requesting Party | Lienholder | Borrower Name(s) | Address |
|----|------------------|------------|------------------|---------|
| 48 | Bank of America, N.A. | Bank of America | Schuh, Kevin R. | Parcel 10 A/K/A 7944 Isles Road, Maple Valley Township, MI 48416 |
| 49 | Wells Fargo Bank, N.A., as Trustee, in trust for registered Holders of First Franklin Mortgage Loan Trust 2006-FFH1, Asset-Backed Certificates, Series 2006-FFH1 | Select Portfolio Servicing, Inc. | Sherman, Glenn | 1047 Osceola Avenue, Jacksonville Beach, FL 32250-3158 |
| 50 | Citimortgage, Inc. | CitiMortgage, Inc. | Snowden, Charles S.; Snowden, Tracy L. | 212 London Place, Port Orange, FL 32127 |
| 51 | Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-59, Mortgage Pass-Through Certificates, Series 2005-59 | Select Portfolio Servicing, Inc. | Taranto, Franklin | 24 Neffs Corner Road, Higganum, CT 06441 |
| 52 | Seterus, Inc. as servicer for Federal National Mortgage Association | Seterus, Inc. | Underhill, Joseph | 3445 SE 4th Street, Okeechobee, FL 34974 |
| 53 | Ocwen Loan Servicing, LLC | Ocwen Loan Servicing, LLC | Valdes, David | 1401E 9 Ct, Hialeah, FL 33010 |
| 54 | Bank of America, N.A. | Bank of America | Voorhies, Christopher L. | 22055 Cunningham Avenue, Warren, MI 48091 |
| 55 | Seterus, Inc. as servicer for Federal National Mortgage Association | Seterus, Inc. | White, Norah | 28470 Rosewood Street, Inkster, MI 48141 |
| 56 | Nationstar Mortgage LLC | Nationstar Mortgage LLC | York, Brian E. | 864 111th Street, S. Tacoma, WA 98444 |

NY-1090208