UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

-------------------------------------------------------------

### NOTICE OF WITHDRAWAL OF CLAIM NUMBER 1169, FILED BY LEON AND SANDRA DE HAAFF

Leon and Sandra de Haaff, having filed Claim Number 1169 filed against Residential Capital, LLC (the "Claim"), hereby give notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure.

Leon and Sandra de Haaff hereby withdraw the Claim, authorize SilvermanAcampora LLP, special counsel to the Official Committee of Unsecured Creditors in the above-captioned cases, to file this Notice with the Bankruptcy Court in order to effectuate the withdrawal of the Claim, and also authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register.

A facsimile signature or a signature in portable document format (.pdf) shall be deemed original for purposes of this Notice of Withdrawal.

Dated: June 15, 2013            _____ Leon de Haaff _____

*Leon de Haaff* (Sign Name)