# **EXHIBIT 2**

ny-1095440

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---------------------------------------------------------------

**ORDER PURSUANT TO FED. R. BANKR. P. 9006 AND LOCAL BANKRUPTCY RULES 9006-1 AND 9077 SHORTENING THE TIME FOR NOTICE OF AND SCHEDULING A HEARING TO CONSIDER THE DEBTORS' MOTION FOR AN ORDER UNDER BANKRUPTCY CODE SECTIONS 105(A) AND 363(B) AUTHORIZING THE DEBTORS TO ADVANCE THE NJ CARPENTERS <u>NOTICE COSTS AND TRANSFER THOSE FUNDS INTO ESCROW</u>**

Upon consideration of the motion (the "<u>Motion</u>"),[1] of Residential Capital, LLC, and certain of its affiliates, as debtors and debtors in possession (collectively, the "<u>Debtors</u>") for entry of an order pursuant to Fed. R. Bankr. P. 9006(c) and Local Bankruptcy Rule 9006-1(b) shortening the time for notice of and scheduling a hearing to consider the *Debtors' Motion For an Order Under Bankruptcy Code Sections 105(A) and 363(b) Authorizing the Debtors to Advance the NJ Carpenters Notice Costs and Transfer Those Funds Into Escrow* (the "<u>NJ Carpenters Motion</u>"); and upon the declaration, pursuant to Local Bankruptcy Rule 9077, of Joel C. Haims; and the Court having determined that granting the relief requested in the Motion is appropriate; and it appearing that due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

    1.    The Motion is granted as set forth herein.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ny-1095440

2. The hearing to consider the NJ Carpenters Motion shall be held on June 26, 2013 at 10:00 a.m. (Prevailing Eastern Time) before the Honorable Judge Martin Glenn, One Bowling Green, New York, NY 10004, Courtroom 501. The hearing on the NJ Carpenters Motion may be adjourned from time to time without further notice other than an announcement of the adjourned date or dates in open court. Notice of such adjourned date(s) will be available on the electronic case filing docket.

3. The Debtors shall serve a copy of this Order as promptly as practicable on the day of entry thereof by fax, e-mail, or overnight mail, on those parties entitled to receive notice pursuant to the Case Management Order.

4. Any objections ("Objections") to the approval of the NJ Carpenters Motion shall be filed and served so that they are received no later than 5:00 p.m. (Prevailing Eastern Time) on June 21, 2013 in accordance with the Case Management Order. Objections not timely filed and served in the manner set forth above shall not be considered and shall be overruled. Responses to any Objections shall be due by June 24, 2013 at 5:00 p.m. and served on the objecting party.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: New York, New York  
       June __, 2013

                                                     _____  
                                                     THE HONORABLE MARTIN GLENN  
                                                     UNITED STATES BANKRUPTCY JUDGE