KATHLEEN G. CULLY PLLC
Kathleen G. Cully
180 Cabrini Boulevard, #128
New York, NY 10033-1167
(212) 447-9882

*Attorney for Lorraine McNeal*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re                                                           Case No. 12-12020 (MG)

*Residential Capital, LLC, et al.*,                             Chapter 11

                               Debtors.                (Jointly Administered)
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Kathleen G. Cully, declare under penalty of perjury that:

1. On June 18, 2013, pursuant to General Order M-399, I served the Notice of Electronic Filing of Lorraine McNeal's Motion for Clarification of Final Supplemental Order Entered July 13, 2012 or, in the Alternative, Relief From the Automatic Stay (ECF No. 3995), together with true and correct copies of such Motion, by electronic mail on the persons listed in the attached Exhibit A.

2. On June 19, 2013, I caused true and correct copies of such Motion to be served by first-class U.S. mail, postage paid, on the persons listed in the attached Exhibit B.

Dated: June 19, 2013                          KATHLEEN G. CULLY PLLC
       New York, New York

                                              /s/ Kathleen G. Cully
                                             Kathleen G. Cully
                                             Attorney for Lorraine McNeal
                                             180 Cabrini Boulevard, #128
                                             New York, NY 10033-1167
                                             Telephone (212) 447-9882
                                             Fax (800) 979-0423

**EXHIBIT A**

**General Service E-mail List:**

abehlmann@lowenstein.com
accesslegalservices@gmail.com
adam.harris@srz.com
adam.parkin@tdsecurities.com
adoshi@magnozzikye.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
ajowers@kslaw.com
alicia.borys@barclays.com
almeyers@sjgov.org
almoskowitz@winston.com
alves@sewkis.com
andrea.hartley@akerman.com
aqureshi@akingump.com
arosen@jacobslawpc.com
ayala.hassell@hp.com
bankruptcy@clm.com
bankruptcy@morrisoncohen.com
bankruptcy2@ironmountain.com
bateman@sewkis.com
bbeskanos@aol.com
bbressler@schnader.com
bdeutsch@schnader.com
bdk@schlamstone.com
bguiney@pbwt.com
bill.macurda@alston.com
binder@sewkis.com
bnkatty@aldine.k12.tx.us
brandon.johnson@pillsburylaw.com
brian.greer@dechert.com
brian@gmcnjlaw.com
bwalker@kmllp.com
calbanese@gibbonslaw.com
catherine_lasher@fanniemae.com
cball@jonesday.com
ceblack@jonesday.com
choward@lockelord.com
chris@myfaircredit.com
christensen@sewkis.com
christopher.stevens@tdsecurities.com
clometti@cohenmilstein.com
cmomjian@attorneygeneral.gov
courtney.lowman@ally.com
cschreiber@winston.com
cshore@whitecase.com
cwood@rgrdlaw.com
das@sewkis.com
daveburnett@quinnemanuel.com
david.jason@usbank.com
david.powlen@btlaw.com
david.tillem@wilsonelser.com
davids@blbglaw.com
dcaley@wongfleming.com
dearly@fdic.gov
deborah@ladyesq.net
deggert@freebornpeters.com
delman@gelaw.com
derek@talcottfranklin.com
dflanigan@polsinelli.com
dfliman@kasowitz.com
dgolden@akingump.com
dhall@siwpc.com
diane.sanders@lgbs.com
diem.home@gmail.com
dlibra@lapplibra.com
dmoffa@ktmc.com
dneier@winston.com
drehns@cohenmilstein.com
dsasser@siwpc.com
dskeens@wbsvlaw.com
dstichesq@gmail.com
dwdykhouse@pbwt.com
dwollmuth@wmd-law.com
dzensky@akingump.com
ebcalvo@pbfcm.com
eboden@schnader.com
ecf@kaalaw.com
ecfmail@aclawllp.com
echou@coleschotz.com
eciolko@ktmc.com
ericwinston@quinnemanuel.com
floraoropeza@co.imperial.ca.us
floressaucedopllc@gmail.com
fsosnick@shearman.com
gary.holtzer@weil.com
gbush@zuckerman.com
gcatalanello@duanemorris.com
george.rayzis@usbank.com

| | |
|---|---|
| ggraber@hodgsonruss.com | john.kibler@allenovery.com |
| glenn.gillett@usdoj.gov | john.stern@texasattorneygeneral.gov |
| glenn.siegel@dechert.com | jonathanu@blbglaw.com |
| gregory.petrick@cwt.com | josselson@sewkis.com |
| guzzi@whitecase.com | jteitelbaum@tblawllp.com |
| hadi.khatib@akerman.com | jvincequerra@duanemorris.com |
| harrisj12@michigan.gov | jwcohen@daypitney.com |
| hector.gonzalez@dechert.com | jwilliams@wilmingtontrust.com |
| hkryder@daypitney.com | jzajac@proskauer.com |
| hooper@sewkis.com | kathryn.thorpe@tdsecurities.com |
| houston_bankruptcy@lgbs.com | kay.brock@co.travis.tx.us |
| howard.godnick@srz.com | keith.wofford@ropesgray.com |
| igoldstein@proskauer.com | kelly.j.rentz@wellsfargo.com |
| ilevee@lowenstein.com | kelvin.vargas@db.com |
| ingrid.bagby@cwt.com | ken.coleman@allenovery.com |
| irina.palchuk@usbank.com | kenton_hambrick@freddiemac.com |
| isilverbrand@whitecase.com | kgiannelli@gibbonslaw.com |
| jai@blbglaw.com | kit.weitnauer@alston.com |
| james.byrnes@usbank.com | kmarino@khmarino.com |
| james.heaney@lawdeb.com | kotwick@sewkis.com |
| jberkowitz@gibbonslaw.com | kpatrick@gibbsbruns.com |
| jboyle@khmarino.com | krehns@cohenmilstein.com |
| jcoffey@brownrudnick.com | kristi.garcia@wellsfargo.com |
| jcorneau@klestadt.com | ksheehan@flwlaw.com |
| jdmarshall@brownrudnick.com | laura.moran@usbank.com |
| jeff.brown@gmacfs.com | lberkoff@moritthock.com |
| jennifer.provenzano@bnymellon.com | lee.gordon@mvbalaw.com |
| jeremyandersen@quinnemanuel.com | lemiller@jonesday.com |
| jgarrity@morganlewis.com | lneish@zuckerman.com |
| jgelman@jacobslawpc.com | mabrams@wilkie.com |
| jglucksman@scarincihollenbeck.com | macohen@curtis.com |
| jhaake@wbsvlaw.com | mageshwaran.ramasamy@bnymellon.com |
| jhardy2@wilkie.com | mamta.scott@usbank.com |
| jjonas@brownrudnick.com | marguerite.gardiner@srz.com |
| jjtancredi@daypitney.com | mark.ellenberg@cwt.com |
| jkatz@katz-law.com | mark.flannagan@umb.com |
| jlaitman@cohenmilstein.com | marty.bunin@alston.com |
| jlawlor@wmd-law.com | matthewj@blbglaw.com |
| jleibowitz@kandfllp.com | mauricio.espana@dechert.com |
| jmcmurtr@placer.ca.gov | mcarney@mckoolsmith.com |
| jmiller@tcfbank.com | mdyer@aclawllp.com |
| jmoldovan@morrisoncohen.com | meisenkraft@cohenmilstein.com |
| jmorganroth@morganrothlaw.com | metkin@lowenstein.com |
| jnagi@polsinelli.com | mfriedman@meyner.com |
| joel@shafeldlaw.com | mgallagher@curtis.com |

michael.cutini@srz.com
michael.spataro@bnymellon.com
michelle.moeller@usbank.com
mkbroyles@feinsuchcrane.com
mknitter@co.monroe.pa.us
mkraut@morganlewis.com
mmorganroth@morganrothlaw.com
mpmorris@gelaw.com
mrollin@rplaw.com
mschaedle@blankrome.com
mstein@kasowitz.com
mstrauss@kmllp.com
mvaughan@wbsvlaw.com
mwarner@coleschotz.com
namamoo@kasowitz.com
ncohen@zuckerman.com
nichlaus.m.ross@wellsfargo.com
njacobs@jacobslawpc.com
patel@sewkis.com
patrick.kerner@barclays.com
paul_mullings@freddiemac.com
paul_papas@mylegalhelpusa.com
pdatta@hhstein.com pdefilippo@wmd-law.com pferdinands@kslaw.com
pfleming@morganlewis.com
pmahony@leopoldassociates.com
pmoak@mckoolsmith.com
ppascuzzi@ffwplaw.com
ra-li-ucts-bankrupt@state.pa.us
rbarkasy@schnader.com
rbrown@robertbrownlaw.com
rchoi1@wilkie.com
richard@rsaxlaw.com
rlwynne@jonesday.com
rmaney@wilmingtontrust.com
romero@mromerolawfirm.com
ronald.rowland@rms-iqor.com
root@blankrome.com
rosa.mendez@db.com
ross.martin@ropesgray.com
rrich2@hunton.com
rschug@nka.com
sarah.stout@bnymellon.com
schindlerwilliamss@ballardspahr.com

scottshelley@quinnemanuel.com
sdnyecf@dor.mo.gov
seth.goldman@mto.com
sfennessey@shearman.com
sfitzgerald@wmd-law.com
sharon.squillario@wellsfargo.com
sheehan@txschoollaw.com
shumphries@gibbsbruns.com
sleopold@leopoldassociates.com
sreisman@curtis.com
srosen@cb-shea.com
srutsky@proskauer.com
stevep@rgrdlaw.com
susan.balaschak@akerman.com
susan.khokher@tdsecurities.com
susanp@taxcollector.com
susheelkirpalani@quinnemanuel.com
swissnergross@brownrudnick.com
taconrad@sbwlawfirm.com
tal@talcottfranklin.com
tanveer.ashraf@usbank.com
tarr@blankrome.com
tfawkes@freebornpeters.com
tfoundy@curtis.com
thadwilson@kslaw.com
theodore.w.tozer@hud.gov
thomas.walper@mto.com
tklestadt@klestadt.com
tlallier@foleymansfield.com
tterrell@feinsuch.com
tziegler@ktmc.com
victoria.safran@ag.ny.gov
whazeltine@sha-llc.com
will.hoch@crowedunlevy.com
william.hao@alston.com
xrausloanops5@barclays.com

**Special Service E-mail List:**

askdoj@usdoj.gov
adam.lesman@cliffordchance.com
bankruptcynoticeschr@sec.gov
bmyrick@sidley.com
bobbie.theivakumaran@citi.com
brian.masumoto@usdoj.gov
colette.wahl@gmacrescap.com
deanna.horst@gmacrescap.com
diane.citron@ally.com
dlemay@chadbourne.com
dmannal@kramerlevin.com
dminoff@loeb.com
eileen.oles@gmacrescap.com
enid.stuart@oag.state.ny.us
glee@mofo.com
guzzi@milbank.com
hseife@chadbourne.com
jboelter@sidley.com
jennifer.demarco@cliffordchance.com
jill.horner@gmacrescap.com
john.bellaver@ally.com
joseph.cordaro@usdoj.gov
jtrachtman@kramerlevin.com
julie.busch@gmacrescap.com
kdwbankruptcydepartment@kelleydrye.com
keckstein@kramerlevin.com
ksadeghi@mofo.com
lauren.delehey@gmacrescap.com
linda.riffkin@usdoj.gov
lmarinuzzi@mofo.com
lnashelsky@mofo.com
lnyhan@sidley.com
maofiling@cgsh.com
marie.l.cerchero@irs.gov
mroitman@chadbourne.com
nancy.lord@oag.state.ny.us
newyork@sec.gov
nikolay.kodes@skadden.com
patty.zellmann@ally.com
pbentley@kramerlevin.com
peter_mcgonigle@fanniemae.com
projectrodeo@kirkland.com
ray.schrock@kirkland.com
rescapinfo@kccllc.com
rgayda@chadbourne.com
richard.cieri@kirkland.com
secbankruptcy@sec.gov
soneal@cgsh.com
stephen.hessler@kirkland.com
szide@kramerlevin.com
tammy.hamzehpour@gmacrescap.com
timothy.devine@ally.com
tmayer@kramerlevin.com
tmoloney@cgsh.com
tracy.davis2@usdoj.gov
vrubinstein@loeb.com
wcurchack@loeb.com
william.b.solomon@ally.com
william.thompson@gmacrescap.com
william.tyson@gmacrescap.com

**EXHIBIT B**

Mailing List
Address that have been struck through were not served via US mail.

| | | |
|---|---|---|
| CHADBOURNE & PARKE LLP HOWARD ROBERT J. GAYDA AND MARC B. ROITMAN 30 ROCKEFELLER PLAZA NEW YORK NY 10112 | CITIBANK NA ATTN BOBBIE THEIVAKUMARAN 390 GREENWICH ST 6TH FL NEW YORK NY 10013 | CLEARY GOTTLIEB STEEN & HAMILTON TRUST NATIONAL ASSOCIATION ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLIFFORD CHANCE US LLP COUNSEL TO ATTN: JENNIFER C. DEMARCO AND ADAM 31 WEST 52ND STREET NEW YORK NY 10019 | FANNIE MAE ATTN PETER MCGONINGLE 1835 WEST MARKET ST. STE 2300 NEW YORK NY 10019 | INTERNAL REVENUE SERVICE INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104 | INTERNAL REVENUE SERVICE INSOLVENCY 31 HOPKINS PLZ RM 1150 BALTIMORE MD 21201 | KELLEY DRYE & WARREN LLP JAMES S CARR & ERIC R WILSON 101 PARK AVE NEW YORK NY 10178 |
| KIRKLAND & ELLIS RICHARD M CIERI 601 LEXINGTON AVE NEW YORK NY 10022 | KIRKLAND & ELLIS LLP ATTN RAY C SCHROCK & STEPEHEN 601 LEXINGTON AVE NEW YORK NY 10022-4611 | KRAMER LEVIN NAFTALLIS & FRANKEL THOMAS MOERS MAYER & DOUGLAS H 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KURTZMAN CARSON CONSULTANTS P JOE MORROW 2335 ALASKA AVE EL SEGUNDO CA 90245 | LOEB & LOEB LLP COUNSEL TO ATTN: WALTER H. CURCHACK VADIM J. 345 PARK AVENUE NEW YORK NY 10154 | MILBANK TWEED HADLEY & MCCLOY LLP TO AD HOC GROUP OF JR SECURED 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MORRISON & FOERSTER LLP LARREN M LORENZO MARINUZZI KAYVAN B. SADEGHI 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 | OFFICE OF THE NY STATE ATTORNEY NANCY LORD & ENID M. STUART THE CAPITOL ALBANY NY 12224-0341 | OFFICE OF THE US ATTORNEY FOR THE OF NY UNITED STATES ATTORNEY PREET ONE ST ANDREWS PLAZA NEW YORK NY 10007 |
| RESIDENTIAL CAPITAL LLC TAMMY HAMZEHPOUR 1100 VIRGINIA DR FT WASHINGTON PA 19034 | SECURITIES & EXCHANGE COMMISSION NY GEORGE S CANELLOS REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER STE 400 NEW YORK NY 10281-1022 | SECURITIES & EXCHANGE COMMISSION SECRETARY OF THE TREASURY 100 F ST NE WASHINGTON DC 20549 |
| SIDLEY AUSTIN LLP LARRY J NYHAN & JESSICA CK BOELTER ONE DEARBORN CHICAGO IL 60603 | THE BANK OF NEW YORK MELLON ASSET-BACKED SECURITIES GROUP 101 BARCLAY ST 4W NEW YORK NY 10286 | U.S. DEPARTMENT OF JUSTICE US ERIC H. HOLDER JR. 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| UNITED STATES ATTORNEY'S OFFICE FOR SOUTHERN DISTRICT OF NEW YORK CIVIL ATTN JOSEPH CORDARO 86 CHAMBERS ST 3RD FL NEW YORK NY 10007 | US TRUSTEE FOR THE SOUTHERN TRACY HOPE DAVIS LINDA A. RIFFKIN 33 WHITEHALL ST 21ST FL REGION 2 NEW YORK NY 10004 | WELLS FARGO BANK NA ATTN CORP TRUST SERVICES PO BOX 98 COLUMBIA MD 21046 |