**GIBSON, DUNN & CRUTCHER LLP**
David M. Feldman (DF-8070)
Joshua P. Weisser (JW-0185)
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Attorneys for Amherst Advisory & Management, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------
                                              )
In re:                                        )   Case No. 12-12020 (MG)
                                              )
RESIDENTIAL CAPITAL, LLC, et al.,             )   Chapter 11
                                              )
                                              )   Jointly Administered
                        Debtors.              )
---------------------------------------------------------------

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF PAPERS OF GIBSON, DUNN & CRUTCHER LLP**

**PLEASE TAKE NOTICE** that Gibson, Dunn & Crutcher LLP ("Gibson Dunn") hereby appears in the above-captioned cases on behalf of Amherst Advisory & Management, LLC. Pursuant to section 1109(b) of title 11 of the United States Code and Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, Gibson Dunn hereby requests that all notices given or required to be given in the above-captioned cases and all papers served in the above-captioned cases be given to and served upon the following attorneys:

- 1 -

>David M. Feldman, Esq.
>Joshua Weisser, Esq.
>GIBSON, DUNN & CRUTCHER LLP
>200 Park Avenue
>New York, New York 10166-0193
>Telephone:       (212) 351-4000
>Facsimile:        (212) 351-4035
>E-mail:            DFeldman@gibsondunn.com
>                         JWeisser@gibsondunn.com

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys consent to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the rules specified above but includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the debtors or the property of the debtors.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys further request that they be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in these chapter 11 cases.

Dated: New York, New York
June 19, 2013

Respectfully submitted,

/s/ David M. Feldman
David M. Feldman (DF-8070)
Joshua Weisser (JW-0185)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York  10166-0193
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4035

*Attorneys for*
*Amherst Advisory & Management, LLC*