IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et. al.</u>, | ) ) ) | Chapter 11 |
| Debtors. | ) ) ) | Jointly Administered |

## APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Susan N. K. Gummow, a member in good standing of the bar of the State of Illinois and the bar of the United States District Court for the Northern District of Illinois, request admission *pro hac vice*, before the Honorable Martin Glenn to represent Those Certain Underwriting Members at Lloyd's, London and Those Companies Whose Names are Severally Subscribed to Policy No. FD0001142 and Those Certain Underwriting Members at Lloyd's, London and Those Companies Whose Names are Severally Subscribed to Policy No. FD0001144, Twin City Fire Insurance Company, Continental Casualty Company, Clarendon National Insurance Company, Swiss Re International S.E. (formerly known as [f/k/a] SR International Business Insurance Company Ltd.), St. Paul Mercury Insurance Company, and Axcelera Specialty Risk as managing general agent of North American Specialty Insurance Company in the above-reference case.

My address is:     Foran Glennon Palandech Ponzi & Rudloff PC
222 North LaSalle Street, Suite 1400
Chicago, Illinois 60601

The filing fee of $200.00 has been submitted with this application for *pro hac vice* admission.

Dated: June 19, 2013
New York, New York

By:    /s/ Susan N. K. Gummow
Susan N.K. Gummow
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
222 N. LaSalle Street, Suite 1400
Chicago, IL  60601
Telephone:   (312) 863-5000
Facsimile:    (312) 863-5099
Email: sgummow@fgppr.com