Esteban Losoya, Sr.
1321 Brazos St.
Rosenberg, TX. 77471
June 10, 2013



Residential Capital, LLC
P.O. Box 385220
Bloomington, Minnesota 55438
**Claim Number:** 3806

Sir/Madame:

*GMAC Mortgage Corporation* came to the *George R. Brown Convention Center* on Feb. of 2012. We filed through NACA's website (*NACA.com*) for a 2.0 AIP Fixed Rate. We **DO NOT** have any information on the date mentioned above but have information on the enclosed documents dated May 28th, 2013 only because we never received a response from the representatives of NACA and its affiliates before GMAC filed for bankruptcy.

Sincerely,

Maria Minerva Losoya/Esteban Losoya, Sr.
0307230369 Acct. #

Res. Cap. Bloomington MN 7012 0470 0006 3801 1940
Bankruptcy Court N.Y. NY 7012 0470 0006 3804 828

B 10 Modified (Official Form 10) (12/11)

Claim #3806   Date Filed: 11/8/2012

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |

Name of Debtor and Case Number: **Residential Capital LLC, Case No. 12-12020**

NOTE: This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property): **Esteban Losoya and Maria Minerva Losoya**

Name and address where notices should be sent:
Esteban Losoya and Maria Minerva Losoya
1321 Brazos St.
Rosenberg, Texas 77471

Telephone number: _____ email: _____

RECEIVED NOV 1 2 2012 KURTZMAN CARSON CONSULTANTS

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____ (If known)
Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above):
Esteban Losoya and Maria Minerva Losoya
1321 Brazos St.
Rosenberg, Texas 77471

Telephone number: _____ email: _____

1. Amount of Claim as of Date Case Filed: $ **46,000.00**

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: **Payments Due on Notes to GMAC Mort Corp 3457 Hammond Ave Waterloo Iowa**
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: **6181-8831**

3a. Debtor may have scheduled account as: _____
(See instruction #3a)

3b. Uniform Claim Identifier (optional): _____
(See instruction #3b)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
Nature of property or right of setoff: ☑ Real Estate ☐ Motor Vehicle ☐ Other
Describe:
Value of Property: $ **86,000**   Annual Interest Rate **9.0** % ☑ Fixed ☐ Variable (when case was filed)

Asking for lower A.I.R. Like 2.0 APR

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ **NONE**   Basis for perfection: **Note Payable**

Amount of Secured Claim: $ **46,000.00**   Amount Unsecured: $ _____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).
☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$ _____

6. Claim Pursuant to 11 U.S.C. § 503(b)(9):
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$ _____ (See instruction #6)

7. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence... definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DO
If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

12120201211080000000000154

9. Signature: (See instruction #9) Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: **Esteban Losoya and Maria Losoya**
Title: _____
Company: **American Title Com**
(Signature) Esteban and Minerva Losoya   (Date) 01 Nov 12
Address and telephone number (if different from notice address above):
**832-361-3108**

RECEIVED NOV - 8 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Telephone number: _____ Email: _____
Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

COURT USE ONLY

001KC0002 58469 domestic 243/000174/0006966



# NACA AMERICAN DREAM EVENT
## HOMEOWNERS & HOMEBUYERS

## HOUSTON, TX – George R. Brown Convention Center - Hall E

1001 Avenida De Las Americas, Houston TX 77010

### THURSDAY, JUNE 20 – MONDAY, JUNE 24

Hours are 8:00 a.m. to 6:00 p.m. each day

### ALL NACA SERVICES ARE FREE!

## HOMEBUYERS
**America's Best Mortgage**

- ✔ No Down Payment, No Closing Costs & No Fees
- ✔ Below Market Fixed Rate: 3.25% 30 Year Fixed APR (as of 5/3/13)
- ✔ NO PERFECT CREDIT (not based on credit score)
Purchase Workshops: Times: 9-12; 1-4

## HOMEOWNERS
**Make Your Payment Affordable**

- ✔ Same Day Solution
- ✔ Meet your Lender face-to-face to obtain a decision
- ✔ Reduce your payment by hundreds and sometimes a thousand dollars: Interest rates as low as 2% and sometimes large principal reductions

### Don't miss this incredible opportunity!

**HOMEOWNER**
**Claudette Abel says:**
"My monthly mortgage is $907, $500 less than I was paying in rent, and my interest rate is 2.375%. Thank you NACA for helping me become a homeowner!"



**HOMEOWNER**
**Prudence Shivers says:**
"NACA is a dream come true! To know that someone is advocating for you not only put my mind at ease, but now I'm saving over $600 per month with a 2% interest. I can't thank you enough NACA. You saved my home and my life!"

### YOU HAVE EVERYTHING TO GAIN AND NOTHING TO LOSE!

Neighborhood Assistance Corporation of America is an Equal Housing Lender. Neighborhood Assistance Corporation of America is the largest HUD-Certified Mortgage Counseling Agency located in the United States.
Visit www.naca.com for state specific licensing information NMLS # 4082

### Register: www.naca.com or call 1-888-499-6222. Walk-ins are Welcome!
From Thursday, June 20 – Monday, June 24 - 8:00 a.m. to 6:00 p.m. each day