IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et. al.</u>, | ) ) | Chapter 11 |
| Debtors. | ) ) | Jointly Administered |
|  | ) ) |  |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*** 

Upon the motion of John P. Eggum, dated June 19, 2013, for admission to practice *pro hac vice* to represent Those Certain Underwriting Members at Lloyd's, London and Those Companies Whose Names are Severally Subscribed to Policy No. FD0001142 and Those Certain Underwriting Members at Lloyd's, London and Those Companies Whose Names are Severally Subscribed to Policy No. FD0001144, Twin City Fire Insurance Company, Continental Casualty Company, Clarendon National Insurance Company, Swiss Re International S.E. (formerly known as [f/k/a] SR International Business Insurance Company Ltd.), St. Paul Mercury Insurance Company, and Axcelera Specialty Risk as managing general agent of North American Specialty Insurance Company in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Illinois and the bar of the United States District Court for the Northern District of Illinois.

IT IS HEREBY ORDERED that John P. Eggum is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent Those Certain Underwriting Members at Lloyd's, London and Those Companies Whose Names are Severally Subscribed to Policy No. FD0001142 and Those Certain

Underwriting Members at Lloyd's, London and Those Companies Whose Names are Severally Subscribed to Policy No. FD0001144, Twin City Fire Insurance Company, Continental Casualty Company, Clarendon National Insurance Company, Swiss Re International S.E. (formerly known as [f/k/a] SR International Business Insurance Company Ltd.), St. Paul Mercury Insurance Company, and Axcelera Specialty Risk as managing general agent of North American Specialty Insurance Company, provided that the filing fee has been paid.

Dated: **June 19, 2013**
New York, New York

                                        **/s/Martin Glenn**
                                     The Honorable Martin Glenn
                                     United States Bankruptcy Judge
                                     Southern District of New York