UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
In re:                                                              :        Chapter 11
                                                                    :
**RESIDENTIAL CAPITAL, LLC**, *et al.*,                             :        Case No. 12-12020 (MG)
                                                                    :
               Debtors.                                             :        (Jointly Administered)
------------------------------------------------------------------- x

### DECLARATION OF JEFFREY CHUBAK IN SUPPORT OF LIMITED OBJECTION AND RESERVATION OF RIGHTS OF ASSURED GUARANTY MUNICIPAL CORP. WITH RESPECT TO MOTION FOR ORDER AUTHORIZING DEBTORS TO ENTER INTO AND PERFORM UNDER PLAN SUPPORT AGREEMENT WITH ALLY FINANCIAL INC., THE CREDITORS' COMMITTEE, AND CERTAIN CONSENTING CLAIMANTS AND TO JOINDER THERETO FILED BY CERTAIN RMBS TRUSTEES

I, Jeffrey Chubak, hereby declare as follows:

1. I am an associate at Proskauer Rose LLP, attorneys for Assured Guaranty Municipal Corp., f/k/a Financial Security Assurance Inc. ("Assured"). I am competent to testify and authorized to submit this declaration in support of Assured's limited objection and reservation of rights with respect to the motion of Residential Capital, LLC and its affiliated debtors and debtors and possession in the above-captioned cases (the "Debtors") for an order authorizing the Debtors to enter into and perform under a plan support agreement with Ally Financial Inc., the creditors' committee in the above-captioned cases, and certain consenting claimants, filed May 23, 2013 [Docket No. 3814] (the "Motion") and certain RMBS trustees' joinder in support of the Motion, filed June 10, 2013 [Docket No. 3940].

2. Attached hereto as Exhibit A is a true and correct copy of a sample insurance policy issued by Assured, together with a Notice of Claim and Certificate attached to such policy.

2

    3.    Attached hereto as <u>Exhibit B</u> is a true and correct copy of an Indenture between Home Equity Loan Trust 2006-HSA3 and JPMorgan Chase Bank, National Association, dated as of May 25, 2006.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 19, 2013                                                                      /s/ Jeffrey Chubak
       New York, New York                                                      Jeffrey Chubak
                                                                                        Associate

# **EXHIBIT A**

**(Insurance Policy and Notice of Claim and Certificate)**

# EXHIBIT B

**(Indenture)**

37218102v1