**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

In re: Residential Capital LLC,

Case No.: 12-12020

Chapter 11

Debtor

------------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

------------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, Matthew D. Lee, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Ernst & Young LLP, a professional in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Wisconsin and, if applicable, the bar of the U.S. District Court for the Western District of Wisconsin.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 19, 2013

/s/ Matthew D. Lee

*Mailing Address*:

150 E. Gilman Street

Madison, WI 53701-1497

*E-mail address*: mdlee@foley.com

*Telephone number*: (608) 258-4203