**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: Residential Capital, LLC,　　　　　　　　　　Case No.: <u>12-12020</u>

　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter <u>11</u>

　　　　　　　　　Debtor

---------------------------------------------------------------x

　　　　　　　　　　　　　　　　　　　　　　　　　　Adversary Proceeding No.: _____

　　　　　　　　　Plaintiff

　　　　　v.

　　　　　　　　　Defendant

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

　　　Upon the motion of <u>Matthew D. Lee</u>, to be admitted, ***pro hac vice***, to represent <u>Ernst & Young LLP</u>, (the "Client") a <u>professional</u> in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Wisconsin</u> and, if applicable, the bar of the U.S. District Court for the <u>Western</u> District of <u>Wisconsin</u>, it is hereby

　　　**ORDERED**, that <u>Matthew D. Lee</u>, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York　　　/s/ _____

　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE