William G. McGuinness, Esq.
Israel David, Esq.
Gary L. Kaplan, Esq.
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile:  (212) 859-4000

*Counsel to the RALI Certificate Underwriters*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC., *et al.*,[1] | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

# CERTIFICATE OF SERVICE

    I, Diana Fisher, certify that on June 19, 2013, I caused copies of the (i) Notice of Appearance and Request for Service of Papers by Fried, Frank, Harris, Shriver & Jacobson on Behalf of the RALI Certificate Underwriters (Docket No. 4011) and (ii) Reservation of Rights in Connection with the Debtor's Motion for an Order under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter into and Perform under a Plan Support Agreement with

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); Ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289).

Ally Financial Inc., the Creditors' Committee and Certain Consenting Claimants (Docket No. 4012) to be served by United States mail, first-class postage paid listed on Exhibit A attached hereto, and, where electronic mailing addresses were provided, by electronic mail upon the parties listed on Exhibit B attached hereto. I further certify that on June 19, 2013, I caused a copy of same to be filed via the Bankruptcy Court's CM/ECF filing system.

Dated:   New York, New York
         June 20, 2013

                                                          /s/ Diana Fisher
                                                          Diana Fisher

Exhibit A

Chadbourne & Park LLP
30 Rockefeller Plaza
New York, NY  10112
Attn:  Howard Seife, Esq.

Chadbourne & Park LLP
30 Rockefeller Plaza
New York, NY  10112
Attn:  David M. LeMay, Esq.

Chadbourne & Park LLP
30 Rockefeller Plaza
New York, NY  10112
Attn:  Robert J. Gayda, Esq.

Chadbourne & Park LLP
30 Rockefeller Plaza
New York, NY  10112
Attn:  March B. Roitman, Esq.

Citibank N.A.
390 Greenwich Street, 6th Floor
New York, NY  10013
Attn:  Bobbie Theivakurnaran

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006
Attn:  Sean A. O'Neal, Esq.

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006
Attn:  Thomas J. Moloney, Esq.

Clifford Chance US LLP
31 West 52nd Street
New York, NY  10019
Attn:  Jennifer C. DeMarco, Esq.

Clifford Chance US LLP
31 West 52nd Street
New York, NY  10019
Attn:  Adam Lesman, Esq.

Fannie Mae
1835 Market Street, Suite 2300
Philadelphia, PA  19103
Attn:   Peter McGonigle

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA  19104-5016

Internal Revenue Service
Insolvency Section
31 Hopkins Plz, Rm 1150
Baltimore, MD  21201

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178
Attn:  James S. Carr, Esq.

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178
Attn:  Eric R. Wilson, Esq.

Kirkland & Ellis
601 Lexington Avenue
New York, NY  10022
Attn:  Richard M. Cieri, Esq.

Kirkland & Ellis
601 Lexington Avenue
New York, NY  10022
Attn:  Ray C. Schrock, Esq.

Kirkland & Ellis
601 Lexington Avenue
New York, NY  10022
Attn:  Stephen E. Hessler, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn:  Kennneth H. Eckstein, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn:  Thomas Moers Mayer, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn:  Douglas H. Mannal, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn:  Jeffrey Trachtman, Esq.

Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA  90245
Attn:  P. Joe Morrow

Loeb & Loeb LLP
345 Park Avenue
New York, NY  10154
Attn:  Walter H. Curchack, Esq.

Loeb & Loeb LLP
345 Park Avenue
New York, NY  10154
Attn:  Vadim J. Rubinstein, Esq.

Loeb & Loeb LLP
345 Park Avenue
New York, NY  10154
Attn:  Debra W. Minoff, Esq

3

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Attn:  Gerard Uzzi, Esq.

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104
Attn:  Tammy Hamzehpour, Esq.

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104
Attn:  Larren M. Nashelskly, Esq.

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104
Attn:  Gary S. Lee, Esq.

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104
Attn:  Lorenzo Marinuzzi, Esq.

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104
Attn:  Kayran B. Sadeghi, Esq.

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104
Attn:  Jennifer L. Marines, Esq.

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104
Attn:  James A. Newton, Esq.

Munger, Tolles & Olson LLP
335 South Grand Avenue
Los Angeles, CA  90071
Attention:  Thomas Walper, Esq.

4

Munger, Tolles & Olson LLP
335 South Grand Avenue
Los Angeles, CA 90071
Attention: Seth Goldman, Esq.

Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341
Attn: Nancy Lord, Esq.

Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341
Attn: Enid M. Stuart, Esq.

Office of the U.S. Attorney for the Southern
 District of New York
One St. Andrews Plaza
New York, NY 10007
Attn: Preet Bharara, Esq.

Office of the U.S. Attorney for the Southern
 District of New York Civil Division
One St. Andrews Plaza
New York, NY 10007
Attn: Joseph Cordaro, Esq.

Office of the U.S. Attorney for the Southern
 District of New York Civil Division
86 Chambers Street, 3rd Floor
New York, NY 10007
Attn: Joseph Cordaro, Esq.

Office of the United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001
Attn: US Attorney General, Eric H. Holder, Jr.

Securities & Exchange Commission
100 F St NE
Washington, DC 20549
Attn: Secretary of the Treasury

5

Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY  10281-1022
Attn:  George S. Canellos, Regional Director

The Bank of New York Mellon
Asset-Backed Securities Group
101 Barclay St 4W
New York, NY  10286

US Trustee for the Southern District of New York
33 Whitehall Street
21st Floor, Region 2
New York, NY  10004
Attn:  Tracy Hope Davis, Esq.

US Trustee for the Southern District of New York
33 Whitehall Street
21st Floor, Region 2
New York, NY  10004
Attn:  Linda A. Riffkin, Esq.

US Trustee for the Southern District of New York
33 Whitehall Street
21st Floor, Region 2
New York, NY  10004
Attn:  Brian S. Masumoto, Esq.

Wells Fargo Bank NA
PO Box 98
Columbia, MD  21046
Attn:    Corporate Trust Services – GMACM Home
         Equity Notes 2004 Variable Funding Trust

**Exhibit B**

E-mail ResCap GSL as of June 3, 2013

andrea.hartley@akerman.com; susan.balaschak@akerman.com; dgolden@akingump.com; dzensky@akingump.com; aqureshi@akingump.com; rajohnson@akingump.com; ccarty@akingump.com; bnkatty@aldine.k12.tx.us; ecfmail@aclawllp.com; ken.coleman@allenovery.com; john.kibler@allenovery.com; jeff.brown@gmacfs.com; william.b.solomon@ally.com; kit.weitnauer@alston.com; marty.bunin@alston.com; william.hao@alston.com; bill.macurda@alston.com; john.stern@texasattorneygeneral.gov; harrisj12@michigan.gov; Schindlerwilliamss@ballardspahr.com; Sarah.Stout@BNYMellon.com; Jennifer.Provenzano@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com; xrausloanops5@barclays.com; david.powlen@btlaw.com; bbeskanos@aol.com; davids@blbglaw.com; jonathanu@blbglaw.com; matthewj@blbglaw.com; jai@blbglaw.com; schaedle@blankrome.com; tarr@blankrome.com; root@blankrome.com; courtney.lowman@ally.com; jhaake@wbsvlaw.com; swissnergross@brownrudnick.com; gregory.petrick@cwt.com; ingrid.bagby@cwt.com; mark.ellenberg@cwt.com; dcaley@wongfleming.com; bankruptcy@clm.com; jlaitman@cohenmilstein.com; clometti@cohenmilstein.com; meisenkraft@cohenmilstein.com; drehns@cohenmilstein.com; krehns@cohenmilstein.com; srosen@cbshealaw.com; mwarner@coleschotz.com; echou@coleschotz.com; ra-li-ucts-bankrupt@state.pa.us; will.hoch@crowedunlevy.com; mgallagher@curtis.com; macohen@curtis.com; sreisman@curtis.com; hryder@daypitney.com; jjtancredi@daypitney.com; jwcohen@daypitney.com; glenn.siegel@dechert.com; hector.gonzalez@dechert.com; brian.greer@dechert.com; mauricio.espana@dechert.com; craig.druehl@dechert.com; rosa.mendez@db.com; Brendan.meyer@db.com; diem.home@gmail.com; gcatalanello@duanemorris.com; jvincequerra@duanemorris.com; catherine_lasher@fanniemae.com; broylesmk@rgcattys.com; tterrell@feinsuch.com; tterrell@feinsuch.com; ppascuzzi@ffwplaw.com; dearly@fdic.gov; floressaucedopllc@gmail.com; tlallier@foleymansfield.com; kenton_hambrick@freddiemac.com; deggert@freebornpeters.com; tfawkes@freebornpeters.com; jberkowitz@gibbonslaw.com; calbanese@gibbonslaw.com; kgiannelli@gibbonslaw.com; kpatrick@gibbsbruns.com; shumphries@gibbsbruns.com; kpatrick@gibbsbruns.com; theodore.w.tozer@hud.gov; gjarvis@gelaw.com; mpmorris@gelaw.com; delman@gelaw.com; brian@gmcnjlaw.com; ayala.hassell@hp.com; rnorton@hunton.com; rrich2@hunton.com; floraoropeza@co.imperial.ca.us; bankruptcy2@ironmountain.com; pgallagher@nassaucountyny.gov; ceblack@jonesday.com; cball@jonesday.com; rlwynne@jonesday.com; lemiller@jonesday.com; ceblack@jonesday.com; aglenn@kasowitz.com; mstein@kasowitz.com; dfliman@kasowitz.com; namamoo@kasowitz.com; eciolko@ktmc.com; dmoffa@ktmc.com; ecf@kaalaw.com; thadwilson@kslaw.com; ajowers@kslaw.com; pferdinands@kslaw.com; mstrauss@kmllp.com; bwalker@kmllp.com; tklestadt@klestadt.com; jcorneau@klestadt.com; sdny@kmk-law.net; jleibowitz@kandfllp.com; dlibra@lapplibra.com; james.heaney@lawdeb.com; richard@rsaxlaw.com; sheehan@txschoollaw.com; Dcaponnetto@leopoldassociates.com; pmahony@leopoldassociates.com;

austin.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com; houston_bankruptcy@lgbs.com; choward@lockelord.com; abehlmann@lowenstein.com; abehlmann@lowenstein.com; metkin@lowenstein.com; ilevee@lowenstein.com; metkin@lowenstein.com; ilevee@lowenstein.com; adoshi@magnozzikye.com; susanp@taxcollector.com; kmarino@khmarino.com; jboyle@khmarino.com; lgordon@mvbalaw.com; pmoak@McKoolSmith.com; mcarney@mckoolsmith.com; pmoak@McKoolSmith.com; knewman@menterlaw.com; mfriedman@meyner.com; sdnyecf@dor.mo.gov; jgarrity@morganlewis.com; mkraut@morganlewis.com; pfleming@morganlewis.com; mmorganroth@morganrothlaw.com; jmorganroth@morganrothlaw.com; lberkoff@moritthock.com; jmoldovan@morrisoncohen.com; bankruptcy@morrisoncohen.com; rdakis@morrisoncohen.com; seth.goldman@mto.com; Thomas.walper@mto.com; cmomjian@attorneygeneral.gov; almeyers@sjgov.org; dwdykhouse@pbwt.com; bguiney@pbwt.com; Paul_Papas@mylegalhelpusa.com; ebcalvo@pbfcm.com; brandon.johnson@pillsburylaw.com; jmcmurtr@placer.ca.gov; dflanigan@polsinelli.com; jnagi@polsinelli.com; igoldstein@proskauer.com; srutsky@proskauer.com; jzajac@proskauer.com; danbrockett@quinnemanuel.com; daveburnett@quinnemanuel.com; jeremyandersen@quinnemanuel.com; jeremyandersen@quinnemanuel.com; ericwinston@quinnemanuel.com; susheelkirpalani@quinnemanuel.com; scottshelley@quinnemanuel.com; mrollin@rplaw.com; cwood@rgrdlaw.com; stevep@rgrdlaw.com; rbrown@robertbrownlaw.com; romero@mromerolawfirm.com; Ross.martin@ropesgray.com; keith.wofford@ropesgray.com; Ross.martin@ropesgray.com; dsasser@siwpc.com; dhall@siwpc.com; jglucksman@scarincihollenbeck.com; bdk@schlamstone.com; bbressler@schnader.com; rbarkasy@schnader.com; eboden@schnader.com; adam.harris@srz.com; howard.godnick@srz.com; marguerite.gardiner@srz.com; michael.cutini@srz.com; bateman@sewkis.com; christensen@sewkis.com; patel@sewkis.com; hooper@sewkis.com; josselson@sewkis.com; cohen@sewkis.com; das@sewkis.com; binder@sewkis.com; kotwick@sewkis.com; alves@sewkis.com; joel@shafeldlaw.com; taconrad@sbwlawfirm.com; fsosnick@shearman.com; sfennessey@shearman.com; pdatta@hhstein.com; amuller@stinson.com; whazeltine@sha-llc.com; tal@talcottfranklin.com; derek@talcottfranklin.com; jmiller@tcfbank.com; jteitelbaum@tblawllp.com; AGBankNewYork@ag.tn.gov; robert.major@bnymellon.com; Adam.Parkin@tdsecurities.com; Christopher.stevens@tdsecurities.com; kay.brock@co.travis.tx.us; mamta.scott@usbank.com; michelle.moeller@usbank.com; tanveer.ashraf@usbank.com; Glenn.Gillett@usdoj.gov; Mark.Flannagan@umb.com; james.byrnes@usbank.com; laura.moran@usbank.com; mvaughan@wbsvlaw.com; dskeens@wbsvlaw.com; gary.holtzer@weil.com; kelly.j.rentz@wellsfargo.com; Sharon.Squillario@wellsfargo.com; mary.l.sohlberg@wellsfargo.com; kristi.garcia@wellsfargo.com; accesslegalservices@gmail.com; cshore@whitecase.com; isilverbrand@whitecase.com; dthatch@whitecase.com; mabrams@willkie.com; rchoi1@willkie.com; jhardy2@willkie.com; rmaney@wilmingtontrust.com; david.tillem@wilsonelser.com; dneier@winston.com; dneier@winston.com; cschreiber@winston.com; jlawlor@wmd-law.com; pdefilippo@wmd-law.com; sfitzgerald@wmd-law.com; gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com; gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com

E-mail ResCap SSL as of June 3, 2013

hseife@chadbourne.com; dlemay@chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com; bobbie.theivakumaran@citi.com; maofiling@cgsh.com; tmoloney@cgsh.com; soneal@cgsh.com; jennifer.demarco@cliffordchance.com; adam.lesman@cliffordchance.com; peter_mcgonigle@fanniemae.com; kdwbankruptcydepartment@kelleydrye.com; richard.cieri@kirkland.com; ray.schrock@kirkland.com; richard.cieri@kirkland.com; stephen.hessler@kirkland.com; projectrodeo@kirkland.com; William.b.Solomon@ally.com; Timothy.Devine@ally.com; john.bellaver@ally.com; keckstein@kramerlevin.com; tmayer@kramerlevin.com; dmannal@kramerlevin.com; jtrachtman@kramerlevin.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com; rescapinfo@kccllc.com; wcurchack@loeb.com; vrubinstein@loeb.com; dminoff@loeb.com; guzzi@milbank.com; Tammy.Hamzehpour@gmacrescap.com; Jill.horner@gmacrescap.com; Colette.wahl@gmacrescap.com; Deanna.horst@gmacrescap.com; William.thompson@gmacrescap.com; William.tyson@gmacrescap.com; Eileen.oles@gmacrescap.com; Lauren.delehey@gmacrescap.com; Julie.busch@gmacrescap.com; Patty.Zellmann@ally.com; lnashelsky@mofo.com; glee@mofo.com; lmarinuzzi@mofo.com; Ksadeghi@mofo.com; enid.stuart@OAG.State.NY.US; joseph.cordaro@usdoj.gov; secbankruptcy@sec.gov; secbankruptcy@sec.gov; newyork@sec.gov; bankruptcynoticeschr@sec.gov; AskDOJ@usdoj.gov; joseph.cordaro@usdoj.gov; Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov;