Keller Rohrback L.L.P.
Derek W. Loeser
Amy Williams Derry
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Phone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback, P.L.C.
Gary A. Gotto
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012-2643
Phone: (602) 248-0088
Facsimile: (602) 248-2822

*Attorneys for Federal Home Loan Bank of Chicago,*
*Federal Home Loan Bank of Boston,*
*and Federal Home Loan Bank of Indianapolis*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | **CASE NO. 12-12020 (MG)**<br><br>**Chapter 11**<br><br>**Jointly Administered** |

**AFFIDAVIT OF SERVICE**

I, Karen L. Trumpower, state as follows:

1. I am over 18 years of age, and I believe the statements contained herein are true based on my knowledge. I am a paralegal at Keller Rohrback, P.L.C., located at 3101 North Central Avenue, Suite 1400, Phoenix, Arizona 85012.

2. On June 19th, 2013, I caused service of the **OBJECTION TO DEBTORS' MOTION FOR AN ORDER UNDER BANKRUPTCY CODE SECTIONS 105(A) AND 363(B) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER A PLAN SUPPORT AGREEMENT WITH ALLY FINANCIAL INC., THE CREDITORS' COMMITTEE, AND CERTAIN CONSENTING CLAIMANTS** to be effected on the parties listed on the attached service list via electronic mail, if available, and U.S.P.S. postage prepaid for the parties without email address.

I declare under penalty of perjury under the laws of the Untied States of America that the following is true and correct.

DATED June 19, 2013.

*/s/Karen L. Trumpower*
Karen L. Trumpower