# Exhibit 1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

-------------------------------------------------------------------------

### ORDER GRANTING DEBTORS' OBJECTION TO PROOFS OF CLAIM FILED BY THE NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL CREDIT UNION AND U.S. CENTRAL FEDERAL CREDIT UNION

Upon the *Objection to Proofs of Claim Filed by the National Credit Union Administration Board as Liquidating Agent for Western Corporate Federal Credit Union and U.S. Central Federal Credit Union*, dated June 20, 2013 (the "<u>NCUA Claims Objection</u>"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "<u>Debtors</u>"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "<u>Procedures Order</u>"), disallowing and expunging the NCUA Claims listed on <u>Schedule A</u> annexed hereto; and it appearing that this Court has jurisdiction to consider the NCUA Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the NCUA Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the NCUA Claims Objection having been provided, and it appearing

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the NCUA Claims Objection.

that no other or further notice need be provided; upon consideration of the NCUA Claims

Objection; and the Court having found and determined that the relief sought in the NCUA

Claims Objection is in the best interests of the Debtors, their estates, creditors, and all parties in

interest and that the legal and factual bases set forth in the NCUA Claims Objection establish just

cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is

ORDERED that the relief requested in the NCUA Claims Objection is granted to

the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Schedule A annexed hereto are disallowed and expunged; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and

noticing agent, is directed to disallow and expunge the NCUA Claims identified on Schedule A

annexed hereto so that such claims are no longer maintained on the Debtors' claims register; and

it is further

ORDERED that the Debtors are authorized and empowered to take all actions as

may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the NCUA Claims Objection as provided therein shall

be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy

Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the

Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and

it is further

ORDERED that all rights to object on any basis to the NCUA Claims are

expressly reserved; and it is further

ORDERED that this Order shall be a final order with respect to each of the NCUA Claims identified <u>Schedule A</u> annexed hereto, as if each such NCUA Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:_____, 2013
        New York, New York

_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

3

## **Schedule A**

In re RESIDENTIAL CAPITAL, LLC, et al. (Case No. 12-12020 (MG)) (JOINTLY ADMINISTERED)

| Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|
| National Credit Union Administration Board, Liquidating Agent for U.S. Central Federal Credit Union<br><br>c/o Nelson C. Cohen<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W.<br>Washington, D.C. 20036 | 2635 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$558,160.00 General Unsecured | Residential Funding Mortgage Securities II, Inc. | 12-12061 |
| National Credit Union Administration Board, Liquidating Agent for Western Corporate Federal Credit Union<br><br>c/o Nelson C. Cohen<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W.<br>Washington, D.C. 20036 | 2626 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$33,221,890.00 General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |
| National Credit Union Administration Board, Liquidating Agent for Western Corporate Federal Credit Union<br><br>c/o Nelson C. Cohen<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W.<br>Washington, D.C. 20036 | 2627 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$54,026,410.00 General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |
| National Credit Union Administration Board, Liquidating Agent for Western Corporate Federal Credit Union<br><br>c/o Nelson C. Cohen<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W.<br>Washington, D.C. 20036 | 2628 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$71,458,336.00 General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |
| National Credit Union Administration Board, Liquidating Agent for Western Corporate Federal Credit Union<br><br>c/o Nelson C. Cohen<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W.<br>Washington, D.C. 20036 | 2629 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$18,918,535.00 General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |
| National Credit Union Administration Board, Liquidating Agent for Western Corporate Federal Credit Union<br><br>c/o Nelson C. Cohen<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W.<br>Washington, D.C. 20036 | 2630 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$10,828,427.00 General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |
| National Credit Union Administration Board, Liquidating Agent for Western Corporate Federal Credit Union<br><br>c/o Nelson C. Cohen<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W.<br>Washington, D.C. 20036 | 2631 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$11,444,414.00 General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |

In re RESIDENTIAL CAPITAL, LLC, et al, (Case No. 12-12020 (MG) (JOINTLY ADMINISTERED)

| Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|
| National Credit Union Administration Board, Liquidating Agent for Western Corporate Federal Credit Union<br><br>c/o Nelson C. Cohen<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W.<br>Washington, D.C. 20036 | 2632 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$30,951,723.00 General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |
| National Credit Union Administration Board, Liquidating Agent for Western Corporate Federal Credit Union<br><br>c/o Nelson C. Cohen<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W.<br>Washington, D.C. 20036 | 2633 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$18,696,249.00 General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |
| National Credit Union Administration Board, Liquidating Agent for Western Corporate Federal Credit Union<br><br>c/o Nelson C. Cohen<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W.<br>Washington, D.C. 20036 | 2634 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$31,332,675.00 General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |
| National Credit Union Administration Board, Liquidating Agent for Western Corporate Federal Credit Union<br><br>c/o Nelson C. Cohen<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W.<br>Washington, D.C. 20036 | 2636 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$11,519,468.00 General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |