**GIBSON, DUNN & CRUTCHER LLP**
David M. Feldman (DF-8070)
Joshua P. Weisser (JW-0185)
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Attorneys for Amherst Advisory & Management, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

------------------------------------------------------------

## AFFIDAVIT OF SERVICE

Duke Amponsah certifies, pursuant to 28 U.S.C. Section 1746, as follows:

1.    I am employed as a legal assistant with the law firm of Gibson, Dunn & Crutcher LLP, Attorneys for Amherst Advisory & Management, LLC.

2.    On June 19, 2013, I caused a true and correct copy of the following pleading to be served upon the parties listed in the service list attached hereto as **Exhibit A**, at the addresses set forth therein via Overnight Mail.

- *Limited Objection to Debtors' Motion for an Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter Into and Perform Under a Plan Support Agreement with Ally Financial Inc., the Creditors' Committee, and Certain Consenting Claimants* **[Docket No. 4008]**

- 1 -

3.    I certify under penalty of perjury that the foregoing is true and correct.


Duke Amponsah


Sworn to before me this
21st day of June, 2013


PATRICIA ANN WARD
Notary Public, State of New York
No. 01WA6249536
Qualified in Queens County
Commission Expires Oct. 11, 2015

- 2 -

## Exhibit A

| | |
|---|---|
| Counsel to the Debtors<br>Morrison & Foerster LLP,<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Gary S. Lee, Lorenzo Marinuzzi, Jennifer L.<br>Marines and James A. Newton | The Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>Tracy Hope Davis, Linda A. Riffkin, and Brian<br>S. Masumoto |
| The Office of the United States Attorney<br>General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue  NW<br>Washington, DC 20530-0001<br>US Attorney General, Eric H. Holder, Jr. | Office of the New York State Attorney General<br>The Capitol<br>Albany, NY 12224-0341<br>Nancy Lord, Esq. and Enid N. Stuart, Esq. |
| Office of the U.S. Attorney for the Southern<br>District of New York<br>One St. Andrews Plaza<br>New York, NY 10007<br>Joseph N. Cordaro, Esq. | Counsel for Ally Financial Inc.<br>Kirkland & Ellis LLP<br>153 East 53rd Street<br>New York, NY 10022<br>Richard M. Cieri and Ray Schrock |
| Counsel for the Committee of Unsecured<br>Creditors<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Kenneth Eckstein and Douglas Mannal) | Counsel for Ocwen Loan Servicing, LLC,<br>Clifford Chance US LLP<br>31 West 52nd Street<br>New York, NY 10019<br>Jennifer C. DeMarco and Adam Lesman |
| Counsel for Berkshire Hathaway Inc.<br>Munger, Tolles & Olson LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071<br>Thomas Walper and Seth Goldman | Internal Revenue Service<br>2970 Market Street, Mail Stop 5-Q30.133,<br>Philadelphia, PA 19104-5016 |
| Securities and Exchange Commission<br>New York Regional Office<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022<br>George S. Canellos, Regional Director | |