**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Irena Goldstein, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re                                                                    :
                                                                              :   **Chapter 11 Case No.**
**RESIDENTIAL CAPITAL, LLC**, *et al.*,        :   **12-12020(MG)**
                                                                              :
                                         **Debtors.**              :
                                                                              :   **Jointly Administered**
------------------------------------------------------------x

AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                                  ) ss:
COUNTY OF NEW YORK     )

Sowon Sunny Yoon, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Proskauer Rose LLP, Eleven Times Square, New York, NY 10036.

2. On the 20th of June, 2013, I caused true copies of the following to be served upon the parties listed in the service list attached hereto as **Exhibit A** via First Class Mail and on the 19th of June, 2013 via electronic mail to the parties listed in the services list attached hereto as **Exhibit B**:

- LIMITED OBJECTION AND RESERVATION OF RIGHTS OF ASSURED GUARANTY MUNICIPAL CORP. WITH RESPECT TO MOTION FOR ORDER AUTHORIZING DEBTORS TO ENTER INTO AND PERFORM

1

UNDER PLAN SUPPORT AGREEMENT WITH ALLY FINANCIAL INC., THE CREDITORS' COMMITTEE AND CERTAIN CONSENTING CLAIMANTS AND TO JOINDER THERETO FILED BY RMBS TRUSTEES [DOCKET NO. 4025]

- DECLARATION OF JEFFREY CHUBAK IN SUPPORT OF LIMITED OBJECTION AND RESERVATION OF RIGHTS OF ASSURED GUARANTY MUNICIPAL CORP. WITH RESPECT TO MOTION FOR ORDER AUTHORIZING DEBTORS TO ENTER INTO AND PERFORM UNDER PLAN SUPPORT AGREEMENT WITH ALLY FINANCIAL INC., THE CREDITORS' COMMITTEE, AND CERTAIN CONSENTING CLAIMANTS AND TO JOINDER THERETO FILED BY CERTAIN RMBS TRUSTEES [DOCKET NO. 4029]

_____
Sowon Sunny Yoon

Sworn to before me the
21st day of June, 2013

_____
Notary Public
Qualified In New York County
Commission Expires January 22, 2014

Magali Lespinasse Lee
Notary Public, State of New York
No. 01LE6069014
Qualified in New York County
Commission Expires Jan. 22, 2014

2

**Exhibit A**

**ALLEN & OVERY LLP**
John Kibler
1221 Avenue of Americas
New York, New York 10020

**SEWARD & KISSEL LLP**
Dale C. Christensen, Jr.
Thomas Ross Hooper
Benay L. Josselson
One Battery Park Plaza
New York, New York 10004

**ALSTON & BIRD LLP**
Martin G. Bunin
John C. Weitnauer (*pro hac vice*)
Michael E. Johnson
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400

**SEWARD & KISSEL LLP**
Mark D. Kotwick
Ronald L. Cohen
Arlene R. Alves
One Battery Park Plaza
New York, New York 10004

**DECHERT LLP**
Glenn E. Siegel
Craig P. Druehl
James O. Moore
1095 Avenue of the Americas
New York, New York 10036-6797

**MORGAN, LEWIS & BOCKIUS LLP**
James L. Garrity, Jr.
John C. Goodchild, III (*pro hac vice*)
101 Park Avenue
New York, New York 10178-0600

**Office of the United States Trustee**
33 Whitehall Street, 21st Street
New York, NY 10004
Attn.: Tracy Hope Davis, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.

**U.S. Department of Justice**
950 Pennsylvania Avenue NW
Washington, DC 20530-0001
Attn: US Attorney General, Eric H. Holder, Jr.

**Office of the New York State Attorney General**
The Capitol
Albany, NY 12224-0341
Attn: Nancy Lord, Esq.
Neal Mann, Esq.

**Office of U.S. Attorney for
the Southern District of New York**
One St. Andrews Plaza
New York, NY 10007
Attn: Joseph N. Cordaro, Esq.,

**Morrison & Foerster LLP**
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren Nashelskly, Esq.
Gary S. Lee, Esq.
Lorenzo Marinuzzi, Esq.

**Residential Capital, LLC**
1177 Avenue of the Americas
New York, NY 10036
Attn: Tammy Hamzehpour

**Kramer Levin Naftalis & Frankel LLP**
1177 Avenue of the Americas
New York, NY 10036
Attn: Ken Eckstein
Doug Mannal

**Citibank N.A.**
390 Greenwich Street, 6th Floor
New York, NY 10013
Attn: Bobbie Theivakurnaran

**Fannie Mae**
3900 Wisconsin Avenue NW
Mail Stop 8H-504
Washington DC 20016
Attn: Vice President, Credit Management, John S. Forlines

**Kirkland & Ellis**
601 Lexington Avenue
New York, NY 10022
Attn: Ray C. Schrock
Richard M. Cieri

4

**Exhibit B**

Tracy.Davis2@usdoj.gov
Brian.Masumoto@usdoj.gov
Linda.Riffkin@usdoj.gov
askDOJ@usdoj.gov
Nancy.Lord@OAG.State.NY.US
Neal.Man@OAG.State.NY.US
Tammy.Hamzehpour@gmacrescap.com
LNashelskly@mofo.com
Glee@mofo.com
LMarinuzzi@mofo.com
keckstein@kramerlevin.com
dmannal@kramerlevin.com
bobbie.theivakurnaran@citi.com
john_s_forlines@fanniemae.com
richard.cieri@kirkland.com
stephen.hessler@kirkland.com
projectrodeo@kirkland.com
william.b.solomon@ally.com
timothy.devine@ally.com
kevin.vargas@db.com
george.rayzis@usbank.com
irina.palchuk@usbank.com
kdwbankruptcydepartment@kelleydrye.com
jhofer@skadden.com
kziman@skadden.com
lnyhan@sidley.com
jboelter@sidley.com
bmyrick@sidley.com
newyork@sec.gov
glenn.siegel@dechert.com
william.hao@alston.com
craig.druehl@dechert.com
james.moore@dechert.com
jgarrity@morganlewis.com
jgoodchild@morganlewis.com
marty.bunin@alston.com
kotwick@sewkis.com
cohen@sewkis.com
alves@sewkis.com
christensen@sewkis.com
hooper@sewkis.com
josselson@sewkis.com
john.kibler@newyork.allenovery.com