UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
RESIDENTIAL CAPITAL, LLC, et al.,                                :   Case No. 12-12020 (MG)
                                                                 :
                            Debtors.                             :   (Jointly Administered)
                                                                 :
---------------------------------------------------------------- x   Ref. Docket No. 4024

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 19, 2013, I caused to be served the "Official Committee of Unsecured Creditors' Limited Objection to Motion of Berkshire Hathaway Inc. to Unseal the Examiner's Report Pursuant to 11 U.S.C. § 107(a)," dated June 19, 2013 [Docket No. 4024], by causing true and correct copies to be:

    i.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
____ day of June, 2013

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\Rescap\Affidavits\Berkshire Hathaway Inc to Unseal the Examiner's Report_DI_4024_AFF_6-19-13.doc

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| CHADBOURNE & PARKE LLP | HOWARD SEIFE, DAVID M. LEMAY, ROBERT J. GAYDA AND MARC B. ROITMAN, ESQS. COUNSEL FOR THE EXAMINER 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CITIBANK NA | ATTN BOBBIE THEIVAKUMARAN 390 GREENWICH ST 6TH FL NEW YORK NY 10013 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | COUNSEL TO WILMINGTON TRUST NATIONAL ASSOCIATION ATTN: THOMAS J. MOLONEY AND SEAN A. O'NEAL, ESQS ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLIFFORD CHANCE US LLP | COUNSEL TO OCWEN LOAN SERVICING, LLC ATTN: JENNIFER C. DEMARCO AND ADAM LESMAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FANNIE MAE | ATTN PETER MCGONINGLE 1835 WEST MARKET ST., STE 2300 NEW YORK NY 10019 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 31 HOPKINS PLZ RM 1150 BALTIMORE MD 21201 |
| KELLEY DRYE & WARREN LLP | JAMES S CARR & ERIC R WILSON 101 PARK AVE NEW YORK NY 10178 |
| KIRKLAND & ELLIS | RICHARD M CIERI 601 LEXINGTON AVE NEW YORK NY 10022 |
| KIRKLAND & ELLIS LLP | ATTN RAY C SCHROCK & STEPEHEN HESSLER 601 LEXINGTON AVE NEW YORK NY 10022-4611 |
| KRAMER LEVIN NAFTALLIS & FRANKEL LLP | KENNETH H ECKSTEIN, THOMAS MOERS MAYER & DOUGLAS H MANNAL & JEFFREY TRACHTMAN 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KURTZMAN CARSON CONSULTANTS | P JOE MORROW 2335 ALASKA AVE EL SEGUNDO CA 90245 |
| LOEB & LOEB LLP | COUNSEL TO WILMINGTON TRUST, N.A. ATTN: WALTER H. CURCHACK, VADIM J. RUBINSTEIN & DEBRA W. MINOFF 345 PARK AVENUE NEW YORK NY 10154 |
| MILBANK, TWEED, HADLEY & MCCLOY, LLP | COUNSEL TO AD HOC GROUP OF JR SECURED NOTEHOLDERS ATTN: GERARD UZZI 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MORRISON & FOERSTER LLP | LARREN M NASHELSKY, GARY S LEE, LORENZO MARINUZZI KAYVAN B. SADEGHI & TAMMY HAMZEHPOUR, ESQS 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| OFFICE OF THE NY STATE ATTORNEY GENERAL | NANCY LORD & ENID M. STUART THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE US ATTORNEY FOR | THE SOUTHERN DISTRICT OF NY UNITED STATES ATTORNEY PREET BHARARA ONE ST ANDREWS PLAZA NEW YORK NY 10007 |
| RESIDENTIAL CAPITAL LLC | TAMMY HAMZEHPOUR 1100 VIRGINIA DR FT WASHINGTON PA 19034 |
| SECURITIES & EXCHANGE COMMISSION | NY REGIONAL OFFICE GEORGE S CANELLOS REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F ST NE WASHINGTON DC 20549 |
| SIDLEY AUSTIN LLP | LARRY J NYHAN & JESSICA CK BOELTER ONE DEARBORN CHICAGO IL 60603 |
| THE BANK OF NEW YORK MELLON | ASSET-BACKED SECURITIES GROUP 101 BARCLAY ST 4W NEW YORK NY 10286 |
| U.S. DEPARTMENT OF JUSTICE | US ATTORNEY GENERAL, ERIC H. HOLDER, JR. 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| UNITED STATES ATTORNEY'S OFFICE | FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL DIVISION, ATTN JOSEPH CORDARO 86 CHAMBERS ST 3RD FL NEW YORK NY 10007 |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF NY | TRACY HOPE DAVIS, LINDA A. RIFFKIN AND BRIAN S. MASUMOTO 33 WHITEHALL ST 21ST FL, REGION 2 NEW YORK NY 10004 |
| WELLS FARGO BANK NA | ATTN CORP TRUST SERVICES - GMACM HOME EQUITY NOTES 2004 VARIABLE FUNDING TRUST PO BOX 98 COLUMBIA MD 21046 |

**Total Creditor count  27**

**RES _DOCKET NUMBER 4024 _ 6-19-13**

MUNGER, TOLLES & OLSON LLP
ATTN: THOMAS WALPER
ATTN: SETH GOLDMAN
ATTN: DANIEL J. HARRIS
355 SOUTH GRAND AVENUE, 35TH FLOOR
LOS ANGELES, CALIFORNIA 90071

# EXHIBIT B

**SPECIAL SERVICE LIST**

| | |
|---|---|
| askdoj@usdoj.gov | john.bellaver@ally.com |
| adam.lesman@cliffordchance.com | joseph.cordaro@usdoj.gov |
| bankruptcynoticeschr@sec.gov | kdwbankruptcydepartment@kelleydrye.com |
| colette.wahl@gmacrescap.com | keckstein@kramerlevin.com |
| deanna.horst@gmacrescap.com | ksadeghi@mofo.com |
| eileen.oles@gmacrescap.com | linda.riffkin@usdoj.gov |
| jtrachtman@kramerlevin.com | lmarinuzzi@mofo.com |
| julie.busch@gmacrescap.com | lnashelsky@mofo.com |
| lauren.delehey@gmacrescap.com | lnyhan@sidley.com |
| mroitman@chadbourne.com | maofiling@cgsh.com |
| patty.zellmann@ally.com | marie.l.cerchero@irs.gov |
| pbentley@kramerlevin.com | nancy.lord@oag.state.ny.us |
| rgayda@chadbourne.com | newyork@sec.gov |
| szide@kramerlevin.com | nikolay.kodes@skadden.com |
| william.thompson@gmacrescap.com | peter_mcgonigle@fanniemae.com |
| william.tyson@gmacrescap.com | projectrodeo@kirkland.com |
| bmyrick@sidley.com | ray.schrock@kirkland.com |
| bobbie.theivakumaran@citi.com | rescapinfo@kccllc.com |
| brian.masumoto@usdoj.gov | richard.cieri@kirkland.com |
| diane.citron@ally.com | secbankruptcy@sec.gov |
| dlemay@chadbourne.com | soneal@cgsh.com |
| dmannal@kramerlevin.com | stephen.hessler@kirkland.com |
| dminoff@loeb.com | tammy.hamzehpour@gmacrescap.com |
| enid.stuart@oag.state.ny.us | timothy.devine@ally.com |
| glee@mofo.com | tmayer@kramerlevin.com |
| guzzi@milbank.com | tmoloney@cgsh.com |
| hseife@chadbourne.com | tracy.davis2@usdoj.gov |
| jboelter@sidley.com | vrubinstein@loeb.com |
| jennifer.demarco@cliffordchance.com | wcurchack@loeb.com |
| jill.horner@gmacrescap.com | william.b.solomon@ally.com |

**GENERAL SERVICE LIST**

| | |
|---|---|
| aqureshi@akingump.com | jmoldovan@morrisoncohen.com |
| bwalker@kmllp.com | jnagi@polsinelli.com |
| dzensky@akingump.com | joel@shafeldlaw.com |
| ericwinston@quinnemanuel.com | john.kibler@allenovery.com |
| jmorganroth@morganrothlaw.com | john.stern@texasattorneygeneral.gov |
| abehlmann@lowenstein.com | jonathanu@blbglaw.com |
| accesslegalservices@gmail.com | josselson@sewkis.com |
| adam.harris@srz.com | jteitelbaum@tblawllp.com |
| adam.parkin@tdsecurities.com | jvincequerra@duanemorris.com |
| adoshi@magnozzikye.com | jwcohen@daypitney.com |
| agbanknewyork@ag.tn.gov | jwilliams@wilmingtontrust.com |
| aglenn@kasowitz.com | jzajac@proskauer.com |
| ajowers@kslaw.com | kathryn.thorpe@tdsecurities.com |
| alicia.borys@barclays.com | kay.brock@co.travis.tx.us |
| almeyers@sjgov.org | keith.wofford@ropesgray.com |
| almoskowitz@winston.com | kelly.j.rentz@wellsfargo.com |
| alves@sewkis.com | kelvin.vargas@db.com |
| andrea.hartley@akerman.com | ken.coleman@allenovery.com |
| arosen@jacobslawpc.com | kenton_hambrick@freddiemac.com |
| ayala.hassell@hp.com | kgiannelli@gibbonslaw.com |
| bankruptcy@clm.com | kit.weitnauer@alston.com |
| bankruptcy@morrisoncohen.com | kmarino@khmarino.com |
| bankruptcy2@ironmountain.com | kotwick@sewkis.com |
| bateman@sewkis.com | kpatrick@gibbsbruns.com |
| bbeskanos@aol.com | krehns@cohenmilstein.com |
| bbressler@schnader.com | kristi.garcia@wellsfargo.com |
| bdeutsch@schnader.com | ksheehan@flwlaw.com |
| bdk@schlamstone.com | laura.moran@usbank.com |
| bguiney@pbwt.com | lberkoff@moritthock.com |
| bill.macurda@alston.com | lee.gordon@mvbalaw.com |
| binder@sewkis.com | lemiller@jonesday.com |
| bnkatty@aldine.k12.tx.us | lneish@zuckerman.com |
| brandon.johnson@pillsburylaw.com | mabrams@wilkie.com |
| brian.greer@dechert.com | macohen@curtis.com |
| brian@gmcnjlaw.com | mageshwaran.ramasamy@bnymellon.com |
| calbanese@gibbonslaw.com | mamta.scott@usbank.com |
| catherine_lasher@fanniemae.com | marguerite.gardiner@srz.com |
| cball@jonesday.com | mark.ellenberg@cwt.com |
| ceblack@jonesday.com | mark.flannagan@umb.com |
| choward@lockelord.com | marty.bunin@alston.com |
| chris@myfaircredit.com | matthewj@blbglaw.com |
| christensen@sewkis.com | mauricio.espana@dechert.com |
| christopher.stevens@tdsecurities.com | mcarney@mckoolsmith.com |

**GENERAL SERVICE LIST**

| | |
|---|---|
| clometti@cohenmilstein.com | mdyer@aclawllp.com |
| cmomjian@attorneygeneral.gov | meisenkraft@cohenmilstein.com |
| courtney.lowman@ally.com | metkin@lowenstein.com |
| cschreiber@winston.com | mfriedman@meyner.com |
| cshore@whitecase.com | mgallagher@curtis.com |
| cwood@rgrdlaw.com | michael.cutini@srz.com |
| das@sewkis.com | michael.spataro@bnymellon.com |
| daveburnett@quinnemanuel.com | michelle.moeller@usbank.com |
| david.jason@usbank.com | mkbroyles@feinsuchcrane.com |
| david.powlen@btlaw.com | mknitter@co.monroe.pa.us |
| david.tillem@wilsonelser.com | mkraut@morganlewis.com |
| davids@blbglaw.com | mmorganroth@morganrothlaw.com |
| dcaley@wongfleming.com | mpmorris@gelaw.com |
| dearly@fdic.gov | mrollin@rplaw.com |
| deborah@ladyesq.net | mschaedle@blankrome.com |
| deggert@freebornpeters.com | mstein@kasowitz.com |
| delman@gelaw.com | mstrauss@kmllp.com |
| derek@talcottfranklin.com | mvaughan@wbsvlaw.com |
| dflanigan@polsinelli.com | mwarner@coleschotz.com |
| dfliman@kasowitz.com | namamoo@kasowitz.com |
| dgolden@akingump.com | ncohen@zuckerman.com |
| dhall@siwpc.com | nichlaus.m.ross@wellsfargo.com |
| diane.sanders@lgbs.com | njacobs@jacobslawpc.com |
| diem.home@gmail.com | patel@sewkis.com |
| dlibra@lapplibra.com | patrick.kerner@barclays.com |
| dmoffa@ktmc.com | paul_mullings@freddiemac.com |
| dneier@winston.com | paul_papas@mylegalhelpusa.com |
| drehns@cohenmilstein.com | pdatta@hhstein.com |
| dsasser@siwpc.com | pdefilippo@wmd-law.com |
| dskeens@wbsvlaw.com | pferdinands@kslaw.com |
| dstichesq@gmail.com | pfleming@morganlewis.com |
| dwdykhouse@pbwt.com | pmahony@leopoldassociates.com |
| dwollmuth@wmd-law.com | pmoak@mckoolsmith.com |
| ebcalvo@pbfcm.com | ppascuzzi@ffwplaw.com |
| eboden@schnader.com | ra-li-ucts-bankrupt@state.pa.us |
| ecf@kaalaw.com | rbarkasy@schnader.com |
| ecfmail@aclawllp.com | rbrown@robertbrownlaw.com |
| echou@coleschotz.com | rchoi1@wilkie.com |
| eciolko@ktmc.com | richard@rsaxlaw.com |
| floraoropeza@co.imperial.ca.us | rlwynne@jonesday.com |
| floressaucedopllc@gmail.com | rmaney@wilmingtontrust.com |
| fsosnick@shearman.com | romero@mromerolawfirm.com |
| gary.holtzer@weil.com | ronald.rowland@rms-iqor.com |

**GENERAL SERVICE LIST**

| | |
|---|---|
| gbush@zuckerman.com | root@blankrome.com |
| gcatalanello@duanemorris.com | rosa.mendez@db.com |
| george.rayzis@usbank.com | ross.martin@ropesgray.com |
| ggraber@hodgsonruss.com | rrich2@hunton.com |
| gjarvis@gelaw.com | rschug@nka.com |
| glenn.gillett@usdoj.gov | sarah.stout@bnymellon.com |
| glenn.siegel@dechert.com | schindlerwilliamss@ballardspahr.com |
| gregory.petrick@cwt.com | scottshelley@quinnemanuel.com |
| guzzi@whitecase.com | sdnyecf@dor.mo.gov |
| hadi.khatib@akerman.com | seth.goldman@mto.com |
| harrisj12@michigan.gov | sfennessey@shearman.com |
| hector.gonzalez@dechert.com | sfitzgerald@wmd-law.com |
| hkryder@daypitney.com | sharon.squillario@wellsfargo.com |
| hooper@sewkis.com | sheehan@txschoollaw.com |
| houston_bankruptcy@lgbs.com | shumphries@gibbsbruns.com |
| howard.godnick@srz.com | sleopold@leopoldassociates.com |
| igoldstein@proskauer.com | sreisman@curtis.com |
| ilevee@lowenstein.com | srosen@cb-shea.com |
| ingrid.bagby@cwt.com | srutsky@proskauer.com |
| irina.palchuk@usbank.com | stevep@rgrdlaw.com |
| isilverbrand@whitecase.com | susan.balaschak@akerman.com |
| jai@blbglaw.com | susan.khokher@tdsecurities.com |
| james.byrnes@usbank.com | susanp@taxcollector.com |
| james.heaney@lawdeb.com | susheelkirpalani@quinnemanuel.com |
| jberkowitz@gibbonslaw.com | swissnergross@brownrudnick.com |
| jboyle@khmarino.com | taconrad@sbwlawfirm.com |
| jcoffey@brownrudnick.com | tal@talcottfranklin.com |
| jcorneau@klestadt.com | tanveer.ashraf@usbank.com |
| jdmarshall@brownrudnick.com | tarr@blankrome.com |
| jeff.brown@gmacfs.com | tfawkes@freebornpeters.com |
| jennifer.provenzano@bnymellon.com | tfoundy@curtis.com |
| jeremyandersen@quinnemanuel.com | thadwilson@kslaw.com |
| jgarrity@morganlewis.com | themeyerslawfirm@gmail.com |
| jgelman@jacobslawpc.com | theodore.w.tozer@hud.gov |
| jglucksman@scarincihollenbeck.com | thomas.walper@mto.com |
| jhaake@wbsvlaw.com | tklestadt@klestadt.com |
| jhardy2@wilkie.com | tlallier@foleymansfield.com |
| jjonas@brownrudnick.com | tterrell@feinsuch.com |
| jjtancredi@daypitney.com | tziegler@ktmc.com |
| jkatz@katz-law.com | victoria.safran@ag.ny.gov |
| jlaitman@cohenmilstein.com | whazeltine@sha-llc.com |
| jlawlor@wmd-law.com | will.hoch@crowedunlevy.com |
| jleibowitz@kandfllp.com | william.hao@alston.com |

**GENERAL SERVICE LIST**

jmcmurtr@placer.ca.gov          xrausloanops5@barclays.com
jmiller@tcfbank.com