UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re:                                                         :    Chapter 11
                                                               :
RESIDENTIAL CAPITAL, LLC, et al.,                              :    Case No. 12-12020 (MG)
                                                               :
                                          Debtors.             :    (Jointly Administered)
                                                               :
------------------------------------------------------------ x  **Ref. Docket No. 4064**

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

KERRY O'NEIL, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 24, 2013, I caused to be served the "Official Committee of Unsecured Creditors' Statement in Support of, and Response to Objections to, Debtors' Motion for an Order Under Bankruptcy Code Sections 105(A) and 363(B) Authorizing the Debtors to Enter into and Perform Under a Plan Support Agreement with Ally Financial Inc., the Creditors' Committee, and Certain Consenting Claimants," dated June 24, 2013 [Docket No. 4064], by causing true and correct copies to be:

    i.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    ii.  delivered via electronic mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              _____
                                                              Kerry O'Neil

Sworn to before me this
___ day of June, 2013

_____
Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

T:\Clients\Rescap\Affidavits\Statement to Obj re Ally Financial_DI_4064_AFF_6-24-13_KH.doc

# EXHIBIT A

RESIDENTIAL CAPITAL, LLC ET AL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CHADBOURNE & PARKE LLP | HOWARD SEIFE,DAVID M. LEMAY, ROBERT J. GAYDA AND MARC B. ROITMAN, ESQS. COUNSEL FOR THE EXAMINER 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CITIBANK NA | ATTN BOBBIE THEIVAKUMARAN 390 GREENWICH ST 6TH FL NEW YORK NY 10013 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | COUNSEL TO WILMINGTON TRUST NATIONAL ASSOCIATION ATTN: THOMAS J. MOLONEY AND SEAN A. O'NEAL, ESQS ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLIFFORD CHANCE US LLP | COUNSEL TO OCWEN LOAN SERVICING, LLC ATTN: JENNIFER C. DEMARCO AND ADAM LESMAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FANNIE MAE | ATTN PETER MCGONINGLE 1835 WEST MARKET ST., STE 2300 NEW YORK NY 10019 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 31 HOPKINS PLZ RM 1150 BALTIMORE MD 21201 |
| KELLEY DRYE & WARREN LLP | JAMES S CARR & ERIC R WILSON 101 PARK AVE NEW YORK NY 10178 |
| KIRKLAND & ELLIS | RICHARD M CIERI 601 LEXINGTON AVE NEW YORK NY 10022 |
| KIRKLAND & ELLIS LLP | ATTN RAY C SCHROCK & STEPEHEN HESSLER 601 LEXINGTON AVE NEW YORK NY 10022-4611 |
| KRAMER LEVIN NAFTALLIS & FRANKEL LLP | KENNETH H ECKSTEIN, THOMAS MOERS MAYER & DOUGLAS H MANNAL & JEFFREY TRACHTMAN 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KURTZMAN CARSON CONSULTANTS | P JOE MORROW 2335 ALASKA AVE EL SEGUNDO CA 90245 |
| LOEB & LOEB LLP | COUNSEL TO WILMINGTON TRUST, N.A. ATTN: WALTER H. CURCHACK, VADIM J. RUBINSTEIN & DEBRA W. MINOFF 345 PARK AVENUE NEW YORK NY 10154 |
| MILBANK, TWEED, HADLEY & MCCLOY, LLP | COUNSEL TO AD HOC GROUP OF JR SECURED NOTEHOLDERS ATTN: GERARD UZZI 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MORRISON & FOERSTER LLP | LARREN M NASHELSKY, GARY S LEE, LORENZO MARINUZZI KAYVAN B. SADEGHI & TAMMY HAMZEHPOUR, ESQS 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| OFFICE OF THE NY STATE ATTORNEY GENERAL | NANCY LORD & ENID M. STUART THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE US ATTORNEY FOR | THE SOUTHERN DISTRICT OF NY UNITED STATES ATTORNEY PREET BHARARA ONE ST ANDREWS PLAZA NEW YORK NY 10007 |
| RESIDENTIAL CAPITAL LLC | TAMMY HAMZEHPOUR 1100 VIRGINIA DR FT WASHINGTON PA 19034 |
| SECURITIES & EXCHANGE COMMISSION | NY REGIONAL OFFICE GEORGE S CANELLOS REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F ST NE WASHINGTON DC 20549 |
| SIDLEY AUSTIN LLP | LARRY J NYHAN & JESSICA CK BOELTER ONE DEARBORN CHICAGO IL 60603 |
| THE BANK OF NEW YORK MELLON | ASSET-BACKED SECURITIES GROUP 101 BARCLAY ST 4W NEW YORK NY 10286 |
| U.S. DEPARTMENT OF JUSTICE | US ATTORNEY GENERAL, ERIC H. HOLDER, JR. 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| UNITED STATES ATTORNEY'S OFFICE | FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL DIVISION, ATTN JOSEPH CORDARO 86 CHAMBERS ST 3RD FL NEW YORK NY 10007 |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF NY | TRACY HOPE DAVIS, LINDA A. RIFFKIN AND BRIAN S. MASUMOTO 33 WHITEHALL ST 21ST FL, REGION 2 NEW YORK NY 10004 |
| WELLS FARGO BANK NA | ATTN CORP TRUST SERVICES – GMACM HOME EQUITY NOTES 2004 VARIABLE FUNDING TRUST PO BOX 98 COLUMBIA MD 21046 |

**Total Creditor count  27**

**EXHIBIT B**

**General Service Email List:**

abehlmann@lowenstein.com
accesslegalservices@gmail.com
adam.harris@srz.com
adam.parkin@tdsecurities.com
adoshi@magnozzikye.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
ajowers@kslaw.com
alicia.borys@barclays.com
almeyers@sjgov.org
almoskowitz@winston.com
alves@sewkis.com
andrea.hartley@akerman.com
aqureshi@akingump.com
arosen@jacobslawpc.com
ayala.hassell@hp.com
bankruptcy@clm.com
bankruptcy@morrisoncohen.com
bankruptcy2@ironmountain.com
bateman@sewkis.com
bbeskanos@aol.com
bbressler@schnader.com
bdeutsch@schnader.com
bdk@schlamstone.com
bguiney@pbwt.com
bill.macurda@alston.com
binder@sewkis.com
bnkatty@aldine.k12.tx.us
brandon.johnson@pillsburylaw.com
brian.greer@dechert.com
brian@gmcnjlaw.com
bwalker@kmllp.com
calbanese@gibbonslaw.com
catherine_lasher@fanniemae.com
cball@jonesday.com
ceblack@jonesday.com
choward@lockelord.com
chris@myfaircredit.com
christensen@sewkis.com
christopher.stevens@tdsecurities.com
clometti@cohenmilstein.com

cmomjian@attorneygeneral.gov
courtney.lowman@ally.com
cschreiber@winston.com
cshore@whitecase.com
cwood@rgrdlaw.com
das@sewkis.com
daveburnett@quinnemanuel.com
david.jason@usbank.com
david.powlen@btlaw.com
david.tillem@wilsonelser.com
davids@blbglaw.com
dcaley@wongfleming.com
dearly@fdic.gov
deborah@ladyesq.net
deggert@freebornpeters.com
delman@gelaw.com
derek@talcottfranklin.com
dfeldman@gibsondunn.com
dflanigan@polsinelli.com
dfliman@kasowitz.com
dgolden@akingump.com
dhall@siwpc.com
diane.sanders@lgbs.com
diem.home@gmail.com
dlibra@lapplibra.com
dmoffa@ktmc.com
dneier@winston.com
drehns@cohenmilstein.com
dsasser@siwpc.com
dskeens@wbsvlaw.com
dstichesq@gmail.com
dwdykhouse@pbwt.com
dwollmuth@wmd-law.com
dzensky@akingump.com
ebcalvo@pbfcm.com
eboden@schnader.com
ecf@kaalaw.com
ecfmail@aclawllp.com
echou@coleschotz.com
eciolko@ktmc.com
ericwinston@quinnemanuel.com
floraoropeza@co.imperial.ca.us
floressaucedopllc@gmail.com

fsosnick@shearman.com

gary.holtzer@weil.com

gary.kaplan@friedfrank.com

gbush@zuckerman.com

gcatalanello@duanemorris.com

george.rayzis@usbank.com

ggraber@hodgsonruss.com

gjarvis@gelaw.com

glenn.gillett@usdoj.gov

glenn.siegel@dechert.com

gregory.petrick@cwt.com

guzzi@whitecase.com

hadi.khatib@akerman.com

harrisj12@michigan.gov

hector.gonzalez@dechert.com

hkryder@daypitney.com

hooper@sewkis.com

houston_bankruptcy@lgbs.com

howard.godnick@srz.com

igoldstein@proskauer.com

ilevee@lowenstein.com

ingrid.bagby@cwt.com

irina.palchuk@usbank.com

isilverbrand@whitecase.com

israel.david@friedfrank.com

jai@blbglaw.com

james.byrnes@usbank.com

james.heaney@lawdeb.com

jberkowitz@gibbonslaw.com

jboyle@khmarino.com

jcoffey@brownrudnick.com

jcorneau@klestadt.com

jdmarshall@brownrudnick.com

jeff.brown@gmacfs.com

jennifer.provenzano@bnymellon.com

jeremyandersen@quinnemanuel.com

jgarrity@morganlewis.com

jgelman@jacobslawpc.com

jglucksman@scarincihollenbeck.com

jhaake@wbsvlaw.com

jhardy2@wilkie.com

jjonas@brownrudnick.com

jjtancredi@daypitney.com

jkatz@katz-law.com

jlaitman@cohenmilstein.com

jlawlor@wmd-law.com

jleibowitz@kandfllp.com

jmcmurtr@placer.ca.gov

jmiller@tcfbank.com

jmoldovan@morrisoncohen.com

jmorganroth@morganrothlaw.com

jnagi@polsinelli.com

joel@shafeldlaw.com

john.kibler@allenovery.com

john.stern@texasattorneygeneral.gov

jonathanu@blbglaw.com

josselson@sewkis.com

jteitelbaum@tblawllp.com

jvincequerra@duanemorris.com

jwcohen@daypitney.com

jweisser@gibsondunn.com

jwilliams@wilmingtontrust.com

jzajac@proskauer.com

kathryn.thorpe@tdsecurities.com

kay.brock@co.travis.tx.us

keith.wofford@ropesgray.com

kelly.j.rentz@wellsfargo.com

kelvin.vargas@db.com

ken.coleman@allenovery.com

kenton_hambrick@freddiemac.com

kgcully@kgcully.com

kgiannelli@gibbonslaw.com

kit.weitnauer@alston.com

kmarino@khmarino.com

kotwick@sewkis.com

kpatrick@gibbsbruns.com

krehns@cohenmilstein.com

kristi.garcia@wellsfargo.com

ksheehan@flwlaw.com

laura.moran@usbank.com

lberkoff@moritthock.com

lee.gordon@mvbalaw.com

lemiller@jonesday.com

lneish@zuckerman.com

mabrams@wilkie.com

macohen@curtis.com

mageshwaran.ramasamy@bnymellon.com

mamta.scott@usbank.com

marguerite.gardiner@srz.com

mark.ellenberg@cwt.com

mark.flannagan@umb.com

marty.bunin@alston.com

matthewj@blbglaw.com

mauricio.espana@dechert.com

mcarney@mckoolsmith.com

mdyer@aclawllp.com

meisenkraft@cohenmilstein.com

metkin@lowenstein.com

mfriedman@meyner.com

mgallagher@curtis.com

michael.cutini@srz.com

michael.spataro@bnymellon.com

michelle.moeller@usbank.com

mkbroyles@feinsuchcrane.com

mknitter@co.monroe.pa.us

mkraut@morganlewis.com

mmorganroth@morganrothlaw.com

mpmorris@gelaw.com

mrollin@rplaw.com

mschaedle@blankrome.com

mstein@kasowitz.com

mstrauss@kmllp.com

mvaughan@wbsvlaw.com

mwarner@coleschotz.com

namamoo@kasowitz.com

ncohen@zuckerman.com

nichlaus.m.ross@wellsfargo.com

njacobs@jacobslawpc.com

patel@sewkis.com

patrick.kerner@barclays.com

paul_mullings@freddiemac.com

paul_papas@mylegalhelpusa.com

pdatta@hhstein.com

pdefilippo@wmd-law.com

pferdinands@kslaw.com

pfleming@morganlewis.com

pmahony@leopoldassociates.com

pmoak@mckoolsmith.com

ppascuzzi@ffwplaw.com

ra-li-ucts-bankrupt@state.pa.us

rbarkasy@schnader.com

rbrown@robertbrownlaw.com

rchoi1@wilkie.com

richard@rsaxlaw.com

rlwynne@jonesday.com

rmaney@wilmingtontrust.com

romero@mromerolawfirm.com

ronald.rowland@rms-iqor.com

root@blankrome.com

rosa.mendez@db.com

ross.martin@ropesgray.com

rrich2@hunton.com

rschug@nka.com

sarah.stout@bnymellon.com

schindlerwilliamss@ballardspahr.com

scottshelley@quinnemanuel.com

sdnyecf@dor.mo.gov

seth.goldman@mto.com

sfennessey@shearman.com

sfitzgerald@wmd-law.com

sharon.squillario@wellsfargo.com

sheehan@txschoollaw.com

shumphries@gibbsbruns.com

sleopold@leopoldassociates.com

sreisman@curtis.com

srosen@cb-shea.com

srutsky@proskauer.com

stevep@rgrdlaw.com

susan.balaschak@akerman.com

susan.khokher@tdsecurities.com

susanp@taxcollector.com

susheelkirpalani@quinnemanuel.com

swissnergross@brownrudnick.com

taconrad@sbwlawfirm.com

tal@talcottfranklin.com

tanveer.ashraf@usbank.com

tarr@blankrome.com

tfawkes@freebornpeters.com

tfoundy@curtis.com

thadwilson@kslaw.com

themeyerslawfirm@gmail.com

theodore.w.tozer@hud.gov

thomas.walper@mto.com
tklestadt@klestadt.com
tlallier@foleymansfield.com
tterrell@feinsuch.com
tziegler@ktmc.com
victoria.safran@ag.ny.gov
whazeltine@sha-llc.com
will.hoch@crowedunlevy.com
william.hao@alston.com
xrausloanops5@barclays.com

**Special Service Email List:**

askdoj@usdoj.gov
adam.lesman@cliffordchance.com
bankruptcynoticeschr@sec.gov
bmyrick@sidley.com
bobbie.theivakumaran@citi.com
brian.masumoto@usdoj.gov
colette.wahl@gmacrescap.com
deanna.horst@gmacrescap.com
diane.citron@ally.com
dlemay@chadbourne.com
dmannal@kramerlevin.com
dminoff@loeb.com
eileen.oles@gmacrescap.com
enid.stuart@oag.state.ny.us
glee@mofo.com
guzzi@milbank.com
hseife@chadbourne.com
jboelter@sidley.com
jennifer.demarco@cliffordchance.com
jill.horner@gmacrescap.com
john.bellaver@ally.com
joseph.cordaro@usdoj.gov
jtrachtman@kramerlevin.com
julie.busch@gmacrescap.com
kdwbankruptcydepartment@kelleydrye.com
keckstein@kramerlevin.com
ksadeghi@mofo.com
lauren.delehey@gmacrescap.com
linda.riffkin@usdoj.gov
lmarinuzzi@mofo.com

lnashelsky@mofo.com
lnyhan@sidley.com
maofiling@cgsh.com
marie.l.cerchero@irs.gov
mroitman@chadbourne.com
nancy.lord@oag.state.ny.us
newyork@sec.gov
nikolay.kodes@skadden.com
patty.zellmann@ally.com
pbentley@kramerlevin.com
peter_mcgonigle@fanniemae.com
projectrodeo@kirkland.com
ray.schrock@kirkland.com
rescapinfo@kccllc.com
rgayda@chadbourne.com
richard.cieri@kirkland.com
secbankruptcy@sec.gov
soneal@cgsh.com
stephen.hessler@kirkland.com
szide@kramerlevin.com
tammy.hamzehpour@gmacrescap.com
timothy.devine@ally.com
tmayer@kramerlevin.com
tmoloney@cgsh.com
tracy.davis2@usdoj.gov
vrubinstein@loeb.com
wcurchack@loeb.com
william.b.solomon@ally.com
william.thompson@gmacrescap.com
william.tyson@gmacrescap.com