**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: RESIDENTIAL CAPITAL, LLC

                Debtor

Case No.: 12-12020 MG

Chapter 11

-------------------------------------------------------------x

RESIDENTIAL CAPITAL, LLC ET AL.

                Plaintiff

                v.

ALLSTATE INSURANCE ET AL.

                Defendant

Adversary Proceeding No.: 12-01671 MG

-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Gary A. Gotto, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Federal Home Loan Bank of Boston, Federal Home Loan Bank of Chicago and Federal Home Loan Bank of Indianapolis Creditors in the above-referenced ☑ case ☐ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of Arizona and, if applicable, the bar of the U.S. District Court for the District of Arizona.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 25, 2013
Phoenix, Arizona

/s/ Gary A. Gotto

*Mailing Address*:

Keller Rohrback P.L.C.

3101 N. Central Avenue, Suite 1400

Phoenix, AZ 85012

*E-mail address*: ggotto@krplc.com

*Telephone number*: (602) 248-0088