UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: RESIDENTIAL CAPITAL, LLC            Case No.: 12-12020 MG

                                                          Chapter 11

                                  Debtor

------------------------------------------------------------x

        RESIDENTIAL CAPITAL LLC ET AL.           Adversary Proceeding No.: 12-01671 MG

                                 Plaintiff

                                    v.

             ALLSTATE INSURANCE ET AL.

                                  Defendant

------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

       Upon the motion of Gary A. Gotto, to be admitted, ***pro hac vice***, to represent the Federal Home Loan Banks of Boston, Chicago and Indianapolis (the "Client") a Creditor in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Arizona and, if applicable, the bar of the U.S. District Court for the _____ District of Arizona, it is hereby

       **ORDERED**, that Gary A. Gotto, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

New York, New York                        /s/ _____

                                                                UNITED STATES BANKRUPTCY JUDGE