**COPPER STATE BUSINESS FORMS**
"Your Complete Printing Service"

PAGE 1

JUNE 20, 2013

TO: HONORABLE MARTIN GLENN
ONE BOWLING GREEN — COURTROOM 501
NEW YORK, NEW YORK 10004

TO: MORRISON & FOERSTER LLP (DEBTORS)
ATTN. GARY S. LEE, NORMAN S. ROSENBAUM, JORDAN A. WISHNEW
1290 AVENUE OF THE AMERICAS • NEW YORK, NEW YORK 10104

FROM: MARK OSTREICHER & LYNN M. OSTREICHER
26803 N. 78th AVENUE
PEORIA, ARIZONA 85383   (CLAIMANT)

RE: RESIDENTIAL CAPITAL, LLC, et al.
CASE NO. 12-12020 (MG)
CHAPTER 11
JOINTLY ADMINISTERED

RECEIVE[D] Debtors JUN 2[4] 2013 U.S. BANKRUPTCY COURT, S[DNY]

WE RECEIVED A NOTICE OF DEBTORS OBJECTION FOR A LATE FILED CLAIM OF 11/29/12. A GREAT MAJORITY OF NORMAL PEOPLE WOULD HAVE NO KNOWLEDGE OF GMAC MORTGAGE IS RESTRUCTURING UNDER CHAPTER 11, OR THAT ResCap IS THE PARENT COMPANY OF GMAC MORTGAGE. WE WERE NOT NOTIFIED OF PROOFS OF CLAIM AND A NEEDED FILING UNTIL NOVEMBER 8, 2012. IT SAID MUST BE RECEIVED BY NOV. 9 OR SOLELY ON OR BEFORE NOV. 30, 2012.

WE REVIEWED OUR DEALINGS WITH GMAC MORTGAGE & FIGURED OUT THE DOLLAR DISCREPANCIES, FILLED OUT THE PROPER PAPERWORK & MAILED OUT.

(602) 246-8352

26803 NORTH 78TH AVENUE • PEORIA, AZ 85383 • (623) 322-3337 • FAX (623) 322-3115

email: lostreicher@yahoo.com



# COPPER STATE BUSINESS FORMS
"Your Complete Printing Service"

PAGE 2

THIS LATE FILING CLAIM RECEIVED ON 11/29/12 WAS SUPER TIME, CONSIDERING AN OUTSIDER READING AND DOING ALL THIS IN 3 WEEKS.

WE STRONGLY BELEIVE THEIR OBJECTION SHOULD BE DROPPED, AND OUR CLAIM BE ACCEPTED WITH THE OTHERS.

THANK YOU,

MARK OSTREICHER
LYNN OSTREICHER
CASE NO. 12-12020 (MG)

26803 NORTH 78TH AVENUE • PEORIA, AZ 85383 • (623) 322-3337 • FAX (623) 322-6195

(602) 246-8352

email: lostreicher@yahoo.com