GIBBS & BRUNS LLP
Kathy D. Patrick, Esq. (admitted *pro hac vice*)
Robert J. Madden, Esq. (admitted *pro hac vice*)
1100 Louisiana, Suite 5300
Houston, TX 77002
Telephone: (713) 650-8805
Facsimile: (713) 750-0903

-AND-

ROPES & GRAY LLP
Keith H. Wofford, Esq. (KW-2225)
D. Ross Martin, Esq. (DM-2947)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Attorneys for the Steering Committee Group of RMBS Holders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Residential Capital, LLC, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF MASSACHUSETTS    )
                                :ss.:
COUNTY OF SUFFOLK                )

    MEIR WEINBERG, being duly sworn, deposes and says:

    1.    I am employed by the law firm of Ropes & Gray LLP. I am over 18 years of age and I reside in Massachusetts. I am not a party to this action.

36594847_1

2. On Tuesday, June 25, 2013, I caused true and correct copies of the *Statement of the Steering Committee Group of RMBS Holders in Support of the Omnibus Reply of Certain RMBS Trustees to Responses to the Debtors' Motion for an Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter into and Perform Under a Plan Support Agreement with Ally Financial Inc., the Creditors' Committee, and Certain Consenting Claimants* [Docket No. 4081], which was filed by Ropes & Gray LLP on Tuesday, June 25, 2013, to be served upon those parties receiving an electronic notification via the CM/ECF System, and via e-mail as indicated on the attached Exhibit A

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: June 25, 2013

                                                            /s/ Meir Weinberg
                                                            Meir Weinberg

36594847_1

**EXHIBIT A**

abehlmann@lowenstein.com; accesslegalservices@gmail.com; adam.harris@srz.com; Adam.Parkin@tdsecurities.com; Christopher.stevens@tdsecurities.com; adoshi@magnozzikye.com; AGBankNewYork@ag.tn.gov; aglenn@kasowitz.com; mstein@kasowitz.com; dfliman@kasowitz.com; namamoo@kasowitz.com; almeyers@sjgov.org; amuller@stinson.com; andrea.hartley@akerman.com; AskDOJ@usdoj.gov; austin.bankruptcy@publicans.com; ayala.hassell@hp.com; bankruptcy@clm.com; bankruptcy2@ironmountain.com; bateman@sewkis.com; christensen@sewkis.com; patel@sewkis.com; hooper@sewkis.com; josselson@sewkis.com; bbeskanos@aol.com; bbressler@schnader.com; rbarkasy@schnader.com; bdk@schlamstone.com; bill.macurda@alston.com; bnkatty@aldine.k12.tx.us; bobbie.theivakumaran@citi.com; brandon.johnson@pillsburylaw.com; Brendan.meyer@db.com; brian@gmcnjlaw.com; broylesmk@rgcattys.com; catherine_lasher@fanniemae.com; cball@jonesday.com; rlwynne@jonesday.com; lemiller@jonesday.com; ceblack@jonesday.com; ceblack@jonesday.com; choward@lockelord.com; cmomjian@attorneygeneral.gov; cohen@sewkis.com; das@sewkis.com; binder@sewkis.com; kotwick@sewkis.com; alves@sewkis.com; courtney.lowman@ally.com; cshore@whitecase.com; isilverbrand@whitecase.com; dthatch@whitecase.com; cwood@rgrdlaw.com; dallas.bankruptcy@publicans.com; danbrockett@quinnemanuel.com; daveburnett@quinnemanuel.com; jeremyandersen@quinnemanuel.com; david.powlen@btlaw.com; david.tillem@wilsonelser.com; davids@blbglaw.com; jonathanu@blbglaw.com; matthewj@blbglaw.com; dcaley@wongfleming.com; Dcaponnetto@leopoldassociates.com; pmahony@leopoldassociates.com; dearly@fdic.gov; deggert@freebornpeters.com; derek@talcottfranklin.com; dflanigan@polsinelli.com; jnagi@polsinelli.com; dgolden@akingump.com; dzensky@akingump.com; aqureshi@akingump.com; dhall@siwpc.com; diem.home@gmail.com; dlibra@lapplibra.com; dneier@winston.com; dneier@winston.com; cschreiber@winston.com; dsasser@siwpc.com; dwdykhouse@pbwt.com; bguiney@pbwt.com; ebcalvo@pbfcm.com; eboden@schnader.com; ecf@kaalaw.com; ecfmail@aclawllp.com; eciolko@ktmc.com; dmoffa@ktmc.com; enid.stuart@OAG.State.NY.us; floraoropeza@co.imperial.ca.us; floressaucedopllc@gmail.com; fsosnick@shearman.com; sfennessey@shearman.com; gary.holtzer@weil.com; gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com; gcatalanello@duanemorris.com; jvincequerra@duanemorris.com; gjarvis@gelaw.com; mpmorris@gelaw.com; delman@gelaw.com; Glenn.Gillett@usdoj.gov; glenn.siegel@dechert.com; hector.gonzalez@dechert.com; brian.greer@dechert.com; mauricio.espana@dechert.com; craig.druehl@dechert.com; gregory.petrick@cwt.com; ingrid.bagby@cwt.com; guzzi@milbank.com; harrisj12@michigan.gov; houston_bankruptcy@lgbs.com; howard.godnick@srz.com; hryder@daypitney.com; hseife@chadbourne.com; dlemay@chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com; igoldstein@proskauer.com; jai@blbglaw.com; james.byrnes@usbank.com; james.heaney@lawdeb.com; jberkowitz@gibbonslaw.com; calbanese@gibbonslaw.com; jeff.brown@gmacfs.com; william.b.solomon@ally.com; jennifer.demarco@cliffordchance.com; adam.lesman@cliffordchance.com; jeremyandersen@quinnemanuel.com; ericwinston@quinnemanuel.com;

36594847_1

jgarrity@morganlewis.com; jglucksman@scarincihollenbeck.com; jhaake@wbsvlaw.com;
jjtancredi@daypitney.com; jlaitman@cohenmilstein.com; clometti@cohenmilstein.com;
meisenkraft@cohenmilstein.com; drehns@cohenmilstein.com; krehns@cohenmilstein.com;
jlawlor@wmd-law.com; jleibowitz@kandfllp.com; jmcmurtr@placer.ca.gov;
jmiller@tcfbank.com; jmoldovan@morrisoncohen.com; bankruptcy@morrisoncohen.com;
rdakis@morrisoncohen.com; joel@shafeldlaw.com; john.stern@texasattorneygeneral.gov;
joseph.cordaro@usdoj.gov; joseph.cordaro@usdoj.gov; jteitelbaum@tblawllp.com;
jwcohen@daypitney.com; kay.brock@co.travis.tx.us;
kdwbankruptcydepartment@kelleydrye.com; keckstein@kramerlevin.com;
tmayer@kramerlevin.com; dmannal@kramerlevin.com; jtrachtman@kramerlevin.com;
pbentley@kramerlevin.com; szide@kramerlevin.com; kelly.j.rentz@wellsfargo.com;
Sharon.Squillario@wellsfargo.com; mary.l.sohlberg@wellsfargo.com;
ken.coleman@allenovery.com; john.kibler@allenovery.com;
kenton_hambrick@freddiemac.com; kgiannelli@gibbonslaw.com; kit.weitnauer@alston.com;
kmarino@khmarino.com; jboyle@khmarino.com; knewman@menterlaw.com; Kathy D. Patrick
(kpatrick@gibbsbruns.com); Kathy D. Patrick (kpatrick@gibbsbruns.com);
Shumphries@gibbsbruns.com; kristi.garcia@wellsfargo.com; laura.moran@usbank.com;
lberkoff@morittthock.com; lgordon@mvbalaw.com; lnashelsky@mofo.com; glee@mofo.com;
lmarinuzzi@mofo.com; Ksadeghi@mofo.com; mabrams@willkie.com; rchoi1@willkie.com;
jhardy2@willkie.com; macohen@curtis.com; mamta.scott@usbank.com; maofiling@cgsh.com;
tmoloney@cgsh.com; soneal@cgsh.com; marguerite.gardiner@srz.com;
mark.ellenberg@cwt.com; Mark.Flannagan@umb.com; marty.bunin@alston.com;
william.hao@alston.com; mcarney@mckoolsmith.com; metkin@lowenstein.com;
ilevee@lowenstein.com; mfriedman@meyner.com; mgallagher@curtis.com;
michael.cutini@srz.com; michelle.moeller@usbank.com; mkraut@morganlewis.com;
mmorganroth@morganrothlaw.com; jmorganroth@morganrothlaw.com; mrollin@rplaw.com;
mstrauss@kmllp.com; bwalker@kmllp.com; mvaughan@wbsvlaw.com;
dskeens@wbsvlaw.com; mwarner@coleschotz.com; echou@coleschotz.com;
Paul_Papas@mylegalhelpusa.com; pdatta@hhstein.com; pdefilippo@wmd-law.com;
sfitzgerald@wmd-law.com; peter_mcgonigle@fanniemae.com; pfleming@morganlewis.com;
pgallagher@nassaucountyny.gov; pmoak@McKoolSmith.com; ppascuzzi@ffwplaw.com;
rajohnson@akingump.com; ccarty@akingump.com; ra-li-ucts-bankrupt@state.pa.us;
ray.schrock@kirkland.com; richard.cieri@kirkland.com; stephen.hessler@kirkland.com;
projectrodeo@kirkland.com; William.b.Solomon@ally.com; Timothy.Devine@ally.com;
john.bellaver@ally.com; rbrown@robertbrownlaw.com; rescapinfo@kccllc.com;
richard.cieri@kirkland.com; richard@rsaxlaw.com; rmaney@wilmingtontrust.com;
rnorton@hunton.com; rrich2@hunton.com; robert.major@bnymellon.com;
romero@mromerolawfirm.com; rosa.mendez@db.com; Sarah.Stout@BNYMellon.com;
Jennifer.Provenzano@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com;
schaedle@blankrome.com; Schindlerwilliamss@ballardspahr.com; sdny@kmk-law.net;
sdnyecf@dor.mo.gov; secbankruptcy@sec.gov; secbankruptcy@sec.gov; newyork@sec.gov;
bankruptcynoticeschr@sec.gov; seth.goldman@mto.com; sheehan@txschoollaw.com;
sreisman@curtis.com; srosen@cbshealaw.com; srutsky@proskauer.com;
jzajac@proskauer.com; stevep@rgrdlaw.com; susan.balaschak@akerman.com;
susanp@taxcollector.com; susheelkirpalani@quinnemanuel.com;
scottshelley@quinnemanuel.com; swissnergross@brownrudnick.com;

36594847_1

taconrad@sbwlawfirm.com; tal@talcottfranklin.com; Tammy.Hamzehpour@gmacrescap.com; Jill.horner@gmacrescap.com; Colette.wahl@gmacrescap.com; Deanna.horst@gmacrescap.com; William.thompson@gmacrescap.com; William.tyson@gmacrescap.com; Eileen.oles@gmacrescap.com; Lauren.delehey@gmacrescap.com; Julie.busch@gmacrescap.com; Patty.Zellmann@ally.com; tanveer.ashraf@usbank.com; tarr@blankrome.com; root@blankrome.com; tfawkes@freebornpeters.com; thadwilson@kslaw.com; ajowers@kslaw.com; pferdinands@kslaw.com; theodore.w.tozer@hud.gov; Thomas.walper@mto.com; tklestadt@klestadt.com; jcorneau@klestadt.com; tlallier@foleymansfield.com; Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov; tterrell@feinsuch.com; tterrell@feinsuch.com; wcurchack@loeb.com; vrubinstein@loeb.com; dminoff@loeb.com; whazeltine@sha-llc.com; will.hoch@crowedunlevy.com; xrausloanops5@barclays.com;

36594847_1