**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

In re: RESIDENTIAL CAPITAL, LLC           Case No.: <u>12-12020 </u>MG

                                                                    Chapter <u> 11</u>

                              Debtor

-------------------------------------------------------------x


**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Gary A. Gotto to be admitted, ***pro hac vice,*** to represent the Federal Home Loan Banks of Boston, Chicago and Indianapolis, (the Client), a Creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u> Arizona         </u> and, if applicable, the bar of the U.S. District Court for the <u>      </u> District of <u>Arizona              </u>, it is hereby


**ORDERED,** that <u>Gary A. Gotto             </u>, Esq., is admitted to practice, ***pro hac vice,*** in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated:  June 25, 2013
<u>                                              </u>
New York , New York                              <u>     /s/Martin Glenn               </u>
                                                                UNITED STATES BANKRUPTCY JUDGE