**ALLEN & OVERY LLP**
John Kibler
Jonathan Cho
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300

*Counsel to HSBC Bank USA, N.A., as Trustee*
*of Certain Residential Mortgage Backed*
*Securities Trusts*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                :
*In re*:                                                        :    Case No. 12-12020 (MG)
                                                                :
RESIDENTIAL CAPITAL, LLC, *et al.*,                             :    Chapter 11
                                                                :
                          Debtors.                              :    Jointly Administered
                                                                :
----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF CERTAIN TRUSTS**
**FROM PLAN SUPPORT AGREEMENT**

HSBC Bank USA, National Association ("**HSBC**"), in its capacity as Trustee for certain residential mortgage backed securitization trusts (the "**RMBS Trusts**"), is party to that certain Plan Support Agreement dated as of May 13, 2013 (the "**Plan Support Agreement**"). Pursuant to the Plan Support Agreement, HSBC hereby withdraws the execution of the Plan Support Agreement solely with respect to the following RMBS Trusts (together, the "**Withdrawing Trusts**"):

1. Nomura Asset Acceptance Corporation, Alternative Loan Trust, Series 2005-S4

2. Nomura Asset Acceptance Corporation, Alternative Loan Trust, Series 2006-S2

3. Nomura Asset Acceptance Corporation, Alternative Loan Trust, Series 2006-S3

4. Nomura Asset Acceptance Corporation, Alternative Loan Trust, Series 2006-54

5. SunTrust Acquisition Closed-End Seconds Trust, Series 2007-1

For the avoidance of doubt, HSBC is not withdrawing the execution of the Plan Support Agreement for any RMBS Trusts other than the Withdrawing Trusts.

Dated: New York, New York
June 25, 2013

**ALLEN & OVERY LLP**
/s/ John Kibler
John Kibler
Jonathan Cho
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
john.kibler@allenovery.com
jonathan.cho@allenovery.com

*Counsel to HSBC Bank USA, N.A., as Trustee of Certain Residential Mortgage Backed Securities Trusts*