AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Daniel H. Golden
Philip C. Dublin
Rachel Ehrlich Albanese

*Special Counsel to UMB Bank, N.A.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
: 
In re:                                                           :    Chapter 11
                                                                 :
RESIDENTIAL CAPITAL, LLC, *et al.*,                              :    Case No. 12-12020 (MG)
                                                                 :    (Jointly Administered)
              Debtors.                                           :
                                                                 :
------------------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

DAGMARA KRASA-BERSTELL

1.  Deponent is not a party to this action, is over 18 years of age and is an employee of Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036.

2.  On June 25, 2013, I caused to be served Notice of Appearance and Request for Service of All Pleadings and Documents (ECF No. 4084), by causing true and correct copies to be served via First Class Mail on the parties named on the service list attached hereto as **Exhibit A**, and by Electronic Mail on the parties named on the service list attached hereto as **Exhibit B**.

Dated:   New York, New York
         June 25, 2013

/s/ Dagmara Krasa-Berstell
DAGMARA KRASA-BERSTELL

Sworn to before me this 25th
day of June  2013

/s/ Mildred Andino
Mildred Andino
Notary Public, State of New York
No. 01AN4857026
Qualified in Queens County
Commission Expires April 28, 2014

**EXHIBIT A**

**Via USPS**

**Chadbourne & Parke LLP**
Attn Howard Seife & David M LeMay
& Robert J Gayda & Marc B Roitman
30 Rockefeller Plaza
New York, NY 10112

**Fannie Mae**
Attn Peter McGonigle
1835 Market St Ste 2300
Philadelphia, PA 19103

**Internal Revenue Service**
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

**Kirkland & Ellis LLP**
Attn Ray C Schrock & Stephen E Hessler
601 Lexington Ave
New York, NY 10022-4611

**Milbank, Tweed, Hadley & McCloy LLP**
Gerard Uzzi
1 Chase Manhattan Plaza
New York, NY 10005

**Clifford Chance US LLP**
Attn: Jennifer C. DeMarco and Adam Lesman
31 West 52nd Street
New York, NY 10019

**Securities & Exchange Commission**
Secretary of the Treasury
100 F St NE
Washington, DC 20549

**United States Attorney's Office for the Southern District of New York Civil Division**
Attn Joseph Cordaro
86 Chambers St 3rd Fl
New York, NY 10007

**Citibank NA**
Attn Bobbie Theivakumaran
390 Greenwich St 6th Fl
New York, NY 10013

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Kelley Drye & Warren LLP**
James S Carr & Eric R Wilson
101 Park Ave
New York, NY 10178

**Kramer Levin Naftallis & Frankel LLP**
Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal
1177 Avenue of the Americas
New York, NY 10036

**Morrison & Foerster LLP**
Attn Tammy Hamzehpour
1290 Avenue of the Americas
New York, NY 10104

**Office of the NY State Attorney General**
Nancy Lord & Enid M Stuart
The Capitol
Albany, NY 12224-0341

**Securities & Exchange Commission NY Regional Office**
George S Canellos Regional Director
3 World Financial Center Ste 400
New York, NY 10281-1022

**The Bank of New York Mellon**
Asset-Backed Securities Group
101 Barclay St 4W
New York, NY 10286

**Deutsche Bank Trust Company Americas**
c/o Kelvin Vargas
25 De Forest Ave
Summit, NJ 07901

**Internal Revenue Service**
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

**Kirkland & Ellis**
Richard M Cieri
601 Lexington Ave
New York, NY 10022

**Kurtzman Carson Consultants**
Alison M. Tearnen Schepper
2335 Alaska Ave
El Segundo, CA 90245

**Morrison & Foerster LLP**
Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

**Office of the US Attorney for the Southern District of NY**
United States Attorney Preet Bharara
One St Andrews Plaza
New York, NY 10007

**US Trustee for the Southern District of NY**
Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto
33 Whitehall St 21st Fl, Region 2
New York, NY 10004

**U.S. Bank National Association**
Attn: George Rayzis
50 South 16 th Street
Philadelphia, PA 19102

| | | |
|---|---|---|
| **Wells Fargo Bank NA**<br>Attn Corporate Trust Services -<br>GMACM Home Equity Notes 2004<br>Variable Funding Trust<br>PO Box 98<br>Columbia, MD 21046 | **U.S. Department of Justice**<br>US Attorney General, Eric H.<br>Holder, Jr.<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | **Skadden Arps Slate Meagher &**<br>**Flom LLP**<br>Sarah M Ward<br>Four Times Square<br>New York, NY 10036 |
| **Skadden Arps Slate Meagher &**<br>**Flom LLP**<br>Jonathan H. Hofer<br>Four Times Square<br>New York, NY 10036 | **Skadden Arps Slate Meagher &**<br>**Flom LLP**<br>Ken Ziman<br>Four Times Square<br>New York, NY 10036 | |

# EXHIBIT B

abehlmann@lowenstein.com; abehlmann@lowenstein.com; accesslegalservices@gmail.com;

adam.harris@srz.com; Adam.Parkin@tdsecurities.com; Christopher.stevens@tdsecurities.com;

adoshi@magnozzikye.com; AGBankNewYork@ag.tn.gov; aglenn@kasowitz.com;

mstein@kasowitz.com; dfliman@kasowitz.com; namamoo@kasowitz.com;

almeyers@sjgov.org; amuller@stinson.com; andrea.hartley@akerman.com;

AskDOJ@usdoj.gov; austin.bankruptcy@publicans.com; ayala.hassell@hp.com;

bankruptcy@clm.com; bankruptcy2@ironmountain.com; bateman@sewkis.com;

christensen@sewkis.com; patel@sewkis.com; hooper@sewkis.com; josselson@sewkis.com;

bbeskanos@aol.com; bbressler@schnader.com; rbarkasy@schnader.com;

bdk@schlamstone.com; bill.macurda@alston.com; bnkatty@aldine.k12.tx.us;

bobbie.theivakumaran@citi.com; brandon.johnson@pillsburylaw.com; Brendan.meyer@db.com;

brian@gmcnjlaw.com; broylesmk@rgcattys.com; catherine_lasher@fanniemae.com;

cball@jonesday.com; rlwynne@jonesday.com; lemiller@jonesday.com; ceblack@jonesday.com;

ceblack@jonesday.com; choward@lockelord.com; cmomjian@attorneygeneral.gov;

cohen@sewkis.com; das@sewkis.com; binder@sewkis.com; kotwick@sewkis.com;

alves@sewkis.com; courtney.lowman@ally.com; cshore@whitecase.com;

isilverbrand@whitecase.com; dthatch@whitecase.com; cwood@rgrdlaw.com;

dallas.bankruptcy@publicans.com; danbrockett@quinnemanuel.com;

daveburnett@quinnemanuel.com; jeremyandersen@quinnemanuel.com;

david.powlen@btlaw.com; david.tillem@wilsonelser.com; davids@blbglaw.com;

jonathanu@blbglaw.com; matthewj@blbglaw.com; dcaley@wongfleming.com;

1

Dcaponnetto@leopoldassociates.com; pmahony@leopoldassociates.com; dearly@fdic.gov;

deggert@freebornpeters.com; derek@talcottfranklin.com; dflanigan@polsinelli.com;

jnagi@polsinelli.com; Golden, Daniel; Zensky, David; Qureshi, Abid; dhall@siwpc.com;

diem.home@gmail.com; dlibra@lapplibra.com; dneier@winston.com; dneier@winston.com;

cschreiber@winston.com; dsasser@siwpc.com; dwdykhouse@pbwt.com; bguiney@pbwt.com;

ebcalvo@pbfcm.com; eboden@schnader.com; ecf@kaalaw.com; ecfmail@aclawllp.com;

eciolko@ktmc.com; dmoffa@ktmc.com; enid.stuart@OAG.State.NY.US;

floraoropeza@co.imperial.ca.us; floressaucedopllc@gmail.com; fsosnick@shearman.com;

sfennessey@shearman.com; gary.holtzer@weil.com; gbush@zuckerman.com;

ncohen@zuckerman.com; lneish@zuckerman.com; gbush@zuckerman.com;

ncohen@zuckerman.com; lneish@zuckerman.com; Gerard Catalanello;

jvincequerra@duanemorris.com; gjarvis@gelaw.com; mpmorris@gelaw.com;

delman@gelaw.com; Glenn.Gillett@usdoj.gov; glenn.siegel@dechert.com;

hector.gonzalez@dechert.com; brian.greer@dechert.com; mauricio.espana@dechert.com;

craig.druehl@dechert.com; gregory.petrick@cwt.com; ingrid.bagby@cwt.com;

guzzi@milbank.com; harrisj12@michigan.gov; houston_bankruptcy@lgbs.com;

howard.godnick@srz.com; hryder@daypitney.com; hseife@chadbourne.com;

dlemay@chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com;

igoldstein@proskauer.com; jai@blbglaw.com; james.byrnes@usbank.com;

james.heaney@lawdeb.com; jberkowitz@gibbonslaw.com; calbanese@gibbonslaw.com;

jeff.brown@gmacfs.com; william.b.solomon@ally.com; jennifer.demarco@cliffordchance.com;

adam.lesman@cliffordchance.com; jeremyandersen@quinnemanuel.com;

ericwinston@quinnemanuel.com; jgarrity@morganlewis.com;

jglucksman@scarincihollenbeck.com; jhaake@wbsvlaw.com; jjtancredi@daypitney.com;

jlaitman@cohenmilstein.com; clometti@cohenmilstein.com; meisenkraft@cohenmilstein.com;

drehns@cohenmilstein.com; krehns@cohenmilstein.com; jlawlor@wmd-law.com;

jleibowitz@kandfllp.com; jmcmurtr@placer.ca.gov; jmiller@tcfbank.com;

jmoldovan@morrisoncohen.com; bankruptcy@morrisoncohen.com;

rdakis@morrisoncohen.com; joel@shafeldlaw.com; john.stern@texasattorneygeneral.gov;

joseph.cordaro@usdoj.gov; joseph.cordaro@usdoj.gov; jteitelbaum@tblawllp.com;

jwcohen@daypitney.com; kay.brock@co.travis.tx.us;

kdwbankruptcydepartment@kelleydrye.com; keckstein@kramerlevin.com;

tmayer@kramerlevin.com; dmannal@kramerlevin.com; jtrachtman@kramerlevin.com;

pbentley@kramerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com;

kelly.j.rentz@wellsfargo.com; Sharon.Squillario@wellsfargo.com;

mary.l.sohlberg@wellsfargo.com; ken.coleman@allenovery.com; john.kibler@allenovery.com;

kenton_hambrick@freddiemac.com; kgiannelli@gibbonslaw.com; kit.weitnauer@alston.com;

kmarino@khmarino.com; jboyle@khmarino.com; knewman@menterlaw.com;

kpatrick@gibbsbruns.com; kpatrick@gibbsbruns.com; shumphries@gibbsbruns.com;

kristi.garcia@wellsfargo.com; laura.moran@usbank.com; lberkoff@moritthock.com;

lgordon@mvbalaw.com; Nashelsky, Larren; glee@mofo.com; lmarinuzzi@mofo.com;

Ksadeghi@mofo.com; mabrams@willkie.com; rchoi1@willkie.com; jhardy2@willkie.com;

macohen@curtis.com; mamta.scott@usbank.com; maofiling@cgsh.com; tmoloney@cgsh.com;

soneal@cgsh.com; marguerite.gardiner@srz.com; mark.ellenberg@cwt.com;

Mark.Flannagan@umb.com; marty.bunin@alston.com; william.hao@alston.com;

mcarney@mckoolsmith.com; metkin@lowenstein.com; ilevee@lowenstein.com;

3

metkin@lowenstein.com; ilevee@lowenstein.com; mfriedman@meyner.com;

mgallagher@curtis.com; michael.cutini@srz.com; michelle.moeller@usbank.com;

mkraut@morganlewis.com; mmorganroth@morganrothlaw.com;

jmorganroth@morganrothlaw.com; mrollin@rplaw.com; mstrauss@kmllp.com;

bwalker@kmllp.com; mvaughan@wbsvlaw.com; dskeens@wbsvlaw.com;

mwarner@coleschotz.com; echou@coleschotz.com; Paul_Papas@mylegalhelpusa.com;

pdatta@hhstein.com; pdefilippo@wmd-law.com; sfitzgerald@wmd-law.com;

peter_mcgonigle@fanniemae.com; pfleming@morganlewis.com;

pgallagher@nassaucountyny.gov; pmoak@McKoolSmith.com; pmoak@McKoolSmith.com;

ppascuzzi@ffwplaw.com; Johnson, Robert; Carty, Chris; ra-li-ucts-bankrupt@state.pa.us;

ray.schrock@kirkland.com; richard.cieri@kirkland.com; stephen.hessler@kirkland.com;

projectrodeo@kirkland.com; William.b.Solomon@ally.com; Timothy.Devine@ally.com;

john.bellaver@ally.com; rbrown@robertbrownlaw.com; rescapinfo@kccllc.com;

richard.cieri@kirkland.com; richard@rsaxlaw.com; rmaney@wilmingtontrust.com;

rnorton@hunton.com; rrich2@hunton.com; Robert Major; romero@mromerolawfirm.com;

rosa.mendez@db.com; Ross.martin@ropesgray.com; Ross.martin@ropesgray.com;

keith.wofford@ropesgray.com; Sarah.Stout@BNYMellon.com;

Jennifer.Provenzano@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com;

schaedle@blankrome.com; Schindlerwilliamss@ballardspahr.com; sdny@kmk-law.net;

sdnyecf@dor.mo.gov; secbankruptcy@sec.gov; secbankruptcy@sec.gov; newyork@sec.gov;

bankruptcynoticeschr@sec.gov; seth.goldman@mto.com; sheehan@txschoollaw.com;

sreisman@curtis.com; srosen@cbshealaw.com; srutsky@proskauer.com; jzajac@proskauer.com;

stevep@rgrdlaw.com; susan.balaschak@akerman.com; susanp@taxcollector.com;

4

susheelkirpalani@quinnemanuel.com; scottshelley@quinnemanuel.com;

swissnergross@brownrudnick.com; taconrad@sbwlawfirm.com; tal@talcottfranklin.com;

Tammy.Hamzehpour@gmacrescap.com; Jill.horner@gmacrescap.com;

Colette.wahl@gmacrescap.com; Deanna.horst@gmacrescap.com;

William.thompson@gmacrescap.com; William.tyson@gmacrescap.com;

Eileen.oles@gmacrescap.com; Lauren.delehey@gmacrescap.com;

Julie.busch@gmacrescap.com; Patty.Zellmann@ally.com; tanveer.ashraf@usbank.com;

tarr@blankrome.com; root@blankrome.com; tfawkes@freebornpeters.com;

thadwilson@kslaw.com; ajowers@kslaw.com; pferdinands@kslaw.com;

theodore.w.tozer@hud.gov; Thomas.walper@mto.com; tklestadt@klestadt.com;

jcorneau@klestadt.com; tlallier@foleymansfield.com; Tracy.Davis2@usdoj.gov;

Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov; tterrell@feinsuch.com;

tterrell@feinsuch.com; wcurchack@loeb.com; vrubinstein@loeb.com; dminoff@loeb.com;

whazeltine@sha-llc.com; will.hoch@crowedunlevy.com; xrausloanops5@barclays.com

5