SEWARD & KISSEL LLP
Mark D. Kotwick
Ronald L. Cohen
Arlene R. Alves
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Counsel to U.S. Bank National Association
as Trustee for Greenpoint Mortgage Funding
Trust 2006-HE1*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| *In re:* | : Case No. 12-12020(MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | : Chapter 11 |
| Debtors. | : Jointly Administered |

-----------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF RMBS TRUST
### FROM PLAN SUPPORT AGREEMENT

U.S. Bank National Association in its capacity as trustee (the "**Trustee**") for Greenpoint Mortgage Funding Trust 2006-HE1 (the "**Trust**"), is party to that certain Plan Support Agreement dated as of May 13, 2013 (the "**Plan Support Agreement**"). Pursuant to the Plan Support Agreement the Trustee hereby withdraws the execution of the Plan Support Agreement and the agreement vote in favor of Plan[1] solely with respect to the Trust.

---

[1] Defined terms used but not defined herein shall have the meanings ascribed to them in the Plan Support Agreement.

For the avoidance of doubt, U.S. Bank National Association in its capacity as Trustee for certain other RMBS Trusts is not withdrawing the execution of the Plan Support Agreement for any RMBS Trust other than the Trust.

Dated: New York, New York
      June 25, 2013

      **SEWARD & KISSEL LLP**

      By: /s/ Mark D. Kotwick
      Ronald L. Cohen
      Arlene R. Alves
      One Battery Park Plaza
      New York, New York 10004
      Telephone: (212) 574-1200
      Facsimile: (212) 480-8421
      *Counsel to U.S. Bank National Association*
      *solely in its capacity as trustee for Greenpoint*
      *Mortgage Funding Trust 2006-HE1*

SK 03687 0119 1393833