William G. McGuinness, Esq.
Israel David, Esq.
Gary L. Kaplan, Esq.
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile:  (212) 859-4000

*Counsel to the RALI Certificate Underwriters*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC., *et al.*,[1] | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Diana Fisher, certify that on June 25, 2013, I caused copies of the Federal Rule of Bankruptcy Procedure 2019 Verified Statement of Fried, Frank, Harris, Shriver & Jacobson LLP (Docket No. 4085) to be served by United States mail, first-class postage paid listed on Exhibit A

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); Ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289).

attached hereto, and, where electronic mailing addresses were provided, by electronic mail upon the parties listed on Exhibit B attached hereto. I further certify that on June 25, 2013, I caused a copy of same to be filed via the Bankruptcy Court's CM/ECF filing system.

Dated:   New York, New York
         June 26, 2013

                                                            /s/ Diana Fisher
                                                            Diana Fisher

Exhibit A

Chadbourne & Park LLP
30 Rockefeller Plaza
New York, NY  10112
Attn:  Howard Seife, Esq.

Chadbourne & Park LLP
30 Rockefeller Plaza
New York, NY  10112
Attn:  David M. LeMay, Esq.

Chadbourne & Park LLP
30 Rockefeller Plaza
New York, NY  10112
Attn:  Robert J. Gayda, Esq.

Chadbourne & Park LLP
30 Rockefeller Plaza
New York, NY  10112
Attn:  March B. Roitman, Esq.

Citibank N.A.
390 Greenwich Street, 6th Floor
New York, NY  10013
Attn:  Bobbie Theivakurnaran

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006
Attn:  Sean A. O'Neal, Esq.

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006
Attn:  Thomas J. Moloney, Esq.

Clifford Chance US LLP
31 West 52nd Street
New York, NY  10019
Attn:  Jennifer C. DeMarco, Esq.

Clifford Chance US LLP
31 West 52nd Street
New York, NY  10019
Attn:  Adam Lesman, Esq.

Fannie Mae
1835 Market Street, Suite 2300
Philadelphia, PA  19103
Attn:   Peter McGonigle

Gibbons P.C.
One Penn Plaza, 37th Floor
New York, NY  10119-3701
Attn:  Christopher A. Albanese, Esq.

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166-0193
Attn:  David M. Feldman, Esq.

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166-0193
Attn:  Joshua Weisser, Esq.

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA  19104-5016

Internal Revenue Service
Insolvency Section
31 Hopkins Plz, Rm 1150
Baltimore, MD  21201

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178
Attn:  James S. Carr, Esq.

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178
Attn:  Eric R. Wilson, Esq.

Kirkland & Ellis
601 Lexington Avenue
New York, NY  10022
Attn:  Richard M. Cieri, Esq.

Kirkland & Ellis
601 Lexington Avenue
New York, NY  10022
Attn:  Ray C. Schrock, Esq.

Kirkland & Ellis
601 Lexington Avenue
New York, NY  10022
Attn:  Stephen E. Hessler, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn:  Kennneth H. Eckstein, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn:  Thomas Moers Mayer, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn:  Douglas H. Mannal, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn:  Jeffrey Trachtman, Esq.

Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA  90245
Attn:  P. Joe Morrow

3

Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
Attn: Walter H. Curchack, Esq.

Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
Attn: Vadim J. Rubinstein, Esq.

Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
Attn: Debra W. Minoff, Esq

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Gerard Uzzi, Esq.

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Tammy Hamzehpour, Esq.

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelskly, Esq.

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Gary S. Lee, Esq.

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Lorenzo Marinuzzi, Esq.

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Kayran B. Sadeghi, Esq.

4

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104
Attn:  Jennifer L. Marines, Esq.

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104
Attn:  James A. Newton, Esq.

Munger, Tolles & Olson LLP
335 South Grand Avenue
Los Angeles, CA  90071
Attention:  Thomas Walper, Esq.

Munger, Tolles & Olson LLP
335 South Grand Avenue
Los Angeles, CA  90071
Attention:  Seth Goldman, Esq.

Office of the New York State Attorney General
The Capitol
Albany, NY  12224-0341
Attn:  Nancy Lord, Esq.

Office of the New York State Attorney General
The Capitol
Albany, NY  12224-0341
Attn:  Enid M. Stuart, Esq.

Office of the U.S. Attorney for the Southern
 District of New York
One St. Andrews Plaza
New York, NY  10007
Attn:  Preet Bharara, Esq.

Office of the U.S. Attorney for the Southern
 District of New York Civil Division
One St. Andrews Plaza
New York, NY  10007
Attn:  Joseph Cordaro, Esq.

5

Office of the U.S. Attorney for the Southern
 District of New York Civil Division
86 Chambers Street, 3rd Floor
New York, NY 10007
Attn: Joseph Cordaro, Esq.

Office of the United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001
Attn: US Attorney General, Eric H. Holder, Jr.

Securities & Exchange Commission
100 F St NE
Washington, DC 20549
Attn: Secretary of the Treasury

Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
Attn: George S. Canellos, Regional Director

The Bank of New York Mellon
Asset-Backed Securities Group
101 Barclay St 4W
New York, NY 10286

The Meyers Law Firm
1123 Broadway, Suite 301
New York, NY 10010
Attn: Glenn R. Meyers, Esq.

US Trustee for the Southern District of New York
33 Whitehall Street
21st Floor, Region 2
New York, NY 10004
Attn: Tracy Hope Davis, Esq.

US Trustee for the Southern District of New York
33 Whitehall Street
21st Floor, Region 2
New York, NY 10004
Attn: Linda A. Riffkin, Esq.

6

US Trustee for the Southern District of New York
33 Whitehall Street
21st Floor, Region 2
New York, NY  10004
Attn:  Brian S. Masumoto, Esq.

Wells Fargo Bank NA
PO Box 98
Columbia, MD  21046
Attn:   Corporate Trust Services – GMACM Home
        Equity Notes 2004 Variable Funding Trust

## Exhibit B

E-mail ResCap GSL as of June 3, 2013

andrea.hartley@akerman.com; susan.balaschak@akerman.com; dgolden@akingump.com; dzensky@akingump.com; aqureshi@akingump.com; rajohnson@akingump.com; ccarty@akingump.com; bnkatty@aldine.k12.tx.us; ecfmail@aclawllp.com; ken.coleman@allenovery.com; john.kibler@allenovery.com; jeff.brown@gmacfs.com; william.b.solomon@ally.com; kit.weitnauer@alston.com; marty.bunin@alston.com; william.hao@alston.com; bill.macurda@alston.com; john.stern@texasattorneygeneral.gov; harrisj12@michigan.gov; Schindlerwilliamss@ballardspahr.com; Sarah.Stout@BNYMellon.com; Jennifer.Provenzano@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com; xrausloanops5@barclays.com; david.powlen@btlaw.com; bbeskanos@aol.com; davids@blbglaw.com; jonathanu@blbglaw.com; matthewj@blbglaw.com; jai@blbglaw.com; schaedle@blankrome.com; tarr@blankrome.com; root@blankrome.com; courtney.lowman@ally.com; jhaake@wbsvlaw.com; swissnergross@brownrudnick.com; gregory.petrick@cwt.com; ingrid.bagby@cwt.com; mark.ellenberg@cwt.com; dcaley@wongfleming.com; bankruptcy@clm.com; jlaitman@cohenmilstein.com; clometti@cohenmilstein.com; meisenkraft@cohenmilstein.com; drehns@cohenmilstein.com; krehns@cohenmilstein.com; srosen@cbshealaw.com; mwarner@coleschotz.com; echou@coleschotz.com; ra-li-ucts-bankrupt@state.pa.us; will.hoch@crowedunlevy.com; mgallagher@curtis.com; macohen@curtis.com; sreisman@curtis.com; hryder@daypitney.com; jjtancredi@daypitney.com; jwcohen@daypitney.com; glenn.siegel@dechert.com; hector.gonzalez@dechert.com; brian.greer@dechert.com; mauricio.espana@dechert.com; craig.druehl@dechert.com; rosa.mendez@db.com; Brendan.meyer@db.com; diem.home@gmail.com; gcatalanello@duanemorris.com; jvincequerra@duanemorris.com; catherine_lasher@fanniemae.com; broylesmk@rgcattys.com; tterrell@feinsuch.com; tterrell@feinsuch.com; ppascuzzi@ffwplaw.com; dearly@fdic.gov; floressaucedopllc@gmail.com; tlallier@foleymansfield.com; kenton_hambrick@freddiemac.com; deggert@freebornpeters.com; tfawkes@freebornpeters.com; jberkowitz@gibbonslaw.com; calbanese@gibbonslaw.com; kgiannelli@gibbonslaw.com; kpatrick@gibbsbruns.com; shumphries@gibbsbruns.com; kpatrick@gibbsbruns.com; theodore.w.tozer@hud.gov; gjarvis@gelaw.com; mpmorris@gelaw.com; delman@gelaw.com; brian@gmcnjlaw.com; ayala.hassell@hp.com; rnorton@hunton.com; rrich2@hunton.com; floraoropeza@co.imperial.ca.us; bankruptcy2@ironmountain.com; pgallagher@nassaucountyny.gov; ceblack@jonesday.com; cball@jonesday.com; rlwynne@jonesday.com; lemiller@jonesday.com; ceblack@jonesday.com; aglenn@kasowitz.com; mstein@kasowitz.com; dfliman@kasowitz.com; namamoo@kasowitz.com; eciolko@ktmc.com; dmoffa@ktmc.com; ecf@kaalaw.com; thadwilson@kslaw.com; ajowers@kslaw.com; pferdinands@kslaw.com; mstrauss@kmllp.com; bwalker@kmllp.com; tklestadt@klestadt.com; jcorneau@klestadt.com; sdny@kmk-law.net; jleibowitz@kandfllp.com; dlibra@lapplibra.com; james.heaney@lawdeb.com; richard@rsaxlaw.com; sheehan@txschoollaw.com; Dcaponnetto@leopoldassociates.com; pmahony@leopoldassociates.com;

austin.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com;
houston_bankruptcy@lgbs.com; choward@lockelord.com; abehlmann@lowenstein.com;
abehlmann@lowenstein.com; metkin@lowenstein.com; ilevee@lowenstein.com;
metkin@lowenstein.com; ilevee@lowenstein.com; adoshi@magnozzikye.com;
susanp@taxcollector.com; kmarino@khmarino.com; jboyle@khmarino.com;
lgordon@mvbalaw.com; pmoak@McKoolSmith.com; mcarney@mckoolsmith.com;
pmoak@McKoolSmith.com; knewman@menterlaw.com; mfriedman@meyner.com;
sdnyecf@dor.mo.gov; jgarrity@morganlewis.com; mkraut@morganlewis.com;
pfleming@morganlewis.com; mmorganroth@morganrothlaw.com;
jmorganroth@morganrothlaw.com; lberkoff@moritthock.com; jmoldovan@morrisoncohen.com;
bankruptcy@morrisoncohen.com; rdakis@morrisoncohen.com; seth.goldman@mto.com;
Thomas.walper@mto.com; cmomjian@attorneygeneral.gov; almeyers@sjgov.org;
dwdykhouse@pbwt.com; bguiney@pbwt.com; Paul_Papas@mylegalhelpusa.com;
ebcalvo@pbfcm.com; brandon.johnson@pillsburylaw.com; jmcmurtr@placer.ca.gov;
dflanigan@polsinelli.com; jnagi@polsinelli.com; igoldstein@proskauer.com;
srutsky@proskauer.com; jzajac@proskauer.com; danbrockett@quinnemanuel.com;
daveburnett@quinnemanuel.com; jeremyandersen@quinnemanuel.com;
jeremyandersen@quinnemanuel.com; ericwinston@quinnemanuel.com;
susheelkirpalani@quinnemanuel.com; scottshelley@quinnemanuel.com; mrollin@rplaw.com;
cwood@rgrdlaw.com; stevep@rgrdlaw.com; rbrown@robertbrownlaw.com;
romero@mromerolawfirm.com; Ross.martin@ropesgray.com; keith.wofford@ropesgray.com;
Ross.martin@ropesgray.com; dsasser@siwpc.com; dhall@siwpc.com;
jglucksman@scarincihollenbeck.com; bdk@schlamstone.com; bbressler@schnader.com;
rbarkasy@schnader.com; eboden@schnader.com; adam.harris@srz.com;
howard.godnick@srz.com; marguerite.gardiner@srz.com; michael.cutini@srz.com;
bateman@sewkis.com; christensen@sewkis.com; patel@sewkis.com; hooper@sewkis.com;
josselson@sewkis.com; cohen@sewkis.com; das@sewkis.com; binder@sewkis.com;
kotwick@sewkis.com; alves@sewkis.com; joel@shafeldlaw.com; taconrad@sbwlawfirm.com;
fsosnick@shearman.com; sfennessey@shearman.com; pdatta@hhstein.com;
amuller@stinson.com; whazeltine@sha-llc.com; tal@talcottfranklin.com;
derek@talcottfranklin.com; jmiller@tcfbank.com; jteitelbaum@tblawllp.com;
AGBankNewYork@ag.tn.gov; robert.major@bnymellon.com; Adam.Parkin@tdsecurities.com;
Christopher.stevens@tdsecurities.com; kay.brock@co.travis.tx.us; mamta.scott@usbank.com;
michelle.moeller@usbank.com; tanveer.ashraf@usbank.com; Glenn.Gillett@usdoj.gov;
Mark.Flannagan@umb.com; james.byrnes@usbank.com; laura.moran@usbank.com;
mvaughan@wbsvlaw.com; dskeens@wbsvlaw.com; gary.holtzer@weil.com;
kelly.j.rentz@wellsfargo.com; Sharon.Squillario@wellsfargo.com;
mary.l.sohlberg@wellsfargo.com; kristi.garcia@wellsfargo.com;
accesslegalservices@gmail.com; cshore@whitecase.com; isilverbrand@whitecase.com;
dthatch@whitecase.com; mabrams@willkie.com; rchoi1@willkie.com; jhardy2@willkie.com;
rmaney@wilmingtontrust.com; david.tillem@wilsonelser.com; dneier@winston.com;
dneier@winston.com; cschreiber@winston.com; jlawlor@wmd-law.com; pdefilippo@wmd-law.com; sfitzgerald@wmd-law.com; gbush@zuckerman.com; ncohen@zuckerman.com;
lneish@zuckerman.com; gbush@zuckerman.com; ncohen@zuckerman.com;
lneish@zuckerman.com; themeyerslawfirm@gmail.com

9

E-mail ResCap SSL as of June 3, 2013

hseife@chadbourne.com; dlemay@chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com; bobbie.theivakumaran@citi.com; maofiling@cgsh.com; tmoloney@cgsh.com; soneal@cgsh.com; jennifer.demarco@cliffordchance.com; adam.lesman@cliffordchance.com; peter_mcgonigle@fanniemae.com; kdwbankruptcydepartment@kelleydrye.com; richard.cieri@kirkland.com; ray.schrock@kirkland.com; richard.cieri@kirkland.com; stephen.hessler@kirkland.com; projectrodeo@kirkland.com; William.b.Solomon@ally.com; Timothy.Devine@ally.com; john.bellaver@ally.com; keckstein@kramerlevin.com; tmayer@kramerlevin.com; dmannal@kramerlevin.com; jtrachtman@kramerlevin.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com; rescapinfo@kccllc.com; wcurchack@loeb.com; vrubinstein@loeb.com; dminoff@loeb.com; guzzi@milbank.com; Tammy.Hamzehpour@gmacrescap.com; Jill.horner@gmacrescap.com; Colette.wahl@gmacrescap.com; Deanna.horst@gmacrescap.com; William.thompson@gmacrescap.com; William.tyson@gmacrescap.com; Eileen.oles@gmacrescap.com; Lauren.delehey@gmacrescap.com; Julie.busch@gmacrescap.com; Patty.Zellmann@ally.com; lnashelsky@mofo.com; glee@mofo.com; lmarinuzzi@mofo.com; Ksadeghi@mofo.com; enid.stuart@OAG.State.NY.US; joseph.cordaro@usdoj.gov; secbankruptcy@sec.gov; secbankruptcy@sec.gov; newyork@sec.gov; bankruptcynoticeschr@sec.gov; AskDOJ@usdoj.gov; joseph.cordaro@usdoj.gov; Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov;

10