UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al*.<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Jointly Administered |

# ORDER UNSEALING THE EXAMINER'S REPORT

WHEREAS, on May 13, 2013, the Court entered an order requiring the Report of Arthur J. Gonzalez, as Examiner ("Examiner Report") be filed temporarily under seal (ECF Doc. # 3697), and the report being filed under seal (ECF Doc. # 3698);

WHEREAS, on May 15, 2013, the Court entered a supplemental order temporarily sealing the Examiner Report "through and including: (a) May 23, 2013 at 9:00 a.m. if the Debtors have not by that time filed a motion seeking approval of a plan support agreement, or (b) if the Debtors have by that time filed a motion seeking approval of a plan support agreement, the earlier of (x) July 3, 2013 or (y) such date as the Court determines the motion" (ECF Doc. # 3739);

WHEREAS, on May 23, 2013, the Debtors filed *Debtors' Motion for an Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter Into and Perform Under a Plan Support Agreement with Ally Financial Inc., The Creditors' Committee, and Certain Consenting Claimants* ("PSA Motion," ECF Doc. # 3814);

WHEREAS, on June 26, 2013, a hearing was held with regard to the PSA Motion and the Court having decided the motion it is hearby

1

2

ORDERED that the Examiner Report be unsealed.

Dated: June 26, 2013
New York, New York

      **/s/Martin Glenn**
MARTIN GLENN
United States Bankruptcy Judge