# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.751.2540
WWW.KMLLP.COM

Of Counsel
  Roger W. Kirby
  Alice McInerney

June 26, 2013

**BY HAND DELIVERY**

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

      Re:    *In re Residential Capital, LLC*, Case No. 12-12020 (MG) – *Motion by Ally Financial Inc. and Ally Bank for an Order Enforcing the Automatic Stay Pursuant to 11 U.S.C. § 362(A)(3) by (1) Enjoining Prosecution of Alter Ego and Veil Piercing Claims in the Class Action Entitled Landon Rothstein, et al. v. GMAC Mortgage, LLC, et al., and (2) Declaring Such Claims Void Ab Initio* [Docket No. 2511]

Dear Judge Glenn:

      We represent the Rothstein plaintiffs. At the status conference in this matter on June 12, 2013, the Court instructed the parties to confer on a schedule for supplemental briefing and a hearing date in July or August as to whether the Rothstein plaintiffs' claims against Ally Bank are direct or derivative.

      We write to inform the court that the parties have conferred, but have been unable to reach agreement on a schedule.

      We propose the following schedule: (i) any supplemental papers be filed by July 17, 2013; and, (ii) the matter be heard at the July 24, 2013 omnibus hearing.

      Respectfully submitted,

      /s/ Mark A. Strauss
      Mark A. Strauss

cc. All Parties on Attached Service List Exhibit A

# Exhibit A

| | |
|---|---|
| **BIFFERATO GENTILOTTI**<br>Mary E. Augustine<br>Garvan F. McDaniel<br>1013 Centre Road, Suite 102<br>Wilmington, DE 19805<br>maugustine@bglawde.com<br>gmcdaniel@bglawde.com<br><br>*Bankruptcy Counsel for Plaintiffs Landon Rothstein, et al.* | **KIRKLAND & ELLIS LLP**<br>Ray Schrock<br>Victoria Cole<br>Michael Meltzer<br>Noah Ornstein<br>Peter Tsao<br>601 Lexington Avenue<br>New York, NY 10022<br>rschrock@kirkland.com<br>victoria.cole@kirkland.com<br>michael.meltzer@kirkland.com<br>nornstein@kirkland.com<br>ptsao@kirkland.com<br><br>*Counsel for Ally Financial, Inc. and Ally Bank* |
| **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>Kenneth H. Eckstein<br>Douglas Mannal<br>1177 Avenue of the Americas<br>New York, NY 100363<br>keckstein@kramerlevin.com<br>dmannal@kramerlevin.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* | **MORRISON FOERSTER LLP**<br>Gary S. Lee<br>Lorenzo Marinuzzi<br>1290 Avenue of the Americas<br>New York, NY 10104<br>GLee@mofo.com<br>LMarinuzzi@mofo.com<br><br>*Counsel for the Debtors* |
| **OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.**<br>Richard Haddad<br>230 Park Avenue<br>New York, NY 10169-0075<br>RHaddad@OSHR.COM<br><br>*Counsel for Ally Financial, Inc. and Ally Bank* | **CLEARY GOTTLIEB & HAMILTON LLP**<br>Thomas J. Maloney<br>Sean A. O'Neal<br>One Liberty Plaza<br>New York, NY 10006<br>maofiling@cgsh.com<br>soneal@cgsh.com<br><br>*Special Counsel for Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC* |