Via Electronic Case Filing        June 27, 2013

Clerk of the Court
United States Bankruptcy Court
Eastern District of New York

               Re: In re Residential Capital, LLC
               Case No.: 12-12020 (MG)
               Subject: MED&G Group LP's
               <u>Withdrawal of its Notice of Appeal</u>

To Whom It May Concern:

  PLEASE TAKE NOTICE that MED&G Group LP hereby withdraws its Notice of Appeal filed on May 22, 2013 as Docket No.: 3811 without prejudice.

            WENIG SALTIEL LLP

       By: /s/ William E. Baney
          William E. Baney, Esq.
          26 Court Street, Suite 1200
          Brooklyn, New York 11242
          (718) 797-5700
          *Attorneys for Appellant*