# WENIG SALTIEL LLP

ATTORNEYS AT LAW

26 COURT STREET - SUITE 1200

BROOKLYN, NEW YORK 11242

PHONE: (718) 797-5700
FAX: (718) 522-0356
EMAIL: INFO@LTATTORNEYS.COM

MERYL L. WENIG
JEFFREY L. SALTIEL*

WILLIAM E. BANEY
VIRGINIA GLANDA
SCOTT F. LOFFREDO
DIANA MORGAN°
LESLIE PEREZ-BENNIE
RICHARD A. ROSENZWEIG

*ADMITTED IN NY & NJ
°ADMITTED IN NY & PA

IRA GREENE
OF COUNSEL

ANGELYN D. JOHNSON+
OF COUNSEL

+ADMITTED IN NY & LA

Via Electronic Case Filing

June 27, 2013

Clerk of the Court
United States Bankruptcy Court
Eastern District of New York

Re: In re Residential Capital, LLC
Case No.: 12-12020 (MG)
Subject: MED&G Group LP's
Withdrawal of its Notice of Appeal

To Whom It May Concern:

PLEASE TAKE NOTICE that MED&G Group LP hereby withdraws its Notice of Appeal filed on May 22, 2013 as Docket No.: 3811 without prejudice.

WENIG SALTIEL LLP

By:    /s/ William E. Baney
William E. Baney, Esq.
26 Court Street, Suite 1200
Brooklyn, New York 11242
(718) 797-5700
*Attorneys for Appellant*