David B. Gelfarb
Moss & Kalish, PLLC
122 E. 42nd Street Ste. 2100
New York, New York 101168
212-867-4488 (Phone)
212-983-5276 (Fax)
gelfarb@mosskalish.com (E-mail)

*Co-counsel for Freddie Mac*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
IN RE:                                        CHAPTER 11
Residential Capital, LLC, *et al.*
                                              JOINTLY ADMINISTERED
        Debtors.
                                              CASE NO. 12-12020 (MG)
------------------------------------------X

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Code §1109(b) and Bankruptcy Rules 2002, 9007 and 9010, the Federal Home Loan Mortgage Corporation ("Freddie Mac"), a party in interest in the Chapter 11 cases of the above captioned debtors and debtors-in possession (collectively, the "Debtors"), hereby appears, by and through its undersigned co-counsel, in the Debtors' Chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code §1109(b), Freddie Mac requests that all pleadings, documents and notices (including, without limitation, not only those pleadings, documents, and notices referred to in Bankruptcy Rule 2002, but also any orders, applications, motions, petitions, requests, complaints, answers, replies, schedules of assets or liabilities, statements of financial affairs, operating reports, plans of

reorganizations, disclosure statements, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, e-mail or otherwise) filed, given or to be given in the Debtors' cases be given and served upon:

David B. Gelfarb, Esq.
Moss & Kalish, PLLC
122 E. 42nd Street Ste. 2100
New York, New York 10168
212-867-4488 (Phone)
212-983-5276 (Fax)
gelfarb@mosskalish.com (E-mail)

PLEASE TAKE FURTHER NOTICE that neither this notice, not any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with the Debtors' Chapter 11 cases is intended to be, or shall be construed as, a waiver of Freddie Mac's: (i) right to have final orders in non-core matters entered only after review de novo by a District Court judge; (ii) right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related thereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments, all of which are expressly reserved hereunder.

Dated: New York, New York
       June 27, 2013

Respectfully submitted,

MOSS & KALISH, PLLC

By: /s/ David B. Gelfarb
David B. Gelfarb
Co-counsel for Freddie Mac
122 E. 42nd Street Ste. 2100
New York, New York 101168
212-867-4488 (Phone)
212-983-5276 (Fax)
gelfarb@mosskalish.com (E-mail)