JULIO PICHARDO
1201 E SUDENE AVE
FULLERTON CA 92831

IN RE:

| | |
|---|---|
| JULIO PICHARDO ) | |
| ) | |
| VS ) | CASE NO 12-12020 |
| RESIDENTIAL CAPITAL ) | |
| DEBTORS ) | |
| ) | |

RECEIVED JUN 27 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

TO THE HONORABLE JUDGE GLENN MARTIN:

**MOTION TO RECONSIDER RELIEF REQUESTED.**
**OCWEN FILING TO IMPLEMENT 8/5/2009 DOCS WILL DRAW GMAC ON**
**AS ORIGINATOR SINCE OCWEN DOES NOT RECOGNIZE 8/5/2009 DOCS.**
**PLEASE ALLOW RELIEF FOR FAILURE TO PERFORM**
**UNDER AGREEMENT (BREACH)**
(REQUEST FOR E-MAIL rj7sam1@yahoo.com BE PLACED ON MONTHLY SERVICE LIST)
NOTIFICATION REQUEST ELECTRONICALLY SENT VIA MAIL TO: CLARISSADCU@KCCLLC
ADRIAN XAVIER CUEVAS Acuevas@kccllc.com   (PROOF OF CLAIM 452)

1- AS PER ENCLOSED CERTIFIED MAILING OCWEN DOES NOT RECOGNIZE GMAC DOCS BASED ON PREMISE THAT DOCUMENTS WERE DRAWNED BY GMAC AUGUST 5TH 2009.
2- AS I PREVIOUSLY ADRESSED BEFORE THIS COURT, OCWEN ATRIBUTES INCONSISTANCY EXISTS BETWEEN AUGUST 5 2009 & NOV 2009 DOCUMENTS TO GMAC THUS DRAWING GMAC INTO ANY COURT ACTION TO BE FILED ON OCWEN TO SUBMITT TO GOVERNING CLAUSES.
3- OCWEN ASSERTS THAT THIS IS A GMAC FAILURE & SHOULD BE LITIGATED TO RESOLVE DOCUMENT DIFFERENCES & INCONSITANCIES CREATED.
4- PER DOCKET NO.3838 ALLOWING LATE FILING OF CLAIMS, CONSIDERATION AS PREVIOUS REQUEST IS HEREBY MADE TO ALLOW UNDER THESE CIRCUMSTANCES.
5- AS ADRESSED TO COURT BEFORE, LIENS INSERTION PREVENTED ACCELARATION ULTIMATELY FORECLOSURE.
6- SHOULD LITIGATION BE COMMENCED, IT WOULD DRAW GMAC TO LITIGATE DOCUMENTS DRAWNED.
7- FOR THIS REASON & OTHERS STATED, PROOF OF CLAIM SHOULD BE ALLOWED TO CURE GMAC SELF INFLICTED WOUND ON SUCH A SERIOUS MATTER.
8- MOTION REQUEST TO FILE ACTION ADRESSING DOCUMENTS AS IT WILL DRAW GMAC ONTO BEING A 2009 PREDATES BANKRUPTCY FILING.
9- PROOF OF CLAIM FILING SHOULD BE ALLOWED AS 452 CLAIM FILING DID NOT ADDRESSED DOCUMENT ISSUES.
10- REQUEST FOR E-MAIL RJ7SAM1@YAHOO.COM TO BE PLACED ON MONTHLY SERVICE LIST.

*Request for Filing Action on Ocwen Drawing GMAC as Originator*

TELEPHONIC HEARING REQUESTED TO RESOLVE ABOVE ISSUES ONCE & FOR ALL.
RESPECTFULLY SUBMITTED.
THANK YOU.

JULIO PICHARDO

**OCWEN LOAN SERVICING, LLC**
**P.O. BOX 780**
**WATERLOO IA, 50704-0780**

04/25/13

TO: LOAN SERVICING
RE: LOAN # 0359019299

ATT: LOAN SERVICING;     AS PER N.Y. COURTS REPLY, I AM INFORMING OF JUDGE'S INSTRUCTIONS TO DIRECT YOU TO DOCUMENTS INSERTIONS HOME LIENS WITH GOVERNING FACTOR OF SECURITY INSTRUMENT.

IN ADDITION DOCUMENTS DIRECTS TO ANY INCONSISTANCIES CONTROLLED.

AS THIS IS PART OF DOCUMENTS, THERE SHOULD BE NO FURTHER REQUESTS OF IMPLEMENTATION OF THESE PARAGRAPHS. NO FEES SHOULD BE REQUIRED AS CLEARLY INCLUSSION WAS DONE.

AS OCWEN IS NOT A PART OF BANKRUPTCY, FILING CIVIL COURT ACTION WILL COMMENCE SHORTLY TO IMPOSE DOCUMENTS.

IMMEDIATE ATTENTION IS REQUIRED ON ABOVE LIEN INSERTED MATTER.

THIS IN LIGHT THAT THIS HAS BEEN ADDRESSED SEVERAL TIME TO NO AVAIL.

SHOULD FILING BE REQUIRED, ADDITIONAL PENALTIES WILL BE DEMANDED FROM COURT AS CURE INCLUDING MONETARY COSTS & DAMAGES FOR FAILURE TO ACT CAUSING FINANCIAL HARDSHIP.    DIRELC. OF DUTIES, BREACH, AMONGST OTHER UNRESOLVED ISSUES.

PLEASE BE ADVISED THAT ABSENT IMPLEMENTATION REQUIRED, AS WELL AS NO RESPONSE, SUCH WILL CONSTRUDED NON-RESPONSIVE, ADMISSION OF FURTHER LIABILITY IN ACTION.

ENCLOSED YOU MAY FIND COPY OF N.Y.B. JUDGE INSTRUCTING YOU SUBMMIT TO DOCUMENTS AS THEY GOVERN.

YOUR IMMEDIATE RESPONSE IS REQUIRED.

JULIO PICHARDO
CC: FILE

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

OCWEN LOAN SERVICING
PREV. FAXED
PO BOX 79135
PHOENIX AZ 85062-9135
DOC-RE: LIEN INSERTED DOCMTS
SENT 4/25/13 W/ GOVERNING
PG NO IS/ANY

2. Article Number: 7012 3460 0001 3998 1990

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent    ☐ Addressee

B. Received by (Printed Name): STEVE J. DEE
C. Date of Delivery: MAY 06 2013

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

102595-02-M-1540