## EXHIBIT A

## Nature and Amount of Disclosable Economic Interests[1]

| Name | Address | RMBS Certificate Holdings | |
|---|---|---|---|
| | | **Original Face** | **Current Face** |
| Bayview Fund Management LLC | 4425 Ponce de Leon Blvd. Coral Gables, Florida 33146 | $1,417,312,941.00 | $602,933,712.00 |
| CQS ABS Alpha Master Fund Limited and CQS ABS Master Fund Limited | 152 West 57th Street, 40th Floor New York, NY 10019 | $1,017,049,282.00 | $393,750,252.00 |
| Monarch Alternative Capital LP | 535 Madison Avenue New York, NY 10022 | $994,513,931.01 | $402,572,740.27 |
| Stonehill Capital Management LLC | 885 Third Avenue, 30th Floor New York, NY 10022 | $77,797,500.00 | $32,582,699.00 |

---

[1] All information provided herein is as of June 27, 2013, with "Current Face" amounts calculated based on factors as of May 25, 2013.  Totals include cumulative holdings in securities insured by Financial Guaranty Insurance Company and held by certain funds to which Monarch Alternative Capital LP, Stonehill Capital Management LLC and Bayview Fund Management LLC acts as investment advisor and CQS ABS Master Fund Limited and CQS ABS Alpha Master Fund Limited, as well as other RMBS securities held where one of the Debtors was a seller, servicer or sponsor.