UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re                                                            :    Chapter 11
:
RESIDENTIAL CAPITAL, LLC, et al.,[1]                             :    Case No. 12-12020 (MG)
:
:
:    (Jointly Administered)
Debtors.                                                         :
-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Aljaira Duarte, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On or before June 27, 2013, I caused copies of the
- [Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re Docket No. 3989]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: June 28, 2013

_____
Aljaira Duarte

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this June 28, 2013, by Aljaira Duarte, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

JENNIFER GRAGEDA
Commission # 2013634
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

# EXHIBIT A

**Exhibit A**
**Rule 3001(e)(1) or 3001(e)(3)**

| Name | Notice Name | Address | City | State | Zip | Scheduled Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|
| ASM Capital IV, L.P. | ASM Capital | 7600 Jericho Turnpike Suite 302 | Woodbury | NY | 11797 | $40,000.00 | $40,000.00 | 3989 | Transferee |
| NEW YORK MORTGAGE COALITION | | 50 BROAD ST | New York | NY | 10004 | $40,000.00 | $40,000.00 | 3989 | Transferor |

In re: Residential Capital, LLC et al.
USBC Case No. 12-12020 (MG)