Stanley B. Tarr (ST-4177)
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Tel. (302) 425-6400
Fax: (302) 425-6464

Counsel for PNC Mortgage, a Division of PNC Bank, NA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 12-12020(MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.,* | : |  |
|  | : | (Joint Administration) |
|  | : |  |
| Debtors. | : |  |

**NOTICE OF WITHDRAWAL OF CERTAIN PROOFS OF CLAIM FILED**
**BY PNC MORTGAGE, A DIVISION OF PNC BANK, NA**

PNC Mortgage, a division of PNC Bank, NA ("PNC Mortgage"), hereby withdraws the following proofs of claim filed by PNC Mortgage:[1]

1. Claim No. 6409 filed against Residential Capital, LLC;
2. Claim No. 6411 filed against Executive Trustee, Services, LLC;
3. Claim No. 6412 filed against GMAC Mortgage, LLC;
4. Claim No. 6413 filed against GMACM Borrower LLC;
5. Claim No. 6414 filed against RFC Construction Funding, LLC;
6. Claim No. 6415 filed against ETS of Washington, Inc.; and
7. Claim No. 6416 filed against EPRE LLC

Other than those proofs of claim expressly identified herein, nothing herein shall be deemed a withdrawal of any other proofs of claim filed by PNC Mortgage or any other PNC entity. Specifically, and without limitation, nothing herein shall be deemed to be a withdrawal of

---

[1] In addition, the following proofs of claim were previously amended and superseded: Claim Nos. 3557, 3561, 3565, 3567, 3568, 3570, and 3572. To the extent necessary, PNC Mortgage withdraws each of these proofs of claim as well.

131832.01441/40207553v.2

Claim Nos. 3574 and 6410 filed by PNC Mortgage against Residential Funding Company, LLC.

Claim Nos. 3574 and 6410 shall remain in full force and effect.

Dated: July 1, 2013 **BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Stanley B. Tarr
Alan M. Root
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Tel:  (302) 425-6400
Fax:  (302) 425-6464

- and -

Michael B. Schaedle
One Logan Square
18th and Cherry Streets
Philadelphia, PA  19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555

*Counsel for PNC Mortgage, a Division of PNC Bank, NA*