UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 |

### ORDER DENYING HAFFEY MOTION (ECF DOC. # 3834)

Pending before the Court is the *Scheduled Creditor's Motion Pursuant to Fed. R. Bankr. P. 9023 and 9024, in Relation to the May 8, 2013 Order on Movant Haffey's Motion for the Clarification/Enforcement of the Automatic Stay Against the Debtors, Co-Creditor Deutsche Bank Americas and Counsel* ("Motion," ECF Doc. # 3834).  The Court has already issued an order (ECF Doc. # 3647) granting in part and denying in part Haffey's original motion (ECF Doc. # 1227).  Haffey argues that he appeared by telephone at the prior hearing in "listen only" mode, and therefore was unable to be heard when the Court asked if he wished to be heard.  In the absence of Haffey's participation in the hearing, the Court resolved the issues based on the papers submitted by the parties, including Haffey.  Upon consideration of Haffey's latest request, the Court concludes that there is no basis to amend, vacate or reconsider the prior order.

Therefore, Haffey's Motion is **DENIED**.

**IT IS SO ORDERED.**

Dated:  July 2, 2013
         New York, New York

                                    /s/Martin Glenn
                                    MARTIN GLENN
                                    United States Bankruptcy Judge

1