12-12020-mg    Doc 4132    Filed 07/02/13    Entered 07/02/13 15:31:58    Main Document
Pg 1 of 6

Marc Abrams
Joseph T. Baio
Mary Eaton
Paul Shalhoub
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Attorneys for Monarch Alternative Capital LP, Stonehill Capital Management LLC and Bayview Fund Management LLC, each in its capacity as investment advisor to certain funds, and to CQS ABS Master Fund Limited and CQS ABS Alpha Master Fund Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Residential Capital, LLC, et al., | : Case No. 12-12020 (MG) |
| | : |
| Debtors. | : Jointly Administered |

------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    )  ss.:
COUNTY OF NEW YORK  )

Charles Tricomi, being duly sworn, deposes and says:

(I)  That he is not a party to the within action, is over the age of 21 years and resides in New York, New York.

(II)  That on June 28, 2013, he caused to be served the following document: *Verified Statement of Willkie Farr & Gallagher LLP Pursuant To Federal Rule of Bankruptcy Procedure 2019* [Docket No. 4116] via United States mail, first-class postage paid to the parties listed in Exhibit "A," and where electronic mailing addresses were provided, by electronic mail upon the parties that were included in the Bankruptcy Court's CM/ECF general service list.

*/s/ Charles Tricomi*
Charles Tricomi

Sworn to before me this
1st day of July, 2013

_____
Notary Public

KATHERINE E. FITE
Notary Public, State of New York
No. 01FI6266797
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires Aug. 6, 2016

## EXHIBIT A

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Attn: Howard Seife, David M. LeMay, Robert J. Gayda, Marc B. Roitman

Citibank NA
330 Greenwich Street, 6th Floor
New York, NY 10013
Attn: Bobbie Theivakumaran

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: Sean A. O'Neal and Thomas J. Moloney

Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
Attn: Jennifer C. DeMarco and Adam Lesman

Fannie Mae
1835 Market St Ste 2300
Philadelphia, PA 19103
Attn: Peter McGonigle

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346
Attn: Centralized Insolvency Operation

Internal Revenue Service
2970 Market Street
Philadelphia, PA 19104
Attn: Centralized Insolvency Operation

Internal Revenue Service
31 Hopkins Plz, Rm 1150
Philadelphia, PA 19104
Attn: Insolvency Section

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: James S. Carr and Eric R. Wilson

Kirkland & Ellis LLP
601 Lexington Ave
New York, NY 10022
Attn: Ray C. Schrock, Stephen E. Hessler, and Richard M. Cieri

Kramer Levin Naftallis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H Eckstein, Thomas Moers Mayer, Douglas H. Mannal, and Jeffrey Trachtman

Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245
Attn: P. Joe Morrow

Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
Attn: Walter H. Curchack, Vadim J. Rubinstein, and Debra W. Minoff

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Gerard Uzzi

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Tammy Hamzehpour, Larren M. Nashelsky, Gary S Lee, Lorenzo Marinuzzi, Kayvan B. Sadeghi, Jennifer L. Marines, and James A. Newton

Office of the NY State Attorney General
The Capitol
Albany, NY 12224-0341
Attn: Nancy Lord and Enid M. Stuart

Office of the US Attorney for the Southern District of NY
One St. Andrews Plaza
New York, NY 10007
Attn: United States Attorney Preet Bharara

Securities & Exchange Commission
100 F St NE
Washington, DC 20549
Attn: Secretary of the Treasury

Securities & Exchange Commission NY Regional Office
3 World Financial Center Ste 400
New York, NY 10281-1022
Attn: George S. Canellos, Regional Director

The Bank of New York Mellon
101 Barclay Street, 4W
New York, NY 10286
Attn: Asset-Backed Securities Group

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001
Attn: US Attorney General, Eric H. Holder, Jr.

United States Attorney's Office for the Southern District of New York civil Division
86 Chambers St, 3rd Floor
New York, NY 10007
Attn: Joseph Cordaro

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Attn: Tracy Hope Davis, Linda A. Riffkin, and Brian S. Masumoto

Wells Fargo Bank NA
PO Box 98
Columbia, MD 21046
Attn: Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Attn: David M. Feldman and Joshua Weisser, Esq.

Gibbons P.C.
One Penn Plaza, 37th Floor
New York, NY 10119-3701
Attn: Christopher A. Albanese, Esq.

Munger, Tolles & Olson LLP
335 South Grand Avenue
Los Angeles, CA 90071
Attn: Thomas Walper and Seth Goldman, Esq.

The Meyers Law Firm
1123 Broadway, Suite 301
New York, NY 10010
Attn: Glenn R. Meyers, Esq.