UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

In re:                                                                    Case No.: __12-12020 (MG)__

Residential Capital, LLC, et al                                           Chapter __11__
                          Debtor
------------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, William J. Doyle, Jr., request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Patricia LeBlanc, a potential creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the Commonwealth of Massachusetts and, if applicable, the bar of the U.S. District Court for the District of Massachusetts.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: __June 12, 2013__
Boston, Massachusetts

*[signature: William J Doyle Jr]*

*Mailing Address:*

Leavis and Rest, P.C.
83 Central Street
Boston, MA  02109
*E-mail address:*  wjd@leavisandrest.com
*Telephone number:*  (617) 742-1700