UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

In re:                                          Case No.: 12-12020(MG)

  Residential Capital, LLC, et al         Chapter     11


                 Debtor
------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*


Upon the motion of William J. Doyle, Jr., to be admitted,

**pro hac vice**, to represent Patricia LeBlanc (the "Client") a

creditor in the above referenced case proceeding, and upon the

movant's certification that the movant is a member in good

standing of the bar in the Commonwealth of Massachusetts, and, if

applicable, the bar of the U.S. District Court for the District

of Massachusetts, it is hereby

**ORDERED**, the William J. Doyle, Jr., Esq., is admitted to

practice, **pro hac vice**, in the above referenced case proceeding

to represent the Client, in the United States Bankruptcy Court

for the Southern District of New York, provided that the filing

fee has been paid.

Dated: **July 3, 2013**
          New York, New York           **/s/Martin Glenn**
                                        UNITED STATES BANKRUPTCY JUDGE