W. BEN SLAUGHTER, ISB# 6166
JONES♦GLEDHILL♦FUHRMAN♦GOURLEY, P.A.
The 9th and Idaho Center
225 N. 9th Street, Suite 820
P.O. Box 1097
Boise, ID 83701
Telephone (208)331-1170
Facsimile (208)331-1529
bslaughter@idalaw.com



Attorneys for Creditors Barry and Stephanie Johnson

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In the matter of:

GMAC Mortgage, LLC,

　　　　　Debtor.

Case No. 12-12020-mg

### WITHDRAWAL OF CLAIM

Barry and Stephanie Johnson's Proof of Claim filed as Claim No. 4785, in the amount of $222,565.39 (Two Hundred Twenty-Two Thousand, Five Hundred Sixty-Five and 39/100 dollars), dated November 9, 2012, is hereby withdrawn.

DATED This 27th day of June, 2013.

　　　　　　　　　　　　　　　　JONES ♦ GLEDHILL♦ FUHRMAN ♦ GOURLEY, P.A.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　W. BEN SLAUGHTER
　　　　　　　　　　　　　　　　Attorneys for Creditors Barry and Stephanie Johnson

WITHDRAWAL OF CLAIM - 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of June, 2013, a true and correct copy of the foregoing document was served upon the following parties by depositing said copy in the U.S. mail, postage prepaid:

Claims Management
Residential Capital, LLC
P.O. Box 385220
Bloomington, MN 55438

Morrison & Foerster, LLP
1290 Ave. of the Americas
New York, NY 10104

Kurtzman Carson Consultants, LLC
2335 Alaska Avenue
El Segundo, CA 90245

W. BEN SLAUGHTER

WITHDRAWAL OF CLAIM - 2