UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

RESIDENTIAL CAPITAL, LLC, et al.,

    Debtors

Case No. 12-12020 (MG)

Chapter 11

Jointly Administered

## CLAIMANT'S PROVISIONAL OBJECTION TO DEBTOR'S EIGTH OMNIBUS OBJECTION TO PERTAINING TO CLAIMS #4912 and #6270 (REDUNDANT BORROWER CLAIMS)

Thomas G. Cooper and Catherine D. Cooper hereby served notice of their provisional objection to the above captioned objection saying as follows:

1. We prepared notices of our claims in the above matter in a timely manner and posted the claims with Federal Express for next day, timely, delivery with the Court on October 29, 2012 with a guaranteed delivery date of November 2, 2012.

2. Federal Express advised us on the afternoon of November 8, 2012 that as a result of Tropical Storm Sandy, while our original claims were in their possession in a delivery substation in the New York City area, they would not be able to deliver the claims to the Honorable Court by the November 9, 2012 deadline. As a result, Thomas G. Cooper drove from New Hampshire on November 9, 2012 to the White Plains office of the Bankruptcy Court to file the claims which were handwritten yet duplicate originals of the claims we had previously posted to the Court through Federal Express on October 30, 2012. Those Claims were entered as docket #6270 and 6272.

3. The original claims were those posted to the Court through Federal Express but delivered post filing deadline. Those Claims were entered as #2418 and #4912 (delivered on November 15, 2012). We only maintain claims against GMAC as detailed in the Notice of Claims filed with the Court on November 9, 2013. To the extent that the debtors' Motion does not affect the viability of

these two we have no objection to the motion eliminating the duplicate claims #2418 and #4912.

## CONCLUSION

We do not have an attorney representing us in this matter. If the Debtor's motion is intended to eliminate or affect in any way the viability of our two remaining claims #6270 and 6272 we Object to the granting of the motion and request to appear telephonically at the July 15, 2013 hearing. Otherwise we have no objection to the Court granting the relief requested by the Debtor to disallow claim #4912 as redundant.

Respectfully submitted,

Thomas G. Cooper
Catherine D. Cooper
PO Box 3671
Concord, NH  03302-3671


Copies sent to:
Morrison and Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attention: Attorneys Gary S. Lee, Norman S. Rosenbaum, Jordan A Wishnew

Kramer, Levin Naftalis and Frankel, LLP
1117 Avenue of the Americas
New York, NY 10036
Attention: Attorneys Kenneth H. Eckstein, Douglas H. Mannal

June 29, 2013

Vito Genna, Esquire
Clerk of Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004



        **Attention:  Chambers of the Honorable Martin Glenn**
        Case No. 12-12020(MG) Chapter 11
        Residential Capital LLC, et al
        Thomas G. Cooper and Catherine D. Cooper

**CLAIMANT'S PROVISIONAL OBJECTION TO DEBTOR'S SEVENTH OMNIBUS OBJECTION TO PERTAINING TO CLAIMS #2418 and #6272 (AMENDED AND SUPERSEDED BORROWER CLAIMS)**

And

**CLAIMANT'S PROVISIONAL OBJECTION TO DEBTOR'S EIGTH OMNIBUS OBJECTION TO PERTAINING TO CLAIMS #4912 and #6270 (REDUNDANT BORROWER CLAIMS)**

Dear Clerk Genna:

      Enclosed pursuant to notices we received in the above captioned matter please find our provisional objections to the Debtors Seventh and Eighth Objections.  It is our understanding from a conversation Mr. Cooper had last week with Attorney Amanda Kernan, law clerk to Judge Glynn, that we are permitted to participate by telephone in the July 15, 2013 hearing if it is necessary to do so.  By copy of this letter to Debtor's attorneys we are requesting to be advised by them via e-mail or letter as to whether our understanding of the nature of their request interferes to any extent with the continued viability of the claims which would remain if the Court adopts their proposed Orders in these matters. If the Order does not affect the remaining claims we will not need to participate in the hearing and we do not object to the Proposed Orders.

Thank you for your consideration.

                                          Thomas G. Cooper
                                          Catherine D. Cooper
                                          PO Box 3671
                                          Concord, NH  03302-3671
                                        e-mail:  tom.cooper1@comcast.net

Copies sent to:
Morrison and Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attention: Attorneys Gary S. Lee, Norman S. Rosenbaum, Jordan A Wishnew

Kramer, Levin Naftalis and Frankel, LLP
1117 Avenue of the Americas
New York, NY 10036
Attention: Attorneys Kenneth H. Eckstein, Douglas H. Mannal