Hearing Date:    July 26, 2013 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF JULY 24, 2013
OMNIBUS HEARING TO JULY 26, 2013 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the omnibus hearing previously scheduled for July 24, 2013 at 10:00 a.m. (Prevailing Eastern Time) has been adjourned to **July 26, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "Omnibus Hearing") and will be held before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, Room 501.

ny-1098160

**PLEASE TAKE FURTHER NOTICE** that all matters currently scheduled to be heard on July 24, 2013 are hereby adjourned to the July 26, 2013 Omnibus Hearing.

Dated: July 3, 2013
      New York, New York

Respectfully submitted,

/s/ Gary S. Lee
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*

ny-1098160

2