Hearing Date:   July 26, 2013 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Meryl L. Rothchild

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------
)
In re:                                                    )    Case No. 12-12020 (MG)
                                                          )
RESIDENTIAL CAPITAL, LLC, et al.,      )    Chapter 11
                                                          )
                                   Debtors.      )    Jointly Administered
                                                          )
---------------------------------------------------------------------
)

**AMENDED NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF U.S. BANK
NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, SEEKING LIMITED
DISCOVERY FROM THE DEBTORS AND RELIEF FROM STAY IMPOSED
BY THE FHFA ORDER TO JULY 26, 2013 AT 10:00 A.M.**

PLEASE TAKE NOTICE that the hearing on the *Motion of U.S. Bank National
Association, as Indenture Trustee, Seeking Limited Discovery from the Debtors and Relief from
Stay Imposed by the FHFA Order* [Docket No. 3513], previously scheduled to be heard on July
10, 2013 at 10:00 a.m. (Prevailing Eastern Time) has been adjourned to **July 26, 2013 at 10:00
a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the
United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton
Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1098045

Dated:  July 8, 2013
        New York, New York

                                        /s/ Norman S. Rosenbaum
                                        Gary S. Lee
                                        Norman S. Rosenbaum
                                        Meryl L. Rothchild
                                        MORRISON & FOERSTER LLP
                                        1290 Avenue of the Americas
                                        New York, New York 10104
                                        Telephone: (212) 468-8000
                                        Facsimile: (212) 468-7900

                                        *Counsel for the Debtors and
                                        Debtors in Possession*