**PLATZER, SWERGOLD, KARLIN, LEVINE,**
**GOLDBERG & JASLOW, LLP**
*Local Counsel for Kroll Ontrack, Inc.*
1065 Avenue of the Americas, 18th Floor
New York, New York 10018
Telephone: (212) 593-3000
Facsimile: (212) 593-0353
Clifford A. Katz, Esq.

MESSERLI & KRAMER P.A.
*General Counsel for Kroll Ontrack, Inc.*
1400 Fifth Street Towers | 100 South Fifth Street
Minneapolis, MN 55402-
Telephone: (612) 672-3709
Fax: (612) 672-3777
Benjamin J. Court, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - x

In re:                                                          Case No.: 12-12020 (MG)

RESIDENTIAL CAPITAL, LLC, et al.,                               Chapter 11

                                                                Jointly Administered

                          Debtors.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - x

I, Molly Rice, hereby declare as follows:

    1.    I am the accounts receivable supervisor for Kroll Ontrack, Inc. ("Kroll"), a corporation organized under the laws of the State of Minnesota. I have been employed by Kroll in its credit and collections department since September 24, 2001, and I have been in my current position for approximately the past year.

    2.    Kroll is in the business of data management, providing consulting, professional services, and technology products in the areas of data recovery, information management, and litigation-related discovery solutions involving electronically stored information.

3.      In my current position, I am responsible for preparing proofs of claim nationwide when a Kroll customer with an outstanding balance files for bankruptcy under the United States Bankruptcy Code. On average, I prepare between four and ten proofs of claim for Kroll annually. Each time I prepare a proof of claim, I generally follow the same process and routine.

4.      My normal process and routine is as follows:

      a.      First, I look up the account and determine how much of the then unpaid account balance was incurred before and after the bankruptcy petition filing;

      b.      Second, I obtain copies of the underlying contracts, invoices, and – to the extent available to me – the backup documentation relating to the invoices for products and services Kroll provided to the customer;

      c.      Third, I read the instructions regarding the preparation and delivery of the proof of claim, and I determine whether a third-party claims administrator is involved;

      d.      Fourth, I fill out the actual proof of claim form, attach the necessary addendums and/or exhibits to provide foundation and explanation for the proof of claim, and I sign and date the proof of claim; and

      e.      Fifth, usually the same day that I prepare it, I assemble the completed proof of claim and accompanying documentation for shipping, take the package to Kroll's on-site shipping warehouse, and place it in the US Domestic Outgoing Mailbox. The US Domestic Outgoing Mailbox is

metered and posted by shipping department personnel and delivered via USPS First Class Mail.

5.      Attached hereto and referenced herein as **Exhibit A** is a true and accurate copy of the proof of claim and supporting documents I prepared on behalf of Kroll in the above-titled bankruptcy.

6.      The hand written information contained on **Exhibit A** is my handwriting and the signature on the bottom of the first page of **Exhibit A** is my signature.

7.      Although I do not specifically recall the circumstances and the time frame in which I prepared the proof of claim referenced as **Exhibit A**, I do not believe I deviated from my normal process and routine.

8.      To the best of my knowledge, I prepared **Exhibit A** on or about October 31, 2012, and I placed it in the US Domestic Outgoing Mailbox for delivery by USPS First Class Mail that same day.

9.      On the last day of each month, I have to visit the shipping department to sign off on end of the month documents, so it would be consistent with my past experience and practice that I would have signed **Exhibit A** and delivered it for mailing on October 31, 2012.

10.      To the best of my recollection and knowledge, I reviewed all of the instructions from Kurtzman Carson Consultants ("KCC"), the third-party claims administrator in the above-captioned matter, regarding preparation and delivery of Kroll's proof of claim. To the best of my recollection and knowledge, I strictly followed KCC's instructions.

11.    In my capacity as accounts receivable supervisor for Kroll, I have previously prepared and delivered proofs of claim involving third-party claims administrators without issue, including matters in which KCC was involved.

12.    At no time before the claims bar date was I ever notified by any person at Kroll, KCC, or anyone else that any problems or issues existed relative to the timely delivery of Kroll's proof of claim in this matter. Additionally, the proof of claim was not sent back to me or, to my knowledge, anyone else at Kroll.

13.    Had Kroll's shipping department encountered issues relative to the mailing or delivery of the proof of claim, or been notified us any such issues, I would have been notified.

14.    I had no knowledge of any problem or issue with Kroll's proof of claim in this matter until I was informed in early May 2013 that the Debtor filed an objection asserting that Kroll's proof of claim was not received by KCC until December 5, 2012, and was allegedly untimely.

15.    To the best of my knowledge and information, Kroll's proof of claim was placed for delivery via USPS First Class Mail on October 31, 2013.

16.    I have followed the process and routine explained herein numerous times and I have never before had a proof of claim objected to on the basis that it was untimely.

**FURTHER YOUR AFFIANT SAYETH NOT.**

Dated:  July 3, 2013

/s/ Molly Rice_____
MOLLY RICE

Subscribed and sworn to before me
this 3rd day of July, 2013.

/s/ Shelly Marie Jackson_____
Notary Public

State of Minnesota
Notary Public
Shelley Marie Jackson
My Commission Expires 1/31/2015

# **EXHIBIT A**

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor: *Residential Capital LLC RfC*   Case Number: ~~00000000~~ *12 - 12019*

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**KROLL ONTRACK**

☐ Check this box if this claim amends a previously filed claim.

Name and address where notices should be sent:    NameID: 10869626
KROLL ONTRACK
9023 COLUMBINE RD
EDEN PRAIRIE, MN 55347
Attn: *Molly Rice*

Court Claim
Number:_____
(*If known*)

Filed on:_____

Telephone number: *952-937-1107*    email: *mrice@krollontrack.com*

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above):

Telephone number:                email:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

**1. Amount of Claim as of Date Case Filed: $** *487,118,18*
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** *Services*
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** *2713*

**3a. Debtor may have scheduled account as:**
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):**
(See instruction #3b)

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate. ☐ Motor Vehicle. ☐ Other.
Describe:
Value of Property: $_____ Annual Interest Rate_____% ☐ Fixed ☐ Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
If any: $_____    Basis for perfection:
Amount of Secured Claim: $_____    Amount Unsecured: $_____

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$_____

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$_____ (See instruction #6)

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**9. Signature: (See instruction #9)** Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: *Molly Rice*
Title: *Accounting*
Company: *Kroll Ontrack*
Address and telephone number (if different from notice address above):

(Signature)    *10/3/12*    (Date)

Telephone number:    Email:

**COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

001KC0002  51765-3  domestic  19/014515/087086    1212020120830174309149336

 **Kroll Ontrack.**

**INVOICE
REPRINT**

| | |
|---|---|
| Invoice Number: | P0000023033 |
| Invoice Date: | 9/30/2011 |
| Customer Number: | 762713 |
| Job Number: | 03247531 |
| PO Number: | 24793 |
| Reference: | |
| Amount Due: | 15,949.85 USD |

9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

Ally Financial Inc.
Attention: Patty Zellmann
PO Box 25163
Lehigh Valley, PA 18002-5163

Project Manager/Sales Rep: Noer, Derek T          Terms: NET 30 DAYS                    Due Date: 10/30/2011

Invoice Summary

| | | |
|---|---|---|
| DISCOVERY SERVICES | 15,777.59 | USD |
| SERVICES | 166.01 | USD |
| TAX | 6.25 | USD |
| TOTAL INVOICE AMOUNT | 15,949.85 | USD |

*For questions, please contact AR@KrollOntrack.com or call 952-937-1107*
*Kroll Ontrack*

 **Kroll Ontrack.**

| | |
|---|---|
| Invoice Number: | P0000023033 |
| Invoice Date: | 9/30/2011 |
| Customer Number: | 762713 |
| Job Number: | 03247531 |
| Amount Due: | 15,949.85 USD |
| Due Date: | 10/30/2011 |

Amount Enclosed:

**Remittance Information**

For payment by check, please send to:
Kroll Ontrack, Inc.
Via US Mail To:
PO Box 845823, Dallas, TX 75284-5823
Via Courier To:
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX 75207

For electronic payments, please send to:
Bank: Bank of America
Account Name: Kroll Ontrack Inc.
Account No: 4427195125
Wire ABA #: 026009593
ACH ABA#: 111000012
SWIFT: BOFAUS3N

*Thank you for your payment. We truly appreciate your business.*

 **Kroll Ontrack.**

**INVOICE DETAILS REPRINT**

9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

| | |
|---|---|
| Invoice Number: | P0000023033 |
| Invoice Date: | 9/30/2011 |
| Customer Number: | 762713 |
| Job Number: | 03247531 |
| PO Number: | 24793 |
| Reference: | |
| Amount Due: | 15,949.85 USD |

**Invoice Detail**

| Line Description | Line Details | Quantity | UM | Billing Rate | Amount Billed | Currency |
|---|---|---|---|---|---|---|
| **DISCOVERY SERVICES** | | | | | | |
| CSA Discount | | -1.00 | UNITS | 2,357.5700 | -2,357.57 | USD |
| Native File Processing Fee - Source GB | | 2.00 | UNITS | 850.0000 | 1,700.00 | USD |
| Ontrack Inview Native File Hosting | | 205.00 | UNITS | 20.0000 | 4,100.00 | USD |
| Ontrack Inview Tiff Image Hosting | | 4,095,293.00 | UNITS | 0.0030 | 12,285.89 | USD |
| Production Processing Fee - Load File | | 1,537.00 | UNITS | 0.0100 | 15.37 | USD |
| Production Processing Fee - Native File | | 339.00 | UNITS | 0.1000 | 33.90 | USD |
| **DISCOVERY SERVICES** | | | | | **15,777.59** | **USD** |
| **SERVICES** | | | | | | |
| Freight | | 1.00 | UNITS | 41.0100 | 41.01 | USD |
| MEDIA - HARD DRIVE - EXT160GB | | 1.00 | UNITS | 125.0000 | 125.00 | USD |
| **SERVICES** | | | | | **166.01** | **USD** |

*The Detail page(s) include the detailed information for the Pass Through Costs, Discovery Services, Fees, Forensic Services, Job Ceiling Adjustments, Other Services, Professional and Consulting Services, and Services sections.*
**For questions, please contact AR@KrollOntrack.com or call 952-937-1107**
**Kroll Ontrack**



**INVOICE REPRINT**

| | |
|---|---|
| Invoice Number: | P0000023166 |
| Invoice Date: | 10/3/2011 |
| Customer Number: | 762713 |
| Job Number: | 03262802 |
| PO Number: | 24793 |
| Reference: | |
| Amount Due: | 3,982.50 USD |

9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

Ally Financial Inc.
Attention: Patty Zellmann
PO Box 25163
Lehigh Valley, PA 18002-5163

Project Manager/Sales Rep: Casey, Carol L          Terms: NET 30 DAYS          Due Date: 11/2/2011

**Invoice Summary**

| | | |
|---|---|---|
| PROFESSIONAL AND CONSULTING SERVICES | 3,982.50 | USD |
| TAX | 0.00 | USD |
| TOTAL INVOICE AMOUNT | 3,982.50 | USD |

*For questions, please contact AR@KrollOntrack.com or call 952-937-1107*
*Kroll Ontrack*



| | |
|---|---|
| Invoice Number: | P0000023166 |
| Invoice Date: | 10/3/2011 |
| Customer Number: | 762713 |
| Job Number: | 03262802 |
| Amount Due: | 3,982.50 USD |
| Due Date: | 11/2/2011 |

Amount Enclosed:

**Remittance Information**

For payment by check, please send to:
Kroll Ontrack, Inc.
Via US Mail To:
PO Box 845823, Dallas, TX 75284-5823
Via Courier To:
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX 75207

For electronic payments, please send to:
Bank: Bank of America
Account Name: Kroll Ontrack Inc.
Account No: 4427195125
Wire ABA #: 026009593
ACH ABA#: 111000012
SWIFT: BOFAUS3N

*Thank you for your payment. We truly appreciate your business.*

 **Kroll Ontrack.**

9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

**INVOICE DETAILS REPRINT**

| | |
|---|---|
| Invoice Number: | P0000023166 |
| Invoice Date: | 10/3/2011 |
| Customer Number: | 762713 |
| Job Number: | 03262802 |
| PO Number: | 24793 |
| Reference: | |
| Amount Due: | 3,982.50 USD |

### Invoice Detail

| Line Description | Line Details | Quantity | UM | Billing Rate | Amount Billed | Currency |
|---|---|---|---|---|---|---|
| **PROFESSIONAL AND CONSULTING SERVICES** | | | | | | |
| Consultation | Ontrack Inview Support | 5.75 | HOURS | 295.0000 | 1,696.25 | USD |
| Custom Development | Custom Coding/Metadata | 6.00 | HOURS | 295.0000 | 1,770.00 | USD |
| Custom Development | Custom Tool | 1.75 | HOURS | 295.0000 | 516.25 | USD |
| **PROFESSIONAL AND CONSULTING SERVICES** | | | | | **3,982.50** | **USD** |

*The Detail page(s) include the detailed information for the Pass Through Costs, Discovery Services, Fees, Forensic Services, Job Ceiling Adjustments, Other Services, Professional and Consulting Services, and Services sections.*
**For questions, please contact AR@KrollOntrack.com or call 952-937-1107**
*Kroll Ontrack*



| | |
|---|---|
| Invoice Number: | P0000028645 |
| Invoice Date: | 2/2/2012 |
| Customer Number: | 762713 |
| Job Number: | 03247531 |
| PO Number: | 24793 |
| Reference: | |
| Amount Due: | 27,544.11 USD |

**INVOICE REPRINT**

9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

Ally Financial Inc.
Attention:  Pattty Zellmann
PO Box 25163
Lehigh Valley, PA 18002-5163

Project Manager/Sales Rep:  Noer, Derek T       Terms:  NET 30 DAYS                     Due Date:  3/3/2012

**Invoice Summary**

| | | |
|---|---|---|
| DISCOVERY SERVICES | 27,544.11 | USD |
| TAX | 0.00 | USD |
| TOTAL INVOICE AMOUNT | 27,544.11 | USD |

*For questions, please contact AR@KrollOntrack.com or call 952-937-1107*
*Kroll Ontrack*



| | |
|---|---|
| Invoice Number: | P0000028645 |
| Invoice Date: | 2/2/2012 |
| Customer Number: | 762713 |
| Job Number: | 03247531 |
| Amount Due: | 27,544.11 USD |
| Due Date: | 3/3/2012 |

Amount Enclosed:

**Remittance Information**

For payment by check, please send to:
Kroll Ontrack, Inc.
Via US Mail To:
PO Box 845823, Dallas, TX  75284-5823
Via Courier To:
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX  75207

For electronic payments, please send to:
Bank: Bank of America
Account Name:  Kroll Ontrack Inc.
Account No:  4427195125
Wire ABA #:  026009593
ACH ABA#:  111000012
SWIFT:  BOFAUS3N

*Thank you for your payment.  We truly appreciate your business.*

**Kroll Ontrack.**

9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

**INVOICE
DETAILS
REPRINT**

Invoice Number:         P0000028645
Invoice Date:            2/2/2012
Customer Number:         762713
Job Number:              03247531
PO Number:               24793
Reference:
Amount Due:              27,544.11 USD

**Invoice Detail**

| Line Description | Line Details | Quantity | UM | Billing Rate | Amount Billed | Currency |
|---|---|---|---|---|---|---|
| **DISCOVERY SERVICES** | | | | | | |
| CSA Discount | | -1.00 | UNITS | 4,115.7900 | -4,115.79 | USD |
| Custodian Filtering Fee | | 4.00 | UNITS | 550.0000 | 2,200.00 | USD |
| Import 3rd Party Documents To Ontrack Inview | | 15,071.00 | UNITS | 0.1000 | 1,507.10 | USD |
| Native File Processing Fee - Source GB | | 4.00 | UNITS | 850.0000 | 3,400.00 | USD |
| Ontrack Inview Document Tiff Production | | 86,481.00 | UNITS | 0.0400 | 3,459.24 | USD |
| Ontrack Inview Native File Hosting | | 218.00 | UNITS | 20.0000 | 4,360.00 | USD |
| Ontrack Inview Tiff Image Hosting | | 5,560,954.00 | UNITS | 0.0030 | 16,682.87 | USD |
| Production Processing Fee - Load File | | 89.00 | UNITS | 0.0100 | 0.89 | USD |
| Production Processing Fee - Native File | | 498.00 | UNITS | 0.1000 | 49.80 | USD |
| **DISCOVERY SERVICES** | | | | | **27,544.11** | **USD** |

*The Detail page(s) include the detailed information for the Pass Through Costs, Discovery Services, Fees, Forensic Services, Job Ceiling Adjustments, Other Services, Professional and Consulting Services, and Services sections.*
**For questions, please contact AR@KrollOntrack.com or call 952-937-1107**
*Kroll Ontrack*



**INVOICE**
**REPRINT**

| | |
|---|---|
| Invoice Number: | P0000029888 |
| Invoice Date: | 3/1/2012 |
| Customer Number: | 762713 |
| Job Number: | 03262802 |
| PO Number: | |
| Reference: | 3346 |
| Amount Due: | 1,327.50 USD |

9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

Ally Financial Inc.
Attention: Patty Zellman
PO Box 25163
Lehigh Valley, PA 18002-5163

Project Manager/Sales Rep: Casey, Carol L          Terms: NET 30 DAYS          Due Date: 3/31/2012

Invoice Summary

| | | |
|---|---|---|
| PROFESSIONAL AND CONSULTING SERVICES | 1,327.50 | USD |
| TAX | 0.00 | USD |
| TOTAL INVOICE AMOUNT | 1,327.50 | USD |

*For questions, please contact AR@KrollOntrack.com or call 952-937-1107*
*Kroll Ontrack*



| | |
|---|---|
| Invoice Number: | P0000029888 |
| Invoice Date: | 3/1/2012 |
| Customer Number: | 762713 |
| Job Number: | 03262802 |
| Amount Due: | 1,327.50 USD |
| Due Date: | 3/31/2012 |

Amount Enclosed: _____

Remittance Information

For payment by check, please send to:
Kroll Ontrack, Inc.
Via US Mail To:
PO Box 845823, Dallas, TX 75284-5823
Via Courier To:
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX 75207

For electronic payments, please send to:
Bank: Bank of America
Account Name: Kroll Ontrack Inc.
Account No: 4427195125
Wire ABA #: 026009593
ACH ABA#: 111000012
SWIFT: BOFAUS3N

*Thank you for your payment. We truly appreciate your business.*



**Kroll Ontrack.**

9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

**INVOICE
DETAILS
REPRINT**

| | |
|---|---|
| Invoice Number: | P0000029888 |
| Invoice Date: | 3/1/2012 |
| Customer Number: | 762713 |
| Job Number: | 03262802 |
| PO Number: | |
| Reference: | 3346 |
| Amount Due: | 1,327.50 USD |

**Invoice Detail**

| Line Description | Line Details | Quantity | UM | Billing Rate | Amount Billed | Currency |
|---|---|---|---|---|---|---|
| PROFESSIONAL AND CONSULTING SERVICES | | | | | | |
| Consultation | Ontrack Inview Support | 4.50 | HOURS | 295.0000 | 1,327.50 | USD |
| PROFESSIONAL AND CONSULTING SERVICES | | | | | 1,327.50 | USD |

*The Detail page(s) include the detailed information for the Pass Through Costs, Discovery Services, Fees, Forensic Services, Job Ceiling Adjustments, Other Services, Professional and Consulting Services, and Services sections.*
**For questions, please contact AR@KrollOntrack.com or call 952-937-1107**
*Kroll Ontrack*



**9023 Columbine Road**
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

**INVOICE REPRINT**

| | |
|---|---|
| Invoice Number: | P0000030040 |
| Invoice Date: | 3/2/2012 |
| Customer Number: | 762713 |
| Job Number: | 03247531 |
| PO Number: | 24793 |
| Reference: | |
| Amount Due: | 26,929.28 USD |

Ally Financial Inc.
Attention: Patty Zellmann
PO Box 25163
Lehigh Valley, PA 18002-5163

Project Manager/Sales Rep: Noer, Derek T          Terms: NET 30 DAYS                    Due Date: 4/1/2012

**Invoice Summary**

| | | |
|---|---|---|
| DISCOVERY SERVICES | 26,929.28 | USD |
| TAX | 0.00 | USD |
| TOTAL INVOICE AMOUNT | 26,929.28 | USD |

*For questions, please contact AR@KrollOntrack.com or call 952-937-1107*
*Kroll Ontrack*



| | |
|---|---|
| Invoice Number: | P0000030040 |
| Invoice Date: | 3/2/2012 |
| Customer Number: | 762713 |
| Job Number: | 03247531 |
| Amount Due: | 26,929.28 USD |
| Due Date: | 4/1/2012 |

Amount Enclosed:

**Remittance Information**

For payment by check, please send to:
Kroll Ontrack, Inc.
**Via US Mail To:**
PO Box 845823, Dallas, TX 75284-5823
**Via Courier To:**
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX 75207

For electronic payments, please send to:
Bank: Bank of America
Account Name: Kroll Ontrack Inc.
Account No: 4427195125
Wire ABA #: 026009593
ACH ABA#: 111000012
SWIFT: BOFAUS3N

*Thank you for your payment. We truly appreciate your business.*

 **Kroll Ontrack®**

**INVOICE DETAILS REPRINT**

9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

| | |
|---|---|
| Invoice Number: | P0000030040 |
| Invoice Date: | 3/2/2012 |
| Customer Number: | 762713 |
| Job Number: | 03247531 |
| PO Number: | 24793 |
| Reference: | |
| Amount Due: | 26,929.28 USD |

**Invoice Detail**

| Line Description | Line Details | Quantity | UM | Billing Rate | Amount Billed | Currency |
|---|---|---|---|---|---|---|
| **DISCOVERY SERVICES** | | | | | | |
| CSA Discount | | -1.00 | UNITS | 4,023.9200 | -4,023.92 | USD |
| Custodian Filtering Fee | | 5.00 | UNITS | 550.0000 | 2,750.00 | USD |
| Import 3rd Party Documents To Ontrack Inview | | 61,056.00 | UNITS | 0.1000 | 6,105.60 | USD |
| Native File Processing Fee - Source GB | | 1.00 | UNITS | 850.0000 | 850.00 | USD |
| Ontrack Inview Native File Hosting | | 219.00 | UNITS | 20.0000 | 4,380.00 | USD |
| Ontrack Inview Tiff Image Hosting | | 5,622,010.00 | UNITS | 0.0030 | 16,866.04 | USD |
| Production Processing Fee - Load File | | 86.00 | UNITS | 0.0100 | 0.86 | USD |
| Production Processing Fee - Native File | | 7.00 | UNITS | 0.1000 | 0.70 | USD |
| **DISCOVERY SERVICES** | | | | | **26,929.28** | **USD** |

*The Detail page(s) include the detailed information for the Pass Through Costs, Discovery Services, Fees, Forensic Services, Job Ceiling Adjustments, Other Services, Professional and Consulting Services, and Services sections.*
**For questions, please contact AR@KrollOntrack.com or call 952-937-1107**
**Kroll Ontrack**



9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

**INVOICE
REPRINT**

| | |
|---|---|
| Invoice Number: | P0000031275 |
| Invoice Date: | 4/4/2012 |
| Customer Number: | 762713 |
| Job Number: | 03247531 |
| PO Number: | 24793 |
| Reference: | |
| Amount Due: | 35,859.93 USD |

Ally Financial Inc.
Attention: Patty Zellman
PO Box 25163
Lehigh Valley, PA 18002-5163

Project Manager/Sales Rep:  Noer, Derek T         Terms: NET 30 DAYS                          Due Date: 5/4/2012

**Invoice Summary**

| | | |
|---|---|---|
| DISCOVERY SERVICES | 35,859.93 | USD |
| TAX | 0.00 | USD |
| TOTAL INVOICE AMOUNT | 35,859.93 | USD |

*For questions, please contact AR@KrollOntrack.com or call 952-937-1107*
*Kroll Ontrack*



| | |
|---|---|
| Invoice Number: | P0000031275 |
| Invoice Date: | 4/4/2012 |
| Customer Number: | 762713 |
| Job Number: | 03247531 |
| Amount Due: | 35,859.93 USD |
| Due Date: | 5/4/2012 |

Amount Enclosed:

**Remittance Information**

For payment by check, please send to:
Kroll Ontrack, Inc.
Via US Mail To:
PO Box 845823, Dallas, TX  75284-5823
Via Courier To:
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX  75207

For electronic payments, please send to:
Bank: Bank of America
Account Name: Kroll Ontrack Inc.
Account No: 4427195125
Wire ABA #: 026009593
ACH ABA#: 111000012
SWIFT: BOFAUS3N

*Thank you for your payment.  We truly appreciate your business.*



**INVOICE
DETAILS
REPRINT**

| | | | | | |
|---|---|---|---|---|---|
| Invoice Number: | P0000031275 |
| Invoice Date: | 4/4/2012 |
| Customer Number: | 762713 |
| Job Number: | 03247531 |
| PO Number: | 24793 |
| Reference: | |
| Amount Due: | 35,859.93 USD |

9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

Invoice Detail

| Line Description | Line Details | Quantity | UM | Billing Rate | Amount Billed | Currency |
|---|---|---|---|---|---|---|
| **DISCOVERY SERVICES** | | | | | | |
| CSA Discount | | -1.00 | UNITS | 5,413.4800 | -5,413.48 | USD |
| Custodian Filtering Fee | | 2.00 | UNITS | 550.0000 | 1,100.00 | USD |
| Import 3rd Party Documents To Ontrack Inview | | 136,931.00 | UNITS | 0.1000 | 13,693.10 | USD |
| Native File Processing Fee - Source GB | | 2.00 | UNITS | 850.0000 | 1,700.00 | USD |
| Ontrack Inview Document Tiff Production | | 2,290.00 | UNITS | 0.0400 | 91.60 | USD |
| Ontrack Inview Native File Hosting | | 220.00 | UNITS | 20.0000 | 4,400.00 | USD |
| Ontrack Inview Tiff Image Hosting | | 6,761,112.00 | UNITS | 0.0030 | 20,283.35 | USD |
| Production Processing Fee - Load File | | 456.00 | UNITS | 0.0100 | 4.56 | USD |
| Production Processing Fee - Native File | | 8.00 | UNITS | 0.1000 | 0.80 | USD |
| **DISCOVERY SERVICES** | | | | | **35,859.93** | **USD** |

The Detail page(s) include the detailed information for the Pass Through Costs, Discovery Services, Fees, Forensic Services, Job Ceiling Adjustments, Other Services, Professional and Consulting Services, and Services sections.
**For questions, please contact AR@KrollOntrack.com or call 952-937-1107**
*Kroll Ontrack*



**INVOICE
REPRINT**

| | |
|---|---|
| Invoice Number: | P0000031288 |
| Invoice Date: | 4/4/2012 |
| Customer Number: | 762713 |
| Job Number: | 03262802 |
| PO Number: | 3346 |
| Reference: | |
| Amount Due: | 958.75 USD |

9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

Ally Financial Inc.
Attention: Patty Zellman
PO Box 25163
Lehigh Valley, PA 18002-5163

Project Manager/Sales Rep: Casey, Carol L    Terms: NET 30 DAYS    Due Date: 5/4/2012

**Invoice Summary**

| | | |
|---|---|---|
| PROFESSIONAL AND CONSULTING SERVICES | 958.75 | USD |
| TAX | 0.00 | USD |
| TOTAL INVOICE AMOUNT | 958.75 | USD |

*For questions, please contact AR@KrollOntrack.com or call 952-937-1107*
*Kroll Ontrack*



| | |
|---|---|
| Invoice Number: | P0000031288 |
| Invoice Date: | 4/4/2012 |
| Customer Number: | 762713 |
| Job Number: | 03262802 |
| Amount Due: | 958.75 USD |
| Due Date: | 5/4/2012 |

Amount Enclosed:

**Remittance Information**

For payment by check, please send to:
Kroll Ontrack, Inc.
**Via US Mail To:**
PO Box 845823, Dallas, TX 75284-5823
**Via Courier To:**
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX 75207

For electronic payments, please send to:
Bank: Bank of America
Account Name: Kroll Ontrack Inc.
Account No: 4427195125
Wire ABA #: 026009593
ACH ABA#: 111000012
SWIFT: BOFAUS3N

*Thank you for your payment. We truly appreciate your business.*

 **Kroll Ontrack.**

**INVOICE DETAILS REPRINT**

9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

| | |
|---|---|
| Invoice Number: | P0000031288 |
| Invoice Date: | 4/4/2012 |
| Customer Number: | 762713 |
| Job Number: | 03262802 |
| PO Number: | 3346 |
| Reference: | |
| Amount Due: | 958.75 USD |

Invoice Detail

| Line Description | Line Details | Quantity | UM | Billing Rate | Amount Billed | Currency |
|---|---|---|---|---|---|---|
| PROFESSIONAL AND CONSULTING SERVICES | | | | | | |
| Consultation | Ontrack Inview Support | 2.50 | HOURS | 295.0000 | 737.50 | USD |
| Custom Operations | 3rd Party Data Analysis | 0.25 | HOURS | 295.0000 | 73.75 | USD |
| Ontrack Inview Support | Foldering or Review Admin | 0.50 | HOURS | 295.0000 | 147.50 | USD |
| **PROFESSIONAL AND CONSULTING SERVICES** | | | | | **958.75** | **USD** |

The Detail page(s) include the detailed information for the Pass Through Costs, Discovery Services, Fees, Forensic Services, Job Ceiling Adjustments, Other Services, Professional and Consulting Services, and Services sections.
**For questions, please contact AR@KrollOntrack.com or call 952-937-1107**
*Kroll Ontrack*



**9023 Columbine Road**
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

**INVOICE
REPRINT**

| | |
|---|---|
| Invoice Number: | P0000032441 |
| Invoice Date: | 5/2/2012 |
| Customer Number: | 762713 |
| Job Number: | 03247531 |
| PO Number: | 24793 |
| Reference: | |
| Amount Due: | 22,076.55 USD |

Ally Financial Inc.
Attention:  Patty Zellmann
PO Box 25163
Lehigh Valley, PA 18002-5163

Project Manager/Sales Rep:  Noer, Derek T          Terms: NET 30 DAYS                    Due Date: 6/1/2012

**Invoice Summary**

| | | |
|---|---|---|
| DISCOVERY SERVICES | 22,076.55 | USD |
| TAX | 0.00 | USD |
| TOTAL INVOICE AMOUNT | 22,076.55 | USD |

*For questions, please contact AR@KrollOntrack.com or call 952-937-1107*
*Kroll Ontrack*



| | |
|---|---|
| Invoice Number: | P0000032441 |
| Invoice Date: | 5/2/2012 |
| Customer Number: | 762713 |
| Job Number: | 03247531 |
| Amount Due: | 22,076.55 USD |
| Due Date: | 6/1/2012 |

Amount Enclosed:

**Remittance Information**

For payment by check, please send to:
Kroll Ontrack, Inc.
Via US Mail To:
PO Box 845823, Dallas, TX  75284-5823
Via Courier To:
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX  75207

For electronic payments, please send to:
Bank:  Bank of America
Account Name:  Kroll Ontrack Inc.
Account No:  4427195125
Wire ABA #:  026009593
ACH ABA#:  111000012
SWIFT:  BOFAUS3N

*Thank you for your payment.  We truly appreciate your business.*

 **Kroll Ontrack.**

**INVOICE DETAILS REPRINT**

9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

| | |
|---|---|
| Invoice Number: | P0000032441 |
| Invoice Date: | 5/2/2012 |
| Customer Number: | 762713 |
| Job Number: | 03247531 |
| PO Number: | 24793 |
| Reference: | |
| Amount Due: | 22,076.55 USD |

Invoice Detail

| Line Description | Line Details | Quantity | UM | Billing Rate | Amount Billed | Currency |
|---|---|---|---|---|---|---|
| **DISCOVERY SERVICES** | | | | | | |
| CSA Discount | | -1.00 | UNITS | 3,464.1000 | -3,464.10 | USD |
| Native File Processing Fee - Source GB | | 1.00 | UNITS | 850.0000 | 850.00 | USD |
| Ontrack Inview Native File Hosting | | 220.00 | UNITS | 20.0000 | 4,400.00 | USD |
| Ontrack Inview Tiff Image Hosting | | 6,761,112.00 | UNITS | 0.0030 | 20,283.35 | USD |
| Production Processing Fee - Native File | | 73.00 | UNITS | 0.1000 | 7.30 | USD |
| **DISCOVERY SERVICES** | | | | | **22,076.55** | **USD** |

*The Detail page(s) include the detailed information for the Pass Through Costs, Discovery Services, Fees, Forensic Services, Job Ceiling Adjustments, Other Services, Professional and Consulting Services, and Services sections.*
**For questions, please contact AR@KrollOntrack.com or call 952-937-1107**
*Kroll Ontrack*

 **Kroll Ontrack.**

| | |
|---|---|
| Invoice Number: | P0000032502 |
| Invoice Date: | 5/2/2012 |
| Customer Number: | 762713 |
| Job Number: | 03262802 |
| PO Number: | 3346 |
| Reference: | |
| Amount Due: | 885.00 USD |

**INVOICE REPRINT**

9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

Ally Financial Inc.
Attention: Patty Zellmann
PO Box 25163
Lehigh Valley, PA 18002-5163

Project Manager/Sales Rep: Casey, Carol L          Terms: NET 30 DAYS                    Due Date: 6/1/2012

Invoice Summary

| | | |
|---|---|---|
| PROFESSIONAL AND CONSULTING SERVICES | 885.00 | USD |
| TAX | 0.00 | USD |
| TOTAL INVOICE AMOUNT | 885.00 | USD |

*For questions, please contact AR@KrollOntrack.com or call 952-937-1107*
*Kroll Ontrack*

 **Kroll Ontrack.**

| | |
|---|---|
| Invoice Number: | P0000032502 |
| Invoice Date: | 5/2/2012 |
| Customer Number: | 762713 |
| Job Number: | 03262802 |
| Amount Due: | 885.00 USD |
| Due Date: | 6/1/2012 |

Amount Enclosed:

Remittance Information

For payment by check, please send to:
Kroll Ontrack, Inc.
Via US Mail To:
PO Box 845823, Dallas, TX 75284-5823
Via Courier To:
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX 75207

For electronic payments, please send to:
Bank: Bank of America
Account Name: Kroll Ontrack Inc.
Account No: 4427195125
Wire ABA #: 026009593
ACH ABA#: 111000012
SWIFT: BOFAUS3N

*Thank you for your payment. We truly appreciate your business.*



**Kroll Ontrack.**

9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

**INVOICE
DETAILS
REPRINT**

| | |
|---|---|
| Invoice Number: | P0000032502 |
| Invoice Date: | 5/2/2012 |
| Customer Number: | 762713 |
| Job Number: | 03262802 |
| PO Number: | 3346 |
| Reference: | |
| Amount Due: | 885.00 USD |

Invoice Detail

| Line Description | Line Details | Quantity | UM | Billing Rate | Amount Billed | Currency |
|---|---|---|---|---|---|---|
| **PROFESSIONAL AND CONSULTING SERVICES** | | | | | | |
| Consultation | Ontrack Inview Support | 3.00 | HOURS | 295.0000 | 885.00 | USD |
| **PROFESSIONAL AND CONSULTING SERVICES** | | | | | **885.00** | **USD** |

*The Detail page(s) include the detailed information for the Pass Through Costs, Discovery Services, Fees, Forensic Services, Job Ceiling Adjustments, Other Services, Professional and Consulting Services, and Services sections.*
**For questions, please contact AR@KrollOntrack.com or call 952-937-1107**
***Kroll Ontrack***



**INVOICE REPRINT**

| | |
|---|---|
| Invoice Number: | P0000037872 |
| Invoice Date: | 5/31/2012 |
| Customer Number: | 762713 |
| Job Number: | 03247531 |
| PO Number: | 24793 |
| Reference: | |
| Amount Due: | 40,313.17 USD |

9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

Ally Financial Inc.
Attention: Patty Zellmann
PO Box 25163
Lehigh Valley, PA 18002-5163

Project Manager/Sales Rep: Noer, Derek T          Terms: NET 30 DAYS          Due Date: 6/30/2012

**Invoice Summary**

| | | |
|---|---|---|
| DISCOVERY SERVICES | 40,313.17 | USD |
| TAX | 0.00 | USD |
| TOTAL INVOICE AMOUNT | 40,313.17 | USD |

*For questions, please contact AR@KrollOntrack.com or call 952-937-1107*
*Kroll Ontrack*



| | |
|---|---|
| Invoice Number: | P0000037872 |
| Invoice Date: | 5/31/2012 |
| Customer Number: | 762713 |
| Job Number: | 03247531 |
| Amount Due: | 40,313.17 USD |
| Due Date: | 6/30/2012 |

Amount Enclosed: [                    ]

**Remittance Information**

For payment by check, please send to:
Kroll Ontrack, Inc.
**Via US Mail To:**
PO Box 845823, Dallas, TX 75284-5823
**Via Courier To:**
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX 75207

For electronic payments, please send to:
Bank: Bank of America
Account Name: Kroll Ontrack Inc.
Account No: 4427195125
Wire ABA #: 026009593
ACH ABA#: 111000012
SWIFT: BOFAUS3N

*Thank you for your payment. We truly appreciate your business.*

 Kroll Ontrack.

**INVOICE
DETAILS
REPRINT**

9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

| | |
|---|---|
| Invoice Number: | P0000037872 |
| Invoice Date: | 5/31/2012 |
| Customer Number: | 762713 |
| Job Number: | 03247531 |
| PO Number: | 24793 |
| Reference: | |
| Amount Due: | 40,313.17 USD |

Invoice Detail

| Line Description | Line Details | Quantity | UM | Billing Rate | Amount Billed | Currency |
|---|---|---|---|---|---|---|
| **DISCOVERY SERVICES** | | | | | | |
| CSA Discount | | -1.00 | UNITS | 6,023.8000 | -6,023.80 | USD |
| Custodian Filtering Fee | | 1.00 | UNITS | 550.0000 | 550.00 | USD |
| Import 3rd Party Documents To Ontrack Inview | | 6.00 | UNITS | 0.1000 | 0.60 | USD |
| Native File Processing Fee - Source GB | | 1.00 | UNITS | 850.0000 | 850.00 | USD |
| Ontrack Inview Native File Hosting | | 440.00 | UNITS | 20.0000 | 8,800.00 | USD |
| Ontrack Inview Tiff Image Hosting | | 12,044,352.00 | UNITS | 0.0030 | 36,133.07 | USD |
| Production Processing Fee - Load File | | 330.00 | UNITS | 0.0100 | 3.30 | USD |
| **DISCOVERY SERVICES** | | | | | **40,313.17** | **USD** |

*The Detail page(s) include the detailed information for the Pass Through Costs, Discovery Services, Fees, Forensic Services, Job Ceiling Adjustments, Other Services, Professional and Consulting Services, and Services sections.*
**For questions, please contact AR@KrollOntrack.com or call 952-937-1107**
*Kroll Ontrack*



**Kroll Ontrack.**

9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

**INVOICE REPRINT**

| | |
|---|---|
| Invoice Number: | P0000037904 |
| Invoice Date: | 5/31/2012 |
| Customer Number: | 762713 |
| Job Number: | 03262802 |
| PO Number: | 3346 |
| Reference: | |
| Amount Due: | 25,235.01 USD |

Ally Financial Inc.
Attention: Patty Zellmann
PO Box 25163
Lehigh Valley, PA 18002-5163

Project Manager/Sales Rep: Casey, Carol L.          Terms: NET 30 DAYS                    Due Date: 6/30/2012

**Invoice Summary**

| | | |
|---|---|---|
| DISCOVERY SERVICES | 21,862.35 | USD |
| PASS THROUGH COSTS | 62.94 | USD |
| PROFESSIONAL AND CONSULTING SERVICES | 3,097.50 | USD |
| SERVICES | 196.00 | USD |
| TAX | 16.22 | USD |
| TOTAL INVOICE AMOUNT | 25,235.01 | USD |

*For questions, please contact AR@KrollOntrack.com or call 952-937-1107*
*Kroll Ontrack*



**Kroll Ontrack.**

| | |
|---|---|
| Invoice Number: | P0000037904 |
| Invoice Date: | 5/31/2012 |
| Customer Number: | 762713 |
| Job Number: | 03262802 |
| Amount Due: | 25,235.01 USD |
| Due Date: | 6/30/2012 |

Amount Enclosed: 

**Remittance Information**

For payment by check, please send to:
Kroll Ontrack, Inc.
**Via US Mail To:**
PO Box 845823, Dallas, TX 75284-5823
**Via Courier To:**
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX 75207

For electronic payments, please send to:
Bank: Bank of America
Account Name: Kroll Ontrack Inc.
Account No: 4427195125
Wire ABA #: 026009593
ACH ABA#: 111000012
SWIFT: BOFAUS3N

*Thank you for your payment. We truly appreciate your business.*

 **Kroll Ontrack.**

9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

**INVOICE
DETAILS
REPRINT**

| | |
|---|---|
| Invoice Number: | P0000037904 |
| Invoice Date: | 5/31/2012 |
| Customer Number: | 762713 |
| Job Number: | 03262802 |
| PO Number: | 3346 |
| Reference: | |
| Amount Due: | 25,235.01 USD |

Invoice Detail

| Line Description | Line Details | Quantity | UM | Billing Rate | Amount Billed | Currency |
|---|---|---|---|---|---|---|
| **DISCOVERY SERVICES** | | | | | | |
| Ontrack Inview Document Tiff Production | | 95,848.00 | UNITS | 0.0400 | 3,833.92 | USD |
| Ontrack Inview Tiff Image Hosting | | 110,343.00 | UNITS | 0.0030 | 331.03 | USD |
| Production Processing Fee - Load File | | 1,381,480.00 | UNITS | 0.0100 | 13,814.80 | USD |
| Production Processing Fee - Native File | | 38,826.00 | UNITS | 0.1000 | 3,882.60 | USD |
| **DISCOVERY SERVICES** | | | | | **21,862.35** | **USD** |
| **PASS THROUGH COSTS** | | | | | | |
| COGS FREIGHT OUT | | 0.00 | COST | 0.0000 | 62.94 | USD |
| **PASS THROUGH COSTS** | | | | | **62.94** | **USD** |
| **PROFESSIONAL AND CONSULTING SERVICES** | | | | | | |
| Consultation | Ontrack Inview Support | 0.50 | HOURS | 295.0000 | 147.50 | USD |
| Consultation | Ontrack Inview Support | 10.00 | HOURS | 295.0000 | 2,950.00 | USD |
| **PROFESSIONAL AND CONSULTING SERVICES** | | | | | **3,097.50** | **USD** |
| **SERVICES** | | | | | | |
| MEDIA - CD/DVD | | 49.00 | UNITS | 4.0000 | 196.00 | USD |
| **SERVICES** | | | | | **196.00** | **USD** |

*The Detail page(s) include the detailed information for the Pass Through Costs, Discovery Services, Fees, Forensic Services, Job Ceiling Adjustments,
Other Services, Professional and Consulting Services, and Services sections.*
**For questions, please contact AR@KrollOntrack.com or call 952-937-1107**
*Kroll Ontrack*

# KROLL ONTRACK

KROLL ONTRACK

9023 COLUMBINE ROAD
EDEN PRAIRIE, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

**INVOICE**

| | |
|---|---|
| Invoice Number: | 3262802B |
| Invoice Date: | 07/31/2010 |
| Customer Number: | 2985585 |
| Job Number: | 3262802 |
| PO Number: | PO24793 - Ally Financial Inc. |
| Reference: | |
| Amount Due: | 300,709.12 |

Carpenter Lipps & Leland
Attention: Jennifer Battle - ALLY FINANCIAL INC
280 Plaza, Suite 1300
Columbus, OH 43215

| Project Manager/Sales Rep: Casey, Carol | Terms: NET 30 DAYS | | | | | Due Date: 08/29/2010 | |
|---|---|---|---|---|---|---|---|
| **Line Description** | | | Qty | UM | Billing Rate | Amount Billed | Currency |
| MBIA Processing - to be paid by RFC | | | 1.00 | Units | 308,059.2000 | 308,059.20 | USD |

| | | |
|---|---|---|
| Total Invoice Amount: | 308,059.20 | |
| Payment Received: | 7,350.08 | |
| Balance Due: | 300,709.12 | USD |

**Remittance Information**

| Check & Credit Card Payments | Wire Payments | ACH Payments |
|---|---|---|
| Kroll Ontrack | Bank: Wells Fargo, N.A. | Bank: Wells Fargo, N.A. |
| 9023 Columbine Road | Account Name: Kroll Ontrack Inc. | Account Name: Kroll Ontrack Inc. |
| Eden Prairie, MN 55347 | Account No: 2001017640 | Account No: 2001017640 |
| | Routing No: 121000248 | Routing No: 091000019 |
| | SWIFT: WFBIUS6S | |