UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                )

RESIDENTIAL CAPITAL, LLC, et.al., )         Case No 12-12020
(MG)
                                      )
                                              Chapter 11
                Debtors

                                              Jointly Administered

## OPPOSITION TO CLAIMS BEING DISALLOWED OR EXPUNGED

Comes creditor, Wekeso O. Madzimoyo, of Wekesa O. Madzimoyo vs The Bank of New York Mellon Trust Company NYBMT NA formerly known as The Bank of New York et al. to oppose that the Bankruptcy Court expunge, and/or disallow one or more of my claims.

Creditor Madzimoyo is in agreement that the court expunge, and/or disallow one claim, expressly the first claim #3691 filed on November 8, 2012; Creditor Madzimoyo opposes "more" claims be expunged and/or disallowed.

It is my intent that the claim #5800 filed on November 20, 2012 go forth.

Respectfully Submitted,

Wekesa O. Madzimoyo      7/5/2013

Wekesa O. Madzimoyo
852 Brafferton Place
Stone Mountain, GA 30083
404-201-2345
wekesa@gmail.com



RECEIVED
JUL - 8 2013
U.S. BANKRUPTCY COURT, SDNY

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of this response has been served upon:

The Honorable Martin Glenn
One Bowling Green
New York, NY 10004
Courtroom 501


Attorneys for the Debtors:

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Attn:   Gary S. Lee, Esq.
Norman S. Rosenbaum
Jordan A. Wishnew, Esq

Attorneys for the Official Committee of Unsecured Creditors

Kramer Levin Naftalis & Frankel LLP
1117 Avenue of the Americas
New York, NY 10036

Attn: Kenneth H Eckstein, Esq
Douglas H. Mannal, Esq


_____          7/5/2013
Wekesa O. Madzimoyo                        Date