Mahnaz Rahbar
748 Pecan Way
Campbell, CA.  95008

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No.: 12-12020(MG) |
|  | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Jointly Administered |
| Debtors |  |
|  | HEARING: 07/15/2013 |
|  | TIME: 11:00 a.m. |
|  | Court Room: 501 |

**RESPONSE TO A NOTICE OF HEARING ON FOURTH OMNIBUS OBJECTION TO CLAIMS**

**(LATE-FILED CLAIMS)**

**MAHNAZ RAHBAR**

I, Mahnaz Rahbar, request for my claim to be accepted because, it was intended and shipped for on time delivery.

I mailed my claim initially Thu. November 15, 2012.  The scheduled delivery date was Friday November 16, 2012 at 10:30 AM, within the time allowed.  Attached (exhibit 1), shipment receipt.

I recalled the package due to my family advice.  Attached (exhibit 2), the returned shipment receipt.

I then resubmitted the claim on 11/19/2012, scheduled for delivery on November 20th, 2012.

Page 1 of 1

CASE NO. 12-12020 (MG)

RESPONSE TO LATE-FILED CLAIM

RECEIVED
JUL - 8 2013
U.S. BANKRUPTCY COURT, SDNY

## Shipment Receipt: Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS

**SHIP DATE:**
Thur, Nov 15, 2012

**EXPECTED DELIVERY DATE:**
FRI, NOV 16, 2012 10:30 AM

**SHIP FROM:**
Mahnaz Rahbar
4194 Keith Dr
Campbell CA 95008
(408) 866-2444

**SHIP TO:**
ResCap Claims Processing Center
C/O KCC
2335 ALASKA AVE
EL SEGUNDO CA 90245-4808
Business

**SHIPPED THROUGH:**
THE UPS STORE #1949
CAMPBELL, CA 95008-1535
(408) 370-1608

**SHIPMENT INFORMATION:**
UPS Next Day Air Com
0.60 lbs actual wt
1.00 lbs billable wt
Carrier Letter
E-mail Notification: Ship

Tracking Number: 1z03WV190151405758
Shipment ID: MMGARYF8WM2AH
Order/Item #: Order / Item #
Ref#: 111512GM

**DESCRIPTION OF GOODS:**
Paper Work

**SHIPMENT CHARGES:**
| | |
|---|---|
| Next Day Air Com | $32.35 |
| Service Options | $0.00 |
| Fuel Surcharge | $4.53 |
| CMS Processing Fee | $0.20 |
| **Total** | **$37.08** |

COMPLETE ONLINE TRACKING:
Enter either of these addresses in your web browser to track:
http://theupsstore.com (select Tracking, enter Shipment ID #)
http://ups.com (select Tracking, enter Shipment ID #)
SHIPMENT QUESTIONS? Contact SHIPPED THROUGH above.

CUSTOMER ACKNOWLEDGEMENT: I acknowledge and accept Terms & Conditions in force for tendering shipments through this location and certify that address, contents and values provided for this shipment are accurate in all respects.

Signature:

ShipmentID: MMGARYF8WM2AH

Powered by iShip(r)
11/15/2012 04:45 PM Pacific Time N

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. On international shipments, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

---

The UPS Store - #1949
1608 W. Campbell Ave.
Campbell, CA 95008
(408) 370-1608

11/15/12   04:48 PM

We are the one stop for all your
shipping, postal and business needs.

We offer all the services you need
to keep your business going.

001 001005 (001)          TO $  37.08
NDA
Tracking# 1Z03WV190151405758

        SubTotal   $  37.08
        Total      $  37.08

        Cash       $  40.08
        Change     $   3.00-

Receipt ID 833505292832948889963 001 Items
CSH: Gloria      Tran: 1237 Reg: 001

Thank you for coming in you can also
visit us at www.theupsstorelocal.com/1949

Whatever your business and personal
needs, we are here to serve you.

ENTER FOR A CHANCE TO
WIN $1000

We value your feedback
To enter please complete the customer
satisfaction survey located at:

www.theupsstore.com/survey

For official rules and Terms and
Conditions go to www.theupsstore.com
and click on the Customer Experience
Survey link

(Exhibit 2)

UPS Worldwide Express
UPS 2nd Day Air

Apply shipping documents on this side.

Do not use this envelope for:

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select**

sstore.com or call **1-800-PICK-UPS®** (1-800-742-5877)
cation near you.

**ments**
the Letter rate, UPS Express Envelopes may only contain
nce, urgent documents, and/or electronic media, and must
or less. UPS Express Envelopes containing items other than
or weighing more than 8 oz. will be billed by weight.

**Shipments**
ess Envelope may be used only for documents of no commercial
n countries consider electronic media as documents. Visit
portexport to verify if your shipment is classified as a document

the Letter rate, the UPS Express Envelope must weigh 8 oz. or le
Envelopes weighing more than 8 oz. will be billed by weight.

Envelopes are not recommended for shipments of electronic m
sitive personal information or breakable items. Do not send cas
lent.

REF #1: ORDER / ITEM #
REF #2: 111512GM

BILLING: P/P

TRACKING #: 1Z 03W V19 12 5140 5755

UPS 3 DAY SELECT  3

RETURN TO SHIPPER
REASON FOR RETURN:
UDI COMPLETED
ORIGINAL RECEIVER:
RESCAP CLAIMS PROCESSING CENTER

SHIP C/O KCC

CA 951 9-04

RETURN TO:
THE UPS STORE
1608 W CAMPBELL AVE
CAMPBELL CA 95008 1535

CA 951 9-04

TR 1 OF 1

Inc. is a UPS® company. The UPS Store® locations are independently owned and operated by franchisees of Mail Boxes Etc., Inc. in the USA and by its master licensee and its franchisees in Canada. Services, pricing and hours of operation may
. Copyright © 2011 Mail Boxes Etc., Inc. 410260000509
ing Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the
ernational Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.
01880250709  12/11  PAC  United Parcel Service, Louisville, KY

**THIS IS A NOTICE REGARDING YOUR CLAIM. YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF HEARING ON FOURTH OMNIBUS OBJECTION TO CLAIMS
(LATE-FILED CLAIMS)**

**MAHNAZ RAHBAR**

| Proposed Claim(s) to be Disallowed and Expunged ||||  Basis For Objection |
|---|---|---|---|---|
| Claim No(s); Date Filed | Debtor | Classification | Amount | |
| 5811 11/20/12 | Residential Capital, LLC | Administrative Priority | N/A | Late Filed |
| | | Administrative Secured | N/A | |
| | | Secured | $915,947.77 | |
| | | Priority | N/A | |
| | | General Unsecured | $123,157.00 | |

PLEASE TAKE NOTICE that, on June 7, 2013, Residential Capital, LLC and certain of its affiliates (collectively, the "**Debtors**") filed their Fourth Omnibus Objection to Claims (Late-Filed Claims) (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").[1] The category of claim objection applicable to you is identified in the table above in the column entitled "**Basis for Objection**".

The Objection requests that the Bankruptcy Court expunge, and/or disallow one or more of your claims listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED on the ground that the claim(s) is Late Filed. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.kccllc.net/rescap.

If you do NOT oppose the expungement, and/or disallowance of your claim(s) listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the expungement, and/or disallowance of your claim(s) listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED, then you MUST file with the Bankruptcy Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on July 8, 2013 (the "**Response Deadline**").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, and/or expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable Martin Glenn, One Bowling Green, New York, New York 10004, Courtroom 501; (ii) Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104, Attn: Gary S. Lee, Esq., Norman S. Rosenbaum, Esq. and Jordan A. Wishnew, Esq., attorneys for the Debtors; and (iii) Kramer Levin Naftalis & Frankel LLP, 1117 Avenue of the Americas, New York, NY 10036, Attn: Kenneth H. Eckstein, Esq. and Douglas H. Mannal, Esq., attorneys for the Official Committee of Unsecured Creditors appointed in these cases.

A hearing will be held on July 15, 2013 to consider the Objection. The hearing will be held at 11:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 501. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s). If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

Whether or not the Bankruptcy Court disallows, and/or expunges your claim(s) listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED, the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.