EXHIBIT 2

ResCap Claims Processing Center
c/o KCC
2335 Alaska Ave
El Segundo, CA  90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

Marvin E. McDougal, Jr.
c/o Law Offices of Richard Sax
448 Sebastopol Ave.
Santa Rosa, CA 95401

**PROOF OF CLAIM CONFIRMATION**
Your proof of claim filed against **Residential Capital, LLC,**
case no **12-12020** was received on **11/7/2012**
and assigned claim number **2864**

For more information, please visit www.kccllc.net/rescap or call 1-888-251-2914