EXHIBIT 4

| Date | Claim # | Creditor | Amount | | | Type | Debtor | Case # | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 7 Ramsgate Collinsville, IL 62234-4869 | | | | | | | | |
| 11/7/2012 | 2864 | Marvin E. McDougal, Jr. c/o Law Offices of Richard Sax 448 Sebastopol Ave. Santa Rosa, CA 95401 | UNLIQUIDATED | | | General Unsecured | Residential Capital, LLC | 12-12020 | | |
| 11/7/2012 | 2865 | Edgar A. Soto & Sara Soto 210 S. 44th Ave. Northlake, IL 60164 | $174,700.00 | | | Secured | Residential Capital, LLC | 12-12020 | | |
| 11/7/2012 | 2865 | Edgar A. Soto & Sara Soto 210 S. 44th Ave. Northlake, IL 60164 | $1,825.00 | | | Priority | Residential Capital, LLC | 12-12020 | | |
| 11/7/2012 | 2865 | Edgar A. Soto & Sara Soto 210 S. 44th Ave. Northlake, IL 60164 | $53,000.00 | | | General Unsecured | Residential Capital, LLC | 12-12020 | | |
| 11/7/2012 | 2866 | UMB Bank, N.A. as Successor Indenture Trustee Attn Eric R. Wilson, Esq. Kelley Drye & Warren LLP 101 Park Avenue New York, NY 10178 | UNLIQUIDATED | | | Secured | Residential Capital, LLC | 12-12020 | | |
| 11/7/2012 | 2867 | David W. Davenport and Lilian H. Davenport Samuel J. Webster, Esq., Counsel for David W. Davenport and Lilian H. Davenport Willcox & Savage, P.C. 440 Monticello Avenue, Suite 2200 Norfolk, VA 23510 | $1,327.75 | | | General Unsecured | Residential Capital, LLC | 12-12020 | | |
| 11/7/2012 | 2868 | MANLEY DEAS KOCHALSKI LLC PO BOX 165028 COLUMBUS, OH 43216-5028 | $55,639.28 | | | General Unsecured | GMAC Mortgage, LLC | 12-12032 | | |
| 11/7/2012 | 2869 | Zenaida R. Valencia & Rolando H. Valencia 4585 Pacific Riviera Way San Diego, CA 92154 | $127,257.19 | | | Secured | Residential Capital, LLC | 12-12020 | | |
| 11/7/2012 | 2870 | Gillis & Gillis, PC on behalf of Elroy Hall Elroy Hall vs Deutsche Bank AG 265 Church St, Ste 203 New Haven, CT 06510 | $45,000.00 | | | General Unsecured | Residential Capital, LLC | 12-12020 | | |
| 11/7/2012 | 2871 | Jenkins Teneka vs GMAC Mortgage LLC Erin Patrick Lyons Dutton Braun Staack and Hellman PO Box 810 Waterloo, IA 50704 | $130,179.55 | | | General Unsecured | GMAC Mortgage, LLC | 12-12032 | | |
| 11/7/2012 | 2872 | Zenaida R. Valencia & Rolando H. Valencia 4585 Pacific Riviera Way San Diego, CA 92154 | $178,160.67 | | | Secured | Residential Capital, LLC | 12-12020 | | |
| 11/7/2012 | 2873 | Cal Western Reconveyance | $67,248.35 | | | Priority | GMAC Mortgage, | 12-12032 | | |