**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | | |
|---|---|---|---|
| IN RE: | : | | |
| | : | | |
| Residential Funding Company, LLC | : | Case Numbers: | 12-12019-MG |
| Residential Capital, LLC, | : | | 12-12020-MG |
| Homecomings Financial, LLC | : | | 12-12042-MG |
| | : | | |
| | : | **Jointly Administered** | |
| Debtors. | : | | |

**CREDITORS RESPONSE TO DEBTORS' SEVENTH OMNIBUS OBJECTION TO CLAIMS**
**(AMENDED AND SUPERSEDED CLAIMS)**

NOW COME, NEVILLE EVANS and MARIBETH EVANS, Creditors in the above-styled cases and hereby respond to Debtors' Seventh Omnibus Objection to Claims (Amended and Superseded Claims) and show:

These Creditors object to Debtors' Seventh Omnibus Objection insofar as it objects to Creditors claim filed as claim number 5267 on November 16, 2012. Both the objection and the Notice of Hearing show that claim 5267 is to be disallowed and expunged, but it to be survived by claim number 5267.

It appears that Debtors propose to disallow this claim and at the same time have it be the surviving claim. These Creditors show that claim number 5267 should not be disallowed or expunged as same has not been amended or superseded. If anything, Claim Number 5267 amended or superseded claim number 4823, which was filed in the jointly administered case number 12-12020.

WHEREFORE, these Creditors pray that its claims not be disallowed and that the Court consider their objection to the Seventh Omnibus Objection to Claims.

This 8th day of July, 2013

                                                  WISEMAN, BLACKBURN & FUTRELL

                                                /s/James B. Blackburn, Jr.
                                                James B. Blackburn, Jr.
                                                Georgia State Bar No.: 060250
                                                Attorneys for Creditors, Neville Evans and Maribeth Evans

Wiseman, Blackburn & Futrell
P.O. BOX 8996
Savannah, GA 31412-8996
(912) 232-2136 Telephone
(912) 232-6246 Facsimile
jbbjratty@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

| | | |
|---|---|---|
| Residential Funding Company, LLC | : | Case Number: 12-12019-MG |
| Residential Capital, LLC, | : | 12-12020-MG |
| Homecomings Financial, LLC | : | 12-12042-MG |
| | : | |
| | : | **Jointly Administered** |
| Debtors. | : | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing on the following counsel or parties:

The Honorable Martin Glenn
Judge, U.S. Bankruptcy Court
Southern District of New York
One Bowling Green - Courtroom 501
New York, NY 10004

Douglas Mannal, Esq.
Kenneth H. Eckstein, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036

---------------------------------------------------------------
Gary S. Lee, Esq.
Norman S. Rosenbaum, Esq.
Jordan A. Wishnew, Esq.
MORRISON & FOERSTER, LLP
1290 Avenue of the Americas, 40th Floor
New York, NY 10104
*Attorneys for Debtors, and Debtors in Possession*


   This is to certify that I have on this day served all the parties in this case in accordance with the Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing in this court.

by causing a copy to be:

■   deposited in a properly addressed envelope with sufficient postage affixed thereto and placed into first class mail.

This 8th day of July, 2013.

WISEMAN, BLACKBURN & FUTRELL

/s/James B. Blackburn, Jr.
James B. Blackburn, Jr.
Georgia State Bar No.: 060250
Attorneys for Creditors, Neville Evans and Maribeth
Evans
Wiseman, Blackburn & Futrell
P.O. BOX 8996
Savannah, GA 31412-8996
(912) 232-2136 Telephone
(912) 232-6246 Facsimile
jbbjratty@aol.com