Claim #6319
Kenneth and Kristi Walker

① 

① "United States" Bankruptcy Court Southern District of New York

Debtors: Residential Capital, LLC, et al
Case # 12-12020 (MG)

Title of Objection: Fourth Omnibus Objection to Claims – Late Filed Claims

② Claimant: Kenneth and Kristi Walker (Late Filed)

Description y Basis – Late Filed
Classification – Secured = $92,000
   " – General unsecured = 12,000

Claim # 6319; Filed: 12-4-12

RECEIVED JUL 8 2013 U.S. BANKRUPTCY COURT, SDNY

③ Reason claim should not be disallowed:
Because we have been customers to/of this loan since 2005, and paid monies towards this loan, timely for 7 years, and should be entitled to any settlement as a result of the lawsuit. We did file our claim, unfortunately it was received in the bankruptcy court office too late, we want to be and should be considered

Kenneth Walker
Claim # 6319   SSN # (...1544)

② 

for any settlement in the amount up to $12,000 which includes principal, interest, taxes, and insurance we have paid on this mortgage.

★ We paid $5000 additional on down payment in 2005. (closing costs)

④ Documentation - copy of mortgage stmt enclosed

⑤ Current mailing address: Kenneth Walker
1401 Nettleton Drive
Desoto, Texas 75115

⑥ Person possessing authority to reconcile:
Kristi Walker or Kenneth Walker
1401 Nettleton Drive
Desoto, TX 75115
★ 214-738-1107 - (Kristi Walker) - preferred #
972-780-7349 - home - KW

| RECIPIENT'S/LENDER'S name, address and telephone number<br><br>GMAC Mortgage<br>P.O. BOX 780<br>WATERLOO, IA 50704-0780<br>1-800-766-4622 | * The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the security property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-0901<br><br>2012<br><br>Form 1098 | Mortgage Interest Statement |
|---|---|---|---|
| RECIPIENT'S Federal identification no.<br>23-1694840 | Payer's social security number<br>xxx-xx-1544 | 1. Mortgage Interest received from payer(s)/borrower(s)*<br><br>$6,285.07 | Copy B For Payer. The information in boxes 1, 2 and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return. |
| PAYER'S/BORROWER'S name, street address, city, state, and ZIP code<br>1401 NETTLETON DRIVE<br>DESOTO, TX 75115 | 2. Points paid on purchase of principal residence (See Box 2 below.)<br>$0.00 | | |
| | 3. Refund of overpaid interest (See Box 3 below.) | | |
| Account number (optional)<br>7423089770 | 4. Mortgage Insurance premiums<br>$0.00 | | |
| | Real Estate Taxes Paid<br>$2,208.12 | | |

Substitute 1098    (Keep for your records)    Department of the Treasury - Internal Revenue Service

*handwritten:*

Proof of interest paid in 2012
Claimant - Kenneth Walker
Re: Recap, LLC
Claim # 6319
Case # 12-12020 (MG)

## Mortgage Account Statement

**CUSTOMER INFORMATION**

Name: Kenneth Walker
      Kristi Walker
Account Number: 7423089770
Home Phone #: (972)780-7349

**PROPERTY ADDRESS**

2809 MCKENZIE LANE
LANCASTER    TX 75134


OCWEN

Visit us at ocwen.mortgagebanksite.com for account information.

```
KENNETH WALKER
KRISTI WALKER
1401 NETTLETON DRIVE
DESOTO TX 75115-7741
```

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

### Account Information

| | |
|---|---|
| Account Number | 7423089770 |
| Statement Date | June 05, 2013 |
| Maturity Date | April 01, 2035 |
| Interest Rate | 7.62500 |
| Interest Paid Year-to-Date | $3,097.84 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $832.98 |
| Principal Balance(PB)* | $80,780.21 |

### Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $651.17 |
| Subsidy/Buydown | $0.00 |
| Escrow | $295.50 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $0.00 |
| Total Amount Due | $946.67 |
| Account Due Date | July 01, 2013 |

For Customer Care inquiries call: 1-800-766-4622
For Insurance inquiries call: 1-800-256-9962
For Payment Arrangements call: 1-800-850-4622

### Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 06/01/13 | 06/05/13 | $868.83 | $137.01 | $514.16 | $217.66 | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

### Important News

!Attention Military Families! We are committed to doing what we can to support our customers in the military. If you or a member of your family are in the military and are experiencing a financial hardship, please contact us at 866-961-1412 or email us at Military.Families@mortgagebanksite.com to discuss your situation and identify possible alternatives.

See Reverse Side And Additional Pages For Important Information And State Specific Disclosures

---

**Mail This Portion With Your Payment**

### Mortgage Payment Coupon

| Account Number | Due Date | Mortgage Payment | Total Amount Due | Amount Due With Late Fee if Received 15 Days AFTER Due Date |
|---|---|---|---|---|
| 7423089770 | 07/01/13 | $946.67 | $946.67 | $979.22 |

KENNETH WALKER

**Please assist us in applying your payment**

| | |
|---|---|
| Full Payment(s) | $ |
| ADDITIONAL Principal | $ |
| ADDITIONAL Escrow | $ |
| Late Charge | $ |
| Other Fees (please specify) | $ |
| Total Amount Enclosed | $ |

Sign here to receive information on monthly ACH. See back for details.

OCWEN LOAN SERVICING, LLC
PO BOX 79135
PHOENIX AZ 85062-9135

02    0713    7423089770    00094667    03255    22222    6



# Ocwen Loan Servicing®
## Mortgage Customers

OCWEN

*Kenneth Walter*

*Rescap*

### 2809 MCKENZIE LANE

LANCASTER, TX 75134
30 year FIXED Loan
Next Payment: $946.67 Due as of: 07/01/13
I want to...
Select One ...
Account Number:
7423089770
Current Balances:
Principal:
$80,780.21
Escrow:
$1,337.99
(does not reflect payoff)

Year-To-Date:
Interest:
$3,097.84
Taxes:
$0.00
Interest Rate:
7.625%
Original Loan Amount:
$92,000
Original Loan Date:
03/17/2005
Original Maturity Date:
04/2035

Hide loan details

## Help for Homeowners Center

Find out if you qualify for a loan modification program or check the status of your request.

continue

About homeowner assistance programs »

NMLS #1852 - NMLS Consumer Access Page

© Copyright 2013 Ocwen Financial Corporation. All rights reserved.

https://ocwen.mortgagebanksite.com/accounts/index.htm                          7/2/2013