Hearing Date: To Be Determined

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Erica J. Richards

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF DEADLINE TO FILE INTERIM APPLICATIONS FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD BETWEEN JANUARY 1, 2013 AND APRIL 30, 2013**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 797], the deadline for professionals to file interim applications (together, the "Applications" and each an "Application") for allowance of compensation and reimbursement of expenses for the period between January 1, 2013 through and including April 30, 2013 is **August 7, 2013 at 11:59 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that Residential Capital, LLC, and its related debtors, as debtors and debtors in possession, shall file a separate notice providing a hearing date and objection deadline with respect to the Applications at a later date.

Dated: July 8, 2013
       New York, New York

                /s/ Lorenzo Marinuzzi
                Gary S. Lee
                Lorenzo Marinuzzi
                Erica J. Richards
                MORRISON & FOERSTER LLP
                1290 Avenue of the Americas
                New York, New York 10104
                Telephone: (212) 468-8000
                Facsimile: (212) 468-7900

                *Counsel for the Debtors and*
                *Debtors in Possession*

ny-1096775