MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT *SINE DIE* OF
DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS (AMENDED AND
SUPERSEDED CLAIMS) AGAINST DURBIN CROSSING COMMUNITY
DEVELOPMENT DISTRICT (CLAIM NOS. 2084 AND 2085)**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Third Omnibus Objection to Claims (Amended and Superseded Claims* [Docket No. 3575] (the "**Objection**") with respect to certain proofs of claim filed by Durbin Crossing Community Development District (Claim Nos. 2084 and 2085) (collectively, the "**Durbin Crossing Claims**"), that was initially scheduled for June 6, 2013 at 3:00 p.m. (Prevailing Eastern Time), and that was previously adjourned to July 15, 2013 at 11:00 a.m. (Prevailing Eastern Time) [Docket Nos. 3818, 4001], has been further adjourned, solely with respect to the Durbin Crossing Claims, to a date to be determined.

ny-1097146

Dated: July 9, 2013
      New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*