## THIS IS A NOTICE REGARDING YOUR CLAIM. YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF HEARING ON FOURTH OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)

### CHRISTINE AND HARRIS DAVIS

| Proposed Claim(s) to be Disallowed and Expunged | | | | Basis For Objection |
|---|---|---|---|---|
| Claim No(s); Date Filed | Debtor | Classification | Amount | |
| 6424<br>01/14/13 | Residential Capital, LLC | Administrative Priority | N/A | Late Filed |
| | | Administrative Secured | N/A | |
| | | Secured | $95,000.00 | |
| | | Priority | N/A | |
| | | General Unsecured | N/A | |

PLEASE TAKE NOTICE that, on June 7, 2013, Residential Capital, LLC and certain of its affiliates (collectively, the "**Debtors**") filed their Fourth Omnibus Objection to Claims (Late-Filed Claims) (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").[1] The category of claim objection applicable to you is identified in the table above in the column entitled "**Basis for Objection**".

The Objection requests that the Bankruptcy Court expunge, and/or disallow one or more of your claims listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED on the ground that the claim(s) is Late Filed. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.kccllc.net/rescap.

RECEIVED JUL -8 2013 COURT, SDNY

If you do NOT oppose the expungement, and/or disallowance of your claim(s) listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the expungement, and/or disallowance of your claim(s) listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED, then you MUST file with the Bankruptcy Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on July 8, 2013 (the "**Response Deadline**").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, and/or expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable Martin Glenn, One Bowling Green, New York, New York 10004, Courtroom 501; (ii) Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104, Attn: Gary S. Lee, Esq., Norman S. Rosenbaum, Esq. and Jordan A. Wishnew, Esq., attorneys for the Debtors; and (iii) Kramer Levin Naftalis & Frankel LLP, 1117 Avenue of the Americas, New York, NY 10036, Attn: Kenneth H. Eckstein, Esq. and Douglas H. Mannal, Esq., attorneys for the Official Committee of Unsecured Creditors appointed in these cases.

A hearing will be held on July 15, 2013 to consider the Objection. The hearing will be held at 11:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 501. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s). If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

Whether or not the Bankruptcy Court disallows, and/or expunges your claim(s) listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED, the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Bankruptcy Court's instructions, which can be found on the Bankruptcy Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Bankruptcy Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.kccllc.net/rescap. If you have any questions about this notice or the Objection, or if you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Kurtzman Carson Consultants, LLC at (888) 926-3479. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:    June 10, 2013
          New York, New York

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

(i) Caption setting forth the name of the bankruptcy court: **The United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 Court Room 501**
The names of the debtors: **AEGIS/GMAC**
The case number: **12-12020(MG)**
The title of the objection to which the response is directed: **Residential Capital, LLC**

(ii) The name of the claimants: **Harris and Christine Davis**
Description of the basis for the amount of the claim: **$95,000.00**

(iii) A concise statement setting forth the reason why the claim should not be disallowed, and/or expunged for the reason set forth in the objection, including, but not limited to the specific factual and legal bases upon which you will rely in opposing the objection.
**I should not be disallowed due to the fact the dispute arose when Aegis Mortgage Company assigned their mortgage to GMAC. I sent my July 2007 payment to Aegis. The loan was assigned to GMAC on or about August 10, 2007. Aegis failed to notify GMAC of the July payment. By letter dated October 31, 2007 GMAC returned all subsequent payments for August, September and October. GMAC indicated that GMAC could not accept payment because the loan was behind. We took the position that if they had been given credit for their July 2007 payment the loan would have been up to date.**

(iv) All documentation or other evidence of the claim to the extent not included with the proof of claim previously filed with the bankruptcy court, upon which you rely in opposing the objection
**See attached: Documentation from The Woodson Law Firm, LLC**

(v.)   The addresses to which the debtors must return any reply to your response, if different from that presented in the proof of claim.
**Harris and Christine Davis**
**1702 Stacy Court**
**Marion, South Carolina 29571**
**Telephone Number - (843) 260-7997**
**Work Number - (843) 423-9444**

(vi.)  The name, address and telephone number of the person (which may be you or your legal representative) processing ultimate authority to reconcile, settle or otherwise resolve the claim on your behalf.
**Harris and Christine Davis**
**1702 Stacy Court**
**Marion, South Carolina 29571**
**Telephone Number (843) 260-7997**
**Work Number (843) 423-9444**

**Legal Representative**
**Marcus Woodson**
**The Woodson Law Firm LLC**
**1011 E. Liberty Street**
**Marion, South Carolina 29571**
**Telephone Number (843) 423-1977**
**Fax Number (843) 423-9608**

GMAC/AEGIS #6037 pg 4

B 10 Modified (Official Form 10) (12/11)

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| Name of Debtor: GMAC/AEGIS | Case Number: | PROOF OF CLAIM |

NOTE: This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**CHRISTINE AND HARRIS DAVIS**

Name and address where notices should be sent:
CHRISTINE AND HARRIS DAVIS
1702 STACY CT
MARION, SC 29571        NameID: 10735024

Telephone number: 843 260 7997    email: ChristineWhitedavis @gmail.com

Name and address where payment should be sent (if different from above):
Same as above
Christinewhitedavis@gmail.com

Telephone number:    email:

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:** $ 95,000   95,000
   If all or part of the claim is secured, complete item 4.
   If all or part of the claim is entitled to priority, complete item 5.
   ☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** Mortgage Note
   (See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** 6037
   3a. Debtor may have scheduled account as: AEGIS + GMAC
   3b. Uniform Claim Identifier (optional):

4. **Secured Claim** (See instruction #4)
   Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
   Nature of property or right of setoff: ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe:
   Value of Property: $ 110,000   Annual Interest Rate 8.75 % ☒ Fixed ☐ Variable (when case was filed)
   Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ 10,000
   Basis for perfection: _____
   Amount of Secured Claim: $ _____   Amount Unsecured: $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and the amount.

   ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507(a)(4).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
   ☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(__).

   Amount entitled to priority: $ _____

   *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. **Claim Pursuant to 11 U.S.C. § 503(b)(9):**
   Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
   $ _____  AEGIS sold home was sold to GMAC  (See instruction #6)

7. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. **Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

9. **Signature:** (See instruction #9) Check the appropriate box.
   ☒ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: Harris Davis / Christine Davis
Title: _____
Company: _____
Address and telephone number (if different from notice address above): Same as above
(Signature) Christine Davis   (Date)
Telephone number: 843 260 7997   Email: Christinewhitedavis@gmail.com

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

001KC0002_51765-1_domestic_17/041532/249188

COURT USE ONLY

THE WOODSON LAW FIRM, LLC

February 3, 2012

RE: Former Client: Harris Davis and Christine Davis
Case Name: GMAC Mortgage, L.L.C. vs. Davis and Davis vs. Aegis Mortgage Company d/b/a UC Lending
Case No.: 2007-CP-33-428

Dear Sir or Madam:

I am writing this letter at the request of my former client, Christine Davis. GMAC Mortgage, Inc. filed a foreclosure action against her and her husband Harris. I defended the two of them in that action. The action was resolved prior to trial.

The dispute arose when Aegis Mortgage Company assigned their mortgage to GMAC. My clients sent their July 2007 payment to Aegis. The loan was assigned to GMAC on or about August 10, 2007. Aegis failed to notify GMAC of the July payment. By letter dated October 31, 2007 GMAC returned all subsequent payments for August, September and October. They indicated that they could not accept payment because the loan was behind. We took the position that if they had been given credit for their July 2007 payment the loan would have been up to date.

Upon being served foreclosure papers, my clients filed a Counterclaim against GMAC and Cross-Claims against Aegis for Negligence, Breach of Contract and Unfair and Deceptive Trade Practices.

Please contact me if you need additional information.

Very truly yours,

Marcus Woodson

1011 E. Liberty Street
Post Office Box 1657 (mailing)
Marion, SC 29571

(843)423-1977 telephone
(843)423-9608 facsimile



Christine & Harris Davis
1702 Stacy Court
Marion, SC 29574

December 10,12

Dear United States Bankruptcy Court,

I would like to first say, Thank you, for helping us and all of the people who homes were foreclose on unjustly.

Our names are Christine and Harris Davis, we resides at 1702 Stacy Court, Marion SC 29571, phone number is 843 260 7997 or work 843 423 9444.

I have sent my documents to your office several times, I would call your office to see if our documents has arrive and your representative would tell me , they do not see it in your system.

I am sending it to the correct address, and yet it is not being received by your office, please tell me what else can I do? You do not take fax documents.

On December 31,12.Once again, I spoke with a representative name Rose and she stated, she still have not received any of my documents. I am sending them to you again, enclosed is a letter from the attorney. explaining to you exactly what happen to our home in July 2007. and your application.

Please add our names and home to this, as if we know for a fact, our home were foreclosed on unjustly.

Please contact me if you need additional information.

Sincerely,

Christine and Harris Davis

The Chambers of the Honorable Martin Glenn

One Bowling Green
New York, New York 10004
Court room 501

2. Morrison & Foerster LLP
1290 Ave. of the Americas
New York, New York 10104
Attn: Gary S. Lee, Esq.
Norman S. Rosenbaum, Esq.
Jordan A. Wishnew, Esq.
Attorney for the debtors

3. Kramer Levin Naftalis & Frankel LLP
1117 Ave. of the Americas
New York, New York 10036
Attn: Kenneth H. Eckstein, Esq.
Douglas H. Mannal, Esq.
Attorney for the official committee of unsecured creditors



RECEIVED
JUL -8 2013
U.S. BANKRUPTCY COURT, SDNY