**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020(MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | Chapter 11 |
| Debtors. | Jointly Administered |

**CONDITIONAL RESPONSE TO DEBTORS' SIXTH OMNIBUS OBJECTION**
**TO CLAIMS (DUPLICATE BORROWERS CLAIMS)**

Gregory C. Morse, NameID: 10987575, as Claimant and Creditor in the above-captioned Chapter 11 cases (the "<u>Chapter 11 Cases</u>"), in possession of unsecured debt against GMAC Mortgage, L.L.C., (Case 12-12032), and Homecomings Financial, L.L.C., (Case 12-12042), respectfully submits this conditional response to the relief by expunging duplicate claims records and the changing of this Creditor's NameID under Chapter 11 of Title 11 of the United States Code, Federal Rules of Bankruptcy, and the Local Rules and General Orders of the United States Bankruptcy Court, Southern District of New York. Claimant and Creditor Gregory C. Morse objects to expunging Duplicate Claim Number 5658, (Homecomings Financial, L.L.C.), and duplicate Claim Number 5656, (GMAC Mortgage, L.L.C.), unless it is certified that Claim Number 5682, (Homecomings Financial, L.L.C.), and Claim Number 5680, (GMAC Mortgage, L.L.C.), contain the information contained in Exhibits A and B which are copies of the claims originally recorded as submitted on November 11, 2012 and to the changing of NameID: 10987575 to NameID: 11087126.

Upon certification to the Court and this Claimant and Creditor that official claims by this Claimant and Creditor against GMAC Mortgage, L.L.C. and Homecomings Financial, L.L.C. in

RECEIVED
JUL - 8 2013
U.S. BANKRUPTCY COURT, SDNY

the amount of $6,475,662.00 is preserved for proper adjudication and upon the Certification to the Court and to this Claimant and Creditor of the proper changing of the NameID 10987575 to NameID 11087126, opposition to the expunging of Duplicate Claim Number 5658, (Homecomings Financial, L.L.C.), and duplicate Claim Number 5656, (GMAC Mortgage, L.L.C.), and the changing of the NameID is considered moot and of no consequence.

WHEREFORE, it is only correct and honorable for this Court to grant the prayers for protection of the Claims of unsecured debt by Claimant and Creditor Gregory C. Morse.

Respectfully submitted,

*/s/ Gregory C. Morse*
Gregory C. Morse
*NameID: 10987575*

GREGORY C MORSE VS ROBERT STANLEY ABB MORTGAGEE WALID ABD PINNACLE TITLE COMPANY LP COMMONWEALTH LAND TITLE et al

Gregory C. Morse
223 High Point Drive
Murphy, Texas 75094
Telephone: 214-808-7028
Facsimile: 972-384-2491
Email: pilot7503@yahoo.com

## Certificate of Service

I hereby certify that on the 3rd day of July, 2013, I served a copy of the foregoing with the clerk of the Court and by United States Mail, Flat Rate Postage Envelope 3-day tracked prepaid and addressed to the following:

The Chambers of
The Honorable Martin Glenn
One Bowling Green
New York, New York 10004
Courtroom 501

Morrison & Foerster L.L.P.
1290 Avenue of the Americas
New York, New York 10104

Attn:  Gary S. Lee, Esq.
       Norman S. Rosenbaum, Esq.
       Jordan A. Wishnew, Esq.

Attorneys for the Debtors

Kramer Levin Naftalis & Frankel
1117 Avenue of the Americas
New York, New York 10036

Attn:  Kenneth H. Eckstein, Esq.
       Douglas H. Mannal, Esq.

Attorneys for the Official Committee of Unsecured Creditors