The Chambers of Honorable Martin Glenn
US Bankruptcy Court for the Southern District of New York
One Bowling Green
Suite 534
Courtroom 501
New York, New York 10004 - 1400

Dear Judge Glenn,

This is a response against expungement and disallowance of the record for Robert J. and Norma G. Green. In the case of The US Bankruptcy Court for the Southern District of New York Regarding the Residential Capital LLC, et al., Case Number 12-12020 (MG).   Our claim number is 6282.

We refinance our home in 2003. The company that refinances us offered us to have 2nd loan which we believe would be a good backup.  They had contacted Residential Capital and we used their services of GMAC then Homecomings in the sum of $ 5000.00 but unknown it was a variable until we receive the first statement for paying back.   We are not lawyers but life doesn't stop the law takes time and we are sorry that there was misunderstanding on the deadlines. We hope that you will not expungement and disallowance because of a mistake.

Our address is
34890 Holly Avenue
Yucaipa, CA 92399-6009

Respectfully,
Mr. and Mrs. Robert J. Green



RECEIVED JUL - 8 2013 U.S. BANKRUPTCY COURT, SDNY

```
Mail Billing and Other Inquiries
and Report Lost Checks To:

GMAC Mortgage
PO Box 4622
Waterloo IA 50704-4622


Customer Care Inquiries: 800-766-4622
Telephoning Does Not Protect Your Rights.
```

**EquityLine** by GMAC Mortgage

| ACCOUNT NUMBER | | BEGINNING BALANCE |
|---|---|---|
| 7391458924 | | $0.00 |
| CREDIT LIMIT | | – TOTAL PAYMENTS RECEIVED |
| $40,000.00 | | $0.00 |
| CREDIT AVAILABLE | | + TOTAL ADVANCES |
| $0.00 | | $0.00 |
| STATEMENT CLOSING DATE | DAYS IN CYCLE | +/− TOTAL ADJUSTMENTS/CREDITS |
| 07/31/12 | | $0.00 |
| | | + CURRENT FEES/SPECIAL CHARGES |
| | | $15.00 |
| | | + TOTAL FINANCE CHARGE |
| | | $0.00 |
| | | = NEW BALANCE |
| | | $15.00 |

```
04/16/10 11:00 3  0035127 20120801 HH0BH110 GMHE-GM  1 OZ DOM HH0BH10000* 150647 GM

ROBERT GREEN
NORMA GREEN
34890 HOLLY AVENUE
YUCAIPA CA  92399-6009
```

| POSTING DATE | TRAN. DATE | TRANSACTION DESCRIPTION | ADVANCE DESCRIPTION | CHECK # | TRAN AMOUNT | PRINCIPAL | FINANCE CHARGE | OTHER | OUTSTANDING BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 07/31/12 | 07/31/12 | Line Annual Maint | | | $15.00 | $0.00 | $0.00 | $15.00 | $0.00 |

**SPECIAL MESSAGES**

!Attention Military Families! At GMAC Mortgage we are committed to doing what we can to support our customers in the military. If you or a member of your family are in the military and are experiencing a financial hardship, please contact us at 866-961-1412 or email us at Military.Families@gmacm.com to discuss your situation and identify possible alternatives.

**See Reverse Side For Important Information And State Specific Disclosures**

FINANCE CHARGE CALCULATION / RATE HISTORY

| DATE FROM / TO | CORRESPONDING ANNUAL PERCENTAGE RATE | DAILY RATE | NO. OF DAYS DAILY RATE IN EFFECT | DAILY EARNING BAL OUTSTANDING (BAL. SUBJECT TO FINANCE CHARGE) | FINANCE CHARGE | TOTAL FINANCE CHARGE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|---|
| | | X | X | = | | | |

**Method R. Payment Disclosure:** On or before each payment due date during the draw period, you agree to make a minimum payment. The minimum payment amount of any credit insurance premiums due and the greater of: 1% of the principal loan balance outstanding on your account, or $100.00 or the amount of the accrued finance charges. During the repayment period, your minimum payment amount is the amount accrued finance charges and credit insurance premiums (if any) plus .8333% of the principal balance outstanding at the end of the draw period.

**Finance Charge Disclosure: The Daily Rate may vary, if this is a variable rate account.**
Finance charges begin to accrue immediately when we make a loan to you. To figure the finance charge for a billing cycle, we apply a daily periodic rate of finance charge to the "principal balance" of your loan account each day. To figure the "principal balance" for each day, we first take your loan account balance at the beginning of the day and subtract any unpaid finance charges and credit insurance premiums (if any) that are due. Next, we subtract the portion of any payments or credits received that day, which apply to the repayment of your loans. (A portion of each payment you make is applied to finance charges and credit insurance premiums, if any.) Then we add any new loans made that day. The final figure is the "principal balance".