THE LAW OFFICE OF THOMAS M. MULLANEY
THOMAS M. MULLANEY (TM 4274)
489 Fifth Avenue, 19th Floor
New York, New York 10017
Tel.: (212) 223-0800

*Attorneys for CQS ABS Master Fund Ltd.,
and CQS ABS Alpha Master Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Residential Capital, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that The Law Office of Thomas M. Mullaney, hereby enters its appearance as counsel, to represent CQS ABS Master Fund Ltd., and CQS ABS Alpha Master Fund Ltd. ("**CQS**") in the above-captioned matter, in their capacity as investment advisor to certain funds holding residential mortgage-backed securities and/or holder of certain residential mortgage-backed securities, and under, *inter alia*, Rules 2002, 7006 and 9007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and section 1009(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

The Law Office of Thomas M. Mullaney
489 Fifth Avenue, 19th Floor
New York, NY 10017
212-223-0800
Attn:   Thomas M. Mullaney, Esq.
Email: tmm@mullaw.org

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Bankruptcy Rules, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liability, statements of financial affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telecopier or otherwise. This Notice of Appearance shall not constitute a submission by CQS to the jurisdiction of the Bankruptcy Court.

FURTHER, if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

Dated:  July 9, 2013
        New York, New York

Respectfully submitted,

B y: _____
Thomas M. Mullaney (TM 4274)

The Law Office of Thomas M. Mullaney
489 Fifth Avenue, 19th Floor
New York, NY 10017
212-223-0800

*Attorney for CQS ABS Master Fund Ltd. and
CQS ABS Alpha Master Fund Ltd.*