Hearing Date:    August 21, 2013 at 2:00 p.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
James A. Newton

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON OBJECTION AND
RESERVATION OF RIGHTS OF AMBAC ASSURANCE CORPORATION
AND THE SEGREGATED ACCOUNT OF AMBAC ASSURANCE
CORPORATION TO PROPOSED ASSUMPTION AND ASSIGNMENT OF
EXECUTORY CONTRACTS TO AUGUST 21, 2013 AT 2:00 P.M.**

**PLEASE TAKE NOTICE** that the hearing on the *Objection and Reservation of Rights of Ambac Assurance Corporation and the Segregated Account of Ambac Assurance Corporation to Proposed Assumption and Assignment of Certain Executory Contracts* [Docket No. 1810], previously scheduled to be heard on July 10, 2013 at 2:00 p.m. (Prevailing Eastern Time) has been adjourned to **August 21, 2013 at 2:00 p.m.** (Prevailing Eastern Time) and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1098682

Dated: July 9, 2013
       New York, New York

                                          /s/ Norman S. Rosenbaum
                                          Gary S. Lee
Norman S. Rosenbaum
James A. Newton
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*