UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

---

## NOTICE OF WITHDRAWAL OF CLAIM NUMBER 3898, FILED BY ARTHUR SPECTOR

Arthur and Kayla Spector, having filed Claim Number 3898 filed against Residential Capital, LLC (the "Claim"), hereby give notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure.

Arthur and Kayla Spector hereby withdraw the Claim, authorize SilvermanAcampora LLP, special counsel to the Official Committee of Unsecured Creditors in the above-captioned cases, to file this Notice with the Bankruptcy Court in order to effectuate the withdrawal of the Claim, and also authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register.

A facsimile signature or a signature in portable document format (.pdf) shall be deemed original for purposes of this Notice of Withdrawal.

Dated: July 9, 2013            _____Arthur Spector_____

_____ (Sign Name)

CR/1316630-1/062429