**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) ) Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) ) Case No. 12-12020 (mg) |
| Debtors. | ) ) (Jointly Administered) ) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, REGINA J. McCLENDON, hereby request admission, *pro hac vice*, before the Honorable Martin Glenn to represent Residential Capital, LLC and its affiliated debtors in the above-referenced cases.

I hereby certify that I am a member in good standing of the bar in the State of California and that I have been admitted to practice in the United States District Court for the Northern, Central, Southern, and Eastern Districts of California and the United States Bankruptcy Court for the Northern, Central, and Eastern Districts of California.

I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Dated:  July 3, 2013
New York, New York                                    */s/  Regina J. McClendon*

                                                                    Regina J. McClendon
                                                                    LOCKE LORD LLP
                                                                    44 Montgomery Street, Suite 2400
                                                                    San Francisco, CA 94104
                                                                    Phone:  415.318.8804
                                                                    Email:  rmcclendon@lockelord.com