**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) ) Case No. 12-12020 (mg) |
| Debtors. | ) ) (Jointly Administered) ) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Regina J. McClendon, Esq., for admission *pro hac vice* to represent Residential Capital, LLC and its affiliated debtors in the above-referenced cases, and upon the movant's certification that she is a member in good standing of the bar in the State of California and that she has been admitted to practice in the United States District Court for the Northern, Central, Southern, and Eastern Districts of California and the United States Bankruptcy Court for the Northern, Central, and Eastern Districts of California, it is hereby

**ORDERED** that Regina J. McClendon, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases to represent Residential Capital, LLC and its affiliated debtors in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2013
New York, New York

_____
The Honorable Martin Glenn
United States Bankruptcy Judge