Klaus Rodefeld

Visbecker Ring 29
DE-49186 Bad Iburg, 6.7.2013

Tel. 0049/5403/5076
 0049/176/25729026
Mail: K.Rodefeld@osnanet.de

FAX to

Morrison & Foerster LLP
New York 10104

FAX  001/212/4687900

Re: Residential Capital, LLC / Debtors – Claim No. 351 Date 07/30/12

Ladies and Gentlemen,

I refer to your letter of June 17, 2013, which unfortunately reached me only today. Since I can only make a rough test and evaluation because of short-term appointments, I hereby order to safeguard the dates my opposition to the proposed cancellation or repayment of my request known.
I have already submitted all the required documents when registering my claim.

Sincerely,

Klaus Rodefeld