UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

---

## NOTICE OF WITHDRAWAL OF CLAIM NUMBER 3814, FILED BY RANDI SANDS

Randi Sands, having filed Claim Number 3814 filed against Residential Capital, LLC (the "Claim"), by and through his attorneys The Runyan Law Firm, hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure.

Randi Sands, by and through his attorneys The Runyan Law Firm, hereby withdraws the Claim, authorizes SilvermanAcampora LLP, special counsel to the Official Committee of Unsecured Creditors in the above-captioned cases, to file this Notice with the Bankruptcy Court in order to effectuate the withdrawal of the Claim, and also authorizes the duly appointed Claims Agent to reflect this withdrawal on the official claims register.

A facsimile signature or a signature in portable document format (.pdf) shall be deemed original for purposes of this Notice of Withdrawal.

Dated: July 11, 2013

Thomas E. Runyan, Jr., ESQ (Print Name)

_____ (Sign Name)

The Runyan Law Firm, For the Firm
Attorneys for Randi Sands
707 NE 3rd Avenue, Suite 300
Fort Lauderdale, FL 33304