Katharine I. Crost (NY Bar No. 1391523)
Lorraine S. McGowen (NY Bar No. 2137727)
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone:  (212) 506-5000
Facsimile:  (212) 506-5151

*Special Securitization Transactional
and Litigation Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**FOURTH SUPPLEMENTAL DECLARATION OF KATHARINE I. CROST IN SUPPORT OF THE DEBTORS' APPLICATION UNDER SECTION 327(e) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 2014(a) AND LOCAL RULE 2014-1 FOR AUTHORIZATION TO EMPLOY AND RETAIN ORRICK, HERRINGTON & SUTCLIFFE LLP AS SPECIAL SECURITIZATION TRANSACTIONAL AND LITIGATION COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO MAY 14, 2012**

Pursuant to sections 327 and 329 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b) and 28 U.S.C. § 1746, Katharine I. Crost declares:

1.    I am a partner of the firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), which maintains offices for the practice of law at 51 West 52nd Street, New York, New York 10019-6142 and in other cities in the United States and around the world.  I am admitted to practice law before the Courts of the State of New York, the Southern District of New York, and the Eastern District of New York.

2. I am authorized to submit this fourth supplemental declaration (the "**Fourth Supplemental Declaration**") on behalf of Orrick.

3. On June 26, 2012, I submitted a declaration pursuant to Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure in support of the application filed by Residential Capital, LLC, *et al.* (each, a "Debtor," collectively, the "Debtors") seeking authorization to employ Orrick as Special Securitization Transactional and Litigation Counsel to the Debtors (Dkt. No. 510) (the "Application"). I submitted a supplemental declaration in support of the Application on July 11, 2012 (Dkt. No. 745), a second supplemental declaration on August 16, 2012 (Dkt. No. 1178), and a third supplemental declaration on February 11, 2013 (Dkt. No. 2883).

4. On July 27, 2012, this Court entered an Order approving the Application (Dkt. No. 930).

5. The facts set forth in this Fourth Supplemental Declaration are based upon my personal knowledge, upon records maintained by Orrick in the ordinary course of its business and which have been reviewed by me and/or by other partners or employees of Orrick at my direction, or upon information known by other partners or employees of Orrick and conveyed to me.

6. I make this Fourth Supplemental Declaration out of an abundance of caution, and not because I believe the matters set forth herein are within the scope of Rules 2014 or 5002.

7. The successor servicer recently raised concerns in connection with the cash flow provisions applicable to certain situations in a securitization transaction issued in 2006. Orrick was counsel to Residential Funding Company, LLC in that transaction.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 11, 2013  
       New York, New York

*/s/ Katharine I. Crost*  
Katharine I. Crost  
Orrick, Herrington & Sutcliffe LLP  
51 West 52nd Street  
New York, New York 10019-6142  
Telephone: (212) 506-5000  
Facsimile: (212) 506-5151

3