Katharine I. Crost (New York Bar No. 1391523)
Lorraine S. McGowen (New York Bar No. 2137727)
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

*Special Securitization Transactional*
*and Litigation Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### AFFIDAVIT OF SERVICE

I, DEBRA O. FULLEM, hereby depose and say that I am employed by Orrick, Herrington & Sutcliffe LLP, Special Securitization Transactional and Litigation Counsel to the Debtors and Debtors in Possession in the above-reference cases.

On July 11, 2013, I caused copies of the following to be served via first class mail, postage prepaid, and electronic mail to those parties as identified on the Special Service List attached hereto.

**FOURTH SUPPLEMENTAL DECLARATION OF KATHARINE I. CROST IN SUPPORT OF THE DEBTORS' APPLICATION UNDER SECTION 327(e) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 2014(a) AND LOCAL RULE 2014-1 FOR AUTHORIZATION TO EMPLOY AND RETAIN ORRICK, HERRINGTON & SUTCLIFFE LLP AS SPECIAL SECURITIZATION TRANSACTIONAL AND LITIGATION COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO MAY 14, 2012**

Dated: July 11, 2013

*/S/ DEBRA O. FULLEM*
Debra O. Fullem
ORRICK HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, DC 20007
Telephone:  (202) 339-8400
Facsimile:   (202) 339-8500

*Special Securitization Transactional
and Litigation Counsel to the Debtors
and Debtors in Possession*

Subscribe and Sworn to before me
this 11th day of July 2013

*/S/ SHERYL R. ALEXANDER*
Notary Public

My Commission Expires: 7/31/16