UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
In re:                                                ) Case No. 12-12020 (MG)
                                                      )
RESIDENTIAL CAPITAL, LLC, et al.,                     ) Chapter 11
                                                      )
                              Debtors.                ) Jointly Administered
                                                      )
---------------------------------------------------------------

## NOTICE OF WITHDRAWAL OF RESPONSE TO DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS FILED BY TOMAS DIAZ [DOCKET NO. 4183]

Tomas Diaz, having filed a response (the "Response") [Docket No. 4183] to the Debtors' Eighth Omnibus Objection to Claims (Redundant Borrower Claims) (the "Eighth Omnibus Claims Objection"), hereby gives notice of the withdrawal of the Response.

After discussion with SilvermanAcampora LLP, special counsel to the Official Committee of Unsecured Creditors in the above-captioned cases ("Committee Special Counsel"), I understand that the purpose of the Eighth Omnibus Claims Objection was to expunge the redundant claim (Claim No. 1913) and leave intact the surviving claim (Claim No. 4702) (the "Surviving Claim"). I further understand that the Debtors retain the right to object to the Surviving Claim on any basis, and I retain the right to respond or contest the Debtors' objection, if any, to the Surviving Claim.

I hereby authorize Committee Special Counsel to file this Notice with the Bankruptcy Court in order to effectuate the withdrawal of the Response.

A facsimile signature or a signature in portable document format (.pdf) shall be deemed original for purposes of this Notice of Withdrawal.

Dated: July 11, 2013

_____Tomas Diaz_____

███████████████ (Sign Name)

RPOWERS/1335044.1/062429