UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

In re:   Residential Capital, LLC,

             Debtor.

_____x

Case No.: 12-12020

Chapter 11

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Matthew D. Lee, to be admitted, *pro hac vice*, to represent Ernst & Young LLP, (the "Client") a professional in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Wisconsin and, if applicable, the bar of the U.S. District Court for the Western District of Wisconsin, it is hereby

**ORDERED**, that Matthew D. Lee, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  July 11, 2013
       New York, New York

    **/s/Martin Glenn**
UNITED STATES BANKRUPTCY JUDGE