UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                           )   Case No. 12-12020 (MG)
                                                 )
RESIDENTIAL CAPITAL, LLC, *et al.*,              )   Chapter 11
                                                 )
                    Debtors.                     )   Jointly Administered
                                                 )

---

### NOTICE OF WITHDRAWAL OF CLAIMS
### FILED BY POWAY UNIFIED SCHOOL DISTRICT CFD

Poway Unified School District CFD (the "Claimant") having filed the claims listed on Exhibit A hereto (the "Claims") against the above-captioned debtors (the "Debtors") hereby gives notice of the withdrawal of the Claims through its undersigned counsel pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure.

The Claimant hereby withdraws the Claims, and also authorizes the duly appointed Claims Agent to reflect this withdrawal on the official claims register and to file this Notice with the Court.

A facsimile signature or a signature in portable document format (.pdf) shall be deemed original for purposes of this Notice of Withdrawal.

Dated: June __, 2013                             Best Best & Krieger LLP


RECEIVED
JUL 0 5 2013
KURTZMAN CARSON CONSULTANTS

By: _____
Dennis G. Bezanson,
3390 University Avenue
Fifth Floor
Riverside, California 92501
Telephone: (951) 686-1450
Facsimile: (951) 686-3083

Attorneys for Poway Unified
School District CFD

☒ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

60350.00009\8038491.1                            **ORIGINAL**

**BEST BEST & KRIEGER LLP**
**3390 University Avenue, 5th Floor**
**P.O. Box 1028**
**Riverside, California 92502-1028**
Telephone: (951) 686-1450
Telecopier: (951) 686-3083

July 2, 2013

To:   ReCap Claims Processing Center
      c/o KCC
      2335 Alaska Ave.
      El Segundo, CA 90245

Re:   In Re: Residential Funding Company, et al.; Case No. 12-12019 (MG), etc.

<u>Enclosed please find: Notice of Withdrawal of Claims Filed by Poway Unified School District CFD</u>

| | |
|---|---|
| _____ | For your information, files and/or records. |
| _____ | In accordance with your request. |
| _____ | Please read and return your comments to me. |
| _____ | Please contact this office to schedule an appointment. |
| _____ | Please sign (in **BLACK INK** only) where indicated and return. |
| __X__ | Please file and return a conformed copy to this office. |
| _____ | Enclosed, check number _____ in the amount of $_____ for _____ fees. Kindly return your receipt |
| __X__ | Enclosed are self-addressed envelopes for the return of the above-mentioned enclosure(s). |
| _____ | Other _____ |

                                    Sincerely,
                                    Lisa Spencer
                                    Assistant to Franklin C. Adams
                                    for BEST BEST & KRIEGER

09953.00000\530942.1

## Exhibit A

| Claim No | Debtor | Claim No | Debtor |
|---|---|---|---|
| 6105 | Executive Trustee Services, LLC | 6148 | RAHI B, LLC |
| 6106 | ETS of Washington, Inc. | 6149 | RFC Asset Holdings II, LLC |
| 6107 | ETS of Virginia, Inc. | 6150 | RAHI Real Estate Holdings, LLC |
| 6108 | Equity Investment I, LLC | 6151 | RCSFJV2004, LLC |
| 6109 | EPRE LLC | 6152 | Residential Accredit Loans, Inc. |
| 6110 | DOA Properties IX (Lots-Other), LLC | 6154 | GMAC Residential Holding Company, LLC |
| 6111 | DOA Holding Properties, LLC | 6155 | Residential Asset Mortgage Products, Inc. |
| 6112 | ditech, LLC | 6156 | Residential Asset Securities Corporation |
| 6113 | Residential Funding Company, LLC | 6157 | Residential Consumer Services of Alabama, LLC |
| 6114 | GMAC-RFC Holding Company, LLC | 6158 | Residential Consumer Services of Ohio, LLC |
| 6115 | GMAC Model Home Finance I, LLC | 6160 | RFC-GSAP Servicer Advance, LLC |
| 6116 | GMAC Mortgage USA Corporation | 6781 | Residential Funding Mortgage Exchange, LLC |
| 6117 | GMAC Mortgage, LLC | 6782 | HFN REO Sub II, LLC |
| 6118 | Residential Consumer Services, LLC | 6783 | RFC REO LLC |
| 6119 | Residential Consumer Services of Texas, LLC | 6784 | Residential Capital, LLC |
| 6120 | GMAC RH Settlement Services, LLC | 6785 | Home Connects Lending Services, LLC |
| 6121 | Residential Funding Mortgage Exchange, LLC | 6786 | GMAC Model Home Finance I, LLC |
| 6122 | GMACM Borrower LLC | 6787 | GMAC Mortgage, LLC |
| 6123 | Residential Funding Mortgage Securities I, Inc. | 6788 | ditech, LLC |
| 6124 | Home Connects Lending Services, LLC | 6789 | RCSFJV2004, LLC |
| 6126 | Residential Funding Mortgage Securities II, Inc. | 6790 | PATI Real Estate Holdings, LLC |
| 6127 | Homecomings Financial Real Estate Holdings, LLC | 6791 | GMACM Borrower LLC |
| 6128 | Residential Funding Real Estate Holdings, LLC | 6792 | Residential Mortgage Real Estate Holdings, LLC |
| 6129 | GMACM REO LLC | 6793 | GMAC-RFC Holding Company, LLC |
| 6130 | Residential Mortgage Real Estate Holdings, LLC | 6794 | RFC Asset Holdings II, LLC |
| 6131 | Residential Capital, LLC | 6795 | RFC Borrower LLC |
| 6132 | HFN REO Sub II, LLC | 6796 | ETS of Virginia, Inc. |
| 6133 | Homecomings Financial, LLC | 6797 | RAHI Real Estate Holdings, LLC |
| 6134 | RFC SFJV-2002, LLC | 6798 | RFC-GSAP Servicer Advance, LLC |
| 6135 | Ladue Associates, Inc. | 6799 | GMACM REO LLC |
| 6136 | RFC REO LLC | 6800 | PATI A, LLC |
| 6137 | Passive Asset Transactions, LLC | 6801 | GMAC RH Settlement Services, LLC |
| 6138 | RFC Construction Funding, LLC | 6802 | Residential Funding Real Estate Holdings, LLC |
| 6139 | PATI A, LLC | 6803 | Residential Funding Mortgage Securities II, Inc. |
| 6141 | GMACR Mortgage Products, LLC | 6804 | Residential Accredit Loans, Inc. |
| 6142 | PATI B, LLC | 6805 | Executive Trustee Services, LLC |
| 6143 | RFC Borrower LLC | 6806 | Residential Funding Mortgage Securities I, Inc. |
| 6145 | RFC Asset Management, LLC | 6807 | GMAC Residential Holding Company, LLC |
| 6146 | PATI Real Estate Holdings, LLC | 6808 | RAHI A, LLC |
| 6147 | RAHI A, LLC | 6809 | Residential Funding Company, LLC |

| Claim No | Debtor | Claim No | Debtor |
|---|---|---|---|
| 6810 | Passive Asset Transactions, LLC | 6821 | Residential Consumer Services of Ohio, LLC |
| 6811 | ETS of Washington, Inc. | 6822 | GMACR Mortgage Products, LLC |
| 6812 | Residential Consumer Services of Texas, LLC | 6823 | Residential Consumer Services of Alabama, LLC |
| 6813 | Ladue Associates, Inc. | 6824 | Equity Investment I, LLC |
| 6814 | EPRE LLC | 6825 | DOA Properties IX (Lots-Other), LLC |
| 6815 | RFC Construction Funding, LLC | 6826 | PATI B, LLC |
| 6816 | Residential Asset Mortgage Products, Inc. | 6827 | Residential Consumer Services, LLC |
| 6817 | Residential Asset Securities Corporation | 6828 | Homecomings Financial, LLC |
| 6818 | RFC Asset Management, LLC | 6829 | RFC SFJV-2002, LLC |
| 6819 | GMAC Mortgage USA Corporation | 6830 | Homecomings Financial Real Estate Holdings, LLC |
| 6820 | RAHI B, LLC | 6831 | DOA Holding Properties, LLC |