Hearing Date and Time: July 26, 2013 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' FOURTH
AND FIFTH OMNIBUS OBJECTIONS TO CLAIMS (LATE-FILED
BORROWER CLAIMS) WITH RESPECT TO CERTAIN CLAIMANTS
TO JULY 26, 2013 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Fourth Omnibus Objection to Claims (Late-Filed Borrower Claims)* [Docket No. 3923] (the "**Fourth Omnibus Objection**") and the *Debtors' Fifth Omnibus Objection to Claims (Late-Filed Borrower Claims)* [Docket No. 3924] (the "**Fifth Omnibus Objection**", and together with the Fourth Omnibus Objection, the "**Objections**") with respect to certain borrower claimants (collectively, the "**Claimants**"), that was initially scheduled for July 15, 2013 at 11:00 a.m. (Prevailing Eastern Time), has been adjourned to **July 26, 2013 at 10:00 a.m. (Prevailing Eastern Time)**, solely with respect to the following responses filed by the Claimants:

ny-1099118

**Fourth Omnibus Objection – Adjourned Matters:**

| | |
|---|---|
| a. | Response of Mahnaz Rahbar to Notice of Hearing on Fourth Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 4165]; |
| b. | Response of Beth M. Tsounakas to Fourth Omnibus Objection to Claim Filed by Debtor, Residential Capital, LLC and Request to Allow Late Filed Claim [Docket No. 4178]; |
| c. | Response of Christine and Harris Davis to Fourth Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 4181]; |
| d. | Response of Mark and Lynn Ostreicher to Fourth Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 4079]; |
| e. | Response of Kenneth and Kristi Walker to Fourth Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 4171]; |
| f. | Response of Aisha M. Harris to Fourth Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 4170]; and |
| g. | Response of James R. and Terri L. Fox to Fourth Omnibus Objection to Claims (Late-Filed Claims) [Not Docketed]. |

**Fifth Omnibus Objection – Adjourned Matters:**

| | |
|---|---|
| a. | Opposition of Tracey J. Marshall to Debtors' Fifth Omnibus Objection to Claims and Request for Disallowance and Expungement [Docket No. 4167]; |
| b. | Response of Norma G. Green to Debtors' Fifth Omnibus Objection to Claims (Late-Filed Borrower Claims) [Docket No. 4184]; and |
| c. | Response of Todd Phelps to Debtors' Fifth Omnibus Objection to Claims (Late-Filed Borrower Claims) [Docket No. 4203]. |

Dated: July 11, 2013
      New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*