MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON JULY 15, 2013 AT 11:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    OMNIBUS CLAIMS OBJECTIONS**

**1.**    Debtors' First Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 3573]

   **Related Documents**:

   **a.**    Notice of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Angela Genesco (Claim No. 5732) and Kroll Ontrack (Claim No. 6325) on July 15, 2013 at 11:00 a.m. [Docket No. 4000]

   **b.**    Notice of Adjournment of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Kroll Ontrack (Claim No. 6325) to July 26, 2013 at 10:00 a.m. [Docket No. 4210]

ny-1098620

**Responses**:

a. Objection of Kroll Ontrack, Inc. to the Debtors' First Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 4162]

**Status**: The matter of the Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Angela Genesco (Claim No. 5732) has been resolved, and the Debtors will submit a statement to reflect its resolution. The hearing on the matter relating to the Objection of Kroll Ontrack, Inc. has been adjourned to July 26, 2013.

2. Debtors' Third Omnibus Objection to Claims (Amended and Superseded Claims) [Docket No. 3575]

   **Related Documents**:

   a. Notice of Adjournment of Hearing on Debtors' Third Omnibus Objection to Claims (Amended and Superseded Claims) Against Durbin Crossing Community Development District (Claim Nos. 2084 and 2085) [Docket No. 4001]

   b. Notice of Adjournment *Sine Die* of Debtors' Third Omnibus Objection to Claims (Amended and Superseded Claims) Against Durbin Crossing Community Development District (Claim Nos. 2084 and 2085) [Docket No. 4180]

   **Responses**: None.

   **Status**: The hearing on this matter has been adjourned to a date to be determined.

3. Debtors' Fourth Omnibus Objection to Claims (Late-Filed Borrower Claims) [Docket No. 3923]

   **Related Documents**:

   a. Notice of Adjournment of Hearing on Debtors' Fourth and Fifth Omnibus Objections to Claims (Late-Filed Borrower Claims) with Respect to Certain Claimants to July 26, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 4214]

   **Responses**:

   a. Response of Mahnaz Rahbar to Notice of Hearing on Fourth Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 4165]

   b. Response of Beth M. Tsounakas to Objection to Claim Filed by Debtor, Residential Capital, LLC and Request to Allow Late Filed Claim [Docket No. 4178]

|     |     |     |
| --- | --- | --- |
| | **c.** | Response of Marvin E. McDougal to Fourth Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 4166] |
| | **d.** | Response of Christine and Harris Davis to Fourth Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 4181] |
| | **e.** | Response of Mark and Lynn Ostreicher to Fourth Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 4079] |
| | **f.** | Response of Kenneth and Kristi Walker to Fourth Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 4171] |
| | **g.** | Response of Aisha M. Harris to Fourth Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 4170] |
| | **h.** | Response of James R. and Terri L. Fox to Fourth Omnibus Objection to Claims (Late-Filed Claims) [Not Docketed] |
| | **Status**: | The hearing on the matters relating to the Responses of Mahnaz Rahbar, Beth M. Tsounakas, Christine and Harris Davis, Mark and Lynn Ostreicher, Kenneth and Kristi Walker, Aisha M. Harris, and James R. and Terri L. Fox are being adjourned to July 26, 2013.  The hearing on the remainder of the Debtors' Fourth Omnibus Objection to Claims (Late-Filed Borrower Claims) will be going forward. |
| **4.** | Debtors' Fifth Omnibus Objection to Claims (Late-Filed Borrower Claims) [Docket No. 3924] | |

   **Related Documents**:

   **a.** Notice of Adjournment of Hearing on Debtors' Fourth and Fifth Omnibus Objections to Claims (Late-Filed Borrower Claims) with Respect to Certain Claimants to July 26, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 4214]

   **Responses**:

   **a.** Opposition of Tracey J. Marshall to Objection and Request for Disallowance and Expungement [Docket No. 4167]

   **b.** Response of Norma G. Green to Debtors' Fifth Omnibus Objection to Claims (Late-Filed Borrower Claims) [Docket No. 4184]

   **c.** Response of Todd Phelps to Debtors' Fifth Omnibus Objection to Claims (Late-Filed Borrower Claims) [Docket No. 4203]

   **Status**: The hearing on the matters relating to the Opposition of Tracey J. Marshall, Response of Norma G. Green, and Response of Todd Phelps are being

adjourned to July 26, 2013. The hearing on the remainder of the Debtors' Fifth Omnibus Objection to Claims (Late-Filed Borrower Claims) will be going forward.

**5.** Debtors' Sixth Omnibus Objection to Claims (Duplicate Borrower Claims) [Docket No. 3925]

**Related Documents**: None.

**Responses**:

**a.** Conditional Response of Gregory C. Morse Debtors' Sixth Omnibus Objection to Claims (Duplicate Borrower Claims) [Docket No. 4182]

**Status**: The hearing on this matter will be going forward.

**6.** Debtors' Seventh Omnibus Objection to Claims (Amended and Superseded Borrower Claims) [Docket No. 3926]

**Related Documents**: None.

**Responses**:

**a.** Response of Ronald P. Gillis to Seventh Omnibus Objection to Claims (Amended and Superseded Borrower Claims) [Docket No. 4114]

**b.** Neville and Maribeth Evans' Response to Debtors' Seventh Omnibus Objection to Claims (Amended and Superseded Claims) [Docket No. 4169]

**c.** Claimants' Thomas G. and Catherin D. Cooper Provisional Objection to Debtors' Seventh Omnibus Objection to Pertaining to Claims # 2418 and # 6272 (Amended and Superseded Borrower Claims) [Docket No. 4139]

**Status**: The Response of Ronald P. Gillis has been resolved, and the Debtors will submit a stipulation to reflect its resolution. The hearing on the remainder of the Debtors' Seventh Omnibus Objection to Claims (Amended and Superseded Borrower Claims) will be going forward.

**7.** Debtors' Eighth Omnibus Objection to Claims (Redundant Borrower Claims) [Docket No. 3927]

**Related Documents**: None.

**Responses**:

**a.** Claimants' Thomas G. and Catherine D. Cooper Provisional Objection to Debtors' Eighth Omnibus Objection Pertaining to Claims # 4912 and # 6270 (Redundant Borrower Claims) [Docket No. 4140]

    **b.**    Opposition of Wekeso O. Madzimoyo to Claims Being Disallowed or Expunged [Docket No. 4163]

    **c.**    Response of Tomas Diaz to Debtors' Eighth Omnibus Objection to Claims (Redundant Claims) [Docket No. 4183]

        (i) Notice of Withdrawal of Response to Debtors' Eighth Omnibus Objection to Claims Filed by Tomas Diaz [Docket No. 4209]

    **Status**:    The hearing on this matter will be going forward.

**8.**    Debtors' Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) [Docket No. 3985]

    **Related Documents**:    None.

    **Responses**:

    **a.**    Response of Klaus Rodefeld to Debtors' Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) [Docket No. 4202]

    **Status**:    The hearing on this matter will be going forward.

Dated: July 11, 2013  
New York, New York

/s/ Norman S. Rosenbaum  
Gary S. Lee  
Norman S. Rosenbaum  
Jordan A. Wishnew  
MORRISON & FOERSTER LLP  
1290 Avenue of the Americas  
New York, New York 10104  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*