# **Exhibit 1**

## **Proposed Order**

ny-1084075

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**ORDER UNDER 11 U.S.C. §§ 105(a) AND 554(a) AUTHORIZING ABANDONMENT OF CERTAIN REAL ESTATE OWNED BY DOA PROPERTIES IX (LOTS-OTHER), LLC**

Upon the motion (the "Motion") of the Debtors[1] for entry of an order (the "Order"), pursuant to sections 105(a) and 554(a) of title 11 of the United States Code, as amended (the "Bankruptcy Code") authorizing the abandonment of certain real property located in St. Johns County, Florida (the "DOA Property") owned by Debtor DOA Properties IX (Lots-Other), LLC ("DOA Properties IX") as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motion and the Declaration of William Tyson in support of the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ny-1084075

notice is necessary; and the legal and factual bases set forth in the Motion establish just and sufficient cause to grant the relief requested herein; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND, DETERMINED, AND ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to Section 554(a) of the Bankruptcy Code, the Debtors are authorized to abandon the DOA Property as of the date this Order is entered.

3. The proofs of claim filed by the District, specifically claim numbers 2084, 2085, 2087, and 4461 (the "Proofs of Claim"), are hereby deemed withdrawn in their entirety with prejudice, and Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is directed to expunge the Proofs of Claim so that such claims are no longer maintained on the Debtors' official claims register.

4. The Debtors are hereby authorized to execute and deliver all instruments and documents, and take all other actions, as may be necessary or appropriate to implement and effectuate the relief granted in this Order.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated:   New York, New York
         _____, 2013

_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE