## Exhibit 5

## Final Judgment of Foreclosure

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR ST. JOHNS COUNTY, FLORIDA,
GENERAL CIVIL DIVISION

DURBIN CROSSING COMMUNITY )
DEVELOPMENT DISTRICT, a local unit )
of special-purpose government organized and )
existing under the laws of the State of Florida, )
       Plaintiff, ) CASE NO: CA10-2997
        )
v. )
        )
DOA PROPERTIES IX (LOTS-OTHER), )
LLC, a Delaware limited liability company; )
        )
and )
        )
RESIDENTIAL FUNDING )
CORPORATION, a Delaware corporation; )
        )
and )
        )
DURBIN CROSSING MASTER )
ASSOCIATION, INC., a Florida non-profit )
corporation; )
        )
       Defendants. )

**FINAL JUDGMENT OF FORECLOSURE**

THIS MATTER was heard before the Court on February 16, 2011, pursuant to this Court's Order to Show Cause for Entry of Final Judgment of Foreclosure against Defendants issued on January 4, 2011. After consideration of all evidence presented, this Court rules as follows:

IT IS ADJUDGED that:

    1.    Plaintiff, whose address is c/o District Manager, Governmental Management Services, 475 West Town Place, St. Augustine, Florida, 33073, has

complied with all elements of law and has demonstrated entitlement to foreclosure. Plaintiff is due:

| | |
|---|---|
| Assessment lien amount: | $5,256,408.00 |
| Statutory interest to date of this judgment:<br>320 Days @ $1,214.18/day = $388,537.60<br>747 Days @ $454.49/day = $339,504.03<br>502 Days @ $29.74/day = $14,929.48<br>137 Days @ $29.74/day = $4,074.38 | $747,045.49 |
| Title search expense: | $450.00 |
| Taxes: | $0.00 |
| Attorneys' fees:<br>Finding as to reasonable number of hours: 119<br>Finding as to reasonable hourly rate: $180 - $260 | $19,300.00 |
| Court costs, now taxed:<br>Foreclosure Filing Fee: $1,905.00<br>Summons Issuances (3): $30.00 | $1,935.00 |
| Other: | $0.00 |
| Subtotal: | $6,025,138.49 |
| LESS: Escrow balance | $0.00 |
| LESS: Other | $0.00 |
| TOTAL | $6,025,138.49 |

that shall bear interest at the rate of six (6) % a year, pursuant to Section 55.03, Florida Statutes.

2.  Plaintiff holds a lien for the total sum superior to all claims or estates of the Defendants on the property located in St. Johns County, Florida and described in **Exhibit A**.

3. If the total sum with interest at the rate described in Paragraph 1 and all costs accrued subsequent to this judgment are not paid, the Clerk of Circuit Court shall sell the subject property at public sale on 17 day of march, 2011, at 12:00 p.m. to the highest bidder for cash, except as prescribed in Paragraph 4, at the St. Johns County Courthouse, 4010 Lewis Speedway, St. Augustine, Florida, 32084, County of St. Johns in said Circuit, in accordance with Section 45.031, Florida Statutes. A sale should not be held in the absence of the Plaintiff's Attorney or other representative. Plaintiff or its attorney may also cancel or postpone the sale by notifying the Clerk of the Court of such cancellation or postponement via a fax sent to the Clerk prior to the sale being conducted. If the Plaintiff incurs additional expenses subsequent to the entry of this final judgment but prior to the sale date, Plaintiff may, by written motion served on all parties, seek to amend this final judgment to include said additional expenses.

4. Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the clerk if Plaintiff is not the purchaser of the property for sale. If Plaintiff is the purchaser, the clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it as is necessary to pay the bid in full. If a third party bidder is the purchaser, the third party bidder must pay the documentary stamps attached to the certificate of title in addition to the bid.

5. On filing the certificate of title the clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of Plaintiff's costs; second, documentary stamps affixed to the Certificate, unless the property is purchased by a third party bidder; third, Plaintiff's attorneys' fees; fourth, the total sum due to Plaintiff, less the

items paid, plus interest at the rate prescribed in paragraph 1 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this Court.

6. The lien of the Plaintiff is superior in dignity to any right, title, interest, claim, or estate of the Defendants and all persons, corporations, or other entities claiming by, through, or under the Defendants, or any of them and the property will be sold free and clear of all claims of the Defendants, including but not limited to assessments pursuant to Sections 718.116 and 720.3085, Florida Statutes. On filing of the Certificate of Sale, Defendants and all persons claiming under or against Defendants since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property and the person named on the certificate of title shall be let into possession of the property. If any defendant remains in possession of the property, the clerk shall without further order of the Court issue forthwith a writ of possession upon request of the person named on the certificate of title. On filing of the Certificate of Sale, Defendants' right of redemption as provided by Section 45.0315, Florida Statutes shall be terminated.

7. The Plaintiff may assign all or a portion of its rights under this Final Judgment, and authorize the assignee to credit bid by the filing of an assignment without further Order of the Court.

8. Defendants do not assume any personal liability for the amounts contained herein, and this Final Judgment does not contain any such personal liability.

9. Jurisdiction of this action is retained to enter further orders that are proper.

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

DONE AND ORDERED, in St. Augustine, St. Johns County, Florida on this _16_ day of _Feb_, 2011.

_____
CIRCUIT JUDGE

Exhibit A:    Legal Description of Property

## EXHIBIT A

DURBIN CROSSING. REAL PROPERTY IN THE COUNTY OF ST. JOHNS, COUNTY, STATE OF FLORIDA, DESCRIBED AS FOLLOWS:

A PORTION OF THOSE LAND DESCRIBED AND RECORDED IN OFFICIAL RECORDS BOOK 2036, PAGE 1093, OF THE PUBLIC RECORDS OF ST. JOHNS COUNTY, FLORIDA, ALL LYING IN A PORTION OF SECTION 1, TOWNSHIP 5 SOUTH, RANGE 27 EAST, TOGETHER WITH A PORTION OF SECTION 6 AND SECTION 7, TOWNSHIP 5 SOUTH, RANGE 28 EAST, SAID ST. JOHNS COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS;

FOR A POINT OF REFERENCE, COMMENCE AT THE NORTHEASTERLY CORNER OF SAID SECTION 1, THENCE SOUTH 02°41'19" EAST, ALONG THE EASTERLY LINE OF SAID SECTION 1, A DISTANCE OF 1896.20 FEET; THENCE SOUTH 87°18'41" WEST, 136.86 FEET TO THE POINT OF BEGINNING;

FROM SAID POINT OF BEGINNING, THENCE SOUTH 20°16'08" EAST, 100.95 FEET TO THE POINT OF CURVATURE OF A CURVE CONCAVE WESTERLY, HAVING A RADIUS OF 1475.00 FEET; THENCE SOUTHERLY, ALONG THE ARC OF SAID CURVE, THROUGH A CENTRAL ANGLE OF 07°08'22", AN ARC LENGTH OF 183.79 FEET TO THE POINT OF TANGENCY OF SAID CURVE, SAID POINT ALSO BEING ITS INTERSECTION WITH THE WESTERLY RIGHT OF WAY LINE OF RUSSELL SAMPSON ROAD, A 60 FOOT RIGHT OF WAY PER COUNTY ROAD PLAT BOOK 1, PAGES 9 THROUGH 13 OF SAID PUBLIC RECORDS, SAID ARC BEING SUBTENDED BY A CHORD BEARING AND DISTANCE OF SOUTH 16°41'58" EAST, 183.67 FEET; THENCE SOUTHEASTERLY, ALONG SAID WESTERLY RIGHT OF WAY LINE OF RUSSELL SAMPSON ROAD, THE FOLLOWING THREE (3) COURSES: COURSE 1, THENCE SOUTH 13°07'47" EAST, 2386.07 FEET TO THE POINT OF CURVATURE OF A CURVE CONCAVE NORTHEASTERLY, HAVING A RADIUS OF 633.18 FEET; COURSE 2, THENCE SOUTHEASTERLY, ALONG THE ARC OF SAID CURVE, THROUGH A CENTRAL ANGLE OF 27°56'24", AN ARC LENGTH OF 308.77 FEET TO THE POINT OF TANGENCY OF SAID CURVE, SAID ARC BEING SUBTENDED BY A CHORD BEARING AND DISTANCE OF SOUTH 27°05'59" EAST, 305.72 FEET; COURSE 3, THENCE SOUTH 41°04'11" EAST, 119.05 FEET TO A POINT LYING ON THE WESTERLY LINE OF A 150 FOOT POWERLINE EASEMENT, AS DESCRIBED AND RECORDED IN OFFICIAL RECORDS BOOK 1241, PAGE 312 OF SAID PUBLIC RECORDS, THENCE SOUTH 09°21'35" EAST, DEPARTING SAID WESTERLY RIGHT OF WAY LINE OF RUSSELL SAMPSON ROAD AND ALONG SAID WESTERLY LINE, 714.82 FEET TO A POINT LYING ON THE EASTERLY LINE OF THOSE LANDS DESCRIBED AND RECORDED IN OFFICIAL RECORDS BOOK 2036, PAGE 1077 OF SAID PUBLIC RECORDS, THENCE NORTHWESTERLY, SOUTHWESTERLY AND NORTHEASTERLY, ALONG SAID EASTERLY LINE THE FOLLOWING ONE HUNDRED AND NINETEEN (119) COURSES; COURSE 1, THENCE NORTH

49°18'04" WEST, 90.25 FEET; COURSE 2, THENCE NORTH 66°39'20" WEST, 131.34 FEET; COURSE 3, THENCE NORTH 50°21'25" WEST, 73.22 FEET; COURSE 4, THENCE NORTH 64°09'47" WEST, 80.73 FEET; COURSE 5, THENCE NORTH 46°48'39" WEST, 89.10 FEET; COURSE 6, THENCE NORTH 26°53'07" WEST, 60.42 FEET; COURSE 7, NORTH 40°08'26" WEST, 85.70 FEET; COURSE 8, THENCE NORTH 59°38'29" WEST, 48.21 FEET; COURSE 9, THENCE NORTH 48°09'40" WEST, 58.91 FEET; COURSE 10, THENCE NORTH 39°59'43" WEST, 45.67 FEET; COURSE 11, THENCE NORTH 56°06'54" WEST, 73.84 FEET; COURSE 12, THENCE NORTH 51°33'32" WEST, 101.19 FEET; COURSE 13, THENCE NORTH 47°40'29" WEST, 75.55 FEET; COURSE 14, THENCE NORTH 10°13'37" WEST, 68.78 FEET; COURSE 15, THENCE NORTH 75°28'09" WEST, 65.06 FEET; COURSE 16, THENCE SOUTH 57°56'42" WEST, 107.35 FEET; COURSE 17, THENCE NORTH 36°31'36" EAST, 81.19 FEET; COURSE 18, THENCE NORTH 77°59'29" WEST, 45.89 FEET; COURSE 19, THENCE SOUTH 63°39'30" WEST, 72.82 FEET; COURSE 20, THENCE SOUTH 83°23'12" WEST, 45.38 FEET; COURSE 21, THENCE NORTH 62°03'55" WEST, 57.98 FEET; COURSE 22, THENCE NORTH 62°55'44" WEST, 73.69 FEET; COURSE 23, THENCE NORTH 30°19'43" WEST, 36.29 FEET; COURSE 24, THENCE NORTH 54°46'40" WEST, 69.88 FEET; COURSE 25, THENCE NORTH 58°25'59" WEST, 75.18 FEET; COURSE 26, THENCE NORTH 65°17'48" WEST, 48.57 FEET; COURSE 27, THENCE NORTH 27°01'29" WEST, 37.40 FEET; COURSE 28, THENCE NORTH 61°29'17" WEST, 98.33 FEET; COURSE 29, THENCE NORTH 68°13'42" WEST, 60.01 FEET; COURSE 30, THENCE NORTH 41°43'12" WEST, 50.99 FEET; COURSE 31, THENCE NORTH 84°55'20" WEST, 26.18 FEET; COURSE 32, THENCE NORTH 24°05'46" WEST, 42.99 FEET; COURSE 33, THENCE NORTH 28°51'16" WEST, 62.14 FEET; COURSE 34, THENCE NORTH 46°43'08" WEST, 57.14 FEET; COURSE 35, THENCE NORTH 27°24'18" WEST, 60.09 FEET; COURSE 36, THENCE NORTH 11°54'37" WEST, 54.86 FEET; COURSE 37, THENCE NORTH 09°25'53" WEST, 52.77 FEET; COURSE 38, THENCE NORTH 25°40'39" WEST, 110.09 FEET; COURSE 39, THENCE NORTH 05°04'06" WEST, 68.73 FEET; COURSE 40, THENCE NORTH 17°30'31" EAST, 58.79 FEET; COURSE 41, THENCE NORTH 13°45'35" WEST, 63.20 FEET; COURSE 42, THENCE NORTH 06°05'22" WEST, 75.03 FEET; COURSE 43, THENCE NORTH 07°58'00" WEST, 81.54 FEET; COURSE 44, THENCE NORTH 23°32'21" WEST, 67.66 FEET; COURSE 45, THENCE NORTH 28°12'31" EAST, 31.73 FEET; COURSE 46, THENCE NORTH 29°12'54" EAST, 44.23 FEET; COURSE 47, THENCE NORTH 10°57'32" EAST, 75.41 FEET; COURSE 48, THENCE NORTH 37°19'19" WEST, 84.42 FEET; COURSE 49, THENCE NORTH 43°50'54" WEST 58.05 FEET; COURSE 50, THENCE NORTH 18°34'19" WEST, 78.63 FEET; COURSE 51, THENCE NORTH 50°35'42" EAST, 31.81 FEET; COURSE 52, THENCE NORTH 60°31'17" EAST, 44.18 FEET; COURSE 53, THENCE NORTH 64°30'00" EAST, 100.56 FEET; COURSE 54, THENCE NORTH 54°47'59" EAST, 52.76 FEET; COURSE 55, THENCE NORTH 66°06'54" EAST, 50.37 FEET; COURSE 56, THENCE NORTH 62°00'41" EAST, 64.49 FEET; COURSE 57, THENCE NORTH 70°54'53" EAST, 67.87 FEET; COURSE 58, THENCE NORTH 74°49'53" EAST, 63.75 FEET; COURSE 59, THENCE NORTH 21°12'45" EAST, 73.87 FEET; COURSE 60, THENCE NORTH 46°41'07" EAST, 60.93 FEET; COURSE 61, THENCE NORTH 88°05'58" EAST, 61.48 FEET; COURSE 62, THENCE NORTH

84°04'46" EAST, 69.05 FEET; COURSE 63, THENCE NORTH 03°30'22" EAST, 63.79 FEET; COURSE 64, THENCE NORTH 00°20'01" EAST, 90.89 FEET; COURSE 65, THENCE NORTH 02°43'45" WEST, 62.44 FEET; COURSE 66, THENCE NORTH 27°17'43" EAST, 43.13 FEET; COURSES 67, THENCE NORTH 26°06'28" WEST, 65.43 FEET; COURSE 68, THENCE SOUTH 86°44'19" WEST, 42.26 FEET; COURSE 69, THENCE SOUTH 48°57'12" WEST, 86.76 FEET; COURSE 70, THENCE SOUTH 50°12'55" WEST, 94.69 FEET; COURSE 71, THENCE SOUTH 53°28'47" WEST, 62.91 FEET; COURSE 72, THENCE SOUTH 88°29'57" WEST, 108.77 FEET; COURSE 73, THENCE NORTH 29°58'51" WEST, 51.32 FEET; COURSE 74, THENCE NORTH 07°20'49" WEST, 55.50 FEET; COURSE 75, THENCE NORTH 01°59'45" WEST, 83.44 FEET; COURSE 76, THENCE NORTH 37°34'49" WEST, 53.56 FEET; COURSE 77, THENCE NORTH 19°06'32" WEST, 67.07 FEET; COURSE 78, THENCE NORTH 77°01'43" EAST, 36.64 FEET; COURSE 79, THENCE SOUTH 84°08'31" EAST, 60.34 FEET; COURSE 80, THENCE NORTH 25°27'46" EAST, 57.61 FEET; COURSE 81, THENCE NORTH 03°10'07" EAST, 30.30 FEET; COURSE 82, THENCE NORTH 39°16'25" WEST, 65.00 FEET; COURSE 83, THENCE NORTH 45°40'10" WEST, 49.09 FEET; COURSE 84, THENCE NORTH 73°29'47" WEST, 56.67 FEET; COURSE 85, THENCE SOUTH 39°21'05" WEST, 35.04 FEET; COURSE 86, THENCE SOUTH 76°30'31" WEST, 45.79 FEET; COURSE 87, THENCE SOUTH 02°30'33" WEST, 38.63 FEET; COURSE 88, THENCE SOUTH 48°47'46" WEST, 70.62 FEET; COURSE 89, THENCE SOUTH 05°19'49" WEST, 42.47 FEET; COURSE 90, THENCE NORTH 66°28'13" WEST, 40.98 FEET; COURSE 91, THENCE NORTH 39°32'53" WEST, 57.46 FEET; COURSE 92, THENCE NORTH 04°44'08" WEST, 65.41 FEET; COURSE 93, THENCE NORTH 50°01'43" WEST, 58.29 FEET; COURSE 94, THENCE NORTH 34°15'55" WEST, 43.31 FEET; COURSE 95, THENCE NORTH 36°53'01" EAST, 49.18 FEET; COURSE 96, THENCE NORTH 15°01'57" EAST, 60.54 FEET; COURSE 97, THENCE NORTH 56°04'00" EAST, 75.06 FEET; COURSE 98, THENCE NORTH 43°19'20" EAST, 54.29 FEET; COURSE 99, THENCE SOUTH 73°33'48" EAST, 78.36 FEET; COURSE 100, THENCE SOUTH 65°08'28" EAST, 56.04 FEET; COURSE 101, THENCE SOUTH 43°38'52" EAST, 74.25 FEET; COURSE 102, THENCE SOUTH 10°03'56" EAST, 45.74 FEET; COURSE 103, THENCE NORTH 73°55'36" EAST, 94.73 FEET; COURSE 104, THENCE NORTH 87°58'12" EAST, 59.88 FEET; COURSE 105, THENCE SOUTH 78°33'11" EAST, 96.69 FEET; COURSE 106, THENCE SOUTH 34°53'03" EAST, 78.46 FEET; COURSE 107, THENCE SOUTH 05°33'08" EAST, 82.27 FEET; COURSE 108, THENCE SOUTH 44°47'13" EAST, 44.10 FEET; COURSE 109, THENCE SOUTH 74°00'49" EAST, 102.61 FEET; COURSE 110, THENCE SOUTH 67°48'28" EAST, 65.29 FEET; COURSE 111, THENCE SOUTH 80°04'56" EAST, 68.96 FEET; COURSE 112, THENCE NORTH 28°32'08" EAST, 92.04 FEET; COURSE 113, THENCE NORTH 22°54'28" EAST, 111.39 FEET; COURSE 114, THENCE NORTH 23°15'13" EAST, 74.85 FEET; COURSE 115, THENCE NORTH 27°02'47" WEST, 81.77 FEET; COURSE 116, THENCE NORTH 00°02'51" EAST, 101.30 FEET; COURSE 117, THENCE NORTH 00°26'44" EAST, 109.81 FEET; COURSE 118, THENCE NORTH 11°52'10" EAST, 128.76 FEET; COURSE 119, THENCE NORTH 04°30'40" EAST, 67.09 FEET TO THE POINT OF BEGINNING.