**Exhibit 6**

**Resolution 2009-10**

RESOLUTION 2009-10

A RESOLUTION OF THE BOARD OF SUPERVISORS OF THE DURBIN CROSSING COMMUNITY DEVELOPMENT DISTRICT IMPOSING SPECIAL ASSESSMENTS AND CERTIFYING AN ASSESSMENT ROLL; PROVIDING A SEVERABILITY CLAUSE; AND PROVIDING AN EFFECTIVE DATE.

**WHEREAS**, the Durbin Crossing Community Development District (the "District") is a local unit of special-purpose government established pursuant to Chapter 190, Florida Statutes, for the purpose of providing, operating and maintaining infrastructure improvements, facilities and services to the lands within the District; and

**WHEREAS**, the District is located in St. Johns County, Florida (the "County"); and

**WHEREAS**, the District has constructed or acquired various infrastructure improvements and provides certain services in accordance with the District's adopted Improvement Plan and Chapter 190, Florida Statutes; and

**WHEREAS**, the Board of Supervisors (the "Board") of the District hereby determines to undertake various operations and maintenance activities described in the District's budget for Fiscal Year 2009-2010 (the "Operations and Maintenance Budget"), attached hereto as **Exhibit "A"** and incorporated by reference herein; and

**WHEREAS**, the District must obtain sufficient funds to provide for the operation and maintenance of the services and facilities provided by the District as described in the District's Operations and Maintenance Budget; and

**WHEREAS**, the provision of such services, facilities, and operations is a benefit to lands within the District; and

**WHEREAS**, Chapter 190, Florida Statutes, provides that the District may impose special assessments on benefitted lands within the District; and

**WHEREAS**, the District has previously levied special assessments to secure repayment of its Durbin Crossing Community Development District (St. Johns County, Florida) Special Assessment Bonds, Series 2005A (the "Series 2005A Bonds"), which assessment is indicated on Exhibit "A", and which the District desires to collect on the tax roll pursuant to the Uniform Method (as hereinafter defined), for those platted lots designated for such collection on **Exhibit "B"**; the remainder of which platted lots, and all unplatted lots, the District desires to directly collect; and

**WHEREAS**, the District has previously levied special assessments to secure repayment of its Durbin Crossing Community Development District (St. Johns County, Florida) Special Assessment Bonds, Series 2005B-1 (the "Series 2005B-1 Bonds) and Series 2005B-2 (the "Series 2005B-2 Bonds" and, together with the Series 2005B-1 Bonds, the "Series 2005B Bonds"), which assessment is also reflected in Exhibit "A" and which the District desires to directly collect; and

**WHEREAS**, the Series 2005B Bonds shall mature on November 1, 2010; and

**WHEREAS**, the District has previously levied special assessments to secure repayment of its Durbin Crossing Community Development District (St. Johns County, Florida) Special Assessment Bonds, Series 2006-1 (the "Series 2006-1 Bonds"), which assessment is also indicated on Exhibit "A" and which the District desires to directly collect; and

1

WHEREAS, Chapter 197, Florida Statutes, provides a mechanism pursuant to which such special assessments may be placed on the tax roll and collected by the local tax collector (the "Uniform Method"); and

WHEREAS, the District has previously evidenced its intention to utilize the Uniform Method; and

WHEREAS, the District has approved an Agreement with the Property Appraiser and Tax Collector of the County to provide for the collection of the special assessments under the Uniform Method; and

WHEREAS, it is in the best interests of the District to proceed with the levy and collection of the special assessments for operations and maintenance on benefitted land within the District in the amount contained in the Operations and Maintenance Budget; and

WHEREAS, the District desires to levy and directly collect special assessments on those platted lots designated on Exhibit "B" as subject to direct collection, and on all unplatted lands, reflecting their portion of the District's Operations and Maintenance Budget, and to levy and collect pursuant to the Uniform Method, special assessments for operations and maintenance on those platted lots so designated on Exhibit "B", reflecting their portion of the District's Operations and Maintenance Budget; and

WHEREAS, it is in the best interests of the District to adopt the assessment roll of the Durbin Crossing Community Development District (the "Assessment Roll") attached to this Resolution as Exhibit "B" and incorporated as a material part of this Resolution by this reference, and to certify to the County Tax Collector the portion of the Assessment Roll to be collected pursuant to the Uniform Method, the remainder to be directly collected by the District; and

WHEREAS, it is in the best interests of the District to permit the District Manager to amend the Assessment Roll adopted herein, including that portion certified to the County Tax Collector by this Resolution, as the Property Appraiser updates the property roll for the County, for such time as authorized by Florida law.

NOW, THEREFORE, BE IT RESOLVED BY THE BOARD OF SUPERVISORS
OF THE DURBIN CROSSING COMMUNITY DEVELOPMENT DISTRICT:

SECTION 1.    BENEFIT. The provision of the services, facilities, and operations as described in Exhibit "A" confer a special and peculiar benefit to the lands within the District, which benefits exceed or equal the costs of the assessments. The allocation of the costs to the specially benefitted lands is shown in Exhibits "A" and "B."

SECTION 2.    ASSESSMENT IMPOSITION. A special assessment for operation and maintenance as provided for in Chapter 190, Florida Statutes, is hereby imposed and levied on benefitted lands within the District in accordance with Exhibits "A" and "B." The lien of the special assessments for operations and maintenance imposed and levied by this Resolution shall be effective upon passage of this Resolution.

SECTION 3.    COLLECTION AND ENFORCEMENT; PENALTIES; INTEREST. The collection of the previously levied debt service assessments associated with the Series 2005A Bonds and the operation and maintenance special assessments on the platted lots designated on Exhibit "B" as subject to collection by the County Tax Collector, shall be at the same time and in the same manner as County taxes in accordance with the Uniform Method, as set forth in Exhibits "A" and "B." The operations and maintenance assessments and the previously levied debt service assessments associated with the Series 2005A Bonds on the platted lots designated on Exhibit "B" as subject to direct collection and on all unplatted property, and the previously levied debt service assessments associated with the Series 2005B Bonds and the Series 2006-1 Bonds on platted lots and unplatted property, will be collected directly by the District in accordance with Florida law, as set forth in Exhibits "A" and "B." Operation and maintenance assessments directly collected by the District are due according to the following schedule: 25% due no

2

later than October 1, 2009, with 1/9 of the remaining balance due on the first day of the subsequent nine months commencing on November 1, 2009. Debt service assessments associated with the Series 2005A Bonds directly collected by the District, are due according to the following schedule: sixty-one percent (61%) due not later than April 1, 2010, and thirty-nine percent (39%) due not later than October 1, 2010. Debt service assessments associated with the Series 2005B-1 Bonds directly collected by the District are due according to the following schedule: one hundred twenty-three thousand five hundred eighty-one dollars ($123,581) due not later than April 1, 2010, and four million, nine hundred eleven thousand eight hundred nine dollars ($4,911,809) due not later than October 1, 2010. Debt service assessments associated with the Series 2005B-2 Bonds directly collected by the District are due according to the following schedule: two hundred seventy-two thousand seven hundred fifty-six dollars ($272,756) due not later than April 1, 2010, and eleven million, one hundred forty-two thousand seven hundred fifty-six dollars ($11,142,756) due not later than October 1, 2010. Debt service assessments associated with the Series 2006-1 Bonds directly collected by the District are due according to the following schedule: two (2) payments of two hundred thirty-six thousand one hundred eighteen dollars ($236,118), the first of which shall be due not later than April 1, 2010, and the second of which shall be due not later than October 1, 2010. In the event that an assessment payment is not made in accordance with the schedules stated above, such assessment and any future scheduled assessment payments due for Fiscal Year 2010 shall be delinquent and shall accrue penalties and interest in the amount of one percent (1%) per month plus all costs of collection and enforcement, and shall either be enforced pursuant to a foreclosure action, or, at the District's discretion, collected pursuant to the Uniform Method on a future tax bill, which amount may include penalties, interest, and costs of collection and enforcement. In the event an assessment subject to direct collection by the District shall be delinquent, the District Manager and District Counsel, without further authorization by the Board, may initiate foreclosure proceedings to collect and enforce the delinquent and remaining assessments.

**SECTION 4.    ASSESSMENT ROLL.** The District's Assessment Roll, attached to this Resolution as Exhibit "B," is hereby certified. That portion of the District's Assessment Roll which includes developed lands and platted lots subject to collection pursuant to the Uniform Method is hereby certified to the County Tax Collector for purposes of collecting the special assessments for operation and maintenance and the special assessments securing the previously levied Series 2005A Bonds, which assessments shall be collected by the County Tax Collector in the same manner and time as County taxes. The proceeds therefrom shall be paid to the Durbin Crossing Community Development District.

**SECTION 5.    ASSESSMENT ROLL AMENDMENT.** The District Manager shall keep appraised of all updates made to the County property roll by the Property Appraiser after the date of this Resolution, and shall amend the District's Assessment Roll in accordance with any such updates, for such time as authorized by Florida law, to the County property roll. After any amendment of the Assessment Roll, the District Manager shall file the updates to the tax roll in the District records.

**SECTION 6.    SEVERABILITY.** The invalidity or unenforceability of any one or more provisions of this Resolution shall not affect the validity or enforceability of the remaining portions of this Resolution, or any part thereof.

**SECTION 7.    EFFECTIVE DATE.** This Resolution shall take effect upon the passage and adoption of this Resolution by the Board of Supervisors of the Durbin Crossing Community Development District.

**PASSED AND ADOPTED** this 25th day of August, 2009.

| ATTEST: | BOARD OF SUPERVISORS OF DURBIN CROSSING COMMUNITY DEVELOPMENT DISTRICT |
|---|---|
| _____<br>Secretary / Assistant Secretary | By: _____<br>Its: VICE CHAIRMAN |

3