# **Exhibit 7**

## **Delinquent Tax Notice**

**DENNIS W. HOLLINGSWORTH, CFC**
ST. JOHNS COUNTY TAX COLLECTOR

**DELINQUENT TAX NOTICE**
**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**

| ACCOUNT NUMBER | MILLAGE CODE |
|---|---|
| 009620-0010 | 306 |

PRIOR YEARS TAXES DUE
R

2445183

DOA PROPERTIES IX
(LOTS-OTHER) LLC
8400 NORMANDALE LAKE BLVD STE 350
BLOOMINGTON MN  55437-1069

6 - 2434

RUSSELL SAMPSON RD
2-1 PT OF SEC 1 T5S R27E & PT
OF SEC 6 T5S R28E LYING W OF
RUSSELL SAMPSON RD - FIRST
DEED PARCEL IN OR2036/1093
(EX R/W TO CDD IN OR2586/623)
OR3099/119 &3378/1831(Q/C)

***PAYMENT MUST BE CASH, CASHIER'S CHECK, MONEY ORDER OR CERT CHECK***
PAY IN U.S. FUNDS TO DENNIS W. HOLLINGSWORTH, TAX COLLECTOR • P.O. BOX 9001, ST. AUGUSTINE, FL 32085-9001 • 904-209-2250

| YEAR | FOLIO NUMBER | IF PAID BY 03/31/2013 | IF PAID BY 04/30/2013 | IF PAID BY 05/31/2013 |
|---|---|---|---|---|
| 2011 | 3755.0000 | 19,293.33 | 19,548.22 | 19,803.12 |
| 2010 | 3766.0000 | 24,162.91 | 24,438.46 | 24,714.01 |
| 2009 | 3763.0000 | 23,931.30 | 23,931.30 | 23,931.30 |
| 2008 | 3757.0000 | 827,444.86 | 834,854.76 | 842,264.66 |
| 2007 | 3539.0000 | 881,349.47 | 888,312.68 | 895,275.89 |
| **TOTAL DUE** | | 1,776,181.87 | 1,791,085.42 | 1,805,988.98 |

RETAIN THIS PORTION FOR YOUR RECORDS. WALK-IN CUSTOMERS PLEASE BRING FOR RECEIPT.

**Payment of Delinquent taxes must be made in U.S. funds by cash, cashier's check, money order or certified check.**

**Failure to pay delinquent taxes could result in loss of property and the amount due can change immediately if a tax deed application is made.**

*** This notice is being sent to you as a courtesy from the office of the St. Johns County Tax Collector.  NOTE: This notice is part of a computerized mass mailing.  In the event you have filed for protection under any section of the United States Bankruptcy code, PLEASE disregard this notice.

---

**DENNIS W. HOLLINGSWORTH, CFC**
ST. JOHNS COUNTY TAX COLLECTOR

**DELINQUENT TAX NOTICE**
**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**

| ACCOUNT NUMBER | MILLAGE CODE |
|---|---|
| 009620-0010 | 306 |

RETURN WITH PAYMENT.

PRIOR YEARS TAXES DUE
R
2445183
DOA PROPERTIES IX
(LOTS-OTHER) LLC
8400 NORMANDY LAKE BLVD STE 350
BLOOMINGTON MN 55437-0000

**Payment of Delinquent taxes must be made in U.S. funds by cash, cashier's check, money order or certified check.**

PLEASE PAY IN U.S. FUNDS TO DENNIS W. HOLLINGSWORTH, TAX COLLECTOR • P.O. BOX 9001, ST. AUGUSTINE, FL 32085-9001 • 904-209-2250

| If Paid By Please Pay | Mar. 31, 2013 | Apr. 30, 2013 | May 31, 2013 | | |
|---|---|---|---|---|---|
| | 1,776,181.87 | 1,791,085.42 | 1,805,988.98 | | |

0000000000    0000000000    000000037550000  0001 0

**DENNIS W. HOLLINGSWORTH, CFC**
ST. JOHNS COUNTY TAX COLLECTOR

2012 REAL ESTATE REMINDER
NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

3824.0000

SAVE TIME PAY ONLINE @ www.sjctax.us

| PARCEL NUMBER | ESCROW CD | MILLAGE CODE |
|---|---|---|
| 009620-0010 | | 306 |

R

DOA PROPERTIES IX
(LOTS-OTHER) LLC
8400 NORMANDALE LAKE BLVD STE 350
BLOOMINGTON MN 55437-1069

6 - 6044

**\*Prior Years Taxes Due\***

RUSSELL SAMPSON RD
01-05-27   68.03 Acres
2-1 PT OF SEC 1 T5S R27E & PT
OF SEC 6 T5S R28E LYING W OF
RUSSELL SAMPSON RD - FIRST
DEED PARCEL IN OR2036/1093
(EX R/W TO CDD IN OR2586/623)

MAILING ADDRESS: P.O. BOX 9001, ST. AUGUSTINE, FL 32085-9001  (904) 209-2250

### AD VALOREM TAXES

| TAXING AUTHORITY | ASSESSED VALUE | MILLAGE RATE | EXEMPTION AMOUNT | TAXABLE AMOUNT | TAXES LEVIED |
|---|---|---|---|---|---|
| COUNTY | | | | | |
| GENERAL COUNTY | 951,612 | 5.3900 | | 951,612 | 5,129.19 |
| ROAD | 951,612 | .5300 | | 951,612 | 504.35 |
| HEALTH | 951,612 | .0171 | | 951,612 | 16.27 |
| SCHOOL | | | | | |
| SCHOOL-STATE LAW | 951,612 | 5.4350 | | 951,612 | 5,172.01 |
| SCHOOL-LOCAL BOARD | 951,612 | 2.2480 | | 951,612 | 2,139.22 |
| SJRWMD | 951,612 | .3313 | | 951,612 | 315.27 |
| FIRE | 951,612 | 1.4000 | | 951,612 | 1,332.26 |
| MOSQUITO | 951,612 | .1325 | | 951,612 | 126.09 |
| FL INLAND NAV DISTRICT | 951,612 | .0345 | | 951,612 | 32.83 |

PER FLORIDA STATUTE 197.343: "IF THE TAXES FOR 2012 ON YOUR PROPERTY ARE NOT PAID IN FULL, A TAX CERTIFICATE WILL BE SOLD FOR THE DELINQUENT TAXES AND YOUR PROPERTY MAY BE SOLD AT A FUTURE DATE. CONTACT THE TAX COLLECTOR'S OFFICE AT ONCE."

| TOTAL MILLAGE | 15.5184 | AD VALOREM TAXES | 14,767.49 |
|---|---|---|---|

### NON AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| 4129  DURBIN CROSSING CDD | | |
| | NON-AD VALOREM ASSESSMENTS | .00 |

| COMBINED TAXES AND ASSESSMENTS | 14,767.49 | See reverse side for important information |
|---|---|---|

| IF PAID BY | March 31, 2013 | April 30, 2013 | May 17, 2013 | ON MAY 31, 2013 A CERTIFICATE WILL BE SOLD ON ALL 2012 UNPAID PROPERTY TAXES, UNLESS IN BANKRUPTCY PROTECTION. | ◄ IF PAID BY |
|---|---|---|---|---|---|
| | 14,767.49 | 15,210.51 | 15,212.85 | | |

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

---

**DENNIS W. HOLLINGSWORTH, CFC**
ST. JOHNS COUNTY TAX COLLECTOR

2012 REAL ESTATE REMINDER
NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

3824.0000

SAVE TIME PAY ONLINE @ www.sjctax.us

| PARCEL NUMBER | ESCROW CD | MILLAGE CODE |
|---|---|---|
| 009620-0010 | | 306 |

R

DOA PROPERTIES IX
(LOTS-OTHER) LLC
8400 NORMANDY LAKE BLVD STE 350
BLOOMINGTON MN 55437-0000

**\*Prior Years Taxes Due\***

RUSSELL SAMPSON RD
01-05-27   68.03 Acres
2-1 PT OF SEC 1 T5S R27E & PT
OF SEC 6 T5S R28E LYING W OF
RUSSELL SAMPSON RD - FIRST
DEED PARCEL IN OR2036/1093
(EX R/W TO CDD IN OR2586/623)

DO NOT WRITE BELOW THIS PORTION

PLEASE PAY IN U.S. FUNDS TO DENNIS W. HOLLINGSWORTH, TAX COLLECTOR • P.O. BOX 9001, ST. AUGUSTINE, FL 32085-9001

| IF PAID BY | March 31, 2013 | April 30, 2013 | May 17, 2013 | ON MAY 31, 2013 A CERTIFICATE WILL BE SOLD ON ALL 2012 UNPAID PROPERTY TAXES, UNLESS IN BANKRUPTCY PROTECTION. | ◄ IF PAID BY |
|---|---|---|---|---|---|
| | 14,767.49 | 15,210.51 | 15,212.85 | | |

RETURN WITH PAYMENT

0000000000  00001476749  000000003824000  0001 9