# Exhibit 8

**Notice of Ad Valorem Taxes and Non-Ad Valorem Assessments**

**DENNIS W. HOLLINGSWORTH, CFC**
ST. JOHNS COUNTY TAX COLLECTOR

**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**

| PARCEL NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 009620-0010 | | 5,961,068 | | 5,961,068 | 306 |

INDIVIDUAL TAX CERTIFICATE 2007    3539.0000
PRIOR YEARS TAXES DUE                                HOLDER 0001453

GMAC MODEL HOME FINANCE LLC
6802 PARAGON PL STE # 350                    RUSSELL SAMPSON
PARAGON II                                              01-05-27   68.03 Acres
RICHMOND, VA 23230-0000.                  2-1 PT OF SEC 1 T5S R27E & PT
                                                                 OF SEC 6 T5S R28E LYING W OF
PAYMENT MUST BE CASH, CASHIERS     RUSSELL SAMPSON RD - FIRST
PLEASE PAY IN U.S. FUNDS TO DENNIS W. HOLLINGSWORTH, TAX COLLECTOR • P.O. BOX 9001, ST. AUGUSTINE, FL 32085-9001

| Face Amt 477,477.14 | 2008 Certificate | | | | |
|---|---|---|---|---|---|
| Bid % 17.50 | 114.000 | | | Please Pay 2.25 | |

Transferred To: MATANZAS INVESTMENT GROUP LLC

EXHIBIT A