# **Exhibit 9**

**Letter from CBRE, Inc.**

**CBRE**

COMMERCIAL REAL ESTATE SERVICES

225 Water Street, Suite 110
Jacksonville, FL 32202

CBRE, Inc.

T 904 634 1200
F 904 791 8953

www.cbre.com

June 17, 2013

Ms. Tera Rautio-Peckels
ResCap/Asset Distribution Group
8400 Normandale Lake Boulevard
Suite 150
Minneapolis, MN 55437

**RE:    DURBIN CROSSING**

Dear Tera:

Thank you for calling CBRE with regards to the Durbin Crossing tract. I have looked closely at this market and my opinion of value is outlined below. Durbin Crossing is one of the great success stories of NE Florida. Situated in St John's County, home of the oldest city in America- St Augustine, Durbin is a great feeder community for employees working in Jacksonville. St John's County is the fastest growing county in FL, and boasts the state's number one public school district.

Durbin Crossing is also listed in the top 50 fastest growing residential communities in the Nation. It has done very well. With regards to the subject tract, it is entitled for condominiums and townhomes, which unfortunately lag behind in sales of detached single family residential. In fact it is questionable whether there is a condominium market here at all. My guess is that a buyer will try to convert this to single family, maybe multifamily development.

**COMPARABLE SALES**
There are five sales in the immediate area, four of which are single family, and there is one multifamily sale. They average $31,500 per acre, which I believe is a good figure, applicable to this tract for these reasons:

- All are arms length

- The multifamily sale was a distressed buyback by the developer, possibly to save a CDD from default

- Mattamy Homes has been very aggressively buying land, paying top dollar

- The Ryland transaction may have been a scheduled takedown, this sale counters the high price that Mattamy paid

---

CBRE, INC. • LICENSED REAL ESTATE BROKER

We obtained the information above from sources we believe to be reliable. However, we have not verified its accuracy and make no guarantee, warranty or representation about it. It is submitted subject to the possibility of errors, omissions, change of price, rental or other conditions, prior sale, lease or financing or withdrawal without notice. We include projections, opinions, assumptions or estimates for example only, and they may not represent current or future performance of the property. You and your tax and legal advisors should conduct your own investigation of the property and transaction.

N:\Team-Simmons\SUPPORT\Letters\Letters 2013\Letter - Durbin Crossing - Tera Rautio-Peckels - 061713.doc

Ms. Tera Rautio-Peckels
June 17, 2013
Page 2


**AVAILABLE PROPERTIES:**
There is not much land available in this area.  In Bartram Park the developer has two 50 acre tracts remaining.  He does not publish prices, but in the sale above, Mattamy paid what appears to be a premium at $106,000 per acre.

My Opinion of Value is:  68.03 acres at $31,500 per acre or $2,150,000.  If I took this tract to market today, would recommend an initial asking price of $2,500,000.

Assuming the buyer rezones this to single family residential development, he may be able to get 170 lots on the property and at this price, would be paying $14,700 to $12,650 per lot.  This is a good price considering that the development costs may run $25,000 per lot.

Again thank you for calling CBRE, please call me if you have any questions.


Sincerely,

**CBRE, Inc.**

*Jess Simmons*
Jess Simmons
Senior Associate
904.633.2610
jess.simmons@cbre.com

CB RICHARD ELLIS, INC. • LICENSED REAL ESTATE BROKER

We obtained the information above from sources we believe to be reliable.  However, we have not verified its accuracy and make no guarantee, warranty or representation about it.  It is submitted subject to the possibility of errors, omissions, change of price, rental or other conditions, prior sale, lease or financing or withdrawal without notice.  We include projections, opinions, assumptions or estimates for example only, and they may not represent current or future performance of the property.  You and your tax and legal advisors should conduct your own investigation of the property and transaction.N:\Team-Simmons\SUPPORT\Letters\Letters 2013\Letter - Durbin Crossing - Tera Rautio-Peckels - 061713.doc

## NORTH ST JOHN'S COUNTY, FL

### COMPARABLE SALES | TRACTS 25-250 ACRES NORTHERN ST JOHNS

| LOCATION | DATE | SIZE | SALE $ | $ / ACRE | $ / SF | USE | BUYER | SELLER |
|---|---|---|---|---|---|---|---|---|
| Durbin Crossing | Aug-12 | 151.59 | $2,900,000 | $19,131 | $0.44 | ent lots | Local builder | DW Hutson |
| Bartram Park | Jun-12 | 50.00 | $5,341,592 | $106,832 | $2.45 | ent lots | Mattamy | Eastland Dev |
| Bartram Park Blvd | Jun-12 | 43.56 | 1,741,900 | $39,989 | $0.92 | MF lots | Eastland Dev | Crescent Res. |
| Russell Sampson | Aug-11 | 40.55 | $3,894,300 | $96,037 | $2.20 | ent lots | Aberdeen Land li | Southstar |
| Longleaf Pine- Durbin | Feb-10 | 197.71 | $1,288,900 | $6,519 | $0.15 | ent lots | Ryland Homes | Durbin Crossing |
| AVERAGE | | 96.68 | $3,033,338 | $31,374 | $0.72 | | | |
| SUBJECT | | 68.03 | $2,133,638 | $31,363 | $0.72 | | | |

### AVAILABLE PROPERTIES | TRACTS 50-250 ACRES NORTHERN ST JOHNS

| LOCATION | SIZE | PRICE | $ / ACRE | $ / SF | DAYS ON MKT | USE | COMMENTS | |
|---|---|---|---|---|---|---|---|---|
| Bartram Park | 50 | $5,300,000 | $106,000 | $2.43 | 1,580 | PUD Res | See sale #2 above | 2-50 ac tracts |
| AVERAGE | 50 | $5,300,000 | $106,000 | $2.43 | | | | |
| SUBJECT | 68.03 | $7,201,030 | $105,851 | $2.43 | | | | |