### THE UNITED STATES BANKRUPTCY COURT FOR THE
### SOUTHERN DISTRICT OF NEW YORK

IN RE: Residential Capital, LLC,  Debtor(s).                    Case No. 12-12020 MG

      1177 Avenue of the Americas                              Chapter 11

      New York, NY  10036

      20-1770738

---

### NOTICE OF WITHDRAWAL OF CLAIM

Pursuant to Fed. R. Bankr. P. 3006, theTN Dept. of Revenue
withdraws the following claim.  A copy of the withdrawn claim is attached hereto for reference.

    Amount of Claim: $15,915.52

    Date Claim Filed: October 08, 2012

    Account Number: Claim # 1044

                       Respectfully submitted,

                       Robert E. Cooper, Jr.

                       Attorney General and Reporter

                       /s/Marvin E. Clements, Jr.

                       Marvin E. Clements, Jr.

                       Senior Counsel

                       BPR No. 016031

                       OFFICE OF THE ATTORNEY GENERAL

                       BANKRUPTCY DIVISION

                       P O BOX 20207

                       Nashville,  TN  37202-0207

                       Phone: 615-532-2504     Fax: 615-741-3334

---

### CERTIFICATE OF SERVICE

I certify that on _____July 12, 2013_____ a copy of this pleading  was
deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local
rules) to the parties set out below.

                    /s/Marvin E. Clements, Jr.

                    Marvin E. Clements, Jr.

                    Senior Counsel

Office of the U.S. Trustee                          Larren M. Nashelsky

33 Whitehall Street, 21st Flr.                      Attorney for the Debtor(s)

New York, New York  10004-2112                     Morrison & Foerster LLP

                                          1290 Avenue of the Americas

                                          New York, NY 10104

B10 (Official Form 10)
(Rev. 7/95)

| **United States Bankruptcy Court** | **PROOF OF CLAIM** |
|---|---|

SOUTHERN _____ District of __NEW YORK__

| In re (Name of Debtor) HOMECOMINGS FINANCIAL, LLC | Case Number 12-12042 | Chapter 11 |
|---|---|---|

Claim # ___1044___
Initials ___us___

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

In re (Name of Creditor)
(The person or other entity to whom the debtor owes money or property)

Name and Address Where Notices Should be Sent

**Tennessee Department of Revenue**
C/O Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

Telephone No.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**RECEIVED**

OCT 0 8 2012

KURTZMAN CARSON CONSULTANTS

THIS SPACE IS FOR
COURT USE ONLY

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: 51-0369458/000 | Check box if this claim ☐ replaces a previously filed claim, dated:_____ ☐ amends |
|---|---|

**1. BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☒ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (Fill out below)
   Your social security number
   Unpaid compensation for services performed
   from _____ to _____
        (date)              (date)

**2. DATE DEBT WAS INCURRED**

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority. (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ **SECURED CLAIM** $_____
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly)
Amount of arrearage and other charges at time case filed included in secured claim above, if any $ _____

☒ **UNSECURED NONPRIORITY CLAIM**  $891.76
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less that the amount of the claim.

☒ **UNSECURED PRIORITY CLAIM**  $15,023.76
Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $4000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. §507(a)(3)
☐ Contributions to an employee benefit plan — 11 U.S.C. §507(a)(4)
☐ Up to $1,800 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use —11 U.S.C. §507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child — 11 U.S.C. §507(a)(7)
☒ Taxes or penalties of governmental units —11 U.S.C. §507(a)(8)
☐ Other—Specify applicable paragraph of 11 U.S.C. §507(a)
   Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT THE TIME CASE FILED:**
$891.76 (Unsecured)  $ _____ (Secured)  $15,023.76 (Priority)  |  $15,915.52 (Total)

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

THIS SPACE IS FOR
COURT USE ONLY

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| DATE October 3, 2012  3729317121003 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)  Print Name _Wilbur E. Hooks_  10/5/12  Signature: _Wilbur E. Hooks Jr_ |
|---|---|

.000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

**ALL INQUIRIES CONTACT:**
**Margaret Tucker**
**(615) 532-6334**

RV-N000830

3729317121003001