# THE UNITED STATES BANKRUPTCY COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

IN RE: Residential Capital, LLC,  Debtor(s).   Case No. 12-12020 MG
   1177 Avenue of the Americas   Chapter 11
   New York, NY  10036
   20-1770738

## NOTICE OF WITHDRAWAL OF CLAIM

Pursuant to Fed. R. Bankr. P. 3006, the TN Dept. of Revenue withdraws the following claim.  A copy of the withdrawn claim is attached hereto for reference.

Amount of Claim: $661,981.32

Date Claim Filed: October 08, 2012

Account Number: claim # 1045

Respectfully submitted,

Robert E. Cooper, Jr.

Attorney General and Reporter

/s/Marvin E. Clements, Jr.

Marvin E. Clements, Jr.
Senior Counsel
BPR No. 016031
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY DIVISION
P O BOX 20207
Nashville,  TN  37202-0207
Phone: 615-532-2504     Fax: 615-741-3334

## CERTIFICATE OF SERVICE

I certify that on _____July 12, 2013_____ a copy of this pleading  was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/Marvin E. Clements, Jr.

Marvin E. Clements, Jr.
Senior Counsel

Office of the U.S. Trustee
33 Whitehall Street, 21st Flr.
New York, New York  10004-2112

Larren M. Nashelsky
Attorney for the Debtor(s)
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

B10 (Official Form 10)
(Rev. 7/95)

| United States Bankruptcy Court<br>SOUTHERN District of NEW YORK | PROOF OF CLAIM | |
|---|---|---|
| In re (Name of Debtor)<br>GMAC MORTGAGE, LLC | Case Number: 12-12032  Chapter: 11 | Claim # 1045<br>Initials /tw |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

In re (Name of Creditor)
(The person or other entity to whom the debtor owes money or property)
Name and Address Where Notices Should Be Sent

**Tennessee Department of Revenue**
C/O Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

Telephone No.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

RECEIVED
OCT 0 8 2012
KURTZMAN CARSON CONSULTANTS

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:
23-1694840/000

Check box if this claim ☐ replaces a previously filed claim, dated:_____
☐ amends _____

**1. BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☒ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (Fill out below)
Your social security number _____
Unpaid compensation for services performed
from _____ to _____
(date)    (date)

**2. DATE DEBT WAS INCURRED**

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM $_____
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly)
Amount of arrearage and other charges at time case filed included in secured claim above, if any $ _____

☒ UNSECURED NONPRIORITY CLAIM $87,334.46
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less that the amount of the claim.

☒ UNSECURED PRIORITY CLAIM $574,646.86
Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $4000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. §507(a)(3)
☐ Contributions to an employee benefit plan — 11 U.S.C. §507(a)(4)
☐ Up to $1,800 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. §507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child — 11 U.S.C. §507(a)(7)
☒ Taxes or penalties of governmental units — 11 U.S.C. §507(a)(8)
☐ Other — Specify applicable paragraph of 11 U.S.C. §507(a) _____
Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT THE TIME CASE FILED:**
$87,334.46 (Unsecured)    $ (Secured)    $574,646.86 (Priority)    $661,981.32 (Total)

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

THIS SPACE IS FOR COURT USE ONLY

**7. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

DATE October 3, 2012
3729362121003  MT
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
Print Name: Wilbur E. Hooks  Signature: Wilbur E. Hooks
10/5/12

or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

**ALL INQUIRIES CONTACT:**
**Margaret Tucker**
**(615) 532-6334**

RV-N0008301

3729362121003001