June 29, 2013

Honorable Martin Glenn
One Bowling Green
New York, New York 10004
  Courtroom 501



Morrison & Forester LLP
1290 Avenue of the Americas
New York, New York 10104
  ATTN: Gary S. Lee Esq
        Norman S. Rosenbaum, Esq
        Jordon A. Wishnew Esq
     Attorneys for the Debtors
Kramer Levin Naftalis & Frankel LLP
  117 Avenue of the Americas
  New York, NY 10036
  ATTN: Kenneth H. Eckstein Esq
        Douglas H. Mannal Esq
  Attorneys for Official Committee of Unsecured Credito

Case No. 12-12020 (MG)
    Chapter 11
  Residential Capital, LLC, et all, Debtor

My claim was timely filed, their G-MAC mortgage servicer, a servicer for Bank of Mellon, New York, failed to process my request to reduce my mortgage payment at a fixed lower rate. Instea Bank of Mellon gave a written permission to my municipality to demolish my home when th were losing in foreclosure court.

BANK OF MELLON REFERS TO THIS AS LIQUIDATION OF AN ASSET FOR A BAD DEBT AND THEY FILE IT AS A LOSS WITH THE IRS.

I AM 68 YEARS OLD, RETIRED AFTER 32 YEARS AS A MAINTENANCE MANAGER WITH THE USPS. MY HOUSE WAS THE ONLY INVESTMENT I HAD FOR MY OLD AGE. I HAD $200,000 EQUITY IN THIS HOME THEY TOOK THAT FROM ME. MY MUNICIPALITY IS NOW TAKING MY LAND, A LOT WORTH $180,000, TO PAY FOR THE DEMOLITION. I AM HOMELESS AND BANKRUPT. I FILED MY CLAIM IN A TIMELY MANNER AND IT SHOULD NOT BE EXPUNGED. I WAS TOLD I WOULD HAVE TO PRODUCE MORE INFORMATION AT A LATER DATE FOR SETTLEMENT OF CLAIM. I HAVE A CARDBOARD BOX FULL OF INFORMATION AND EVIDENCE TOO LARGE TO INCLUDE WITH THIS RESPONSE.

MY MAILING ADDRESS IS:   NANCY A. KISTING
P.O. BOX 127
WAUNAKEE, WI 53597-0127

PHONE # 608-354-6051   RHONDA MARIE KISING PARALEGAL WILL BE THE PERSON TO DISCUSS THIS CASE WITH.

MY RESPONSE TO THE ORIGINAL CASE WAS FILED IN A TIMELY MANNER SO RESIDENTIAL CAPITOL LLC et al HAS NO LEGAL GROUNDS TO EXPUNGE THIS DEBT.

SINCERELY,
NANCY A. KISTING