**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC et al., | Case No. 12-12020-MG |
| Debtors. | Jointly Administered |

-------------------------------------------------------------

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Thomas R. Lehman, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Redwood Recovery Services, LLC and Elevenhome Limited, parties in interest in the above-referenced Chapter 11 cases.

I certify that I am a member in good standing of the bar of the State of Florida and the bars of the United Stated District Courts for the Southern and Middle Districts of Florida.

I have submitted the filing fee of $200.00 to appear in the Chapter 11 cases with this motion for admission, *pro hac vice*, to this Court.

Dated: July 12, 2013
Miami, Florida

By:   */s/_Thomas R. Lehman_____*
Levine Kellogg Lehman Schneider +
Grossman LLP
Thomas R. Lehman, P.A.
201 S. Biscayne Blvd., 22nd Floor
Miami, Florida 33131
305-403-8792
Email: trl@lklsg.com

{00209136.1 / 1009-001 }

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC et al., | Case No. 12-12020-MG |
| Debtors. | Jointly Administered |

-------------------------------------------------------------

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE* OF THOMAS R. LEHMAN

Upon the Motion of Thomas R. Lehman ("Movant"), to be admitted, *pro hac vice*, to represent Redwood Recovery Services, LLC and Elevenhome Limited in the above-referenced Chapter 11 cases, and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of Florida and the bars of the United Stated District Courts for the Southern and Middle Districts of Florida, it is hereby

**ORDERED**, that Thomas R. Lehman, is admitted to practice, *pro hac vice*, in the above-referenced cases to represent Redwood Recovery Services, LLC and Elevenhome Limited in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2013                    _____
       New York, New York                    UNITED STATES BANKRUPTCY JUDGE

{00209136.1 / 1009-001 }