**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF REJECTION OF EXECUTORY**
**CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that, on January 3, 2013, the United States Bankruptcy Court for the Southern District of New York (the "<u>Court</u>") entered an order (the "<u>Procedures Order</u>") authorizing the Debtors to implement expedited procedures for the rejection of one or more executory contracts and unexpired leases in the above-captioned chapter 11 cases (the "<u>Chapter 11 Cases</u>").  A copy of the Procedures Order is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, the Debtors hereby provide notice of the intent to reject the contracts and leases identified below.

**PLEASE TAKE FURTHER NOTICE** that, objections, if any, to this Notice must be filed with the Court and served so that it is actually received by the following parties not less than fourteen (14) days after the date this Notice is filed: (i) Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104 (Attn: Lorenzo Marinuzzi and Samantha Martin); (ii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Brian S. Masumoto, Esq.); (iii) counsel to the Creditors' Committee, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas New York, NY 10036, (Attn: Kenneth H. Eckstein and Douglas H. Mannal); and (iv) counsel to Ally Financial, Inc., Kirkland & Ellis, 601 Lexington Avenue, New York, New York 10022 (Attn: Ray C. Schrock, Stephen E. Hessler, and Craig A. Bruens) (the "<u>Objection Notice Parties</u>").

**PLEASE TAKE FURTHER NOTICE** that, if no written objection is filed and served in accordance with the terms of the Procedures Order, the following contracts and leases will be rejected pursuant to 11 U.S.C. § 365(a), effective as of the date set forth in the chart below, or, if no such date is set forth, the date this Notice is filed with the Court; provided, however, that the effective date of the rejection of a contract or lease shall not occur until the later of: (i) the date the Debtors file and serve this Notice; (ii) the date the Debtors surrender the premises under a lease for non-residential real property, if applicable, by notifying the affected landlord in writing of the Debtors' surrender of the premises and turning over the keys, key

codes and security codes, if any, to the affected landlord, and (iii) the Collection Deadline,[1] if applicable, expires (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, if an objection to this Notice is timely filed and received, and not withdrawn or otherwise resolved, the Debtors shall schedule a hearing on such objection and provide at least seven (7) calendar days' notice of such hearing to the objecting party and the Objection Notice Parties. If the Court ultimately upholds the Debtors' determination to reject the applicable contract or lease, then the contract or lease shall be deemed rejected (i) as of the Rejection Date, or (ii) as otherwise determined by the Court as set forth in any order overruling such objection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, for any claim that you may assert against the Debtors as a result of the rejection of any contract or lease, you must submit a proof of claim for damages arising from such rejection, if any, to Kurtzman Carson Consultants,[2] the Court-approved claims processing agent, on or before the later of (i) the deadline for filing proofs of claim established by the Court in the Chapter 11 Cases or (ii) forty-five (45) days after the filing of this Notice. A proof of claim form will be available at www.kccllc.net. If you do not timely file such proof of claim, you shall be forever barred from asserting a claim for rejection damages arising from the rejection of the above-referenced lease or contract.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if the Debtor has deposited funds with a contract or lease counterparty as a security deposit or other arrangement, the counterparty may not set off or otherwise use such deposit without the prior authority of the Court or agreement between the counterparty and the Debtors.

| | |
|---|---|
| New York, New York<br>Dated: July 12, 2013 | /s/ Lorenzo Marinuzzi<br>Gary S. Lee<br>Lorenzo Marinuzzi<br>Samantha Martin<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |

---

[1] If the Debtors indicate herein their intention to abandon personal property that is (i) subject to a true lease, and (ii) located at a premises that is the subject of this Notice, the automatic stay shall be deemed modified to permit the respective personal property lessor to retrieve such abandoned property within seven (7) days of the date following the filing of this Notice (the "Collection Deadline").

[2] Claims should be sent to the following address:

    ResCap Claims Processing Center, c/o KCC
    2335 Alaska Ave.
    El Segundo, CA 90245

2

| | Debtor[3] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[4] | Effective Date of Rejection |
|---|---|---|---|---|---|
| 1 | GMAC Mortgage, LLC | AirMagnet | AirMagnet Inc. 2575 Augustine Dr. Santa Clara, CA 95054 | Software License Agreement | July 12, 2013 |
| 2 | GMAC Mortgage, LLC | Ajilon LLC d/b/a Ajilon Consulting | 210 W Pennsylvania Avenue, Suite 500 Towson, MD 21204 | Professional Services Agreement | July 12, 2013 |
| 3 | Residential Funding Company, LLC | Analysts International | 3601 West 76th Street Suite 600 Attn: General Counsel Minneapolis, MN 55437 | Work Order | July 12, 2013 |
| 4 | Residential Funding Company, LLC | Ark-la-tex Financial Services LLC | 5160 Tennyson Parkway, Suite 2000 W Plano, TX 75025 | Vendor Agreement or Statement of Work | July 12, 2013 |
| 5 | GMAC-RFC | Bank One, National Association (Chicago) | 1 N State Street Floor 9 Chicago, IL 60602-3302 | Processing Instructions, dated July 3, 2003 | July 12, 2013 |
| 6 | GMAC-RFC | Bank One, National Association (Chicago) | 1 N State Street Floor 9 Chicago, IL 60602-3302 | Contract regarding funds transfer services, dated August 15, 2000 | July 12, 2013 |
| 7 | GMAC-RFC | Bank One, National Association (Chicago) | 1 N State Street Floor 9 Chicago, IL 60602-3302 | Contract regarding funds transfer services, dated August 15, 2000 | July 12, 2013 |
| 8 | GMAC-RFC | BillMatrix Corporation | Fiserv Attn: BillMatrix PO Box 2994 Phoenix, AZ 85062 contact@BillMatrix.com | Agreement to comply with Gramm-Leach Bliley Act Safeguards Rule | July 12, 2013 |
| 9 | Residential Funding Company, LLC | Blu Consulting, Inc. | 10503 Great Plains Lane, Houston Texas, 77064 | Contractor Agreement | July 12, 2013 |
| 10 | GMAC Mortgage, LLC | Caddo Parish Clerk of Court | 501 Texas Street Room 103 Shreveport, LA 71101 | Mortgage Operations, Document Retrieval Services | July 12, 2013 |

---

[3] This chart identifies each debtor only by its current name. To the extent a contract was executed by Residential Capital Corporation, GMAC Mortgage Corporation, or Residential Funding Corporation, the Debtor will be identified here as Residential Capital, LLC, GMAC Mortgage, LLC, or Residential Funding Company, LLC, respectively.

[4] For the avoidance of doubt, rejection of an addendum, amendment or a statement of work constitutes rejection of the entire agreement.

| | Debtor[3] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[4] | Effective Date of Rejection |
|---|---|---|---|---|---|
| 11 | GMAC Mortgage, LLC | Canon USA, Inc. | 100 Park Boulevard Itasca, IL 60143 | Agreement regarding digital copiers | July 12, 2013 |
| 12 | GMAC Mortgage, LLC | Canon USA, Inc. | 100 Park Boulevard Itasca, IL 60143 | Agreement regarding office equipment rentals | July 12, 2013 |
| 13 | Residential Capital, LLC | Check Point Software Technologies Ltd. | 300, 959 Skyway Rd, San Carlos, CA 94070 | Addendum providing third-party usage rights to software | July 12, 2013 |
| 14 | Residential Capital, LLC | Cue, Inc. | 430 North First Avenue Minneapolis, MN 55401 | Vendor Agreement or Statement of Work | July 12, 2013 |
| 15 | GMAC Mortgage, LLC | Cyberspace Communications Incorporated | 1726 S. Kelly Avenue Edmond, OK 73013 | Cyberspace Communications Agreement | July 12, 2013 |
| 16 | Residential Funding Company, LLC | DBI Consulting, Inc. | 6200 Shingle Creek Pkwy, Suite 400 Minneapolis, MN 55430-2169 | Amendment to Master Service Agreement Work Orders | July 12, 2013 |
| 17 | GMAC-RFC | Del Mar Database Professional Services | 6165 Greenwich Drive, Suite 200 San Diego, CA 92122 | Agreement to comply with Gramm-Leach Bliley Act Safeguards Rule | July 12, 2013 |
| 18 | Residential Funding Company, LLC | Del Mar Database Professional Services | 6165 Greenwich Drive, Suite 200 San Diego, CA 92122 | Agreement to comply with Gramm-Leach Bliley Act Safeguards Rule | July 12, 2013 |
| 19 | Residential Funding Company, LLC | Dernickel, Inc | 7412 Concerto Curv Ne Minneapolis, Minnesota 55432-3205 info@dernickel.com (763) 780-2258 | Vendor Agreement or Statement of Work | July 12, 2013 |
| 20 | GMAC Mortgage, LLC | Double-Take Software, Inc. | 15300 Barranca Parkway, Irvine, CA 92618 | Software License Agreement | July 12, 2013 |
| 21 | Residential Funding Company, LLC | Dyck-O'Neal Inc | 15301 Spectrum Dr Suite 550 Addison, TX 75001-4622 | Master Agreement, effective 6/1/1996 | July 12, 2013 |
| 22 | Residential Funding Company, LLC | Dyck-O'Neal Inc | 15301 Spectrum Dr Suite 550 Addison, TX 75001-4622 | Sub-Agreement, effective 9/13/2004 | July 12, 2013 |
| 23 | Residential Funding Company, LLC | Electronic Data Systems Corporation | 4 Walnut Grove Dr. Horsham, PA 19044 | Transaction Agreement- Incident Management Support, dated March 15, 2004 | July 12, 2013 |

4

| | **Debtor[3]** | **Contract/Lease Counterparty Name** | **Address/ Contact Info** | **Description of Contract/Lease[4]** | **Effective Date of Rejection** |
|---|---|---|---|---|---|
| 24 | Residential Funding Company, LLC | Electronic Data Systems Corporation | 4 Walnut Grove Dr. Horsham, PA 19044 | Transaction Agreement- BRM Altiris Support, dated May 27, 2005 | July 12, 2013 |
| 25 | Residential Funding Company, LLC | Electronic Data Systems Corporation | 4 Walnut Grove Dr. Horsham, PA 19044 | Transaction Agreement- technical assistance support, dated November 3, 2004 | July 12, 2013 |
| 26 | Residential Funding Company, LLC | Electronic Data Systems Corporation | 4 Walnut Grove Dr. Horsham, PA 19044 | Transaction Agreement- Software Implementation, dated April 2, 2006 | July 12, 2013 |
| 27 | Residential Funding Company, LLC | Electronic Data Systems Corporation | 4 Walnut Grove Dr. Horsham, PA 19044 | Transaction Agreement- Service Scripting, dated February 28, 2005 | July 12, 2013 |
| 28 | Residential Funding Company, LLC | Electronic Data Systems Corporation | 4 Walnut Grove Dr. Horsham, PA 19044 | Transaction Agreement- ODM Mobility Support Services, dated May 1, 2005 | July 12, 2013 |
| 29 | GMAC Mortgage, LLC | Epic Research Marketing, LLC | 300 Rockland Road Montchanin, DE 19710 | Amendment 1 to Non-Disclosure | July 12, 2013 |
| 30 | Residential Funding Company, LLC | Equifax | P.O. Box 105835 Atlanta, GA  30348-5835 | Service Agreement, dated July 1, 2001 | July 12, 2013 |
| 31 | GMAC Mortgage, LLC | GBH Communications, Inc. | 540 West Colorado Street Glendale, CA  91204 | Audio and Video Communication Equipment | July 12, 2013 |
| 32 | GMAC Mortgage, LLC | Harmon Law Offices | 150 California Street Newton, MA  02458 | Statement of Work to Master Service Agreement | July 12, 2013 |
| 33 | GMAC Mortgage, LLC | Harmon Law Offices | 150 California Street Newton, MA  02458 | Statement of Work- Change Order, dated March 24, 2008 | July 12, 2013 |
| 34 | GMAC Mortgage, LLC | Harmon Law Offices | 150 California Street Newton, MA  02458 | Statement of Work- Direct Sourcing for Foreclosure and Bankruptcy, dated January 12, 2007 | July 12, 2013 |
| 35 | GMAC Mortgage, LLC | Harmon Law Offices | 150 California Street Newton, MA  02458 | Statement of Work- Change Order, dated April 18, 2007 | July 12, 2013 |

| | **Debtor[3]** | **Contract/Lease Counterparty Name** | **Address/ Contact Info** | **Description of Contract/Lease[4]** | **Effective Date of Rejection** |
|---|---|---|---|---|---|
| 36 | GMAC Mortgage, LLC | Harmon Law Offices | 150 California Street Newton, MA  02458 | Statement of Work- Direct Sourcing for Foreclosure and Bankruptcy, dated January 12, 2007 | July 12, 2013 |
| 37 | GMAC Mortgage, LLC | Harmon Law Offices | 150 California Street Newton, MA  02458 | Statement of Work- Change Order dated, December 3, 2007 | July 12, 2013 |
| 38 | GMAC Mortgage, LLC | Harmon Law Offices | 150 California Street Newton, MA  02458 | Amendment to Master Service Agreement, dated March 21, 2007 | July 12, 2013 |
| 39 | Residential Funding Company, LLC | JP Morgan Chase Bank, NA | PO Box 26040 New York, NY 10087-6040 | Agreement to Comply with Gramm-Leach Bliley Act Safeguards Rule, dated May 24, 2004 | July 12, 2013 |
| 40 | GMAC Mortgage, LLC | JPMorgan Chase Bank, N.A. | PO Box 26040 New York, NY 10087-6040 | Amendment 1, dated March 27, 2002 | July 12, 2013 |
| 41 | GMAC Mortgage, LLC | MortgageHub.com, Inc. | 200 Lakeside Drive Suite 228 Horsham, PA  19044 | Statement of Work for Consulting Services | July 12, 2013 |
| 42 | GMAC Mortgage, LLC | MortgageHub.com, Inc. | 200 Lakeside Drive Suite 228 Horsham, PA  19044 | Custom Order for Consulting Services | July 12, 2013 |
| 43 | GMAC Mortgage, LLC | MortgageHub.com, Inc. | 200 Lakeside Drive Suite 228 Horsham, PA  19044 | Master Software License and Website Development, Hosting, and Maintenance Agreement | July 12, 2013 |
| 44 | GMAC Mortgage, LLC | MortgageHub.com, Inc. | 200 Lakeside Drive Suite 228 Horsham, PA  19044 | CO #2 for Staffing Change | July 12, 2013 |
| 45 | GMAC Mortgage, LLC | MortgageHub.com, Inc. | 200 Lakeside Drive, Suite 228 Horsham, PA  19044 | Master Software License and Web Site Development, Hosting, and Maintenance Agreement | July 12, 2013 |
| 46 | Residential Funding Company, LLC | PGP Corporation | Dept LA 22526, Pasadena, CA 91185 | Master Software License Agreement | July 12, 2013 |

| | **Debtor[3]** | **Contract/Lease Counterparty Name** | **Address/ Contact Info** | **Description of Contract/Lease[4]** | **Effective Date of Rejection** |
|---|---|---|---|---|---|
| 47 | GMAC Mortgage, LLC | Protocol Services, Inc. | 1751 Lake Cook Road, Suite 400 Deerfield, IL 60015 203-222-7331 | Master Service Agreement | July 12, 2013 |
| 48 | GMAC Mortgage, LLC | Protocol Services, Inc. | 1751 Lake Cook Road, Suite 400 Deerfield, IL 60015 203-222-7331 | Call Center Assistance | July 12, 2013 |
| 49 | GMAC Mortgage, LLC | Protocol Services, Inc. | 1751 Lake Cook Road, Suite 400 Deerfield, IL 60015 203-222-7331 | Statement of Work- Call Center Assistance | July 12, 2013 |
| 50 | GMAC Mortgage, LLC | Recall Secure Destruction Service Inc. | 015111 Collections Center Drive Chicago, IL 60693 | Vendor Agreement or Statement of Work | July 12, 2013 |
| 51 | GMAC-RFC | Routh Crabtree Olsen PS | 3535 Factoria Blvd SE Bellevue, WA 98006-1290 | Data Security and Privacy Terms | July 12, 2013 |
| 52 | GMAC Mortgage, LLC | SASCO | 2750 Moore Avennue Fulleton, CA 92883 | Agreement regarding electrical work | July 12, 2013 |
| 53 | GMAC-RFC | Super Solutions Corporation | 10340 Viking Dr Suite 150 Eden Prairie, MN 55344-7200 | Software License and Maintenance Agreement | July 12, 2013 |
| 54 | GMAC Mortgage, LLC | The First American Corporation | 1 First American Way Santa Ana, CA 92707 | Vendor Agreement or Statement of Work | July 12, 2013 |
| 55 | GMAC Mortgage, LLC | The First American Corporation | 1 First American Way Santa Ana, CA 92707 | Vendor Agreement or Statement of Work | July 12, 2013 |
| 56 | GMAC Mortgage, LLC | The First American Corporation | 1 First American Way Santa Ana, CA 92707 | Vendor Agreement or Statement of Work | July 12, 2013 |
| 57 | Residential Funding Company, LLC | Tivoli Systems Inc. | 9441 Capital of Texas Highway, North Arboretum Plaza One, Suite 500 Austin, TX 78759 | End user software license agreement | July 12, 2013 |
| 58 | Residential Funding Company, LLC | U S West Communications (n/k/a Qwest Corporation) | 100 CenturyLink Drive Monroe, Louisiana 71203 | Addendum to modify agreement and pricing | July 12, 2013 |
| 59 | Residential Funding Company, LLC | U S West Communications (n/k/a Qwest Corporation) | 100 CenturyLink Drive Monroe, Louisiana 71203 | Addendum to modify underlying agreement regarding connectivity costs | July 12, 2013 |

7

| | **Debtor[3]** | **Contract/Lease Counterparty Name** | **Address/ Contact Info** | **Description of Contract/Lease[4]** | **Effective Date of Rejection** |
|---|---|---|---|---|---|
| 60 | GMAC Mortgage, LLC | XEROX Commercial Solutions, Inc. | PO Box 201322 Dallas, TX 75320-1322 | Change Order Statement of Work for consumer lending | July 12, 2013 |
| 61 | GMAC Mortgage, LLC | XEROX Commercial Solutions, Inc. | PO Box 201322 Dallas, TX 75320-1322 | Contract for loss mitigation fulfillment processing, dated December 1, 2011 | July 12, 2013 |
| 62 | GMAC Mortgage, LLC | XEROX Commercial Solutions, Inc. | PO Box 201322 Dallas, TX 75320-1322 | Contract for services related to quality assurance | July 12, 2013 |
| 63 | GMAC Mortgage, LLC | XEROX Commercial Solutions, Inc. | PO Box 201322 Dallas, TX 75320-1322 | Contract for Default Servicing | July 12, 2013 |
| 64 | GMAC Mortgage, LLC | XEROX Commercial Solutions, Inc. | PO Box 201322 Dallas, TX 75320-1322 | Change Order #3, dated March 29, 2010 | July 12, 2013 |