**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC et al., | Case No. 12-12020-MG |
| Debtors. | Jointly Administered |

---------------------------------------------------------------

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE* OF THOMAS R. LEHMAN

Upon the Motion of Thomas R. Lehman ("Movant"), to be admitted, *pro hac vice*, to represent Redwood Recovery Services, LLC and Elevenhome Limited in the above-referenced Chapter 11 cases, and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of Florida and the bars of the United Stated District Courts for the Southern and Middle Districts of Florida, it is hereby

**ORDERED**, that Thomas R. Lehman, is admitted to practice, *pro hac vice*, in the above-referenced cases to represent Redwood Recovery Services, LLC and Elevenhome Limited in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **July 15, 2013**                                    /s/Martin Glenn
       New York, New York                        UNITED STATES BANKRUPTCY JUDGE