

Mr & Mrs Norbert Bartosz
208 Sanford Ave
Baltimore MD 21228

208 Sanford Avenue
Baltimore, MD 21228-5149

Honorable Martin Glenn:
One Bowling Green
New York, New York 10004

To Whom It May Concern:

Please find papers which have been sent to us. Previous papers have been sent that stated we are being included in a claim, but we do not know the amount. Yes, we do want to be included and do not understand what to do. We do not have a lawyer. My Husband, Norbert is 81 years old and we are confused as to how to proceed for claim. Since you are a big Lawyer Firm, I am sure you will all do the best you can for everybody. Please advise us if we need to do anything to be included to get through this. Thank you.

Respectfully,
Mrs. Lynn Bartosz



RECEIVED
JUL 15 2013
U.S. BANKRUPTCY COURT, SDNY

THIS IS A NOTICE REGARDING YOUR CLAIM. YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

NOTICE OF HEARING ON FOURTH OMNIBUS OBJECTION TO CLAIMS
(LATE-FILED CLAIMS)

Mr. and Mrs. Norbert Bartosz

| Proposed Claim(s) to be Disallowed and Expunged | | | | Basis For Objection |
|---|---|---|---|---|
| Claim No(s): Date Filed | Debtor | Classification | Amount | |
| 5946 11/26/12 | Residential Capital, LLC | Administrative Priority | N/A | Late Filed |
| | | Administrative Secured | N/A | |
| | | Secured | N/A | |
| | | Priority | N/A | |
| | | General Unsecured | UNLIQUIDATED | |

PLEASE TAKE NOTICE that, on June 7, 2013, Residential Capital, LLC and certain of its affiliates (collectively, the "**Debtors**") filed their Fourth Omnibus Objection to Claims (Late-Filed Claims) (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").[1] The category of claim objection applicable to you is identified in the table above in the column entitled "**Basis for Objection**".

The Objection requests that the Bankruptcy Court expunge, and/or disallow one or more of your claims listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED on the ground that the claim(s) is Late Filed. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.kccllc.net/rescap.

RECEIVED
JUL 15 2013
U.S. BANKRUPTCY COURT

Residential Capital, LLC
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

000079

PRF 58773***
Case No.: 12-12020
Svl 1

PackID: 79
NameID:11129862

Mr. and Mrs. Norbert Bartosz
208 Sanford Ave
Catonsville, MD 21228-5149