UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:                                          )          CASE No 12-12020
                                                )
RESIDENTIAL CAPITAL, LLC, ET AL.,               )          ) CHAPTER 11
                                                )
              DEBTORS                           )
                                                )
                                                )

## NOTICE OF WITHDRAW OF "OBJECTION TO ATTEMPT TO EXPUNGE CLAIM" FILED BY RONALD GILLIS [DOCKET #4114]

COMES NOW, Creditor #444 and Amended/Superseded Claim #913 who is a Native North

American and appears by special appearance only for the limited purpose of Noticing the

Court of intent to withdraw the Objection in response to the Debtors Seventh Omnibus

Objection to Claims (Amended and Superseded Borrower Claims) (the "Seventh Omnibus

Claims Objection) for the following reasons:

The undersigned had a phone conversation with Brian Powers from Silverman

Acampora, Special Counsel to the Official Committee of Unsecured Creditors in the above-

captioned cases. In that conversation, it was the understanding of the undersigned, that the

purpose of the Seventh Omnibus Claims Objection is to eliminate redundant claims

contrary to the original interpretation of the Debtor's Objection. From the conversation, it

is now understood that the objection was to expunge the original claim and superseded

claim #444 and leave intact the surviving claim #913. The undersigned understands that the

Debtors retain the right to object to the surviving claim on any basis, and the undersigned

retain the right to respond or contest the Debtors Objections, if any, to the Surviving Claim

As was noted in the filing docket #4114, if Debtors do object to the Surviving Claim, and expungment is ordered, then this is evidence that a fraud upon the Charlotte County Civil Court has occurred, which was perpetrated by attorney Andrew Lee Fivecoat and all liability for damages with fall to Mr Fivecoat rather then Debtors in the Bankruptcy Case #12020.

WHEREFORE, Ronald Gillis (Claim #444 and Surviving Claim #913) respectfully withdraws the objection to the expungment of the claim as long as at least one claim survives, as the property title of the undersigned has been slandered by the entity which seeks bankruptcy protection of the Bankruptcy Court, Southern District of New York. Again, in the alternative no claim survives, then this is evidence that a fraud upon the Charlotte County Civil Court has occurred, which was perpetrated by attorney Andrew Lee Fivecoat and all liability for damages with fall to Mr Fivecoat.

_____
Ronald Gillis
All Rights Reserved without prejudice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that by signing this below, a true and correct copy of the foregoing NOTICE OF WITHDRAW was furnished by Email on the 11th day of July, 2013 to:

1.   United States Bankruptcy Court - Southern District of New York
     One Bowling Green
     New York, NY 10004

Ronald Gillis     (413) 622-2282
P O Box 380842
Murdock, FL 33938-0842

_____
By: Ronald Gillis
All Rights Reserved without prejudice