**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER DENYING MOTION FOR AN ANNULMENT OF THE**
**AUTOMATIC STAY BY RBS CITIZENS N.A.**

Upon consideration of the *Motion for an Annulment of the Automatic Stay* [Docket No. 3848] (the "**Motion**"), and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion was adequate and proper under the circumstances and that no further or other notice need be given; and upon consideration of the *Debtors' Limited Objection to Motion of RBS Citizens N.A. for an Annulment of the Automatic Stay* [Docket No. 4143]; and upon the arguments and statements presented at the hearing before the Court; and after due deliberation thereon, it is hereby:

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is **DENIED** for the reasons stated on the record at the July 10, 2013 omnibus hearing in the chapter 11 cases of the above-captioned debtors.

ny-1099181

2. This court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: July 15, 2013
      New York, New York

                        **/s/Martin Glenn**
                        MARTIN GLENN
                United States Bankruptcy Judge

ny-1099181