UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING DEBTORS' SEVENTH OMNIBUS OBJECTION TO CLAIMS
(AMENDED AND SUPERSEDED BORROWER CLAIMS)**

Upon the seventh omnibus objection to claims, dated June 7, 2013 (the "Seventh Omnibus Claims Objection"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "Procedures Order"), disallowing and expunging the Amended and Superseded Borrower Claims on the basis that such claims have been amended and superseded by at least one subsequently-filed, corresponding claim, all as more fully described in the Seventh Omnibus Claims Objection; and it appearing that this Court has jurisdiction to consider the Seventh Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Seventh Omnibus Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Seventh Omnibus

---

[1]  Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Seventh Omnibus Claims Objection.

ny-1091960

Claims Objection having been provided, and it appearing that no other or further notice need be provided; and upon consideration of the Seventh Omnibus Claims Objection and the Declaration of Deanna Horst in Support of the Debtors' Seventh Omnibus Objection to Claims (Amended and Superseded Borrower Claims), annexed to the Seventh Omnibus Claims Objection as Exhibit 1; and the Court having found and determined that the relief sought in the Seventh Omnibus Claims Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Seventh Omnibus Claims Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Seventh Omnibus Claims Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit A annexed hereto under the heading "Claims to be Disallowed and Expunged" (collectively, the "Amended and Superseded Borrower Claims") are disallowed and expunged; and it is further

ORDERED that Claim No. 5892 filed by claimant Marvin E. McDougal, Jr. shall be removed from Exhibit A to the Proposed Order granting the *Debtors' Fourth Omnibus Objection to Claims (Late-Filed Borrower Claims)* [Docket No. 3923], and Mr. McDougal, Jr.'s filed Proofs of Claim shall instead be reflected on Exhibit A hereto with Claim No. 2864 filed by Mr. McDougal, Jr. treated as an Amended and Superseded Borrower Claim that is amended and superseded by Claim No. 5892 as Mr. McDougal, Jr.'s Surviving Claim, and accordingly, Claim No. 2864 shall be disallowed and expunged; and it is further

2

ny-1091960

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is directed to disallow and expunge the Amended and Superseded Borrower Claims identified on the schedule attached as <u>Exhibit A</u> hereto so that such claims are no longer maintained on the Debtors' claims register; and it is further

ORDERED that the claims listed on <u>Exhibit A</u> annexed hereto under the heading "Surviving Claims" (collectively, the "<u>Surviving Borrower Claims</u>") will remain on the claims register, and such claims are neither allowed nor disallowed at this time; and is further

ORDERED that the disallowance and expungement of the Amended and Superseded Borrower Claims does not constitute any admission or finding with respect to any of the Surviving Borrower Claims; and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Seventh Omnibus Claims Objection as provided therein shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any Surviving Borrower Claims, and the Debtors' and all parties in interest's rights to object on any basis are expressly reserved with respect to any Surviving Borrower Claim listed on <u>Exhibit A</u> annexed hereto or any other claim not listed on <u>Exhibit A</u>; and it is further

ny-1091960

ORDERED that this Order shall be a final order with respect to each of the Amended and Superseded Borrower Claims identified on Exhibit A, annexed hereto, as if each such Amended and Superseded Borrower Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: July 15, 2013
      New York, New York

                                               **/s/Martin Glenn**
                                               MARTIN GLENN
                                    United States Bankruptcy Judge

ny-1091960

**Exhibit A**

ny-1091960

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

SEVENTH OMNIBUS OBJECTION - AMENDED AND SUPERSEDED CLAIMS (BORROWER CLAIMS)

| | Claims to be Disallowed and Expunged | | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 1 | B.I.D. Anyanwu<br>2202 S. Budlong Ave<br>Los Angeles, CA 90007 | 1973 | 10/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$700,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | B.I.D. Anyanwu<br>2202 S. Budlong Ave<br>Los Angeles, CA 90007 | 3793 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$700,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 2 | B.I.D. Anyanwu<br>2202 Budlong Avenue<br>Los Angeles, CA 90007 | 94 | 06/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$700,000,000.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | B.I.D. Anyanwu<br>2202 S. Budlong Ave<br>Los Angeles, CA 90007 | 3793 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$700,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 3 | B.I.D. Anyanwu<br>2202 Budlong Avenue<br>Los Angeles, CA 90007 | 219 | 06/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$700,000,000.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | B.I.D. Anyanwu<br>2202 S. Budlong Ave<br>Los Angeles, CA 90007 | 3793 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$700,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 4 | B.I.D. Anyanwu<br>2202 Budlong Avenue<br>Los Angeles, CA 90007 | 1974 | 10/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$700,000,000.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | B.I.D. Anyanwu<br>2202 S. Budlong Ave<br>Los Angeles, CA 90007 | 3793 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$700,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 5 | BLIDE DIANE INTERVENING COUNTER PLAINTIFF V WELLS FARGO BANK NA KELLI KINZER MERS AS NOMINEE FOR IMPAC FUNDING et al<br>LEGAL ASSISTANCE FOUNDATION OF METROPOLITAN CHICAG<br>120 S LaSalle Ste 900<br>CHICAGO, IL 60603 | 3720 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$285,272.58 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | BLIDE DIANE INTERVENING COUNTER PLAINTIFF V WELLS FARGO BANK NA KELLI KINZER MERS AS NOMINEE FOR IMPAC FUNDING et al<br>LEGAL ASSISTANCE FOUNDATION OF METROPOLITAN CHICAG<br>120 S LaSalle Ste 900<br>CHICAGO, IL 60603 | 5762 | 11/19/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$285,272.58 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 6 | Charity Anyanwu<br>2202 Budlong Avenue<br>Los Angeles, CA 90007 | 96 | 06/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$2,500,000,000.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Charity Anyanwu<br>2202 Budlong Avenue<br>Los Angeles, CA 90007 | 3794 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,500,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 7 | Charity Anyanwu<br>2202 Budlong Avenue<br>Los Angeles, CA 90007 | 218 | 06/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$2,500,000,000.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Charity Anyanwu<br>2202 Budlong Avenue<br>Los Angeles, CA 90007 | 3794 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,500,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 8 | Charity Anyanwu<br>2202 Budlong Avenue<br>Los Angeles, CA 90007 | 243 | 07/02/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$2,500,000,000.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Charity Anyanwu<br>2202 Budlong Avenue<br>Los Angeles, CA 90007 | 3794 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,500,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 9 | Charity Anyanwu<br>2202 Budlong Avenue<br>Los Angeles, CA 90007 | 1969 | 10/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$2,500,000,000.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Charity Anyanwu<br>2202 Budlong Avenue<br>Los Angeles, CA 90007 | 3794 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,500,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

SEVENTH OMNIBUS OBJECTION - AMENDED AND SUPERSEDED CLAIMS (BORROWER CLAIMS)

| | Claims to be Disallowed and Expunged | | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 10 | Charity Anyanwu<br>2202 S. Budlong Avenue<br>Los Angeles, CA 90007 | 1970 | 10/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,500,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Charity Anyanwu<br>2202 Budlong Avenue<br>Los Angeles, CA 90007 | 3794 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,500,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 11 | Christy Lynn Spector<br>1031 Trinita Terrace<br>Davis, CA 95618 | 1662 | 10/24/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$450,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Christy Lynn Spector<br>1031 Trinita Terrace<br>Davis, CA 95618 | 3442 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$450,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 12 | Colleen O. Bigsby<br>12702 US Hwy 301 North<br>Thonotosassa, FL 33592 | 1427 | 10/19/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>BLANK Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Colleen O. Bigsby<br>12702 US Hwy 301<br>Thonotosassa, FL 33592 | 6397 | 12/24/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$5,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 13 | David Kinworthy<br>c/o Law Office of John T. Dzialo<br>200 W. Santa Ana Blvd. Suite 990<br>Santa Ana, CA 92701 | 2361 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$230,511.50 General Unsecured | GMAC Mortgage, LLC | 12-12032 | DAVID KINWORTHY VS GMAC MORTGAGE LLC<br>c/o Law Offices of John T. Dzialo<br>200 W Santa Ana Blvd Ste 990<br>Santa Ana, CA 92701 | 2602 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$230,511.50 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 14 | Gerald Gandrup<br>PO Box 67359<br>Scotts Valley, CA 95067 | 2615 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,000,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | Gerald Gandrup<br>PO Box 67359<br>Scotts Valley, CA 95067 | 4167 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,000,000.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 15 | GMAC Mortgage LLC Mortgage Electronic Registration Systems Inc Wells Fargo Bank NA As trustee for Harborview et al<br>Carol and Kenneth Kinman<br>LAW OFFICES OF MICHAEL YESK<br>70 DORAY DR STE 16<br>PLEASANT HILL, CA 94523 | 4112 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$875,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | GMAC Mortgage LLC Mortgage Electronic Registration Systems Inc Wells Fargo Bank NA As trustee for Harborview et al<br>LAW OFFICES OF MICHAEL YESK<br>70 DORAY DR STE 16<br>PLEASANT HILL, CA 94523 | 4997 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$875,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 16 | Jay Williams<br>5731 Post Rd.<br>Bronx, NY 10471 | 1698 | 10/26/2012 | $595,000.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Jay Williams<br>5731 Post Rd.<br>Bronx, NY 10471 | 6295 | 12/03/2012 | $595,000.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 17 | Jay Williams<br>5731 Post Rd.<br>Bronx, NY 10471 | 1961 | 10/29/2012 | $595,000.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Jay Williams<br>5731 Post Rd.<br>Bronx, NY 10471 | 6295 | 12/03/2012 | $595,000.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 18 | LAW OFFICES OF DANIEL R BINA<br>1639 MAIN ST N STE 1<br>PINE CITY, MN 55063 | 5283 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$50,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | LAW OFFICES OF DANIEL R BINA<br>1639 MAIN ST N STE 1<br>PINE CITY, MN 55063 | 5793 | 11/19/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$50,000.00 General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

SEVENTH OMNIBUS OBJECTION - AMENDED AND SUPERSEDED CLAIMS (BORROWER CLAIMS)

| | | \multicolumn{5}{c}{Claims to be Disallowed and Expunged} | \multicolumn{5}{c}{Surviving Claims} |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 19 | Lois Elaine Van Hoveln Decker<br>10569 Abisso Drive<br>Las Vegas, NV 89135 | 5446 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | Lois Elaine Van Hoveln Decker<br>10569 Abisso Drive<br>Las Vegas, NV 89135 | 6394 | 12/19/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 |
| 20 | Lolita Hite<br>LOLITA HITE VS. THE REAL ESTATE BROKERS LENDING SERVICE, PNC MORTGAGE CORP., BANK ONE, NA<br>12705-07 Locke Avenue<br>Cleveland, OH 44108 | 1997 | 10/30/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$52,856.24 General Unsecured | Residential Capital, LLC | 12-12020 | Lolita Hite<br>LOLITA HITE VS. THE REAL ESTATE BROKERS LENDING SERVICE, PNC MORTGAGE CORP., BANK ONE, NA<br>12705-07 Locke Avenue<br>Cleveland, OH 44108 | 6268 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$52,856.24 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 21 | M Nawaz Raja et al v Indy Mac Bank FSB GMAC Mortgage LLC et al no other Ally or ResCap entities named<br>42907 Parkbrooke Ct<br>Broadlands, VA 20148 | 1340 | 10/12/2012 | $91,662,688.32 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | M. Nawaz Raja vs Indy Mac Bank FSB, GMAC Mortgage LLC, GMAC LLC et al<br>42907 Parkbrooke Court<br>Broadlands, VA 20148 | 1511 | 10/22/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$91,662,688.32 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 22 | Marvin E. McDougal, Jr.<br>c/o Law Offices of Richard Sax<br>448 Sebastopol Ave.<br>Santa Rosa, CA 95401 | 2864 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | Marvin E. McDougal, Jr.<br>c/o Law Offices of Richard Sax<br>448 Sebastopol Ave.<br>Santa Rosa, CA 95401 | 5892 | 11/26/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 |
| 23 | Michael and Gloria McGuinty<br>8708 53rd Terrace East<br>Bradenton, FL 34211 | 1963 | 10/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | Michael and Gloria McGuinty<br>8708 53rd Terrace East<br>Bradenton, FL 34211 | 5970 | 11/28/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 |
| 24 | Michael Wheeler<br>1728 Victoria Way NW<br>Kennesaw, GA 30152 | 4820 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,180,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | Michael Wheeler<br>1728 Victoria Way NW<br>Kennesaw, GA 30152 | 4940 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,180,000.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 25 | Neville Evans and Maribeth Evans<br>James B. Blackburn, Jr.<br>Wiseman, Blackburn & Futrell<br>PO Box 8996<br>Savannah, GA 31412 | 4823 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$850,000.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | Neville Evans and Maribeth Evans<br>James B. Blackburn, Jr.<br>Wiseman, Blackburn & Futrell<br>PO Box 8996<br>Savannah, GA 31412 | 5267 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$850,000.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 26 | Noble Debamaka an Individual<br>2202 S. Budlong Ave.<br>Los Angeles, CA 90007 | 1971 | 10/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,500,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Noble Debamaka an Individual<br>2202 S. Budlong Ave.<br>Los Angeles, CA 90007 | 3799 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,500,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 27 | Pastor, Noble Debamaka<br>2202 Budlong Avenue<br>Los Angeles, CA 90007 | 95 | 06/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$1,500,000,000.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Noble Debamaka an Individual<br>2202 S. Budlong Ave.<br>Los Angeles, CA 90007 | 3799 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,500,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

SEVENTH OMNIBUS OBJECTION - AMENDED AND SUPERSEDED CLAIMS (BORROWER CLAIMS)

| | Claims to be Disallowed and Expunged | | | | | | Surviving Claims | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 28 | Pastor, Noble Debamaka<br>2202 Budlong Avenue<br>Los Angeles, CA 90007 | 222 | 06/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$1,500,000,000.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Noble Debamaka an Individual<br>2202 S. Budlong Ave.<br>Los Angeles, CA 90007 | 3799 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,500,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 29 | Pastor, Noble Debamaka<br>2202 Budlong Avenue<br>Los Angeles, CA 90007 | 1968 | 10/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$1,500,000,000.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Noble Debamaka an Individual<br>2202 S. Budlong Ave.<br>Los Angeles, CA 90007 | 3799 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,500,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 30 | Patricia J. McNerney<br>Susan Marie Gray, Attorney at Law<br>22255 Center Ridge Road, Suite 201<br>Rocky River, OH 44116 | 2457 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Homecomings Financial, LLC | 12-12042 | Patricia J. McNerney<br>Susan Marie Gray, Attorney at Law<br>22255 Center Ridge Road, Suite 201<br>Rocky River, OH 44116 | 4762 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$600,000.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 31 | Patricia J. McNerney<br>Susan Marie Gray, Attorney at Law<br>22255 Center Ridge Road, Suite 201<br>Rocky River, OH 44116 | 2461 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 | Patricia J. McNerney<br>Susan Marie Gray, Attorney at Law<br>22255 Center Ridge Road, Suite 201<br>Rocky River, OH 44116 | 4764 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$600,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 32 | Paul Joseph Powderly<br>522 South Helena Street<br>Anaheim, CA 92805-4530 | 4751 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$280,000.00 Secured<br>$390,054.00 Priority<br>$390,054.00 General Unsecured | Residential Capital, LLC | 12-12020 | Paul Joseph Powderly<br>522 South Helena Street<br>Anaheim, CA 92805-4530 | 5741 | 11/19/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$280,000.00 Secured<br>$390,054.00 Priority<br>$390,054.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 33 | Ronald Gillis<br>PO Box 380842<br>Murdock, FL 33938-0842 | 444 | 08/31/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$209,859.68 General Unsecured | Residential Capital, LLC | 12-12020 | Ronald Gillis<br>PO Box 380842<br>Murdock, FL 33938-0842 | 913 | 10/01/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$209,859.68 General Unsecured | Residential Capital, LLC | 12-12020 |
| 34 | THOMAS G. COOPER AND CATHERINE D. COOPER<br>PO BOX 1073<br>SALEM, NH 03079-1073 | 2418 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$50,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Thomas G. Cooper and Catherine D. Cooper<br>P.O. Box 3671<br>Concord, NH 03302-3671 | 6272 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$50,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |