**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING DEBTORS' NINTH OMNIBUS OBJECTION TO CLAIMS**
**(DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)**

Upon the ninth omnibus objection to claims, dated June 15, 2013 (the "<u>Ninth Omnibus Claims Objection</u>"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "<u>Debtors</u>"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "<u>Procedures Order</u>"), disallowing and expunging the Duplicate Debt Claims on the basis that each such claim is duplicative of the corresponding Master Surviving Claim, all as more fully described in the Ninth Omnibus Claims Objection; and it appearing that this Court has jurisdiction to consider the Ninth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Ninth Omnibus Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Ninth Omnibus Claims Objection having been provided, and it appearing that no other or

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Ninth Omnibus Claims Objection.

ny-1091846

further notice need be provided; upon consideration of the Ninth Omnibus Claims Objection and the *Declaration of Deanna Horst in Support of the Debtors' Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims)*, annexed to the Ninth Omnibus Claims Objection as Exhibit 1; and the Court having found and determined that the relief sought in the Ninth Omnibus Claims Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Ninth Omnibus Claims Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Ninth Omnibus Claims Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit A annexed hereto (collectively, the "Duplicate Debt Claims") are disallowed and expunged; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is directed to disallow and expunge the Duplicate Debt Claims identified on the schedule attached as Exhibit A hereto so that such claims are no longer maintained on the Debtors' claims register; and it is further

ORDERED that the Master Surviving Claims will remain on the claims register, and such claims are neither allowed nor disallowed at this time; and is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

2

ny-1091846

ORDERED that the disallowance and expungement of the Duplicate Debt Claims does not constitute any admission or finding with respect to any of the Master Surviving Claims; and it is further

ORDERED that notice of the Ninth Omnibus Claims Objection as provided therein shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any Master Surviving Claims, and all rights to object on any basis are expressly reserved with respect to any Master Surviving Claim listed on Exhibit A annexed hereto or any other claim not listed on Exhibit A; and it is further

ORDERED that this Order shall be a final order with respect to each of the Duplicate Debt Claims identified on Exhibit A, annexed hereto, as if each such Duplicate Debt Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: July 15, 2013
      New York, New York

                                                    /s/Martin Glenn
                                               MARTIN GLENN
                                     United States Bankruptcy Judge

ny-1091846

**Exhibit A**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINTH OMNIBUS OBJECTION - DUPLICATE DEBT CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 1 | Angelo Manara<br>Str. Torremenapace 76<br>Vogmera, 27058, Italy | 451 | 09/04/2012 | € 0.00<br>€ 0.00<br>€ 0.00<br>€ 0.00<br>€ 62,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 2 | Aubrey Titus<br>109 Silverhills Rd<br>Ravenswood, WV 26164 | 2218 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$30,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 3 | Banque Carnegie Luxembourg S.A. Nominees Account<br>Banque Carnegie Luxembourg S.A.<br>PO Box 1141<br>Luxembourg, L-1011 | 987 | 10/05/2012 | £0.00<br>£0.00<br>£0.00<br>£0.00<br>£100,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 4 | Bruce D. Carswell Jr & Janet T. Carswell<br>15 Bunker Hill Dr<br>Washington Crossing, PA 18977 | 1268 | 10/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$20,850.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 5 | Carige Vita Nuova S.p.A.<br>Attn Mr Umberto Rondena<br>Banca Carige S.p.A.- Cassa di Risparmio di Genova e Imperia<br>903 Amm.ne Post Trading<br>Via Cassa di Risoarmio 15, Genova 16123, Italy | 3680 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,746,447.42 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 6 | Carol A. Kessler<br>2 Navaho Ct<br>Tipp City, OH 45371-1516 | 1008 | 10/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$15,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 7 | Catherine Petitte, 401k Se Trustee<br>4475 Canty Hill Rd<br>Tully, NY 13159 | 851 | 09/28/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$980.75 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINTH OMNIBUS OBJECTION - DUPLICATE DEBT CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 8 | Charles L Kunz<br>3630 N 1500 E<br>Driggs, ID 83422-4760 | 580 | 09/20/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$11,200.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 9 | Charles R. Miller & Katherine L. Miller<br>16662 Hwy 385<br>Chadron, NE 69337-7366 | 636 | 09/21/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$12,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 10 | DANIEL L. HAFENDORFER<br>7016 BREAKWATER PLACE<br>PROSPECT , KY 40059 | 876 | 10/01/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$24,907.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 11 | Deirdre M. OConnor<br>4615 Brookside Rd<br>Toledo, OH 43615 | 714 | 09/24/2012 | $0.00<br>$0.00<br>$27,125.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 12 | Donald L. Solomon<br>4615 Brookside Rd<br>Toledo, OH 43615 | 711 | 09/24/2012 | $0.00<br>$0.00<br>$135,625.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 13 | Elizabeth A. Tolman 2000 REV TR<br>E. Tolman + S. Tolman TTEE<br>U/A DTD 08/08/2002<br>10 Devon Dr. Apt 323<br>Acton, MA 01720 | 856 | 09/28/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$65,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 14 | Eric Siebert<br>8 Cherbourg Ct<br>Lake Saint Louis, MO 63367-1022 | 909 | 10/01/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$15,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINTH OMNIBUS OBJECTION - DUPLICATE DEBT CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 15 | Finial Reinsurance Company<br>Berkshire Hathaway Inc<br>3555 Farnam St<br>Omaha, NE 68131 | 2023 | 10/30/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$34,052,863.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 2866 filed by UMB Bank, N.A. |
| 16 | Fred G. Emry & Karen L. Emry JT<br>Fred and Karen Emry<br>2414 Cedar Wood Ct.<br>Marietta, GA 30068 | 903 | 10/01/2012 | $0.00<br>$0.00<br>$7,119.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 17 | Fred Jarow<br>17758 Foxborough Lane<br>Boca Raton, FL 33496 | 624 | 09/21/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 18 | Freda Hei Shei Chen<br>80 Metropolitan Ave. Apt. 24<br>Brooklyn, NY 11249 | 4264 | 11/09/2012 | $0.00<br>$0.00<br>$13,013.78<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 19 | Ganesh N. Kumar<br>117 Kingfisher Drive<br>Ponte Vedra Beach, FL 32082 | 854 | 09/28/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$20,637.50 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 20 | Gary W. Brim<br>7015 W Sack Dr.<br>Glendale, AZ 85308 | 1523 | 10/22/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$11,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 21 | GENERAL REINSURANCE<br>LAURENCE STEIN<br>GENERAL REINSURANCE CORPORATION<br>120 LONG RIDGE ROAD<br>STAMFORD, CT 06902 | 1502 | 10/25/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 2866 filed by UMB Bank, N.A. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINTH OMNIBUS OBJECTION - DUPLICATE DEBT CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 22 | General Reinsurance Corporation<br>Laurence Stein<br>120 Long Ridge Road<br>Stamford, CT 06902 | 1496 | 10/25/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 | Claim duplicative of the surviving Master Proof of Claim 2866 filed by UMB Bank, N.A. |
| 23 | General Reinsurance Corporation<br>Laurence Stein<br>120 Long Ridge Road<br>Stamford, CT 06902 | 1497 | 10/25/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Residential Holding Company, LLC | 12-12033 | Claim duplicative of the surviving Master Proof of Claim 2866 filed by UMB Bank, N.A. |
| 24 | General Reinsurance Corporation<br>Laurence Stein<br>120 Long Ridge Road<br>Stamford, CT 06902 | 1499 | 10/25/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 | Claim duplicative of the surviving Master Proof of Claim 2866 filed by UMB Bank, N.A. |
| 25 | General Reinsurance Corporation<br>Laurence Stein<br>120 Long Ridge Road<br>Stamford, CT 06902 | 1500 | 10/25/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 | Claim duplicative of the surviving Master Proof of Claim 2866 filed by UMB Bank, N.A. |
| 26 | General Reinsurance Corporation<br>Laurence Stein<br>120 Long Ridge Road<br>Stamford, CT 06902 | 1501 | 10/25/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Claim duplicative of the surviving Master Proof of Claim 2866 filed by UMB Bank, N.A. |
| 27 | General Star Indemnity Company<br>Laurence Stein<br>General Reinsurance Corporation<br>120 Long Ridge Road<br>Stamford, CT 06902 | 1503 | 10/25/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Residential Holding Company, LLC | 12-12033 | Claim duplicative of the surviving Master Proof of Claim 2866 filed by UMB Bank, N.A. |
| 28 | General Star Indemnity Company<br>Laurence Stein<br>General Reinsurance Corporation<br>120 Long Ridge Road<br>Stamford, CT 06902 | 1504 | 10/25/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 | Claim duplicative of the surviving Master Proof of Claim 2866 filed by UMB Bank, N.A. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINTH OMNIBUS OBJECTION - DUPLICATE DEBT CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 29 | General Star Indemnity Company<br>Laurence Stein<br>General Reinsurance Corporation<br>120 Long Ridge Road<br>Stamford, CT 06902 | 1505 | 10/25/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 | Claim duplicative of the surviving Master Proof of Claim 2866 filed by UMB Bank, N.A. |
| 30 | General Star Indemnity Company<br>Laurence Stein<br>General Reinsurance Corporation<br>120 Long Ridge Road<br>Stamford, CT 06902 | 1506 | 10/25/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Claim duplicative of the surviving Master Proof of Claim 2866 filed by UMB Bank, N.A. |
| 31 | General Star Indemnity Company<br>Laurence Stein<br>General Reinsurance Corporation<br>120 Long Ridge Road<br>Stamford, CT 06902 | 1507 | 10/25/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 | Claim duplicative of the surviving Master Proof of Claim 2866 filed by UMB Bank, N.A. |
| 32 | General Star Indemnity Company<br>Laurence Stein<br>General Reinsurance Corporation<br>120 Long Ridge Road<br>Stamford, CT 06902 | 1508 | 10/25/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 2866 filed by UMB Bank, N.A. |
| 33 | Harney Investment Trust<br>Berkshire Hathaway Inc<br>3555 Farnam St<br>Omaha, NE 68131 | 2003 | 10/30/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$903,488,632.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 2866 filed by UMB Bank, N.A. |
| 34 | Harriet B. Demaar<br>15 Greenwood LN<br>Redwood, CA 94063 | 569 | 09/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$10,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 35 | Harvey M. Cepulionis / FMT CO CUST IRA Rollover<br>FMT Co Cust IRA Rollover<br>FBO Harvey M. Cepulionis<br>14509 Mallard Dr<br>Homer Glen, IL 60491-9264 | 568 | 09/19/2012 | $0.00<br>$0.00<br>$0.00<br>$5,000.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINTH OMNIBUS OBJECTION - DUPLICATE DEBT CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 36 | Irene Newman Revocable Trust<br>Irene Newman<br>680 N. Lake Shore Dr # 1003<br>Chicago, IL 60611 | 1230 | 10/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$15,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 37 | Jerome Steinmetz<br>2141 Green View Cove<br>Wellington, FL 33414 | 635 | 09/21/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$10,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 38 | Joachim Brandt<br>Liviusstr. 20<br>Berlin, D-12109, Germany | 2472 | 11/06/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 39 | John A Gutman & Elizabeth A Duffy<br>John Gutman<br>PO Box 6067<br>Lawrenceville, NJ 08648-0067 | 5010 | 11/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 40 | John C. Treadway<br>John Treadway<br>3258 Trinity Mill Cir<br>Dacula, GA 30019 | 948 | 10/04/2012 | $0.00<br>$0.00<br>$10,962.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 2866 filed by UMB Bank, N.A. |
| 41 | John N. Murray<br>1248 Candleridge Ct.<br>Boise, ID 83712 | 833 | 09/27/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$10,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 42 | Kamlar Corporation<br>844 Buttonwood Drive<br>Winston-Salem, NC 27104 | 737 | 09/25/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$10,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINTH OMNIBUS OBJECTION - DUPLICATE DEBT CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 43 | Marjorie A Hanson IRA BDA Custodian National Financial Services, LLC<br>Marjorie A. Hanson<br>1292 Ponte Vedra Blvd<br>Ponte Vedra Beach, FL 32082 | 1556 | 10/23/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$52,125.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 44 | Michael A. Paprzyca<br>3620 N. Pine Grove, Unit 210<br>Chicago, IL 60613 | 864 | 09/28/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 45 | Moises Chayo Safdie<br>1710 Avenida Del Mundo 1002<br>Coronado, CA 92118 | 3639 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$230,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 46 | Mr. Franzosi Celestino<br>Via Chiaravagna 10 A/19<br>Genova, 16153, Italy | 2249 | 11/05/2012 | € 0.00<br>€ 0.00<br>€ 0.00<br>€ 0.00<br>€ 50,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 47 | Ms. Anuschka Mondelli<br>Ludwig-Thoma-Strasse 27<br>Grunwald, 82031, Germany | 1415 | 10/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$35,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 48 | National Financial Services LLC Custodian Heather Forbes Sons IRA<br>Heather E Furbes Jones<br>11700 Gullane Court<br>Charlotte, NC 28277 | 1560 | 10/23/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$26,062.50 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 49 | National Financial Services LLC Custodian Hesse Financial Services PSRP PS<br>Bruce S. Hesse<br>11 Pruner Farm Rd<br>Lebanon, NJ 08833 | 1568 | 10/23/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$10,425.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINTH OMNIBUS OBJECTION - DUPLICATE DEBT CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 50 | National Financial Services LLC Custodian IRA FBO Robin M. Forbes Jones<br>Robin M. Forbes Jones<br>11700 Gullane Court<br>Charlotte, NC 28277 | 1565 | 10/23/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$26,062.50 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 51 | National Financial Services LLC Custodian Mathews A. Nunes IRA<br>80 Old Clinton Rd<br>Flemington, NJ 08822 | 1408 | 10/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$45,870.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 52 | National Indemnity Company of Mid-America<br>Berkshire Hathaway Inc<br>3555 Farnam St<br>Omaha, NE 68131 | 2025 | 10/30/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$27,112,152.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 2866 filed by UMB Bank, N.A. |
| 53 | Peter Schafer<br>Am Geholz 8<br>Geesthacht, 21502, Germany | 3811 | 11/08/2012 | € 0.00<br>€ 0.00<br>€ 0.00<br>€ 0.00<br>€ 100,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 54 | Philip & Nancy Slominski<br>110 Jackson Dr<br>Liverpool, NY 13088 | 730 | 09/25/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,928.75 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 55 | Richard C. Gilsdorf<br>68-3840 Lua Kula St., Apt D-203<br>Waikoloa, HI 96738 | 2053 | 11/01/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$10,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 56 | Robert D. Topp, Roth Contributory IRA<br>5679 N. Cotton Pl<br>Tucson, AZ 85743 | 713 | 09/24/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$15,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINTH OMNIBUS OBJECTION - DUPLICATE DEBT CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 57 | Robert Gutman 1999 Family Trust FBO John A Gutman Part A<br>John Gutman, Trustee<br>PO Box 6067<br>Lawrenceville, NJ 08648-0067 | 5073 | 11/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 58 | Robert W Huiskamp Trust DTD 2/14/84<br>Robert W Huiskamp<br>7950 Moorsbridge Rd Suite 100<br>Portage, MI 49024 | 619 | 09/21/2012 | $0.00<br>$0.00<br>$70,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 2866 filed by UMB Bank, N.A. |
| 59 | Rocco Palaia & Beth Palaia<br>Rocco Palaia<br>22 Shearn Dr<br>Middlesex, NJ 08846 | 1267 | 10/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$15,637.50 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 60 | Rodefeld, Klaus<br>Visbecker Ring 29 Bad Jburg<br>DE-49186 , Deutschland | 351 | 07/30/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 61 | Russell Timmermann<br>7710 Wykeham Drive<br>Austin, TX 78749 | 4227 | 11/09/2012 | $0.00<br>$0.00<br>$27,093.75<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 62 | S.R.H. Keogh Plan<br>24 Maytime Drive<br>Jericho, NY 11753 | 869 | 09/28/2012 | $0.00<br>$0.00<br>$0.00<br>$14,998.39<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 63 | Salomon Serruya and Gladys Victoria Mora JTWROS<br>1700 W 24 St<br>Sunset Island 3<br>Miami Beach, FL 33140 | 1177 | 10/12/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$15,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINTH OMNIBUS OBJECTION - DUPLICATE DEBT CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 64 | Stanley H Hesse Marital Trust<br>Bruce S. Hesse<br>11 Pruner Farm Rd<br>Lebanon, NJ 08833 | 1555 | 10/23/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$59,478.75 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 65 | Sunset Advisors<br>c/o Richard Fels<br>227 Sunset Ave<br>Ridgewood, NJ 07450 | 1090 | 10/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$32,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 66 | Thomas C. Gudusky, Linda L. Gudusky<br>6689 Brownstone Drive<br>New Hope, PA 18938 | 1486 | 10/22/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$11,467.50 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 67 | TRITUS DEVELOPMENT COMPANY LTD<br>MADS MICHELSEN<br>HOLMEGAARDSVEJ 38<br>Charlottenlund, DK 2920 , Denmark | 853 | 09/28/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 68 | William JB Davies<br>172 Einstein Way<br>Cranbury, NJ 08512 | 1557 | 10/23/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$31,275.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 69 | Wolfgang Payer<br>Helenenstrasse 1<br>St Gilgen, A-5340, Austria | 1695 | 10/26/2012 | € 0.00<br>€ 0.00<br>€ 0.00<br>€ 0.00<br>€ 107,065.63 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |