**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**ORDER GRANTING DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS**
**(LATE-FILED BORROWER CLAIMS)**

Upon the Fifth omnibus claims objection, dated June 7, 2013 (the "<u>Fifth Omnibus Claims Objection</u>"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "<u>Debtors</u>"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "<u>Procedures Order</u>"), disallowing and expunging the Late-Filed Borrower Claims on the basis that they were filed after the applicable Bar Date, all as more fully described in the Fifth Omnibus Claims Objection; and it appearing that this Court has jurisdiction to consider the Fifth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Fifth Omnibus Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Fifth Omnibus Claims Objection having been provided, and it appearing that no other or further notice need be

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Fifth Omnibus Claims Objection.

provided; and upon consideration of the Fifth Omnibus Claims Objection and the Declaration of Deanna Horst in Support of the Debtors' Fifth Omnibus Objection to Claims (Late-Filed Borrower Claims), annexed to the Fifth Omnibus Claims Objection as Exhibit 1; and the Court having found and determined that the relief sought in the Fifth Omnibus Claims Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Fifth Omnibus Claims Objection establish just cause for the relief granted herein; and the Court having determined that the Fifth Omnibus Claims Objection complies with the Borrower Claim Procedures set forth in the Procedures Order; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Fifth Omnibus Claims Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit A annexed hereto (collectively, the "Late-Filed Borrower Claims") are hereby disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is directed to disallow and expunge the Late-Filed Borrower Claims identified on the schedule attached as Exhibit A hereto so that such claims are no longer maintained on the Debtors' official claims register; and it is further

ORDERED that the following matters relating to the Late-Filed Borrower Claims shall be adjourned to the omnibus hearing scheduled for July 26, 2013:

- Tracey J. Marshall (Claim No. 5726);
- Norma G. Green (Claim No. 6282); and
- Todd Phelps (Claim No. 6315); and it is further

2

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Fifth Omnibus Claims Objection as provided therein shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed on Exhibit A annexed to this Order, and all rights to object on any basis are expressly reserved with respect to any such claim that is not listed on Exhibit A annexed hereto; and it is further

ORDERED that this Order shall be a final order with respect to each of the Late-Filed Borrower Claims identified on Exhibit A, annexed hereto, as if each such Late-Filed Borrower Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: July 15, 2013
      New York, New York

                                                                /s/Martin Glenn
                                                                MARTIN GLENN
                                           United States Bankruptcy Judge

**Exhibit A**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 1 | Reinaldo S Camilo et al VS MERS Inc GMAC Mortgage LLC et al Seacoast Mortgage Corp Federal National Mortgage Association<br>LAW OFFICES OF GEORGE E BABCOCK<br>574 CENTRAL AVE<br>PAWTUCKET, RI 02861 | 5502 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 2 | Richard A. Roman<br>4011 Santa Anita<br>El Paso, TX 79902 | 5865 | 11/19/2012 | $25,000.00<br>$0.00<br>$175,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 3 | Richard J. & Elizabeth M. Lobdell<br>1500 Shoecraft Rd<br>Penfield, NY 14526 | 5941 | 11/27/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 4 | Rick Greer<br>1010 Northwest 4th Avenue<br>Camas, WA 98607 | 5742 | 11/19/2012 | $0.00<br>$0.00<br>$148,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 5 | Rick Greer<br>1010 Northwest 4th Avenue<br>Camas, WA 98607 | 5744 | 11/19/2012 | $0.00<br>$0.00<br>$214,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

|   | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 6 | Rick Greer<br>1010 Northwest 4th Avenue<br>Camas, WA 98607 | 5745 | 11/19/2012 | $0.00<br>$0.00<br>$141,450.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 7 | ROBERT BELPEDIO<br>DEBORAH BELPEDIO<br>23 DEER RUN COURT<br><br>EAST BRUNSWICK, NJ 08816 | 5769 | 11/19/2012 | $100,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 8 | Robert M Sauro II vs Mortgage Electronic Registration Systems Inc Mortgage Lenders Network USA Inc Cadlerock Joint et al<br>LAW OFFICES OF GEORGE E BABCOCK<br>574 CENTRAL AVE<br>PAWTUCKET, RI 02861 | 5496 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 9 | Roberto Carlos Munive & Kathleen Munive<br>Rachael Hammer<br>7700 Leesburg Pike, Suite #312<br>Falls Church, VA 22043 | 5868 | 11/21/2012 | $0.00<br>$0.00<br>$8,616,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 10 | Roman and Gail Kochanski<br>Holler Law Firm, LLC<br>9 Research Drive, Suite 2<br>Milford, CT 06460 | 5816 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

|    | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|----|------------------|--------------|------------|--------------|---|----------------------|----------------------|
| 11 | Ronney Charles Schaffer and Karen Lynn Schaffer<br>17905 Mundare Ave.<br>Artesia, CA 90701-3934 | 5863 | 11/19/2012 | $0.00<br>$0.00<br>$187,309.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 12 | Ronney Charles Schaffer and Karen Lynn Schaffer<br>17905 Mundare Ave.<br>Artesia, CA 90701-3934 | 5864 | 11/19/2012 | $0.00<br>$0.00<br>$45,747.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 13 | Sean Davis<br>c/o Cynthia L. Carroll, Esquire<br>262 Chapman Road, Suite 108<br>Newark, DE 19702 | 5873 | 11/21/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 14 | Steven and Julie Klopp<br>5875 E Avon St<br>Inverness, FL 34452 | 6292 | 12/03/2012 | $0.00<br>$0.00<br>$126,000.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 15 | Susan Vineyard<br>John Chullen<br>903 W Washington St<br>Benton, IL 62812 | 6335 | 12/10/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,000,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

|    | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|----|------------------|--------------|------------|--------------|--|----------------------|----------------------|
| 16 | Tabatha C. Gallien<br>4131 N. 15th St<br>Milwaukee, WI 53209 | 5756 | 11/19/2012 | $147,500.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 17 | Thais D Lanning aka Thais L Harnett aka Thais L Kelly vs Mortgage Electronic Registration System GMAC Mortgage Corp et al<br>LAW OFFICES OF GEORGE E BABCOCK<br>574 CENTRAL AVE<br>PAWTUCKET, RI 02861 | 5462 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 18 | Thomas E & Frances Courtright<br>193 West Owassa Turnpike<br>Newton, NJ 07860 | 5797 | 11/20/2012 | $0.00<br>$0.00<br>$94,063.41<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 19 | Tiffany Goodloe<br>2571 Niagara St<br>Denver, CO 80207 | 5944 | 11/27/2012 | $0.00<br>$0.00<br>$34,060.75<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 20 | Timothy J Mathewson and Terri A Mathewson v Mortgage Electronic Registration Systems Inc GMAC Mortgage LLC and John et al<br>GEORGE E BABCOCK ESQ<br>574 CENTRAL AVE<br>PAWTUCKET, RI 02861 | 5498 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 21 | Trevina Bennett The Estate of Jeweline Bennett<br>Account Number xxx4579<br>3119 Peachtree Lane<br>Missouri City, TX 77459 | 5371 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$14,613.27 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMACM Borrower LLC | 12-12035 |
| 22 | Trevina Bennett The Estate of Jeweline Bennett<br>Account Number xxx4579<br>3119 Peachtree Lane<br>Missouri City, TX 77459 | 5389 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$14,613.27 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 23 | Trevina Bennett The Estate of Jeweline Bennett<br>Account Number xxx4579<br>3119 Peachtree Lane<br>Missouri City, TX 77459 | 5392 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$14,613.27 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |
| 24 | Trevina Bennett The Estate of Jeweline Bennett<br>Account Number xxx4579<br>3119 Peachtree Lane<br>Missouri City, TX 77459 | 5398 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$14,613.27 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 25 | Trevina Bennett The Estate of Jeweline Bennett<br>Account Number xxx4579<br>3119 Peachtree Lane<br>Missouri City, TX 77459 | 5402 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$14,613.27 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Residential Holding Company, LLC | 12-12033 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

|    | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|----|------------------|--------------|------------|--------------|--|----------------------|----------------------|
| 26 | Trevina Bennett The Estate of Jeweline Bennett<br>Account Number xxx4579<br>3119 Peachtree Lane<br>Missouri City, TX 77459 | 5405 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$14,613.27 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC RH Settlement Services, LLC | 12-12034 |
| 27 | WACHOVIA BANK NA VS GREGG MICHAEL WEISS MARNI FINKELSTEIN AKA MARNI FINKELSTEIN UNITED STATES OF AMERICA OBO et al<br>LAW OFFICES OF CAMPOS LAZAR and MARTIN PLLC<br>475 MONTAUK HWY<br>WEST ISLIP, NY 11795 | 6002 | 11/26/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,135,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 28 | Warren McKenna<br>843 Chilton Lane<br>Wilmette, IL 60091 | 5750 | 11/19/2012 | $0.00<br>$0.00<br>$112,500.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 29 | William and Desiree Cooper<br>c/o Cynthia L. Carroll, Esquire<br>262 Chapman Road, Suite 108<br>Newark, DE 19702 | 5871 | 11/21/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 30 | William Edward Kimbrough IV & Catherine P. Kimbrough<br>35533 Yellowstone Street<br>Winchester, CA 92596 | 5771 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$305,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTH OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 31 | Yohannah D. Baptiste and Riderick G. Baptiste<br>153 W. Silver Maple Drive<br>Slidell, LA 70458 | 5792 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$134,453.36 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |