**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS**
**(REDUNDANT BORROWER CLAIMS)**

Upon the eighth omnibus claims objection, dated May 1, 2013 (the "<u>Eighth Omnibus Claims Objection</u>"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "<u>Debtors</u>"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "<u>Procedures Order</u>"), disallowing and expunging the Redundant Borrower Claims on the basis that such claims are duplicates of (though not identical to) corresponding claims, all as more fully described in the Eighth Omnibus Claims Objection; and it appearing that this Court has jurisdiction to consider the Eighth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Eighth Omnibus Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Eighth Omnibus Claims Objection having been provided, and it

---

[1]  Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Eighth Omnibus Claims Objection.

appearing that no other or further notice need be provided; and upon consideration of the Eighth Omnibus Claims Objection and the Declaration of Deanna Horst in Support of Debtors' Eighth Omnibus Objection to Claims (Redundant Borrower Claims), annexed to the Objection as Exhibit 1; and the Court having found and determined that the relief sought in the Eighth Omnibus Claims Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Eighth Omnibus Claims Objection establish just cause for the relief granted herein; and the Court having determined that the Eighth Omnibus Claims Objection complies with the Borrower Claim Procedures set forth in the Procedures Order; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Eighth Omnibus Claims Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit A annexed hereto under the heading "Claims to be Disallowed and Expunged" (collectively, the "Redundant Borrower Claims") are disallowed and expunged; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is directed to disallow and expunge the Redundant Borrower Claims identified on the schedule attached as Exhibit A hereto so that such claims are no longer maintained on the Debtors' official claims register; and it is further

ORDERED that the claims listed on Exhibit A annexed hereto under the heading "Surviving Claims" (collectively, the "Surviving Claims") will remain on the claims register, and such claims are neither allowed nor disallowed at this time; and is further

ORDERED that the disallowance and expungement of the Redundant Borrower Claims does not constitute any admission or finding with respect to any of the Surviving Claims; and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Eighth Omnibus Claims Objection as provided therein shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any Surviving Claims, and the Debtors' and all party in interest's rights to object on any basis are expressly reserved with respect to any Surviving Claim listed on Exhibit A annexed hereto or any other claim not listed on Exhibit A; and it is further

ORDERED that this Order shall be a final order with respect to each of the Redundant Borrower Claims identified on Exhibit A, annexed hereto, as if each such Redundant Borrower Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: July 15, 2013
     New York, New York

                                                      **/s/Martin Glenn**
                                                      MARTIN GLENN
                                          United States Bankruptcy Judge

**Exhibit A**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTH OMNIBUS OBJECTION - REDUNDANT CLAIMS (BORROWER CLAIMS)

| | Claims to be Disallowed and Expunged | | | | | | Surviving Claims | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
| 1 | Albina Tikhonov - Legal Holder of Paramount Interest (Secured Party Creditor)<br>14713 Valleyheart Drive<br>Sherman Oaks, CA 91403 | 1066 | 10/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$950,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Albina Tikhonov - Legal Holder of Paramount Interest (Secured Party Creditor)<br>14713 Valleyheart Drive<br>Sherman Oaks, CA 91403 | 1341 | 10/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$950,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 2 | Caren Wilson<br>Caren, Beneficiary for the Estate of Caren (Karen) Wilson<br>633 Sunset Lane<br>Culpeper, VA 22701 | 2431 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$5,050,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Caren Wilson<br>Caren, Beneficiary for the Estate of Caren (Karen) Wilson<br>633 Sunset Lane<br>Culpeper, VA 22701 | 4754 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$5,050,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 3 | Glenn Michael Prentice/Douglas Bennett et al<br>37655 Palmar<br>Clinton Township, MI 48036 | 419 | 08/20/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$400,000.00 Secured<br>$0.00 Priority<br>$3,600,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | Glenn Michael Prentice / Douglas Bennett et al<br>37655 Palmar<br>Clinton Township, MI 48036 | 429 | 08/21/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$400,000.00 Secured<br>$0.00 Priority<br>$3,600,000.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 4 | Jae S. Park and Hollie H. Park<br>c/o Pak & Moring PLC<br>8930 E. Raintree Drive, Suite 100<br>Scottsdale, AZ 85260 | 1423 | 10/19/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$424,000.00 General Unsecured | GMAC Mortgage USA Corporation | 12-12031 | Jae S. Park and Hollie H. Park<br>c/o Pak & Moring PLC<br>8930 E. Raintree Drive, Suite 100<br>Scottsdale, AZ 85260 | 1904 | 10/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$424,000.00 General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |
| 5 | Jeffrey Cohen<br>7914 Ridgeglen Circle West<br>Lakeland, FL 33809 | 1312 | 10/16/2012 | $89,764.61 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage USA Corporation | 12-12031 | Jeffrey Cohen<br>7914 Ridgeglen Circle West<br>Lakeland, FL 33809 | 1313 | 10/16/2012 | $89,764.61 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |
| 6 | Lureather C. Rouse<br>13106 Beachwood Ave.<br>Cleveland, OH 44105 | 3618 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Lureather C. Rouse<br>13106 Beachwood Ave.<br>Cleveland, OH 44105 | 4144 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$64,400.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 7 | Mihailescu Florin<br>PMB 545<br>8776 E Shea Blvd # 33A<br>Scottsdale, AZ 85260-6629 | 50 | 06/01/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$496,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Mihailescu Florin<br>PMB 545<br>8776 E Shea Blvd # 33A<br>Scottsdale, AZ 85260-6629 | 274 | 07/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$496,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 8 | Mountain State Justice Inc on behalf of Maryann Smith<br>Maryan Smith vs GMAC Mortgage, LLC and the Bank of New York Mellon Company, N.A.<br>1031 Quarrier Street, Suite 200 | 4092 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$74,999.99 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Maryann Smith vs GMAC Mortgage LLC and The Bank of New York Mellon Company NA<br>Mountain State Justice Inc<br>1031 Quarrier St Ste 200<br>Charleston, WV 25301 | 4743 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$74,999.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 9 | Patricia J. McNerney<br>Susan Marie Gray, Attorney at Law<br>22255 Center Ridge Road, Suite 201<br>Rocky River, OH 44116 | 3880 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$600,000.00 General Unsecured | Homecomings Financial, LLC | 12-12042 | Patricia J. McNerney<br>Susan Marie Gray, Attorney at Law<br>22255 Center Ridge Road, Suite 201<br>Rocky River, OH 44116 | 4762 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$600,000.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTH OMNIBUS OBJECTION - REDUNDANT CLAIMS (BORROWER CLAIMS)

| | Claims to be Disallowed and Expunged | | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 10 | Patricia J. McNerney<br>Susan Marie Gray, Attorney at Law<br>22255 Center Ridge Road, Suite 201<br>Rocky River, OH 44116 | 3941 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$600,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Patricia J. McNerney<br>Susan Marie Gray, Attorney at Law<br>22255 Center Ridge Road, Suite 201<br>Rocky River, OH 44116 | 4764 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$600,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 11 | Patti Ann Tetherow<br>807 SE 1st St<br>Evansville, IN 47713 | 3677 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$337,420.00 Secured<br>$2,836.00 Priority<br>$0.88 General Unsecured | Residential Capital, LLC | 12-12020 | Patti Ann Tetherow<br>807 SE 1st St<br>Evansville, IN 47713 | 3819 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$337,420.00 Secured<br>$2,836.00 Priority<br>$0.88 General Unsecured | Residential Capital, LLC | 12-12020 |
| 12 | Thomas G. Cooper and Catherine D. Cooper<br>PO Box 1073<br>Salem, NH 03079-1073 | 4912 | 11/15/2012 | UNLIQUIDATED Administrative Priority<br>$0.00 Administrative Secured<br>$50,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Thomas G. Cooper and Catherine D. Cooper<br>PO Box 3671<br>Concord, NH 03302-3671 | 6270 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$50,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 13 | Tia Smith<br>4011 Hubert Avenue<br>Los Angeles, CA 90008 | 3841 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,000,000.00 General Unsecured | Residential Accredit Loans, Inc. | 12-12052 | Tia Smith<br>4011 Hubert Avenue<br>Los Angeles, CA 90008 | 4139 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,000,000.00 General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |
| 14 | Tia Smith<br>4011 Hubert Avenue<br>Los Angeles, CA 90008 | 3849 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,000,000.00 General Unsecured | Homecomings Financial, LLC | 12-12042 | Tia Smith<br>4011 Hubert Ave.<br>Los Angeles, CA 90008 | 4129 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,000,000.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 15 | Tia Smith<br>4011 Hubert Avenue<br>Los Angeles, CA 90008 | 3851 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,000,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Tia Smith<br>4011 Hubert Avenue<br>Los Angeles, CA 90008 | 3889 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,000,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 16 | Tia Smith<br>4011 Hubert Avenue<br>Los Angeles, CA 90008 | 3853 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,000,000.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | Tia Smith<br>4011 Hubert Avenue<br>Los Angeles, CA 90008 | 4134 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,000,000.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 17 | Tomas Diaz<br>5200 SW 122 Ave<br>Miami, FL 33175 | 1913 | 10/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$400,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Homecomings Financial, LLC | 12-12042 | Tomas Diaz<br>5200 SW 122 Ave<br>Miami, FL 33175 | 4702 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$400,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 18 | Wekesa O Madzimoyo vs The Bank of New York Mellon Trust Company NYBMT NA formerly known as The Bank of New York et al<br>852 BRAFFERTON PL<br>STONE MOUNT, GA 30083 | 3691 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,275,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Wekesa O Madzimoyo vs The Bank of New York Mellon Trust Company NYBMT NA formerly known as The Bank of New York et al<br>852 BRAFFERTON PL<br>STONE MOUNT, GA 30083 | 5800 | 11/20/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,275,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |