**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
───────────────────────────────────────── )
                                          )
In re:                                    )   Case No. 12-12020 (MG)
                                          )
RESIDENTIAL CAPITAL, LLC, et al.,         )   Chapter 11
                                          )
                    Debtors.              )   Jointly Administered
                                          )
─────────────────────────────────────────
```

**ORDER GRANTING DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS**
**(DUPLICATE BORROWER CLAIMS)**

Upon the sixth omnibus claims objection, dated June 7, 2013 (the "Sixth Omnibus Claims Objection"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "Procedures Order"), disallowing and expunging the Duplicate Borrower Claims on the basis that such claims are duplicates of corresponding claims, all as more fully described in the Sixth Omnibus Claims Objection; and it appearing that this Court has jurisdiction to consider the Sixth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Sixth Omnibus Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Sixth Omnibus Claims Objection having been provided, and it appearing that no other or further notice need be

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Sixth Omnibus Claims Objection.

provided; and upon consideration of the Sixth Omnibus Claims Objection and the Declaration of Deanna Horst in Support of Debtors' Sixth Omnibus Objection to Claims (Duplicate Borrower Claims), annexed to the Objection as <u>Exhibit 1</u>; and the Court having found and determined that the relief sought in the Sixth Omnibus Claims Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Sixth Omnibus Claims Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Sixth Omnibus Claims Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on <u>Exhibit A</u> annexed hereto under the heading "Claims to be Disallowed and Expunged" (collectively, the "<u>Duplicate Borrower Claims</u>") are disallowed and expunged; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is directed to disallow and expunge the Duplicate Borrower Claims identified on the schedule attached as <u>Exhibit A</u> hereto so that such claims are no longer maintained on the Debtors' official claims register; and it is further

ORDERED that the claims listed on <u>Exhibit A</u> annexed hereto under the heading "Surviving Claims" (collectively, the "<u>Surviving Borrower Claims</u>") will remain on the claims register, and such claims are neither allowed nor disallowed at this time; and is further

ORDERED that the disallowance and expungement of the Duplicate Borrower Claims does not constitute any admission or finding with respect to any of the Surviving Borrower Claims; and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Sixth Omnibus Claims Objection as provided therein shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any Surviving Borrower Claims, and the Debtors' and any party in interest's rights to object on any basis are expressly reserved with respect to any Surviving Borrower Claim listed on Exhibit A annexed hereto or any other claim not listed on Exhibit A; and it is further

ORDERED that this Order shall be a final order with respect to each of the Duplicate Borrower Claims identified on Exhibit A, annexed hereto, as if each such Duplicate Borrower Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: July 15, 2013
      New York, New York

                                                     /s/Martin Glenn
                                                 MARTIN GLENN
                                      United States Bankruptcy Judge

**Exhibit A**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

SIXTH OMNIBUS OBJECTION - DUPLICATE CLAIMS (BORROWER CLAIMS)

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Claims to be Disallowed and Expunged | | | | | Surviving Claims | | | | | | |
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 1 | Angelo Ravanello<br>C/O Frank B. Watkins<br>Frank B. Watkins, P.C.<br>2333 Rose Lane<br>PO Box 1811<br>Riverton, WY 82501 | 646 | 09/24/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,095.00 General Unsecured | Residential Capital, LLC | 12-12020 | Angelo Ravanello<br>C/O Frank B. Watkins<br>Frank B. Watkins, P.C.<br>2333 Rose Lane<br>PO Box 1811<br>Riverton, WY 82501 | 726 | 09/24/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,095.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 2 | Armstrong, Eugene, Peggy & Richard<br>John F. Wiley, Esquire<br>J Frederick Wiley PLLC<br>180 Chancery Row<br>Morgantown, WV 26505 | 2605 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$691,105.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Armstrong, Eugene, Peggy & Richard<br>John F. Wiley, Esquire<br>J Frederick Wiley PLLC<br>180 Chancery Row<br>Morgantown, WV 26505 | 4459 | 11/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$691,105.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 3 | David B. Kirkland and Wayne S. Feehan<br>114 W. LeMoyne Parkway<br>Oak Park, IL 60302-1120 | 1450 | 10/22/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | David B. Kirkland and Wayne S. Feehan<br>114 W. LeMoyne Parkway<br>Oak Park, IL 60302-1120 | 1483 | 10/22/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 4 | Deborah J Turner<br>PO Box 1018<br>1107 Highway WW<br>Sullivan, MO 63080 | 2062 | 10/31/2012 | $168,743.24 Administrative Priority<br>$0.00 Administrative Secured<br>$135,000.00 Secured<br>$168,743.24 Priority<br>$33,743.24 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Deborah J Turner<br>PO Box 1018<br>Sullivan, MO 63080 | 2068 | 10/31/2012 | $168,743.24 Administrative Priority<br>$0.00 Administrative Secured<br>$135,000.00 Secured<br>$168,743.24 Priority<br>$33,743.24 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 5 | Deborah J Turner<br>PO Box 1018<br>1107 Highway WW<br>Sullivan, MO 63080 | 2064 | 10/31/2012 | $168,743.24 Administrative Priority<br>$0.00 Administrative Secured<br>$135,000.00 Secured<br>$168,743.24 Priority<br>$33,743.24 General Unsecured | Residential Capital, LLC | 12-12020 | Deborah J Turner<br>PO Box 1018<br>Sullivan, MO 63080 | 2069 | 10/31/2012 | $168,743.24 Administrative Priority<br>$0.00 Administrative Secured<br>$135,000.00 Secured<br>$168,743.24 Priority<br>$33,743.24 General Unsecured | Residential Capital, LLC | 12-12020 |
| 6 | Debra A. Carter<br>38742 Golfview<br>Clinton Township, MI 48038 | 455 | 09/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$80,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debra A. Carter<br>38742 Golfview<br>Clinton Township, MI 48038 | 461 | 09/04/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$80,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 7 | Dianne B. Boyter<br>5909 Four Wood Drive<br>Matthews, NC 28104 | 2542 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$530,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Dianne B. Boyter<br>5909 Four Wood Drive<br>Matthews, NC 28104 | 3482 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$530,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 8 | Estate of Felecia Victoria Mitchell<br>Estate of Felecia Victoria Mitchell<br>(A/K/A Phyllis Victoria Mitchell)<br>C/O Karen A. Mitchell-Smith,<br>Temporary Administratrix<br>41 Rosedale Trace<br>Hampton, GA 30228-2782 | 5662 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$62,313.77 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Estate of Felicia Victoria Mitchell<br>a/k/a Phyllis Victoria Mitchell<br>c/o Karen A. Mitchell-Smith,<br>Temporary Administratrix<br>41 Rosedale Trace<br>Hampton, GA 30228-2782 | 5724 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$62,313.77 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

SIXTH OMNIBUS OBJECTION - DUPLICATE CLAIMS (BORROWER CLAIMS)

| | Claims to be Disallowed and Expunged | | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 9 | Gale Gibbs<br>C/O Post Office Box 6741<br>Arlington , TX 76005-6741 | 4168 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$50,000.00 Secured<br>$0.00 Priority<br>$33,352.55 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Gale Gibbs<br>C/O Post Office Box 6741<br>Arlington , TX 76005-6741 | 4701 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$50,000.00 Secured<br>$0.00 Priority<br>$33,352.55 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 10 | Gerald Gandrup<br>PO Box 67359<br>Scotts Valley, CA 95067 | 3859 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,000,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | Gerald Gandrup<br>PO Box 67359<br>Scotts Valley, CA 95067 | 4167 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,000,000.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 11 | Gerard Wiener, for Himself and as Representative of the Estate of Roland Wiener<br>Gerard Wiener<br>c/o David J. Brown, Attorney at Law<br>1135 Ulloa Street<br>San Francisco, CA 94127 | 2891 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$299,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | Gerard Wiener, for Himself and as Representative of the Estate of Roland Wiener<br>Gerard Wiener<br>c/o David J. Brown, Attorney at Law<br>1135 Ulloa Street<br>San Francisco, CA 94127 | 2892 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$299,000.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 12 | GMAC Mortgage LLC v Gary Burden and Ayanna Burden<br>Law Offices of Sheldon J Vann and Associates<br>841 Prudential Drive12th Fl<br>Jacksonville, FL 32207 | 717 | 09/24/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$150,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | GMAC Mortgage LLC v Gary Burden and Ayanna Burden<br>Law Offices of Sheldon J Vann and Associates<br>841 Prudential Drive12th Fl<br>Jacksonville, FL 32207 | 756 | 09/25/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$150,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 13 | GREGORY C MORSE VS ROBERT STANLEY ABB MORTGAGGE WALID ABD PINNACLE TITLE COMPANY LP COMMONWEALTH LAND TITLE et al<br>SANDERS OHANLON AND MOTLEY PLLC<br>111 S TRAVIS ST<br>SHERMAN, TX 75090 | 5656 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$6,475,662.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | GREGORY C MORSE VS ROBERT STANLEY ABB MORTGAGGE WALID ABD PINNACLE TITLE COMPANY LP COMMONWEALTH LAND TITLE et al<br>SANDERS OHANLON AND MOTLEY PLLC<br>111 S TRAVIS ST<br>SHERMAN, TX 75090 | 5680 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$6,475,622.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 14 | GREGORY C MORSE VS ROBERT STANLEY ABB MORTGAGGE WALID ABD PINNACLE TITLE COMPANY LP COMMONWEALTH LAND TITLE et al<br>SANDERS OHANLON AND MOTLEY PLLC<br>111 S TRAVIS ST<br>SHERMAN, TX 75090 | 5658 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$6,475,662.00 General Unsecured | Homecomings Financial, LLC | 12-12042 | GREGORY C MORSE VS ROBERT STANLEY ABB MORTGAGGE WALID ABD PINNACLE TITLE COMPANY LP COMMONWEALTH LAND TITLE et al<br>SANDERS OHANLON AND MOTLEY PLLC<br>111 S TRAVIS ST<br>SHERMAN, TX 75090 | 5682 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$6,475,662.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 15 | Jacqueline A. Warner<br>PO Box 2414<br>Redwood City, CA 94064 | 3415 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,049,290.15 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 | Jacqueline A. Warner<br>PO Box 2414<br>Redwood City, CA 94064 | 3502 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,049,290.15 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

SIXTH OMNIBUS OBJECTION - DUPLICATE CLAIMS (BORROWER CLAIMS)

| | Claims to be Disallowed and Expunged | | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 16 | Jay Lalor<br>Lester & Associates, P.C.<br>600 Old Country Road, Suite 229<br>Garden City, NY 11530 | 4696 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 | Jay Lalor<br>Lester & Associates, P.C.<br>600 Old Country Road, Suite 229<br>Garden City, NY 11530 | 4771 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 17 | Jerome & Patricia Haynesworth<br>Jerome L. Haynesworth<br>18215 Cypress Point Terrace<br>Leesburg, VA 20176 | 3796 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$54,384.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Jerome & Patricia Haynesworth<br>Jerome L. Haynesworth<br>18215 Cypress Point Terrace<br>Leesburg, VA 20176 | 4104 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$54,384.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 18 | John R. Tramontano<br>16 Oakland Ave<br>Gilford, NH 03249-7448 | 3448 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$206,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | John R. Tramontano<br>16 Oakland Ave<br>Gilford, NH 03249-7448 | 4737 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$206,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 19 | Juana Cerna<br>14455 San Ardo Drive<br>La Mirada, CA 90638 | 3450 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$25,606.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 | Juana Cerna<br>14455 San Ardo Drive<br>La Mirada, CA 90638 | 4689 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$25,606.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 |
| 20 | LANTZ CLIFFORD LANTZ VS HOMECOMINGS FINANCIAL<br>Eveland and Associates PLLC<br>8833 S Redwood Road Suite C<br>West Jordan, UT 84088 | 1890 | 10/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$590,000.00 General Unsecured | Homecomings Financial, LLC | 12-12042 | Lantz Clifford Lantz vs Homecomings Financial<br>Eveland and Associates PLLC<br>8833 S Redwood RoadSuite C<br>West Jordan, UT 84088 | 2017 | 10/30/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$590,000.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 21 | Law Offices of Sheldon J. Vann & Associates<br>GMAC Mortgage LLC v Gary Burden and Ayanna Burden<br>841 Prudential Dr 12th Fl<br>Jacksonville, FL 32207 | 757 | 09/25/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$150,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | Law Offices of Sheldon J. Vann & Associates<br>GMAC Mortgage LLC v Gary Burden and Ayanna Burden<br>841 Prudential Dr 12th Fl<br>Jacksonville, FL 32207 | 761 | 09/26/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$150,000.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 22 | Letha M McAllister Debtor vs GMAC Mortgage LLC an Indirect Wholly owned subsidiary of Ally Financial Inc fka et al<br>Trotter and Maxfield<br>1701 Richland St<br>Columbia, SC 29201 | 1439 | 10/22/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$61,530.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Letha M McAllister Debtor vs GMAC Mortgage LLC an Indirect Wholly owned subsidiary of Ally Financial Inc fka et al<br>Trotter and Maxfield<br>1701 Richland St<br>Columbia, SC 29201 | 1524 | 10/22/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$61,530.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 23 | Lillie Young - Alexander<br>6356 Goral Court<br>Waldorf, MD 20603 | 3784 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$292,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | Lillie Young - Alexander<br>6356 Goral Court<br>Waldorf, MD 20603 | 3913 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$292,000.00 General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

SIXTH OMNIBUS OBJECTION - DUPLICATE CLAIMS (BORROWER CLAIMS)

| | Claims to be Disallowed and Expunged | | | | | | Surviving Claims | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 24 | Lynn C. Green and James Cassidy<br>6526 Wauconda Dr.<br>Larkspur, CO 80118 | 2780 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$28,800.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage USA Corporation | 12-12031 | Lynn C. Greene & James Cassidy<br>6526 Wauconda Dr.<br>Larkspur, CO 80118 | 3484 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$28,800.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |
| 25 | M. Lewis Kennedy, Jr.<br>Attn Jason L. Yearout<br>Yearout & Traylor, PC<br>3300 Cahaba Road, Suite 300<br>Birmingham, AL 35223 | 4537 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$75,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | M. Lewis Kennedy, Jr.<br>Attn Jason L. Yearout<br>Yearout & Traylor, PC<br>3300 Cahaba Road, Suite 300<br>Birmingham, AL 35223 | 4735 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$75,000.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 26 | M. Nawaz Raja vs. Indy Mac Bank FSB, GMAC Mortgage LLC, GMAC LLC et al<br>42907 Parkbrooke Court<br>Broadlands, VA 20148 | 1406 | 10/18/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$91,662,688.32 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | M. Nawaz Raja vs Indy Mac Bank FSB, GMAC Mortgage LLC, GMAC LLC et al<br>42907 Parkbrooke Court<br>Broadlands, VA 20148 | 1511 | 10/22/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$91,662,688.32 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 27 | Mary R. Binancavilla<br>341 Oak Dr<br>New Cumberland, PA 17070 | 4370 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$144,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | Mary R. Biancavilla<br>341 Oak Dr.<br>New Cumberland, PA 17070 | 4397 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$144,000.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 28 | Mary S. Biancavilla<br>341 Oak Dr.<br>New Cumberland, PA 17070 | 3863 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$144,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | Mary R. Biancavilla<br>341 Oak Dr.<br>New Cumberland, PA 17070 | 4397 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$144,000.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 29 | MATTHEW J DAHL AND JANNA DAHL - HUSBAND & WIFE<br>MATTHEW J DAHL<br>2804 N 3RD STREET<br>FLAGSTAFF, AZ 86004 | 3869 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$57,169.00 General Unsecured | Residential Capital, LLC | 12-12020 | MATTHEW J DAHL AND JANNA DAHL - HUSBAND & WIFE<br>MATTHEW J DAHL<br>2804 N 3RD STREET<br>FLAGSTAFF, AZ 86004 | 4143 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$57,169.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 30 | Monifa Ajanaku<br>1020 Rayner Street<br>Memphis, TN 38114 | 2533 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,323.08 General Unsecured | Residential Capital, LLC | 12-12020 | Monifa Ajanaku<br>1020 Rayner Street<br>Memphis, TN 38114 | 3795 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,323.08 General Unsecured | Residential Capital, LLC | 12-12020 |
| 31 | Nadine Cruz<br>4315 Prelude Pass<br>Elmendorf, TX 78112 | 3445 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$95,693.08 General Unsecured | Residential Capital, LLC | 12-12020 | Nadine Cruz<br>4315 Prelude Pass<br>Elmendorf, TX 78112 | 4746 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$95,693.08 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

SIXTH OMNIBUS OBJECTION - DUPLICATE CLAIMS (BORROWER CLAIMS)

| | Claims to be Disallowed and Expunged | | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 32 | Neelum Nawaz Raja vs. Indy Mac Bank FSB, GMAC Mortgage LLC, GMAC LLC et al<br>42907 Parkbrooke Court<br>Broadlands, VA 20148 | 1405 | 10/18/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$91,662,688.32 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Neelum Nawaz Raja vs. Indy Mac Bank FSB, GMAC Mortgage LLC, GMAC LLC et al<br>42907 Parkbrooke Court<br>Broadlands, VA 20148 | 1510 | 10/22/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$91,662,688.32 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 33 | Peake, David G and Sandra J. Peake<br>9660 Hillcroft Ste 430<br>Houston, TX 77096 | 3769 | 11/08/2012 | $17,500.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Peake, David G and Sandra J. Peake<br>9660 Hillcroft Ste 430<br>Houston, TX 77096 | 3813 | 11/08/2012 | $17,500.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 34 | Robert Gregory Patrick<br>316 Elliott Road<br>Fort Walton Beach, FL 32548 | 3490 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$196,790.75 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Robert Gregory Patrick<br>316 Elliott Road<br>Fort Walton Beach, FL 32548 | 3608 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$196,790.75 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 35 | Robert James Hale and Amie Jo Hale<br>11900 Kenseth Street<br>Bakersfield, CA 93312 | 4543 | 11/13/2012 | $328,243.40 Administrative Priority<br>$0.00 Administrative Secured<br>$325,211.55 Secured<br>$0.00 Priority<br>$3,031.83 General Unsecured | Residential Capital, LLC | 12-12020 | Robert James Hale and Amie Jo Hale<br>11900 Kenseth Street<br>Bakersfield, CA 93312 | 4543 | 11/13/2012 | $328,243.40 Administrative Priority<br>$0.00 Administrative Secured<br>$325,211.55 Secured<br>$0.00 Priority<br>$3,031.83 General Unsecured | Residential Capital, LLC | 12-12020 |
| 36 | SALVADOR VELAZQUEZ AND LUZ E VELAZQUEZ<br>58 LOBOS SL<br>SAN FRANCISCO, CA 94112 | 3452 | 11/07/2012 | $169,000.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage USA Corporation | 12-12031 | SALVADOR VELAZQUEZ AND LUZ E VELAZQUEZ<br>58 LOBOS SL<br>SAN FRANCISCO, CA 94112 | 4747 | 11/14/2012 | $169,000.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |
| 37 | Scott J. Tinker<br>227 Main St<br>Moosup, CT 06354 | 3872 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$44,149.83 General Unsecured | Residential Capital, LLC | 12-12020 | Scott J. Tinker<br>227 Main St<br>Moosup, CT 06354 | 4763 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$44,149.83 General Unsecured | Residential Capital, LLC | 12-12020 |
| 38 | Wes W. Johnson aka Weslie Johnson<br>Wes W. Johnson<br>c/o James H. Seymour, Counselor at Law<br>Post Office Box 1758<br>Crystal Bay, NV 89402-1758 | 2914 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,000,000.00 General Unsecured | Homecomings Financial, LLC | 12-12042 | Wes W. Johnson aka Weslie Johnson<br>Wes W. Johnson<br>c/o James H. Seymour, Counselor at Law<br>Post Office Box 1758<br>Crystal Bay, NV 89402-1758 | 4389 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,000,000.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 39 | Wes W. Johnson aka Weslie Johnson<br>Wes W. Johnson<br>c/o James H. Seymour, Counselor at Law<br>Post Office Box 1758<br>Crystal Bay, NV 89402-1758 | 3433 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,000,000.00 General Unsecured | Executive Trustee Services, LLC | 12-12028 | Wes W. Johnson aka Weslie Johnson<br>Wes W. Johnson<br>c/o James H. Seymour, Counselor at Law<br>Post Office Box 1758<br>Crystal Bay, NV 89402-1758 | 4390 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,000,000.00 General Unsecured | Executive Trustee Services, LLC | 12-12028 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

SIXTH OMNIBUS OBJECTION - DUPLICATE CLAIMS (BORROWER CLAIMS)

| | | \multicolumn{5}{c}{Claims to be Disallowed and Expunged} | \multicolumn{5}{c}{Surviving Claims} |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 40 | Wes W. Johnson aka Weslie Johnson<br>Wes W. Johnson<br>c/o James H. Seymour, Counselor at Law<br>Post Office Box 1758<br>Crystal Bay, NV 89402-1758 | 3441 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,000,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Wes W. Johnson aka Weslie Johnson<br>c/o James H. Seymour, Counselor at Law<br>Post Office Box 1758<br>Crystal Bay, NV 89402 | 4391 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,000,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 41 | William C. Walker & Keiran J. Walker<br>PO Box 2324<br>Antioch, CA 94531 | 5503 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$402,433.20 General Unsecured | Residential Capital, LLC | 12-12020 | William C. Walker & Keiran J. Walker<br>PO Box 2324<br>Antioch, CA 94531 | 5529 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$402,433.20 General Unsecured | Residential Capital, LLC | 12-12020 |
| 42 | William Mask<br>PO Box 29735<br>Oakland, CA 94604 | 1179 | 10/12/2012 | $8,000.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | William Mask<br>PO Box 29735<br>Oakland, CA 94604 | 1196 | 10/12/2012 | $8,000.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |