UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: RESIDENTIAL CAPITAL, LLC, et al

Case No.: 12-12020

Chapter 11

Debtor

-----------------------------------------------------------x

CHARITY ANYAWU, et al

Adversary Proceeding No.: BC483320

Plaintiff

v.

GMAC MORTGAGE, LLC., et al

Defendant

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, ALABA S. AJETUNMOBI, request admission, *pro hac vice*, before the Honorable MARION GLENN, to represent CHARITY ANYANWU and others, a PLAINTIFFS in the above-referenced ☐ case ☑ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of CALIFORNIA and, if applicable, the bar of the U.S. District Court for the CENTRAL District of CALIFORNIA.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 07/11/2013

_____, New York

/ss/ Alaba S. Ajetunmobi

*Mailing Address*:

ALABA S. AJETUNMOBI
100 OCEANGATE, 12TH FLOOR
LONG BEACH, CA 90802

*E-mail address*: atty.alabaajet@justice.c

*Telephone number*: (310) 977-7147

RECEIVED JUL 15 — U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: RESIDENTIAL CAPITAL, LLC, et al        Case No.: 12-12020
                                              Chapter 11

                    Debtor

-----------------------------------------------------------x

CHARITY ANYANWU, et al                        Adversary Proceeding No.: BC483320

                    Plaintiff
            v.
GMAC MORTGAGE, LLC, et al

                    Defendant

-----------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of ALABA S. AJETUNMOBI, to be admitted, *pro hac vice*, to represent CHARITY ANYANWU and others, (the "Client") a PLAINTIFFS in the above referenced ☐ case ☑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of CALIFORNIA and, if applicable, the bar of the U.S. District Court for the CENTRAL District of CALIFORNIA, it is hereby

**ORDERED**, that ALABA S. AJETUNMOBI, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☐ case ☑ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York        /s/ _____
                            UNITED STATES BANKRUPTCY JUDGE