EXHIBIT "B"

GREENE COUNTY, OHIO
FILED

2012 MY -1  PM 12: 50

TERRI A. MAZUR, CLERK
COMMON PLEAS COURT
GREENE COUNTY, OHIO

IN THE COURT OF COMMON PLEAS
GREENE COUNTY, OHIO

Bank of America, N.A., Successor by Merger to
BAC Home Loans Servicing, L.P., fka,
Countrywide Home Loans Servicing, L.P.
7105 Corporate Drive
Plano, TX 75024

    Plaintiff

vs.

Brian M. Hayes
3045 Wolfe Drive
Fairborn, OH 45324
-and-
1158 Date Street
Fairborn, OH 45324

Jane Doe, Real Name Unknown,
The Unknown Spouse, if any,
of Brian M. Hayes
3045 Wolfe Drive
Fairborn, OH 45324
-and-
1158 Date Street
Fairborn, OH 45324

GE Capital Retail Bank, fka, GE Money Bank
170 Election Road, Suite 125
Draper, UT 84020

State of Ohio Department of Taxation
c/o Attorney General
150 East Gay Street
Columbus, OH 43215

The Huntington National Bank
2361 Morse Road NC2W21
Columbus, OH 43229

Case No.: **2012CV0474**


Judge:

**COMPLAINT WITH NOTICE
UNDER THE FAIR DEBT COLLECTION
PRACTICES ACT ATTACHED**

 

Mail Received and Scanned at Carlisle on 5/4/2012 at 11:57 AM