EXHIBIT "C"

## SCHEDULE B

The matter shown below are exceptions to this Preliminary Judicial Report and the Company assumes no liability arising therefrom.

1.    Subject to restrictions, conditions, covenants, agreement, limitations, reservations, right of ways and easements, if any, of record.

2.    Mortgage from Brian M. Hayes, Married to Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans, Inc., P.O. Box 2026, Flint, MI 48501-2026 in the original amount of $88,314.00, dated October 28, 2005, filed for record November 8, 2005 at 8:30 AM and recorded in OR Volume 2498, Page 847 of Greene County Records.

       Said Mortgage was assigned to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, L.P., 400 Countrywide Way, Simi Valley, CA 93065 by Separate Instrument dated March 12, 2010, filed for record April 26, 2010 at 3:08 PM and recorded in OR Volume 3011, Page 146 of Greene County Records.

3.    Mortgage from Brian M. Hayes, Married, and Jennifer Hayes, Married to GE Money Bank, 4246 S. Riverboat Rd., Ste. 200, Salt Lake City, UT 84123 in the original amount of $10,126.75, dated July 17, 2006, filed for record October 16, 2006 at 8:13 AM and recorded in Volume 2630, Page 753 of Greene County Records.

4.    JUDGMENT LIEN: State of Ohio, Department of Taxation, Judgment Creditor, vs. Brian M. Hayes, 1158 Date St., Fairborn, OH 45324, Judgment Debtor, Originated in Greene County Common Pleas Court, Account No. 6666671, CRN No. 04200703193205, Amount $230.86 plus interest and costs. Judgment Dated November 24, 2007, Filed December 5, 2007 at 12:29 PM, Judgment Lien No. 2007CJ2237.

5.    JUDGMENT LIEN: The Huntington National Bank, 2361 Morse Rd., NC2W21, Columbus, Ohio 43229, Judgment Creditor vs. Brian M. Hayes, 1158 Date St., Fairborn, Ohio 45324, Judgment Debtor, Originated Fairborn Municipal Court, Case Number 07CVF01611, Amount $4,222.51, plus interest and costs. Judgment Dated November 15, 2007, Filed January 25, 2008 at 1:48 PM, Judgment Lien Number 2008CJ0138.

6.    JUDGMENT LIEN: Children's Emergency Srvs, P.O. Box 751084, Dayton, OH 45475, Judgment Creditor vs. Jennifer Hayes and Brian M. Hayes, 1158 Date St., Fairborn, OH 45324, Judgment Debtor, Originated Fairborn Municipal Court, Case Number 08CVF00280, Amount $373.00, plus interest and costs. Judgment Dated March 31, 2008, Filed April 25, 2008 at 3:02 PM, Judgment Lien Number 2008CJ0680.

7.    JUDGMENT LIEN: GMAC, LLC, 5700 Crooks Rd., Ste. 301, Troy, MI 48098, Judgment Creditor vs. Brian Hayes AKA Brian M. Hayes, 1158 Date Street, Fairborn, OH 45324,, Judgment Debtor, Originated Fairborn Municipal Court, Case Number 07CVF02098, Amount $9,527.95, plus interest and costs. Judgment Dated March 3, 2008, Filed May 2, 2008 at 1:57 PM, Judgment Lien Number 2008CJ0745.

8.    JUDGMENT LIEN: State of Ohio, Department of Taxation, Judgment Creditor, vs. Brian M. Hayes & Jennifer M. Hayes, 1158 Date St., Fairborn, OH 45324, Judgment Debtor, Originated in Greene County Common Pleas Court, Account No. 7455033, CRN No. 04200811344938, Amount $182.32 plus interest and costs. Judgment Dated January 24, 2009, Filed February 6, 2009 at 10:55 AM, Judgment Lien No. 2009CJ0369.

9.    The following appears on the docket of the United States District Court, Case No. 09-32056, Chapter 7, Petition Filed April 8, 2009:

       (See Copy Attached)

10.    The following entries appear on the docket of the Greene County Common Pleas Court Domestic Relations Division, Case Number 2009 DR 0271: Divorce, Case filed September 14, 2009: