EXHIBIT "D"



MAIN STREET VALUATIONS

### ORDER INFORMATION

| Order Date: 07/01/2013 | Inspection Date: 07/02/2013 | Complete Date: 07/05/2013 | Customer: Carrington Mortgage | Customer Contact: | Customer Contact Info Source: Tax data | Customer Loan No. | Order No. |
|---|---|---|---|---|---|---|---|
| Pool Name: | Borrower: HAYES | Address: 1158 DATE STREET | City: FAIRBORN | State: OH | Zip: 45324 | Assessor Parcel No. A02000200020018000 | |
| Inspection Type: Exterior | Broker Name: Christine Cantrell | Years Of Exp: 13 | Broker Company: Big Hill | Broker Phone: 9374298700 | License Number: 423177 | Expiration Date: 11/27/2013 | |

### PROPERTY INFORMATION

| Property Vacant: Unknown | Secured: Unknown | Land Value: 4000.00 | View: Neighborhood | Market Rent (Mnth): $650 | HOA Fees: $ | Guest House SF: 0 | Guest House Bsmt SF: 0 |
|---|---|---|---|---|---|---|---|
| Currently Listed: No | List in Last 12 Mo.: No | Original List Price: $ | Current List Price: $ | DOM: 0 | Listing Broker: | Listing Company: | Listing Phone: |
| Sold in Last 12 Mo.: No | Original List Price: $ | Final List Price: $ | DOM: 0 | Sale Price: $ | Sale Date: | Listing Broker: | Listing Phone: |

### NEIGHBORHOOD INFORMATION

| Population Density: Urban | Crime/Vandal Risk: Low | Neighborhood Trend: Stable | Home values are: Stable at a rate of: 0.000 | | Environmental Issues: Unknown | Owner Occupied %: 70.00% | Pride of Ownership: Average |
|---|---|---|---|---|---|---|---|
| Competing Listings: 12 | Value Range: $35,000 to: $90,000 | | Supply: Stable | Demand: Stable | Predominant Buyer: First-time buyer | # of Border or Blocked up homes: 1 | Approximate # of comps in neighborhood for sale: 5 |

### REPAIR DETAILS

| Repairs Total: $ | Repairs Recommended: No | | Days to Complete: 0 to: 0 | Resale Problem: No | | | |
|---|---|---|---|---|---|---|---|

### INTERIOR

| Painting: $ | Structural: $ | Appliances: $ | Utilities: $ | Carpet/Floors: $ | Other: $ | Cleaning/Trash Removal: $ | |
|---|---|---|---|---|---|---|---|

### EXTERIOR

| Painting: $ | Foundation: $ | Landscaping: $ | Roof: $ | Windows: $ | Other: $ | Pool: $ | |
|---|---|---|---|---|---|---|---|

### COMPARABLE INFORMATION

| Property Info | Subject | Sold Comp 1 | Sold Comp 2 | Sold Comp 3 | Listed Comp 1 | Listed Comp 2 | Listed Comp 3 |
|---|---|---|---|---|---|---|---|
| Address: | 1158 DATE STREET | 1227 Hemlock | 1002 Victoria Ave | 11 Diana Ln | 268 State St | 1016 S Central Ave | 1105 Harvard |
| Address 2: | | | | | | | |
| City: | FAIRBORN | Fairborn | Fairborn | Fairborn | Fairborn | Fairborn | Fairborn |
| County: | Greene | Greene | Greene | Greene | Greene | Greene | Greene |
| State: | OH | OH | OH | OH | OH | OH | OH |
| Zip: | 45324 | 45324 | 45324 | 45324 | 45324 | 45324 | 45324 |
| Proximity: | | 0.19 | 0.28 | 0.67 | 0.55 | 0.24 | 0.15 |
| Current List Price: | $ | $45,000 | $55,000 | $84,900 | $48,900 | $69,000 | $78,000 |
| Original List Price: | $ | $55,000 | $89,900 | $89,900 | $50,000 | $72,900 | $78,000 |
| Sale Price: | $ | $39,000 | $52,500 | $76,000 | | | |
| Sale Date: | | 06/26/2013 | 04/01/2013 | 03/26/2013 | | | |
| Sale Type: | FMV | FMV | FMV | FMV | FMV | FMV | FMV |
| Concessions: | $ | $ | $ | $ | | | |
| DOM: | 0 | 65 | 63 | 165 | 70 | 95 | 26 |
| NumUnits: | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Property Type: | SFD | SFD | SFD | SFD | SFD | SFD | SFD |
| Property Style: | Ranch/Rambler | Ranch/Rambler | Ranch/Rambler | Ranch/Rambler | Ranch/Rambler | Ranch/Rambler | Ranch/Rambler |
| Construction: | Frame | Frame | Frame | Frame | Frame | Frame | Brick |
| Condition: | Average | Average | Average | Average | Average | Average | Average |
| Year Built: | 1957 | 1957 | 1950 | 1953 | 1952 | 1952 | 1949 |
| View: | Neighborhood | Neighborhood | Neighborhood | Neighborhood | Neighborhood | Neighborhood | Neighborhood |
| Lot Size (in acres): | 0.21 | 0.23 | 0.20 | 0.20 | 0.20 | 0.20 | 0.21 |
| Sq ft above grade: | 1383 | 1488 | 1136 | 1116 | 1226 | 1100 | 1295 |
| Total Rooms: | 6 | 8 | 6 | 6 | 5 | 5 | 8 |
| Bedrooms: | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| Full Baths: | 2 | 1 | 1 | 2 | 1 | 1 | 1 |
| Half Baths: | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Basement: | None | None | None | None | None | None | None |
| % Basement Finished: | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Garage/Carport: | Carport | Attached 2 Car Garage | Attached 1 Car Garage | Detached 2 Car Garage | Attached 1 Car Garage | Detached 1 Car Garage | Detached 2 Car Garage |
| Pool/Spa/Fireplace: | | | | | | | |
| Price per sq. ft.: | $ | $26 | $46 | $68 | $40 | $63 | $60 |

**Sold Comp 1 Comments:**
3 bedroom, 1 bath home with 2 car attached garage equal

**Sold Comp 2 Comments:**
3 beds ranch style similar to the subject

**Sold Comp 3 Comments:**
close to the subject in sq ft, beds, baths, style etc....

**Listed Comp 1 Comments:**
3 BEDROOMS, 1 BATH, SHED, 1 CAR ATTACHED GARAGE. equal in comparison

**Listed Comp 2 Comments:**
ranch style home 3 bedrooms 1 1\2 car detached garage

**Listed Comp 3 Comments:**
3 bedroom one bath brick ranch with 2 car detached garage

## BROKER COMMENTS

**Subject Comments:**
This subject is a ranch and like others in the area

**Neighborhood Comments:**
This neighborhood has 2, 3, beds mostly and a mix of ranch and cape styles sq ft varies some

**Condition/Repair:**
no repairs from the roadside

## PRICE OPINION

| Typical Market Time: | Quick Sale Price: | As Is Sale Price | As Is List Price | Repair Estimate | Quick Sale Repaired Price | Repaired Sale Price | Repaired List Price |
|---|---|---|---|---|---|---|---|
|  | $42,000 | $45,000 | $49,000 | $ | $42,000 | $45,000 | $49,000 |

## Pricing Strategy

This is the approx value for the homes in this area that has sold

## QC Review

SO-7/5 As is sale price is bracketed and supported by the comparables provided with adjustments made for all superior/inferior features.

## Broker's Signature

Christine Cantrell

Date: 07/02/2013

| Broker Address | 3944 Indian Ripple Road, Beavercreek, OH 45440 | Broker Fax | 9374293655 | Broker Email | christinecantrell@hotmail.com |

By completing this report, the Broker certifies that they have completed a site inspection of the subject property and that subject photos were taken at the time of inspection.

DISCLOSURE: This is a comparative market analysis, not an appraisal, and should not be used for lending purposes. Therefore, it is not intended to be an appraisal of the market value of the property and as such does not comply with USPAP standards. If an appraisal is desired, the services of a licensed or certified appraiser should be obtained.

This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser shall be obtained. This opinion may not be used by any party as the primary basis to determine the value of a parcel of or interest in real property for a mortgage loan origination, including first and second mortgages, refinances, or equity lines of credit.