UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:                                                               CASE NO.: 12-12020

                                                                          CHAPTER: 11

RESIDENTIAL CAPITAL, LLC, et al.

                                                                          AFFIDAVIT OF SERVICE
                    Debtor.
-------------------------------------------------------X

STATE OF NEW YORK)
COUNTY OF NASSAU)ss:


      Cynthia A. Nierer, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides in Queens County, New York.

      That on July 16, 2013, deponent served a true and exact copy of the within Notice of Motion and Application in Support of an Order Modifying and Terminating the Automatic Stay with Exhibits on the following parties, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:


Stefan W. Engelhardt, Esq.
Morrison & Foerster LLP
Attorneys for Debtor
1290 Avenue of the Americas
New York, NY 10104

Yvette R. Freedman, Esq.
John Peter Lee
Attorneys for Debtor
830 Las Vegas Boulevard South
Las Vegas, NV 89101

Seth Goldman, Esq.
Munger, Tolles & Olson, LLP
Attorneys for Debtor
355 South Grand Avenue
Suite 3500
Los Angeles, CA 90071-1560

Todd M. Green, Esq.
Morrison & Foerster LLP
Attorneys for Debtor
1290 Avenue of the Americas
New York, NY 10104

Joel C. Haims, Esq.
Morrison & Foerster LLP
Attorneys for Debtor
1290 Avenue of the Americas
New York, NY 10104

Gary S. Lee, Esq.
Morrison & Foerster LLP
Attorneys for Debtor
1290 Avenue of the Americas
New York, NY 10104

Lorenzo Marinuzzi, Esq.
Morrison & Foerster LLP
Attorneys for Debtor
1290 Avenue of the Americas
New York, NY 10104

Lorraine S. McGowen, Esq.
Orrick, Herrington & Sutcliffe LLP
Attorneys for Debtor
51 West 52nd Street
New York, NY 10019

Larren M. Nashelsky, Esq.
Morrison & Foerster LLP
Attorneys for Debtor
1290 Avenue of the Americas
New York, NY 10104

David A. Pietra, Esq.
Attorney for Debtor
1177 Avenue of the Americas
New York, NY 10036

Anthony Princi, Esq.
Morrison & Foerster LLP
Attorneys for Debtor
1290 Avenue of the Americas
New York, NY 10104

Steven J. Reisman, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Norman Scott Rosenbaum, Esq.
Morrison & Foerster LLP
Attorneys for Debtor
1290 Avenue of the Americas
New York, NY 10104

Kayvan B. Sadeghi, Esq.
Morrison & Foerster LLP
Attorneys for Debtor
1290 Avenue of the Americas
New York, NY 10104

Debra Weinstein Minoff, Esq.
Loeb & Loeb LLP
Attorneys for Trustee
345 Park Avenue
New York, NY 10154

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10004

Cynthia A. Nierer

Sworn to before me this
16th Day of July 2013

NOTARY PUBLIC

MARGARET WATTERS
Notary Public, State of New York
No. 01WA4989754
Qualified in Nassau County
Commission Expires December 16, 2013