UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:                                                                  CASE NO.: 12-12020

                                                                              CHAPTER: 11

RESIDENTIAL CAPITAL, LLC, et al.
                                                                              JUDGE: MARTIN GLENN

                        Debtor.
------------------------------------------------------------X

## ORDER TERMINATING AUTOMATIC STAY

Upon the unopposed motion of Bank of America, N.A. , dated July 16, 2013 seeking relief from the automatic stay, and after preliminary hearing this date, it is hereby

ORDERED, that the automatic stay instituted upon filing of the within bankruptcy case is terminated pursuant to 11U.S.C.§362(d)(1) and 11 U.S.C. §362(d)(2) as to Movant's and its successors and/or assigns lien interest in the property known as 1158 Date Street, Fairborn, OH 45324; and it is further

ORDERED, that the stay invoked pursuant to F.R.B.P. Rule 4001(a)(3) staying an order granting a motion to lift stay for fourteen (14) days is hereby waived and this order is effective upon the signing of this order.

Dated:

_____
Honorable Martin Glenn
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE:

RESIDENTIAL CAPITAL, LLC, et al.

       Debtor.

---

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

---

PITNICK & MARGOLIN, LLP
Attorneys for Movant
165 Eileen Way, Suite 101
Syosset, NY 11791
516-921-3838