## NOTICE OF MOTION COVER SHEET

| | |
|---|---|
| NAME OF DEBTOR<br>RESIDENTIAL CAPITAL, LLC, et al. | CASE NUMBER<br>12-12020 |

PLAINTIFF/MOVANT
Bank of America, N.A.

ATTORNEYS
Pitnick & Margolin, LLP
165 Eileen Way, Suite 101
Syosset, NY 11791

ATTORNEYS IF KNOWN
(See annexed).

PRINT NAME OF ATTORNEY          SIGNATURE
Cynthia A. Nierer, Esq.

### NATURE OF SUIT
(Check All Boxes That Apply to This Motion)

✓ To Grant Relief from the Automatic Stay
11 U.S.C. Section of 362(d) ($176.00 fee required)

___ To Withdraw the Reference of a Case
11 U.S.C. Section 157(d)   ($75.00 fee required)

___ To Compel Abandonment of Property
Of the Estate – B.R. 6007(b)  ($75.00 fee required)

___ To Convert (fee not required)

___ To Dismiss (fee not required)

___ To Assume/Reject (fee not required)

___ To Extend Time to Object to Discharge/Dischargeability

___ To Extend Exclusivity Period to File Plan, Etc.

___ Objections to Claims

___ For Summary Judgment

___ Other-Specify Type of Motion_____

FILING FEE(Check One) ____Fee Attached  ✓ Fee Paid Online

ATTORNEYS IF KNOWN :

Stefan W. Engelhardt, Esq.
Morrison & Foerster LLP
Attorneys for Debtor
1290 Avenue of the Americas
New York, NY 10104

Yvette R. Freedman, Esq.
John Peter Lee
Attorneys for Debtor
830 Las Vegas Boulevard South
Las Vegas, NV 89101

Seth Goldman, Esq.
Munger, Tolles & Olson, LLP
Attorneys for Debtor
355 South Grand Avenue
Suite 3500
Los Angeles, CA 90071-1560

Todd M. Green, Esq.
Morrison & Foerster LLP
Attorneys for Debtor
1290 Avenue of the Americas
New York, NY 10104
Joel C. Haims, Esq.
Morrison & Foerster LLP
Attorneys for Debtor
1290 Avenue of the Americas
New York, NY 10104

Gary S. Lee, Esq.
Morrison & Foerster LLP
Attorneys for Debtor
1290 Avenue of the Americas
New York, NY 10104

Lorenzo Marinuzzi, Esq.
Morrison & Foerster LLP
Attorneys for Debtor
1290 Avenue of the Americas
New York, NY 10104

Lorraine S. McGowen, Esq.
Orrick, Herrington & Sutcliffe LLP
Attorneys for Debtor
51 West 52nd Street
New York, NY 10019

Larren M. Nashelsky, Esq.
Morrison & Foerster LLP
Attorneys for Debtor
1290 Avenue of the Americas
New York, NY 10104

David A. Pietra, Esq.
Attorney for Debtor
1177 Avenue of the Americas
New York, NY 10036

Anthony Princi, Esq.
Morrison & Foerster LLP
Attorneys for Debtor
1290 Avenue of the Americas
New York, NY 10104

Steven J. Reisman, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Norman Scott Rosenbaum, Esq.
Morrison & Foerster LLP
Attorneys for Debtor
1290 Avenue of the Americas
New York, NY 10104

Kayvan B. Sadeghi, Esq.
Morrison & Foerster LLP
Attorneys for Debtor
1290 Avenue of the Americas
New York, NY 10104

Debra Weinstein Minoff, Esq.
Loeb & Loeb LLP
Attorneys for Trustee
345 Park Avenue
New York, NY 10154

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10004