# PITNICK & MARGOLIN, LLP

Attorneys at Law
165 Eileen Way, Suite 101
Syosset, New York 11791

IRWIN L. PITNICK
C. LANCE MARGOLIN

| | |
|---|---|
| JEFFREY ROSENBERG | (516) 921-3838 |
| JENNIFER L. BERNSTEIN | FAX     (516) 921-3824 |
| CYNTHIA NIERER | email: MARGOLAW@AOL.COM |
| SANDY STOLAR | |

Mary Anne Perry
Josie Whitfield                                                    Of Counsel
Christine Watters                                              Alan Weinreb, PLLC
Peggy L. Watters
Legal Assistants

July 16, 2013

United States Bankruptcy Court
Southern District of New York
One Bowling Green,
New York, NY 10004

RE:   Debtor: Residential Capital, LLC
      Bankruptcy Case No.: 12-12020
      Chapter 11

Dear Sir or Madam:

Enclosed herewith please find one Chambers Copy of a Notice of Motion, Application in Support of an Order Modifying and Terminating the Automatic Stay with Exhibits, Proposed Order and Affidavit of Service. The motion has been filed on the ECF system, and the filing fee of $176.00 has been paid online.

Please note that as required by the Court, the proposed Order will also be emailed to Chambers the day of the hearing. Please forward these documents to the Court as the Motion is scheduled for August 28, 2013 at 10:00AM.

Your assistance is greatly appreciated.

Very truly yours,
PITNICK & MARGOLIN, LLP

Cynthia A. Nierer, Esq.
Enclosures