**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

RESIDENTIAL CAPITAL LLC, *et al.,*

Debtors.

Chapter 11

Case No. 12-12020

Jointly Administered

## CASE MANAGEMENT ORDER

The Court will hold a Case Management Conference on **Thursday, July 18, 2013 at**

**2:00 p.m.,** to consider, among other issues, the following:

- The Ad Hoc Group of Junior Secured Noteholders' request to bring supplemental or new claims or counterclaims based solely on information set forth in the Examiner's Report;

- The FGIC Trustees' request for the Court to determine a dispute that has arisen concerning the FGIC Trustees' proposed deposition of Marc Abrams, Esq. of Willkie Farr & Gallagher LLP;

- The status of the joint statement of issues and discovery plan in the adversary proceeding pending against UMB Bank, N.A. *et al* (Adv. Proc. Nos. 13-01277 and 13-01343), to the extent they have not been filed with the Court by Wednesday, July 17, 2013 at 3pm; and

- Privilege issues relating to discovery of documents in the adversary proceeding pending against UMB Bank, N.A. *et al* (Adv. Proc. Nos. 13-01277 and 13-01343), to the extent necessary.

**IT IS SO ORDERED.**

Dated: July 17, 2013
       New York, New York

　　　　/s/Martin Glenn　　　　
               MARTIN GLENN
     United States Bankruptcy Judge