## NOTICE AND INTENT TO SUE

TO:

HONORABLE UNITED STATE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, Case NO.12-12020(MG) (THE "RESCAP BANKRUPTCY CASE")
One Bowling Green -Room 534
New York, New York 10004

RESIDENTIAL CAPITAL, LLC

Bloomington, Minnesota 55438

MORRISON & FOERSTER, LLP
(Counsel of the Debtors and Debtors in Possession)
1209 Avenue of the Americas
New York, New York 10104

U.S. BANK NATIONAL ASSOCIATION, N.A. AS TRUSTEE FOR THE HOLDERS OF RASC 2006KS8425
Walnut Street, Cincinnati, OH, 45202

GMAC MORTAGE, LLC
3451 Hammond Avenue
Waterloo, IA, 50702

JASON R. STUBLE -LAW OFFICE OF DAVID J. STERN, P.A.
900 South Pine Island Road Suite 400
Plantation, Florida 33324



RECEIVED JUL 15 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

FROM:

Lilia B. Medrano
Case NO.12-12020
Loan # 7441787181
Florida Court Case #  56-26008-CA005402 DIV.8
Res Claim # 3466
Address# 2402 Ave A Terrace N.W.
Winter Haven, Florida  33880

In response to the letter received marked "Claim Information" as to explanation that states the legal and factual reasons why claimant is owed or are entitled to other relief money or are entitled to other relief from one or more Debtors. These parties have committed a fraud upon the court which has become apparent to the Claimant since 2009, upon discovery that the "lender" bank and others have engaged in a pattern of fraud and deception across the country and the state of Florida in foreclosing on many residential properties.

U.S.  BANK NATIONAL ASSOCIATION AS    CASE NO. 56-26008-CA005402 DIV.8
TRUSTEE FOR RASC 2006DS8

    Plaintiff,

    vs.

LILIA MEDRANO, et al.

        Defendant(s)

**15 U.S.C. § 1692 (E) STATES THAT** a "false, deceptive, and misleading representation, in connection with the collection of any debt", includes the false representation of the character or legal status of any debt and further makes a threat to take any action that cannot legally be taken a deceptive practice.

**PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT. 15 U.S.C. §§ 1601, 1692 ET SEQ,**

**PURSUANT TO 15 U.S.C. § 1692 (G) (4) VALIDATION OF DEBTS,**

**PURSUANT TO FAIR DEBT COLLECTION ACT, 15 U.S.C. § 1692 (G) (8),**

**Violation Of Florida Consumer Practices Act,**

**THE NATIONAL HOUSING ACT, 12 U.S.C. 1710,**

**VIOLATION Of FAIR FEDS COLLECTION ACT,**

**FLORIDA CUSTOMER COLLECTION PROTECTION ACT,**

**VIOLATION of FLORIDA RICO ACT,**

And others violations.

**Debtors failed to respond to my 1st and 2nd Qualified Written Request point by point as provided by law.**

The claim is based on the issue of fraud upon the court, standing and failure to yield to conditions precedent in order to file a complaint in court and many other complaints. **The RESIDENTIAL CAPITAL, LLC, GMAC MORTGAGE, LLC, U.S. BANK NATIONAL ASSOCIATION** as Trustee for **RASC 2006KS8**, represented by council **JASON R. STUBLE -LAW OFFICE OF DAVID J. STERN, P.A.** had no standing in court and to prove a case, falsified documents in this court in order to "create" standing through the use of counsel, the notary and fraudulent information.

To date, debtors have failed to comply with my request, and as such have **defaulted on their administrative remedy.** As a matter of courtesy, I will extend my **claim request** from this date for another 30 days for you to provide me with **claim requested**, which shall expire on the **August 22, 2013Expiration Date.**

**CLAIM REQUEST and/ or DEMANDS:** Pursuant to the Constitution for the United States, the Uniform Commercial Code (UCC) 3-601, 3-602, 3-603, 3-604, 3-605, the Florida Fair Debt Collections Practices Act (FDCPA) 15 U.S.C. §§ 1601, 1692 et seq and all other applicable law, I demand for **RESIDENTIAL CAPITAL, LLC** to **within 30 days** of receipt of this demands :

1. Mail to me Lilia B. Medrano a Satisfaction of Mortgage.

2. Remove negative points from credit.

3. List mortgage as "Paid as agreed".

4. Pay amount of $311,111.11 to DISSOLVE any FURTHER legal action(s).

May the Honorable United State Bankruptcy Court for the Southern District of New York, CaseNo.12-12020(MG) (the "ResCap bankruptcy case") please provide to Me Notification of Your Intent In this matter within 15 days.

In witness, where fore, I have hereunder set My hand, this the _12_ day for the _July_ month, in the year for our Lord, two thousand and _thirteen_

This document was prepared by LILIA MEDRANO

_____
LILIA MEDRANO, Real Party In Interest