B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  RESIDENTIAL CAPITAL, LLC, et al  ,   Case No.  12-12020

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| DACA VI LLC | IMORTGAGE |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  1565 HOTEL CIRCLE S #310
  SAN DIEGO, CA 92108

Court Claim # (if known): _____
Amount of Claim:  $755.00
Date Claim Filed: _____

Phone:  619-220-8900
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Andrew Whatnall      Date: 07/17/2013
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

DACA VI, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Ph. 619-220-8900/ Fax 619-220-8112

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                                ) CHAPTER 11
                                                                      )
                                                                      ) Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et al.,                                     ) (Jointly Administered)
                                                                      )
         Debtors.                                                     ) **NOTICE OF TRANSFER OF CLAIM**
                                                                      ) **OTHER THAN FOR SECURITY AND**
                                                                      ) **WAIVER OF NOTICE**
                                                                      )
                                                                      ) Bankruptcy Rule 3001(e)(1)

   PLEASE TAKE NOTICE that the scheduled claim of **IMORTGAGE** ("Transferor") against the Debtor in the amount of **$755.00**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all other claims of Transferor have been transferred and assigned other than for security to DACA VI, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(1).

   I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the claim is not less than **$755.00** and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to DACA any correspondence or payments received subsequent to the date of this agreement and authorize DACA to take any steps necessary to transfer this claim and all claims we hold against the above debtor into their name. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**IMORTGAGE**
**2570 BOYCE PLAZA RD BOYCE PLAZA III, SUITE 210  PITTSBURGH PA 15241**

Print Name Shawn L. McCall       Title Principal
Signature [signature]             Date 7/11/2013
Updated Address if needed) _____
Phone (412) 220-7330  Fax _____  E-Mail smccall@imortgageservices.com
Federal Tax Identification / Social Security Number: 25-1852655

TRANSFEREE:
**DACA VI, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature:       [signature]
                 Andrew Whatnall

Mail Ref# 3-136
3023151