UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

CORLA JACKSON

        **Plaintiff,**

        **V.**                                   NO. 12-12020 MG

RESIDENTIAL CAPITAL CORPORATION
LLC, ET,AL/ GMAC MORTGAGE
CORPORATION, ET AL

        **Defendants.**

# COURT ORDER
### IN THE DISTRICT COURT OF MOBILE COUNTY ALABAMA



RECEIVED JUL 11 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ALABAMA

CORLA JACKSON

**Plaintiff,**

V.                                                                    NO. 12-00111-KD-B

GMAC MORTGAGE
CORPORATION, ET AL

**Defendants.**

# COURT ORDER
## IN THE DISTRICT COURT OF MOBILE COUNTY ALABAMA



ELECTRONICALLY FILED
7/1/2013 7:32 AM
DV-2012-902844.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

IN THE DISTRICT COURT OF MOBILE COUNTY, ALABAMA

| | | |
|---|---|---|
| GMAC MORTGAGE, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: DV-2012-902844.00 |
| | ) | |
| JACKSON CORLA, | ) | |
| Defendant. | ) | |

## ORDER

THIS CASE IS AN ACTION BY A MORTGAGE/FINANCE COMPANY (THE PLAINTIFF) TO EVICT A TENANT (THE DEFENDANT) OCCUPYING PROPERTY UPON WHICH THE PLAINTIFF FORECLOSED AND TO WHICH THE PLAINTIFF OBTAINED TITLE BY VIRTUE OF SAID FORECLOSURE. THIS ACTION WAS FILED UNDER THE ALABAMA UNIFORM LANDLORD TENANT ACT (SECTION 35-9A-101, ET SEQ., CODE OF ALABAMA, 1975) AND ALABAMA'S UNLAWFUL DETAINER LAW (SECTION 6-6-310, CODE OF ALABAMA, 1975). FROM THE EVIDENCE PRESENTED, THERE IS NO INDICATION THAT A "LEASE" EXISTED BETWEEN THE PARTIES DIRECTLY INVOLVED HERE. AFTER A CAREFUL, DETAILED, AND DELIBERATE REVIEW OF THE EXTENSIVE PLEADINGS FILED HEREIN, THE TESTIMONY AND ARGUMENT PRESENTED AT THE TRIAL OF THIS CASE, AND LEGAL RESEARCH OF THE APPLICABLE STATUTES AND CASE LAW, THE COURT IS LEFT WITH THE CONCLUSION THAT THE INSTANT CASE IS NOT RIPE FOR RESOLUTION AS AN "EVICTION" ACTION AS FILED, BUT MAY BE APPROPRIATE AS AN "EJECTMENT" ACTION OR OTHER LEGAL PROCEEDING. CONSEQUENTLY, THE COURT ENTERS JUDGMENT IN FAVOR OF THE DEFENDANT.

DONE this 1st day of July, 2013

/s/ GEORGE N. HARDESTY, JR.
DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that on **July 8, 2013** a true and correct copy of this Court Order was served to each person listed below.
Total Number Of Pages 6

C.C. COPIES TO:

THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DIVISION OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NEW YORK.10004-1408
SECURITY'S EXCHNAGE (SEC)
FEDERAL RESERVE
AUDIT DEPARTMENT

MORRISON & FOSTER LLP
1290 Avenue Of The Americas
New York, New York. 10104
Telephone: (212) 468-8000
Facesmile: (212) 468-7900
Attorneys: Gary S. Lee
Norman S. Rosenbaum. Erica J. Richards

BRADLEY ARANT BOULT CUMMINGS
ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM, ALABAMA. 35203-2119
PH: (205) 521-8000
FAX: (205) 488-6403

### ADDITIONAL COPIESMAILED TO:

U.S. ATTORNEY GENERAL OFFICE
PRESIDENT BARACK OBAMA
CONGRESS
FEDERAL RESERVE
SECURITY'S EXCHANGE OFFICE /SEC
WELLS FARGO BANK

_Carla Reeves Jackson_  7/8/2013
Corla Reeves Jackson
13230 Tom Gaston Road
Mobile, Alabama. 36695
Phone: 251.554.1785
corlajacksonvsgmacmortgage.info
corlareevesjackson@gmail.com



AlaFile E-Notice

02-DV-2012-902844.00
Judge: GEORGE N. HARDESTY, JR.

To: JACKSON CORLA (PRO SE)
13230 TOM GASTON ROAD
MOBILE, AL 36695-0000

# NOTICE OF ELECTRONIC FILING

IN THE DISTRICT COURT OF MOBILE COUNTY, ALABAMA

GMAC MORTGAGE, LLC V. CORLA JACKSON
02-DV-2012-902844.00

The following matter was FILED on 7/1/2013 7:32:16 AM

Notice Date:   7/1/2013 7:32:16 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8525
jo.schwarzauer@alacourt.gov





**JOJO SCHWARZAUER, CLERK**
District Court of Mobile County
Civil Div., N. Tower, Rm 317
205 Goverment Plaza
Mobile, Alabama 36644



DKH-MSB 36695