MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF DEBTORS' FIRST QUARTERLY
CLAIMS SETTLEMENT REPORT PURSUANT TO ORDER PURSUANT
TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY
RULES 1009, 3007 AND 9019(b) APPROVING (I) CLAIM OBJECTION
PROCEDURES, (II) BORROWER CLAIM PROCEDURES, (III) SETTLEMENT
PROCEDURES, AND (IV) SCHEDULE AMENDMENT PROCEDURES**

**PLEASE TAKE NOTICE** that on July 17, 2013, pursuant to the Court's *Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1009, 3007 and 9019(b) Approving (I) Claim Objection Procedures, (II) Borrower Claim Procedures, (III) Settlement Procedures, and (IV) Schedule Amendment Procedures* [Docket No. 3294] (the "<u>Settlement Procedures Order</u>"), the undersigned, on behalf of Residential Capital, LLC and its affiliated debtors as debtors in possession in the above-captioned chapter 11 cases (collectively, the "<u>Debtors</u>") filed the attached first quarterly report of all settlements into which the Debtors have entered pursuant to the Settlement Procedures Order during the period from March 21,

ny-1098486

2013 through June 30, 2013 (the "Quarterly Claims Settlement Report"). The Quarterly Claims Settlement Report is attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have provided notice of the Quarterly Claims Settlement Report in accordance with the Case Management Procedures Order, approved by this Court on May 23, 2012 [Docket No. 141].

Dated:  July 17, 2013             Respectfully submitted,
        New York, New York

                                  /s/ Norman S. Rosenbaum
                                  Gary S. Lee
                                  Norman S. Rosenbaum
                                  Jordan A. Wishnew
                                  MORRISON & FOERSTER LLP
                                  1290 Avenue of the Americas
                                  New York, New York 10104
                                  Telephone: (212) 468-8000
                                  Facsimile: (212) 468-7900

                                  *Counsel for the Debtors and
                                  Debtors in Possession*

**Exhibit 1**

ny-1098486

## Quarterly Claims Settlement Report
### (through June 30, 2013)

| Claimant | Claim No. | Type of Claim Asserted by Claimant | Settled Amount | Category of Settled Claim (Secured Claim /Administrative Expense Claim/Priority Claim / General Unsecured Claim) | Debtor Against Which Claim Is Allowed |
|---|---|---|---|---|---|
| Nicole Bradbury, *et al.* | 3545 | Unsecured Claim based on Putative Class Action Complaint | $0.00 | N/A (proof of claim withdrawn) | N/A |
| Nicole Bradbury | 3546 | Unsecured Claim asserted in individual capacity based on Putative Class Action Complaint | $3,135.00 | General Unsecured Claim | GMAC Mortgage, LLC |
| Thomas True | 3552 | Unsecured Claim asserted in individual capacity based on Putative Class Action Complaint | $3,135.00 | General Unsecured Claim | GMAC Mortgage, LLC |
| Shawn Morrissette | 3549 | Unsecured Claim asserted in individual capacity based on Putative Class Action Complaint | $3,135.00 | General Unsecured Claim | GMAC Mortgage, LLC |
| Joseph Phillips | 3544 | Unsecured Claim asserted in individual capacity based on Putative Class Action Complaint | $3,135.00 | General Unsecured Claim | GMAC Mortgage, LLC |
| Michael Holmes | 3548 | Unsecured Claim asserted in individual capacity based on Putative Class Action Complaint | $3,135.00 | General Unsecured Claim | GMAC Mortgage, LLC |
| **TOTAL:** | | | **$15,675.00** | | |

ny-1098486