UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL LLC, *et al.*, | Case No. 12-12020 |
| Debtors. | Jointly Administered |

## ORDER DENYING APPLICATION TO COMPEL

The Court held a hearing on July 17, 2013 to consider the application to compel documents made by counsel for Bayview Fund Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited, Monarch Alternative Capital LP, and Stonehill Capital Management LLC ("Investors"). Counsel for the Investors filed a letter brief in support of the application (ECF Doc. # 4253). Counsel for the FGIC Trustees filed a letter brief in opposition to the application (ECF Doc. # 4251).

For the reasons stated on the record at the July 17, 2013 hearing, the Investors' application is **DENIED**.

**IT IS SO ORDERED.**

Dated:  July 18, 2013
        New York, New York

                                        _____/s/Martin Glenn_____
                                            MARTIN GLENN
                                        United States Bankruptcy Judge

1