UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

Chapter 11 Case No. 12-12020
Jointly Administered

_____
                                            )
In re Residential Capital, LLC, eta al.,    )
                                            )
        Debtor.        ,                    )
                                            )
_____

## WITHDRAWAL OF CLAIM

NOW comes Maurice M. LoVuolo, creditor in the above captioned matter ("Creditor"), who hereby withdraws claim filed in this Chapter 11 bankruptcy case (Exhibit A) as Creditor has resolved his claims with Debtor in his individual Chapter 13 bankruptcy case #11-15227 (District of Massachusetts), via loan modification agreement (Exhibit B).  The agreement was approved by the Massachusetts Bankruptcy Court prior to dismissal of the Chapter 13 case which resolves the issues with Debtor's affiliated entities:  RESIDENTIAL FUNDING CO., LLC, and, GMAC MORTGAGE, LLC.

        Respectfully submitted, on behalf of Movant,
        Creditor Maurice M. LoVuolo

        /s/Jonathan D. Crowley_____
        Jonathan D. Crowley, Esq. (BBO#641357)
        1955 Mass. Ave., Ste. 1
        Cambridge, MA 02140
        617/842-1744          jcrowley-esq@hotmail.com

Dated:  July 18, 2013

1