MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Gary S. Lee
Todd M. Goren
Stefan W. Engelhardt

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF CANCELLATION OF CASE MANAGEMENT
CONFERENCE SCHEDULED FOR JULY 18, 2013 AND NOTICE
OF ADJOURNMENT TO JULY 26, 2013 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the Case Management Conference scheduled for July 18, 2013 at 2:00 p.m. (prevailing Eastern Time) has been cancelled.

**PLEASE TAKE FURTHER NOTICE** that a conference on the Ad Hoc Group of Junior Secured Noteholders' request to bring supplemental or new claims or counterclaims based solely on information set forth in the Examiner's Report has been adjourned to **July 26, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1100258

Dated: July 18, 2013
     New York, New York

/s/ Gary S. Lee
Gary S. Lee
Todd M. Goren
Stefan W. Engelhardt
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*