# MORGANROTH & MORGANROTH, PLLC
*ATTORNEYS AT LAW*
*344 NORTH OLD WOODWARD AVENUE*
*SUITE 200*
*BIRMINGHAM, MICHIGAN 48009-5310*
*(248) 864-4000*
*FAX (248) 864-4001*
*www.morganrothlaw.com*

MAYER MORGANROTH*
JEFFREY B. MORGANROTH**
CHERIE E. MORGANROTH
JASON R. HIRSCH
DANIEL E. HAROLD
JILL A. GURFINKEL
JEFFREY M. THOMSON
JOSHUA A. FISHER
MATTHEW R. CAMERON

NEW YORK OFFICE
110 E. 42ND STREET
10TH FLOOR
NEW YORK, NY 10017
(212) 586-5905

*ADMITTED IN MICH, AND N.Y.
**ADMITTED IN MICH., N.Y. AND D.C.

July 17, 2013

Re:    Claim Number 1576
       Loan Number: 7426205951

Pursuant to letter dated June 21, 2013, Claimant Mary Critchley submits the requisite Claim Information Form, which includes her Basis of Claim, along with supporting documentation.

Morganroth & Morganroth, PLLC

Mayer Morganroth