# EXHIBIT A

# RESCAP

MORRISON | FOERSTER

## Claim Information

| Claim Number | 1576 |
|---|---|
| **Basis of Claim**<br><br>Explanation that states the legal and factual reasons why you believe you are owed money or are entitled to other relief from one of the Debtors as of May 14, 2012 (the date the Debtors filed their bankruptcy cases) and, you **must** provide copies of any and all documentation that you believe supports the basis for your claim. | SEE ATTACHED |

**If your claim relates to a mortgage loan that you believe was originated or serviced by one of the Debtors, please be sure to include the following loan information, so that we can effectively search our records for information on your property and loan, and evaluate your claim.**

| Loan Number: | | |
|---|---|---|
| 7426205951 | | |
| **Address of property related to the above loan number:** | | |
| 3487 W. Maple Road | | |
| City: | State: | ZIP Code: |
| Bloomfield Hills | Michigan | 48301 |

Additional resources may be found at - http://www.kccllc.net/rescap

Residential Capital, LLC    P.O. Box 385220  Bloomington, MN  55438

**Basis of Claim**

Legal reasons:

Wrongful foreclosure several times, fraud, promissory estoppel, violations of Fair Debt
Collection Practices, foreclosure abuse, damage to credit, loss of income, emotional distress, loss
of home, rent paid during unlawful and voided foreclosures.

Thirty-five (35) documents in support of the claim were previously received by GMAC (see
copy of attached list).  Also attached are letters dated 12/30/11 and 7/30/12, which are a part of a
large volume of communications.

**The damages consists of:**

**SEE NEXT PAGE**

## Damages/Costs From 2 Forclosures by GMAC I

| a | Amount | Check # | Payee |
|---|--------|---------|-------|
| | $180.00 | 127 | Chris Irvine |
| | $293.00 | 130 | Mike Boughton |
| | $639.00 | 131 | Lisa Bugbee |
| | $560.00 | 133 | Lisa Bugbee |
| | $229.00 | 135 | Lisa Bugbee |
| | $600.00 | 136 | Chris Irvine |
| | $125.00 | 139 | Lisa Bugbee |
| | $100.00 | 141 | Nathan Pressotto |
| | $290.00 | 142 | Lisa Bugbee |
| | $60.00 | 144 | Lisa Bugbee |
| | $170.00 | 146 | Lisa Bugbee |
| | $400.00 | 147 | Max Finley |
| | $175.00 | 149 | Lisa Bugbee |
| | $450.00 | | Food during move to feed family helpers |
| | $227.00 | | Boxes/Packing Material |
| | $400.00 | | Garage Rental Ryan Irvine 4 mnths@100.00 |
| | $1,072.00 | | Storage Unit temporay |
| | $9,000.00 | | Storage Unit permanent still have |
| | $445.00 | | Budget Rent a Car |
| | $657.00 | | O'Sullivan Moving |
| | $145.00 | | Mobile Gas |
| | $51,000.00 | | Rental Property loss |
| | **$67,217.00** | | **Moving damages** |
| | $14,340.00 | | **Mother needing to relocate** |
| | $200,000.00 | | Damages to Credit unable to be hired for business, back ground checks, health insurance, car insurance, renters insurance |
| | $151,464.00 | | Loss in income |
| | $36,000.00 | | Rent Paid during wrongful forclosure |
| | $400,000.00 | | Pain & Suffering since 12/17/2009 till present for loss of home, & 2 wrongful foreclosures, illness, hospitalization, Reputation, unable to be Licensed by Visa & MasterCard for work. dislocation of boyfirend & mother. Hours on modification, supplies, communications |
| | $250,000.00 | | credit damage for 2 wrongful foreclosures, causing increased in all insurances, incapacity of getting credit, unable to be hired, purchase a car, |
| | **$1,119,021.00** | | **TOTAL DAMAGES** |

**Mortgage**

### Comment

all moving packing & unpacking
all moving packing & unpacking
all moving packing & unpacking
all moving packing & unpacking
all moving packing & unpacking
all moving packing & unpacking
all moving packing & unpacking
all moving packing & unpacking
all moving packing & unpacking
all moving packing & unpacking
all moving packing & unpacking
all moving packing & unpacking
all moving packing & unpacking

$100 x 4 months Checks to Ryan Irvine
10x10 unit. $134 per month
10x20 Unit. $200 per month
Moved household goods
moved furniture
gas for truck rental  & helpers trucks
16 months @ $1500 per month

plus cash in IRA  and penalty

Chase Online - Check Details

https://banking.chase.com/Statements/CheckImage.aspx?PageSourc...

## Chase Online

CARDNET CHECKING (...0646)

Check Number: 6613          Post Date: 03/04/2013          Amount of Check: $1,000.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2013 JPMorgan Chase & Co.



4/13
3/13 ✓
2/13 ✓
1/13 FS
12/12
11/12
10/12 ✓
9/12
8/12 ✓
7/12 ✓
6/12 ✓
5/12 ✓
4/12 ✓
3/12
2/12
1/12 FS
12/11
11/11
10/11 ✓
9/11
8/11
7/11
6/11
5/11

Chase Online - Check Details

https://banking.chase.com/Statements/CheckImage.aspx?PageSourc...

## Chase Online

CARDNET CHECKING (...0648)

Check Number: 5613          Post Date: 03/04/2013          Amount of Check: $1,000.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2013 JPMorgan Chase & Co.

Chase Online - Check Details                                          https://banking.chase.com/Statements/CheckImage.aspx?PageSourc...

## Chase Online

CARDNET CHECKING (...0646)

Check Number: 5606          Post Date: 02/19/2013          Amount of Check: $1,200.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2013 JPMorgan Chase & Co.

Chase Online - Check Details                          https://banking.chase.com/Statements/CheckImage.aspx?PageSourc...

## Chase Online

CARDNET CHECKING (...0646)

Check Number: 5590          Post Date: 10/23/2012          Amount of Check: $1,200.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2013 JPMorgan Chase & Co

Chase Online - Check Details                    https://banking.chase.com/Statements/CheckImage.aspx?PageSourc...

## Chase Online

CARDNET CHECKING (...0646)

Check Number: 5573          Post Date: 08/06/2012          Amount of Check: $1,500.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2013 JPMorgan Chase & Co.

Chase Online - Check Details                    https://banking.chase.com/Statements/CheckImage.aspx?PageSourc...

## Chase Online

CARDNET CHECKING (...0646)

Check Number: 5572          Post Date: 07/30/2012          Amount of Check: $1,000.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2013 JPMorgan Chase & Co

Chase Online - Check Details                    https://banking.chase.com/Statements/CheckImage.aspx?PageSourc...

## Chase Online

CARDNET CHECKING (...0646)

Check Number: 5571          Post Date: 07/30/2012          Amount of Check: $1,000.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2013 JPMorgan Chase & Co.

Chase Online - Check Details

https://banking.chase.com/Statements/CheckImage.aspx?PageSourc...

## Chase Online

CARDNET CHECKING (...0646)

Check Number: 5582        Post Date: 06/07/2012        Amount of Check: $1,000.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2013 JPMorgan Chase & Co.

7/11/2013 10:54 AM

Chase Online - Check Details

## Chase Online

CARDNET CHECKING (...0646)

Check Number: 5558          Post Date: 06/02/2010          Amount of Check: $1,500.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2013 JPMorgan Chase & Co.

Chase Online - Check Details

https://banking.chase.com/Statements/CheckImage.aspx?PageSourc...

## Chase Online

CARDNET CHECKING (...0646)

Check Number: 5556          Post Date: 04/04/2012          Amount of Check: $1,000.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2013 JPMorgan Chase & Co.

Chase Online - Check Details

https://banking.chase.com/Statements/CheckImage.aspx?PageSourc...

## Chase Online

CARDNET CHECKING (...0648)

Check Number: 5539          Post Date: 10/31/2011          Amount of Check: $1,200.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2013 JPMorgan Chase & Co.

Chase Online - Check Details

https://banking.chase.com/Statements/CheckImage.aspx?PageSourc...

## Chase Online

CARDNET CHECKING (...0646)

Check Number: 5567    Post Date: 07/10/2012    Amount of Check: $1,500.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2013 JPMorgan Chase & Co.

Basic Business Checking *2865 — Check #2716                 https://www.flagstarbanking2.com/onlineserv/HB/sdp/com.diginsite.p...



Bridal Merchant Services    01-09
30732 Everest St
Southfield, MI 48076
www.bridalmerchantservices.com

2716

PAY
TO THE
ORDER OF    Ed Fournier                    $ 1000 00

One Thousand & 00/100 ————————    DOLLARS

FLAGSTAR BANK FSB
Beverly Hills, MI 48025

FOR

⑈002716⑈ ⑆272471852⑆ 100682865⑈

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

Basic Business Checking *2865 — Check #2725                 https://www.flagstarbanking2.com/onlineserv/HB/sdp/com.diginsite.p...



Basic Business Checking *2865 — Check #2804          https://www.flagstarbanking2.com/tob/live/usp-core/sdp/com.diginsite...

Bridal Merchant Services
30752 Everett St
Southfield, MI 48076

Flagstar Bank FSB
Beverly Hills, MI 48025
74-7165/2724

2804

4/8/2013

PAY TO THE
ORDER OF      Ed Fournier                                        $  **1,000.00

One Thousand and 00/100*************************************************  DOLLARS

Ed Fournier

www.bridalmerchantservices.com

MEMO

AUTHORIZED SIGNATURE

#002804# #272471852# #00682865#

JPMorganChaseBank 040806 110105 913670038329    =

Basic Business Checking *2865 — Apr 1, 2011 - Jul 10, 2013 Custom    https://www.flagstarbanking2.com/tob/live/usp-core/sdp/com.diginsite...

**Basic Business Checking *2865**
Apr 1, 2011 - Jul 10, 2013 Custom

Balance    $14,143.17
Available** $14,100.08

| Date | Description | Deposit | Withdrawal | Balance |
|------|-------------|---------|------------|---------|
| 04/09/2013 | Check #2804: 2804 | | $1,000.00 | |
| 04/09/2013 | Check #2803: 2803 | | $1,000.00 | |
| 02/22/2013 | Check #2741: 2741 | | $1,000.00 | |
| 02/04/2013 | Check #2725: 2725 | | $1,000.00 | |
| 01/30/2013 | Point Of Sale Withdrawal VOWS / MAGAZINE LADERA RANCH CAUS | | $1,000.00 | |
| 01/14/2013 | Check #2716: 2716 | | $1,000.00 | |

**Your available balance may include Line of Credit funds. Bounce and/or Overdraft protection. Current Overdraft transfer, Line of Credit advance or Bounce fees will apply per transaction if any of these funds are used.

7/10/2013 10:43 AM

Amortization Schedule

2/19/12 5:58 PM

# Amortization Schedule

$ 66,000.00 Loan
4% Interest Rate
75 Months

| Month | | Payment | Principal Paid | Interest Paid | Remaining Balance |
|---|---|---|---|---|---|
| 1 | Feb | 1,000.00 | 780.00 | 220.00 | 65,220.00 |
| 2 | Mar | 1,000.00 | 782.60 | 217.40 | 64,437.40 |
| 3 | Apr | 1,000.00 | 785.21 | 214.79 | 63,652.19 |
| 4 | May | 1,000.00 | 787.83 | 212.17 | 62,864.36 |
| 5 | June | 1,000.00 | 790.45 | 209.55 | 62,073.91 |
| 6 | July | 1,000.00 | 793.09 | 206.91 | 61,280.82 |
| 7 | Aug | 1,000.00 | 795.73 | 204.27 | 60,485.09 |
| 8 | Sept | 1,000.00 | 798.38 | 201.62 | 59,686.71 |
| 9 | Oct | 1,000.00 | 801.04 | 198.96 | 58,885.67 |
| 10 | Nov | 1,000.00 | 803.71 | 196.29 | 58,081.96 |
| 11 | Dec | 1,000.00 | 806.39 | 193.61 | 57,275.57 |
| Totals Paid in 2012 | | | **$8,724.43** | **$2,275.57** | |
| 12 | Jan | 1,000.00 | 809.08 | 190.92 | 56,466.49 |
| 13 | Feb | 1,000.00 | 811.78 | 188.22 | 55,654.71 |
| 14 | Mar | 1,000.00 | 814.48 | 185.52 | 54,840.23 |
| 15 | Apr | 1,000.00 | 817.20 | 182.80 | 54,023.03 |
| 16 | May | 1,000.00 | 819.92 | 180.08 | 53,203.11 |
| 17 | June | 1,000.00 | 822.66 | 177.34 | 52,380.45 |
| 18 | July | 1,000.00 | 825.40 | 174.60 | 51,555.05 |
| 19 | Aug | 1,000.00 | 828.15 | 171.85 | 50,726.90 |
| 20 | Sept | 1,000.00 | 830.91 | 169.09 | 49,895.99 |
| 21 | Oct | 1,000.00 | 833.68 | 166.32 | 49,062.31 |
| 22 | Nov | 1,000.00 | 836.46 | 163.54 | 48,225.85 |
| 23 | Dec | 1,000.00 | 839.25 | 160.75 | 47,386.60 |
| Totals Paid in 2013 | | | **$9,888.97** | **$2,111.03** | |
| 24 | Jan | 1,000.00 | 842.04 | 157.96 | 46,544.56 |
| 25 | Feb | 1,000.00 | 844.85 | 155.15 | 45,699.71 |
| 26 | Mar | 1,000.00 | 847.67 | 152.33 | 44,852.04 |
| 27 | Apr | 1,000.00 | 850.49 | 149.51 | 44,001.55 |
| 28 | May | 1,000.00 | 853.33 | 146.67 | 43,148.22 |
| 29 | June | 1,000.00 | 856.17 | 143.83 | 42,292.05 |
| 30 | July | 1,000.00 | 859.03 | 140.97 | 41,433.02 |

Amortization Schedule

2/19/12 5:58 PM

| 31 | Aug | 1,000.00 | 861.89 | 138.11 | 40,571.13 |
| 32 | Sept | 1,000.00 | 864.76 | 135.24 | 39,706.37 |
| 33 | Oct | 1,000.00 | 867.65 | 132.35 | 38,838.72 |
| 34 | Nov | 1,000.00 | 870.54 | 129.46 | 37,968.18 |
| 35 | Dec | 1,000.00 | 873.44 | 126.56 | 37,094.74 |
| Totals Paid in 2014 | | | $10,291.86 | $1,708.14 | |
| 36 | Jan | 1,000.00 | 876.35 | 123.65 | 36,218.39 |
| 37 | Feb | 1,000.00 | 879.27 | 120.73 | 35,339.12 |
| 38 | Mar | 1,000.00 | 882.20 | 117.80 | 34,456.92 |
| 39 | Apr | 1,000.00 | 885.14 | 114.86 | 33,571.78 |
| 40 | May | 1,000.00 | 888.09 | 111.91 | 32,683.69 |
| 41 | June | 1,000.00 | 891.05 | 108.95 | 31,792.64 |
| 42 | July | 1,000.00 | 894.02 | 105.98 | 30,898.62 |
| 43 | Aug | 1,000.00 | 897.00 | 103.00 | 30,001.62 |
| 44 | Sept | 1,000.00 | 899.99 | 100.01 | 29,101.63 |
| 45 | Oct | 1,000.00 | 902.99 | 97.01 | 28,198.64 |
| 46 | Nov | 1,000.00 | 906.00 | 94.00 | 27,292.64 |
| 47 | Dec | 1,000.00 | 909.02 | 90.98 | 26,383.62 |
| Totals Paid in 2015 | | | $10,711.12 | $1,268.88 | |
| 48 | Jan | 1,000.00 | 912.05 | 87.95 | 25,471.57 |
| 49 | Feb | 1,000.00 | 915.09 | 84.91 | 24,556.48 |
| 50 | Mar | 1,000.00 | 918.15 | 81.85 | 23,638.33 |
| 51 | Apr | 1,000.00 | 921.21 | 78.79 | 22,717.12 |
| 52 | May | 1,000.00 | 924.28 | 75.72 | 21,792.84 |
| 53 | June | 1,000.00 | 927.36 | 72.64 | 20,865.48 |
| 54 | July | 1,000.00 | 930.45 | 69.55 | 19,935.03 |
| 55 | Aug | 1,000.00 | 933.55 | 66.45 | 19,001.48 |
| 56 | Sept | 1,000.00 | 936.66 | 63.34 | 18,064.82 |
| 57 | Oct | 1,000.00 | 939.78 | 60.22 | 17,125.04 |
| 58 | Nov | 1,000.00 | 942.92 | 57.08 | 16,182.12 |
| 59 | Dec | 1,000.00 | 946.06 | 53.94 | 15,236.06 |
| Totals Paid in 2016 | | | $11,147.56 | $852.44 | |
| 60 | Jan | 1,000.00 | 949.21 | 50.79 | 14,286.85 |
| 61 | Feb | 1,000.00 | 952.38 | 47.62 | 13,334.47 |
| 62 | Mar | 1,000.00 | 955.55 | 44.45 | 12,378.92 |
| 63 | Apr | 1,000.00 | 958.74 | 41.26 | 11,420.18 |
| 64 | May | 1,000.00 | 961.93 | 38.07 | 10,458.25 |
| 65 | June | 1,000.00 | 965.14 | 34.86 | 9,493.11 |

2/19/12 5:58 PM

Amortization Schedule

| | | | | | |
|---|---|---|---|---|---|
| 66 | July | 1,000.00 | 968.36 | 31.64 | 8,524.75 |
| 67 | Aug | 1,000.00 | 971.58 | 28.42 | 7,553.17 |
| 68 | Sept | 1,000.00 | 974.82 | 25.18 | 6,578.35 |
| 69 | Oct | 1,000.00 | 978.07 | 21.93 | 5,600.28 |
| 70 | Nov | 1,000.00 | 981.33 | 18.67 | 4,618.95 |
| 71 | Dec | 1,000.00 | 984.60 | 15.40 | 3,634.35 |
| Totals Paid in 2017 | | | $11,601.71 | $398.29 | |
| | | | | | |
| 72 | Jan | 1,000.00 | 987.89 | 12.11 | 2,646.46 |
| 73 | Feb | 1,000.00 | 991.18 | 8.82 | 1,655.28 |
| 74 | Mar | 1,000.00 | 994.48 | 5.52 | 660.80 |
| 75 | Apr | 663.00 | 660.80 | 2.20 | .0 |
| Totals Paid in 2018 | | | $3,634.35 | $28.65 | |
| | | | | | |
| Totals | | $74,663.00 | $66,000.00 | $8,663.00 | |



www.MyCalculators.com

Copyright© 1997-2012 MyCalculators.com

( Print )  ( Close )