# EXHIBIT C

## MORGANROTH & MORGANROTH, PLLC
*ATTORNEYS AT LAW*
*344 NORTH OLD WOODWARD AVENUE*
*SUITE 200*
*BIRMINGHAM, MICHIGAN 48009-5310*
*(248) 864-4000*
*FAX (248) 864-4001*
*www.morganrothlaw.com*

MAYER MORGANROTH*
JEFFREY B. MORGANROTH**
CHERIE E. MORGANROTH
JASON R. HIRSCH
DANIEL E. HAROLD
JILL A. GURFINKEL
JEFFREY M. THOMSON
JOSHUA A. FISHER
MATTHEW R. CAMERON

*NEW YORK OFFICE*
*110 E. 42ND STREET*
*10TH FLOOR*
*NEW YORK, NY 10017*
*(212) 586-5905*

* ADMITTED IN MICH. AND N.Y.
** ADMITTED IN MICH., N.Y. AND D.C.

December 30, 2011

Patricia Hobbib
General Counsel
GMAC Mortgage
Fax: 215-682-1467

  Re: **Mary Critchley**
     **3487 W. Maple Road**
     **Bloomfield Hills, MI 48301**
     **Account No: 7426205951**

Dear Ms. Hobbib:

  I have been retained to represent Mary Critchley who originally had a mortgage on her home with Homecomings since 2003 and was always current on her payments.

  The mortgage was assigned to GMAC in the fall of 2009.

  In December of 2009, GMAC increased Ms. Critchley's payments from $2,093.00 to $3,342.00 by requiring escrow of taxes and said increase caused her to be unable to pay the new monthly amount. She would (as she always had in the past) pay the taxes when due.

  GMAC advised her to not pay the payments for 90 days and that way they could modify the loan. She did so at GMAC's direction and thereafter was supposedly advised that her house was being foreclosed even though she was told everything was set by GMAC. GMAC all of a sudden then told her she had to leave the house and it was being foreclosed and sold at Sheriff's sale.

  Public Records thereafter showed Mers to own the property and then in August 2011 GMAC informed Ms. Critchley that the house was never sold at Sheriff's sale or foreclosed, despite the fact that her credit reports state the opposite and now GMAC is threatening to foreclose again.

  GMAC has created promissory estoppel, acted in bad faith, breached the loan agreement and has repeatedly made misrepresentations to my client who has been forced out of her home. She has had her credit destroyed, been caused financial loss in her business by GMAC's conduct, and GMAC's conduct has caused her pain and suffering and undue hardship.

Patricia Hobbib
General Counsel
December 30, 2011
Page 2


    I expect a prompt response and an offer to remedy the damages incurred by my client and a complete release, an apology as well as an expungement from her credit record for any and all derrogatories as a result of GMAC's misconduct; otherwise we will be required to institute proceedings for the protection and recovery of my client.

                                  Very truly yours,

                                  Mayer Morganroth

MM/myr

```
*********************
***   TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO              0411
RECIPIENT ADDRESS     12156821467
DESTINATION ID
ST. TIME              12/30 11:36
TIME USE              00'51
PAGES SENT            3
RESULT                OK
```

# MORGANROTH & MORGANROTH, PLLC
### ATTORNEYS AT LAW
### 344 NORTH OLD WOODWARD AVENUE
### SUITE 200
### BIRMINGHAM, MICHIGAN 48009-5310
*(248) 864-4000*
*FAX (248) 864-4001*
*www.morganrothlaw.com*

MAYER MORGANROTH*
JEFFREY B. MORGANROTH**
CHERIE E. MORGANROTH
JASON R. HIRSCH
DANIEL E. HAROLD
JILL A. GURFINKEL
JEFFREY M. THOMSON
JOSHUA A. FISHER
MATTHEW R. CAMERON

* ADMITTED IN MICH. AND N.Y.
** ADMITTED IN MICH., N.Y. AND D.C.

NEW YORK OFFICE
110 E. 42ND STREET
10TH FLOOR
NEW YORK, NY 10017
(212) 586-5905

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: | Patricia Hobbib, General Counsel |
| COMPANY: | GMAC Mortgage |
| FAX NO: | 215-682-1467 |
| RE: | Mary Critchley, 3487 W. Maple Road, Bloomfield Hills, MI  Account No: 7426205951 |
| FROM: | Mayer Morganroth, Esq. |
| DATE: | December 30, 2011 |
| NUMBER OF PAGES: (including this page) | 3 |
| COMMENTS: | |

# MORGANROTH & MORGANROTH, PLLC

*ATTORNEYS AT LAW*
*344 NORTH OLD WOODWARD AVENUE*
*SUITE 200*
*BIRMINGHAM, MICHIGAN 48009-5310*
*(248) 864-4000*
*FAX (248) 864-4001*
*www.morganrothlaw.com*

MAYER MORGANROTH*
JEFFREY B. MORGANROTH**
CHERIE E. MORGANROTH
JASON R. HIRSCH
DANIEL E. HAROLD
JILL A. GURFINKEL
JEFFREY M. THOMSON
JOSHUA A. FISHER
MATTHEW R. CAMERON

*NEW YORK OFFICE*
*110 E. 42ND STREET*
*10TH FLOOR*
*NEW YORK, NY 10017*
*(212) 586-5905*

* ADMITTED IN MICH. AND N.Y.
** ADMITTED IN MICH., N.Y. AND D.C.

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: | Patricia Hobbib, General Counsel |
| COMPANY: | GMAC Mortgage |
| FAX NO: | 215-682-1467 |
| RE: | Mary Critchley, 3487 W. Maple Road, Bloomfield Hills, MI  Account No: 7426205951 |
| FROM: | Mayer Morganroth, Esq. |
| DATE: | December 30, 2011 |
| NUMBER OF PAGES: (including this page) | 3 |
| COMMENTS: | |

**Confidentiality Notice**: The documents accompanying this telecopy transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone to arrange for return of the documents to us

# GMAC Mortgage

July 30, 2012

Morganroth and Morganroth PLLC
Attn Mayer Morganroth
344 North Old Woodward Avenue Suite 200
Birmingham MI 48009-5310

RE:   Account Number      7426205951
      Mortgagor           Mary Critchley
      Property Address    3487 W Maple Road
                          Bloomfield MI 48301

Dear Mayer Morganroth:

This letter is in response to your inquiry regarding the above-referenced account dated July 16, 2012 and received in our office on July 23, 2012.

Our records indicate the account was approved for foreclosure on April 16, 2010. However, the foreclosure sale was rescinded as notice was given by advertisement and had to be re-done. The account was approved for foreclosure again on December 23, 2011.

At this time, we do not have record of receiving a request for mediation. If you have further questions or concerns regarding the foreclosure process please provide the specific questions or concerns as to why you believe the foreclosure was wrongful and in breach of any agreement. Please include any appropriate documents to support your questions or concerns along with your request. Your letter and documents will be reviewed upon receipt, and a response sent.

If you have any further questions, please contact Customer Care at 1-800-766-4622 between the hours of 6:00 am to 10:00 pm CT Monday through Friday and 9:00 am to 1:00 pm CT on Saturday.

Customer Care
Loan Servicing

JS

www.gmacmortgage.com          Tel: (800) 766-4622
3451 Hammond Ave
Waterloo, IA 50702