UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
In re:
RESIDENTIAL CAPITAL, LLC, et al.,
Debtors.

)
)
)
)
)
)
)



Case No. 12-12020 (MG)
Chapter 11
Jointly Administered
NOTICE OF BEARING ON TWENTY-FIRST OMNIBUS OBJECTION
 TO CLAIMS
(BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

Comes now, movant, Tom Franklin, to the honorable Judge of the said court and objects to the disallowance of his claims and will respectfully show the court that his claim should be allowed to continued for the following reasons:

1. The creditor is owed the money by the debtor
2. The debtor was not provided equal access to the debtor
3. This a legitimate  creditor claim
4. The creditor has suffered extreme hardship
5. Dismissing this credit claim would be unfair and un substantiated.

Whereas all factor dully taken into consideration this claim should be allowed to continued.

RESPECTFULLY SUBMITTED:

TOM FRANKLIN ET AL, PRO SE

5633 Oak Grove Road
Fort Worth,  Texas  76134

1