**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Adam A. Lewis, a member in good standing of the bar of the State of California and the bars of the United States Bankruptcy Courts for the Central, Eastern, Northern and Southern Districts of California, the bars of the United States District Courts for the Central, Eastern, Northern and Southern Districts of California, the District of Colorado, the bars of the United States Court of Appeals for the Seventh Circuit, the Ninth Circuit Bankruptcy Appellate Panel and the United States Court of Appeals for the Ninth Circuit request admission, *pro hac vice*, before the Honorable Martin Glenn to represent Residential Capital, LLC, *et al.*, in the above-referenced case.

My address is:    Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

The filing fee of $200.00 has been submitted with this Application for *pro hac vice* admission.

Dated: July 19, 2013                    Respectfully submitted,

                                        By:    /s/ Adam A. Lewis
                                               Adam A. Lewis

ny-1100326

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>., | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Adam A. Lewis, dated July 19, 2013, for admission to practice *pro hac vice* to represent Residential Capital, LLC, *et al.* in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of California and the bars of the United States Bankruptcy Courts for the Central, Eastern, Northern and Southern Districts of California, the bars of the United States District Courts for the Central, Eastern, Northern and Southern Districts of California, the District of Colorado, the bars of the United States Court of Appeals for the Seventh Circuit, the Ninth Circuit Bankruptcy Appellate Panel and the United States Court of Appeals for the Ninth Circuit,

IT IS HEREBY ORDERED that Adam A. Lewis is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent Residential Capital, LLC, *et al.*, provided that the filing fee has been paid.

Dated: New York, New York
         _____, 2013

                                            _____
                                            The Honorable Martin Glenn
                                            United States Bankruptcy Judge
                                            Southern District of New York

2

ny-1100326