# **EXHIBIT 2**

**Excerpt of Bar Date Notice Affidavit of Service**

12-12020-mg Doc 4294-2 Filed 07/19/13 Entered 07/19/13 15:23:12 Exhibit 2 -
Excerpt of Bar Date Notice - Affidavit of Service Pg 2 of 5

12-12020-mg Doc 1412 Filed 09/11/12 Pg 1 of 45   Docket #1412  Date Filed: 9/11/2012

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re : Chapter 11
: 
RESIDENTIAL CAPITAL, LLC, et al., [1] : Case No. 12-12020 (MG)
: 
: 
: **(Jointly Administered)**
Debtors. :
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On or before September 7, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via First Class mail upon the Monthly Service List attached hereto as **Exhibit A**, upon the Claimants and Notice Parties attached hereto as **Exhibit B**, upon the parties attached hereto as **Exhibit C**, via Overnight mail on service list attached hereto as **Exhibit D** for subsequent distribution to beneficial holders of the securities listed on the attached **Exhibit E**, and via Electronic mail upon the parties attached hereto as **Exhibit F**:

1. Notice of Deadlines for Filing Proofs of Claim, dated August 29, 2012, attached hereto as **Exhibit G**

2. Proof of Claim Form attached here to as **Exhibit H**

*(This space intentionally left blank)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1



12-12020-mg Doc 4294-2 Filed 07/19/13 Entered 07/19/13 15:23:12 Exhibit 2
Excerpt of Bar Date Notice Affidavit of Service Pg 3 of 5
12-12020-mg Doc 1412 Filed 09/11/12 Entered 09/11/12 12:59:36 Main Document Pg 2 of 45

B. On or before September 7, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via First Class mail upon the Creditor Matrix attached hereto as **Exhibit I**

1. Notice of Deadlines for Filing Proofs of Claim, dated August 29, 2012, attached hereto as **Exhibit G**

2. [Customized] Proof of Claim Form

Dated: September 11, 2012

Clarissa D. Cu

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 11th of September, 2012, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

2

12-12020-mg    Doc 4294-23    Filed 07/19/13    Entered 07/19/13 15:23:13    Exhibit 2 -
Excerpt of Bar Date Notice Affidavit of Service    Pg 4 of 5

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| DAVID V SANTOS | | 10 BERKELEY STREET | | | BOSTON | MA | 02116 | |
| DAVID V. BAKOS | JULIANE R. BAKOS | 1884 DEER PATH TRAIL | | | OXFORD | MI | 48371-6061 | |
| DAVID V. COX | SHARON A. COX | 1330 NORTH COUNTY ROAD 600 E | | | AVON | IN | 46123 | |
| DAVID V. DELILLO | KIM J. DELILLO | 13031 MARCY RANCH ROAD | | | SANTA ANA | CA | 92705 | |
| DAVID V. HARANCZAK | | 4615 ELMHURST AVE | | | ROYAL OAK | MI | 48073-1738 | |
| DAVID V. R. GEHRIS | JANE A. GEHRIS | 8230 ELIZABETH | | | LA PLATA | MD | 20646 | |
| DAVID VANLEUVAN | HOLLY VANLEUVAN | 829 WILLOW BROOK ROAD | | | CLINTON | NY | 12514 | |
| DAVID VANN HAISLIP | SARAH K HAISLIP | 1301 KENION ST | | | GREENSBORO | NC | 27405-3327 | |
| David Vasquez vs Gmac Mortgage LLC and Ramsy M Esper | | 6224 TAOS DR | | | EL PASO | TX | 79905 | |
| DAVID VAUGHN | David C. Vaughn and Company | 3600 DALLAS HIGHWAY | | | MARIETTA | GA | 30064 | |
| DAVID VAUGHN ATT AT LAW | | PO BOX 2370 | | | DAPHNE | AL | 36526 | |
| DAVID VINCENT AND HARDEN BUILDERS | | 2455 COUNTY ROAD 128 SE | | | JUNCTION CITY | OH | 43748-9630 | |
| DAVID VOLLE | | 10312 WEST SUNSET AVE | | | WAUWATOSA | WI | 53222 | |
| DAVID W & LAURA ANN SAXE | | 1327 S INVERARY PLACE | | | STATE COLLEGE | PA | 16801 | |
| DAVID W AEMMER | | 1425 BELLAIRE STREET | | | DENVER | CO | 80220 | |
| DAVID W AND DEBRA COURTS | | 141 PRIVATE RD 8637 | | | FRED | TX | 77616 | |
| DAVID W AND SUZETTE URANSKY | | 156 OXBOW DR | | | LA PLACE | LA | 70068 | |
| DAVID W ANDERSON | | 3 OAK GROVE WAY | | | NAPA | CA | 94559-2111 | |
| DAVID W ASBACH CHAPTER 13 TRUSTEE | | 740 N PLANKINTON AVE | | | MILWAUKEE | WI | 53203-2403 | |
| DAVID W ASTLE | NITA KAYE ASTLE | 1328 VINEYARD DRIVE | | | BOUNTIFUL | UT | 84010 | |
| DAVID W BARKUS | LUCY E BARKUS | 20383 NORTH GROVE LOOP | | | BROOKINGS | SD | 57006 | |
| DAVID W BARRY ATT AT LAW | | 4151 SW FWY STE 770 | | | HOUSTON | TX | 77027 | |
| DAVID W BEDSOLE | | 3477 PINETREE RD | | | JACKSONVILLE BEACH | FL | 32250-1527 | |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MARK STRONG | | 1746 ROXANNA LANE | | | NEW BRIGHTON | MN | 55112-1734 | |
| MARK STUETZEL AND | | THERESA STUETZEL | 17955 SUMMER LANE N | | FRASER | MI | 48026 | |
| MARK SUNDSTEDT | CHERYLE SUNDSTEDT | 1625 WESTMONT DRIVE | | | SAN PEDRO | CA | 90732 | |
| Mark Swaim | ROBERT POSWALK & ELIZABETH M POSWALK VS GMAC MORTGAGE LLC | 251 OConnor Ridge Blvd. Ste. 210 | | | Irving | TX | 75038 | |
| Mark Swenson | | 4113 Utica Ave | | | St. Louis Park | MN | 55416 | |
| MARK SWINDELL AND | DAWN SWINDELL | 164 N 74TH ST APT 1134 | | | MESA | AZ | 85207-7434 | |
| MARK T AND OTIS W TERRELL AND | | 1412 OLD LAMPLIGHTER WAY | FIRST RESPONSE RESTORATION LLC | | WILMINGTON | NC | 28403 | |
| MARK T GEBERT | HOLLY C RANDOLPH | 8252 QUOIT STREET | | | DOWNEY | CA | 90242 | |
| MARK T HANSEN | | 15 S 20TH AVE E | | | DULUTH | MN | 55812-2122 | |
| MARK T JESSEE ATT AT LAW | | 50 W HILLCREST DR STE 200 | | | THOUSAND OAKS | CA | 91360 | |
| MARK T MCCARTY CHAPTER 13 STANDING | | PO BOX 5006 | | | N LITTE ROCK | AR | 72119 | |
| MARK T MILLER ATT AT LAW | | 100 S MAIN ST | | | NICHOLASVILLE | KY | 40356 | |
| MARK T SCHAPPELL ATT AT LAW | | 411 CUMBERLAND ST STE 2 | | | LEBANON | PA | 17042 | |
| MARK T TERRELL AND FIRST RESPONSE | RESTORATION LLC | 650 SAINT JOSEPH ST UNIT 204 | | | CAROLINA BEACH | NC | 28428-3837 | |
| MARK T WILSON | ROBIN M WILSON | 808 CAROLYN SOUTHEAST DRIVE | | | CONCORD | NC | 28025 | |
| MARK T YOUNG AJC | | PO BOX 909 | | | HIXSON | TN | 37343 | |
| MARK T YOUNG ATT AT LAW | | PO BOX 909 | | | HIXSON | TN | 37343 | |
| MARK T. BOWERS | PARTICIA R. BOWERS | 1458 ROSLYN ROAD | | | GROSSE POINTE | MI | 48236 | |
| MARK T. BRIDGMAN | CYNTHIA B. BRIDGMAN | 513 N PINE MEADOW DRIVE | | | DE BARY | FL | 32713 | |
| Mark T. Davis | DAVID VASQUEZ VS. GMAC MORTGAGE, LLC AND RAMSY M. ESPER | 1554 Lomaland Drive | | | El Paso | TX | 79935 | |
| MARK T. LYONS | JILL L. LYONS | 150 STATE PARK ROAD | | | CHARLOTTE | VT | 05445 | |