UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x     Case No. 12-12020 (MG)

In re:

                                                      Chapter 11

RESIDENTIAL CAPITAL, LLC, et al,     Jointly Administered

                  Debtor.
-------------------------------------------------------------x

## RESPONSE TO DEBTOR'S FIFTEENTH OMNIBUS OBJECTION TO THE CLAIM OF THE NASSAU COUNTY TREASURER

        NOW COMES, the NASSAU COUNTY TREASURER (the "Treasurer"), a creditor in the above jointly administered bankruptcy case, by and through its counsel, Patrick Reynolds Gallagher, hereby responds to the Debtor's Fifteenth Omnibus Objection to the Claim of the Treasurer, which seeks the entry of an Order disallowing and expunging the claim of the Treasurer for the failure to include supporting documents, hereby states the following:

        Residential Funding Company LLC (the "Affiliate Debtor") is a subsidiary / affiliate of Residential Capital LLC. The Affiliate Debtor filed for bankruptcy under Chapter 11 of the Bankruptcy Code on May 14, 2012. (A copy of the Notice of Chapter 11 Case is annexed hereto as **Exhibit A**).

        The Affiliated Debtor's case was ordered to be jointly administered with the bankruptcy action herein pursuant to an Order of this Court entered on May 14, 2012. (A copy of the Order Under Bankruptcy Rule 1015 Authorizing Joint Administration of the Debtors' Chapter 11 Cases is annexed hereto as **Exhibit B**).

        The Affiliated Debtor is the fee owner of property located at 171 Sylvester Street, Westbury, NY 11590 (Section 11, Block: 29, Lot: 59) (the "Westbury Property"). (A copy of the Treasurer's Assessment Roll Inspection for this property is annexed hereto as **Exhibit C**). To date, the Affiliated Debtor is $56,620.17 in arrears in real property taxes on the Westbury Property. (A copy of the most recent property tax invoice is annexed hereto as **Exhibit D**) The current taxes and arrearage on the Westbury Property is owed to the Treasurer.

On March 6, 2013, the Treasurer filed a proof of claim in the action herein supported by a tax invoice issued by the Treasurer for pre-petition arrearage. (A copy of the Proof of Claim with supporting Tax Invoice is annexed hereto as **Exhibit E**). The location of the property is clearly identifiable by the Parcel ID number on the upper right hand corner of the invoice which lists the section, block, and lot of the Westbury Property.

Based on the invoice issued by the Treasurer and the Treasurer's Assessment Roll Inspection, it is clear that the Affiliated Debtor is indeed the fee owner the Westbury Property. As such, the Affiliated Debtor is responsible for the property tax arrearage on the Westbury property.

WHEREFORE, the Treasurer respectfully requests that Debtor's Fifteenth Omnibus Objection to the Claim of the Nassau County Treasurer be denied in its entirety and that the Treasurer's claim is not disallowed or expunged.

Dated: Mineola, New York
July 17, 2013

JOHN CIAMPOLI
County Attorney of Nassau County

Patrick R. Gallagher
Deputy County Attorney
1 West Street
Mineola, New York 11501

# EXHIBIT A

United States Bankruptcy Court
Southern District of New York

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed
below was filed under Chapter 11 of the United
States Bankruptcy Code, entered on 05/14/2012 at
06:57 AM and filed on 05/14/2012.



**Residential Funding Company, LLC**
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437
Tax ID / EIN: 93-0891336
*aka* **Residential Funding Corporation**

The case was filed by the debtor's attorney:

**Larren M. Nashelsky**
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
212-468-8000

The case was assigned case number 12-12019-mg to Judge Martin Glenn.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other
actions against the debtor and the debtor's property. Under certain circumstances, the stay may be
limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.
If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be
penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are
available at our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, One Bowling
Green, New York, NY 10004-1408.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting
forth important deadlines.

**Vito Genna**
**Clerk, U.S. Bankruptcy**
**Court**

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/01/2013 15:25:40 | | | |
| **PACER Login:** | nc0245 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 12-12019-mg |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12019 (MG) |
| RESIDENTIAL FUNDING COMPANY, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 93-0891336 | |
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 20-1770738 | |
| In re: | Case No. 12-12021 (MG) |
| DITECH, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 23-2887228 | |
| In re: | Case No. 12-12022 (MG) |
| DOA HOLDING PROPERTIES, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 26-1424257 | |

ny-1011808

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12062 (MG) |
| | ) | |
| RESIDENTIAL FUNDING REAL ESTATE HOLDINGS, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-2736505 | ) | |
| In re: | ) | Case No. 12-12063 (MG) |
| | ) | |
| RESIDENTIAL MORTGAGE REAL ESTATE HOLDINGS, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-2737180 | ) | |
| In re: | ) | Case No. 12-12065 (MG) |
| | ) | |
| RFC ASSET HOLDINGS II, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 41-1984034 | ) | |
| In re: | ) | Case No. 12-12066 (MG) |
| | ) | |
| RFC ASSET MANAGEMENT, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 06-1664678 | ) | |
| In re: | ) | Case No. 12-12068 (MG) |
| | ) | |
| RFC BORROWER LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 45-5065558 | ) | |

| | |
|---|---|
| In re: | Case No. 12-12023 (MG) |
| DOA PROPERTIES IX (LOTS-OTHER), LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 26-2783274 | |
| In re: | Case No. 12-12024 (MG) |
| EPRE LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 26-2747974 | |
| In re: | Case No. 12-12025 (MG) |
| EQUITY INVESTMENT I, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 02-0632797 | |
| In re: | Case No. 12-12026 (MG) |
| ETS OF VIRGINIA, INC., | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 26-4051445 | |
| In re: | Case No. 12-12027 (MG) |
| ETS OF WASHINGTON, INC. | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 45-2910665 | |

2

| | |
|---|---|
| In re: | Case No. 12-12028 (MG) |
| EXECUTIVE TRUSTEE SERVICES, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 23-2778943 | |
| In re: | Case No. 12-12035 (MG) |
| GMACM BORROWER LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 45-5064887 | |
| In re: | Case No. 12-12030 (MG) |
| GMAC MODEL HOME FINANCE I, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 26-2748469 | |
| In re: | Case No. 12-12031 (MG) |
| GMAC MORTGAGE USA CORPORATION, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 20-4796930 | |
| In re: | Case No. 12-12032 (MG) |
| GMAC MORTGAGE, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 23-1694840 | |

3

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12033 (MG) |
| | ) | |
| GMAC RESIDENTIAL HOLDING COMPANY, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 91-1902190 | ) | |

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12037 (MG) |
| | ) | |
| GMACR MORTGAGE PRODUCTS, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 03-0536369 | ) | |

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12036 (MG) |
| | ) | |
| GMACM REO LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 45-5222043 | ) | |

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12029 (MG) |
| | ) | |
| GMAC-RFC HOLDING COMPANY, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 23-2593763 | ) | |

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12034 (MG) |
| | ) | |
| GMACRH SETTLEMENT SERVICES, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 23-3036156 | ) | |

4

| | |
|---|---|
| In re: | Case No. 12-12038 (MG) |
| HFN REO SUB II, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. None | |

| | |
|---|---|
| In re: | Case No. 12-12039 (MG) |
| HOME CONNECTS LENDING SERVICES, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 25-1849412 | |

| | |
|---|---|
| In re: | Case No. 12-12042 (MG) |
| HOMECOMINGS FINANCIAL, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 51-0369458 | |

| | |
|---|---|
| In re: | Case No. 12-12040 (MG) |
| HOMECOMINGS FINANCIAL REAL ESTATE HOLDINGS, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 26-2736869 | |

| | |
|---|---|
| In re: | Case No. 12-12043 (MG) |
| LADUE ASSOCIATES, INC., | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 23-1893048 | |

| | |
|---|---|
| In re: | ) Case No. 12-12044 (MG) |
| | ) |
| PASSIVE ASSET TRANSACTIONS, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 51-0404130 | ) |
| | ) |

| | |
|---|---|
| In re: | ) Case No. 12-12045 (MG) |
| | ) |
| PATI A, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-3722729 | ) |
| | ) |

| | |
|---|---|
| In re: | ) Case No. 12-12046 (MG) |
| | ) |
| PATI B, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-3722937 | ) |
| | ) |

| | |
|---|---|
| In re: | ) Case No. 12-12047 (MG) |
| | ) |
| PATI REAL ESTATE HOLDINGS, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 27-0515201 | ) |
| | ) |

| | |
|---|---|
| In re: | ) Case No. 12-12048 (MG) |
| | ) |
| RAHI A, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-3723321 | ) |

6

| | |
|---|---|
| In re: | Case No. 12-12049 (MG) |
| RAHI B, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 26-3723553 | |

| | |
|---|---|
| In re: | Case No. 12-12050 (MG) |
| RAHI REAL ESTATE HOLDINGS, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 27-0515287 | |

| | |
|---|---|
| In re: | Case No. 12-12051 (MG) |
| RCSFJV2004, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 20-3802722 | |

| | |
|---|---|
| In re: | Case No. 12-12052 (MG) |
| RESIDENTIAL ACCREDIT LOANS, INC., | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 51-0368240 | |

| | |
|---|---|
| In re: | Case No. 12-12053 (MG) |
| RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 41-1955181 | |

7

| | |
|---|---|
| In re: | Case No. 12-12054 (MG) |
| RESIDENTIAL ASSET SECURITIES CORPORATION, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 51-0362653 | |

| | |
|---|---|
| In re: | Case No. 12-12055 (MG) |
| RESIDENTIAL CONSUMER SERVICES OF ALABAMA, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 63-1105449 | |

| | |
|---|---|
| In re: | Case No. 12-12056 (MG) |
| RESIDENTIAL CONSUMER SERVICES OF OHIO, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 34-1754796 | |

| | |
|---|---|
| In re: | Case No. 12-12057 (MG) |
| RESIDENTIAL CONSUMER SERVICES OF TEXAS, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 75-2510515 | |

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12058 (MG) |
| | ) | |
| RESIDENTIAL CONSUMER SERVICES, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-4812167 | ) | |
| | ) | |
| In re: | ) | Case No. 12-12059 (MG) |
| | ) | |
| RESIDENTIAL FUNDING MORTGAGE EXCHANGE, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 41-1674247 | ) | |
| | ) | |
| In re: | ) | Case No. 12-12060 (MG) |
| | ) | |
| RESIDENTIAL FUNDING MORTGAGE SECURITIES I, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 75-2006294 | ) | |
| | ) | |
| In re: | ) | Case No. 12-12061 (MG) |
| | ) | |
| RESIDENTIAL FUNDING MORTGAGE SECURITIES II, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 41-1808858 | ) | |

9

| | |
|---|---|
| In re: | Case No. 12-12069 (MG) |
| RFC CONSTRUCTION FUNDING, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 41-1925730 | |
| In re: | Case No. 12-12064 (MG) |
| RFC-GSAP SERVICER ADVANCE, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 26-1960289 | |
| In re: | Case No. 12-12070 (MG) |
| RFC REO LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 45-5222407 | |
| In re: | Case No. 12-12071 (MG) |
| RFC SFJV-2002, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 06-1664670 | |

## ORDER UNDER BANKRUPTCY RULE 1015 AUTHORIZING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

Upon the motion (the "Motion")[1] of the Debtors for entry of an order, under Bankruptcy Rule 1015, authorizing the joint administration of the Debtors' Chapter 11 cases; and upon the Whitlinger Affidavit; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these Chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this proceeding on the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation thereon; and sufficient cause appearing therefor, it is hereby

### ORDERED, ADJUDGED, AND DECREED THAT:

1.    The Motion is GRANTED as set forth herein.

2.    The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 12-12020 (MG) in accordance with the provisions of Bankruptcy Rule 1015.

3.    The caption of pleadings and other documents filed in the jointly administered cases shall read as follows:

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion. Creditors and parties-in-interest with questions or concerns regarding the Debtors' Chapter 11 cases or the relief granted herein may refer to http://www.kccllc.net/rescap for additional information.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | Chapter 11 |
| Debtors. | Jointly Administered |

4.      This caption shall be deemed to satisfy any applicable requirements of

Bankruptcy Code section 342(c) and Bankruptcy Rule 2002(n).

5.      All pleadings and other documents to be filed in the jointly administered

cases shall be filed and docketed in the case of Residential Capital, LLC, Case No. 12-12020

(MG).

6.      A docket entry shall be made in the Chapter 11 cases of all Debtors other

than Residential Capital, LLC, substantially as follows:

> An order has been entered in this case consolidating this case with
> the case of Residential Capital, LLC, Case No. 12-12020 (MG), for
> procedural purposes only and providing for its joint administration
> in accordance with the terms thereof.  The docket in Case No. 12-
> 12020 (MG) should be consulted for all matters affecting this case.

7.      Any creditors filing a proof of claim against any of the Debtors shall

clearly assert such claim against the particular Debtor obligated on such claim and not against

the jointly administered Debtors.

8.      Notwithstanding anything herein to the contrary, this Order shall not

modify or affect the terms and provisions of, nor the rights and obligations under, (a) the Board

of Governors of the Federal Reserve System Consent Order, dated April 13, 2011, by and among

Ally Financial Inc. ("AFI"), Ally Bank, ResCap, GMAC Mortgage, LLC, the Board of

Governors of the Federal Reserve System, and the Federal Deposit Insurance Corporation, (b)

13

the consent judgment entered April 5, 2012 by the District Court for the District of Columbia,

dated February 9, 2012, (c) the Order of Assessment of a Civil Money Penalty Issued Upon

Consent Pursuant to the Federal Deposit Insurance Act, as amended, dated February 10, 2012,

and (d) all related agreements with AFI and Ally Bank and their respective subsidiaries and

affiliates.

    9.  The Debtors may file consolidated monthly operating reports, but shall

report disbursements to the United States Trustee on an individual Debtor basis.

    10.  This Court shall retain jurisdiction with respect to all matters relating to

the interpretation or implementation of this Order.


Dated: New York, New York
   May 14, 2012


            _s/James M. Peck_____
            HONORABLE JAMES M. PECK
            UNITED STATES BANKRUPTCY JUDGE

14

# EXHIBIT C

PARID: 11029 00590                                                         JUR: 28
NBHD: 050                                                                  ROLL: RP_NY
RESIDENTIAL FUNDING COMPANY LLC

## Assessment Roll Inspection for this Parcel:

11029 00590

## Parcel Data

| | |
|---|---|
| SBL | 11029 00590 |
| Tax Year | 2013 |
| Lot Grouping | 59-61 |
| ACTIVE (Y/D) | Y |
| Property Address | 171 SYLVESTER ST |
| City | WESTBURY |
| State | |
| Zip | 11590 |
| Class | 1 |
| PUC | 2100 |
| CAMA Acres | .1722 |
| Town | 2 - NORTH HEMPSTEAD |
| School | 2-001 - WESTBURY |

## Values Data

| | |
|---|---|
| Uniform Pct. of Value | .25 |
| Market Value | $226,800 |
| Land Assessed Value | 479 |
| Total Assessed Value | 567 |
| Transitional Value for class 2 or 4 | |
| School Taxable | 567 |
| County Taxable | 567 |
| Town Taxable | 567 |

## Owner Data

| | |
|---|---|
| Name | RESIDENTIAL FUNDING COMPANY LLC |
| Mailing Address | 4828 LOOP CENTRAL DR |
| Address | |
| City | HOUSTON |
| State | TX |
| Zip | 77081 |
| Zip Extension | |

## Legal Data/Tax Dist1/Village/Special Tax Authorities                    1 of 16

| | |
|---|---|
| General Tax District | 776 - 776 |
| Pct | 100 |
| School Tax District | 2001 - Westbury UFSD |
| Village 1 | - |
| Pct | |
| % of Assessment | |
| Special Tax Authorities | 21N |
| Authority Name | COUNTY - NASSAU COMMUNITY COLLEGE |
| Liber | 12384 |
| Page | 0356 |

Printed on Monday, July 15, 2013, at 3:20:26 PM EST

# EXHIBIT D

EDWARD P. MANGANO
COUNTY EXECUTIVE



BEAUMONT A. JEFFERSON
COUNTY TREASURER

## COUNTY OF NASSAU

OFFICE OF THE COUNTY TREASURER
1 WEST STREET
MINEOLA, NEW YORK 11501
(516) 571-2090

### INDIVIDUAL PARCEL OPEN TAXES

RESIDENTIAL FUNDING COMPANY
4828 LOOP CENTRAL DR
HOUSTON TX 77081

July 17, 2013

Computed To Date: 07/31/2013
Parcel ID: 11029  00590 (BANKRUPTCY)
Lot Group: 59-61

| Tax year | Cycle | | Date | Lien | Tax/memo Amount | Penalty | Interest | Fees | Total Due |
|---|---|---|---|---|---|---|---|---|---|
| 2008 | T | H | 02/17/2009 | 2008001191 | 1,276.40 | 0.00 | 510.56 | 0.00 | 1,786.96 |
| 2009 | S | F | SUBORD. 07/27/2009 | 2008001191 | 4,681.91 | 0.00 | 1,872.76 | 0.00 | 6,554.67 |
| 2010 | S | F | SUBORD. 08/12/2010 | 2008001191 | 6,619.66 | 0.00 | 2,647.86 | 0.00 | 9,267.52 |
| 2010 | T | F | SUBORD. 10/31/2010 | 2008001191 | 2,670.54 | 0.00 | 1,068.22 | 0.00 | 3,738.76 |
| 2011 | S | F | SUBORD. 08/15/2011 | 2008001191 | 7,049.83 | 0.00 | 2,819.93 | 0.00 | 9,869.76 |
| 2011 | T | F | SUBORD. 12/14/2011 | 2008001191 | 2,594.62 | 0.00 | 1,037.85 | 0.00 | 3,632.47 |
| 2012 | S | F | SUBORD. 09/21/2012 | 2008001191 | 7,795.44 | 0.00 | 1,559.08 | 0.00 | 9,354.52 |
| SCARFEO,DENNIS | | | | | | | **Tax Payment Due:** | | **$44,204.66** |
| 2012 | T | H | 02/10/2012 | | 1,994.08 | 99.71 | 420.17 | 180.00 | 2,693.96 |
| 2012 | T | H | 08/10/2012 | | 1,994.08 | 99.71 | 286.68 | 0.00 | 2,380.47 |
| 2013 | S | H | 11/13/2012 | | 3,231.00 | 161.55 | 331.87 | 90.00 | 3,814.42 |
| 2013 | S | H | 05/10/2013 | | 3,231.00 | 161.55 | 134.11 | 0.00 | 3,526.66 |
| | | | | | | | **Tax Payment Due:** | | **$12,415.51** |

**TOTAL PAYMENT DUE  $56,620.17**

**Information purpose only**
**Taxes due subject to change**

Cash or Certified Checks only for payment of tax liens. Cash or Certified Checks only for payments made after October 31, 2013. Any Hardship deposits made to the Liens are not reflected in the total amount due.

If you require additional assistance, please call our office at (516) 571-2090 571-2090 Ext. 13715. Thank you for your cooperat

Very Truly Yours,
NASSAU COUNTY TREASURER

# EXHIBIT E

UNITED STATES BANKRUPTCY COURT for the SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM

| Name of Debtor: **RESIDENTIAL FUNDING COMPANY LLC** | Case Number: 8-12-12020 (MG) |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed, pursuant to 11 U.C.§ 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**NASSAU COUNTY TREASURER**

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
NASSAU COUNTY ATTORNEY'S OFFICE
c/o COUNTY ATTORNEY, ONE WEST STREET
MINEOLA NY 11501-4813

Court Claim Number:
*(If known)* MAR  6  2013

Filed On:

Telephone number: 516-571-3010  Attention: Patrick R. Gallagher

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check this box if you are the debtor or trustee in this case.

Name and address where payment should be sent (if different from above):

**1. Amount of Claim as of Date Case Filed;        $47,680.29**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

X  Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim- Property Tax Arrearage**
(See instruction #2 on reverse side.)

**3. Last four digits of any n u m b e r  by which creditor identifies debtor:**

3a. Debtor may have scheduled account as:
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property of a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ other
Describe:

Value of Property: $ Unknown      Annual Interest Rate 12%

**Amount of arrearage and *other* charges as of time case filed included in secured claim,**

if any: $47,680.29      Basis for perfection:

| Amount of Secured Claim: $47,680.29      Amount Unsecured: $0 |

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.
Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

X Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain;

Amount entitled to priority:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| Date: 3/4/2013 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. PATRICK R. GALLAGHER, DEPUTY COUNTY ATTORNEY | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

.5801

EDWARD P. MANGANO
COUNTY EXECUTIVE

BEAUMONT A. JEFFERSON
ACTING COUNTY TREASURER



## COUNTY OF NASSAU

OFFICE OF THE COUNTY TREASURER
1 WEST STREET
MINEOLA, NEW YORK 11501
(516) 571-2090

### INDIVIDUAL PARCEL OPEN TAXES

RESIDENTIAL FUNDING COMPANY LLC
4828 LOOP CENTRAL DR
HOUSTON TX 77081

February 04, 2013

Computed To Date: 01/31/2013
Parcel ID: 11029 00590
Lot Group: 59-61

| Tax year | Cycle | | | Date | Lien | Tax/memo Amount | Penalty | Interest | Fees | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 2008 | T | H | | 02/17/2009 | 2008001191 | 1,276.40 | 0.00 | 510.56 | 0.00 | 1,786.96 |
| 2009 | S | F | SUBORD. | 07/27/2009 | 2008001191 | 4,681.91 | 0.00 | 1,872.76 | 0.00 | 6,554.67 |
| 2010 | S | F | SUBORD. | 08/12/2010 | 2008001191 | 6,619.66 | 0.00 | 2,647.86 | 0.00 | 9,267.52 |
| 2010 | T | F | SUBORD. | 10/31/2010 | 2008001191 | 2,670.54 | 0.00 | 1,068.22 | 0.00 | 3,738.76 |
| 2011 | S | F | SUBORD. | 08/15/2011 | 2008001191 | 7,049.83 | 0.00 | 2,114.95 | 0.00 | 9,164.78 |
| 2011 | T | F | SUBORD. | 12/14/2011 | 2008001191 | 2,594.62 | 0.00 | 778.37 | 0.00 | 3,372.99 |
| 2012 | S | F | SUBORD. | 09/21/2012 | 2008001191 | 7,795.44 | 0.00 | 779.55 | 0.00 | 8,574.99 |
| 2012 | T | F | SUBORD. | 12/21/2012 | 2008001191 | 4,745.12 | 0.00 | 474.50 | 0.00 | 5,219.62 |
| SCARFEO,DENNIS | | | | | | | **Tax Payment Due:** | | | $47,680.29 |

**TOTAL PAYMENT DUE   $47,680.29**

**Information purpose only**
**Taxes due subject to change**

Cash or Certified Checks only for payment of tax liens. Cash or Certified Checks only for payments made after October 31, 2012.
Any Hardship deposits made to the Liens are not reflected in the total amount due.

If you require additional assistance, please call our office at (516) 571-2090 571-2090 Ext. 13715. Thank you for your cooperat

Very Truly Yours,
NASSAU COUNTY TREASURER

## AFFIDAVIT OF SERVICE
### RESIDENTIAL CAPITAL, LLC, ET AL.

STATE OF NEW YORK )
                 : ss.:
COUNTY OF NASSAU )

      Lauren Rubenfeld, being duly sworn, deposes and says, that deponent is over twenty-one years of age, not a party to the proceedings herein, and that deponent is employed in the office of the County Attorney of Nassau County, that on the 18th day of July, 2013, deponent served, by mail, the within **RESPONSE TO DEBTOR'S FIFTEENTH OMNIBUS OBJECTION TO THE CLAIM OF THE NASSAU COUNTY TREASURER** upon:

Hon. Martin Glenn
Chambers, Courtroom 501
One Bowling Green
New York, NY  10004

Morrison & Foerster, LLP
Gary Lee, Esq., Norman Rosenbaum, Esq. and
Jordan Wishnew, Esq.
1290 Avenue of the Americas
New York, NY  10104

Kramer Levin Naftalis & Frankel, LLP
Kenneth H. Eckstein, Esq. and Douglas H. Mannal, Esq.
1117 Avenue of the Americas
New York, NY  10036

U.S. Bankruptcy Court, Southern District of New York
Clerk of the Court
Manhattan Division
One Bowling Green
New York, NY  10004-1408

      by depositing a true copy of the same securely enclosed in a post-paid wrapper in a post office box regularly maintained by the United States Government at Nassau County Executive Building, Mineola, New York, directed to the above at the addresses designated by them for the purpose upon the preceding papers.

                                Lauren Rubenfeld

Sworn to before me this
18th day of  July, 2013.

_____
Notary Public

JAMES R SCOTT
Notary Public - State of New York
No. 02SC6067932
Qualified in Suffolk County
My Commission Expires December 24, 2013

Index No. 12-12020 (MG)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

RESIDENTIAL CAPITAL, LLC, et al.,

Debtor.

## RESPONSE TO DEBTOR'S FIFTEENTH OMNIBUS OBJECTION TO THE CLAIM OF THE NASSAU COUNTY TREASURER

JOHN CIAMPOLI
County Attorney of Nassau County
One West Street
Mineola, New York 11501
(516) 571-3010
Fax: (516) 571-6604/6684