# EXHIBIT 1

| Claim No. | Claim Amount | CUSIP No. | Issuing Entity | Purchaser | Case | Purchase Price | Offering Date | Original Credit Rating, S&P | Original Credit Rating, Moody's | First Credit Rating Downgrade, S&P | First Credit Rating Downgrade, Moody's | First Credit Rating Downgrade Below Investment Grade, S&P | First Credit Rating Downgrade Below Investment Grade, Moody's |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2626 | $ 33,221,890 | 74922AAB3 | RALI Series 2007-QH6 Trust | WesCorp | CA | $ 70,102,000 | 6/27/07 | 7/3/07 (AAA) | 7/11/07 (Aaa) | 10/20/08 (AA) | 2/20/09 (Caa3) | 7/24/09 (CCC) | 2/20/09 (Caa3) |
| 2627 | $ 54,026,410 | 74922AAC1 | RALI Series 2007-QH6 Trust | WesCorp | CA | $ 84,062,000 | 6/27/07 | 7/3/07 (AAA) | 7/11/07 (Aaa) | 10/20/08 (B) | 9/3/08 (Baa3) | 10/20/08 (B) | 2/20/09 (Ca) |
| 2628 | $ 71,458,336 | 751153AC1 | RALI Series 2006-QO10 Trust | WesCorp | CA | $ 123,013,000 | 12/27/06 | 1/3/07 (AAA) | 12/21/06 (Aaa) | 10/20/08 (B) | 9/3/08 (Ba1) | 10/20/08 (B) | 9/3/08 (Ba1) |
| 2629 | $ 18,918,535 | 75116EAA0 | RALI Series 2007-QH5 Trust | WesCorp | CA | $ 115,147,000 | 5/29/07 | 6/1/07 (AAA) | 5/30/07 (Aaa) | 7/24/09 (CCC) | 2/20/09 (B3) | 7/24/09 (CCC) | 2/20/09 (B3) |
| 2630 | $ 10,828,427 | 75116EAB8 | RALI Series 2007-QH5 Trust | WesCorp | CA | $ 20,000,000 | 5/29/07 | 6/1/07 (AAA) | 5/30/07 (Aaa) | 10/20/08 (B) | 2/20/09 (Ca) | 7/24/09 (CCC) | 2/20/09 (Ca) |
| 2631 | $ 11,444,414 | 75114NAC8 | RALI Series 2006-QO6 Trust | WesCorp | CA | $ 49,645,171 | 6/28/06 | 7/5/06 (AAA) | 6/29/06 (Aaa) | 10/20/08 (B) | 9/3/08 (Ba3) | 10/20/08 (B) | 9/3/08 (Ba3) |
| 2632 | $ 30,951,723 | 75116EAC6 | RALI Series 2007-QH5 Trust | WesCorp | CA | $ 48,788,000 | 5/29/07 | 6/1/07 (AAA) | 5/30/07 (Aaa) | 10/20/08 (B) | 9/3/08 (Ba2) | 10/20/08 (B) | 9/3/08 (Ba2) |
| 2633 | $ 18,696,249 | 74922WAC3 | RALI Series 2007-QH3 Trust | WesCorp | CA | $ 29,682,000 | 3/28/07 | 4/2/07 (AAA) | 3/29/07 (Aaa) | 10/20/08 (B) | 9/3/08 (Baa3) | 10/20/08 (B) | 2/20/09 (Ca) |
| 2634 | $ 31,332,675 | 74922WAB5 | RALI Series 2007-QH3 Trust | WesCorp | CA | $ 62,803,000 | 3/28/07 | 4/2/07 (AAA) | 3/29/07 (Aaa) | 10/20/08 (AA) | 2/20/09 (Ca) | 7/24/09 (B-) | 2/20/09 (Ca) |
| 2635 | $ 558,160 | 43710RAG6 | Home Equity Loan Trust 2007-HSA2 | U.S. Central | KS | $ 20,000,000 | 4/25/07 | 5/1/07 (AAA) | 5/8/07 (Aaa) | 8/15/08 (AA) | 6/19/08 (A2) | 1/14/09 (BB+) | 2/18/09 (B3) |
| 2636 | $ 11,519,468 | 74922JAC2 | RALI Series 2007-QH2 Trust | WesCorp | CA | $ 19,454,000 | 2/23/07 | 3/2/07 (AAA) | 3/16/07 (Aaa) | 10/20/08 (B) | 9/3/08 (Baa2) | 10/20/08 (B) | 2/20/09 (Ca) |

**Sources:**

NCUAB Proofs of Claim (filed Nov. 8, 2012)

Ex. B to Decl. of Terry W. Bird in support of Consol. Opp. to Motions to Dismiss (filed Feb. 10, 2012) in NCUAB v. Goldman, Sachs & Co. et al., No. 11-cv-06521-GW (C.D. Cal)

Ex. D to Decl. of David C. Frederick in support of Consol. Opp. to Motions to Dismiss (filed Feb. 10, 2012) in NCUAB v. RBS Securities, Inc., et al, No. 11-cv-02340-RDR (D. Kan.)

First Amended Complaint (filed Aug. 24, 2012), in NCUAB v. RBS Securities, Inc., et al, No. 11-cv-02340-RDR (D. Kan.)

First Amended Complaint (filed Oct. 29, 2012), in NCUAB v. Goldman, Sachs & Co. et al., No. 11-cv-06521-GW (C.D. Cal)