# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-6521-GW(JEMx) | Date | June 17, 2013 |
|---|---|---|---|
| Title | *National Credit Union Admin. Board v. Goldman Sachs and Co., et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Wil Wilcox | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Terry W. Bird - by telephone
David C. Frederick - by telephone
George A. Zelcs - by telephone
Gregory G. Rapawy - by telephone

Attorneys Present for Defendants:

Richard H. Klapper - by telephone
Bill Monahan - by telephone
Rory P. Culver
Brendan P. Cullen

**PROCEEDINGS:** **DEFENDANTS GOLDMAN, SACHS & CO. AND GS MORTGAGE'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT (filed 12/13/12);**

**DEFENDANTS GOLDMAN, SACHS & CO. AND GS MORTGAGE'S MOTION TO STRIKE CERTAIN PARAGRAPHS OF THE FIRST AMENDED COMPLAINT (filed 12/13/12)**

Court hears further argument. Based on the Tentative's issued on March 14, 2013 [144] and June 11, 2013 [150], and for reasons stated on the record, Defendants' motions are DENIED. Plaintiff will prepare and file a final ruling on the motions. Defendants will have seven days from service of that proposed ruling in which to file objections to its contents.

: 20

Initials of Preparer   JG