WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
J. Christopher Shore
Harrison L. Denman

-AND-

MILBANK, TWEED, HADLEY & M$^c$CLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Gerard Uzzi
Dennis C. O'Donnell

Attorneys for the Ad Hoc Group
of Junior Secured Noteholders

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | ) Case No. 12-12020 (MG) |
| Debtors. | ) Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                    ) SS.:
COUNTY OF NEW YORK  )

CHARMAINE THOMAS, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M$^c$Cloy LLP, Counsel for the Ad Hoc Group of Junior Secured Noteholders of Residential Capital, LLC et al., in the above-captioned cases.

On the 19th of July 2013, I caused a copy of the following document:

Reservation of Rights of Ad Hoc Group of Junior Secured Noteholders with Respect to Debtors' Motion for an Order Pursuant to Bankruptcy Rule 9019 And Bankruptcy Code Section 363(b)(1) Authorizing the Debtors to Enter Into and Perform Under Amendment to Consent Order [DI 4296]

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, and to be delivered to the parties on Exhibit B attached hereto by hand delivery.

/s/ Charmaine Thomas
CHARMAINE THOMAS

SWORN TO AND SUBSCRIBED before me this 19th of July 2013

/s/ Jacqueline Brewster
Jacqueline Brewster
Notary Public, State of New York
No. 03BR6093249
Qualified in Bronx County
Certificate filed in New York County
Commission Expires June 2, 2015

## Exhibit A

'andrea.hartley@akerman.com'; 'susan.balaschak@akerman.com'; 'dgolden@akingump.com'; 'dzensky@akingump.com'; 'aqureshi@akingump.com'; 'pdublin@akingump.com'; 'ralbanese@akingump.com'; 'rajohnson@akingump.com'; 'ccarty@akingump.com'; 'bnkatty@aldine.k12.tx.us'; 'ecfmail@aclawllp.com'; 'ken.coleman@allenovery.com'; 'john.kibler@allenovery.com'; 'jeff.brown@gmacfs.com'; 'william.b.solomon@ally.com'; 'kit.weitnauer@alston.com'; 'marty.bunin@alston.com'; 'william.hao@alston.com'; 'bill.macurda@alston.com'; 'john.stern@texasattorneygeneral.gov'; 'harrisj12@michigan.gov'; 'Schindlerwilliamss@ballardspahr.com'; 'Sarah.Stout@BNYMellon.com'; 'Jennifer.Provenzano@BNYMellon.com'; 'Mageshwaran.Ramasamy@BNYMellon.com'; 'xrausloanops5@barclays.com'; 'david.powlen@btlaw.com'; 'bbeskanos@aol.com'; 'davids@blbglaw.com'; 'jonathanu@blbglaw.com'; 'matthewj@blbglaw.com'; 'jai@blbglaw.com'; 'schaedle@blankrome.com'; 'tarr@blankrome.com'; 'root@blankrome.com'; 'courtney.lowman@ally.com'; 'jhaake@wbsvlaw.com'; 'swissnergross@brownrudnick.com'; 'gregory.petrick@cwt.com'; 'ingrid.bagby@cwt.com'; 'mark.ellenberg@cwt.com'; 'dcaley@wongfleming.com'; 'bankruptcy@clm.com'; 'hseife@chadbourne.com'; 'dlemay@chadbourne.com'; 'rgayda@chadbourne.com'; 'mroitman@chadbourne.com'; 'bobbie.theivakumaran@citi.com'; 'maofiling@cgsh.com'; 'tmoloney@cgsh.com'; 'soneal@cgsh.com'; 'jennifer.demarco@cliffordchance.com'; 'adam.lesman@cliffordchance.com'; 'jlaitman@cohenmilstein.com'; 'clometti@cohenmilstein.com'; 'meisenkraft@cohenmilstein.com'; 'drehns@cohenmilstein.com'; 'krehns@cohenmilstein.com'; 'srosen@cbshealaw.com'; 'mwarner@coleschotz.com'; 'echou@coleschotz.com'; 'ra-li-ucts-bankrupt@state.pa.us'; 'will.hoch@crowedunlevy.com'; 'mgallagher@curtis.com'; 'macohen@curtis.com'; 'sreisman@curtis.com'; 'hryder@daypitney.com'; 'jjtancredi@daypitney.com'; 'jwcohen@daypitney.com'; 'glenn.siegel@dechert.com'; 'hector.gonzalez@dechert.com'; 'brian.greer@dechert.com'; 'mauricio.espana@dechert.com'; 'craig.druehl@dechert.com'; 'rosa.mendez@db.com'; 'Brendan.meyer@db.com'; 'diem.home@gmail.com'; 'gcatalanello@duanemorris.com'; 'jvincequerra@duanemorris.com'; 'broylesmk@rgcattys.com'; 'tterrell@feinsuch.com'; 'tterrell@feinsuch.com'; 'ppascuzzi@ffwplaw.com'; 'dearly@fdic.gov'; 'floressaucedopllc@gmail.com'; 'tlallier@foleymansfield.com'; 'kenton_hambrick@freddiemac.com'; 'deggert@freebornpeters.com'; 'tfawkes@freebornpeters.com'; 'israel.david@friedfrank.com'; 'gary.kaplan@friedfrank.com'; 'kgiannelli@gibbonslaw.com'; 'jberkowitz@gibbonslaw.com'; 'calbanese@gibbonslaw.com'; 'kpatrick@gibbsbruns.com'; 'shumphries@gibbsbruns.com'; 'kpatrick@gibbsbruns.com'; 'DFeldman@gibsondunn.com'; 'JWeisser@gibsondunn.com'; 'theodore.w.tozer@hud.gov'; 'gjarvis@gelaw.com'; 'mpmorris@gelaw.com'; 'delman@gelaw.com'; 'brian@gmcnjlaw.com'; 'aamin@hinshawlaw.com'; 'ayala.hassell@hp.com'; 'rnorton@hunton.com'; 'rrich2@hunton.com'; 'floraoropeza@co.imperial.ca.us'; 'bankruptcy2@ironmountain.com'; 'pgallagher@nassaucountyny.gov'; 'ceblack@jonesday.com'; 'cball@jonesday.com'; 'rlwynne@jonesday.com'; 'lemiller@jonesday.com'; 'ceblack@jonesday.com'; 'aglenn@kasowitz.com'; 'mstein@kasowitz.com'; 'dfliman@kasowitz.com'; 'namamoo@kasowitz.com'; 'kgcully@kgcully.com'; 'kdwbankruptcydepartment@kelleydrye.com'; 'eciolko@ktmc.com'; 'dmoffa@ktmc.com'; 'ecf@kaalaw.com'; 'thadwilson@kslaw.com'; 'ajowers@kslaw.com'; 'pferdinands@kslaw.com';

'mstrauss@kmllp.com'; 'bwalker@kmllp.com'; 'judson.brown@kirkland.com';
'richard.cieri@kirkland.com'; 'ray.schrock@kirkland.com'; 'richard.cieri@kirkland.com';
'stephen.hessler@kirkland.com'; 'projectrodeo@kirkland.com'; 'William.b.Solomon@ally.com';
'Timothy.Devine@ally.com'; 'john.bellaver@ally.com'; 'tklestadt@klestadt.com';
'jcorneau@klestadt.com'; 'sdny@kmk-law.net'; 'keckstein@kramerlevin.com';
'tmayer@kramerlevin.com'; 'dmannal@kramerlevin.com'; 'jtrachtman@kramerlevin.com';
'pbentley@kramerlevin.com'; 'dmannal@kramerlevin.com'; 'szide@kramerlevin.com';
'jleibowitz@kandfllp.com'; 'rescapinfo@kccllc.com'; 'dlibra@lapplibra.com';
'james.heaney@lawdeb.com'; 'richard@rsaxlaw.com'; 'sheehan@txschoollaw.com';
'Dcaponnetto@leopoldassociates.com'; 'pmahony@leopoldassociates.com';
'austin.bankruptcy@publicans.com'; 'dallas.bankruptcy@publicans.com';
'houston_bankruptcy@lgbs.com'; 'choward@lockelord.com'; 'wcurchack@loeb.com';
'vrubinstein@loeb.com'; 'dminoff@loeb.com'; 'abehlmann@lowenstein.com';
'abehlmann@lowenstein.com'; 'metkin@lowenstein.com'; 'ilevee@lowenstein.com';
'metkin@lowenstein.com'; 'ilevee@lowenstein.com'; 'adoshi@magnozzikye.com';
'susanp@taxcollector.com'; 'kmarino@khmarino.com'; 'jboyle@khmarino.com';
'lgordon@mvbalaw.com'; 'pmoak@McKoolSmith.com'; 'mcarney@mckoolsmith.com';
'pmoak@McKoolSmith.com'; 'knewman@menterlaw.com'; 'mfriedman@meyner.com';
'sdnyecf@dor.mo.gov'; 'jgarrity@morganlewis.com'; 'mkraut@morganlewis.com';
'pfleming@morganlewis.com'; 'mmorganroth@morganrothlaw.com';
'jmorganroth@morganrothlaw.com'; 'lberkoff@moritthock.com';
'Tammy.Hamzehpour@gmacrescap.com'; 'Jill.horner@gmacrescap.com';
'Colette.wahl@gmacrescap.com'; 'Deanna.horst@gmacrescap.com';
'William.thompson@gmacrescap.com'; 'William.tyson@gmacrescap.com';
'Eileen.oles@gmacrescap.com'; 'Lauren.delehey@gmacrescap.com';
'Julie.busch@gmacrescap.com'; 'Patty.Zellmann@ally.com'; 'lnashelsky@mofo.com';
'glee@mofo.com'; 'lmarinuzzi@mofo.com'; 'Ksadeghi@mofo.com';
'jmoldovan@morrisoncohen.com'; 'bankruptcy@morrisoncohen.com';
'rdakis@morrisoncohen.com'; 'gelfarb@mosskalish.com'; 'seth.goldman@mto.com';
'Thomas.walper@mto.com'; 'cmomjian@attorneygeneral.gov'; 'almeyers@sjgov.org';
'enid.stuart@OAG.State.NY.US'; 'joseph.cordaro@usdoj.gov'; 'dwdykhouse@pbwt.com';
'bguiney@pbwt.com'; 'Paul_Papas@mylegalhelpusa.com'; 'ebcalvo@pbfcm.com';
'brandon.johnson@pillsburylaw.com'; 'jmcmurtr@placer.ca.gov'; 'dflanigan@polsinelli.com';
'jnagi@polsinelli.com'; 'igoldstein@proskauer.com'; 'srutsky@proskauer.com';
'jzajac@proskauer.com'; 'danbrockett@quinnemanuel.com'; 'daveburnett@quinnemanuel.com';
'jeremyandersen@quinnemanuel.com'; 'jeremyandersen@quinnemanuel.com';
'ericwinston@quinnemanuel.com'; 'susheelkirpalani@quinnemanuel.com';
'scottshelley@quinnemanuel.com'; 'mrollin@rplaw.com'; 'cwood@rgrdlaw.com';
'stevep@rgrdlaw.com'; 'rbrown@robertbrownlaw.com'; 'romero@mromerolawfirm.com';
'Ross.martin@ropesgray.com'; 'keith.wofford@ropesgray.com'; 'Ross.martin@ropesgray.com';
'dsasser@siwpc.com'; 'dhall@siwpc.com'; 'jglucksman@scarincihollenbeck.com';
'bdk@schlamstone.com'; 'bbressler@schnader.com'; 'rbarkasy@schnader.com';
'eboden@schnader.com'; 'adam.harris@srz.com'; 'howard.godnick@srz.com';
'marguerite.gardiner@srz.com'; 'michael.cutini@srz.com'; 'secbankruptcy@sec.gov';
'secbankruptcy@sec.gov'; 'newyork@sec.gov'; 'bankruptcynoticeschr@sec.gov';
'bateman@sewkis.com'; 'christensen@sewkis.com'; 'patel@sewkis.com'; 'hooper@sewkis.com';

'josselson@sewkis.com'; 'cohen@sewkis.com'; 'das@sewkis.com'; 'binder@sewkis.com'; 'kotwick@sewkis.com'; 'alves@sewkis.com'; 'joel@shafeldlaw.com'; 'taconrad@sbwlawfirm.com'; 'fsosnick@shearman.com'; 'sfennessey@shearman.com'; 'pdatta@hhstein.com'; 'amuller@stinson.com'; 'whazeltine@sha-llc.com'; 'tal@talcottfranklin.com'; 'derek@talcottfranklin.com'; 'jmiller@tcfbank.com'; 'jteitelbaum@tblawllp.com'; 'AGBankNewYork@ag.tn.gov'; 'robert.major@bnymellon.com'; 'Adam.Parkin@tdsecurities.com'; 'Christopher.stevens@tdsecurities.com'; 'themeyerslawfirm@gmail.com'; 'kay.brock@co.travis.tx.us'; 'mamta.scott@usbank.com'; 'michelle.moeller@usbank.com'; 'tanveer.ashraf@usbank.com'; 'Glenn.Gillett@usdoj.gov'; 'AskDOJ@usdoj.gov'; 'Mark.Flannagan@umb.com'; 'joseph.cordaro@usdoj.gov'; 'james.byrnes@usbank.com'; 'laura.moran@usbank.com'; 'Tracy.Davis2@usdoj.gov'; 'Linda.Riffkin@usdoj.gov'; 'Brian.Masumoto@usdoj.gov'; 'mvaughan@wbsvlaw.com'; 'dskeens@wbsvlaw.com'; 'gary.holtzer@weil.com'; 'kelly.j.rentz@wellsfargo.com'; 'Sharon.Squillario@wellsfargo.com'; 'mary.l.sohlberg@wellsfargo.com'; 'kristi.garcia@wellsfargo.com'; 'accesslegalservices@gmail.com'; 'cshore@whitecase.com'; 'isilverbrand@whitecase.com'; 'dthatch@whitecase.com'; 'mabrams@willkie.com'; 'rchoi1@willkie.com'; 'jhardy2@willkie.com'; 'rmaney@wilmingtontrust.com'; 'david.tillem@wilsonelser.com'; 'dneier@winston.com'; 'dneier@winston.com'; 'cschreiber@winston.com'; 'jlawlor@wmd-law.com'; 'pdefilippo@wmd-law.com'; 'sfitzgerald@wmd-law.com'; 'gbush@zuckerman.com'; 'ncohen@zuckerman.com'; 'lneish@zuckerman.com'; 'gbush@zuckerman.com'; 'ncohen@zuckerman.com'; 'lneish@zuckerman.com'

**Exhibit B**

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York  10004


US Trustee for the Southern District of NY
Region 2
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY   10014
    Attn: Tracy Hope Davis, Esq.
       Brian Masumoto, Esq.
      Linda Riffkin, Esq.