UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
RESIDENTIAL CAPITAL, LLC, et al.,[1]            :    Case No. 12-12020 (MG)
                                                :
                                                :
                                                :    (Jointly Administered)
                            Debtors.            :
----------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Jennifer Grageda, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On July 17, 2013, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the parties on the service list attached hereto as **Exhibit A**:

  1. **Notice of Disclosure Statement Hearing**, dated July 9, 2013
     [Docket No. 4189]

B. Additionally, on July 17, 2013, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the party on the service list attached hereto as **Exhibit B**:

**[Space Intentionally Left Blank]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

- **[Customized] Debtors' Nineteenth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation); Hearing to be Held on August 21, 2013 at 10:00 a.m. (Prevailing Eastern Time)** [Docket No. 4155]

Dated: July 19, 2013

                                                                             Jennifer Grageda

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 19th of July, 2013, by Jennifer Grageda, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROSS BERNSTEIN
Commission # 2013582
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

# Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Aiken Schenk Hawkins and Ricciardi | | 2390 E Camelback Rd Ste 400 | | Phoenix | AZ | 85016-3479 |
| Aiken Schenk Hawkins and Ricciardi PC | | 2390 E Camelback Rd Ste 400 | | Phoenix | AZ | 85016-3479 |
| Angela and Anthony Stendland | | 8849 Norway St NW | | Minneapolis | MN | 55433-5890 |
| Brauer Law Offices PLC | | PMB 426 | 96 Linwood Plz | Fort Lee | NJ | 07024-3701 |
| Cari-Ann Kittrell | | 11180 76th St NE | | Otsego | MN | 55301-4631 |
| Christopher Legal Group | | 9555 S Eastern Ave Ste 260 | | Las Vegas | NV | 89123-8008 |
| Cindi Anaya and Air Co Consolidated | LLC DBA Bobs Air Co Repair Co | 542 W 4th St | | Fremont | NE | 68025-4810 |
| Conrad G Maldonado and | Rachel G Maldonado | 14892 W Aculpulco Ln | | Surprise | AZ | 85379-5410 |
| Constructions Support Services | | 1402 Creencia Pl | | Escondido | CA | 92027-1313 |
| Crimson Creek HOA | | 1839 S Alma School Rd Ste 150 | | Mesa | AZ | 85210-3061 |
| Crimson Creek Homeowners | c o PMG Services | 1839 S Alma School Rd Ste 150 | | Mesa | AZ | 85210-3061 |
| D David and Sharon Marcyes | and Alpine Cleaning Restoration | 1925 E 1850 N | | North Logan | UT | 84341-4706 |
| Dale Chapman | | 2035 Knotty Pine Dr | | Abingdon | MD | 21009-2787 |
| Damien Chiodo | KeyLink Real Estate, Inc. | 338 Via Vera Cruz Ste 160 | | San Marcos | CA | 92078-2604 |
| David A McGuire Jr vs Gmac Mortage LLC | Executive Trustee Services LLc Mortgage | Electronic Registration System Rhoads and Associates PLC | 2302 E Delgado St | Phoenix | AZ | 85022-5838 |
| David J Winterton & Associates Ltd | | 1140 N Town Center Dr Ste 120 | | Las Vegas | NV | 89144-0605 |
| David J Winterton Att at Law | | 1140 N Town Center Dr Ste 120 | | Las Vegas | NV | 89144-0605 |
| Debbie McCoy | | 206 Sawgrass Ct | | Dayton | NV | 89403-8708 |
| Debra Smith | | 4505 Nathan Ln N Apt 205 | | Plymouth | MN | 55442-3158 |
| Diane M Ernst | | 3511 W Goshen Dr | | Tucson | AZ | 85741-1184 |
| Edward Corley Att at Law | | 22 N Walnut St | | Mansfield | OH | 44902-1706 |
| El Dorado Lakes Golf Club Community | | 1839 S Alma School Rd Ste 150 | | Mesa | AZ | 85210-3061 |
| Elk Springs Homeowners Association | | 2800 W Placita Sombra Chula | | Tucson | AZ | 85745-7051 |
| Eric and Betsy Loomis and | Betsy H Cummings Loomis | 48 Phillips Rd Unit 16 | | Holden | MA | 01520-6507 |
| Evergreen Town | Evergreen Town Treasurer | PO Box 486 | | Spooner | WI | 54801-0486 |
| First American Title Company | | 9325 Upland Ln N Ste 340 | | Osseo | MN | 55369-4463 |
| Francisco J. Guerrero | Maribelle Guerrero | 13601 Smoke Creek Ave | | Bakersfield | CA | 93314-9032 |
| George P Belles and | Eddie M Belles | 20987 N John Wayne Pkwy # B104-123 | | Maricopa | AZ | 85139-2926 |
| Goold Patterson Ales & Day, Chtd | | 1975 Village Center Cir Ste 140 | | Las Vegas | NV | 89134-6256 |
| Greenfield Bruce M | | 1524 Thornhill Ave | | Westlake Vlg | CA | 91361-1438 |
| Huff Ramona | | 1028 Nassau Dr | | Las Vegas | NV | 89108-1362 |
| Insurance Repair Specialist | | 647 Deale Rd | | Deale | MD | 20751-2212 |
| Kofman Irna | | 80 Van Cortlandt Park S Apt A41 | | Bronx | NY | 10463-3057 |
| Lee I Iglody Att at Law | | 3960 Howard Hughes Pkwy Ste 600 | | Las Vegas | NV | 89169-5989 |
| Maney, Edward J | | 101 N 1st Ave Ste 1775 | | Phoenix | AZ | 85003-1927 |
| Matt N Clifford PC | | PO Box 670 | | Thatcher | AZ | 85552-0670 |
| McAndrews Properties | | 174 | 284 E Lake Mead Pkwy Ste C | Henderson | NV | 89015-6433 |
| Michelle Mclemore and | Charles Mclemore | 2889 Sollie Rd Apt 524 | | Mobile | AL | 36695-5543 |
| Neal W Griffin | | 4161 E Canyon Way | | Chandler | AZ | 85249-6056 |
| Schian Walker P LC | | 1850 N Central Ave Ste 900 | | Phoenix | AZ | 85004-4531 |
| Structural Buildings Inc | | 12926 1st St | | Becker | MN | 55308-9351 |

In re: Residential Capital, LLC, et al.,
Case No. 12-12020

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Susan M Koezly | | 1800 111th Ave NW Apt 114 | | Coon Rapids | MN | 55433-3717 |
| Sylvia Bushell | | C-142 | 1635 Higdon Ferry Rd Ste C | Hot Springs | AR | 71913-6904 |
| The Crossings HOA | | 1839 S Alma School Rd Ste 150 | | Mesa | AZ | 85210-3061 |
| The Houghton Group Inc | | 500 Far Hill Rd | | Wayzata | MN | 55391-1003 |
| The Village of Copper Basin | | 21805 S Ellsworth Rd Ste 114 | | Queen Creek | AZ | 85142-9365 |
| Thomas and Roseann Coffin | and Roofing Specialist | 11401 MLK St N Apt 1414 | | St Petersburg | FL | 33716-2314 |
| Timothy L Hall and Shauna D Hall | | 970 Whetstone St | | Bucyrus | OH | 44820-3348 |
| Tyler K Stonebraker | | 9568 Capricorn Way | | San Diego | CA | 92126-5539 |
| Vidrine Law Firm PLC | | PO Box 33994 | | Phoenix | AZ | 85067-3994 |
| Vista Restoration Inc | | PO Box 70142 | | Tucson | AZ | 85737-0028 |

# Exhibit B

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Joaquin Arturo Revelo Att at Law | 1307 N St | Bakersfield | CA | 93301-5525 |

In re: Residential Capital, LLC, et al.,
Case No. 12-12020                                                1 of 1