**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | ) Case No. 12-12020 (MG) |
| Debtors. | ) Jointly Administered |

**ORDER SHORTENING NOTICE WITH RESPECT TO MOTION FOR
ORDER IN AID OF MEDIATION AND SETTLEMENT**

Upon the motion (the "Motion")[1] of the Ad Hoc Group of Junior Secured Noteholders (the "Ad Hoc Group") for entry of an order (this "Order") shortening notice with respect to the Motion of the Ad Hoc Group of Junior Secured Noteholders for Order in Aid of Mediation and Settlement (the "Supplemental Mediation Motion"); it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and this Court having found that proper and adequate notice of the Motion and opportunity for hearing on the Motion has been provided under the circumstances; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

---

[1] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

2

      2.      The hearing on the Supplemental Mediation Motion is scheduled for July 26, 2013 at 10:00 a.m. (prevailing Eastern Time).

      3.      The deadline to object or respond to Supplemental Mediation Motion is set for July 24, 2013 at 4:00 p.m. (prevailing Eastern Time).

      4.      The Ad Hoc Group shall serve a copy of the Supplemental Mediation Motion and this Order in the manner described in the Case Management Procedures [Docket No. 141] (the "Case Management Procedures").

      5.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: July 22, 2013
       New York, New York

                                                                   **/s/Martin Glenn**
                                                                    MARTIN GLENN
                                                United States Bankruptcy Judge