**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Adam A. Lewis, dated July 19, 2013, for admission to practice *pro hac vice* to represent Residential Capital, LLC, *et al*. in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of California and the bars of the United States Bankruptcy Courts for the Central, Eastern, Northern and Southern Districts of California, the bars of the United States District Courts for the Central, Eastern, Northern and Southern Districts of California, the District of Colorado, the bars of the United States Court of Appeals for the Seventh Circuit, the Ninth Circuit Bankruptcy Appellate Panel and the United States Court of Appeals for the Ninth Circuit,

IT IS HEREBY ORDERED that Adam A. Lewis is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent Residential Capital, LLC, *et al*., provided that the filing fee has been paid.

Dated: New York, New York
**July 22, 2013**

/s/Martin Glenn
The Honorable Martin Glenn
United States Bankruptcy Judge
Southern District of New York