Hearing Date:  July 26, 2013 at 10:00 am (ET)
Response Deadline:  July 19, 2013 at 4:00 pm (ET)

**Zuckerman Spaeder LLP**
Laura E. Neish
1185 Avenue of the Americas, 31st Floor
New York, NY 10036-2603
(212) 704-9600

**Zuckerman Spaeder LLP**
Nelson C. Cohen (*pro hac vice*)
Graeme Bush (*pro hac vice*)
1800 M Street, NW, Suite 1000
Washington, DC 20036
(202) 778-1800

*Attorneys for National Credit Union Administration Board*
*as Liquidating Agent for Western Corp. Federal Credit Union*
*and U.S. Central Federal Credit Union*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) | |
| **Debtors.** ) | Jointly Administered |
| ) | |

# CERTIFICATE OF SERVICE

Dionne Rothwell, being duly sworn, deposes and says:

1. I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am employed by the law firm of Zuckerman Spaeder LLP, counsel to National Credit Union Administration Board in the above-captioned proceeding.

2. On July 19, 2013, caused a true and correct copy of the Response of **National Credit Union Administration Board to Debtors' Objection to Proofs of Claim Filed by the**

4180606.1

**National Credit Union Administration Board as Liquidating Agent for Western Corporate Federal Credit Union and U.S. Central Federal Credit Union** (a) via the Court's ECF notification system to all the parties registered to receive notices in these cases, and (b) via electronic mail on the parties with email addresses listed on the annexed Monthly Service List.

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Dated:    July 22, 2013
         Washington, DC

/s/ Dionne L. Rothwell

ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Washington, DC  20036
(202) 778-1800

*Legal Secretary to Nelson C. Cohen, Attorney for National Credit Union Administration Board as Liquidating Agent for Western Corp. Federal Credit Union and U.S. Central Federal Credit Union*

4180606.1