Hearing Date:    **August 28, 2013 at 10:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------
|  |  |
| In re: | Case No. 12-12020 (MG) |
|  |  |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
|  |  |
| Debtors. | Jointly Administered |
------------------------------------------------------------------------

**NOTICE OF ADJOURNMENT OF CERTAIN MATTERS SCHEDULED**
**FOR AUGUST 21, 2013 OMNIBUS HEARING TO AUGUST 28, 2013 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the following matters previously scheduled to be heard

on August 21, 2013 at 10:00 a.m. (Prevailing Eastern Time) have been adjourned to **August 28,**

**2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "**Hearing**") and will be held before the

Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New

York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green,

New York, New York 10004, Room 501:

> a)  Motion of the Lead Plaintiffs and the Putative Class to Apply Bankruptcy
>     Rule 7023 and to Certify Class Claims [Docket No. 2044];
>
> b)  Motion of Jessica Angel and Ramon Quiroz to Lift the Stay [Docket No.
>     3978];

ny-1098938

c)  Motion of Patricia LeBlanc to Modify the Automatic Stay and Sever Claims
Involving GMAC Mortgage, LLC and Proceed with Personal Injury Claims
Involving Others [Docket No. 4131];

d)  *Hawthorne v. GMAC Mortgage, LLC* (Adv. Proc. No. 12-02050):
   i.  Status Conference;

e)  *Universal Restoration Services, Inc. v. GMAC Mortgage, LLC* (Adv. Proc.
No. 13-01278):
   i.  Pretrial Conference;
   ii. Defendant's Motion to Dismiss Plaintiff's Adversary
   Complaint [Docket No. 9]; and

f)  *Pruitt v. GMAC Mortgage, LLC* (Adv. Proc. No. 13-01350):
   i.  Pretrial Conference.

Dated:  July 22, 2013                               Respectfully submitted,
        New York, New York


                                                    /s/ Norman S. Rosenbaum
                                                    Gary S. Lee
                                                    Lorenzo Marinuzzi
                                                    Norman S. Rosenbaum
                                                    MORRISON & FOERSTER LLP
                                                    1290 Avenue of the Americas
                                                    New York, New York 10104
                                                    Telephone: (212) 468-8000
                                                    Facsimile: (212) 468-7900

                                                    *Counsel for the Debtors and*
                                                    *Debtors in Possession*