Hearing Date:    August 29, 2013 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- )
In re:                                                           )    Case No. 12-12020 (MG)
                                                                 )
RESIDENTIAL CAPITAL, LLC, *et al*.,                              )    Chapter 11
                                                                 )
                                              Debtors.           )    Jointly Administered
---------------------------------------------------------------- )

**NOTICE OF ADJOURNMENT OF CERTAIN MATTERS SCHEDULED**
**FOR AUGUST 21, 2013 OMNIBUS HEARING TO AUGUST 29, 2013 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the following matters previously scheduled to be heard on August 21, 2013 at 10:00 a.m. (Prevailing Eastern Time) have been adjourned to **August 29, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "**Hearing**") and will be held before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, Room 501:

a) Debtors' Tenth Omnibus Claims Objection (Facially Defective and Time-Barred Securities Claims) [Docket No. 4119];

b) Debtors' Eleventh Omnibus Objection to Claims (Misclassified Claims) [Docket No. 4145];

c) Debtors' Twelfth Omnibus Objection to Claims (No Liability - Paid and Satisfied Tax Claims) [Docket No. 4146];

d) Debtors' Thirteenth Omnibus Objection to Claims (No Liability - Books and Records Tax Claims) [Docket No. 4147];

e) Debtors' Fourteenth Omnibus Objection to Claims (No Liability - Books and Records Tax Claims) [Docket No. 4148];

f) Debtors' Fifteenth Omnibus Objection to Claims (No Liability - Insufficient Documentation Tax Claims) [Docket No. 4149];

g) Debtors' Sixteenth Omnibus Objection to Claims (Redundant Claims) [Docket No. 4150];

h) Debtors' Seventeenth Omnibus Objection to Claims (Misclassified Borrower Claims) [Docket No. 4151];

i) Debtors' Eighteenth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4154];

j) Debtors' Nineteenth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4155];

k) Debtors' Twentieth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4156]; and

l) Debtors' Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4158].

Dated: July 22, 2013
New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*

ny-1100510                                    2