## STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Administration**
**DIVISION OF TAXATION**
One Capitol Hill
Providence, RI 02908-5800
Fax (401) 222-3145



U. S. Bankruptcy Court
1 Bowling Green, Rm. 614
New York, NY 10004-1408

RE: GMAC Mortgage, LLC                              #12-12032

Debtor

### STIPULATION

Claim filed against the above by the Division of Taxation for Corporation Tax (2012) has been satisfied in full and is hereby withdrawn.

6/27/13

STATE OF RHODE ISLAND
DIVISION OF TAXATION

BY: _____
Jacques Moreau, Chief of
Compliance & Collections