STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Administration
**DIVISION OF TAXATION**
One Capitol Hill
Providence, RI 02908-5800
Fax (401) 222-3145

U. S. Bankruptcy Court
1 Bowling Green, Rm. 614
New York, NY 10004-1408

RECEIVED
JUL - 1 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

RE: Homecomings Financial, LLC                                   #12-12042

Debtor

## STIPULATION

Claim filed against the above by the Division of Taxation for Corporation Tax (2012) has been satisfied in full and is hereby withdrawn.

6/27/13

STATE OF RHODE ISLAND
DIVISION OF TAXATION

BY: _____
Jacques Moreau, Chief of
Compliance & Collections