Form 210A (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re: <u>Residential Capital Corporation</u>          Case No.: <u>12-12020</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BSI Financial Services, Inc. as servicer in fact for MNH SUB I LLC. | CitiMortgage, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

BSI Financial Services, Inc.
P.O. Box 517, 314 S. Franklin St.
Titusville, PA 16354
Telephone: (800) 327-7861

See Attached Assignment

Phone: <u>(800) 327-7861</u>                               Phone: _____
Last Four Digits of Acct #: <u>XX3458</u>          Last Four Digits of Acct #: <u>3458</u>

Name and Address where transferee payments should be sent (if different from above):

Phone: <u>(800) 327-7861</u>
Last Four Digits of Acct #: <u>XX3458</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ William G. Malcolm</u>                          Date: <u>July 22, 2013</u>
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

e-recorded      LIBER 45260  PAGE 446      0026811

LIBER 45260  PAGE 446
$13.00 MISC RECORDING
$4.00 REMONUMENTATION
01/25/2013  04:45:26 PM  RECEIPT# 12150
PAID RECORDED - Oakland County, MI
Lisa Brown, Clerk/Register of Deeds

Prepared by & Return to:
2860 Exchange Blvd, # 100
Southlake, TX 76092

## Assignment of Mortgage

Send Any Notices To Assignee.

For Valuable Consideration, the undersigned, CITIMORTGAGE, INC. 4050 REGENT BLVD, MS N2A-222, IRVING, TX 75063 (Assignor) by these presents does assign and set over, without recourse, to MNH SUB I, LLC  1303 Avocado Ave #200,, Newport Beach, CA 92660 (Assignee) the described mortgage with all interest, all liens, any rights due or to become due thereon, executed by KRISTOPHER A. POTZMANN, A SINGLE MAN to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ('MERS') AS NOMINEE FOR QUICKEN LOANS INC. ITS SUCCESSORS AND ASSIGNS.   Said mortgage Dated: 2/17/2006 is recorded in the State of MI, County of Oakland on 2/24/2006, Liber 37164 Page 435 AMOUNT: $ 116,800.00  SEE ATTACHED EXHIBIT A
Parcel # 1218202002   Property Address: 4532 MEADOW WAY, WHITE LAKE TOWNSHIP, MI 48383

POTZMANN  ADC *12080353*

IN WITNESS WHEREOF, the undersigned corporation has caused this instrument to be executed as a sealed instrument by its proper officer.
Executed on: January 24, 2013
CITIMORTGAGE, INC.

By: 
M.E. Wileman, Authorized Signator

State of Texas, County of Tarrant
On 01/24/2013, before me, the undersigned, M.E. Wileman, who acknowledged that he/she is Authorized Signator of/for CITIMORTGAGE, INC.  and that he/she executed the foregoing instrument and that such execution was done as the free act and deed of CITIMORTGAGE, INC. .

C. Lafferty

Notary public, C. Lafferty
My commission expires: November 30, 2014

C. LAFFERTY
MY COMMISSION EXPIRES
November 30, 2014

MI Oakland      CITICAP/WL30-2012/AS