# **Exhibit 1**

**Proof of Claim**

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT     Northern District of New York | PROOF OF CLAIM |
|---|---|

Name of Debtor:
GMAC MORGTAGE RESIDENTIAL CAPITAL LLC

Case Number:
12-102020 (MG)

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Kenneth J. Malinowski / NSEA

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
Kenneth J Malinowski
c/o P.O. 483
Citrus Heights, California near 95611

Telephone number:
(916) 878-9291

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**     $ 138,000,000.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** UNLAWFUL DISCHARGE, I
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 5721

    3a. Debtor may have scheduled account as: _____
    (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☑ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $ 120,000.00   Annual Interest Rate 7.250 %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $ 138,000,000.00   Basis for perfection: county filing

Amount of Secured Claim: $ 120,000.00   Amount Unsecured: $ 137,780,000.00

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support th[e claim, such as promissory notes, purchase] orders, invoices, itemized statements of running accounts, contracts, judg[ments, mortgages, and security agreements.] You may also attach a summary. Attach redacted copies of documents pr[oviding evidence of perfection of] a security interest. You may also attach a summary. (*See instruction 7 an[d definition of "redacted".*])

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMEN[TS MAY BE DESTROYED AFTER] SCANNING.

If the documents are not available, please explain:

RECEIVED
OCT 12 2012
KURTZMAN CARSON CONSULTANTS

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☑ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(6).

Amount entitled to priority:
$ _____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 9/29/12
Signature: By: /s/ Kenneth Malinowski
The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

FOR COURT USE ONLY
OCT 10 2012

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

1212020121010000000000048

Sacramento County Recorder
Craig A. Kramer, Clerk/Recorder
BOOK **20120920** PAGE **0647**
Thursday, SEP 20, 2012 10:49:29 AM
Ttl Pd  $39.00   Rcpt # 0007454086

TML/85/1-8

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

KENNETH MALINOWSKI
C/O P.O. BOX 483
CITRUS HEIGHTS, CALIFORNIA [95611]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

1a. ORGANIZATION'S NAME

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| MALINOWSKI | KENNETH | J. | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 5325 ELKHORN BLVD. #187 | SACRAMENTO | CA | near [95842] | USA |

| ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|
| | administrative vessel | UNITED STATES | 104-58-265519 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

2a. ORGANIZATION'S NAME
STATE OF CALIFORNIA

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 11TH STREET | SACRAMENTO | CA | near [95814] | USA |

| ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
NSEA

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 315 W LaCadena dr | Riverside | Calif. | near [92501] | usa |

**4. This FINANCING STATEMENT covers the following collateral:**
This Financing statement covers the following types (or items) of property: (list)

This is Actual and Constructive Notice of Claim held by Secured Party and the entry of the Debtor in the Commercial Registry and the following property is hereby registered in the same but not limited to:
Prpoerty commanly known as 6037 White Cloud Court, Citrus Heights, California near 95621, APN 211-0740-029-0000 and,
ALL Accounts, Contract Rights Chattel Paper, General Intangibles, Inventory, Equipment and Fixtures, Whether owned or acquired later, all accessions, additions, replacements, and substitution; all records of any kind relating to any of the foregoing; all proceeds, (including insurance, bond, general Intangibles and account proceeds), together with all the other real and personal property with all and singular the improvements, ways, street, alleys, driveways, passages, waters, watercourse, rights, liberties, privileges, hereditaments, and appurtenances, whatsoever thereunto belonging, or in any wise appertaining, and the reversions and remainders, rents issues and profits thereof, and all estate rights, title interest property, claim and demand whatsoever of the said Debtor, in law, equity, or otherwise however, of, in and to the same and every part thereof including but not limited to the following:

UCC1 FINANCING STATMENT FILE# 12-7329055539 as filed with the California Secretary of State
Certified Notice to STATE OF CALIFORNIA as published in the GRAPEVINE LEGAL Newspaper of the UNLAWFUL DISCHARGE as per the Clean Water act of 1972
True Bill as attached in teh amount of $138,000,000.00 dated 8/13/12
Notice of Lien abd confession of judgment, Lien in the amount of $138,000,000.00
Notice of intent to preserve interest of NATIONAL STANDARDS ENFORCEMENT AGENCY and Kenneth Malinowski

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING
6. ☒ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum  [if applicable]
7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]  [optional]  ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2
8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT (FORM UCC1) – CALIFORNIA (REV. 01/01/08)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION NAME

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| MALINOWSKI | KENNETH | JOHN |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one name (11a or 11b) – do not abbreviate or combine names

11a. ORGANIZATION'S NAME: SACRAMENTO COUNTY

OR

11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 827 7TH STREET | SACRAMENTO | CA | near [95814] | USA |

ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION: UNITED STATES | 11g. ORGANIZATIONAL ID#, if any | ☐ NONE

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P's NAME** – insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Malinowski | Kenneth | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 5325 Elkhorn Blvd. #187 | Sacramento | Ca | near [95842] | |

**13.** This FINANCING STATEMENT covers ☒ timber to be cut or ☒ as-extracted collateral, or is filed as a ☒ fixture filing. ALL PIPING IN AND OUT, SEWAR, WATER AND ELECTRICAL LINES

**14.** Description of real estate:
6037 White Cloud Court,
Citrus Heights, California near (95621)

**16.** Additional collateral description:

Exhibits

A - Real Property Addendum
True Bill

B - Notice to State of California
Unlawful Discharge

C - Notice of Lien

D - Notice of Intent to
Preserve Interest

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a ☒ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☒ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction – effective 30 years
☐ Filed in connection with a Public-Finance Transaction – effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) – CALIFORNIA (REV. 01/01/08)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION NAME

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| MALINOWSKI | KENNETH | JOHN |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one name (11a or 11b) – do not abbreviate or combine names

11a. ORGANIZATION'S NAME: **GMAC MORGTAGE**

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 100 WITMER ROAD | HORSHAM | PA | 19044 | |

| ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|
| | CORPORATION | | ☐ NONE |

**12.** ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P's NAME — insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**13.** This FINANCING STATEMENT covers ☒ timber to be cut or ☐ as-extracted collateral, or is filed as a ☒ fixture filing.

**14. Description of real estate:**

6037 White Cloud Court
Citrus Heights, California (95621)
APN:211-0740-029-0000

**16. Additional collateral description:**

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a ☒ Trust or ☐ Trustee acting with respect to property held in trust or ☒ Decedent's Estate

**18.** Check only if applicable and check only one box.
☒ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction – effective 30 years
☐ Filed in connection with a Public-Finance Transaction – effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) — CALIFORNIA (REV. 01/01/08)

## REAL PROPERTY ADDENDUM
(Affidavit of Confession of Judgment Attachment)

### Note: Complete this ADDENDUM for your current onshore facility

| | |
|---|---|
| **AFFIANT'S NAME:** | Kenneth Malinowski |
| Affiant's alias name(s): | Ken Malinowski |
| Affiant's DOB: | 10/15/1958 |
| Phone number / email: | 916-730-4000 |
| Affiant's current address: | c/o 6037 White Cloud Court, Citrus Heights, California [95621] |

| | |
|---|---|
| **OTHER AFFIANT / CASE IDENTIFIERS / LOCATION OF DISCHARGE VIOLATIONS:** | |
| Permit: | ☐ No   ☐ Yes; If yes, attach a copy of permit for this property. |
| Issuing Agency: | Sacramento County |
| Legal Description of Crime Scene: | Source Parcel #:211-0740-029-0000; <br><br> Lot Number:176 as shown on that certain map entitled"Plat of Greenback Wood Unit no. 2, filed in the office of the County Recorder of Sacramento County, California on October 3, 1980 in book 142 of maps, at Page 1 |
| Street Address: | 6037 White Cloud Court, Citrus Heights, California 95621 <br><br> I am the Operator ☒; Source: Residential ☐ or Commercial ☐ |
| Type of Violation: | ☐ Septic/Onsite System; or ☒ Public Sewer Connection; |
| Violation Start Date: | ☒ July 1, 1977; or Birth Date ☐ _____ |
| Times Number of days to Date: | X 12,139 days to date of Affidavit <br><br> X $ 11,342.00 per day for damages due [$3,000.00 / day adjusted by C.P.I. <br> **Equals Total Penal Sum Due: $138,000,000.00** |

**Verified Ledger of Accounting 12,139 days x $11,342.00 = 138,000,000.00**

**Total Sum for this Legal Parcel Confessed to by Affiant is: $ 138,000,000.00**

By: *Kenneth Malinowski*
*8/13/12*

Form_1b_REAL PROPERTY ADDENDUM

# NOTICE TO THE STATE OF CALIFORNIA

OF UNLAWFUL DISCHARGE VIOLATION
[Authority: 33 U.S.C. § 1311(a); 18 U.S.C. § 1961-1968;
Anency Holding Corp. v. Malley-Duff & Associates
107 S.Ct. 2759, 483 U.S. 143, 151 (1987)]

**Admiral Robert J. Papp, Jr.**, Commandant for the United States Coast Guard, Respondent
[Authority: Executive Order No. 11735, Sec. 7]; and

**Ray La Hood**, U.S. Department of Transportation, Respondent

**Charles Lester**, California Coastal Commission, Respondent

NOTICE IS HEREBY GIVEN to the Administrator of the Environmental Protection Agency, to the State as the "Owner" of the subject onshore facility, to the County that permitted the unlawful discharge, to the Bank that transacted the loan to enable onshore facility unlawfully discharging to be occupied, to the Title Company that contracted with the "Operator" to guarantee that the below onshore facility complied with all public health codes and to all persons of said jurisdiction in which the unlawful discharge violations of the applicable federally enforceable public health code, Public Law 92-500 Clean Water Act, Title 33 U.S.C. § 1311(a), are occurring so widespread that such violations appear to result from a failure of the Administrator to enforce the Congressional Mandate under 33 U.S.C. 1319. Address of subject onshore facility discharging toxic pollutants is:

**6037 White Cloud Court, Citrus Heights, California (95621)**

---

The "Operator" of the above defined onshore facility, on the basis of information recently made available to him or her, has found said facility, commencing at the earliest time of July 1, 1977 (33 U.S.C. § 1311(b)) or date of occupancy and each and every day since has been operating in violation of a condition and or limitation which implements section 1311, 1312, 1316, 1317, 1318, 1342, 1344 or 1345 of Public Law 92-500 in regards to a permit issued by a State and or County and or municipality in which the said onshore facility is located. Until these violations are corrected, it is expected that hazardous substances/toxic pollutants will continue to be discharged and migrate to cause water and other environmental pollution and continues to threaten the public health and welfare.

Inquiries may be submitted in care of the above address, attention "Operator" or officeofexecutor@nsea.us or info@nsea.us.

*PROOF OF PUBLICATION*

STATE OF CALIFORNIA )
                              )ss.
County of Sacramento  )

I am a citizen of the United States and a resident of the Country aforesaid. I am over the age of eighteen years and not a party to or interested in the above entitled matter. I am the principal clerk of the printer of THE GRAPEVINE INDEPENDENT, a newspaper of general circulation published in the County of Sacramento, and which newspaper has been adjudicated a newspaper of general circulation by the Superior Court of the County of Sacramento, State of California, under date of September 18, 1969, Case Number 195380 that the notice, of which the annexed is a printer copy (set in type not smaller than nonpareil) has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

August 17, 24, and 31, 2012

*I certify (or declare) under penalty of perjury that the foregoing is true and correct.*

**SIGNATURE**

Date

August 31, 2012

---

THE GRAPEVINE INDEPENDENT
3338 Mather Field Rd., Rancho Cordova, CA 95670

---

NOTICE OF PETITION TO ADMINISTER
NOTICE TO THE STATE OF
CALIFORNIA
OF UNLAWFUL DISCHARGE VIOLATION
[Authority: 33 U.S.C. § 1311(a)]
Admiral Robert J. Papp, Jr., Commandant for the United States Coast Guard, Respondent [Authority: Executive Order No. 11735, Sec. 7]; and Ray La Hood, U.S. Department of Transportation, Respondent
NOTICE IS HEREBY GIVEN to the Administrator of the Environmental Protection Agency, to the State as the "Owner" of the subject onshore facility, to the County that permitted the unlawful discharge, to the Bank that transacted the loan to enable onshore facility unlawfully discharging to be occupied, to the Title Company that contracted with the "Operator" to guarantee that the below onshore facility complied with all public health codes and to all persons of said jurisdiction in which the unlawful discharge violations of the applicable federally enforceable public health code. Public Law 92-500 Clean Water Act, Title 33 U.S.C. § 1311(a), are occurring so widespread that such violations appear to result from a failure of the Administrator to enforce the Congressional Mandate under 33 U.S.C. 1319. Address of subject onshore facility discharging toxic pollutants is:
**6037 White Cloud Court, Citrus Heights, California (95621)**
**APN# 211-0740-029-0000**
The "Operator" of the above defined onshore facility, on the basis of information recently made available to him or her, has found said facility, commencing at the earliest time of July 1, 1977 (33 U.S.C. § 1311(b)) or date of occupancy and each and every day since has been operating in violation of a condition and or limitation which implements section 1311, 1312, 1316, 1317, 1318, 1342, 1344 or 1345 of Public Law 92-500 in regards to a permit issued by a State and or County and or municipality in which the said onshore facility is located. Until these violations are corrected, it is expected that hazardous substances/toxic pollutants will continue to be discharged and migrate to cause water and other environmental pollution and continues to threaten the public health and welfare.
Inquiries may be submitted in care of the above address, attention "Operator" or info@nseu.us.
Published in the Grapevine Independent August 17, 24, and 31, 2012.

RECORDING INFORMATION

Recording requested by [Operator]:

After recording return to:
NSEA Association
C/o: 315 West La Cadena Dr.
Riverside, California [92501]

FOR USE OF COUNTY RECORDER

## NOTICE OF LIEN

For unpaid damages resulting from discharge violations of the public health code due to negligence on the part of the United States Government

I, Kenneth Malinowski, the Operator (also Witness and Victim) of the herein defined onshore facility, on the basis of information recently made available to me, have found said facility, commencing at the earliest time of July 1, 1977 (33 U.S.C. § 1311(b)) or date of occupancy and each and every day since has been and is operating in violation of a condition and or limitation which implements section 1311, 1312, 1316, 1317, 1318, 1342, 1344 or 1345 of Public Law 92-500 in regards to a permit issued by a State and or County and or municipality in which the said onshore facility is located. Until these violations are corrected, it is expected that prohibited listed hazardous substances/toxic pollutants will continue to be discharged and migrate to cause water and other environmental pollution and continue to threaten the public health and welfare. I hereby certify that the following is a total of damages due resulting from negligence on the part of the real "Owner of subject onshore facility," the State and their political subdivisions, as defined in 33 U.S.C. § 1370, together with the address and description of the subject real property, the onshore facility at which the unlawful discharge violations have been occurring. This lien shall be in favor of NSEA Association and by the recording of this document the unpaid damages due for remedy resulting from injury to undersigned Operator does constitute this utility lien without controversy upon real property served. This utility lien shall be retro-active to July 1, 1977 or the date thereafter on which the certificate of occupancy issued.

**REAL PROPERTY LEGAL DESCRIPTION:**    **LIEN AMOUNT AGREED TO BY THE PARTIES:**

Address: 6037 White Cloud Court, Citrus Heights, Calif. [95621]    $ 138,000,000.00

APN: 211-0740-029-0000

LOT/BLK: 176, as shown on that certain map entitled "Plant of Greenback Wood units No 2", filed in the county Recorder of Sacramento county, California on october 3, 1980 in book 142 at maps, at pg. 1

Dated this 27 day of August, 2012
I hereby certify the foregoing to be true and correct.

By: Kenneth Malinowski
Operator of subject onshore facility above described, ARR

### ACKNOWLEDGMENT

State of California
County of Sacramento

On 8/27/12 before me, Laura McGill, Notary Public, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature Laura McGill



LAURA MCGILL
COMM. # 1828500
NOTARY PUBLIC-CALIFORNIA
SACRAMENTO COUNTY
MY COMM. EXP. JAN. 23, 2013
(Seal)

| RECORDING INFORMATION | FOR USE OF COUNTY RECORDER |
|---|---|

Recording requested by:

**Kenneth Malinowski**

After recording return to:
National Standards Enforcement Agency Association
c/o 315 West La Cadena Dr.
  Riverside, California [92501]
  Phone: 775-848-8800

Indexing instructions:
This notice must be indexed as follows:
Grantor and grantee index-each claimant is a grantor.

## NOTICE OF INTENT TO PRESERVE INTEREST

This notice is intended to preserve an interest in real estate property from extinguishments pursuant to Title 5 (commencing with Section 880.020) of Part 2 of Division 2 of the Civil Code (Marketable Record Title).

| | |
|---|---|
| Claimant | : National Standards Enforcement Agency Association, [deputy] Executor |
| | : Kenneth John Malinowski |
| | : c/o P.O. BOX 483 |
| Interest | : Citrus Heights, California |
| | : GRANT DEED, SACRAMENTO COUNTY RECORDER, CRAIG A KRAMER, BOOK 20111101, PAGE 0824 |
| | : UCC FINANCING STATEMENT'S,#06-7088305017, NOI, AS FILED IN SACRAMENTO COUNTY BOOK, 20100524, PG 1119 |
| Location of Document | : SACRAMENTO COUNTY RECORDER |
| | : 600 8th Street Sacramento, CA 95814 |
| | : 6037 White Cloud Court |
| Real Property: | : 211-0740-029-0000 |
| Street Address | : LOT 176 AS SHOWN ON THAT CERTAIN MAP ENTITLED"PLAT OF GREENBACK WOOD UNIT 2" |
| APN | : FILED IN THE OFFICE OF THE COUNTY RECORDER OF SACRAMENTO COUNTY, CALIFORNIA ON |
| Legal Description | : OCTOBER 3, 1980 IN BOOK 142 OF MAPS AT PAGE 1 |

I assert under penalty of perjury that this notice is not recorded for the purpose of slandering title to real property and I am informed and believe that the information contained in this notice is true.

Signed: _Kenneth Malinowski_  Date: _8/13/12_

## NOTICE

Using a notary on this document does not constitute any adhesion or trust, nor does it alter my status in any manner. The only purpose for notary is verification and identification and not for entrance into any foreign or fictitious jurisdiction.

**State of** _California_, §
**County of** _Sacramento_, §   **JURAT**
§   At Law;

Subscribed and sworn to (or affirmed) before me on this _13_ day of _Aug_, 20_12_

by: _Kenneth Malinowski_, proved to me on the basis of satisfactory evidence to be the person (x) who appeared before me.

Notary-Public:

_Laura McGill_
Signature

LAURA MCGILL
COMM. # 1828500
NOTARY PUBLIC-CALIFORNIA
SACRAMENTO COUNTY
My Comm. Exp. Jan. 23, 2013

(Notary Seal)

**THIS IS A TRUE CERTIFIED COPY OF THE RECORD IF IT BEARS THE SEAL, IMPRINTED IN PURPLE INK, OF THE COUNTY OF SACRAMENTO**

BY _____
DEPUTY COUNTY CLERK/RECORDER
SACRAMENTO COUNTY, CALIFORNIA

SEP 20 2012

```
REC'T #  0007454086
September 20, 2012  -----  10:49:29

Sacramento County Recorder
Craig A. Kramer, Clerk/Recorder

BOOK 20120920  PAGE 0647

REQD BY
  Base Fee               $16.00
  GMID1                   $1.00
  GMID2                   $2.00
  Doma/Modernizatio       $8.00
  State Fees              $7.00
  DA Fees                 $3.00
  ERDS                    $1.00
  SS Truncation           $1.00
                         -------
Sub Total fee ........   $39.00

Sub Total fee ....       $39.00
TML:85/1/8
```

```
REC'T #  0007454088
September 20, 2012  -----  10:51:51 AM

Sacramento County Recorder
Craig A. Kramer, Clerk/Recorder

REQD BY
  Other                  $12.00
  Other                   $1.00
  Other                  $14.00
                         -------
Sub Total fee ........   $27.00

Total fee ........       $66.00
Amount Tendered...      $100.00
                         -------
Change ...............   $34.00
TML:85/1/7
```