MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Erica J. Richards

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF HEARING ON INTERIM APPLICATIONS FOR**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD BETWEEN JANUARY 1, 2013 AND APRIL 30, 2013**[1]

**PLEASE TAKE NOTICE** that the hearing on the interim applications for allowance of compensation and reimbursement of expenses (collectively, the "Applications") will be held on **September 11, 2013 at 10:00 a.m. (ET)** before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

---

[1] Certain of the filed Applications may relate to periods other than January 1, 2013 through April 30, 2013, as set forth therein.

**PLEASE TAKE FURTHER NOTICE** that objections to any Application shall be due no later than **August 21, 2013 at 4:00 p.m. (ET)**. Any reply by an applicant shall be filed by **September 9, 2013 at 12:00 p.m. (ET)**.

Dated: July 24, 2013

/s/ Lorenzo Marinuzzi
Gary S. Lee
Lorenzo Marinuzzi
Erica J. Richards
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to the Debtors and Debtors in Possession*