Claim # 4702
Tomas Diaz
5200 SW 122 Ave
Miami, FL 33175

Claims Management
Residential Capital LLC
P.O Box 385220
Bloomington, Minnesota
55438
Claim # 4702



Dear Claims Debtor (s),

By these means I'm sending the explanation of why I'm making this claim, along with its corresponding factual and legal evidence. The following are in chronological order.

Versus Residential Capital LLC and its affiliates
1. I purchased a home with land located in 5200 SW 122 Ave, Miami Florida 33175, as an investment, and considering my retirement.
2. I paid a value of 1.4 Million Dollars for the property. I gave a $400,000 dollar down payment ( Exhibit 1)
3. I'm a farmer and live of what the land produces, I sell animals, fruits and from this I survive. Proof of my investment claim #4702
4. My funding was for 1 million dollars with Bank United ( exhibit 2), my investment of 400,000 , which I had in collateral the property of 5200 S W 122 Ave , Miami Fl 33175
5. In the month of April of 2006 Platinum Capital group ( an affiliate of Residential Capital LLC.Case # 12-12020mg) offered to refinance to reduce my payments with a negative amortization , I accepted , from therein the problems with bank fraud commenced. ( Exhibit 3)
6. Attached is a letter I sent to the Honorable Judge Peter Lopez, the letter explains for itself all the fraudulent schemes of these financial institutions "Residential Capital LLC, Homecomings Financial LLC, Deutsche Bank Trust Company < Aurora Loan Services, Nationstar Mortgage LLC." (Exhibit 4)
7. These financial institutions and agents involved have tried to take my property and now my investment of $400,000. ( exhibit 5)
8. I'm an informant for the IRS Whistleblower office, Department of the Treasury IRS, Washington DC.20224, and we fight against these Banking Institutions and their individual agents. The investigation has been in process since April 2012. My Claim number is 201200755 1 which include Raly #0010624849 Loan # 10500352, Loan 05994543030 (Exhibit 6) Loan # 0441375243.
9. Other documents supporting my claim #4702 is the declaration of Alexis Mesa in opposition to trustees legal standing (Exhibit 7) it is evident that Residential Capital LLC, used my money and identity without my consent, to fabricate

documents and personal fraud to make large profits. Now they've filed for bankruptcy, and wash their hands from the fraud committed , and sell these schemes to Nationstar and other institutions.

10. I respectfully direct myself to the Morrison and Forrester law firm, LLP- I have read about your frivolous acts and the forms of your arguments and I must say that I feel not one bit intimidated. I believe in the God of all justice and trust, the Honorable Judge Martin Glenn, and to him this information has been sent as well.

11. Another proof for my claim is the allocation of allowed claim among the accepting trust (exhibit 8 ) My Rali 2006-Q06 CUSIP. 75114NAA2, CUSIP 75114NABO correspond to the loan # 0010500352 Signed a note in favor of Platinum capital group on April 26, 2006. The mortgage then was identified as Rali Series 2006-trust a loan # 0010624849. The Loan was assigned to Aurora Loan Service LLC. With a loan # 0021953252. After a thorough search in Miami Dade County Public Records it results that no assignments were filed/ record from Deutsche Bank National Trust Company to Aurora loan Services LLC. This transaction was illegal, fraudulent, and criminal. This is yet another consistent proof of my claim 4702. I solicit that Residential Funding LLC reimburses my investment of $400,000.00 Dollars or give me for free the title of my home.

Respectfully,

Tomas Diaz

*[signature]* 07/15/2013