CIAIM # 4702

# EXHIBIT 2

*C/AIM #4702*

# BankUnited
### Banking For Locals, By Locals

CUSTOMER ACCOUNT ACTIVITY STATEMENT                    DATE 06/13/06

REQ BY SHA

7815 NW 148 Street, Miami Lakes, FL 33016          PAGE   1
☎ 305.231.6400

TOMAS DIAZ                    DETAILED LOAN INFORMATION CAN BE FOUND
5200 SW 122ND AVE            ON THE BANKUNITED WEBSITE:
MIAMI           FL 33175
                             WWW.BANKUNITED.COM

                             PLEASE CONTACT US AT 1-866-731-3454.
LOAN NUMBER: 4643672
*******************************************************************************
------------------------- CURRENT ACCOUNT INFORMATION -------------------------

| DATE PAYMENT DUE | TOTAL PAYMENT AMOUNT | PRINCIPAL & INTEREST PAYMENT | LOAN INTEREST RATE | CURRENT PRINCIPAL BALANCE | ESCROW BALANCE |
|---|---|---|---|---|---|
| 05-01-06 | 2,504.99 | 0.00 | 7.50000 | 0.00 | 0.00 |

*******************************************************************************

ACTIVITY FOR PERIOD 01/01/01 - 06/01/06

| PROCESS DATE | DUE DATE | TRANSACTION CODE | TRANSACTION DESCRIPTION | EFFECTIVE DATE OF TRANSACTION |
|---|---|---|---|---|

| TRANSACTION AMOUNT | PRIN. PAID/ BALANCE | INTEREST | ESCROW PAID/ BALANCE | AMOUNT | OTHER CODE/DESCRIPTION |
|---|---|---|---|---|---|

| 05-15-06 | 00-00 | 307 | ESCROW REFUND | | |
| 2,253.32- | 0.00 | 0.00 | 2253.32- | | |
| | | | 0.00 | | NEW PRINCIPAL/ESCROW BALANCES |
| 05-05-06 | 05-06 | 181 | LOAN PAID IN FULL | | |
| 0.00 | 0.00 | 37,500.00 | 0.00 | | |
| 05-05-06 | 05-06 | 181 | LOAN PAID IN FULL | | |
| 0.00 | 1008,927.15 | 7,148.87 | 2253.32 | 55,829.34- | |
| | | | 0.00 | 2253.32 | NEW PRINCIPAL/ESCROW BALANCES |
| 05-05-06 | 05-06 | 145 | ADJUSTMENT | | |
| 0.00 | 0.00 | 0.00 | 0.00 | | |
| 05-05-06 | 05-06 | 173 | PAYMENT | | |
| 55,829.35 | 0.00 | 0.00 | 0.00 | 55,829.35 | |
| 05-05-06 | 05-06 | 173 | PAYMENT | | |
| 999,999.99 | 0.00 | 0.00 | 0.00 | 999,999.99 | |
| 05-05-06 | 05-06 | 173 | PAYMENT | | |
| 125.25 | 0.00 | 0.00 | 0.00 | 125.25 1 | |
| 05-05-06 | 05-06 | 173 | PAYMENT | | |
| 8.75 | 0.00 | 0.00 | 0.00 | 8.75 P COURIER FEE | |
| 05-05-06 | 05-06 | 173 | PAYMENT | | |
| 15.00 | 0.00 | 0.00 | 0.00 | 15.00 A FAX FEE | |
| 04-24-06 | 05-06 | 493 | ARM LOAN ADJUSTMENT | | |
| NEW INTEREST RATE: | 0.07500 | | NEW PRIN & INT PAYMENT: | 2,504.99 | |
| 04-24-06 | 04-06 | 173 | PAYMENT | | |
| 2,504.99 | 3,673.13- | 6,178.12 | 0.00 | | |
| | 1,008,927.15 | | | | NEW PRINCIPAL/ESCROW BALANCES |
| 04-17-06 | 04-06 | 152 | LATE CHARGE ASSESSMENT | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 125.25-1 | |
| 03-16-06 | 04-06 | 175 | PRINCIPAL PAYMENT | | |
| 2.00 | 2.00 | 0.00 | 0.00 | | |
| | 1,005,254.02 | | | | NEW PRINCIPAL/ESCROW BALANCES |

# BankUnited

Banking For Locals, By Locals

7815 NW 148 Street, Miami Lakes, FL 33016

☎ 305.231.6400

TOMAS DIAZ
LOAN NUMBER: 4643672

ACTIVITY FOR PERIOD 01/01/01 - 06/01/06

| PROCESS DATE | DUE DATE | TRANSACTION CODE | TRANSACTION DESCRIPTION | | EFFECTIVE DATE OF TRANSACTION |
|---|---|---|---|---|---|

| TRANSACTION AMOUNT | PRIN. PAID/ BALANCE | INTEREST | ESCROW PAID/ BALANCE | AMOUNT | ----OTHER---- CODE/DESCRIPTION |
|---|---|---|---|---|---|

```
03-16-06  04-06  493  ARM LOAN ADJUSTMENT
    NEW INTEREST RATE:  0.07375        NEW PRIN & INT PAYMENT:      2,504.99
03-16-06  03-06  173  PAYMENT
    2,504.00    3,547.00-  6,051.99      0.00         0.99-
            1,005,256.02                    NEW PRINCIPAL/ESCROW BALANCES
02-16-06  03-06  493  ARM LOAN ADJUSTMENT
    NEW INTEREST RATE:  0.07250        NEW PRIN & INT PAYMENT:      2,504.99
02-16-06  02-06  173  PAYMENT
    2,504.99    3,422.34-  5,927.33      0.00
            1,001,709.02                    NEW PRINCIPAL/ESCROW BALANCES
01-13-06  02-06  493  ARM LOAN ADJUSTMENT
    NEW INTEREST RATE:  0.07125        NEW PRIN & INT PAYMENT:      2,504.99
01-13-06  01-06  173  PAYMENT
    2,504.99    1,713.32    791.67      0.00
            998,286.68                    NEW PRINCIPAL/ESCROW BALANCES
01-11-06  01-06  170  INITIAL ESCROW DEPOSIT, CLOSING INTEREST
        26.39-      0.00    26.39-      0.00
01-11-06  01-06  142  LOAN SETUP
        0.00 1000,000.00-      0.00      0.00
            1,000,000.00                    NEW PRINCIPAL/ESCROW BALANCES
```