CLAIM # 4702

# EXHIBIT 6



**WHISTLEBLOWER OFFICE**

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

CLAIM # 4702

August 3, 2012

Rev. Tomas Diaz
c/o ▓▓▓▓▓▓▓▓▓▓ A.
▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓

Dear Mr. Diaz:

We received your Form 211 and it has been assigned claim number:

- **2012-007551 (RALI Series 2006-QO6 Trust – Series)**

The information you provided will be evaluated to determine if an investigation is warranted and an award is appropriate. Although we may need to contact you to discuss the information submitted, we can not tell you specific details about what actions we will be taking, if any, using the information you gave us. Internal Revenue Code Section 6103 protects the tax information of all taxpayers and prevents us from making these disclosures. At the conclusion of the review and investigation, we will only be able to tell you whether or not the information you provided met our criteria for paying an award.

Should you have any questions, Whistleblower Office analyst ▓▓▓▓▓▓▓▓▓▓ has been assigned to your claim and can be reached at (▓▓▓) ▓▓▓▓▓▓▓.

Sincerely,

▓▓▓▓▓▓
Management and Program Analyst
Whistleblower Office

CC:
