United States Bankruptcy Court
Southern District of New York

CASE NO. 12-12020(MC)

In re:

Chapter 11

RESIDENTIAL CAPITAL, LLC, ET. AL.
Debtors

Claim No: 3481 Everest International Reinsurance, Ltd.

General Unsecured $548,910.29 (to be revised by amended claim $134,095.38)

**Claimant's Opposition to Notice of Hearing on Tenth Omnibus Objection to Claims (Facially Defective and Time – Barred Securities Claims).**

Please take Notice that the undersigned files its Opposition to the Notice of Hearing on Tenth Omnibus Objection to Claims (Facially Defective and Time – Barred Securities Claims).

**Response**

**The name of the claimant and basis for the amount of the claim: Claimant is Everest International Reinsurance, Ltd. Basis for the claim: See attached memorandum stating basis for the claim.**

**Why the claim should not be disallowed. See attached memorandum stating basis for the claim.**

**All documentation or other evidence of the Claim:**

1. **Exhibit A – Original copies of purchase confirmations RESCAP for Everest International Reinsurance, Ltd. purchased by and received from Deutsche Bank on behalf of**

**claimant: Everest International Reinsurance, Ltd. Exhibit A (one Page) dated 1/13/2006.**

2. **Exhibit B – Original copies of Settled Cash Statement for sale of security received from BNY Mellon Dated 12/31/2012. Attached also is broker (Citi) trade confirmation for sale by Everest International Reinsurance, Ltd. Total sales proceeds $445,594.81. This is comprised of $444,185.74 principal and $1,409.07 interest.**

3. **Exhibit C – Position Statements (Bank of New York Mellon) dated 9/30/2013 Everest International Reinsurance, Ltd. Original face value $3,000,000.00; 9/2012 pay down factor is .182970097 equals $548,910.29. Position Statement shows par value at date of Proof of Claim to establish value.**

4. **Exhibit D: Computation of Claim for Everest International Reinsurance, Ltd.**

| | | |
|---|---|---|
| **Purchase Cost** | **$3,010,735.51** | |
| **Monthly Paydown** | **(2,382,671.94)** | |
| **Amortization** | **(49,782.45)** | |
| **BV @ Disposal** | **578,281.12** | |
| **Sales Proceeds** | **444,185.74** | |
| **Realized Loss** | | **(134,095.38)** |

**Claimed Loss $134,095.38**

**Arnold Braun**
**Associate General Counsel**
**Everest Reinsurance Company on behalf of Everest International Reinsurance, Ltd.**
**477 Martinsville Road**
**P.O. Box 830**
**Liberty Corner, New Jersey 07938-0830**

## Concise Statement with Memorandum

The Creditor hereby gives notice of its opposition to disallowance of its Proof of Claim. Inclusive of this additional documentation, Creditor has fulfilled its burden of persuasion as the holder of a Proof of Claim thereby establishing its prima facie validity of its claim.

The applicable Bankruptcy Code Section is 3001(c)(1) requires a claim should be based in writing, the original or duplicate of the writing shall be filed with the Creditor's Proof of Claim. See Fed. R. Bankr. P. 3001(c)(1). Claims failing to comport with the documentation requirements of Bankruptcy Rule 3001 (c) are not entitled to prima facie validity.

The Creditor hereby files with the Court the enclosed documentation to establish a prima facie claim. This documentation establishes the following:

1. The Creditor validly purchased the security of Debtor, Residential Capital, LLC. from a merchant bank, Deutsche Bank, an independent third party. See Exhibit A. The Creditor paid valuable consideration for the purchase.

2. The Creditor validly filed a Proof of Claim with this Court, received and stamped by the Court. The Creditor was entitled to file a Proof of Claim with this Court as it owned the securities at issue at the time of filing.

**3. Subsequent to the date of filing the Proof of Claim, the Creditor transferred the securities for consideration. See Exhibit B. This transfer clearly establishes the Creditor's ownership of the security to transfer to a third party.**

**4. The Creditor suffered a loss directly and proximately caused by the actions of the Debtor and hereby asserts its claim against the Debtor in the amount of $134,095.38 computed as such.**

**The Creditor has demonstrated the validity of its claim by attaching the supporting documentation showing the Creditor's purchase, holding of the securities and sale for consideration.**

**Proof of Claim includes evidence establishing the consideration and other particulars permitting referee to determine compliance with requirements is prima facie evidence See In re Falk, S.D.N.Y. 1949, affirmed 180 F. 2d 562. The attached documentation establishes the consideration paid by the Creditor is therefore prima facie evidence of the claim.**

**The Creditor will subsequently file an Amended Proof of Claim to reflect the transfer of the securities and to reflect the amended claimed amount of $134,095.38.**

**SERIVCE LIST**

Honorable Martin Glenn
Courtroom 501
U.S. Bankruptcy Court – S.D.N.Y.
One Bowling Green
New York, New York 10004


Morrison & Foerster LLP
1290 Ave. of the Americas
New York, New York 10104
To the attention of the following persons:
    Gary S. Lee, Esq.
    Joel C. Haims, Esq.
    James J. Beha II, Esq.

Curtis, Mallet-Prevost, Colt & Mostle LLP
101 Park Ave.
New York, NY   10178
To the attention of the following persons:
    Steven J. Reisman, Esq.
    Theresa A Foundy, Esq.
    Maryann Gallagher, Esq.

Kramer Levin Naftalis & Frankel, LLP
1117 Ave. of the Americas
New York, NY   10036
To the attention of the following persons:
    Kenneth H. Eckstein, Esq.
    Douglas H. Mannal, Esq

Affidavit Attesting to
Additional Documents for
Proof of Claim
United States Bankruptcy Court
Southern District of New York

---

In re:

CASE NO. 12-12020(MC)

Chapter 11

RESIDENTIAL CAPITAL, LLC, ET. AL.
Debtors

---

Claim No: 3481 Everest International Reinsurance, Ltd. Claimant

State of New Jersey
County of Somerset

I, Arnold Braun, attorney at law, being duly sworn, hereby deposes and states as follows:

1. I am an attorney licensed to practice law in the State of New Jersey and in good standing as such.
2. I make this affidavit in support of the captioned Proof of Claim submission of additional documents filed on a timely basis with the captioned Court.
3. I have accumulated the additional documents in support of the Proof of Claims and through my efforts have secured the documents.
4. I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge, information and reasonable belief.

[signature]
Arnold Braun, Associate General Counsel

Sworn to before me
This 19th day of JULY, 2013
Notary Public [signature: Lorraine N. Day]

LORRAINE N. DAY
Notary Public, State of New Jersey
My Commission Expires
August 03, 2015

RBS
The Royal Bank of Scotland
MEMBER FINRA, SIPC

RBS SECURITIES INC.
600 WASHINGTON BLVD. STAMFORD, CT. 06901
(203) 897-0000

AS PRINCIPAL WE SOLD TO YOU:

| ORIG. | NO. | SALESMAN | ACCOUNT NO. | TRANS. NO. | FED | CODES TR. | CODES CAP. | CODES SET. | TRADE DATE | SETTLE DATE | DELIVER DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | D05 | CAROTHERS,MIKE | FF76010 | HGM4SP0 | 40 | | P | | 01/13/2006 | 01/19/2006 | |

| IDENT NO. | CONTRACT PARTY | C.H. NO. | DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | DEUTSCHE/52987<br>345 PARK AVE<br>NEW YORK<br>10154 UNITED STATES | | |

| WE | QUANTITY | CUSIP NO. | SECURITY DESCRIPTION | INTERNAL USE |
|---|---|---|---|---|
| SLD | 5,921,999.22 | 761118PU6 | RALI 2005-QS17 A-5<br>POOL-02372B ISIN US761118PU60<br>6.00000 % DUE - 12/25/2035<br>INTR FROM - 01/01/2006 18 DAYS<br>ORIG FACE - 6,000,000.00 | 761118PU6<br>30/360<br>0.0000<br>GM CAS<br>0.0000000<br>MF888<br>HGLB240<br>0.98699987<br>01/25/2006<br>0.0000 |

SYSTEM GENERATED UPDATE
FROM 6.00000% 1.000000

TE GEN foudyl
CORRECTION - POST STTL

| BASIS PRICE | DOLLAR PRICE | PRINCIPAL | INTR/DISC. | MISC. CHARGE | NET AMOUNT |
|---|---|---|---|---|---|
| 101-21:6 | 101-21:6 | 6,021,470.30 | 17,766.00 | 0.00 | USD 6,039,236.30 |

PRELIMINARY CONFIRMATION

Exhibit A

BNY MELLON

144851 - EVEREST INTL RE

**Settled Cash Statement**

**All Balances - Consolidate Cash and Sweep - All Accounts**

**12/1/2012 - 12/31/2012**

**Report ID ICAS0010**

**Reporting Currency USD**

| Tran Type | Description / Trading Broker / Clearing Broker | CUSIP/CINS / ISIN / Reference Number / Client Reference / Event ID | Trade / Ex Date / Settle / Pay Date / Cash Post Date / Cash Value Date | Shares/Par / Amortized Units / Local Price/Rate / Local Principal / Local Income | Local Amount | Reporting Equivalent |
|---|---|---|---|---|---|---|
| PD | Principal Paydown<br>**FEDERAL NATL MTG AC8541 5.0 01DEC24**<br>RecDte: 11/30/2012 CurFctr: 0.4903851900 PrvFctr: 0.5032268200 | 31417VP31<br>US31417VP318<br>PSS1212076028315<br><br>0052582024 | 12/3/2012<br>12/25/2012<br>12/26/2012<br>12/26/2012 | 1,000,000.0000<br>490,385.1900 | 12,841.63 | 12,841.63 |
| PD | Principal Paydown<br>**FEDERAL NATL MTG AE0997 4.5 01FEB41**<br>RecDte: 11/30/2012 CurFctr: 0.7925911000 PrvFctr: 0.8061237400 | 31419BDB8<br>US31419BDB80<br>PSS1212076030779<br><br>0052595924 | 12/3/2012<br>12/25/2012<br>12/26/2012<br>12/26/2012 | 1,000,000.0000<br>792,591.1000 | 13,532.64 | 13,532.64 |
| PD | Principal Paydown<br>**RESIDENTIAL ACCRED 6.0 25DEC35 144A**<br>RecDte: 11/30/2012 CurFctr: 0.1761331300 PrvFctr: 0.1794852900 | 761118PU6<br>US761118PU60<br>PSS1212216013408<br><br>0052693770 | 12/3/2012<br>12/25/2012<br>12/26/2012<br>12/26/2012 | 3,000,000.0000<br>528,399.3900 | 5,986.29 | 5,986.29 |
| PD | Principal Paydown<br>**WELLS FARGO MTG BACKED 5.5 25OCT22**<br>RecDte: 11/30/2012 CurFctr: 0.1039824500 PrvFctr: 0.1102570500 | 949834CN3<br>US949834CN35<br>PSS1212246014441<br><br>0052701524 | 12/3/2012<br>12/25/2012<br>12/26/2012<br>12/26/2012 | 2,000,000.0000<br>207,964.9000 | 12,549.20 | 12,549.20 |
| | | | **Subtotal PAY DOWN (60)** | | 1,611,267.50 | 1,611,267.50 |
| | **SELL** | | | | | |
| S | Sale<br>**RESIDENTIAL ACCRED 6.0 25DEC35 144A**<br>CITIGROUP GLOBAL MKTS/SALOMON | 761118PU6<br>US761118PU60<br>1123610010552<br>0007HA025TWR001N | 12/12/2012<br>12/17/2012<br>12/26/2012<br>12/26/2012 | -3,000,000.0000<br><br>84.0625000000<br>444,185.74<br>1,409.07 | 445,594.81 | 445,594.81 |
| | **12/26/2012 Closing Balance** | | | | 45,318,404.53 | 45,318,404.53 |
| | **12/27/2012 Opening Balance** | **Exchange Rate 1.0000000000** | | | 45,318,404.53 | 45,318,404.53 |
| | **BUY** | | | | | |
| B | Purchase<br>**FEDERAL HOME LN G14649 2.5 01JAN28**<br>WACHOVIA SECURITIES,LLC<br>BANK OF NEW YORK | 3128MDL68<br>US3128MDL684<br>1123540094283<br>0007HA0260L9001N | 12/19/2012<br>12/24/2012<br>12/27/2012<br>12/27/2012 | 5,000,000.0000<br><br>104.6093750000<br>-5,230,468.75<br>-7,986.11 | -5,238,454.86 | -5,238,454.86 |

Exhibit B

**Citigroup Global Markets Inc.**
Member of the New York Stock Exchange Inc.
388 Greenwich Street, New York, NY 10013
Telephone - (212) 816-6000

**AS PRINCIPAL**
**WE CONFIRM** the transaction described hereon, subject to the terms and conditions on the reverse side hereof.
**WE BOUGHT FROM YOU**
U.S. Federal law requires CGMI to obtain, verify andrecord customer identification information

CONFIRMATION NO: 494

| ORG# | | TYPE | ACCOUNT NO. | MARKET | SALESMAN | INT DAYS | TRANSACTION NO. | CODES: TR | CODES: CAP | CODES: SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 274 | | A | 10355966 | T | N538 | 16 | 12127045J41 | | 1 | | 12/12/12 | 12/17/12 | W |

| IDENTIFICATION NO. | ACCOUNT NAME | CH# | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| 04-2321686 | Ref: WEBU - 06U - 0010952 0013308<br>SKI 52998 FUND<br>C/O STATE STREET CORP<br>ATTN JEANNINE PHILLIP<br>100 PLAZA ONE, 8TH FLOOR<br>JERSEY CITY NJ 07311 | | DTC 0901<br>A/C 144851 |

SC52998

ID NO 77784

WE ARE MARKET MAKERS IN THIS SECURITY DTC SDFS ELIGIBLE

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | $528,399.390 | 761118PU6 | RESIDENTIAL ACCREDIT LOANS<br>SER 2005-QS17 CLASS A-5<br>6.0% DTD 12/01/2005<br>MTY 12/25/2035 | $445,594.80 |

REGISTERED ASSET-BACKED

DTC ELIGIBLE

BOOK ENTRY ONLY MISC:O/F$ 3,000,000
10/12 CPN 5.9999997
12/12 0.17613313 will be corr
CORR OF MULTIPLE FIELDS 01/18

PRINCIPAL 444,185.74
ACCRUED INT. 1,409.06

| PRICE |
|---|
| 84.0625 |

* * REVISED CONFIRMATION * *

2270 (TF 99) REV. 04/2003

CONFIRMATION

Exhibit B

We, Citigroup Global Markets Inc. and you agree that the transaction described on the face hereof is subject to the following terms and conditions.

1. This confirmation shall be deemed correct unless you notify us of your objection in writing within 10 days of your receipt hereof.

2. The transaction is subject to the constitution, by laws, rules, customs, and interpretations of the exchange of marketplace and the clearing house, if any, where executed and to applicable Federal and State laws, the rules of any government agency and any regulatory association having authority with respect thereto add to the terms of all margin and other written agreements between you and us. In addition, in the event of any inconsistency between this confirmation and the terms of any written agreement, the terms of such agreement shall prevail. If it is indicated on the face hereof that the transaction is "subj. to addl. terms", Citigroup Global Markets Inc. will provide you in writing with the supplemental terms and conditions applicable to the transaction. This agreement shall be governed by and constructed in accordance with the internal laws of the State of New York.

3. Your capacity in this transaction was for your own account unless you expressly specified otherwise to us in writing, and gave us sufficient information in writing prior to the transaction for us to rely upon the credit of such other party or your credit in another capacity, and you are duly authorized to enter then transaction on behalf of such other party.

4. We will furnish the time of the transaction promptly on your written request. If we acted as agent in the transaction, the front of this confirmation shows the commission paid or to be paid to us by you, and on your written request, we will promptly furnish the name of the person with whom the transaction was executed and the amount of any other commission or other remuneration received by us in connection therewith.

5. The securities described on the face hereof are or may be hypothecated under circumstances that will permit the commingling thereof with securities for the account of any other customers.

6. If the transaction is a purchase by you (including, without limitation, pursuant to a repurchase transaction), upon delivery of the securities described on the face hereof to you or your designee, you shall acquire all rights in such securities which we had or have actual authority to convey, and the risk of loss shall pass to you, provided, however, that if we have not received full payment for such securities at or by the time of delivery thereof it is agreed that a purchase money security interest in our favor shall attach to such securities, which interest shall not terminate until such times as we received full payment therefor.

7. If the transaction is a purchase by you (including, without limitation, pursuant to a repurchase transaction) and sufficient funds are not already in your account with us, it is agreed that you will make full payment for the securities described on the face hereof promptly in accordance with the terms of this transaction (regardless of any right of equity, setoff or counterclaim which you may have against us or any of our affiliates) and within the time specified by Regulation T of the Federal Reserve Board, that we shall not be deemed to have transferred or be required to transfer such securities to you until we have received such full payment therefor, and except, in accordance with any margin agreement between us and in compliance with Regulation T, that you do not contemplate sale of such prior to making such payment. If this transaction is a sale by you and the securities described on the face hereof are not already held in your account with us and it is not marked short, we are acting upon your representation that you or your principal owns such securities and it is agreed that you will promptly deposit such securities with us.

8. If the transaction is described on the face hereof as a "repurchase", then it is agreed as part of the repurchase agreement that within 24 hours after our request, you will return to us a sufficient amount of the securities subject to this agreement, or post collateral in a form satisfactory to Citigroup Global Markets Inc., so that the market value of the securities and other collateral still so subject does not exceed the dollar amount of the repurchase agreement, taking into account interest accrued on such securities and under the repurchase agreement.

9. If the transaction is described on the face hereof as a "reverse repurchase" then it is agreed as part of the reverse repurchase agreement that the securities subject to this agreement are deemed to be in our possession and that within 24 hours after our request you will deliver to us additional securities satisfactory to us that the total market value of the securities then subject to the reverse repurchase agreement bears the same ratio to the dollar amount of the agreement as the ratio on this date, taking into account interest accrued on such securities and under the reverse repurchase agreement.

10. We (or others acting for our account) reserve the right to offer for sale and/or to sell from time to time as principal or agent an amount of the securities described on the face hereof in excess of the amount owned by us (or the seller for whom we act as agent) at the time such offers and/or sales are made.

11. At the time this transaction was executed, we (or others acting for our account) may have over-allotted or effected transactions which stabilize or maintain the market price of the securities described on the face hereof (of other securities of the same class and series, or rights to subscribe to these securities), at a level above that which might otherwise prevail in the open market. Such transactions may have been effected on any of the exchanges where these securities are traded, in the over-the-counter market, or otherwise. We may also engage or have engaged in such stabilization after this transaction was executed. Such stabilization, if commenced, may be or may have been discontinued at any time.

12. We or our affiliates may have been participating or otherwise financially interested in a distribution of the securities described on the face hereof (or other securities of the same class and series, or rights to subscribe to these securities) at the time this transaction was executed. In addition, we or our affiliates may provide investment banking, advisory or other services to the issuer of any such securities or the other party, if any, to this transaction.

13. Unless we have specified otherwise on the face hereof, in the case of a purchase or sale of a reported security, or an equity security that is quoted on Nasdaq or traded on a national securities exchange, and that is subject to last sale reporting, the price indicated on the face hereof is identical to the reported price of the transaction.

14. If the security described on the face hereof is an "asset backed security", the actual yield of such asset-backed security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning factors that affect yield (including the minimum estimated yield, weighted average life, and the prepayment assumptions underlying the minimum estimated yield) will be furnished upon your written request.

15. Rating information provided on the face hereof is based upon good faith inquiry of selected sources. In particular, if it is indicated on the face hereof that the security is "not rated", then, as of the end of business on the business day prior to the date of this confirmation, neither the security nor the short-term debt of the issuer thereof has been assigned a rating from any of the nationally recognized statistical ratings organizations (NRSROS) from which we receive electronic data feeds. We will provide you with the names of such NRSROs upon your written request.

16. When "AS AGENT - NOTE COND 16 ON REVERSE" appears on the face of this confirm, Citigroup Global Markets Inc. acted as your AGENT and an affiliate acted in a principal or agency capacity. Citi may have received remuneration for directing orders in equity securities to particular broker/dealers or market centers for execution. When such remuneration is received, it is considered compensation to the Firm. The source and amount of any compensation received by the Firm in connection with your transaction will be disclosed upon request.

17. For purposes of evaluating the eligibility of certain trades for credit to your client commission management account, where CGMI has acted as your agent in this transaction (as disclosed on the front of this confirm), one or more affiliates of CGMI may have acted in a riskless principal capacity.

18. This transaction and all other transactions with us have been entered into in consideration of each other. If you shall breach or repudiate or are in default in respect of any term, covenant or condition in this agreement or in any other agreement between you and us, die or be adjudicated incompetent, be insolvent or be a debtor in any case under any bankruptcy, reorganization or similar law, or we believe that we may not be able to apply property we are holding or expect to receive from you against your obligations, we may cancel or otherwise liquidate or accelerate this and any other transaction with us without prior notice to you (and you will be liable to us for any resulting loss, cost and expense, including all reasonable attorney's fees), set off any obligation to you against any of your obligations to us or realize, in public or private sale, upon property securing any obligations to us or take any other action we deem necessary in the reasonable exercise of our discretion and any other action available under law or equity or in normal business practice. Any grace or notice period required by agreement or custom prior to exercise of such remedies may be shortened or eliminated by us if in our discretion it is reasonable to do so under the circumstances. In order to secure any obligations to us under this or any other transaction, you hereby grant to us a continuing security interest in all property heretofore or hereafter held by or for us, and all proceeds of the foregoing, and we shall have, in addition to the rights provided herein or by other applicable law, all the rights and remedies provided to a secured party under the Uniform Commercial Code as in effect in the State of New York. All references to "we" and "us", and all references to "you" and "your", in this paragraph shall be deemed to include all affiliates of Citigroup Global Markets Inc. and you, respectively.

19. Partial calls on securities held for you in our name will be subject to an impartial lottery system. With regard to securities described on the face hereof as redeemable or callable before maturity, including municipal securities, call or redemption features may exist that could effect yield. Additional information is available on request.

20. Debt securities, including municipal securities, with a zero coupon, make no periodic payments. Such securities may be callable at a price below their maturity value.

21. If this transaction is described on the face hereof as a When-As-And-If-Issued or When-As-And-If-Distributed contract (settlement type W) then this contract shall be subject to the special requirements for such contracts, including those related to cancellation, of the national securities exchange on which it was made or, if not made on an exchange, of the National Association of Securities Dealers, Inc. Pending settlement of any such contract or of any contract for forward settlement (settlement type F) you shall be obligated to deliver to us on demand cash equal to the excess of the purchase price of securities purchased by you over their market value or the excess of the market value of securities sold by you over their sale price.

22. Except as specifically contemplated herein, we hereby object to any provision or condition that may be sent by you with respect to this transaction that conflicts with, adds to or is otherwise inconsistent with any provision set forth herein.

23. Yield to Maturity of Treasury Inflation Protection Securities (TIPS) and other inflation adjusted securities may vary due to inflation adjustments.

24. If you would like to receive an Offering Document, Email: batprospectusdept@citi.com or call 800-831-9146.

25. Please note certain senior unsecured debt issued by Citi is guaranteed by the Federal Deposit Insurance Corporation (FDIC) Temporary Liquidity Guarantee Program.
If the front of the confirm indicates "FDIC TLGP Guaranteed note 25a on reverse," please review the following disclosure: a) This debt is guaranteed under the Federal Deposit Insurance Corporation's Temporary Liquidity Guarantee Program and is backed by the full faith and credit of the United States. The details of the FDIC guarantee are provided in the FDIC's regulations, 12 CFR Part 370, and at the FDIC's Web site, http://www.fdic.gov/tlgp. The expiration date of the FDIC's guarantee is the earlier of the maturity date of the debt or June 30, 2012.
If the front of the confirm indicates "Not FDIC TLGP Guaranteed note 25b on reverse", please review the following disclosure: b) This debt is not guaranteed under the Federal Deposit Insurance Corporation's Temporary Liquidity Guarantee Program.
If the front of the confirm does not indicate note 25a or 25b, please disregard the disclosures in 25 above as they do not apply to your transaction.

26. If security is (a) US Treasury, (b) FNMA, FHLMC or FHLB debt or (c) FNMA, FHLMC or GNMA MBS, then the trade is subject to Fails Charge Trading Practice published by TMPG and SIFMA (http://www.sifma.org/Services/Standard-Forms-and-Documentation/Securitized-Products/Securitized-Products-Fails-Charge-Trading-Practice/).

27. If this transaction is a trade of Japanese Government Bonds settling via delivery versus payment (DVP), it is subject to a Fails Charge to be imposed pursuant to "The Japanese Government Securities Guidelines for Real Time Gross Settlement" issued by Japan Securities Dealers Association.

**MARKET (Market Where Executed):**
N - New York Stock Exchange
A - American Stock Exchange, Inc. B - Boston Stock Exchange
M - Midwest Stock Exchange, Inc. T - Over-the-Counter
P - Pacific Coast Stock Exchange C - Chicago Board Options Exchange, Inc.
W - Philadelphia Stock Exchange D - Cincinnati Stock Exchange

**CAP (Capacity):**
1 We acted as principal for our own account (or, if indicated, for our joint account with another firm or for the account of an underwriting syndicate of which we are a member).
2 We acted as agent for you.
3 We acted as agent for another party.
4 We acted as agent for you and another party, and the amount of remuneration, if any, charged to the party(s) on the other side of the transaction, if not provided to you on the face hereof or otherwise, will be furnished promptly on your written request.

**SETT (Settlement Type):**
R - Regular Way C-Cash S-Seller Option N-Next Day
W - When-As-And-If Issued or When-As-And-If Distributed
F - Forward Settlement G-Forward / Delayed Delivery Gone Regular Way
I - When-As-And-If Issued or When-As-And-If Distributed Gone Regular Way

**Type (Type Of Account)**
A - Cash G-Special Bond B-Margin Long H-Omnibus C-Margin Short I - Special Misc
D-Convertible Bond J-Convertible Short E - Non-Convertible Bond K-Option Margin

893886 2270B (01/2012) GEN BACK

Exhibit B

Pg 11 of 20

FAX: (32-2)

*13275000411153100C*

# POSITION STATEMENT

| FOR ACCOUNT OF | MAIL TO | ACCOUNT NUMBER |
|---|---|---|
| EVEREST INTL RE | EVERESTREINSURANCE ATTN KEVIN BURNS<br>477 MARTINSVILLE ROAD<br>PO BOX 830<br>LIBERTY CORNER NJ 07938 | 144851<br>PAGE 14 DATE 28/09/12 |

| SECURITY | POSITION<br>HOLDINGS ARE BASED UPON SETTLEMENT DATE | PRICE | VALUE - PRICING | CONV RATE | VALUE - ACCT BASE |
|---|---|---|---|---|---|
| PIONEER NAT RES CO 5.875 15JUL16<br>ISIN US-723787AE7-5 SEDOL B01XXP3 | 500,000.0000 | 112.000000<br>USD | 560,000.00 | 1.000000 | 560,000.00<br>USD |
| PRAXAIR INC 2.125 14JUN13<br>ISIN US-74005PAX2-4 SEDOL B3LK452 | 2,000,000.0000 | 101.050000<br>USD | 2,021,000.00 | 1.000000 | 2,021,000.00<br>USD |
| PRAXAIR INC 3.95 01JUN13<br>ISIN US-74005PAL8-5 SEDOL 2747060 | 100,000.0000 | 99.454000<br>USD | 99,454.00 | 1.000000 | 99,454.00<br>USD |
| PRIVATE EXPT FDG CORP 2.25 15DEC17<br>ISIN US-742651DK5-1 SEDOL B4TJ920 | 1,655,000.0000 | 106.840000<br>USD | 1,768,202.00 | 1.000000 | 1,768,202.00<br>USD |
| PROGRESS ENERGY INC 6.05 15MAR14<br>ISIN US-743263AM7-6 SEDOL B65Y9Z6 | 940,000.0000 | 107.342000<br>USD | 1,009,014.80 | 1.000000 | 1,009,014.80<br>USD |
| PROLOGIS L P 6.875 15MAR20<br>ISIN US-74340XAU5-4 SEDOL B4M9GM6 | 1,000,000.0000 | 120.900000<br>USD | 1,209,000.00 | 1.000000 | 1,209,000.00<br>USD |
| PRUDENTIAL FINL I 8.875 15JUN68 FRN<br>ISIN US-744320AK8-5 SEDOL B3B26J6 | 1,000,000.0000 | 120.500000<br>USD | 1,205,000.00 | 1.000000 | 1,205,000.00<br>USD |
| PUBLIC SVC CO COLO 7.875 01OCT12<br>ISIN US-744448BU4-8 SEDOL 2267546 | 400,000.0000 | 100.000000<br>USD | 400,000.00 | 1.000000 | 400,000.00<br>USD |
| PUBLIC SVC ELEC GAS CO 5.3 01MAY18<br>ISIN US-74456QAS5-7 SEDOL B2QYY07 | 1,250,000.0000 | 119.260000<br>USD | 1,490,750.00 | 1.000000 | 1,490,750.00<br>USD |
| RAYTHEON CO 1.625 15OCT15<br>ISIN US-755111BS9-3 SEDOL B4PBTY2 | 415,000.0000 | 101.750000<br>USD | 422,262.50 | 1.000000 | 422,262.50<br>USD |
| RESIDENTIAL ACCRED 6.0 25DEC35 144A<br>ISIN US-761118PU6-0 SEDOL 9A0SYKI | 3,000,000.0000 | 84.936300<br>USD | 2,548,089.00 | 1.000000 | 2,548,089.00<br>USD |

Exhibit C

Head Office: One Wall Street New York, NY 10286, USA.
The Bank of New York Mellon - Incorporated with limited liability in the State of New York, USA.
London Branch registered in England & Wales with FC No 005522 and BR No 000818 and with its Registered Office at One Canada Square, London E14 5AL
Authorised and regulated by the Financial Services Authority

15/31

**Everest Int'l Re, Ltd (AFC)**
**Cusip # 761118PU6**

| Year | Prior Period BV | Purchase Cost | Paydowns | Amortization | Sales Proceeds | Basis Adjustment | Realized Gain(Loss) | Total | Paid for Accrued | Coupon Interest |
|---|---|---|---|---|---|---|---|---|---|---|
| 2006 | - | 3,010,735.51 | (429,000.43) | (14,879.28) | - | - | - | 2,566,855.80 | (8,883.00) | 152,113.75 |
| 2007 | 2,566,855.80 | - | (446,030.37) | (12,697.15) | - | - | - | 2,108,128.28 | - | 139,042.51 |
| 2008 | 2,108,128.28 | - | (465,607.24) | (9,070.23) | - | - | - | 1,633,450.81 | - | 112,371.92 |
| 2009 | 1,633,450.81 | - | (454,298.14) | (7,675.93) | - | - | - | 1,171,476.74 | - | 85,045.47 |
| 2010 | 1,171,476.74 | - | (401,828.15) | (3,965.28) | - | - | - | 765,683.31 | - | 58,834.21 |
| 2011 | 765,683.31 | - | (119,310.20) | (2,515.33) | - | (223,607.41) | - | 420,250.37 | - | 40,139.40 |
| 2012 | 420,250.37 | - | (66,597.41) | 1,020.75 | (444,185.74) | - | 89,512.03 | - | - | 35,980.48 |
| Total | | 3,010,735.51 | (2,382,671.94) | (49,782.45) | (444,185.74) | (223,607.41) | 89,512.03 | | (8,883.00) | 623,527.74 |

| | |
|---|---|
| Purchase Cost | 3,010,735.51 |
| Mthly Paydown | (2,382,671.94) |
| Amortization | (49,782.45) |
| BV @ Disposal | **578,281.12** |
| Sales Proceeds | 444,185.74 |
| Realized Loss | **(134,095.38)** |

Filename: I:\INVESTME\761118PU6 Analysis.xlsx
Date: 7/18/2013
Time: 2:08 PM
Prepared by: Adrianna Caraballo

Exhibit D

Everest International Re, Ltd
QUOTED IN: U.S. Dollars
TRANSACTION LEDGER - SORT BY PORTFOLIO / MANAGER GROUP
12/31/2011 Thru 12/31/2012

Everest International Re, Ltd

| TRANSACTION DATE / TRANSACTION TYPE | QUANTITY | DESCRIPTION | PRICE | AMOUNT / INT PUR/SOLD | GAIN/LOSS / COMMISSION | ACQ/DISP / YIELD | BROKER/ADVICE/SECURITY ID / LOCATION |
|---|---|---|---|---|---|---|---|
| DISPOSITIONS | | | | | | | |
| Corporates | | | | | | | |
| 10/01/2012<br>MATURITY | 50,000.00 | HCA Inc<br>6.3% Due 10/1/2012 AO1 | 100.0000 | 50,000.00<br>.00 | .00<br>.00 | | 480122 404119AF6<br>Bank of New York-BNY |
| 10/01/2012<br>MATURITY | 1,500,000.00 | Midamerican Energy Holdings<br>5 7/8% Due 10/1/2012 JJ31 | 100.0000 | 1,500,000.00<br>.00 | .00<br>.00 | | 480113 59562VAF4<br>Bank of New York-BNY |
| 10/01/2012<br>MATURITY | 400,000.00 | Public Service Co of Colorado<br>7 7/8% Due 10/1/2012 AO1 | 100.0000 | 400,000.00<br>.00 | .00<br>.00 | | 480124 744448BU4<br>Bank of New York-BNY |
| 11/15/2012<br>MATURITY | 400,000.00 | Waste Management Inc<br>6 3/8% Due 11/15/2012 MN15 | 100.0000 | 400,000.00<br>.00 | .00<br>.00 | | 486140 94106LAP4<br>Bank of New York-BNY |
| Subtotal | 9,750,000 | | | 9,750,000.00<br>.00 | .00<br>.00 | | |
| TOTAL Corporates | 16,065,000 | | | 16,139,030.43<br>60,061.93 | 2,948.15<br>.00 | | |
| Mortgages (including CMO) | | | | | | | |
| 03/09/2012<br>SALE | 2,000,000.00 | FHLMC<br>Series 2921 Class NE<br>5% Due 9/15/2033 Mo-1 | 106.0000 | 2,120,000.00<br>3,611.11 | 26,084.79<br>.00 | 2.5225 | GLS 460412 31395LR86<br>Bank of New York-BNY |
| 12/28/2012<br>SALE | 528,399.39 | Residential Accredit Loans, In<br>Series 2005-QS17 Class A5<br>6% Due 12/25/2035 Mo-1 | 84.0625 | 444,185.74<br>1,409.07 | 89,512.03<br>.00 | | CIA 490198 761118PU6<br>Bank of New York-BNY |
| Subtotal | 2,528,399.39 | | | 2,564,185.74<br>5,020.18 | 115,596.82<br>.00 | | |

Exhibit D

GAAP BASIS REPORTING PERIOD RECONCILIATION BY BOOK VALUE
12/31/2005 Through 12/31/2006
Non Insurance Company
Everest Int'l Re, Ltd (AFC)

RUN DATE: 01/09/07
RUN TIME: 15:22:26

| | | BALANCE SHEET VALUES | | | | | | | INCOME STATEMENT VALUES | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SECURITY ID | DESCRIPTION | CUR PERIOD UNITS<br>CUR PERIOD COST | PRIOR PERIOD<br>BOOK VALUE | CURRENT PERIOD<br>ACQUIST. COST | CURRENT PERIOD<br>DISPOSALS BV | INCREASE BY<br>ADJUSTMENT IN<br>BOOK VALUE | DECREASE BY<br>ADJUSTMENT IN<br>BOOK VALUE | CURRENT PERIOD<br>BOOK VALUE | SALES PROCEEDS<br>BOOK VALUE SOLD | GAIN/LOSS<br>FX GAIN/LOSS | PRIOR INC ACCR<br>CURR INC ACCRUAL | INCOME RECEIVED<br>INCOME PAID |
| Bonds - Mortgage Backed Sec | | | | | | | | | | | | |
| 46625YGM9 | JP Morgan Chase Comm Mtg<br>Series 2005-LDP1 Class A<br>4.865% Due 3/15/2046 Mo- | 500,000.00<br>502,472.50 | 502,150.40 | 0.00 | 0.00 | 0.00 | 461.30 | 501,689.10 | 0.00<br>0.00 | 0.00<br>0.00 | 2,027.08<br>2,027.08 | 24,324.96<br>0.00 |
| 617451CN7 | Morgan Stanley Capital I<br>Series 2006-T21 Class A2<br>5.09% Due 10/12/2052 Mo- | 1,619,000.00<br>1,627,872.12 | 0.00 | 1,627,872.12 | 0.00 | 0.00 | 1,986.81 | 1,625,885.31 | 0.00<br>0.00 | 0.00<br>0.00 | 0.00<br>6,867.26 | 75,539.86<br>6,638.35 |
| 61745MVA8 | Morgan Stanley Capital I<br>Series 2004-T13 Class A<br>4.39% Due 9/13/2045 Mo-1 | 1,000,000.00<br>990,898.44 | 992,095.87 | 0.00 | 0.00 | 926.19 | 0.00 | 993,022.06 | 0.00<br>0.00 | 0.00<br>0.00 | 3,658.33<br>3,658.33 | 43,899.96<br>0.00 |
| 61745MW25 | Morgan Stanley Capital I<br>Series 2005-T17 Class A4<br>4.52% Due 12/13/2041 Mo- | 1,000,000.00<br>1,005,256.00 | 1,004,429.64 | 0.00 | 0.00 | 0.00 | 929.31 | 1,003,500.33 | 0.00<br>0.00 | 0.00<br>0.00 | 3,766.67<br>3,766.67 | 45,200.04<br>0.00 |
| 761118PU6 | Residential Accredit Loa<br>Series 2005-QS17 Class A<br>6% Due 12/25/2035 Mo-1 | 2,531,999.53<br>2,574,529.20 | 0.00 | 3,010,735.51 | 429,000.43 | 0.00 | 14,879.28 | 2,566,855.80 | 429,000.43<br>429,000.43 | 0.00<br>0.00 | 0.00<br>12,660.00 | 152,113.75<br>8,883.00 |
| 79548K4M7 | Salomon Brothers Mortg S<br>Series 2000-C2 Class A2<br>7.455% Due 7/18/2033 Mo- | 931,339.42<br>1,064,782.89 | 1,071,758.57 | 0.00 | 42,481.12 | 0.00 | 26,855.70 | 1,002,421.75 | 42,481.12<br>42,481.12 | 0.00<br>0.00 | 6,049.86<br>5,785.95 | 71,377.79<br>0.00 |
| 831641EA9 | Small Business Investmen<br>Series 2006-P10A Class 1<br>5.408% Due 2/10/2016 FMA | 2,413,627.68<br>2,413,627.68 | 0.00 | 2,495,000.00 | 81,372.32 | 0.00 | 0.00 | 2,413,627.68 | 81,372.32<br>81,372.32 | 0.00<br>0.00 | 0.00<br>21,814.43 | 92,946.31<br>0.00 |
| 9297664L4 | Wachovia Bank Comm Mtg T<br>Series 2005-C20 Class A4<br>Adj % Due 7/15/2042 Mo-1 | 4,000,000.00<br>4,024,375.00 | 0.00 | 4,024,375.00 | 0.00 | 0.00 | 5,997.80 | 4,018,377.20 | 0.00<br>0.00 | 0.00<br>0.00 | 0.00<br>17,411.40 | 192,561.84<br>16,833.82 |
| 93934FHW5 | WMALT Mortgage Pass-Thro<br>Series 2005-11 Class A2<br>5 3/4% Due 1/25/2036 Mo- | 2,616,510.00<br>2,643,799.35 | 0.00 | 2,998,998.26 | 351,532.50 | 0.00 | 7,744.20 | 2,639,721.56 | 351,532.50<br>351,532.50 | 0.00<br>0.00 | 0.00<br>12,537.44 | 148,018.42<br>12,325.62 |
| TOTAL | Bonds - Mortgage Backed Sec | 73,021,487.24<br>73,828,903.47 | 45,654,558.02 | 33,886,724.70 | 5,724,555.69 | 16,816.58 | 210,535.97 | 73,623,007.64 | 5,724,555.69<br>5,724,555.69 | 0.00<br>0.00 | 193,786.64<br>337,392.05 | 3,801,652.24<br>90,349.09 |
| Bonds - Other Taxable (L/T) | | | | | | | | | | | | |
| 00184AAA3 | AOL Time Warner<br>6 1/8% Due 4/15/2006 AO1 | 0.00<br>0.00 | 200,198.59 | 0.00 | 200,000.00 | 0.00 | 198.59 | 0.00 | 200,000.00<br>200,000.00 | 0.00<br>0.00 | 2,586.11<br>0.00 | 6,125.00<br>0.00 |
| 00209AAE6 | AT&T Wireless Services<br>7 7/8% Due 3/1/2011 MS1 | 200,000.00<br>211,966.00 | 207,624.14 | 0.00 | 0.00 | 0.00 | 1,277.70 | 206,346.44 | 0.00<br>0.00 | 0.00<br>0.00 | 5,250.00<br>5,250.00 | 15,750.00<br>0.00 |
| 010392ER5 | Alabama Power Co<br>Series FF<br>5.2% Due 1/15/2016 JJ15 | 1,660,000.00<br>1,656,165.40 | 0.00 | 1,656,165.40 | 0.00 | 238.03 | 0.00 | 1,656,403.43 | 0.00<br>0.00 | 0.00<br>0.00 | 0.00<br>39,803.11 | 42,440.67<br>0.00 |
| 013104AL8 | Albertsons Inc<br>8% Due 5/1/2031 MN1 | 600,000.00<br>713,814.00 | 710,139.55 | 0.00 | 0.00 | 0.00 | 1,792.66 | 708,346.89 | 0.00<br>0.00 | 0.00<br>0.00 | 8,000.00<br>8,000.00 | 48,000.00<br>0.00 |

Exhibit D

GAAP BASIS REPORTING PERIOD RECONCILIATION BY BOOK VALUE
12/31/2006 Through 12/31/2007
Non Insurance Company
Everest Int'l Re, Ltd (AFC)

RUN DATE: 01/02/08
RUN TIME: 15:36:30
Page: 006

| SECURITY ID | DESCRIPTION | CUR PERIOD UNITS<br>CUR PERIOD COST | PRIOR PERIOD<br>BOOK VALUE | CURRENT PERIOD<br>ACQUIST. COST | CURRENT PERIOD<br>DISPOSALS BV | INCREASE BY<br>ADJUSTMENT IN<br>BOOK VALUE | DECREASE BY<br>ADJUSTMENT IN<br>BOOK VALUE | CURRENT PERIOD<br>BOOK VALUE | SALES PROCEEDS<br>BOOK VALUE SOLD | GAIN/LOSS<br>FX GAIN/LOSS | PRIOR INC ACCR<br>CURR INC ACCRUAL | INCOME RECEIVED<br>INCOME PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | B A L A N C E S H E E T V A L U E S | | | | | | | I N C O M E S T A T E M E N T V A L U E S | | | |
| Bonds - Mortgage Backed Sec | | | | | | | | | | | | |
| 46625YGM9 | JP Morgan Chase Comm Mtg<br>Series 2005-LDP1 Class A<br>4.865% Due 3/15/2046 Mo- | 500,000.00<br>502,472.50 | 501,689.10 | 0.00 | 0.00 | 0.00 | 558.70 | 501,130.40 | 0.00<br>0.00 | 0.00<br>0.00 | 2,027.08<br>2,027.08 | 24,324.96<br>0.00 |
| 617451CN7 | Morgan Stanley Capital I<br>Series 2006-T21 Class A2<br>5.09% Due 10/12/2052 Mo- | 1,619,000.00<br>1,627,872.12 | 1,625,885.31 | 0.00 | 0.00 | 0.00 | 2,307.61 | 1,623,577.70 | 0.00<br>0.00 | 0.00<br>0.00 | 6,867.26<br>6,867.26 | 82,407.12<br>0.00 |
| 61745MVA8 | Morgan Stanley Capital I<br>Series 2004-T13 Class A<br>4.39% Due 9/13/2045 Mo-1 | 1,000,000.00<br>990,898.44 | 993,022.06 | 0.00 | 0.00 | 968.82 | 0.00 | 993,990.88 | 0.00<br>0.00 | 0.00<br>0.00 | 3,658.33<br>3,658.33 | 43,899.96<br>0.00 |
| 61745MW25 | Morgan Stanley Capital I<br>Series 2005-T17 Class A4<br>4.52% Due 12/13/2041 Mo- | 1,000,000.00<br>1,005,256.00 | 1,003,500.33 | 0.00 | 0.00 | 0.00 | 971.06 | 1,002,529.27 | 0.00<br>0.00 | 0.00<br>0.00 | 3,766.67<br>3,766.67 | 45,200.04<br>0.00 |
| 761118PU6 | Residential Accredit Loa<br>Series 2005-QS17 Class A<br>6% Due 12/25/2035 Mo-1 | 2,085,969.16<br>2,121,006.90 | 2,566,855.80 | 0.00 | 446,030.37 | 0.00 | 12,697.15 | 2,108,128.28 | 446,030.37<br>446,030.37 | 0.00<br>0.00 | 12,660.00<br>10,429.85 | 139,042.51<br>0.00 |
| 79548K4M7 | Salomon Brothers Mortg S<br>Series 2000-C2 Class A2<br>7.455% Due 7/18/2033 Mo- | 883,569.33<br>1,010,168.24 | 1,002,421.75 | 0.00 | 47,770.09 | 0.00 | 24,931.91 | 929,719.75 | 47,770.09<br>47,770.09 | 0.00<br>0.00 | 5,785.95<br>5,489.17 | 69,184.61<br>0.00 |
| 9297664L4 | Wachovia Bank Comm Mtg T<br>Series 2005-C20 Class A4<br>Adj % Due 7/15/2042 Mo-1 | 4,000,000.00<br>4,024,375.00 | 4,018,377.20 | 0.00 | 0.00 | 0.00 | 6,853.93 | 4,011,523.27 | 0.00<br>0.00 | 0.00<br>0.00 | 17,411.40<br>17,479.43 | 210,166.88<br>0.00 |
| 93934FHW5 | WMALT Mortgage Pass-Thro<br>Series 2005-11 Class A2<br>5 3/4% Due 1/25/2036 Mo- | 2,299,597.98<br>2,323,582.01 | 2,639,721.56 | 0.00 | 316,912.02 | 603.04 | 2,811.37 | 2,320,601.21 | 316,912.02<br>316,912.02 | 0.00<br>0.00 | 12,537.44<br>11,018.91 | 140,904.02<br>0.00 |
| 949834CN3 | Wells Fargo Mtge Backed<br>Series 2007-14 Class 2A2<br>5 1/2% Due 10/25/2022 Mo | 1,934,203.95<br>1,915,164.13 | 0.00 | 1,951,035.60 | 36,228.09 | 518.33 | 0.00 | 1,915,325.84 | 36,228.09<br>36,228.09 | 0.00<br>0.00 | 0.00<br>8,865.10 | 17,953.42<br>2,709.34 |
| TOTAL | Bonds - Mortgage Backed Sec | 71,581,633.55<br>72,290,344.43 | 71,209,379.96 | 6,703,348.10 | 5,743,506.31 | 17,726.08 | 195,323.98 | 71,991,623.85 | 5,743,506.31<br>5,743,506.31 | 0.00<br>0.00 | 315,577.62<br>322,465.06 | 3,707,182.34<br>14,834.77 |
| Bonds - Other Taxable (L/T) | | | | | | | | | | | | |
| 00209AAE6 | AT&T Wireless Services<br>7 7/8% Due 3/1/2011 MS1 | 200,000.00<br>211,966.00 | 206,346.44 | 0.00 | 0.00 | 0.00 | 1,368.43 | 204,978.01 | 0.00<br>0.00 | 0.00<br>0.00 | 5,250.00<br>5,250.00 | 15,750.00<br>0.00 |
| 010392ER5 | Alabama Power Co<br>Series FF<br>5.2% Due 1/15/2016 JJ15 | 1,660,000.00<br>1,656,165.40 | 1,656,403.43 | 0.00 | 0.00 | 316.88 | 0.00 | 1,656,720.31 | 0.00<br>0.00 | 0.00<br>0.00 | 39,803.11<br>39,803.11 | 86,320.00<br>0.00 |
| 013104AL8 | Albertsons Inc<br>8% Due 5/1/2031 MN1 | 600,000.00<br>713,814.00 | 708,346.89 | 0.00 | 0.00 | 0.00 | 1,911.26 | 706,435.63 | 0.00<br>0.00 | 0.00<br>0.00 | 8,000.00<br>8,000.00 | 48,000.00<br>0.00 |
| 013817AD3 | ALCOA Inc<br>6 1/2% Due 6/1/2011 JD1 | 1,100,000.00<br>1,216,590.00 | 1,171,221.51 | 0.00 | 0.00 | 0.00 | 14,939.22 | 1,156,282.29 | 0.00<br>0.00 | 0.00<br>0.00 | 5,958.33<br>5,958.33 | 71,500.00<br>0.00 |

Exhibit D

GAAP BASIS REPORTING PERIOD RECONCILIATION BY BOOK VALUE
12/31/2007 Through 12/31/2008
Non Insurance Company
Everest Int'l Re, Ltd (AFC)

RUN DATE: 01/07/09
RUN TIME: 14:01:48
Page: 006

| SECURITY ID | DESCRIPTION | CUR PERIOD UNITS<br>CUR PERIOD COST | PRIOR PERIOD<br>BOOK VALUE | BALANCE SHEET VALUES<br>CURRENT PERIOD<br>ACQUIST. COST | CURRENT PERIOD<br>DISPOSALS BV | INCREASE BY<br>ADJUSTMENT IN<br>BOOK VALUE | DECREASE BY<br>ADJUSTMENT IN<br>BOOK VALUE | CURRENT PERIOD<br>BOOK VALUE | INCOME STATEMENT VALUES<br>SALES PROCEEDS<br>BOOK VALUE SOLD | GAIN/LOSS<br>FX GAIN/LOSS | PRIOR INC ACCR<br>CURR INC ACCRUAL | INCOME RECEIVED<br>INCOME PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bonds - Mortgage Backed Sec | | | | | | | | | | | | |
| 36212BJQ7 | GNMA Sf | 20,253.98 | 22,143.63 | 0.00 | 427.67 | 0.00 | 79.03 | 21,636.93 | 427.67 | 0.00 | 137.88 | 1,639.47 |
| | Pool #528671 | 21,861.12 | | | | | | | 427.67 | 0.00 | 135.03 | 0.00 |
| | 8% Due 3/15/2030 Mo-1 | | | | | | | | | | | |
| 36212HFP0 | GNMA Sf | 62,701.37 | 77,786.38 | 0.00 | 11,767.40 | 0.00 | 588.45 | 65,430.53 | 11,767.40 | 0.00 | 403.38 | 4,414.23 |
| | Pool# 533974 | 65,571.57 | | | | | | | 11,767.40 | 0.00 | 339.63 | 0.00 |
| | 6 1/2% Due 5/15/2032 Mo- | | | | | | | | | | | |
| 36213ESH0 | GNMA Sf | 156,236.28 | 184,883.76 | 0.00 | 21,785.92 | 0.00 | 858.29 | 162,239.55 | 21,785.92 | 0.00 | 890.11 | 10,067.55 |
| | Pool# 552320 | 162,654.45 | | | | | | | 21,785.92 | 0.00 | 781.18 | 0.00 |
| | 6% Due 1/15/2032 Mo-1 | | | | | | | | | | | |
| 36213RJC2 | GNMA Sf | 13,025.66 | 15,139.56 | 0.00 | 1,939.71 | 1.32 | 22.57 | 13,178.60 | 1,939.71 | 0.00 | 81.06 | 946.35 |
| | Pool #561959 | 13,192.56 | | | | | | | 1,939.71 | 0.00 | 70.56 | 0.00 |
| | 6 1/2% Due 4/15/2031 Mo- | | | | | | | | | | | |
| 36213S3W3 | GNMA Sf | 22,163.43 | 23,315.23 | 0.00 | 354.33 | 0.00 | 37.60 | 22,923.30 | 354.33 | 0.00 | 131.35 | 1,565.02 |
| | Pool# 563413 | 23,084.60 | | | | | | | 354.33 | 0.00 | 129.29 | 0.00 |
| | 7% Due 10/15/2031 Mo-1 | | | | | | | | | | | |
| 36225BPH5 | GNMA Sf | 61,148.87 | 78,523.91 | 0.00 | 12,692.51 | 0.00 | 860.90 | 64,970.50 | 12,692.51 | 0.00 | 430.74 | 4,732.50 |
| | Sf Pool #781324 | 65,144.92 | | | | | | | 12,692.51 | 0.00 | 356.70 | 0.00 |
| | 7% Due 7/15/2031 Mo-1 | | | | | | | | | | | |
| 38373QSR3 | GNMA | 4,000,000.00 | 4,012,813.80 | 0.00 | 0.00 | 0.00 | 4,877.50 | 4,007,936.30 | 0.00 | 0.00 | 18,333.33 | 219,999.96 |
| | Series 2003-50 Class PC | 4,031,511.60 | | | | | | | 0.00 | 0.00 | 18,333.33 | 0.00 |
| | 5 1/2% Due 3/16/2032 Mo- | | | | | | | | | | | |
| 46625YCV3 | JP Morgan Chase Comm Mtg | 930,000.00 | 932,720.43 | 0.00 | 0.00 | 0.00 | 624.46 | 932,095.97 | 0.00 | 0.00 | 3,964.13 | 47,569.56 |
| | Series 2004-LN2 Class A2 | 934,606.29 | | | | | | | 0.00 | 0.00 | 3,964.13 | 0.00 |
| | 5.115% Due 7/15/2041 Mo- | | | | | | | | | | | |
| 46625YGM9 | JP Morgan Chase Comm Mtg | 500,000.00 | 501,130.40 | 0.00 | 0.00 | 0.00 | 522.50 | 500,607.90 | 0.00 | 0.00 | 2,027.08 | 24,324.96 |
| | Series 2005-LDP1 Class A | 502,472.50 | | | | | | | 0.00 | 0.00 | 2,027.08 | 0.00 |
| | 4.865% Due 3/15/2046 Mo- | | | | | | | | | | | |
| 617451CN7 | Morgan Stanley Capital I | 1,619,000.00 | 1,623,577.70 | 0.00 | 0.00 | 0.00 | 2,403.10 | 1,621,174.60 | 0.00 | 0.00 | 6,867.26 | 82,407.12 |
| | Series 2006-T21 Class A2 | 1,627,872.12 | | | | | | | 0.00 | 0.00 | 6,867.26 | 0.00 |
| | 5.09% Due 10/12/2052 Mo- | | | | | | | | | | | |
| 61745MVA8 | Morgan Stanley Capital I | 1,000,000.00 | 993,990.88 | 0.00 | 0.00 | 1,071.27 | 0.00 | 995,062.15 | 0.00 | 0.00 | 3,658.33 | 43,899.96 |
| | Series 2004-T13 Class A | 990,898.44 | | | | | | | 0.00 | 0.00 | 3,658.33 | 0.00 |
| | 4.39% Due 9/13/2045 Mo-1 | | | | | | | | | | | |
| 61745MW25 | Morgan Stanley Capital I | 1,000,000.00 | 1,002,529.27 | 0.00 | 0.00 | 0.00 | 1,014.69 | 1,001,514.58 | 0.00 | 0.00 | 3,766.67 | 45,200.04 |
| | Series 2005-T17 Class A4 | 1,005,256.00 | | | | | | | 0.00 | 0.00 | 3,766.67 | 0.00 |
| | 4.52% Due 12/13/2041 Mo- | | | | | | | | | | | |
| 761118PU6 | Residential Accredit Loa | 1,620,361.92 | 2,108,128.28 | 0.00 | 465,607.24 | 0.00 | 9,070.23 | 1,633,450.81 | 465,607.24 | 0.00 | 10,429.85 | 112,371.92 |
| | Series 2005-QS17 Class A | 1,647,578.90 | | | | | | | 465,607.24 | 0.00 | 8,101.81 | 0.00 |
| | 6% Due 12/25/2035 Mo-1 | | | | | | | | | | | |
| 79548K4M7 | Salomon Brothers Mortg S | 829,830.77 | 929,719.75 | 0.00 | 53,738.56 | 0.00 | 22,651.90 | 853,329.29 | 53,738.56 | 0.00 | 5,489.17 | 64,469.22 |
| | Series 2000-C2 Class A2 | 948,729.94 | | | | | | | 53,738.56 | 0.00 | 5,155.32 | 0.00 |
| | 7.455% Due 7/18/2033 Mo- | | | | | | | | | | | |
| 885220JR5 | Thornburg Mortgage Sec T | 0.00 | 0.00 | 2,485,556.93 | 2,497,654.95 | 12,098.02 | 0.00 | 0.00 | 2,497,654.95 | 0.00 | 0.00 | 39,661.96 |
| | Series 2005-4 Class A4 | 0.00 | | | | | | | 2,497,654.95 | 0.00 | 0.00 | 539.60 |
| | Adj % Due 12/25/2045 Mo- | | | | | | | | | | | |

Exhibit D

GAAP BASIS REPORTING PERIOD RECONCILIATION BY BOOK VALUE
12/31/2008 Through 12/31/2009
Non Insurance Company
Everest Int'l Re, Ltd (AFC)

RUN DATE: 01/07/10
RUN TIME: 16:25:12
Page: 007

| SECURITY ID | DESCRIPTION | CUR PERIOD UNITS<br>CUR PERIOD COST | PRIOR PERIOD<br>BOOK VALUE | CURRENT PERIOD<br>ACQUIST. COST | CURRENT PERIOD<br>DISPOSALS BV | INCREASE BY<br>ADJUSTMENT IN<br>BOOK VALUE | DECREASE BY<br>ADJUSTMENT IN<br>BOOK VALUE | CURRENT PERIOD<br>BOOK VALUE | SALES PROCEEDS<br>BOOK VALUE SOLD | GAIN/LOSS<br>FX GAIN/LOSS | PRIOR INC ACCR<br>CURR INC ACCRUAL | INCOME RECEIVED<br>INCOME PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | B A L A N C E | S H E E T | V A L U E S | | | | | I N C O M E | S T A T E M E N T | V A L U E S | |
| Bonds - Mortgage Backed Sec | | | | | | | | | | | | |
| 36213RJC2 | GNMA Sf<br>Pool #561959<br>6 1/2% Due 4/15/2031 Mo- | 9,119.08<br>9,235.92 | 13,178.60 | 0.00 | 3,906.58 | 4.10 | 45.88 | 9,230.24 | 3,906.58<br>3,906.58 | 0.00<br>0.00 | 70.56<br>49.40 | 713.63<br>0.00 |
| 36213S3W3 | GNMA Sf<br>Pool# 563413<br>7% Due 10/15/2031 Mo-1 | 21,774.53<br>22,679.54 | 22,923.30 | 0.00 | 388.90 | 0.00 | 38.31 | 22,496.09 | 388.90<br>388.90 | 0.00<br>0.00 | 129.29<br>127.02 | 1,539.12<br>0.00 |
| 36225BPH5 | GNMA Sf<br>Pool# 781324<br>7% Due 7/15/2031 Mo-1 | 50,050.72<br>53,321.49 | 64,970.50 | 0.00 | 11,098.15 | 0.00 | 734.93 | 53,137.42 | 11,098.15<br>11,098.15 | 0.00<br>0.00 | 356.70<br>291.96 | 3,937.09<br>0.00 |
| 38373QSR3 | GNMA<br>Series 2003-50 Class PC<br>5 1/2% Due 3/16/2032 Mo- | 3,156,940.32<br>3,181,810.38 | 4,007,936.30 | 0.00 | 843,059.68 | 0.00 | 7,981.43 | 3,156,895.19 | 843,059.68<br>843,059.68 | 0.00<br>0.00 | 18,333.33<br>14,469.31 | 205,299.09<br>0.00 |
| 38374GGW6 | GNMA<br>Series 2004-27 Class VJ<br>6% Due 2/20/2015 Mo-1 | 1,610,870.92<br>1,687,387.28 | 0.00 | 1,893,469.22 | 196,736.93 | 0.00 | 36,928.01 | 1,659,804.28 | 196,736.93<br>196,736.93 | 0.00<br>0.00 | 0.00<br>8,054.35 | 77,440.32<br>2,711.41 |
| 46625YCV3 | JP Morgan Chase Comm Mtg<br>Series 2004-LN2 Class A2<br>5.115% Due 7/15/2041 Mo- | 930,000.00<br>934,606.29 | 932,095.97 | 0.00 | 0.00 | 0.00 | 656.57 | 931,439.40 | 0.00<br>0.00 | 0.00<br>0.00 | 3,964.13<br>3,964.13 | 47,569.56<br>0.00 |
| 46625YGM9 | JP Morgan Chase Comm Mtg<br>Series 2005-LDP1 Class A<br>4.865% Due 3/15/2046 Mo- | 500,000.00<br>502,472.50 | 500,607.90 | 0.00 | 0.00 | 0.00 | 547.83 | 500,060.07 | 0.00<br>0.00 | 0.00<br>0.00 | 2,027.08<br>2,027.08 | 24,324.96<br>0.00 |
| 617451CN7 | Morgan Stanley Capital I<br>Series 2006-T21 Class A2<br>5.09% Due 10/12/2052 Mo- | 1,619,000.00<br>1,627,872.12 | 1,621,174.60 | 0.00 | 0.00 | 0.00 | 2,524.11 | 1,618,650.49 | 0.00<br>0.00 | 0.00<br>0.00 | 6,867.26<br>6,867.26 | 82,407.12<br>0.00 |
| 61745MVA8 | Morgan Stanley Capital I<br>Series 2004-T13 Class A<br>4.39% Due 9/13/2045 Mo-1 | 1,000,000.00<br>990,898.44 | 995,062.15 | 0.00 | 0.00 | 1,071.53 | 0.00 | 996,133.68 | 0.00<br>0.00 | 0.00<br>0.00 | 3,658.33<br>3,658.33 | 43,899.96<br>0.00 |
| 61745MW25 | Morgan Stanley Capital I<br>Series 2005-T17 Class A4<br>4.52% Due 12/13/2041 Mo- | 1,000,000.00<br>1,005,256.00 | 1,001,514.58 | 0.00 | 0.00 | 0.00 | 1,711.49 | 999,803.09 | 0.00<br>0.00 | 0.00<br>0.00 | 3,766.67<br>3,766.67 | 45,200.04<br>0.00 |
| 761118PU6 | Residential Accredit Loa<br>Series 2005-QS17 Class A<br>6% Due 12/25/2035 Mo-1 | 1,166,063.78<br>1,185,649.97 | 1,633,450.81 | 0.00 | 454,298.14 | 0.00 | 7,675.93 | 1,171,476.74 | 454,298.14<br>454,298.14 | 0.00<br>0.00 | 8,101.81<br>5,830.32 | 85,045.47<br>0.00 |
| 79548K4M7 | Salomon Brothers Mortg S<br>Series 2000-C2 Class A2<br>7.455% Due 7/18/2033 Mo- | 360,480.22<br>412,130.28 | 853,329.29 | 0.00 | 469,350.55 | 0.00 | 21,841.16 | 362,137.58 | 469,350.55<br>469,350.55 | 0.00<br>0.00 | 5,155.32<br>2,239.48 | 51,035.21<br>0.00 |
| 88522RAA2 | Thornburg Mortgage Sec T<br>Series 2006-5 Class A1<br>Flt % Due 9/25/2046 Mo-2 | 1,068,538.94<br>1,029,470.48 | 1,304,125.13 | 0.00 | 277,044.03 | 19,316.46 | 0.00 | 1,046,397.56 | 277,044.03<br>277,044.03 | 0.00<br>0.00 | 132.60<br>41.84 | 5,908.78<br>0.00 |
| 9297664L4 | Wachovia Bank Comm Mtg T<br>Series 2005-C20 Class A4<br>Adj % Due 7/15/2042 Mo-1 | 4,000,000.00<br>4,024,375.00 | 4,004,320.36 | 0.00 | 0.00 | 0.00 | 7,569.77 | 3,996,750.59 | 0.00<br>0.00 | 0.00<br>0.00 | 17,475.27<br>17,460.70 | 210,334.90<br>0.00 |
| 93934FHW5 | WMALT Mortgage Pass-Thro<br>Series 2005-11 Class A2<br>5 3/4% Due 1/25/2036 Mo- | 1,705,837.20<br>1,723,628.47 | 2,041,241.09 | 0.00 | 322,122.35 | 0.00 | 6,058.30 | 1,713,060.44 | 322,122.35<br>322,122.35 | 0.00<br>0.00 | 9,717.31<br>8,173.80 | 108,668.66<br>0.00 |

Exhibit D

GAAP BASIS REPORTING PERIOD RECONCILIATION BY BOOK VALUE
12/31/2009 Through 12/31/2010
Non Insurance Company
Everest International Re, Ltd

RUN DATE: 01/05/11
RUN TIME: 09:50:08
Page: 008

| | | BALANCE SHEET VALUES | | | | | | | INCOME STATEMENT VALUES | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SECURITY ID | DESCRIPTION | CUR PERIOD UNITS<br>CUR PERIOD COST | PRIOR PERIOD<br>BOOK VALUE | CURRENT PERIOD<br>ACQUIST. COST | CURRENT PERIOD<br>DISPOSALS BV | INCREASE BY<br>ADJUSTMENT IN<br>BOOK VALUE | DECREASE BY<br>ADJUSTMENT IN<br>BOOK VALUE | CURRENT PERIOD<br>BOOK VALUE | SALES PROCEEDS<br>BOOK VALUE SOLD | GAIN/LOSS<br>FX GAIN/LOSS | PRIOR INC ACCR<br>CURR INC ACCRUAL | INCOME RECEIVED<br>INCOME PAID |
| Bonds - Mortgage Backed Sec | | | | | | | | | | | | |
| 36213S3W3 | GNMA Sf<br>Pool# 563413<br>7% Due 10/15/2031 Mo-1 | 21,362.51<br>22,250.39 | 22,496.09 | 0.00 | 412.02 | 0.00 | 39.69 | 22,044.38 | 412.02<br>412.02 | 0.00<br>0.00 | 127.02<br>124.61 | 1,511.18<br>0.00 |
| 36225BPH5 | GNMA Sf<br>Pool# 781324<br>7% Due 7/15/2031 Mo-1 | 41,260.54<br>43,956.88 | 53,137.42 | 0.00 | 8,790.18 | 0.00 | 563.35 | 43,783.89 | 8,790.18<br>8,790.18 | 0.00<br>0.00 | 291.96<br>240.69 | 3,191.91<br>0.00 |
| 38373QSR3 | GNMA<br>Series 2003-50 Class PC<br>5 1/2% Due 3/16/2032 Mo- | 2,113,453.48<br>2,130,103.04 | 3,156,895.19 | 0.00 | 1,043,486.84 | 14.91 | 1,009.92 | 2,112,413.34 | 1,043,486.84<br>1,043,486.84 | 0.00<br>0.00 | 14,469.31<br>9,686.66 | 144,027.04<br>0.00 |
| 38374GGW6 | GNMA<br>Series 2004-27 Class VJ<br>6% Due 2/20/2015 Mo-1 | 1,334,433.64<br>1,397,819.23 | 1,659,804.28 | 0.00 | 276,437.28 | 0.00 | 31,279.37 | 1,352,087.63 | 276,437.28<br>276,437.28 | 0.00<br>0.00 | 8,054.35<br>6,672.17 | 89,132.39<br>0.00 |
| 46625YCV3 | JP Morgan Chase Comm Mtg<br>Series 2004-LN2 Class A2<br>5.115% Due 7/15/2041 Mo- | 930,000.00<br>934,606.29 | 931,439.40 | 0.00 | 0.00 | 0.00 | 669.63 | 930,769.77 | 0.00<br>0.00 | 0.00<br>0.00 | 3,964.13<br>3,964.13 | 47,569.56<br>0.00 |
| 46625YGM9 | JP Morgan Chase Comm Mtg<br>Series 2005-LDP1 Class A<br>4.865% Due 3/15/2046 Mo- | 500,000.00<br>502,472.50 | 500,060.07 | 0.00 | 0.00 | 490.21 | 0.00 | 500,550.28 | 0.00<br>0.00 | 0.00<br>0.00 | 2,027.08<br>2,027.08 | 24,306.59<br>0.00 |
| 617451CN7 | Morgan Stanley Capital I<br>Series 2006-T21 Class A2<br>5.09% Due 10/12/2052 Mo- | 669,326.39<br>672,994.30 | 1,618,650.49 | 0.00 | 949,673.61 | 205.02 | 400.06 | 668,781.84 | 949,673.61<br>949,673.61 | 0.00<br>0.00 | 6,867.26<br>2,839.06 | 74,464.49<br>0.00 |
| 61745MVA8 | Morgan Stanley Capital I<br>Series 2004-T13 Class A<br>4.39% Due 9/13/2045 Mo-1 | 712,428.07<br>705,943.86 | 996,133.68 | 0.00 | 287,571.93 | 1,878.95 | 0.00 | 710,440.70 | 287,571.93<br>287,571.93 | 0.00<br>0.00 | 3,658.33<br>2,606.30 | 42,903.46<br>0.00 |
| 61745MW25 | Morgan Stanley Capital I<br>Series 2005-T17 Class A4<br>4.52% Due 12/13/2041 Mo- | 988,239.48<br>993,433.67 | 999,803.09 | 0.00 | 11,760.52 | 2.32 | 638.00 | 987,406.89 | 11,760.52<br>11,760.52 | 0.00<br>0.00 | 3,766.67<br>3,722.37 | 44,845.64<br>0.00 |
| 62888XAC8 | NCUA Guaranteed Notes<br>Series 2010-C1 Class APT<br>2.65% Due 10/29/2020 Mo- | 658,735.99<br>657,430.04 | 0.00 | 660,687.58 | 3,264.01 | 52.64 | 0.00 | 657,476.21 | 3,264.01<br>3,264.01 | 0.00<br>0.00 | 0.00<br>193.96 | 2,481.09<br>0.00 |
| 761118PU6 | Residential Accredit Loa<br>Series 2005-QS17 Class A<br>6% Due 12/25/2035 Mo-1 | 764,235.63<br>777,072.36 | 1,171,476.74 | 0.00 | 401,828.15 | 0.00 | 3,965.28 | 765,683.31 | 401,828.15<br>401,828.15 | 0.00<br>0.00 | 5,830.32<br>3,821.18 | 58,834.21<br>0.00 |
| 79548K4M7 | Salomon Brothers Mortg S<br>Series 2000-C2 Class A2<br>7.455% Due 7/18/2033 Mo- | 0.00<br>0.00 | 362,137.58 | 0.00 | 360,480.22 | 0.00 | 1,657.36 | 0.00 | 360,480.22<br>360,480.22 | 0.00<br>0.00 | 2,239.48<br>0.00 | 5,917.51<br>0.00 |
| 88522RAA2 | Thornburg Mortgage Sec T<br>Series 2006-5 Class A1<br>Flt % Due 9/25/2046 Mo-2 | 835,257.40<br>804,718.31 | 1,046,397.56 | 0.00 | 233,281.54 | 14,306.87 | 0.00 | 827,422.89 | 233,281.54<br>233,281.54 | 0.00<br>0.00 | 41.84<br>43.82 | 3,784.46<br>0.00 |
| 9297664L4 | Wachovia Bank Comm Mtg T<br>Series 2005-C20 Class A4<br>Adj % Due 7/15/2042 Mo-1 | 202,726.57<br>203,961.93 | 3,996,750.59 | 0.00 | 3,797,273.43 | 3,249.41 | 0.00 | 202,726.57 | 3,797,273.43<br>3,797,273.43 | 0.00<br>0.00 | 17,460.70<br>885.71 | 129,634.75<br>0.00 |
| 93934FHW5 | WMALT Mortgage Pass-Thro<br>Series 2005-11 Class A2<br>5 3/4% Due 1/25/2036 Mo- | 0.00<br>0.00 | 1,713,060.44 | 0.00 | 1,711,025.46 | 0.00 | 2,034.98 | 0.00 | 1,463,768.46<br>1,711,025.46 | -247,257.00<br>0.00 | 8,173.80<br>0.00 | 67,714.17<br>0.00 |

Exhibit D

GAAP BASIS REPORTING PERIOD RECONCILIATION BY BOOK VALUE
12/31/2010 Through 12/31/2011
Non Insurance Company
Everest International Re, Ltd

RUN DATE: 01/24/12
RUN TIME: 07:22:24
Page: 010

| SECURITY ID | DESCRIPTION | CUR PERIOD UNITS<br>CUR PERIOD COST | PRIOR PERIOD<br>BOOK VALUE | CURRENT PERIOD<br>ACQUIST. COST | CURRENT PERIOD<br>DISPOSALS BV | INCREASE BY<br>ADJUSTMENT IN<br>BOOK VALUE | DECREASE BY<br>ADJUSTMENT IN<br>BOOK VALUE | CURRENT PERIOD<br>BOOK VALUE | SALES PROCEEDS<br>BOOK VALUE SOLD | GAIN/LOSS<br>FX GAIN/LOSS | PRIOR INC ACCR<br>CURR INC ACCRUAL | INCOME RECEIVED<br>INCOME PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BALANCE SHEET VALUES | | | | | | | INCOME STATEMENT VALUES | | | |
| Bonds - Mortgage Backed Sec | | | | | | | | | | | | |
| 61745MW25 | Morgan Stanley Capital I<br>Series 2005-T17 Class A4<br>4.52% Due 12/13/2041 Mo- | 0.00<br>0.00 | 987,406.89 | 0.00 | 988,239.48 | 832.59 | 0.00 | 0.00 | 988,239.48<br>988,239.48 | 0.00<br>0.00 | 3,722.37<br>0.00 | 33,733.73<br>0.00 |
| 62888XAC8 | NCUA Guaranteed Notes<br>Series 2010-C1 Class APT<br>2.65% Due 10/29/2020 Mo- | 640,579.11<br>639,309.16 | 657,476.21 | 0.00 | 18,156.88 | 179.25 | 0.00 | 639,498.58 | 18,156.88<br>18,156.88 | 0.00<br>0.00 | 193.96<br>188.61 | 17,251.68<br>0.00 |
| 761118PU6 | Residential Accredit Loa<br>Series 2005-QS17 Class A<br>6% Due 12/25/2035 Mo-1 | 618,763.23<br>420,250.37 | 765,683.31 | 0.00 | 342,917.61 | 8,359.34 | 10,874.67 | 420,250.37 | 119,310.20<br>342,917.61 | -223,607.41<br>0.00 | 3,821.18<br>3,093.82 | 40,139.40<br>0.00 |
| 88522RAA2 | Thornburg Mortgage Sec T<br>Series 2006-5 Class A1<br>Flt % Due 9/25/2046 Mo-2 | 0.00<br>0.00 | 827,422.89 | 0.00 | 835,257.40 | 7,834.51 | 0.00 | 0.00 | 835,257.40<br>835,257.40 | 0.00<br>0.00 | 43.82<br>0.00 | 1,757.90<br>0.00 |
| 9297664L4 | Wachovia Bank Comm Mtg T<br>Series 2005-C20 Class A4<br>Adj % Due 7/15/2042 Mo-1 | 0.00<br>0.00 | 202,726.57 | 0.00 | 202,726.57 | 0.00 | 0.00 | 0.00 | 202,726.57<br>202,726.57 | 0.00<br>0.00 | 885.71<br>0.00 | 3,549.89<br>0.00 |
| 949834CN3 | Wells Fargo Mtge Backed<br>Series 2007-14 Class 2A2<br>5 1/2% Due 10/25/2022 Mo | 376,319.13<br>372,614.74 | 613,794.22 | 0.00 | 243,262.37 | 2,277.16 | 0.00 | 372,809.01 | 243,262.37<br>243,262.37 | 0.00<br>0.00 | 2,839.75<br>1,724.80 | 26,842.52<br>0.00 |
| TOTAL Bonds - Mortgage Backed Sec | | 118,687,071.13<br>124,064,309.31 | 95,509,279.49 | 63,230,160.31 | 34,324,560.02 | 76,697.63 | 1,031,322.37 | 123,460,255.04 | 34,100,952.61<br>34,324,560.02 | -223,607.41<br>0.00 | 400,809.00<br>481,424.86 | 4,972,857.95<br>144,256.99 |
| Bonds - Other Taxable (L/T) | | | | | | | | | | | | |
| 00182EAM1 | ANZ National Int'l LTD<br>Series 144A<br>3 1/8% Due 8/10/2015 FA1 | 955,000.00<br>954,207.35 | 954,245.30 | 0.00 | 0.00 | 150.63 | 0.00 | 954,395.93 | 0.00<br>0.00 | 0.00<br>0.00 | 11,688.80<br>11,688.80 | 29,843.76<br>0.00 |
| 010392ER5 | Alabama Power Co<br>Series FF<br>5.2% Due 1/15/2016 JJ15 | 1,660,000.00<br>1,656,165.40 | 1,657,775.29 | 0.00 | 0.00 | 389.57 | 0.00 | 1,658,164.86 | 0.00<br>0.00 | 0.00<br>0.00 | 39,803.11<br>39,803.11 | 86,320.00<br>0.00 |
| 013104AL8 | Albertsons Inc<br>8% Due 5/1/2031 MN1 | 600,000.00<br>713,814.00 | 699,909.15 | 0.00 | 0.00 | 0.00 | 2,469.50 | 697,439.65 | 0.00<br>0.00 | 0.00<br>0.00 | 8,000.00<br>8,000.00 | 48,000.00<br>0.00 |
| 02005PAD7 | Ally Auto Receivables Tr<br>Series 2010-4 Class A4<br>1.35% Due 12/15/2015 Mo- | 800,000.00<br>799,853.04 | 799,858.22 | 0.00 | 0.00 | 40.22 | 0.00 | 799,898.44 | 0.00<br>0.00 | 0.00<br>0.00 | 480.00<br>480.00 | 10,800.00<br>0.00 |
| 02364WAH8 | America Movil SA de CV<br>5 3/4% Due 1/15/2015 JJ1 | 1,000,000.00<br>1,105,811.60 | 1,091,381.97 | 0.00 | 0.00 | 0.00 | 21,512.68 | 1,069,869.29 | 0.00<br>0.00 | 0.00<br>0.00 | 26,513.88<br>26,513.88 | 57,500.00<br>0.00 |
| 031162BD1 | Amgen Inc<br>3.45% Due 10/1/2020 AO1 | 695,000.00<br>692,421.55 | 692,458.92 | 0.00 | 0.00 | 228.51 | 0.00 | 692,687.43 | 0.00<br>0.00 | 0.00<br>0.00 | 6,993.44<br>5,994.38 | 24,976.56<br>0.00 |
| 037411AQ8 | Apache Corp<br>6 1/4% Due 4/15/2012 AO1 | 450,000.00<br>507,995.50 | 460,116.60 | 0.00 | 0.00 | 0.00 | 7,854.91 | 452,261.69 | 0.00<br>0.00 | 0.00<br>0.00 | 5,937.50<br>5,937.50 | 28,125.00<br>0.00 |

Exhibit D

GAAP BASIS REPORTING PERIOD RECONCILIATION BY BOOK VALUE
12/31/2011 Through 12/31/2012
Non Insurance Company
Everest International Re, Ltd

RUN DATE: 01/09/13
RUN TIME: 07:44:29
Page: 010

| SECURITY ID | DESCRIPTION | CUR PERIOD UNITS<br>CUR PERIOD COST | PRIOR PERIOD<br>BOOK VALUE | CURRENT PERIOD<br>ACQUIST. COST | CURRENT PERIOD<br>DISPOSALS BV | INCREASE BY<br>ADJUSTMENT IN<br>BOOK VALUE | DECREASE BY<br>ADJUSTMENT IN<br>BOOK VALUE | CURRENT PERIOD<br>BOOK VALUE | SALES PROCEEDS<br>BOOK VALUE SOLD | GAIN/LOSS<br>FX GAIN/LOSS | PRIOR INC ACCR<br>CURR INC ACCRUAL | INCOME RECEIVED<br>INCOME PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | B A L A N C E | S H E E T | V A L U E S | | | | I N C O M E | S T A T E M E N T | V A L U E S | |
| Bonds - Mortgage Backed Sec | | | | | | | | | | | | |
| 36213ESH0 | GNMA Sf<br>Pool #552320<br>6% Due 1/15/2032 Mo-1 | 57,232.32<br>59,583.42 | 77,322.14 | 0.00 | 17,238.83 | 7.49 | 659.95 | 59,430.85 | 17,238.83<br>17,238.83 | 0.00<br>0.00 | 372.36<br>286.16 | 3,986.42<br>0.00 |
| 36213RJC2 | GNMA Sf<br>Pool #561959<br>6 1/2% Due 4/15/2031 Mo- | 3,945.88<br>3,996.44 | 4,121.50 | 0.00 | 137.95 | 0.00 | 3.10 | 3,980.45 | 137.95<br>137.95 | 0.00<br>0.00 | 22.12<br>21.37 | 261.42<br>0.00 |
| 36213S3W3 | GNMA Sf<br>Pool# 563413<br>7% Due 10/15/2031 Mo-1 | 20,435.05<br>21,284.42 | 21,555.15 | 0.00 | 478.75 | 0.00 | 40.97 | 21,035.43 | 478.75<br>478.75 | 0.00<br>0.00 | 122.00<br>119.20 | 1,448.82<br>0.00 |
| 36225BPH5 | GNMA Sf<br>Pool #781324<br>7% Due 7/15/2031 Mo-1 | 29,816.32<br>31,764.78 | 37,319.42 | 0.00 | 5,431.01 | 0.00 | 348.17 | 31,540.24 | 5,431.01<br>5,431.01 | 0.00<br>0.00 | 205.61<br>173.93 | 2,292.28<br>0.00 |
| 38373QSR3 | GNMA<br>Series 2003-50 Class PC<br>5 1/2% Due 3/16/2032 Mo- | 592,540.36<br>597,208.32 | 1,349,117.44 | 0.00 | 757,724.08 | 643.65 | 367.04 | 591,669.97 | 757,724.08<br>757,724.08 | 0.00<br>0.00 | 6,188.71<br>2,715.81 | 54,908.22<br>0.00 |
| 38374MDX4 | GNMA<br>Series 2005-75 Class DA<br>5% Due 7/16/2034 Mo-1 | 1,381,091.22<br>1,510,568.53 | 2,108,960.06 | 0.00 | 551,997.42 | 0.00 | 62,253.01 | 1,494,709.63 | 551,997.42<br>551,997.42 | 0.00<br>0.00 | 8,054.54<br>5,754.55 | 84,143.49<br>0.00 |
| 38376LA66 | GNMA<br>Series 2011-107 Class EJ<br>4% Due 12/20/2039 Mo-1 | 1,746,453.92<br>1,870,001.89 | 2,069,797.11 | 0.00 | 196,322.64 | 0.00 | 31,080.04 | 1,842,394.43 | 196,322.64<br>196,322.64 | 0.00<br>0.00 | 6,475.92<br>5,821.51 | 74,373.67<br>0.00 |
| 38376PEU0 | GNMA<br>Series 2009-120 Class V<br>5% Due 12/20/2020 Mo-1 | 1,945,703.55<br>2,212,629.76 | 2,425,637.30 | 0.00 | 194,057.35 | 0.00 | 58,079.57 | 2,173,500.38 | 194,057.35<br>194,057.35 | 0.00<br>0.00 | 8,915.67<br>8,107.10 | 102,580.96<br>0.00 |
| 46625YCV3 | JP Morgan Chase Comm Mtg<br>Series 2004-LN2 Class A2<br>5.115% Due 7/15/2041 Mo- | 930,000.00<br>934,606.29 | 929,948.33 | 0.00 | 0.00 | 0.00 | 865.10 | 929,083.23 | 0.00<br>0.00 | 0.00<br>0.00 | 3,964.13<br>3,964.13 | 47,569.56<br>0.00 |
| 46625YGM9 | JP Morgan Chase Comm Mtg<br>Series 2005-LDP1 Class A<br>4.865% Due 3/15/2046 Mo- | 500,000.00<br>502,472.50 | 500,110.76 | 0.00 | 0.00 | 0.00 | 415.88 | 499,694.88 | 0.00<br>0.00 | 0.00<br>0.00 | 2,027.08<br>2,027.08 | 24,324.96<br>0.00 |
| 617451CN7 | Morgan Stanley Capital I<br>Series 2006-T21 Class A2<br>5.09% Due 10/12/2052 Mo- | 30,910.18<br>31,079.56 | 526,508.66 | 0.00 | 496,395.15 | 749.97 | 0.11 | 30,863.37 | 496,395.15<br>496,395.15 | 0.00<br>0.00 | 2,236.65<br>131.11 | 21,864.28<br>0.00 |
| 61745MVA8 | Morgan Stanley Capital I<br>Series 2004-T13 Class A<br>4.39% Due 9/13/2045 Mo-1 | 122,347.25<br>121,233.70 | 469,861.55 | 0.00 | 348,572.81 | 856.06 | 0.00 | 122,144.80 | 348,572.81<br>348,572.81 | 0.00<br>0.00 | 1,722.78<br>447.59 | 16,878.08<br>0.00 |
| 62888XAC8 | NCUA Guaranteed Notes<br>Series 2010-C1 Class APT<br>2.65% Due 10/29/2020 Mo- | 614,299.38<br>613,081.52 | 639,498.58 | 0.00 | 26,279.73 | 208.97 | 0.00 | 613,427.82 | 26,279.73<br>26,279.73 | 0.00<br>0.00 | 188.61<br>180.88 | 16,678.28<br>0.00 |
| 761118PU6 | Residential Accredit Loa<br>Series 2005-QS17 Class A<br>6% Due 12/25/2035 Mo-1 | 0.00<br>0.00 | 420,250.37 | 0.00 | 421,271.12 | 3,926.30 | 2,905.55 | 0.00 | 510,783.15<br>421,271.12 | 89,512.03<br>0.00 | 3,093.82<br>0.00 | 35,980.48<br>0.00 |
| 949834CN3 | Wells Fargo Mtge Backed<br>Series 2007-14 Class 2A2<br>5 1/2% Due 10/25/2022 Mo | 207,964.91<br>205,917.75 | 372,809.01 | 0.00 | 168,354.22 | 1,595.01 | 0.00 | 206,049.80 | 168,354.22<br>168,354.22 | 0.00<br>0.00 | 1,724.80<br>953.17 | 16,365.13<br>0.00 |

Exhibit D