Name of Bankruptcy Court: **US Bankruptcy Court Southern District of NY**

Name of Debtors: **Residential Capital, LLC, et al.,**

Case Number: **12-12020 (MG)**

Title of the Objection: **Misclassified Borrower Claims**

Name of Claimant: **Michelle Renee Strickland**

Description of the basis for the amount of the claim: _____

**Proposed claim(s) TO BE RECLASSIFIED ON THE GROUNDS That I Improperly asserted a security interest against the Debtors and/or priority claim(s).**

My mailing address: Michelle R. Strickland, 8301 E 93rd St, Kansas City, Missouri 64138. (816) 767-7208 Home, (816) 548-8939 Mobile.

No objection to Proposed Reclassification but I Michelle R. Strickland, 8301 E. 93rd St., Kansas City, Missouri would like for my response to be entered by the court and made accessible for viewing on court doc. Please.



RECEIVED JUL 22 2013 U.S. BANKRUPTCY COURT, SDNY

Michelle R. Strickland
8301 E 93rd St.
Kansas City, Missouri 64138
(816) 767-7208 Home
(816) 548-8939 Mobile

I Michelle Renee Strickland at 8301 E 93rd St., KC, Mo 64138 in my own defense want my response to be read and recorded for the record, that I don't object to my documented ~~claim~~ claim legal counsel has labeled Proposed claims to be reclassified *because I improperly asserted a security interest against Residential Capital, LLC, et. al., debtors.*

However I would like to say and have my words and feelings noted for the record that I have struggled as a woman very hard for everything I have and when I make mistakes or do something wrong had to make up, own up and pay with little regard from my creditors.   I been expected to handle and deal with my obligations all of my hard working life, often working two and three jobs to keep food my table and struggle to pay bills while taking care of my two sons and elderly mother.   I'm not perfect but I deserve to be treated like the *hard working* person that I am.

I don't have the legal knowledge to manipulate and bend the law in my own favor but I do have the courage to stand up for myself even when I feel FEAR of *fighting* for my rights, which I have proven to the courts with all the exhibits that I submitted for review, even though I stand alone because I can't afford legal representation.

God is standing beside me to give me the courage to fight for money that was stolen from me and not returned even when I provided the receipts of payments. NO ONE HELPED ME.

Now I leave my claim(s) in your care and pray you don't use trickery and deceit to keep from paying back my money.   If it had been up to GMAC I would have been kicked out of my home behind their mistake.   I will say this to you all from humble, nervous but sincere words.   I'm a US citizen who wants the American Dream also, a home a vehicle, be able to pay my bills and have food on my table. I hope you all don't laugh at my response thinking what a JOKE and how dare she, but let me leave you with these last few words not from education intelligence but from common sense.

IF YOU PAID MONEY TO YOUR CREDITORS FOR MONTHS EVEN YEARS AND THEY DIDN'T SHOW ANY RECORD OF YOU MAKING YOUR PAYMENTS, YOU HAD PROOF AND PROVIDED IT BUT WAS TREATED AS THOUGH YOU DIDN'T, you would get the best legal counsel your money could afford, but when you are poor and can't afford counsel then you have to stand alone and believe me it is scary!

In my small world I matter to me and I just want what I paid for with interest like they billed me.   What the educated financial wizards did to me is a disgrace and I suffered and still suffer for their error.

Finally, I know you're saying OH GOOD, but I provided my bill and exhibits.   Life is complicated and I'm tired, the legal system will decide what to do and I will have to deal with it, but I deserve respect for having the COURAGE to keep fighting for all the years even if I don't have fancy words.   I talk plain so there should be no misunderstanding.

I Michelle R. Strickland have been beaten down and I'M TIRED NOW!   Please do the right thing.    PLEASE!

Case No.# 12-12020 (mG)
Michelle Strickland

Sincerely,

Michelle R. Strickland

Case No. # 12-12020
Michelle Strickland

The chamber of the Honorable Martin Glenn

One Bowling Green

New York, New York 10004

Courtroom 501

Case No.# 12-12020(MG)
Michelle Strickland