Frank Reed
817 Matlack Drive
Moorestown, NJ 08057
Telephone: (856) 956-6950
E-Mail: FrankReedVA@aol.com

*Creditor, Pro Se*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF CREDITOR PRO SE'S OBJECTION TO
DEBTORS' MOTION FOR AN ORDER PURSUANT
TO BANKRUPTCY RULE 9019 AND BANKRUPTCY CODE SECTION
363(b)(1) AUTHORIZING THE DEBTORS TO ENTER INTO AND
PERFORM UNDER AMENDMENT TO CONSENT ORDER**

*PLEASE TAKE NOTICE*, that I, Frank Reed, creditor pro se, has submitted an ~~limited~~ objection to.NOTICE OF CREDITOR PRO SE'SOBJECTION TO DEBTORS' MOTION FOR AN ORDER PURSUANT TO BANKRUPTCY RULE 9019 AND BANKRUPTCY CODE SECTION 363(b)(1) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER AMENDMENT TO CONSENT ORDER

Respectfully submitted, this 20th day of July, 2013.

*[signature]*

**Frank Reed
Creditor, Pro Se**