MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF DEBTORS' FIFTH OMNIBUS OBJECTION**
**TO CLAIMS (LATE-FILED BORROWER CLAIMS) AGAINST**
**TRACEY J. MARSHALL (CLAIM NO. 5726)**

**PLEASE TAKE NOTICE** that the debtors and debtors in possession in the above-captioned bankruptcy cases (collectively, the "Debtors") withdraw, without prejudice, the *Debtors' Fifth Omnibus Objection to Claims (Late-Filed Borrower Claims)* [Docket No. 3924] (the "Fifth Omnibus Claims Objection") against Tracey J. Marshall.[1]

**PLEASE TAKE FURTHER NOTICE THAT** the withdrawal of the Fifth Omnibus Claims Objection as to Ms. Marshall does not constitute any admission or finding with

---

[1] Ms. Marshall filed a proof of claim against Residential Capital, LLC, one of the aforementioned Debtors, which was designated as Claim No. 5726 on the claims register. In the Fifth Omnibus Claims Objection, the Debtors asserted that Claim No. 5726 was filed after the general bar date.

ny-1101242

respect to the allowance of the proof of claim filed by Ms. Marshall, and the Debtors reserve all rights to object to her claim on any other basis at a future point in time.

Dated: July 24, 2013
     New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*

ny-1101242