Aaron R. Cahn
Leonardo Trivigno
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Telephone: (212) 238-8629
Facsimile: (212) 732-3232
e-mail: cahn@clm.com

**ATTORNEYS FOR BRANCH BANKING & TRUST CO.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------x
:
In Re                                           :    Chapter 11
:
RESIDENTIAL CAPITAL CO. LLC                     :    Case No. 12-12020 (MG)
:
Debtors.                            :    Jointly Administered
---------------------------------------------------x

## BB&T'S NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

BRANCH BANKING & TRUST CO. ("BB&T"), pursuant to the Settlement Agreement approved by the Court and Fed. R. Bankr. P. 3006, hereby withdraws Proof of Claim No. 4874 in the amount of $1,769,026.35 filed November 15, 2012, against Residential Funding Corp.

Dated: July 24, 2013

Respectfully submitted,

s/Aaron R. Cahn
Aaron R. Cahn (AC-6540)
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Telephone: (212) 238-8629
Facsimile: (212) 732-3232
e-mail: cahn@clm.com

**ATTORNEYS FOR BRANCH BANKING & TRUST CO.**

7253983.1