Hearing Date and Time:  September 11, 2013 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Gary S. Lee
Todd M. Goren
Alexandra Steinberg Barrage

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON THE LIMITED OBJECTION OF**
**FINANCIAL GUARANTY INSURANCE COMPANY TO DEBTORS'**
**SALE MOTION AND ASSUMPTION NOTICE**

**PLEASE TAKE NOTICE** that the hearing on the *Limited Objection of Financial Guaranty Insurance Company to Debtors' Sale Motion and Assumption Notice* [Docket No. 1746] has been adjourned by mutual agreement among the debtors and debtors in possession in the above-captioned cases, Financial Guaranty Insurance Company and Ocwen Loan Servicing, LLC from July 26, 2013 at 10:00 a.m. (Prevailing Eastern Time) to **September 11, 2013 at 10:00 a.m. (Prevailing Eastern Time)**.

ny-1101329

| | |
|---|---|
| Dated: July 24, 2013<br>New York, New York | /s/ Gary S. Lee<br>Gary S. Lee<br>Todd M. Goren<br>Alexandra Steinberg Barrage<br>**MORRISON & FOERSTER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for the Debtors and Debtors in Possession* |

ny-1101329