## UNITES STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 12-12020(MG)** |
| | ) | |
| **RESIDENTIAL CAPITAL, LLC., et al,** | ) | |
| | ) | **Chapter 11** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |

## MOTION FOR ADMISSION FOR
## MARVIN E. CLEMENTS, JR TO PRACTICE, *Pro Hac Vice*

I, <u>Marvin E. Clements, Jr.</u>, a member in good standing of the bar in the State of Tennessee and the bar for the U.S. District Court for the Eastern, Western, and Middle Districts of Tennessee, request admission, *pro hac vice,* before the Honorable Judge Glenn to represent the Tennessee Division of Revenue, a creditor in the above referenced case.  I agree to pay the fee of $200 upon approval by this Court of admission to practice, *pro hac vice.*

> /s/ Marvin E. Clements, Jr.
> MARVIN E. CLEMENTS, JR. BPR.016031
> Senior Counsel
> Bankruptcy Division
> Office of the Tennessee Attorney General
> PO Box 20207
> Nashville, Tennessee 37202-0207
> (615) 741-1935
> ICTNNewYork@ag.tn.gov

Dated: July 25, 2013

## CERTIFICATE OF SERVICE

I, <u>Marvin E. Clements, Jr.</u>, certify that on July 25, 2013, a true and exact copy of this Motion for Admission to Practice *pro hac vice* was sent by FedEx overnight delivery to the parties set out below and was electronically filed.

United States Bankruptcy Court
Southern District of New York
Attn: Chambers of the Honorable Martin Glenn
Alexander Hamilton Custom House
Room 501
One Bowling Green
New York, NY 10004

Morrison and Foerster LLP
Attn: Gary S. Lee
Attn: Norman S. Rosenbaum
Attn: Jordan A. Wishnew
1290 Avenue of the Americas
New York, NY 10104

Office of the United States Trustee
Southern District of New York
Attn: Tracy Hope Davis
Attn: Linda A. Riffkin
Attn: Brian S. Masumoto
33 Whitehall Street
21st Floor
New York, NY 10004

Office of the United States Attorney General
U.S. Department of Justice
Attn: US Attorney General, Eric H. Holder, Jr.
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Office of the New York State Attorney General
Attn: Nancy Lord, Esq.
Attn: Enid N. Stuart
The Capitol
Albany, NY 12224-0341

Office of the U.S. Attorney
Southern District of New York
Attn: Joseph N. Cordaro, Esq.
One St. Andrews Plaza
New York, NY 10007

Kirkland and Ellis LLP
Attn: Richard M. Cieri
Attn: Ray Schrock
153 East 53rd Street
New York, NY 10022

Kramer Levin Naftalis and Frankel LLP
Attn: Kenneth Eckstein
Attn: Douglas Mannal
1177 Avenue of the Americas
New York, NY 10036

Clifford Chance US LLP
Attn: Jennifer C. DeMarco
Attn: Adam Lesman
31 West 52nd Street
New York, NY 10019

Munger, Tolles and Olson LLP
Attn: Thomas Walper
Attn: Seth Goldman
355 South Grand Avenue
Los Angeles, CA 90071

Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

Securities and Exchange Commission
New York Regional Office
Attn: George S. Cannellos, Regional Director
3 World Financial Center
Suite 400
New York, NY 10281-1022

s/ Marvin E. Clements, Jr.____
MARVIN E. CLEMENTS, JR.

**UNITES STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | **Case No. 12-12020(MG)** |
| | ) | |
| **RESIDENTIAL CAPITAL, LLC., et al,** | ) | |
| | ) | **Chapter 11** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |

<u>**ORDER GRANTING MOTION FOR ADMISSION FOR
MARVIN E. CLEMENTS, JR. TO PRACTICE *PRO HAC VICE***</u>


    **ORDERED**, that Marvin E. Clements, Jr., is admitted to practice, *pro hac vice*, in the

above referenced case, in the United States Bankruptcy Court, Southern District of New York,

subject to payment of the filing fee.


Dated:
    New York, New York

                    /s/_____
                    UNITED STATES BANKRUPTCY JUDGE