| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | Hearing Date: August 21, 2013 at 10:00 AM(EST)<br>Response Deadline: July 26, 2013 at 4:00 PM(EST) |

| | | |
|---|---|---|
| **In re:** | ) | Case No. 12-12020(MG) |
| | ) | |
| **RESIDENTIAL CAPITAL, LLC., et al,** | ) | |
| | ) | Chapter 11 |
| | ) | |
| **Debtors.** | ) | Jointly Administered |

### RESPONSE OF THE TENNESSEE DEPARTMENT OF REVENUE TO THE DEBTORS' FIFEENTH OMNIBUS OBJECTION TO THE CERTAIN TAX CLAIMS

COMES the Commissioner of Revenue for the State of Tennessee ("Revenue") by and through the Attorney General, and respectfully responds to the Debtor's Fifeeenth Omnibus Objection to Proofs of Claim, as to claims filed by the Department including claim number 1043. In support of this response and the proof of claim filed by Revenue, the Respondent would show:

1. Debtor's petition for relief under Chapter 11 of the Bankruptcy code was filed on either May 14, 2012.

2. The Debtors object to claim #1043, in the amount of $2,076.11 filed by Revenue.

3. As to claim #1043, Debtors assert that there is no liability and insufficient documentation for the claim.

4. Debtors also state that the claim was asserted against Residential Capital LLC.

5. Review of the claim shows that it was filed and asserted against RFC Construction Funding LLC.

6. The claim is based on estimates for Franchise Excise liability of RFC Construction Funding LLC, due to the failure of RFC Construction Funding LLC to file Franchise Excise Tax Returns for the periods beginning August 1, 2009, January 1, 2010, January 1, 2011 and January 1, 2012, as required under Tennessee tax law.

7. Pursuant to Tennessee Code Annotated § 67-6-517 and Tennessee Code Annotated § 67-1-1438, if an entity fails to timely file a tax return, the Commissioner, after

written notice of same, is authorized to determine the tax liability. The Commissioner is also authorized to audit returns filed for accuracy and correctness. T.C.A. § 67-1-1301. Any assessment made pursuant to these Sections shall be binding as if made upon the sworn statement of a person liable for the payment of the tax; and after such an assessment is made, the responsible party is stopped from disputing the accuracy except upon filing a true return, together with such supporting evidence as the Commissioner may require, indicating precisely the amount of the alleged inaccuracy.

8. A Proof of Claim is prima facie evidence of the validity and amount of the claim. Fed.RulesBankr.Proc.Rule 3001(f). The Debtor has not provided sufficient evidence to rebut the validity of the claim.

WHEREFORE, the Respondent prays that the Court:

1. Allow claim # 1043 as filed.
2. Order Debtor to file all outstanding tax returns and allow the claim in the amount owed based on properly filed tax returns.
3. Order such other relief, as the Court deems appropriate to protect the interests of the State of Tennessee.

Respectfully Submitted,

Robert E. Cooper, Jr.
Attorney General & Reporter

 /s/ Marvin E. Clements, Jr.
MARVIN E. CLEMENTS, JR.
Senior Counsel
Tennessee Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, Tennessee  37202-0207
(615) 741-1935
TN BPR 016031

# CERTIFICATE OF SERVICE

I, /s/ Marvin E. Clements, Jr., do hereby certify that a true and exact copy of the foregoing Response has been sent by FedEx overnight delivery and electronically filed on this the 25th day of July 2013, to the following:

United States Bankruptcy Court
Southern District of New York
Attn: Chambers of the Honorable Martin Glenn
Alexander Hamilton Custom House
Room 501
One Bowling Green
New York, NY 10004

Morrison and Foerster LLP
Attn: Gary S. Lee
Attn: Norman S. Rosenbaum
Attn: Jordan A. Wishnew
1290 Avenue of the Americas
New York, NY 10104

Office of the United States Trustee
Southern District of New York
Attn: Tracy Hope Davis
Attn: Linda A. Riffkin
Attn: Brian S. Masumoto
33 Whitehall Street
21st Floor
New York, NY 10004

Office of the United States Attorney General
U.S. Department of Justice
Attn: US Attorney General, Eric H. Holder, Jr.
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Office of the New York State Attorney General
Attn: Nancy Lord, Esq.
Attn: Enid N. Stuart
The Capitol
Albany, NY 12224-0341

Office of the U.S. Attorney
Southern District of New York
Attn: Joseph N. Cordaro, Esq.
One St. Andrews Plaza
New York, NY 10007

Kirkland and Ellis LLP
Attn: Richard M. Cieri
Attn: Ray Schrock
153 East 53rd Street
New York, NY 10022

Kramer Levin Naftalis and Frankel LLP
Attn: Kenneth Eckstein
Attn: Douglas Mannal
1177 Avenue of the Americas
New York, NY 10036

Clifford Chance US LLP
Attn: Jennifer C. DeMarco
Attn: Adam Lesman
31 West 52nd Street
New York, NY 10019

Munger, Tolles and Olson LLP
Attn: Thomas Walper
Attn: Seth Goldman
355 South Grand Avenue
Los Angeles, CA 90071

Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

Securities and Exchange Commission
New York Regional Office
Attn: George S. Cannellos, Regional Director
3 World Financial Center
Suite 400
New York, NY 10281-1022


/s/ Marvin E. Clements, Jr.
MARVIN E. CLEMENTS, JR.