IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 12-12020-MG |
| RESIDENTIAL CAPITAL LLC § | |
| DEBTOR(S) § | |
| § | CHAPTER 11 |
| RESIDENTIAL CREDIT SOLUTIONS § | |
| CREDITOR § | |
| VS § | |
| RESIDENTIAL CAPITAL LLC § | |
| RESPONDENTS § | |

NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given that Creditor, **Residential Credit Solutions**, ("Creditor"), desires to withdraw its **Proof of Claim (Claim #6)** in the amount of **$438,027.56** filed on **September 12, 2012**, without prejudice to refiling at a later date.

Dated July 23, 2013

Respectfully submitted,
Buckley Madole, P.C.

/s/ John W. Lackey
John W. Lackey
9441 LBJ Freeway, Suite 250
Dallas, Texas 752430
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BuckleyMadole.com
Authorized agent for Residential Credit Solutions



RECEIVED JUL 24 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

WITHDRAWAL OF PROOF OF CLAIM - NOTICE
1
7652-N-1749
WD_POCNotice00