## CERTIFICATE OF SERVICE OF WITHDRAWAL OF PROOF OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 23rd day of July, 2013 via electronic notice unless otherwise stated:

**Debtor**  *Via U.S. Mail*
Residential Capital LLC
1177 Avenue Of The Americas
New York, New York 10036

**Debtors' Attorney**
Anthony Princi
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104

**US Trustee**
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10004

/s/ John W. Lackey
John W. Lackey

WITHDRAWAL OF PROOF OF CLAIM - CERTIFICATE OF SERVICE
1

7652-N-1749
POC_CertOfServ