# PITNICK & MARGOLIN, LLP

Attorneys at Law
165 Eileen Way, Suite 101
Syosset, New York 11791

IRWIN L. PITNICK
C. LANCE MARGOLIN
JEFFREY ROSENBERG                                                                 (516) 921-3838
JENNIFER L. BERNSTEIN                                            FAX         (516) 921-3824
CYNTHIA NIERER                                                 email: MARGOLAW@AOL.COM
SANDY STOLAR

Mary Anne Perry
Josie Whitfield                                                                       Of Counsel
Christine Watters                                                              Alan Weinreb, PLLC
Peggy L.Watters
Legal Assistants

July 25, 2013

United States Bankruptcy Court
Southern District of New York
One Bowling Green,
New York, NY 10004
Attn.: Chambers of the Honorable Martin Glenn

RE:    Debtor: Residential Capital, LLC
       Bankruptcy Case No.: 12-12020
       Chapter 11

Dear Clerk of the Court:

    This office represents Bank of America, creditor in the above-noted matter. Please allow this letter to serve as confirmation that our office is hereby withdrawing our motion for an Order Modifying and Terminating the Automatic Stay filed on July 16, 2013, without prejudice to recommencing. Please be advised that subsequently to filing the motion we were advised of the procedural requirements pursuant to this Court Order dated October 15, 2012 governing the process for requesting relief from the automatic stay to foreclose a mortgage in which the debtor holds a subordinate interest.

    Accordingly, kindly mark this motion "Withdrawn", and remove the hearing date scheduled for August 28, 2013 at 10 a.m. from the Court's calendar.

    Thank you for your courtesy and cooperation in this matter.

Very truly yours,

BY: _____
Cynthia A. Nierer, Esq.

cc:
Stefan W. Engelhardt, Esq., Yvette R. Freedman, Esq., John Peter Lee, Seth Goldman, Esq., Todd M. Green, Esq., Joel C. Haims, Esq., Gary S. Lee, Esq., Lorenzo Marinuzzi, Lorraine S. McGowen, Esq., Larren M. Nashelsky, Esq., David A. Pietra, Esq., Anthony Princi, Esq., Steven J. Reisman, Esq., Norman Scott Rosenbaum, Esq., Kayvan B. Sadeghi, Esq., Debra Weinstein Minoff, Esq., United States Trustee