B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: Residential Capital, LLC, Jointly Administered     Case No. 12-12020

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Tannor Partners Credit Fund, LP | AchieveGlobal |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Tannor Partners Credit Fund, LP
150 Grand Street, Suite 401
White Plains, NY 10601

Phone: (914) 509-5000

Last Four Digits of Acct #:_____

Name and Address where notices to transferor should be sent:

AchieveGlobal
C/O Informa Support Services
101 Arthur Andersen Parkway Suite 100
Sarasota, FL 34232
Phone: _____

Court Claim # (if known)___1326___
Amount of Claim: $13,826.86_____
Date Claim Filed: ___10/17/2012_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Robert J. Tannor      Date: 6/27/2013
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.§§152 & 3571.*

## EVIDENCE OF TRANSFER OF CLAIM

AchieveGlobal ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto <u>Tannor Partners Credit Fund, LP, 150 Grand Street, Suite 401, White Plains, NY 10601</u>, its successors and assigns ("Assignee"), all rights, title and interest in and to all claims of Assignor in the aggregate amount of not less than <u>$13,826.86</u> as stated in the Proof of Claim and or Debtor's schedules and or cure claim schedules against <u>Residential Capital, LLC</u>, Jointly Administered in the United States Bankruptcy Court, Southern District of New York ("the Court"), <u>Case no. 12-12020</u> or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the 21 day of June, 2013.

By: [signature]
(Signature of Authorized Party)

Achieve Global
(Company Name)

Phillip Kenney
(Print name of Authorized Party)


By:  /s/ Robert J. Tannor
       General Partner

Tannor Partners Credit Fund, LP


914-509-5000
(Telephone Number)