UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Douglas Allen Wilson, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent J. Dennis Semlar, Tulsa County Treasurer, a creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Oklahoma and the bar of the U.S. District Courts for the Eastern, Northern and Western Districts of Oklahoma, the Tenth Circuit Court of Appeals and the U.S. Supreme Court.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: July 23, 2013
Tulsa, Oklahoma

Douglas A. Wilson
OK Bar Number 13128
Assistant District Attorney
Tulsa County District Attorney's Office
500 S. Denver Ave., Suite 832
Tulsa, OK 74103
douglas.wilson@tulsacounty.org
(918) 596-8795

ATTORNEY FOR
CREDITOR J. DENNIS SEMLAR,
TULSA COUNTY TREASURER

RECEIVED
JUL 24 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Douglas Allen Wilson to be admitted, *pro hac vice*, to represent J. Dennis Semlar, Tulsa County Treasurer, (the "Client") a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Oklahoma and the bar of the U.S. District Courts for the Eastern, Northern and Western Districts of Oklahoma, the Tenth Circuit Court of Appeals and the U.S. Supreme Court, it is hereby

**ORDERED**, that Douglas Allen Wilson, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: July _____, 2013

New York, New York

                                                    The Honorable Martin Glenn
                                                    United States Bankruptcy Judge