NEW YORK SOUTHERN DISTRICT BANKRUPTCY COURT
ONE BOWLING GREEN
NEW YORK, N.Y. 10004-1408

7/17/2013

(CLERK OF THE BANKRUPTCY COURT)
RE: 12-12020 RESIDENTIAL CAPITAL - OCWEN LOAN SERVICING.
TO: THE HONORABLE JUDGE GLENN MARTIN:

AS YOU ARE AWARE, THERE ARE TWO ISSUES INVOLVING GMAC/OCWEN.

1- THE ISSUES INVOLVING GMAC ACTIONS ARE TWOFOLD.
  A) THE MONETARY ACTION BEING HANDLED THROUGH THE PROOF OF CLAIM.
                              &
  B) THE VALIDITY DOMINANT DOCUMENTS DATED 8/5/2009.

ON 7/15/2013 JUDGE MOSS INQUIRED AS TO THE STATUS OF THE STAY, & HAS ORDERED DEFENDANT TO GIVE NOTICE IN ORDER TO PROCEED UPON NOTIFICATION.

CALIFORNIA COURT HAS RECOGNIZED THE STAY FILED BY GMAC.
ALSO HAS SCHEDULE A CONFERENCE FOR 12/16/2013 IN THIS ACTION PER ENCLOSED ORDER.

THE ISSUE OF DOCUMENTS DRAWNED BY GMAC, WHERE INDICATED IN MY LAST REQUEST FOR CONSIDERATION AS ACTION BEFORE JUDGE MOSS DRAWS GMAC INVOLUNTARILY.

AGAIN; MY REQUEST IS TO ALLOW JUDGE MOSS REVIEW OF DOCUMENTS. THIS IS TO BE LIMITED TO BRING ABOUT A RESOLUTION INFORCING TERMS BEFORE JUDGE MOSS AS IT IS IMINENT TO IMPLEMENT VALIDITY OF SUCH DOCUMENTS BEFORE THE COURT, AS LIENS, & DOWN PAYMENTS ON HOME ARE IN PLAY ALONG WITH PROPERTY.

THIS DOES NOT VIOLATE STAY, ONLY ALLOWS DOCUMENTS TO BE REVIEWD BY THE COURT IN CALIFORNIA THUS PREVENTING A FINANCIAL CATASTROPHY.
LIMITED RELIEF SHOULD BE GRANTED TO ADRESS TERMS DOCUMENTS ONLY.

I KNOW THE MATTER OF 452 CLAIM WILL COME BEFORE YOU AGAIN HONORABLE JUDGE GLENN UNDER THE COLLECTIONS PRACTICES, VIOLATION OF FAIR ACT, VIOLATION OF BUSINESS, & PROFESSION CODE, WHICH IS DETAILED ON COMPLAINT OF MERITS IN PROOF OF CLAIM #452.

AT SUCH TIME YOU WILL HAVE TO INDICATE SETTLEMENT ISSUE OF CLAIM.
ENCLOSED PLEASE FIND JUDGE MOSS'S ORDER INDICATING COURT ORDER TO DEFENDANT TO GIVE NOTICE TO COURT & TO PLAINTIFF.

THANK YOU FOR YOUR CONSIDERATION.

RECEIVED
JUL 22 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| Re: | ) | Case No. 12-12020 (MG) |
| --- | --- | --- |
| RESIDENTIAL CAPITAL LLC, et al- | ) | Chapter 11 |
| Debtors | ) | |

1_ NOTICE MOTION OF INTENT TO PRESERVE RIGHTS TO PERSUE 8/5/2009 DOCUMENT IMPLEMENTATION UPON GRANTED RELIEF FROM SOUTHERN DISTRICT BANKRUPTCY COURT.
2- OBJECTION TO DISCLOSURE STATEMENT.

HONORABLE GLENN MARTIN;

AS SEEN ON SEVERAL OCCASIONS, THIS COURT HAS GRANTED LIMITED RELIEF IN ORDER TO PRESERVE & MAINTAIN RIGHTS OF OWNERSHIP.
THIS SAME RIGHT SHOULD BE AFFORDED ME TO AVOID A FINANCIAL NUCLEAR DISASTER.

LOSS OF OWNERSHIP SHOULD BE SUFFICIENT GROUNDS AS JUSTICE IS SERVED.

I OPPOSE GIVING UP ANY RIGHTS WHICH LIMITS ME TO PERSUE ABOVE GOAL.
I WISH TO RESERVE THE RIGHT NOT TO RELEASE DEBTORS UNTIL MY DOCUMENTS ARE INFORCED.
THEREFORE, I AM 100% OPPOSED TO LANGUAGE BEING STRICKEN FROM DISCLOSURE STATEMENT AT SCHEDULED HEARING DATED 8/21/2013. MY OBJECTION IS MADE KNOWN NOT RELEASING DEBTORS UNTIL GOVERNING DOCUMENTS ARE IMPOSED.

AS PREVIOUSLY I AM REQUESTING MT NAME: JULIO PICHARDO & E-MAIL BE INCLUDED IN MONTHLY MAIL LIST.

THANK YOU.

JULIO PICHARDO    S/

CC: MORESON & FOERSTER
    SEVERSON & WERSON

# SUPERIOR COURT OF CALIFORNIA,
## COUNTY OF ORANGE
### CENTRAL JUSTICE CENTER

## MINUTE ORDER

DATE: 07/15/2013          TIME: 08:30:00 AM          DEPT: C23

JUDICIAL OFFICER PRESIDING: ROBERT J. MOSS
CLERK: Betsy Zuanich
REPORTER/ERM: Sherri Lynn Kuebler CSR# 12339
BAILIFF/COURT ATTENDANT: Angelina Bernal

CASE NO: **30-2012-00581642-CU-CL-CJC**  CASE INIT.DATE: 07/06/2012
CASE TITLE: **Pichardo vs. GMAC Mortgage**
CASE CATEGORY: Civil - Unlimited     CASE TYPE: Other Collections

EVENT ID/DOCUMENT ID: 71594654
**EVENT TYPE**: Review Hearing

**APPEARANCES**
GMAC Mortgage, self represented Defendant, present telephonically.
Plaintiff JULIO PICHARDO present IN PRO PER

The CMC: Bankruptcy Removal is continued to 12/16/2013 at 08:30 AM in Department C23.

Court orders counsel for defendant to give notice.