**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Douglas Allen Wilson to be admitted, ***pro hac vice***, to represent J. Dennis Semlar, Tulsa County Treasurer, (the "Client") a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Oklahoma and the bar of the U.S. District Courts for the Eastern, Northern and Western Districts of Oklahoma, the Tenth Circuit Court of Appeals and the U.S. Supreme Court, it is hereby

**ORDERED**, that Douglas Allen Wilson, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **July 26, 2013**

New York, New York

                                          **/s/Martin Glenn**
                                      The Honorable Martin Glenn
                                      United States Bankruptcy Judge