

## Property Appraiser
### Palm Beach County
Gary R. Nikolits, CFA

Property Appraiser's Public Access — PAPA

| | |
|---|---|
| Location Address | 46TH PL N |
| Municipality | UNINCORPORATED |
| Parcel Control Number | 00-41-43-11-00-000-4320 |
| Subdivision | |
| Official Records Book | 23993    Page 1437 |
| Sale Date | AUG-2010 |
| Legal Description | 11-43-41, E 1/2 OF NE 1/4 OF SW 1/4 OF SE 1/4 OF NW 1/4 A/K/A A-277 |

**Owners**
RESIDENTIAL FUNDING COMPANY LLC

**Mailing address**
HOMECOMINGS FINANCIAL LLC C/O 8400 NORMANDALE LAKE BLVD STE 350
MINNEAPOLIS MN 55437 1069

| Sales Date | Price | OR Book/Page | Sale Type | Owner |
|---|---|---|---|---|
| AUG-2010 | $89,700 | 23993 / 1437 | CERT OF TITLE | RESIDENTIAL FUNDING COMPANY LLC |
| DEC-2007 | $10 | 22334 / 1961 | QUIT CLAIM | ESPINOSA OSVALDO |
| MAY-1992 | $13,500 | 07244 / 1143 | WARRANTY DEED | DATILLE DOUGLAS A & |
| NOV-1989 | $100 | 06262 / 0309 | WARRANTY DEED | |
| FEB-1987 | $133,000 | 05190 / 0192 | WARRANTY DEED | |

1 2

No Exemption Information Available.

| Number of Units | 0 | *Total Square Feet | 0 | Acres | 1.29 |
| Use Code | 0000 - VACANT | | Zoning | AR - Agricultural Residential ( 00-UNINCORPORATED ) |

| Tax Year | 2012 | 2011 | 2010 |
|---|---|---|---|
| Improvement Value | $0 | $0 | $0 |
| Land Value | $11,352 | $15,438 | $19,461 |
| Total Market Value | $11,352 | $15,438 | $19,461 |

All values are as of January 1st each year

| Tax Year | 2012 | 2011 | 2010 |
|---|---|---|---|
| Assessed Value | $11,352 | $15,438 | $19,461 |
| Exemption Amount | $0 | $0 | $0 |
| Taxable Value | $11,352 | $15,438 | $19,461 |

| Tax Year | 2012 | 2011 | 2010 |
|---|---|---|---|
| Ad Valorem | $217 | $302 | $385 |
| Non Ad Valorem | $533 | $545 | $570 |
| Total tax | $750 | $847 | $955 |

EXHIBIT "1"

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL
CIRCUIT, IN AND FOR PALM BEACH COUNTY,
FLORIDA
GENERAL JURISDICTION DIVISION
CASE NO: 50-2008-CA-019485

RESIDENTIAL FUNDING COMPANY, LLC FKA
RESIDENTIAL FUNDING CORPORATION
PLAINTIFF

VS.

REY RUBIO; JOSEFINA RUBIO; OSVALDO
ESPINOSA; UNKNOWN SPOUSE OF OSVALDO
ESPINOSA, IF ANY; ANY AND ALL UNKNOWN
PARTIES CLAIMING BY, THROUGH, UNDER, AND
AGAINST THE HEREIN NAMED INDIVIDUAL
DEFENDANT(S) WHO ARE NOT KNOWN TO BE
DEAD OR ALIVE, WHETHER SAID UNKNOWN
PARTIES MAY CLAIM AN INTEREST AS SPOUSES,
HEIRS, DEVISEES, GRANTEES OR OTHER
CLAIMANTS; MONOGRAM CREDIT CARD BANK OF
GEORGIA; JOHN DOE AND JANE DOE AS
UNKNOWN TENANTS IN POSSESSION
DEFENDANT(S)

CFN 20100291041
OR BK 23993 PG 1437
RECORDED 08/06/2010 15:04:13
Palm Beach County, Florida
AMT 89,700.00
Doc Stamp 627.90
Sharon R. Bock, CLERK & COMPTROLLER
Pg 1437; (1pg)

## CERTIFICATE OF TITLE

The undersigned Clerk of the Court certifies that (s)he executed and filed a Certificate of Sale in this action on MAY 24, 2010, for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.

The following property in PALM BEACH County, Florida:

THE EAST ½ OF THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF THE NORTHWEST QUARTER OF SECTION 11, TOWNSHIP 43 SOUTH, RANGE 41 EAST, PALM BEACH COUNTY, FLORIDA A/K/A TRACT A-277.
AND
THE WEST ½ OF THE NORTHEAST QUARTER OF SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF THE NORTHWEST QUARTER OF SECTION 11, TOWNSHIP 43 SOUTH, RANGE 41 EAST, PALM BEACH COUNTY, FLORIDA. A/K/A TRACT A-278.

was sold to RESIDENTIAL FUNDING COMPANY, LLC FKA RESIDENTIAL FUNDING CORPORATION
c/o   C/O HOMECOMINGS FINANCIAL, LLC, ONE MERIDIAN CROSSING, SUITE 100 MINNEAPOLIS, MN 55423

WITNESS my hand and the seal of this Court on AUG - 6 2010, 2010.

(SEAL)

SHARON R. BOCK
Clerk of Circuit Court
BY: _____
Deputy Clerk

SUDJAI SINATRA

This document prepared by:

THE LAW OFFICES OF DAVID J. STERN, P.A.
900 South Pine Island Road Suite 400
Plantation, FL 33324-3920
08-68473 (HCNW)


* P B M *


* F 0 8 - 6 8 4 7 3 *


* D 1 1 1 3 *