Douglas A. Wilson
Assistant District Attorney
Tulsa County District Attorney's Office
500 S. Denver Ave., Suite 832
Tulsa, OK  74103
Phone: (918) 596-8795
Fax: (918) 596-4804
douglas.wilson@tulsacounty.org
*Attorney for creditor*
*J. Dennis Semler, Tulsa County Treasurer*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date:  August 21, 2013 |
| | ) | Time:  10:00 a.m. |
| | ) | Courtroom:  501 |
| | ) | Judge:  Martin Glenn |

### OBJECTION OF J. DENNIS SEMLER, TULSA COUNTY TREASURER, TO DEBTORS' THIRTEENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY– BOOKS AND RECORDS TAX CLAIMS)

J. DENNIS SEMLER, TULSA COUNTY TREASURER ("Creditor"), secured creditor of GMAC Mortgage, LLC, Case No. 12-12032 ("Debtor"), jointly administered herein with Residential Capital, LLC, Case No. with 12-12020, hereby opposes Debtors' Thirteenth Omnibus Objection to his $820.77 secured claim for 2011 real estate taxes on the ground that Debtor is the record owner of Lot 5, Block 5, Oak Park Addition to the City of Sand Springs, Tulsa County, State of Oklahoma, Tulsa County Tax Roll Parcel 61975-91-12-02690, by way of Sheriff's Deed dated June 23, 2011, filed of record July 5, 2011, in the office of the Tulsa County Clerk as instrument 2011056841, and 2011 real estate taxes for said property became due owing to Creditor prior to the filing of Debtors' bankruptcy, and for the reasons and upon the grounds set forth herein:

1.      Debtor GMAC Mortgage, LLC, is the record owner of Lot 5, Block 5, Oak Park Addition to the City of Sand Springs, Tulsa County, State of Oklahoma, Tulsa County Tax Roll Parcel 61975-91-12-02690, also known as 902 North Birch Ave., Sand Springs, OK, 74063 ("Real Property").  *See* Affidavit of Steven R. Blue, ¶ 4, attached Exhibit "1."

2.      On June 23, 2011, Debtor acquired the Real Property by Sheriff's Deed in conclusion of a foreclosure action brought by Debtor against David and Martha Lancaster in Tulsa County Case No. CJ-2010-5354, in which Debtor was represented by attorney Thomas D. Kivell, with the firm of Kivell, Rayment and Francis, P.C., 7666 East 61st Street, Suite 550, Tulsa, OK, 74133, (918) 254-0626, tkivell@kivell.com.  *See* Affidavit of Steven R. Blue, ¶ 5, attached Exhibit "1," and certified copy of Docket Sheet in Tulsa County Case No. CJ-2010-5354, Exhibit "A" attached thereto.

3.      Said Sheriff's Deed was filed of record July 5, 2011, in the office of the Tulsa County Clerk as instrument 2011056841.  *See* Affidavit of Steven R. Blue, ¶ 6, attached Exhibit "1," and certified copy of Sheriff's Deed, Exhibit "B" attached thereto.

4.      Pursuant to Oklahoma law, 2011 real estate taxes on the Real Property became due and owing to Creditor on November 1, 2011; thereafter, Creditor duly invoiced Debtor for said 2011 real estate taxes.  *See* 68 O.S. § 2913(A) ("All taxes levied upon an ad valorem basis for each fiscal year shall become due and payable on the first day of November").  *See also* Affidavit of Steven R. Blue, ¶ 7, attached Exhibit "1," and copy of Invoice, Exhibit "C" attached thereto.

5.      In Oklahoma, real estate taxes create a perfected lien on said real property from the date taxes are due.  *See* 68 O.S. 3101.

6.      On May 14, 2012, Debtor filed its Bankruptcy Petition herein.

7.      As of the filing of this Response, the 2011 real estate taxes on the Real Property remain unpaid.  *See* Affidavit of Steven R. Blue, ¶ 8, attached Exhibit "1."

8.      On June 22, 2012, Creditor filed its Proof of Claim (# 208) in the amount of eight hundred twenty dollars and seventy-seven cents ($820.77) for the 2011 real estate taxes on the Real Property plus interest accrued pursuant to Oklahoma law.  *See* 68 O.S. § 2913(D) ("All delinquent taxes shall bear interest at the rate of one and one-half percent (1½%) per month or major fraction thereof until paid").  *See also* Affidavit of Steven R. Blue, ¶ 8, attached Exhibit "1," and copy of Proof of Claim, Exhibit "D" attached thereto.

9.      Debtor acknowledges that "when property taxes are assessed and/or have accrued, the property owner is obligated to the taxing authority for the payment of all taxes ultimately imposed for that given tax year because taxes create liens that run with the land."  Debtors' Thirteenth Omnibus Objection to Claims (No Liability – Books and Records Tax Claims) [Document No. 4147], ¶ 14.

10.     However, Debtor objects to paying the property taxes herein referenced on the specific ground that "Debtor was not a property owner.  Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes."  Id. at p. 34, no. 73.

11.     Clearly, based on the evidence herein presented, Debtor is, in fact, the property owner of the Real Property, and has been ever since it acquired the Real Property by Sheriff's Deed on June 23, 2011.  *See* certified copy of Sheriff's Deed, Exhibit "B" attached to Exhibit "1" hereto.

12.     The existence of certified records of Tulsa County attached hereto to the Affidavit of Steven R. Blue reflecting that Debtor GMAC Mortgage, LLC, is the record owner of the Real

3

Property cannot be overcome by the generalized, corporate and "I can't find it" testimony of Deanna Horst that employees of Debtors have been unable to reconcile Creditor's claim with their bankrupt company's books and records.

13.     The fair market value of the Real Property, according to the records of the Tulsa County Assessor, is $63,500.00.

*See* http://www.assessor.tulsacounty.org/assessor-property.php?account=R61975911202690

14.     Debtor should be required to amend its books and records to include its ownership of the Real Property and its liability to Creditor for the 2011 real estate taxes on the Real Property.

15.     To the extent that Debtor seeks to determine the validity, priority, or extent of Creditor's lien or any other interest in the Real Property, Debtor must proceed by way of an adversary proceeding under Bankruptcy Rule 7001(2).  Creditor's secured claim for unpaid real estate taxes cannot be "disallowed and expunged" by way of a summary proceeding.  Creditor cannot constitutionally be deprived of its secured property interest without just compensation or due process of law.

WHEREFORE, Creditor respectfully this Court to enter an Order denying Debtors' Thirteenth Omnibus Objection to Claims (No Liability – Books and Records Tax Claims) with respect to Claim No. 208, the secured claim of Creditor J. Dennis Semler, Tulsa County Treasurer, in the amount of $820.77 and directing the Debtor to amend its books and records to include its ownership of the Real Property and its liability to Creditor for the 2011 real estate taxes on the Real Property, on the ground that Debtor GMAC Mortgage, LLC, is the record owner of said property; Creditor requests such other and further relief as this Court deems just and equitable.

4

Respectfully submitted,


/s/ Douglas A. Wilson
Douglas A. Wilson
OK Bar Number 13128
Assistant District Attorney
Tulsa County District Attorney's Office
500 S. Denver Ave., Suite 832
Tulsa, OK  74103
douglas.wilson@tulsacounty.org
(918) 596-8795

ATTORNEY FOR
CREDITOR  J. DENNIS SEMLER,
TULSA COUNTY TREASURER


<u>CERTIFICATE OF MAILING</u>

I hereby certify that on this 26th day of July, 2013, I caused copies of this document to be placed in the United States mail, first class postage fully pre-paid, addressed to:

Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
*counsel to the Debtors*


Tracy Hope Davis
Linda A. Riffkin
Brian S. Masumoto
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004


Eric H. Holder, Jr., US Attorney General
Office of the United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Nancy Lord, Esq.
Enid N. Stuart, Esq.
Office of the New York State Attorney
General
The Capitol
Albany, NY 12224-0341


Joseph N. Cordaro, Esq.
Office of the U.S. Attorney for the Southern
District of New York
One St. Andrews Plaza
New York, NY 10007


Richard M. Cieri
Ray Schrock
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022
*counsel for Ally Financial Inc.*

Kenneth Eckstein
Douglas Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
*counsel for the committee of unsecured
creditors*

Jennifer C. DeMarco
Adam Lesman
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
*counsel for Ocwen Loan Servicing, LLC*

Thomas Walper
Seth Goldman
Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
*counsel for Berkshire Hathaway Inc.*

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

George S. Canellos, Regional Director
Securities and Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022


/s/ Douglas A. Wilson
Douglas A. Wilson

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

### AFFIDAVIT OF STEVEN R. BLUE

STATE OF OKLAHOMA    )
                     ) ss.
COUNTY OF TULSA      )

STEVEN R. BLUE, ("Affiant"), of lawful age and having been first duly sworn on oath, deposes and states as follows:

1.    I am Chief Deputy to Tulsa County Treasurer J. Dennis Semler and have served in that capacity since July 1, 2007.

2.    Except as otherwise indicated, all facts set forth in this Affidavit are based upon my own personal knowledge and/or my knowledge as the official responsible for the general administration of the Office of the Tulsa County Treasurer. If I were called upon to testify, I could and would testify competently to the facts set forth herein on that basis.

3.    In June 2012, the Tulsa County Treasurer received, via the Tulsa County Clerk, a "Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, and Deadlines" ("Notice") giving notice of the bankruptcy cases jointly administered as Chapter 11 Case No. 12-12020 (MG), In re Residential Capital, LLC, et al., in the United States Bankruptcy Court, Southern District of New York. The fourteenth listed Debtor on the Notice is GMAC Mortgage, LLC, Case Number 12-12032 (MG).



4.      According to the records of the Tulsa County Assessor, the Tulsa County Clerk and the Tulsa County Treasurer, Debtor GMAC Mortgage, LLC, is the record owner of Lot 5, Block 5, Oak Park Addition to the City of Sand Springs, Tulsa County, State of Oklahoma, Tulsa County Tax Roll Parcel 61975-91-12-02690, also known as 902 North Birch Ave., Sand Springs, OK, 74063 ("Real Property").

5.      Debtor acquired the Real Property on June 23, 2011, by Sheriff's Deed in conclusion of a foreclosure action brought by Debtor against David and Martha Lancaster in Tulsa County Case No. CJ-2010-5354. Attached hereto as Exhibit "A" is a certified copy of the Docket Sheet in said lawsuit.

6.      Said Sheriff's Deed was filed of record July 5, 2011, in the office of the Tulsa County Clerk as instrument 2011056841. Attached hereto as Exhibit "B" is a certified copy of the Sheriff's Deed filed in the land records of the Tulsa County Clerk.

7.      Pursuant to Oklahoma law, 2011 real estate taxes for the Real Property became due and owing to the Tulsa County Treasurer on November 1, 2011. Attached hereto as Exhibit "C" is a certified copy of the Invoice generated by the Tulsa County Treasurer and mailed to the Debtor on January 10, 2012 for the 2011 real estate taxes.

8.      The 2011 real estate taxes on the Real Property remain unpaid. On June 22, 2012, the Tulsa County Treasurer filed its Proof of Claim in the amount of eight hundred twenty dollars and seventy-seven cents ($820.77) for the 2011 real estate taxes plus interest accrued pursuant to Oklahoma law. A copy of said Proof of Claim is attached hereto as Exhibit "D."

2

FURTHER, AFFIANT SAITH NOT.

_____
STEVEN R. BLUE
CHIEF DEPUTY TULSA COUNTY TREAURER

SUBSCRIBED AND SWORN TO before me this _19_ day of July, 2013.

_____

Notary Public

My commission expires:

_5 - 3 - 2015_

(SEAL)



Notary Public
State of Oklahoma
DEBRA LEE
CREEK COUNTY
COMMISSION #11004086
Comm. Exp. 05-03-2015

3

# IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| GMAC MORTGAGE LLC,<br>    Plaintiff,<br>v.<br>DAVID LANCASTER, AKA<br>DAVID W LANCASTER<br>    Defendant, and<br>MARTHA LANCASTER,<br>    Defendant, and<br>JANE DOE AKA  JOANNE LANCASTER<br>SPOUSE OF DAVID LANCASTER AKA DAVID W<br>LANCASTER<br>    Defendant, and<br>OCCUPANTS OF THE PREMISES<br>    Defendant, and<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS INC,<br>    Defendant, and<br>AHS TULSA REGIONAL MEDICAL CENTER, DBA<br>TULSA REGIONAL MEDICAL CENTER<br>    Defendant. | No. CJ-2010-5354<br>(Civil relief more than $10,000:<br>FORECLOSURE)<br><br>Filed: 08/24/2010<br>Closed: 01/19/2011<br><br>Judge: Nightingale, Rebecca B. |

## Parties

AHS TULSA REGIONAL MEDICAL CENTER , Defendant
GMAC MORTGAGE LLC , Plaintiff
LANCASTER, DAVID , Defendant
LANCASTER, MARTHA , Defendant
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC , Defendant

## Attorneys

| Attorney | Represented Parties |
|---|---|
| KIVELL, THOMAS DONALD(Bar # 5064)<br>7666 E. 61ST ST., STE. 240<br>TULSA, OK 74133 | |
| POTTORF, FRED A(Bar # 7248)<br>1437 SOUTH BOULDER<br>SUITE 900<br>TULSA, OK 74119 | AHS TULSA REGIONAL MEDICAL CENTER, |

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Tuesday, June 21, 2011 at 8:45 AM<br>HEARING ON MOTION TO CONFIRM SALE...SHANNON TAYLOR, ATTY<br>(MCS) | | Rebecca B.<br>Nightingale | |

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

Issue # 1.

Party Name:



Issue: FORECLOSURE (FORE)
Filed by: GMAC MORTGAGE LLC
Filed Date: 08/24/2010
Disposition Information:

**Defendant:** AHS TULSA REGIONAL MEDICAL CENTER

**Disposed: DISCLAIMER, 09/02/2010. Other.**

**Defendant:** LANCASTER, DAVID

**Disposed: FINAL JUDGMENT, 01/19/2011. Other.**

**Defendant:** LANCASTER, MARTHA

**Disposed: FINAL JUDGMENT, 01/19/2011. Other.**

**Defendant:** MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC

**Disposed: FINAL JUDGMENT, 01/19/2011. Other.**

## Docket

| Date | Code | Count Party | Serial # | Entry Date | User Name | | |
|------|------|-------------|----------|------------|-----------|---|---|
| 08-24-2010 | TEXT | 1 | 75603985 | Aug 24 2010 8:52:16:967AM | OSCN\CarleneVoss | - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | | |
| 08-24-2010 | FORE | - | 75603987 | Aug 24 2010 8:52:17:007AM | OSCN\CarleneVoss | Realized | $ 0.00 |
| | FORECLOSURE | | | | | | |
| 08-24-2010 | DMFE | - | 75603988 | Aug 24 2010 8:52:17:027AM | SYSTEM\Autodocket | Realized | $ 2.00 |
| | DISPUTE MEDIATION FEE($ 2.00) | | | | | | |
| 08-24-2010 | PFE1 | - | 75603989 | Aug 24 2010 11:22:48:427AM | OSCN\DebbieJoshlin | Realized | $ 163.00 |
| | PETITION($ 163.00) | | | | | | |
| | 📄 Document Available at Court Clerk's Office (#1013266046) | | | | | | |
| 08-24-2010 | PFE7 | - | 75603990 | Aug 24 2010 8:52:17:027AM | SYSTEM\Autodocket | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | | |
| 08-24-2010 | OCISR | - | 75603991 | Aug 24 2010 8:52:17:027AM | SYSTEM\Autodocket | Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | | |
| 08-24-2010 | LTF | - | 75603992 | Aug 24 2010 8:52:17:217AM | OSCN\CarleneVoss | Realized | $ 10.00 |
| | LENGTHY TRIAL FUND($ 10.00) | | | | | | |
| 08-24-2010 | SMF | - | 75603993 | Aug 24 2010 8:53:15:343AM | OSCN\CarleneVoss | Realized | $ 30.00 |
| | SUMMONS FEE (CLERKS FEE) (6)($ 30.00) | | | | | | |
| 08-24-2010 | SMIMA | - | 75603994 | Aug 24 2010 8:52:17:297AM | OSCN\CarleneVoss | Realized | $ 0.00 |
| | SUMMONS ISSUED - MAILED BY ATTORNEY | | | | | | |
| 08-24-2010 | TEXT | - | 75603986 | Aug 24 2010 8:52:16:987AM | OSCN\CarleneVoss | - | $ 0.00 |

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE NIGHTINGALE, REBECCA B. TO THIS CASE.

| | | | | | | |
|---|---|---|---|---|---|---|
| 08-24-2010 ACCOUNT | - | | 75604031 | Aug 24 2010 8:53:53:103AM | OSCN\CarleneVoss | - $ 0.00 |

RECEIPT # 2010-1962455 ON 08/24/2010.
PAYOR:KIVELL, RAYMENT & FRANCIS TOTAL AMOUNT PAID: $236.00.
LINE ITEMS:
CJ-2010-5354: $193.00 ON AC01 CLERK FEES.
CJ-2010-5354: $6.00 ON AC23 LAW LIBRARY FEE.
CJ-2010-5354: $2.00 ON AC64 DISPUTE MEDIATION FEES.
CJ-2010-5354: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2010-5354: $10.00 ON AC81 LENGTHY TRIAL FUND.

| | | | | | | |
|---|---|---|---|---|---|---|
| 09-02-2010 D | - | AHS TULSA REGIONAL MEDICAL CENTER | 75706701 | Sep 2 2010 4:50:41:507PM | OSCN\FrancesWedding | - $ 0.00 |

DISCLAIMER OF DEF AHS TULSA REGIONAL MEDICAL CENTER LLC BY DEF ATTY (COVERSHEET ATTACHED)
*Document Available at Court Clerk's Office (#1013479646)*

| | | | | | | |
|---|---|---|---|---|---|---|
| 09-02-2010 DISPDISCLAIM 1 | | AHS TULSA REGIONAL MEDICAL CENTER | 75706705 | Sep 2 2010 4:51:03:837PM | OSCN\FrancesWedding | - $ 0.00 |

DISCLAIMER

| | | | | | | |
|---|---|---|---|---|---|---|
| 09-28-2010 U | - | AHS TULSA REGIONAL MEDICAL CENTER | 75943140 | Sep 28 2010 12:28:01:787PM | OSCN\MaryFagan | - $ 0.00 |

PARTY HAS NOT BEEN SUCCESSFULLY SERVED/SUMMONS CERTIFIED MAIL TO AHS TULSA REGIONAL MEDICAL CENTER /NO DATE/ SIGNED JIM C?
*Document Available at Court Clerk's Office (#1013649060)*

| | | | | | | |
|---|---|---|---|---|---|---|
| 10-12-2010 AFD | - | GMAC MORTGAGE LLC | 76169325 | Oct 12 2010 1:05:23:443PM | OSCN\KariBrummett | - $ 0.00 |

AFFIDAVIT AS TO MILITARY SERVICE
*Document Available at Court Clerk's Office (#1013861242)*

| | | | | | | |
|---|---|---|---|---|---|---|
| 10-19-2010 S | - | | 76238207 | Oct 19 2010 2:24:03:730PM | OSCN\CarolynCarter | - $ 0.00 |

PARTY HAS BEEN SUCCESSFULLY SERVED. SUMMONS SERVED ON OCCUPANTS OF THE PREMISES - PROPERTY IS OWNER OCCUPIED. BY PROCESS SERVER
*Document Available at Court Clerk's Office (#1013866793)*

| | | | | | | |
|---|---|---|---|---|---|---|
| 10-19-2010 MO | - | GMAC MORTGAGE LLC | 76238209 | Oct 19 2010 2:24:17:300PM | OSCN\CarolynCarter | - $ 0.00 |

MOTION TO AMEND PETITION
*Document Available at Court Clerk's Office (#1013866785)*

| | | | | | | |
|---|---|---|---|---|---|---|
| 10-19-2010 S | - | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC | 76245459 | Oct 20 2010 10:09:15:500AM | OSCN\DustyGross | - $ 0.00 |

PARTY HAS BEEN SUCCESSFULLY SERVED. SUMMONS SERVED ON MORTGAGE ELECTRONIC REGISTRATION SYSTEMS // CORPORATION SERVICE / ON 09-01-10 BY PROCESS SERVER
*Document Available at Court Clerk's Office (#1013866805)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10-19-2010 | S | - | AHS TULSA REGIONAL MEDICAL CENTER | 76245482 | Oct 20 2010 10:10:10:040AM | OSCN\DustyGross | - | $ 0.00 |

PARTY HAS BEEN SUCCESSFULLY SERVED. SUMMONS SERVED ON AHS TULSA REGIONAL MEDICAL CENTER LLC // CORPORATION SERVICE / BY SERVING WITH NOLEEN WILSON ON 09-08-10 BY PROCESS SERVER

*Document Available at Court Clerk's Office (#1013866801)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10-19-2010 | S | - | LANCASTER, DAVID | 76245494 | Oct 20 2010 10:10:55:360AM | OSCN\DustyGross | - | $ 0.00 |

PARTY HAS BEEN SUCCESSFULLY SERVED. SUMMONS SERVED ON DAVID LANCASTER // SUBSTITUTE SERVICE // BY SERVING WITH JOANNE LANCASTER ON 08-31-10 BY PROCESS SERVER

*Document Available at Court Clerk's Office (#1013866797)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10-19-2010 | U | - | LANCASTER, MARTHA | 76245532 | Oct 20 2010 10:11:37:210AM | OSCN\DustyGross | - | $ 0.00 |

PARTY HAS NOT BEEN SUCCESSFULLY SERVED. SUMMONS NOT SERVED ON MARTHA LANCASTER // NOT FOUND BY PROCESS SERVER

*Document Available at Court Clerk's Office (#1013866789)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10-21-2010 | CTFREE | - | | 76259921 | Oct 21 2010 10:54:47:170AM | OSCN\JuneMalin | - | $ 0.00 |

NIGHTINGALE, REBECCA: GRANTED - ORDER TO AMEND PETITION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10-26-2010 | SMF | - | | 76294976 | Oct 26 2010 10:57:12:343AM | OSCN\KrissySnow | Realized | $ 5.00 |

ALIAS SUMMONS FEE (CLERKS FEE)($ 5.00)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10-26-2010 | ASMIP | - | | 76294983 | Oct 26 2010 10:57:30:593AM | OSCN\KrissySnow | - | $ 0.00 |

ALIAS SUMMONS ISSUED PRIVATE PROCESS SERVER (TO JANE DOE/JOANNE LANCASTER, SPOUSE OF DAVID LANCASTER)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10-26-2010 | O | - | | 76300439 | Oct 26 2010 3:37:12:303PM | OSCN\PatriciaLawson | - | $ 0.00 |

ORDER TO AMEND PETITION//

*Document Available at Court Clerk's Office (#1013960542)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10-26-2010 | AMP | - | GMAC MORTGAGE LLC | 76300465 | Oct 26 2010 3:37:41:693PM | OSCN\PatriciaLawson | - | $ 0.00 |

AMENDED PETITION// CERTIFICATE OF MAILING

*Document Available at Court Clerk's Office (#1013960546)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10-26-2010 | ACCOUNT | - | | 76294987 | Oct 26 2010 10:57:43:493AM | OSCN\KrissySnow | - | $ 0.00 |

RECEIPT # 2010-2001329 ON 10/26/2010.
PAYOR:KIVELL RAYMENT FRANCIS ** TOTAL AMOUNT PAID: $5.00.
LINE ITEMS:
CJ-2010-5354: $5.00 ON AC01 CLERK FEES.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01-18-2011 | S | - | | 76977975 | Jan 18 2011 12:17:44:137PM | OSCN\CarolynCarter | - | $ 0.00 |

PARTY HAS BEEN SUCCESSFULLY SERVED. ALIAS SUMMONS SERVED ON SPOUSE OF DAVID LANCASTER, SUBSTITUTE SERVICE BY SERVING DAVID LANCASTER, ON 11-11-10 BY PROCESS SERVER

📄 *Document Available at Court Clerk's Office (#1014646306)*

---

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01-19-2011 | DISPFJ | 1 | LANCASTER, DAVID | 76998940 | Jan 19 2011 3:08:34:373PM | OSCN\JuneMalin | - | $ 0.00 |

NIGHTINGALE, REBECCA: GRANTED - FINAL JOURNAL ENTRY OF JUDGMENT

---

| 01-19-2011 | DISPFJ | 1 | LANCASTER, MARTHA | 76998941 | Jan 19 2011 3:08:34:483PM | OSCN\JuneMalin | - | $ 0.00 |

NIGHTINGALE, REBECCA: GRANTED - FINAL JOURNAL ENTRY OF JUDGMENT

---

| 01-19-2011 | DISPFJ | 1 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC | 76998942 | Jan 19 2011 3:08:34:543PM | OSCN\JuneMalin | - | $ 0.00 |

NIGHTINGALE, REBECCA: GRANTED - FINAL JOURNAL ENTRY OF JUDGMENT

---

| 01-20-2011 | ISEO | - | | 77027389 | Jan 21 2011 4:34:57:007PM | OSCN\FredericaDempsey | - | $ 0.00 |

ISSUE SPECIAL EXECUTION AND ORDER OF SALE

---

| 01-21-2011 | JEJ | - | LANCASTER, DAVID | 77027792 | Jan 24 2011 7:11:55:630AM | OSCN\FrancesWedding | - | $ 0.00 |

FINAL JOURNAL ENTRY OF JUDGMENT BY PLF IN PERSONAM AND IN REM FROM DEF DAVID LANCASTER SUM OF $68,197.44 + INT COST ATTY FEES $900.00

📄 *Document Available at Court Clerk's Office (#1014648778)*

---

| 01-27-2011 | APRPM | - | | 77082516 | Jan 27 2011 4:30:01:053PM | OSCN\DimitaFarmer | - | $ 0.00 |

APPRAISEMENT OF PROPERTY OR MERCHANDISE <.. $60,000..>APPRAISERS>L JOHNSON E FARRELL P THOMPSON>SALE SET FOR MARCH 15 2011

📄 *Document Available at Court Clerk's Office (#1014495799)*

---

| 03-16-2011 | NO | - | | 77463561 | Mar 16 2011 8:49:20:527AM | OSCN\DianeSavage | Realized | $ 33.00 |

FAX NOTICE TO RECALL THE 03-15-11 SHERIFF SALE (BY PLNT ATTY) ($ 33.00)

📄 *Document Available at Court Clerk's Office (#1014960362)*

---

| 03-16-2011 | OCISR | - | | 77463563 | Mar 16 2011 8:49:24:327AM | OSCN\DianeSavage | Realized | $ 25.00 |

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00)

---

| 03-16-2011 | EX | - | | 77463569 | Mar 16 2011 8:49:38:767AM | OSCN\DianeSavage | - | $ 0.00 |

EXECUTION ISSUED (POST JUDGMENT)

📄 *Document Available at Court Clerk's Office (#1014960366)*

---

| 03-16-2011 | EISS | - | | 77463571 | Mar 16 2011 8:49:42:387AM | OSCN\DianeSavage | Realized | $ 75.00 |

EXECUTION ISSUED SHERIFF SALE (COURT ORDERED)($ 75.00)

---

| 03-16-2011 | #AFR | - | | 77463573 | Mar 16 2011 8:49:54:217AM | OSCN\DianeSavage | Realized | $ 297.00 |

APPRAISER FEE RECEIVED WITH POUNDAGE ($300.00 PAT THOMPSON LARRYJOHNSON & EBB FARRELL) ($ 297.00)

📄 *Document Available at Court Clerk's Office (#1014960370)*

---

| 03-16-2011 | POUND | - | 77463574 | Mar 16 2011 8:49:54:247AM | OSCN\DianeSavage (Auto) | Realized | $ 3.00 |

POUNDAGE($ 3.00)

| 03-16-2011 | NOSS | - | 77463577 | Mar 16 2011 8:50:04:947AM | OSCN\DianeSavage | - | $ 0.00 |

NOTICE OF SHERIFF'S SALE
*Document Available at Court Clerk's Office (#1014960374)*

| 03-16-2011 | #PSC | - | 77463642 | Mar 16 2011 8:50:26:867AM | OSCN\DianeSavage | Realized | $ 238.89 |

PUBLICATION SERVICE CHARGE (WITH POUNDAGE) ($241.30 SAND SPRINGS LEADER) ($ 238.89)
*Document Available at Court Clerk's Office (#1014960378)*

| 03-16-2011 | POUND | - | 77463643 | Mar 16 2011 8:50:26:947AM | OSCN\DianeSavage (Auto) | Realized | $ 2.41 |

POUNDAGE($ 2.41)

| 03-16-2011 | ER | - | 77463645 | Mar 16 2011 8:50:42:977AM | OSCN\DianeSavage | - | $ 0.00 |

EXECUTION RETURNED RECALLED
*Document Available at Court Clerk's Office (#1014960382)*

| 03-16-2011 | ACCOUNT | - | 77463652 | Mar 16 2011 8:51:05:357AM | OSCN\DianeSavage | - | $ 0.00 |

RECEIPT # 2011-2081814 ON 03/16/2011.
PAYOR:KIVELL RAYMENT & FRANCIS TOTAL AMOUNT PAID: $674.30.
LINE ITEMS:
CJ-2010-5354: $38.41 ON AC01 CLERK FEES.
CJ-2010-5354: $75.00 ON AC08 SHERIFF FEES.
CJ-2010-5354: $238.89 ON AC40 PUBLICATION PAYMENT.
CJ-2010-5354: $297.00 ON AC42 APPRAISER FEES.
CJ-2010-5354: $25.00 ON AC79 OCIS REVOLVING FUND.

| 03-16-2011 | ACCOUNT | - | 77463661 | Mar 16 2011 8:52:00:000AM | OSCN\DianeSavage (Auto) | - | $ 0.00 |

REQUESTED VOUCHER IN AMOUNT OF 238.89 TO SAND SPRINGS LEADER FROM ACCOUNT AC40. DISBURSEMENT NUMBER 7008921.

| 03-16-2011 | ACCOUNT | - | 77463666 | Mar 16 2011 8:52:00:000AM | OSCN\DianeSavage (Auto) | - | $ 0.00 |

REQUESTED VOUCHER IN AMOUNT OF 99.00 TO PAT THOMPSON FROM ACCOUNT AC42. DISBURSEMENT NUMBER 7008922.

| 03-16-2011 | ACCOUNT | - | 77463671 | Mar 16 2011 8:52:00:000AM | OSCN\DianeSavage (Auto) | - | $ 0.00 |

REQUESTED VOUCHER IN AMOUNT OF 99.00 TO LARRY JOHNSON FROM ACCOUNT AC42. DISBURSEMENT NUMBER 7008923.

| 03-16-2011 | ACCOUNT | - | 77463676 | Mar 16 2011 8:52:00:000AM | OSCN\DianeSavage (Auto) | - | $ 0.00 |

REQUESTED VOUCHER IN AMOUNT OF 99.00 TO EBB FARRELL FROM ACCOUNT AC42. DISBURSEMENT NUMBER 7008924.

| 03-16-2011 | DISBURSED | - | 77465429 | Mar 16 2011 9:46:22:000AM | OSCN\TheresaWehmeyer | - | $ 0.00 |

VOUCHER# 388727 PRINTED TO SAND SPRINGS LEADER, WHICH INCLUDES $ 238.89 FROM

THIS CASE FOR AC40 - PUBLICATION PAYMENT. TOTAL AMOUNT OF VOUCHER: $ 238.89.

| 03-16-2011 | DISBURSED | - | 77465431 | Mar 16 2011 9:46:33:000AM | OSCN\TheresaWehmeyer | - | $ 0.00 |

VOUCHER# 388728 PRINTED TO PAT THOMPSON, WHICH INCLUDES $ 99.00 FROM THIS CASE FOR AC42 - APPRAISER FEES. TOTAL AMOUNT OF VOUCHER: $ 99.00.

| 03-16-2011 | DISBURSED | - | 77465433 | Mar 16 2011 9:46:42:000AM | OSCN\TheresaWehmeyer | - | $ 0.00 |

VOUCHER# 388729 PRINTED TO LARRY JOHNSON, WHICH INCLUDES $ 99.00 FROM THIS CASE FOR AC42 - APPRAISER FEES. TOTAL AMOUNT OF VOUCHER: $ 99.00.

| 03-16-2011 | DISBURSED | - | 77465439 | Mar 16 2011 9:46:52:000AM | OSCN\TheresaWehmeyer | - | $ 0.00 |

VOUCHER# 388730 PRINTED TO EBB FARRELL, WHICH INCLUDES $ 99.00 FROM THIS CASE FOR AC42 - APPRAISER FEES. TOTAL AMOUNT OF VOUCHER: $ 99.00.

| 04-12-2011 | ISEO | - | 77701765 | Apr 12 2011 9:29:39:917AM | OSCN\FredericaDempsey | - | $ 0.00 |

ISSUE SPECIAL EXECUTION AND ORDER OF ALIAS SALE

| 05-31-2011 | NOH | GMAC MORTGAGE LLC | 78148650 | May 31 2011 1:46:37:590PM | OSCN\PatriciaLawson | - | $ 0.00 |

NOTICE OF HEARING/// MOTION TO CONFIRM ALIAS SALE// C2LN
📄 *Document Available at Court Clerk's Office (#1015650699)*

| 05-31-2011 | AFD | GMAC MORTGAGE LLC | 78148678 | May 31 2011 1:47:22:620PM | OSCN\PatriciaLawson | - | $ 0.00 |

AFFIDAVIT OF MAILING NOTICE OF ALIAS SALE OF LAND UNDER EXECUTION
📄 *Document Available at Court Clerk's Office (#1015650953)*

| 05-31-2011 | TEXT | - | 78149612 | Jun 8 2011 1:54:48:327PM | OSCN\DianeSavage | Unrealized | $ 58.00 |

OVERPAYMENT ON ACCOUNT FOR PUBLICATION OF MOTION TO CONFIRM THE 05-31-11 SHERIFF SALE / DS ($ 58.00)

| 05-31-2011 | CTFREE | - | 78150220 | May 31 2011 2:33:49:400PM | OSCN\JuneMalin | - | $ 0.00 |

NIGHTINGALE, REBECCA: MOTION TO CONFIRM SHERIFF'S SALE IS SET FOR 6-21-11 AT 8:45 A.M., IN ROOM 708.

| 05-31-2011 | MOCS$ | - | 78152430 | May 31 2011 3:43:47:660PM | OSCN\KrissySnow | Realized | $ 33.00 |

MOTION TO CONFIRM ALIAS SALE (5-31-11 SALE / FILED BY PL ATTY) ($ 33.00)
📄 *Document Available at Court Clerk's Office (#1015615833)*

| 05-31-2011 | OCISR | - | 78152431 | May 31 2011 3:43:47:680PM | OSCN\KrissySnow(Auto) | Realized | $ 25.00 |

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00)

| 05-31-2011 | ACCOUNT | - | 78149620 | May 31 2011 2:13:54:530PM | OSCN\DianeSavage | - | $ 0.00 |

RECEIPT # 2011-2127610 ON 05/31/2011.
PAYOR:KIVELL RAYMENT & FRANCIS TOTAL AMOUNT PAID: $58.00.
LINE ITEMS:
CJ-2010-5354: $58.00 ON AC98 OVERPAYMENTS.

| 06-01-2011 | EX | - | 78164045 | Jun 1 2011<br>2:35:10:297PM | OSCN\DimitaFarmer | - | $ 0.00 |

ALIAS EXECUTION ISSUED (POST JUDGMENT)
*Document Available at Court Clerk's Office (#1015611096)*

| 06-01-2011 | EISS | - | 78164049 | Jun 1 2011<br>2:35:19:763PM | OSCN\DimitaFarmer | Realized | $ 75.00 |

ALIAS EXECUTION ISSUED SHERIFF SALE (COURT ORDERED)($ 75.00)

| 06-01-2011 | NOSS | - | 78164065 | Jun 1 2011<br>2:35:34:010PM | OSCN\DimitaFarmer | - | $ 0.00 |

ALIAS NOTICE OF SHERIFF'S SALE
*Document Available at Court Clerk's Office (#1015611100)*

| 06-01-2011 | #PSC | - | 78164081 | Jun 1 2011<br>2:36:10:063PM | OSCN\DimitaFarmer | Realized | $ 238.89 |

ALIAS PUBLICATION SERVICE CHARGE (WITH POUNDAGE) ($241.30 SAND SPRINGS)($ 238.89)
*Document Available at Court Clerk's Office (#1015611025)*

| 06-01-2011 | POUND | - | 78164082 | Jun 1 2011<br>2:36:10:083PM | OSCN\DimitaFarmer<br>(Auto) | Realized | $ 2.41 |

POUNDAGE($ 2.41)

| 06-01-2011 | ER | - | 78164120 | Jun 1 2011<br>2:36:51:293PM | OSCN\DimitaFarmer | - | $ 0.00 |

ALIAS EXECUTION RETURNED TO PLF $82,561.00
*Document Available at Court Clerk's Office (#1015611029)*

| 06-01-2011 | TEXT | - | 78164198 | Jun 1 2011<br>2:39:33:270PM | OSCN\DimitaFarmer | Realized | $ 300.00 |

OVERPAYMENT ON ACCT (ALIAS SALE)($ 300.00)

| 06-01-2011 | ACCOUNT | - | 78164227 | Jun 1 2011<br>2:40:08:940PM | OSCN\DimitaFarmer | - | $ 0.00 |

RECEIPT # 2011-2128623 ON 06/01/2011.
PAYOR:KIVELL TOTAL AMOUNT PAID: $674.30.
LINE ITEMS:
CJ-2010-5354: $35.41 ON AC01 CLERK FEES.
CJ-2010-5354: $75.00 ON AC08 SHERIFF FEES.
CJ-2010-5354: $238.89 ON AC40 PUBLICATION PAYMENT.
CJ-2010-5354: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2010-5354: $300.00 ON AC98 OVERPAYMENTS.

| 06-01-2011 | ACCOUNT | - | 78164240 | Jun 1 2011<br>2:41:00:000PM | OSCN\DimitaFarmer<br>(Auto) | - | $ 0.00 |

REQUESTED VOUCHER IN AMOUNT OF 238.89 TO SAND SPRINGS LEADER FROM ACCOUNT AC40. DISBURSEMENT NUMBER 7153178.

| 06-01-2011 | ACCOUNT | - | 78164259 | Jun 1 2011<br>2:41:00:000PM | OSCN\DimitaFarmer<br>(Auto) | - | $ 0.00 |

REQUESTED VOUCHER IN AMOUNT OF 300.00 TO KIVELL RAYMENT FROM ACCOUNT AC98. DISBURSEMENT NUMBER 7153179.

| 06-02-2011 | DISBURSED | - | 78171710 | Jun 2 2011<br>10:47:58:000AM | OSCN\TheresaWehmeyer | - | $ 0.00 |

VOUCHER# 392643 PRINTED TO SAND SPRINGS LEADER, WHICH INCLUDES $ 238.89 FROM THIS CASE FOR AC40 - PUBLICATION PAYMENT. TOTAL AMOUNT OF VOUCHER: $ 238.89.

---

| 06-02-2011 | DISBURSED | - | 78171714 | Jun 2 2011 10:48:08:000AM | OSCN\TheresaWehmeyer | - | $ 0.00 |

VOUCHER# 392644 PRINTED TO KIVELL RAYMENT, WHICH INCLUDES $ 300.00 FROM THIS CASE FOR AC98 - OVERPAYMENTS. TOTAL AMOUNT OF VOUCHER: $ 300.00.

---

| 06-08-2011 | PP | - | 78227743 | Jun 8 2011 1:53:12:747PM | OSCN\DianeSavage | - | $ 0.00 |

PROOF OF PUBLICATION (LEGAL NEWS)

📄 *Document Available at Court Clerk's Office (#1015651537)*

---

| 06-08-2011 | #PSC | - | 78227744 | Jun 8 2011 1:53:26:237PM | OSCN\DianeSavage | Realized | $ 57.42 |

PUBLICATION SERVICE CHARGE (WITH POUNDAGE) ($58.00) ($ 57.42)

---

| 06-08-2011 | POUND | - | 78227746 | Jun 8 2011 1:53:26:597PM | OSCN\DianeSavage (Auto) | Realized | $ 0.58 |

POUNDAGE($ 0.58)

---

| 06-08-2011 | ACCOUNT | - | 78227751 | Jun 8 2011 1:53:50:967PM | OSCN\DianeSavage | - | $ 0.00 |

RECEIPT # 2011-2132827 ON 06/08/2011.
PAYOR: TOTAL AMOUNT PAID: $0.00.
LINE ITEMS:
CJ-2010-5354: $0.58 ON TRANSFER TO AC01 CLERK FEES.
CJ-2010-5354: $57.42 ON TRANSFER TO AC40 PUBLICATION PAYMENT.
CJ-2010-5354: $-58.00 ON TRANSFER FROM AC98 OVERPAYMENTS.

---

| 06-08-2011 | ACCOUNT | - | 78227762 | Jun 8 2011 1:55:00:000PM | OSCN\DianeSavage (Auto) | - | $ 0.00 |

REQUESTED VOUCHER IN AMOUNT OF 57.42 TO TULSA DAILY COMMERCE FROM ACCOUNT AC40. DISBURSEMENT NUMBER 7190601.

---

| 06-09-2011 | DISBURSED | - | 78238041 | Jun 9 2011 11:42:24:000AM | OSCN\TheresaWehmeyer | - | $ 0.00 |

VOUCHER# 393203 PRINTED TO TULSA DAILY COMMERCE, WHICH INCLUDES $ 57.42 FROM THIS CASE FOR AC40 - PUBLICATION PAYMENT. TOTAL AMOUNT OF VOUCHER: $ 57.42.

---

| 06-21-2011 | OSALE | - | 78347741 | Jun 21 2011 11:10:22:990AM | OSCN\CarolynCarter | - | $ 0.00 |

ORDER CONFIRMING SHERIFF'S SALE

📄 *Document Available at Court Clerk's Office (#1015901101)*

---

| 06-21-2011 | AFD | - | GMAC MORTGAGE LLC | 78348085 | Jun 21 2011 11:22:37:470AM | OSCN\MaryFagan | - | $ 0.00 |

AFFIDAVIT OF MAILING NOTICE OF HEARING MOTION TO CONFIRM ALIAS SALE (BY KIVELL, RAYMENT & FRANCIS)

📄 *Document Available at Court Clerk's Office (#1015901097)*

---

| 06-21-2011 | CTFREE | - | 78348774 | Jun 21 2011 11:43:07:880AM | OSCN\JuneMalin | - | $ 0.00 |

NIGHTINGALE, REBECCA: CASE COMES ON FOR HEARING ON MOTION TO CONFIRM SHERIFF SALE. SHANNON TAYLOR, ATTORNEY IS PRESENT. GRANTED - ORDER CONFIRMING SHERIFF SALE.

## Balances

| Party | Costs Due | Costs Paid | Balance Due | Cash Bonds | Bond Forf. | Overpayments | Holding |
|---|---|---|---|---|---|---|---|
| LANCASTER, MARTHA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| GMAC MORTGAGE LLC | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| AHS TULSA REGIONAL MEDICAL CENTER | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| LANCASTER, DAVID | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Generic Party | $ 1,347.60 | $ 1,347.60 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Totals | $ 1,347.60 | $ 1,347.60 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Report Generated by The Oklahoma Court Information System at July 19, 2013 13:11 PM

End of Transmission.

I, Sally Howe Smith, Court Clerk, for Tulsa County, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears on record in the Court Clerk's Office of Tulsa County, Oklahoma, this

JUL 1 9 2013

By _____ Deputy

Doc # 2011056841 Page(s): 2 Recorded 07/05/2011 at 02:31 PM  Pg 20 of 26
Receipt # 280704 Fee $15.00

**PLEASE RETURN TO:**
Kivell, Rayment and Francis, P.C.
7666 East 61st Street
Triad Center I, Suite 550
Tulsa, OK 74133

Deed does not require documentary stamps pursuant to 68 Okla. Stat. § 3202(13).

Mail to:     GMAC Mortgage, LLC
             3451 Hammond Avenue
             PO Box 780
             Waterloo, IA 50702

<h3 align="center">SHERIFF'S DEED</h3>

**WHEREAS,** GMAC Mortgage, LLC, did recover a judgment against **David Lancaster a/k/a David W. Lancaster; Occupants of the Premises; Mortgage Electronic Registration Systems, Inc.; AHS Tulsa Regional Medical Center, L.L.C. d/b/a Tulsa Regional Medical Center; Jane Doe a/k/a Joanne Lancaster, spouse of David Lancaster a/k/a David W. Lancaster,** on January 19, 2011, in an action in the District Court of Tulsa County, State of Oklahoma, wherein GMAC Mortgage, LLC, was Plaintiff, and David Lancaster a/k/a David W. Lancaster; Martha Lancaster; Occupants of the Premises; Mortgage Electronic Registration Systems, Inc.; AHS Tulsa Regional Medical Center, L.L.C. d/b/a Tulsa Regional Medical Center; AHS Tulsa Regional Medical Center, L.L.C. d/b/a Tulsa Regional Medical Center; Jane Doe a/k/a Joanne Lancaster, spouse of David Lancaster a/k/a David W. Lancaster, were Defendants, Case Number CJ 2010-05354, said judgment being on a Note and Mortgage sued on, and that said judgment being in the total amount of $68,197.44 together with interest to date of judgment, attorney's fees and certain costs, plus interest and costs accrued and accruing to time of sale; and an Execution and Order of Sale being issued on April 12, 2011, directed to the undersigned Sheriff to execute on the property described therein, by virtue of which Order of Sale the said Sheriff did levy upon the premises hereinafter described, and the time and place of sale thereof having been duly advertised according to law, the same was struck off and sold to GMAC Mortgage, LLC, as the highest and best bidder for said property and said sale was thereafter duly confirmed by the District Court and the undersigned Sheriff directed to issue a deed to the said purchaser.

KRF File #16858/ST





NOW, THEREFORE, the undersigned Sheriff, in consideration of the premises herein contained, does hereby grant and convey to **GMAC Mortgage, LLC**, grantee, and the successors and assigns of said grantee forever, the following described real property, to-wit:

> **Lot Five (5), Block Five (5), OAK PARK ADDITION to the City of Sand Springs, Tulsa County, State of Oklahoma, according to the recorded plat thereof, commonly known as 902 N. Birch Ave., Sand Springs, OK 74063 (the "Property")**

The said grantee and its successors and assigns, to have and hold the same, with all appurtenances thereunto belonging, forever.

**WITNESS** my hand this 23 day of June, 2011.

SHERIFF OF TULSA COUNTY,
OKLAHOMA

STATE OF OKLAHOMA )
                                        ) ss.
COUNTY OF TULSA    )

The foregoing instrument was acknowledged before me, this 23 day of June, 2011, by Stanley Glanz, the Sheriff of Tulsa County, Oklahoma.

Notary Public

My Commission Expires:

Notary Public Oklahoma
OFFICIAL SEAL
CARRIE KNAUF
Tulsa County
04004211 Exp. 5-10-12

STATE OF OKLAHOMA
COUNTY OF TULSA

I, Pat Key, Tulsa County Clerk, in and for the County and State above named, do hereby certify that the foregoing is a true and correct copy of a like instrument now on file in my office.

Dated the 19+ day of July 2013
PAT KEY, Tulsa County Clerk

Deputy

KRF File #16858/ST



MAKE CHECKS PAYABLE TO:
**DENNIS SEMLER**
**TULSA COUNTY TREASURER**
500 S DENVER AVE 3RD FL
TULSA OK  74103-3840
918-596-5071
TIN 73-6006419

**2011 REAL ESTATE TAX STATEMENT**

| PARCEL NUMBER | TAX ROLL ITEM NUMBER |
|---|---|
| 61975-91-12-02690 | 11-01-1555540-020-6 |



P: 1643   PAGE 1 OF 1   SINGLE
GMAC MORTGAGE LLC
PO BOX 780
WATERLOO IA 50704-0780

To view your tax account online, log on
to www.treasurer.tulsacounty.org and
select "Your Tax Account."

| DATE PRINTED | TAXABLE VALUE | GROSS ASSESSED VALUE | EXEMPT | NET ASSESSED VALUE | TAX RATE MILLS |
|---|---|---|---|---|---|
| 01/10/12 | $63,500 | 6,985 | 1,000 | 5,985 | 125.75 |

The County Treasurer does not determine the amount of your tax. Taxes are based upon property values and tax rates. Property values are based on fair market value as determined by the County Assessor. Tax rates are set by the Excise Board and are based upon budgets submitted by taxing jurisdictions listed below. Payments are received and managed by the County Treasurer.

|  |  |
|---|---|
| ORIGINAL TAX AMOUNT | $753.00 |
| HALF PAYMENT AMOUNT | $376.50 |

IF YOU HAVE MAILED YOUR PAYMENT WITHIN THE PAST TWO WEEKS, PLEASE DISREGARD.

**LEGAL DESCRIPTION**

LT 5 BLK 5

OAK PARK ADDN

PROPERTY ADDRESS: 902 N BIRCH AV E
MORTGAGE CODE: 5354

TAX YEAR 2011  **DISTRIBUTION OF YOUR AD VALOREM TAX DOLLARS FOR TAXING UNIT:**  SS-2A
The County Treasurer distributes taxes among the schools, cities, City-County Library, City-County Health Department and county instead of each taxpayer paying separate amounts to these agencies.  All of the money you pay to the County Treasurer stays within your community.  The tax rate (sometimes referred to as "millage rate") is based upon budgets submitted by these agencies, and includes the amounts necessary to pay bonded indebtedness approved by a vote of the people.

Distribution of your ad valorem tax amount certified is as follows.   Special assessments are distributed to the certifying entity.

| Health | $15.45 | Tulsa Technology Center | $79.82 | City | $57.19 |
|---|---|---|---|---|---|
| School 4-Mill | $23.95 | Tulsa Community College | $43.17 | County | $61.92 |
| School District | $439.64 | Emergency Medical Service |  | Library | $31.86 |

Retain this portion for your records.   When paying in person, bring this entire statement with you.

-----------------------------------------------------------------------------------------------------------

Detach and mail this portion with your payment. ♦ Please do not fold, staple or paper clip documents.

5354

| DATE PRINTED | TAX YEAR AND TAX TYPE | PARCEL NUMBER | TAX ROLL ITEM NUMBER |
|---|---|---|---|
| 01/10/12 | 2011 REAL ESTATE TAX | 61975-91-12-02690 | 11-01-1555540-020-6 |

*Enter address correction on enclosed Address Change Form.*

GMAC MORTGAGE LLC
PO BOX 780
WATERLOO IA 50704-0780

| MINIMUM DUE BY 02/15/12 | FULL PAYMENT |
|---|---|
| $376.50 | $753.00 |

DENNIS SEMLER
TULSA COUNTY TREASURER
PO BOX 21017
TULSA OK 74121-1017

| TAX AMOUNT | INTEREST | COSTS/FEES | TOTAL DUE |
|---|---|---|---|
|  |  |  |  |

110115555400206  03012012  0000075300  00000000  00000  0000037650  0000075300  1

# UNITED STATES BANKRUPTCY COURT

| | | |
|---|---|---|
| **SOUTHERN DISTRICT OF NEW YORK** | **PROOF OF CLAIM** | **PROOF OF CLAIM** |

In re(Name of Debtor)

GMAC MORTGAGE LLC

CHAPTER    11

Case Number    12-12032(MG)

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503**

Name of Creditor (The person or other entity to w whom the debtor owes money or property)

*J. DENNIS SEMLER*
*TULSA COUNTY TREASURER*

Name and Addresses Where Notices Should be Sent

*J. DENNIS SEMLER*
*Tulsa County Treasurer*
*500 S Denver*
*Tulsa, OK 74103*

Telephone No.    918-596-5071

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor.

59182

Check here if this claim:    ☐ replaces    ☐ amends

**1. BASIS FOR CLAIM:**    **Ad Valorem taxes**

☒ Taxes

2011 Real Estate Tax

LT 5 BLK 5
ADDN

☐ Retiree benefits as defined in 11 U.S.C.§ 1114(a)

☐ Wages, salaries, and compensations(fill out below)

Your social security number _____

Unpaid compensations for services performed

from _____ to _____
         (date)        (date)

**2.DATE DEBT WAS INCURRED:**    11-1-2011

**3.IF COURT JUDGMENT, DATE OBTAINED:**

**4.TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**    $    $ $820.77    $ -    $    820.77

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 b unsecured    secured    priority    TOTAL

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5 SECURED CLAIM**    $820.77

☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral:

☐ Real Estate    ☐ Motor Vehicle

☐ Other

Value of Collateral:    $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6    Unsecured Priority Claim**

☐ Check this box if you have an unsecured priority claim

Specify the priority of the claim    Amount entitled to priority

☐ Wages, salaries, or commissions(up to $4,650), earned within 90 days before filing of bankruptcy petition or cessation of the debtor's business, whichever business, which ever is earlier)-11 U.S.C. §507(a)(3).

☐ Contributions to an employee benefit plan- 11 U.S.C. § 507(a)(4)

☐ Up to $2100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use- 11 U.S.C.§ 507(a)(6)

☐ Taxes or penalties of governmental units- 11 U.S.C. § 507(a)(8)

☐ Other- Specify applicable paragraph of 11 U.S.C. §507(a)(    )

*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**7 Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8 Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available explain if the documents are voluminous, attach a summary.

**9 Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

Date

22-Jun-12

Sign and print the name and title, if any of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

*Angela B Maner/Deputy Treasurer*

*Penalty for presenting fraudulent claim; Fine of up to $500,000 or imprisonment for up 5 years, or both. 18 U.S.C. §§ 152 and 3571*

(c:\excel\bkcyform/jab 6/01)

```
TR2106 TRCJ                Tulsa County Treasurer Tax Roll    06/22/12  08:59:27
2      MORE C RECORDS      2011 REAL ESTATE                    Record-Displayed:
Parcel: 61975 91 12 02690                                      61975-91-12-02690
Tax Roll: 11 01 1555540    *SEE NOTES*                         11-01-1555540-020-6


GMAC MORTGAGE LLC                            LT 5 BLK 5
PO BOX 780
WATERLOO IA 50704
                                       OAK PARK ADDN


Gross Assessed           6,985
    Exemption -          1,000
  Net Assessed =         5,985
SS-2A  TaxRate x         125.75  PROPERTY ADDR: 902 N BIRCH AV E
    Tax Amount =         753.00  MORTGAGE NAME   GMAC MORTGAGE
     Fees/Cost +           0.00  MORTGAGE CODE   5354
 Balance Due   =         753.00
Delinquent Tax             0.00                        C/CURR RECORD
Trn Action          Tax  Interest   Fees  Ref-No Notation


PF2= Menu  PF4= Curr & History,  PF5= RPS,  PF7= PageBack  PF10= Mortgage Pay
```

```
Pgm.ID TR2101   TRCJ        Tulsa County Treasurer            Date: 06/22/12
Map.ID TR2101M2  TOTAL FOR A NAME & TOTAL FOR EACH TAX RECORD   Time: 08:59:32
Interest Thru Date: 07 /15/2012   NAME: GMAC MORTGAGE LLC
Enter Parcel #: 61975 91 12 02690 Print-All:   Paid-By:
    **/OTHER NOTES/**
Seq Tax-Roll-Item        Tax-Bal-Due   Interest    Fees Tot-Per-Item Flag Num
  1 11-01-1555540-020-6     753.00      67.77             820.77
```

```
----------------------------------------------------------------------
         Sub Totals:       753.00      67.77          .00      820.77

                     Total Due For A  NAME  =            820.77
MSG:B=BKCY,M=MULTIPLE,C=CAUTION,6/8/9=PO-RTN,D=TRDISPN,N=OTHER NOTES

Clear/PF2 Prev-Screen  PF5 Refresh  PF7 Page Back  PF8 PageForwd
```

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45

Claims Processing Center
2525 Alaska Ave
El Segundo, CA 90245

Chpt 11

J. Dennis Semler Tulsa County Treasurer
500 S Denver
Tulsa, OK 74103

## PROOF OF CLAIM CONFIRMATION

Your proof of claim filed against GMAC Mortgage, LLC, case no 12-12032 was received on 6/25/2012 and assigned claim number 203

For more information, please visit www.kccllc.net/rescap or call 1-888-251-2