UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

RESIDENTIAL CAPITAL, LLC., et al.,

    Debtor(s).

Case No. 12-12020 (MG)

Chapter 11

Jointly Administered

---

### RESPONSE TO DEBTOR'S THIRTEENTH OMNIBUS OBJECTION TO CLAIMS
### (NO LIABILITY – BOOKS AND RECORDS TAX CLAIMS)

Comes Now, Rose Plympton, Treasurer in and for the County of Elmore, State of Idaho, a creditor in the above-captioned jointly administered bankruptcy case, and responds to the Debtors' Thirteenth Omnibus Objection to the Claim of the Elmore County Treasurer. The Debtors seek an Order disallowing and expunging the claim of the Elmore County Treasurer on the following grounds: "Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold."

GMAC Mortgage, LLC, is a subsidiary/affiliate of Residential Capital LLC. The affiliated debtor, GMAC Mortgage, LLC, is the fee owner of a parcel of property located at 1585 East 11th North, Mountain Home, Idaho 83647 (lot 1, block 6, Sierra Vista #2). A copy of the Grant Deed in Lieu of Foreclosure, recorded on October 5, 2011, is attached hereto as Exhibit A; the Elmore County Parcel Master Inquiry dated July 22, 2013, as Exhibit B; the Elmore County Treasurer's Tax Master Inquiry for year 2010 and year 2011 as Exhibit C; and Elmore County's Proof of Claim (Claim #2455) as Exhibit D (to which the Tax Master Inquiry for year 2012 is attached). GMAC Mortgage, LLC, is in arrears in the amount of $5,815.19 for real property taxes on the Mountain Home

property. The most recent property tax invoice is attached to the Proof of Claim. The current taxes and arrearages are owed to the Elmore County Treasurer.

The Elmore County Treasurer filed a proof of claim. The location of the property is clearly identifiable. The Treasurer has now provided the grant deed and current parcel inquiry, clearly establishing that GMAC Mortgage is the fee owner of the Mountain Home property. Property taxes are a statutorily-created lien. Under Idaho State law, said lien does not have to be recorded to be perfected. Said lien is a perpetual, continuous lien of first priority. See I.C. § 63-206. Further, under Idaho law, property tax may be paid in two portions – the first by December 20 of the year in which said tax is levied and the second by June 20 of the following year. I.C. § 63-903. GMAC took ownership of the Mountain Home property in October 2011, the second portion of the 2010 tax had not been paid. As such, GMAC Mortgage is responsible for the property tax and arrearages on said property.

Wherefore, the Treasurer requests that the Debtor's Thirteenth Omnibus Objection to the Claim of the Elmore County Treasurer be denied in its entirety and that the Treasurer's Claim not be disallowed or expunged. The Treasurer's Office will be available to participate in the Omnibus Hearing by telephone if necessary.

Dated this 25th day of July 2013.

Elmore County Treasurer

*Rose Plympton* (signature)
Rose Plympton
150 South 4th East, Suite 4
Mountain Home, Idaho 83647

# EXHIBIT A

Recording requested by:
Executive Trustee Services, LLC
When recorded mail to:
GMAC MORTGAGE, LLC FKA
GMAC MORTGAGE CORPORATION
1100 VIRGINIA DRIVE
FORT WASHINGTON, PA 19034

Instrument # 0000423356
ELMORE COUNTY, ID
04:20:59 PM                Oct 05, 2011
For LSI TITLE COMPANY
No. of Pages: 1            Fee: $10.00
BARBARA STEELE, Recorder
DE, Deputy

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED IN LIEU OF FORECLOSURE

TS# DL-255768-V    Loan # 0702140683    Order No. 100541464

The undersigned Grantor hereby declares:
The Grantee herein was the Beneficiary
The amount of the unpaid debt, together with cost, was $185,464.54
The consideration for the transfer was $0.00    The documentary transfer tax is $0.00
Tax Parcel Number: RPA01830060010A

For valuable consideration, receipt of which is hereby acknowledged, **JAMES J. EAGAN, JR. AND SALLY ANN CARLSON EAGAN, HUSBAND AND WIFE** hereby grants to **GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION** the following described real property in the city of , County of **Elmore**, State of **Idaho**.

LOT 1 IN BLOCK 6 OF SIERRA VISTA SUBDIVISION NO. TWO, MOUNTAIN HOME, ELMORE COUNTY, IDAHO, ACCORDING TO THE OFFICIAL PLAT THEREOF ON FILE AND OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF ELMORE COUNTY, IDAHO.

Date: 27/09/2011

By: _____
JAMES J. EAGAN, JR.

By: _____
SALLY ANN CARLSON EAGAN

STATE OF OHIO        } SS
COUNTY OF GREENE    }

On 27 SEPT 2011 before me, REBECCAH A. STAMMEN a Notary Public in and for said County and State personally appeared JAMES J. EAGAN JR and SALLY ANN CARLSON EAGAN who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of Ohio that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature: _____    {Seal}
REBECCAH A. STAMMEN, TSgt USAF

(Seal: UNITED STATES AIR FORCE — NOTARIAL POWER OF A UNITED STATES COUNSEL AND OF A NOTARY PUBLIC UNDER 10 U.S.C. 1044a)

# EXHIBIT B

```
7/22/13                      PMO100 - PARCEL MASTER INQUIRY                    14:11:15
PARCEL: RP A01830060010 A      F1=SL
                                              F10=SW              F12=RC
                                          F17=DD  F19=SP                      F24=LD
 GMAC MORTGAGE, LLC                *TREND    LEGAL DESCRIPTION
                                             LOT 1
                                             BLK 6
                                             SIERRA VISTA #2
 1100 VIRGINIA DR
 _____            CODE AREA  1-0000   OWNER CD ____
 FORT WASHINGTION PA 19034                   PARC TYPE ____      LOC CODE  100
 1585    E   11TH           N  83647         EFFDATE  1201994    EXPDATE ____
                                             PREV PARCEL _____
 CAT/ST# RY    QUANTITY   UN    VALUE    HO MRKT    HO EXMP   CB MRKT   OTHER
  20 1  2011      314     AC    29453
  41 1  2011                    72693

    TOTALS       314            102146
                           ENTER NEXT PARCEL NUMBER  RP _____ A
  FKeys:  F2=TX   F3=Exit   F5=SS    F6=NM      F7=LG
          F8=CT   F13=TM    F18=HS   F20=Srch   F22=EU
```

# EXHIBIT C

```
14:06:36                TAX MASTER INQUIRY - ELMORE COUNTY TAX COLLECTOR
7/22/2013                     TXO040           ROSE PLYMPTON 587-2138 #501
                                               150 S 4TH EAST    SUITE 4
                                               MTN HOME ID 83647-3000

PMPKEY: RP A01830060010 A   YEAR 2011
TXPKEY: RPA01830060010A                                          BILL#      5867
NAME    GMAC MORTGAGE, LLC          BILLED TO: GMAC MORTGAGE, LLC
                                         CODE AREA    1-0000  ACCT TYP
                                         BANK     FLB    OWNER        PUP

ADDRESS 1100 VIRGINIA DR                 MARKET VALUE               112,570
                                           HARDSHIP
        FORT WASHINGTION PA 19034          HOMEOWNER
                                           NET MARKET               112,570
LEGAL   LOT 1                            TAX AMOUNT                2,353.46
        BLK 6                              LESS: CIRCUIT
        SIERRA VISTA #2                    PLUS: SPECIALS              49.58
                                           NET TAX BILLED          2,403.04
                                         TAX PAYMENTS
                                         TAX CANCELLED
                                         SPEC CANCELLED
1585       E   11TH          N   83647     REMAINING TAX DUE       2,403.04
```

```
14:06:40              TAX MASTER INQUIRY - ELMORE COUNTY TAX COLLECTOR
                             TXO040            ROSE PLYMPTON 587-2138 #501
7/22/2013                                      150 S 4TH EAST   SUITE 4
                                               MTN HOME ID 83647-3000

PMPKEY:  RP A01830060010 A   YEAR 2010
TXPKEY:  RPA01830060010A                                            BILL#      5902
NAME     GMAC MORTGAGE, LLC          BILLED TO:  EAGAN, JAMES J JR
                                         CODE AREA    1-0000   ACCT TYP
                                         BANK BACT FLB       OWNER       PUP

ADDRESS  1100 VIRGINIA DR                MARKET VALUE                  149,144
                                           HARDSHIP
         FORT WASHINGTION PA 19034         HOMEOWNER                    74,572
                                           NET MARKET                   74,572
LEGAL    LOT 1                           TAX AMOUNT                   1,437.84
         BLK 6                             LESS: CIRCUIT
         SIERRA VISTA #2                   PLUS: SPECIALS                 49.58
                                           NET TAX BILLED             1,487.42
                                         TAX PAYMENTS                   743.71
                                         TAX CANCELLED
                                         SPEC CANCELLED
1585       E   11TH         N   83647      REMAINING TAX DUE            743.71
```

# EXHIBIT D



B 10 Modified (Official Form 10) (12/11)

### UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM

Name of Debtor: GMAC MORTGAGE, LLC    Case Number: 12-12032 (MG)

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
ELMORE COUNTY

Name and address where notices should be sent:    NameID: 10693017
ELMORE COUNTY
150 S 4E STE 4
ELMORE COUNTY TREASURER
MOUNTAIN HOME, ID 83647

Claim # 2455
Initials SEP

Telephone number: (208) 587-2138 Ext. 501    email: asloan@elmorecounty.org

Name and address where payment should be sent (if different from above):

Telephone number:    email:

1. Amount of Claim as of Date Case Filed: $ 5,815.19 PLUS 2% LATE CHARGE, PLUS 1% INTEREST PER MONTH

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.

☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: PROPERTY TAX
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: 0 1 0 A

3a. Debtor may have scheduled account as: (See instruction #3a)

3b. Uniform Claim Identifier (optional): (See instruction #3b)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: LOT 1, BLK 6, SIERRA VISTA #2
Value of Property: $ 96,439.00  Annual Interest Rate 12 % ☒ Fixed ☐ Variable
PLUS 2% LATE CHARGE (when case was filed) PLUS 1% INTEREST PER MONTH
Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ 5,815.19

Basis for perfection:

Amount of Secured Claim: $ 5,815.19 PLUS 2% LATE CHARGE PLUS 1% INTEREST PER MONTH   Amount Unsecured: $

6. Claim Pursuant to 11 U.S.C. § 503(b)(9):
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$_____ (See instruction #6)

7. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

9. Signature: (See instruction #9) Check the appropriate box.
☐ I am the creditor.  ☒ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Rose Plympton
Title: Elmore County Treasurer
Company: Elmore County
Address and telephone number (if different from notice address above):

(Signature) /s/ Rose Plympton   (Date) 11/01/2012

Telephone number:    Email:

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$ _____

* *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

☐ Check this box if this claim amends a previously filed claim.
Court Claim Number: _____ (If known)
Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

RECEIVED
NOV 0 6 2012
KURTZMAN CARSON CONSULTANTS

COURT USE ONLY

```
 9:26:48                TAX MASTER INQUIRY - ELMORE COUNTY TAX COLLECTOR
11/01/2012                   TXO040        ROSE PLYMPTON 587-2138 #501
                                           150 S 4TH EAST   SUITE 4
                                           MTN HOME ID 83647-3000

PMPKEY: RP A01830060010 A    YEAR 2012
TXPKEY: RPA01830060010A                                      BILL#      5812
NAME    GMAC MORTGAGE, LLC           BILLED TO: GMAC MORTGAGE, LLC
                                        CODE AREA    1-0000   ACCT TYP
                                        BANK       FLB     OWNER       PUP

ADDRESS 1100 VIRGINIA DR                MARKET VALUE                96,439
                                          HARDSHIP
        FORT WASHINGTION PA 19034         HOMEOWNER
                                          NET MARKET                96,439
LEGAL   LOT 1                           TAX AMOUNT                2,142.00
        BLK 6                             LESS: CIRCUIT
        SIERRA VISTA #2                   PLUS: SPECIALS             49.58
                                          NET TAX BILLED          2,191.58
                                        TAX PAYMENTS
                                        TAX CANCELLED
                                        SPEC CANCELLED
 1585    E  11TH          N   83647       REMAINING TAX DUE       2,191.58
```

```
DATE  11/01/2012            C O M P U T E R   A S S I S T E D   T A X   S Y S T E M
TIME    9:26:18                  TAX DUE WITH LATE CHARGE AND INTEREST                PAGE    3
                                            TXO050

                              ELMORE COUNTY TAX COLLECTOR
                              ROSE PLYMPTON 587-2138 #501
                              150 S 4TH EAST    SUITE 4
                              MTN HOME ID 83647-3000

              RP A01830060010 A           INTEREST AS OF DATE   11/01/2012
NAME   GMAC MORTGAGE, LLC
                                                    LOT 1
                                                    BLK 6
ADDR   1100 VIRGINIA DR                             SIERRA VISTA #2

       FORT WASHINGTION PA 19034
```

| TAX KEY | YEAR | BILL# | TAX | LATE | INTEREST | COST | TOTAL |
|---|---|---|---|---|---|---|---|
| RPA01830060010A | 12 FH | 5812 | 1095.79 | | | | 1,095.79 |
| RPA01830060010A | 12 SH | 5812 | 1095.79 | | | | 1,095.79 |
| RPA01830060010A | 11 | 5867 | 2403.04 | 48.06 | 246.58 | | 2,697.68 |
| RPA01830060010A | 10 | 5902 | 743.71 | 14.87 | 167.35 | | 925.93 |

```
CURRENT DUE           3,623.61    TA AMOUNT           TOTAL DUE        5,815.19
```

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY That on the 26th day of July 2013, I caused a true and correct copy of the foregoing document to be served upon the following people by the following methods.

| | |
|---|---|
| Morrison & Foerster, LLP<br>Attention: Jordan A. Wishnew, Esq<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Facsimile: (212) 468-7900<br>Attorneys for Debtor | X  Facsimile<br>X  Electronic Filing |
| Kramer Levin Naftalis & Franklin, LLP<br>Attention: Kenneth H. Eckstein, Esq.<br>          Douglas H. Mannal, Esq.<br>1117 Avenue of the Americas<br>New York, New York 10036<br>Facsimile: (212) 715-8000<br>Attorneys for the Official Committee of Unsecured Creditors | X  Facsimile<br>X  Electronic Filing |

DATED This 26th day of July 2013.

_____
JESSICA L. KUEHN
Deputy Prosecuting Attorney
Elmore County Prosecutor's Office