

C. Linda Barnes
Butte County Treasurer and Tax Collector
25 County Center Drive
Oroville Ca 95965

July 24 2013

United States Bankruptcy Court
Southern District of New York
Honorable Martin Glenn CTRM 501
One Bowling Green
New York, NY 10004

Subject:   Case Number:      12-12020      Chapter 13
           Debtors:          Homecomnigs Financial
           Parcel Number (s): 990--259-623-000

Enclosed is a Butte County Tax Collector's rubuttal to the Thirteenth Omnibus Objection to Claims for the above debtor. If you should require additonal information please notify our office.

This document is being filed in duplicate; please return one copy as an acknowledgement in the enclosed self addressed, stamped envelope.

If you have any questions, please contact Amy Barker at 25 County Center Drive Oroville Ca 95965 or call 530-538-7701.

Sincerely,

Amy Barker
Deputy Tax Collector
Butte County Treasurer/ Tax Collector



1 BUTTE COUNTY TREASURER- TAX COLLECTOR
C. Linda Barnes, Deputy Tax Collector
2 25 County Center Drive Suite 125
Oroville Ca 95965
3

4

5
UNITED STATES BANKRUPTCY COURT
6 SOUTHERN DISTRICT OF NEW YORK

7 ) Case No.: 12-120020MG
)
8 In Re: ) BUTTE COUNTY TAX COLLECTOR
) REBUTTAL TO THIRTEENTH OMNIBUS
9 RESIDENTIAL CAPITIAL ) OBJECTION TO CLAIMS
)
10 HOMECOMINGS FINANCIAL ) CLAIM NO. 1104
)
11 )
)
12

13

14 TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF

15 INTEREST:

16    We have received the OBJECTION TO CLAIMS OF CLAIM NO. 1104 FILED

17 BY CREDITOR BUTTE COUNTY TAX COLLECTOR; NOTICE OF HEARING dated

18 7/5/2013 and we believe that the monies are owed as set forth in our

19 proof of claim filed.

20    The Debtor HOMECOMINGS FINANCIAL took possession of said

21 property 6850 Melvina Ave. Palermo Ca. 95968 via TRUSTEE'S DEED UPON

22 SALE recorded in the office of the BUTTE COUNTY CLERK RECORDER'S

23 OFFICE document number 2007-0050633 on 10/26/2007; with said

24 "purchase" date of 10/15/2007. (SEE EXHIBIT A)

25    The transfer resulted in an increase in the assessed value of the

property from 112,572.00 to 200,000.00 prompting a supplemental tax

1

billing for the 2007 tax year. Assessment number 990-259-623-000 is that supplemental billing; pro-rated for the 2007 fiscal tax year from 10/15/2007 thru 05/29/2008 when the debtor was the owner. This bill represents their portion of the supplemental increase to the property.

Therefore we cannot determine why our claim should be disallowed, and pray the court would allow our claim for ad valorm taxes owed by the debtor in the amount of $917.19 plus applicable allowed interest at the allowed rate of 18% per year; see California Revenue and Taxation Code section 4103, 11U.S.C section 506(b) and 11 U.S.C section 511.

The BUTTE COUNTY TAX COLLECTOR does hereby oppose the motion. We do not have counsel in this matter and request permission to appear by telephone.

Dated: July 24, 2013

BUTTE COUNTY TREASURER-TAX COLLECTOR

By _____
Amy Barker, Deputy
For the Butte County
Treasurer-Tax Collector

2

Proof of Service

I, Amy Barker declare:

I am a citizen of the United States and am employed in the County of Butte. I am over the age of 18 years and not a party to the within- entitled action. My business address is 25 County Center Drive Suite 125, Oroville Ca 95965.

On 7/25/2013 I served the within documents:

**BUTTE COUNTY REBUTTAL TO THE THRITEENTH OMNIBUS OBJECTION TO CLAIMS**

By placing a true copy thereof enclosed in a sealed envelope and served in the manner and/ or manners described below to each of the parties herin and addressed as follows:

__X__ **BY MAIL:** I caused such envelope(s) to be deposited in the mail at my business addressed to the addressee(s) designated. I am readily familiar with the office practice for collection and processing of correspondence and pleadings for mailings. It is deposited with the United States Postal Service on that same day in the ordinary course of business.

_____ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

__X__ **BY FEDERAL EXPRESS:** I caused such envelope(s) to be delivered via Federal Express to the addressee(s) designated.

(SEE ATTACHED SERVICE LIST)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 7/25/2013, at Oroville California.

_____

3

1  US Bankruptcy Court
   SOUTHERN DISTRCIT OF NEW YORK
2  CHAMBERS OF THE HONORABLE MARTIN GLENN
   One Bowling Green Courtroom 501
3  New York, NY 10004

   Morrison & Forester LLP
4  Attention: Attorneys for the Debtors
   Gary S Lee Esq.
5  Norman S Rosenbaum, Esq.
   Jordan A. Wishnew, Esq.
6  1290 Avenue of the Americas
   New York, NY 10104

7

   Kramer Levin Naftalis & Frankel LLP
8  Atten: Attorneys for the Official Committee of Unsecured Creditors
   Kenneth J Eckstein, Esq.
9  Douglas H Mannal, Esq.
   1117 Avenue of the Amercias
10 New York, NY. 10036

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

# EXHIBIT A

RECORDING REQUESTED BY
FIRST AMERICAN TITLE INSURANCE COMPANY
RECORDING REQUESTED BY
EXECUTIVE TRUSTEE SERVICES, LLC
RECORDING REQUESTED
BY MID VALLEY TITLE
AND WHEN RECORDED MAIL TO:
GMAC MORTGAGE, LLC FKA
GMAC MORTGAGE CORPORATION
1100 VIRGINIA DRIVE
FORT WASHINGTON, PA 19034

2007-0050633

Recorded | REC FEE 13.00
Official Records
County of
Butte
CANDACE J. GRUBBS
County Clerk-Recorder
| LV
09:00AM 26-Oct-2007 | Page 1 of 3

Forward Tax Statements to
the address given above

odi-TS4
07JAN10C.

TS # HC-105194-C
LOAN # 7441343860        INVESTOR #: 0441343860
TITLE ORDER # 3285382

SPACE ABOVE LINE FOR RECORDER'S USE

3c

# TRUSTEE'S DEED UPON SALE

APN 026-050-026        TRANSFER TAX: $00.00
"THIS TRANSACTION IS EXEMPT FROM THE REQUIREMENTS OF THE REVENUE AND TAXATION CODE, SECTION 480.3"
The Grantee Herein Was The Foreclosing Beneficiary.
The Amount Of The Unpaid Debt was $250,535.58     1st position
The Amount Paid By The Grantee Was  $250,535.58
Said Property Is In The City Of PALERMO, County of Butte

**EXECUTIVE TRUSTEE SERVICES, LLC**, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to

**HOMECOMINGS FINANCIAL, LLC FKA HOMECOMINGS FINANCIAL NETWORK, INC**

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of Butte, State of California, described as follows:

SEE EXHIBIT A

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by WILLIAM R. BISBEE, A MARRIED MAN, AS HIS SOLE AND SEPARATE PROEPERTY as Trustor, dated 4/10/2006 of the Official Records in the office of the Recorder of Butte, California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default and Election to Sell under the Deed of Trust recorded on 4/19/2006, instrument number 2006-0019871 (or Book, Page )
of Official records. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

[Page 1 of 2]

HC-105194-C    LEGAL DESCRIPTION

PARCEL I: A PORTION OF THE SOUTH HALF OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 5, TOWNSHIP 18 NORTH, RANGE 4 EAST, M.D.B. & M., MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT THE CENTER OF SAID SECTION AND RUNNING THENCE NORTH ALONG THE CENTER SECTION LINE A DISTANCE OF 330 FEET TO THE POINT OF BEGINNING OF THE PARCEL HEREIN DESCRIBED; THENCE AT RIGHT ANGLES EASTERLY ALONG THE NORTH LINE OF LANDS NOW OR FORMERLY OWNED BY L.L. MILLER A DISTANCE OF 792 FEET TO A POINT AT THE SOUTHEAST CORNER OF THAT CERTAIN PARCEL OF LAND CONVEYED TO GRACE M. BERGERSON BY DEED DATED MAY 9, 1930 AND RECORDED IN BOOK 93 OF OFFICIAL RECORDS, AT PAGE 378, RECORDS OF BUTTE COUNTY, CALIFORNIA; THENCE NORTH 330 FEET, MORE OR LESS, TO A POINT IN THE NORTH LINE OF SAID SOUTH HALF OF SOUTHWEST QUARTER OF NORTHEAST QUARTER OF SECTION 5; THENCE WESTERLY ALONG SAID NORTH LINE A DISTANCE OF 792.0 FEET TO A POINT IN THE NORTH AND SOUTH CENTERLINE OF SAID SECTION 5; THENCE SOUTH ALONG SAID LINE A DISTANCE OF 330 FEET; MORE OR LESS, TO THE POINT OF BEGINNING. PARCEL II: A NON-EXCLUSIVE RIGHT OF WAY FOR ROAD AND PUBLIC UTILITY PURPOSES OVER THE WEST 15 FEET OF THE FOLLOWING DESCRIBED PARCEL OF LAND: BEGINNING AT A POINT ON THE EAST AND WEST CENTERLINE OF SECTION 5, TOWNSHIP 18 NORTH, RANGE 4 LEAST, M.D.B.&M., 504.5 FEET EAST OF THE CENTER OF SAID SECTION 5; THENCE RUNNING NORTH FROM SAID POINT 16 RODS; THENCE EAST 11 RODS; THENCE SOUTH 16 RODS TO POINT INTERSECTING SAID CENTER LINE OF SECTION 5; THENCE WEST ALONG SAID CENTERLINE, 11 RODS TO THE POINT OF BEGINNING. PARCEL III: A NON-EXCLUSIVE RIGHT OF WAY FOR ROAD AND PUBLIC UTILITY PURPOSES OVER THE EAST 15 FEET OF THE FOLLOWING DESCRIBED PARCEL OF LAND: A PORTION OF THE SOUTH HALF OF THE SOUTH HALF OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 5, TOWNSHIP 18 NORTH, RANGE 4 EAST; M.D.B&M. COMMENCING AT A POINT IN THE CENTER OF MELVINA AVENUE AS SAID AVENUE IS DESIGNATED AND DELINEATED ON THAT CERTAIN MAP ENTITLED, "MAP OF PALERMO AND SUBDIVISION 1 AND 2 WITH ADDITION TO NO. 1 OF THE PALERMO CITRUS TRACT", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF BUTTE, STATE OF CALIFORNIA, ON SEPTEMBER 17, 1888, SAID POINT BEING FORTY FEET EAST OF THE NORTHEAST CORNER OF LOT 10 OF BLOCK 77 OF SAID PALERMO CITRUS TRACT SUBDIVISION NO. 1; THENCE WEST ALONG THE NORTH TINE OF SAID LOT 10, 500 FEET; THENCE AT A RIGHT ANGLE NORTH, 330 FEET TO THE SOUTH LINE OF THAT PARCEL CONVEYED TO R.E. MILLER AND CLARA MILLER, BY DEED RECORDED FEBRUARY 6, 1948 IN BOOK 446 OF OFFICIAL RECORDS, AT PAGE 18; THENCE EAST ALONG THE SOUTH LINE OF SAID MILLER PROPERTY 500 FEET; THENCE AT A RIGHT ANGLE SOUTH 330 FEET TO THE POINT OF COMMENCEMENT. PARCEL IV: A NON-EXCLUSIVE RIGHT OF WAY FOR ROAD AND PUBLIC UTILITY PURPOSES OVER THE WEST 15 FEET OF THE FOLLOWING DESCRIBED PARCEL OF LAND: A PORTION OF THE SOUTH HALF OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 5, TOWNSHIP 18 NORTH, RANGE 4 EAST, M.D.B.&M., MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT THE CENTER OF SAID SECTION 5 AND RUNNING THENCE NORTH ALONG THE CENTER SECTION LINE A DISTANCE OF 330 FEET TO A POINT; THENCE AT RIGHT ANGLES EASTERLY ALONG THE NORTH LINE OF LANDS NOW OR FORMERLY OWNED BY L.L. MILLER, A DISTANCE OF 504.5 FEET TO THE POINT OF BEGINNING FOR THE PARCEL OF LAND HEREIN DESCRIBED; THENCE AT RIGHT ANGLES SOUTHERLY A DISTANCE OF 66 FEET, MORE OR LESS, TO THE NORTHWEST CORNER OF A PARCEL OF LAND CONVEYED BY DELIA H. RUTHERFORD AND F.B. RUTHERFORD TO ALICE MILLER AND LEE MILLER BY DEED DATED FEBRUARY 8, 1929 AND RECORDED IN BOOK 34 OF OFFICIAL RECORDS, AT PAGE 281, RECORDS OF BUTTE COUNTY, CALIFORNIA; THENCE AT RIGHT ANGLES EASTERLY ALONG THE NORTH BOUNDARY OF SAID PARCEL OF LAND A DISTANCE OF 181.5 FEET TO THE NORTHEAST CORNER THEREOF; THENCE AT RIGHT ANGLES NORTHERLY A DISTANCE OF 66.0 FEET, MORE OR LESS, TO A POINT IN THE SOUTHERLY LINE OF A TRACT OF LAND CONTAINING ONE-HALF ACRES, CONVEYED BY SAID RUTHERFORDS TO GRACE M. BERGERSON BY DEED DATED MAY 9, 1930 AND RECORDED IN BOOK 93 OF OFFICIAL RECORDS, AT PAGE 378, RECORDS OF BUTTE COUNTY, CALIFORNIA; THENCE WESTERLY ALONG THE SOUTH LINE OF SAID TRACT, A DISTANCE OF 181.5 FEET TO THE TRUE PAINT OF BEGINNING.

## TRUSTEE'S DEED UPON SALE

Trustee's Deed
T.S.# HC-105194-C
Loan # 7441343860
Title Order # 3285382

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on 10/15/2007. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being $250,535.58, in lawful money of the United States, in pro per, receipt there of is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, EXECUTIVE TRUSTEE SERVICES, LLC, as Trustee, has this day, caused its name to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws

Date: 10/15/2007

EXECUTIVE TRUSTEE SERVICES, LLC

By: _____
Dianna Sandoval, Limited Signing Officer

State of California    } S.S.
County of Los Angeles }

On 10/23/2007 before me, Candice Reeves-Herzog ~~the undersigned,~~ Notary Public, personally appeared DIANNA SANDOVAL personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____ (Seal)
Candice Reeves-Herzog

CANDICE REEVES-HERZOG
Commission # 1619915
Notary Public - California
Los Angeles County
My Comm. Expires Nov 9, 2009

[Page 2 of 2]