UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In re                                                                              :
                                                                                         :    CERTIFICATE OF SERVICE
RESIDENTIAL CAPITAL, LLC, et al.,                          :
                                                                                         :    Chapter 11 Case No.
                                    Debtors.                                    :
                                                                                         :    12-12020 (MG)
                                                                                         :
                                                                                         :    (Jointly Administered)
------------------------------------------------------------X

      I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

      On the 26th day of July 2013, the Joinder of Certain Consenting Creditors in Support of the Response of The Official Committee of Unsecured Creditors to the Ad Hoc Group of Junior Secured Noteholders' Disqualification Motion was served by First Class Mail and by email, as indicated, upon:

## BY FIRST CLASS MAIL

**Chadbourne & Parke LLP**
Attn Howard Seife & David M LeMay
& Robert J Gayda & Marc B Roitman
30 Rockefeller Plaza
New York, NY 10112

**Citibank NA**
Attn Bobbie Theivakumaran
390 Greenwich St 6th Fl
New York, NY 10013

**Clifford Chance**
Jennifer C. DeMarco & Adam Lesman
31 West 52nd Street
New York, NY 10019

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Internal Revenue Service**
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

**Internal Revenue Service**
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

**Kelley Drye & Warren LLP**
James S Carr & Eric R Wilson
101 Park Ave
New York, NY 10178

**Kirkland & Ellis**
Richard M Cieri
601 Lexington Ave
New York, NY 10022

**Kirkland & Ellis LLP**
Attn Ray C Schrock & Stephen E Hessler
601 Lexington Ave
New York, NY 10022-4611

**Kramer Levin Naftallis & Frankel LLP**
Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal
Jeffrey Trachtman
1177 Avenue of the Americas
New York, NY 10036

**Kurtzman Carson Consultants**
P Joe Morrow
2335 Alaska Ave
El Segunda, CA 90245

**Loeb & Loeb LLP**
Walter H. Curchack, Vadim J. Rubinstein
& Debra W. Minoff
345 Park Ave
New York, NY 10154

**Milbank, Tweed, Hadley & McCloy LLP**
Gerard Uzzi
1 Chase Manhattan Plaza
New York, NY 10005

**Morrison & Foerster LLP**
Attn Tammy Hamzehpour
1290 Avenue of the Americas
New York, NY 10104

**Morrison & Foerster LLP**
Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi &
Kayvan B. Sadeghi
1290 Avenue of the Americas
New York, NY 10104

**Office of the NY State Attorney General**
Nancy Lord & Enid M Stuart
The Capitol
Albany, NY 12224-0341

**Office of the US Attorney for the Southern District of NY**
United States Attorney Preet Bharara
One St Andrews Plaza
New York, NY 10007

**Securities & Exchange Commission**
Secretary of the Treasury
100 F St NE
Washington, DC 20549

**Securities & Exchange Commission NY Regional Office**
George S Canellos Regional Director
3 World Financial Center Ste 400
New York, NY 10281-1022

**The Bank of New York Mellon**
Asset-Backed Securities Group
101 Barclay St. 4W
New York, NY 10286

**U.S. Department of Justice**
US Attorney General, Eric H. Holder, Jr.
950 Pennsylvania Ave NW
Washington, DC 20530-0001

**United States Attorney's Office for the**
**Southern District of New York Civil Division**
Attn Joseph Cordaro
86 Chambers St 3rd Fl
New York, NY 10007

**US Trustee for the Southern District of NY**
Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto
201 Varick St., Ste. 1006
New York, NY 10014

**Wells Fargo Bank NA**
Attn Corporate Trust Services - GMACM
Home Equity Notes 2004 Variable Funding Trust
PO Box 98
Columbia, MD 21046

## BY EMAIL

hseife@chadbourne.com; dlemay@chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com; bobbie.theivakumaran@citi.com; maofiling@cgsh.com; tmoloney@cgsh.com; soneal@cgsh.com; jennifer.demarco@cliffordchance.com; adam.lesman@cliffordchance.com;; kdwbankruptcydepartment@kelleydrye.com; richard.cieri@kirkland.com; ray.schrock@kirkland.com; richard.cieri@kirkland.com; stephen.hessler@kirkland.com; projectrodeo@kirkland.com; William.b.Solomon@ally.com; Timothy.Devine@ally.com; john.bellaver@ally.com; keckstein@kramerlevin.com; tmayer@kramerlevin.com; dmannal@kramerlevin.com; jtrachtman@kramerlevin.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com; rescapinfo@kccllc.com; wcurchack@loeb.com; vrubinstein@loeb.com; dminoff@loeb.com; guzzi@milbank.com; Tammy.Hamzehpour@gmacrescap.com;Jill.horner@gmacrescap.com; Colette.wahl@gmacrescap.com; Deanna.horst@gmacrescap.com; William.thompson@gmacrescap.com; William.tyson@gmacrescap.com; Eileen.oles@gmacrescap.com; Lauren.delehey@gmacrescap.com; Julie.busch@gmacrescap.com; Patty.Zellmann@ally.com; lnashelsky@mofo.com;glee@mofo.com;lmarinuzzi@mofo.com; Ksadeghi@mofo.com; enid.stuart@OAG.State.NY.US; joseph.cordaro@usdoj.gov; secbankruptcy@sec.gov; secbankruptcy@sec.gov;newyork@sec.gov; bankruptcynoticeschr@sec.gov; AskDOJ@usdoj.gov; joseph.cordaro@usdoj.gov; Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov; andrea.hartley@akerman.com; susan.balaschak@akerman.com; dgolden@akingump.com; dzensky@akingump.com; aqureshi@akingump.com; pdublin@akingump.com; ralbanese@akingump.com; rajohnson@akingump.com; ccarty@akingump.com; bnkatty@aldine.k12.tx.us; ecfmail@aclawllp.com; ken.coleman@allenovery.com; john.kibler@allenovery.com; jeff.brown@gmacfs.com; william.b.solomon@ally.com; kit.weitnauer@alston.com; marty.bunin@alston.com;william.hao@alston.com; bill.macurda@alston.com; john.stern@texasattorneygeneral.gov; harrisj12@michigan.gov; Schindlerwilliamss@ballardspahr.com;

4

Sarah.Stout@BNYMellon.com; Jennifer.Provenzano@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com; xrausloanops5@barclays.com; david.powlen@btlaw.com; bbeskanos@aol.com; davids@blbglaw.com; jonathanu@blbglaw.com; matthewj@blbglaw.com; jai@blbglaw.com; schaedle@blankrome.com; tarr@blankrome.com; root@blankrome.com; courtney.lowman@ally.com; jhaake@wbsvlaw.com; swissnergross@brownrudnick.com; gregory.petrick@cwt.com;ingrid.bagby@cwt.com; mark.ellenberg@cwt.com; dcaley@wongfleming.com; bankruptcy@clm.com; jlaitman@cohenmilstein.com;clometti@cohenmilstein.com;meisenkraft@cohenmilstein.com; drehns@cohenmilstein.com;krehns@cohenmilstein.com; srosen@cbshealaw.com; mwarner@coleschotz.com;echou@coleschotz.com; ra-li-ucts-bankrupt@state.pa.us; will.hoch@crowedunlevy.com; mgallagher@curtis.com; macohen@curtis.com; sreisman@curtis.com; hryder@daypitney.com; jjtancredi@daypitney.com; jwcohen@daypitney.com; Glenn.siegel@dechert.com;hector.gonzalez@dechert.com;brian.greer@dechert.com;mauricio.espana@dechert.com; craig.druehl@dechert.com; rosa.mendez@db.com; Brendan.meyer@db.com; diem.home@gmail.com; gcatalanello@duanemorris.com;jvincequerra@duanemorris.com; broylesmk@rgcattys.com; tterrell@feinsuch.com; tterrell@feinsuch.com; ppascuzzi@ffwplaw.com; dearly@fdic.gov; floressaucedopllc@gmail.com; tlallier@foleymansfield.com; kenton_hambrick@freddiemac.com; deggert@freebornpeters.com; tfawkes@freebornpeters.com; israel.david@friedfrank.com; gary.kaplan@friedfrank.com; kgiannelli@gibbonslaw.com; jberkowitz@gibbonslaw.com; calbanese@gibbonslaw.com; kpatrick@gibbsbruns.com;shumphries@gibbsbruns.com; kpatrick@gibbsbruns.com; DFeldman@gibsondunn.com; JWeisser@gibsondunn.com; theodore.w.tozer@hud.gov gjarvis@gelaw.com;mpmorris@gelaw.com;delman@gelaw.com; brian@gmcnjlaw.com; aamin@hinshawlaw.com; ayala.hassell@hp.com; rnorton@hunton.com;rrich2@hunton.com; floraoropeza@co.imperial.ca.us; bankruptcy2@ironmountain.com; pgallagher@nassaucountyny.gov; ceblack@jonesday.com; cball@jonesday.com;rlwynne@jonesday.com;lemiller@jonesday.com; ceblack@jonesday.com; aglenn@kasowitz.com;mstein@kasowitz.com;dfliman@kasowitz.com;namamoo@kasowitz.com; kgcully@kgcully.com; eciolko@ktmc.com; dmoffa@ktmc.com; ecf@kaalaw.com; thadwilson@kslaw.com; ajowers@kslaw.com; pferdinands@kslaw.com; mstrauss@kmllp.com; bwalker@kmllp.com; judson.brown@kirkland.com; tklestadt@klestadt.com;jcorneau@klestadt.com; sdny@kmk-law.net; jleibowitz@kandfllp.com; dlibra@lapplibra.com; james.heaney@lawdeb.com; richard@rsaxlaw.com; sheehan@txschoollaw.com; Dcaponnetto@leopoldassociates.com; pmahony@leopoldassociates.com; austin.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com; houston_bankruptcy@lgbs.com; choward@lockelord.com; abehlmann@lowenstein.com; abehlmann@lowenstein.com; metkin@lowenstein.com;ilevee@lowenstein.com; adoshi@magnozzikye.com; susanp@taxcollector.com; kmarino@khmarino.com; jboyle@khmarino.com; lgordon@mvbalaw.com; pmoak@McKoolSmith.com; mcarney@mckoolsmith.com; pmoak@McKoolSmith.com; knewman@menterlaw.com; mfriedman@meyner.com; sdnyecf@dor.mo.gov; jgarrity@morganlewis.com; mkraut@morganlewis.com; pfleming@morganlewis.com; mmorganroth@morganrothlaw.com; jmorganroth@morganrothlaw.com; lberkoff@moritthock.com; jmoldovan@morrisoncohen.com;bankruptcy@morrisoncohen.com; rdakis@morrisoncohen.com;

gelfarb@mosskalish.com; seth.goldman@mto.com; Thomas.walper@mto.com;
cmomjian@attorneygeneral.gov; almeyers@sjgov.org;
dwdykhouse@pbwt.com;bguiney@pbwt.com; Paul_Papas@mylegalhelpusa.com;
ebcalvo@pbfcm.com; brandon.johnson@pillsburylaw.com; jmcmurtr@placer.ca.gov;
dflanigan@polsinelli.com;jnagi@polsinelli.com; igoldstein@proskauer.com;
srutsky@proskauer.com;jzajac@proskauer.com;
danbrockett@quinnemanuel.com;daveburnett@quinnemanuel.com;
jeremyandersen@quinnemanuel.com; jeremyandersen@quinnemanuel.com;
ericwinston@quinnemanuel.com;
susheelkirpalani@quinnemanuel.com;scottshelley@quinnemanuel.com; mrollin@rplaw.com;
cwood@rgrdlaw.com; stevep@rgrdlaw.com; rbrown@robertbrownlaw.com;
romero@mromerolawfirm.com; Ross.martin@ropesgray.com;keith.wofford@ropesgray.com;
Ross.martin@ropesgray.com; dsasser@siwpc.com; dhall@siwpc.com;
jglucksman@scarincihollenbeck.com; bdk@schlamstone.com;
bbressler@schnader.com;rbarkasy@schnader.com; eboden@schnader.com;
adam.harris@srz.com; howard.godnick@srz.com; marguerite.gardiner@srz.com;
michael.cutini@srz.com; bateman@sewkis.com; christensen@sewkis.com; patel@sewkis.com;
hooper@sewkis.com; josselson@sewkis.com; cohen@sewkis.com;das@sewkis.com;
binder@sewkis.com; kotwick@sewkis.com; alves@sewkis.com; joel@shafeldlaw.com;
taconrad@sbwlawfirm.com; fsosnick@shearman.com;sfennessey@shearman.com;
pdatta@hhstein.com; amuller@stinson.com; whazeltine@sha-llc.com; tal@talcottfranklin.com;
derek@talcottfranklin.com; jmiller@tcfbank.com; jteitelbaum@tblawllp.com;
AGBankNewYork@ag.tn.gov; robert.major@bnymellon.com;
Adam.Parkin@tdsecurities.com; Christopher.stevens@tdsecurities.com;
themeyerslawfirm@gmail.com; kay.brock@co.travis.tx.us; mamta.scott@usbank.com;
michelle.moeller@usbank.com; tanveer.ashraf@usbank.com; Glenn.Gillett@usdoj.gov;
Mark.Flannagan@umb.com; james.byrnes@usbank.com; laura.moran@usbank.com;
mvaughan@wbsvlaw.com;dskeens@wbsvlaw.com; gary.holtzer@weil.com;
kelly.j.rentz@wellsfargo.com; Sharon.Squillario@wellsfargo.com;
;mary.l.sohlberg@wellsfargo.com; kristi.garcia@wellsfargo.com;
accesslegalservices@gmail.com; cshore@whitecase.com; isilverbrand@whitecase.com;
dthatch@whitecase.com; mabrams@willkie.com; rchoi1@willkie.com; jhardy2@willkie.com;
rmaney@wilmingtontrust.com; david.tillem@wilsonelser.com; dneier@winston.com;
dneier@winston.com; cschreiber@winston.com; jlawlor@wmd-law.com;
pdefilippo@wmd-law.com;sfitzgerald@wmd-law.com;
gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com;

Dated:   New York, New York
         July 26, 2013

_____
Richard V. Conza