UNITED STATES BANKRUPTCY COURT

DISTRICT OF <u>NEW YORK</u>

DIVISION   <u>SOUTHERN</u>

| | |
|---|---|
| In re:  RESIDENTIAL CAPITAL LLC | Case No. 12-12020-MG |
| I.D. NO. <u>07212951200002390</u> | Year <u>2012</u> |

RECEIVED JUL 25 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

## WITHDRAWAL OF CLAIM

1. The undersigned, Ray Valdes, the Seminole County Tax Collector, who is the claimant herein, conducts business pursuing collection at 1101 East First Street, Post Office Box 630, Sanford, Florida 32772.

2. That said Claim is hereby withdrawn due to payment in full made by:

   <u>CHARLES D MINER PA</u>
   <u>5120 CURRY FORD RD</u>
   <u>ORLANDO FL 32812</u>

3. Total payment made may reflect discount given at time of payment. Our records show payment received with receipt number R06/28/13P002603 paid on <u>June 28, 2013</u> in the amount of <u>1,915.04</u>.

4. The Amended Claim was filed on <u>December 21, 2012</u> in the amount of <u>1,832.57</u>.


Dated <u>July 16, 2013</u>.

                                        RAY VALDES
                                        SEMINOLE COUNTY TAX COLLECTOR
                                        By: /s/ Dona Spaulding
                                        Name: <u>Dona Spaulding, Bankruptcy Representative</u>
                                        Phone: <u>(407) 665-7646</u>