July 22, 2013

Honorable Martin Glenn
United States Bankruptcy Judge
Southern District of New York Bankruptcy Court
One Bowling Green
New York, NY 1004

**Re: Case 12-12012 (MG) Chapter 11 Jointly Administer**

Judge Glenn:

How are you today? My name is Renee Welch and I have a pending suit that is being held in Abeyance at the United States Sixth Circuit Court of Appeals Case No. 12-2282 until the known title holder is identified; pending the outcome of this Bankruptcy Case.

The pupose of this letter is to inform you that Attorney John D Ali located at 600 South Adams Suite 300 Birmingham Michigan 48009 and Allan Boike located in Shelby Township MI created a company called Residential Group 231 LLC 8155 Annsbury Dr. Suite 100 Shelby Township MI 48316 (Michigan Corporation ID Number **D3659K**) to fraudulent collect on GMAC and Residential Capital LLC assests.

I ask that the Bankruptcy Court notify the Trustee of this serious matter.

Cordially Yours,

Renee Welch



RECEIVED
JUL 26 2013
U.S. BANKRUPTCY COURT, SDNY