United States Bankruptcy Court Southern District of New York

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

### Notice of Hearing on Eleventh Omnibus Objection to Claims
### (Misclassified Claims)

### B Fischer Construction LLC
### Response on Objection to Claims

In response to the Objection, B. Fischer Construction, LLC, Brian Fischer, OPPOSES the request for reclassification of our claim. Attached you will find documentation supporting the reason for our claim and the required steps that were taken in order for B. Fischer Construction, LLC to properly assert a security interest against the Debtors and/or priority claim(s).

Please return any reply to our response to: B Fischer Construction LLC, Brian J. Fischer, 1044 Mayer Street, Menasha, Wisconsin 54952. Brian J. Fischer, Owner/Operator, Representing B. Fischer Construction LLC, may also be contacted by phone at (920) 486-1083.

Dated: July 24, 2013

*Brian Fischer*

Brian J Fischer, Owner/Operator
B. Fischer Construction, LLC
1044 Mayer Street
Menasha, WI 54952
Office: (920) 486-1083
Fax: (920) 486-7161



RECEIVED JUL 26 2013 U.S. BANKRUPTCY COURT, SDNY

**EPIPHANY LAW**ᴸᴸᶜ    4211 North Lightning Drive, Appleton, WI 54913 ▲ P: 920-996-0000 ▲ F: 920-996-0001 ▲ www.epiphanylaw.com

## VIA CERTIFIED AND REGULAR U.S. MAIL

December 1, 2011

GMAC Mortgage
P.O. Box 52052
Phoenix, AZ 85072

Re:    B. Fischer Construction, LLC
        Property Address: 1241 Briarwood Dr., Menasha, WI 54942
        Date of Loss: 7/20/2010
        Account No. 7442553616

Dear Whom it May Concern:

Please be advised that I represent B. Fischer Construction, LLC (hereinafter "Fischer Construction") regarding amounts that remain due and owing from the work performed to 1241 Briarwood Dr., Menasha, WI 54942. As you are aware, Fischer Construction provided work that totaled $14,603.41. The property was a foreclosure property; this is the reason why arrangements were being coordinated directly with GMAC Mortgage (hereinafter "GMAC") and payments were coming directly from GMAC.

GMAC voluntarily took on a duty to Fischer Construction to include Fischer Construction as a named payee on checks paying for services provided by Fischer Construction. I am enclosing four (4) checks dated 10/19/10, 10/19/10, 11/17/10, and 2/22/11 respectively that establish GMAC voluntarily took on the duty to name the property owner, Patty L. Kolaskinski, in addition to Fischer Construction as payees; therefore, making GMAC liable to Fischer Construction. In April or May of 2011, a GMAC representative informed Fischer Construction that an error had been made and that the final check in the amount of $4,963.48 had been sent out listing Patty L. Kolaskinski as the sole payee on the check, negligently leaving Fischer Construction off as a payee.

There are three (3) elements to voluntary assumption of duty to a third person: 1) a party volunteers to provide service to another; 2) the party should have recognized those services were necessary for the protection of a third person or their property; and 3) the party failed to exercise ordinary care in providing the services; and harm was suffered because of reliance by the third party upon the party to provide the services. <u>Stephenson v. Universal Metrics, Inc.</u>, 2002 WI 30, 251 Wis.2d 171, 641 N.W.2d 158, and WI Jury Instruction 1397.

All three elements are satisfied in the instant case establishing that GMAC voluntarily assumed a duty to Fischer Construction as the third party to ensure payment and notification of included Fischer Construction.

GMAC breached its duty to Fischer Construction when it sent a final payment in the amount of $4,963.48 with Patty L. Kolaskinski as sole payee. As a result of GMAC's negligence and breach of duty, Fischer Construction has sustained damages by not receiving payment in the amount of $4,963.48 in addition to legal expenses to recover amounts due and owing. Fischer Construction has not been paid the final remaining balance of $4,963.48.

GMAC knew or should have known that continuing to include Fischer Construction as a named payee on future payment checks was necessary for the protection of Fischer Construction to be paid for the work it performed. Further, GMAC failed to exercise ordinary care in failing to include Fischer Construction as a payee in the final payment; as a result, GMAC is liable to Fischer Construction for this breach.

I have laid out the legal basis for recovery for Fischer Construction. Fischer Construction has asked that I offer GMAC resolution of the matter prior by resorting to the Courts. In this regard, please forward immediate payment in the amount of **$4,963.48** made payable to Epiphany Law Trust, 4211 N. Lightning Dr., Appleton, WI 54913 by **Wednesday, December 14, 2011**. If we have not received payment or reached any payment agreement with GMAC by that time, we are prepared to commence litigation action against GMAC in Wisconsin Courts.

I look forward to your anticipated cooperation in settling this matter. Please contact me if you have any questions.

Yours truly,

EPIPHANY LAW, LLC

Valerie J. Revnew
Attorney at Law
vrevnew@epiphanylaw.com

VJR/amn
Enclosure
Copy to B. Fischer Construction

S:\clients\B Fischer Construction, LLC\Drafts\GMAC letter 11-22-11.doc; 12/1/2011 11:30 AM

**USPS Certified Mail Return Receipt (PS Form 3811, February 2004)**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X ☐ Agent ☐ Addressee
- B. Received by (Printed Name) | C. Date of Delivery
- D. Is delivery address different from item 1? ☐ Yes ☐ No
  If YES, enter delivery address below:

1. Article Addressed to:
   GMAC Mortgage
   P.O. Box 52052
   Phoenix, AZ 85072

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7011 1570 0003 5885 6164

102595-02-M-1540    Domestic Return Receipt

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

- Postage: $
- Certified Fee
- Return Receipt Fee (Endorsement Required)
- Restricted Delivery Fee (Endorsement Required)
- Total Postage & Fees: $

Postmark Here

Sent To: GMAC Mortgage
Street, Apt. No.; or PO Box No.: P.O. Box 52052
City, State, ZIP+4: Phoenix, AZ 85072

7011 1570 0003 5885 6164

PS Form 3800, August 2006 — See Reverse for Instructions

---

CERTIFIED MAIL
7011 1570 0003 5885 6164

EPIPHANY LAW
4211 North Lightning Drive
Appleton, WI 54913

GMAC Mortgage
P.O. Box 52052
Phoenix, AZ 85072

UNITED STATES POSTAGE    $ 005.59⁰
PITNEY BOWES
02 1P    DEC 01 201_
0003819539
MAILED FROM ZIP CODE 5491_

## GMAC Mortgage

| | | |
|---|---|---|
| 10/19/10 | 12037269 | $2,081.76 |

JPMorgan Chase Bank, N.A.
Chicago, Illinois

70-2822
719

**TWO THOUSAND EIGHTY ONE DOLLARS AND 76 CENTS**

PAY TO THE
ORDER OF

GMAC MORTGAGE DISBURSEMENTS

PATTY KOLASINKI & B.
FISCHER CONSTRUCTION LLC
1241 BRIARWOOD DR
MENASHA, WI    54952

VOID AFTER 90 DAYS

⑆12037269⑆ ⑈071923226⑈ 000944300⑈

ccount 944300    Serial 12037269    Amount 00002081.76    Date 10-22-2010    TR 71923226    Disc 1

PROSPERA CREDIT UNION
Menasha, Wisconsin
OCT 2 2 2010

>2760-7942-9<

| CHECK DATE | **GMAC Mortgage** | CHECK NO. | JPMorgan Chase Bank, N.A. Chicago, Illinois | AMOUNT | |
|---|---|---|---|---|---|
| 11 17 10 | | 12057432 | | $3,469.61 | |

**THREE THOUSAND FOUR HUNDRED SIXTY NINE DOLLARS AND 61 CENTS**

PAY TO THE ORDER OF

GMAC MORTGAGE DISBURSEMENTS

PATTY KOLASINKI & B.
FISCHER CONSTRUCTION LLC
1241 BRIARWOOD DR
MENASHA, WI    54952

VOID AFTER 90 DAYS

⑆12057432⑆ ⑈071923226⑈ 000944300⑉

Account 944300   Serial 12057432   Amount 00003469.61   Date 11-22-2010   TR 71923226   Disc 1

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK. HOLD AT AN ANGLE TO VIEW.

**GMAC Mortgage**

02 22 11

JPMorgan Chase Bank, N.A.
Chicago, Illinois

12125353

$2,700.72

**TWO THOUSAND SEVEN HUNDRED DOLLARS AND 72 CENTS**

PAY TO THE ORDER OF

GMAC MORTGAGE DISBURSEMENTS

PATTY KOLASINKI & B.
FISCHER CONSTRUCTION LLC
1241 BRIARWOOD DR
MENASHA, WI    54952

VOID AFTER 90 DAYS

#12125353#  :071923226:  000944300#

Account 944300   Serial 12125353   Amount 00002700.72   Date 02-28-2011   TR 71923226   Disc 1



THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK HOLD AT AN ANGLE TO VIEW

## GMAC Mortgage

| 10 | 19 | 10 |

12037267

JPMorgan Chase Bank, N.A.
Chicago, Illinois

$1,387.84

70-2522
719

**ONE THOUSAND THREE HUNDRED EIGHTY SEVEN DOLLARS AND 84 CENTS**

PAY TO THE ORDER OF

GMAC MORTGAGE DISBURSEMENTS

PATTY KOLASINKI & B.
FISCHER CONSTRUCTION LLC
1241 BRIARWOOD DR
MENASHA, WI    54952

VOID AFTER 60 DAYS

⑈12037267⑈  ⑆071923226⑆  000944300⑈

Account 944300   Serial 12037267   Amount 00001387.84   Date 10-22-2010   TR 71923226   Disc 1

PROSPERA CREDIT UNION
Menasha, Wisconsin
OCT 28 2010

>2769-7942-9<

Patty Kolasinki
B. Fischer
B Fischer Const LLC

# Wisconsin Circuit Court Access (WCCA)
## B Fischer Construction LLC vs. Patty L Kolasinski
## Winnebago County Case Number 2011CL000017

| Filing Date | Case Type | Case Status |
|---|---|---|
| 06-20-2011 | Construction Lien | Filed Only |

| Class Code Description | Responsible Official | |
|---|---|---|
| Construction Lien | Fremgen, Diane | |

## Parties

| Party Type | Party Name | Party Status |
|---|---|---|
| Claimant | B Fischer Construction LLC | |
| Owner | Kolasinski, Patty L | |

## Civil Judgment(s)

| Type | Debtor Name | Multiple Debtors | Amount | Satisfaction | Judgment Status | Satis. Date |
|---|---|---|---|---|---|---|
| Construction lien | Kolasinski, Patty L | No | $4,963.48 | No | | |

## Party Details

**B Fischer Construction LLC - Claimant**

| Date of Birth | Sex | Race[1] |
|---|---|---|

Address
1044 Mayer St, Menasha, WI 54952

Address Updated On
06-20-2011

**Kolasinski, Patty L - Owner**

| Date of Birth | Sex | Race[1] |
|---|---|---|

Address
1241 Briarwood Dr, Menasha, WI 54952

Address Updated On
06-20-2011

## Construction lien

| County | Case Number | Case Caption |
|---|---|---|
| Winnebago | 2011CL000017 | B Fischer Construction LLC vs. Patty L Kolasinski |

Page 1 of 2

Case Details for 2011CL000017 in Winnebago County

| Judgment/Lien Date | Total Amount | Warrant Number | | |
|---|---|---|---|---|
| 06-20-2011 | $ 4,963.48 | | | |
| Date and Time Docketed | Service/Event Date | | | |
| 06-20-2011 at 03:00 pm | 10-25-2010 to 03-04-2011 | | | |
| Satisfaction | Judgment Status | | Date | Type Of Tax |
| No | | | | |

**Property/Remarks**
See File for Legal Description

**Judgment Parties**

| Party Type | Name | Dismissed | Status | Address |
|---|---|---|---|---|
| Creditor | B Fischer Construction LLC | No | Active | 1044 Mayer St, Menasha, WI 54952 |
| Debtor | Kolasinski, Patty L | No | Active | 1241 Briarwood Dr, Menasha, WI 54952 |

**Costs / Amounts**

| Description | Amount |
|---|---|
| Judgment amount | $ 4,963.48 |

1 The designation listed in the Race field is subjective. It is provided to the court by the agency that filed the case.

2 Non-Court activities do not require personal court appearances. For questions regarding which court type activities require court appearances, please contact the Clerk of Circuit Court in the county where the case originated.