# Exhibit C

*In re Residential Capital LLC, et al.*, 12-12020(MG) (Bankr. S.D.N.Y.)
FGIC 9019 Motion - Privilege Log

| No. | Date | Author/From | Recipients | CC | BCC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| PRIV001 | 2/21/2013 | Morrison & Foerster; Carpenter Lipps | Lewis Kruger (ResCap) | | | Legal memorandum prepared by counsel regarding claims asserted by monoline insurers | AC/WP |
| PRIV002 | 3/7/2013 | Jennifer Shank (ResCap) | John Mack (ResCap); Johnathan Ilany (ResCap); Lewis Kruger (ResCap); Pamela West (ResCap); Ted Smith (ResCap); Thomas Marano (ResCap); Jim Whitlinger (ResCap) | | Patrick Fleming (ResCap) | Email sent at the direction of counsel with attached board materials prepared by or at the direction of counsel regarding mediation | AC/WP/MC |
| PRIV003 | 3/7/2013 | Jennifer Marines (MoFo) | Tom Marano (ResCap); Jim Whitlinger (ResCap); Tammy Hamzehpour (ResCap); Pam West (ResCap); Jonathan Ilany (ResCap); John Mack (ResCap); Patrick Fleming (ResCap); Lewis Kruger (ResCap) | Jim Moldovan (Morrison Cohen); William Nolan (FTI); Mark Renzi (FTI); Filip Szymik (FTI); Gary Lee (MoFo); Lorenzo Marinuzzi (MoFo); Todd Goren (MoFo); Jennifer Marines (MoFo) | | Email from counsel with attached board materials prepared by or at the direction of counsel regarding mediation | AC/CI/WP/MC |

AC = Attorney-Client Communication; WP = Work Product Protection; MC = Mediation Confidentiality Order; CI = Common Interest Privilege

1

*In re Residential Capital LLC, et al.*, 12-12020(MG) (Bankr. S.D.N.Y.)
FGIC 9019 Motion - Privilege Log

| No. | Date | Author/From | Recipients | CC | BCC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| PRIV004 | 4/4/2013 | Gary Lee (MoFo) | Tammy Hamzehpour (ResCap); John Mack (ResCap); Thomas Marano (ResCap); Pamela West (ResCap); Jim Tanenbaum (MoFo); Michael Connolly (Morrison Cohen); Jim Whitlinger (ResCap); Joe Moldovan (Morrison Cohen); David Piedra (Morrison Cohen); Bill Thompson (ResCap); Lewis Kruger (ResCap); Teresa Brenner (ResCap); Johnathan Ilany (ResCap); Ted Smith (ResCap); Jill Horner (ResCap) | Karn Chopra (Centerview); William Nolan (FTI); Mark Renzi (FTI); Marc D. Puntus (Centerview) | | Email from counsel with attached settlement materials | AC/CI/WP/MC |
| PRIV005 | 4/8/2013 | Jennifer Marines (MoFo) | Lewis Kruger (ResCap); Gary Lee (MoFo); Lorenzo Marinuzzi (MoFo); Todd Goren (MoFo) | | | Email from counsel attaching materials prepared by counsel for mediation | AC/WP/MC |
| PRIV006 | 4/8/2013 | Jennifer Marines (MoFo) | Gary Lee (MoFo); Lewis Kruger (ResCap) | | | Email chain with counsel attaching materials prepared by counsel for mediation | AC/WP/MC |
| PRIV007 | 4/10/2013 | Morrison & Foerster | Lewis Kruger (ResCap) | | | Draft court filings prepared by counsel | AC/WP |

AC = Attorney-Client Communication; WP = Work Product Protection; MC = Mediation Confidentiality Order; CI = Common Interest Privilege

2

*In re Residential Capital LLC, et al.*, 12-12020(MG) (Bankr. S.D.N.Y.)
FGIC 9019 Motion - Privilege Log

| No. | Date | Author/From | Recipients | CC | BCC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| PRIV008 | 4/11/2013 | Jennifer Marines (MoFo) | Lewis Kruger (Lewis Kruger (ResCap);Gary Lee (MoFo); Lorenzo Marinuzzi (MoFo); Todd Goren (MoFo) | Jennifer Marines (MoFo) | | Email from counsel attaching materials prepared by counsel for mediation | AC/WP/MC |
| PRIV009 | 4/15/2013 | Gary Lee (MoFo) | Thomas Marano (ResCap); Jim Whitlinger (ResCap) | Lewis Kruger (ResCap) | | Email chain with counsel attaching materials prepared by or at the direction of counsel for mediation | AC/WP/MC |
| PRIV010 | 4/16/2013 | Mark Renzi (FTI) | Jennifer Marines (MoFo); Marc Puntus (Centerview); Karn Chopra (Centerview); Todd Goren (MoFo) | William Nolan (FTI); Filip Szymik (FTI); Lorenzo Marinuzzi (MoFo); Gary Lee (MoFo); Lewis Kruger (ResCap); Erica Richards (MoFo); Ryan Kielty (Centerview); Benjamin Weingarten (Centerview) | | Email chain with counsel and retained professionals attaching materials prepared by or at the direction of counsel for mediation | AC/WP/MC |

AC = Attorney-Client Communication; WP = Work Product Protection; MC = Mediation Confidentiality Order; CI = Common Interest Privilege

*In re Residential Capital LLC, et al.*, 12-12020(MG) (Bankr. S.D.N.Y.)
FGIC 9019 Motion - Privilege Log

| No. | Date | Author/From | Recipients | CC | BCC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| PRIV011 | 4/16/2013 | Jennifer Marines (MoFo) | Karn Chopra (Centerview); Todd Goren (MoFo); Mark Renzi (FTI) | William Nolan (FTI); Filip Szymik (FTI); Marc Puntus (Centerview); Lorenzo Marinuzzi (MoFo); Gary Lee (MoFo); Lewis Kruger (ResCap); Erica Richards (MoFo); Ryan Kielty (Centerview); Benjamin Weingarten (Centerview) | | Email chain with counsel and retained professionals attaching materials prepared by or at the direction of counsel for mediation | AC/WP/MC |
| PRIV012 | 4/16/2013 | Jennifer Marines (MoFo) | Karn Chopra (Centerview); Todd Goren (MoFo); Mark Renzi (FTI) | William Nolan (FTI); Filip Szymik (FTI); Marc Puntus (Centerview); Lorenzo Marinuzzi (MoFo); Gary Lee (MoFo); Lewis Kruger (ResCap); Erica Richards (MoFo); Ryan Kielty (Centerview); Benjamin Weingarten (Centerview); Jennifer Marines (MoFo) | | Email chain with counsel and retained professionals attaching materials prepared by or at the direction of counsel for mediation | AC/WP/MC |
| PRIV013 | 4/16/2013 | Karn Chopra (Centerview) | Todd Goren (MoFo); Mark Renzi (FTI) | Jennifer Marines (MoFo); William Nolan (FTI); Filip Szymik (FTI); Marc Puntus (Centerview); Lorenzo Marinuzzi (MoFo); Gary Lee (MoFo); Lewis Kruger (ResCap); Erica Richards (MoFo); Ryan Kielty (Centerview); Benjamin Weingarten (Centerview) | | Email chain with counsel and retained professionals attaching materials prepared by or at the direction of counsel for mediation | AC/WP/MC |

AC = Attorney-Client Communication; WP = Work Product Protection; MC = Mediation Confidentiality Order; CI = Common Interest Privilege

4

*In re Residential Capital LLC, et al.*, 12-12020(MG) (Bankr. S.D.N.Y.)
FGIC 9019 Motion - Privilege Log

| No. | Date | Author/From | Recipients | CC | BCC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| PRIV014 | 4/17/2013 | Mark Renzi (FTI) | Gary Lee (MoFo); Lorenzo Marinuzzi (MoFo); Jennifer Marines (MoFo); Lewis Kruger (ResCap); Todd Goren (MoFo); Karn Chopra (Centerview) | William Nolan (FTI); Filip Szymik (FTI), | | Email with counsel and retained professionals attaching materials prepared by or at the direction of counsel for mediation | AC/WP/MC |
| PRIV015 | 4/18/2013 | Filip Szymik (FTI) | Gary Lee (MoFo); William Nolan (FTI); Lorenzo Marinuzzi (MoFo); Jennifer Marines (MoFo); Lewis Kruger (ResCap); Todd Goren (MoFo); Mark Renzi (FTI); Karn Chopra (Centerview) | William Nolan (FTI) | | Email with counsel and retained professionals attaching materials prepared by or at the direction of counsel for mediation | AC/WP/MC |
| PRIV016 | 4/18/2013 | Mark Renzi (FTI) | Gary Lee (MoFo); Jennifer Marines (MoFo); Karn Chopra (Centerview); Lorenzo Marinuzzi (MoFo); Todd Goren (MoFo); Lewis Kruger (ResCap) | William Nolan (FTI); Filip Szymik (FTI) | | Email with counsel and retained professionals attaching materials prepared by or at the direction of counsel for mediation | AC/WP/MC |

AC = Attorney-Client Communication; WP = Work Product Protection; MC = Mediation Confidentiality Order; CI = Common Interest Privilege

5

*In re Residential Capital LLC, et al.*, 12-12020(MG) (Bankr. S.D.N.Y.)
FGIC 9019 Motion - Privilege Log

| No. | Date | Author/From | Recipients | CC | BCC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| PRIV017 | 4/18/2013 | Filip Szymik (FTI) | Mark Renzi (FTI); Gary Lee (MoFo); Jennifer Marines (MoFo); Karn Chopra (Centerview); Lorenzo Marinuzzi (MoFo); Todd Goren (MoFo); Lewis Kruger (ResCap) | William Nolan (FTI) | | Email with counsel and retained professionals attaching materials prepared by or at the direction of counsel for mediation | AC/WP/MC |
| PRIV018 | 4/18/2013 | Jennifer Marines (MoFo) | Filip Szymik (FTI); Lorenzo Marinuzzi (MoFo); Todd Goren (MoFo); Lewis Kruger (ResCap) | Mark Renzi (FTI); Gary Lee (MoFo); Karn Chopra (Centerview); William Nolan (FTI) | | Email chain with counsel and retained professionals discussing materials prepared by or at the direction of counsel for mediation | AC/MC |
| PRIV019 | 4/19/2013 | Gary Lee (MoFo) | Lewis Kruger (ResCap) | | | Email chain with counsel and retained professionals attaching materials prepared by or at the direction of counsel for mediation | AC/WP/MC |

AC = Attorney-Client Communication; WP = Work Product Protection; MC = Mediation Confidentiality Order; CI = Common Interest Privilege

6

*In re Residential Capital LLC, et al.*, 12-12020(MG) (Bankr. S.D.N.Y.)
FGIC 9019 Motion - Privilege Log

| No. | Date | Author/From | Recipients | CC | BCC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| PRIV020 | 4/19/2013 | Gary Lee (MoFo) | Lewis Kruger (ResCap) | | | Email chain with counsel and retained professionals attaching materials prepared by or at the direction of counsel for mediation | AC/WP/MC |
| PRIV021 | 4/19/2013 | | Lewis Kruger (ResCap) | | | Draft materials prepared by or at the direction of counsel for mediation | AC/WP/MC |
| PRIV022 | 4/19/2013 | Filip Szymik (FTI) | William Nolan (FTI); Gary Lee (MoFo) | Mark Renzi (FTI); Lorenzo Marinuzzi (MoFo); Jennifer Marines (MoFo); Lewis Kruger (ResCap); Gary Lee (MoFo) | | Email chain with counsel and retained professionals attaching materials prepared by or at the direction of counsel for mediation | AC/WP/MC |
| PRIV023 | 4/19/2013 | Jennifer Marines (MoFo) | Gary Lee (MoFo) | Lorenzo Marinuzzi (MoFo); Erica Richards (MoFo); Lewis Kruger (ResCap) | | Email from counsel attaching non-final settlement documents | AC/WP/MC |

AC = Attorney-Client Communication; WP = Work Product Protection; MC = Mediation Confidentiality Order; CI = Common Interest Privilege

7

*In re Residential Capital LLC, et al.*, 12-12020(MG) (Bankr. S.D.N.Y.)
FGIC 9019 Motion - Privilege Log

| No. | Date | Author/From | Recipients | CC | BCC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| PRIV024 | 4/19/2013 | Filip Szymik (FTI) | William Nolan (FTI); Gary Lee (MoFo) | Mark Renzi (FTI); Lorenzo Marinuzzi (MoFo); Jennifer Marines (MoFo); Lewis Kruger (ResCap); Gary Lee (MoFo) | | Email chain with counsel and retained professionals attaching materials prepared by or at the direction of counsel for mediation | AC/WP/MC |
| PRIV025 | 4/20/2013 | Filip Szymik (FTI) | Gary Lee (MoFo); William Nolan (FTI) | Mark Renzi (FTI); Lorenzo Marinuzzi (MoFo); Jennifer Marines (MoFo); Lewis Kruger (ResCap) | | Email chain with counsel and retained professionals attaching materials prepared by or at the direction of counsel for mediation | AC/WP/MC |
| PRIV026 | 4/20/2013 | Gary Lee (MoFo) | Filip Szymik (FTI) | William Nolan (FTI); Mark Renzi (FTI); Lorenzo Marinuzzi (MoFo); Jennifer Marines (MoFo); Lewis Kruger (ResCap) | | Email chain with counsel and retained professionals discussing materials prepared by or at the direction of counsel for mediation | AC/MC |

AC = Attorney-Client Communication; WP = Work Product Protection; MC = Mediation Confidentiality Order; CI = Common Interest Privilege

8

*In re Residential Capital LLC, et al.*, 12-12020(MG) (Bankr. S.D.N.Y.)
FGIC 9019 Motion - Privilege Log

| No. | Date | Author/From | Recipients | CC | BCC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| PRIV027 | 4/20/2013 | Lewis Kruger (ResCap) | Gary Lee (MoFo) | | | Email chain with counsel regarding mediation issues | AC/WP/MC |
| PRIV028 | 4/20/2013 | Lewis Kruger (ResCap) | Gary Lee (MoFo) | | | Email chain with counsel regarding mediation issues | AC/WP/MC |
| PRIV029 | 4/20/2013 | Filip Szymik (FTI) | Gary Lee (MoFo); William Nolan (FTI) | Mark Renzi (FTI); Lorenzo Marinuzzi (MoFo); Jennifer Marines (MoFo); Lewis Kruger (ResCap) | | Email chain with counsel and retained professionals attaching materials prepared by or at the direction of counsel for mediation | AC/WP/MC |
| PRIV030 | 4/21/2013 | Filip Szymik (FTI) | Gary Lee (MoFo); William Nolan (FTI); Lorenzo Marinuzzi (MoFo); Jennifer Marines (MoFo); Lewis Kruger (ResCap); Todd Goren (MoFo); Mark Renzi (FTI); Karn Chopra (Centerview) | | | Email chain with counsel and retained professionals attaching materials prepared by or at the direction of counsel for mediation | AC/WP/MC |

AC = Attorney-Client Communication; WP = Work Product Protection; MC = Mediation Confidentiality Order; CI = Common Interest Privilege

9

*In re Residential Capital LLC, et al.*, 12-12020(MG) (Bankr. S.D.N.Y.)
FGIC 9019 Motion - Privilege Log

| No. | Date | Author/From | Recipients | CC | BCC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| PRIV031 | 4/22/2013 | | Lewis Kruger (ResCap) | | | Draft materials prepared by or at the direction of counsel for mediation | AC/WP/MC |
| PRIV032 | 4/22/2013 | | Lewis Kruger (ResCap) | | | Draft materials prepared by or at the direction of counsel for mediation | AC/WP/MC |
| PRIV033 | 4/23/2013 | Filip Szymik (FTI) | Gary Lee (MoFo); Lewis Kruger (ResCap); Todd Goren (MoFo); Marc Puntus (Centerview); Karn Chopra (Centerview); Jennifer Marines (MoFo); Lorenzo Marinuzzi (MoFo) | Mark Renzi (FTI); William Nolan (FTI) | | Email attaching materials prepared by or at the direction of counsel for mediation | AC/WP/MC |
| PRIV034 | 4/24/2013 | Mark Renzi (FTI) | Jennifer Marines (MoFo) | Lorenzo Marinuzzi (MoFo); Lewis Kruger (ResCap); Jennifer Marines (MoFo) | | Email chain with counsel and retained professionals regarding mediation issues | AC/WP/MC |
| PRIV035 | 4/25/2013 | Gary Lee (MoFo) | Lewis Kruger (ResCap); Lorenzo Marinuzzi (MoFo); Todd Goren (MoFo); Jennifer Marines (MoFo) | | | Email from counsel attaching materials prepared by counsel for mediation | AC/WP/MC |

AC = Attorney-Client Communication; WP = Work Product Protection; MC = Mediation Confidentiality Order; CI = Common Interest Privilege

10

*In re Residential Capital LLC, et al.*, 12-12020(MG) (Bankr. S.D.N.Y.)
FGIC 9019 Motion - Privilege Log

| No. | Date | Author/From | Recipients | CC | BCC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| PRIV036 | 4/29/2013 | Gary Lee (MoFo) | Jim Beha (MoFo); Jeff Cancelliere (ResCap); Thomas Marano (ResCap) | Lewis Kruger (ResCap); Joel Haims (MoFo); Jim Whitlinger (ResCap); Ken Brock (ResCap) | | Email chain with counsel regarding mediation issues | AC/WP/MC |
| PRIV037 | 5/14/2013 | Jennifer Marines (MoFo) | Lew Kruger (ResCap); Gary Lee (MoFo): Lorenzo Marinuzzi (MoFo) | | | Email chain with counsel and mediation parties attaching non-final settlement documents | AC/WP/MC |
| PRIV038 | 5/14/2013 | Jennifer Marines (MoFo) | Lew Kruger (ResCap); Gary Lee (MoFo): Lorenzo Marinuzzi (MoFo) | | | Email chain with counsel and mediation parties attaching non-final settlement documents and materials prepared by or at the direction of counsel for mediation | AC/WP/MC |
| PRIV039 | 5/14/2013 | Jennifer Marines (MoFo) | Gary Lee (MoFo); Todd Goren (MoFo); Lewis Kruger (ResCap); Lorenzo Marinuzzi (MoFo) | | | Email chain with counsel and mediation parties attaching non-final settlement documents | AC/WP/MC |

AC = Attorney-Client Communication; WP = Work Product Protection; MC = Mediation Confidentiality Order; CI = Common Interest Privilege

11

*In re Residential Capital LLC, et al.*, 12-12020(MG) (Bankr. S.D.N.Y.)
FGIC 9019 Motion - Privilege Log

| No. | Date | Author/From | Recipients | CC | BCC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| PRIV040 | 5/14/2013 | Lorenzo Marinuzzi (MoFo) | Gary Lee (MoFo); Lewis Kruger (ResCap)'; Todd Goren (MoFo); Jennifer Marines (MoFo) | | | Email chain with counsel and mediation parties attaching non-final settlement documents | AC/WP/MC |
| PRIV041 | 5/18/2013 | Mike Talarico (FTI) | William Nolan (FTI); Gary Lee (MoFo); Todd Goren (MoFo); Jordan A. Wishnew (MoFo); Lorenzo Marinuzzi (MoFo); Lewis Kruger (ResCap); Norman Rosenbaum (MoFo) | Gina Gutzeit (FTI); Tanya Meerovich (FTI); Mark Renzi (FTI); Filip Szymik (FTI); Yash Mathur (FTI); Brett Witherell (FTI) | | Email chain with counsel and retained professionals attaching materials prepared by or at the direction of counsel for mediation | AC/WP/MC |
| PRIV042 | 5/20/2013 | Erica Richards (MoFo) | Todd Goren (MoFo); Lorenzo Marinuzzi (MoFo); Lewis Kruger (ResCap) | | | Email from counsel attaching non-final settlement documents | AC/WP/MC |
| PRIV043 | 5/22/2013 | James Newton (MoFo) | Gary Lee (MoFo) | Lewis Kruger (ResCap) | | Email chain with counsel and retained professionals regarding FGIC settlement | AC/WP/MC |

AC = Attorney-Client Communication; WP = Work Product Protection; MC = Mediation Confidentiality Order; CI = Common Interest Privilege

*In re Residential Capital LLC, et al.*, 12-12020(MG) (Bankr. S.D.N.Y.)
FGIC 9019 Motion – Supplemental Privilege Log – July 10, 2013

| No. | Date | Author/From | Recipients | CC | BCC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| PRIV044 | 5/12/2013 | Morrison & Foerster; ResCap | | | | Draft board resolution prepared by or at the direction of counsel regarding the PSA and Plan Term Sheet | AC/WP |

AC = Attorney-Client Communication; WP = Work Product Protection; MC = Mediation Confidentiality Order; CI = Common Interest Privilege1

ny-1098940

*In re Residential Capital LLC, et al.*, 12-12020(MG) (Bankr. S.D.N.Y.)
FGIC 9019 Motion – Supplemental Privilege Log – July 15, 2013

| No. | Date | Author/From | Recipients | CC | BCC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| PRIV045 | 3/16/2013 | Gary Lee (MoFo) | Tom Marano (ResCap); Tammy Hamzehpour (ResCap); Jim Whitlinger (ResCap); William Thompson (ResCap); Patrick Fleming (ResCap); Pam West (ResCap); John Mack (ResCap); Jonathan Ilany (ResCap) | James Tanenbaum (MoFo); Lewis Kruger (ResCap); Lorenzo Marinuzzi (MoFo); Todd Goren (MoFo); Jim Moldovan (Morrison Cohen) | | Email from counsel regarding upcoming meetings | AC/WP |
| PRIV046 | 5/23/2013 | Gary Lee (MoFo) | Tammy Hamzehpour (ResCap); Jennifer Shank (ResCap); Thomas Marano (ResCap); Jill Horner (ResCap); Jonathan Ilany (ResCap); Ted Smith (ResCap); Teresa Brenner (ResCap); John Mack (ResCap); Pamela West (ResCap) | Lewis Kruger (ResCap); Joe Moldovan (Morrison Cohen); David Piedra (Morrison Cohen); Jim Tanenbaum (MoFo); Bill Thompson (ResCap); Nilene Evans (MoFo); Lorenzo Marinuzzi (MoFo); Larren Nashelsky (MoFo); Anthony Princi (MoFo); Darryl Rains (MoFo); Charles Kerr (MoFo); Joel Haims (MoFo); Jamie Levitt (MoFo); Todd Goren (MoFo) | | Email from counsel regarding the settlement agreements. | AC/MC |

AC = Attorney-Client Communication; WP = Work Product Protection; MC = Mediation Confidentiality Order; CI = Common Interest Privilege1

ny-1099708

*In re Residential Capital LLC, et al.*, 12-12020(MG) (Bankr. S.D.N.Y.)
FGIC 9019 Motion - Redaction Log – July 16

| Bates No. | Date | Author/From | Recipients | CCs | BCC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| RC_FGIC9019_00034884-RC_FGIC9019_00034886 | 5/13/2013 | Jennifer Shank (ResCap) | | | | Attorney client communication during the course of a meeting of the board of directors | AC/MC |
| RC_FGIC9019_00034892-RC_FGIC9019_00034893 | 5/21/2013 | Jennifer Shank (ResCap) | | | | Attorney client communication during the course of a meeting of the board of directors | AC/MC |
| RC_FGIC9019_00034836 | 5/22/2013 | Jennifer Shank (ResCap) | Thomas Strauss (Wilmington Trust); Garry Hills (Wilmington Trust); Mindy Waiser (Wilmington Trust); William Tyson (ResCap); Deanna Horst (ResCap); Dave Cunningham (ResCap); Tammy Hamzehpour (ResCap); Lewis Kruger (ResCap); Nilene Evans (MoFo); Loreanzo Marinuzzi (MoFo) | | | Email sent at the direction of counsel with attached board materials prepared by or at the direction of counsel | AC/WP |
| RC_FGIC9019_00034899-RC_FGIC9019_00034900 | 5/22/2013 | Jennifer Shank (ResCap) | | | | Attorney client communication during the course of a meeting of the board of directors | AC/MC |
| RC_FGIC9019_00034839 | 5/22/2013 | Jennifer Shank (ResCap) | Thomas Strauss (Wilmington Trust); Garry Hills (Wilmington Trust); Mindy Waiser (Wilmington Trust); William Tyson (ResCap); Deanna Horst (ResCap); Dave Cunningham (ResCap); Tammy Hamzehpour (ResCap); Lewis Kruger (ResCap); Nilene Evans (MoFo); Loreanzo Marinuzzi (MoFo) | | | Email sent at the direction of counsel with attached board materials prepared by or at the direction of counsel | AC/WP |
| RC_FGIC9019_00034890 | 6/14/2013 | Jennifer Shank (ResCap) | | | | Attorney client communication during the course of a meeting of the board of directors | AC/MC |

AC = Attorney-Client Communication; WP = Work Product Protection; MC = Mediation Confidentiality Order; CI = Common Interest Privilege

ny-1099730

*In re Residential Capital LLC, et al.*, 12-12020(MG) (Bankr. S.D.N.Y.)
FGIC 9019 Motion - Redaction Log – July 16

| Bates No. | Date | Author/From | Recipients | CCs | BCC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| RC_FGIC9019_00034849-RC_FGIC9019_00034853 | 06/14/2013 | Jennifer Shank (ResCap) | Tom Marano (ResCap); Tammy Hamzehpour (ResCap); Jim Whitlinger (ResCap); William Thompson (ResCap); Patrick Fleming (ResCap); Pam West (ResCap); John Mack (ResCap); Jonathan Ilany (ResCap); Jill Horner (ResCap); Teresa Brenner (ResCap); Ted Smith (ResCap); Gary Lee (MoFo); James Tanenbaum (MoFo); Lewis Kruger (ResCap); Lorenzo Marinuzzi (MoFo); Todd Goren (MoFo); Jim Moldovan (Morrison Cohen); David Piedra (Morrison Cohen); Michael Connolly (Morrison Cohen); Jack Levy (Morrison Cohen); Robert Dakis (Morrison Cohen); Karn Chopra (Centerview); Marc Puntus (Centerview); Ryan Kielty (Centerview); Bill Nolan (FTI); Mark Renzi (FTI); Oliver Ireland (MoFo) | | | Email sent at the direction of counsel with attached board materials prepared by or at the direction of counsel regarding mediation | AC/WP/CI |

AC = Attorney-Client Communication; WP = Work Product Protection; MC = Mediation Confidentiality Order, CI = Common Interest Privilege

ny-1099730