UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11
                                                             :
RESIDENTIAL CAPITAL, LLC, et al.,[1]                         :    Case No. 12-12020 (MG)
                                                             :
                                                             :
                                                             :    (Jointly Administered)
           Debtors.                                          :
-------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

    I, Jennifer Grageda, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A.  On or before July 24, 2013, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the parties on the service list attached hereto as **Exhibit A**:

   1. **Notice of Disclosure Statement Hearing**, dated July 9, 2013
      [Docket No. 4189]

Dated: July 26, 2013

                                                         Jennifer Grageda

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 26th of July, 2013, by Jennifer Grageda, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____    

ROSS BERNSTEIN
Commission # 2013582
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869), Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

# Exhibit A

Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Abbage and Associates PLLC | | 4801 Woodway Dr Ste 300E | | Houston | TX | 77056-1888 | |
| Abrahim, Habib | | 5225 Blakeslee Ave No 1-346 | | N Hollywood | CA | 91601-3249 | |
| Aframe Barnhill And Von Timroth | | 290 Main St Ste 901 | | Worcester | MA | 01608-2507 | |
| Ali Parto | | 13208 Myford Rd Apt 328 | | Tustin | CA | 92782-9112 | |
| All Star Settlements | | 1118 Light St Unit C | | Baltimore | MD | 21230-4135 | |
| Allen Ulrich and Deborah | | 8704 Darby Ln | | River Ridge | LA | 70123-2902 | |
| Alonzo Hurt | | 2802 N Carroll Ave Apt 2305 | | Dallas | TX | 75204-3065 | |
| Alpine Mortgage LLC | | 1850 Elm St Fl 2 | | Manchester | NH | 03104-2911 | |
| Amalia Aidarous | | 9728 Kingsmill Dr | | Plano | TX | 75025-5414 | |
| Amber Bell | | 3990 Spring Valley Rd Apt 722 | | Farmers Brnch | TX | 75244-3490 | |
| Ammcor | | PO Box 74390 | | San Clemente | CA | 92673-0147 | |
| Amon Real Estate Appraisers Inc | | 3403 Magic Oak Ln | | Sarasota | FL | 34232-1811 | |
| Amy Dugger | | 6596 US Highway 69 | | Denison | TX | 75021-5224 | |
| Ana Porto | | 2841 N Garland Ave Apt 128 | | Garland | TX | 75040-1911 | |
| Aners, Jerry | | 716 El Paseo Rd | | Ojai | CA | 93023-2455 | |
| Anne Welch | | 2024 Greenbrook Blvd | | Richland | WA | 99352-9621 | |
| Anthony Rice | Leander Darwent- Rice | 16224 NE 145th St | | Woodinville | WA | 98072-6974 | |
| Arizona Estates Homeowners | C O PMG Services | 1839 S Alma School Rd Ste 150 | | Mesa | AZ | 85210-3061 | |
| Arizona Impressions Community | C O PMG Services | 1839 S Alma School Rd Ste 150 | | Mesa | AZ | 85210-3061 | |
| Arvaz Purdie | | 6968 Clarkridge Dr Apt 2905 | | Dallas | TX | 75236-5817 | |
| Auto Club Insurance of Florida | | PO Box 630885 | | Cincinnati | OH | 45263-0885 | |
| Bagley Law Firm PC | | PO Box 395 | | Lenox | GA | 31637-0395 | |
| Barker Realty And Auction Coinc | | 1308 Baytree Rd | | Valdosta | GA | 31602-2732 | |
| Barnhill, Randy & Barnhill, Amy | | PO Box 832 | | New Caney | TX | 77357-0832 | |
| Barron and Stadfeld PC | | 98 Morgan St | | Randolph | MA | 02368-2220 | |
| Basinski, Terri M | | 74 Linwood Ave | | Tonawanda | NY | 14150-4018 | |
| Bayview Loan Servicing LLC | | 62516 Collection Center Dr | | Chicago | IL | 60693-0625 | |
| Beer, Barry A & Beer, Myra J | | 3814 Remington Rd | | Cedar Park | TX | 78613-7422 | |
| Berrien Township | Treasure | 8619 M 140 | | Berrien Ctr | MI | 49102-9715 | |
| Berrien Township | Treasurer | 8619 M 140 | | Berrien Ctr | MI | 49102-9715 | |
| Berrien Township | Treasurer Berrien TWP | 8619 M 140 | | Berrien Ctr | MI | 49102-9715 | |
| Bonner, Kathleen | | 27720 N 144th St | | Scottsdale | AZ | 85262-7725 | |
| Brandon Glenn | | 2778 Waterfall Ln | | Little Elm | TX | 75068-7345 | |
| Brenda And Brian Meehan | | 120 High St | | Harveys Lake | PA | 18618-3257 | |
| Brett Mohler | | 7 N Clinton St Apt 1 | | Albia | IA | 52531-1861 | |
| Brian Johnson Melissa Johnson and | Hysell Construction | 22406 180th Ave | | Centerville | IA | 52544-8632 | |
| Brian P Molloy Law Office LLC | | 133 Broadway | | Bangor | ME | 04401-5205 | |
| Broc Global Inc | | 14650 Olde Highway 80 | | El Cajon | CA | 92021-2837 | |
| Bruce C Fett Att At Law | | 5252 Balboa Ave Ste 1004 | | San Diego | CA | 92117-6986 | |
| Brunicardi Law Firm Pl | | PO Box 4261 | | Sarasota | FL | 34230-4261 | |
| Bryant Wendling | | 3001 Sale St Apt 117 | | Dallas | TX | 75219-4916 | |
| Bulerski, David & Bulerski, Dawn | | 33868 N Mercedes Dr | | San Tan Vly | AZ | 85142-3081 | |
| Busby Properties Remodeling | | 26310 N 50th Dr | | Phoenix | AZ | 85083-5430 | |
| C Rena Webb Att at Law | | 2112 Springhouse Rd SE | | Huntssville | AL | 35802-1869 | |
| Candy Herzog | | 4951 Catamaran St Apt B | | Oxnard | CA | 193035-1147 | |
| Carl Niven Choate and Wendy Trubye Choate | | 2737 Westridge Dr | | Plano | TX | 75075-8113 | |
| Carlos and Maria Mendez and | A Vision Roofing LLC | 2328 W Luke Ave | | Phoenix | AZ | 85015-2229 | |
| Carlton Osborn | | 3726 Valley View Ln Apt 1057 | | Irving | TX | 75062-2513 | |
| Caroline Corbett | | 12510 Overlook Rd | | Dayton | MN | 55327-9677 | |
| Carrier | | 1805 Bond St | | Little Rock | AR | 72206-6720 | |
| Cassundra Andrews | | 2736 Furlong Dr | | Grand Prairie | TX | 75051-8390 | |
| CE Stump And Associates Inc | | 3356 Brookside Ln | | Cuyahoga Falls | OH | 44223-3379 | |
| Cedric Francis vs GMAC Mortgage LLC fka GMAC | Mortgage Corporation | The Gore Law Firm | 6200 Savoy Dr Ste 1150 | Houston | TX | 77036-3369 | |
| Charles H Haynes Jr | | 65055 Old Bend Redmond Hwy | | Bend | OR | 97701-8488 | |

Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Charleston Heame | | 5800 Saintsbury Dr Apt 110 | | The Colony | TX | 75056-5465 | |
| Charter, Joseph M | | 258 A St Ste 1 | | Ashland | OR | 97520-1947 | |
| Chase Merritt Fund 1 LLC | | 450 Newport Center Dr Ste 480 | | Newport Bch | CA | 92660-7619 | |
| Christine M Saje Estate | | PO Box 850 | | El Toro | CA | 92609-0850 | |
| Christine M Saje Revocable | | PO Box 850 | | El Toro | CA | 92609-0850 | |
| Christine M Saje Revocable Trust | | PO Box 850 | | El Toro | CA | 92609-0850 | |
| Christine Rutemiller | | 22 Tower Hill Dr | | Red Bank | NJ | 07701-2403 | |
| Christopher and Amy Sims | | 900 Clinton Dr | | Plano | TX | 75075-2612 | |
| Christopher Roness | | 705 Winding Willows | | Bossier City | LA | 71111-5169 | |
| Clark Appraisal Service | | 5402 Wildcate Run Dr | | Indianapolis | IN | 46239-7898 | |
| Cohn Dussi & Bilodeau LLC | | 51 Jefferson Blvd Ste 1 | | Warwick | RI | 02888-1070 | |
| Cohn Dussi & Bilodeau LLC - (Inactive) | | 51 Jefferson Blvd Ste 1 | | Warwick | RI | 02888-1070 | |
| Coldwell Banker Residential Re | | 5216 Summerlin Commons Blvd No 100 | | Fort Myers | FL | 33907-2139 | |
| Commonwealth Park Condominium | C O The Niles Company | 3000 Davenport Avenue Suit | | Canton | MA | 02021- | |
| Compbelube, Darrell J & Compelube, Genevieve M | | 1130 W Windsor Ct | | Hanford | CA | 93230-6573 | |
| Complete Roofing and Insurance Repair | | 6721 Mountain Ledge Dr SE | | Owens X Rds | AL | 35763-8213 | |
| Consolidated Mortgage Services LLC | | 100 Ledgewood Pl Ste 304 | | Rockland | MA | 02370-1075 | |
| Construction Services and Roofing LLC | | 33 Taylors Way | | Foristell | MO | 63348-3217 | |
| Cory and Victoria Ramsey | | 406 Hudson Ave | | Staunton | VA | 24401-1652 | |
| County Court Condominium | | 3000 Davenport Avenue Suit | | Canton | MA | 02021- | |
| Craig Deachman and Cowie PLLC | | 1662 Elm St Ste 100 | | Manchester | NH | 03101-1243 | |
| Craig Eckenrodt | | 615 NW Lost Springs Ter Unit 301 | | Portland | OR | 97229-6497 | |
| Craig Seevers | | 79 Sunset Beach Dr | | North East | PA | 16428-3081 | |
| CSRJ Land and Cattle LLC | | 790 Serpa Ranch Rd | | Sn Luis Obisp | CA | 93401-8144 | |
| Curry, Dawn M | | 2005 Goldendale Ct | | Brandon | FL | 33511-2300 | |
| D L General Contracting Inc | | PO Box 456 | | Beaverton | OR | 97075-0456 | |
| Daniel Deleon | | 2412 E Walnut Creek Pkwy | | West Covina | CA | 91791-2054 | |
| Darcy Timmerman and Jeffrey | Timmerman | 1062 Hillvale Ave N | | Oakdale | MN | 55128-5859 | |
| Darnell, John | J and R Construction | 201 N Jordan St | | Whitesboro | TX | 75273-1521 | |
| Darren D Larson | | 4451 Tanager Trl | | Broomfield | CO | 80023-8809 | |
| David And Alma Berry And | Art Tec Construction | 7196 Heald Dr | | O Fallon | MO | 63368-9640 | |
| David And Dawn Whitmore And | Breeden Roofing | 4031 Irvine Rd | | Winchester | KY | 40391-8643 | |
| David Gray | Shirley Gray | 2271 Fairway Blvd | | Hudson | OH | 44236-1355 | |
| David Leinbaugh | | 1603 Clay St | | Cedar Falls | IA | 50613-4007 | |
| David V Moss Att At Law | | 18135 S Christine Ct | | Oregon City | OR | 97045-9606 | |
| De Vita Mary | | 145 Rocky Top Rd | | Hamden | CT | 06514-1110 | |
| Deamicis, Brian | | 2431 Capitol Ave | | Sacramento | CA | 95816-5805 | |
| Deborah McWalter | | 60 Thoreau St | | Concord | MA | 01742-2456 | |
| Dennis D Barth | Patricia A Barth | 2468 Chama Ave | | Loveland | CO | 80538-5100 | |
| Dennis D Slater | | 1634 W 1230 N | | St George | UT | 84770-4288 | |
| Dennis Perry Contractor | | 21225 W Hardy Rd | | Houston | TX | 77073-2217 | |
| Dickens Gary | | 2536 S Lewiston St | | Aurora | CO | 80013-1403 | |
| Didomenico, Doris H | | 205 E Macphail Rd | | Bel Air | MD | 21014-4405 | |
| Dimeglio, Nicholas A | | 86 N Baldwin Rd | | Oxford | MI | 48371-3402 | |
| Dixon, Thomas | | 191 County Rd | | Poplar Bluff | MO | 63901 | |
| Doan Law Offices | | 635 Camino De Los Mares Ste 200 | | San Clemente | CA | 92673-2804 | |
| Don E Bokovoy Att At Law | | 875 5th St Ste 11 | | Crescent City | CA | 95531-4000 | |
| Donaldson Appraisal | | 2050 Lancaster Cir Apt 102 | | Naperville | IL | 60565-4211 | |
| Donn D Dietz and Helen E Dietz Fami | | 513 Valley Gate Rd | | Simi Valley | CA | 93065-5353 | |
| Donn D. Dietz | | 513 Valley Gate Rd | | Simi Valley | CA | 93065-5353 | |
| Duane Bushofsky | | 1129 Oleson Rd | | Waterloo | IA | 50702-4239 | |
| Dunn Law Group | | 3901 W Pioneer Pkwy | | Arlington | TX | 76013-2906 | |
| Dustin Carda And Ruth Carda | | 5325 Maddox Ln | | Edina | MN | 55436-2604 | |
| Dwayne Smith | | 6903 Nava | | Grand Prairie | TX | 75054-5551 | |

Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Easton Crossing Condominium Trust | C O The Niles Company | 3000 Davenport Avenue Suit | | Canton | MA | 02021- | |
| Edgar Rodriguez | | 13800 Parkcenter Ln Apt 438 | | Tustin | CA | 92782-8516 | |
| Edward E. Merrell | | 1317 Jackson Square Rd | | Spring Grove | PA | 17362-8843 | |
| Edward W Hess  Jr | C O Law Office of Edward W Hess Jr | 601 Parkcenter Dr Ste 107 | | Santa Ana | CA | 92705-3543 | |
| Edwin L Parms Att At Law | | 750 Mull Ave Apt 2C | | Akron | OH | 44313-7558 | |
| Elayne M Perez Att At Law | | 746 N Magnolia Ave | | Orlando | FL | 32803-3809 | |
| Elizabeth B. Tarquinto | John D. Tarquinto | 10781 Millwood Dr | | Plymouth | MI | 48170-3464 | |
| Elizabeth Foust | | 13410 W 80th Ter | | Lenexa | KS | 66215-2507 | |
| Endia Woodard | | 1219 Maplewood Dr Apt 6 | | Cedar Falls | IA | 50613-5378 | |
| ERA Kepple Keene | | 10406 Forest Garden Ln | | Louisville | KY | 40223-6164 | |
| Eric 1 Thieroff David Wroblewski And | | 2020 N Central Ave Ste 1100 | | Phoenix | AZ | 85004-4503 | |
| Eric Groonwald | | 1302 Wicklow Dr | | Bloomington | IL | 61705-7406 | |
| Errea, Rebecca M | | 7548 W Avenue L11 | | Lancaster | CA | 93536-7388 | |
| Estate of Audrey G Cirmele | C/O Diane H. Vertullo, Trustee | 6690 Thames Dr | | Gilroy | CA | 95020-6710 | |
| Estate of Donna M Snyder | Tara L. Ceccanti | 200 Maitland Ave Apt 12 | | Altamonte Spg | FL | 32701-5506 | |
| Estate of Karen A Marzan | | 127 Makaweo Ave Apt A | | Wahiawa | HI | 96786-3246 | |
| Estate of Mary F Medina | | 10814 Arroyo Dr | | Whittier | CA | 90604-1911 | |
| Evan Keefe | | 37406 Shore Dr | | Lake Villa | IL | 60046-9185 | |
| Evangeline A Moore | | 14035 Cowart Rd | | Milton | GA | 30004-3588 | |
| Everbank | Stacey Lockhart | 301 W Bay St Ste 2200 | | Jacksonville | FL | 32202-5121 | |
| Everbank | | 301 W Bay St Ste 2200 | | Jacksonville | FL | 32202-5121 | |
| Everhome Mortgage | Ground Rent Collector | 301 W Bay St Ste 2200 | | Jacksonville | FL | 32202-5121 | |
| Everhome Mortgage | Ground Rent Department | 301 W Bay St Ste 2200 | | Jacksonville | FL | 32202-5121 | |
| Everhome Mortgage | | 301 W Bay St Ste 2200 | | Jacksonville | FL | 32202-5121 | |
| Everhome Mortgage Company | 1 | 301 W Bay St Ste 2200 | | Jacksonville | FL | 32202-5121 | |
| Executive Trustee Services LLC fka Executive Trustee Services | Inc vs Alejandro Flores Gustavo Flores Ricardo et al | Law Office of Michael A Younge | 160 N Riverview Dr Ste 200 | Anaheim | CA | 92808-2293 | |
| Ferney Gomez Francia E Gomez and | Jose Navarro | 25211 Ibris Ranch Dr | | Katy | TX | 77494-2561 | |
| Ficco, Deborah | | 8400 49th St N Apt 602 | | Pinellas Park | FL | 33781-1543 | |
| First Capital Group Inc | | 6700 Kalanianaole Hwy Ste 215 | | Honolulu | HI | 96825-1279 | |
| First Line Data Inc | | 2500 30th St Ste 206 | | Boulder | CO | 80301-1258 | |
| Flowers Law Office | | 3506 Sunbury Dr | | Woodbury | MN | 55125-2839 | |
| Forensic Innovations Inc | | 945 Registry Blvd Unit 312 | | St Augustine | FL | 32092-3668 | |
| Foshee, Danny | Built Right Custom Homes LLC | 111B Buchanan Rd | | Albertville | AL | 35950-6065 | |
| Francis V Coronado | | 7218 Hanford Armona Rd | | Hanford | CA | 93230-9495 | |
| Frankenfield, Ralph & Frankenfield, Tami | | 10831 Skyline Dr | | Santa Ana | CA | 92705-2415 | |
| Fred A Blanche III | | 7640 Lasalle Ave Apt 316 | | Baton Rouge | LA | 70806-8319 | |
| Fredrix Tegeler | | 6 Academy Dr | | Stratford | NJ | 08084-7106 | |
| Freeman, Timothy E | | 6441 N Bosworth Ave No 1 | | Chicago | IL | 60626-4922 | |
| Freestyle Marketing | | 7430 E Botherus Dr Ste D | | Scottsdale | AZ | 85260-2450 | |
| Fritz Lorenz | | 24793 Willimet Way | | Hayward | CA | 94544-1738 | |
| Fuller, Ronald K | | 221 E Rockwood Blvd Apt 405 | | Spokane | WA | 99202-1200 | |
| Fulton S Hamilton Att at Law | | 121 Jefferson St N | | Huntsville | AL | 35801-4813 | |
| Galindo, Eulogio | Eulogio Pena Galindo vs. US Bank National Association, GMAC Mortgage LLC, Executive | Trustee Services, and Does 1-60 | 4585 Felton St Apt 5 | San Diego | CA | 92116-4408 | |
| Generation Contracting | | 13685 Stowe Dr Ste B | | Poway | CA | 9204-8824 | |
| George and Bernice McDonald | and Estate of Bernice McDonald | 707 E Illinois Ave | | Spokane | WA | 99207-2603 | |
| George And Keri Delcos And | Jbowers Construction Co | 3038 S Oak Hill Rd | | Stow | OH | 44224-3820 | |
| George E Sessions | | 2245 Hamilton St | | North Bend | OR | 97459-2705 | |
| George J. Broz | | 6587 Bayonet Ln | | Hixson | TN | 37343-2051 | |
| George Thomas Leonard Att at Law | | 1370 Brea Blvd Ste 205 | | Fullerton | CA | 92835-4128 | |
| George, Leslie J | | 5607 Amerada Cir Apt 515 | | Arlington | TX | 76017-0552 | |
| Gerald and Sandra Simon | | 254 Baptiste Cir | | Houma | LA | 70363-8500 | |
| Gerald D. Lampman | Linda D. Lampman | PO Box 682 | | South Haven | MI | 49090-0682 | |
| Gilbert, William L | | 215 E Water St | | Alexandria | IN | 46001-2436 | |

Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Gina Even | | 718 Bertch Ave | | Waterloo | IA | 50702-3231 | |
| Glenn Enterprises Inc | | 1660 W Glendale Ave Apt 1211 | | Phoenix | AZ | 85021-8984 | |
| Gloria Wiltbank | | 261 Maple Ln | | Thompson | PA | 18465-9484 | |
| Gmac Camelot Inc Realtors | | 2750 N McMullen Booth Rd Ste 103 | | Clearwater | FL | 33761-3362 | |
| Golf Villas Hao | C O The Management Alternative | 1932 W Orangesburg Ave | | Modesto | CA | 95350-3740 | |
| Gonzales, Jacklynn | Transwestern Investments Inc | 9826 Territory Ln | | Houston | TX | 77064-5230 | |
| Gonzalez, Roberto | Advance Pier Technology LLC | 2709 W Comanche Ave | | Tampa | FL | 33614-6005 | |
| Gordnier, Adrian J & Gordnier, Kristen L | | 202 San Nicolas Ave | | Santa Barbara | CA | 93109-2138 | |
| Grainey, Patricia A | | 59 River Ln | | Levittown | PA | 19055-1408 | |
| Green Marie T | | 834 Locksley Dr | | Charleston | SC | 29407-6502 | |
| Grigor Peter And Grigor Nicole | | 4407 Mar Escarpa | | San Clemente | CA | 92673-6412 | |
| Grimes Fred M and Grimes Jacqueline | | 1266 SE 63rd Ln | | Hillsboro | OR | 97123-8246 | |
| Grubb And Ellis Landauer VAS | Attn Rosanne Apodaca | 1551 N Tustin Ave Ste 300 | | Santa Ana | CA | 92705-8638 | |
| Gutierrez And Associates | | 303 H St Ste 400 | | Chula Vista | CA | 91910-5551 | |
| Gwendolyn Norman | | 506 Southridge Dr | | Bedford | IN | 47421-9262 | |
| H Dan Derbes IFA | | 2249 Elwick Dr | | Baton Rouge | LA | 70816-1013 | |
| Harrington David P and Harrington Julie A | | 728 NE 41st Ct | | Ankeny | IA | 50021-6791 | |
| Harry And Theresa Durkin | And Chris Carpet Service And Water Restoration | 92C Edinburgh Ln | | Lakewood | NJ | 08701-6394 | |
| Harvey S Morrison Att at Law | | 2424 White Rd | | University Ht | OH | 44118-4610 | |
| Heather And Jeremy Cain | And Heather Wells | 4628 N Greene County Line Rd | | Bloomington | IN | 47403-6208 | |
| Heidi Karns | | 204 Bourland Ave | | Waterloo | IA | 50702-3862 | |
| Heidi Navarro | | 4315 Concho St | | Dallas | TX | 75206-5409 | |
| Henderson And Forster PLLC | | 204439 Blue Ridge Pkwy | | Fancy Gap | VA | 24328-2784 | |
| Henry Coleman | | 6943 Halifax St | | San Diego | CA | 92120-1020 | |
| Herbert Sachs Att At Law | | 602 S 10th St | | Las Vegas | NV | 89101-7001 | |
| Hoats And Associates | | 12672 Limonite Ave Ste 3E | | Corona | CA | 92880-4208 | |
| Hoover Jerry | | 9630 E Pantera Ave | | Mesa | AZ | 85212-2039 | |
| Howard Kuroda | | 7059 Sybilla St No 3 | | Forest Hills | NY | 11375-6631 | |
| Hudson Duane | I And H Construction | 5809 Legacy Crescent Pl Unit 103 | | Riverview | FL | 33578-3882 | |
| Hughes Calihan Konica Minolta Inc | | 4415 E Cotton Center Blvd Ste 100 | | Phoenix | AZ | 85040-8872 | |
| Hurd Bush Realtors | | PO Box 113 | | Thompson Fls | MT | 59873-0113 | |
| Huynh Charlie | | 416 N Manoa Rd | | Havertown | PA | 19083-3505 | |
| HYE Heo | | 225 S 18th St Unit 1016 | | Philadelphia | PA | 19103-6134 | |
| Isabel Yanez Cruz | | 451 Hawthorne St Apt 106 | | Glendale | CA | 91204-3177 | |
| Iserve Servicing Inc | | 13520 Evening Creek Dr N Ste 400 | | San Diego | CA | 92128-8105 | |
| J Miller and Associates PLLC | | 210 N State St Ste 2B | | Concord | NH | 03301-3266 | |
| Jacob Klahsen | | 1303 Wemple St | | Parekrsburg | IA | 50665-2028 | |
| Jacques Ballow | | 41819 Marwood Cir | | Temecula | CA | 92591-1872 | |
| Jagadeesh Pinnamaneni | | 27173 Gateway Dr W Apt 203 | | Farmingtn Hls | MI | 48334-4984 | |
| Jamar and Tanica Williams | | 550 Buckhaven Way | | Columbia | SC | 29229-8385 | |
| James Airth | | 447 Lawrence Dr | | Sn Luis Obisp | CA | 93401-5609 | |
| James DiBattista | | 6 Jenkins Dr | | Downington | PA | 19335-3267 | |
| James Dietz Att At Law | | 33 N Central Ave Ste 2 | | Medford | OR | 97501-5900 | |
| James E Imlay | | CMR 423 No 1167 | | APO | AE | 09107-0012 | |
| James K Homrighausen | | 3114 Pebble Hill Ct | | Sellersburg | IN | 47172-9141 | |
| James Simmons Nicole | | 164 Haut Brion Ave | | Newark | DE | 19702-4542 | |
| James Yawn | | 34846 Camino Capistrano | | Capo Beach | CA | 92624-1723 | |
| Janna Anderson | | 8992 Preston Rd Ste 110 | | Frisco | TX | 75034-3964 | |
| Jason D Hayward Att At Law | | 717 NW 5th St | | Grants Pass | OR | 97526-1528 | |
| Jason Giarrizzo | West USA Realty c o Jason Giarrizzo PC | 1955 S Sandstone St | | Gilbert | AZ | 85295-4825 | |
| Jay Marx | | 11 Palma Vly | | Coto De Caza | CA | 92679-4735 | |
| Jeff And Kerry Hughes And Ralph | Odonnell | 3600 Beaver Cir | | Edmond | OK | 73034-5817 | |
| Jeffery Smith | | 79 Chapel St | | Pembroke | MA | 02359-3813 | |
| Jeffrey Flaten | | 521 Huffman Ln | | Miles City | MT | 59301-4119 | |

Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Jeffrey M Rothenberg | Joan F Rothenberg | 1800 Kafka Cir | | Round Rock | TX | 78664-8632 | |
| Jeffrey V Hernandez Att At Law | | 1000 E Walnut St Ste 233 | | Pasadena | CA | 91106-5369 | |
| Jennifer Cole | | 604 Hearthside Dr | | Cedar Falls | IA | 50613-2030 | |
| Jennifer Esteban | | PO Box 7522 | | Burbank | CA | 91510-7522 | |
| Jennifer R Platco I I I | | 302 Alexandra Dr | | Norristown | PA | 19403-1366 | |
| Jeremy L Vogel | | 5302 Wolfpen Woods Dr | | Prospect | KY | 40059-9199 | |
| Jerrold W Bartman Att at Law | | PO Box 534 | | Cobleskill | NY | 12043-0534 | |
| Joanna Aloise | | 10 Galvin Cir | | Wakefield | MA | 01880-4378 | |
| John A Banker Att at Law | | PO Box 977 | | Taylor | AZ | 85939-0977 | |
| John E Haupt Jr | | 950 S Sawburg Ave Ste 4 | | Alliance | OH | 44601-3500 | |
| John Hampton | | 1223 Wellington Pl | | Louisville | KY | 40207-2240 | |
| John J Gurren Jr | Cora F Gurren | 68 Vallejo Verde St | | Henderson | NV | 89012-5636 | |
| Johnson Wes W Johnson v Homecomings Financial | GMAC Mortgage Deutsche Bank National Trust company Deutsche Bank et al | Tory M Pankopf Ltd | 10425 Double R Blvd | Reno | NV | 89521-8905 | |
| Jorge C Gonzalez Att At Law | | PO Box 407 | | Calexico | CA | 92232-0407 | |
| Joseph A Scalia II Att At Law | | 415 S 6th St Ste 300 | | Las Vegas | NV | 89101-6937 | |
| Joseph G Borelli | Jill E Borelli | 1830 Shuey Ave | | Walnut Creek | CA | 94596-4330 | |
| Joseph Gigliello | | 31272 Via Parra | | San Juan Cap | CA | 92675-2848 | |
| Joseph Green David A and Marcella A Barron et al v other Ally et al | Countrywide Home Loans Inc GMAC Mortgage LLC et al no hager and Hearne | 450 Marsh Ave | | Reno | NV | 89509-1515 | |
| Joseph M Charter Att at Law | | 258 A St Ste 1 | | Ashland | OR | 97520-1947 | |
| Joseph Moran | | 1920 Bridgewater Dr | | Allen | TX | 75013-5300 | |
| Joseph W Gembala | Lauren A Gembala | 8 N Gate Rd | | Mendham | NJ | 07945-3105 | |
| Joshua C Buehler | Sayla C Buehler | 2775 Shamrock Dr | | Ogden | UT | 84403-0539 | |
| Joshua Nguyen | | 2700 Cliffwood Dr | | Grapevine | TX | 76051-2424 | |
| Joyce Franklin | | 301 Ramsey St Apt 112 | | Hastings | MN | 55033-1240 | |
| Juan Meono | | 3900 Perry St Apt 233 | | Las Vegas | NV | 89122-4625 | |
| Judd Courtney A | | 29 Campaign Cir | | San Antonio | TX | 78218-1742 | |
| Julie Levy | | 1777 Paseo Castille | | Camarillo | CA | 93010-9268 | |
| Jump Law Group | | 6600 W Deschutes Ave Bldg B | | Kennewick | WA | 99336-7805 | |
| Justin Anderson | | 7927 Forest Ln Apt 323 | | Dallas | TX | 75230-2467 | |
| Kara Crayton | | 4645 Plano Pkwy Apt 3207 | | Carrollton | TX | 75010-4947 | |
| Karen Difrancia | | 525 Alcatraz Ave Apt 2 | | Oakland | CA | 94609-1133 | |
| Katherine N Nguyen Att At Law | | 10161 Bolsa Ave Ste 202A | | Westminster | CA | 92683-6774 | |
| Kathryn Helm Lourtie | | 75 Wild Horse Loop | | Rcho Sta Marg | CA | 92688-1802 | |
| Katz Argenio and Powers | | 1350 Main St Ste 1505 | | Springfield | MA | 01103-1664 | |
| Kay R Pelayo | | 1124 4th St SE | | E Wenatchee | WA | 98802-5524 | |
| Keith I Mathias | Robin D Mathias | 4027 NE 80th Ave | | Portland | OR | 97213-7135 | |
| Kelly Grow | | 419 E State St | | Redlands | CA | 92373-5236 | |
| Kelly Hong | | 6 Montgomery | | Mission Viejo | CA | 92692-5114 | |
| Kelly L Cobler | Joseph L Cobler | 8344 E Belgian Trl | | Scottsdale | AZ | 85258-1301 | |
| Kenneth W Warren | | PO Box 511 | | Clearwater | FL | 33757-0511 | |
| Kevin Shannon | | 880 Edison Ave | | Philadelphia | PA | 19116-1241 | |
| Kimberly A Wilcox | | 8137 SW 10th Ave | | Portland | OR | 97219-4513 | |
| Kirk And Liz Watson And | Elizabeth Watson | 4017 Avenue H | | Austin | TX | 78751-4722 | |
| Kristopher Linscott | | 621 Lochleven St | | Glendora | CA | 91741-3237 | |
| Kyle E Larabee | Lena M Kozloski | 16 Hazel St | | Cambridge | MA | 02138-1235 | |
| Lanark Mutual Fire Ins | | 201 Lincoln Statue Dr Ste 1 | | Dixon | IL | 61021-2000 | |
| Lander C McLoyd Att at Law | | 1785 W Stadium Blvd Ste 202 | | Ann Arbor | MI | 48103-5291 | |
| Lane Guide | National Subscription Ctr | PO Box 17981 | | Reno | NV | 89511-1034 | |
| Lansing Westlake | | 3883 Turtle Creek Blvd Apt 907 | | Dallas | TX | 75219-4429 | |
| Larry B Sanolin | | 16002 Awalt Dr | | Austin | TX | 78734-1413 | |
| Larry Davis | | 94-870 Lumiauau St Apt K203 | | Waipahu | HI | 96797-4818 | |
| Laurie M Brown | | 13450 W Annabrook Dr | | Boise | ID | 83713-1376 | |
| Law Office of Charlene Carroll | | 121 Brick Kiln Rd Unit 12 | | Chelmsford | MA | 01824-3260 | |

Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Law Office of Diane Brazen Gordon | | 175 Olde Half Day Rd Ste 100 | | Lincolnshire | IL | 60069-3000' | |
| Law Office of Greg Wiley PLLC | | 5068 W Plano Pkwy Ste 300 | | Plano | TX | 75093-4409 | |
| Law Office of Ingrid Causey | | 1857 Mission St | | S Pasadena | CA | 91030-3442 | |
| Law Office of J Michael Combs | | 700 Craighead St Ste 105 | | Nashville | TN | 37204-2254 | |
| Law Office of William M Oconnell | | 3701 Connecticut Ave NW Ste 1 | | Washington | DC | 20008-4500 | |
| Law Offices of Dennis R Baranow | | 305 N 2nd Ave No 176 | | Upland | CA | 91786-6064 | |
| Law Offices of Edward C Arthur | | 1901 1st Ave No H152 | | San Diego | CA | 92101-2356 | |
| Law Offices of Jerrold F Shelley | | 8906 N 80th Pl | | Scottsdale | AZ | 85258-2216 | |
| Law Offices of Lam And Roxas AP | | 1455 Monterey Pass Rd Ste 202 | | Monterey Park | CA | 91754-3604 | |
| Law Offices of RC Lim | | PMB 105 | 2046 Hillhurst Ave | Los Angeles | CA | 90027-2719 | |
| Law Offices of Victor W Luke APLC | | 1310 E Southern Ave Ste 201 | | Mesa | AZ | 85204-5139 | |
| Leandro Salazar | | 6065 Milton St Apt 133 | | Dallas | TX | 75206-4418 | |
| Leanna Sleaster Att at Law | | 2079 N 550 W | | Cedar City | UT | 84721-8537 | |
| Lee R. Ridling | Betty K. Ridling | PSC 10 No 1319 | | APO | AE | 09142-0014 | |
| Lee, Trina A | | 639 West Main St | | Helena | MT | 59601-6342 | |
| Lehner, Ronald W | | 3841 22nd St NW | | Canton | OH | 44708-2341 | |
| Leopoldo And Maria Ramirez | | 11 Woodland Pl | | Pompton Plns | NJ | 07444-1441 | |
| Lepketia Dukes | | 5844 Malvern Ave | | Philadelphia | PA | 19131-3027 | |
| Leslee Ann Saxton and | | 491 Armadillo Dr | | Lorena | TX | 76655-3004 | |
| Lex And Amanda Whitcomb And | Lex Whitcomb Jr | 862 Santa Susana Way | | Pittsburg | CA | 94565-4514 | |
| Li, Chunze & Lu, Yan | | 740 Chebec Ln | | Foster City | CA | 94404-1715 | |
| Lighthouse Property Insurance Corp | | PO Box 2150 | | Pinellas Park | FL | 33780-2150 | |
| Lillian Pastora | | 7045 Camino Pacheco | | San Diego | CA | 92111-7610 | |
| Linda Boyle | | 12216 W Briardwood Dr | | Boise | ID | 83713-0019 | |
| Loch Alpine Improvement Association | | 4045 Stoen Schoold Rd | | Ann Arbor | MI | 48108-9723 | |
| Logan R Collins | | 3-351 | 2130 Mendon Rd Ste 3 | Cumberland | RI | 02864-3837 | |
| Loretta A Paris and Matthew L Paris | | 1421 SW 352nd Ct | | Federal Way | WA | 98023-6944 | |
| Loy R Titsworth | | 2150 Santa Anita Rd | | Norco | CA | 92860-2228 | |
| Lucky 7 Roofing | | 7558 W Thunderbird Rd Ste 1 | | Peoria | AZ | 85381-6080 | |
| Lucy Killen Att At Law | | 228 S Pierce St | | New Orleans | LA | 70119-6035 | |
| Luis Santos | Allison James Estates & Homes | 2513 Clayridge Ct | | Riverbank | CA | 95367-9400 | |
| Lytle L Norton Jr and | Lytle and Barbara Norton | 8313 Bishop Pine Rd | | Denton | TX | 76208-7678 | |
| Mable Mcguire | | 5863 E Dakota Rd | | Hereford | AZ | 85615-9723 | |
| Macleith, Douglas R | | 10061 Talbert Ave Ste 390 | | Fountain Vly | CA | 92708-5100 | |
| Marc Jones | | 150 Yorkshire Way | | Hatboro | PA | 19040-2126 | |
| Marcia L. Finlayson | Gregory S. Finlayson | 28 Loradean Cres | | Kingston | ON | K7K6X7 | Canada |
| Maria Buenrostro | | 125 NE 10th Pl Apt 604 | | Cape Coral | FL | 33909-3600 | |
| Mark Weber | Rhonda Weber | 125 Calvary Dr | | Franklin | TN | 37064-4909 | |
| Marsha Aronoff | | 608 San Nicholas Ct | | Laguna Bch | CA | 92651-4458 | |
| Martin, Brian C | | 300 Bloor St E 2010 | | Toronto | ON | M4W 3Y2 | Canada |
| Marty X. Liu | | 5437 Sassafras Dr | | Shelby Twp | MI | 48315-6901 | |
| Mary R Bischel | | 3201 Santa Fe Way No 55A | | Rocklin | CA | 95765-5538 | |
| Matthew J Saban | Theresa M Saban | 3201 W Mukilteo Blvd | | Everett | WA | 98203-1358 | |
| Mauch, James G & Mauch, Candace | | 3090 N Cedar Gap Ln | | Bridseye | IN | 47513-9395 | |
| Maxwell Real Estate Investment LLC | | 641 Terest Ln | | Los Altos | CA | 94024-4162 | |
| Mcguire, Mable | | 5863 E Dakota Rd | | Hereford | AZ | 85615-9723 | |
| Mckinney, Jessica N | | 310 4th Ave S Ste 5010 | | Minneapolis | MN | 55415-1053 | |
| Medallion Realty Investments LLC | | 3253 Crystal Ridge Cir | | Corona | CA | 92882-7943 | |
| Messagelabs Inc | | 380 Madison Ave Fl 17 | | New York | NY | 10017-2522 | |
| Michael A Row | | 2495 Paseo Circulo | | Tustin | CA | 92782-9025 | |
| Michael A. Riley | Dyanne S. Riley | 1112 N 780 E No 12 | | Orem | UT | 84097-0013 | |
| Michael And Corien Mojaver And | Mojaver Construction | 14057 Riverbend Rd | | Poway | CA | 92064-2251 | |
| Michael And Holly Malie | | 859 Squirrel Hill Dr | | Youngstown | OH | 44512-5341 | |
| Michael Arlington | | 12377 Dusk Ln Apt E | | Mira Loma | CA | 91752-3643 | |

Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Michael Brenning | | 5910 Oakview Ln N | | Plymouth | MN | 55442-1536 | |
| Michael C. Roberts | Melissa A. Roberts | 18226 Old Arbor Ct | | Davidson | NC | 28036-7872 | |
| Michael Davies | | 3347 Cottonfield Dr | | Mt Pleasant | SC | 29466-8015 | |
| Michael J Brady Att At Law | | 22672 Lambert St Ste 615 | | Lake Forest | CA | 92630-1613 | |
| Michael J Krissinger | | 155 Hidden Hills Rd | | Media | PA | 19063-5405 | |
| Miriam Hamid | | 8 Dandridge Dr | | New Castle | DE | 19720-4406 | |
| Mirta Sierra | | 16899 Jamboree Rd Apt 207 | | Irvine | CA | 92606-3175 | |
| Montezuma County | Montezuma County Treasurers | 140 W Main St Unit 2 | | Cortez | CO | 81321-3108 | |
| Montezuma County Public Trustee | | 140 W Main St Unit 2 | | Cortez | CO | 81321-3108 | |
| Morgan, Shelly A | | 8270 SW 121st Ter | | Dunnellon | FL | 34432-3613 | |
| Mrs Priscilla Demb | Ground Rent | 7607 Lorry Ln | | Pikesville | MD | 21208-4404 | |
| Munashe Maramba | | 3700 Legacy Dr Apt 17103 | | Frisco | TX | 75034-6637 | |
| Murphy, Patricia A | | 500 Williams Dr | | Weirton | WV | 26062-4471 | |
| Myron Ravelo | | 14672 Fox St | | Mission Hills | CA | 91345-1847 | |
| Nationwide Appraisal Network LLC | | 250 Pine Ave N Ste A | | Oldsmar | FL | 34677-4678 | |
| Nehring, John | | PO Box 301474 | | Portland | OR | 97294-9474 | |
| Neil G. Shank | Lauren D Shank | 127 Walker Ln | | Wallingford | PA | 19086-6127 | |
| Neil Jensen | Molly Jensen | 570 W Gamit Trl | | Phoenix | AZ | 85083-9337 | |
| New Bern Real Estate Inc | | PO Box 15505 | | New Bern | NC | 28561-5505 | |
| New Editions HOA | | 10509 Professional Cir Ste 200 | | Reno | NV | 89521-4884 | |
| Nguyen, Katherine N | | 10161 Bolsa Ave Ste 202A | | Westminster | CA | 92683-6774 | |
| Nicholas And Mindy Mckenzie | And Peebles Siding And Construction | 811 Cottonwood Ln | | Carterville | IL | 62918-1394 | |
| Nicole Grigor | | 4407 Mar Escarpa | | San Clemente | CA | 92673-6412 | |
| Nicole Norton | | 215 C St Apt 512 | | Washington | DC | 20003-1915 | |
| Ocotillo Lakes Owners Association | | 1839 S Alma School Rd Ste 150 | | Mesa | AZ | 85210-3061 | |
| Pamela M. Stieber | | 1106 Wildberry Ct Apt B1 | | Wheeling | IL | 60090-2445 | |
| Pastora, Lillian | | 7045 Camino Pacheco | | San Diego | CA | 92111-7610 | |
| Patricia A Murphy | | 500 Williams Dr | | Weirton | WV | 26062-4471 | |
| Patricia Jauregui | | 11708 Newgate Ave | | Whittier | CA | 90605-4023 | |
| Patricia Matchison | | 239 Horton Rd | | Edgewood | NM | 87015-9076 | |
| Paul K Knight Attorney at Law | | PO Box 12138 | | Jackson | WY | 83002-2138 | |
| Paul M Daniels Att At Law | | 2403 Sidney St No 2508 | | Pittsburgh | PA | 15203-2167 | |
| Paul Marshall | Judith B Marshall | 60 Spring Rd | | Rindge | NH | 03461-5182 | |
| Paul R Collanton Att at Law | | 109 Ahlgren Cir | | Marlborough | MA | 01752-1091 | |
| Paul Semonin Realtors | | 600 N Hurstbourne Pkwy Ste 200 | | Louisville | KY | 40222-5387 | |
| Pavel Samuylik | | 8240 Sienna Loop | | Roseville | CA | 95678-6055 | |
| Pendergraft, David | Central Florida Contracting LLC | 2705 Cherry Springs Ct | | Las Vegas | NV | 89117-2431 | |
| Pendergraft, David | Kasper Roofing and Construction | 2705 Cherry Springs Ct | | Las Vegas | NV | 89117-2431 | |
| Perez Kudzma Law Office | | 306 Merriam St | | Weston | MA | 02493-1833 | |
| Peter & Amanda Licavoli | | HC 1 Box 305 | | Pine | AZ | 85544-9702 | |
| Phil Frink and Associates Inc | | 520 Sinclair St | | Reno | NV | 89501-2231 | |
| Phil Rutherford and Pamela Penny Rutherford vs Land Home | Financial Services a California Corporation GMAC Mortgage LLC et al | Tory M Pankopf Ltd | 10425 Double R Blvd | Reno | NV | 89521-8905 | |
| Philip E Tamer | Najwa Touma Tamer | 12445 Hilltop Dr | | Los Altos Hls | CA | 94024-5220 | |
| Phillip M Carter | | 2626 Twelve Oaks Ln | | Prosper | TX | 75078-9164 | |
| Phillips and Associates | | 3101 N Central Ave Ste 1500 | | Phoenix | AZ | 85012-2681 | |
| Pierce Linda | Zettie Vickers And James Moss | 5010 Paddock Club Cir Apt 6 | | Montgomery | AL | 36116-4280 | |
| Pines Realty Services | | PO Box 659 | | Pocono Pines | PA | 18350-0659 | |
| Positive Image Advanced Virtual Technology | | PMB 232 | 205 E Butterfield Rd | Elmhurst | IL | 60126-5103 | |
| Pramodia Chandersekhar | | 82 Esty Farm Rd | | Newton | MA | 02459-3642 | |
| Priscilla and Larry Fletcher | | 2504 Highland Trl | | Leander | TX | 78641-8679 | |
| Prodovis Mortgage LLC | | 10700 E Geddes Ave Ste 300 | | Englewood | CO | 80112-3861 | |
| Prudential NW Properties | | PO Box 727 | | Beaverton | OR | 97075-0727 | |
| Quinn Law Firm | | 1530 Greenview Dr SW Ste 202 | | Rochester | MN | 55902-4327 | |

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| R Joseph Hammill Att at Law | | PO Box 1951 | | Brunswick | GA | 31521-1951 | |
| Rachel Azuara | | 2215 Marilla St Apt 4114 | | Dallas | TX | 75201-5961 | |
| Radke Law Office | | 286 E 1300 S No 1 | | Salt Lake City | UT | 84115-5432 | |
| Rakhee Patel | | 2934 W Royal Ln Apt 2129 | | Irving | TX | 75063-6239 | |
| Randall P. Wallace | Rhonda L. Wallace | 1836 N 300 W | | Greenfield | IN | 46140-8425 | |
| Rastin, Ramin | | 12016 Edgestone Rd | | Dallas | TX | 75230-2339 | |
| Raymond & Teresa Betz | | 3121 Tall Oak Dr | | Allison Park | PA | 15101-1134 | |
| Real Estate Law Center | | 259 | 427 E 17th St Ste F | Costa Mesa | CA | 92627-4748 | |
| Rebecca Robinson Att at Law | | 15211 Park Row Apt 325 | | Houston | TX | 77084-4140 | |
| Rice, Curtis P & Rice, Melissa K | | 14947 Karen St | | Omaha | NE | 68137-5323 | |
| Richard A Hall | Mary Hall | 70 Dunbar Dr | | Essex Jct | VT | 05452-4436 | |
| Richard A Wilson Att At Law | | PO Boc 3307 | | Kent | OH | 44240-0042 | |
| Richard B, Mathews | Barbara A. Mathews | 2400 E Baseline Ave Lot 164 | | Apache Jct | AZ | 85119-5713 | |
| Richard Greenwood | | 14013 Cheswick Blvd | | Carmel | IN | 46032-7700 | |
| Robert A Broek and Sheryl L Broek | | 3525 E Cochise Dr | | Phoenix | AZ | 85028-3924 | |
| Robert Geller | | 2624 Bayfront Way | | Midlotian | VA | 23112-4550 | |
| Robert Lattimore | Lorrinda A Lattimore | 3769 Ocana Ave | | Long Beach | CA | 90808-2119 | |
| Rosenthal Withem Zeff and Nahmi | | 16027 Ventura Blvd Ste 320 | | Encino | CA | 91436-2737 | |
| Russell Bugden | | 4303 Shoreview Ln | | Whitmore Lake | MI | 48189-9394 | |
| Rustin Gradke | | 3704 Teal Ln | | Bedford | TX | 76021-2739 | |
| Ryan Dugger | | 6596 US Highway 69 | | Denison | TX | 75021-5224 | |
| Ryan M Wagner | | 721 Hillcrest Dr | | Annapolis | MD | 21409-4673 | |
| Sabera Williams | | 1520 SW 4th St | | Ankeny | IA | 50023-2508 | |
| Sachs, Herbert | | 602 S 10th St | | Las Vegas | NV | 89101-7001 | |
| Sam Benevento Att at Law | | 3620 Pacific Coast Hwy Ste 100 | | Torrance | CA | 90505-6018 | |
| Sam Thomas III Att At Law | | 21403 Chagrin Blvd Ste 295 | | Beachwood | OH | 44122-5357 | |
| Scardellette, Dorothy | Christopher Canning | 1319 N Tulip Dr | | West Chester | PA | 19380-1468 | |
| Schiafone, Debra | | 265 Charlotte St Apt 28 | | Asheville | NC | 28801-1400 | |
| Scott  Jensen And Michelle Jensen | | 1525 S 10th St | | Philadelphia | PA | 19147-6328 | |
| Scott, Jason L & Scott, Billie J | | 151 E 1st St Apt 202 | | Mesa | AZ | 85201-6767 | |
| Sean Pollard and Kinspel Custom | Carpentry | 1006 Blaine St | | Holdrege | NE | 68949-1735 | |
| Searcy, Tony | | 410 Blueridge Dr | | Duncanville | TX | 75137-4504 | |
| Sharpe Maurice V GMAC Mortgage SSAFE | Mortgage Fidelity National Title Agency of Nevada et al | David J Winterton and Associates Ltd | 1140 N Town Center Dr Ste 120 | Las Vegas | NV | 89144-0605 | |
| Sheldon L Begure Jr & Kay Gourrier Begue | | 423 Breemen Cir | | Lafayette | LA | 70508-5976 | |
| Shelley N Carter | | 2626 Twelve Oaks Ln | | Prosper | TX | 75078-9164 | |
| Sibu B Kutty | | 2764 Garden Dr | | Lisle | IL | 60532-3421 | |
| Silas L Query | | 3268 S 200 W | | Rockville | IN | 47872-7334 | |
| Silverback Roofing | | 1315 S Commercial Dr Ste 2018 | | Foley | AL | 36535-2433 | |
| Simmons, Monika | | 603 Orchard Ln | | Forney | TX | 75126-9263 | |
| Staddard, Sandra | Sandra R. Staddard vs. GMAC Mortgage LLC | 4209 40th Ct N | | Birmingham | AL | 35217-4120 | |
| State of California ex rel Barrett R Bates qui tam plantiff onbehalf of real parties in interest Alameda County et a | Hager and Hearne | 450 Marsh Ave | | Reno | NV | 89509-1515 | |
| State of Nevada ex rel Robert Edward Hager and Andrew J Ludel qui tam plaintiffs on behalf of real parties in et a | Hager and Hearne | 450 Marsh Ave | | Reno | NV | 89509-1515 | |
| Stearns Lending Inc | | 4 Hutton Centre Dr Fl 10 | | Santa Ana | CA | 92707-8788 | |
| Stephen B Leese | Cynthia J Leese | 4532 Manor Hill Dr | | White Hall | MD | 21161-9688 | |
| Stone, Matthew G & Stone, Theresa A | | 4201 Purdue Ave | | Dallas | TX | 75225-6704 | |
| Summit Township | Treasurer Summit TWP | 4678 W Deren Rd | | Ludington | MI | 49431-9742 | |
| Susan Rosen | | 7700 Greenway Blvd Apt F201 | | Dallas | TX | 75209-7313 | |
| Swazi E Taylor Att At Law | | 468 N Camden Dr No 2158 | | Beverly Hills | CA | 90210-4507 | |
| Tara Mohler | | 446 S Schuyler St | | Ottumwa | IA | 52501-5024 | |
| Temple Appraisal Company | | 4102 S 31st St Ste 700 | | Temple | TX | 76502-3300 | |
| Terry Patrick Gorman & Karen Gorman vs First | Consolidated Mortgage Company Mortgage Electronic Registration System Inc et al | Gorman Law Offices PC | 15950 Dallas Pkwy Ste 400 | Dallas | TX | 75248-6628 | |
| Terry Patterson and Bento | Construction LLC | 777 Plata Dr SE | | Rio Rancho | NM | 87124-3240 | |

In re Residential Capital, LLC,
Case No. 12-12020 (MG)

7/26/2013

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| The Coxe Law Firm | | 104 Glenburney Dr | | Jacksonville | NC | 28540-4242 | |
| The Home Depot Credit Services | | PO Box 790340 | | Saint Louis | MO | 63179-0340 | |
| The Law Office of Brian R Goodwin | | 126 Cedar Creek Trl | | Rochester | NY | 14626-5232 | |
| The Law Offices of Romeo R Perez | | 16210 E Flamingo Street Suit | | Las Vegas | NV | 89119 | |
| The Ristow Group | | 2455 Miracle Mile | | Bullhead City | AZ | 86442-7312 | |
| Theresa A Cook | | PO Box 31 | | Friendship | ME | 04547-0031 | |
| Thomas Cuff | | 101 Lowell Rd Apt 206 | | North Reading | MA | 01864-1656 | |
| Thomas E Q Williams Att At Law | | 216 W Fifth St | | Greenfield | IN | 46140-1410 | |
| Thomas E Reed | Denise E Reed | 325 Washington Ave S | | Kent | WA | 98032-5767 | |
| Thomas J Stolp Att At Law | | 10061 Talbert Ave Ste 390 | | Fountain Vly | CA | 92708-5100 | |
| Thomas R. Flynn | | 36053 Hees St | | Livonia | MI | 48150-3524 | |
| Timothy Boyd | | 3300 NE 164th St Apt CC1 | | Ridgefield | WA | 98642-8950 | |
| Timothy Staudenmaier | | 731 Preston Ave | | Bryn Mawr | PA | 19010-3827 | |
| Tina W Nguyen | | 12717 Wedding | | Manor | TX | 78653-5164 | |
| Tony and Kebunia Searcy and Central Heat | | 410 Blueridge Dr | | Duncanville | TX | 75137-4504 | |
| Tory M Pankopf Ltd | | 10425 Double R Blvd | | Reno | NV | 89521-8905 | |
| Tory M Pankopf Ltd | Phil Rtuherford & Pamela Penny-Rutherford vs Land Home Financial Svcs, A California Corp | GMAC Mrtg, LLC Fka GMAC Mrtg Co et al | 10425 Double R Blvd | Reno | NV | 89521-8905 | |
| Town of Groton | | 173 Main St | | Groton | MA | 01450-4231 | |
| Tracey L Kramer | | PO Box 6012 | | Olympia | WA | 98507-6012 | |
| Tracy Dormedy | | 101 Del Monte Blvd | | Pacific Grove | CA | 93950-2244 | |
| Tracy L Darnell | Michelle L Darnell | 6402 W Buckskin Trl | | Phoenix | AZ | 85083-3445 | |
| Tricia Morris Vs Merscorp Mortgage Electrtonic | Registration Systems Inc GMAC Mortgage LLC and Deutsche Bank Company et a | Wailea Law Company | 161 Wailea Ike Pl Ste A106 | Kihei | HI | 96753-6502 | |
| Tyleck Bladestorm | | PO Box 32 | | Waverly | IA | 50677-0032 | |
| United States Trustee | | 228 Walnut St Ste 1190 | | Harrisburg | PA | 17101-1722 | |
| USA Roofing And Construction | | 108 Morrow Ave | | Trussville | AL | 35173-1431 | |
| Vantage Point Bank | | 100 Witmer Rd Ste 140 | | Horsham | PA | 19044-2648 | |
| Victoria R Whelan Att at Law | | PO Box 333 | | West Newbury | MA | 01985-0433 | |
| Vijaya K. Madala | | 21 Windsor Ct | | Slingerlands | NY | 12159-3713 | |
| Villa San Marcos HOA | C O Streamline Management | 838 N 1st St | | Grand Jct | CO | 81501-2238 | |
| Vohwinkel, Rory J | | 4785 S Durango Dr Ste 206 | | Las Vegas | NV | 89147-8168 | |
| Walter C. Oechel | | PMB 183 | 3755 Avocado Blvd No 183 | La Mesa | CA | 91941-7301 | |
| Warehouse Direct Office Products | | 2001 S Mount Prospect Rd | | Des Plaines | IL | 60018-1808 | |
| Warsaw Town | | 83 Center St | | Warsaw | NY | 14569-1415 | |
| Waterbury Development Corp | | 83 Bank St Fl 3 | | Waterbury | CT | 06702-2232 | |
| Wayfinder Response Marketing | | 781 Lincoln Ave Ste 170 | | San Rafael | CA | 94901-3383 | |
| Wells, Russell | | PO Box 5 | | Sidney | MT | 59270-0005 | |
| West W Johnson v Homecomings GMAC Mortgage | Deutsche Bank National Trust Company Americas Executive Trustee et al | Tory M Pankopf Ltd | 10425 Double R Blvd | Reno | NV | 89521-8905 | |
| Wetzel McKinney | | 4418 W Diana Ave | | Glendale | AZ | 85302-5322 | |
| Wildcat Run Homeowners Association | | PO Nox 441570 | | Indianapolis | IN | 46244-1570 | |
| William And Virginia Foote | | 10181 PR 2427 | | Terrell | TX | 75160-8841 | |
| William C Doutt Att At Law | | 2513 W Stuart St | | Fort Collins | CO | 80526-1137 | |
| William H Luedke Att at Law | | 13127 W Wildwood Dr | | Sun City West | AZ | 85375-5036 | |
| William L Baker Att at Law | | 1011 W Mallon Ave | | Spokane | WA | 99201-2044 | |
| Wilton Town | Town of Wilton | 158 Weld Rd | | Wilton | ME | 04294-4404 | |
| Wilton Town | Wilton Town Tax Collector | 158 Weld Rd | | Wilton | ME | 04294-4404 | |
| Winsniewski, Edward | | 171 Lynn St | | Peabody | MA | 01960-6434 | |
| Winterton, David J | | 1140 N Town Center Dr Ste 120 | | Las Vegas | NV | 89144-0605 | |
| Wood, Amie N & Kahey, Vivid | | 19600 N Heatherwilde Blvd Apt 1304 | | Pflugerville | TX | 78660-7426 | |
| Yuen, Dominic W & Yuen, Linda M | | 1118 Valencia Way | | Arcadia | CA | 91006-2404 | |
| Ziad Agha | | 15912 E Kim Dr | | Fountain Hls | AZ | 85268-1828 | |