# EXHIBIT E

# Michael R. Carney

**From:** Vron, Victoria [Victoria.Vron@weil.com]
**Sent:** Wednesday, November 14, 2012 4:55 PM
**To:** John C. Briody
**Cc:** Verdesca, Joseph; Peter Goodman; Holtzer, Gary; DiBlasi, Kelly
**Subject:** RE: FGIC Rehabilitation

Hi John,

Confirmed.

Vicky



Victoria Vron

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Victoria.Vron@weil.com
+1 212 310 8078 Direct
+1 212 310 8007 Fax

---

**From:** John C. Briody [mailto:jbriody@McKoolSmith.com]
**Sent:** Wednesday, November 14, 2012 4:03 PM
**To:** Vron, Victoria
**Cc:** Verdesca, Joseph; Peter Goodman
**Subject:** FGIC Rehabilitation

Vicky:

Following up on our prior discussions, we understand that you will timely provide us with copies of all papers filed by the Rehabilitator with the Court in the rehabilitation proceeding (N.Y. Supreme, No. 401265/2012). Can you please confirm?

Regards,

John

John Briody | McKool Smith
1 Bryant Park, 47th Floor | New York, NY 10036
Telephone: 212.402.9438

NOTICE OF CONFIDENTIALITY:

The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

7/29/2013