**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**SUPPLEMENTAL ORDER GRANTING DEBTORS' FOURTH OMNIBUS**
**OBJECTION TO CLAIMS**
**(LATE-FILED BORROWER CLAIMS)**

Upon the fourth omnibus claims objection, dated June 7, 2013 (the "<u>Fourth Omnibus Claims Objection</u>"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "<u>Debtors</u>"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "<u>Procedures Order</u>"), disallowing and expunging the Late-Filed Borrower Claims on the basis that they were filed after the applicable Bar Date, all as more fully described in the Fourth Omnibus Claims Objection; and it appearing that this Court has jurisdiction to consider the Fourth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Fourth Omnibus Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Fourth Omnibus Claims Objection having been provided, and it appearing that no other or further notice need be

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Fourth Omnibus Claims Objection.

provided; and upon consideration of the Fourth Omnibus Claims Objection and the Declaration of Deanna Horst in Support of the Debtors' Fourth Omnibus Objection to Claims (Late-Filed Borrower Claims), annexed thereto as <u>Exhibit 1</u>; and upon consideration of responses (each a "<u>Response</u>" and collectively, the "<u>Responses</u>")[2] filed by certain Borrowers in connection with the Fourth Omnibus Claims Objection; and upon consideration of the *Debtors' Omnibus Reply in Support of Debtors' Fourth and Fifth Omnibus Claims Objections to Late-Filed Claims* [Docket No. 4330] (the "<u>Reply</u>"); and the Court having considered the Fourth Omnibus Claims Objection, the Responses and the Reply at the hearing held on July 26, 2013; and the Court having found and determined that the relief sought in the Fourth Omnibus Claims Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Fourth Omnibus Claims Objection establish just cause for the relief granted herein; and the Court having determined that the Fourth Omnibus Claims Objection complies with the Borrower Claim Procedures set forth in the Procedures Order; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Fourth Omnibus Claims Objection is granted to the extent provided herein and the Responses are overruled; and it is further

---

[2]   The Responses include the following: *Response of Mahnaz Rahbar to Notice of Hearing on Fourth Omnibus Objection to Claims (Late-Filed Claims)* [Docket No. 4165]; *Response of Christine and Harris Davis to Fourth Omnibus Objection to Claims (Late-Filed Claims)* [Docket No. 4181]; *Response of Mark and Lynn Ostreicher to Fourth Omnibus Objection to Claims (Late-Filed Claims)* [Docket No. 4079]; *Response of Kenneth and Kristi Walker to Fourth Omnibus Objection to Claims (Late-Filed Claims)* [Docket No. 4171]; *Response of Aisha M. Harris to Fourth Omnibus Objection to Claims (Late-Filed Claims)* [Docket No. 4170]; *Response of James R. and Terri L. Fox to Fourth Omnibus Objection to Claims (Late-Filed Claims)* [Docket No.4386]; and *[Bartosz] Letter Regarding Objection to Debtors' Fourth Omnibus Claims Objection* [Docket No. 4234].

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the following claims (collectively, the "<u>Late-Filed Borrower Claims</u>") are hereby disallowed and expunged in their entirety with prejudice:

- Christine and Harris Davis (Claim No. 6424);
- Mark and Lynn Ostreicher (Claim No. 6036);
- Kenneth and Kristi Walker (Claim No. 6319);
- Aisha M. Harris (Claim No. 6039);
- James R. and Terri L. Fox (Claim No. 6425); and
- Mr. and Mrs. Norbert Bartosz (Claim No. 5946); and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is directed to disallow and expunge the Late-Filed Borrower Claims so that such claims are no longer maintained on the Debtors' official claims register; and it is further

ORDERED that the Debtors withdraw the Fourth Omnibus Claims Objection as to Mahnaz Rahbar (Claim No. 5811), but that the Debtors reserve all rights to object to Claim No. 5811 in the future on any other grounds; and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Fourth Omnibus Claims Objection as provided therein shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order shall be a final order with respect to each of the Late-Filed Borrower Claims, as if each such Late-Filed Borrower Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: July 30, 2013
      New York, New York

                                                    **/s/Martin Glenn**
                                                  MARTIN GLENN
                                     United States Bankruptcy Judge