**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL LLC, *et al.*, | Case No. 12-12020 |
| Debtors. | Jointly Administered |

## ORDER GRANTING PAGE EXTENSION MOTION

The motion of Federal Home Loan Mortgage Corporation to exceed the page limit for its objection to the Debtors' motion pursuant to Fed. R. Bankr. P. 9019 for approval of the settlement between the Debtors, FGIC, the FGIC Trustees and certain institutional investors (ECF Doc. # 4399) is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: July 30, 2013
         New York, New York

                                             /s/Martin Glenn
                                          MARTIN GLENN
                                    United States Bankruptcy Judge

1