**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ )
                                                                          )
In re:                                                              )        Case No. 12-12020 (MG)
                                                                          )
RESIDENTIAL CAPITAL, LLC, et al.,            )        Chapter 11
                                                                          )
                                         Debtors.          )        Jointly Administered
                                                                          )
------------------------------------------------------------------ )

### STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)

Pursuant to the order, dated October 15, 2012 (Docket No. 1824) (the "Procedures

Order"),[1] pursuant to sections 105(a) and 362(d) of title 11 of the United States Code (the

"Bankruptcy Code") establishing procedures (the "Stay Relief Procedures") for requesting relief

from the automatic stay to complete or commence the foreclosure of a senior mortgage and

security interest on lands and premises with respect to which the Debtors hold or service a

subordinate mortgage and security interest; and Green Tree Servicing LLC ("Movant") having

requested (the "Request") relief from the automatic stay in accordance with the Stay Relief

Procedures in connection with the property of Erik Naujock and Desiree Naujock with an

address of 1016 North San Gorgonio Avenue, Banning, CA 92220 (the "Mortgaged Property")

and due and proper notice of the Request having been made on all necessary parties; and the

above-captioned Debtors (the "Debtors") having consented to the relief sought in the Request on

the terms and conditions contained in this stipulation and order ("Stipulation and Order"),

---

[1]    Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Procedures
Order.

NOW, THEREFOR, it is hereby stipulated and agreed as between the Parties to this Stipulation and Order, through their undersigned counsel; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Request is granted as set forth herein.

2.      To the extent applicable, the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is modified under section 362(d) of the Bankruptcy Code to the extent necessary to allow Movant to commence and/or complete the foreclosure of the mortgage and security interest it holds on the Mortgaged Property.

3.      This Stipulation and Order may not be modified other than by a signed writing executed by the Parties hereto or by further order of the Court.

4.      This Stipulation and Order may be executed in multiple counterparts, each of which shall be deemed an original but all of which when taken together shall constitute one and the same instrument.

5.      Pursuant to Bankruptcy Rule 4001(a)(3), the 14-day stay of this Stipulation and Order imposed by such Bankruptcy Rule is waived.  Movant is authorized to implement the provisions of this Stipulation and Order immediately upon its entry.

6.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Stipulation and Order.

| GMAC MORTGAGE, LLC | GREEN TREE SERVICING LLC |
|---|---|
| By: /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Erica J. Richards<br>James A. Newton<br>**MORRISON & FOERSTER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel for Debtors*<br>*and Debtors in Possession* | By: /s/ William M. Roth<br>William M. Roth<br>**COHN & ROTH**<br>100 E. Old Country Road<br>Mineola, NY 11501<br>Telephone:  (516) 747-3030<br>Facsimile:  (516) 747-3046<br><br>*Counsel for Green Tree Servicing LLC* |

**APPROVED AND SO ORDERED.**

Dated: July 30, 2013
      New York, New York

                                    **/s/Martin Glenn**
                                       MARTIN GLENN
                         United States Bankruptcy Judge