UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL LLC, *et al.*, | Case No. 12-12020 |
| Debtors. | Jointly Administered |

### ORDER DENYING JSNS' CONFLICTS MOTION

Pending before the Court is the *Motion of the Ad Hoc Group of Junior Secured Noteholders for Entry of an Order (I) Directing Each of Debtors' Counsel, Including Morrison & Foerster LLP, Official Committee Counsel, Including Kramer Levin Naftalis & Frankel LLP, and the Debtors' Management to Remain Strictly Neutral in Any Dispute Regarding Claims By and Between Any Debtors, (II) Ordering the Limited Disqualification of Each of the Foregoing to the Extent Necessary to Effectuate the Foregoing, and (III) Granting Related Relief* ("Conflicts Motion," ECF Doc. # 4289). Dwight A. Healy submitted a declaration in support of the Conflicts Motion (ECF Doc. # 4290).

On Friday, July 26, 2013, the following parties filed objections: (1) the Debtors (ECF Doc. # 4368); (2) the Committee (ECF Doc. # 4372), joined by certain consenting creditors (ECF Doc. # 4371); and (3) Ally Financial Inc. (ECF Doc. # 4369). The JSNs filed their Reply on Monday, July 29, 2013 (ECF Doc. # 4389).

For the reasons stated on the record, the JSNs' Conflicts Motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 30, 2013
       New York, New York

                                                                        /s/Martin Glenn
                                                                   MARTIN GLENN
                                                         United States Bankruptcy Judge

1