# EXHIBIT B

### SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY BY DORSEY & WHITNEY LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013

### Compensation by Matter

| Task Code | Matter Description | Total Billed Hours | Total Compensation[4] |
|---|---|---|---|
| 1 | Asset Analysis and Recovery | 0.80 | $392.40 |
| 3 | Business Operations and Advice | 1.30 | $629.10 |
| 4 | Case Administration | 3.10 | $966.15 |
| 7 | Fee/Employment Applications | 27.00 | $6,696.00 |
| 8 | Fee/Employment Objections | 3.60 | $1,101.60 |
| 12 | Relief from Stay Proceedings | 0.80 | $392.40 |
| 17 | PLS Litigation | 180.10 | $77,053.95 |
| 18 | Litigation (Other) | 3.60 | $1,524.15 |
| 22 | Communication with Creditors | 0.30 | $147.15 |
| **Total Fees Incurred** | | **220.60** | **$88,902.90** |

---

[4] All fees listed, unless otherwise indicated, are after application of a 10 percent discount.