## EXHIBIT C

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONALS BY DORSEY & WHITNEY LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD SEPTEMBER 1, 2012 THROUGH DECEMBER 31, 2012**

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| J. Langdon | Trial<br><br>MN License No. 0171931 | $549.00 | 87.1 | $47,817.90 |
| T. Kelly | Finance and Restructuring<br><br>MN License No. 0189960 | $490.50 | 4.1 | $2,011.05 |
| K. Schmidt | Trial<br><br>CA License No. 195969 | $454.50 | 7.7 | $3,499.65 |
| S. Heim | Finance and Restructuring<br><br>MN License No. 0316994 | $405.00 | 0.1 | $40.50 |
| S. Marsden | Trial<br><br>Utah License No. 4879 | $405.00 | 6.2 | $2,511.00 |
| **Associates and Of Counsel** | | | | |

| L. McGlinn | Trial<br><br>CA License No. 161756 | $355.50 | 38.8 | $13,793.40 |
| J. Mikhailevich | Finance and Restructuring<br><br>NY License No. 4841557 | $306.00 | 7.4 | $2,264.40 |
| J. Stilson | Trial<br><br>MN License No. 0392913 | $283.50 | 15.8 | $4,479.30 |
| E. Hulsebos | Finance and Restructuring<br><br>MN License No. 0390389 | $238.50 | 25.4 | $6,057.90 |
| A. Brantingham | Trial<br><br>MN License No. 0389952 | $238.50[5] | 25.1 | $5,840.55 |
| **Paraprofessionals** | | | | |
| C. Miller | Trial | $202.50 | 1.7 | $344.25 |
| M. Stark | Trial | $202.50 | 0.3 | $60.75 |

---

[5] Some time was billed by A. Brantingham at an hourly rate of $211.50.

| N. Bussiere | Trial | $202.50 | 0.9 | $182.25 |
|---|---|---|---|---|
| **Professionals Totals** | | **Blended Rate** | | |
| **Total Fees Incurred (After 10% discount)** | | **$333.35** | **220.60** | **$88.902.90** |