## EXHIBIT D

### SUMMARY OF EXPENSES INCURRED BY DORSEY & WHITNEY LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD MAY 14, 2012 THROUGH AUGUST 31, 2012

| Expense Category | Amount |
|---|---:|
| Travel Expense – J. Langdon (cancelation fee) | $178.00 |
| CD/DVD copies | $20.00 |
| Filing Fee | $6.00 |
| Messenger Fee | $84.00 |
| **Total** | **$288.00** |