## EXHIBIT E

## MONTHLY FEE STATEMENTS



**DORSEY**

DORSEY & WHITNEY LLP

THOMAS O. KELLY III
Partner
(612) 492-6029
FAX (612) 340-2868
kelly.tom@dorsey.com

February 20, 2013

<u>**VIA FEDERAL EXPRESS**</u>

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
Jonathan H. Hofer

Re:    *In re Residential Capital, LLC, et al.*
Case No. 12-12020

Dear Counsel:

Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find Dorsey & Whitney LLP's monthly fee statements for the period January 1, 2013 through January 31, 2013 (the "Statements"), which were served with a copy of this on the parties listed in paragraph (a) of the Order, on February 20, 2013.

In the absence of a timely objection, the Debtors shall pay $12,072.60, consisting of the sum of (a) $12,072.60, an amount equal to 80% of the fees ($12,072.60 = $15,090.75 x 0.80) and (b) 100% of the expenses ($0.00) being requested in the Statement.

DORSEY & WHITNEY LLP · WWW.DORSEY.COM · T 612.340.2600 · F 612.340.2868
50 SOUTH SIXTH STREET · SUITE 1500 · MINNEAPOLIS, MINNESOTA 55402-1498

USA  CANADA  EUROPE  ASIA-PACIFIC



February 20, 2013
Page 2

Objections to the Statements are due by date that is the later of (1) 20 days after the date of service, or (2) the 40th day following the end of the month for which compensation is sought.

Sincerely,

DORSEY & WHITNEY LLP

Thomas O. Kelly, III
Partner

Encl.
cc:    Tammy Hamzehpour



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

February 19, 2013
Invoice No. 1855511

Client-Matter No.: 355050-00361
1941Stichting Pensioenfonds ABP

**For Legal Services Rendered Through January 31, 2013**

# INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $2,909.70 |
| **Total For Current Invoice** | **$2,909.70** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



## DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                           February 19, 2013
One Meridian Crossings                                  Invoice No. 1855511
Minneapolis,  MN 55423

**Client-Matter No: 355050-00361**

**1941Stichting Pensioenfonds ABP**
**Client No.: 719458**

---

**For Legal Services Rendered Through January 31, 2013**

| 01/02/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding motion to dismiss |
| 01/03/13 | J. Langdon | 54.90 | 0.10 | 17 | Review key bankruptcy filings |
| 01/04/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memorandum regarding motion to dismiss |
| 01/08/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding motion to dismiss |
| 01/10/13 | J. Langdon | 54.90 | 0.10 | 17 | Review orders regarding stay |
| 01/15/13 | J. Langdon | 109.80 | 0.20 | 17 | Review key bankruptcy filings |
| 01/15/13 | J. Langdon | 54.90 | 0.10 | 17 | Memorandum to R. Fons regarding status of government investigation |
| 01/17/13 | J. Langdon | 109.80 | 0.20 | 17 | Review key docket entries |
| 01/23/13 | J. Langdon | 54.90 | 0.10 | 17 | Review filings regarding automatic stay |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# D O R S E Y
### DORSEY & WHITNEY LLP

Residential Funding Company, LLC
Client-Matter No.: 355050-00361
Invoice No.: 1855511

February 19, 2013
Page 2

| Date | Name | Amount | Hours | Code | Description |
|---|---|---|---|---|---|
| 01/23/13 | J. Langdon | 54.90 | 0.10 | 17 | Review order for pretrial scheduling conference |
| 01/24/13 | J. Langdon | 164.70 | 0.30 | 17 | Review decision on motion to amend |
| 01/24/13 | J. Langdon | 164.70 | 0.30 | 17 | Draft memoranda regarding briefing schedule |
| 01/25/13 | J. Langdon | 109.80 | 0.20 | 17 | Telephone conferences with counsel for Ally Financial regarding briefing schedule |
| 01/25/13 | J. Langdon | 1,098.00 | 2.00 | 17 | Review amended complaint |
| 01/29/13 | J. Langdon | 109.80 | 0.20 | 17 | Telephone conferences with underwriters' counsel regarding scheduling of motion to dismiss |
| 01/29/13 | J. Langdon | 54.90 | 0.10 | 17 | Review key bankruptcy filings |
| 01/29/13 | J. Langdon | 109.80 | 0.20 | 17 | Memoranda to and from A. Brantingham regarding pretrial issues |
| 01/30/13 | J. Langdon | 164.70 | 0.30 | 17 | Draft memoranda regarding court conference on briefing schedule |
| 01/31/13 | J. Langdon | 54.90 | 0.10 | 17 | Review court order regarding pretrial conference |
| 01/31/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memorandum regarding motion to dismiss |

**Total Hours**          **5.30**

**Total for Legal Fees**          **$2,909.70**

**Total This Invoice**          **$2,909.70**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Residential Funding Company, LLC                    February 19, 2013
Client-Matter No.: 355050-00361                                Page 3
Invoice No.: 1855511

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 5.30 | 549.00 | 2,909.70 |
| **Total all Timekeepers** | | **5.30** | | **2,909.70** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



### DORSEY
DORSEY & WHITNEY LLP

**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis,  MN 55423

February 19, 2013
Invoice No. 1855513

Client-Matter No.: 355050-00368
John Hancock Life Insurance Company, et al

**For Legal Services Rendered Through January 31, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                                     $549.00

**Total For Current Invoice**                              **$549.00**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



## DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

### STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

February 19, 2013
Invoice No. 1855513

**Client-Matter No: 355050-00368**

**John Hancock Life Insurance Company, et al**

**For Legal Services Rendered Through January 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 01/04/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memorandum regarding motion to dismiss |
| 01/18/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding briefing |
| 01/21/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding briefing |
| 01/22/13 | J. Langdon | 164.70 | 0.30 | 17 | Draft memoranda regarding opposition brief |
| 01/23/13 | J. Langdon | 54.90 | 0.10 | 17 | Review correspondence to court regarding briefing |
| | **Total Hours** | | **1.00** | | |

**Total for Legal Fees** $549.00

**Total This Invoice** $549.00

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Residential Funding Company, LLC
Client-Matter No.: 355050-00368
Invoice No.: 1855513

February 19, 2013
Page 2

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 1.00 | 549.00 | 549.00 |
| **Total all Timekeepers** | | **1.00** | | **549.00** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



# DORSEY
### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA  19034

February 18, 2013
Invoice No. 1855292

Client-Matter No.: 479140-00003
ResCap Treasury General

**For Legal Services Rendered Through January 31, 2013**

## INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $4,003.65 |
| **Total For Current Invoice** | **$4,003.65** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



## DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap                                          February 18, 2013
Attn: Tammy Hamzehpour                          Invoice No. 1855292
1100 Virginia Drive
Fort Washington, PA  19034

**Client-Matter No: 479140-00003**

**ResCap Treasury General**

**For Legal Services Rendered Through January 31, 2013**

| 01/02/13 | E. Hulsebos | 405.45 | 1.70 | 7 | Begin drafting second interim fee application |
| 01/04/13 | E. Hulsebos | 71.55 | 0.30 | 7 | Review email from E. Richards regarding billing practices |
| 01/07/13 | E. Hulsebos | 238.50 | 1.00 | 7 | Continue drafting second interim fee application |
| 01/09/13 | E. Hulsebos | 333.90 | 1.40 | 7 | Continue drafting fee application |
| 01/09/13 | J. Langdon | 274.50 | 0.50 | 17 | Telephone conference with J. Ruckdaschel and B. Smith regarding attorney-client privilege issues |
| 01/10/13 | E. Hulsebos | 23.85 | 0.10 | 7 | Telephone conference with L. Shaw regarding billing |
| 01/10/13 | S. Heim | 40.50 | 0.10 | 3 | Conference with T. Kelly regarding indenture covenant reporting compliance in bankruptcy |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

GMAC ResCap
Client-Matter No.: 479140-00003
Invoice No.: 1855292

February 18, 2013
Page 2

| | | | | | |
|---|---|---|---|---|---|
| 01/10/13 | T. Kelly | 49.05 | 0.10 | 4 | Review emails regarding obligation to post financials |
| 01/10/13 | T. Kelly | 98.10 | 0.20 | 4 | Conferences with J. Ruckdaschel, S. Heim regarding same |
| 01/11/13 | T. Kelly | 196.20 | 0.40 | 4 | Telephone conference with J. Ruckdaschel, L. Gregerson, and B. Smith regarding excess proceed question |
| 01/18/13 | E. Hulsebos | 262.35 | 1.10 | 7 | Continue drafting fee application |
| 01/22/13 | E. Hulsebos | 453.15 | 1.90 | 7 | Draft Supplement to Declaration of T. Kelly |
| 01/23/13 | E. Hulsebos | 23.85 | 0.10 | 4 | Conference with T. Kelly regarding side letter release |
| 01/23/13 | T. Kelly | 147.15 | 0.30 | 1 | Review document regarding initial funding facilities and telephone conference with J. Ruckdaschel regarding same and conference with E. Hulsebos regarding side letter |
| 01/24/13 | E. Hulsebos | 357.75 | 1.50 | 4 | Draft side letter release |
| 01/24/13 | J. Mikhailevich | 91.80 | 0.30 | 7 | Review Supplement to Declaration of T. Kelly in preparation for filing |
| 01/24/13 | J. Mikhailevich | 122.40 | 0.40 | 7 | Draft notice of filing of Supplement to Declaration and file and serve on the relevant parties |
| 01/25/13 | T. Kelly | 98.10 | 0.20 | 4 | Review side-letter to ICL termination agreement |
| 01/28/13 | E. Hulsebos | 119.25 | 0.50 | 4 | Revise side letter |
| 01/28/13 | E. Hulsebos | 23.85 | 0.10 | 4 | Email T. Kelly and J. Ruckdaschel regarding side letter |
| 01/29/13 | E. Hulsebos | 572.40 | 2.40 | 7 | Draft second interim fee application |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# ◁))) DORSEY

## DORSEY & WHITNEY LLP

GMAC ResCap
Client-Matter No.: 479140-00003
Invoice No.: 1855292

February 18, 2013
Page 3

| | | |
|---|---|---|
| **Total Hours** | **14.60** | |

| | |
|---|---|
| **Total for Legal Fees** | **$4,003.65** |
| **Total This Invoice** | **$4,003.65** |

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| E. Hulsebos | Associate | 12.10 | 238.50 | 2,885.85 |
| J. Mikhailevich | Associate | 0.70 | 306.00 | 214.20 |
| S. Heim | Partner | 0.10 | 405.00 | 40.50 |
| T. Kelly | Partner | 1.20 | 490.50 | 588.60 |
| J. Langdon | Partner | 0.50 | 549.00 | 274.50 |
| **Total all Timekeepers** | | **14.60** | | **4,003.65** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



## DORSEY

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn:  Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA  19034

February 19, 2013
Invoice No. 1855516

Client-Matter No.: 479140-00005
Business Lending Workout Matters

**For Legal Services Rendered Through January 31, 2013**

## INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $7,353.90 |
| **Total For Current Invoice** | **$7,353.90** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN  55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03515



## DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA 19034

February 19, 2013
Invoice No. 1855516

**Client-Matter No: 479140-00005**

**Business Lending Workout Matters**

**For Legal Services Rendered Through January 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 01/02/13 | J. Stilson | 56.70 | 0.20 | 17 | (Nationwide) Revise tolling agreement with PKF |
| 01/02/13 | J. Stilson | 28.35 | 0.10 | 17 | (Nationwide) Circulate tolling agreement to PKF's counsel for final sign-off |
| 01/02/13 | J. Stilson | 28.35 | 0.10 | 17 | (Nationwide) Communications with PKF counsel regarding tolling agreement |
| 01/02/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding FBI subpoena |
| 01/02/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Draft memoranda regarding discovery issues |
| 01/03/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Review bankruptcy docket |
| 01/03/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Review files regarding FBI subpoena |
| 01/03/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Draft memoranda |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

GMAC ResCap                                                February 19, 2013
Client-Matter No.: 479140-00005                                    Page 2
Invoice No.: 1855516

| | | | | | |
|---|---|---|---|---|---|
| | | | | | regarding discovery issues |
| 01/04/13 | S. Marsden | 283.50 | 0.70 | 17 | (Spectrum) Conference with N. Kaplan and L. Washburn regarding Embley loss |
| 01/04/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Telephone conferences and memoranda regarding tolling agreement with accountants |
| 01/04/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Draft memoranda regarding status of demand to carrier |
| 01/04/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to T. Denis regarding GMAC Mortgage subpoena |
| 01/04/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding California case strategy |
| 01/07/13 | S. Marsden | 81.00 | 0.20 | 17 | (Spectrum) Review and respond to correspondence with U.S. Attorney |
| 01/07/13 | S. Marsden | 121.50 | 0.30 | 17 | (Spectrum) Review email regarding Kosinski spreadsheet |
| 01/07/13 | S. Marsden | 202.50 | 0.50 | 17 | (Spectrum) Telephone conference with L. Washburn regarding Kosinski spreadsheet |
| 01/07/13 | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Review correspondence from insurer denying claim |
| 01/07/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda from and to J. Stilson regarding correspondence from insurer denying claim |
| 01/08/13 | S. Marsden | 202.50 | 0.50 | 17 | (Spectrum) Conference with N. Kosinski regarding sharing loss calculation spreadsheet |
| 01/08/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Review pleadings |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



DORSEY & WHITNEY LLP

GMAC ResCap                                        February 19, 2013
Client-Matter No.: 479140-00005                            Page 3
Invoice No.: 1855516

| 01/09/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding insurance claims against Nationwide carrier |
| 01/10/13 | S. Marsden | 121.50 | 0.30 | 17 | (Spectrum) Conference with N. Kosinski |
| 01/10/13 | S. Marsden | 81.00 | 0.20 | 17 | (Spectrum) Email to S. Thorley |
| 01/10/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda from and to J. Jorgenson regarding individual loan |
| 01/11/13 | L. McGlinn | 106.65 | 0.30 | 17 | (Nationwide) Review trial time line and communication with J. Langdon regarding status and future course of proceeding |
| 01/11/13 | S. Marsden | 202.50 | 0.50 | 17 | (Spectrum) Conference with S. Thorley |
| 01/11/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to D. Horst regarding loan documents |
| 01/11/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda from and to L. McGlinn regarding California trial issues |
| 01/15/13 | J. Stilson | 425.25 | 1.50 | 17 | (Nationwide) Review PKF documents for purpose of identifying documents to suggest PKF liability |
| 01/15/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memorandum to opposing counsel regarding California trial |
| 01/15/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda to and from J. Stilson |
| 01/15/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Prepare notes regarding upcoming discovery |
| 01/15/13 | J. Langdon | 109.80 | 0.20 | 17 | (Alliance) Memoranda to and from L. Marinuzzi regarding property of estate issue |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

GMAC ResCap                                                      February 19, 2013
Client-Matter No.: 479140-00005                                            Page 4
Invoice No.: 1855516

| | | | | | |
|---|---|---|---|---|---|
| 01/16/13 | J. Stilson | 85.05 | 0.30 | 17 | (Nationwide) Conference with J. Langdon regarding Nationwide - PKF, insurers, and Pennsylvania action |
| 01/16/13 | J. Stilson | 170.10 | 0.60 | 17 | (Nationwide) Review PKF documents |
| 01/16/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Conference with J. Stilson regarding upcoming tasks in California action |
| 01/16/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Draft memoranda regarding summary judgment in Pennsylvania action |
| 01/18/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from opposing counsel in California action |
| 01/18/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Outline potential settlement strategy |
| 01/21/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding California discovery |
| 01/22/13 | J. Stilson | 510.30 | 1.80 | 17 | (Nationwide) Review PKF documents |
| 01/22/13 | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Telephone conference with A. Cooper regarding discovery and potential for settlement |
| 01/23/13 | J. Langdon | 109.80 | 0.20 | 17 | (Alliance) Memoranda to and from L. Marinuzzi regarding status of request |
| 01/23/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Review filings in Nationwide bankruptcy proceeding |
| 01/24/13 | S. Marsden | 607.50 | 1.50 | 17 | (Spectrum) Conference with S. Thorley |
| 01/24/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Memoranda to and from L. Marinuzzi regarding status of |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# DORSEY

DORSEY & WHITNEY LLP

GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1855516

February 19, 2013
Page 5

| | | | | | |
|---|---|---|---|---|---|
| | | | | | request for assistance on servicing distributions |
| 01/24/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Draft memoranda regarding trial schedule |
| 01/28/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Telephone conference with opposing counsel regarding Pennsylvania action discovery |
| 01/30/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Telephone conference with D. Axelrod of U.S. Attorney's Office |
| 01/30/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memorandum to D. Axelrod regarding D. Breschi deposition |
| 01/30/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memorandum to L. McGlinn regarding trial preparation in California action |
| 01/31/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Memoranda from and to D. Axelrod regarding D. Breschi deposition exhibits |
| 01/31/13 | C. Miller | 40.50 | 0.20 | 17 | (Nationwide) Query document management database |
| 01/31/13 | C. Miller | 101.25 | 0.50 | 17 | (Nationwide) Prepare Breschi exhibits for delivery to D. Axelrod |

**Total Hours**   **17.40**

**Total for Legal Fees**   **$7,353.90**

**Total This Invoice**   **$7,353.90**

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Stilson | Associate | 4.60 | 283.50 | 1,304.10 |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# DORSEY

DORSEY & WHITNEY LLP

GMAC ResCap                                                    February 19, 2013
Client-Matter No.: 479140-00005                                        Page 6
Invoice No.: 1855516

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| L. McGlinn | Other Attorney | 0.30 | 355.50 | 106.65 |
| S. Marsden | Partner | 4.70 | 405.00 | 1,903.50 |
| J. Langdon | Partner | 7.10 | 549.00 | 3,897.90 |
| C. Miller | Paralegal | 0.70 | 202.50 | 141.75 |
| **Total all Timekeepers** | | **17.40** | | **7,353.90** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC Mortgage LLC
c/o Skylar F. Hanson
Legal Department
Ally Financial, Inc.
8400 Normandale Lake Blvd. Suite 250
Minneapolis, MN 55437

February 19, 2013
Invoice No. 1855604

Client-Matter No.: 483413-00007
Victor Hugo Arteaga

**For Legal Services Rendered Through January 31, 2013**

# INVOICE TOTAL

Total For Current Legal Fees      $274.50

**Total For Current Invoice**      **$274.50**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC Mortgage LLC
c/o Skylar F. Hanson
Legal Department
Ally Financial, Inc.
8400 Normandale Lake Blvd. Suite 250
Minneapolis, MN 55437

February 19, 2013
Invoice No. 1855604

**Client-Matter No: 483413-00007**

**Victor Hugo Arteaga**
**Client Reference #:  35107**

---

**For Legal Services Rendered Through January 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 01/24/13 | J. Langdon | 109.80 | 0.20 | 17 | Review correspondence from V. Arteaga regarding credit report |
| 01/24/13 | J. Langdon | 54.90 | 0.10 | 17 | Letter to V. Arteaga acknowledging complaint |
| 01/25/13 | J. Langdon | 54.90 | 0.10 | 17 | Memoranda to and from D. Horst regarding follow-up on reporting to credit agencies |
| 01/31/13 | J. Langdon | 54.90 | 0.10 | 17 | Memoranda from and to P. Zellmann regarding credit reporting |

|  | | |
|---|---|---|
| **Total Hours** | **0.50** | |

**Total for Legal Fees**          $274.50

**Total This Invoice**          $274.50

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

GMAC Mortgage LLC
Client-Matter No.: 483413-00007
Invoice No.: 1855604

February 19, 2013
Page 2

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 0.50 | 549.00 | 274.50 |
| **Total all Timekeepers** | | **0.50** | | **274.50** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



THOMAS O. KELLY III
(612) 492-6029
kelly.tom@dorsey.com

March 20, 2013

<u>VIA FEDERAL EXPRESS</u>

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
    Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
    and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
    Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
    Jonathan H. Hofer

Re:   In re Residential Capital, LLC, et al.
       Case No. 12-12020

Dear Counsel:

    Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find Dorsey & Whitney LLP's monthly fee statements for the period February 1, 2013 through February 28, 2013 (the "Statements"), which were served with a copy of this on the parties listed in paragraph (a) of the Order, on March 20, 2013.

    In the absence of a timely objection, the Debtors shall pay $6,825.56, consisting of the sum of (a) $6,802.56, an amount equal to 80% of the fees ($6,802.56 = $8,503.20 x 0.80) and (b) 100% of the expenses ($23.00) being requested in the Statements.

DORSEY & WHITNEY LLP · WWW.DORSEY.COM · T 612.340.2600 · F 612.340.2868
SUITE 1500 · 50 SOUTH SIXTH STREET · MINNEAPOLIS, MINNESOTA 55402-1498
USA  CANADA  EUROPE  ASIA

4851-7718-5043\1



Morrison & Foerster LLP
Office of the United States Trustee for the Southern District of New York
Kramer Levin Naftalis & Frankel LLP
Kirkland & Ellis
Skadden, Arps, Slate, Meagher & Flom LLP
March 20, 2013
Page 2

      Objections to the Statements are due by date that is the later of (1) 20 days after the date of service, or (2) the 40th day following the end of the month for which compensation is sought.

Sincerely,

Thomas O. Kelly III

Enclosures

cc:    Tammy Hamzehpour (w/encl.)(via Federal Express)



**DORSEY**

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                                      March 19, 2013
One Meridian Crossings                                          Invoice No. 1862433
Minneapolis,  MN 55423

Client-Matter No.: 355050-00360
Huntington Bancshares Inc.

**For Legal Services Rendered Through February 28, 2013**

# INVOICE TOTAL

| | |
|---|---:|
| Total For Current Legal Fees | $2,273.85 |
| Total For Current Disbursements and Service Charges | $3.00 |
| **Total For Current Invoice** | **$2,276.85** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03756



**DORSEY**
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                    March 19, 2013
One Meridian Crossings                          Invoice No. 1862433
Minneapolis,  MN 55423


**Client-Matter No: 355050-00360**

**Huntington Bancshares Inc.**
**Client No.: 719440**

---

**For Legal Services Rendered Through February 28, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 02/08/13 | A. Brantingham | 84.60 | 0.40 | 17 | Review plaintiff's notice of appeal/statement of the case |
| 02/10/13 | J. Langdon | 329.40 | 0.60 | 17 | Review appeal filings |
| 02/10/13 | J. Langdon | 54.90 | 0.10 | 17 | Memorandum to A. Brantingham regarding statement of case |
| 02/13/13 | A. Brantingham | 571.05 | 2.70 | 17 | Draft statement of the case for appeal |
| 02/13/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda to individual defendants regarding appeal |
| 02/15/13 | A. Brantingham | 42.30 | 0.20 | 17 | Revise statement of the case and send to J. Langdon for review |
| 02/17/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding court filings |
| 02/18/13 | J. Langdon | 274.50 | 0.50 | 17 | Revise statement of case |
| 02/19/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**

DORSEY & WHITNEY LLP

Residential Funding Company, LLC
Client-Matter No.: 355050-00360
Invoice No.: 1862433

March 19, 2013
Page 2

appellate filings

| | | | | | |
|---|---|---|---|---|---|
| 02/20/13 | A. Brantingham | 211.50 | 1.00 | 17 | Revise statement of the case |
| 02/21/13 | A. Brantingham | 42.30 | 0.20 | 17 | Revise statement of the case |
| 02/21/13 | J. Langdon | 219.60 | 0.40 | 17 | Finalize statement of case |
| 02/22/13 | A. Brantingham | 169.20 | 0.80 | 17 | Revise statement of the case |
| | **Total Hours** | | **7.40** | | |

**Total for Legal Fees**          $2,273.85

**Disbursements and Service Charges**

Filing Fee   - Hennepin County eFilings 12/20/12                     3.00

**Total for Disbursements and Service Charges**          $3.00

**Total This Invoice**          $2,276.85

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| A. Brantingham | Associate | 5.30 | 211.50 | 1,120.95 |
| J. Langdon | Partner | 2.10 | 549.00 | 1,152.90 |
| **Total all Timekeepers** | | **7.40** | | **2,273.85** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                          March 19, 2013
One Meridian Crossings                               Invoice No. 1862434
Minneapolis,  MN 55423

Client-Matter No.: 355050-00361
1941Stichting Pensioenfonds ABP

**For Legal Services Rendered Through February 28, 2013**

# INVOICE TOTAL

Total For Current Legal Fees                          $1,515.60

**Total For Current Invoice**                          **$1,515.60**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:              Wire Instructions:
Dorsey & Whitney LLP              U.S. Bank National Association      ABA Routing Number: 091000022
P.O. Box 1680                     800 Nicollet Mall                   Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680        Minneapolis, MN  55402              Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                     March 19, 2013
One Meridian Crossings                        Invoice No. 1862434
Minneapolis, MN 55423

**Client-Matter No: 355050-00361**

**1941Stichting Pensioenfonds ABP**
**Client No.: 719458**

---

**For Legal Services Rendered Through February 28, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 02/01/13 | A. Brantingham | 23.85 | 0.10 | 17 | Review draft stipulation and proposed order regarding briefing schedule for motions to dismiss |
| 02/01/13 | J. Langdon | 164.70 | 0.30 | 17 | Memoranda among defense counsel regarding motion to dismiss |
| 02/04/13 | A. Brantingham | 23.85 | 0.10 | 17 | Email co-defendants' counsel regarding stipulation on briefing schedule |
| 02/04/13 | J. Langdon | 164.70 | 0.30 | 17 | Draft memoranda regarding stipulation on motion to dismiss briefing |
| 02/10/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding motion to dismiss |
| 02/11/13 | A. Brantingham | 23.85 | 0.10 | 17 | Email with co-defendants' counsel regarding stipulation to extend time to respond to amended |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# DORSEY

### DORSEY & WHITNEY LLP

Residential Funding Company, LLC                                        March 19, 2013
Client-Matter No.: 355050-00361                                              Page 2
Invoice No.: 1862434

| Date | Attorney | Amount | Hours | | Description |
|------|----------|--------|-------|---|-------------|
| | | | | | complaint |
| 02/11/13 | A. Brantingham | 23.85 | 0.10 | 17 | Telephone call to chambers regarding stipulation to extend time to respond to amended complaint |
| 02/11/13 | J. Langdon | 54.90 | 0.10 | 17 | Review order regarding scheduling |
| 02/12/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding brief on motion to dismiss |
| 02/13/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding brief on motion to dismiss |
| 02/14/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding motion to dismiss |
| 02/19/13 | J. Langdon | 109.80 | 0.20 | 17 | Prepare for motion to dismiss |
| 02/20/13 | J. Langdon | 109.80 | 0.20 | 17 | Review key related filings in bankruptcy action |
| 02/21/13 | J. Langdon | 164.70 | 0.30 | 17 | Review pleadings regarding status of stay and other bankruptcy matters |
| 02/26/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding bankruptcy stay and related issues |
| 02/28/13 | A. Brantingham | 47.70 | 0.20 | 17 | Review amended complaint |
| 02/28/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding motion to dismiss |
| | **Total Hours** | | **3.10** | | |

| | | |
|---|---|---|
| **Total for Legal Fees** | | **$1,515.60** |
| **Total This Invoice** | | **$1,515.60** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

Residential Funding Company, LLC                                    March 19, 2013
Client-Matter No.: 355050-00361                                          Page 3
Invoice No.: 1862434


## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| A. Brantingham | Associate | 0.60 | 238.50 | 143.10 |
| J. Langdon | Partner | 2.50 | 549.00 | 1,372.50 |
| **Total all Timekeepers** | | **3.10** | | **1,515.60** |

Service charges are based on rates established by Dorsey & Whitney.   A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



## DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                                    March 19, 2013
One Meridian Crossings                                        Invoice No. 1862435
Minneapolis, MN 55423

Client-Matter No.: 355050-00368
John Hancock Life Insurance Company, et al

**For Legal Services Rendered Through February 28, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                              $1,482.30

**Total For Current Invoice**                            **$1,482.30**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:            Wire Instructions:
Dorsey & Whitney LLP            U.S. Bank National Association        ABA Routing Number: 091000022
P.O. Box 1680                    800 Nicollet Mall                Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680        Minneapolis, MN 55402            Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



## DORSEY

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

March 19, 2013
Invoice No. 1862435

**Client-Matter No: 355050-00368**

**John Hancock Life Insurance Company, et al**

---

**For Legal Services Rendered Through February 28, 2013**

| | | | | |
|---|---|---|---|---|
| 02/11/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding briefing schedule |
| 02/13/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memorandum regarding motion to dismiss |
| 02/15/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding motion to dismiss |
| 02/17/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding court filings |
| 02/18/13 | J. Langdon | 1,152.90 | 2.10 | 17 | Review brief and declaration in opposition to motion to dismiss |

**Total Hours**                **2.70**

**Total for Legal Fees**          **$1,482.30**

**Total This Invoice**          **$1,482.30**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**

DORSEY & WHITNEY LLP

Residential Funding Company, LLC                     March 19, 2013
Client-Matter No.: 355050-00368                            Page 2
Invoice No.: 1862435

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 2.70 | 549.00 | 1,482.30 |
| **Total all Timekeepers** | | **2.70** | | **1,482.30** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA  19034

March 18, 2013
Invoice No. 1861755

Client-Matter No.: 479140-00003
ResCap Treasury General

---

**For Legal Services Rendered Through February 28, 2013**

## INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $1,404.90 |
| **Total For Current Invoice** | **$1,404.90** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03515



**DORSEY & WHITNEY LLP**

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap                                          March 18, 2013
Attn: Tammy Hamzehpour                          Invoice No. 1861755
1100 Virginia Drive
Fort Washington, PA  19034

**Client-Matter No: 479140-00003**

**ResCap Treasury General**

**For Legal Services Rendered Through February 28, 2013**

| | | | | |
|---|---|---|---|---|
| 02/05/13 | E. Hulsebos | 190.80 | 0.80 | 7 | Revise second interim fee application |
| 02/06/13 | E. Hulsebos | 23.85 | 0.10 | 7 | Review comments to second interim fee application |
| 02/06/13 | E. Hulsebos | 23.85 | 0.10 | 7 | Conference with T. Kelly regarding second interim fee application |
| 02/13/13 | T. Kelly | 147.15 | 0.30 | 22 | Telephone conference with B. Smith, L. Gregerson regarding funds held by Ally Bank under warehouse agreements |
| 02/15/13 | T. Kelly | 49.05 | 0.10 | 1 | Review materials |
| 02/15/13 | T. Kelly | 196.20 | 0.40 | 1 | Draft letter requesting turnover of excess proceeds |
| 02/18/13 | E. Hulsebos | 23.85 | 0.10 | 7 | Review invoices for compliance with court order |
| 02/19/13 | E. Hulsebos | 47.70 | 0.20 | 7 | Review billing statements |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

## )) DORSEY

DORSEY & WHITNEY LLP

GMAC ResCap
Client-Matter No.: 479140-00003
Invoice No.: 1861755

March 18, 2013
Page 2

| | | | | |
|---|---|---|---|---|
| 02/19/13 | T. Kelly | 343.35 | 0.70 | 12 | Draft letter to Ally Bank regarding withheld proceeding |
| 02/19/13 | T. Kelly | 49.05 | 0.10 | 12 | Forward letter to Ally Bank regarding withheld proceeding to B. Smith |
| 02/27/13 | E. Hulsebos | 310.05 | 1.30 | 7 | Draft second interim fee application |

**Total Hours**                              **4.20**

**Total for Legal Fees**        **$1,404.90**

**Total This Invoice**          **$1,404.90**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| E. Hulsebos | Associate | 2.60 | 238.50 | 620.10 |
| T. Kelly | Partner | 1.60 | 490.50 | 784.80 |
| **Total all Timekeepers** | | **4.20** | | **1,404.90** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# ( )) DORSEY

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA 19034

March 19, 2013
Invoice No. 1862424

Client-Matter No.: 479140-00005
Business Lending Workout Matters

**For Legal Services Rendered Through February 28, 2013**

# INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $1,716.75 |
| Total For Current Disbursements and Service Charges | $20.00 |
| **Total For Current Invoice** | **$1,736.75** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03515



**DORSEY**
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA  19034

March 19, 2013
Invoice No. 1862424

**Client-Matter No: 479140-00005**

**Business Lending Workout Matters**

**For Legal Services Rendered Through February 28, 2013**

| Date | Attorney | Amount | Hours | | Description |
|------|----------|--------|-------|----|-------------|
| 02/06/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda from and to L. McGlinn regarding trial preparation issues |
| 02/10/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Memorandum to L. Marinuzzi regarding servicing proceeds |
| 02/10/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Draft memoranda regarding trial issues |
| 02/11/13 | J. Langdon | 109.80 | 0.20 | 17 | (Alliance) Draft memoranda regarding servicing fees issue |
| 02/11/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding Pennsylvania action discovery status |
| 02/12/13 | J. Stilson | 56.70 | 0.20 | 17 | (Nationwide) Telephone conference with M. Ellis regarding document production |
| 02/12/13 | J. Stilson | 56.70 | 0.20 | 17 | (Nationwide) Summary to J. Langdon regarding document |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



| | | | | | |
|---|---|---|---|---|---|
| | | | | | production |
| 02/12/13 | J. Stilson | 56.70 | 0.20 | 17 | (Nationwide) Investigation regarding production issue |
| 02/12/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding California trial deadlines |
| 02/12/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Draft memoranda regarding Pennsylvania discovery |
| 02/13/13 | J. Stilson | 56.70 | 0.20 | 17 | (Nationwide) Complete investigation of production issue |
| 02/13/13 | J. Stilson | 56.70 | 0.20 | 17 | (Nationwide) Communications to opposing counsel regarding production issue |
| 02/13/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding Pennsylvania action document production |
| 02/14/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding Pennsylvania action discovery |
| 02/17/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Draft memoranda regarding California pretrial schedule |
| 02/19/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding Pennsylvania action discovery |
| 02/25/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Draft memoranda regarding California trial issues |
| 02/26/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding California trial strategy |
| 02/28/13 | J. Langdon | 274.50 | 0.50 | 17 | (Nationwide) Review discovery regarding artwork |
| 02/28/13 | M. Stark | 60.75 | 0.30 | 17 | (Nationwide) Query database for art gallery documents per J. Langdon request |

**Total Hours**                         **3.80**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**

DORSEY & WHITNEY LLP

GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1862424

March 19, 2013
Page 3

| | |
|---|---:|
| **Total for Legal Fees** | **$1,716.75** |

**Disbursements and Service Charges**

| | |
|---|---:|
| CD/DVD/HD Burn - Original @ $20 ea. ordered by Chuck Miller on 1/31/2013 | 20.00 |
| **Total for Disbursements and Service Charges** | **$20.00** |
| **Total This Invoice** | **$1,736.75** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---:|---:|---:|
| J. Stilson | Associate | 1.00 | 283.50 | 283.50 |
| J. Langdon | Partner | 2.50 | 549.00 | 1,372.50 |
| M. Stark | Paralegal | 0.30 | 202.50 | 60.75 |
| **Total all Timekeepers** | | **3.80** | | **1,716.75** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



# DORSEY

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC Mortgage LLC                                            March 19, 2013
c/o Skylar F. Hanson                                   Invoice No. 1862439
Legal Department
Ally Financial, Inc.
8400 Normandale Lake Blvd. Suite 250
Minneapolis, MN 55437

Client-Matter No.: 483413-00007
Victor Hugo Arteaga

---

**For Legal Services Rendered Through February 28, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                               $109.80

**Total For Current Invoice**                             **$109.80**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:              Wire Instructions:
Dorsey & Whitney LLP               U.S. Bank National Association    ABA Routing Number: 091000022
P.O. Box 1680                      800 Nicollet Mall                 Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680         Minneapolis, MN  55402            Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



**DORSEY & WHITNEY LLP**

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC Mortgage LLC                                     March 19, 2013
c/o Skylar F. Hanson                              Invoice No. 1862439
Legal Department
Ally Financial, Inc.
8400 Normandale Lake Blvd. Suite 250
Minneapolis, MN 55437

**Client-Matter No: 483413-00007**

**Victor Hugo Arteaga**
**Client Reference #:  35107**

---

**For Legal Services Rendered Through February 28, 2013**

| 02/11/13 | J. Langdon | 54.90 | 0.10 | 17 | Letter to V. Arteaga regarding credit reporting issue |
| 02/28/13 | J. Langdon | 54.90 | 0.10 | 17 | Letter to D. Horst regarding correspondence from V. Arteaga |

**Total Hours**      **0.20**

**Total for Legal Fees**      **$109.80**

**Total This Invoice**      **$109.80**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 0.20 | 549.00 | 109.80 |
| **Total all Timekeepers** | | **0.20** | | **109.80** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY





THOMAS O. KELLY III
(612) 492-6029
kelly.tom@dorsey.com

April 20, 2013

**VIA FEDERAL EXPRESS**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
    Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
    and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
    Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
    Jonathan H. Hofer

      Re:   In re Residential Capital, LLC, et al.
           Case No. 12-12020

Dear Counsel:

      Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find Dorsey & Whitney LLP's monthly fee statements for the period March 1, 2013 through March 31, 2013 (the "Statements"), which were served with a copy of this on the parties listed in paragraph (a) of the Order, on April 20, 2013.

      In the absence of a timely objection, the Debtors shall pay $33,497.04, consisting of the sum of (a) $33,494.04, an amount equal to 80% of the fees ($33,494.04 = $41,867.55 x 0.80) and (b) 100% of the expenses ($3.00) being requested in the Statement.

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • **T** 612.340.2600 • **F** 612.340.2868
SUITE 1500 • 50 SOUTH SIXTH STREET • MINNEAPOLIS, MINNESOTA 55402-1498
USA   CANADA   EUROPE   ASIA-PACIFIC

4841-4810-0627\1



Morrison & Foerster LLP
Office of the United States Trustee for the Southern District of New York
Kramer Levin Naftalis & Frankel LLP
Kirkland & Ellis
Skadden, Arps, Slate, Meagher & Flom LLP
April 20, 2013
Page 2


Objections to the Statements are due by date that is the later of (1) 20 days after the date of service, or (2) the 40th day following the end of the month for which compensation is sought.

Sincerely,

*Thomas O. Kelly III (yh)*

Thomas O. Kelly III

Enclosures

cc:    Tammy Hamzehpour (w/encl.)(via Federal Express)



## DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                    April 19, 2013
One Meridian Crossings                         Invoice No. 1868082
Minneapolis, MN 55423

Client-Matter No.: 355050-00360
Huntington Bancshares Inc.

**For Legal Services Rendered Through March 31, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                    $329.40

**Total For Current Invoice**                   **$329.40**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:            Wire Instructions:
Dorsey & Whitney LLP             U.S. Bank National Association      ABA Routing Number: 091000022
P.O. Box 1680                    800 Nicollet Mall                   Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680       Minneapolis, MN 55402               Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis,  MN 55423

April 19, 2013
Invoice No. 1868082

**Client-Matter No: 355050-00360**

**Huntington Bancshares Inc.**
**Client No.: 719440**

---

**For Legal Services Rendered Through March 31, 2013**

| | | | | |
|---|---|---|---|---|
| 03/19/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding transcript on appeal |
| 03/22/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft response to audit request letter |
| 03/25/13 | J. Langdon | 219.60 | 0.40 | 17 | Review transcript regarding pending appeal |
| **Total Hours** | | | **0.60** | | |

Total for Legal Fees        $329.40

**Total This Invoice**        $329.40

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY & WHITNEY LLP**

Residential Funding Company, LLC                                      April 19, 2013
Client-Matter No.: 355050-00360                                              Page 2
Invoice No.: 1868082

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 0.60 | 549.00 | 329.40 |
| **Total all Timekeepers** | | **0.60** | | **329.40** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



## DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                    April 19, 2013
One Meridian Crossings                        Invoice No. 1868081
Minneapolis,  MN 55423

Client-Matter No.: 355050-00361
1941 Stichting Pensioenfonds ABP

**For Legal Services Rendered Through March 31, 2013**

# INVOICE TOTAL

Total For Current Legal Fees                    $6,229.80

**Total For Current Invoice**                    **$6,229.80**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:              Wire Instructions:
Dorsey & Whitney LLP              U.S. Bank National Association        ABA Routing Number: 091000022
P.O. Box 1680                  800 Nicollet Mall                Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680          Minneapolis, MN  55402            Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



## DORSEY

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis,  MN 55423

April 19, 2013
Invoice No. 1868081

**Client-Matter No: 355050-00361**

**1941Stichting Pensioenfonds ABP**
**Client No.: 719458**

**For Legal Services Rendered Through March 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 03/02/13 | A. Brantingham | 500.85 | 2.10 | 17 | Draft memorandum in support of motion to dismiss amended complaint |
| 03/05/13 | A. Brantingham | 429.30 | 1.80 | 17 | Revise brief in support of motion to dismiss |
| 03/05/13 | J. Langdon | 54.90 | 0.10 | 17 | Review bankruptcy pleadings |
| 03/05/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding motion to dismiss |
| 03/05/13 | J. Langdon | 549.00 | 1.00 | 17 | Revise draft brief in support of motion to dismiss |
| 03/06/13 | A. Brantingham | 23.85 | 0.10 | 17 | Meet and confer with plaintiff's counsel via telephone |
| 03/07/13 | A. Brantingham | 166.95 | 0.70 | 17 | Revise brief in support of motion to dismiss with J. Langdon edits |
| 03/07/13 | A. Brantingham | 23.85 | 0.10 | 17 | Review briefing schedule |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**


DORSEY & WHITNEY LLP

Residential Funding Company, LLC                                  April 19, 2013
Client-Matter No.: 355050-00361                                        Page 2
Invoice No.: 1868081

| 03/07/13 | A. Brantingham | 23.85 | 0.10 | 17 | Email co-defendants' counsel regarding hearing date |
| 03/07/13 | J. Langdon | 658.80 | 1.20 | 17 | Revise brief in support of motion to dismiss |
| 03/07/13 | J. Langdon | 274.50 | 0.50 | 17 | Comment on draft of co-defendants' brief |
| 03/11/13 | A. Brantingham | 333.90 | 1.40 | 17 | Finalize motion to dismiss and supporting papers |
| 03/11/13 | J. Langdon | 658.80 | 1.20 | 17 | Review filed briefs |
| 03/11/13 | J. Langdon | 164.70 | 0.30 | 17 | Draft memoranda regarding motion to dismiss |
| 03/12/13 | J. Langdon | 164.70 | 0.30 | 17 | Draft memoranda regarding motion to dismiss hearing |
| 03/18/13 | J. Langdon | 54.90 | 0.10 | 17 | Review correspondence regarding joinder of oral argument |
| 03/19/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding scope of oral argument |
| 03/21/13 | J. Langdon | 109.80 | 0.20 | 17 | Review key bankruptcy pleadings as related to stay |
| 03/21/13 | J. Langdon | 164.70 | 0.30 | 17 | Draft memoranda regarding motion to dismiss |
| 03/22/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft response to audit request letter |
| 03/22/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft response to audit request letter |
| 03/25/13 | A. Brantingham | 1,192.50 | 5.00 | 17 | Complete draft of reply in support of motion to dismiss |
| 03/26/13 | A. Brantingham | 405.45 | 1.70 | 17 | Revise draft reply in support of motion to dismiss |

**Total Hours**                         **18.70**

**Total for Legal Fees**          $6,229.80

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

Residential Funding Company, LLC                                          April 19, 2013
Client-Matter No.: 355050-00361                                          Page 3
Invoice No.: 1868081

|  | Total This Invoice | **$6,229.80** |
| --- | --- | --- |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
| --- | --- | --- | --- | --- |
| A. Brantingham | Associate | 13.00 | 238.50 | 3,100.50 |
| J. Langdon | Partner | 5.70 | 549.00 | 3,129.30 |
| **Total all Timekeepers** |  | **18.70** |  | **6,229.80** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



## DORSEY
### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                                   April 19, 2013
One Meridian Crossings                                        Invoice No. 1868068
Minneapolis,  MN 55423

Client-Matter No.: 355050-00363
Investigation by SIGTARP

**For Legal Services Rendered Through March 31, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                                            $101.25

**Total For Current Invoice**                                          **$101.25**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:              Wire Instructions:
Dorsey & Whitney LLP               U.S. Bank National Association
P.O. Box 1680                      800 Nicollet Mall                  ABA Routing Number: 091000022
Minneapolis, MN 55480-1680         Minneapolis, MN  55402             Account Number: 1602-3010-8500
                                                                      Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



**DORSEY & WHITNEY LLP**

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis,  MN 55423

April 19, 2013
Invoice No. 1868068

**Client-Matter No: 355050-00363**

**Investigation by SIGTARP**

---

**For Legal Services Rendered Through March 31, 2013**

| Date | Timekeeper | | | | Description |
|---|---|---|---|---|---|
| 03/22/13 | N. Bussiere | 60.75 | 0.30 | 17 | Prepare materials for archival |
| 03/22/13 | N. Bussiere | 40.50 | 0.20 | 17 | Draft letter returning original documents to J. Ruckdaschel |
| | **Total Hours** | | **0.50** | | |

|  |  |
|---|---|
| **Total for Legal Fees** | **$101.25** |
| **Total This Invoice** | **$101.25** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| N. Bussiere | Paralegal | 0.50 | 202.50 | 101.25 |
| **Total all Timekeepers** | | **0.50** | | **101.25** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



### DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                    April 19, 2013
One Meridian Crossings                         Invoice No. 1868084
Minneapolis,  MN 55423

Client-Matter No.: 355050-00367
Investigation by U.S. SEC - Denver Division

**For Legal Services Rendered Through March 31, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                         $81.00

**Total For Current Invoice**                        **$81.00**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:          Wire Instructions:
Dorsey & Whitney LLP          U.S. Bank National Association       ABA Routing Number: 091000022
P.O. Box 1680                 800 Nicollet Mall                    Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680    Minneapolis, MN  55402               Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



### DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

April 19, 2013
Invoice No. 1868084

**Client-Matter No: 355050-00367**

**Investigation by U.S. SEC - Denver Division**

---

**For Legal Services Rendered Through March 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 03/22/13 | N. Bussiere | 81.00 | 0.40 | 17 | Prepare materials for archival |
| | **Total Hours** | | **0.40** | | |

|  |  |
|---|---|
| **Total for Legal Fees** | **$81.00** |
| **Total This Invoice** | **$81.00** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| N. Bussiere | Paralegal | 0.40 | 202.50 | 81.00 |
| **Total all Timekeepers** | | **0.40** | | **81.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                           April 19, 2013
One Meridian Crossings                              Invoice No. 1868086
Minneapolis,  MN 55423

Client-Matter No.: 355050-00368
John Hancock Life Insurance Company, et al

**For Legal Services Rendered Through March 31, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                              $3,145.05

Total For Current Disbursements and Service Charges            $3.00

**Total For Current Invoice**                              **$3,148.05**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:              Wire Instructions:
Dorsey & Whitney LLP              U.S. Bank National Association      ABA Routing Number: 091000022
P.O. Box 1680                    800 Nicollet Mall                Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680          Minneapolis, MN  55402            Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



# DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

April 19, 2013
Invoice No. 1868086

**Client-Matter No: 355050-00368**

**John Hancock Life Insurance Company, et al**

**For Legal Services Rendered Through March 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 03/07/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding reply brief |
| 03/22/13 | A. Brantingham | 333.90 | 1.40 | 17 | Begin drafting reply brief in support of motion to dismiss |
| 03/22/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft response to audit request letter |
| 03/25/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memorandum regarding reply brief in support of motion to dismiss |
| 03/26/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding reply brief |
| 03/26/13 | J. Langdon | 54.90 | 0.10 | 17 | Review order regarding oral argument |
| 03/26/13 | J. Langdon | 549.00 | 1.00 | 17 | Revise draft reply brief in support of motion to dismiss |
| 03/27/13 | A. Brantingham | 620.10 | 2.60 | 17 | Revise reply brief in support of motion to dismiss |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

Residential Funding Company, LLC                                       April 19, 2013
Client-Matter No.: 355050-00368                                        Page 2
Invoice No.: 1868086

| | | | | |
|---|---|---|---|---|
| 03/27/13 | J. Langdon | 823.50 | 1.50 | 17 | Revise reply brief in support of motion to dismiss |
| 03/27/13 | J. Langdon | 109.80 | 0.20 | 17 | Memoranda to and from A. Brantingham regarding reply brief in support of motion to dismiss |
| 03/29/13 | A. Brantingham | 214.65 | 0.90 | 17 | Finalize reply brief in support of motion to dismiss |
| 03/29/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding reply brief in support of motion to dismiss |

**Total Hours**                                    **8.50**

**Total for Legal Fees**            **$3,145.05**

**Disbursements and Service Charges**

Filing Fee  - Hennepin County eFilings 02/28/13                                    3.00

**Total for Disbursements and Service Charges**            **$3.00**

**Total This Invoice**            **$3,148.05**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| A. Brantingham | Associate | 4.90 | 238.50 | 1,168.65 |
| J. Langdon | Partner | 3.60 | 549.00 | 1,976.40 |
| **Total all Timekeepers** | | **8.50** | | **3,145.05** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



# DORSEY

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA  19034

April 12, 2013
Invoice No. 1866307

Client-Matter No.: 479140-00003
ResCap Treasury General

**For Legal Services Rendered Through March 31, 2013**

# INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $3,703.05 |
| **Total For Current Invoice** | **$3,703.05** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03515



**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA  19034

April 12, 2013
Invoice No. 1866307

**Client-Matter No: 479140-00003**

**ResCap Treasury General**

**For Legal Services Rendered Through March 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 03/06/13 | E. Hulsebos | 310.05 | 1.30 | 7 | Finalize payment information in second interim fee application |
| 03/07/13 | E. Hulsebos | 667.80 | 2.80 | 7 | Finalize second interim fee application |
| 03/08/13 | E. Hulsebos | 477.00 | 2.00 | 7 | Finalize second interim fee application |
| 03/08/13 | E. Hulsebos | 23.85 | 0.10 | 7 | Email J. Mikhailevich regarding second interim fee application |
| 03/08/13 | J. Mikhailevich | 336.60 | 1.10 | 7 | Review second interim fee application and related exhibits |
| 03/12/13 | E. Hulsebos | 71.55 | 0.30 | 7 | Review email from E. Richards |
| 03/12/13 | E. Hulsebos | 166.95 | 0.70 | 7 | Review general order |
| 03/12/13 | E. Hulsebos | 477.00 | 2.00 | 7 | Revise fee application pursuant to general order |
| 03/12/13 | J. Mikhailevich | 61.20 | 0.20 | 7 | Email regarding fee application |
| 03/12/13 | J. Mikhailevich | 91.80 | 0.30 | 7 | Review general order M447 |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

GMAC ResCap                                                          April 12, 2013
Client-Matter No.: 479140-00003                                          Page 2
Invoice No.: 1866307

| Date | Timekeeper | Amount | Hours | | Description |
|---|---|---|---|---|---|
| 03/12/13 | J. Mikhailevich | 30.60 | 0.10 | 7 | Review emails regarding fee application |
| 03/12/13 | J. Mikhailevich | 91.80 | 0.30 | 7 | Review redline of revisions to second fee application circulated by E. Hulsebos |
| 03/13/13 | J. Mikhailevich | 244.80 | 0.80 | 7 | File and serve second interim fee application |
| 03/14/13 | E. Hulsebos | 23.85 | 0.10 | 7 | Check docket to verify fee application was properly filed |
| 03/19/13 | E. Hulsebos | 95.40 | 0.40 | 7 | Review February bills for compliance with court order |
| 03/20/13 | T. Kelly | 147.15 | 0.30 | 3 | Telephone conference with T. Farley and J. Ruckdaschel regarding loan sales |
| 03/21/13 | T. Kelly | 147.15 | 0.30 | 3 | Review May 12th memorandum and revolver loan agreement regarding release mechanics and email to J. Ruckdaschel and T. Farley regarding same |
| 03/26/13 | E. Hulsebos | 47.70 | 0.20 | 7 | Review objection |
| 03/27/13 | E. Hulsebos | 23.85 | 0.10 | 7 | Review letter to outside legal counsel |
| 03/28/13 | E. Hulsebos | 23.85 | 0.10 | 7 | Review email from E. Richards |
| 03/28/13 | E. Hulsebos | 143.10 | 0.60 | 7 | Email to U.S. Trustee regarding objection |

**Total Hours**                         **14.10**

**Total for Legal Fees**        **$3,703.05**

**Total This Invoice**        **$3,703.05**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

```
         ( )》 D O R S E Y
         DORSEY & WHITNEY LLP
```

GMAC ResCap                                            April 12, 2013
Client-Matter No.: 479140-00003                              Page 3
Invoice No.: 1866307

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| E. Hulsebos | Associate | 10.70 | 238.50 | 2,551.95 |
| J. Mikhailevich | Associate | 2.80 | 306.00 | 856.80 |
| T. Kelly | Partner | 0.60 | 490.50 | 294.30 |
| **Total all Timekeepers** | | **14.10** | | **3,703.05** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap                                             April 19, 2013
Attn:  Tammy Hamzehpour                          Invoice No. 1868765
1100 Virginia Drive
Fort Washington, PA  19034

Client-Matter No.: 479140-00005
Business Lending Workout Matters

For Legal Services Rendered Through March 31, 2013

# INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $28,168.20 |
| **Total For Current Invoice** | **$28,168.20** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN  55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03515



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA 19034

April 19, 2013
Invoice No. 1868765

**Client-Matter No: 479140-00005**

**Business Lending Workout Matters**

---

**For Legal Services Rendered Through March 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 05/15/12 | J. Stilson | 708.75 | 2.50 | 17 | (Nationwide) Analyze preparation materials for J. Faber preparation session |
| 05/15/12 | J. Stilson | 56.70 | 0.20 | 17 | (Nationwide) Communications with client regarding preparation for J. Faber session |
| 05/16/12 | J. Stilson | 340.20 | 1.20 | 17 | (Nationwide) Prepare for deposition preparation session with J. Faber |
| 05/16/12 | J. Stilson | 85.05 | 0.30 | 17 | (Nationwide) Communications with Deutsche Bank's counsel and opposing counsel regarding Court's ruling rendering need for J. Faber's deposition void |
| 05/16/12 | J. Stilson | 56.70 | 0.20 | 17 | (Nationwide) Communications with client regarding postponing deposition preparation session given Court's ruling on Deutsche Bank's motion for reconsideration |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1868765

April 19, 2013
Page 2

| 05/16/12 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Prepare for telephone conference with J. Faber regarding upcoming deposition |
| 11/06/12 | S. Marsden | 607.50 | 1.50 | 17 | (Spectrum) Review loss calculations with S. Ulsh |
| 03/01/13 | J. Langdon | 274.50 | 0.50 | 17 | (Nationwide) Review documents regarding artwork and potential claims to it |
| 03/02/13 | J. Langdon | 274.50 | 0.50 | 17 | (Nationwide) Review documents regarding acquisition of artwork |
| 03/02/13 | J. Langdon | 274.50 | 0.50 | 17 | (Nationwide) Review settlement agreements regarding potential claims regarding same |
| 03/04/13 | J. Stilson | 510.30 | 1.80 | 17 | (Nationwide) Draft response to Lloyd's counsel |
| 03/04/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Memorandum to D. Horst regarding Pitchersky claims |
| 03/05/13 | J. Langdon | 439.20 | 0.80 | 17 | (Nationwide) Memorandum to D. Horst and L. Delehy regarding strategy |
| 03/05/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memorandum to L. McGlinn regarding trial schedule |
| 03/05/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Review bankruptcy pleadings |
| 03/05/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Review audit request |
| 03/05/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Draft notes regarding response to audit request |
| 03/06/13 | J. Stilson | 85.05 | 0.30 | 18 | (Nationwide) Conference with J. Langdon regarding open issues (insurance carrier letter, PKF) |
| 03/06/13 | J. Langdon | 274.50 | 0.50 | 17 | (Nationwide) Conference with J. Stilson regarding potential claims against insurer and accountant |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

GMAC ResCap                                                        April 19, 2013
Client-Matter No.: 479140-00005                                   Page 3
Invoice No.: 1868765

| 03/06/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Memoranda to and from C. MacElree regarding Pitchersky claims |
|---|---|---|---|---|---|
| 03/06/13 | J. Langdon | 274.50 | 0.50 | 17 | (Nationwide) Telephone conference with FBI agent and C. MacElree regarding status of government prosecution |
| 03/07/13 | J. Langdon | 274.50 | 0.50 | 17 | (Nationwide) Telephone conference with C. MacElree, D. Horst and L. Delehy regarding cooperation with FBI request |
| 03/07/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memorandum regarding Grand Jury subpoena |
| 03/07/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Review additional document subpoena from FBI |
| 03/11/13 | J. Stilson | 170.10 | 0.60 | 17 | (Nationwide) Draft response to Lloyd's counsel |
| 03/11/13 | J. Langdon | 109.80 | 0.20 | lif(Nati | (Nationwide) Memoranda to and from C. MacElree regarding schedule |
| 03/11/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Telephone conferences with D. Axelrod regarding Grand Jury subpoena |
| 03/11/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Memoranda to L. Delehy regarding Grand Jury subpoena |
| 03/12/13 | J. Stilson | 567.00 | 2.00 | 17 | (Nationwide) Analyze claims against insurer |
| 03/12/13 | J. Stilson | 311.85 | 1.10 | 17 | (Nationwide) Draft response to Lloyd's counsel |
| 03/12/13 | J. Langdon | 274.50 | 0.50 | 17 | (Nationwide) Draft memoranda regarding MacElree Grand Jury testimony |
| 03/12/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding subpoena for Ally |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

GMAC ResCap                                                                          April 19, 2013
Client-Matter No.: 479140-00005                                                        Page 4
Invoice No.: 1868765

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | documents |
| 03/12/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Draft memoranda regarding Pitchersky trial |
| 03/12/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Review correspondence from trustee regarding status of proceedings |
| 03/13/13 | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Telephone conference with C. MacElree, D. Horst and L. Delehey regarding Grand Jury testimony |
| 03/13/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding California trial and negotiations |
| 03/13/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Telephone conference with D. Axelrod regarding Grand Jury testimony |
| 03/13/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Draft memoranda regarding demand letter to insurers |
| 03/14/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from C. MacElree regarding Grand Jury testimony |
| 03/14/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from A. Cooper regarding demand |
| 03/15/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Draft memoranda regarding California trial preparation issues |
| 03/17/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Review draft letter regarding claims against insurer |
| 03/17/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Draft memoranda regarding claims against Pitchersky |
| 03/18/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Draft memoranda regarding Grand Jury testimony |
| 03/18/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Draft memoranda |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

))DORSEY

DORSEY & WHITNEY LLP

GMAC ResCap                                                          April 19, 2013
Client-Matter No.: 479140-00005                                          Page 5
Invoice No.: 1868765

|            |            |          |      |    |                                                                                                              |
|------------|------------|----------|------|----|--------------------------------------------------------------------------------------------------------------|
|            |            |          |      |    | regarding California trial issues                                                                            |
| 03/18/13   | J. Langdon | 54.90    | 0.10 | 17 | (Nationwide) Telephone conference with C. MacElree regarding Grand Jury testimony                            |
| 03/18/13   | C. Miller  | 202.50   | 1.00 | 17 | (Nationwide) Prepare exhibits for client via electronic file transfer appliance                              |
| 03/19/13   | L. McGlinn | 142.20   | 0.40 | 17 | (Nationwide) Review and analyze writ of attachment in connection with claims against GMAC                    |
| 03/19/13   | J. Langdon | 219.60   | 0.40 | 17 | (Nationwide) Prepare for and telephone conference with C. MacElree regarding Pitchersky claims               |
| 03/19/13   | J. Langdon | 54.90    | 0.10 | 17 | (Nationwide) Memorandum to L. McGlinn regarding California trial preparation                                 |
| 03/19/13   | J. Langdon | 109.80   | 0.20 | 17 | (Nationwide) Draft memoranda regarding team meeting regarding trial preparation                              |
| 03/19/13   | J. Langdon | 54.90    | 0.10 | 17 | (Alliance) Telephone conference with C. MacElree regarding status of servicing funds issues                  |
| 03/20/13   | L. McGlinn | 35.55    | 0.10 | 17 | (Nationwide) Memoranda with J. Langdon regarding status of matter                                            |
| 03/20/13   | L. McGlinn | 142.20   | 0.40 | 17 | (Nationwide) Prepare timeline of upcoming trial dates                                                        |
| 03/20/13   | L. McGlinn | 1,706.40 | 4.80 | 17 | (Nationwide) Research regarding possible manner of proceeding to protect attached bond in light of A. Cooper's demand for return |
| 03/20/13   | J. Langdon | 109.80   | 0.20 | 17 | (Nationwide) Prepare for and telephone conference with L. McGlinn regarding California trial preparation     |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

GMAC ResCap                                                                April 19, 2013
Client-Matter No.: 479140-00005                                              Page 6
Invoice No.: 1868765

| 03/20/13 | J. Langdon | 439.20 | 0.80 | 17 | (Nationwide) Telephone conference with D. Horst, L. Delehey and C. MacElree regarding claims against Pitchersky |
| 03/20/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding California trial preparation |
| 03/21/13 | L. McGlinn | 35.55 | 0.10 | 17 | (Nationwide) Memoranda with J. Langdon regarding matter |
| 03/21/13 | L. McGlinn | 462.15 | 1.30 | 17 | (Nationwide) Research regarding interpleader |
| 03/21/13 | L. McGlinn | 817.65 | 2.30 | 17 | (Nationwide) Prepare writ of attachment |
| 03/21/13 | J. Langdon | 1,537.20 | 2.80 | 17 | (Nationwide) Draft memorandum to D. Horst, L. Delehey and C. MacElree regarding status and potential settlement of California claims |
| 03/21/13 | J. Langdon | 603.90 | 1.10 | 17 | (Nationwide) Memorandum to opposing counsel regarding attachment issue |
| 03/21/13 | J. Langdon | 274.50 | 0.50 | 17 | (Nationwide) Memoranda to and from L. McGlinn regarding trial preparation |
| 03/21/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Draft response to audit request letter |
| 03/21/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Telephone conference with T. Kelly regarding servicing issue |
| 03/22/13 | J. Langdon | 329.40 | 0.60 | 17 | (Nationwide) Memoranda to and from C. MacElree regarding preparation for Grand Jury testimony |
| 03/22/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Draft memoranda |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**

DORSEY & WHITNEY LLP

GMAC ResCap                                                                April 19, 2013
Client-Matter No.: 479140-00005                                                  Page 7
Invoice No.: 1868765

| | | | | | |
|---|---|---|---|---|---|
| | | | | | regarding Pitchersky claims |
| 03/22/13 | J. Langdon | 439.20 | 0.80 | 17 | (Nationwide) Memorandum to T. Denis regarding attachment issue |
| 03/22/13 | J. Langdon | 274.50 | 0.50 | 17 | (Nationwide) Analyze Pennsylvania claims |
| 03/25/13 | J. Langdon | 1,427.40 | 2.60 | 17 | (Nationwide) Prepare for Grand Jury testimony |
| 03/25/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda from and to L. Delehey regarding Grand Jury testimony |
| 03/26/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding Pitchersky claims |
| 03/26/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding preparation for C. MacElree testimony |
| 03/27/13 | L. McGlinn | 995.40 | 2.80 | 17 | (Nationwide) Prepare application for writ of attachment |
| 03/27/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Prepare for and telephone conference with C. MacElree regarding Grand Jury testimony |
| 03/27/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding California writ of attachment |
| 03/27/13 | J. Langdon | 549.00 | 1.00 | 17 | (Nationwide) Review key pleadings in preparation for trial |
| 03/28/13 | L. McGlinn | 106.65 | 0.30 | 17 | (Nationwide) Communications regarding Ally's ex parte application |
| 03/28/13 | L. McGlinn | 142.20 | 0.40 | 17 | (Nationwide) Review ex parte application |
| 03/28/13 | L. McGlinn | 639.90 | 1.80 | 17 | (Nationwide) Research regarding ex parte application |
| 03/28/13 | K. Schmidt | 227.25 | 0.50 | 17 | (Nationwide) Telephone |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

GMAC ResCap                                                                    April 19, 2013
Client-Matter No.: 479140-00005                                                       Page 8
Invoice No.: 1868765

| | | | | | |
|---|---|---|---|---|---|
| | | | | | conference with J. Langdon and L. McGlinn |
| 03/28/13 | K. Schmidt | 545.40 | 1.20 | 17 | (Nationwide) Prepare for ex parte hearing |
| 03/28/13 | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Prepare for and telephone conference with L. Delehey, C. MacElree and D. Horst regarding recommendation for Pitchersky settlement |
| 03/28/13 | J. Langdon | 549.00 | 1.00 | 17 | (Nationwide) Draft memoranda regarding motion regarding writ of attachment |
| 03/28/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Review motion papers regarding writ of attachment |
| 03/28/13 | J. Langdon | 549.00 | 1.00 | 17 | (Nationwide) Prepare for emergency ex parte hearing |
| 03/28/13 | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Draft memorandum regarding settlement recommendation |
| 03/29/13 | K. Schmidt | 909.00 | 2.00 | 17 | (Nationwide) Drive to Indio to appear at hearing on ex parte application |
| 03/29/13 | K. Schmidt | 454.50 | 1.00 | 17 | (Nationwide) Prepare for hearing on ex parte application |
| 03/29/13 | K. Schmidt | 681.75 | 1.50 | 17 | (Nationwide) Appear at hearing on ex parte application |
| 03/29/13 | K. Schmidt | 90.90 | 0.20 | 17 | (Nationwide) Conference with J. Langdon prior to hearing on ex parte application |
| 03/29/13 | K. Schmidt | 136.35 | 0.30 | 17 | (Nationwide) Conference with J. Langdon after hearing on ex parte application |
| 03/29/13 | J. Langdon | 933.30 | 1.70 | 17 | (Nationwide) Attend hearing on Pitchersky ex parte motion |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY


DORSEY & WHITNEY LLP

GMAC ResCap                                                        April 19, 2013
Client-Matter No.: 479140-00005                                        Page 9
Invoice No.: 1868765

| | | | | | |
|---|---|---|---|---|---|
| 03/29/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Telephone conferences with local counsel regarding hearing on Pitchersky ex parte motion |
| 03/29/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to Ally Bank counsel regarding Pitchersky ex parte motion |
| 03/29/13 | J. Langdon | 274.50 | 0.50 | 17 | (Nationwide) Outline responsive papers to Pitchersky ex parte motion |
| 03/29/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Telephone conferences with C. MacElree regarding responsive papers to Pitchersky ex parte motion |
| 03/29/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding potential settlement discussions |

**Total Hours**                                  **63.60**

**Total for Legal Fees**          **$28,168.20**

**Total This Invoice**          **$28,168.20**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Stilson | Associate | 10.20 | 283.50 | 2,891.70 |
| L. McGlinn | Other Attorney | 14.70 | 355.50 | 5,225.85 |
| S. Marsden | Partner | 1.50 | 405.00 | 607.50 |
| K. Schmidt | Partner | 6.70 | 454.50 | 3,045.15 |
| J. Langdon | Partner | 29.50 | 549.00 | 16,195.50 |
| C. Miller | Paralegal | 1.00 | 202.50 | 202.50 |
| **Total all Timekeepers** | | **63.60** | | **28,168.20** |

Service charges are based on rates established by Dorsey & Whitney.   A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY**

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC Mortgage LLC                                        April 19, 2013
c/o Skylar F. Hanson                                Invoice No. 1868088
Legal Department
Ally Financial, Inc.
8400 Normandale Lake Blvd. Suite 250
Minneapolis, MN 55437

Client-Matter No.: 483413-00007
Victor Hugo Arteaga

**For Legal Services Rendered Through March 31, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                          $109.80

**Total For Current Invoice**                         **$109.80**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



# DORSEY

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC Mortgage LLC                                          April 19, 2013
c/o Skylar F. Hanson                                Invoice No. 1868088
Legal Department
Ally Financial, Inc.
8400 Normandale Lake Blvd. Suite 250
Minneapolis, MN 55437

**Client-Matter No: 483413-00007**

**Victor Hugo Arteaga**
**Client Reference #:  35107**

---

**For Legal Services Rendered Through March 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 03/21/13 | J. Langdon | 54.90 | 0.10 | 17 | Memoranda from and to P. Zellmann |
| 03/21/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft letter to V. Arteaga regarding credit bureau inquiry |

**Total Hours**                    **0.20**

**Total for Legal Fees**     $109.80

**Total This Invoice**     $109.80

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 0.20 | 549.00 | 109.80 |
| **Total all Timekeepers** | | **0.20** | | **109.80** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY





THOMAS O. KELLY III
(612) 492-6029
kelly.tom@dorsey.com

May 20, 2013

**<u>VIA FEDERAL EXPRESS</u>**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
  Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
  and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
  Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
  Jonathan H. Hofer

Re:    In re Residential Capital, LLC, et al.
       Case No. 12-12020

Dear Counsel:

Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find Dorsey & Whitney LLP's monthly fee statements for the period April 1, 2013 through April 310 2013 (the "Statements"), which were served with a copy of this on the parties listed in paragraph (a) of the Order, on May 20, 2013.

In the absence of a timely objection, the Debtors shall pay $19,015.12, consisting of the sum of (a) $18,753.12, an amount equal to 80% of the fees ($18,753.12 = $23,441.40 x 0.80) and (b) 100% of the expenses ($262.00) being requested in the Statement.

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • **T** 612.340.2600 • **F** 612.340.2868
SUITE 1500 • 50 SOUTH SIXTH STREET • MINNEAPOLIS, MINNESOTA 55402-1498
USA  CANADA  EUROPE  ASIA-PACIFIC

4824-0440-8084\1



Morrison & Foerster LLP
Office of the United States Trustee for the Southern District of New York
Kramer Levin Naftalis & Frankel LLP
Kirkland & Ellis
Skadden, Arps, Slate, Meagher & Flom LLP
May 20, 2013
Page 2


Objections to the Statements are due by date that is the later of (1) 20 days after the date of service, or (2) the 40th day following the end of the month for which compensation is sought.

Sincerely,

Thomas O. Kelly III

Enclosures

cc:   Tammy Hamzehpour (w/encl.)(via Federal Express)



## DORSEY

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

### STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                    May 20, 2013
One Meridian Crossings                          Invoice No. 1874789
Minneapolis,  MN 55423

Client-Matter No.: 355050-00359
Allstate Insurance Company et al.

**For Legal Services Rendered Through April 30, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                        $549.00

**Total For Current Invoice**                       **$549.00**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:                Wire Instructions:
Dorsey & Whitney LLP                 U.S. Bank National Association      ABA Routing Number: 091000022
P.O. Box 1680                        800 Nicollet Mall                   Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680          Minneapolis, MN  55402              Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



**DORSEY & WHITNEY LLP**

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

May 20, 2013
Invoice No. 1874789

**Client-Matter No: 355050-00359**

**Allstate Insurance Company et al.**
**Client Reference #: 709980**

---

**For Legal Services Rendered Through April 30, 2013**

| Date | Attorney | Amount | Hours | Task | Description |
|---|---|---|---|---|---|
| 04/04/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding requested substitution of counsel |
| 04/05/13 | J. Langdon | 54.90 | 0.10 | 17 | Review correspondence regarding document preservation |
| 04/05/13 | J. Langdon | 54.90 | 0.10 | 17 | Memorandum to L. Delehey regarding document preservation |
| 04/09/13 | J. Langdon | 54.90 | 0.10 | 17 | Memoranda from and to opposing counsel regarding request for document hold |
| 04/25/13 | J. Langdon | 54.90 | 0.10 | 17 | Review correspondence regarding document retention request |
| 04/29/13 | J. Langdon | 164.70 | 0.30 | 17 | Draft memoranda regarding document retention request |
| 04/29/13 | J. Langdon | 54.90 | 0.10 | 17 | Telephone conference with L. Delehey regarding document retention request |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



DORSEY & WHITNEY LLP

Residential Funding Company, LLC                                    May 20, 2013
Client-Matter No.: 355050-00359                                    Page 2
Invoice No.: 1874789

**Total Hours**                      **1.00**

                                        **Total for Legal Fees**        **$549.00**

                                        **Total This Invoice**          **$549.00**

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 1.00 | 549.00 | 549.00 |
| **Total all Timekeepers** | | **1.00** | | **549.00** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



## DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

### STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                     May 20, 2013
One Meridian Crossings                        Invoice No. 1874790
Minneapolis,  MN 55423

Client-Matter No.: 355050-00360
Huntington Bancshares Inc.

**For Legal Services Rendered Through April 30, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                    $1,558.35

**Total For Current Invoice**                    **$1,558.35**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:          Wire Instructions:
Dorsey & Whitney LLP          U.S. Bank National Association      ABA Routing Number: 091000022
P.O. Box 1680                800 Nicollet Mall              Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680      Minneapolis, MN  55402          Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                    May 20, 2013
One Meridian Crossings                         Invoice No. 1874790
Minneapolis, MN 55423

**Client-Matter No: 355050-00360**

**Huntington Bancshares Inc.**
**Client Reference #: 719440**

**For Legal Services Rendered Through April 30, 2013**

| 04/02/13 | A. Brantingham | 21.15 | 0.10 | 17 | Email L. Lundsten regarding status of appeal |
|----------|----------------|-------|------|----|----|
| 04/02/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding appeal status |
| 04/19/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding status of appeal |
| 04/22/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding appeal response brief |
| 04/23/13 | J. Langdon | 274.50 | 0.50 | 17 | Review appeal brief |
| 04/23/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding appeal brief |
| 04/24/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding appeal brief |
| 04/29/13 | J. Langdon | 823.50 | 1.50 | 17 | Review appeal brief and voluminous appendix |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# ◯❯❯ DORSEY
### DORSEY & WHITNEY LLP

Residential Funding Company, LLC                                May 20, 2013
Client-Matter No.: 355050-00360                                 Page 2
Invoice No.: 1874790

| | | | | | |
|---|---|---|---|---|---|
| 04/30/13 | J. Langdon | 54.90 | 0.10 | 17 | Telephone conference with counsel for AFI regarding appeal strategy |

**Total Hours**                          **2.90**

**Total for Legal Fees**          **$1,558.35**

**Total This Invoice**            **$1,558.35**

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| A. Brantingham | Associate | 0.10 | 211.50 | 21.15 |
| J. Langdon | Partner | 2.80 | 549.00 | 1,537.20 |
| **Total all Timekeepers** | | **2.90** | | **1,558.35** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                                          May 20, 2013
One Meridian Crossings                                          Invoice No. 1874791
Minneapolis, MN 55423

Client-Matter No.: 355050-00361
1941 Stichting Pensioenfonds ABP

**For Legal Services Rendered Through April 30, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                          $878.40

**Total For Current Invoice**                          **$878.40**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:                Wire Instructions:
Dorsey & Whitney LLP                U.S. Bank National Association         ABA Routing Number: 091000022
P.O. Box 1680                       800 Nicollet Mall                      Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680          Minneapolis, MN 55402                  Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis,  MN 55423

May 20, 2013
Invoice No. 1874791

**Client-Matter No: 355050-00361**

**1941Stichting Pensioenfonds ABP**
**Client Reference #:  719458**

---

**For Legal Services Rendered Through April 30, 2013**

| Date | Attorney | Amount | Hours | | Description |
|------|----------|--------|-------|---|-------------|
| 04/05/13 | J. Langdon | 54.90 | 0.10 | 17 | Review key bankruptcy pleadings |
| 04/09/13 | J. Langdon | 109.80 | 0.20 | 17 | Review key bankruptcy filings |
| 04/11/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding motion to dismiss |
| 04/15/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding motion to dismiss briefing schedule |
| 04/16/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding motion to dismiss |
| 04/18/13 | J. Langdon | 109.80 | 0.20 | 17 | Review bankruptcy docket |
| 04/19/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding motion to dismiss |
| 04/23/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding motion to dismiss |
| 04/25/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

# ⟨ ⟩⟩ DORSEY
### DORSEY & WHITNEY LLP

Residential Funding Company, LLC                                      May 20, 2013
Client-Matter No.: 355050-00361                                          Page 2
Invoice No.: 1874791

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | motion to dismiss |
| 04/29/13 | J. Langdon | 274.50 | 0.50 | 17 | Review creditor committee filing regarding claims |
|  | **Total Hours** |  | **1.60** |  |  |

|  |  |
|---|---|
| **Total for Legal Fees** | **$878.40** |
| **Total This Invoice** | **$878.40** |

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 1.60 | 549.00 | 878.40 |
| **Total all Timekeepers** |  | **1.60** |  | **878.40** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



**DORSEY**

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

May 20, 2013
Invoice No. 1874792

Client-Matter No.: 355050-00363
Investigation by SIGTARP

---

**For Disbursements and Services Charges Rendered Through April 30, 2013**

# INVOICE TOTAL

Total For Current Disbursements and Service Charges          $56.00

**Total For Current Invoice**                                                    **$56.00**

---

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | |
| --- | --- | --- |
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



## DORSEY
### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis,  MN 55423

May 20, 2013
Invoice No. 1874792

**Client-Matter No: 355050-00363**

**Investigation by SIGTARP**
**Client Reference #:  726236**

---

**For Disbursements and Service Charges Rendered Through April 30, 2013**

|  |  |
|---|---|
| **Total for Legal Fees** | **$0.00** |

**Disbursements and Service Charges**

| Messenger Charges | 56.00 |
|---|---|
| **Total for Disbursements and Service Charges** | **$56.00** |
| **Total This Invoice** | **$56.00** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY & WHITNEY LLP**

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                                                May 20, 2013
One Meridian Crossings                                                Invoice No. 1874793
Minneapolis, MN 55423

Client-Matter No.: 355050-00368
John Hancock Life Insurance Company, et al

**For Legal Services Rendered Through April 30, 2013**

# INVOICE TOTAL

Total For Current Legal Fees                                          $603.90

**Total For Current Invoice**                                    **$603.90**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:                    Wire Instructions:
Dorsey & Whitney LLP                     U.S. Bank National Association          ABA Routing Number: 091000022
P.O. Box 1680                            800 Nicollet Mall                       Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680              Minneapolis, MN 55402                    Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



## DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

May 20, 2013
Invoice No. 1874793

**Client-Matter No: 355050-00368**

**John Hancock Life Insurance Company, et al**
**Client Reference #: 732099**

**For Legal Services Rendered Through April 30, 2013**

| Date | Timekeeper | Amount | Hours | | Description |
|---|---|---|---|---|---|
| 04/01/13 | J. Langdon | 549.00 | 1.00 | 17 | Review briefs submitted by underwriters and Ally |
| 04/02/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding motion to dismiss hearing |
| | **Total Hours** | | **1.10** | | |

| | | |
|---|---|---|
| **Total for Legal Fees** | | **$603.90** |
| **Total This Invoice** | | **$603.90** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 1.10 | 549.00 | 603.90 |
| **Total all Timekeepers** | | **1.10** | | **603.90** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap                                             May 20, 2013
Attn: Tammy Hamzehpour                        Invoice No. 1874800
1100 Virginia Drive
Fort Washington, PA  19034

Client-Matter No.: 479140-00003
ResCap Treasury General

---

**For Legal Services Rendered Through April 30, 2013**

# INVOICE TOTAL

Total For Current Legal Fees                           $1,487.70

**Total For Current Invoice**                          **$1,487.70**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:                 Wire Instructions:
Dorsey & Whitney LLP                 U.S. Bank National Association          ABA Routing Number: 091000022
P.O. Box 1680                        800 Nicollet Mall                      Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680           Minneapolis, MN  55402                 Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03515



### DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA  19034

May 20, 2013
Invoice No. 1874800

**Client-Matter No: 479140-00003**

**ResCap Treasury General**
**Client Reference #:  718556**

**For Legal Services Rendered Through April 30, 2013**

| Date | Name | | | | Description |
|---|---|---|---|---|---|
| 04/02/13 | T. Kelly | 98.10 | 0.20 | 3 | Review memorandum regarding collateral sales |
| 04/02/13 | T. Kelly | 49.05 | 0.10 | 3 | Telephone conference with J. Ruckdaschel regarding collateral sales |
| 04/11/13 | J. Mikhailevich | 244.80 | 0.80 | 8 | Prepare for hearing on Trustee's objection to Dorsey's fee application |
| 04/11/13 | J. Mikhailevich | 856.80 | 2.80 | 8 | Attend hearing on Trustee's objection to Dorsey's fee application |
| 04/16/13 | J. Mikhailevich | 91.80 | 0.30 | 7 | Review exhibit to second interim fee order for accuracy |
| 04/24/13 | T. Kelly | 98.10 | 0.20 | 3 | Review indenture and line of credit agreement regarding permitted refinancing indebtedness and permitted funding |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# ◯ ))) DORSEY
### DORSEY & WHITNEY LLP

GMAC ResCap                                                                May 20, 2013
Client-Matter No.: 479140-00003                                              Page 2
Invoice No.: 1874800

|  |  |  |  | indebtedness |
|---|---|---|---|---|
| 04/24/13 | T. Kelly | 49.05 | 0.10 | 3 | Telephone conference with S. Martin regarding permitted refinancing indebtedness and permitted funding indebtedness |

**Total Hours**                          **4.50**

**Total for Legal Fees**        **$1,487.70**

**Total This Invoice**          **$1,487.70**

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Mikhailevich | Associate | 3.90 | 306.00 | 1,193.40 |
| T. Kelly | Partner | 0.60 | 490.50 | 294.30 |
| **Total all Timekeepers** |  | **4.50** |  | **1,487.70** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA 19034

May 20, 2013
Invoice No. 1874795

Client-Matter No.: 479140-00005
Business Lending Workout Matters

---

**For Legal Services Rendered Through April 30, 2013**

## INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $16,924.95 |
| Total For Current Disbursements and Service Charges | $206.00 |
| **Total For Current Invoice** | **$17,130.95** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03515



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap                                                    May 20, 2013
Attn: Tammy Hamzehpour                              Invoice No. 1874795
1100 Virginia Drive
Fort Washington, PA 19034

**Client-Matter No: 479140-00005**

**Business Lending Workout Matters**
**Client Reference #: 731146**

---

**For Legal Services Rendered Through April 30, 2013**

| Date | Timekeeper | Amount | Hours | | Description |
|---|---|---|---|---|---|
| 04/01/13 | L. McGlinn | 4,088.25 | 11.50 | 17 | (Nationwide) Prepare application for writ of attachment |
| 04/01/13 | L. McGlinn | 639.90 | 1.80 | 17 | (Nationwide) Prepare declaration of J. Langdon in support of application for writ of attachment |
| 04/01/13 | K. Schmidt | 90.90 | 0.20 | 17 | (Nationwide) Conference with L. McGlinn regarding ex parte application |
| 04/01/13 | J. Langdon | 549.00 | 1.00 | 17 | (Nationwide) Review and revise draft brief in support of writ |
| 04/01/13 | J. Langdon | 823.50 | 1.50 | 17 | (Nationwide) Review insurance policies and potential claims |
| 04/02/13 | L. McGlinn | 2,204.10 | 6.20 | 17 | (Nationwide) Prepare writ of attachment papers and related documents |
| 04/02/13 | L. McGlinn | 391.05 | 1.10 | 17 | (Nationwide) Prepare J. Langdon declaration in support of |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



GMAC ResCap                                                          May 20, 2013
Client-Matter No.: 479140-00005                                         Page 2
Invoice No.: 1874795

| | | | | | |
|---|---|---|---|---|---|
| | | | | | application for writ of attachment |
| 04/02/13 | K. Schmidt | 363.60 | 0.80 | 17 | (Nationwide) Review draft ex parte application and provide redline with comments to L. McGlinn |
| 04/02/13 | J. Langdon | 823.50 | 1.50 | 17 | (Nationwide) Revise writ of attachment papers |
| 04/02/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Telephone conferences with L. McGlinn regarding writ of attachment papers |
| 04/02/13 | J. Langdon | 274.50 | 0.50 | 17 | (Nationwide) Outline declaration regarding swap agreement |
| 04/02/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from A. Cooper regarding proposed settlement |
| 04/03/13 | L. McGlinn | 71.10 | 0.20 | 17 | (Nationwide) Review ex parte papers regarding release of funds |
| 04/03/13 | L. McGlinn | 462.15 | 1.30 | 17 | (Nationwide) Prepare response to ex parte papers regarding release of funds |
| 04/03/13 | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Memoranda to and from A. Cooper regarding proposed settlement |
| 04/03/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda to and from C. MacElree regarding proposed settlement |
| 04/03/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda to and from L. McGlinn regarding writ |
| 04/04/13 | L. McGlinn | 142.20 | 0.40 | 17 | (Nationwide) Prepare notice of conditional settlement |
| 04/04/13 | L. McGlinn | 248.85 | 0.70 | 17 | (Nationwide) Communication with court and opposing counsel regarding same conditional settlement |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY


DORSEY & WHITNEY LLP

GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1874795

May 20, 2013
Page 3

| | | | | | |
|---|---|---|---|---|---|
| 04/04/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from L. McGlinn regarding procedural issues |
| 04/04/13 | J. Langdon | 274.50 | 0.50 | 17 | (Nationwide) Memoranda to and from A. Cooper regarding settlement terms |
| 04/05/13 | J. Langdon | 439.20 | 0.80 | 17 | (Nationwide) Attend court hearing by telephone |
| 04/05/13 | J. Langdon | 988.20 | 1.80 | 17 | (Nationwide) Draft Pitchersky settlement agreement and exhibits |
| 04/05/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Conference with J. Stilson regarding potential claim against auditing firm |
| 04/08/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Review correspondence regarding upcoming hearing |
| 04/08/13 | J. Langdon | 549.00 | 1.00 | 17 | (Nationwide) Draft Pitchersky settlement agreement and exhibits |
| 04/09/13 | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Revise settlement agreement exhibits |
| 04/09/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from L. McGlinn regarding settlement agreement exhibits |
| 04/10/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from A. Cooper regarding Pitchersky settlement |
| 04/10/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda to and from Ally Bank counsel regarding Pitchersky settlement |
| 04/11/13 | J. Langdon | 274.50 | 0.50 | 17 | (Nationwide) Revise Pitchersky settlement agreement and exhibits |
| 04/12/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memorandum to C. MacElree, L. Delehey and D. Horst regarding Pitchersky settlement |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**

DORSEY & WHITNEY LLP

GMAC ResCap                                              May 20, 2013
Client-Matter No.: 479140-00005                              Page 4
Invoice No.: 1874795

| 04/12/13 | J. Langdon | 109.80 | 0.20 | 17 | Telephone conferences with auditor regarding response to audit request |
|---|---|---|---|---|---|
| 04/15/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to C. MacElree regarding Pitchersky settlement |
| 04/15/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Review correspondence regarding bankruptcy hearing |
| 04/16/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda to and from C. MacElree regarding Pitchersky settlement |
| 04/17/13 | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Memoranda to and from C. MacElree regarding Pitchersky settlement |
| 04/18/13 | T. Kelly | 49.05 | 0.10 | 17 | (Alliance) Telephone conference with J. Langdon and D. Horst regarding excess funds |
| 04/18/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Draft memoranda regarding status of inquiry regarding servicing fees |
| 04/18/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Telephone conferences with T. Kelly and D. Horst regarding status of inquiry regarding servicing fees |
| 04/18/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda from and to L. McGlinn regarding settlement |
| 04/19/13 | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Telephone conferences with D. Horst, L. Delehey and C. MacElree regarding Pitchersky settlement |
| 04/19/13 | J. Langdon | 274.50 | 0.50 | 17 | (Nationwide) Revise settlement agreement |
| 04/21/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Draft memoranda regarding Pitchersky settlement |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**◖ ❯❯ DORSEY**
DORSEY & WHITNEY LLP

GMAC ResCap                                                                May 20, 2013
Client-Matter No.: 479140-00005                                           Page 5
Invoice No.: 1874795

| | | | | | |
|---|---|---|---|---|---|
| 04/22/13 | L. McGlinn | 213.30 | 0.60 | 17 | (Nationwide) Review settlement documents |
| 04/22/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from A. Cooper regarding settlement agreement |
| 04/22/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Revise settlement agreement |
| 04/30/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Draft memoranda regarding Pitchersky settlement |

**Total Hours**      **39.40**

**Total for Legal Fees**      **$16,924.95**

**Disbursements and Service Charges**

| | |
|---|---|
| Messenger Charges | 28.00 |
| Travel Expense - Change and service fees for J. Langdon for canceled travel to Philadelphia, PA 04/09/13 | 178.00 |

**Total for Disbursements and Service Charges**      **$206.00**

**Total This Invoice**      **$17,130.95**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| L. McGlinn | Other Attorney | 23.80 | 355.50 | 8,460.90 |
| K. Schmidt | Partner | 1.00 | 454.50 | 454.50 |
| T. Kelly | Partner | 0.10 | 490.50 | 49.05 |
| J. Langdon | Partner | 14.50 | 549.00 | 7,960.50 |
| **Total all Timekeepers** | | **39.40** | | **16,924.95** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



## DORSEY
### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC Mortgage, LLC                                              May 20, 2013
Attn.: John G. Hromy, Associate Counsel              Invoice No. 1874794
Legal Staff - Mail Code 190-FTW-L95
1100 Virginia Drive
Fort Washington, PA  19034

Client-Matter No.: 483413-00011
Navigate Advisors LLC

**For Legal Services Rendered Through April 30, 2013**

# INVOICE TOTAL

Total For Current Legal Fees                                    $1,439.10

**Total For Current Invoice**                                   **$1,439.10**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:              Wire Instructions:
Dorsey & Whitney LLP              U.S. Bank National Association      ABA Routing Number: 091000022
P.O. Box 1680                          800 Nicollet Mall                          Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680    Minneapolis, MN  55402              Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



**DORSEY & WHITNEY LLP**

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC Mortgage, LLC                                                May 20, 2013
Attn.: John G. Hromy, Associate Counsel                 Invoice No. 1874794
Legal Staff - Mail Code 190-FTW-L95
1100 Virginia Drive
Fort Washington, PA  19034

**Client-Matter No: 483413-00011**

**Navigate Advisors LLC**
**Client Reference #:  720650**

---

**For Legal Services Rendered Through April 30, 2013**

| Date | | | | | |
|---|---|---|---|---|---|
| 04/01/13 | A. Brantingham | 190.80 | 0.80 | 18 | Review file |
| 04/02/13 | J. Langdon | 549.00 | 1.00 | 18 | Review Mayer Brown background documents |
| 04/02/13 | J. Langdon | 54.90 | 0.10 | 18 | Telephone conference with A. Brantingham regarding Mayer Brown background documents |
| 04/03/13 | J. Langdon | 54.90 | 0.10 | 18 | Draft memoranda regarding upcoming conference with B. Smith |
| 04/08/13 | A. Brantingham | 95.40 | 0.40 | 18 | Telephone conference with B. Smith and J. Langdon regarding case strategy |
| 04/08/13 | J. Langdon | 274.50 | 0.50 | 18 | Telephone conference with B. Smith regarding background and potential for FINRA arbitration |
| 04/09/13 | J. Langdon | 54.90 | 0.10 | 18 | Research regarding broker-dealer status of Navigate |
| 04/09/13 | J. Langdon | 54.90 | 0.10 | 18 | Draft memorandum regarding |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

## DORSEY

DORSEY & WHITNEY LLP

GMAC Mortgage, LLC
Client-Matter No.: 483413-00011
Invoice No.: 1874794

May 20, 2013
Page 2

| | | | | broker-dealer status of Navigate |
|---|---|---|---|---|
| 04/09/13 | J. Langdon | 54.90 | 0.10 | 18 | Analyze potential arbitration |
| 04/18/13 | J. Langdon | 54.90 | 0.10 | 18 | Draft memoranda regarding status of inquiry regarding contract |

**Total Hours**          **3.30**

**Total for Legal Fees**          **$1,439.10**

**Total This Invoice**          **$1,439.10**

### Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| A. Brantingham | Associate | 1.20 | 238.50 | 286.20 |
| J. Langdon | Partner | 2.10 | 549.00 | 1,152.90 |
| **Total all Timekeepers** | | **3.30** | | **1,439.10** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY