**UNITES STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | Case No. 12-12020(MG) |
| | ) | |
| **RESIDENTIAL CAPITAL, LLC., et al,** | ) | |
| | ) | Chapter 11 |
| | ) | |
| **Debtors.** | ) | Jointly Administered |

## ORDER GRANTING MOTION FOR ADMISSION FOR
## MARVIN E. CLEMENTS, JR. TO PRACTICE *PRO HAC VICE*

**ORDERED**, that Marvin E. Clements, Jr., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: **July 31, 2013**
New York, New York

                                            **/s/Martin Glenn**
                                     UNITED STATES BANKRUPTCY JUDGE