UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

------------------------------------------------------------

## NOTICE OF WITHDRAWAL OF CLAIM NUMBER 3635, FILED BY EDWARD W. CRUMP AND MARLYN C. CRUMP

Edward W. Crump and Marlyn C. Crump, having filed Claim Number 3635 against GMAC Mortgage, LLC (the "Claim"), hereby give notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure.

Edward W. Crump and Marlyn C. Crump hereby withdraw the Claim, authorize SilvermanAcampora LLP, special counsel to the Official Committee of Unsecured Creditors in the above-captioned cases, to file this Notice with the Bankruptcy Court in order to effectuate the withdrawal of the Claim, and also authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register.

A facsimile signature or a signature in portable document format (.pdf) shall be deemed original for purposes of this Notice of Withdrawal.

Dated: July 27, 2013

        Edward W. Crump

*Marlyn C. Crump*

(Sign Name)