UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

In Re:

RESIDENTIAL CAPITAL, LLC *aka* RESIDENTIAL CAPITAL CORPORATION,

Debtor.

Case No.:12-12020-mg

CHAPTER 11
JUDGE: MARTIN GLENN

**NOTICE OF APPEARANCE**

SIR/MADAM:

**PLEASE TAKE NOTICE** that CITIMORTGAGE, INC., hereby appears in the above action, by and through its attorneys, Sweeney, Gallo, Reich & Bolz, LLP, and demand that all papers in the case be served on the undersigned at the address below.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: July 31, 2013
Queens, New York

Respectfully submitted,

_____
SWEENEY, GALLO, REICH & BOLZ, LLP.
BY: Melanie A. Sweeney, Esq. (MS #8064)
Attorneys for CitiMortgage, Inc.
95-25 Queens Boulevard, 11th Floor
Rego Park, New York 11374
(718) 459-2634
(718) 459-0999 (Fax)