Hearing Date: August 16, 2013

| | |
|---|---|
| **DECHERT LLP** | **SEWARD & KISSEL LLP** |
| Glenn E. Siegel | Mark D. Kotwick |
| Mauricio A. España | Brian P. Maloney |
| Rebecca S. Kahan | Ryan Suser |
| 1095 Avenue of the Americas | One Battery Park Plaza |
| New York, New York 10036-6797 | New York, New York 10004 |
| Telephone: (212) 698-3500 | Telephone: (212) 574-1200 |
| Facsimile: (212) 698-3599 | Facsimile: (212) 480-8421 |
| *Counsel to The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A., as Trustee of Certain Mortgage-Backed Securities Trusts* | *Counsel to U.S. Bank National Association, as Trustee of Certain Mortgage-Backed Securities Trusts* |

**ALSTON & BIRD LLP**
John C. Weitnauer (*pro hac vice*)
Michael E. Johnson
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A., as Trustee of Certain Mortgage Backed Securities Trusts*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | Chapter 11 |
| Debtors. | Jointly Administered |

### THE FGIC TRUSTEES' EXHIBIT LIST

Pursuant to the Scheduling Order, dated July 8, 2013 [Docket No. 4168], governing the

*Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 For Approval Of The Settlement Agreement*

15000124.1

*Among The Debtors, FGIC, The FGIC Trustees And Certain Individual Investors*, [Docket No. 3929] (the "FGIC 9019 Motion"), The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., U.S. Bank and Wells Fargo (collectively, the "FGIC Trustees"), hereby identify the following exhibits that they may introduce into evidence at the hearing in connection with the FGIC 9019 Motion:

| Ex. No. | Date | Bates Range or ECF No. | Dep. Ex. No. | Description | Admitted | Withdrawn |
|---|---|---|---|---|---|---|
| 101 | 7/31/2013 | | | Declaration of Robert H. Major with Exhibits | | |
| 102 | 7/31/2013 | | | Declaration of Mamta K. Scott with Exhibits | | |
| 103 | 7/31/2013 | | | Declaration of Mary L. Sohlberg with Exhibits | | |
| 104 | 7/31/2013 | | | Declaration of S.P. Kothari, Ph.D. with Exhibits | | |
| 105 | 7/19/2013 | | | Expert Report of S.P. Kothari, Ph.D. | | |
| 106 | | | | Exhibit 1 to Expert Report of S.P. Kothari, Ph.D. - Curriculum Vitae of S.P. Kothari | | |
| 107 | | | | Exhibit 2 to Expert Report of S.P. Kothari, Ph.D. - Documents and Sources Considered | | |
| 108 | | | | Exhibit 3 to Expert Report of S.P. Kothari, Ph.D. - Ibbotson Cost of Capital Yearbook (2013 ed.), SIC 635 | | |
| 109 | 7/31/2013 | | | Declaration of Allen Pfeiffer with Exhibits | | |
| 110 | 7/19/2013 | | | Expert Report of Allen Pfeiffer | | |
| 111 | | | | Attachment I to Expert Report of Allen Pfeiffer - Curriculum Vitae of Allen M. Pfeiffer | | |
| 112 | | | | Attachment II to Expert Report of Allen Pfeiffer - Documents and Sources Considered | | |
| 113 | | | | Attachment III to Expert Report of Allen Pfeiffer - FGIC Commutation Proposal Discussion Materials: Dated May 15, 2013 | | |
| 114 | 12/1/2005 | RC_FGIC9019_00031378-RC_FGIC9019_00031527 | | RAMP 2005-EFC7 Pooling and Servicing Agreement | | |
| 115 | 3/29/2005 | RC_FGIC9019_00009586-RC_FGIC9019_00009658 | | GMACM 2005-HE1 Indenture | | |
| 116 | 6/29/2006 | RC_FGIC9019_00002753-RC_FGIC9019_00002831 | | GMACM 2006-HE2 Indenture | | |
| 117 | 3/30/2007 | RC_FGIC9019_00009274-RC_FGIC9019_00009374 | | RFMSII 2007-HI1 Indenture | | |
| 118 | 7/1/2004 | RC_FGIC9019_00018121-RC_FGIC9019_00018269 | | RASC 2004-KS7 Pooling and Servicing Agreement | | |
| 119 | 5/8/2013 | BNYM-MS 0000079 - BNYM-MS 0000088 | Major 4 | Email from Glenn Siegel to Robert H. Major regarding "FW: ResCap/FGIC Proposal (D&P Summary)" | | |
| 120 | 5/8/2013 | USB-MS 00068 - USB-MS 00078 | Scott 4 | Email from Arlene Alves to Mamta Scott, Laura Moran, James Byrnes, Mark Kotwick and Andrew Silberstein regarding "FW: ResCap/FGIC Proposal (D&P Summary) (Confidential)" | | |
| 121 | | WFB-MS000001 - WFB-MS000008 | Sohlberg 5 | Draft ResCap/FGIC Proposal with handwritten Notes | | |

| Ex. No. | Date | Bates Range or ECF No. | Dep. Ex. No. | Description | Admitted | Withdrawn |
|---|---|---|---|---|---|---|
| 122 | 5/10/2013 | WFB-MS000009 - WFB-MS000018 | Sohlberg 4 | Email from Michael Johnson to Mary Sohlberg and Kit Weitnauer regarding "FW: ResCap/FGIC Proposal (D&P Summary)" | | |
| 123 | 5/15/2013 | TR-MS000001- TR-MS000009 | Sohlberg 6 | FGIC Commutation Proposal Discussion Materials Prepared by Duff & Phelps | | |
| 124 | | | | CD Containing Relevant Transaction Documents | | |
| 125 | 12/12/2012 | | | Affidavit of Michael W. Miller in Further Support of Approval of the First Amended Plan of Rehabilitation in the Matter of Rehabilitation of Financial Guaranty Insurance Company | | |
| 126 | 12/26/2012 | ECF No. 2519 | | Order Appointing Mediator | | |
| 127 | 5/23/2013 | ECF No. 3814 | | Debtors' Motion for an Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter Into and Perform Under a Plan Support Agreement with Ally Financial Inc., the Creditors Committee and Certain Consenting Claimants (with Exhibits) | | |
| 128 | 5/24/2013 | | | Time Sensitive Notice Regarding (A) Plan Support Agreement Among the ResCap Debtors and the RMBS Trustees, Among Others, and (B) Settlement Agreement Among the Debtors, Financial Guaranty Insurance Company and Certain of the RMBS Trustees, with schedules | | |
| 129 | 6/4/2013 | | | Time Sensitive Notice Regarding Settlement Agreement Among ResCap Debtors, Financial Guaranty Insurance Company and the FGIC Trustees | | |
| 130 | 6/7/2013 | ECF No. 3929 | | Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 For Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors | | |
| 131 | 6/10/2013 | ECF No. 3940 | | Joinder of Certain RMBS Trustees to the Debtors' Motion for an Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter Into and Perform under a Plan Support Agreement with Ally Financial Inc., the Creditors' Committee, and Certain Consenting Claimants (with Exhibits) | | |
| 132 | 6/11/2013 | | | Interim Order regarding notice of Motion Sequence 16, Index No. 401265/2012 | | |
| 133 | 6/14/2013 | ECF No. 3982 | | Joinder of FGIC Trustees to the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors | | |
| 134 | 6/15/2013 | | | Affidavit of Service of Robert H. Major regarding notice of Motion Sequence 16, Index No. 401265/2012 | | |
| 135 | 6/15/2013 | | | Affidavit of Service of Mamta K. Scott regarding notice of Motion Sequence 16, Index No. 401265/2012 | | |
| 136 | 6/15/2013 | | | Affidavit of Service of Mary L. Solberg regarding notice of Motion Sequence 16, Index No. 401265/2012 | | |
| 137 | 6/19/2013 | ECF No. 4023 | | Reservation of Rights with Respect to Debtors' Motion for an Order Under Sections 105(A) and 363(B). | | |
| 138 | 6/26/2013 | ECF No. 4098 | | Order Granting PSA Motion | | |

| Ex. No. | Date | Bates Range or ECF No. | Dep. Ex. No. | Description | Admitted | Withdrawn |
|---|---|---|---|---|---|---|
| 139 | 7/16/2013 | | | Objection of Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Master Fund Limited and CQS ABS Alpha Master Fund Limited to the Rehabilitator's Motion for Order Pursuant to Section 7428 of New York Insurance Law Approving (i) that Certain Settlement Agreement Among the Debtors, FGIC, the Trustees and Certain Institutional Investors, Dated May 23, 2013, and (ii) that Certain Plan Support Agreement Among the Debtors, Ally Financial Inc., the Creditors' Committee, FGIC and the Other Consenting Claimants, Dated May 13, 2013 | | |
| 140 | 7/16/2013 | | | Objection of Federal Home Loan Mortgage Corporation to the Commutation of Certain FGIC Policies and Certain Findings of Fact Sought by the Rehabilitator of Financial Guaranty Insurance Company Set Forth in Affirmation Dated May 29, 2013 | | |
| 141 | 7/16/2013 | | | Limited Objection of FYI Ltd., FFI Fund Ltd. And Olifant Fund, Ltd. To the Rehabilitator's Motion to (a) Approve Settlement Agreement and (b) Approve Plan Support Agreement and Request for Related Relief | | |
| 142 | 7/30/2013 | | | Omnibus Reply Memorandum of Law of Certain ResCap Trustees (i) In Support of the Rehabilitator's Motion for Approval of (a) That Certain Settlement Agreement Among Residential Capital, LLC, FGIC, the ResCap Trustees and the Institutional Investors, dated May 23, 2013 and (b) that Certain Plan Support Agreement Among Residential Capital, LLC, Ally Financial, Inc., the ResCap Creditors' Committee, FGIC and the Other Consenting Claimants Thereto, Dated May 13, 2012 and (ii) In Response to Certain Objections to the Rehabilitator's Motion | | |
| 143 | 9/28/2012 | STONEHILL000002393 - STONEHILL000002395 | | Email from Michael Thoyer to Adam Sklar regarding "RE: TMTS -ABOUT TO TRADE AWAY!" | | |
| 144 | 10/2/2012 | STONEHILL000002378 - STONEHILL000002382 | Sklar 8 | Email from Michael Thoyer to Adam Sklar regarding "RE: quick Favor" | | |
| 145 | 2/12/2013 | MONARCH0000635 - MONARCH0000641 | Sklar 3 | Email from Anthony Princi to Marc Abrams, Lorenzo Marinuzzi, Mary Eaton, James Newton, Jennifer Hardy, Adam Sklar and Michael Kelly regarding "RE: ResCap" | | |
| 146 | 4/27/2013 | RC_FGIC9019_00034721- RC_FGIC9019_00034724 | | Email from Lorenzo Marinuzzi to Marc Abrams regarding "RE: ResCap -- Confidentiality Agreement" | | |
| 147 | 4/27/2013 | RC_FGIC9019_00034715- RC_FGIC9019_00034720 | | Email from Marc Abrams to Lorenzo Marinuzzi regarding "RE: ResCap - Confidentiality Agreement" | | |
| 148 | 5/2/2013 | MONARCH0000001 - MONARCH0000011 | | Letter from Lorenzo Marinuzzi to Marc Abrams regarding "In re Residential Capital, LLC, Case No. 12-12020 (MG): Confidentiality Agreement | | |
| 149 | 5/13/2013 | | | Email from Keith H. Wofford to Marc Abrams, Kathy Patrick, D. Ross Martin, Andrew G. Devore regarding "FW: ResCap - - Agreed Upon Allocation | | |
| 150 | 5/13/2013 | | | Email from Keith H. Wofford to Marc Abrams and D. Ross Martin regarding "FW: Urgent - MNPI -DO NOT FORWARD TO UNRESTRICTED PERSONNEL" | | |

| Ex. No. | Date | Bates Range or ECF No. | Dep. Ex. No. | Description | Admitted | Withdrawn |
|---|---|---|---|---|---|---|
| 151 | 5/13/2013 | MONARCH000000622 - MONARCH000000624 | | Email from Keith H. Wofford to Marc Abrams, Kathy Patrick, Mary Eaton and Jennifer Hardy regarding "Re: (BN) Ally Has Reached Creditor Deal, ResCap Examiner Lawyer Says (3)" | | |
| 152 | 5/17/2013 | | | Email from D. Ross Martin to Marc Abrams and Keith H. Wofford regarding "Fwd: ResCap -- Plan Support Agreement and Plan Term Sheet" | | |
| 153 | 5/19/2013 | MONARCH000000644 - MONARCH000000645 | | Email from Marc Abrams to Keith H. Wofford, Kathy Patrick, Mary Eaton, D. Ross Martin and Jennifer Hardy regarding "RE: ResCap" | | |
| 154 | 5/24/2013 | CQS000000048 | Williams 5 | Email from Justin Ryan to David William, Bill Murray and Aaron Malik regarding "For ResCap call @10am" | | |
| 155 | 6/4/2013 | CQS00000095 | Williams 4 | Email from David Williams to Justin Ryan regarding "RE:" | | |
| 156 | 6/6/2013 | BAYVIEW000001145 | McQuillan 8 | Email from Matthew Miller to Mary Kelly and Birgit Shelton | | |
| 157 | 6/10/2013 | CQS000001713- CQS000001714 | Williams 6 | Email from Justin Ryan to Bill Murray regarding "Bullet points" | | |
| 158 | 6/10/2013 | CQS000000104 - CQS000000572 | Williams 3 | Email from Justin Ryan to David Williams attaching "ResCap-- FGIC_Settlement_Motion[1].pdf" | | |
| 159 | 6/10/2013 | CQS000000717 - CQS000000718 | Williams 7 | Email from David B. Lawrence to David Williams regarding "Re: tried sending you a large file on cqs email" | | |
| 160 | 6/11/2013 | CQS000000093 | Williams 8 | Email from David Williams to Justin Ryan regarding "Re: GMACM 2006-HE1 A" | | |
| 161 | 6/11/2013 | | | Letter from Marc Abrams to Martin Bunin, John C. Weitnauer, William Munno and Glenn Siegel regarding "In re Residential Capital, LLC, Case No. 12-12020 (MG) - FGIC Settlement Agreement" | | |
| 162 | 6/11/2013 | QS000000098 | | Email from David Williams to Justin Ryan regarding "RE: Talcott" | | |
| 163 | 6/12/2013 | BAYVIEW000000095 - BAYVIEW000000199 | McQuillan 2 | Email from Lily Wang to David Ertel, Austin McQuillen, Daniela Li, Matthew Miller, Philip Qing Gao and Submit Chabra regarding "all FGIC wrapped ResCap exposure by fund as may end" with attachment | | |
| 164 | 6/13/2013 | BAYVIEW000001178 - BAYVIEW000001188 | McQuillan 9 | Email from Chandrajit Bhattacharya to Lily Wang and Garrett Smith regarding "RE:on the FGIC/ResCap proposed commutation" with attachment | | |
| 165 | 7/3/2013 | | | CQS Privilege Log | | |
| 166 | | | Healy 12 | Johnson - Real Time Dow Jones – "ResCap Wants Mediator to Break Logjam in Creditor Negotiations" | | |
| 167 | | Monarch000002329 | Sklar 6 | Monarch Worksheet | | |
| 168 | | Monarch000002311 - Monarch000002324 | Sklar 10 | FGIC Plan of Rehabilitation Summary and Claims Valuation Update | | |
| 169 | | STONEHILL000000238 - STONEHILL000000294 | Thoyer 3 | Stonehill Model | | |
| 170 | | | Gibson 4 | FGIC Quarterly Operating Review - First Quarter 2013 | | |
| 171 | | | | CQS Form ADV | | |
| 172 | | ECF. No. 318 | | Debtors' Motion for Entry of an Order Under Bankruptcy Code 365 and Bankruptcy Rule 6006 Authorizing the Debtors to Assume Plan Support Agreements with Steering Committee Consenting Claimants | | |

15000124.1                                    5

| Ex. No. | Date | Bates Range or ECF No. | Dep. Ex. No. | Description | Admitted | Withdrawn |
|---|---|---|---|---|---|---|
| 173 | | ECF No. 319 | | Debtors' Motion for Entry of an Order Under Bankruptcy Code 365 and Bankruptcy Rule 6006 Authorizing the Debtors to Assume Plan Support Agreements with Talcott Franklin Consenting Claimants | | |

The FGIC Trustees reserve the right to supplement and/or amend this exhibit list and to introduce any exhibit identified by any other party to these proceedings on their exhibit lists in connection with the FGIC 9019 Motion.

Dated: New York, NY
       July 31, 2013

Respectfully submitted,

/s/ _Glenn E. Siegel_____                 /s/ _Mark D. Kotwick_____
DECHERT LLP                                   SEWARD & KISSEL LLP
Glenn E. Siegel                               Mark D. Kotwick
Mauricio A. España                            Brian P. Maloney
Rebecca S. Kahan                              Ryan Suser
1095 Avenue of the Americas                   One Battery Park Plaza
New York, New York 10036-6797                 New York, New York 10004
Telephone: (212) 698-3500                     Telephone: (212) 574-1200
Facsimile: (212) 698-3599                     Facsimile: (212) 480-8421

*Counsel to The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A., as Trustee of Certain Mortgage-Backed Securities Trusts*     *Counsel to U.S. Bank National Association, as Trustee of Certain Mortgage-Backed Securities Trusts*

/s/ _Michael E. Johnson_____
ALSTON & BIRD LLP
John C. Weitnauer (pro hac vice)
Michael E. Johnson
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A., as Trustee of Certain Mortgage Backed Securities Trusts*

15000124.1                                    6