MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Charles L. Kerr
J. Alexander Lawrence
Kayvan B. Sadeghi
James A. Newton

*Counsel for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

# THE DEBTORS' EXHIBIT LIST

Pursuant to the Scheduling Order, dated July 8, 2013 [Docket No. 4168], governing the *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 For Approval Of The Settlement Agreement Among The Debtors, FGIC, The FGIC Trustees And Certain Individual Investors*, [Docket No. 3929] (the "FGIC 9019 Motion"), Residential Capital, LLC, and each of its debtor affiliates (collectively, the "Debtors"), hereby identify the following exhibits that they may introduce into evidence at the hearing in connection with the FGIC 9019 Motion:

| Ex. No. | Date | Bates Range | Dep. Ex. No. | Description | Admitted | Withdrawn |
|---|---|---|---|---|---|---|
| 1 | 05/23/2013 | N/A | | FGIC Settlement Agreement [Docket No. 3929-2] | | |
| 2 | 11/16/2012 | RC_FGIC9019_00001143 - RC_FGIC9019_00001162 | | Claim No. 4870 filed by Financial Guaranty Insurance Company (Residential Capital, LLC) [Docket No. 3929-6] | | |

ny-1097717

| Ex. No. | Date | Bates Range | Dep. Ex. No. | Description | Admitted | Withdrawn |
|---|---|---|---|---|---|---|
| 3 | 11/16/2012 | RC_FGIC9019_00001275 - RC_FGIC9019_00001294 | | Claim No. 4868 filed by Financial Guaranty Insurance Company (Residential Funding Company, LLC) | | |
| 4 | 11/16/2012 | RC_FGIC9019_00001425- RC_FGIC9019_00001444 | | Claim No. 4871 filed by Financial Guaranty Insurance Company (GMAC Mortgage, LLC) | | |
| 5 | 03/04/2012 | RC_FGIC9019_00034907 - RC_FGIC9019_00034939 | | Claim Nos. 6604-6654 filed by Law Debenture Trust Company of New York and Wells Fargo Bank, N.A. as Separate Trustee and Trustee  (All Debtors) [Docket No. 3929-7] | | |
| 6 | 03/04/2012 | RC_FGIC9019_00034940 - RC_FGIC9019_00035050 | | Claim Nos. 6655-6705 filed by U.S. Bank N.A. (All Debtors) [Docket No. 3929-8] | | |
| 7 | 03/04/2012 | RC_FGIC9019_00035051 - RC_FGIC9019_00036436 | | Claim Nos. 6758-6767 and 6772-6779 filed by Bank of New York Mellon Trust Co., N.A. (Nine Debtors) | | |
| 8 | 12/30/2011 | RC_FGIC9019_00000992 - RC_FGIC9019_00001044 | | Complaint, FGIC v. Residential Funding Co. et al, No. 11-cv-09736 (SDNY Dec. 30, 2011) [removed from NY Sup Ct. 653303-2011] | | |
| 9 | 12/30/2011 | RC_FGIC9019_00000286 - RC_FGIC9019_00000327 | | Complaint, FGIC v. Residential Funding Co. et al, No. 11-cv-09737 (SDNY Dec. 30, 2011) [removed from NY Sup Ct No. 653304-2011] | | |
| 10 | 01/13/2012 | RC_FGIC9019_00001465 - RC_FGIC9019_00001537 | | Complaint, FGIC v, Ally Fin. Inc., et al, No. 12-cv-00339 (SDNY Jan. 13, 2012) [removed from NY Sup Ct. 653622-2011] | | |
| 11 | 01/13/2012 | RC_FGIC9019_00001617 - RC_FGIC9019_00001695 | | Complaint, FGIC v, Ally Fin. Inc., et al, No. 12-cv-00340 (SDNY Jan. 13, 2012) [removed from NY Sup Ct.  653621-2011] | | |
| 12 | 01/13/2012 | RC_FGIC9019_00000107 - RC_FGIC9019_00000185 | | Complaint, FGIC v. Ally Fin. Inc., et al, No. 12-cv-00338 (SDNY Jan. 13, 2012) [removed from NY Sup Ct. 653623-2011] | | |
| 13 | 01/13/2012 | RC_FGIC9019_00001756 - RC_FGIC9019_00001822 | | Complaint, FGIC v. Ally Fin. Inc., et al, No. 12-cv-00341 (SDNY Jan. 13, 2012) [removed from NY Sup. Ct. 653493-2011] | | |
| 14 | 01/31/2012 | RC_FGIC9019_00000634 - RC_FGIC9019_00000697 | | Complaint, FGIC v. Ally Fin. Inc., et al, No. 12-CIV-0780 (SDNY Jan. 31, 2012) | | |
| 15 | 03/05/2012 | RC_FGIC9019_00000401 - RC_FGIC9019_00000494 | | Complaint, FGIC v, Ally Fin. Inc., et al, No. 12-cv-01601 (SDNY Mar. 5, 2012) | | |
| 16 | 03/06/2012 | RC_FGIC9019_00000009 - RC_FGIC9019_00000106 | | Complaint, FGIC v. Ally Fin. Inc., et al, No. 12-cv-01658 (SDNY Mar. 6, 2012) | | |
| 17 | 03/12/2012 | RC_FGIC9019_00000495 - RC_FGIC9019_00000598 | | Complaint, FGIC v. Ally Fin. Inc., et al, No. 12-cv-01818 (SDNY Mar. 12, 2012) | | |
| 18 | 03/13/2012 | RC_FGIC9019_00001876 - RC_FGIC9019_00001973 | | Complaint, FGIC v. Ally Fin. Inc., et al, No. 12-cv-01860 (SDNY Mar. 13, 2012) | | |
| 19 | 03/30/2012 | RC_FGIC9019_00000704 - RC_FGIC9019_00000803 | | Amended Complaint, FGIC v. Ally Fin. Inc., et al, 11-cv-09729 (SDNY Mar. 30, 2012) | | |
| 20 | 03/12/2007 | RC_FGIC9019_00005199 - RC_FGIC9019_00005218 | | RASC 2007-EMX1 Assignment and Assumption Agreement | | |
| 21 | 02/01/2007 | RC_FGIC9019_00005252 - RC_FGIC9019_00005406; RC_FGIC9019_00005721 - RC_FGIC9019_00005815 | | RASC 2007-EMX1 Pooling and Servicing Agreement | | |
| 22 | 03/08/2007 | RC_FGIC9019_00005407 - RC_FGIC9019_00005720 | | RASC 2007-EMX1 Prospectus Supplement and Prospectus | | |
| 23 | 02/24/2006 | RC_FGIC9019_00004186 - RC_FGIC9019_00004219 | | RFMSII 2006-HSA2 Home Equity Loan Purchase Agreement | | |
| 24 | 02/22/2006 | RC_FGIC9019_00003625 - RC_FGIC9019_00003926 | | RFMSII 2006-HSA2 Prospectus Supplement and Prospectus | | |
| 25 | 06/28/2007 | RC_FGIC9019_00003515 - RC_FGIC9019_00003551 | | GMACM 2007-HE2 Mortgage Loan Purchase Agreement | | |
| 26 | 03/29/2005 | RC_FGIC9019_00009451 - RC_FGIC9019_00009489 | | GMACM 2005-HE1 Mortgage Loan Purchase Agreement | | |

| Ex. No. | Date | Bates Range | Dep. Ex. No. | Description | Admitted | Withdrawn |
|---|---|---|---|---|---|---|
| 27 | 03/29/2005 | RC_FGIC9019_00009586 - RC_FGIC9019_00009658; RC_FGIC9019_00029797 - RC_FGIC9019_00029827 | | GMACM 2005-HE1 Indenture | | |
| 28 | 01/01/2006 | RC_FGIC9019_00002224 - RC_FGIC9019_00002353 | | RFMSII 2006-HSA1 Pooling and Servicing Agreement | | |
| 29 | 03/29/2056 | RC_FGIC9019_00009531 - RC_FGIC9019_00009585; RC_FGIC9019_00009659 - RC_FGIC9019_00009670 | | GMACM 2005-HE1 Servicing Agreement | | |
| 30 | 02/11/2013; 03/01/2013 | N/A | | Engagement Letter for Lewis Kruger as amended [Docket No. 2887-5 & 3074-1] | | |
| 31 | 03/05/2013 | N/A | | Order Granting Debtors' Motion Pursuant to Sections105(a) and 363(b) of the Bankruptcy Code for an Order Authorizing the Debtors to Appoint Lewis Kruger as Chief Restructuring Officer [Docket No. 3103] | | |
| 32 | 05/23/2013 | RC_FGIC9019_00033899- RC_FGIC9019_00034122 | | Email to ResCap LLC Board attaching Rescap Supplemental Term Sheet May 23 2013.pdf; 3814 - Global PSA Motion - MERGED.pdf;  FGIC ResCap Settlement Agreement (Execution Version) FINAL.pdf | | |
| 33 | 05/29/2013 | N/A | | Affirmation of Gary T. Holtzer, Case No. 401265-2012 (Sup. Ct., N.Y. Cnty.) [Docket No. 3929-10] | | |
| 34 | 06/07/2013 | N/A | | D'Vari Schedule 1 [Docket No. 3929-5] | | |
| 35 | 06/07/2013 | N/A | | D'Vari Schedule 2 [Docket No. 3929-5] | | |
| 36 | 06/07/2013 | N/A | | D'Vari Schedule 3 [Docket No. 3929-5] | | |
| 37 | 06/07/2013 | N/A | | D'Vari Schedule 4 [Docket No. 3929-5] | | |
| 38 | 06/07/2013 | N/A | | D'Vari Schedule 5 [Docket No. 3929-5] | | |
| 39 | 06/07/2013 | N/A | | D'Vari Schedule 6 [Docket No. 3929-5] | | |
| 40 | 06/07/2013 | N/A | | D'Vari Schedule 7 [Docket No. 3929-5] | | |
| 41 | 06/07/2013 | N/A | | D'Vari Schedule 8 [Docket No. 3929-5] | | |
| 42 | 06/07/2013 | N/A | | D'Vari Schedule 9 [Docket No. 3929-5] | | |
| 43 | 07/31/2012 | N/A | | Revised Joint Omnibus Scheduling Order and Provisions for Other Relief Regarding (i) Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements, and (ii) the RMBS Trustees' Limited Objection to the Sale Motion [Docket No. 945] | | |
| 44 | 06/10/2013 | CQS000001676- CQS000001679 | | Email chain between David Williams and David Lawrence | | |
| 45 | 06/10/2013 | CQS000001700- CQS000001702 | | Email chain between David Williams and David Lawrence | | |
| 46 | 06/10/2013 | CQS000001709- CQS000001710 | | Email chain between David Williams and David Lawrence | | |
| 47 | 06/10/2013 | CQS000001711- CQS000001712 | | Email chain between David Williams and David Lawrence | | |
| 48 | 06/10/2013 | CQS000001670- CQS000001671 | | Email chain between David Williams and David Lawrence | | |
| 49 | 06/10/2013 | CQS000000605- CQS000000703 | | Email chain between David Williams and David Lawrence | | |
| 50 | 06/11/2013 | CQS000000704- CQS000000708 | | Email chain between David Williams and Evan Lederman | | |
| 51 | 06/11/2013 | CQS000001201- CQS000001669 | | Email chain between David Williams and Patrick Dennis | | |
| 52 | 05/24/2013 | CQS000000061 | | Email chain among David Williams, Aaron Malik, Bill Murray and Justin Ryan | | |
| 53 | 12/26/2012 | N/A | | Order Appointing Mediator [Docket No. 2519] | | |
| 54 | 05/25/2012 | N/A | | Declaration of Jeffrey A. Lipps [Docket No. 320-9] | | |
| 55 | 09/28/2012 | N/A | | Supplemental Declaration of Jeffrey A. Lipps [Docket No. 1887-4] | | |

3

ny-1097717

| Ex. No. | Date | Bates Range | Dep. Ex. No. | Description | Admitted | Withdrawn |
|---|---|---|---|---|---|---|
| 56 | 01/15/2013 | N/A | | Reply Declaration of Jeffrey A. Lipps [Docket No. 2805] | | |
| 57 | 09/21/2012 | N/A | | Third Amended and Restated RMBS Trust Settlement Agreement, by and between Residential Capital, LLC and its direct and indirect subsidiaries and the Institutional Investors [Docket No. 1887-2] | | |
| 58 | 09/20/2012 | N/A | | Third Amended and Restated RMBS Trust Settlement Agreement, by and between Residential Capital, LLC and its direct and indirect subsidiaries and the Institutional Investors [Docket No. 1887-3] | | |
| 59 | 06/11/2013 | N/A | | Declaration of Ron D'Vari in Support of Debtors' Application for an Order Under Bankruptcy Code Sections 327(a) and 328(a) Authorizing the Employment and Retention of Newoak Capital Advisors LLC as Consultant *Nunc Pro Tunc* To May 24, 2013 [Docket No. 3953-2] | | |

The Debtors reserve the right to introduce any exhibit identified by any other party to these proceedings on their exhibit lists in connection with the FGIC 9019 Motion.

Dated: New York, NY
       July 31, 2013

                                              Respectfully submitted,

                                              /s/ Gary S. Lee
                                              Gary S. Lee
                                              Charles L. Kerr
                                              J. Alexander Lawrence
                                              Kayvan B. Sadeghi
                                              James A. Newton

                                              MORRISON & FOERSTER LLP
                                              1290 Avenue of the Americas
                                              New York, New York 10104
                                              Telephone: (212) 468-8000
                                              Facsimile: (212) 468-7900

                                              *Counsel for the Debtors*
                                              *and Debtors in Possession*