MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Charles L. Kerr
J. Alexander Lawrence
Kayvan B. Sadeghi
James A. Newton

*Counsel for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**THE SETTLEMENT PARTIES' ADVERSE WITNESS LIST**

Pursuant to the Scheduling Order, dated July 8, 2013 [Docket No. 4168], governing the *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 For Approval Of The Settlement Agreement Among The Debtors, FGIC, The FGIC Trustees And Certain Individual Investors*, [Docket No. 3929] (the "FGIC 9019 Motion"), the Settlement Parties[1] do not specifically designate any adverse witnesses from whom they may seek to elicit testimony at the hearing in connection with the FGIC 9019 Motion.

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Scheduling Order, dated July 8, 2013 [Docket No. 4168], as applicable.

ny-1102454

   The Settlement Parties, however, reserve the right to elicit testimony, by cross-examination or otherwise, from any witness, including expert witnesses, identified on any witness list submitted and filed by the Objecting Parties in connection with the FGIC 9019 Motion.  The Settlement Parties reserve the right to supplement or modify this reservation based on circumstances that may develop prior to the commencement of, or during, trial.

Dated: New York, NY
    July 31, 2013

                  Respectfully submitted,

                  /s/ Gary S. Lee
                  Gary S. Lee
                  Charles L. Kerr
                  J. Alexander Lawrence
                  Kayvan B. Sadeghi
                  James A. Newton

                  MORRISON & FOERSTER LLP
                  1290 Avenue of the Americas
                  New York, New York 10104
                  Telephone: (212) 468-8000
                  Facsimile: (212) 468-7900

                  *Counsel for the Debtors*
                  *and Debtors in Possession*

ny-1102454