Joseph T. Baio
Mary Eaton
Emma J. James
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Attorneys for Monarch Alternative Capital LP,*
*Stonehill Capital Management LLC, and Bayview Fund*
*Management LLC, each in its capacity as*
*investment advisor to certain funds, and for CQS ABS Master*
*Fund Limited and CQS ABS Alpha Master*
*Fund Limited.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Residential Capital, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**MONARCH ALTERNATIVE CAPITAL LP, STONEHILL CAPITAL MANAGEMENT LLC, CQS ABS ALPHA MASTER FUND LIMITED, CQS ABS MASTER FUND LIMITED, AND BAYVIEW FUND MANAGEMENT LLC'S**
<u>**LIST OF ADVERSE WITNESSES FOR HEARING ON DEBTORS' 9019 MOTION**</u>

|    | **Witness** |
|----|-------------|
| 1  | John S. Dubel |
| 2  | Mary L. Sohlberg |
| 3  | Mamta K. Scott |
| 4  | Robert H. Major |
| 5  | Lewis Kruger |
| 6  | S.P Kothari |
| 7  | Ron D'Vari |
| 8  | Jeffrey A. Lipps |
| 9  | Allen M. Pfeiffer |
| 10 | Gary T. Holtzer |
| 11 | Michael W. Miller |

Dated: July 31, 2013
      New York, New York

                        WILLKIE FARR & GALLAGHER LLP

                        By:  /s/ Joseph T. Baio

                        Joseph T. Baio
                        Mary Eaton
                        Emma J. James
                        787 Seventh Avenue
                        New York, New York 10019
                        (212) 728-8000

                        *Attorneys for Monarch Alternative Capital LP, Stonehill Capital Management LLC, and Bayview Fund Management LLC, each in its capacity as investment advisor to certain funds, and for CQS ABS Master Fund Limited and CQS ABS Alpha Master Fund Limited.*