# ATTACHMENT II

# List of Documents Considered

| Number | Date | Document |
|---|---|---|
| 1 | 6/11/2012 | Order to Show Cause |
| 2 | 6/11/2012 | Verified Petition with Exhibits A to E |
| 3 | 6/11/2012 | Memorandum of Law in Support of Verified Petition of the Superintendent of Financial Services of the State of New York |
| 4 | | Order of Rehabilitation |
| 5 | 6/28/2012 | Omnibus Reply Memorandum of Law in Further Support of the Verified Petition of the Superintendent of Financial Services of the State of New York with exhibits 1 and 2 |
| 6 | 9/14/2012 | Novation Agreement between FGIC and National Public Finance Guarantee Corp. |
| 7 | 9/27/2012 | Affirmation of Gary T. Holtzer with Exhibits A, B, D, E |
| 8 | 9/28/2012 | Order to Show Cause |
| 9 | 10/8/2012 | Amended and Restated Charter of FGIC |
| 10 | 10/8/2012 | FGIC Form of Amended and Restated By-laws |
| 11 | 10/11/2012 | Affirmation of Harold S. Horwich in Support of Plan Approval |
| 12 | 10/25/2012 | Memorandum of Law in Support of Approval of Plan of Rehabilitation for FGIC |
| 13 | 11/14/2012 | Plan Supplement Index with attachments D through L |
| 14 | | Revised Proposed Plan Approval Order |
| 15 | | Blackline of Revised Proposed Plan Approval Order |
| 16 | 11/19/2012 | Objection of Trustees Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas to the Proposed Plan of Rehabilitation for FGIC with Exhibit A |
| 17 | 11/19/2012 | Objection to the Proposed Plan of Rehabilitation of Wells Fargo Bank, N.A., in its Capacity as Trustee for Certain RMBS Certificateholders and on Behalf of the Certificateholders and Noteholders for such Trusts and Transactions with Appendix |
| 18 | 11/19/2012 | Objection of U.S. Bank National Association and U.S. Bank Trust National Association, each in its Capacity as Trustee, to the Plan of Rehabilitation dated September 27, 2012 with Affidavit and Exhibits A to D in Support |
| 19 | 11/19/2012 | Objection of the Bank of New York Mellon and the Bank of New York Mellon Trust Company N.A. as Trustee to the Proposed Plan of Rehabilitation with Affidavit and Exhibits A to E in Support |
| 20 | 11/19/2012 | Objection and Joinder of Aurelius Capital Management, LP to (1) the Objection of U.S. Bank National Association and U.S. Bank Trust National Association to the Plan of Rehabilitation dated September 27, 2012 and (2) the Objections of the Bank of New York Mellon and the Bank of New York Mellon Trust Company, N.A. to the Proposed Plan of Rehabilitation |
| 21 | 11/19/2012 | Objection of Assured Guaranty Corp., Assured Guaranty Re Ltd. and Assured Guaranty Re Overseas Ltd. to Plan of Rehabilitation Proposed by Benjamin M. Lawsky, Superintendent of Financial Services of the State of New York, as Rehabilitator of FGIC with Affidavit and Exhibits A to B in Support |

## List of Documents Considered

| Number | Date | Document |
|---|---|---|
| 22 | 11/19/2012 | Objection of CQS ABS Master Fund Ltd., CQS Select ABS Master Fund Ltd. and CQS ABS Alpha Master Fund Ltd. to Plan of Rehabilitation for FGIC with Appendices A to G in Support |
| 23 | 11/19/2012 | Conditional Objection of Jefferson County, Alabama to the Plan of Rehabilitation for FGIC with exhibits A and B in support |
| 24 | 11/19/2012 | Objections of Certain Jefferson County Warrantholders to Plan of Rehabilitation with Affirmation and Exhibits A and B in Support |
| 25 | 11/19/2012 | Limited Objection of Children's Health Partnership Holdings Pty Ltd as Trustee of the CHP Holdings Unit Trust to Plan of Rehabilitation for FGIC with Affirmation and Exhibits A and B in Support |
| 26 | 11/20/2012 | Interim Order Extending Plan Supplement Deadline |
| 27 | 12/6/2012 | Notice of Entry attaching Order Approving the Settlement Commutation and Release Agreement between FGIC and American Overseas Reinsurance Co. Ltd. |
| 28 | | Plan Approval Blackline |
| 29 | 12/12/2012 | Plan Approval Order |
| 30 | 12/12/2012 | First Amended Plan of Rehabilitation for Financial Guaranty Insurance Company |
| 31 | | First Amended Plan Blackline |
| 32 | 12/12/2012 | Attachment D Schedule of Terminated Contracts and Leases |
| 33 | | FGIC Proof of Policy Claim Form |
| 34 | | Redline Proof of Policy Claim Form |
| 35 | 12/12/2012 | Omnibus Reply Memorandum of Law in Further Support of Approval of First Amended Plan of Rehabilitation for FGIC. |
| 36 | 12/12/2012 | Affidavit of Michael W. Miller in Further Support of Approval of First Amended Plan of Rehabilitation |
| 37 | 12/12/2012 | Affidavit of John S. Dubel in Further Support of Approval of First Amended Plan of Rehabilitation |
| 38 | 12/3/2012 | Notice of Withdrawal of Conditional Objection of Jefferson County, Alabama to the Plan of Rehabilitation |
| 39 | 12/10/2012 | Notice of Withdrawal of Objection of Assured Guaranty Corp., Assured Guaranty Re Ltd. and Assured Guaranty Re Overseas Ltd. to Plan of Rehabilitation |
| 40 | | Exhibit 1A: Omnibus Response Chart |
| 41 | 12/19/2012 | Order by Doris Ling-Cohan |
| 42 | 1/7/2013 | CDS Notice of Entry |
| 43 | 1/7/2013 | AAArdvark Notice of Entry |
| 44 | 1/18/2013 | Court Order dated January 18, 2013 |
| 45 | 1/24/2013 | Court Order dated January 24, 2013 |
| 46 | 1/22/2012 | Amended objection of Deutsche Bank to the First Amended Proposed Plan of Rehabilitation |
| 47 | 1/22/2012 | Amended objection of Wells Fargo to the First Amended Proposed Plan of Rehabilitation |
| 48 | 1/22/2012 | Amended objection of US Bank to the First Amended Proposed Plan of Rehabilitation |

**List of Documents Considered**

| Number | Date | Document |
|---|---|---|
| 49 | 1/22/2012 | Amended objection of Aurelius to the First Amended Proposed Plan of Rehabilitation |
| 50 | 1/22/2012 | Amended objection of BNY to the First Amended Proposed Plan of Rehabilitation |
| 51 | 1/22/2012 | Amended objection of CQS to the First Amended Proposed Plan of Rehabilitation |
| 52 | 1/22/2012 | Amended objection of Jeffco Holders to the First Amended Proposed Plan of Rehabilitation |
| 53 | 1/25/2013 | Weil Gotshal letter to Honorable Doris Ling-Cohan |
| 54 | 1/25/2013 | Amended Omnibus Reply Memorandum of Law in Further Support of Approval of First Amended Plan of Rehabilitation for FGIC |
| 55 | 1/22/2012 | Amended limited objections of Children's Health Partnership to the First Amended Proposed Plan of Rehabilitation |
| 56 | 1/22/2013 | Weil Gotshal submission on standard |
| 57 | 1/22/2013 | Trustee Objectors submission on standard |
| 58 | 1/22/2013 | CQS submission on standard |
| 59 | 1/22/2013 | Jeffco Warrantholders submission on standard |
| 60 | | Attachment E Proof of Policy Claim Form |
| 61 | 1/22/2013 | Aurelius submission on standard |
| 62 | 1/22/2013 | Children's Health Partnership submission on standard |
| 63 | | Attachment F Instructions for Completing Proof of Policy Claim Form |
| 64 | | Attachment E-1 Blackline of Proof of Policy Claim Form |
| 65 | | Attachment F-1 Blackline of Proof of Policy Claim Form |
| 66 | 1/28/2013 | Order adjourning hearing date |
| 67 | 1/28/2013 | Order amending 1/24/2013 order |
| 68 | 1/25/2013 | Weil Gotshal letter to Wells Fargo regarding plan sections. |
| 69 | 1/25/2013 | Weil Gotshal letter to BNY regarding plan sections. |
| 70 | 2/11/2013 | Weil Gotshal letter to Justice Ling-Cohan regarding remaining issues. |
| 71 | 2/11/2013 | Exhibit 1C Amended Omnibus Response Chart |
| 72 | 2/14/2013 | Order setting status conference |
| 73 | 2/19/2013 | Interim scheduling order |
| 74 | 2/14/2013 | Weil Gotshal draft revisions of First Amended Plan for Rehabilitation |
| 75 | 2/5/2013 | Proposed revisions to proof of policy claim form |
| 76 | 3/15/2013 | Syncora notice of entry |
| 77 | 3/15/2013 | Munich notice of entry |
| 78 | 3/11/2013 | Weil Gotshal draft revisions of Plan Approval Order |
| 79 | 4/5/2013 | Freddie Mac statement of non-objection |
| 80 | 4/12/2013 | Weil Gotshal enclosing clean and redlines of First Amended Plan of Rehabilitation and proof of policy claim form |

## List of Documents Considered

| Number | Date | Document |
|---|---|---|
| 81 | 4/12/2013 | Clean First Amended Plan of Rehabilitation |
| 82 | 4/12/2013 | Blackline of revised proof of policy claim form |
| 83 | 4/12/2013 | Clean revised proof of policy claim form |
| 84 | 4/12/2013 | Wells Fargo notice of withdrawal of objections |
| 85 | 4/12/2013 | BNY notice of withdrawal of objections |
| 86 | 4/12/2013 | Deutsche Bank notice of withdrawal of objections |
| 87 | 4/12/2013 | U.S. Bank notice of withdrawal of objections |
| 88 | 4/16/2013 | Weil Gotshal letter to court regarding termination agreement and deed of release |
| 89 | 4/23/2013 | Scheduling order |
| 90 | 4/26/2013 | Children's Health Partnership notice of entry |
| 91 | 4/25/2013 | Children's Health Partnership notice of withdrawal of objections |
| 92 | 2012 | Ibbotson Cost of Captial Yearbook 2012 |
| 93 | 2013 | Ibbotson Cost of Captial Yearbook 2013 |
| 94 | 6/4/2013 | Revised Proposed Plan Approval Order, Filed June 4, 2013 |
| 95 | 6/4/2013 | Blackline of Revised Proposed Plan Approval Order, Filed June 4, 2013 |
| 96 | 6/4/2013 | Blackline of First Amended Plan of Rehabilitation, Filed June 4, 2013 |
| 97 | 6/4/2013 | Letter to Rehabilitation Court, Dated June 4, 2013 |
| 98 | 6/5/2013 | Letter to the Rehabilitation Court, Dated June 5, 2013 |
| 99 | 6/11/2013 | Plan Approval Order |
| 100 | 6/11/2013 | Notice of Plan Approval |
| 101 | 6/4/2013 | Notice of Withdrawal of Objections of Aurelius Capital Management, LP to Plan of Rehabilitation for Financial Guaranty Insurance Company Subject to Entry of Revised Plan Approval Order |
| 102 | 6/4/2013 | Notice of Withdrawal of Objections of CQS ABS Master Fund, Ltd., CQS Select ABS Master Fund Ltd. and CQS ABS Alpha Master Fund Ltd. to Plan of Rehabilitation for Financial Guaranty Insurance Company Subject to Entry of Revised Plan Approval Order |
| 103 | 5/31/2013 | Letter Withdrawing Objections of Certain Jefferson County Warrantholders to Plan of Rehabilitation |
| 104 | 5/31/2013 | Affirmation in Support of Rehabilitators Motion for an Order (i) approving that certain Stipulation Regarding Treatment under Plan of Rehabilitation for Financial Guaranty Insurance Company among the Rehabilitator of Financial Guaranty Insurance Company, Financial Guaranty Insurance Company, The Bank of New York Mellon, as successor trustee, The Bank of New York Mellon, as fiscal agent, and certain Jefferson County Warrantholders, dated May 31, 2013, and (ii) amending, to the extent necessary to give effect to the Stipulation, FGIC's obligations under the JeffCo Warrant Policies |

## List of Documents Considered

| Number | Date | Document |
|---|---|---|
| 105 | 5/31/2013 | Stipulation Regarding Treatment under Plan of Rehabilitation for Financial Guaranty Insurance Company among the Rehabilitator of Financial Guaranty Insurance Company, Financial Guaranty Insurance Company, The Bank of New York Mellon, as successor trustee, The Bank of New York Mellon, as fiscal agent, and certain Jefferson County Warrantholders, dated May 31, 2013 |
| 106 | 6/11/2013 | Signed Order to Show Cause, dated June 11, 2013, Setting the Hearing Date, and Certain Deadlines, for Approval of the Stipulation and Setting Forth the Treatment of JeffCo Control Rights |
| 107 | 5/14/2013 | 2013 Q1 FGIC Statement (PDF) |
| 108 | N/A | March 31, 2013 FGIC Quarterly Operating Review (PDF) |
| 109 | 5/10/2013 | 2013 1st Quarter FGIC Statutory-Basis Financial Statements (PDF) |
| 110 | 6/11/2013 | Interim Order, dated June 11, 2013, regarding ResCap Trustees' Compliance with Order to Show Cause Notice Provision |
| 111 | 5/31/2013 | Affirmation in Support of Rehabilitators Motion for an Order (i) approving that certain Stipulation Regarding Treatment under Plan of Rehabilitation for Financial Guaranty Insurance Company among the Rehabilitator of Financial Guaranty Insurance Company, Financial Guaranty Insurance Company, The Bank of New York Mellon, as successor trustee, The Bank of New York Mellon, as fiscal agent, and certain Jefferson County Warrantholders, dated May 31, 2013, and (ii) amending, to the extent necessary to give effect to the Stipulation, FGIC's obligations under the JeffCo Warrant Policies |
| 112 | 5/31/2013 | Stipulation Regarding Treatment under Plan of Rehabilitation for Financial Guaranty Insurance Company among the Rehabilitator of Financial Guaranty Insurance Company, Financial Guaranty Insurance Company, The Bank of New York Mellon, as successor trustee, The Bank of New York Mellon, as fiscal agent, and certain Jefferson County Warrantholders, dated May 31, 2013 |
| 113 | 6/11/2013 | Signed Order to Show Cause, dated June 11, 2013, Setting the Hearing Date, and Certain Deadlines, for Approval of the Stipulation and Setting Forth the Treatment of JeffCo Control Rights |
| 114 | 7/12/2013 | Termination Agreement by and Among FGIC, The Bank of New York Mellon in various capacities, the Company and Other Parties |
| 115 | 7/12/2013 | Order Approving FGIC's Execution and Performance of Certain Agreements Related to the Chapter 9 Case of Jefferson County, Alabama |
| 116 | 6/7/2013 | NOTICE OF HEARING ON DEBTORS' MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF THE SETTLEMENT AGREEMENT AMONG THE DEBTORS, FGIC, THE FGIC TRUSTEES AND CERTAIN INSTITUTIONAL INVESTORS |
| 117 | 6/14/2013 | JOINDER OF FGIC TRUSTEES TO THE DEBTORS' MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF THE SETTLEMENT AGREEMENT AMONG THE DEBTORS, FGIC, THE FGIC TRUSTEES AND CERTAIN INSTITUTIONAL INVESTORS |

## List of Documents Considered

| Number | Date | Document |
|---|---|---|
| 118 | 6/14/2013 | JOINDER OF FGIC TRUSTEES TO THE DEBTORS' MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF THE SETTLEMENT AGREEMENT AMONG THE DEBTORS, FGIC, THE FGIC TRUSTEES AND CERTAIN INSTITUTIONAL INVESTORS |
| 119 | 6/19/2013 | RESERVATION OF RIGHTS WITH RESPECT TO DEBTORS' MOTION FOR AN ORDER UNDER BANKRUPTCY CODE SECTIONS 105(A) AND 363(B) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER A PLAN SUPPORT AGREEMENT WITH ALLY FINANCIAL INC., THE CREDITORS' COMMITTEE, AND CERTAIN CONSENTING CLAIMANTS |
| 120 | 6/19/2013 | JOINDER OF FEDERAL HOME LOAN MORTGAGE CORPORATION TO MONARCH ALTERNATIVE CAPITAL LP AND STONEHILL CAPITAL MANAGEMENT LLC'S RESERVATION OF RIGHTS WITH RESPECT TO DEBTORS' MOTION FOR AN ORDER UNDER BANKRUPTCY CODE SECTIONS 105(A) AND 363(B) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER A PLAN SUPPORT AGREEMENT WITH ALLY FINANCIAL INC., THE CREDITORS' COMMITTEE, AND CERTAIN CONSENTING CLAIMANTS |
| 121 | 6/19/2013 | OBJECTION OF THE AD HOC GROUP OF JUNIOR SECURED NOTEHOLDERS TO THE DEBTORS' MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF THE SETTLEMENT AGREEMENT AMONG THE DEBTORS, FGIC, THE FGIC TRUSTEES AND CERTAIN INSTITUTIONAL INVESTORS |
| 122 | 6/19/2013 | OMNIBUS REPLY OF CERTAIN RMBS TRUSTEES TO RESPONSES TO THE DEBTORS' MOTION FOR AN ORDER UNDER BANKRUPTCY CODE SECTIONS 105(a) AND 363(b) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER A PLAN SUPPORT AGREEMENT WITH ALLY FINANCIAL INC., THE CREDITORS' COMMITTEE, AND CERTAIN CONSENTING CLAIMANTS |

## List of Documents Considered

| Number | Date | Document |
|---|---|---|
| 123 | 6/25/2013 | STATEMENT OF THE STEERING COMMITTEE GROUP OF RMBS HOLDERS IN SUPPORT OF THE OMNIBUS REPLY OF CERTAIN RMBS TRUSTEES TO RESPONSES TO THE DEBTORS' MOTION FOR AN ORDER UNDER BANKRUPTCY CODE SECTIONS 105(a) AND 363(b) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER A PLAN SUPPORT AGREEMENT WITH ALLY FINANCIAL INC., THE CREDITORS' COMMITTEE, AND CERTAIN CONSENTING CLAIMANTS |
| 124 | 5/10/2013 | S TATUTORY - B ASIS FINANCIAL S TATEMENTS AND OTHER FINANCIAL INFORMATION Financial Guaranty Insurance Company Years Ended December 31, 2012 and 2011 With Report of Independent Auditors |
| 125 | 5/14/2013 | 2012 FGIC Statement |
| 126 | 12/14/2012 | S TATUTORY - B ASIS FINANCIAL S TATEMENTS Financial Guaranty Insurance Company September 30, 2012 |
| 127 | 7/29/2013 | Objection of Monarch Alternative Capital LP, et al. In re Residential Capital LLC, et al., No. 12-12020 (MG) (U.S. Bankr. S.D.N.Y. filed July 29, 2013). |
| 128 | 7/29/2013 | FHLMC Objection to Fed. R. Bankr. P. 9019 For Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors, In re Residential Capital LLC, et al., No. 12-12020 (MG) (U.S. Bankr. S.D.N.Y. filed July 29, 2013). |
| 129 | 7/18/2013 | Expert Witness Report of Charlie R. Goldstein In re Residential Capital LLC, et al No. 12-12020 (MG) (U.S. Bankr. S.D.N.Y. July 19, 2013). |
| 130 | 7/29/2013 | Deposition of Charlie Ronald Goldstein In re Residential Capital LLC, et al No. 12-12020 (MG) (U.S. Bankr. S.D.N.Y. July 26, 2013). |
| 131 | 7/19/2013 | ResCap FGIC Commutation of Claims Analysis by Scott R. Gibson, Sr. Vice President, Mountain View IPS. Prepared for Federal Home Loans Mortgage Corporation. July 19, 2013. |
| 132 | 7/19/2013 | Declaration of Scott R. Gibson In re Residential Capital LLC, et al No. 12-12020 (MG) (U.S. Bankr. S.D.N.Y. July 19, 2013). |
| 133 | 7/19/2013 | Expert Witness Report of S.P. Kothari In re Residential Capital LLC, et al No. 12-12020 (MG) (U.S. Bankr. S.D.N.Y. July 19, 2013). |
| 134 | 7/26/2013 | Deposition of S.P. Kothari In re Residential Capital LLC, et al No. 12-12020 (MG) (U.S. Bankr. S.D.N.Y. July 26, 2013). |
| 135 | 7/25/2013 | Deposition of Ron D'Vari In re Residential Capital LLC, et al No. 12-12020 (MG) (U.S. Bankr. S.D.N.Y. July 25, 2013). |

**List of Documents Considered**

| Number | Date | Document |
|---|---|---|
| 136 | 7/29/2013 | Affidavit of Paul V. Shalhoub in Support of Objection of Monarch Alternative Capital LP In re Residential Capital LLC, et al., No. 12-12020 (MG) (U.S. Bankr. S.D.N.Y. filed July 29, 2013). |
| 137 | 7/29/2013 | Supplemental Objection of the Ad Hoc Group of Junior Secured Noteholders to the Debtors FGIC Settlement Motion, In re Residential Capital LLC, et al., No. 12-12020 (MG) (U.S. Bankr. S.D.N.Y. filed July 29, 2013). |
| 138 | 7/29/2013 | The Ad Hoc Group of Junior Secured Noteholders Request to the Debtors for the Production of Documents, In re Residential Capital LLC, et al., No. 12-12020 (MG) (U.S. Bankr. S.D.N.Y. filed July 29, 2013). |
| 139 | 7/29/2013 | Notice of Deposition, In re Residential Capital LLC, et al., No. 12-12020 (MG) (U.S. Bankr. S.D.N.Y. filed July 29, 2013). |
| 140 | 7/29/2013 | FGIC 9019 Motion – Privilege Log, In re Residential Capital LLC, et al., No. 12-12020 (MG) (U.S. Bankr. S.D.N.Y. filed July 29, 2013). |
| 141 | 3/26/2013 | FGIC-ResCap-Trusts Commutation Breakout, marked as Exhibit 3 to my Deposition. |