# ATTACHMENT III

# FILED UNDER SEAL