**SEWARD & KISSEL LLP**
Mark D. Kotwick
Brian P. Maloney
Ryan Suser
One Battery Park Plaza
New York, New York  10004
Telephone:  (212) 574-1200
Facsimile:   (212) 480-8421

*Counsel to U.S. Bank National Association,*
*as Trustee of Certain Mortgage Backed*
*Securities Trusts*


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) **Case No. 12-12020 (MG)** |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | ) |
| | ) **Chapter 11** |
| Debtors. | ) |
| | ) **Jointly Administered** |

**NOTICE OF FILING OF DECLARATION OF MAMTA K. SCOTT,**
**AS OFFICER OF U.S. BANK, AS RMBS TRUSTEE, IN SUPPORT OF**
**DEBTORS' MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR**
**APPROVAL OF THE SETTLEMENT AGREEMENT AMONG THE**
**DEBTORS, FGIC, THE FGIC TRUSTEES, AND CERTAIN**
<u>**INDIVIDUAL INVESTORS**</u>

      **PLEASE TAKE NOTICE** that, pursuant to the *Scheduling Order* [ECF No. 4168], dated July 8, 2013, entered by the Bankruptcy Court in connection with the *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement among the Debtors, FGIC, the FGIC Trustees, and Certain Individual Investors* [ECF No. 3929] (the "**FGIC 9019 Motion**"), U.S. Bank, solely in its capacity as trustee or indenture trustee for certain mortgaged backed securities trusts, hereby files the *Declaration of Mamta K. Scott, as Officer of U.S. Bank, RMBS Trustee* (the "**Declaration**") in support of the FGIC 9019 Motion, attached hereto as **Exhibit 1**.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Order Regarding*

*Exchange of Confidential Information* [ECF No. 4249] (the "**Confidentiality Order**"), dated July 16, 2013, entered by the Bankruptcy Court in connection with the FGIC 9019 Motion, certain portions of the Declaration and the exhibits thereto are hereby filed in redacted form and/or under seal. Unredacted copies of the Declaration and the exhibits thereto will be provided to the Bankruptcy Court and served on parties to the Confidentiality Order.

[<em>Remainder of page intentionally left blank.</em>]

LEGAL02/34304189v1

Dated: July 31, 2013
        New York, New York

**SEWARD & KISSEL LLP**

By: /s/ Mark D. Kotwick

Mark D. Kotwick
Brian P. Maloney
Ryan Suser
One Battery Park Plaza
New York, New York  10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Counsel to U.S. Bank National Association,*
*as Trustee of Certain Mortgage Backed*
*Securities Trusts*

SK 03687 0119 1403482
7/31/13 04:45 PM

- 3 -