# **<u>Exhibit 11</u>**



2500 City Center Square
1100 Main Street
Kansas City, Missouri 64105
(816) 421-6620 (p)
(816) 421-4747 (f)
www.wbsvlaw.com

## ABOUT THE FIRM

Walters Bender Strohbehn & Vaughan is a Kansas City based firm with a nationwide practice and reputation. We specialize only in trial work, including, particularly, class action cases and complex litigation involving predatory lending and other consumer protection issues. We also work in the areas of commercial litigation, insurance law, securities litigation and we handle catastrophic injury cases.  Since our inception in 1991, we have been involved in representing both plaintiffs and defendants throughout the United States. Our efforts on behalf of plaintiffs have resulted in settlements and verdicts valued well in excess of $500 million dollars.  The profiles of the talented attorneys and staff that make up our Firm can be viewed at www.wbsvlaw.com.

### COMPLEX AND CLASS ACTION LITIGATION
The 19 attorneys in our Firm have been involved in a number of complex, multi-district and class action lawsuits during their respective careers, representing both plaintiffs and defendants.  Our class action work includes cases concerning predatory lending, unlawful mortgage loan fees, securities fraud, life insurance premiums, shareholder derivative suits, products liability, deceptive trade and merchandising practices, anti-trust practices, commercial code violations, motor vehicle repossessions and employment benefits.  Beyond these class cases, our Firm has most recently been involved in nationwide litigation concerning hundreds of millions of dollars invested in allegedly abusive tax shelters, and we recently obtained multiple million dollar settlements in cases involving sexual abuse by an athletic coach, the breach of a shareholder agreement and severe electrical shock injuries.  We are always investigating new cases, exploring new and developing areas of the law, and incorporating the latest technology into our practice.

In the class action arena, on behalf of thousands of individuals, our Firm has achieved some truly extraordinary results as class counsel.  For example, in 2007, as class counsel we successfully prosecuted and settled a consumer class action involving over 4,100 second mortgage loans that resulted in a $36.3 million dollar settlement. In 2008, we took to trial and achieved a jury awarded of $104 million dollars in favor of the plaintiffs' class of victimized second mortgage borrowers. In August 2012, we settled a number of class action cases involving over 3,200 second mortgage loans for over $160 million dollars. Recently, we obtained a series of approximately 20 consumer class action settlements, providing monetary benefits of over $47 million dollars to some 1,300 class members.

A listing of our representative complex and class action cases is set forth below.



# REPRESENTATIVE CASES

**JUNE 2013**

### PREDATORY LENDING

*Baker v. Century Financial Group, Inc.*,
Circuit Court of Clay County, Missouri, Case No. CV 100-4294,
Missouri Second Mortgage Loans Act – lead counsel for class of plaintiffs.

*Beaver, et al. v, U.S. Bank, National Association, et al.*,
Circuit Court of Jackson County, Missouri, Case No. 1216-CV21345,
Missouri Second Mortgage Loans Act – lead counsel for class of plaintiffs.

*Couch v. SMC Lending, Inc.,*
Circuit Court of Clay County, Missouri, Case No. CV100-4332,
Missouri Second Mortgage Loans Act – lead counsel for class of plaintiffs.

*Gilmor v. Preferred Credit Corp.,*
Circuit Court of Clay County, Missouri, Case No. CV 100-4263,
Missouri Second Mortgage Loans Act – lead counsel for class of plaintiffs.

*Hall v. America West Financial, et al.,*
Circuit Court of Jackson County, Missouri, Case No.00CV218553-01,
Missouri Second Mortgage Loans Act – lead counsel for class of plaintiffs.

*Hopkins v. Kansas Teachers Community Credit Union,*
United States District Court for the Western District of Missouri, Case No. 08-5052-CV-SW-GAF,
Uniform Commercial Code and Missouri Merchandising Practices Act – counsel for class of plaintiffs.

*In re Community Bank of Northern Virginia Mortgage Practices Lending Litigation,*
United States District Court for the Western District of Pennsylvania, MDL No.-1674,
Predatory lending, racketeering - representing plaintiffs and objectors in multidistrict litigation.

*Landrum v. Meadows Credit Union,*
United States District Court for the Western District of Missouri, Case No. 08-441-CV-W-DW,
Uniform Commercial Code and Missouri Merchandising Practices Act – counsel for class of plaintiffs.

*McLean v. First Horizon Home Loan Corporation f/k/a McGuire Mortgage Company,*
Case No.00 CV 228530 Circuit Court of Jackson County, Missouri,
Missouri Second Mortgage Loans Act – lead counsel for class of plaintiffs.

*Mitchell v. Residential Funding Corp., et al.,*
Circuit Court of Jackson County, Missouri, Case No.03CV220489,
Missouri Second Mortgage Loans Act – lead counsel for class of plaintiffs.

*Shokere, et al v. Residential Funding Company, et al.*,
Circuit Court of Jackson County, Missouri, Case No. 1116-CV30478
Missouri Second Mortgage Loans Act – lead counsel for class of plaintiffs.



# REPRESENTATIVE CASES

*Smith v. Premier Associates Mortgage Company, et al.,*
Circuit Court of Jackson County, Missouri, Case No.01CV201263,
Missouri Second Mortgage Loans Act – lead counsel for class of plaintiffs.

*Thomas, et al. v. U.S. Bank, N.A., et al.,*
Circuit Court of Jackson County, Missouri, Case No. 1216-CV20561,
Missouri Second Mortgage Loans Act – lead counsel for class of plaintiffs.

*Daniel and Amy Thompson vs. Sovereign Bank, N.A.,*
Circuit Court of Jackson County, Missouri, Case No. 1216-CV09804,
Missouri Second Mortgage Loans Act – lead counsel for class of plaintiffs.

**OTHER SIGNIFICANT LITIGATION**

*Doe, et al. V. Johnson County Park & recreation District, et al.*
Consolidated Case Nos. 0516-CV-23636, 07-EXEC-3929, 0716-CV-24114-01,
Vexation Refual to Pay, Insurance Coverage Dispute – representing the plaintiffs.

*In Re: American Investors Life Ins. Co. Annuity Marketing and Sales Practices Litigation*
United States District Court of the Eastern District of Pennsylvania, MDL-1712
Nationwide Putative Class Action Involving Deferred Annuities – representing the American Investor defendants.

*In re: Indianapolis Life Insurance Company I.R.S. § 412(i) Plans Life Insurance Marketing Litigation*
United States District Court for the Northern District of Texas, MDL 1983
Nationwide Putative Class Action Involving the Sale of Life Insurance to Fund § 412(i) Plans – representing defendant, Indianapolis Life.

*In re Motor Fuel Litigation,*
United States District Court for the District of Kansas, MDL Case No.:1840,
Multi-state proceeding to remedy unfair motor fuel sales practices – liaison counsel for plaintiffs.

*Strube v. American Equity Investment Life Insurance Co. and Creative Marketing International Corp.,*
United States District Court, Middle District of Florida, Case No. 6:01-CV-1236-Orl-19DAB,
Fraud and Unfair Business Practices - representing defendant Creative Marketing Int.'l Corp.

**PRODUCTS LIABILITY**

*Foster, et al. v. ABTCo., Inc., et al.,*
Circuit Court of Choctaw County, Alabama, Case No. CV95-151-M,
Products liability - representing the class of plaintiffs.

*Heilman, et al. v. Perfection Corp., et al.,*
United States District Court for the Western District of Missouri, Case No. 99-0679-CW-W-6,
Products liability/Magnuson-Moss - representing the class of plaintiffs.



# REPRESENTATIVE CASES

*In Re: Bausch & Lomb Inc. Contact Lens Solution Products Liability Litigation,*
United States District Court for South Carolina, Case No. 2:06-mn-77777,
Products liability - representing plaintiffs.

*In Re: Bisphenol-A (BPA) Polycarbonate Plastics Product Liability Litigation,*
United States District Court for Western District of Missouri, Case No. 08-MD-01967-ODS,
Products liability – co-lead class counsel representing plaintiffs.

## SECURITIES LITIGATION

*The Amalgamated Bank v. LeMay, Sprint Corporation, et al.*
Circuit Court for Jackson County, Missouri, Case No. 00CV 230077
Shareholders' Derivative Suit – liaison counsel for plaintiffs

*Antonson v. Robertson, et al.,*
United States District Court for the District Court of Kansas, Case 2:88-cv-02567-GTV
Securities Exchange Act – representing the defendants

*Boyd, et al. v. Novastar,*
United States District Court of the Western District of Missouri, Case No. 07-0139-CV-W-ODS
Securities Violations – representing putative plaintiff class

*Epstein, et al v. Wittig, Inc.,*
United States District Court for the District of Kansas, Case No. 03CV-4081,
Shareholders' Derivative Suit – liaison for the plaintiffs.

*In re NovaStar Financial Securities Litigation,*
United States District Court for the Western District of Missouri,
Consolidated Case No. 04CV0330-CV-W-ODS,
Private Securities Litigation Reform Act – liaison representing the class of plaintiffs.

*In re Royal Dutch/Shell Transport Securities Litigation,*
United States District Court for the District of New Jersey, Civil Action No. 04-374(JWB),
Securities violations – representing the Kansas Public Employee Retirement System.

*In re Sprint Corp. Securities Litigation,*
United States District Court for the District of Kansas, Case No. 5:01-cv-04080,
Securities violations – liaison counsel for class of plaintiffs.

*New England Health Care Employees Pension Fund v. Sprint Corporation, et al./In re Sprint Corporation Securities Litigation,*
United States District Court for the District of Kansas, Master File No. 01CV04080, Case No. 01-4080-DES,
Securities Suit – liaison counsel for class of plaintiffs.



# REPRESENTATIVE CASES

*Seiffer v. Topsy's International, Inc.,*
United States District Court, for the District of Kansas, Civ. A. No. KC-3455,
Securities Fraud Class Action - representing the plaintiffs.

### ANTITRUST LITIGATION
*In re Vitamins Antitrust Litigation,*
United States District Court for the District of Columbia, Misc. No. 99-197 (TFH), MDL No. 1285,
District Court for Wyandotte County, Kansas, Case No. 00 C 1890,
Antitrust – representing plaintiffs and opt-out plaintiffs.

*Kansas City Urology, P.A., et al. v. Blue Cross & Blue Shield of Kansas City, Inc. et al.,*
Circuit Court of Jackson County, Missouri, Case No. 0516-CV-04219,
Antitrust, contract and other claims –  co-lead counsel for plaintiffs.

*Prime Care of Northeast Kansas, LLC, et al. v. Blue Shield of Kansas City, Inc. et al.,*
District Court of Wyandotte County, Kansas, Case No. 05-CV-02227,
Antitrust, contract and other claims – co-lead counsel for plaintiffs.

### LIFE INSURANCE LITIGATION
*Bhat v. AmerUs Life Insurance Co., et al.,*
United States District Court for the Northern District of California, Case No. C 96-02026,
SI Universal Life Insurance Class Action-DAC Tax Litigation - representing the defendant.

*Cozad v. American Mutual Life Insurance Co.,*
District Court of Travis County, Texas,
Life Insurance Vanishing Premium Litigation - representing the defendant.

*In re Millennium Multiple Employer Welfare Benefit Plan*,
Adversary No. 10-01152, Action,  United States Bankruptcy Court for the Western District of Oklahoma,
Nationwide interpleader action under Federal Interpleader Act, representing Aviva Life and Annuity Company.

*Ireton, et al. v. American Family Life Insurance Co.*,
United States District Court for Eastern District of Wisconsin, Case No. 97-C-1184,
Life Insurance Class Action-Vanishing Premium Litigation - representing the defendant.

*Kortebein v. AmerUs Life Insurance Co.,*
Circuit Court of Cook County, Illinois, Case No. 00CH00932,
Life Insurance -Post Settlement Objections - representing the defendant.

### UNITED STATES SAVINGS BOND LITIGATION
*In re Matured, Unredeemed, and Unclaimed United States Savings Bonds with Purchasers or Owners with Last Known Addresses in the State of Kansas,* District Court for Shawnee County, Kansas, Case No. 13-C-05.
Kansas Disposition of Unclaimed Property Act - representing the plaintiff, State of Kansas.

**For more information about Walters, Bender, Strohbehn & Vaughan, P.C., please visit:
www.wbsvlaw.com**

Customer Support: 800-526-4902



Get Connected | Communities | Search Tools | Professional Development | Market Your Firm

Find people by name, practice area, geography, etc.
Advanced search
Search

Home > Walters, Bender, Strohbehn & Vaughan, P.C. > People > Lawyer Profile

Sign In/Register

## R. Frederick Walters



Member
**Walters, Bender, Strohbehn & Vaughan, P.C.**
Kansas City, MO U.S.A.
View Website

Phone 816-421-6620

Click Here to Contact

**Peer Rating**
5.0/5.0
AV® Preeminent™

**Client Rating**
N/R
Submit a review

AV Peer Review Rated

---

**Experience & Credentials**    Ratings & Reviews

**Office Information**

R. Frederick Walters
**Walters, Bender, Strohbehn & Vaughan, P.C.**
1100 Main Street
Kansas City, MO 64196

### Practice Areas

- Litigation
- Plaintiff Class Actions
- Professional Malpractice
- Toxic Torts
- Bad Faith
- Design and Construction Law
- Personal Injury Law
- Products Liability Law

| | |
|---|---|
| **University** | Culver-Stockton College; University of Missouri, B.S.M.E., 1970 |
| **Law School** | University of Missouri, J.D., 1973 |
| **Admitted** | 1973, Missouri |
| **Memberships** | Kansas City Metropolitan and American Bar Associations; The Missouri Bar; Missouri Association of Trials Attorneys; American Association for Justice. |
| **Born** | Greenfield, Missouri, August 31, 1947 |
| **Biography** | Phi Delta Phi. |
| **ISLN** | 902970494 |



Get Directions

View Ratings & Reviews

**Profile Visibility**
**#445** in weekly profile views out of 6,027 lawyers in **Kansas City, Missouri**
**#141,206** in weekly profile views out of 1,493,803 total lawyers **Overall**

**Professional Networking for Legal Professionals Only**

Quickly and easily expand your professional network - join the premier global network for legal professionals only. It's powered by the Martindale-Hubbell database - over 1,000,000 lawyers strong.

Learn More

Join Now

---

| Featured Services | About Us | LexisNexis© Digital Network | Follow Us |
|---|---|---|---|
| Law Firm Marketing Solutions | About LexisNexis | Lawyers.com℠ | |
| Law Firm Websites | About Martindale-Hubbell | attorneys.com℠ | |
| Profile Services | Advertising opportunities | LexisNexis Store | |
| Martindale-Hubbell Ratings | martindale.com blog | LexisNexis Communities | |
| Law Firm Practice Management | FAQs & tutorials | Martindale-Hubbell UK | |
| LexisNexis Firm Manager™ | Testimonials | Martindale-Hubbell Germany | |
| Browse lawyers | Follow us | Martindale-Hubbell Canada | |
| Browse law firms | Contact us | Martindale-Hubbell France | |
| Developer Center | Site map | Martindale-Hubbell global sites | |

Terms & Conditions | Privacy | Copyright © 2013 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Customer Support: 800-526-4902

  Get Connected | Communities | Search Tools | Professional Development | Market Your Firm

Find people by name, practice area, geography, etc.
Advanced search
Search

Sign In/Register

Home > Walters, Bender, Strohbehn & Vaughan, P.C. > People > Lawyer Profile

# Thomas V. Bender 

Member
**Walters, Bender, Strohbehn & Vaughan, P.C.**
Kansas City,  MO  U.S.A.
View Website

Phone  816-421-6620

Click Here to Contact

**Peer Rating**
5.0/5.0
AV® Preeminent™

**Client Rating**
N/R
Submit a review

AV Peer Review Rated

---

**Experience & Credentials**    Ratings & Reviews

**Practice Areas**

- Litigation
- Class Action
- Professional Negligence Law
- Business Litigation

| | |
|---|---|
| **University** | University of Missouri at Columbia, B.S., cum laude, 1975 |
| **Law School** | University of Missouri at Columbia, J.D., 1979 |
| **Admitted** | 1979, Missouri and U.S. District Court, Western District of Missouri;  2006, Kansas and U.S. District Court, District of Kansas |
| **Memberships** | Kansas City Metropolitan Bar Association (Co-Chair, Civil Procedure Committee; Chair, CLE Committee; President Elect, Board of Directors); The Missouri Bar; Missouri Association of Trial Attorneys; American Association for Justice. |
| **Born** | El Dorado Springs, Missouri, July 16, 1953 |
| **Biography** | Recipient: Kansas City Business Journal's Best of the Bar, 2003-2008; Missouri and Kansas Super Lawyers, 2005-2008; KCMBA (1999) and KCMBF (2005) Presidential Recognition Awards. Member, Federal Practice Committee, U.S. District Court, Western District of Missouri. |
| **ISLN** | 909120182 |

**Office Information**

Thomas V. Bender
**Walters, Bender, Strohbehn & Vaughan, P.C.**
1100 Main Street
Kansas City, MO 64196



Get Directions

View Ratings & Reviews

**Profile Visibility**
**#445** in weekly profile views out of 6,027 lawyers in **Kansas City, Missouri**
**#141,206** in weekly profile views out of 1,493,803 total lawyers **Overall**

**Professional Networking for Legal Professionals Only**

Quickly and easily expand your professional network - join the premier global network for legal professionals only. It's powered by the Martindale-Hubbell database - over 1,000,000 lawyers strong.

Learn More

Join Now

---

**Featured Services**
Law Firm Marketing Solutions
Law Firm Websites
Profile Services
Martindale-Hubbell Ratings
Law Firm Practice Management
LexisNexis Firm Manager™
Browse lawyers
Browse law firms
Developer Center

**About Us**
About LexisNexis
About Martindale-Hubbell
Advertising opportunities
martindale.com blog
FAQs & tutorials
Testimonials
Follow us
Contact us
Site map

**LexisNexis© Digital Network**
Lawyers.com^SM
attorneys.com^SM
LexisNexis Store
LexisNexis Communities
Martindale-Hubbell UK
Martindale-Hubbell Germany
Martindale-Hubbell Canada
Martindale-Hubbell France
Martindale-Hubbell global sites

**Follow Us**

Terms & Conditions | Privacy | Copyright © 2013 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Customer Support: 800-526-4902



People  Law Firms  Organizations  Groups & Topics

Find people by name, practice area, geography, etc.

Advanced search

Search



| Get Connected | Communities | Search Tools | Professional Development | Market Your Firm |

Home > Walters, Bender, Strohbehn & Vaughan, P.C. > People > Lawyer Profile

Sign In/Register



### Michael D. Strohbehn

Member
Walters, Bender, Strohbehn
& Vaughan, P.C.
Kansas City,  MO  U.S.A.
View Website

Phone  816-421-6620

Click Here to Contact

**Peer Rating**

5.0/5.0
AV® Preeminent™

**Client Rating**

N/R
Submit a review

AV Peer Review Rated

---

**Experience & Credentials**        Ratings & Reviews

**Practice Areas**

- Litigation
- Professional Negligence
- Personal Injury Law
- Arbitration
- Products Liability Law
- Commercial Law
- Civil Trials

| | |
|---|---|
| **University** | University of Northern Iowa, B.A., cum laude, 1972; Kansas University |
| **Law School** | Washburn University, J.D., with honors, 1978 |
| **Admitted** | 1978, Missouri; 1984, Kansas |
| **Memberships** | Kansas City Metropolitan, Johnson County and Kansas Bar Associations; The Missouri Bar; American Association for Justice; Kansas Association for Justice; Missouri Association of Trial Attorneys. |
| **Born** | Marengo, Iowa, December 11, 1949 |
| **Biography** | Recipient, Purple and Old Gold Award, University of Northern Iowa, 1972. Included, Missouri and Kansas Super Lawyers, 2006-2009. Member, Board of Editors, Washburn University Law Journal, 1976-1978. |
| **ISLN** | 903353586 |

**Office Information**

Michael D. Strohbehn
**Walters, Bender, Strohbehn
& Vaughan, P.C.**
1100 Main Street
Kansas City, MO 64196



Get Directions

View Ratings & Reviews

**Professional Networking for Legal Professionals Only**

Quickly and easily expand your professional network - join the premier global network for legal professionals only. It's powered by the Martindale-Hubbell database - over 1,000,000 lawyers strong.

Learn More

Join Now

**Profile Visibility**
**#42** in weekly profile views out of 6,027 lawyers in **Kansas City, Missouri**
**#18,491** in weekly profile views out of 1,493,803 total lawyers Overall

---

| Featured Services | About Us | LexisNexis© Digital Network | Follow Us |
|---|---|---|---|
| Law Firm Marketing Solutions | About LexisNexis | Lawyers.com℠ | |
| Law Firm Websites | About Martindale-Hubbell | attorneys.com℠ | |
| Profile Services | Advertising opportunities | LexisNexis Store | |
| Martindale-Hubbell Ratings | martindale.com blog | LexisNexis Communities | |
| Law Firm Practice Management | FAQs & tutorials | Martindale-Hubbell UK | |
| LexisNexis Firm Manager™ | Testimonials | Martindale-Hubbell Germany | |
| Browse lawyers | Follow us | Martindale-Hubbell Canada | |
| Browse law firms | Contact us | Martindale-Hubbell France | |
| Developer Center | Site map | Martindale-Hubbell global sites | |

Terms & Conditions | Privacy | Copyright © 2013 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Customer Support: 800-526-4902

 People  Law Firms  Organizations  Groups & Topics

Find people by name, practice area, geography, etc.

Advanced search     Search

Get Connected | Communities | Search Tools | Professional Development | Market Your Firm

Home > Walters, Bender, Strohbehn & Vaughan, P.C. > People > Lawyer Profile

Sign In/Register

## J. Michael Vaughan 

Member
**Walters, Bender, Strohbehn & Vaughan, P.C.**
Kansas City,  MO  U.S.A.
View Website

Phone  816-421-6620

Click Here to Contact

**Peer Rating**
5.0/5.0
AV® Preeminent™

**Client Rating**
N/R
Submit a review

AV Peer Review Rated

---

**Experience & Credentials**     Ratings & Reviews

**Practice Areas**

- Litigation
- Consumer Mortgage Law
- Civil and Commercial Trials and Arbitrations

| | |
|---|---|
| **University** | University of Missouri, B.S.B.A., cum laude, 1972 |
| **Law School** | University of Missouri, J.D., 1975 |
| **Admitted** | 1975, Missouri; 1980, U.S. Supreme Court; 2003, U.S. District Court, District of Kansas |
| **Memberships** | Kansas City Metropolitan and American Bar Associations; The Missouri Bar; American Association for Justice; Missouri Association of Trial Attorneys. |
| **Born** | St. Louis, Missouri, July 28, 1950 |
| **Biography** | Member, Editorial Board, Missouri Law Review, 1974-1975. Included, Missouri and Kansas Super Lawyers (Business Litigation), 2006. |
| **ISLN** | 901838337 |

View Ratings & Reviews

**Profile Visibility**
**#445** in weekly profile views out of 6,027 lawyers in **Kansas City, Missouri**
**#141,206** in weekly profile views out of 1,493,803 total lawyers **Overall**

**Office Information**

J. Michael Vaughan
**Walters, Bender, Strohbehn & Vaughan, P.C.**
1100 Main Street
Kansas City, MO 64196



Get Directions

**Professional Networking for Legal Professionals Only**

Quickly and easily expand your professional network - join the premier global network for legal professionals only. It's powered by the Martindale-Hubbell database - over 1,000,000 lawyers strong.

Learn More

Join Now

---

**Featured Services**
- Law Firm Marketing Solutions
- Law Firm Websites
- Profile Services
- Martindale-Hubbell Ratings
- Law Firm Practice Management
- LexisNexis Firm Manager™
- Browse lawyers
- Browse law firms
- Developer Center

**About Us**
- About LexisNexis
- About Martindale-Hubbell
- Advertising opportunities
- martindale.com blog
- FAQs & tutorials
- Testimonials
- Follow us
- Contact us
- Site map

**LexisNexis® Digital Network**
- Lawyers.com℠
- attorneys.com℠
- LexisNexis Store
- LexisNexis Communities
- Martindale-Hubbell UK
- Martindale-Hubbell Germany
- Martindale-Hubbell Canada
- Martindale-Hubbell France
- Martindale-Hubbell global sites

**Follow Us**

Terms & Conditions | Privacy | Copyright © 2013 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Customer Support: 800-526-4902

People   Law Firms & Organizations   Groups & Topics

Find people by name, practice area, geography, etc.

Advanced search

Search

  Get Connected | Communities | Search Tools | Professional Development | Market Your Firm

Home > Walters, Bender, Strohbehn & Vaughan, P.C. > People > Lawyer Profile

Sign In/Register



# Karen Wedel Renwick 

Member
**Walters, Bender, Strohbehn & Vaughan, P.C.**
Kansas City,  MO  U.S.A.
View Website

**Phone** 816-421-6620

**Click Here to Contact**

**Peer Rating**
5.0/5.0
AV® Preeminent™

**Client Rating**
N/R
Submit a review

AV Peer Review Rated

---

**Experience & Credentials**    Ratings & Reviews

**Practice Areas**

- General Litigation
- Commercial Litigation
- Design and Construction Law
- Personal Injury Law
- Plaintiff Class Actions
- Products Liability Law

| | |
|---|---|
| **University** | Kansas State University, B.A., 1980 |
| **Law School** | Washburn University, J.D., cum laude, 1984 |
| **Admitted** | 1984, Kansas; 1991, Missouri |
| **Memberships** | The Missouri Bar; Kansas Bar Association; Kansas Association for Justice (Member, Board of Governors; Chairman, Women's Caucus, 2004-2004); American Association for Justice. |
| **Born** | Kansas City, Missouri, December 24, 1957 |
| **Biography** | Member, National Moot Court Competition, 1982; Top Oralist. Associate Editor and Research Editor, Washburn Law Journal, 1983-1984. |
| **ISLN** | 902902020 |

View Ratings & Reviews

**Profile Visibility** [i]
**#445** in weekly profile views out of 6,027 lawyers in **Kansas City, Missouri**
**#141,206** in weekly profile views out of 1,493,803 total lawyers **Overall**

**Office Information**

Karen Wedel Renwick
**Walters, Bender, Strohbehn & Vaughan, P.C.**
1100 Main Street
Kansas City, MO 64196

Get Directions

**Professional Networking for Legal Professionals Only**

Quickly and easily expand your professional network - join the premier global network for legal professionals only. It's powered by the Martindale-Hubbell database - over 1,000,000 lawyers strong.

Learn More

Join Now

---

**Featured Services**
Law Firm Marketing Solutions
Law Firm Websites
Profile Services
Martindale-Hubbell Ratings
Law Firm Practice Management
LexisNexis Firm Manager™  
Browse lawyers
Browse law firms
Developer Center

**About Us**
About LexisNexis
About Martindale-Hubbell
Advertising opportunities
martindale.com blog
FAQs & tutorials
Testimonials
Follow us
Contact us
Site map

**LexisNexis® Digital Network**
Lawyers.com℠
attorneys.com℠
LexisNexis Store
LexisNexis Communities
Martindale-Hubbell UK
Martindale-Hubbell Germany
Martindale-Hubbell Canada
Martindale-Hubbell France
Martindale-Hubbell global sites

**Follow Us**

Terms & Conditions | Privacy | Copyright © 2013 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Customer Support: 800-526-4902

   People   Law Firms & Organizations   Practice Areas & Topics   

Find people by name, practice area, geography, etc.   Search
Advanced search

Get Connected | Communities | Search Tools | Professional Development | Market Your Firm

Home > Walters, Bender, Strohbehn & Vaughan, P.C. > People > Lawyer Profile

Sign In/Register



### J. Brett Milbourn

Member
**Walters, Bender, Strohbehn & Vaughan, P.C.**
Kansas City,  MO  U.S.A.
View Website

Phone 816-421-6620

Click Here to Contact

**Peer Rating**
5.0/5.0
AV® Preeminent™

**Client Rating**
5.0/5.0
Submit a review

AV Peer Review Rated

---

**Experience & Credentials**     Ratings & Reviews

**Practice Areas**

- General Litigation
- Business and Commercial Law
- Plaintiff Class Actions
- Products Liability Law
- Personal Injury Law

| | |
|---|---|
| **University** | University of Kansas, B.S., 1983 |
| **Law School** | University of Tulsa, J.D., 1986 |
| **Admitted** | 1986, Kansas; 1992, Missouri |
| **Memberships** | Kansas City Metropolitan, Johnson County (President, 1997-1998; Member, Board of Directors, 1992-1998; Bench Bar Committee, 1995-1996) and Kansas (Recipient, Outstanding Service Award. 1996; Member: Board of Governors, 1995-1996; Executive Committee, 1995-1996; Bench Bar Committee, 1993-1995; President, 1995-1996, Young Lawyers Section) Bar Associations; The Missouri Bar; Kansas Association of Justice; Johnson County Bar Foundation (President, 2003; Member, Board of Directors, 1998-2008). |
| **Born** | Tulsa, Oklahoma, October 3, 1960 |
| **Biography** | Member, Energy Law Journal, 1985-1986. Listed, "Best of the Kansas City Bar," Kansas City Business Journal, 2006. |
| **ISLN** | 904807712 |

**Office Information**

J. Brett Milbourn
**Walters, Bender, Strohbehn & Vaughan, P.C.**
1100 Main Street
Kansas City, MO 64196



Get Directions

View Ratings & Reviews

**Professional Networking for Legal Professionals Only**

Quickly and easily expand your professional network - join the premier global network for legal professionals only. It's powered by the Martindale-Hubbell database - over 1,000,000 lawyers strong.

Learn More

Join Now

**Profile Visibility**
#445 in weekly profile views out of 6,027 lawyers in **Kansas City, Missouri**
#141,206 in weekly profile views out of 1,493,803 total lawyers Overall

---

**Featured Services**
- Law Firm Marketing Solutions
- Law Firm Websites
- Profile Services
- Martindale-Hubbell Ratings
- Law Firm Practice Management
- LexisNexis Firm Manager™
- Browse lawyers
- Browse law firms
- Developer Center

**About Us**
- About LexisNexis
- About Martindale-Hubbell
- Advertising opportunities
- martindale.com blog
- FAQs & tutorials
- Testimonials
- Follow us
- Contact us
- Site map

**LexisNexis© Digital Network**
- Lawyers.com℠
- attorneys.com℠
- LexisNexis Store
- LexisNexis Communities
- Martindale-Hubbell UK
- Martindale-Hubbell Germany
- Martindale-Hubbell Canada
- Martindale-Hubbell France
- Martindale-Hubbell global sites

**Follow Us**

Terms & Conditions | Privacy | Copyright © 2013 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Customer Support: 800-526-4902



Find people by name, practice area, geography, etc.

Advanced search

Search

 Get Connected | Communities | Search Tools | Professional Development | Market Your Firm

Sign In/Register

Home > Walters, Bender, Strohbehn & Vaughan, P.C. > People > Lawyer Profile



# Kip D. Richards

Member
**Walters, Bender, Strohbehn & Vaughan, P.C.**
Kansas City,  MO  U.S.A.
View Website

Phone 816-421-6620

Click Here to Contact

**Peer Rating**
5.0/5.0
AV® Preeminent™

**Client Rating**
N/R
Submit a review

AV Peer Review Rated

---

**Experience & Credentials**     Ratings & Reviews

**Practice Areas**

- Business and Commercial Litigation
- Consumer Class Actions
- Construction Litigation
- Transportation Litigation
- Personal Injury Litigation
- Products Liability
- Patent Infringement
- Copyright Infringement

| | |
|---|---|
| **University** | Baker University, B.A., summa cum laude, 1986 |
| **Law School** | Kansas University, J.D., 1989 |
| **Admitted** | 1989, Missouri; 2005, Kansas |
| **Memberships** | Kansas City Metropolitan Bar Association; The Missouri Bar; Missouri Association of Trial Attorneys; Kansas Association of Justice. |
| **Born** | Lawrence, Kansas, October 23, 1963 |
| **Biography** | Member, Kansas Law Review. |
| **Reported Cases** | Schwartz v. Bann-Cor Mortgage, 197 S.W.3d 168 (Mo. App. 2006); Phipps v. FDIC, 417 F.3d 1006 (8th Cir. 2005); Johnston v. Sweany, 69 S.W.3d 398 (Mo. 2002); McGinley v. Franklin Sports, Inc., 262 F.3d 1339, 60 U.S.P.Q.2d 1001 (Fed.Cir.2001); Mizner v. North River Homes, Inc., 913 S.W.2d 23 (Mo.App.E.D.1995). |
| **ISLN** | 902163964 |

View Ratings & Reviews

**Profile Visibility**
**#445** in weekly profile views out of 6,027 lawyers in **Kansas City, Missouri**
**#141,206** in weekly profile views out of 1,493,803 total lawyers **Overall**

**Office Information**

Kip D. Richards
**Walters, Bender, Strohbehn & Vaughan, P.C.**
1100 Main Street
Kansas City, MO 64196



Get Directions

**Professional Networking for Legal Professionals Only**

Quickly and easily expand your professional network - join the premier global network for legal professionals only. It's powered by the Martindale-Hubbell database - over 1,000,000 lawyers strong.

Learn More

Join Now

---

| Featured Services | About Us | LexisNexis© Digital Network | Follow Us |
|---|---|---|---|
| Law Firm Marketing Solutions | About LexisNexis | Lawyers.com℠ | |
| Law Firm Websites | About Martindale-Hubbell | attorneys.com℠ | |
| Profile Services | Advertising opportunities | LexisNexis Store | |
| Martindale-Hubbell Ratings | martindale.com blog | LexisNexis Communities | |
| Law Firm Practice Management | FAQs & tutorials | Martindale-Hubbell UK | |
| LexisNexis Firm Manager™ | Testimonials | Martindale-Hubbell Germany | |
| Browse lawyers | Follow us | Martindale-Hubbell Canada | |
| Browse law firms | Contact us | Martindale-Hubbell France | |
| Developer Center | Site map | Martindale-Hubbell global sites | |

Terms & Conditions | Privacy | Copyright © 2013 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Customer Support: 800-526-4902

People | Law Firms | Organizations | Groups & Topics

Find people by name, practice area, geography, etc.
Advanced search    Search

   Get Connected    Communities    Search Tools    Professional Development    Market Your Firm

Home > Walters, Bender, Strohbehn & Vaughan, P.C. > People > Lawyer Profile    



## David M. Skeens

Member
**Walters, Bender, Strohbehn & Vaughan, P.C.**
Kansas City,  MO  U.S.A.
View Website

Phone 816-421-6620

Click Here to Contact

**Peer Rating**
5.0/5.0
AV® Preeminent™

**Client Rating**
N/R
Submit a review

AV Peer Review Rated

---

**Experience & Credentials**    Ratings & Reviews

**Practice Areas**

- General Litigation
- Commercial Law
- Business Law
- Personal Injury Law
- Construction Law
- Class Actions
- Civil Law

| | |
|---|---|
| **University** | University of Missouri-Columbia, B.S., 1983 |
| **Law School** | University of Missouri-Kansas City, J.D., with distinction, 1988 |
| **Admitted** | 1988, Missouri;  1989, Kansas |
| **Memberships** | Kansas City Metropolitan, Kansas and American Bar Associations; The Missouri Bar; Missouri Association of Trial Lawyers. |
| **Born** | Olathe, Kansas, December 3, 1960 |
| **Biography** | Member, Order of the Bench and Robe. Member, UMKC Law Review, 1986-1988. |
| **ISLN** | 903670270 |

View Ratings & Reviews

**Profile Visibility**
**#445** in weekly profile views out of 6,027 lawyers in **Kansas City, Missouri**
**#141,206** in weekly profile views out of 1,493,803 total lawyers **Overall**

**Office Information**
David M. Skeens
**Walters, Bender, Strohbehn & Vaughan, P.C.**
1100 Main Street
Kansas City, MO 64196

Get Directions

**Professional Networking for Legal Professionals Only**

Quickly and easily expand your professional network - join the premier global network for legal professionals only. It's powered by the Martindale-Hubbell database - over 1,000,000 lawyers strong.

Learn More
Join Now

**Featured Services**
Law Firm Marketing Solutions
Law Firm Websites
Profile Services
Martindale-Hubbell Ratings
Law Firm Practice Management
LexisNexis Firm Manager™
Browse lawyers
Browse law firms
Developer Center

**About Us**
About LexisNexis
About Martindale-Hubbell
Advertising opportunities
martindale.com blog
FAQs & tutorials
Testimonials
Follow us
Contact us
Site map

**LexisNexis© Digital Network**
Lawyers.com℠
attorneys.com℠
LexisNexis Store
LexisNexis Communities
Martindale-Hubbell UK
Martindale-Hubbell Germany
Martindale-Hubbell Canada
Martindale-Hubbell France
Martindale-Hubbell global sites

**Follow Us**

Terms & Conditions | Privacy | Copyright © 2013 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.


Customer Support: 800-526-4902

People    Law Firms    Organizations    Groups & Topics

Find people by name, practice area, geography, etc.

Advanced search    Search

  Get Connected    Communities    Search Tools    Professional Development    Market Your Firm



Home > Walters, Bender, Strohbehn & Vaughan, P.C. > People > Lawyer Profile



## R. Keith Johnston

Member
**Walters, Bender, Strohbehn & Vaughan, P.C.**
Kansas City,  MO  U.S.A.
View Website

Phone  816-421-6620

Click Here to Contact

**Peer Rating**  N/R

**Client Rating**  N/R
Submit a review

### Experience & Credentials

**Practice Areas**

- Civil Litigation
- Commercial Litigation
- Business Litigation
- Bankruptcy
- Personal Injury

| | |
|---|---|
| **University** | University of Missouri-Kansas City, B.A., with distinction, 1986 |
| **Law School** | University of Missouri-Kansas City, J.D., with distinction, 1990 |
| **Admitted** | 1990, Missouri and U.S. District Court, Western District of Missouri; 1991, Kansas and U.S. District Court, District of Kansas; 1995, U.S. Court of Appeals, Eight Circuit |
| **Memberships** | Kansas City Metropolitan and American Bar Associations; The Missouri Bar. |
| **Born** | Kansas City, Missouri, July 27, 1956 |
| **Biography** | Member, Order of the Bench and Robe. Associate Editor, University of Missouri-Kansas City Law Review, 1988-1990. |
| **ISLN** | 906118717 |

**Profile Visibility**
**#445** in weekly profile views out of 6,027 lawyers in **Kansas City, Missouri**
**#141,206** in weekly profile views out of 1,493,803 total lawyers **Overall**

### Office Information

R. Keith Johnston
**Walters, Bender, Strohbehn & Vaughan, P.C.**
1100 Main Street
Kansas City, MO 64196



Get Directions

**Professional Networking for Legal Professionals Only**

Quickly and easily expand your professional network - join the premier global network for legal professionals only. It's powered by the Martindale-Hubbell database - over 1,000,000 lawyers strong.

Learn More

**Featured Services**
- Law Firm Marketing Solutions
- Law Firm Websites
- Profile Services
- Martindale-Hubbell Ratings
- Law Firm Practice Management
- LexisNexis Firm Manager™
- Browse lawyers
- Browse law firms
- Developer Center

**About Us**
- About LexisNexis
- About Martindale-Hubbell
- Advertising opportunities
- martindale.com blog
- FAQs & tutorials
- Testimonials
- Follow us
- Contact us
- Site map

**LexisNexis© Digital Network**
- Lawyers.com℠
- attorneys.com℠
- LexisNexis Store
- LexisNexis Communities
- Martindale-Hubbell UK
- Martindale-Hubbell Germany
- Martindale-Hubbell Canada
- Martindale-Hubbell France
- Martindale-Hubbell global sites

**Follow Us**

Terms & Conditions | Privacy | Copyright © 2013 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.