# Exhibit B

# EXHIBIT B

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY BY SEVERSON & WERSON, P.C. ON BEHALF OF THE DEBTORS FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013

### Compensation by Matter

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| A110 | Manage Data/Files | 2.7 | $729.00 |
| L110 | Fact Investigation/Development | 160.8 | $37,711.05 |
| L120 | Analysis/Strategy | 365.9 | $101,804.85 |
| L140 | Document/File Management | 22.4 | $4,621.05 |
| L150 | Budgeting | 8.0 | $1,926.90 |
| L160 | Settlement/Non-Binding ADR | 180.1 | $49,101.75 |
| L190 | Other Case Assessment | 111.2 | $30,228.90 |
| L210 | Pleadings | 321.1 | $79,958.70 |
| L220 | Preliminary Injunctions | 7.9 | $1,986.75 |
| L230 | Court Mandated Conferenced | 136.4 | $36,072.45 |
| L240 | Dispositive Motions | 272.5 | $74,089.80 |
| L250 | Other Written Motions | 94.5 | $24,243.30 |
| L310 | Written Discovery | 50.5 | $13,998.15 |
| L320 | Document Production | 4.9 | $1,174.95 |
| L330 | Depositions | 21.4 | $5,031.00 |
| L350 | Discovery Motions | 14.2 | $3,495.15 |
| L390 | Other Discovery | 3.6 | $903.60 |
| L420 | Expert Witnesses | 5.2 | $1,113.30 |
| L430 | Written Motions/Submissions | 51.1 | $14,238.00 |
| L440 | Other Trial Preparation | 18.0 | $3,620.70 |
| L450 | Trial and Hearing Attendance | 51.1 | $12,347.10 |
| L460 | Post-Trial Motions and Submissions | 9.8 | $1,599.30 |
| L470 | Enforcement | 6.6 | $1,574.10 |
| L510 | Appellate Motions & Submissions | 25.2 | $6,752.25 |
| L520 | Appellate Briefs | 8.5 | $2,256.30 |
| L530 | Oral Arguments | 11.6 | $3,236.40 |
| **Total Fees Incurred** | | **1,965.20** | **$513,814.80** |

19000.9997/2796292.1