Exhibit C

**EXHIBIT C**

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL BY SEVERSON & WERSON, P.C. ON BEHALF OF THE DEBTORS FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013**

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| **Cram, Donald** | Bankruptcy 1992 | $337.50 | 49.2 | $ 16,605.00 |
| **Hankins, Suzanne** | Financial Svcs. 1992 | $333.00 | 21.6 | $ 7,192.80 |
| **Sullivan, John** | Financial Svcs. 1980 | $427.50 | 28.1 | $ 12,012.75 |
| **Sullivan, Mary Kate** | Financial Svcs. 1995 | $270.00 | 54.7 | $ 14,769.00 |
| **Wraight, Mark** | Financial Svcs. 2003 | $274.50 | 12.1 | $ 3,321.45 |
| **Associates** | | | | |
| **Abbott, Thomas** | Financial Svcs. 2006 | $270.00 | 8.3 | $ 2,241.00 |
| **Babcock, Daska** | Financial Svcs. 2001 | $288.00 | 19.2 | $ 5,529.60 |
| **Barasch, Adam** | Bankruptcy 2008 | $292.50 | 23.9 | $ 6,690.75 |
| **Berkley, David Allan** | Financial Svcs. 2008 | $256.50 | 24.9 | $ 6,386.85 |
| **Buell, Edward** | Financial Svcs. 2005 | $279.00 | 50.5 | $ 14,089.50 |
| **Carr, Jeremy Scott** | Financial Svcs. 2009 | $270.00 | 16.6 | $ 4,257.90 |
| **Cross, Michael** | Financial Svcs. 2010 | $238.50 | 69.8 | $ 16,647.30 |
| **Dykstra, Jonathan** | Financial Svcs. 2008 | $238.50 | 6.8 | $ 1,621.80 |
| **Eilenberg, Benjamin A.** | Financial Svcs. 2008 | $247.50 | 7.8 | $ 1,930.50 |
| **Esposito, Matthew** | Financial Svcs. 2002 | $279.00 | 81.7 | $ 22,794.30 |
| **Franich, Kerry** | Financial Svcs. 2006 | $270.00 | 33 | $ 8,910.00 |
| **Gandy, Robert** | Financial Svcs. 2003 | $274.50 | 33.6 | $ 9,184.50 |
| **Givental, Alisa** | Financial Svcs. 2010 | $238.50 | 67.7 | $ 16,146.45 |
| **Glasser, Dana** | Financial Svcs. 2007 | $274.50 | 6.8 | $ 1,866.60 |
| **Gruber, Megan** | Financial Svcs. 2006 | $261.00 | 41.6 | $ 10,857.60 |
| **Holmes, Toriana** | Financial Svcs. 2008 | $225.00 | 5.8 | $ 1,305.00 |
| **Andrews, M. Elizabeth** | Appellate 2009 | $261.00 | 31.8 | $ 8,299.80 |
| **Idleman, William** | Financial Svcs. 2008 | $256.50 | 34.2 | $ 8,772.30 |
| **Ito, Ryan** | Financial Svcs. 2007 | $247.50 | 34.4 | $ 8,514.00 |
| **Ives, Jon** | Appellate 2004 | $279.00 | 20.7 | $ 5,775.30 |
| **Jones, Harold R.** | Financial Svcs. 2000 | $306.00 | 16.8 | $ 5,140.80 |
| **Julian, Jason** | Financial Svcs. 2001 | $274.50 | 13.4 | $ 3,678.30 |
| **Kamka, Mary Kate** | Financial Svcs. 2012 | $225.00 | 9.1 | $ 2,047.50 |
| **Kelly, Megan** | Financial Svcs. 2007 | $234.00 | 14 | $ 3,276.00 |
| **Kemp, Erik** | Financial Svcs. 2006 | $274.50 | 40.6 | $ 11,144.70 |
| **Kenney, Austin** | Financial Svcs. 2006 | $247.50 | 19.6 | $ 4,851.00 |
| **Kornberg, Bernard** | Bankruptcy 2007 | $234.00 | 46 | $ 10,764.00 |
| **Liu, David** | Financial Svcs. 2001 | $288.00 | 130.4 | $ 37,555.20 |
| **Manukyan, Evelina** | Financial Svcs. 2004 | $279.00 | 34.9 | $ 9,737.10 |
| **McGuinness, Michelle** | Financial Svcs. 2008 | $288.00 | 4.2 | $ 1,209.60 |
| **McTigue, Casey** | Financial Svcs. 2009 | $238.50 | 10.8 | $ 2,575.80 |
| **McTigue, Sean** | Financial Svcs. 2011 | $250.00 | 1.5 | $ 337.50 |
| **Miller, Kenneth S.** | Financial Svcs. 2012 | $256.50 | 5.6 | $ 1,436.40 |
| **Nowlin, Marlene** | Financial Svcs. 1991 | $306.00 | 82.5 | $ 25,245.00 |
| **Paese, Kimberly** | Financial Svcs. 2008 | $265.50 | 29.2 | $ 7,752.60 |
| **Riedman, Natilee** | Financial Svcs. 2008 | $238.50 | 22.1 | $ 5,270.85 |
| **Roman, Eleanor** | Financial Svcs. 1995 | $306.00 | 4.6 | $ 1,407.60 |
| **Saelao, Rebecca** | Financial Svcs. 2002 | $288.00 | 190.3 | $ 54,806.40 |
| **Schindler, Maria** | Financial Svcs. 2011 | $216.00 | 9.4 | $ 2,030.40 |
| **Sears, Alex** | Financial Svcs. 2004 | $288.00 | 49.3 | $ 14,198.40 |
| **Shaham, Yaron** | Financial Svcs. 2001 | $238.50 | 174.8 | $ 41,598.60 |
| **Strayer, Ann** | Financial Svcs. 1991 | $292.47 | 3.1 | $ 906.75 |
| **Tuffaha, Joe** | Financial Svcs. 2007 | $238.50 | 101.4 | $ 24,183.90 |
| **Troutman, Erik J.** | Financial Svcs. 2003 | $274.50 | .6 | $ 164.70 |
| **Van Zandt, Jonah** | Financial Svcs. 2003 | $288.00 | 3.4 | $ 979.20 |
| **Walser-Jolly, Genevieve** | Financial Svcs. 2009 | $261.00 | 16.1 | $ 4,202.10 |
| **Wendlenner, Kurt S.** | Financial Svcs. 2005 | $265.50 | .1 | $ 26.55 |
| **Whittemore, Brian** | Financial Svcs. 2006 | $265.50 | 10.2 | $ 2,708.10 |

19000.9997/2816330.1

| | | | | |
|---|---|---|---|---|
| **Wood, Andrew** | Financial Svcs. 2011 | $225.00 | 12.3 | $ 2,767.50 |
| **Paralegals** | | | | |
| **Ash, Laura J.** | Financial Svcs. N/A | $ 130.50 | 2.6 | $ 339.30 |
| **Athas, Natalie L.** | Financial Svcs. N/A | $ 130.50 | 4.1 | $ 535.05 |
| **Brown, Kimberly K.** | Financial Svcs. N/A | $ 148.50 | 2.2 | $ 326.70 |
| **Feldfeber, Edward M.** | Financial Svcs. N/A | $ 130.50 | 32.5 | $ 4,241.25 |
| **Felice, Gina M.** | Financial Svcs. N/A | $ 150.00 | 1.9 | $ 285.00 |
| **Firoozabadi, Rosie** | Financial Svcs. N/A | $ 112.50 | 1.4 | $ 157.50 |
| **Johnson, Betty J.** | Financial Svcs. N/A | $ 130.50 | 7.7 | $ 1,004.85 |
| **Lee, Kristina P.** | Financial Svcs. N/A | $ 76.50 | 5.9 | $ 451.35 |
| **Negret, Jennifer** | Financial Svcs. N/A | $ 130.50 | 17.1 | $ 2,231.55 |
| **Probert, Michelle A.** | Financial Svcs. N/A | $ 130.50 | 0.4 | $ 52.20 |
| **Rommel, Clair** | Financial Svcs. N/A | $ 130.50 | 9.1 | $ 1,187.55 |
| **Tarwater, Linda J.** | Financial Svcs. N/A | $ 130.50 | 31.2 | $ 4,071.60 |
| **Tilton, Seana** | Financial Svcs. N/A | $ 103.50 | 5.1 | $ 527.85 |
| **Webb, Gilla** | Financial Svcs. N/A | $ 130.50 | 2.9 | $ 378.45 |
| **Professionals Totals** | | **Blended Rate $261.46** | | |
| **Total Fees Incurred** | | | 1965.2 | **$513,814.80** |

19000.9997/2816330.1