Exhibit D

## EXHIBIT D

### SUMMARY OF EXPENSES INCURRED BY SEVERSON & WERSON, P.C. ON BEHALF OF THE DEBTORS FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013[1]

| Expense Category | Amount |
| --- | --- |
| Court & Filing Fees | $22,582.68 |
| Court Conference Call Service | $ 1,865.79 |
| Court Services | $ 2,540.39 |
| Data Search | $ 2,111.23 |
| Deposition Transcripts | $ 549.40 |
| Messenger | $ 103.92 |
| Outside Copy Services | $ 2,083.35 |
| Process Service | $ 429.00 |
| Professional Services | $ 1,914.31 |
| Subpoena Fees | $ 701.79 |
| Transmittal Filing to Court | $ 6,672.83 |
| Travel Expenses | $ 3,439.72 |
| **Total** | **$44,994.41** |

---

[1] A spreadsheet of all expenses requested for this period, categorized by invoice number, follows this summary.

19000.9997/2816380.1

# SUMMARY OF EXPENSES INCURRED BY SEVERSON & WERSON P.C.
# ON BEHALF OF THE DEBTORS FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013

| Date | Expense Code | Bill Number | Amount On Bill | Narrative |
|---|---|---|---|---|
| 1/23/2013 | 0001 | 340743 | $717.00 | First American Title Insurance Company;  Appraiser Fee; Buyer: Boucher, David. Property Add: 889 Stella St., Chula Vista, Ca. 1/7/13 |
| 1/23/2013 | 0001 | 340749 | $1,168.00 | First American Title Insurance Company; Appraiser Fee ; Buyer: Boucher, David Property Add: 950 W. Bloomwood, Road San Perdo Ca. 1/7/13. |
| 12/20/2012 | 0005 | 340323 | $7.50 | Cardmember Service/Bank One (Acct #2707); Court and Filing Fees; Orange Co Superior Court WE CA 10/23/12 |
| 12/26/2012 | 0005 | 340374 | $7.50 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange Co Superior Court WE CA 09/17/12 |
| 12/26/2012 | 0005 | 343634 | $15.00 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees |
| 12/30/2012 | 0005 | 340374 | $7.50 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange Co Superior Court WE CA 11/20/12 |
| 12/30/2012 | 0005 | 340377 | $90.00 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; CNTY RVSD Online Civil MO Riverside CA 11/27/12 |
| 1/9/2013 | 0005 | 340753 | $435.00 | First Legal Network, LLC; Court and Filing Fees ; LA County Court - Compton CA 12/11/12 Adv/Ck: $435 |
| 1/14/2013 | 0005 | 340335 | $7.50 | M. Elizabeth Holt; Court and Filing Fees; Retrieve file-stamped version of voluntary dismissal from Los Angeles Superior Court website. 1/4/13 |
| 1/22/2013 | 0005 | 340517 | $4.75 | Cardmember Service/Bank One (Acct #2707); Court and Filing Fees;  LA@Court Online Civil Index 12/06/12 |
| 1/22/2013 | 0005 | 340761 | $7.64 | Cardmember Service/Bank One (Acct #2707); Court and Filing Fees;  LA@Court Online Civil Images 12/17/12 |
| 1/22/2013 | 0005 | 340335 | $15.00 | Cardmember Service/Bank One (Acct #2707); Court and Filing Fees;  LA@Court Online Civil Images 11/01/12 |
| 1/23/2013 | 0005 | 342926 | $293.00 | Cardmember Service/Bank One (Acct #2707); Court and Filing Fees; Courts/USBC-CA 01/03/13 |
| 1/25/2013 | 0005 | 342916 | $7.50 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange Co Superior Court WE-CA 12/14/12 |
| 1/25/2013 | 0005 | 343598 | $7.50 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; SD SUPCRT ROA CA 01/06/13 |
| 1/25/2013 | 0005 | 343598 | $7.50 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; SD SUPCRT ROA CA 01/11/13 |
| 1/25/2013 | 0005 | 343598 | $7.50 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; SD SUPCRT ROA CA 01/11/13 |
| 1/25/2013 | 0005 | 343697 | $7.50 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange Co Superior Court WE-CA 01/08/13 |
| 1/25/2013 | 0005 | 343619 | $20.00 | Superior Court; Court and Filing Fees; Stipulation Filing Fee. Draft#29328 1/8/13 |
| 1/25/2013 | 0005 | 343649 | $22.50 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange Co Superior Court WE CA 01/03/13 |
| 1/25/2013 | 0005 | 343598 | $30.00 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; SD SUPCRT ROA CA 01/11/13 |
| 1/25/2013 | 0005 | 343660 | $35.40 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Riverside Court Web Imagi CA 12/15/12 |
| 1/25/2013 | 0005 | 343598 | $45.00 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; SD SUPCRT ROA CA 01/11/13 |
| 1/25/2013 | 0005 | 340391 | $60.00 | Clerk of the Court -D; Court and Filing Fees; Ex Parte Hearing Fee. Draft#29753 1/16/13 |
| 1/25/2013 | 0005 | 343631 | $90.00 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; CNTY RVSD Online MO Riverside CA 01/08/13 |
| 1/25/2013 | 0005 | 343687 | $90.00 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; CNTY RVSD Online Civil MO Riverside CA 12/20/12 |
| 1/31/2013 | 0005 | 340844 | $12.50 | Clerk, United States District Court; Court and Filing Fees; Fees for obtaining certified copy of Notice of W/D of Pendency of Action. Draft#29652 1/9/13. |
| 1/31/2013 | 0005 | 343720 | $435.00 | Clerk of the Court -D; Court and Filing Fees; Filing Fee. Complaint. Draft#29771 1/18/13 |
| 2/28/2013 | 0005 | 345972 | $30.00 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange Co Superior Court WE CA 02/07/13 |
| 3/25/2013 | 0005 | 348942 | $7.50 | Cardmember Service/Bank One (Acct 5773); Court and Filing Fees; Orange Co Superior Court WE CA 03/12/13 |
| 4/23/2013 | 0005 | 348152 | $10.00 | Sacramento County Superior Court-D; Court and Filing Fees;  Additional filing fee for motion to dismiss. Draft#30270 4/11/13 |
| 4/23/2013 | 0005 | 348152 | $50.00 | Sacramento County Superior Court-D; Court and Filing Fees; Filing fee for Motion to Dismiss. Draft#30271 4/10/13 |
| 2/27/2013 | 0006 | 345974 | $494.40 | Atkinson-Baker, Inc.; Deposition Transcript; Certified copy of the reporter's transcript of the deposition of Donna Deejave Daniels, taken 02/06/13 |
| 2/14/2013 | 0008 | 343614 | $481.80 | Cardmember Service/Bank One (Acct #2707);Southwest Airlines- Air Fare 1/8/13 SFO /San Diego/SFO 2/11 to 3/11/13 |
| 12/10/2012 | 0013 | 340752 | $20.52 | NORCO Delivery Services; Messenger; Law Offices of ALG Assoc. 101 N. Brand Blvd., Glendale Ca. 11/19/12 |
| 1/11/2013 | 0013 | 340779 | $15.62 | NORCO Delivery Services; Messenger; Graham Martin at 3130 South Harbor Blvd., Santa Ana, Ca. 12/21/12 |
| 1/30/2013 | 0013 | 340559 | $14.20 | NORCO Delivery Services; Messenger; Staratel Law Group Inc., Long Beach, Ca. 1/8/13 |
| 2/11/2013 | 0013 | 343697 | $12.34 | NORCO Delivery Services; Messenger; Residnece: 7957 Dahlia Circle, Buena Park, Ca. 01/30/13 |
| 2/11/2013 | 0013 | 343697 | $12.84 | NORCO Delivery Services; Messenger; Bryan Cave at 3161 Mcjelson Drive, Irvine Ca. 1/30/13 |
| 2/11/2013 | 0013 | 343690 | $14.20 | NORCO Delivery Services; Messenger; Kristen H. Philower at 2920 Huntington Drive, San Marino, Ca. 91108 1/28/13 |
| 2/11/2013 | 0013 | 343695 | $14.20 | NORCO Delivery Services; Messenger; RA Associates APC. Glendale, Ca. 1/24/13 |

**SUMMARY OF EXPENSES INCURRED BY SEVERSON & WERSON P.C.**
**ON BEHALF OF THE DEBTORS FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013**

| Date | Expense Code | Bill Number | Amount On Bill | Narrative |
|---|---|---|---|---|
| 11/15/2012 | 0015 | 343634 | $99.90 | DDS Legal Support Systems; Court Services; SDSC North, Vista Ca. 10/18/12. Advance fee $31.00 |
| 12/11/2012 | 0015 | 340565 | $51.00 | First Legal Network, LLC; Court Services; Placer County Court, Roseville, CA. 08/30/12 |
| 1/9/2013 | 0015 | 340745 | $112.00 | S&R Services; Court Services; File - Los Angeles (US Bankruptcy Court) 255 E. Temple St. Rm 940 Los Angeles, CA 90012 12/24/12 |
| 1/11/2013 | 0015 | 340755 | $15.62 | NORCO Delivery Services; Court Services; US District Court Central, 255 East Temple St., Los Angeles, Ca. 12/13/12 |
| 1/14/2013 | 0015 | 341082 | $10.25 | First Legal Network, LLC; Court Services; Cacoa - San Francisco CA 01/03/12 |
| 1/23/2013 | 0015 | 340747 | $129.65 | S&R Services; Court Services; Misellaneous Job: Rcorder - Riverside County, 4080 Lemon St. 1st Floor Riverside, CA 92507 01/17/13 |
| 1/23/2013 | 0015 | 340745 | $174.50 | S&R Services; Court Services; File - Orange County Recorders - Santa Ana, 12400 Imperial Hwy Norwalk, CA 90650 12/24/12 |
| 1/24/2013 | 0015 | 340841 | $72.50 | First Legal Network, LLC; Court Services; Nevada County Recorders, Nevada City, Ca. 12/19/12 |
| 1/24/2013 | 0015 | 343683 | $125.40 | First Legal Network, LLC; Court Services; CCSC- Martinez, Ca. 12/20/12 |
| 1/24/2013 | 0015 | 343683 | $131.40 | First Legal Network, LLC; Court Services; SCSC- San Jose, Ca. 12/17/12 |
| 1/24/2013 | 0015 | 340841 | $170.00 | First Legal Network, LLC; Court Services; Nevada County Court, Nevada City, Ca. 12/19/12. Advance ck. $25.00 |
| 1/30/2013 | 0015 | 340528 | $36.23 | DDS Legal Support Systems; Court Services; LASC- Southwest- Torrance, Ca. 1/14/13 |
| 1/30/2013 | 0015 | 340766 | $56.93 | DDS Legal Support Systems; Court Services; SBSC- San Bernardino, Ca. 1/4/13 |
| 2/6/2013 | 0015 | 342938 | $10.25 | First Legal Network, LLC; Court Services; SFSC- San Francisco, Ca. 1/7/13 |
| 2/6/2013 | 0015 | 343597 | $81.85 | First Legal Network, LLC; Court Services; LASC- Torrance, Ca. 12/19/12 |
| 2/11/2013 | 0015 | 343638 | $39.80 | NORCO Delivery Services; Court Services; US District Court Central, Los Angeles, Ca. 1/22/13 |
| 2/13/2013 | 0015 | 343687 | $55.00 | S&R Services; Court Services;: Bankruptcy Court Copy Job 235 Pine St. San Francisco, CA 01/14/13 |
| 2/13/2013 | 0015 | 343687 | $109.00 | S&R Services;Court Services;  USBC - Santa Ana, 411 West Fourth Street Santa Ana, CA 92701 01/16/13 |
| 2/15/2013 | 0015 | 343693 | $150.00 | First Legal Network, LLC; Court Services; Recorder-Norwalk, Ca. 12/18/12 |
| 2/15/2013 | 0015 | 342942 | $382.00 | First Legal Network, LLC; Court Services; USDC-San Francisco, Ca. Advance ck. $350.00 1/28/13 |
| 3/11/2013 | 0015 | 348962 | $99.56 | DDS Legal Support Systems; Court Services; San Bernardino, San Bernardino, Ca. 2/12/13 |
| 3/29/2013 | 0015 | 348936 | $32.95 | One Legal, Inc.; Court Services; Retrieval Document at Suprerior Court of California, San Mateo County 02/28/13 |
| 4/15/2013 | 0015 | 348961 | $97.00 | First Legal Network, LLC; Court Services; Job no. 6893843 USBC Central District, Woodland Hills, Ca. 3/12/13 |
| 4/22/2013 | 0015 | 348496 | $297.60 | Nationwide Legal Express, LLC.; Court Services; Santa Clara Superior Courthouse, San Jose, Ca. 3/27/13 |
| 1/10/2013 | 0017 | 340766 | $55.00 | Stacey Dettmers, CSR.; Trial Transcripts; Fee for court transcript for the 12/12/12 motion & trial setting conference hearings. Draft#29488 |
| 1/3/2013 | 0018 | 340327 | $55.70 | Golden State Legal Copy; Outside Copies; Litigation Copies 12/31/12 |
| 1/31/2013 | 0018 | 340763 | $698.30 | Golden State Legal Copy; Outside Copies; January GMAC Invoices Scanning/Imaging & Litigation Copies 01/30/13 |
| 2/27/2013 | 0018 | 346014 | $715.75 | Golden State Legal Copy; Outside Copies;  DESC; February 2013 Invoices & GMAC Invoices Scanning / Imaging 02/26/13 |
| 3/28/2013 | 0018 | 348936 | $394.16 | Skyline Document Solutions Inc.; Outside Copies; Document Production Performed On-Site at 408 E. Chestnut Ave. Santa  Ana, CA 92701 03/14/13 |
| 4/25/2013 | 0018 | 348956 | $219.44 | Golden State Legal Copy; Outside Copies;  Litigation Copies, Scanning / Imaging 04/24/13 |
| 1/16/2013 | 0019 | 340739 | $190.00 | Daily Journal Corporation; Publication Fees; Los Angeles Daily Journal. 12/06, 12/13, 12/20, 12/27/12 Publication. |
| 2/15/2013 | 0019 | 343684 | $200.00 | Daily Journal Corporation-Box 54026; Publication Fees; Mortgageit vs. Boucher. SUMCIV SUMMONS/CIVIL PUB. Orange County Reporter. 02/08/13 |
| 1/10/2013 | 0021 | 341090 | $39.00 | San Mateo County Recorder-D; Recorder Fees; Fee to Record Withdrawal of Lis Pendens. Draft#29322 12/26/12 |
| 12/12/2012 | 0023 | 340739 | $130.50 | First Legal Network, LLC; Serv Process, Subpoena Fees; DOE. Internal Revenue Service Los Angeles, Ca. 11/16/12 |
| 2/11/2013 | 0023 | 343496 | $35.95 | One Legal, Inc.; Serv Process, Subpoena Fees; Summons, Complaint, Civil Cover Sheet, Notice of Case Management Conference One and Assignment of Judge for...Served: First American Title Insurance Company, 2710 Gateway Oaks Drive Sacramento, CA 95833 01/16/13 |
| 2/13/2013 | 0023 | 343595 | $137.64 | Titan Legal Services, Inc.; Serv Process, Subpoena Fees; Pertaning to: Stephen D. Pierce and Tamara Rae Pierce From: Specialized Loan Servicing, LLC c/o Capital Corporation Services, Inc. 455 Capital Mall Complex, Suite 217 Sacramento, CA. 95814 01/30/13 |
| 3/11/2013 | 0023 | 346001 | $139.62 | DDS Legal Support Systems; Serv Process, Subpoena Fees; Chase Merritt Fund I, LLC. at 1729 Wandering Winds, Las Vegas, NV. 2/11/13 |
| 3/20/2013 | 0023 | 346001 | $48.54 | DDS Legal Support Systems; Serv Process, Subpoena Fees; Chase Merritt Fund, 1201 Dove St., Ste 570, Newport Beach, Ca. 2/28/13 |
| 3/20/2013 | 0023 | 346001 | $48.54 | DDS Legal Support Systems; Serv Process, Subpoena Fees; Chase Merritt Fund, 19000 MacActhur Blvd., Irvine, Ca. 3/6/13 |
| 4/8/2013 | 0023 | 348936 | $71.00 | Quest Discovery Services; Serv Process, Subpoena Fees; Pertaining to: GMAC Mortgage LLC, F.K.A. GMAC Mortgage Corporation vs. The Union From: John Casas, 408 E. Chestnut Ave. Santa Ana, CA 92701 03/25/13 |

# SUMMARY OF EXPENSES INCURRED BY SEVERSON & WERSON P.C.
## ON BEHALF OF THE DEBTORS FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013

| Date | Expense Code | Bill Number | Amount On Bill | Narrative |
|---|---|---|---|---|
| 4/9/2013 | 0023 | 348936 | $90.00 | Quest Discovery Services; Serv Process, Subpoena Fees; Pertaining to: GMAC Mortgage LLC, F.K.A. GMAC Mortgage Corporation vs. The Union From Herminia Casas, 408 Chestnut Ave. Santa Ana, CA 92701 03/25/13 |
| 1/14/2013 | 0026 | 340766 | $57.17 | Genevieve Walser-Jolly; Transportation; Travel to/from Hearing on Motion for Judgment on the Pleadings and Unlawful Detainer Motion for Summary Judgment. San Bernardino. 12/12/12 |
| 1/28/2013 | 0026 | 340838 | $118.33 | David J. Reed; Transportation; Mileage and parking to San Diego Superior Court El Cajon, to attend and represent client at hearing on Plaintiff's Ex Parte Application 11/9/12 |
| 2/11/2013 | 0026 | 343689 | $13.79 | William Idleman; Transportation; Travel to Orange Court in Santa Ana, CA to appear to OSC re Preliminary Injunction 10/26/12 |
| 2/11/2013 | 0026 | 343689 | $13.79 | William Idleman; Transportation; R/T from Irvine to Santa Ana to appear at OSC re Preliminary hearing in Orange County Superior Court. Santa Ana. Ca. 12/14/12 |
| 8/17/2012 | 0050 | 343624 | $99.95 | One Legal, Inc.; Transmittal of filing to court; Notice of Joinder, Notice of Automatic Stay including Court Filing Fee $90 08/06/12 |
| 11/12/2012 | 0050 | 340739 | $193.45 | One Legal, Inc.; Transmittal of filing to court; GMAC's Ex Parte Application for Order Taking the November 8, 2012 Prove Up Hearing Off Calendar and Memorandum of...including Court Filing Fee $80 10/31/12 |
| 11/29/2012 | 0050 | 343634 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Memorandum of Costs 11/13/12 |
| 12/5/2012 | 0050 | 340739 | $86.20 | One Legal, Inc.; Transmittal of filing to court; GMAC Mortgage, LLC's Order for Publication including Court Filing Fee $20 11/21/12 |
| 12/10/2012 | 0050 | 340752 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Defendant's Executive Trustee Services, LLC dba ETS Services, LLC's Declaration of Non-Monetary Status 11/27/12 |
| 12/10/2012 | 0050 | 341066 | $99.95 | One Legal, Inc.; Transmittal of filing to court; Motion, Request for Judicial Notice, Declaration including Court Filing Fee $90 11/21/12 |
| 12/11/2012 | 0050 | 340840 | $109.95 | First Legal Network, LLC; Transmittal of filing to court; SCSC- Sacramento. Advance ck. $60.00 11/27/12 |
| 12/14/2012 | 0050 | 340752 | $919.95 | One Legal, Inc.; Transmittal of filing to court; Defendant GMAC's Demurrer to Plaintiffs' Complaint, GMAC's Request for Judicial Notice in Support of Demurrer to...including Court Filing Fee $435 & $435 11/29/12 |
| 12/18/2012 | 0050 | 340739 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Notice of Change of Hearing Date on GMAC Mortgage, LLC's Ex....11/06/12 |
| 12/28/2012 | 0050 | 340739 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Proof of Service of Summons and Complaint (Doc 1: Internal Revenue Service) 12/14/12 |
| 12/29/2012 | 0050 | 342942 | $134.00 | First Legal Network, LLC; Transmittal of filing to court; Sonoma -Civil and Family Law, Santa Rosa, Ca. 12/18/12 |
| 1/7/2013 | 0050 | 340406 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy and Suggestion of the Automatic Stay 12/24/12 |
| 1/7/2013 | 0050 | 340324 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 12/27/12 |
| 1/7/2013 | 0050 | 340779 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Defendant's GMAC Mortgage, LLC's Reply in Support of its Demurrer to Plaintiff's First Amended Complaint 12/21/12 |
| 1/7/2013 | 0050 | 340521 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Defendant Executive Trustee Services, LLC DBA ETS Services, LLC's Declaration of Non-Monetary Status 12/24/12 |
| 1/7/2013 | 0050 | 340743 | $69.95 | One Legal, Inc.; Transmittal of filing to court; Certificate of Progress, Application, Proposed Order, Declaration including Court Filing Fee $20 12/31/12 |
| 1/7/2013 | 0050 | 340750 | $139.95 | One Legal, Inc.; Transmittal of filing to court; Defendants Demurrer to Plaintiff's First Amended Complaint, Defendant's Request for Judicial Notice in Support of ...including Court Filing Fee $90 12/26/12 |
| 1/7/2013 | 0050 | 340759 | $557.95 | One Legal, Inc.; Transmittal of filing to court; Stipulation including Court Filing Fee $435 1st App Fee: GMAC $60 Stip 12/17/12 |
| 1/9/2013 | 0050 | 343686 | $49.95 | First Legal Network, LLC; Transmittal of filing to court; LA County Court - Unlimited CA 12/04/12 |
| 1/9/2013 | 0050 | 340570 | $49.95 | First Legal Network, LLC; Transmittal of filing to court; SDSC - San Diego CA 12/04/12 |
| 1/9/2013 | 0050 | 340753 | $919.95 | First Legal Network, LLC; Transmittal of filing to court; LA County Court - Compton CA 12/05/12 Adv/Ck: $870 |
| 1/9/2013 | 0050 | 340754 | $919.95 | First Legal Network, LLC; Transmittal of filing to court; LA County Court - Long Beach CA 12/03/12 Adv/Ck: $970 |
| 1/14/2013 | 0050 | 341091 | $49.95 | First Legal Network, LLC; Transmittal of filing to court; SCSC - Sacramento CA 12/27/12 |
| 1/14/2013 | 0050 | 340363 | $49.95 | First Legal Network, LLC; Transmittal of filing to court; LASC - Los Angeles CA 12/28/12 |
| 1/15/2013 | 0050 | 340406 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Response to Plaintiff's Ex Parte Application for TRO, RJN ISO Response to Ex Parte Application for TRO 01/03/13 |
| 1/15/2013 | 0050 | 340838 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Defendant ETS Services, LLC's Answer to Plaintiff's Verified Second Amended Complaint. 01/02/13 |
| 1/15/2013 | 0050 | 340739 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Plaintiff's Status Report Re Review Hearing for Proof of Publication and Order to Show Cause 01/07/13 |
| 1/15/2013 | 0050 | 340790 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 01/04/13 |
| 1/15/2013 | 0050 | 340792 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Substitution of Attorney 01/07/13 |
| 1/15/2013 | 0050 | 340759 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Notice of BK 01/07/13 |
| 1/15/2013 | 0050 | 340791 | $56.95 | One Legal, Inc.; Transmittal of filing to court; Response, Declaration, Proof of Service 11/15/12 |
| 1/15/2013 | 0050 | 340845 | $486.20 | One Legal, Inc.; Transmittal of filing to court; Complaint, Summons Civil Case Cover Sheet including Court Filing Fee $435 01/03/13 |
| 1/15/2013 | 0050 | 340758 | $1,384.95 | One Legal, Inc.; Transmittal of filing to court; Demurrer, Request for Judicial Notice, Notice, of BK including Court Filing Fee $1335 1st App Fees: GMAC ETS MERS 12/28/12 |
| 1/24/2013 | 0050 | 340770 | $49.95 | First Legal Network, LLC; Transmittal of filing to court; SFSC- San Franicsco, Ca. 1/15/13 |

# SUMMARY OF EXPENSES INCURRED BY SEVERSON & WERSON P.C.
# ON BEHALF OF THE DEBTORS FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013

| Date | Expense Code | Bill Number | Amount On Bill | Narrative |
|---|---|---|---|---|
| 1/24/2013 | 0050 | 341095 | $49.95 | First Legal Network, LLC; Transmittal of filing to court; SCMC- North/Fairfield 12/27/13 |
| 1/24/2013 | 0050 | 340792 | $49.95 | First Legal Network, LLC; Transmittal of filing to court; CCSC- Martinez, Ca. 1/10/13 |
| 1/24/2013 | 0050 | 340760 | $49.95 | First Legal Network, LLC; Transmittal of filing to court; USDC- Los Angeles, Ca. 1/14/13 |
| 1/24/2013 | 0050 | 340742 | $109.95 | First Legal Network, LLC; Transmittal of filing to court; Nevada Court Superor Ct- Nevada City, Ca. 1/9/13. Advance $60.00 |
| 1/24/2013 | 0050 | 340760 | $399.95 | First Legal Network, LLC; Transmittal of filing to court;  USDC- Los Angeles. Advance ck. $350.00 |
| 1/25/2013 | 0050 | 340761 | $344.58 | First Legal Network, LLC; Transmittal of filing to court;  SFSC - San Francisco, Advance ck. $300.00 |
| 1/25/2013 | 0050 | 340396 | $9.95 | One Legal, Inc.; Transmittal of filing to court;  Case Management Statement of Homecomings Financial, LLC 01/07/13 |
| 1/25/2013 | 0050 | 340610 | $9.95 | One Legal, Inc.; Transmittal of filing to court;  Notice of the Court's Order Denying Plaintiff's Ex Parte Application for a Temporary Restraining Order and ....01/09/13 |
| 1/25/2013 | 0050 | 340610 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Defendant's Opposition to Plaintiff's Ex Parte Application for a Preliminary Injunction, Defendant's Request for...01/10/13 |
| 1/25/2013 | 0050 | 343489 | $22.95 | One Legal, Inc.; Transmittal of filing to court; Chambers copy of e-filed document 20 01/08/13 |
| 1/25/2013 | 0050 | 340776 | $49.95 | One Legal, Inc.; Transmittal of filing to court;  Case Management Statement 01/11/13 |
| 1/25/2013 | 0050 | 340332 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 01/09/13 |
| 1/25/2013 | 0050 | 340559 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Defendant GMAC Mortgage, LLC's Reply in Support of its Demurrer to Plaintiff's First Amended Complaint 01/09/13 |
| 1/25/2013 | 0050 | 340560 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Reply to MJOP 01/11/13 |
| 1/25/2013 | 0050 | 340747 | $49.95 | One Legal, Inc.; Transmittal of filing to court;  NOE of Order on Ex Parte Application to Dismiss, NOE of Jdgment of Dismissal 01/08/13 |
| 1/25/2013 | 0050 | 340405 | $49.95 | One Legal, Inc.; Transmittal of filing to court;  Case Management Statement 01/09/13 |
| 1/25/2013 | 0050 | 340568 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Reply 01/11/13 |
| 1/25/2013 | 0050 | 340610 | $69.95 | One Legal, Inc.; Transmittal of filing to court;  Ex Parte Application to Set Aside Default of Bank of America, Request for Judicial Notice in Support of Ex Parte...including Court Filing Fee $60 01/11/13 |
| 1/25/2013 | 0050 | 340751 | $110.95 | One Legal, Inc.; Transmittal of filing to court; Defendant's Demurrer to First Amended Complaint, Request for Judicial Notice in Support of Demurrer to Firt...including Court Filing Fee $60 01/11/13 |
| 1/25/2013 | 0050 | 340837 | $139.95 | One Legal, Inc.; Transmittal of filing to court; Motion, Separate Statement, Declaration including Court Filing Fee $90 01/09/13 |
| 1/25/2013 | 0050 | 340740 | $169.95 | One Legal, Inc.; Transmittal of filing to court; Demurrer to TAC, Motion to Strike TAC, Request for Judicial Notice including Court Filing Fee $120 Motion Fee x 2 01/08/13 |
| 1/25/2013 | 0050 | 340761 | $484.95 | One Legal, Inc.; Transmittal of filing to court; Declaration of Non-Monetary Status including Court Filing Fee $435 01/11/13 |
| 1/28/2013 | 0050 | 340367 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 01/16/13 |
| 1/28/2013 | 0050 | 340395 | $9.95 | One Legal, Inc.; Transmittal of filing to court;  Case Management Statement 01/16/13 |
| 1/28/2013 | 0050 | 340397 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Request for Dismissal with Prejudice - Entire Action 01/15/13 |
| | | | | |
| 1/28/2013 | 0050 | 340409 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 01/15/13 |
| 1/28/2013 | 0050 | 340409 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Defendan's GMAC Mortgage, LLC's Mortgage Electronic Registration Systems, Inc.'s U.S. Bank National Association...01/23/13 |
| 1/28/2013 | 0050 | 340610 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Declaration of Yaron Shaham Regarding Joint Administration of Bankruptcy Case of Defendant's GMAC Mortgage, LLC and...01/22/13 |
| 1/28/2013 | 0050 | 340740 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 01/17/13 |
| 1/28/2013 | 0050 | 340402 | $71.45 | One Legal, Inc.; Transmittal of filing to court; Stipulation including Court Filing Fee $20 01/15/13 |
| 1/28/2013 | 0050 | 340746 | $484.95 | One Legal, Inc.; Transmittal of filing to court; Defendant's Notice of Demurrer & Demurrer to Complaint, Defendant's Request for Judicial Notice ISO of Demurrer to...including Court Filing Fee $435 01/18/13 |
| 1/30/2013 | 0050 | 340398 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 12/31/12 |
| 1/30/2013 | 0050 | 340398 | $29.95 | One Legal, Inc.; Transmittal of filing to court;  Stipulation to Continue Hearing on OSC re: Preliminary Injunction...including Court Filing Fee $29.95 12/04/12 |
| 1/30/2013 | 0050 | 340846 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Notice of Entry 12/21/12 |
| 1/30/2013 | 0050 | 340847 | $497.95 | One Legal, Inc.; Transmittal of filing to court; Notice of Demurrer and Demurrer to Complaint; Memorandum of ..including Court Filing Fee 12/27/12 |
| 1/30/2013 | 0050 | 340846 | $919.95 | One Legal, Inc.; Transmittal of filing to court;  Stipulation, Proposed Order, Proof of Service including Court Filing Fee $870 12/06/12 |
| 2/5/2013 | 0050 | 343649 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 01/18/13 |
| 2/5/2013 | 0050 | 343615 | $22.95 | One Legal, Inc.; Transmittal of filing to court;  Opposition 01/22/13 |
| 2/5/2013 | 0050 | 343686 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 01/23/13 |
| 2/5/2013 | 0050 | 343650 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 01/22/13 |
| 2/5/2013 | 0050 | 343669 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Reply 01/18/13 |
| 2/5/2013 | 0050 | 343704 | $71.45 | One Legal, Inc.; Transmittal of filing to court; Stipulation including Court Filing Fee $20 01/22/13 |
| 2/5/2013 | 0050 | 343689 | $474.95 | One Legal, Inc.; Transmittal of filing to court;  Notice of Joinder to Demurrer to Complaint including Court Filing Fee $465 1st appearance for one more defendant we represent 01/09/13 |

# SUMMARY OF EXPENSES INCURRED BY SEVERSON & WERSON P.C.
# ON BEHALF OF THE DEBTORS FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013

| Date | Expense Code | Bill Number | Amount On Bill | Narrative |
|---|---|---|---|---|
| 2/5/2013 | 0050 | 343694 | $484.95 | One Legal, Inc.; Transmittal of filing to court; Demurrer to Complaint, RJN, ISO Demurrer to Complaint including Court Filing Fee $435 1st appearance fees 12/05/12 |
| 2/6/2013 | 0050 | 343499 | $49.95 | First Legal Network, LLC; Transmittal of filing to court; CCSC- Martinez, Ca. 1/17/13 |
| 2/6/2013 | 0050 | 343500 | $49.95 | First Legal Network, LLC; Transmittal of filing to court; FCSC- Fresno, Ca. 1/16/13 |
| 2/6/2013 | 0050 | 343497 | $65.70 | First Legal Network, LLC; Transmittal of filing to court; USDC- San Francisco, Ca. 01/08/13 |
| 2/6/2013 | 0050 | 342937 | $78.45 | First Legal Network, LLC; Transmittal of filing to court; ACSC- Hayward, Ca. 11/19/12 |
| 2/6/2013 | 0050 | 342941 | $919.95 | First Legal Network, LLC; Transmittal of filing to court; CCSC- Martinez, Ca. 1/17/13. Advance ck. $870.00 |
| 2/11/2013 | 0050 | 343689 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Reply to Opposition to Demurrer 01/24/13 |
| 2/12/2013 | 0050 | 343604 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement, Plaintiff's Demand For Trial By Jury 01/28/13 |
| 2/12/2013 | 0050 | 343637 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 01/31/13 |
| 2/12/2013 | 0050 | 343715 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Amended Notice of Defendant U.S. Bank National Association As Trustee for RFMASI 2006SA3's Demurrer to Plaintiff's...01/30/13 |
| 2/12/2013 | 0050 | 343697 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 01/25/13 |
| 2/12/2013 | 0050 | 343697 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Notice of Continued Trial Setting Conference, Notice of Continued Hearing on Plaintiff's Ex Parte Application for a...01/25/13 |
| 2/12/2013 | 0050 | 343697 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Declaration of Stephen Maxwell in Support of Defendant's Opposition to Plaintiff's Ex Parte Application for a...01/30/13 |
| 2/12/2013 | 0050 | 343684 | $12.95 | One Legal, Inc.; Transmittal of filing to court; Proof of Service (David Alan Boucher) 01/31/13 |
| 2/12/2013 | 0050 | 343616 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Request for Entry of Dafault 01/29/13 |
| 2/12/2013 | 0050 | 343633 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Declaration of Yaron Shaham Re: Status of Defendant GMAC Mortgage, LLC's Bankruptcy Case 01/30/13 |
| 2/12/2013 | 0050 | 343690 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Substitution of Attorney 01/31/13 |
| 2/12/2013 | 0050 | 343695 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Defendant's GMAC Mortgage, LLC's and Wells Fargo Bank, N.A.'s Reply ISO of Their Demurrer to Plaintiff's Complaint 01/25/13 |
| 2/12/2013 | 0050 | 343722 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy Stay and Suggestion of Automatic Stay 01/28/13 |
| 2/12/2013 | 0050 | 343699 | $50.95 | One Legal, Inc.; Transmittal of filing to court; Request 01/31/13 |
| 2/12/2013 | 0050 | 343690 | $109.90 | One Legal, Inc.; Transmittal of filing to court; Reply ISO Motion to Expunge the Lis Pendens 01/28/13 |
| 2/12/2013 | 0050 | 343690 | $112.65 | One Legal, Inc.; Transmittal of filing to court; Reply ISO of Demurrer to Plaintiff's Complaint 01/28/13 |
| 2/12/2013 | 0050 | 343604 | $159.95 | One Legal, Inc.; Transmittal of filing to court; Plaintiff's Notice of Payment of Jury Fees including Court Filing Fee $150 01/30/13 |
| 2/12/2013 | 0050 | 343715 | $474.95 | One Legal, Inc.; Transmittal of filing to court; Defendant US Bank of National Association as Trustee for RFMASI 2006SA3'S Notice of Demurrer and Demurrer to...including Court Filing Fee $465 01/29/13 |
| 2/12/2013 | 0050 | 343722 | $484.95 | One Legal, Inc.; Transmittal of filing to court; Demurrer to Plaintiff's Complaint, Request for Judicial Notice ISO Demurrer to Complaint, Proposed Order including Court Filing Fee $435 01/29/13 |
| 2/15/2013 | 0050 | 343693 | $49.95 | First Legal Network, LLC; Transmittal of filing to court; LA County Court- Unlimited, Los Angeles, Ca. 1/24/13 |
| 2/15/2013 | 0050 | 343716 | $66.20 | First Legal Network, LLC; Transmittal of filing to court; Monterey Co Superior Ct- Monterey, Ca. 1/29/13 |
| 2/15/2013 | 0050 | 343705 | $69.95 | First Legal Network, LLC; Transmittal of filing to court; LA County Court- Norwalk, Ca. 12/18/12. Advance ck. $20.00 |
| 2/15/2013 | 0050 | 343685 | $137.20 | First Legal Network, LLC; Transmittal of filing to court; Nevada County Superior Court- Nevada City, Ca. . Advance ck. $60.00 |
| 2/15/2013 | 0050 | 343692 | $144.95 | First Legal Network, LLC; Transmittal of filing to court; LASC- Van Nuys, Ca. Advance ck. $60.00 1/22/13 |
| 2/15/2013 | 0050 | 343705 | $919.95 | First Legal Network, LLC; Transmittal of filing to court; LA County Court- Norwalk, Ca. Advance ck. $870.00 |
| 2/15/2013 | 0050 | 343619 | $1,354.95 | First Legal Network, LLC; Transmittal of filing to court; SCSC- San Jose, Ca. Advance ck. $1305.00 1/28/13 |
| 2/15/2013 | 0050 | 343706 | $1,354.95 | First Legal Network, LLC; Transmittal of filing to court; LA County Court- Van Nuys East, Van Nuys, Ca. 1/29/13 |
| 2/15/2013 | 0050 | 343707 | $1,354.95 | First Legal Network, LLC; Transmittal of filing to court; LA County Court- Santan Monica, Ca. 01/22/13. Advance ck. $1305.00 |
| 3/7/2013 | 0050 | 345998 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 02/20/13 |
| 3/7/2013 | 0050 | 346006 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Demurrer, Memorandum of Points & Authorities, Request for Judicial Notice, Notice of Automatic Stay 02/20/13 |
| 3/8/2013 | 0050 | 345967 | $49.95 | First Legal Network, LLC; Transmittal of filing to court; FCSC- Fresno, Ca. 2/11/13 |
| 3/12/2013 | 0050 | 346000 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 02/22/31 |
| 3/19/2013 | 0050 | 346004 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 02/28/13 |
| 3/21/2013 | 0050 | 345996 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Notice 03/05/13 |
| 3/21/2013 | 0050 | 346007 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy and Suggestion of Automatic Stay 03/01/13 |
| 3/25/2013 | 0050 | 345982 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 03/11/13 |
| 3/29/2013 | 0050 | 348942 | $9.95 | One Llegal, Inc.; Transmittal of filing to court; Notice of Entry of Order 03/14/13 |
| 4/4/2013 | 0050 | 348964 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Notice of Stay of Proceedings (Participant) 03/22/13 |

# SUMMARY OF EXPENSES INCURRED BY SEVERSON & WERSON P.C.
# ON BEHALF OF THE DEBTORS FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013

| Date | Expense Code | Bill Number | Amount On Bill | Narrative |
|---|---|---|---|---|
| 4/4/2013 | 0050 | 348964 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Notice - Other 03/21/13 |
| 4/4/2013 | 0050 | 348964 | $879.95 | One Legal, Inc.; Transmittal of filing to court; Defendant's GMAC Mortgage, LLC and OCWEN Loan Servicing, LLC's Demurrer to Plaintiff's including Court Filing Fee $870 03/26/13 |
| 4/10/2013 | 0050 | 348964 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Defendants GMAC Mortgage, LLC's and OCWEN Loan Servicing, LLC's Opposition to Plaintiff's Request for Preliminary...03/27/13 |
| 4/15/2013 | 0050 | 348508 | $49.95 | First Legal Network, LLC; Transmittal of filing to court; Job no 6899734 SCSC- Sacramento, Ca. 3/28/13. Notice of Automatic Stay. |
| 4/15/2013 | 0050 | 348961 | $151.95 | First Legal Network, LLC; Transmittal of filing to court; Job no. 6893867 Recorder- Norwalk, CA. 3/12/13. Advance ck. $102.00 |
| 4/22/2013 | 0050 | 348949 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Substitution of Attorney Re: ETS Servicing LLC, Substitution of Attorney Re OCWen Loan Servicing, LLC 04/03/13 |
| 4/22/2013 | 0050 | 348949 | $9.95 | One Legal, Inc.; Transmittal of filing to court; ETS Services, LLC's Notice of Bankruptcy and Suggestion of the Automatic Stay 04/03/13 |
| 1/28/2013 | 0056 | 340756 | $681.54 | Bernard Kornberg; Travel and Expenses to; Attend Hearing, LA Bankruptcy Court 1/22/13 |
| 4/25/2013 | 0056 | 348956 | $2,072.88 | Donald H. Cram III; Travel and Expenses to; Appear at hearings on Second Interim Fee Application, New York City. 4/10/13-4/12/13 |
| 2/5/2013 | 0059 | 343658 | $8.71 | Federal Express Corporation; Federal Express; Ehud Gersten Gersten Law Group 3115 4th Ave San Diego CA 92103 US 01/15/13 |
| 2/7/2013 | 0059 | 343500 | $20.60 | Federal Express Corporation EDI; Federal Express; Hon. Christina A. Snyder USDC, Central Dist. of Califor 312 North Spring Street Los Angeles, CA 90012 01/17/13 |
| 12/5/2012 | 0060 | 340752 | $78.79 | Cardmember Service/Chase (Acct #0705); Data Search; Jones Anthony, 820 Middle Fork Pl, Chula Vista, CA, 91914 11/06/12 |
| 1/8/2013 | 0060 | 340516 | $4.95 | Cardmember Service/Chase (Acct #0705); Data Search; CA, Los Angeles 12/18/12 |
| 1/8/2013 | 0060 | 340524 | $4.95 | Cardmember Service/Chase (Acct #0705); Data Search; CA, Los Angeles 12/28/12 |
| 1/8/2013 | 0060 | 340783 | $8.39 | Cardmember Service/Chase (Acct #0705); Data Search; San Ramon, CA, 94583 Contra Costa 12/24/12 |
| 1/8/2013 | 0060 | 340522 | $9.90 | Cardmember Service/Chase (Acct #0705); Data Search; CA, Los Angeles 12/27/12 |
| 1/8/2013 | 0060 | 340742 | $13.34 | Cardmember Service/Chase (Acct #0705); Data Search; Grass Valley, CA 95945 Nevada 12/03/12 |
| 1/8/2013 | 0060 | 340517 | $13.34 | Cardmember Service/Chase (Acct #0705); Data Search; Sherman Oaks, CA, 91411 Los Angeles 12/06/12 |
| 1/8/2013 | 0060 | 340557 | $16.78 | Cardmember Service/Chase (Acct #0705); Data Search; Soquel, CA, 95073 Santa Cruz 12/05/12 |
| 1/8/2013 | 0060 | 340564 | $18.29 | Cardmember Service/Chase (Acct #0705); Data Search; Moreno Valley, CA, 92555 Riverside 12/11/12 |
| 1/8/2013 | 0060 | 340847 | $18.29 | Cardmember Service/Chase (Acct #0705); Data Search; Elk Grove, CA, 95624 Sacramento 12/19/12 |
| 1/8/2013 | 0060 | 340847 | $19.80 | Cardmember Service/Chase (Acct #0705); Data Search; CA, Sacramento 12/19/12 |
| 1/8/2013 | 0060 | 341086 | $19.93 | Cardmember Service/Chase (Acct #0705); Data Search; Berkeley, CA 94703 Alameda 12/05/12 |
| 1/8/2013 | 0060 | 340837 | $23.24 | Cardmember Service/Chase (Acct #0705); Data Search; CA, San Mateo 12/07/12 |
| 1/8/2013 | 0060 | 340522 | $24.75 | Cardmember Service/Chase (Acct #0705); Data Search; CA, Los Angeles 12/27/12 |
| 1/8/2013 | 0060 | 340567 | $34.24 | Cardmember Service/Chase (Acct #0705); Data Search; Corona, CA 92881 Riverside 12/10/12 |
| 1/8/2013 | 0060 | 340363 | $58.99 | Cardmember Service/Chase (Acct #0705); Data Search; Los Angeles, CA, 90003 Los Angeles 12/04/12 |
| 1/8/2013 | 0060 | 340524 | $63.94 | Cardmember Service/Chase (Acct #0705); Data Search; West Hills, CA 91307 Los Angeles 12/28/12 |
| 1/8/2013 | 0060 | 341112 | $66.28 | Cardmember Service/Chase (Acct #0705); Data Search; Mendocino, CA 95460 Mendocino 12/03/12 |
| 1/8/2013 | 0060 | 340521 | $88.69 | Cardmember Service/Chase (Acct #0705); Data Search; San Diego, CA, 92127 San Diego 12/04/12 |
| 1/8/2013 | 0060 | 340522 | $93.64 | Cardmember Service/Chase (Acct #0705); Data Search; Downey, CA, 90240 Los Angeles 12/26/12 |
| 1/8/2013 | 0060 | 340523 | $93.64 | Cardmember Service/Chase (Acct #0705); Data Search; LA Habra, CA, 90631 Orange 12/19/12 |
| 1/8/2013 | 0060 | 341067 | $99.00 | Cardmember Service/Chase (Acct #0705); Data Search; Moreno Valley, CA 92555 Riverside 12/08/12 |
| 1/8/2013 | 0060 | 340761 | $103.54 | Cardmember Service/Chase (Acct #0705); Data Search; Los Angeles, CA 90066 Los Angeles 12/26/12 |
| 1/8/2013 | 0060 | 340757 | $113.44 | Cardmember Service/Chase (Acct #0705); Data Search; Long Beach, CA, 90803 Los Angeles 12/06/12 |
| 1/8/2013 | 0060 | 340759 | $128.29 | Cardmember Service/Chase (Acct #0705); Data Search; Agua Dulce, CA, 91390 Los Angeles 12/12/12 |
| 1/8/2013 | 0060 | 340758 | $133.24 | Cardmember Service/Chase (Acct #0705); Data Search; Fontana, CA, 92335 San Bernardino 12/04/12 |
| 1/8/2013 | 0060 | 340755 | $162.94 | Cardmember Service/Chase (Acct #0705); Data Search; Huntington Park, CA, 90255 Los Angeles 12/03/12 |
| 1/15/2013 | 0060 | 342939 | $3.90 | Pacer Service Center; Data Search; Account No. SW0061. Usage: 10/01/12 - 12/31/12 |
| 1/15/2013 | 0060 | 340516 | $4.50 | Pacer Service Center; Data Search; Account ID# SW0122. Usage: 10/01/12-12/31/12 |
| 1/15/2013 | 0060 | 340333 | $6.30 | Pacer Service Center; Data Search; Account ID# SW0122. Usage: 10/01/12-12/31/12 |
| 1/15/2013 | 0060 | 340755 | $8.10 | Pacer Service Center; Data Search; Account ID#SW0817-Q42012. Usage: 10/01/12-12/31/12. |
| 1/15/2013 | 0060 | 341112 | $8.20 | Pacer Service Center; Data Search; Account No. SW0061. Usage: 10/01/12 - 12/31/12 |
| 1/15/2013 | 0060 | 340371 | $8.40 | Pacer Service Center; Data Search; Account ID# SW0122. Usage: 10/01/12-12/31/12 |
| 1/15/2013 | 0060 | 340758 | $8.50 | Pacer Service Center; Data Search; Account ID# SW0122. Usage: 10/01/12-12/31/12 |
| 1/15/2013 | 0060 | 340557 | $8.60 | Pacer Service Center; Data Search; Account ID#SW0817-Q42012. Usage: 10/01/12-12/31/12. |
| 1/15/2013 | 0060 | 340777 | $9.00 | Pacer Service Center; Data Search; Account No. SW0061. Usage: 10/01/12 - 12/31/12 |

# SUMMARY OF EXPENSES INCURRED BY SEVERSON & WERSON P.C.
# ON BEHALF OF THE DEBTORS FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013

| Date | Expense Code | Bill Number | Amount On Bill | Narrative |
|---|---|---|---|---|
| 1/15/2013 | 0060 | 342939 | $9.20 | Pacer Service Center; Data Search; Account No. SW0061. Usage: 10/01/12 - 12/31/12 |
| 1/15/2013 | 0060 | 340754 | $9.30 | Pacer Service Center; Data Search; Account ID# SW0122. Usage: 10/01/12-12/31/12 |
| 1/15/2013 | 0060 | 340841 | $10.20 | Pacer Service Center; Data Search; Account No. SW0061. Usage: 10/01/12 - 12/31/12 |
| 1/15/2013 | 0060 | 340553 | $10.50 | Pacer Service Center; Data Search; Account No. SW0061. Usage: 10/01/12 - 12/31/12 |
| 1/15/2013 | 0060 | 340785 | $11.00 | Pacer Service Center; Data Search; Account ID#SW0817-Q42012. Usage: 10/01/12-12/31/12. |
| 1/15/2013 | 0060 | 340361 | $11.10 | Pacer Service Center; Data Search; Account ID# SW0122. Usage: 10/01/12-12/31/12 |
| 1/15/2013 | 0060 | 340837 | $11.80 | Pacer Service Center; Data Search; Account No. SW0061. Usage: 10/01/12 - 12/31/12 |
| 1/15/2013 | 0060 | 340771 | $12.40 | Pacer Service Center; Data Search; Account No. SW0061. Usage: 10/01/12 - 12/31/12 |
| 1/15/2013 | 0060 | 340766 | $12.50 | Pacer Service Center; Data Search; Account ID# SW0122. Usage: 10/01/12-12/31/12 |
| 1/15/2013 | 0060 | 340755 | $12.70 | Pacer Service Center; Data Search; Account ID# SW0122. Usage: 10/01/12-12/31/12 |
| 1/15/2013 | 0060 | 340570 | $14.52 | Pacer Service Center; Data Search; Account ID# SW0122. Usage: 10/01/12-12/31/12 |
| 1/15/2013 | 0060 | 340361 | $17.50 | Pacer Service Center; Data Search; Account ID#SW0817-Q42012. Usage: 10/01/12-12/31/12. |
| 1/15/2013 | 0060 | 340567 | $20.70 | Pacer Service Center; Data Search; Account ID# SW0122. Usage: 10/01/12-12/31/12 |
| 1/15/2013 | 0060 | 340761 | $20.90 | Pacer Service Center; Data Search; Account ID# SW0122. Usage: 10/01/12-12/31/12 |
| 1/15/2013 | 0060 | 340792 | $27.80 | Pacer Service Center; Data Search; Account No. SW0061. Usage: 10/01/12 - 12/31/12 |
| 1/15/2013 | 0060 | 340763 | $33.00 | Pacer Service Center; Data Search; Account No. SW0061. Usage: 10/01/12 - 12/31/12 |
| 1/15/2013 | 0060 | 340739 | $39.00 | Pacer Service Center; Data Search; Account ID# SW0122. Usage: 10/01/12-12/31/12 |
| 2/21/2013 | 0060 | 345972 | $17.12 | Cardmember Service/Chase (Acct #0705); Data Search; 1662 W Alomar Ave, Anaheim, CA, 92802, Orange 01/11/13 |
| 2/21/2013 | 0060 | 345987 | $29.88 | Cardmember Service/Chase (Acct #0705); Data Search; 3555 Yosemite St, San Diego, CA, 92109, San Diego 01/04/13 |
| 2/21/2013 | 0060 | 345966 | $32.69 | Cardmember Service/Chase (Acct #0705); Data Search; 632 S Evergreen Ave, Los Angeles, CA, 90023, Los Angeles 01/18/13 |
| 3/13/2013 | 0060 | 345991 | $93.17 | Cardmember Service/Bank One (Acct #2707); Data Search; 418 S Moore Ave, Monterey Park, CA, 91754, Los Angeles 02/08/13 |
| 4/16/2013 | 0060 | 348503 | $8.56 | Cardmember Service /Chase (Acct 7297); Data Search; 4274 Ruby LN, Vacanville, CA, 95688, Solano 03/06/13 |
| 4/16/2013 | 0060 | 348964 | $17.46 | Cardmember Service /Chase (Acct 7297); Data Search; 10634 S Budlong Ave, Los Angeles, CA, 90044, Los Angeles 03/30/13 |
| 4/16/2013 | 0060 | 348949 | $48.54 | Cardmember Service /Chase (Acct 7297); Data Search; 28532 Markuson Rd, Silverado, CA, 92676, Orange 03/29/13 |
| 11/2/2012 | 0076 | 341104 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  02/14/12 |
| 11/13/2012 | 0076 | 340791 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  03/28/12 |
| 11/30/2012 | 0076 | 341066 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 01/03/13 |
| 12/11/2012 | 0076 | 340739 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  01/11/13 |
| 12/11/2012 | 0076 | 340781 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  01/04/13 |
| 12/11/2012 | 0076 | 341078 | $98.00 | CourtCall, LLC; CourtCall - Conference Service;  12/10/12 |
| 12/17/2012 | 0076 | 340840 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  12/18/12 |
| 1/2/2013 | 0076 | 340767 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 02/08/13 |
| 1/2/2013 | 0076 | 340406 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  12/20/12 |
| 1/2/2013 | 0076 | 340792 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  03/04/13 |
| 1/2/2013 | 0076 | 341089 | $98.00 | CourtCall, LLC; CourtCall - Conference Service; 12/19/12 |
| 1/3/2013 | 0076 | 340745 | $42.50 | CourtCall, LLC; CourtCall - Conference Service;  12/18/12 |
| 1/3/2013 | 0076 | 340778 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  01/11/13 |
| 1/3/2013 | 0076 | 340377 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  01/03/13 |
| 1/3/2013 | 0076 | 340406 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  01/04/13 |
| 1/3/2013 | 0076 | 340410 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  01/04/13 |
| 1/15/2013 | 0076 | 341097 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  01/17/13 |
| 1/16/2013 | 0076 | 340764 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  01/25/13 |
| 1/16/2013 | 0076 | 340837 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  02/14/13 |
| 1/16/2013 | 0076 | 340322 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  01/15/13 |
| 1/16/2013 | 0076 | 340775 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  01/09/13 |
| 1/16/2013 | 0076 | 341086 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 02/01/13 |
| 1/16/2013 | 0076 | 340328 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  01/23/13 |
| 1/16/2013 | 0076 | 342925 | $78.00 | CourtCall, LLC; CourtCall - Confence Service; 04/24/13 |
| 1/16/2013 | 0076 | 340739 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 02/07/13 |

# SUMMARY OF EXPENSES INCURRED BY SEVERSON & WERSON P.C.
# ON BEHALF OF THE DEBTORS FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013

| Date | Expense Code | Bill Number | Amount On Bill | Narrative |
|---|---|---|---|---|
| 1/16/2013 | 0076 | 340334 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  01/11/13 |
| 1/16/2013 | 0076 | 340337 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  02/14/13 |
| 1/16/2013 | 0076 | 343630 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 01/18/13 |
| 1/16/2013 | 0076 | 340357 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 01/15/13 |
| 1/16/2013 | 0076 | 340742 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 02/08/13 |
| 1/16/2013 | 0076 | 341093 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  01/08/13 |
| 1/16/2013 | 0076 | 341093 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  01/09/13 |
| 1/16/2013 | 0076 | 340363 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  01/14/13 |
| 1/16/2013 | 0076 | 341102 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  03/13/13 |
| 1/16/2013 | 0076 | 341104 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  01/23/13 |
| 1/16/2013 | 0076 | 340396 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  01/22/13 |
| 1/16/2013 | 0076 | 340790 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  01/08/13 |
| 1/16/2013 | 0076 | 340403 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  01/15/13 |
| 1/16/2013 | 0076 | 340403 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  04/16/13 |
| 1/16/2013 | 0076 | 341110 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 01/14/13 |
| 1/16/2013 | 0076 | 340792 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  01/17/13 |
| 1/16/2013 | 0076 | 342930 | $99.00 | CourtCall, LLC; CourtCall - Conference Service;  01/16/13 |
| 1/16/2013 | 0076 | 340744 | $108.00 | CourtCall, LLC; CourtCall - Conference Service;  01/10/13 |
| 1/16/2013 | 0076 | 340763 | $121.00 | CourtCall, LLC; CourtCall - Conference Service; 12/20/12 |
| 1/25/2013 | 0076 | 343654 | $99.90 | Cardmember Service/Bank One (Acct #7755); CourtCall - Conference Service; CourtCall #5358899 CA 01/03/13 |
| 2/1/2013 | 0076 | 343652 | $30.00 | CourtCall, LLC; CourtCall - Conference Service; 01/10/13 |
| 2/1/2013 | 0076 | 343650 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 02/04/13 |
| 2/1/2013 | 0076 | 343494 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 01/28/13 |
| 2/1/2013 | 0076 | 343499 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  04/23/13 |
| 2/4/2013 | 0076 | 343604 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 02/11/13 |
| 2/4/2013 | 0076 | 342922 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  03/01/13 |
| 2/4/2013 | 0076 | 343628 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 01/31/13 |
| 2/4/2013 | 0076 | 342927 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 02/11/13 |
| 2/4/2013 | 0076 | 343643 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 03/01/13 |
| 2/4/2013 | 0076 | 343651 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 03/05/13 |
| 2/4/2013 | 0076 | 342939 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 03/05/13 |
| 2/4/2013 | 0076 | 342939 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 02/20/13 |
| 2/4/2013 | 0076 | 343651 | $99.90 | CourtCall, LLC; CourtCall - Conference Service; 01/29/13 |
| 2/4/2013 | 0076 | 342920 | $108.00 | CourtCall, LLC; CourtCall - Conference Service; 01/30/13 |
| 2/4/2013 | 0076 | 343689 | $108.00 | CourtCall, LLC; CourtCall - Conference Service; 02/01/13 |
| 2/4/2013 | 0076 | 343699 | $108.00 | CourtCall, LLC; CourtCall - Conference Service; 01/30/13 |
| 2/11/2013 | 0076 | 342919 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  02/14/13 |
| 2/11/2013 | 0076 | 343486 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  02/15/13 |
| 2/11/2013 | 0076 | 343684 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 02/15/13 |
| 2/11/2013 | 0076 | 343685 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 03/15/13 |
| 2/11/2013 | 0076 | 343659 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  02/19/13 |
| 2/11/2013 | 0076 | 343690 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 02/06/13 |
| 2/11/2013 | 0076 | 343661 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 02/20/13 |
| 2/11/2013 | 0076 | 342938 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 02/15/13 |
| 2/11/2013 | 0076 | 343686 | $108.00 | CourtCall, LLC; CourtCall - Conference Service; 02/07/13 |
| 2/11/2013 | 0076 | 343691 | $108.00 | CourtCall, LLC; CourtCall - Conference Service;  02/08/13 |
| 2/19/2013 | 0076 | 345978 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 03/18/13 |
| 2/19/2013 | 0076 | 345991 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 03/05/13 |
| 3/4/2013 | 0076 | 345993 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 02/26/13 |
| 3/5/2013 | 0076 | 346004 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 03/05/13 |
| 3/5/2013 | 0076 | 345972 | $108.00 | CourtCall, LLC; CourtCall - Conference Service;  02/27/13 |
| 3/12/2013 | 0076 | 345966 | $35.00 | CourtCall, LLC; CourtCall - Conference Service; 02/26/13 |

**SUMMARY OF EXPENSES INCURRED BY SEVERSON & WERSON P.C.**
**ON BEHALF OF THE DEBTORS FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013**

| Date | Expense Code | Bill Number | Amount On Bill | Narrative |
|---|---|---|---|---|
| 3/12/2013 | 0076 | 345976 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 03/08/13 |
| 3/12/2013 | 0076 | 345998 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 03/06/13 |
| 3/12/2013 | 0076 | 346000 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 03/11/13 |
| 3/19/2013 | 0076 | 345965 | $108.00 | CourtCall, LLC; CourtCall - Conference Service; 03/18/13 |
| 4/2/2013 | 0076 | 348501 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 05/14/13 |
| 4/17/2013 | 0076 | 348500 | $15.53 | AT&T TeleConference Services; CourtCall - Conference Service; 3/26/13 |
| | | | **$44,994.41** | |