Exhibit E

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      340318      JBS                                February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0113 | Ballecer, Neil S. v. GMAC Mortgage, LLC |
| | | GMAC Matter No.: 697088 |

**TOTAL AMOUNT DUE**                    **$414.00**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340318    JBS                                February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0113    Ballecer, Neil S. v. GMAC Mortgage, LLC
GMAC Matter No.: 697088

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 12/06/12 | Preparation of a monthly status report to our client regarding case issues. | L120 | 0.20 | 274.50 | 54.90 |
| RJG | 12/12/12 | Correspondence with Plaintiff's counsel regarding deposition postponement in light of the pending bankruptcy stay. | L330 | 0.30 | 274.50 | 82.35 |
| RJG | 12/12/12 | Drafted an amended deposition notice and demand for document production. | L330 | 0.20 | 274.50 | 54.90 |
| RJG | 01/03/13 | Drafted a case status report to advise our client regarding pending case issues. | L120 | 0.20 | 274.50 | 54.90 |
| JHT | 01/10/13 | Prepared for OSC Re. Dismissal. | L210 | 0.70 | 238.50 | 166.95 |
| | | **TOTAL** | | **1.60** | | **$414.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $109.80 |
| L210 | Pleadings | 0.70 | $166.95 |
| L330 | Depositions | 0.50 | $137.25 |
| | **TOTAL** | **1.60** | **$414.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Tuffaha, Joe | JHT | Associate | 0.70 | 238.50 | $166.95 |
| Gandy, Robert | RJG | Special Counsel | 0.90 | 274.50 | $247.05 |
| | **Total** | | **1.60** | | **$414.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340318 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Ballecer, Neil S. | | |

| | | |
|---|---|---|
| PRIOR FEES | $43,801.60 | |
| PRIOR COSTS & EXPENSES | $2,519.49 | |

|  | FEES | $414.00 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$414.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     340320     JBS                          February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0270      Bailey, Patricia Gail v. GMAC Mortgage, LLC
                     GMAC Matter No.: 698056

**TOTAL AMOUNT DUE**          $357.75

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340320    JBS                                February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0270    Bailey, Patricia Gail v. GMAC Mortgage, LLC
GMAC Matter No.: 698056

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| YS | 01/02/13 | Review and analysis of plaintiff's petition for review to the Supreme Court of California regarding the Court of Appeals opinion in the clients favor | L120 | 0.80 | 238.50 | 190.80 |
| YS | 01/04/13 | Draft correspondence to client regarding plaintiff's appeal to the California Supreme Court and recommendation of how client should respond | L190 | 0.40 | 238.50 | 95.40 |
| YS | 01/15/13 | Draft correspondence to in house counsel for MERS regarding status of plaintiff's appeal to the California Supreme Court | L190 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **1.50** | | **$357.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.80 | $190.80 |
| L190 | Other Case Assessment | 0.70 | $166.95 |
| | **TOTAL** | **1.50** | **$357.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Shaham, Yaron | YS | Special Counsel | 1.50 | 238.50 | $357.75 |
| | Total | | **1.50** | | **$357.75** |

PRIOR FEES                    $32,982.30

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    340320 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Bailey, Patricia Gail | | |

PRIOR COSTS & EXPENSES                    $4,059.31

|  | |
|---|---|
| FEES | $357.75 |
| **TOTAL THIS INVOICE** | **$357.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340321    JBS

February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0433 | Haroutunian, Hedeya |
| | | C/M# 697640 |

**TOTAL AMOUNT DUE**          **$541.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340321    JBS                                    February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0433    Haroutunian, Hedeya
                          C/M# 697640

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEH | 12/04/12 | Check court docket for filing of appellant's opening brief. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 12/21/12 | Review case file for status and upcoming deadlines. | L120 | 0.20 | 261.00 | 52.20 |
| KPL | 12/21/12 | Update appellate case matrix of Appellant failure to file AOB for attorney reference. | L120 | 0.20 | 76.50 | 15.30 |
| MEH | 01/02/13 | Monitor docket for filing of appellant's opening brief and cure of appellant's default. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 01/02/13 | Draft email to client (C. Bonello) re: appellant's failure to file opening brief. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 01/04/13 | Draft email to client (C. Bonello) enclosing appellant's opening brief with comments. | L520 | 0.40 | 261.00 | 104.40 |
| MEH | 01/04/13 | Calculate/calendar deadline for respondents brief. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 01/17/13 | Doublecheck/monitor upcoming filing deadlines. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 01/24/13 | Monitor docket, case file re upcoming briefing deadlines. | L520 | 0.30 | 261.00 | 78.30 |
| KPL | 01/29/13 | Analyze and edit appellate case matrix for attorney review and reference. | L120 | 0.40 | 76.50 | 30.60 |
| | | **TOTAL** | | **2.50** | | **$541.80** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    340321 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Haroutunian, Hedeya | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | |
|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $98.10 | |
| L520 | Appellate Briefs | 1.70 | $443.70 | |
| | **TOTAL** | **2.50** | **$541.80** | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Lee, Kristina | KPL | Legal Assistant | 0.60 | 76.50 | $45.90 |
| Holt, M. Elizabeth | MEH | Associate | 1.90 | 261.00 | $495.90 |
| | **Total** | | **2.50** | | **$541.80** |

| | |
|---|---|
| PRIOR FEES | $82,215.23 |
| PRIOR COSTS & EXPENSES | $4,006.13 |

| | |
|---|---|
| FEES | $541.80 |
| **TOTAL THIS INVOICE** | **$541.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340322    JBS                                        February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0651     Corrado, Paul A.
                   C/M# 705154

**TOTAL AMOUNT DUE**              **$721.95**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340322    JBS                                    February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0651    Corrado, Paul A.
C/M# 705154

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JHT | 12/19/12 | Corresponded with Plaintiff's Counsel regarding bankruptcy stay and status of bankruptcy. | L190 | 0.30 | 238.50 | 71.55 |
| YS | 12/27/12 | Receipt, review and analysis of plaintiff's counsel's declaration regarding status of the client's bankruptcy | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 12/27/12 | Reviewed docket to confirm upcoming hearing dates and status of litigation. | L190 | 0.20 | 238.50 | 47.70 |
| YS | 01/03/13 | Draft status update for the case | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 01/14/13 | Prepared for OSC Re. Bankruptcy Status. | L210 | 0.50 | 238.50 | 119.25 |
| JHT | 01/15/13 | Appeared at OSC Re. Bankruptcy Status. | L210 | 1.50 | 238.50 | 357.75 |
| | | **TOTAL** | | **2.70** | | **$643.95** |

## COSTS & EXPENSES

01/16/13  CourtCall, LLC; CourtCall - Conference Service;  01/15/13                                  78.00

**TOTAL COSTS & EXPENSES**                          **$78.00**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 0.10 | $23.85 |
| L190    Other Case Assessment | 0.60 | $143.10 |
| L210    Pleadings | 2.00 | $477.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   340322 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Corrado, Paul A. | | | | |

| | TOTAL | | 2.70 | **$643.95** | | |
|---|---|---|---|---|---|---|

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 2.50 | 238.50 | $596.25 |
| Shaham, Yaron | YS | Special Counsel | 0.20 | 238.50 | $47.70 |
| | **Total** | | **2.70** | | **$643.95** |

| PRIOR FEES | $31,048.65 |
|---|---|
| PRIOR COSTS & EXPENSES | $4,333.99 |

| FEES | $643.95 |
|---|---|
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$721.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340323    JBS

February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0704    Casas, Hermina
GMAC Matter No.: 732095

**TOTAL AMOUNT DUE**          $4,958.40

***REMITTANCE COPY***

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340323    JBS                                           February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0704    Casas, Hermina
GMAC Matter No.: 732095

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RSS | 12/07/12 | Coordinate with T. Buell regarding case status and strategy and follow up regarding same. | L120 | 0.60 | 288.00 | 172.80 |
| RSS | 01/02/13 | Review and analyze answer to complaint. | L120 | 0.80 | 288.00 | 230.40 |
| RSS | 01/18/13 | Review and analyze documents and conduct research to prepare case. | L120 | 0.80 | 288.00 | 230.40 |
| RSS | 01/25/13 | Draft, revise, finalize and and file case management statement, and prepare and summarize discovery plan for client and team in connection with same. | L230 | 1.60 | 288.00 | 460.80 |
| RSS | 01/28/13 | Draft and revise document requests, interrogatories, corporate deposition notice, and correspondence relating to same, to defendant. | L310 | 4.40 | 288.00 | 1,267.20 |
| RSS | 01/29/13 | Draft, revise, finalize, and serve written discovery requests to defendant, including interrogatories, document requests, and corporate deposition notice. | L310 | 3.20 | 288.00 | 921.60 |
| RSS | 01/30/13 | Conduct research and analysis to prepare case. | L120 | 1.00 | 288.00 | 288.00 |
| JBS | 01/31/13 | Analysis and evaluation of case strategy | L120 | 0.60 | 427.50 | 256.50 |
| RSS | 01/31/13 | Return phone call from counsel for title company and current putative lien holder, and conduct research and analysis and draft correspondence in connection with same to further a potential settlement. | L160 | 3.90 | 288.00 | 1,123.20 |
| | | **TOTAL** | | **16.90** | | **$4,950.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.  340323 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Casas, Hermina | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 12/20/12 | Cardmember Service/Bank One (Acct #2707); Court and Filing Fees; Orange Co Superior Court WE CA 10/23/12 | 7.50 |
| | **TOTAL COSTS & EXPENSES** | **$7.50** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.80 | $1,178.10 |
| L160 | Settlement/Non-Binding ADR | 3.90 | $1,123.20 |
| L230 | Court Mandated Conferences | 1.60 | $460.80 |
| L310 | Written Discovery | 7.60 | $2,188.80 |
| | **TOTAL** | **16.90** | **$4,950.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, John | JBS | Member | 0.60 | 427.50 | $256.50 |
| Saelao, Rebecca | RSS | Special Counsel | 16.30 | 288.00 | $4,694.40 |
| | Total | | **16.90** | | **$4,950.90** |

| | |
|---|---|
| PRIOR FEES | $20,077.20 |
| PRIOR COSTS & EXPENSES | $1,153.17 |

| | |
|---|---|
| FEES | $4,950.90 |
| COSTS & EXPENSES | $7.50 |
| **TOTAL THIS INVOICE** | **$4,958.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340324    JBS                                        February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0753 | Labostrie, Alvin and Sandra |
| | | GMAC Matter No.: 708651 |

**TOTAL AMOUNT DUE**            $999.90

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 340324 | JBS | February 19, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0753    Labostrie, Alvin and Sandra
GMAC Matter No.: 708651

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| JHT | 01/08/13 | Prepared for Status Conference. | L220 | 1.00 | 238.50 | 238.50 |
| DL | 01/09/13 | Prepare correspondence to plaintiff's counsel re her possible withdrawal as counsel of record. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 01/09/13 | Analyze results of status conference re bankruptcy and advise client of continuance of status conference. | L110 | 0.20 | 288.00 | 57.60 |
| JHT | 01/09/13 | Attended Status Conference hearing. | L210 | 2.50 | 238.50 | 596.25 |
| | | **TOTAL** | | **3.90** | | **$949.95** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 01/07/13 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 12/27/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$49.95** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.40 | $115.20 |
| L210 | Pleadings | 2.50 | $596.25 |
| L220 | Preliminary Injunctions/Provis | 1.00 | $238.50 |
| | **TOTAL** | **3.90** | **$949.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 0.40 | 288.00 | $115.20 |
| Tuffaha, Joe | JHT | Associate | 3.50 | 238.50 | $834.75 |
| | **Total** | | **3.90** | | **$949.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    340324 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Labostrie, Alvin & Sandra | | |

| | | |
|---|---|---|
| PRIOR FEES | $140,207.40 | |
| PRIOR COSTS & EXPENSES | $17,061.52 | |

| | |
|---|---|
| FEES | $949.95 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$999.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340325    JBS

February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0844    Nguyen, Diem T.
GMAC Matter No.: 712197

**TOTAL AMOUNT DUE**        $658.80

## *** REMITTANCE COPY ***

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340325    JBS                          February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0844    Nguyen, Diem T.
                        GMAC Matter No.: 712197

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KPL | 12/09/12 | Analyze and edit appellate case matrix of bankruptcy status due date for attorney review and reference. | L120 | 0.20 | 76.50 | 15.30 |
| BAE | 01/31/13 | Attend hearing on Plaintiff's ex parte to set aside judgment in Riverside Superior Court. (personal appearance required.) | L240 | 2.60 | 247.50 | 643.50 |
| | | **TOTAL** | | **2.80** | | **$658.80** |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $15.30 |
| L240 | Dispositive Motions | 2.60 | $643.50 |
| | **TOTAL** | **2.80** | **$658.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|-----|----------|-------|------|-------|
| Eilenberg, Benjamin A. | BAE | Associate | 2.60 | 247.50 | $643.50 |
| Lee, Kristina | KPL | Legal Assistant | 0.20 | 76.50 | $15.30 |
| | Total | | **2.80** | | **$658.80** |

PRIOR FEES                        $25,670.70
PRIOR COSTS & EXPENSES            $886.81

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340325 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Nguyen, Diem T. | | |

|  |  |
|---|---|
| FEES | $658.80 |
| **TOTAL THIS INVOICE** | **$658.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      340326      JBS                                    February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1001 | Hayomyom LLC (Zygleman) |
| | | GMAC Matter No.:  716183 |
| | | Time and expenses must be split between Ally and Rescap |

**TOTAL AMOUNT DUE**                    **$230.40**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340326    JBS                                    February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1001    Hayomyom LLC (Zygleman)
GMAC Matter No.: 716183
Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DL | 01/04/13 | Exchange correspondence with client re possible settlement of action, review documents needed for further review, and prepare correspondence to Zygelman's counsel re same. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 01/07/13 | Exchange correspondence with Zygelman's counsel re possible workout for loan and prepare correspondence to client re same. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 01/10/13 | Exchange correspondence with Zygelman's counsel re incomplete loan modification application. | L160 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **0.80** | | **$230.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---------------------------|--|-------|--------|--|--|--|
| L160 | Settlement/Non-Binding ADR | 0.80 | $230.40 | | | |
| | **TOTAL** | **0.80** | **$230.40** | | | |
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** |
| Liu, David | DL | Associate | | 0.80 | 288.00 | $230.40 |
| | **Total** | | | **0.80** | | **$230.40** |

PRIOR FEES                    $79,639.65
PRIOR COSTS & EXPENSES        $5,427.64
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 340326 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Hayomyom LLC (Zygleman) | | |

| | |
|---|---|
| FEES | $230.40 |
| **TOTAL THIS INVOICE** | **$230.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      340327      JBS                                February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1007 | Abed-Stephen, Vachagan and Susie |
| | | C/M# ~~716689~~   770159 |

**TOTAL AMOUNT DUE**              $314.75

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson *&*Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     340327     JBS                                      February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1007     Abed-Stephen, Vachagan and Susie
C/M# 716689

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KPL | 12/06/12 | Review and analyze appellate court docket to check on record. | L120 | 0.20 | 76.50 | 15.30 |
| KPL | 12/21/12 | Monitor court docket to check on record. | L120 | 0.20 | 76.50 | 15.30 |
| MEH | 01/24/13 | Monitor docket, case file re upcoming briefing deadlines. | L520 | 0.30 | 261.00 | 78.30 |
| GMF | 01/25/13 | Analyze and edit Appellate Case Matrix for attorney review and reference. | L110 | 0.30 | 150.00 | 45.00 |
| KPL | 01/29/13 | Analyze and edit appellate court matrix of completed record and GMAC bankruptcy stay. | L120 | 0.30 | 76.50 | 22.95 |
| GMF | 01/29/13 | Analyze and edit Appellate Case Matrix for attorney review and reference. | L110 | 0.20 | 150.00 | 30.00 |
| MEH | 01/31/13 | Monitor docket re: entry of bankruptcy stay in light of approaching briefing schedule. | L510 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | **1.70** | | **$259.05** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 01/03/13 | Golden State Legal Copy; Outside Copies; Litigation Copies 12/31/12 | 55.70 |
| | **TOTAL COSTS & EXPENSES** | **$55.70** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L110     Fact Investigation/Development | 0.50 | $75.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    340327 | CLIENT | GMAC ResCap | | Page | 2 |
| | MATTER | Abed-Stephen, Vachagan | | | |

| | | | | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | | 0.70 | $53.55 | |
| L510 | Appellate Motions & Submission | | 0.20 | $52.20 | |
| L520 | Appellate Briefs | | 0.30 | $78.30 | |
| | **TOTAL** | | **1.70** | **$259.05** | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Filice, Gina | | GMF | Paralegal | 0.50 | 150.00 | $75.00 |
| Lee, Kristina | | KPL | Legal Assistant | 0.70 | 76.50 | $53.55 |
| Holt, M. Elizabeth | | MEH | Associate | 0.50 | 261.00 | $130.50 |
| | | **Total** | | **1.70** | | **$259.05** |

| PRIOR FEES | $22,315.28 |
|---|---|
| PRIOR COSTS & EXPENSES | $2,266.28 |

| | |
|---|---|
| FEES | $259.05 |
| COSTS & EXPENSES | $55.70 |
| **TOTAL THIS INVOICE** | **$314.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340328    JBS                                   February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1014     Villapando, Christine L.
                   C/M# 716898

**TOTAL AMOUNT DUE**                    **$444.30**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340328    JBS                                         February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1014    Villapando, Christine L.
                        C/M# 716898

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 01/23/13 | Prepare for and appear at Status Conference. | L230 | 0.80 | 333.00 | 266.40 |
| SMH | 01/24/13 | Draft status update to K. Priore. | L120 | 0.30 | 333.00 | 99.90 |
| | | **TOTAL** | | **1.10** | | **$366.30** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 01/16/13 | CourtCall, LLC; CourtCall - Conference Service;  01/23/13 | 78.00 |

**TOTAL COSTS & EXPENSES**                **$78.00**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $99.90 |
| L230 | Court Mandated Conferences | 0.80 | $266.40 |
| | **TOTAL** | **1.10** | **$366.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Hankins, Suzanne | SMH | Member | 1.10 | 333.00 | $366.30 |
| | **Total** | | **1.10** | | **$366.30** |

PRIOR FEES                    $27,768.15
PRIOR COSTS & EXPENSES          $1,603.35

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340328 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Villapando, Christine L. | | |

|  | | |
|---|---|---|
| FEES | $366.30 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$444.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      340329      JBS                                    February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1036       Trust Holding (Aqueduct Trust)
                       GMAC Matter No.: 718103

**TOTAL AMOUNT DUE**              $364.05

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340329    JBS                                February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1036    Trust Holding (Aqueduct Trust)
                        GMAC Matter No.: 718103

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| CHR | 01/03/13 | Review Docket for Status of Matter. | L190 | 0.10 | 130.50 | 13.05 |
| BJK | 01/03/13 | Drafted stipulation regarding pre-removal declaration of non-monetary status | L250 | 1.50 | 234.00 | 351.00 |
| | | **TOTAL** | | **1.60** | | **$364.05** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L190 | Other Case Assessment | 0.10 | $13.05 |
| L250 | Other Written Motions | 1.50 | $351.00 |
| | **TOTAL** | **1.60** | **$364.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Kornberg, Bernard | BJK | Associate | 1.50 | 234.00 | $351.00 |
| Rommell, Clair | CHR | Paralegal | 0.10 | 130.50 | $13.05 |
| | Total | | **1.60** | | **$364.05** |

| PRIOR FEES | $6,525.90 |
|------------|-----------|
| PRIOR COSTS & EXPENSES | $929.38 |

| | FEES | $364.05 |
|--|------|---------|
| | **TOTAL THIS INVOICE** | **$364.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340330    JBS                                      February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1042    Gillard, Griselda L.
                  GMAC Matter No.: 718047

**TOTAL AMOUNT DUE**                $329.40

***REMITTANCE COPY ***

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&* Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340330    JBS                                    February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1042    Gillard, Griselda L.
GMAC Matter No.: 718047

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 01/04/13 | Correspondence with title counsel regarding pending case issues regarding co-defendants' bankruptcy stay and mediation status. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 01/09/13 | Correspondence with our client to advise regarding case status and cancellation of the pending mediation. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 01/09/13 | Correspondence with title company counsel regarding co-defendants' bankruptcy and pending case and mediation issues. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 01/15/13 | Correspondence with title company counsel regarding co-defendant bankruptcy stay, pending case and mediation issues. | L120 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | **1.20** | | **$329.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 1.20 | $329.40 |
| | **TOTAL** | **1.20** | **$329.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Gandy, Robert | RJG | Special Counsel | 1.20 | 274.50 | $329.40 |
| | Total | | **1.20** | | **$329.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   340330 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Gillard, Griselda L. | | |

| PRIOR FEES | $11,731.50 |
|---|---|
| PRIOR COSTS & EXPENSES | $516.09 |

| | FEES | $329.40 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$329.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340331    JBS                                     February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1057    DeLery, Henry
GMAC Matter No.: 718687

**TOTAL AMOUNT DUE**          $650.70

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340331    JBS                                February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1057    DeLery, Henry
GMAC Matter No.: 718687

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 01/03/13 | Attention to ownership vs. servicing of subject loan, plaintiff's allegations re origination. | L120 | 0.20 | 333.00 | 66.60 |
| SMH | 01/03/13 | Attention to milestone report, review assignment to GMAC, potential for renewed review. | L120 | 0.30 | 333.00 | 99.90 |
| KWF | 01/03/13 | Review and analyze supplemental responses to GMAC discovery requests. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 01/03/13 | Evaluate case procedural status, potential arguments re: duty to protect borrower from originating lender. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 01/03/13 | Prepare email to client, J. Hoy, re: supplemental discovery responses, MERS milestone, and practices re: acquisition of servicing notes. | L120 | 0.50 | 270.00 | 135.00 |
| SMH | 01/24/13 | Attention to J. Lowenthal email re handwriting analysis. | L110 | 0.20 | 333.00 | 66.60 |
| KWF | 01/25/13 | Review and respond to email re: expert analysis re: forgery allegation. | L120 | 0.10 | 270.00 | 27.00 |
| SMH | 01/31/13 | Review demurrer opposition. | L240 | 0.20 | 333.00 | 66.60 |
| | | **TOTAL** | | **2.20** | | **$650.70** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L110    Fact Investigation/Development | 0.20 | $66.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340331    CLIENT    GMAC ResCap                                    Page        2
MATTER    DeLery, Henry

| Code | Description | Hours | Value |
|------|-------------|-------|-------|
| L120 | Analysis/Strategy | 1.80 | $517.50 |
| L240 | Dispositive Motions | 0.20 | $66.60 |
| | **TOTAL** | **2.20** | **$650.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 1.30 | 270.00 | $351.00 |
| Hankins, Suzanne | SMH | Member | 0.90 | 333.00 | $299.70 |
| | **Total** | | **2.20** | | **$650.70** |

PRIOR FEES                    $35,392.50
PRIOR COSTS & EXPENSES        $2,017.16


                                            FEES        $650.70
                        **TOTAL THIS INVOICE**          **$650.70**


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340332    JBS                                    February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1074     Smith, Tia
                     GMAC Matter No.:  719188

**TOTAL AMOUNT DUE**            $395.55

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   340332   JBS                                     February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 1074   Smith, Tia
GMAC Matter No.:  719188

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 01/07/13 | Prepare case management conference statement. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 01/16/13 | Analyze Aurora's status conference statement. | L430 | 0.10 | 288.00 | 28.80 |
| DL | 01/22/13 | Attend settlement conference and advise client of continuation of same. | L230 | 0.80 | 288.00 | 230.40 |
| | | **TOTAL** | | **1.20** | | **$345.60** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 01/25/13 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 01/09/13 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$49.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L230 | Court Mandated Conferences | 0.80 | $230.40 |
| L430 | Written Motions/Submissions | 0.40 | $115.20 |
| | **TOTAL** | **1.20** | **$345.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 1.20 | 288.00 | $345.60 |
| | **Total** | | **1.20** | | **$345.60** |

| | |
|---|---|
| PRIOR FEES | $28,938.15 |
| PRIOR COSTS & EXPENSES | $5,666.05 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 340332 | CLIENT | GMAC ResCap | Page    2 |
| | | MATTER | Smith, Tia | |

| | |
|---|---|
| FEES | $345.60 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$395.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340333    JBS                                      February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1077    Schneidereit, Jeff and Adele
GMAC Matter No.: 719297
Time and expenses must be split between Ally and Rescap

**TOTAL AMOUNT DUE**          $2,358.90

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340333    JBS                                    February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1077    Schneidereit, Jeff and Adele
                        GMAC Matter No.: 719297
                        Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 01/02/13 | Reviewed the executed judgment received from the court. | L120 | 0.10 | 274.50 | 27.45 |
| RJG | 01/03/13 | Drafted a case status report to advise our client regarding pending case issues. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 01/11/13 | Reviewed Plaintiffs' motion for a new trial and exhibits and supporting documents. | L250 | 0.40 | 274.50 | 109.80 |
| KWF | 01/11/13 | Review and analyze Plaintiff's motion for a new trial, and accompanying declaration in support thereof. | L250 | 0.60 | 270.00 | 162.00 |
| KWF | 01/11/13 | Commence preparation of legal research re: motions for new trial under FRCP 59. | L120 | 0.70 | 270.00 | 189.00 |
| KWF | 01/14/13 | Commence preparation of opposition to Plaintiff's motion for new trial. | L120 | 3.50 | 270.00 | 945.00 |
| KWF | 01/14/13 | Prepare email to client, A. Angelo, advising of motion for new trial. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 01/15/13 | Continue preparation of opposition to motion for new trial. | L120 | 2.00 | 270.00 | 540.00 |
| KWF | 01/16/13 | Prepare email to A. Angelo re: opposition to motion for new trial. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 01/17/13 | Telephone conference with A. Hays re: opposition to motion for new trial. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 01/25/13 | Receive and analyze reply in support of motion for new trial. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 01/25/13 | Prepare email to A. Angelo re: reply in support of motion of new trial. | L120 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **8.70** | | **$2,352.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  340333 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Schneidereit, Jeff & Adele | | |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 01/15/13 | Pacer Service Center; Data Search; Account ID# SW0122. Usage: 10/01/12-12/31/12 | | 6.30 |
| | **TOTAL COSTS & EXPENSES** | | **$6.30** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 7.70 | $2,080.80 |
| L250 | Other Written Motions | 1.00 | $271.80 |
| | **TOTAL** | **8.70** | **$2,352.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 7.90 | 270.00 | $2,133.00 |
| Gandy, Robert | RJG | Special Counsel | 0.80 | 274.50 | $219.60 |
| | **Total** | | **8.70** | | **$2,352.60** |

| | |
|---|---|
| PRIOR FEES | $90,915.30 |
| PRIOR COSTS & EXPENSES | $851.64 |

| | |
|---|---|
| FEES | $2,352.60 |
| COSTS & EXPENSES | $6.30 |
| **TOTAL THIS INVOICE** | **$2,358.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     340334     JBS                                    February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1113      Guo, Yong X.
                     GMAC Matter No.: 720229

**TOTAL AMOUNT DUE**            **$507.30**

**\*\*\* *REMITTANCE COPY* \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340334    JBS                                          February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1113    Guo, Yong X.
                       GMAC Matter No.: 720229

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 01/03/13 | Draft status update for the case | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 01/11/13 | Appeared at OSC Re. Dismissal. | L210 | 1.70 | 238.50 | 405.45 |
| | | **TOTAL** | | **1.80** | | **$429.30** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 01/16/13 | CourtCall, LLC; CourtCall - Conference Service; 01/11/13 | | 78.00 |

**TOTAL COSTS & EXPENSES**                          **$78.00**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L190 | Other Case Assessment | 0.10 | $23.85 |
| L210 | Pleadings | 1.70 | $405.45 |
| | **TOTAL** | **1.80** | **$429.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Tuffaha, Joe | JHT | Associate | 1.70 | 238.50 | $405.45 |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | **1.80** | | **$429.30** |

| | |
|---|---|
| PRIOR FEES | $21,206.70 |
| PRIOR COSTS & EXPENSES | $1,338.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340334 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Guo, Yong X. | | |

| | | |
|---|---|---|
| FEES | $429.30 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$507.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        340335        JBS                                                                    February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000        GMAC ResCap
MATTER        1120         Manuel, Aubrey
                           GMAC Matter No.: 721026

**TOTAL AMOUNT DUE**          $1,160.10

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340335    JBS                                    February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1120    Manuel, Aubrey
GMAC Matter No.: 721026

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KPL | 12/13/12 | Update appellate case matrix of court transcript. | L120 | 0.20 | 76.50 | 15.30 |
| MEH | 01/04/13 | Draft joint defense letter to court seeking to corrent clerical errors in court's listing of counsel and who is represening whom. | L510 | 0.80 | 261.00 | 208.80 |
| MEH | 01/04/13 | Marshal enclosures for joint defense letter seeking to correct court's clerical errors. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 01/04/13 | Draft email to co-defendant's counsel (A. Borlund) enclosing draft of joint defense letter with comments. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 01/09/13 | Review/analyze letter from court responding to bankruptcy notice. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 01/09/13 | Revise joint letter to court re: administrative errors in court docket re: representation of parties. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 01/09/13 | Draft email to co-defendant's counsel (A. Borlund) re: joint letter revisions in light of letter from court re: bankruptcy stay notice. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 01/09/13 | Exchange emails with co-defendant's counsel (A. Borlund) re: edits to joint letter to court re: administrative docket errors. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 01/10/13 | Revise letter to court re: administrative error re: counsel's representation. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 01/10/13 | Draft email to co-respondents counsel (A. Borlund) enclosing revised draft of joint letter. | L520 | 0.20 | 261.00 | 52.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 340335 | CLIENT | GMAC ResCap | | | | Page 2 |
| | MATTER | Manuel, Aubrey | | | | |

| MEH | 01/14/13 | Finalize joint letter to court re: representation of respondents. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 01/14/13 | Draft email to co-respondent's counsel A. Borlund enclosing draft of joint representation letter with comments. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 01/24/13 | Monitor docket, case file re upcoming briefing deadlines. | L520 | 0.30 | 261.00 | 78.30 |
| MEH | 01/30/13 | Review/analyze appellate docket re: correction of Court's administrative mistake in representation of parties. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 01/30/13 | Exchange emails with co-defendant's counsel (A. Borlund) re: correction of court's docket. | L510 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | **4.50** | | **$1,137.60** |

## COSTS & EXPENSES

| 01/14/13 | M. Elizabeth Holt; Court and Filing Fees; Retrieve file-stamped version of voluntary dismissal from Los Angeles Superior Court website. 1/4/13 | 7.50 |
| 01/22/13 | Cardmember Service/Bank One (Acct #2707); Court and Filing Fees;  LA@Court Online Civil Images 11/01/12 | 15.00 |
| | **TOTAL COSTS & EXPENSES** | **$22.50** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L120 | Analysis/Strategy | 0.20 | $15.30 |
| L510 | Appellate Motions & Submission | 3.80 | $991.80 |
| L520 | Appellate Briefs | 0.50 | $130.50 |
| | **TOTAL** | **4.50** | **$1,137.60** |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Lee, Kristina | KPL | Legal Assistant | 0.20 | 76.50 | $15.30 |
| Holt, M. Elizabeth | MEH | Associate | 4.30 | 261.00 | $1,122.30 |
| | Total | | **4.50** | | **$1,137.60** |

| PRIOR FEES | $18,462.83 |
| PRIOR COSTS & EXPENSES | $3,062.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 340335 | CLIENT | GMAC ResCap | Page 3 |
| | | MATTER | Manuel, Aubrey | |

|  | |
|---|---|
| FEES | $1,137.60 |
| COSTS & EXPENSES | $22.50 |
| **TOTAL THIS INVOICE** | **$1,160.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340336    JBS                                    February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1124 | Simril, Barbara J. |
| | | GMAC Matter No.: 721144 |

**TOTAL AMOUNT DUE**          $397.80

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340336    JBS                                    February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1124    Simril, Barbara J.
                        GMAC Matter No.: 721144

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCN | 01/02/13 | Analysis of status of case in preparation for trial setting conference and to update GMAC Monthly Report. | L120 | 0.30 | 306.00 | 91.80 |
| MCN | 01/08/13 | Analysis of status of foreclosure, ResCap bankruptcy and Plaintiffs' request for injunctive relief to determine whether foreclosure activity may resume. | L120 | 0.60 | 306.00 | 183.60 |
| MCN | 01/08/13 | Correspondence with Bonello regarding whether foreclosure activity may resume in view of status of ResCap bankruptcy and Plaintiffs' request for injunctive relief. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 01/09/13 | Analysis of GMAC's decision regarding resuming foreclosure proceedings. | L120 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **1.30** | | **$397.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.30 | $397.80 |
| | **TOTAL** | **1.30** | **$397.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Nowlin, Marlene | MCN | Special Counsel | 1.30 | 306.00 | $397.80 |
| | Total | | **1.30** | | **$397.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340336 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Simril, Barbara J. | | |

| | |
|---|---|
| PRIOR FEES | $39,216.60 |
| PRIOR COSTS & EXPENSES | $2,714.39 |

| | |
|---|---|
| FEES | $397.80 |
| **TOTAL THIS INVOICE** | **$397.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340337    JBS                                                February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1171    Zamora, Elsa
                  GMAC Matter No.: ~~723112~~ 772056


**TOTAL AMOUNT DUE**                    $2,268.60


## *** REMITTANCE COPY ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      340337      JBS                                      February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 1171      Zamora, Elsa
                            GMAC Matter No.: 723112

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KPL | 12/06/12 | Maintain appellate case matrix for attorney review. | L120 | 0.20 | 76.50 | 15.30 |
| KPL | 12/14/12 | Called appellate court clerk to request copy of record or reporter information. | L120 | 0.20 | 76.50 | 15.30 |
| KPL | 12/21/12 | Called appellate court reporter to request a copy of record. | L120 | 0.20 | 76.50 | 15.30 |
| MEH | 01/02/13 | Exchange emails with client (J. Holtgren) re: bankruptcy notice. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 01/02/13 | Finalize bankruptcy notice for filing, with accompanying cover letter. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 01/03/13 | Telephone call with co-defendant's counsel (A. Borlund) re: appellate strategy. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 01/07/13 | Draft email to client (J. Holtgren) enclosing file-stamped bankruptcy notice and discussing court's request for followup briefing re: same. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 01/07/13 | Draft email to opposing counsel (B. Stuart) enclosing courtesy copies of bankruptcy notice and cover letter with comments | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 01/07/13 | Telephone call with opposing counsel (B. Stuart) re: scope of bankruptcy stay. | L510 | 0.40 | 261.00 | 104.40 |
| MEH | 01/07/13 | Draft joint letter brief re: scope of bankruptcy stay. | L510 | 1.80 | 261.00 | 469.80 |
| MEH | 01/07/13 | Draft email to client (J. Holtgren) enclosing draft of joint letter brief with comments. | L510 | 0.60 | 261.00 | 156.60 |
| MEH | 01/11/13 | Telephone call with opposing counsel (B. Stuart) re: joint letter brief. | L520 | 0.20 | 261.00 | 52.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.  340337    CLIENT   GMAC ResCap                          Page   2
                       MATTER   Zamora, Elsa

| | | | | | | |
|---|---|---|---|---|---|---|
| MEH | 01/11/13 | Draft email to client (J. Holtgren) re: joint letter brief re: scope of bankruptcy stay. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 01/14/13 | Exchange multiple emails with client (J. Holtgren) re: stay of appeal. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 01/14/13 | Exchange emails with opposing counsel (B. Stuart) re: stay of appeal. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 01/15/13 | Multiple telephone calls with client (J. Holtgren) re: appellate strategy associated with bankruptcy stay. | L510 | 0.40 | 261.00 | 104.40 |
| MEH | 01/15/13 | Exchange multiple emails with clients (K. Price, J. Holtgren) re: strategy for stay of appeal pending bankruptcy. | L120 | 0.70 | 261.00 | 182.70 |
| MEH | 01/15/13 | Draft email to opposing counsel (B. Stuart) enclosing draft of joint letter brief re: scope of bankruptcy stay. | L520 | 0.30 | 261.00 | 78.30 |
| MEH | 01/16/13 | Exchange emails with opposing counsel (B. Stuart) re: revisions to joint letter brief re: scope of bankruptcy stay. | L520 | 0.30 | 261.00 | 78.30 |
| MEH | 01/17/13 | Finalize joint letter brief re: scope of bankruptcy stay. | L520 | 0.20 | 261.00 | 52.20 |
| KPL | 01/29/13 | Update appellate case matrix of bankruptcy status due date for attorney review and reference. | L120 | 0.40 | 76.50 | 30.60 |
| MEH | 01/31/13 | Draft email to client (J. Holtgren) enclosing bankruptcy stay order with comments. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 01/31/13 | Draft email to MERS contact (T. Wilkins) responding to request for status update and enclosing key case documents with comments. | L520 | 0.80 | 261.00 | 208.80 |
| | | **TOTAL** | | **9.10** | | **$2,190.60** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 01/16/13 | CourtCall, LLC; CourtCall - Conference Service; 02/14/13 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** |

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 340337 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|
| | MATTER | Zamora, Elsa | | | | |

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.70 | $259.20 | | | |
| L510 | Appellate Motions & Submission | 5.40 | $1,409.40 | | | |
| L520 | Appellate Briefs | 2.00 | $522.00 | | | |
| | **TOTAL** | **9.10** | **$2,190.60** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Lee, Kristina | KPL | Legal Assistant | 1.00 | 76.50 | $76.50 |
| Holt, M. Elizabeth | MEH | Associate | 8.10 | 261.00 | $2,114.10 |
| | **Total** | | **9.10** | | **$2,190.60** |

| PRIOR FEES | $24,605.33 |
|---|---|
| PRIOR COSTS & EXPENSES | $3,362.20 |

| | |
|---|---|
| FEES | $2,190.60 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$2,268.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340357    JBS                                February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1183     Kimbrough, William IV
                   GMAC Matter No.: 723491

**TOTAL AMOUNT DUE**          $2,417.55

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340357    JBS                                                February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1183    Kimbrough, William IV
GMAC Matter No.: 723491

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DL | 01/03/13 | Draft demurrer to third amended complaint. | L430 | 1.40 | 288.00 | 403.20 |
| DL | 01/06/13 | Revise demurrer to third amended complaint and prepare correspondence to client re same. | L430 | 0.50 | 288.00 | 144.00 |
| DL | 01/06/13 | Draft motion to dismiss third amended complaint as it was not timely filed. | L430 | 0.80 | 288.00 | 230.40 |
| DL | 01/09/13 | Finalize motion to dismiss based on plaintiff's failure to timely amend complaint. | L430 | 0.50 | 288.00 | 144.00 |
| DL | 01/09/13 | Finalize demurrer to third amended complaint and prepare request for judicial notice. | L430 | 0.50 | 288.00 | 144.00 |
| RMI | 01/10/13 | Conference with D.Liu re case history and strategy re CMC.  Review case file and demurrer to complaint re case strategy.  Prepare memorandum re case status. | L120 | 0.60 | 247.50 | 148.50 |
| RMI | 01/11/13 | Conference with D.Liu re case strategy. | L120 | 0.20 | 247.50 | 49.50 |
| RMI | 01/14/13 | Research case file and history re preparation for status conference. Prepare outline of case history and procedural status re dismissal at status conference. | L230 | 0.70 | 247.50 | 173.25 |
| RMI | 01/14/13 | Conference with defense counsel re status conference and demurrer hearing. | L120 | 0.20 | 247.50 | 49.50 |
| DL | 01/14/13 | Exchange correspondence with court clerk re continuance of hearing on plaintiff's counsel's motion to withdraw. | L110 | 0.20 | 288.00 | 57.60 |
| RMI | 01/15/13 | Prepare email to client re update on | L230 | 0.20 | 247.50 | 49.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 340357 | CLIENT | GMAC ResCap | | | | Page 2 |
|---|---|---|---|---|---|---|
| | MATTER | Kimbrough, William IV | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | case management conference and case strategy. | | | | |
| RMI | 01/15/13 | Prepare notice of ruling re case management conference. | L210 | 0.30 | 247.50 | 74.25 |
| RMI | 01/15/13 | Appear for case management conference. | L230 | 1.90 | 247.50 | 470.25 |
| DL | 01/15/13 | Prepare notice of continuance of plaintiff's counsel's motion to withdraw as requested by court. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 01/16/13 | Analyze plaintiff's status conference statement. | L430 | 0.10 | 288.00 | 28.80 |
| DL | 01/18/13 | Analyze court's order continuing plaintiff's counsel's hearing on motion to withdraw. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 01/28/13 | Analyze docket and order granting plaintiff's motion to withdraw. | L110 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **8.70** | | **$2,339.55** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 01/16/13 | CourtCall, LLC; CourtCall - Conference Service; 01/15/13 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.50 | $144.00 |
| L120 | Analysis/Strategy | 1.00 | $247.50 |
| L210 | Pleadings | 0.30 | $74.25 |
| L230 | Court Mandated Conferences | 2.80 | $693.00 |
| L430 | Written Motions/Submissions | 4.10 | $1,180.80 |
| | **TOTAL** | **8.70** | **$2,339.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 4.60 | 288.00 | $1,324.80 |
| Ito, Ryan | RMI | Associate | 4.10 | 247.50 | $1,014.75 |
| | Total | | **8.70** | | **$2,339.55** |

| | |
|---|---|
| PRIOR FEES | $27,723.60 |
| PRIOR COSTS & EXPENSES | $2,237.09 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.  340357 | CLIENT   GMAC ResCap | Page     3 |
| | MATTER   Kimbrough, William IV | |

|  |  |
|---|---|
| FEES | $2,339.55 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$2,417.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      340358      JBS                                        February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1233       Uddin, Mohammed and Rebeka
                       GMAC Matter No.: 726554

**TOTAL AMOUNT DUE**          $1,693.35

***REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340358    JBS                                    February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1233    Uddin, Mohammed and Rebeka
GMAC Matter No.: 726554

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 01/03/13 | Draft status update for the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 01/16/13 | Draft client's case management statement in light of pending case management conference hearing in Uddin #2 | L210 | 0.30 | 238.50 | 71.55 |
| YS | 01/22/13 | Receipt, review and analysis of co-defendants Sean Robbins and Talwinder Rana's reply brief in light of plaintiff's opposition to their demurrer | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 01/22/13 | Reviewed case file, case notes and pertinent pleadings in preparation for hearing on Demurrer to Complaint. | L210 | 1.00 | 238.50 | 238.50 |
| JHT | 01/23/13 | Appeared at hearing on Demurrer to First Amended Complaint. | L210 | 5.50 | 238.50 | 1,311.75 |
| YS | 01/28/13 | Receipt, review and analysis of co-defendants' proposed order on its demurrer and motion to strike plaintiffs' second amended complaint | L120 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **7.10** | | **$1,693.35** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $47.70 |
| L190 | Other Case Assessment | 0.10 | $23.85 |
| L210 | Pleadings | 6.80 | $1,621.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340358    CLIENT    GMAC ResCap                                         Page        2
                         MATTER    Uddin, Mohammed & Rebeka

| | TOTAL | | 7.10 | $1,693.35 | | |
|---|---|---|---|---|---|---|

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 6.50 | 238.50 | $1,550.25 |
| Shaham, Yaron | YS | Special Counsel | 0.60 | 238.50 | $143.10 |
| | Total | | 7.10 | | $1,693.35 |

PRIOR FEES                      $15,460.65
PRIOR COSTS & EXPENSES          $2,655.27

                                FEES                  $1,693.35
                    TOTAL THIS INVOICE                $1,693.35

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340360    JBS

February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1241    BS Investors, LLC
GMAC Matter No.: 726857

**TOTAL AMOUNT DUE**           $230.40

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340360    JBS                                February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1241    BS Investors, LLC
                        GMAC Matter No.: 726857

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 01/28/13 | Prepare analysis to client re GMAC signing stipulated judgment for quiet title while it is still in bankruptcy. | L110 | 0.40 | 288.00 | 115.20 |
| DL | 01/30/13 | Analyze plaintiff's case management statement. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 01/31/13 | Prepare case management conference statement. | L110 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | **0.80** | | **$230.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---------------------------|---|-------|--------|---|---|
| L110 | Fact Investigation/Development | 0.80 | $230.40 | | |
| | **TOTAL** | **0.80** | **$230.40** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.80 | 288.00 | $230.40 |
| | **Total** | | **0.80** | | **$230.40** |

PRIOR FEES                        $8,541.90
PRIOR COSTS & EXPENSES            $203.13

|  | FEES | $230.40 |
|--|------|---------|
|  | **TOTAL THIS INVOICE** | **$230.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340360 | CLIENT | GMAC ResCap | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | BS Investors, LLC | | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340361    JBS                                    February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1253     De Vico, Robert
                   GMAC Matter No.: 727337

**TOTAL AMOUNT DUE**          $1,340.35

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340361    JBS                                   February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1253    De Vico, Robert
                    GMAC Matter No.: 727337

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| YS | 01/03/13 | Draft status update for the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 01/09/13 | Draft correspondence to client regarding continuing the foreclosure sale date and ceasing communications with plaintiff | L190 | 0.30 | 238.50 | 71.55 |
| YS | 01/10/13 | Draft correspondence to plaintiff regarding the rescheduled foreclosure sale and attempts by an unknown third party who improperly offered plaintiff cash-for-keys | L190 | 0.30 | 238.50 | 71.55 |
| YS | 01/10/13 | Receipt, review and analysis of plaintiffs request for approval of substitution of attorney | L120 | 0.10 | 238.50 | 23.85 |
| YS | 01/11/13 | Receipt, review and analysis of the Court's order approving plaintiff's substitution of attorney | L120 | 0.10 | 238.50 | 23.85 |
| YS | 01/16/13 | Review and analysis of plaintiff's opposition to clients' motion to dismiss and determine how to reply | L120 | 0.50 | 238.50 | 119.25 |
| JHT | 01/21/13 | Drafted Reply in support of Motion to Dismiss First Amended Complaint. | L210 | 3.70 | 238.50 | 882.45 |
| YS | 01/22/13 | Further drafting and revising of clients' reply brief to plaintiff's opposition to the motion to dismiss | L210 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **5.50** | | **$1,311.75** |

## COSTS & EXPENSES

01/15/13  Pacer Service Center; Data Search; Account                        17.50

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   340361 | CLIENT    GMAC ResCap | Page | 2 |
|---|---|---|---|
| | MATTER    De Vico, Robert | | |

|  |  |  |
|---|---|---|
| | ID#SW0817-Q42012. Usage: 10/01/12-12/31/12. | |
| 01/15/13 | Pacer Service Center; Data Search; Account ID# SW0122. Usage: 10/01/12-12/31/12 | 11.10 |
| | **TOTAL COSTS & EXPENSES** | **$28.60** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.70 | $166.95 |
| L190 | Other Case Assessment | 0.70 | $166.95 |
| L210 | Pleadings | 4.10 | $977.85 |
| | **TOTAL** | **5.50** | **$1,311.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 3.70 | 238.50 | $882.45 |
| Shaham, Yaron | YS | Special Counsel | 1.80 | 238.50 | $429.30 |
| | | **Total** | **5.50** | | **$1,311.75** |

| | |
|---|---|
| PRIOR FEES | $14,408.55 |
| PRIOR COSTS & EXPENSES | $210.90 |

| | |
|---|---|
| FEES | $1,311.75 |
| COSTS & EXPENSES | $28.60 |
| **TOTAL THIS INVOICE** | **$1,340.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340362    JBS                                February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1270    Lawrence, Marilyn
                  GMAC Matter No.: 725451

**TOTAL AMOUNT DUE**            $214.65

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340362    JBS                                    February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1270    Lawrence, Marilyn
                        GMAC Matter No.: 725451

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 12/03/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 12/03/12 | Receipt and review of Plaintiff's "Response to Order to Show Cause". | L190 | 0.20 | 238.50 | 47.70 |
| YS | 12/05/12 | Receipt, review and analysis of the Court's order dismissing co-defendant Quick Loan Funding | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 12/27/12 | Reviewed docket to confirm upcoming hearing dates and status of litigation. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 12/27/12 | Reviewed docket to confirm upcoming hearing dates and status of litigation. | L190 | 0.20 | 238.50 | 47.70 |
| YS | 01/03/13 | Draft status update for the case | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **0.90** | | **$214.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $23.85 |
| L190 | Other Case Assessment | 0.80 | $190.80 |
| | **TOTAL** | **0.90** | **$214.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Tuffaha, Joe | JHT | Associate | 0.60 | 238.50 | $143.10 |
| Shaham, Yaron | YS | Special Counsel | 0.30 | 238.50 | $71.55 |
| | **Total** | | **0.90** | | **$214.65** |

PRIOR FEES                    $1,399.05

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340362 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Lawrence, Marilyn | | |

|  | FEES | $214.65 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$214.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340363    JBS                                    February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1271 | Anyanwu, Charity |
| | | GMAC Matter No.: 728855 |

**TOTAL AMOUNT DUE**            $618.94

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    340363    JBS | February 19, 2013 |
|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1271    Anyanwu, Charity
GMAC Matter No.: 728855

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DL | 01/02/13 | Analyze Tenant Acccess' case management conference statement. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 01/14/13 | Attend case management conference and advise client of continuance of same. | L230 | 1.40 | 288.00 | 403.20 |
| | | **TOTAL** | | **1.50** | | **$432.00** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 01/08/13 | Cardmember Service/Chase (Acct #0705); Data Search; Los Angeles, CA, 90003 Los Angeles 12/04/12 | 58.99 |
| 01/14/13 | First Legal Network, LLC; Transmittal of filing to court;  LASC - Los Angeles CA 12/28/12 | 49.95 |
| 01/16/13 | CourtCall, LLC; CourtCall - Conference Service;  01/14/13 | 78.00 |

**TOTAL COSTS & EXPENSES**            **$186.94**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L110    Fact Investigation/Development | 0.10 | $28.80 |
| L230    Court Mandated Conferences | 1.40 | $403.20 |
| **TOTAL** | **1.50** | **$432.00** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
| Liu, David | DL    Associate | 1.50 | 288.00 | $432.00 |
| | **Total** | **1.50** | | **$432.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. 340363 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Anyanwu, Charity | | |

PRIOR FEES                         $6,428.25
PRIOR COSTS & EXPENSES             $177.90

| | |
|---|---|
| FEES | $432.00 |
| COSTS & EXPENSES | $186.94 |
| **TOTAL THIS INVOICE** | **$618.94** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      340364      JBS                                         February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1273       Jackson, Juanita
                       GMAC Matter No.: 728508

**TOTAL AMOUNT DUE**          $259.20

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340364    JBS                                              February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1273    Jackson, Juanita
GMAC Matter No.: 728508

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 12/03/12 | Analyze court docket re status of order on default prove up hearing. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/04/12 | Analyze docket for order on plaintiff's default prove up and advise client that no order entered yet. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 12/24/12 | Analyze docket for results of plaintiff's prove-up hearing against First Federal and advise client of continuance of hearing. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 12/30/12 | Prepare case update for client on case chart. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 01/28/13 | Analyze court docket and order on plaintiff's default prove-up as to First Federal Bank and prepare correspondence to client re same. | L110 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | **0.90** | | **$259.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.90 | $259.20 |
| | **TOTAL** | **0.90** | **$259.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.90 | 288.00 | $259.20 |
| | **Total** | | **0.90** | | **$259.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340364 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Jackson, Juanita | | |

| PRIOR FEES | | $1,669.05 | |
|---|---|---|---|
| | | FEES | $259.20 |
| | | **TOTAL THIS INVOICE** | **$259.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340365    JBS                                    February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1291    Allen, Pearlie
                  GMAC Matter No.: 728835

**TOTAL AMOUNT DUE**            $241.20

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340365    JBS                                      February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1291    Allen, Pearlie
GMAC Matter No.: 728835

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 01/04/13 | Attention to potential settlement, modification review. | L160 | 0.20 | 333.00 | 66.60 |
| SMH | 01/17/13 | Attention to status of modification review. | L160 | 0.10 | 333.00 | 33.30 |
| KWF | 01/17/13 | Analyze file status, prepare email to B. Eilenberg re: settlement. | L120 | 0.20 | 270.00 | 54.00 |
| SMH | 01/23/13 | Attention to status of potential modification review. | L160 | 0.10 | 333.00 | 33.30 |
| KWF | 01/29/13 | Prepare form interrogatories to Plaintiff. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **0.80** | | **$241.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $108.00 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $133.20 |
| | **TOTAL** | **0.80** | **$241.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 0.40 | 270.00 | $108.00 |
| Hankins, Suzanne | SMH | Member | 0.40 | 333.00 | $133.20 |
| | **Total** | | **0.80** | | **$241.20** |

PRIOR FEES                          $4,830.30
PRIOR COSTS & EXPENSES              $1,643.88

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 340365 | CLIENT | GMAC ResCap | Page 2 |
| | | MATTER | Allen, Pearlie | |

|  | |
|---|---|
| FEES | $241.20 |
| **TOTAL THIS INVOICE** | **$241.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340366    JBS                                          February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1293    Orozco, Javier and Ada
GMAC Matter No.: 729255

**TOTAL AMOUNT DUE**           $635.85

***\*\*\* REMITTANCE COPY \*\*\****
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340366    JBS                                      February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1293    Orozco, Javier and Ada
GMAC Matter No.: 729255

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| SMH | 12/13/12 | Attention to proposed strategy, request for modification review. | L120 | 0.20 | 333.00 | 66.60 |
| DB | 12/13/12 | Exchanged internal correspondence regarding status of case. | L120 | 0.20 | 256.50 | 51.30 |
| DB | 01/24/13 | Review email from D. Dishbak regarding status of case. | L110 | 0.10 | 256.50 | 25.65 |
| SMH | 01/25/13 | Attention to potential for modification review, court directive at prior Case Management Conference. | L150 | 0.20 | 333.00 | 66.60 |
| DB | 01/25/13 | Draft email to L. Delehey regarding request to review loan modification application. | L160 | 0.20 | 256.50 | 51.30 |
| DB | 01/25/13 | Internal communication regarding status of case and request for loan modification application. | L120 | 0.20 | 256.50 | 51.30 |
| DB | 01/29/13 | Exchange emails with D. Dishbak regarding status of case in light of upcoming case management conference. | L230 | 0.20 | 256.50 | 51.30 |
| DB | 01/30/13 | Telephone call to L. Delehey regarding status of case in light of upcoming case management conference. | L120 | 0.10 | 256.50 | 25.65 |
| SMH | 01/31/13 | Attention to sale of loan to Greentree. | L120 | 0.20 | 333.00 | 66.60 |
| DB | 01/31/13 | Draft email to L. Delehey regarding status of case in light of upcoming status conference. | L160 | 0.10 | 256.50 | 25.65 |
| DB | 01/31/13 | Telephone call with D. Dishbak regarding sale of loan and continuance of case management conference. | L110 | 0.20 | 256.50 | 51.30 |
| DB | 01/31/13 | Draft internal correspondence regarding | L110 | 0.10 | 256.50 | 25.65 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 340366 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Orozco, Javier & Ada | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | sale of loan to Green Tree and continuance of case management conference. | | | | |
| DB | 01/31/13 | Telephone call from clerk regarding continuance of case management conference. | L230 | 0.10 | 256.50 | 25.65 |
| DB | 01/31/13 | Telephone call from L. Delehey regarding sale of loan to Green Tree in light of upcoming case management conference. | L110 | 0.20 | 256.50 | 51.30 |
| | | **TOTAL** | | **2.30** | | **$635.85** |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.60 | $153.90 |
| L120 | Analysis/Strategy | 0.90 | $261.45 |
| L150 | Budgeting | 0.20 | $66.60 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $76.95 |
| L230 | Court Mandated Conferences | 0.30 | $76.95 |
| | **TOTAL** | **2.30** | **$635.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Berkley, David Allan | DB | Associate | 1.70 | 256.50 | $436.05 |
| Hankins, Suzanne | SMH | Member | 0.60 | 333.00 | $199.80 |
| | Total | | 2.30 | | $635.85 |

| PRIOR FEES | $5,922.45 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,171.59 |

| | FEES | $635.85 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$635.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340367    JBS                                                February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1294  | Rozen, Kelly Joseph |
|        |       | GMAC Matter No.: 729236 |

**TOTAL AMOUNT DUE**            $441.95

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     340367     JBS                                     February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1294     Rozen, Kelly Joseph
GMAC Matter No.: 729236

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 01/08/13 | Analyze correspondence from client re clearing second lien on property and examine trustee's sale guaranty re same. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 01/10/13 | Exchange correspondence with plaintiff's counsel re removing second lien on property. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 01/16/13 | Prepare case management conference statement. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 01/23/13 | Exchange correspondence with plaintiff and client re removing second lien to proceed with deed in lieu. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 01/25/13 | Exchange correspondence with client and plaintiff re removing second lien to proceed with deed in lieu. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 01/28/13 | Exchange correspondence with plaintiff and client re amount owing on second lien and GMAC possibly contributing to pay off lien. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 01/31/13 | Exchange correspondence with client and plaintiff re clearing second lien on property. | L160 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **1.50** | | **$432.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 01/28/13 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 01/16/13 | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$9.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.   340367 | **CLIENT**   GMAC ResCap | | | Page | 2 |
| | **MATTER**   Rozen, Kelly Joseph | | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 1.20 | $345.60 | | | |
| L430 | Written Motions/Submissions | 0.30 | $86.40 | | | |
| | **TOTAL** | **1.50** | **$432.00** | | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Liu, David | | DL | Associate | 1.50 | 288.00 | $432.00 |
| | | **Total** | | **1.50** | | **$432.00** |

| | | |
|---|---|---|
| PRIOR FEES | $5,233.95 | |
| PRIOR COSTS & EXPENSES | $577.52 | |

| | |
|---|---|
| FEES | $432.00 |
| COSTS & EXPENSES | $9.95 |
| **TOTAL THIS INVOICE** | **$441.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340368    JBS

February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1297    Kabat, Walter C.
                  GMAC Matter No.: 729092

**TOTAL AMOUNT DUE**          $214.65

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340368    JBS

February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1297    Kabat, Walter C.
GMAC Matter No.: 729092

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| YS | 12/03/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 12/18/12 | Draft correspondence to client regarding responding to the default judgment debtor obtained in light of the reduction of the lien and the value of the subject property | L190 | 0.60 | 238.50 | 143.10 |
| YS | 01/03/13 | Draft status update for the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 01/23/13 | Receipt, review and analysis of the Court's order where the Bankruptcy Judge is recusing himself from the adversary proceeding | L120 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **0.90** | | **$214.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $23.85 |
| L190 | Other Case Assessment | 0.80 | $190.80 |
| | **TOTAL** | **0.90** | **$214.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Shaham, Yaron | YS | Special Counsel | 0.90 | 238.50 | $214.65 |
| | Total | | **0.90** | | **$214.65** |

PRIOR FEES                    $2,543.40
PRIOR COSTS & EXPENSES        $103.54

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. 340368 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Kabat, Walter C. | | |

|  |  |
|---|---|
| FEES | $214.65 |
| **TOTAL THIS INVOICE** | **$214.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340369    JBS                                February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1300    Hildebrandt, Joanne
                  GMAC Matter No.: 729582

**TOTAL AMOUNT DUE**            $1,049.40

***\*\*\* REMITTANCE COPY \*\*\****
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340369    JBS                                    February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1300    Hildebrandt, Joanne
                        GMAC Matter No.: 729582

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 01/04/13 | Attention to impact of HBOR on decision to move forward with sale three days after denial of modification. | L120 | 0.30 | 270.00 | 81.00 |
| SMH | 01/04/13 | Attention to review status, implication of new HBOR. | L120 | 0.20 | 333.00 | 66.60 |
| KWF | 01/18/13 | Prepare email to C. DiCicco re: file status and loan modification denial. | L120 | 0.20 | 270.00 | 54.00 |
| SMH | 01/23/13 | Attention to proposed denial letter, deficiencies re same. | L120 | 0.20 | 333.00 | 66.60 |
| KWF | 01/23/13 | Telephone conference with Plaintiff's counsel's office re: status of loan modification review. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 01/23/13 | Receive and analyze denial letter from GMAC re: loan modification request. Evaluate compliance with Homeowners Bill of Rights. | L120 | 0.40 | 270.00 | 108.00 |
| SMH | 01/24/13 | Attention to proposed modification denial letter, issues related to HBOR. | L160 | 0.20 | 333.00 | 66.60 |
| KWF | 01/24/13 | Prepare email to C. DiCicco with suggested revisions to modification denial letter. | L120 | 0.50 | 270.00 | 135.00 |
| KWF | 01/25/13 | Evaluate client options for advising of loan modification denial without violating HBOR. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 01/25/13 | Prepare email to C. DiCicco re: appeal review and possible service transfer. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 01/25/13 | Telephone conference with C. DiCicco re: handling of modification denial letter. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 01/25/13 | Prepare email to L. Gurevich with loan | L120 | 0.10 | 270.00 | 27.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340369 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Hildebrandt, Joanne | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | modification denial letter. | | | | | |
| SMH | 01/28/13 | Attention to HBOR impact of denial letter, potential ex parte by plaintiff. | L120 | 0.20 | 333.00 | | 66.60 |
| KWF | 01/28/13 | Prepare email to C. DiCicco re: HBOR compliance and communication with Plaintiff's counsel. | L120 | 0.30 | 270.00 | | 81.00 |
| KWF | 01/28/13 | Analysis of Court minute order on stay due to Rescap bankruptcy. | L120 | 0.20 | 270.00 | | 54.00 |
| KWF | 01/28/13 | Prepare email to L. Gurevich re: modification denial. | L120 | 0.10 | 270.00 | | 27.00 |
| | | **TOTAL** | | **3.70** | | | **$1,049.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 3.50 | $982.80 | | | |
| L160 | Settlement/Non-Binding ADR | 0.20 | $66.60 | | | |
| | **TOTAL** | **3.70** | **$1,049.40** | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | | 2.60 | 270.00 | $702.00 |
| Sullivan, Mary Kate | MKS | Member | | 0.30 | 270.00 | $81.00 |
| Hankins, Suzanne | SMH | Member | | 0.80 | 333.00 | $266.40 |
| | | Total | | **3.70** | | **$1,049.40** |

| | | | | |
|---|---|---|---|---|
| PRIOR FEES | | | $6,326.10 | |
| PRIOR COSTS & EXPENSES | | | $990.85 | |

| | | |
|---|---|---|
| FEES | | $1,049.40 |
| **TOTAL THIS INVOICE** | | **$1,049.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340371    JBS                           February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1316    Zeppeiro, Peter
GMAC Matter No.: 730045

**TOTAL AMOUNT DUE**        $238.80

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340371    JBS                                    February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1316    Zeppeiro, Peter
                         GMAC Matter No.: 730045

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DL | 01/03/13 | Analyze letter from title company regarding title claim. | L110 | 0.30 | 288.00 | 86.40 |
| DL | 01/07/13 | Prepare analysis for client re title company's letter re coverage for covered and non-covered claims and affect of current bankruptcy stay on title claim. | L110 | 0.30 | 288.00 | 86.40 |
| DL | 01/14/13 | Analyze correspondence from client re title not providing coverage for certain claims not stayed by bankruptcy. | L110 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **0.80** | | **$230.40** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 01/15/13 | Pacer Service Center; Data Search; Account ID# SW0122. Usage: 10/01/12-12/31/12 | 8.40 |
| | **TOTAL COSTS & EXPENSES** | **$8.40** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L110    Fact Investigation/Development | 0.80 | $230.40 |
| **TOTAL** | **0.80** | **$230.40** |

| Timekeeper | Position | Hours | Rate | Value |
|-----------|----------|-------|------|-------|
| Liu, David | DL    Associate | 0.80 | 288.00 | $230.40 |
| | **Total** | **0.80** | | **$230.40** |

PRIOR FEES                        $13,176.90

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    340371 | CLIENT    GMAC ResCap | Page    2 |
| | MATTER    Zeppeiro, Peter | |

PRIOR COSTS & EXPENSES                    $321.13

|  | |
| --- | --- |
| FEES | $230.40 |
| COSTS & EXPENSES | $8.40 |
| **TOTAL THIS INVOICE** | **$238.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson *&* Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340373    JBS                                      February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1327    Ganci, Ashley
                 GMAC Matter No.: 730090

**TOTAL AMOUNT DUE**          $954.00

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340373    JBS                                    February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1327    Ganci, Ashley
                        GMAC Matter No.: 730090

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 01/03/13 | Draft status update for the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 01/09/13 | Draft correspondence to client regarding plaintiff's acceptance of the loan modification agreement | L160 | 0.20 | 238.50 | 47.70 |
| YS | 01/14/13 | Draft settlement agreement in light of loan modification being presented to plaintiff | L160 | 2.70 | 238.50 | 643.95 |
| YS | 01/14/13 | Draft correspondence to plaintiff's counsel regarding the terms and conditions of the proposed loan modification agreement | L160 | 0.30 | 238.50 | 71.55 |
| YS | 01/15/13 | Draft correspondence to plaintiff's counsel regarding the proposed settlement agreement and finalizing the loan modification agreement | L160 | 0.30 | 238.50 | 71.55 |
| YS | 01/21/13 | Draft correspondence to client regarding plaintiff's approval of the settlement agreement and loan modification agreement | L190 | 0.30 | 238.50 | 71.55 |
| YS | 01/21/13 | Receipt, review and analysis of correspondence from plaintiff's counsel regarding his client's approval of the settlement agreement and loan modification agreement | L120 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **4.00** | | **$954.00** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. 340373 | **CLIENT** | GMAC ResCap | | Page | 2 |
| | **MATTER** | Ganci, Ashley | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $23.85 | | |
| L160 | Settlement/Non-Binding ADR | 3.50 | $834.75 | | |
| L190 | Other Case Assessment | 0.40 | $95.40 | | |
| | **TOTAL** | **4.00** | **$954.00** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 4.00 | 238.50 | $954.00 |
| | **Total** | | **4.00** | | **$954.00** |

PRIOR FEES                    $5,236.65
PRIOR COSTS & EXPENSES        $199.80

|  |  |
|---|---|
| FEES | $954.00 |
| **TOTAL THIS INVOICE** | **$954.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson *&*Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      340374      JBS                                         February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1332 | Dale, Robert D. |
| | | GMAC Matter No.: 730281 |

**TOTAL AMOUNT DUE**              $245.40

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340374    JBS                                   February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1332    Dale, Robert D.
                        GMAC Matter No.: 730281

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 12/05/12 | Prepare case update for client. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/07/12 | Analyze order granting co-defendant's motion to expunge lis pendens. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/10/12 | Check docket re status of Wells Fargo's judgment and advise client of case status. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 12/30/12 | Prepare case update for client on case chart. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 01/17/13 | Prepare case management conference statement. | L430 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | **0.80** | | **$230.40** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 12/26/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange Co Superior Court WE CA 09/17/12 | 7.50 |
| 12/30/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange Co Superior Court WE CA 11/20/12 | 7.50 |
| | **TOTAL COSTS & EXPENSES** | **$15.00** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L110    Fact Investigation/Development | 0.50 | $144.00 |
| L430    Written Motions/Submissions | 0.30 | $86.40 |
| **TOTAL** | **0.80** | **$230.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    340374 | CLIENT    GMAC ResCap | | | | Page    2 |
| | MATTER    Dale, Robert D. | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 0.80 | 288.00 | $230.40 |
| | **Total** | | **0.80** | | **$230.40** |

| PRIOR FEES | $2,911.50 |
|---|---|
| PRIOR COSTS & EXPENSES | $113.54 |

| | FEES | $230.40 |
|---|---|---|
| | COSTS & EXPENSES | $15.00 |
| | **TOTAL THIS INVOICE** | **$245.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      340375      JBS                                                February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1335        Jones, Emertha
                              GMAC Matter No.: 730533

**TOTAL AMOUNT DUE**            $201.60

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340375    JBS                                    February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1335    Jones, Emertha
GMAC Matter No.: 730533

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 12/05/12 | Prepare case update for client. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/10/12 | Analyze docket re setting of case management conference and advise client of same. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 12/30/12 | Prepare case update for client on case chart. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 01/17/13 | Prepare case management conference statement. | L430 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | **0.70** | | **$201.60** |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.40 | $115.20 |
| L430 | Written Motions/Submissions | 0.30 | $86.40 |
| | **TOTAL** | **0.70** | **$201.60** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
| Liu, David | DL    Associate | 0.70 | 288.00 | $201.60 |
| | Total | **0.70** | | **$201.60** |

PRIOR FEES                        $1,873.35
PRIOR COSTS & EXPENSES            $198.49

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340375 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Jones, Emertha | | |

|  | FEES | $201.60 |
| **TOTAL THIS INVOICE** | | **$201.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## *&* Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     340376     JBS                          February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1337      Pichardo, Julio
                     GMAC Matter No.: 730487

**TOTAL AMOUNT DUE**          **$341.10**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340376    JBS                                February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1337    Pichardo, Julio
                        GMAC Matter No.: 730487

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 12/03/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 12/03/12 | Reviewed correspondence from Plaintiff regarding the classification of his loan. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 12/03/12 | Corresponded with Plaintiff's counsel regarding the status of their representation of Plaintiff and Plaintiff's inappropriate attempts to contact our offices directly. | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 12/27/12 | Reviewed docket to confirm upcoming hearing dates and status of litigation. | L190 | 0.20 | 238.50 | 47.70 |
| YS | 01/03/13 | Draft status update for the case | L190 | 0.10 | 238.50 | 23.85 |
| RJG | 01/17/13 | Correspondence with our client to respond to an inquiry regarding improper borrower contact with our client. | L120 | 0.20 | 274.50 | 54.90 |
| YS | 01/17/13 | Draft correspondence to client regarding pending hearing dates and dealing with plaintiff's harassing phone calls and messages regarding the subject loan | L190 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **1.40** | | **$341.10** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    340376 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Pichardo, Julio | | |

| | | | | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | | 0.20 | $54.90 | |
| L190 | Other Case Assessment | | 1.20 | $286.20 | |
| | **TOTAL** | | **1.40** | **$341.10** | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.70 | 238.50 | $166.95 |
| Gandy, Robert | RJG | Special Counsel | 0.20 | 274.50 | $54.90 |
| Shaham, Yaron | YS | Special Counsel | 0.50 | 238.50 | $119.25 |
| | | **Total** | **1.40** | | **$341.10** |

PRIOR FEES                              $5,378.40
PRIOR COSTS & EXPENSES            $471.58

|  |  |  |
|---|---|---|
| FEES | $341.10 |
| **TOTAL THIS INVOICE** | **$341.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340377    JBS                                    February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1338    Saldana, Mariana and Juan
GMAC Matter No.: 730413

**TOTAL AMOUNT DUE**              $563.55

**\*\*\* *REMITTANCE COPY* \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340377    JBS                                          February 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1338    Saldana, Mariana and Juan
GMAC Matter No.: 730413

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| KWF | 12/06/12 | Prepare email to client, C. Bonelle, re: results of ex parte application. | L120 | 0.30 | 270.00 | 81.00 |
| BAE | 01/01/13 | Attend case management conference via courtcall. | L230 | 0.70 | 247.50 | 173.25 |
| SMH | 01/08/13 | Attention to status. | L120 | 0.10 | 333.00 | 33.30 |
| KWF | 01/08/13 | Analyze file status and court docket. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 01/08/13 | Prepare email to client, C. Bonello, with status update re: order to show cause. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **1.50** | | **$395.55** |

### COSTS & EXPENSES

| | | |
|------|-------------|-------|
| 12/30/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; CNTY RVSD Online Civil MO Riverside CA 11/27/12 | 90.00 |
| 01/03/13 | CourtCall, LLC; CourtCall - Conference Service; 01/03/13 | 78.00 |

**TOTAL COSTS & EXPENSES**                    **$168.00**

### BILLING SUMMARY

| Task Code and Description | Hours | Amount | | | |
|--------------------------|-------|--------|---|---|---|
| L120    Analysis/Strategy | 0.80 | $222.30 | | | |
| L230    Court Mandated Conferences | 0.70 | $173.25 | | | |
| **TOTAL** | **1.50** | **$395.55** | | | |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 340377 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Saldana, Mariana & Juan | | | | |

| Name | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 0.70 | 247.50 | $173.25 |
| Franich, Kerry | KWF | Associate | 0.70 | 270.00 | $189.00 |
| Hankins, Suzanne | SMH | Member | 0.10 | 333.00 | $33.30 |
| | **Total** | | **1.50** | | **$395.55** |

PRIOR FEES                          $5,470.65
PRIOR COSTS & EXPENSES              $1,556.59

|  |  |
|---|---|
| FEES | $395.55 |
| COSTS & EXPENSES | $168.00 |
| **TOTAL THIS INVOICE** | **$563.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340391    JBS                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER    1269    Nyamekye, Adwoa
                 GMAC Matter No.: ~~717293~~  737580

**TOTAL AMOUNT DUE**              $1,467.15

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340391 | JBS | | February 20, 2013 |
|---|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 1269    Nyamekye, Adwoa
GMAC Matter No.: 717293

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| YS | 01/03/13 | Draft status update for the case | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 01/09/13 | Appeared at hearing on Ex Parte Application to Dismiss Action. | L210 | 1.70 | 238.50 | 405.45 |
| YS | 01/11/13 | Draft and prepare clients' case management statement in light of pending case management conference hearing | L210 | 0.40 | 238.50 | 95.40 |
| YS | 01/16/13 | Draft clients' ex parte application to dismiss the case due to plaintiff's failure to file an amended complaint, memorandum of points and authorities, and declaration of Yaron Shaham in support thereof | L210 | 2.90 | 238.50 | 691.65 |
| YS | 01/16/13 | Draft proposed order on ex parte application to dismiss the case as to clients since plaintiff has not filed an amended complaint | L210 | 0.30 | 238.50 | 71.55 |
| JHT | 01/17/13 | Prepared for hearing on Ex Parte Application to Dismiss Action. | L210 | 0.50 | 238.50 | 119.25 |
| | | **TOTAL** | | **5.90** | | **$1,407.15** |

### COSTS & EXPENSES

| 01/25/13 | Clerk of the Court -D; Court and Filing Fees; Ex Parte Hearing Fee. Draft#29753 1/16/13 | 60.00 |
|---|---|---|

### TOTAL COSTS & EXPENSES          $60.00

### BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   340391 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Nyamekye, Adwoa | | |

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.10 | $23.85 |
| L210 | Pleadings | 5.80 | $1,383.30 |
| | **TOTAL** | **5.90** | **$1,407.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 2.20 | 238.50 | $524.70 |
| Shaham, Yaron | YS | Special Counsel | 3.70 | 238.50 | $882.45 |
| | Total | | **5.90** | | **$1,407.15** |

| PRIOR FEES | $6,422.85 |
|---|---|
| PRIOR COSTS & EXPENSES | $461.56 |

| | |
|---|---|
| FEES | $1,407.15 |
| COSTS & EXPENSES | $60.00 |
| **TOTAL THIS INVOICE** | **$1,467.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340392    JBS                                   February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1344    Edwards, Lawrence M.
                  GMAC Matter No.: 731153

**TOTAL AMOUNT DUE**              $621.00

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   340392   JBS | February 20, 2013 |
|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1344    Edwards, Lawrence M.
GMAC Matter No.: 731153

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| KWF | 01/02/13 | Review and analyze Plaintiff's opposition to co-defendant's demurrer to complaint. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 01/17/13 | Prepare case management conference statement. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 01/28/13 | Prepare for appearance at case management conference. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 01/29/13 | Appear at case management conference. | L120 | 1.00 | 270.00 | 270.00 |
| KWF | 01/29/13 | Prepare email to C. DiCicco re: waiver of costs and outcome of case management conference. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 01/29/13 | Prepare notice of ruling. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 01/29/13 | Prepare email to Plaintiff's counsel re: dismissal in exchange for waiver of costs. | L120 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **2.30** | | **$621.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.00 | $540.00 |
| L210 | Pleadings | 0.30 | $81.00 |
| | **TOTAL** | **2.30** | **$621.00** |

| Timekeeper | Position | Hours | Rate | Value |
|---|---|---|---|---|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340392 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Edwards, Lawrence M. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Franich, Kerry | | KWF | Associate | 2.30 | 270.00 | $621.00 |
| | | **Total** | | **2.30** | | **$621.00** |

PRIOR FEES                        $976.05

| | | |
|---|---|---|
| | FEES | $621.00 |
| **TOTAL THIS INVOICE** | | **$621.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        340393        JBS                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000    GMAC ResCap
MATTER        1346     Marquez, Edgardo M.
                       GMAC Matter No.: 731029

**TOTAL AMOUNT DUE**              **$214.65**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340393    JBS

February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1346    Marquez, Edgardo M.
GMAC Matter No.: 731029

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 01/03/13 | Draft status update for the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 01/08/13 | Draft clients' notice of the order sustaining the demurrer without leave to amend | L210 | 0.30 | 238.50 | 71.55 |
| YS | 01/08/13 | Draft clients' notice of judgment of dismissal | L210 | 0.30 | 238.50 | 71.55 |
| YS | 01/15/13 | Draft correspondence to in house counsel at MERS regarding the dismissal of the case with prejudice | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **0.90** | | **$214.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L190 | Other Case Assessment | 0.30 | $71.55 |
| L210 | Pleadings | 0.60 | $143.10 |
| | **TOTAL** | **0.90** | **$214.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Shaham, Yaron | YS | Special Counsel | 0.90 | 238.50 | $214.65 |
| | **Total** | | **0.90** | | **$214.65** |

| | |
|---|---|
| PRIOR FEES | $10,089.00 |
| PRIOR COSTS & EXPENSES | $1,794.86 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340393    CLIENT    GMAC ResCap                              Page        2
                        MATTER    Marquez, Edgardo M.

|  | |
|---|---|
| FEES | $214.65 |
| **TOTAL THIS INVOICE** | **$214.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      340394      JBS                                        February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1349  | Martinez, Erica |
|        |       | GMAC Matter No.: 731380 |

**TOTAL AMOUNT DUE**          $1,361.25

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340394 | JBS | February 20, 2013 |
|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1349    Martinez, Erica
GMAC Matter No.: 731380

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ANB | 01/10/13 | Communication with Plaintiff's counsel regarding meeting with client to discuss terms settlement, further conference with Plaintiff's counsel advising agreed to loan modification, and prepare for Status Conference | L230 | 0.50 | 292.50 | 146.25 |
| ANB | 01/10/13 | Appear at continued Status Conference | L230 | 0.50 | 292.50 | 146.25 |
| ANB | 01/17/13 | Draft, review and revise Settlement Agreement and Release and forward to client for review | L210 | 2.00 | 292.50 | 585.00 |
| ANB | 01/22/13 | Review signed copy of Loan Modification, forward to client and follow up on return of draft settlement agreement from client | L120 | 0.30 | 292.50 | 87.75 |
| ANB | 01/29/13 | Request for update on return of Settlement Agreement from Plaintiff's counsel | L120 | 0.20 | 292.50 | 58.50 |
| ANB | 01/30/13 | Phone conference with Plaintiff's counsel to discuss terms of settlement agreement, and advise client that Plaintiff is requesting one paragraph be removed | L120 | 0.50 | 292.50 | 146.25 |
| TSH | 01/30/13 | Draft Withdrawal and Certificate of Service for GMACM's Withdrawal of Motion to Dismiss Adversary Complaint filed in USBC Eastern District of California case number 12-01129. | L210 | 0.20 | 225.00 | 45.00 |
| ANB | 01/31/13 | Phone conference with client to discuss modifying language in settlement agreement, and revise and forward | L120 | 0.50 | 292.50 | 146.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    340394 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Martinez, Erica | | |

modified language to client

**TOTAL**                                          **4.70**                        **$1,361.25**

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.50 | $438.75 |
| L210 | Pleadings | 2.20 | $630.00 |
| L230 | Court Mandated Conferences | 1.00 | $292.50 |
| | **TOTAL** | **4.70** | **$1,361.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 4.50 | 292.50 | $1,316.25 |
| Holmes, Toriana | TSH | Associate | 0.20 | 225.00 | $45.00 |
| | **Total** | | **4.70** | | **$1,361.25** |

| | |
|---|---|
| PRIOR FEES | $7,940.25 |
| PRIOR COSTS & EXPENSES | $182.04 |

| | |
|---|---|
| FEES | $1,361.25 |
| **TOTAL THIS INVOICE** | **$1,361.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340395    JBS                                                February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1354     Zaveri, Mohammed Y.
                     GMAC Matter No.: 731363

**TOTAL AMOUNT DUE**          $355.55

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340395    JBS                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1354    Zaveri, Mohammed Y.
GMAC Matter No.: 731363

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 01/03/13 | Exchange correspondence with client and plaintiff re postponement of sale. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 01/04/13 | Exchange further correspondence with client and plaintiff re postponement of sale. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 01/16/13 | Prepare case management conference statement. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 01/22/13 | Analyze plaintiff's status conference statement. | L430 | 0.10 | 288.00 | 28.80 |
| DL | 01/24/13 | Exchange correspondence with client and plaintiff re documents needed for loan modification. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 01/30/13 | Exchange correspondence with plaintiff re status of loan modification review and status conference. | L110 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **1.20** | | **$345.60** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 01/28/13 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 01/16/13 | | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$9.95** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.20 | $57.60 |
| L160 | Settlement/Non-Binding ADR | 0.60 | $172.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340395 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Zaveri, Mohammed Y. | | | | |

| L430 | Written Motions/Submissions | | 0.40 | $115.20 | | |
|---|---|---|---|---|---|---|
| | **TOTAL** | | **1.20** | **$345.60** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.20 | 288.00 | $345.60 |
| | **Total** | | **1.20** | | **$345.60** |

| PRIOR FEES | $3,194.55 |
|---|---|
| PRIOR COSTS & EXPENSES | $963.69 |

| | |
|---|---|
| FEES | $345.60 |
| COSTS & EXPENSES | $9.95 |
| **TOTAL THIS INVOICE** | **$355.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340396    JBS                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1355 | Hernandez, Delia |
| | | GMAC Matter No.: 730959 |

**TOTAL AMOUNT DUE**                $636.50

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340396    JBS                                February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1355    Hernandez, Delia
                        GMAC Matter No.: 730959

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 01/03/13 | Draft status update for the case | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 01/07/13 | Prepared Case Management Statement. | L220 | 0.50 | 238.50 | 119.25 |
| JHT | 01/21/13 | Prepared for Case Management Conference. | L230 | 0.50 | 238.50 | 119.25 |
| JHT | 01/22/13 | Appeared at Case Management Conference. | L230 | 1.00 | 238.50 | 238.50 |
| JHT | 01/22/13 | Drafted correspondence to client regarding status of litigation. | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **2.30** | | **$548.55** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 01/16/13 | CourtCall, LLC; CourtCall - Conference Service; 01/22/13 | 78.00 |
| 01/25/13 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement of Homecomings Financial, LLC 01/07/13 | 9.95 |

**TOTAL COSTS & EXPENSES**                              **$87.95**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L190    Other Case Assessment | 0.30 | $71.55 |
| L220    Preliminary Injunctions/Provis | 0.50 | $119.25 |
| L230    Court Mandated Conferences | 1.50 | $357.75 |
| **TOTAL** | **2.30** | **$548.55** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   340396 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Hernandez, Delia | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 2.20 | 238.50 | $524.70 |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | **2.30** | | **$548.55** |

PRIOR FEES                          $3,056.85

|  |  |
|---|---|
| FEES | $548.55 |
| COSTS & EXPENSES | $87.95 |
| **TOTAL THIS INVOICE** | **$636.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340397    JBS                                      February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1361 | Carmelle, Nevine |
| | | GMAC Matter No.: 731591 |

**TOTAL AMOUNT DUE**          $346.55

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340397    JBS                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1361    Carmelle, Nevine
GMAC Matter No.: 731591

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 01/02/13 | Prepare email to borrower's real estate agent re: purchase offer. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 01/02/13 | Prepare email to client, A. Hartshorn, re: completed financial analysis form. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 01/10/13 | Telephone conference with client, A. Hartshorn, re: short sale status and single point of contact. | L120 | 0.30 | 270.00 | 81.00 |
| SMH | 01/14/13 | Attention to short sale status. | L120 | 0.20 | 333.00 | 66.60 |
| KWF | 01/14/13 | Receive and analyze short sale offer. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 01/14/13 | Prepare email to client, A. Hartshorn, with short sale offer. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 01/16/13 | Prepare email to A. Hartshorn with dismissal. | L120 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **1.20** | | **$336.60** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 01/28/13 | One Legal, Inc.; Transmittal of filing to court; Request for Dismissal with Prejudice - Entire Action 01/15/13 | 9.95 |

**TOTAL COSTS & EXPENSES**                            **$9.95**

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 1.20 | $336.60 |
| **TOTAL** | **1.20** | **$336.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340397    CLIENT    GMAC ResCap                                    Page    2
                        MATTER    Carmelle, Nevine

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 1.00 | 270.00 | $270.00 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **1.20** | | **$336.60** |

PRIOR FEES                         $8,308.80
PRIOR COSTS & EXPENSES             $1,594.37

| | |
|---|---|
| FEES | $336.60 |
| COSTS & EXPENSES | $9.95 |
| **TOTAL THIS INVOICE** | **$346.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     340398     JBS                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1364     Shepherd, Scott
                   GMAC Matter No.: 731678

**TOTAL AMOUNT DUE**          $2,373.60

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340398    JBS                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1364    Shepherd, Scott
                        GMAC Matter No.: 731678

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RMI | 01/02/13 | Review further email from plaintiff's counsel re status of trial payment documents. Prepare email to plaintiff's counsel in response to inquiry re trial payment documents. | L110 | 0.20 | 247.50 | 49.50 |
| RMI | 01/02/13 | Prepare email to client re trial modification paperwork. Review email from client re trial payment plan. | L110 | 0.30 | 247.50 | 74.25 |
| RMI | 01/02/13 | Review multiple emails from plaintiff's counsel re status of trial modification paperwork. Attention to file re trial modification documents. Prepare multiple emails to plaintiff's counsel re trial modification paperwork. | L120 | 0.50 | 247.50 | 123.75 |
| RMI | 01/02/13 | Prepare email to client re CMC. | L230 | 0.20 | 247.50 | 49.50 |
| RMI | 01/02/13 | Prepare case management conference statement. | L230 | 0.30 | 247.50 | 74.25 |
| RMI | 01/03/13 | Call from plaintiff's counsel re status of trial payment pland documents. | L110 | 0.20 | 247.50 | 49.50 |
| RMI | 01/03/13 | Call to client re trial payment plan documents. Prepare email re call to client re trial payment plan documents. | L110 | 0.20 | 247.50 | 49.50 |
| RMI | 01/04/13 | Attention to file re preparation for CMC hearing and request for OSC continuance. Prepare outline of case history and argument in preparation for hearing. | L230 | 0.60 | 247.50 | 148.50 |
| SMH | 01/07/13 | Attention to status, continued hearing dates. | L120 | 0.20 | 333.00 | 66.60 |
| GWJ | 01/07/13 | Attendance at Case Management | L230 | 1.10 | 261.00 | 287.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340398 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Shepherd, Scott | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Conference. | | | | |
| RMI | 01/07/13 | Review email from plaintiff's counsel re trial payment coupons. Prepare email to client re trial payment coupons. | L120 | 0.30 | 247.50 | 74.25 |
| RMI | 01/07/13 | Review email from G.Walser-Jolly re CMC update. Prepare Notice of Ruling re case management conference. Prepare email to client re case management conference and case strategy. | L230 | 0.50 | 247.50 | 123.75 |
| RMI | 01/07/13 | Conference with G.Walser-Jolly re case history and strategy re CMC. | L230 | 0.20 | 247.50 | 49.50 |
| RMI | 01/08/13 | Review correspondence from court re notice of ruling re CMC. | L230 | 0.20 | 247.50 | 49.50 |
| RMI | 01/08/13 | Review email from client re payment coupons and trial payment documents. Prepare email to client re payment coupons. Attention to file re modification terms. Prepare email to plaintiff's counsel re trial payments and modification terms. | L120 | 0.50 | 247.50 | 123.75 |
| RMI | 01/09/13 | Review multiple emails from plaintiff's counsel re confirmation of trial payment and change of attorney. Prepare email to plaintiff's counsel re change of attorney. | L110 | 0.40 | 247.50 | 99.00 |
| RMI | 01/16/13 | Review multiple emails from plaintiff's counsel re trial payments and modification inquiries. Prepare multiple emails to client re trial payment plan. Conference with plaintiff's counsel re trial payments and modification. | L120 | 0.70 | 247.50 | 173.25 |
| RMI | 01/17/13 | Conference with plaintiff's counsel re trial modification. Prepare email re conference with plaintiff's counsel. | L120 | 0.30 | 247.50 | 74.25 |
| RMI | 01/17/13 | Review notice of ruling from plaintiff's counsel re status conference. Call to plaintiff's counsel re filing of notice of ruling. | L210 | 0.30 | 247.50 | 74.25 |
| RMI | 01/24/13 | Prepare email to plaintiff's counsel re status of trial payments and documentation of trial payments. Review emails from plaintiff's counsel | L160 | 0.40 | 247.50 | 99.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340398 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Shepherd, Scott | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | re documentation of trial payments and inquiry re terms of trial payment plan. Conference with plaintiff's counsel re trial payments. | | | | |
| RMI | 01/24/13 | Conference with client re trial payment terms and status of trial payments. | L160 | 0.30 | 247.50 | 74.25 |
| RMI | 01/24/13 | Review email from plaintiff's counsel re status of trial payment documents and confirmation of plaintiff's trial payments.  Call to plaintiff's counsel re status of trial payment documents. | L120 | 0.30 | 247.50 | 74.25 |
| RMI | 01/25/13 | Review message from plaintiff's counsel re inquiry from plaintiff re trial payment.  Attention to client documents re inquiry from plaintiff.  Call to plaintiff's counsel re plaintiff's inquiry re trial payments. | L120 | 0.50 | 247.50 | 123.75 |
| RMI | 01/31/13 | Call from plaintiff's counsel re status of modification documents.  Call to client re status of modification documents.  Conference with plaintiff's counsel re modification and possible settlement. | L160 | 0.60 | 247.50 | 148.50 |
| | | **TOTAL** | | **9.30** | | **$2,333.70** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 01/30/13 | One Legal, Inc.; Transmittal of filing to court; Stipulation to Continue Hearing on OSC re: Preliminary Injunction...including Court Filing Fee $29.95 12/04/12 | 29.95 |
| 01/30/13 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 12/31/12 | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$39.90** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.30 | $321.75 |
| L120 | Analysis/Strategy | 3.30 | $833.85 |
| L160 | Settlement/Non-Binding ADR | 1.30 | $321.75 |
| L210 | Pleadings | 0.30 | $74.25 |
| L230 | Court Mandated Conferences | 3.10 | $782.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.   340398 | CLIENT   GMAC ResCap | | | Page | 4 |
| | MATTER   Shepherd, Scott | | | | |

| | | TOTAL | | 9.30 | $2,333.70 | |
|---|---|---|---|---|---|---|

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Walser-Jolly, Genevieve | GWJ | Associate | 1.10 | 261.00 | $287.10 |
| Ito, Ryan | RMI | Associate | 8.00 | 247.50 | $1,980.00 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | Total | | 9.30 | | $2,333.70 |

| | |
|---|---|
| PRIOR FEES | $12,012.75 |
| PRIOR COSTS & EXPENSES | $1,136.38 |

| | |
|---|---|
| FEES | $2,333.70 |
| COSTS & EXPENSES | $39.90 |
| **TOTAL THIS INVOICE** | **$2,373.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      340399      JBS                                                February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1366    Park, Jae Keun
GMAC Matter No.: 731798

**TOTAL AMOUNT DUE**              $351.00

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340399    JBS                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1366    Park, Jae Keun
GMAC Matter No.: 731798

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| KWF | 01/24/13 | Prepare draft settlement agreement. | L160 | 0.60 | 270.00 | 162.00 |
| KWF | 01/24/13 | Prepare email to Plaintiff's counsel with draft settlement agreement. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 01/24/13 | Telephone conference with Christina re: loan modification offer. | L160 | 0.30 | 270.00 | 81.00 |
| KWF | 01/24/13 | Prepare email to C. DiCicco re: monthly payment amount in loan modification. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 01/29/13 | Prepare email to Christina re: settlement and modification agreements. | L120 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **1.30** | | **$351.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 0.40 | $108.00 |
| L160    Settlement/Non-Binding ADR | 0.90 | $243.00 |
| **TOTAL** | **1.30** | **$351.00** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
| Franich, Kerry    KWF | Associate | 1.30 | 270.00 | $351.00 |
| Total | | **1.30** | | **$351.00** |

PRIOR FEES                        $1,935.00
PRIOR COSTS & EXPENSES            $103.84

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    340399 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Park, Jae Keun | | |

| | |
|---|---|
| FEES | $351.00 |
| **TOTAL THIS INVOICE** | **$351.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340400    JBS                                   February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER   1378     Twitty, Marc
                 GMAC Matter No.: 732106

**TOTAL AMOUNT DUE**            **$718.20**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340400    JBS                                     February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1378    Twitty, Marc
GMAC Matter No.: 732106

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DB | 01/01/13 | Draft email to L. Lopez and J. Holtgren with additional documents provided by borrower. | L160 | 0.10 | 256.50 | 25.65 |
| DB | 01/01/13 | Draft email to A. Singh regarding number of months per year NOR works. | L160 | 0.10 | 256.50 | 25.65 |
| DB | 01/02/13 | Telephone call to A. Singh regarding demurrer hearing. | L240 | 0.10 | 256.50 | 25.65 |
| DB | 01/03/13 | Draft email to Lety Lopez and Jenifer Holtgren regarding loan modification application. | L160 | 0.10 | 256.50 | 25.65 |
| DB | 01/03/13 | Reviewed email from A. Singh and letter of explanation from Twitty regarding seasonal employment of NO. | L160 | 0.20 | 256.50 | 51.30 |
| SMH | 01/07/13 | Review and evaluate first amended complaint in lieu of demurrer opposition. | L210 | 0.20 | 333.00 | 66.60 |
| SMH | 01/07/13 | Attention to status, opposition deadline, draft email re same. | L120 | 0.20 | 333.00 | 66.60 |
| DB | 01/07/13 | Review first amended complaint and notice from court that demurrer hearing is vacated. | L210 | 0.10 | 256.50 | 25.65 |
| DB | 01/08/13 | Review email from L. Lopez regarding loan modification application. | L160 | 0.10 | 256.50 | 25.65 |
| SMH | 01/23/13 | Attention to denial for HAMP and traditional modification. | L120 | 0.20 | 333.00 | 66.60 |
| KWF | 01/23/13 | Telephone conference with J. Holtgren re: denial of loan modification and compliance with Homeowners Bill of Rights. | L120 | 0.20 | 270.00 | 54.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340400    CLIENT    GMAC ResCap                    Page    2
                        MATTER    Twitty, Marc

| | | | | | | |
|---|---|---|---|---|---|---|
| KWF | 01/23/13 | Review and respond to email from D. Berkley re: loan modification denial. | L120 | 0.20 | 270.00 | 54.00 |
| DB | 01/23/13 | Draft internal memorandum regarding denial of loan modification and research regarding revised HAMP requirements. | L160 | 0.30 | 256.50 | 76.95 |
| DB | 01/23/13 | Research HAMP requirements in light of denial letters. | L160 | 0.30 | 256.50 | 76.95 |
| DB | 01/23/13 | Review email from L. Lopez and J. Holtgren regarding denial of loan modification application and review prior denial letters. | L160 | 0.20 | 256.50 | 51.30 |
| | | **TOTAL** | | **2.60** | | **$718.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $241.20 | | |
| L160 | Settlement/Non-Binding ADR | 1.40 | $359.10 | | |
| L210 | Pleadings | 0.30 | $92.25 | | |
| L240 | Dispositive Motions | 0.10 | $25.65 | | |
| | **TOTAL** | **2.60** | **$718.20** | | |
| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** |
| Berkley, David Allan | DB | Associate | 1.60 | 256.50 | $410.40 |
| Franich, Kerry | KWF | Associate | 0.40 | 270.00 | $108.00 |
| Hankins, Suzanne | SMH | Member | 0.60 | 333.00 | $199.80 |
| | **Total** | | **2.60** | | **$718.20** |

PRIOR FEES                        $10,171.35
PRIOR COSTS & EXPENSES            $984.85

FEES                    $718.20
**TOTAL THIS INVOICE**            **$718.20**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340401    JBS                                            February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1381 | Villalpado, David Francisco |
| | | GMAC Matter No.: 732309 |

**TOTAL AMOUNT DUE**            $613.80

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340401    JBS                                      February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1381    Villalpado, David Francisco
                        GMAC Matter No.: 732309

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MJE | 01/08/13 | Receipt and review of CMC Statement | L230 | 0.20 | 279.00 | 55.80 |
| MJE | 01/10/13 | Exchange of emails with C. DiCicco re strategy for handling case in light of upcoming OSC | L120 | 0.30 | 279.00 | 83.70 |
| MJE | 01/14/13 | Emails with C. DiCicco re income verifications needed from Plaintiff | L160 | 0.20 | 279.00 | 55.80 |
| MJE | 01/23/13 | Performed review of case and document history for any instances of dual tracking per instruction from client | L110 | 0.70 | 279.00 | 195.30 |
| MJE | 01/23/13 | Research re new requirements in terms of notifying buyer of modification application denial by writing and allowing time for appeal and phone call with C. DiCicco to discuss same | L120 | 0.80 | 279.00 | 223.20 |
| | | **TOTAL** | | **2.20** | | **$613.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.70 | $195.30 |
| L120 | Analysis/Strategy | 1.10 | $306.90 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $55.80 |
| L230 | Court Mandated Conferences | 0.20 | $55.80 |
| | **TOTAL** | **2.20** | **$613.80** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340401 | CLIENT<br>MATTER | GMAC ResCap<br>Villalpado, David Francisco | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| Esposito, Matthew | | MJE | Associate | 2.20 | 279.00 | $613.80 | | |
| | | **Total** | | **2.20** | | **$613.80** | | |

PRIOR FEES                          $6,549.30
PRIOR COSTS & EXPENSES      $1,551.35

|  | FEES | $613.80 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$613.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340402    JBS                          February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1384    Silver, Francine
GMAC Matter No.: 732710

**TOTAL AMOUNT DUE**          **$589.85**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340402    JBS                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1384    Silver, Francine
                        GMAC Matter No.: 732710

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DL | 01/07/13 | Exchange correspondence with plaintiff and client re loan modification documents. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 01/08/13 | Exchange correspondence with plaintiff and client re further postponement of sale pending loan modification review. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 01/10/13 | Exchange correspondence with client and plaintiff's counsel re further continuance of OSC re preliminary injunction. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 01/10/13 | Prepare stipulation to continue OSC re preliminary injunction and exchange correspondence with plaintiff re same. | L430 | 0.50 | 288.00 | 144.00 |
| DL | 01/14/13 | Finalize stipulation to continue hearing on OSC re preliminary injunction and exchange correspondence with plaintiff re same. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 01/15/13 | Exchange correspondence with client and plaintiff re documents needed for loan modification application. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 01/17/13 | Analyze signed stipulation by court to continue OSC and exchange correspondence with client and plaintiff re same. | L110 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | **1.80** | | **$518.40** |

## COSTS & EXPENSES

01/28/13  One Legal, Inc.; Transmittal of filing to court;                71.45

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   340402 | CLIENT   GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER   Silver, Francine | | | | |

Stipulation including Court Filing Fee $20
01/15/13

**TOTAL COSTS & EXPENSES**                                    **$71.45**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.90 | $259.20 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $115.20 |
| L430 | Written Motions/Submissions | 0.50 | $144.00 |
| | **TOTAL** | **1.80** | **$518.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.80 | 288.00 | $518.40 |
| | **Total** | | **1.80** | | **$518.40** |

PRIOR FEES                                    $11,156.40
PRIOR COSTS & EXPENSES                 $790.98

| | | |
|---|---|---|
| FEES | $518.40 |
| COSTS & EXPENSES | $71.45 |
| **TOTAL THIS INVOICE** | **$589.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340403    JBS

February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1385    Pham, Dinh
GMAC Matter No.: 732677

**TOTAL AMOUNT DUE**            $720.30

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340403    JBS                                February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1385    Pham, Dinh
            GMAC Matter No.: 732677

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| WJI | 01/04/13 | Draft case analysis for the case management conference statement. | L210 | 0.80 | 256.50 | 205.20 |
| WJI | 01/15/13 | Attend case management conference. | L230 | 1.40 | 256.50 | 359.10 |
| | | **TOTAL** | | **2.20** | | **$564.30** |

### COSTS & EXPENSES

| | | |
|--|--|--|
| 01/16/13 | CourtCall, LLC; CourtCall - Conference Service; 01/15/13 | 78.00 |
| 01/16/13 | CourtCall, LLC; CourtCall - Conference Service; 04/16/13 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$156.00** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L210 | Pleadings | 0.80 | $205.20 |
| L230 | Court Mandated Conferences | 1.40 | $359.10 |
| | **TOTAL** | **2.20** | **$564.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Idleman, William J. | WJI | Associate | 2.20 | 256.50 | $564.30 |
| | **Total** | | **2.20** | | **$564.30** |

| | |
|--|--|
| PRIOR FEES | $5,017.95 |
| PRIOR COSTS & EXPENSES | $1,028.09 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340403 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Pham, Dinh | | |

| | |
|---|---|
| FEES | $564.30 |
| COSTS & EXPENSES | $156.00 |
| **TOTAL THIS INVOICE** | **$720.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340404    JBS                                February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1391    Winick, Daniel S. and Claire
                  GMAC Matter No.: 705967

**TOTAL AMOUNT DUE**          $748.80

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340404    JBS                                      February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1391    Winick, Daniel S. and Claire
                        GMAC Matter No.: 705967

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DL | 01/02/13 | Analyze docket for opposition to demurrer. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 01/03/13 | Analyze docket for filing of opposition to demurrer. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 01/08/13 | Revise motion to enforce settlement and exchange correspondence with client re same. | L430 | 0.90 | 288.00 | 259.20 |
| DL | 01/08/13 | Exchange correspondence with plaintiff re settlement through forbearance of loan payments and exchange correspondence with client re same. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 01/09/13 | Analyze docket for filing of dismissal as to MERS and review order taking MERS' demurrer off-calendar. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 01/10/13 | Prepare notice of withdrawal of notice of bankruptcy and make final revisions to answer to complaint. | L430 | 0.40 | 288.00 | 115.20 |
| DL | 01/15/13 | Exchange correspondence with plaintiff re GMAC rejecting latest settlement offer. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 01/18/13 | Finalize motion to enforce settlement and prepare request for judicial notice. | L430 | 0.40 | 288.00 | 115.20 |
| | | **TOTAL** | | **2.60** | | **$748.80** |

### COSTS & EXPENSES

### BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   340404 | CLIENT   GMAC ResCap | | Page   2 |
|---|---|---|---|
| | MATTER   Winick, Daniel S. & Claire | | |

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.60 | $172.80 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $86.40 |
| L430 | Written Motions/Submissions | 1.70 | $489.60 |
| | **TOTAL** | **2.60** | **$748.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 2.60 | 288.00 | $748.80 |
| | **Total** | | **2.60** | | **$748.80** |

| PRIOR FEES | $3,589.20 |
|---|---|
| PRIOR COSTS & EXPENSES | $545.20 |

| | |
|---|---|
| FEES | $748.80 |
| **TOTAL THIS INVOICE** | **$748.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340405    JBS                              February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1392     Franzen, John and Jacqueline
                   GMAC Billing No.: 733064

**TOTAL AMOUNT DUE**           $1,144.35

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340405    JBS                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1392    Franzen, John and Jacqueline
GMAC Billing No.: 733064

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 01/07/13 | Prepare case management conference statement. | L430 | 0.40 | 288.00 | 115.20 |
| DL | 01/17/13 | Analyze plaintiff's case management conference statement. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 01/24/13 | Attend initial case management conference and prepare notice of continuance of same. | L230 | 3.30 | 288.00 | 950.40 |
| | | **TOTAL** | | **3.80** | | **$1,094.40** |

### COSTS & EXPENSES

01/25/13  One Legal, Inc.; Transmittal of filing to court;                49.95
Case Management Statement 01/09/13

**TOTAL COSTS & EXPENSES**                        **$49.95**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.10 | $28.80 |
| L230 | Court Mandated Conferences | 3.30 | $950.40 |
| L430 | Written Motions/Submissions | 0.40 | $115.20 |
| | **TOTAL** | **3.80** | **$1,094.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 3.80 | 288.00 | $1,094.40 |
| | **Total** | | **3.80** | | **$1,094.40** |

PRIOR FEES                        $1,091.70
PRIOR COSTS & EXPENSES            $93.64

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340405 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Franzen, John & Jacqueline | | |

| | |
|---|---|
| FEES | $1,094.40 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$1,144.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     340406     JBS                                      February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1396 | Gilbert, Richard and Diana |
| | | GMAC Matter No.: 733271 |

**TOTAL AMOUNT DUE**          $1,561.00

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340406    JBS                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1396    Gilbert, Richard and Diana
                        GMAC Matter No.: 733271

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| WJI | 01/02/13 | Draft opposition to plaintiffs' ex parte motion to enjoin the foreclosure so. | L210 | 1.80 | 256.50 | 461.70 |
| WJI | 01/02/13 | Telephone call with client regarding litigation strategy with respect to the ex parte motion. | L120 | 0.20 | 256.50 | 51.30 |
| WJI | 01/04/13 | Draft Joinder to the demur on behalf of DLJ. | L210 | 0.60 | 256.50 | 153.90 |
| WJI | 01/04/13 | Appear for ex parte hearing on plaintiffs' request for temporary restraining order. | L220 | 1.70 | 256.50 | 436.05 |
| WJI | 01/14/13 | Analysis and evaluation of case law cited in opposition to the demurrer. | L210 | 0.70 | 256.50 | 179.55 |
| WJI | 01/31/13 | Analysis and evaluation of the tentative ruling on the demurrer to the complaint. | L210 | 0.30 | 256.50 | 76.95 |
| WJI | 01/31/13 | Telephone call with opposing counsel regarding tentative ruling on the demurrer. | L210 | 0.10 | 256.50 | 25.65 |
| | | **TOTAL** | | **5.40** | | **$1,385.10** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 01/02/13 | CourtCall, LLC; CourtCall - Conference Service; 12/20/12 | 78.00 |
| 01/03/13 | CourtCall, LLC; CourtCall - Conference Service; 01/04/13 | 78.00 |
| 01/07/13 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy and Suggestion of the Automatic Stay 12/24/12 | 9.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.    340406 | CLIENT    GMAC ResCap | Page    2 |
| | MATTER    Gilbert, Richard & Diana | |

| | | |
|---|---|---|
| 01/15/13 | One Legal, Inc.; Transmittal of filing to court; Response to Plaintiff's Ex Parte Application for TRO, RJN ISO Response to Ex Parte Application for TRO 01/03/13 | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$175.90** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $51.30 |
| L210 | Pleadings | 3.50 | $897.75 |
| L220 | Preliminary Injunctions/Provis | 1.70 | $436.05 |
| | **TOTAL** | **5.40** | **$1,385.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Idleman, William J. | WJI | Associate | 5.40 | 256.50 | $1,385.10 |
| | **Total** | | **5.40** | | **$1,385.10** |

| | |
|---|---|
| PRIOR FEES | $14,337.45 |
| PRIOR COSTS & EXPENSES | $588.64 |

| | |
|---|---|
| FEES | $1,385.10 |
| COSTS & EXPENSES | $175.90 |
| **TOTAL THIS INVOICE** | **$1,561.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340407    JBS                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1401     Glickstein, Baruch
                   GMAC Matter No.:  733492

**TOTAL AMOUNT DUE**           $699.30

***\*\*\* REMITTANCE COPY \*\*\****
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340407    JBS                                  February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1401    Glickstein, Baruch
GMAC Matter No.: 733492

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 01/07/13 | Review and respond to A. Hartshorn email re status and payoff demand. | L120 | 0.30 | 333.00 | 99.90 |
| SMH | 01/10/13 | Draft status update to A. Hartshorn requesting payoff information. | L120 | 0.20 | 333.00 | 66.60 |
| SMH | 01/10/13 | Telephone conversations with Ron Ziff [2] re payoff issues. | L160 | 0.30 | 333.00 | 99.90 |
| SMH | 01/10/13 | Draft email to Ron Ziff re status on payoff. | L160 | 0.20 | 333.00 | 66.60 |
| SMH | 01/11/13 | Attention to R. Ziff email with hearing notice. | L120 | 0.20 | 333.00 | 66.60 |
| SMH | 01/11/13 | Draft email to R. Ziff re payoff, review responsive email. | L120 | 0.30 | 333.00 | 99.90 |
| SMH | 01/11/13 | Telephone conversation with A. Hartshorn re status, payoff demand. | L120 | 0.20 | 333.00 | 66.60 |
| SMH | 01/15/13 | Review A. Hartshorn email with payoff demand. | L120 | 0.20 | 333.00 | 66.60 |
| SMH | 01/15/13 | Draft email to R. Ziff attaching payoff demands. | L120 | 0.20 | 333.00 | 66.60 |
| | | **TOTAL** | | **2.10** | | **$699.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.60 | $532.80 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $166.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 340407 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Glickstein, Baruch | | |

| TOTAL | | | 2.10 | **$699.30** | | |
|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** |
| Hankins, Suzanne | SMH | Member | 2.10 | 333.00 | $699.30 |
| | **Total** | | **2.10** | | **$699.30** |

| PRIOR FEES | $3,100.95 |
|---|---|
| PRIOR COSTS & EXPENSES | $125.96 |

| | FEES | $699.30 |
|---|---|---|
| **TOTAL THIS INVOICE** | | $699.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340408    JBS                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1402    Do, Janet Tran
GMAC Matter No.: 733302

**TOTAL AMOUNT DUE**          $1,836.45

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340408    JBS                                February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1402    Do, Janet Tran
GMAC Matter No.: 733302

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| YS | 01/03/13 | Draft status update for the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 01/07/13 | Review and analysis of plaintiff's counsel's response to client's demurrer | L120 | 0.20 | 238.50 | 47.70 |
| YS | 01/07/13 | Receipt, review and analysis of plaintiff's case management statement in light of the pending case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| YS | 01/08/13 | Prepare and draft clients' case management statement in light of pending case management conference hearing | L210 | 0.40 | 238.50 | 95.40 |
| YS | 01/15/13 | Receipt, review and analysis of the notice of continued case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| YS | 01/18/13 | Review and analysis of plaintiff's opposition to clients' demurrer and motion to expunge lis pendens and determine how to respond | L120 | 0.60 | 238.50 | 143.10 |
| YS | 01/28/13 | Draft correspondence to client regarding continuing the foreclosure sale in light of the ongoing litigation and executing substitution of attorney forms in order to ensure this office is proper counsel for the client before the Court as the case proceeds | L190 | 0.40 | 238.50 | 95.40 |
| YS | 01/28/13 | Receipt, review and analysis of co-defendant Bank of America's reply in support of demurrer to the complaint | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 01/28/13 | Drafted Reply in support of Demurrer to Complaint. | L210 | 2.50 | 238.50 | 596.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340408 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Do, Janet Tran | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JHT | 01/28/13 | Drafted Reply in support of Motion to Expunge Lis Pendens. | L210 | 2.50 | 238.50 | | 596.25 |
| YS | 01/29/13 | Telephone conference with plaintiff's counsel regarding continuing the foreclosure sale date | L190 | 0.20 | 238.50 | | 47.70 |
| YS | 01/30/13 | Draft correspondence to plaintiff's counsel regarding the continuation of the foreclosure sale thus rendering her client's ex parte application for an injunction moot | L190 | 0.30 | 238.50 | | 71.55 |
| YS | 01/30/13 | Receipt, review and analysis of plaintiff's counsel's correspondence of pending ex parte application wherein plaintiff will be seeking an injunction | L120 | 0.10 | 238.50 | | 23.85 |
| YS | 01/31/13 | Receipt, review and analysis of notice of the Court's order to show cause regarding status of the bankruptcy case | L120 | 0.10 | 238.50 | | 23.85 |
| | | **TOTAL** | | **7.70** | | | **$1,836.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.30 | $310.05 |
| L190 | Other Case Assessment | 1.00 | $238.50 |
| L210 | Pleadings | 5.40 | $1,287.90 |
| **TOTAL** | | **7.70** | **$1,836.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 5.00 | 238.50 | $1,192.50 |
| Shaham, Yaron | YS | Special Counsel | 2.70 | 238.50 | $643.95 |
| | **Total** | | **7.70** | | **$1,836.45** |

| | |
|---|---|
| PRIOR FEES | $6,081.75 |
| PRIOR COSTS & EXPENSES | $2,381.12 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 340408 | **CLIENT** | GMAC ResCap | Page 3 |
| | | **MATTER** | Do, Janet Tran | |

| | |
|---|---|
| FEES | $1,836.45 |
| **TOTAL THIS INVOICE** | **$1,836.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340409    JBS                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1405 | Sanchez, Artemio Vasquez |
| | | GMAC Matter No.: 733553 |

**TOTAL AMOUNT DUE**          $2,142.55

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340409    JBS                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1405    Sanchez, Artemio Vasquez
                        GMAC Matter No.: 733553

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| YS | 01/03/13 | Draft status update for the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 01/16/13 | Review and analysis of plaintiff's opposition to clients' demurrer and determine how to reply | L120 | 0.50 | 238.50 | 119.25 |
| JHT | 01/23/13 | Drafted Reply in support of Demurrer to First Amended Complaint. | L210 | 3.50 | 238.50 | 834.75 |
| YS | 01/24/13 | Receipt, review and analysis of plaintiff's case management statement in light of pending case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| YS | 01/30/13 | Draft correspondence to client regarding the Court's ruling where it sustained the clients' demurrer to plaintiff's first amended complaint without leave to amend | L190 | 0.30 | 238.50 | 71.55 |
| YS | 01/30/13 | Attend the hearing on clients' demurrer to plaintiff's first amended complaint and determine how to proceed based on the Court's ruling | L450 | 3.80 | 238.50 | 906.30 |
| YS | 01/30/13 | Draft proposed judgment of dismissal of the case as to clients in light of the Court sustaining the demurrer without prejudice | L210 | 0.30 | 238.50 | 71.55 |
| YS | 01/30/13 | Draft notice of ruling on clients' demurrer to plaintiff's first amended complaint | L210 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **8.90** | | **$2,122.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   340409 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Sanchez, Artemio Vasquez | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 01/28/13 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 01/15/13 | 9.95 |
| 01/28/13 | One Legal, Inc.; Transmittal of filing to court; Defendan's GMAC Mortgage, LLC's Mortgage Electronic Registration Systems, Inc.'s U.S. Bank National Association...01/23/13 | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$19.90** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $143.10 | | |
| L190 | Other Case Assessment | 0.40 | $95.40 | | |
| L210 | Pleadings | 4.10 | $977.85 | | |
| L450 | Trial and Hearing Attendance | 3.80 | $906.30 | | |
| | **TOTAL** | **8.90** | **$2,122.65** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 3.50 | 238.50 | $834.75 |
| Shaham, Yaron | YS | Special Counsel | 5.40 | 238.50 | $1,287.90 |
| | **Total** | | **8.90** | | **$2,122.65** |

| | |
|---|---|
| PRIOR FEES | $5,796.90 |
| PRIOR COSTS & EXPENSES | $2,008.29 |

| | |
|---|---|
| FEES | $2,122.65 |
| COSTS & EXPENSES | $19.90 |
| **TOTAL THIS INVOICE** | **$2,142.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      340410      JBS                                           February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER     1406       Jimenez (Salone)
                              GMAC Matter No.: 733566

**TOTAL AMOUNT DUE**          $2,866.65

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340410    JBS                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1406    Jimenez (Salone)
GMAC Matter No.: 733566

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 01/03/13 | Review and revise the case assessment report requested by our client. | L120 | 0.30 | 274.50 | 82.35 |
| WJI | 01/03/13 | Drafting of case litigation assessment memorandum. | L120 | 1.60 | 256.50 | 410.40 |
| LJT | 01/04/13 | Research title records re current status of title and grant deed to third-party purchaser, update title chronology and notebook, and draft e-mail re same. | L110 | 0.20 | 130.50 | 26.10 |
| JSC | 01/04/13 | Prepare for and attend case management conference. | L230 | 0.50 | 256.50 | 128.25 |
| WJI | 01/07/13 | Exchange correspondences with client regarding litigation strategy. | L120 | 0.30 | 256.50 | 76.95 |
| WJI | 01/07/13 | Further analysis and revision of case strategy memorandum to client. | L120 | 1.70 | 256.50 | 436.05 |
| WJI | 01/08/13 | Draft correspondence to opposing counsel regarding inspection of the property. | L110 | 0.40 | 256.50 | 102.60 |
| WJI | 01/18/13 | Draft correspondence to client regarding litigation status update. | L110 | 0.60 | 256.50 | 153.90 |
| RJG | 01/24/13 | Analysis of Los Angeles Housing violation issues and attention to property inspection and remediation issues. | L120 | 0.40 | 274.50 | 109.80 |
| WJI | 01/24/13 | Exchange multiple correspondences regarding the new owner's proposed inspection of the property. | L120 | 0.50 | 256.50 | 128.25 |
| WJI | 01/24/13 | Draft correspondence to client regarding litigation status update. | L110 | 0.20 | 256.50 | 51.30 |
| RJG | 01/25/13 | Analysis of property preservation, property inspection and remediation of | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   340410 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Jimenez (Salone) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ordinance violation issues and attention to property inspection strategy. | | | | |
| WJI | 01/25/13 | Strategize regarding obtaining evidence of habitability issues alleged in the complaint. | L120 | 0.40 | 256.50 | 102.60 |
| WJI | 01/25/13 | Exchange correspondences with client to set up property inspection. | L110 | 0.20 | 256.50 | 51.30 |
| WJI | 01/25/13 | Exchange multiple correspondences with counsel regarding inspection demand. | L110 | 0.30 | 256.50 | 76.95 |
| JSC | 01/25/13 | Prepare for property inspection. | L110 | 0.50 | 256.50 | 128.25 |
| JSC | 01/28/13 | Attend property inspection. | L390 | 2.50 | 256.50 | 641.25 |
| | | **TOTAL** | | **10.90** | | **$2,788.65** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 01/03/13 | CourtCall, LLC; CourtCall - Conference Service; 01/04/13 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2.40 | $590.40 |
| L120 | Analysis/Strategy | 5.50 | $1,428.75 |
| L230 | Court Mandated Conferences | 0.50 | $128.25 |
| L390 | Other Discovery | 2.50 | $641.25 |
| | **TOTAL** | **10.90** | **$2,788.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Carr, Jeremy  Scott | JSC | Associate | 3.50 | 256.50 | $897.75 |
| Tarwater, Linda | LJT | Paralegal | 0.20 | 130.50 | $26.10 |
| Gandy, Robert | RJG | Special Counsel | 1.00 | 274.50 | $274.50 |
| Idleman, William J. | WJI | Associate | 6.20 | 256.50 | $1,590.30 |
| | **Total** | | **10.90** | | **$2,788.65** |

| | |
|---|---|
| PRIOR FEES | $6,196.50 |
| PRIOR COSTS & EXPENSES | $573.64 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. 340410 | CLIENT | GMAC ResCap | Page 3 |
| | MATTER | Jimenez (Salone) | |

| | |
|---|---|
| FEES | $2,788.65 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$2,866.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340515    JBS                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER   1408     Grant, Mary
                  GMAC Matter No.: 733509

**TOTAL AMOUNT DUE**          $1,764.90

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340515    JBS                                February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1408    Grant, Mary
GMAC Matter No.: 733509

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 01/03/13 | Draft status update for the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 01/22/13 | Further drafting and revising of clients' demurrer and related pleadings in response to plaintiff's first amended complaint | L210 | 0.30 | 238.50 | 71.55 |
| JHT | 01/22/13 | Drafted Notice of Demurrer, Demurrer and Memorandum of Points and Authorities on behalf of client in response to Plaintiff's First Amended Complaint. | L210 | 4.50 | 238.50 | 1,073.25 |
| JHT | 01/22/13 | Drafted Request for Judicial Notice in support of Demurrer to First Amended Complaint. | L210 | 0.50 | 238.50 | 119.25 |
| JHT | 01/22/13 | Drafted Proposed Order on Demurrer to First Amended Complaint. | L210 | 0.30 | 238.50 | 71.55 |
| JHT | 01/22/13 | Drafted Amended Notice of Bankruptcy Stay. | L210 | 0.70 | 238.50 | 166.95 |
| JHT | 01/22/13 | Drafted Correspondence to Plaintiff's Counsel regarding effect of Bankruptcy Stay on claims set forth in First Amended Complaint. | L210 | 0.70 | 238.50 | 166.95 |
| YS | 01/29/13 | Draft correspondence to plaintiff's counsel regarding status of the unlimited civil action and the ongoing unlawful detainer action | L190 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **7.40** | | **$1,764.90** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   340515      **CLIENT**   GMAC ResCap                                    Page        2
                         **MATTER**   Grant, Mary

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.40 | $95.40 |
| L210 | Pleadings | 7.00 | $1,669.50 |
| | **TOTAL** | **7.40** | **$1,764.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 6.70 | 238.50 | $1,597.95 |
| Shaham, Yaron | YS | Special Counsel | 0.70 | 238.50 | $166.95 |
| | | **Total** | **7.40** | | **$1,764.90** |

PRIOR FEES                         $4,816.80
PRIOR COSTS & EXPENSES             $989.59


FEES            $1,764.90
**TOTAL THIS INVOICE**          **$1,764.90**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340516    JBS                                February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1410    Tademy, Gloria
GMAC Matter No.: 733403

**TOTAL AMOUNT DUE**          $1,705.95

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     340516     JBS                                   February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1410     Tademy, Gloria
GMAC Matter No.: 733403

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MJE | 01/04/13 | Phone call to Mr. Aceves bankruptcy attorney regarding status of Aceves Grant Deed | L110 | 0.30 | 279.00 | 83.70 |
| MJE | 01/04/13 | Several communications with Plaintiff's counsel and with C. DiCicco regarding status of Aceves bankruptcy and tracking of payment of first modification payment | L110 | 0.60 | 279.00 | 167.40 |
| MJE | 01/07/13 | Worked with client to investigate the payments allegedly made by Plaintiff and the status of the bankruptcy which was filed by the party to the grant deed | L110 | 0.50 | 279.00 | 139.50 |
| MJE | 01/08/13 | Review of state court and BK docket and draft of email to Plaintiff's counsel re status of payment made for modification and request to contact Mr. Aceves BK attorney | L110 | 0.50 | 279.00 | 139.50 |
| MJE | 01/09/13 | Draft of email to C. DiCicco regarding Plaintiff's allegation of payment made on modification | L110 | 0.20 | 279.00 | 55.80 |
| MJE | 01/11/13 | Draft of email to Plaintiff's counsel re removal of Aceves BK by client and requirement to provide information re payment details for modification | L160 | 0.30 | 279.00 | 83.70 |
| MJE | 01/15/13 | Exchange of numerous emails with C. DiCicco and Plaintiff's counsel re payment of modification and details regarding whereabouts of check. | L110 | 0.40 | 279.00 | 111.60 |
| MJE | 01/17/13 | Receipt of email from Plaintiff's counsel attaching payment confirmation | L160 | 0.30 | 279.00 | 83.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340516 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Tademy, Gloria | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | and forward email to client in order to locate and process | | | | | |
| MJE | 01/17/13 | Revise settlement agreement and draft request for dismissal and prepare entire package for delivery to Plaintiff | L160 | 0.80 | 279.00 | | 223.20 |
| MJE | 01/18/13 | Correspondence with Plaintiff's counsel enclosing full settlement agreement and attachments | L160 | 0.40 | 279.00 | | 111.60 |
| MJE | 01/22/13 | Receipt and review of email from Plaintiff re trial modification becoming permanent and follow up email to client re same | L190 | 0.30 | 279.00 | | 83.70 |
| EMF | 01/23/13 | Review file. Draft CMC Statement. | L210 | 0.60 | 130.50 | | 78.30 |
| MJE | 01/23/13 | Settlement negotiations with Plaintiff's counsel with follow up emails with C. DiCicco re same. | L160 | 0.40 | 279.00 | | 111.60 |
| MJE | 01/28/13 | Receipt and review of executed settlement agreement and dismissal from Plaintiff and email exchange with C. DiCicco re same. | L160 | 0.50 | 279.00 | | 139.50 |
| MJE | 01/31/13 | Receipt of email from Plaintiff's counsel re dismissal and confirm filing of same | L160 | 0.30 | 279.00 | | 83.70 |
| | | **TOTAL** | | **6.40** | | | **$1,696.50** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 01/08/13 | Cardmember Service/Chase (Acct #0705); Data Search; CA, Los Angeles 12/18/12 | 4.95 |
| 01/15/13 | Pacer Service Center; Data Search; Account ID# SW0122. Usage: 10/01/12-12/31/12 | 4.50 |
| | **TOTAL COSTS & EXPENSES** | **$9.45** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2.50 | $697.50 |
| L160 | Settlement/Non-Binding ADR | 3.00 | $837.00 |
| L190 | Other Case Assessment | 0.30 | $83.70 |
| L210 | Pleadings | 0.60 | $78.30 |
| | **TOTAL** | **6.40** | **$1,696.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340516       CLIENT    GMAC ResCap                              Page        3
                           MATTER    Tademy, Gloria

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Feldfeber, Edward | EMF | Paralegal | 0.60 | 130.50 | $78.30 |
| Esposito, Matthew | MJE | Associate | 5.80 | 279.00 | $1,618.20 |
| | **Total** | | **6.40** | | **$1,696.50** |

PRIOR FEES                            $4,923.00
PRIOR COSTS & EXPENSES                $78.79


| | |
|---|---|
| FEES | $1,696.50 |
| COSTS & EXPENSES | $9.45 |
| **TOTAL THIS INVOICE** | **$1,705.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340517    JBS                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1415    Naygas (Lelgant)
                  GMAC Matter No.: 731471

**TOTAL AMOUNT DUE**          **$617.49**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340517    JBS                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1415    Naygas (Lelgant)
                        GMAC Matter No.: 731471

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| SMH | 01/10/13 | Telephone conversation with Rosemary Nguyen, UD counsel, re status of eviction. | L110 | 0.20 | 333.00 | 66.60 |
| SMH | 01/10/13 | Review A. Khansari email re UD action. | L110 | 0.20 | 333.00 | 66.60 |
| SMH | 01/10/13 | Draft email re contact to R. Nguyen, review responsive email. | L120 | 0.20 | 333.00 | 66.60 |
| SMH | 01/10/13 | Draft status update to A. Hartshorn re UD complaint, vendor report as to subject property. | L120 | 0.40 | 333.00 | 133.20 |
| SMH | 01/10/13 | Telephone conversation with A. Kansari re status of personal property. | L120 | 0.20 | 333.00 | 66.60 |
| SMH | 01/11/13 | Attention to R. Nguyen email re UD claim. | L120 | 0.20 | 333.00 | 66.60 |
| SMH | 01/11/13 | Telephone conversation with A. Hartshorn re status, UD action. | L120 | 0.20 | 333.00 | 66.60 |
| SMH | 01/27/13 | Draft follow-up email re status to A. Hartshorn. | L120 | 0.20 | 333.00 | 66.60 |
| | | **TOTAL** | | **1.80** | | **$599.40** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 01/08/13 | Cardmember Service/Chase (Acct #0705); Data Search; Sherman Oaks, CA, 91411 Los Angeles 12/06/12 | 13.34 |
| 01/22/13 | Cardmember Service/Bank One (Acct #2707); Court and Filing Fees; LA@Court Online Civil Index 12/06/12 | 4.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340517 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Naygas (Lelgant) | | | | |

---

**TOTAL COSTS & EXPENSES** $18.09

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.40 | $133.20 |
| L120 | Analysis/Strategy | 1.40 | $466.20 |
| | **TOTAL** | **1.80** | **$599.40** |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Hankins, Suzanne | SMH | Member | | 1.80 | 333.00 | $599.40 |
| | **Total** | | | **1.80** | | **$599.40** |

PRIOR FEES $1,172.25

| | | |
|---|---|---|
| | FEES | $599.40 |
| | COSTS & EXPENSES | $18.09 |
| | **TOTAL THIS INVOICE** | **$617.49** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340518    JBS                                          February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1428  | Richardson, Madison F. |
|        |       | WF Matter No.: 733906 |

**TOTAL AMOUNT DUE**            $2,003.40

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340518    JBS                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1428    Richardson, Madison F.
WF Matter No.: 733906

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 01/03/13 | Draft status update for the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 01/09/13 | Receipt, review and analysis of the Court's notice of bankruptcy status conference | L120 | 0.10 | 238.50 | 23.85 |
| YS | 01/17/13 | Receipt, review and analysis of the plaintiff's case management statement in light of pending case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| YS | 01/24/13 | Draft correspondence to client regarding plaintiff's request to continue the foreclosure sale, the ongoing litigation, and possible settlement possibilities | L190 | 0.40 | 238.50 | 95.40 |
| YS | 01/24/13 | Telephone conference with plaintiff's counsel regarding possible settlement of the case | L160 | 0.20 | 238.50 | 47.70 |
| JHT | 01/24/13 | Drafted Reply in support of Demurrer to Complaint. | L210 | 3.80 | 238.50 | 906.30 |
| YS | 01/25/13 | Draft correspondence to plaintiff's counsel regarding settlement offer in an effort to resolve this case | L160 | 0.30 | 238.50 | 71.55 |
| YS | 01/28/13 | Draft the terms and conditions of the proposed settlement and release agreement in light of parties' agreement to resolve this case | L160 | 2.80 | 238.50 | 667.80 |
| YS | 01/28/13 | Draft correspondence to plaintiff's counsel regarding client's most recent settlement offer | L160 | 0.30 | 238.50 | 71.55 |
| YS | 01/29/13 | Draft correspondence to plaintiff's counsel regarding continued foreclosure | L190 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340518 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Richardson, Madison F. | | | | |

| | | sale date | | | | | |
|---|---|---|---|---|---|---|---|
| YS | 01/30/13 | Receipt, review and analysis of the plaintiff's request for dismissal of the case | L120 | 0.10 | 238.50 | | 23.85 |
| | | **TOTAL** | | **8.40** | | **$2,003.40** | |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $71.55 |
| L160 | Settlement/Non-Binding ADR | 3.60 | $858.60 |
| L190 | Other Case Assessment | 0.70 | $166.95 |
| L210 | Pleadings | 3.80 | $906.30 |
| | **TOTAL** | **8.40** | **$2,003.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 3.80 | 238.50 | $906.30 |
| Shaham, Yaron | YS | Special Counsel | 4.60 | 238.50 | $1,097.10 |
| | **Total** | | **8.40** | | **$2,003.40** |

| PRIOR FEES | $4,425.30 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,058.18 |

| | FEES | $2,003.40 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$2,003.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340519    JBS                                        February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1434     Quintos, Gerard
                   GMAC Matter No.: 734406

**TOTAL AMOUNT DUE**          $378.90

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340519    JBS                                February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1434    Quintos, Gerard
GMAC Matter No.: 734406

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| DL | 01/08/13 | Exchange correspondence with plaintiff L110 and client re postponement of sale pending loan modification review. | 0.30 | 288.00 | 86.40 |
| DL | 01/10/13 | Exchange correspondence with client re L110 status of loan modification review and further postponement of sale. | 0.20 | 288.00 | 57.60 |
| DL | 01/15/13 | Exchange correspondence with plaintiff L160 and client re documents for loan modification application. | 0.20 | 288.00 | 57.60 |
| SMH | 01/17/13 | Attention to new documents for review, L120 postponement request. | 0.10 | 333.00 | 33.30 |
| DL | 01/17/13 | Exchange correspondence with plaintiff L160 re documents needed for loan modification and required postponement of sale per new statute and prepare correspondence to client re same. | 0.30 | 288.00 | 86.40 |
| DL | 01/18/13 | Exchange correspondence with client L160 and plaintiff re postponement of sale. | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | **1.30** | | **$378.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L110    Fact Investigation/Development | 0.50 | $144.00 |
| L120    Analysis/Strategy | 0.10 | $33.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340519        CLIENT    GMAC ResCap                                    Page        2
                             MATTER    Quintos, Gerard

| L160 | Settlement/Non-Binding ADR | | 0.70 | $201.60 | | |
|------|-----------------------------|---|------|---------|---|---|
| | **TOTAL** | | **1.30** | **$378.90** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 1.20 | 288.00 | $345.60 |
| Hankins, Suzanne | SMH | Member | 0.10 | 333.00 | $33.30 |
| | **Total** | | **1.30** | | **$378.90** |

PRIOR FEES                        $3,012.75
PRIOR COSTS & EXPENSES            $1,004.44

                                            FEES            $378.90
                     **TOTAL THIS INVOICE**                 **$378.90**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      340520      JBS                                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1435 | Rushing, Joseph and Sally |
| | | GMAC Matter No.:  734471 |

**TOTAL AMOUNT DUE**            $892.80

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340520    JBS                                February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1435    Rushing, Joseph and Sally
                        GMAC Matter No.: 734471

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 01/07/13 | Exchange correspondence with plaintiff and client re status of loan modification review. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 01/10/13 | Exchange correspondence with client re status of submitting loan modification application and further postponement of sale. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 01/15/13 | Exchange correspondence with client re further loan modification review for plaintiffs. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 01/17/13 | Analyze docket for filing of opposition to demurrer. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 01/22/13 | Exchange correspondence with plaintiff's counsel re filing of first amended complaint. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 01/24/13 | Exchange correspondence with client and plaintiff re postponement of sale pending loan modification review. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 01/24/13 | Analyze first amended complaint. | L110 | 0.30 | 288.00 | 86.40 |
| DL | 01/25/13 | Exchange correspondence with client and plaintiff re postponement of sale. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 01/28/13 | Exchange correspondence with client and plaintiff re postponement of sale. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 01/28/13 | Exchange correspondence with court re taking demurrer off-calendar as first amended complaint was filed. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 01/28/13 | Prepare request to vacate hearing on demurrer based on filing of first amended complaint. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 01/30/13 | Attend hearing on demurrer to | L230 | 0.40 | 288.00 | 115.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340520 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Rushing, Joseph & Sally | | | | |

| | | | complaint. | | | | |
|---|---|---|---|---|---|---|---|
| DL | 01/30/13 | Prepare correspondence to client re analysis of first amended complaint. | L210 | 0.40 | 288.00 | | 115.20 |
| | | **TOTAL** | | **3.10** | | | **$892.80** |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.60 | $460.80 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $115.20 |
| L210 | Pleadings | 0.40 | $115.20 |
| L230 | Court Mandated Conferences | 0.40 | $115.20 |
| L430 | Written Motions/Submissions | 0.30 | $86.40 |
| | **TOTAL** | **3.10** | **$892.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 3.10 | 288.00 | $892.80 |
| | **Total** | | **3.10** | | **$892.80** |

| PRIOR FEES | $3,161.70 |
|---|---|
| PRIOR COSTS & EXPENSES | $967.94 |

| | FEES | $892.80 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$892.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340521    JBS                                February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1443     Drummond, Daniel
                    GMAC Matter No.: 734600

**TOTAL AMOUNT DUE**          $1,426.54

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson *&*Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340521    JBS                                      February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1443    Drummond, Daniel
GMAC Matter No.: 734600

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 01/02/13 | Review and analysis of plaintiff's loan file and servicing notes in light of ongoing litigation | L120 | 1.50 | 238.50 | 357.75 |
| YS | 01/03/13 | Draft status update for the case | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 01/11/13 | Corresponded with Plaintiff's counsel regarding postponment of foreclosure sale and loan modification review. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 01/11/13 | Corresponded with client regarding postponment of foreclosure sale and loan modification review. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 01/16/13 | Corresponded with Plaintiff's counsel regarding postponment of foreclosure sale. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 01/22/13 | Corresponded with client regarding loan modification review for Plaintiff. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 01/22/13 | Corresponded with Plaintiff's counsel regarding loan modification documentation. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 01/22/13 | Drafted Response to Plaintiff's Qualified Written Request. | L210 | 2.00 | 238.50 | 477.00 |
| JHT | 01/24/13 | Compiled loan documentation to attach with respone to Plaintiff's Qualified Written Request ("QWR") | L190 | 1.00 | 238.50 | 238.50 |
| | | **TOTAL** | | **5.40** | | **$1,287.90** |

### COSTS & EXPENSES

01/07/13  One Legal, Inc.; Transmittal of filing to court;                          49.95
           Defendant Executive Trustee Services, LLC

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340521 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Drummond, Daniel | | |

| | | |
|---|---|---|
| | DBA ETS Services, LLC's Declaration of Non-Monetary Status 12/24/12 | |
| 01/08/13 | Cardmember Service/Chase (Acct #0705); Data Search; San Diego, CA, 92127 San Diego 12/04/12 | 88.69 |
| | **TOTAL COSTS & EXPENSES** | **$138.64** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.50 | $357.75 |
| L190 | Other Case Assessment | 1.90 | $453.15 |
| L210 | Pleadings | 2.00 | $477.00 |
| | **TOTAL** | **5.40** | **$1,287.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 3.80 | 238.50 | $906.30 |
| Shaham, Yaron | YS | Special Counsel | 1.60 | 238.50 | $381.60 |
| | Total | | **5.40** | | **$1,287.90** |

| | |
|---|---|
| PRIOR FEES | $2,781.00 |
| PRIOR COSTS & EXPENSES | $484.95 |

| | |
|---|---|
| FEES | $1,287.90 |
| COSTS & EXPENSES | $138.64 |
| **TOTAL THIS INVOICE** | **$1,426.54** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340522    JBS                                  February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1450    Cepero-Migueles, Noralis M.
GMAC Matter No.: 735317

**TOTAL AMOUNT DUE**              $1,638.49

***\*\*\* REMITTANCE COPY \*\*\****
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340522    JBS                                      February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1450    Cepero-Migueles, Noralis M.
                        GMAC Matter No.: 735317

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 12/17/12 | Analysis and evaluation of slander of title claim and defense strategy | L120 | 0.40 | 427.50 | 171.00 |
| RJG | 12/17/12 | Correspondence with our client to advise regarding temporary restraining order and preliminary case investigation issues. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 12/17/12 | Telephone call with our client regarding temporary restraining order and pending trustee's sale issues. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 12/17/12 | Analysis of complaint, temporary restraining order and preliminary injunction issues and attention to initial case investigation. | L120 | 0.60 | 274.50 | 164.70 |
| JSC | 12/17/12 | Correspondence with Plaintiff's counsel re stipulation to continue December 26, 2012 preliminary injunction hearing. | L220 | 0.40 | 256.50 | 102.60 |
| JSC | 12/17/12 | Draft and revise stipulation to continue preliminary injunction hearing. Correspondence with Plaintiff's counsel re same. | L220 | 0.60 | 256.50 | 153.90 |
| JSC | 12/18/12 | Correspondence with Plaintiff's counsel re her proposed revision to stipulation to continue osc re preliminary injunction hearing.  Revise stipulation accordingly.  Correspondence with Plaintiff's counsel re revised stipulation. | L220 | 0.40 | 256.50 | 102.60 |
| JSC | 12/19/12 | Correspondence with client re need to postpone January 3, 2013 trustee's sale of property until after February 27, 2013 in light of stipulation to continue | L220 | 0.20 | 256.50 | 51.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  340522 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Cepero-Migueles, Noralis M. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | preliminary injunction hearing. | | | | |
| LJT | 12/26/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff and review bankruptcy docket re status of same. | L110 | 0.70 | 130.50 | 91.35 |
| LJT | 12/27/12 | Review title records and prepare chronology. | L110 | 1.10 | 130.50 | 143.55 |
| RJG | 01/03/13 | Drafted a case status report to advise our client regarding pending case issues. | L120 | 0.30 | 274.50 | 82.35 |
| JSC | 01/10/13 | Correspondence with Plaintiff's counsel re loan modification application. | L160 | 0.10 | 256.50 | 25.65 |
| JSC | 01/18/13 | Correspondence with Client re draft demurrer to Plaintiff's complaint for review. | L210 | 0.10 | 256.50 | 25.65 |
| JSC | 01/23/13 | Finalize demurrer to Plaintiff's complaint. | L210 | 0.20 | 256.50 | 51.30 |
| JSC | 01/23/13 | Draft and revise request for judicial notice in support of demurrer to Plaintiff's complaint. | L210 | 0.60 | 256.50 | 153.90 |
| JSC | 01/23/13 | Research judge M. Bernal. | L110 | 0.10 | 256.50 | 25.65 |
| | | **TOTAL** | | **6.40** | | **$1,510.20** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 01/08/13 | Cardmember Service/Chase (Acct #0705); Data Search; CA, Los Angeles 12/27/12 | 9.90 |
| 01/08/13 | Cardmember Service/Chase (Acct #0705); Data Search; CA, Los Angeles 12/27/12 | 24.75 |
| 01/08/13 | Cardmember Service/Chase (Acct #0705); Data Search; Downey, CA, 90240 Los Angeles 12/26/12 | 93.64 |
| | **TOTAL COSTS & EXPENSES** | **$128.29** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.90 | $260.55 |
| L120 | Analysis/Strategy | 1.90 | $582.75 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $25.65 |
| L210 | Pleadings | 0.90 | $230.85 |
| L220 | Preliminary Injunctions/Provis | 1.60 | $410.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  340522 | CLIENT | GMAC ResCap | | | Page | 3 |
| | MATTER | Cepero-Migueles, Noralis M. | | | | |

| TOTAL | | | 6.40 | $1,510.20 | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Carr, Jeremy  Scott | JSC | Associate | 2.70 | 256.50 | $692.55 |
| Tarwater, Linda | LJT | Paralegal | 1.80 | 130.50 | $234.90 |
| Gandy, Robert | RJG | Special Counsel | 1.50 | 274.50 | $411.75 |
| | Total | | 6.40 | | $1,510.20 |

| | FEES | $1,510.20 |
|---|---|---|
| | COSTS & EXPENSES | $128.29 |
| | **TOTAL THIS INVOICE** | **$1,638.49** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340523    JBS                                February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1452    Kramer, Ruth and Kari
GMAC Matter No.:  7 3 5 5 0 8

**TOTAL AMOUNT DUE**           **$1,427.44**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340523    JBS                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1452    Kramer, Ruth and Kari
GMAC Matter No.:

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DB | 12/08/12 | Exchange correspondence with F. Chan regarding stipulation to continue order to show cause regarding preliminary hearing. | L220 | 0.20 | 256.50 | 51.30 |
| DB | 12/17/12 | Review correspondence in preparation to engage opposing counsel regarding early resolution and stipulation to continue OSC. | L100 | 0.30 | 256.50 | 76.95 |
| SMH | 12/18/12 | Attenntion to denial letters. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 12/18/12 | Review C. Dicicco email regarding continuance of OSC and potential loan modification review | L190 | 0.20 | 333.00 | 66.60 |
| DB | 12/18/12 | Review email from C. DiCicco with prior loan modification denial letters. | L160 | 0.30 | 256.50 | 76.95 |
| JBS | 12/19/12 | Analysis and evaluation of TRO application and defense strategy | L120 | 0.30 | 427.50 | 128.25 |
| LJT | 12/19/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiffs. | L110 | 0.40 | 130.50 | 52.20 |
| DB | 12/19/12 | Kramer:  Draft email to T. Mehrazar with previous GMAC denial letters to borrower. | L160 | 0.10 | 256.50 | 25.65 |
| DB | 12/19/12 | Exchanged emails with T. Mehrazar regarding stipulation to continue OSC re Preliminary Injunction | L160 | 0.30 | 256.50 | 76.95 |
| LJT | 12/20/12 | Review title records and prepare chronology. | L110 | 1.00 | 130.50 | 130.50 |
| DB | 12/26/12 | Revised draft Joint Stipulation to Continue OSC re Preliminary | L160 | 0.20 | 256.50 | 51.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340523 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Kramer, Ruth & Kari | | | | |

| | | Injunction | | | | |
|---|---|---|---|---|---|---|
| SMH | 01/04/13 | Attention to status of stipulation to continue OSC. | L210 | 0.20 | 333.00 | 66.60 |
| SMH | 01/04/13 | Attention to C. DiCicco email re prior denial of modification. | L160 | 0.20 | 333.00 | 66.60 |
| DB | 01/05/13 | Review email from C. DiCicco regarding prior loan modification application. | L160 | 0.10 | 256.50 | 25.65 |
| DB | 01/07/13 | Draft email to C. DiCicco regarding status of matter and completed loan modification application. | L160 | 0.10 | 256.50 | 25.65 |
| DB | 01/07/13 | Draft email to T. Mehrazar regarding receipt of loan modification application. | L160 | 0.10 | 256.50 | 25.65 |
| DB | 01/07/13 | Review email from opposition counsel with loan modification application from borrower. | L160 | 0.20 | 256.50 | 51.30 |
| SMH | 01/08/13 | Attention to modification review status, submission of documents. | L160 | 0.20 | 333.00 | 66.60 |
| DB | 01/08/13 | Review email from C. DiCicco regarding loan modification application. | L160 | 0.10 | 256.50 | 25.65 |
| SMH | 01/25/13 | Attention to additional requested documents, impact of acknowledgment. | L120 | 0.30 | 333.00 | 99.90 |
| DB | 01/25/13 | Exchange emails with T. Mehrazar regarding additional documentation and information for loan modification application. | L160 | 0.20 | 256.50 | 51.30 |
| DB | 01/25/13 | Review email from C. DiCicco regarding additional information reached for loan modification application. | L160 | 0.10 | 256.50 | 25.65 |
| | | **TOTAL** | | **5.30** | | **$1,333.80** |

## COSTS & EXPENSES

| 01/08/13 | Cardmember Service/Chase (Acct #0705); Data Search; LA Habra, CA, 90631 Orange 12/19/12 | | 93.64 |
|---|---|---|---|
| | **TOTAL COSTS & EXPENSES** | **$93.64** | |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 340523 | CLIENT | GMAC ResCap | | | Page | 3 |
| | MATTER | Kramer, Ruth & Kari | | | | |

| | | | | | |
|---|---|---|---|---|---|
| L100 | NOT A VALID TASK CODE | 0.30 | $76.95 | | |
| L110 | Fact Investigation/Development | 1.40 | $182.70 | | |
| L120 | Analysis/Strategy | 0.60 | $228.15 | | |
| L160 | Settlement/Non-Binding ADR | 2.20 | $594.90 | | |
| L190 | Other Case Assessment | 0.40 | $133.20 | | |
| L210 | Pleadings | 0.20 | $66.60 | | |
| L220 | Preliminary Injunctions/Provis | 0.20 | $51.30 | | |
| | **TOTAL** | **5.30** | **$1,333.80** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Berkley, David Allan | DB | Associate | 2.30 | 256.50 | $589.95 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Tarwater, Linda | LJT | Paralegal | 1.40 | 130.50 | $182.70 |
| Hankins, Suzanne | SMH | Member | 1.30 | 333.00 | $432.90 |
| | **Total** | | **5.30** | | **$1,333.80** |

|  |  |
|---|---|
| FEES | $1,333.80 |
| COSTS & EXPENSES | $93.64 |
| **TOTAL THIS INVOICE** | **$1,427.44** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340524    JBS                                February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1456    Falakassa, Bahram and Fariba (II)
GMAC Matter No.: 735375

**TOTAL AMOUNT DUE**            $3,720.64

***REMITTANCE COPY***

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340524    JBS                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1456    Falakassa, Bahram and Fariba (II)
GMAC Matter No.: 735375

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| LJT | 01/03/13 | Review title records and prepare chronology. | L110 | 1.10 | 130.50 | 143.55 |
| MJE | 01/04/13 | Review of Complaints and strategies for response | L120 | 0.50 | 279.00 | 139.50 |
| SMH | 01/08/13 | Attention to service on MERS. | L110 | 0.10 | 333.00 | 33.30 |
| MJE | 01/08/13 | Phone call to Plaintiff's counsel and draft of email follow up re response to Complaint | L110 | 0.30 | 279.00 | 83.70 |
| MJE | 01/10/13 | Draft of email to Plaintiff's counsel re status of response to Complaint | L240 | 0.20 | 279.00 | 55.80 |
| SMH | 01/11/13 | Attention to responsive pleading deadline. | L210 | 0.10 | 333.00 | 33.30 |
| MJE | 01/22/13 | Review of previous action initiated by Plaintiffs and defended by firm - review of Complaint and other filings along with dismissal without prejudice | L110 | 0.70 | 279.00 | 195.30 |
| MJE | 01/22/13 | Draft and revision of draft of memorandum of points and authorities in support of demurrer | L240 | 1.70 | 279.00 | 474.30 |
| SMH | 01/23/13 | Attention to early case evaluation. | L120 | 0.20 | 333.00 | 66.60 |
| MJE | 01/23/13 | Review of complaint and draft and revision of evaluation and reccomendation email to C. Bonello | L110 | 0.80 | 279.00 | 223.20 |
| MJE | 01/23/13 | Draft and revise Notice of BK and Stayed claims and letter to Plaintiff's counsel- delivery to C. Bonello for review. | L250 | 0.70 | 279.00 | 195.30 |
| MJE | 01/24/13 | Draft and revision to notice of stay and letter to counsel and deliver to C. Bonello for approval. | L250 | 0.80 | 279.00 | 223.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340524 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Falakassa, Bahram & Fariba II | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MJE | 01/24/13 | Draft and revision of memorandum of points and authorities in support of demurrer. | L240 | 2.80 | 279.00 | 781.20 |
| MJE | 01/24/13 | Draft and revision of notice of demurrer and demurer to complaint as well as request for judicial notice in support of demurrer | L240 | 1.20 | 279.00 | 334.80 |
| MJE | 01/25/13 | Phone call to new counsel for Plaintiiffs and previous counsel and obtained Substitution of Attorney forms | L140 | 0.30 | 279.00 | 83.70 |
| SMH | 01/27/13 | Review proposed demurrer, suggest modifications to same and adidtional arguments re BFP. | L240 | 0.50 | 333.00 | 166.50 |
| MJE | 01/28/13 | Research on claims relating to thrid party purchaser defense and draft revision to demurrer memorandum of points and authorities | L240 | 1.10 | 279.00 | 306.90 |
| MJE | 01/29/13 | Exchange of emails with client re strategy for BK and demurrer | L120 | 0.20 | 279.00 | 55.80 |
| MJE | 01/31/13 | Receipt of instruction from C. Bonello re BK notice | L250 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | **13.50** | | **$3,651.75** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 01/08/13 | Cardmember Service/Chase (Acct #0705); Data Search; West Hills, CA 91307 Los Angeles 12/28/12 | | 63.94 |
| 01/08/13 | Cardmember Service/Chase (Acct #0705); Data Search; CA, Los Angeles 12/28/12 | | 4.95 |
| | **TOTAL COSTS & EXPENSES** | **$68.89** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 3.00 | $679.05 |
| L120 | Analysis/Strategy | 0.90 | $261.90 |
| L140 | Document/File Management | 0.30 | $83.70 |
| L210 | Pleadings | 0.10 | $33.30 |
| L240 | Dispositive Motions | 7.50 | $2,119.50 |
| L250 | Other Written Motions | 1.70 | $474.30 |
| | **TOTAL** | **13.50** | **$3,651.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   340524      CLIENT   GMAC ResCap                          Page        3
                         MATTER   Falakassa, Bahram & Fariba II

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tarwater, Linda | LJT | Paralegal | 1.10 | 130.50 | $143.55 |
| Esposito, Matthew | MJE | Associate | 11.50 | 279.00 | $3,208.50 |
| Hankins, Suzanne | SMH | Member | 0.90 | 333.00 | $299.70 |
| | **Total** | | **13.50** | | **$3,651.75** |

PRIOR FEES                            $651.15

                                      FEES            $3,651.75
                          COSTS & EXPENSES              $68.89
                          **TOTAL THIS INVOICE**      **$3,720.64**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340525    JBS                                February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1458 | Poblete, Roberto (2) |
| | | GMAC Matter No.: 735592 |

**TOTAL AMOUNT DUE**          **$3,090.15**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340525    JBS                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1458    Poblete, Roberto (2)
GMAC Matter No.: 735592

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 12/27/12 | Analysis of temporary restraining order and preliminary case investigation issues and attention to litigation strategy. | L120 | 0.60 | 274.50 | 164.70 |
| RJG | 12/27/12 | Correspondence with our client to advise regarding preliminary investigation and litigation strategy issues. | L120 | 0.30 | 274.50 | 82.35 |
| JBS | 01/02/13 | Analysis and evaluation of issues regarding TRO | L120 | 0.30 | 427.50 | 128.25 |
| LJT | 01/02/13 | Research title records to update status of title since prior case, review recently recorded title documents, update title chronology, Pacer research re bankruptcy filings by Virginia Poblete and review docket re status. | L110 | 0.70 | 130.50 | 91.35 |
| YS | 01/10/13 | Draft correspondence to client's former counsel regarding the proposed substitution of attorney form to ensure our office is designated as counsel of record for the client going forward | L190 | 0.30 | 238.50 | 71.55 |
| YS | 01/10/13 | Review and analysis of plaintiffs' complaint, pleadings, the allegations and causes of action contained in the complaint, and title history to determine client's legal defenses and remedies in response to the complaint | L120 | 2.10 | 238.50 | 500.85 |
| YS | 01/10/13 | Draft and prepare client's substitution of attorney form in order to make our office the official counsel of record going forward | L210 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340525 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Poblete, Roberto (2) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| YS | 01/11/13 | Draft correspondence to client regarding obtaining its signature to the substitution of attorney form | L190 | 0.20 | 238.50 | 47.70 |
| YS | 01/17/13 | Draft clients' notice of demurrer, demurrer, and memorandum of points and authorities in support of demurrer to plaintiffs' complaint | L210 | 3.90 | 238.50 | 930.15 |
| YS | 01/17/13 | Draft correspondence to plaintiffs' counsel regarding notice and affect of the bankruptcy stay | L190 | 0.40 | 238.50 | 95.40 |
| YS | 01/17/13 | Draft correspondence to client regarding obtaining execution of declaration of non-monetary status for ETS Services, LLC in response to plaintiffs' complaint | L190 | 0.30 | 238.50 | 71.55 |
| YS | 01/17/13 | Draft clients' notice and affect of the bankruptcy stay | L210 | 0.70 | 238.50 | 166.95 |
| YS | 01/17/13 | Draft clients' request for judicial notice in support of demurrer to plaintiffs' complaint | L210 | 0.70 | 238.50 | 166.95 |
| YS | 01/17/13 | Draft and prepare notice of related case in light of previous matter filed by plaintiffs against clients | L210 | 0.40 | 238.50 | 95.40 |
| YS | 01/17/13 | Draft declaration of non-monetary status for ETS Services, LLC in response to plaintiffs' complaint | L210 | 0.60 | 238.50 | 143.10 |
| YS | 01/28/13 | Receipt, review and analysis of plaintiffs' counsel's settlement offer | L160 | 0.10 | 238.50 | 23.85 |
| YS | 01/28/13 | Draft correspondence to client regarding plaintiffs' counsel's settlement offer | L160 | 0.30 | 238.50 | 71.55 |
| YS | 01/29/13 | Draft correspondence to client regarding plaintiffs dismissal of the case and request for continuance of foreclosure sale date | L190 | 0.20 | 238.50 | 47.70 |
| YS | 01/29/13 | Receipt, review and analysis of plaintiffs' dismissal of the case | L120 | 0.10 | 238.50 | 23.85 |
| YS | 01/29/13 | Receipt, review and analysis of plaintiffs' counsel's notice of attorney unavailability | L120 | 0.10 | 238.50 | 23.85 |
| YS | 01/29/13 | Receipt, review and analysis of correspondence from plaintiffs' counsel regarding the pending dismissal of the | L120 | 0.10 | 238.50 | 23.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340525 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Poblete, Roberto (2) | | | | |

|  |  | case |  |  |  |  |
|---|---|---|---|---|---|---|
| YS | 01/29/13 | Draft correspondence to plaintiffs' counsel regarding client's response to the settlement offer and possible continuance of the foreclosure sale | L160 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **12.90** | | **$3,090.15** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.70 | $91.35 |
| L120 | Analysis/Strategy | 3.60 | $947.70 |
| L160 | Settlement/Non-Binding ADR | 0.70 | $166.95 |
| L190 | Other Case Assessment | 1.40 | $333.90 |
| L210 | Pleadings | 6.50 | $1,550.25 |
| | **TOTAL** | **12.90** | **$3,090.15** |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Sullivan, John | JBS | | Member | 0.30 | 427.50 | $128.25 |
| Tarwater, Linda | LJT | | Paralegal | 0.70 | 130.50 | $91.35 |
| Gandy, Robert | RJG | | Special Counsel | 0.90 | 274.50 | $247.05 |
| Shaham, Yaron | YS | | Special Counsel | 11.00 | 238.50 | $2,623.50 |
| | | **Total** | | **12.90** | | **$3,090.15** |

| PRIOR FEES | $544.50 | | |
|---|---|---|---|
| | | FEES | $3,090.15 |
| | | **TOTAL THIS INVOICE** | **$3,090.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      340526      JBS                                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1459      Light, Sharyn
                                GMAC Matter No.: 735651

**TOTAL AMOUNT DUE**            $3,636.90

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340526    JBS                                  February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1459    Light, Sharyn
                        GMAC Matter No.: 735651

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 01/02/13 | Analysis and evaluation of defense strategy | L120 | 0.30 | 427.50 | 128.25 |
| SMH | 01/03/13 | Review and evaluate new complaint. | L210 | 0.30 | 333.00 | 99.90 |
| LJT | 01/03/13 | Research title records to prepare chronology, Pacer research re bankruptcy filings by plaintiff, review docket on Chapter 7 bankruptcy and recent Chapter 13 bankruptcy. | L110 | 0.60 | 130.50 | 78.30 |
| SMH | 01/04/13 | Attention to plaintiff's bankruptcy filing, draft email re same. | L120 | 0.20 | 333.00 | 66.60 |
| LJT | 01/04/13 | Draft e-mail re new bankruptcy filing by plaintiff. | L110 | 0.10 | 130.50 | 13.05 |
| MJE | 01/04/13 | Receipt and review of new matter and Complaint and strategy for response | L110 | 1.00 | 279.00 | 279.00 |
| LJT | 01/05/13 | Review title records and prepare chronology. | L110 | 0.80 | 130.50 | 104.40 |
| SMH | 01/07/13 | Draft email to C. Bonello re case assignment. | L120 | 0.20 | 333.00 | 66.60 |
| MJE | 01/07/13 | Review of case documents and analyzation of Complaint | L110 | 0.60 | 279.00 | 167.40 |
| MJE | 01/08/13 | Receipt of email from C. Bonello re Plaintiff's Bk and review of BK docket | L110 | 0.20 | 279.00 | 55.80 |
| MJE | 01/16/13 | Review of Complaint and draft and revision of evaluation and reccomendation email to C. Bonello | L120 | 0.90 | 279.00 | 251.10 |
| MJE | 01/16/13 | Draft and revision of demurrer to Complaint | L240 | 2.70 | 279.00 | 753.30 |
| MJE | 01/17/13 | Draft and revision of memorandum of points and authorties in support of demurrer to Complaint | L240 | 1.80 | 279.00 | 502.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 340526 | CLIENT GMAC ResCap | | | | Page 2 |
| --- | --- | --- | --- | --- | --- |
| | MATTER Light, Sharyn | | | | |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| MJE | 01/18/13 | Finalized demurrer and delivery via email to C. Bonello for review. | L240 | 0.60 | 279.00 | 167.40 |
| MJE | 01/22/13 | Draft and revision of Request for Judicial Notice in support of demurrer. | L240 | 0.60 | 279.00 | 167.40 |
| MJE | 01/22/13 | Draft of Notice of Bankruptcy and letter to Plaintiff's counsel and deliver via email to C. Bonello for review | L250 | 1.00 | 279.00 | 279.00 |
| SMH | 01/24/13 | Attention to early case evaluation. | L120 | 0.20 | 333.00 | 66.60 |
| MJE | 01/24/13 | Receipt and review of email from C. Bonello regarding strategy for revisions to Notice of Stay, incorporate changes and revisions to notice and letter to counsel and deliver to C. Bonello for approval. | L250 | 1.00 | 279.00 | 279.00 |
| MJE | 01/29/13 | Finalized BK and Stay notice and letter to Plaintiff | L250 | 0.40 | 279.00 | 111.60 |
| | | **TOTAL** | | **13.50** | | **$3,636.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L110 | Fact Investigation/Development | 3.30 | $697.95 |
| L120 | Analysis/Strategy | 1.80 | $579.15 |
| L210 | Pleadings | 0.30 | $99.90 |
| L240 | Dispositive Motions | 5.70 | $1,590.30 |
| L250 | Other Written Motions | 2.40 | $669.60 |
| | **TOTAL** | **13.50** | **$3,636.90** |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Tarwater, Linda | LJT | Paralegal | 1.50 | 130.50 | $195.75 |
| Esposito, Matthew | MJE | Associate | 10.80 | 279.00 | $3,013.20 |
| Hankins, Suzanne | SMH | Member | 0.90 | 333.00 | $299.70 |
| | **Total** | | **13.50** | | **$3,636.90** |

| | | |
| --- | --- | --- |
| | FEES | $3,636.90 |
| | **TOTAL THIS INVOICE** | **$3,636.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     340527     JBS                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1460      Rubio, Ricardo
                     GMAC Matter No.: 735874

**TOTAL AMOUNT DUE**          $463.95

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340527    JBS                                      February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1460    Rubio, Ricardo
GMAC Matter No.: 735874

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 01/07/13 | Open New Matter including Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| EK | 01/11/13 | Draft email to D. Booth re response to complaint and service issues | L120 | 0.60 | 274.50 | 164.70 |
| EK | 01/11/13 | Analysis and evaluation of complaint | L120 | 0.30 | 274.50 | 82.35 |
| EK | 01/17/13 | Analysis and evaluation of issues re service of defendants and acknowledgment of receipt | L120 | 0.20 | 274.50 | 54.90 |
| EK | 01/17/13 | Draft email to D. Booth re status of service and response to pleadings | L120 | 0.20 | 274.50 | 54.90 |
| EK | 01/17/13 | Further email to D. Booth re case status and service issues | L210 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | **1.90** | | **$463.95** |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 1.30 | $356.85 |
| L190 | Other Case Assessment | 0.40 | $52.20 |
| L210 | Pleadings | 0.20 | $54.90 |
| | **TOTAL** | **1.90** | **$463.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.    340527 | CLIENT    GMAC ResCap | | | Page | 2 |
| | MATTER   Rubio, Ricardo | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Kemp, Erik | EK | Associate | 1.50 | 274.50 | $411.75 |
| | **Total** | | **1.90** | | **$463.95** |

| | | | |
|---|---|---|---|
| | | FEES | $463.95 |
| | **TOTAL THIS INVOICE** | | **$463.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340528    JBS                          February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1462     Ham, Michael Dennis
                   GMAC Matter No.: KK

**TOTAL AMOUNT DUE**          $1,711.58

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.    340528    JBS | | February 20, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1462    Ham, Michael Dennis
GMAC Matter No.: KK  *727061*

**FOR PROFESSIONAL SERVICES RENDERED**    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| RJG | 01/14/13 | Correspondence with our client to advise regarding preliminary case investigation and pending small claims trial issues. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 01/14/13 | Analysis of preliminary case and pending case issues. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 01/14/13 | Analyze minute order continuing small claims hearing, work on getting copy of complaint. | L110 | 0.30 | 288.00 | 86.40 |
| DL | 01/15/13 | Analyze complaint and provide analysis to client re same. | L110 | 0.30 | 288.00 | 86.40 |
| DL | 01/15/13 | Draft notice of bankruptcy stay. | L430 | 0.30 | 288.00 | 86.40 |
| JBS | 01/16/13 | Analysis and evaluation of defense strategy | L120 | 0.30 | 427.50 | 128.25 |
| DL | 01/16/13 | Revise notice of bankruptcy and exchange correspondence with client re same. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 01/23/13 | Attend hearing on small claims trial and prepare correspondence to client re continuance of hearing. | L450 | 3.70 | 288.00 | 1,065.60 |
| | | **TOTAL** | | **5.70** | | **$1,675.35** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 01/30/13 | DDS Legal Support Systems; Court Services; LASC- Southwest- Torrance, Ca. 1/14/13 | 36.23 |
| | **TOTAL COSTS & EXPENSES** | **$36.23** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340528 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Ham, Michael Dennis | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.60 | $172.80 | | | |
| L120 | Analysis/Strategy | 0.90 | $292.95 | | | |
| L430 | Written Motions/Submissions | 0.50 | $144.00 | | | |
| L450 | Trial and Hearing Attendance | 3.70 | $1,065.60 | | | |
| | **TOTAL** | **5.70** | **$1,675.35** | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Liu, David | DL | Associate | | 4.80 | 288.00 | $1,382.40 |
| Sullivan, John | JBS | Member | | 0.30 | 427.50 | $128.25 |
| Gandy, Robert | RJG | Special Counsel | | 0.60 | 274.50 | $164.70 |
| | **Total** | | | **5.70** | | **$1,675.35** |

| | | | FEES | $1,675.35 |
|---|---|---|---|---|
| | | | COSTS & EXPENSES | $36.23 |
| | | | **TOTAL THIS INVOICE** | **$1,711.58** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     340531     JBS                                        February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1469 | Abad, Mendra C. |
| | | GMAC Matter No.: 736269 |

**TOTAL AMOUNT DUE**          $711.90

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340531    JBS                                        February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1469    Abad, Mendra C.
                        GMAC Matter No.: 736269

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 01/23/13 | Review and evaluate new complaint. | L120 | 0.30 | 333.00 | 99.90 |
| MJE | 01/28/13 | Receipt and review of new matter and review of Complaint | L110 | 0.50 | 279.00 | 139.50 |
| SMH | 01/29/13 | Draft email to C. Bonello re assignment, draft email forwarding documents. | L120 | 0.20 | 333.00 | 66.60 |
| LJT | 01/29/13 | Research title records to prepare chronology, Pacer research to ascertain bankruptcy filings by plaintiffs and review dockets on 3 Chapter 13 bankruptcies. | L110 | 0.60 | 130.50 | 78.30 |
| MJE | 01/29/13 | Receipt and review of client documents | L110 | 0.50 | 279.00 | 139.50 |
| LJT | 01/30/13 | Review title records and prepare chronology. | L110 | 0.80 | 130.50 | 104.40 |
| MJE | 01/31/13 | Review of title history in preparation for demurrer | L110 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | **3.20** | | **$711.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 2.70 | $545.40 |
| L120 | Analysis/Strategy | 0.50 | $166.50 |
| | **TOTAL** | **3.20** | **$711.90** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 340531 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Abad, Mendra C. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Tarwater, Linda | LJT | Paralegal | 1.40 | 130.50 | $182.70 |
| Esposito, Matthew | MJE | Associate | 1.30 | 279.00 | $362.70 |
| Hankins, Suzanne | SMH | Member | 0.50 | 333.00 | $166.50 |
| | **Total** | | **3.20** | | **$711.90** |

|  |  |  |
|---|---|---|
| | FEES | $711.90 |
| | **TOTAL THIS INVOICE** | **$711.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340532    JBS                                    February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1470    Aguilar, Jose L.
GMAC Matter No.: 736405

**TOTAL AMOUNT DUE**            **$662.40**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340532    JBS                                      February 20, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1470    Aguilar, Jose L.
GMAC Matter No.: 736405

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 01/24/13 | Analysis and evaluation of defense strategy | L120 | 0.30 | 427.50 | 128.25 |
| LJT | 01/24/13 | Begin researching title records to prepare chronology. | L110 | 0.40 | 130.50 | 52.20 |
| RJG | 01/24/13 | Correspondence with our client to advise regarding preliminary case investigation issues. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 01/24/13 | Analysis of Plaintiff's complaint and motion for injunctive relief and attention to preliminary case investigation. | L120 | 0.60 | 274.50 | 164.70 |
| LJT | 01/25/13 | Complete research of title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff. | L110 | 0.40 | 130.50 | 52.20 |
| LJT | 01/28/13 | Review title records and prepare chronology and additional Pacer research to ascertain bankruptcy filings by tranferees of interest in property and junior lienholder. | L110 | 1.40 | 130.50 | 182.70 |
| | | **TOTAL** | | **3.40** | | **$662.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L110    Fact Investigation/Development | 2.20 | $287.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   340532 | CLIENT   GMAC ResCap | | | Page | 2 |
| | MATTER   Aguilar, Jose L. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | | 1.20 | $375.30 | | |
| | **TOTAL** | | **3.40** | **$662.40** | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Sullivan, John | JBS | | Member | 0.30 | 427.50 | $128.25 |
| Tarwater, Linda | LJT | | Paralegal | 2.20 | 130.50 | $287.10 |
| Gandy, Robert | RJG | | Special Counsel | 0.90 | 274.50 | $247.05 |
| | **Total** | | | **3.40** | | **$662.40** |

|  |  |
|---|---|
| FEES | $662.40 |
| **TOTAL THIS INVOICE** | **$662.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      340549      JBS

February 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0573 | Yakimenko, Nikolay |
| | | GMAC Matter No.: 695861 |

**TOTAL AMOUNT DUE**          **$884.25**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 340549 | JBS | | February 21, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0573    Yakimenko, Nikolay
GMAC Matter No.: 695861

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DHC | 01/03/13 | Conference with Casey McTigue re impact of GMAC bankruptcy on title company's ability to settle case and recommendations to client. | L120 | 0.50 | 337.50 | 168.75 |
| CJM | 01/03/13 | Strategize re recommendation to lift stay for purposes of settlement, draft email to handling counsel re same. | L160 | 0.40 | 238.50 | 95.40 |
| CJM | 01/22/13 | Analyze pleadings re applicability of order modifying bankruptcy stay, draft email to client re same. | L160 | 2.00 | 238.50 | 477.00 |
| CJM | 01/25/13 | Draft email to handling attorney re case status. | L190 | 0.30 | 238.50 | 71.55 |
| CJM | 01/28/13 | Confer with M. Fitzsimmons re case status. | L190 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **3.50** | | **$884.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $168.75 |
| L160 | Settlement/Non-Binding ADR | 2.40 | $572.40 |
| L190 | Other Case Assessment | 0.60 | $143.10 |
| | **TOTAL** | **3.50** | **$884.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| McTigue, Casey | CJM | Associate | 3.00 | 238.50 | $715.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  340549 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Yakimenko, Nikolay | | | | |

| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 |
|---|---|---|---|---|---|
| | **Total** | | **3.50** | | **$884.25** |

| PRIOR FEES | $2,188.35 |
|---|---|
| PRIOR COSTS & EXPENSES | $80.80 |

| FEES | $884.25 |
|---|---|
| **TOTAL THIS INVOICE** | **$884.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340550    JBS                                    February 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0595    Reyes, Felicito and Carolina Laurente Reyes v. GMAC Mortgage, LLC
GMAC Matter No.: 703347

**TOTAL AMOUNT DUE**        **$313.20**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson *&*Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340550    JBS                                    February 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0595    Reyes, Felicito and Carolina Laurente Reyes v. GMAC Mortgage, LLC
GMAC Matter No.: 703347

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MEG | 11/07/12 | Correspondence to C.Bonello regarding appeals period and judgment. | L240 | 0.30 | 261.00 | 78.30 |
| MEG | 11/21/12 | Correspondence to client regarding appeals period. | L110 | 0.30 | 261.00 | 78.30 |
| MEG | 01/02/13 | Strategize regarding appeal deadline and final judgment in case. | L110 | 0.40 | 261.00 | 104.40 |
| MEG | 01/02/13 | Correspondence to and from client regarding final judgment. | L110 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | **1.20** | | **$313.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 0.90 | $234.90 |
| L240 | Dispositive Motions | 0.30 | $78.30 |
| | **TOTAL** | **1.20** | **$313.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Gruber, Megan | MEG | Associate | 1.20 | 261.00 | $313.20 |
| | **Total** | | **1.20** | | **$313.20** |

| PRIOR FEES | $19,479.60 |
|------------|-----------|
| PRIOR COSTS & EXPENSES | $3,055.79 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340550 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Reyes, Felicito & Carolina | | | |

| | FEES | $313.20 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$313.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340551    JBS                                    February 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0656    Tajbakhsh, Abdi E.
C/M# 705333

**TOTAL AMOUNT DUE**              $223.20

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340551    JBS                                February 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0656    Tajbakhsh, Abdi E.
                        C/M# 705333

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ERB | 11/02/12 | Communications with client re status of L120 matter. | 0.10 | 279.00 | 27.90 |
| ERB | 11/20/12 | Communications with client (.2) and L160 Plaintiff's counsel (.3) re Plaintiff's request for modification review post disposition of action. | 0.50 | 279.00 | 139.50 |
| ERB | 12/04/12 | Communications with client re status of L120 matter. | 0.10 | 279.00 | 27.90 |
| ERB | 01/04/13 | Review file and communications with L120 client re status. | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | **0.80** | | **$223.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $83.70 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $139.50 |
| | **TOTAL** | **0.80** | **$223.20** |

| Timekeeper | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.80 | 279.00 | $223.20 |
| | **Total** | | **0.80** | | **$223.20** |

| | | |
|---|---|---|
| PRIOR FEES | $16,735.50 | |
| PRIOR COSTS & EXPENSES | $2,263.00 | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.   340551 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Tajbakhsh, Abdi E. | | |

|  |  |
|---|---|
| FEES | $223.20 |
| **TOTAL THIS INVOICE** | **$223.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340552    JBS                                    February 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0683    Burnett (Daniels)
              GMAC Matter No.: 706245

**TOTAL AMOUNT DUE**              $3,005.10

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   340552   JBS                              February 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 0683   Burnett (Daniels)
GMAC Matter No.: 706245

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 01/03/13 | Draft status update for the case | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 01/15/13 | Attended Deposition of Respondend Donna Daniels. | L330 | 7.00 | 238.50 | 1,669.50 |
| YS | 01/24/13 | Review and analysis of CitiMortgage's notice of deposition of Johnny Lee Burnett and demand for production of documents | L330 | 0.20 | 238.50 | 47.70 |
| JHT | 01/24/13 | Attended Status Conference. | L230 | 4.50 | 238.50 | 1,073.25 |
| YS | 01/28/13 | Receipt, review and analysis of the notice of continuance of the trial setting conference | L120 | 0.10 | 238.50 | 23.85 |
| YS | 01/28/13 | Receipt, review and analysis of petitioner's continued notice of deposition of Donna Daniels and demand for production of documents | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 01/30/13 | Prepared for Trial Setting Conference. | L230 | 0.50 | 238.50 | 119.25 |
| YS | 01/31/13 | Receipt, review and analysis of the subpoena for records from the Los Angeles Police Department | L120 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **12.60** | | **$3,005.10** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $71.55 |
| L190 | Other Case Assessment | 0.10 | $23.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340552      CLIENT      GMAC ResCap                                    Page       2
                          MATTER    Burnett (Daniels)

| L230 | Court Mandated Conferences | | 5.00 | $1,192.50 | | | |
|------|----------------------------|--|------|-----------|--|--|--|
| L330 | Depositions | | 7.20 | $1,717.20 | | | |
| | **TOTAL** | | **12.60** | **$3,005.10** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Tuffaha, Joe | JHT | Associate | 12.00 | 238.50 | $2,862.00 |
| Shaham, Yaron | YS | Special Counsel | 0.60 | 238.50 | $143.10 |
| | **Total** | | **12.60** | | **$3,005.10** |

PRIOR FEES                          $16,454.25
PRIOR COSTS & EXPENSES         $1,566.11

                                              FEES              $3,005.10
                          **TOTAL THIS INVOICE**              **$3,005.10**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340553    JBS                                                  February 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0717    Ganesan, Skandapriya (2)
C/M# 697731

**TOTAL AMOUNT DUE**                    $462.30

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    340553    JBS | February 21, 2013 |
|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0717    Ganesan, Skandapriya (2)
C/M# 697731

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MCK | 01/02/13 | Review plaintiff's notices of withdrawal of lis pendens. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 01/02/13 | E-mail correspondence with Charles Brehm of Wells Fargo regarding notices of lis pendens. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 01/02/13 | E-mail to opposing counsel re: withdrawal of lis pendens. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 01/02/13 | Title research regarding notices of lis pendens and notices of withdrawal of same. | L120 | 0.20 | 234.00 | 46.80 |
| MKS | 01/03/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| MCK | 01/08/13 | E-mail to client contacts regarding recording of notices of withdrawal of lis pendens. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 01/22/13 | Correspondence with clients regarding conformed withdrawals of lis pendens and file closure. | L120 | 0.50 | 234.00 | 117.00 |
| | | **TOTAL** | | **1.90** | | **$451.80** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 01/15/13 | Pacer Service Center; Data Search; Account No. SW0061. Usage: 10/01/12 - 12/31/12 | 10.50 |

**TOTAL COSTS & EXPENSES**                **$10.50**

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   340553 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER | Ganesan, Skandapriya (2) | | | |

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.90 | $451.80 | | |
| | **TOTAL** | **1.90** | **$451.80** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kelly, Megan | MCK | Special Counsel | 1.70 | 234.00 | $397.80 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **1.90** | | **$451.80** |

| | | | |
|---|---|---|---|
| PRIOR FEES | $94,044.60 | | |
| PRIOR COSTS & EXPENSES | $6,373.81 | | |

| | |
|---|---|
| FEES | $451.80 |
| COSTS & EXPENSES | $10.50 |
| **TOTAL THIS INVOICE** | **$462.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340556    JBS                                    February 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER    1053    Crnic, Carol Ann and Terry
                        C/M# 718068

**TOTAL AMOUNT DUE**            $3,124.35

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340556    JBS                                February 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1053    Crnic, Carol Ann and Terry
C/M# 718068

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 01/03/13 | Draft status update for the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 01/11/13 | Draft and prepare clients' case management statement in light of pending case management conference hearing | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 01/12/13 | Prepared for OSC Re. Bankruptcy Status. | L210 | 0.50 | 238.50 | 119.25 |
| JHT | 01/14/13 | Appeared at OSC Re. Bankruptcy Status. | L210 | 5.70 | 238.50 | 1,359.45 |
| JHT | 01/27/13 | Prepared for Case Management Conference. | L230 | 0.50 | 238.50 | 119.25 |
| JHT | 01/28/13 | Appeared at Mandatory Appearance Case Management Conference. | L230 | 5.70 | 238.50 | 1,359.45 |
| JHT | 01/29/13 | Drafted correspondence to client regarding case status. | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **13.10** | | **$3,124.35** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L190 | Other Case Assessment | 0.30 | $71.55 |
| L210 | Pleadings | 6.60 | $1,574.10 |
| L230 | Court Mandated Conferences | 6.20 | $1,478.70 |
| | **TOTAL** | **13.10** | **$3,124.35** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  340556 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | MATTER | Crnic, Carol Ann & Terry | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 12.60 | 238.50 | $3,005.10 | |
| Shaham, Yaron | YS | Special Counsel | 0.50 | 238.50 | $119.25 | |
| | **Total** | | **13.10** | | **$3,124.35** | |

| PRIOR FEES | $21,314.70 |
|---|---|
| PRIOR COSTS & EXPENSES | $2,864.60 |

| | FEES | $3,124.35 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$3,124.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        340557        JBS                                        February 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000        GMAC ResCap
MATTER        1095        Boyd, Michael E.
                          GMAC Matter No.: 719832

**TOTAL AMOUNT DUE**                        $367.83

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340557    JBS                                February 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1095    Boyd, Michael E.
GMAC Matter No.: 719832

FOR PROFESSIONAL SERVICES RENDERED       01/01/1994       01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| KPL | 12/09/12 | Perform appellate case monitoring opening tasks. | L120 | 0.20 | 76.50 | 15.30 |
| KPL | 12/14/12 | Located and called court reporter to request a copy of reporter's transcript. | L120 | 0.20 | 76.50 | 15.30 |
| KPL | 12/21/12 | E-mailed court reporter to request a copy of reporter's transcript. | L120 | 0.10 | 76.50 | 7.65 |
| MEH | 01/02/13 | Exchange emails with client (H. Franchi) re: bankruptcy notice. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 01/02/13 | Finalize bankruptcy notice. | L510 | 0.30 | 261.00 | 78.30 |
| KPL | 01/02/13 | Analyze and edit appellate case matrix with bankruptcy stay request filed for attorney review and reference. | L120 | 0.40 | 76.50 | 30.60 |
| MEH | 01/24/13 | Monitor docket, case file re upcoming briefing deadlines. | L520 | 0.30 | 261.00 | 78.30 |
| MXS | 01/29/13 | E-mailed with plaintiff re stipulation to extend time to file appeal opposition brief. | L460 | 0.30 | 216.00 | 64.80 |
| | | **TOTAL** | | **2.00** | | **$342.45** |

### COSTS & EXPENSES

| | | |
|--|--|--|
| 01/08/13 | Cardmember Service/Chase (Acct #0705); Data Search; Soquel, CA, 95073 Santa Cruz 12/05/12 | 16.78 |
| 01/15/13 | Pacer Service Center; Data Search; Account ID#SW0817-Q42012. Usage: 10/01/12-12/31/12. | 8.60 |

**TOTAL COSTS & EXPENSES**                    **$25.38**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    340557 | CLIENT    GMAC ResCap | | Page | 2 |
| | MATTER    Boyd, Michael E. | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.90 | $68.85 |
| L460 | Post-Trial Motions & Submissio | 0.30 | $64.80 |
| L510 | Appellate Motions & Submission | 0.50 | $130.50 |
| L520 | Appellate Briefs | 0.30 | $78.30 |
| | **TOTAL** | **2.00** | **$342.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Lee, Kristina | KPL | Legal Assistant | 0.90 | 76.50 | $68.85 |
| Holt, M. Elizabeth | MEH | Associate | 0.80 | 261.00 | $208.80 |
| Schindler, Maria | MXS | Associate | 0.30 | 216.00 | $64.80 |
| | Total | | **2.00** | | **$342.45** |

| | |
|---|---|
| PRIOR FEES | $43,459.65 |
| PRIOR COSTS & EXPENSES | $818.05 |

| | |
|---|---|
| FEES | $342.45 |
| COSTS & EXPENSES | $25.38 |
| **TOTAL THIS INVOICE** | **$367.83** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340559    JBS                                    February 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1213    Woods-White, Elizabeth
                  GMAC Matter No.: 725602
                  Loan No.: 359479670

**TOTAL AMOUNT DUE**          **$2,067.55**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement