# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340838 | CLIENT | GMAC ResCap | | | Page | 5 |
| | | MATTER | Shepherd, Dwayne & Selene | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L250 | Other Written Motions | | 0.30 | $91.80 | | | |
| L300 | NOT A VALID TASK CODE | | 3.30 | $1,009.80 | | | |
| L310 | Written Discovery | | 4.10 | $1,254.60 | | | |
| | **TOTAL** | | **21.00** | **$6,417.90** | | | |

| Timekeeper | | | Position | Hours | Rate | Value | |
|---|---|---|---|---|---|---|---|
| Buell, Edward | | ERB | Associate | 0.30 | 279.00 | $83.70 | |
| Nowlin, Marlene | | MCN | Special Counsel | 20.70 | 306.00 | $6,334.20 | |
| | Total | | | **21.00** | | **$6,417.90** | |

| PRIOR FEES | $27,959.85 |
|---|---|
| PRIOR COSTS & EXPENSES | $3,777.24 |

| | |
|---|---|
| FEES | $6,417.90 |
| COSTS & EXPENSES | $168.28 |
| **TOTAL THIS INVOICE** | **$6,586.18** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## ~~ICE REPORT FORM~~
## For Travel Expenses

**Instructions**: Please complete form and forward to Accounting for payment. Attach all appropriate receipts, including those for meals and entertainment. All expenses over $25.00 must have receipts attached. (Note: All business promotion exceeding $1,000.00 must be approved in advance.)

| Attorney Name: | David J. Reed | | Attorney No.: | |
|---|---|---|---|---|
| Client/Matter Name: | GMAC/Shepherd | | Client/Matter No.: | 19000.0384 |

| Date of Departure | Date of Return | Total Days Away | No. days away due to business |
|---|---|---|---|
| 11/9/12 | 11/9/12 | 0 | 0 |

| Destination of trip: | From: | Irvine Office | To: | San Diego Superior Court - El Cajon Courthouse |
|---|---|---|---|---|

**Purpose of Trip: (i.e., list company & persons re Bus. Promotion; name of education seminar; state purpose of trip re client charge)** Note - this is an unlimited expanding field, it will word wrap as you type.

Mileage and parking to San Diego Superior Court, El Cajon Courthouse, to attend and represent client at hearing on Plaintiff's Ex Parte Application; 250 East Main Street, El Cajon, CA 92020; 183.2 miles RT ($13 Tolls)

| *Type of Expense: | *Select one item from drop down list: | | | | Client Expense-charge client | | | |
|---|---|---|---|---|---|---|---|---|
| Itemization: | Sun. | Mon. | Tues. | Wed. | Thur. | Fri. | Sat. | TOTAL |
| **Transportation** | | | | | | | | |
| Airfare | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Mileage – 55.5¢/mi | 0 | 0 | 0 | 0 | 0 | 105.33 | 0 | $ 105.33 |
| Auto Rental | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Taxicab | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Parking & Tolls | 0 | 0 | 0 | 0 | 0 | 13.00 | 0 | $ 13.00 |
| **Lodging** | | | | | | | | |
| Hotel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Non-Food Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Local Phone Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Long Dist. Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Misc. Tips | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| **Meals** (incl. Tips) | | | | | | | | |
| Breakfast | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Lunch | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Dinner | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| **Other** | | | | | | | | |
| TOTALS | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 118.33 | $ 0.00 | $118.33 |

**\*\* Please furnish details regarding meals on Page 2.**

| | Total amount prepaid by firm: | 0 |
|---|---|---|
| | Total expense paid by employee: | $118.33 |

I certify that the above expenses were incurred by me for authorized firm business.

| Signature: | x | Date: | 1/10/13 |
|---|---|---|---|
| Supervisor Approval: | | Date: | 1|16|13 |

Expense Report Form (pg. 1)

5/30/2012

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     340840     JBS                                    February 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1025 | Blanche, John R. |
| | | C/M# 717587 |

**TOTAL AMOUNT DUE**          $3,002.70

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340840    JBS                          February 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1025    Blanche, John R.
C/M# 717587

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 12/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 01/02/13 | Draft order following demurrer. | L210 | 0.40 | 238.50 | 95.40 |
| MGC | 01/02/13 | Draft updates to client following demurrer. | L240 | 0.30 | 238.50 | 71.55 |
| MGC | 01/02/13 | Review pleadings. | L210 | 0.20 | 238.50 | 47.70 |
| ERB | 01/05/13 | Review file and communications with client re status. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 01/15/13 | Attention to Plaintiff's Mandatory Settlement Conference Statement and strategize re response based on lack of previous notice of conference. | L120 | 0.40 | 279.00 | 111.60 |
| MGC | 01/15/13 | Prepare for settlement conference. | L160 | 0.80 | 238.50 | 190.80 |
| MGC | 01/15/13 | Strategize with clients re: appearance at conference. | L160 | 0.40 | 238.50 | 95.40 |
| MGC | 01/15/13 | Draft letter to court re: conference. | L160 | 0.40 | 238.50 | 95.40 |
| MGC | 01/15/13 | Strategize re: conference. | L160 | 0.50 | 238.50 | 119.25 |
| MGC | 01/15/13 | Review plaintiff's notice of settlement conference. | L160 | 0.30 | 238.50 | 71.55 |
| MGC | 01/16/13 | Appear at settlement conference. | L150 | 7.80 | 238.50 | 1,860.30 |
| | | **TOTAL** | | **11.70** | | **$2,814.75** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 12/11/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- Sacramento. Advance ck. $60.00 11/27/12 | 109.95 |
| 12/17/12 | CourtCall, LLC; CourtCall - Conference | 78.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   340840 | CLIENT   GMAC ResCap | Page | 2 |
|---|---|---|---|
| | MATTER   Blanche, John R. | | |

Service;  12/18/12

**TOTAL COSTS & EXPENSES**                                        **$187.95**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $167.40 |
| L150 | Budgeting | 7.80 | $1,860.30 |
| L160 | Settlement/Non-Binding ADR | 2.40 | $572.40 |
| L210 | Pleadings | 0.60 | $143.10 |
| L240 | Dispositive Motions | 0.30 | $71.55 |
| | **TOTAL** | **11.70** | **$2,814.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.60 | 279.00 | $167.40 |
| Cross, Michael | MGC | Associate | 11.10 | 238.50 | $2,647.35 |
| | **Total** | | **11.70** | | **$2,814.75** |

PRIOR FEES                                   $8,175.60
PRIOR COSTS & EXPENSES            $1,302.29

| | | |
|---|---|---|
| FEES | $2,814.75 |
| COSTS & EXPENSES | $187.95 |
| **TOTAL THIS INVOICE** | **$3,002.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

**gal Network** LLC

O. BOX 844250 LOS ANGELES, CA 90084-4250

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 274465 | 82035 |
| Invoice Date | Total Due |
| 11/30/12 | 109.95 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 274465 | 11/30/12 | 109.95 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 11/27/12 | 6860360 | FAX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: MARILYN HECHMER<br>Case No.: 31-2010-00092667<br>FILE/CONFORM/RETURN<br>Signed: filed | SCSC-SACRAMENTO<br>720 9TH STREET<br>SACRAMENTO    CA 95814<br><br>Case Title: BLANCHE V AURORA<br>COURTESY COPY TO JDG<br>Ref: 19000.1025 | Base Chg :    49.95<br>Adv/Wit Ck:    60.00 | 109.95 |
| FILING-FAX/PDF | | | | | | |
| | | | Invoice Amount:    49.95 | | | |
| | | | Fees Advanced:    60.00 | | | |
| | | | **Total  Amount Due:**    109.95 | | | |

Approved: _[signature]_ Customer

C/M #: _19000.1025_

Total    109.95

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      340841      JBS                                          February 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|---|---|---|
| MATTER | 1218 | Flores, Panfilo and Irene |
| | | GMAC Matter No.:  725898 |

**TOTAL AMOUNT DUE**              $559.60

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340841    JBS                                    February 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1218    Flores, Panfilo and Irene
                        GMAC Matter No.:  725898

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JDI | 01/02/13 | Correspond with mediator re new conference dates. | L230 | 0.30 | 279.00 | 83.70 |
| ERB | 01/05/13 | Review file and communications with client re status. | L120 | 0.10 | 279.00 | 27.90 |
| JDI | 01/23/13 | Prepare for and attend telephone mediation conference. | L230 | 0.70 | 279.00 | 195.30 |
| | | **TOTAL** | | **1.10** | | **$306.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 01/15/13 | Pacer Service Center; Data Search; Account No. SW0061. Usage: 10/01/12 - 12/31/12 | 10.20 |
| 01/24/13 | First Legal Network, LLC; Court Services; Nevada County Court, Nevada City, Ca. 12/19/12. Advance ck. $25.00 | 170.00 |
| 01/24/13 | First Legal Network, LLC; Court Services; Nevada County Recorders, Nevada City, Ca. 12/19/12 | 72.50 |

**TOTAL COSTS & EXPENSES**                               $252.70

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 0.10 | $27.90 |
| L230    Court Mandated Conferences | 1.00 | $279.00 |
| **TOTAL** | **1.10** | **$306.90** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340841 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Flores, Panfilo & Irene | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Ives, Jon | JDI | Associate | 1.00 | 279.00 | $279.00 |
| | **Total** | | **1.10** | | **$306.90** |

PRIOR FEES $16,203.15
PRIOR COSTS & EXPENSES $179.68

| | |
|---|---|
| FEES | $306.90 |
| COSTS & EXPENSES | $252.70 |
| **TOTAL THIS INVOICE** | **$559.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

CA 90064-4250

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 276241 | 82035 |
| Invoice Date | Total Due |
| 1/08/13 | 170.00 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 276241 | 1/08/13 | 170.00 | 1 |

**Service Detail**

| Date | Ordr No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| 12/19/12 | 6867656 | FSR | Nevada County Court<br>201 Church St.<br>NEVADA CITY      CA 95959<br>Caller: Clair Romell<br>Case No.: 78279<br>See Instruction and<br>Signed: OBTAINED | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111 | Base Chg  : 145.00<br>Adv/Wit Ck: 25.00 | 170.00 |
| RESEARCH-FORWARD SAME DAY | | | | Case Title: Knutsen v. Deutsche<br>recorder's Cover pag<br>Ref: 19000.1218 | | |

Invoice Amount:    145.00
Fees Advanced:     25.00
**Total    Amount Due:**    170.00

*1/15/13*

*** REPRINT ***                          Total                170.00

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340842    JBS                                    February 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1242     Fetty, Frederick and Susan
                  GMAC Matter No.: 726842

**TOTAL AMOUNT DUE**            $2,980.35

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340842    JBS                                February 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1242    Fetty, Frederick and Susan
GMAC Matter No.: 726842

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 01/05/13 | Review file and communications with client re status. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 01/07/13 | Call with court re: demurrer. | L240 | 0.40 | 238.50 | 95.40 |
| ERB | 01/08/13 | Attention to tentative ruling sustaining demurrer and Courts later statement that hearing off calendar based on filing of amended complaint. | L210 | 0.30 | 279.00 | 83.70 |
| MGC | 01/08/13 | Appear at hearing on demurrer. | L240 | 0.20 | 238.50 | 47.70 |
| MGC | 01/08/13 | Prepare for hearing on demurrer. | L240 | 0.70 | 238.50 | 166.95 |
| MGC | 01/09/13 | Draft update to client re: demurrer. | L240 | 0.20 | 238.50 | 47.70 |
| MGC | 01/14/13 | Review first amended complaint | L210 | 0.60 | 238.50 | 143.10 |
| MGC | 01/18/13 | Draft letter to client with recommendation re: response to first amended complaint. | L210 | 0.30 | 238.50 | 71.55 |
| MGC | 01/18/13 | Strategize re: responsive pleading to first amended complaint. | L120 | 0.50 | 238.50 | 119.25 |
| MGC | 01/18/13 | Analyze first amended complaint. | L210 | 0.50 | 238.50 | 119.25 |
| JN | 01/28/13 | Review and analyze First Amended Complaint and make red lined comparison to Original Complaint. | L120 | 3.40 | 130.50 | 443.70 |
| ERB | 01/28/13 | Review and revise motion to strike. | L210 | 0.40 | 279.00 | 111.60 |
| MGC | 01/28/13 | Call with co-defendant's counsel. | L190 | 0.20 | 238.50 | 47.70 |
| MGC | 01/28/13 | Draft motion to strike entire first amended complaint. | L210 | 4.30 | 238.50 | 1,025.55 |
| MGC | 01/31/13 | Begin to draft demurrer to first amended complaint. | L210 | 1.80 | 238.50 | 429.30 |
| | | **TOTAL** | | **13.90** | | **$2,980.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.  340842 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Fetty, Frederick & Susan | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 4.00 | $590.85 |
| L190 | Other Case Assessment | 0.20 | $47.70 |
| L210 | Pleadings | 8.20 | $1,984.05 |
| L240 | Dispositive Motions | 1.50 | $357.75 |
| | TOTAL | 13.90 | $2,980.35 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.80 | 279.00 | $223.20 |
| Negrete, Jennifer | JN | Paralegal | 3.40 | 130.50 | $443.70 |
| Cross, Michael | MGC | Associate | 9.70 | 238.50 | $2,313.45 |
| | Total | | 13.90 | | $2,980.35 |

| | |
|---|---|
| PRIOR FEES | $14,472.45 |
| PRIOR COSTS & EXPENSES | $1,321.64 |

| | |
|---|---|
| FEES | $2,980.35 |
| TOTAL THIS INVOICE | $2,980.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     340843      JBS                                    February 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1256 | Teang, Srey (Meas) |
| | | GMAC Matter No.: 727341 |

**TOTAL AMOUNT DUE**          $231.30

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340843    JBS                                February 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1256    Teang, Srey (Meas)
                        GMAC Matter No.: 727341

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 12/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 12/10/12 | Attention to upcoming sale and strategize re postponement based on motion to dismiss being under submission. | L120 | 0.30 | 279.00 | 83.70 |
| ERB | 01/04/13 | Review file and communications with client re status. | L120 | 0.10 | 279.00 | 27.90 |
| EMR | 01/16/13 | Review court's minute order continuing status conference and related deadlines. | L230 | 0.10 | 306.00 | 30.60 |
| EMR | 01/29/13 | E-mail update to J. Hoy re status of pending motion to dismiss. | L240 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **0.80** | | **$231.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $139.50 |
| L230 | Court Mandated Conferences | 0.10 | $30.60 |
| L240 | Dispositive Motions | 0.20 | $61.20 |
| | **TOTAL** | **0.80** | **$231.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Roman, Eleanor | EMR | Special Counsel | 0.30 | 306.00 | $91.80 |
| Buell, Edward | ERB | Associate | 0.50 | 279.00 | $139.50 |
| | **Total** | | **0.80** | | **$231.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    340843 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Teang, Srey (Meas) | | |

PRIOR FEES                             $19,589.40

| | | |
|---|---|---|
| | FEES | $231.30 |
| | **TOTAL THIS INVOICE** | **$231.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340844    JBS                                    February 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1350    Teang, Srey
GMAC Matter No.: 731340

**TOTAL AMOUNT DUE**                **$315.80**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340844    JBS                                            February 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1350    Teang, Srey
                        GMAC Matter No.: 731340

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 01/04/13 | Review file and communications with client re status. | L120 | 0.10 | 279.00 | 27.90 |
| EMR | 01/09/13 | Further e-mail communications with T. Peabody re corrections to notice of withdrawal of lis pendens necessary to recordation of same. | L250 | 0.20 | 306.00 | 61.20 |
| EMR | 01/11/13 | Review plaintiffs' amended withdrawal of lis pendens. | L250 | 0.10 | 306.00 | 30.60 |
| EMR | 01/16/13 | E-mail to J. Hoy regarding defective withdrawal of lis pendens filed by plaintiffs' counsel. | L250 | 0.10 | 306.00 | 30.60 |
| EMR | 01/18/13 | Conversation with T. Peabody regarding corrections needed to withdrawal of lis pendens. | L250 | 0.10 | 306.00 | 30.60 |
| EMR | 01/18/13 | Review amended notice of withdrawal of lis pendens filed by T. Peabody. | L250 | 0.10 | 306.00 | 30.60 |
| EMR | 01/18/13 | E-mail  update to J. Hoy. | L250 | 0.10 | 306.00 | 30.60 |
| EMR | 01/29/13 | E-mail communications with J. Hoy re recordation of notice of withdrawal of lis pendens. | L250 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **1.00** | | **$303.30** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 01/31/13 | Clerk, United States District Court; Court and Filing Fees; Fees for obtaining certified copy of Notice of W/D of Pendency of Action. Draft#29652 1/9/13. | 12.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   340844      CLIENT   GMAC ResCap                          Page       2
                          MATTER   Teang, Srey

| TOTAL COSTS & EXPENSES | $12.50 |
|---|---|

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L250 | Other Written Motions | 0.90 | $275.40 |
| | TOTAL | 1.00 | $303.30 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Roman, Eleanor | EMR | Special Counsel | 0.90 | 306.00 | $275.40 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | Total | | 1.00 | | $303.30 |

| PRIOR FEES | $9,408.15 |
|---|---|
| PRIOR COSTS & EXPENSES | $96.70 |

| FEES | $303.30 |
|---|---|
| COSTS & EXPENSES | $12.50 |
| TOTAL THIS INVOICE | $315.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340845    JBS                                    February 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1362     Naidu, Satyanadan and Rampiyami
                     GMAC Matter No.: 731605

**TOTAL AMOUNT DUE**              $633.35

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340845    JBS                                         February 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1362    Naidu, Satyanadan and Rampiyami
GMAC Matter No.: 731605

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 01/04/13 | Review file and communications with client re status. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 01/07/13 | Update client regarding filing of complaint against First American. | L210 | 0.20 | 238.50 | 47.70 |
| AAG | 01/15/13 | Prepare documents to be served on defendant First American. | L210 | 0.20 | 238.50 | 47.70 |
| AAG | 01/17/13 | Update client regarding service of complaint. | L210 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **0.60** | | **$147.15** |

## COSTS & EXPENSES

| 01/15/13 | One Legal, Inc.; Transmittal of filing to court; Complaint, Summons Civil Case Cover Sheet including Court Filing Fee $435 01/03/13 | 486.20 |
|---|---|---|

**TOTAL COSTS & EXPENSES**                          **$486.20**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L210 | Pleadings | 0.50 | $119.25 |
| | **TOTAL** | **0.60** | **$147.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 0.50 | 238.50 | $119.25 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **0.60** | | **$147.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340845 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Naidu, Satyanadan & Rampiyami | | |

PRIOR FEES                        $8,346.15
PRIOR COSTS & EXPENSES          $239.68

| | |
|---|---|
| FEES | $147.15 |
| COSTS & EXPENSES | $486.20 |
| **TOTAL THIS INVOICE** | **$633.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

REMIT PAYMENT TO
One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

SEVERSON & WERSON
ATTN: Accounting  Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| Cust. No.: | 0000562 |
| Invoice No.: | 6123001 |
| Inv. Date: | 1/3/13 |
| Due Date: | 1/18/13 |
| Total: | $486.20 |
| Terms: | Net 15 |

| INVOICE No. | |
| 6123001 | |
| Date: | 1/3/13 |
| Cust. No.: | 0000562 |

| Law Firm Contact: | Alisa A. Givental |
| Client File No.: | 19000.1362 |
| Case Short Title: | GMAC Mortgage, LLC V. First American Title Insurance Company |
| Documents: | Complaint, Summons, Civil Case Cover Sheet |
| One Legal Branch: | Solano |
| Court: Description: | Superior Court of California, Solano County |

*Ok to pay (w)*

| | |
|---|---|
| COURT FILING FEE | $435.00 |
| COURT FILING SERVICE FEE | $49.95 |
| COURT FILING COPY CHARGE | $1.25 |

| Due Date | 1/18/13 | Total This Invoice | $486.20 |



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340846    JBS                                    February 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1399     Stone, Clarke A. and Carol A.
                  GMAC Matter No.: 73399

**TOTAL AMOUNT DUE**          $2,033.25

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340846    JBS                                February 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1399    Stone, Clarke A. and Carol A.
GMAC Matter No.: 73399

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| KAP | 01/03/13 | Receipt and review of settlement agreements received from Plaintiffs and Plaintiffs' counsel | L160 | 0.10 | 265.50 | 26.55 |
| KAP | 01/03/13 | Receipt and review of settlement agreements received from Plaintiffs and Plaintiffs' counsel | L160 | 0.10 | 265.50 | 26.55 |
| KAP | 01/03/13 | Draft request for dismissal for signature by Plaintiffs as contemplated in settlement agreement and release | L160 | 0.30 | 265.50 | 79.65 |
| KAP | 01/03/13 | Telephone conference with Jance Hoy re issues relating to modification agreement and back-pay check | L160 | 0.10 | 265.50 | 26.55 |
| KAP | 01/03/13 | Prepare reply correspondence to Jance Hoy re issues relating to modification agreement and back-pay check | L160 | 0.30 | 265.50 | 79.65 |
| KAP | 01/03/13 | Receipt and review correspondence from Jance Hoy re receipt of settlement agreement and funds and issues with same as well as issue with modification agreement | L160 | 0.10 | 265.50 | 26.55 |
| KAP | 01/03/13 | Prepare reply correspondence to Plaintiffs' counsel re execution of settlement agreement, tender of funds, and issue with modification agreement | L160 | 0.20 | 265.50 | 53.10 |
| KAP | 01/03/13 | Receipt and review of multiple email correspondences from Plaintiffs' counsel re execution of settlement agreement, tender of funds, and issue with modification agreement | L160 | 0.20 | 265.50 | 53.10 |
| ERB | 01/05/13 | Review file and communications with | L120 | 0.10 | 279.00 | 27.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340846 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Stone, Clarke A. & Carol A. | | | | |

|  | | | | | | |
|---|---|---|---|---|---|---|
| | | client re status. | | | | |
| KAP | 01/10/13 | Prepare follow up email to client re status of resolution of loan modification/settlement issues with loss mitigation | L160 | 0.20 | 265.50 | 53.10 |
| KAP | 01/14/13 | Draft correspondence to client re dismissal with prejudice | L210 | 0.20 | 265.50 | 53.10 |
| KAP | 01/14/13 | Receipt and review of dismissal with prejudice | L210 | 0.10 | 265.50 | 26.55 |
| KAP | 01/24/13 | Prepare correspondence to Plaintiffs' counsel explaining issues in executing modification and plan for further handling of same | L160 | 0.30 | 265.50 | 79.65 |
| KAP | 01/24/13 | Receipt and review of correspondence from client re issues in executing modification and further handling of same as well as receipt and review of email chain correspondence explaining issues | L160 | 0.10 | 265.50 | 26.55 |
| KAP | 01/24/13 | Receipt, review, and reply to correspondence from Plaintiffs' counsel re dismissal of action | L160 | 0.30 | 265.50 | 79.65 |
| KAP | 01/28/13 | Draft follow-up correspondence to client re discussion with Plaintiffs' counsel of issues relating to loan modification | L110 | 0.20 | 265.50 | 53.10 |
| KAP | 01/28/13 | Telephone conference with counsel for Plaintiffs re issues with loan modification | L110 | 0.30 | 265.50 | 79.65 |
| KAP | 01/28/13 | Telephone conference with client re issues with loan modification and trouble shooting solutions re same | L110 | 0.30 | 265.50 | 79.65 |
| KAP | 01/28/13 | Receipt and review email correspondence from client re new issues with modification and additional amounts owed | L120 | 0.10 | 265.50 | 26.55 |
| KAP | 01/31/13 | Review correspondence from client re anticipated finalization of modification process | L160 | 0.10 | 265.50 | 26.55 |
| KAP | 01/31/13 | Draft correspondence to client re agreement by Plaintiffs with new loan modification payments and further handling going forward | L160 | 0.20 | 265.50 | 53.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340846 | CLIENT | GMAC ResCap | | | | Page | 3 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Stone, Clarke A. & Carol A. | | | | | |

| KAP | 01/31/13 | Receipt, review and reply to correspondence from Plaintiffs' counsel re status of loan modification workout | L160 | 0.10 | 265.50 | 26.55 |
|---|---|---|---|---|---|---|
| | | **TOTAL** | | **4.00** | | **$1,063.35** |

## COSTS & EXPENSES

| 01/30/13 | One Legal, Inc.; Transmittal of filing to court; Stipulation, Proposed Order, Proof of Service including Court Filing Fee $870 12/06/12 | 919.95 |
|---|---|---|
| 01/30/13 | One Legal, Inc.; Transmittal of filing to court; Notice of Entry 12/21/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$969.90** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.80 | $212.40 |
| L120 | Analysis/Strategy | 0.20 | $54.45 |
| L160 | Settlement/Non-Binding ADR | 2.70 | $716.85 |
| L210 | Pleadings | 0.30 | $79.65 |
| | **TOTAL** | **4.00** | **$1,063.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Paese, Kimberly A. | KAP | Associate | 3.90 | 265.50 | $1,035.45 |
| | | **Total** | **4.00** | | **$1,063.35** |

PRIOR FEES $4,785.75
PRIOR COSTS & EXPENSES $31.63

| FEES | $1,063.35 |
|---|---|
| COSTS & EXPENSES | $969.90 |
| **TOTAL THIS INVOICE** | **$2,033.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

LLC
Blvd., Suite 223
CA   94947
938-8815

26-0259046

**REMIT PAYMENT TO:**

One Legal  LLC
504 Redwood Blvd., Suite 223
Novato  CA   94947
(800) 938-8815

**SEVERSON & WERSON**
ATTN: Accounting  Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco CA   94111



| | |
|---|---|
| **Cust. No.:** | 0000562 |
| **Invoice No.:** | 7201818 |
| **Inv. Date:** | 12/6/2012 |
| **Due Date:** | 12/21/2012 |
| **Total:** | $919.95 |
| **Terms:** | Net 15 |

| **INVOICE No.** 7201818 | |
|---|---|
| Date: | 12/6/2012 |
| Cust No. | 0000562 |

Law Firm Contact : Kimberly Paese

Client File No. : 19000.1399

Case Short Title: Stone, et al. V. GMAC Mortgage, LLC

Documents: Stipulation, Proposed Order, Proof of Service

One Legal Branch: CONTRA COSTA

Court: Superior Court of California, Contra Costa County

Description:

**PLEASE NOTE
NEW ADDRESS
ABOVE**

| COURT FILING SERVICE FEE | $49.95 |
|---|---|
| COURT FILING FEE | $870.00 |



| Due Date | 12/21/2012 | Total This Invoice | $919.95 |
|---|---|---|---|

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     340847     JBS                                          February 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1445 | Armstrong, Renee and Dennis |
| | | GMAC Matter No.: 734768 |

**TOTAL AMOUNT DUE**          $563.94

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    340847    JBS                              February 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1445    Armstrong, Renee and Dennis
                        GMAC Matter No.: 734768

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 01/04/13 | Review file and communications with    L120 client re status. | | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | **0.10** | | **$27.90** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 01/08/13 | Cardmember Service/Chase (Acct #0705); Data Search; Elk Grove, CA, 95624 Sacramento 12/19/12 | 18.29 |
| 01/08/13 | Cardmember Service/Chase (Acct #0705); Data Search; CA, Sacramento 12/19/12 | 19.80 |
| 01/30/13 | One Legal, Inc.; Transmittal of filing to court; Notice of Demurrer and Demurrer to Complaint; Memorandum of ..including Court Filing Fee 12/27/12 | 497.95 |
| | **TOTAL COSTS & EXPENSES** | **$536.04** |

### BILLING SUMMARY

| Task Code and Description | Hours | Amount | | |
|--------------------------|-------|--------|---|---|
| L120    Analysis/Strategy | 0.10 | $27.90 | | |
| **TOTAL** | **0.10** | **$27.90** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | Total | | **0.10** | | **$27.90** |

PRIOR FEES                    $3,105.45

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 340847 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Armstrong, Renee & Dennis | | |

| | |
|---|---|
| FEES | $27.90 |
| COSTS & EXPENSES | $536.04 |
| **TOTAL THIS INVOICE** | **$563.94** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

LLC
ood Blvd., Suite 223
CA   94947
938-8815

26-0259046

**REMIT PAYMENT TO:**
One Legal  LLC
504 Redwood Blvd., Suite 223
Novato CA   94947
(800) 938-8815



**SEVERSON & WERSON**
ATTN: Accounting  Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco CA   94111

| | |
|---|---|
| **INVOICE No.** 5997204 | |
| Date: | 12/27/2012 |
| Cust No. | 0000562 |

| | |
|---|---|
| Cust. No.: | 0000562 |
| Invoice No.: | 5997204 |
| Inv. Date: | 12/27/2012 |
| Due Date: | 1/11/2013 |
| Total: | $497.95 |
| Terms: | Net 15 |

*Not Paid*
*1/28/13*

Law Firm Contact : Alex C. Sears
Client File No. : 19000.1445
Case Short Title: Renee A. Armstrong and Dennis W. Armstrong V. GMAC Mortga
Documents: Notice of Demurrer and Demurrer to Complaint; Memorandum of
One Legal Branch: SACRAMENTO
Court: Superior Court of California, Sacramento County
Description:

| | |
|---|---|
| **PLEASE NOTE NEW ADDRESS ABOVE** | |

| | |
|---|---|
| COURT FILING SERVICE FEE | $49.95 |
| COURT FILING FEE | $435.00 |
| COURT FILING COPY CHARGE | $13.00 |





| Due Date | 1/11/2013 | Total This Invoice | $497.95 |
|---|---|---|---|

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341066    JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1207     Mechenstock, Thomas E.
                   GMAC Matter No.: 725102
                   Loan No.: 035492305

**TOTAL AMOUNT DUE**              **$675.20**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341066    JBS                                February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1207    Mechenstock, Thomas E.
GMAC Matter No.: 725102
Loan No.: 035492305

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 12/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 01/02/13 | Monitor tentative ruling on motion to dissolve preliminary injunction and communicate with court about contesting same. | L240 | 0.20 | 238.50 | 47.70 |
| ERB | 01/03/13 | Attention to Courts tentative ruling re motion to dissolve PI regarding impact of Bankruptcy stay despite remaining claim being a permitted claim. | L120 | 0.30 | 279.00 | 83.70 |
| AAG | 01/03/13 | Prepare for and participate in eating on motion to dissolve preliminary injunction. | L250 | 0.90 | 238.50 | 214.65 |
| ERB | 01/04/13 | Review file and communications with client re status. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 01/15/13 | Update client regarding hearing on motion to dissolve preliminary injunction. | L250 | 0.20 | 238.50 | 47.70 |
| AAG | 01/23/13 | Review court docket to determine whether court issued decision regarding motion to dissolve postponement order. | L120 | 0.10 | 238.50 | 23.85 |
| AAG | 01/29/13 | Communicate with plaintiff's attorney regarding request for a principal reduction. | L160 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **2.00** | | **$497.25** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No. 341066 | CLIENT GMAC ResCap | Page 2 |
| | MATTER Mechenstock, Thomas E. | |

| Date | Description | Amount |
|---|---|---|
| 11/30/12 | CourtCall, LLC; CourtCall - Conference Service; 01/03/13 | 78.00 |
| 12/10/12 | One Legal, Inc.; Transmittal of filing to court; Motion, Request for Judicial Notice, Declaration including Court Filing Fee $90 11/21/12 | 99.95 |
| | **TOTAL COSTS & EXPENSES** | **$177.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $163.35 | | |
| L160 | Settlement/Non-Binding ADR | 0.10 | $23.85 | | |
| L240 | Dispositive Motions | 0.20 | $47.70 | | |
| L250 | Other Written Motions | 1.10 | $262.35 | | |
| | **TOTAL** | **2.00** | **$497.25** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 1.50 | 238.50 | $357.75 |
| Buell, Edward | ERB | Associate | 0.50 | 279.00 | $139.50 |
| | **Total** | | **2.00** | | **$497.25** |

| | |
|---|---|
| PRIOR FEES | $15,536.25 |
| PRIOR COSTS & EXPENSES | $1,922.33 |

| | |
|---|---|
| FEES | $497.25 |
| COSTS & EXPENSES | $177.95 |
| **TOTAL THIS INVOICE** | **$675.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341067    JBS                                     February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1416 | Figueroa / de la Torre |
| | | GMAC Matter No.: 733780 |

**TOTAL AMOUNT DUE**          $358.20

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341067    JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1416    Figueroa / de la Torre
GMAC Matter No.: 733780

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 01/08/13 | Prepare correspondence to client re no response to demand letter and preparing UCC termination statement. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 01/16/13 | Draft UCC termination statement for filing with California Secretary of State. | L110 | 0.50 | 288.00 | 144.00 |
| DL | 01/24/13 | Analyze correspondence from messenger re rejection of UCC termination filing. | L110 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **0.90** | | **$259.20** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 01/08/13 | Cardmember Service/Chase (Acct #0705); Data Search; Moreno Valley, CA 92555 Riverside 12/08/12 | 99.00 |

**TOTAL COSTS & EXPENSES**                    **$99.00**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|-------|--------|---|---|
| L110 | Fact Investigation/Development | 0.90 | $259.20 | | |
| | **TOTAL** | **0.90** | **$259.20** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.90 | 288.00 | $259.20 |
| | **Total** | | **0.90** | | **$259.20** |

PRIOR FEES                         $2,200.05
PRIOR COSTS & EXPENSES             $78.79

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.  341067 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Figueroa / de la Torre | | |

| | |
|---|---|
| FEES | $259.20 |
| COSTS & EXPENSES | $99.00 |
| **TOTAL THIS INVOICE** | **$358.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341078    JBS                                February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0017    Sweeting, Robert v. Jason Kishaba, et al.
                  GMAC Matter No.: 693709

**TOTAL AMOUNT DUE**          $199.70

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341078    JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0017    Sweeting, Robert v. Jason Kishaba, et al.
GMAC Matter No.: 693709

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JD | 01/03/13 | Status report to client. | L120 | 0.20 | 238.50 | 47.70 |
| MKS | 01/04/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **0.40** | | **$101.70** |

### COSTS & EXPENSES

| | | Amount |
|---|---|---|
| 12/11/12 | CourtCall, LLC; CourtCall - Conference Service; 12/10/12 | 98.00 |
| | **TOTAL COSTS & EXPENSES** | **$98.00** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|--------------------------|---|-------|--------|---|---|---|
| L120    Analysis/Strategy | | 0.40 | $101.70 | | | |
| **TOTAL** | | **0.40** | **$101.70** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Dykstra, Jonathan | JD | Associate | 0.20 | 238.50 | $47.70 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **0.40** | | **$101.70** |

| | |
|---|---|
| PRIOR FEES | $49,076.19 |
| PRIOR COSTS & EXPENSES | $5,953.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341078    CLIENT    GMAC ResCap                    Page    2
                        MATTER    Sweeting, Robert

| | |
|---|---|
| FEES | $101.70 |
| COSTS & EXPENSES | $98.00 |
| **TOTAL THIS INVOICE** | **$199.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341079    JBS                                February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0023     Jones, Sylvia v. GMAC Mortgage, LLC
                   GMAC Matter No.: 686344

**TOTAL AMOUNT DUE**            $497.70

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341079    JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0023    Jones, Sylvia v. GMAC Mortgage, LLC
                        GMAC Matter No.: 686344

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|-----|-------|------|--------|
| MEG | 12/05/12 | Correspondence to and from client regarding notice of entry of judgment. | L120 | 0.30 | 261.00 | 78.30 |
| MEG | 12/20/12 | Draft correspondence to plaintiff regarding notice of entry of amended judgment and regarding itemized cost bill. | L460 | 0.30 | 261.00 | 78.30 |
| MKS | 01/03/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| MEG | 01/03/13 | Review case status regarding deadline for appeal of amended judgment. | L110 | 0.20 | 261.00 | 52.20 |
| MEG | 01/24/13 | Review case file and docket regarding appeals deadline and draft memorandum regarding same. | L110 | 0.30 | 261.00 | 78.30 |
| MEG | 01/29/13 | Research regarding enforcement of judgment. | L110 | 0.60 | 261.00 | 156.60 |
| | | **TOTAL** | | **1.90** | | **$497.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 1.10 | $287.10 |
| L120 | Analysis/Strategy | 0.50 | $132.30 |
| L460 | Post-Trial Motions & Submissio | 0.30 | $78.30 |
| | **TOTAL** | **1.90** | **$497.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No.    341079 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Jones, Sylvia | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Gruber, Megan | MEG | Associate | 1.70 | 261.00 | $443.70 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | Total | | **1.90** | | **$497.70** |

PRIOR FEES                         $157,800.96
PRIOR COSTS & EXPENSES             $37,151.79

|  |  |
|---|---|
| FEES | $497.70 |
| **TOTAL THIS INVOICE** | **$497.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341080    JBS                                February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0034    Yee, Seewing and Chom Suk v. E*Trade, et al.
                  GMAC Matter No.: 698209

**TOTAL AMOUNT DUE**              $878.40

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     341080     JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0034    Yee, Seewing and Chom Suk v. E*Trade, et al.
GMAC Matter No.: 698209

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| EK | 01/09/13 | Draft email to plaintiffs' counsel, V. Goins, re revised figures on loan modification | L160 | 0.40 | 274.50 | 109.80 |
| EK | 01/09/13 | Analysis and evaluation of loan modification issues and email from J. Best re same | L160 | 0.20 | 274.50 | 54.90 |
| EK | 01/10/13 | Begin drafting settlement agreement and release | L160 | 1.40 | 274.50 | 384.30 |
| EK | 01/30/13 | Review and analyze loan modification agreement and revise settlement agreement to incorporate same | L160 | 0.80 | 274.50 | 219.60 |
| EK | 01/30/13 | Draft email to J. Best re proposed settlement agreement | L160 | 0.10 | 274.50 | 27.45 |
| EK | 01/31/13 | Draft email to plaintiffs' counsel, V. Goins, re settlement agreement and loan modification | L160 | 0.20 | 274.50 | 54.90 |
| EK | 01/31/13 | Review email from V. Goins re settlement agreement and draft reply to same | L160 | 0.10 | 274.50 | 27.45 |
| | | **TOTAL** | | **3.20** | | **$878.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L160 | Settlement/Non-Binding ADR | 3.20 | $878.40 |
| | **TOTAL** | **3.20** | **$878.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No.   341080 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Yee, Seewing & Chom Suk | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kemp, Erik | EK | Associate | 3.20 | 274.50 | $878.40 |
| | **Total** | | **3.20** | | **$878.40** |

PRIOR FEES                     $45,054.45
PRIOR COSTS & EXPENSES      $4,021.65

| | |
|---|---|
| FEES | $878.40 |
| **TOTAL THIS INVOICE** | **$878.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341081    JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER   0106     Veldghorn, Ella v. GMAC Mortgage, et al.
                  GMAC Matter No.: 696528

**TOTAL AMOUNT DUE**          **$536.40**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 341081 | JBS | | February 26, 2013 |
|---|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0106    Veldghorn, Ella v. GMAC Mortgage, et al.
GMAC Matter No.: 696528

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ACS | 12/05/12 | Follow up with plaintiff's counsel by phone re: execution of settlement agreement | L160 | 0.10 | 288.00 | 28.80 |
| ACS | 12/06/12 | Phone call with plaintiff's counsel re: status of settlement, execution of agreement | L160 | 0.20 | 288.00 | 57.60 |
| ACS | 12/18/12 | Follow up with plaintiff's counsel by phone & email re: execution of settlement agreement | L160 | 0.10 | 288.00 | 28.80 |
| ACS | 01/02/13 | Phone calls to plaintiff's counsel re: status of settlement agreement | L160 | 0.10 | 288.00 | 28.80 |
| MKS | 01/03/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| ACS | 01/04/13 | Call plaintiff's counsel re: settlement agreement execution | L160 | 0.10 | 288.00 | 28.80 |
| ACS | 01/08/13 | Phone call & email to plaintiff's counsel re: status of settlement agreement signature & dismissal | L160 | 0.20 | 288.00 | 57.60 |
| ACS | 01/11/13 | Phone call with plaintiff's counsel re: status of settlement agreement signature | L160 | 0.10 | 288.00 | 28.80 |
| ACS | 01/16/13 | Call to plaintiff's counsel re: status of settlement agreement execution | L160 | 0.10 | 288.00 | 28.80 |
| ACS | 01/17/13 | E-mail update to client re: signed settlement agreement | L160 | 0.10 | 288.00 | 28.80 |
| ACS | 01/17/13 | E-mail to plaintiff's counsel re: fully executed settlement agreement, filing of dismissal | L160 | 0.10 | 288.00 | 28.80 |
| MKS | 01/18/13 | Review and revise draft proposed settlemetn agreement. | L160 | 0.40 | 270.00 | 108.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 341081 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | MATTER | Veldghorn, Ella | | | | | |

| ACS | 01/24/13 | E-mail update to client re: request for dismissal received from plaintiff's counsel | L160 | 0.10 | 288.00 | 28.80 |
|---|---|---|---|---|---|---|
| | | **TOTAL** | | **1.90** | | **$536.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L160 | Settlement/Non-Binding ADR | 1.70 | $482.40 |
| | **TOTAL** | **1.90** | **$536.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sears, Alex | ACS | Associate | 1.30 | 288.00 | $374.40 |
| Sullivan, Mary Kate | MKS | Member | 0.60 | 270.00 | $162.00 |
| | **Total** | | **1.90** | | **$536.40** |

| PRIOR FEES | $39,689.10 |
|---|---|
| PRIOR COSTS & EXPENSES | $2,490.31 |

| | FEES | $536.40 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$536.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341082    JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0655 | Yeganeh, Fran v. GMAC Mortgage, LLC |
| | | GMAC Matter No.: 705330 |

**TOTAL AMOUNT DUE**          $708.65

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341082    JBS                                      February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0655    Yeganeh, Fran v. GMAC Mortgage, LLC
                        GMAC Matter No.: 705330

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JDI | 12/31/12 | Draft status report on GMAC's bankruptcy. | L510 | 0.60 | 279.00 | 167.40 |
| DHC | 01/02/13 | Correspondence with Status Report of Bankruptcy for Court of Appeals. | L510 | 1.00 | 337.50 | 337.50 |
| JDI | 01/02/13 | File status report re bankruptcy. | L510 | 0.50 | 279.00 | 139.50 |
| MKS | 01/04/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **2.30** | | **$698.40** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 01/14/13 | First Legal Network, LLC; Court Services; Cacoa - San Francisco CA 01/03/12 | 10.25 |
| | **TOTAL COSTS & EXPENSES** | **$10.25** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L510 | Appellate Motions & Submission | 2.10 | $644.40 |
| | **TOTAL** | **2.30** | **$698.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Cram, Donald | DHC | Member | 1.00 | 337.50 | $337.50 |
| Ives, Jon | JDI | Associate | 1.10 | 279.00 | $306.90 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **2.30** | | **$698.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   341082 | CLIENT    GMAC ResCap | Page | 2 |
|---|---|---|---|
| | MATTER    Yeganeh, Fran | | |

| | | |
|---|---|---|
| PRIOR FEES | $22,133.70 | |
| PRIOR COSTS & EXPENSES | $1,825.45 | |

| | |
|---|---|
| FEES | $698.40 |
| COSTS & EXPENSES | $10.25 |
| **TOTAL THIS INVOICE** | **$708.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341083    JBS                                February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0770 | Locker v. Ally Bank |
| | | C/M# 709371 |
| | | Time and expenses must be split between Ally and Rescap |

**TOTAL AMOUNT DUE**            $328.50

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341083    JBS                                February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0770    Locker v. Ally Bank
                        C/M# 709371
                        Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 01/03/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| EK | 01/28/13 | Draft case management conference statement | L520 | 0.60 | 274.50 | 164.70 |
| EK | 01/30/13 | Attend case management conference via CourtCall | L230 | 0.40 | 274.50 | 109.80 |
| | | **TOTAL** | | **1.20** | | **$328.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L230 | Court Mandated Conferences | 0.40 | $109.80 |
| L520 | Appellate Briefs | 0.60 | $164.70 |
| | **TOTAL** | **1.20** | **$328.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Kemp, Erik | EK | Associate | 1.00 | 274.50 | $274.50 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **1.20** | | **$328.50** |

| PRIOR FEES | $74,455.65 |
|------------|------------|
| PRIOR COSTS & EXPENSES | $11,324.76 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.  341083 | CLIENT | GMAC ResCap | | Page | 2 |
| | MATTER | Locker v. Ally Bank | | | |

|  | |
|---|---|
| FEES | $328.50 |
| **TOTAL THIS INVOICE** | **$328.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341084    JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0796  | CPN Pipeline Company |
|        |       | GMAC Matter No.: 710028 |

**TOTAL AMOUNT DUE**          $356.40

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.    341084    JBS | | | February 26, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0796    CPN Pipeline Company
GMAC Matter No.: 710028

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| HRJ | 01/02/13 | Review and analyze correspondence from C. DiCicco re case stasis. | L110 | 0.10 | 306.00 | 30.60 |
| HRJ | 01/29/13 | Review and analyze issues re settlement agreements. | L160 | 0.40 | 306.00 | 122.40 |
| MKS | 01/31/13 | Attention to language of settlement agreement pertaining to B/K and proof of claim. | L160 | 0.30 | 270.00 | 81.00 |
| HRJ | 01/31/13 | Review and analyze issues re settlement agreement. | L160 | 0.40 | 306.00 | 122.40 |
| | | **TOTAL** | | **1.20** | | **$356.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.10 | $30.60 | | |
| L160 | Settlement/Non-Binding ADR | 1.10 | $325.80 | | |
| | **TOTAL** | **1.20** | **$356.40** | | |
| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** |
| Jones, Harold R. | HRJ | Associate | 0.90 | 306.00 | $275.40 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | | **Total** | **1.20** | | **$356.40** |

| | |
|---|---|
| PRIOR FEES | $13,196.25 |
| PRIOR COSTS & EXPENSES | $344.42 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.   341084 | CLIENT | GMAC ResCap | Page        2 |
| | MATTER | CPN Pipeline Company | |

| | |
|---|---|
| FEES | $356.40 |
| **TOTAL THIS INVOICE** | **$356.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      341085      JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0851       Feliciano, Jose
                       GMAC Matter No.: 711719

**TOTAL AMOUNT DUE**          $722.70

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341085    JBS                                      February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0851    Feliciano, Jose
                        GMAC Matter No.: 711719

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 01/03/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| BSW | 01/07/13 | Communicate with opposing counsel regarding settlement. | L140 | 0.30 | 265.50 | 79.65 |
| BSW | 01/20/13 | Draft letter to Plaintiffs' counsel (S. McDonald) regarding status of settlement. | L160 | 0.70 | 265.50 | 185.85 |
| MKS | 01/21/13 | Review and revise letter to plaintiff's counsel describing chronology of events and multiple obstacles to completion of repairs. | L120 | 0.30 | 270.00 | 81.00 |
| MIW | 01/22/13 | Review draft correspondence to plaintiffs' counsel re status of settlement negotiations. | L160 | 0.20 | 274.50 | 54.90 |
| BSW | 01/23/13 | Communicate with opposing counsel (S. McDonald) regarding settlement posture. | L140 | 0.20 | 265.50 | 53.10 |
| BSW | 01/25/13 | Communicate with opposing counsel regarding settlement. | L140 | 0.20 | 265.50 | 53.10 |
| MKS | 01/29/13 | Attention to plaintiff's response to counter offer.  Strategy re: information and time needed to commence previously planned repairs. | L160 | 0.40 | 270.00 | 108.00 |
| BSW | 01/29/13 | Communicate with client (K. Priore) regarding settlement. | L140 | 0.20 | 265.50 | 53.10 |
| | | **TOTAL** | | **2.70** | | **$722.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.   341085 | CLIENT   GMAC ResCap | | | Page | 2 |
| | MATTER   Feliciano, Jose | | | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $135.00 | | |
| L140 | Document/File Management | 0.90 | $238.95 | | |
| L160 | Settlement/Non-Binding ADR | 1.30 | $348.75 | | |
| | **TOTAL** | **2.70** | **$722.70** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Whittemore, Brian | BSW | Associate | 1.60 | 265.50 | $424.80 |
| Wraight, Mark | MIW | Member | 0.20 | 274.50 | $54.90 |
| Sullivan, Mary Kate | MKS | Member | 0.90 | 270.00 | $243.00 |
| | **Total** | | **2.70** | | **$722.70** |

| | | |
|---|---|---|
| PRIOR FEES | $85,210.20 | |
| PRIOR COSTS & EXPENSES | $8,535.79 | |

| | | |
|---|---|---|
| FEES | | $722.70 |
| **TOTAL THIS INVOICE** | | **$722.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341086    JBS                                      February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT    19000    GMAC ResCap
MATTER    0967    Murray, Burnel R.
GMAC Matter No.:  715022


**TOTAL AMOUNT DUE**            $715.78


\*\*\* *REMITTANCE COPY* \*\*\*
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      341086      JBS                                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  0967      Murray, Burnel R.
                             GMAC Matter No.: 715022

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ALS | 01/08/13 | Email from and to plaintiff's counsel regarding title report and upcoming CMC | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 01/09/13 | Email and phone call from Amy Hartshorn re: obtaining title report | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 01/10/13 | Email from Amy Hartshorn as we continue to attempt to figure out why Murray is not reflected on title | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 01/10/13 | Telephone call to plaintiff's counsel to advise him that title issue may be a mistake by the Alameda Assessor - tracking that down | L160 | 0.10 | 292.50 | 29.25 |
| CHR | 01/10/13 | Review Alameda County Recorder re recorded Trustee's Deed Upon Sale. Contact M. Friedman at Chicago Title re document not reflected on their report. Send Confirming email to M. Friedman with recorded document. | L190 | 0.50 | 130.50 | 65.25 |
| ALS | 01/14/13 | Receipt and review of email from Clair Rommel to County Clerk regarding title | L110 | 0.20 | 292.50 | 58.50 |
| CHR | 01/14/13 | Prepare Request to Alameda County Recorder re Change Title of Property Pursuant to Recording Of Rescission of Trustee's Deed Upon Sale. | L190 | 0.10 | 130.50 | 13.05 |
| ALS | 01/16/13 | Email from Amy Hartshorn inquiring as to title status | L110 | 0.10 | 292.50 | 29.25 |
| ALS | 01/17/13 | Prepare case management statement | L210 | 0.30 | 292.50 | 87.75 |
| ALS | 01/17/13 | Email to and from Amy Hartshorn regarding title status | L110 | 0.20 | 292.50 | 58.50 |
| ALS | 01/25/13 | Email from Clair Rommell to Amy | L110 | 0.10 | 292.50 | 29.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 341086 | | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Murray, Burnel R. | | | | | |

| | | Hartshorn regarding status of title issue | | | | | |
|---|---|---|---|---|---|---|---|
| CHR | 01/25/13 | Prepare response to client re status of County request for title change. | L190 | 0.10 | 130.50 | | 13.05 |
| ALS | 01/30/13 | Email from and to Amy Hartshorn regarding title status | L110 | 0.20 | 292.50 | | 58.50 |
| | | **TOTAL** | | **2.50** | | | **$617.85** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 01/08/13 | Cardmember Service/Chase (Acct #0705); Data Search; Berkeley, CA 94703 Alameda 12/05/12 | 19.93 |
| 01/16/13 | CourtCall, LLC; CourtCall - Conference Service; 02/01/13 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$97.93** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.80 | $234.00 |
| L160 | Settlement/Non-Binding ADR | 0.70 | $204.75 |
| L190 | Other Case Assessment | 0.70 | $91.35 |
| L210 | Pleadings | 0.30 | $87.75 |
| | **TOTAL** | **2.50** | **$617.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Strayer, Ann | ALS | Special Counsel | 1.80 | 292.50 | $526.50 |
| Rommell, Clair | CHR | Paralegal | 0.70 | 130.50 | $91.35 |
| | Total | | **2.50** | | **$617.85** |

| | | |
|---|---|---|
| PRIOR FEES | $43,409.25 | |
| PRIOR COSTS & EXPENSES | $2,066.03 | |

| | | |
|---|---|---|
| FEES | $617.85 |
| COSTS & EXPENSES | $97.93 |
| **TOTAL THIS INVOICE** | **$715.78** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      341087      JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1029 | Sanchez, David Alfredo |
| | | GMAC Matter No.: 699321 |

**TOTAL AMOUNT DUE**          **$222.75**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.    341087    JBS | | | February 26, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1029    Sanchez, David Alfredo
GMAC Matter No.: 699321

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DHC | 11/05/12 | Correspondence with Client re status of Ahmad Bankruptcy and foreclosure. | L190 | 0.50 | 337.50 | 168.75 |
| MKS | 01/04/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **0.70** | | **$222.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $54.00 | | | |
| L190 | Other Case Assessment | 0.50 | $168.75 | | | |
| | **TOTAL** | **0.70** | **$222.75** | | | |
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** |
| Cram, Donald | DHC | Member | | 0.50 | 337.50 | $168.75 |
| Sullivan, Mary Kate | MKS | Member | | 0.20 | 270.00 | $54.00 |
| | **Total** | | | **0.70** | | **$222.75** |

| | | |
|---|---|---|
| PRIOR FEES | $2,001.15 | |
| PRIOR COSTS & EXPENSES | $5.68 | |

| | | |
|---|---|---|
| | FEES | $222.75 |
| | **TOTAL THIS INVOICE** | **$222.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       341088       JBS                                                                February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000      GMAC ResCap
MATTER        1035       Ross, Richard
                         GMAC Matter No.: 718077

**TOTAL AMOUNT DUE**                    $492.75

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341088    JBS                                        February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1035    Ross, Richard
GMAC Matter No.: 718077

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| NSR | 12/04/12 | Determine whether the Court's status review conference has been vacated, in light of the judgment of dismissal | L210 | 0.40 | 238.50 | 95.40 |
| MKS | 12/05/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.30 | 270.00 | 81.00 |
| NSR | 01/02/13 | Confirm whether Plaintiff has taken any action to challenge the Court's order of dismissal | L240 | 0.30 | 238.50 | 71.55 |
| NSR | 01/02/13 | Draft correspondence to Ms. Hoy regarding the Court's order vacating scheduled case review hearings | L230 | 0.20 | 238.50 | 47.70 |
| MKS | 01/03/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| NSR | 01/22/13 | Determine whether Plaintiff filed a notice of appeal | L210 | 0.30 | 238.50 | 71.55 |
| NSR | 01/22/13 | Draft correspondence to Ms. Hoy regarding Plaintiff's failure to appeal the Court's order of dismissal | L240 | 0.20 | 238.50 | 47.70 |
| NSR | 01/23/13 | Exchange correspondence with Ms. Hoy regarding case closure | L120 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **2.00** | | **$492.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.  341088    CLIENT    GMAC ResCap                                    Page      2
                       MATTER    Ross, Richard

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $158.85 |
| L210 | Pleadings | 0.70 | $166.95 |
| L230 | Court Mandated Conferences | 0.20 | $47.70 |
| L240 | Dispositive Motions | 0.50 | $119.25 |
| | **TOTAL** | **2.00** | **$492.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| Riedman, Natilee | NSR | Associate | 1.50 | 238.50 | $357.75 |
| | **Total** | | **2.00** | | **$492.75** |

PRIOR FEES                           $24,946.20
PRIOR COSTS & EXPENSES          $2,700.09


                                      FEES        _____   $492.75
                       **TOTAL THIS INVOICE**                  **$492.75**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341089    JBS                                        February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1043 | Brockman, Edna C. |
| | | GMAC Matter No.: 718192 |

**TOTAL AMOUNT DUE**            $405.80

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341089    JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1043    Brockman, Edna C.
GMAC Matter No.: 718192

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 01/02/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| MKS | 01/02/13 | Attention to strategy re: litigation of claims not covered by B/K stay. | L120 | 0.30 | 270.00 | 81.00 |
| ACS | 01/02/13 | E-mail update to client re: case management conference, case status, plaintiff's intent to bifurcate & inquiries re: status of loan in bankruptcy sale of assets | L190 | 0.30 | 288.00 | 86.40 |
| ACS | 01/02/13 | Analyze ResCap bankruptcy filings re: sale of assets | L190 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | **1.10** | | **$307.80** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 01/02/13 | CourtCall, LLC; CourtCall - Conference Service; 12/19/12 | | 98.00 |

**TOTAL COSTS & EXPENSES**                          **$98.00**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $135.00 |
| L190 | Other Case Assessment | 0.60 | $172.80 |
| | **TOTAL** | **1.10** | **$307.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Sears, Alex | ACS | Associate | 0.60 | 288.00 | $172.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   341089      CLIENT    GMAC ResCap                                          Page        2
                          MATTER    Brockman, Edna C.

| Sullivan, Mary Kate | MKS | Member | | 0.50 | 270.00 | $135.00 |
| | **Total** | | | **1.10** | | **$307.80** |

PRIOR FEES                              $16,265.25
PRIOR COSTS & EXPENSES                   $2,838.95

|  | FEES | $307.80 |
|  | COSTS & EXPENSES | $98.00 |
|  | **TOTAL THIS INVOICE** | **$405.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341090    JBS                                  February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1149    Mathew, Vincent and Rosemole
GMAC Matter No.: 722251

**TOTAL AMOUNT DUE**          **$379.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341090    JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1149    Mathew, Vincent and Rosemole
GMAC Matter No.: 722251

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| NSR | 12/04/12 | Exchange correspondence with Plaintiff's counsel confirming receipt of the revised stipulation and regarding the impending notice of withdrawal | L190 | 0.30 | 238.50 | 71.55 |
| NSR | 01/02/13 | Draft correspondence to Ms. Bonnello regarding the Court's order of dismissal and the pending notice of withdrawal of lis pendens | L210 | 0.30 | 238.50 | 71.55 |
| MKS | 01/03/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| NSR | 01/07/13 | Receipt and analysis of conformed notice of entry of order of dismissal | L210 | 0.10 | 238.50 | 23.85 |
| NSR | 01/08/13 | Receipt and analysis of the recorded notice of withdrawal of lis pendens | L210 | 0.10 | 238.50 | 23.85 |
| NSR | 01/08/13 | Draft correspondence to Ms. Bonello regarding the recorded notice of withdrawal of lis pendens | L210 | 0.10 | 238.50 | 23.85 |
| NSR | 01/08/13 | Finalize notice of withdrawal of lis pendens prior to filing | L210 | 0.10 | 238.50 | 23.85 |
| NSR | 01/23/13 | Draft correspondence to Ms. Bonello regarding the as-filed notice of withdrawal of lis pendens and case closure | L120 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **1.40** | | **$340.20** |

## COSTS & EXPENSES

01/10/13  San Mateo County Recorder-D; Recorder Fees;                         39.00

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341090        CLIENT    GMAC ResCap                                    Page        2
                             MATTER    Mathew, Vincent & Rosemole

---

Fee to Record Withdrawal of Lis Pendens.
Draft#29322 12/26/12
**TOTAL COSTS & EXPENSES**                                                  **$39.00**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $101.70 |
| L190 | Other Case Assessment | 0.30 | $71.55 |
| L210 | Pleadings | 0.70 | $166.95 |
| | **TOTAL** | **1.40** | **$340.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Riedman, Natilee | NSR | Associate | 1.20 | 238.50 | $286.20 |
| | **Total** | | **1.40** | | **$340.20** |

PRIOR FEES                        $11,922.30
PRIOR COSTS & EXPENSES            $437.89

FEES                      $340.20
COSTS & EXPENSES          $39.00
**TOTAL THIS INVOICE**    **$379.20**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341091    JBS                                                February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1164    Vielma, Martha
                  GMAC Matter No.: 722889

**TOTAL AMOUNT DUE**          $3,471.30

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341091    JBS                                   February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1164    Vielma, Martha
            GMAC Matter No.: 722889

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 01/02/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| NSR | 01/02/13 | Draft correspondence to Ms. Holtgren regarding the outstanding preliminary injunction and bond payments | L220 | 0.30 | 238.50 | 71.55 |
| NSR | 01/02/13 | Obtain and analyze recent authority concerning promissory estoppel claims premised on trial plan agreements, in preparation of drafting demurrer | L240 | 0.60 | 238.50 | 143.10 |
| NSR | 01/03/13 | Telephone and email communications with Plaintiffs' counsel's office regarding the defendants' deadline to file a response to the amended complaint | L240 | 0.40 | 238.50 | 95.40 |
| NSR | 01/03/13 | Exchange correspondence with Ms. Holtgren regarding our deadline to file a response to the amended complaint | L240 | 0.10 | 238.50 | 23.85 |
| NSR | 01/03/13 | Obtain hearing date for demurrer | L240 | 0.30 | 238.50 | 71.55 |
| NSR | 01/04/13 | Draft memorandum of points and authorities in support of demurrer to the first amended complaint | L240 | 3.60 | 238.50 | 858.60 |
| NSR | 01/08/13 | Further draft memorandum of points and authorities in support of demurrer to Plaintiffs' first amended complaint | L240 | 2.70 | 238.50 | 643.95 |
| NSR | 01/09/13 | Review and revise memorandum of points and authorities in support of demurrer to first amended complaint | L240 | 1.90 | 238.50 | 453.15 |
| MKS | 01/10/13 | Receive and review e-mail correspondence from plaintiff Martha | L108 | 0.40 | 270.00 | 108.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No. | 341091 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Vielma, Martha | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Vielma.  Telephone call to her counsel re: same, request that she refrain from direct communication with counsel for defendants and discussion of possible resolution of the matter. | | | | |
| MKS | 01/10/13 | Review and revise draft demurrer to first amended complaint. | L240 | 0.50 | 270.00 | 135.00 |
| NSR | 01/15/13 | Draft notice of demurrer and demurrer | L240 | 0.50 | 238.50 | 119.25 |
| NSR | 01/16/13 | Finalize demurrer and all supporting pleadings prior to filing | L240 | 0.70 | 238.50 | 166.95 |
| NSR | 01/16/13 | Draft request for judicial notice in support of demurrer to first amended complaint | L240 | 0.40 | 238.50 | 95.40 |
| NSR | 01/23/13 | Draft memorandum of points and authorities in support of motion to strike portions of the first amended complaint | L210 | 0.50 | 238.50 | 119.25 |
| NSR | 01/23/13 | Draft notice of motion and motion to strike | L210 | 0.30 | 238.50 | 71.55 |
| NSR | 01/23/13 | Analysis regarding possible settlement terms | L160 | 0.30 | 238.50 | 71.55 |
| NSR | 01/29/13 | Draft correspondence to Plaintiffs' counsel's office regarding prior communications regarding a possible settlement proposal by Plaintiffs | L160 | 0.20 | 238.50 | 47.70 |
| NSR | 01/29/13 | Communicate via telephone with Plaintiffs' counsel's office regarding the status of a settlement proposal by Plaintiffs | L160 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **14.20** | | **$3,421.35** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 01/14/13 | First Legal Network, LLC; Transmittal of filing to court; SCSC - Sacramento CA 12/27/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$49.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L108 | NOT A VALID TASK CODE | 0.40 | $108.00 |
| L120 | Analysis/Strategy | 0.20 | $54.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    341091 | CLIENT    GMAC ResCap | | | Page    3 |
|---|---|---|---|---|
| | MATTER    Vielma, Martha | | | |

| | | | | |
|---|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 0.80 | $190.80 | |
| L210 | Pleadings | 0.80 | $190.80 | |
| L220 | Preliminary Injunctions/Provis | 0.30 | $71.55 | |
| L240 | Dispositive Motions | 11.70 | $2,806.20 | |
| | **TOTAL** | **14.20** | **$3,421.35** | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Sullivan, Mary Kate | | MKS | Member | 1.10 | 270.00 | $297.00 |
| Riedman, Natilee | | NSR | Associate | 13.10 | 238.50 | $3,124.35 |
| | | Total | | **14.20** | | **$3,421.35** |

PRIOR FEES                                $31,695.30
PRIOR COSTS & EXPENSES          $1,769.99

| | | |
|---|---|---|
| FEES | $3,421.35 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$3,471.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341092    JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1221    Robertson, Thomas
GMAC Matter No.: 725973

**TOTAL AMOUNT DUE**          $1,804.05

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     341092     JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1221     Robertson, Thomas
                          GMAC Matter No.: 725973

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ABK | 01/02/13 | Draft email memo re: case status and recommendations for further handling. | L120 | 0.50 | 247.50 | 123.75 |
| MKS | 01/03/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| ABK | 01/03/13 | Draft email status report to J. Holtgren at Ally. | L120 | 0.20 | 247.50 | 49.50 |
| ABK | 01/03/13 | Analysis and evaluation of Complaint and title documents pursuant to develop of recommendations for further handling, particularly re: disposition as to MERS. | L120 | 1.00 | 247.50 | 247.50 |
| MKS | 01/04/13 | Attention to strategy to convince court to move forward on claims as to non-debtor despite bankruptcy stay applicable to debtor defendant. | L120 | 0.40 | 270.00 | 108.00 |
| ABK | 01/04/13 | Further draft email status report to J. Holtgren at Ally. | L120 | 0.50 | 247.50 | 123.75 |
| CHR | 01/04/13 | Per Handling Attorney request review Title Documents to confirm MERS was not a party. | L190 | 0.10 | 130.50 | 13.05 |
| MKS | 01/10/13 | Attention to status of claims against MERS and RFC, orders of court in light of Notice of Bankruptcy Stay and status of property following Trustee's Deed Upon Sale.  Conference call with client re: same. | L120 | 0.50 | 270.00 | 135.00 |
| ABK | 01/10/13 | Analysis and evaluation of title documents pursuant to development of recommendations for further handling | L120 | 0.30 | 247.50 | 74.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    341092 | | CLIENT    GMAC ResCap | | | | Page    2 |
|---|---|---|---|---|---|---|
| | | MATTER    Robertson, Thomas | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | in light of current bankruptcy status. | | | | |
| ABK | 01/10/13 | Communicate with J. Holtgren at Ally re: bankruptcy and foreclosure status. | L120 | 0.40 | 247.50 | 99.00 |
| ABK | 01/25/13 | Plan and prepare for Bankruptcy Status Review hearing. | L230 | 0.20 | 247.50 | 49.50 |
| MKS | 01/29/13 | Review and revise draft briefing re: authority to allow amendment of complaint against MERS or to dismiss MERS in light of b/k hold on claims of co-defendants. | L210 | 0.40 | 270.00 | 108.00 |
| ABK | 01/29/13 | Draft Response to Court's Request for Briefing in Advance of Case Status Review Hearing and supporting documents. | L230 | 2.20 | 247.50 | 544.50 |
| ABK | 01/29/13 | Send email status report to client. | L120 | 0.10 | 247.50 | 24.75 |
| ABK | 01/30/13 | Finalize Response to Court's Request for Briefing in Advance of Case Status Review Hearing. | L230 | 0.20 | 247.50 | 49.50 |
| | | **TOTAL** | | **7.20** | | **$1,804.05** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 4.10 | $1,039.50 |
| L190 | Other Case Assessment | 0.10 | $13.05 |
| L210 | Pleadings | 0.40 | $108.00 |
| L230 | Court Mandated Conferences | 2.60 | $643.50 |
| | **TOTAL** | **7.20** | **$1,804.05** |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Kenney, Austin | ABK | | Associate | 5.60 | 247.50 | $1,386.00 |
| Rommell, Clair | CHR | | Paralegal | 0.10 | 130.50 | $13.05 |
| Sullivan, Mary Kate | MKS | | Member | 1.50 | 270.00 | $405.00 |
| | | Total | | 7.20 | | **$1,804.05** |

| | | |
|---|---|---|
| PRIOR FEES | $6,221.70 | |
| PRIOR COSTS & EXPENSES | $2,124.39 | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 341092 | CLIENT | GMAC ResCap | Page | 3 |
| | | MATTER | Robertson, Thomas | | |

|  | FEES | $1,804.05 |
| **TOTAL THIS INVOICE** | | **$1,804.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341093    JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1236    Willow Haven Holding Company
GMAC Matter No.: 726529

**TOTAL AMOUNT DUE**          $1,411.95

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341093    JBS                                              February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1236    Willow Haven Holding Company
                         GMAC Matter No.: 726529

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 01/02/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| ABK | 01/02/13 | Plan and prepare for Case Management Conference. | L230 | 0.30 | 247.50 | 74.25 |
| KCW | 01/03/13 | Review file material in preparation for attendance of case managment conference and hearing re motion to be relieved as counsel | L120 | 0.10 | 265.50 | 26.55 |
| ABK | 01/07/13 | Plan and prepare for Case Management Conference. | L230 | 0.20 | 247.50 | 49.50 |
| EMR | 01/07/13 | Prepare for case management conference. | L230 | 0.20 | 306.00 | 61.20 |
| ABK | 01/08/13 | Plan and prepare for hearing on plaintiff's counsel's motion to be relieved. | L250 | 0.10 | 247.50 | 24.75 |
| ABK | 01/08/13 | Communicate with plaintiff's counsel to communicate demand for dismissal in exchange for waiver of costs. | L160 | 0.20 | 247.50 | 49.50 |
| ABK | 01/08/13 | Send email status report to FNMA and ETS following CMC. | L120 | 0.10 | 247.50 | 24.75 |
| ABK | 01/08/13 | Appear for Case Management Conference by Courtcall. | L230 | 0.80 | 247.50 | 198.00 |
| EMR | 01/08/13 | Prepare for hearing on motion to withdraw filed by plaintiff's attorney. | L250 | 0.30 | 306.00 | 91.80 |
| ABK | 01/09/13 | Send email status report to ETS and FNMA following hearing on plaintiff's counsel's motion to be relieved. | L120 | 0.20 | 247.50 | 49.50 |
| EMR | 01/09/13 | Attend hearing on motion to withdraw of plaintiff's attorney. | L250 | 1.40 | 306.00 | 428.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 341093 | CLIENT | GMAC ResCap | | | | Page 2 |
| --- | --- | --- | --- | --- | --- | --- |
| | MATTER | Willow Haven Holding Company | | | | |

| ABK | 01/15/13 | Communicate with opposing counsel re: status of dismissal. | L210 | 0.10 | 247.50 | 24.75 |
| --- | --- | --- | --- | --- | --- | --- |
| ABK | 01/15/13 | Analysis and evaluation of court's docket pursuant to preparation of updated case status memo to client. | L120 | 0.20 | 247.50 | 49.50 |
| ABK | 01/15/13 | Communicate with client re: case status and file closure. | L120 | 0.20 | 247.50 | 49.50 |
| | | **TOTAL** | | **4.60** | | **$1,255.95** |

## COSTS & EXPENSES

| 01/16/13 | CourtCall, LLC; CourtCall - Conference Service; 01/08/13 | 78.00 |
| --- | --- | --- |
| 01/16/13 | CourtCall, LLC; CourtCall - Conference Service; 01/09/13 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$156.00** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L120 | Analysis/Strategy | 1.00 | $253.80 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $49.50 |
| L210 | Pleadings | 0.10 | $24.75 |
| L230 | Court Mandated Conferences | 1.50 | $382.95 |
| L250 | Other Written Motions | 1.80 | $544.95 |
| | **TOTAL** | **4.60** | **$1,255.95** |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Kenney, Austin | ABK | Associate | 2.40 | 247.50 | $594.00 |
| Roman, Eleanor | EMR | Special Counsel | 1.90 | 306.00 | $581.40 |
| Wendlenner, Kurt | KCW | Associate | 0.10 | 265.50 | $26.55 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **4.60** | | **$1,255.95** |

| PRIOR FEES | $7,570.58 |
| --- | --- |
| PRIOR COSTS & EXPENSES | $1,121.98 |

| FEES | $1,255.95 |
| --- | --- |
| COSTS & EXPENSES | $156.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341093        CLIENT    GMAC ResCap                     Page        3
                            MATTER    Willow Haven Holding Company

**TOTAL THIS INVOICE**          **$1,411.95**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      341094      JBS                                         February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1238 | Novak, James |
| | | GMAC Matter No.: 726566 |

**TOTAL AMOUNT DUE**          $1,026.00

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341094    JBS                                           February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1238    Novak, James
                         GMAC Matter No.: 726566

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 01/03/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| TNA | 01/31/13 | Commence preparing demurrer to first amended complaint. | L210 | 2.80 | 270.00 | 756.00 |
| TNA | 01/31/13 | Review first amended complaint to ascertain changes and additional claims. | L210 | 0.80 | 270.00 | 216.00 |
| | | **TOTAL** | | **3.80** | | **$1,026.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L210 | Pleadings | 3.60 | $972.00 |
| | **TOTAL** | **3.80** | **$1,026.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Abbott, Thomas | TNA | Associate | 3.60 | 270.00 | $972.00 |
| | Total | | **3.80** | | **$1,026.00** |

PRIOR FEES                        $3,692.70
PRIOR COSTS & EXPENSES            $618.73

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 341094 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Novak, James | | | |

|  | FEES | $1,026.00 |
| **TOTAL THIS INVOICE** | | **$1,026.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341095    JBS                                          February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1247    Galaviz, Jorge and Consuelo
                  GMAC Matter No.: 727068

**TOTAL AMOUNT DUE**            $2,092.95

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341095    JBS                                   February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1247    Galaviz, Jorge and Consuelo
GMAC Matter No.: 727068

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 01/02/13 | Attention to correspondence from client re: qualification for HAMP trial period plan. | L160 | 0.30 | 270.00 | 81.00 |
| MKK | 01/02/13 | Communication with client regarding HAMP trial plan. | L160 | 0.10 | 225.00 | 22.50 |
| MKK | 01/02/13 | Communication with opposing counsel regarding HAMP trial plan. | L160 | 0.20 | 225.00 | 45.00 |
| MKS | 01/03/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| MKK | 01/03/13 | Communication with opposing counsel regarding offer of loan modification. | L160 | 0.20 | 225.00 | 45.00 |
| MKK | 01/07/13 | Communication with opposing counsel regarding loan modification offer. | L160 | 0.10 | 225.00 | 22.50 |
| MKK | 01/08/13 | Communication with opposing counsel regarding offer of trial period payment plan. | L160 | 0.20 | 225.00 | 45.00 |
| MKK | 01/10/13 | Draft summary of options for how to proceed. | L210 | 0.80 | 225.00 | 180.00 |
| MKK | 01/10/13 | Strategy regarding next steps in case. | L210 | 0.50 | 225.00 | 112.50 |
| MKK | 01/10/13 | Communication with opposing counsel regarding loan modification proposal. | L160 | 0.10 | 225.00 | 22.50 |
| MKK | 01/10/13 | Legal research regarding revisions to Homeowner Bill of Rights. | L210 | 1.70 | 225.00 | 382.50 |
| MKS | 01/11/13 | Attention to recommendation for strategy going forward including to provide a written offer to client of a trial payment plan in order to trigger time periods for resumption of foreclosure proceedings. | L120 | 0.40 | 270.00 | 108.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   341095 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Galaviz, Jorge & Consuelo | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MKK | 01/11/13 | Revise summary and send to client. | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 01/17/13 | Communication with opposing counsel regarding possible settlement of case. | L160 | 0.20 | 225.00 | 45.00 |
| MKK | 01/17/13 | Prepare for case management conference. | L210 | 0.40 | 225.00 | 90.00 |
| MKK | 01/17/13 | Attend case management conference and OSC re failure to appear at previous case management conference. | L210 | 3.00 | 225.00 | 675.00 |
| MKK | 01/22/13 | Communication with client regarding case status. | L210 | 0.20 | 225.00 | 45.00 |
| | | **TOTAL** | | **8.90** | | **$2,043.00** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 01/24/13 | First Legal Network, LLC; Transmittal of filing to court; SCMC- North/Fairfield 12/27/13 | | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$49.95** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $162.00 |
| L160 | Settlement/Non-Binding ADR | 1.40 | $328.50 |
| L210 | Pleadings | 6.90 | $1,552.50 |
| | **TOTAL** | **8.90** | **$2,043.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kamka, Mary Kate | MKK | Associate | 8.00 | 225.00 | $1,800.00 |
| Sullivan, Mary Kate | MKS | Member | 0.90 | 270.00 | $243.00 |
| | **Total** | | **8.90** | | **$2,043.00** |

| | |
|---|---|
| PRIOR FEES | $18,883.80 |
| PRIOR COSTS & EXPENSES | $2,032.75 |

| | |
|---|---|
| FEES | $2,043.00 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$2,092.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   341096   JBS                                     February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1272 | Solorzano, Armando and Iliano |
| | | GMAC Matter No.: 728479 |

**TOTAL AMOUNT DUE**          **$216.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341096    JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1272    Solorzano, Armando and Iliano
                        GMAC Matter No.: 728479

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| TNA | 12/03/12 | Prepare update to C. DiCicco at Ally regarding case. | L120 | 0.10 | 270.00 | 27.00 |
| MKS | 12/05/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.30 | 270.00 | 81.00 |
| TNA | 12/06/12 | Review docket to determine status of case. | L120 | 0.20 | 270.00 | 54.00 |
| MKS | 01/03/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **0.80** | | **$216.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.80 | $216.00 |
| | **TOTAL** | **0.80** | **$216.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| Abbott, Thomas | TNA | Associate | 0.30 | 270.00 | $81.00 |
| | Total | | **0.80** | | **$216.00** |

PRIOR FEES                        $864.90
PRIOR COSTS & EXPENSES            $592.70

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 341096 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Solorzano, Armando & Iliano | | |

|  | FEES | $216.00 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$216.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      341097      JBS                                      February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1274       Lee, Sally
                       GMAC Matter No.: 728468

**TOTAL AMOUNT DUE**                    $992.85

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341097    JBS                                February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1274    Lee, Sally
GMAC Matter No.: 728468

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MIW | 01/02/13 | Draft case management conference statement. | L230 | 0.20 | 274.50 | 54.90 |
| MKS | 01/03/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| MIW | 01/09/13 | Confer with paralegal re finalizing prove-up papers. | L230 | 0.20 | 274.50 | 54.90 |
| EMF | 01/09/13 | Review file. Draft Request for Entry of Clerk's Judgment. Draft Judgment. Draft Declaration of Client in support of Default Judgment. Draft email to client re exhibits and declarant. | L210 | 2.10 | 130.50 | 274.05 |
| EMF | 01/11/13 | Draft email to client requesting copies of exhibits for default judgment. | L210 | 0.30 | 130.50 | 39.15 |
| MIW | 01/17/13 | Confer with paralegal re status of default prove-up papers. | L210 | 0.20 | 274.50 | 54.90 |
| EMF | 01/17/13 | Telephone call to client regarding exhibits for default judgment. | L210 | 0.20 | 130.50 | 26.10 |
| MIW | 01/24/13 | Prepare for and attend case management conference. Draft and send update re same to client. | L230 | 1.30 | 274.50 | 356.85 |
| | | **TOTAL** | | **4.70** | | **$914.85** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 01/15/13 | CourtCall, LLC; CourtCall - Conference Service; 01/17/13 | 78.00 |

**TOTAL COSTS & EXPENSES**          **$78.00**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    341097 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Lee, Sally | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L210 | Pleadings | 2.80 | $394.20 |
| L230 | Court Mandated Conferences | 1.70 | $466.65 |
| | **TOTAL** | **4.70** | **$914.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Feldfeber, Edward | EMF | Paralegal | 2.60 | 130.50 | $339.30 |
| Wraight, Mark | MIW | Member | 1.90 | 274.50 | $521.55 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **4.70** | | **$914.85** |

| PRIOR FEES | $2,917.80 |
|---|---|
| PRIOR COSTS & EXPENSES | $808.74 |

| FEES | $914.85 |
|---|---|
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$992.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      341100      JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1173      Liguori, Lisa
                     GMAC Matter No.: 723336

**TOTAL AMOUNT DUE**          $1,786.95

***REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341100    JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1173    Liguori, Lisa
                        GMAC Matter No.: 723336

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 01/02/13 | Review and revise Adversary action complaint to determine dischargeability. | L210 | 0.40 | 270.00 | 108.00 |
| BJK | 01/02/13 | Sent draft adversary complaint to client with comments | L210 | 0.20 | 234.00 | 46.80 |
| KWF | 01/02/13 | Review and analyze court docket re: status of litigation. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 01/02/13 | Review and analyze draft adversary complaint. | L120 | 0.40 | 270.00 | 108.00 |
| BJK | 01/03/13 | Revised adversary complaint and prepared supporting documents | L210 | 1.70 | 234.00 | 397.80 |
| MKS | 01/04/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| LJT | 01/04/13 | Research title records re release of mechanic's lien, review release of lien bond and draft e-mail re same. | L110 | 0.20 | 130.50 | 26.10 |
| CHR | 01/04/13 | Conduct title search in Docedge and San Diego County Records re Mechanic's Lien and release. | L190 | 0.10 | 130.50 | 13.05 |
| BJK | 01/04/13 | Reviewed letter from defendant regarding release of mechanic's lien and dismissal of suit | L120 | 0.20 | 234.00 | 46.80 |
| BJK | 01/07/13 | Review and analysis of rights of Chapter 7 trustee in escrow funds | L120 | 0.30 | 234.00 | 70.20 |
| BJK | 01/07/13 | Communication with plaintiff regarding resolution of lawsuit | L160 | 0.20 | 234.00 | 46.80 |
| KWF | 01/07/13 | Receive and analyze correspondence form L. McLaughlin, evaluate potential responses to same in light of release of | L120 | 0.50 | 270.00 | 135.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.  341100     CLIENT    GMAC ResCap                          Page      2
                        MATTER   Liguori, Lisa

| | | | | | | |
|---|---|---|---|---|---|---|
| | | lien bond. | | | | |
| KWF | 01/07/13 | Prepare email to B. Kornberg re: BK appeal of potential settlement. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 01/07/13 | Prepare email to B. Kornberg re: disputed commission funds and bankruptcy trustee. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 01/07/13 | Prepare email to B. Kornberg re: strategy for pursuing settlement. | L120 | 0.10 | 270.00 | 27.00 |
| BJK | 01/10/13 | Communicated with Defendant regarding potential settlement options and circulated email regarding offer | L160 | 0.30 | 234.00 | 70.20 |
| KWF | 01/11/13 | Prepare email to B. Kornberg re: global settlement and ability to coordinate with Liguori re: disputed commission funds. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 01/11/13 | Prepare email to M. Sims re: procedure for releasing disputed escrow funds. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 01/18/13 | Prepare email to B. Kornberg re: disputed commission. | L120 | 0.30 | 270.00 | 81.00 |
| BJK | 01/24/13 | Communicated with Defendant regarding settlement of case and release of escrow funds | L160 | 0.30 | 234.00 | 70.20 |
| KWF | 01/28/13 | Receive discharge notification from bankruptcy trustee; prepare email to B. Kornberg re: same. | L120 | 0.10 | 270.00 | 27.00 |
| MKS | 01/29/13 | Attention to status of adversary complaint and impact, if any, of discharge on same. | L210 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **7.20** | | **$1,786.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $26.10 |
| L120 | Analysis/Strategy | 3.50 | $927.00 |
| L160 | Settlement/Non-Binding ADR | 0.80 | $187.20 |
| L190 | Other Case Assessment | 0.10 | $13.05 |
| L210 | Pleadings | 2.60 | $633.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No.   341100 | CLIENT | GMAC ResCap | | | Page | 3 |
| | MATTER | Liguori, Lisa | | | | |

| | | TOTAL | | 7.20 | **$1,786.95** | | |
|---|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** | |
| Kornberg, Bernard | BJK | Associate | | 3.20 | 234.00 | $748.80 | |
| Rommell, Clair | CHR | Paralegal | | 0.10 | 130.50 | $13.05 | |
| Franich, Kerry | KWF | Associate | | 2.80 | 270.00 | $756.00 | |
| Tarwater, Linda | LJT | Paralegal | | 0.20 | 130.50 | $26.10 | |
| Sullivan, Mary Kate | MKS | Member | | 0.90 | 270.00 | $243.00 | |
| | | **Total** | | **7.20** | | **$1,786.95** | |

PRIOR FEES                          $15,852.15
PRIOR COSTS & EXPENSES              $1,506.71

| | |
|---|---|
| FEES | $1,786.95 |
| **TOTAL THIS INVOICE** | **$1,786.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341101    JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1184    Berdan, Felino V. and Belinda
GMAC Matter No.: 723763

**TOTAL AMOUNT DUE**          **$284.40**

**\*\*\* REMITTANCE COPY \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson *&Werson*

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341101    JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1184    Berdan, Felino V. and Belinda
GMAC Matter No.: 723763

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 01/02/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| MTM | 01/02/13 | Review file and confer with M. Gruber regarding additional litigation regarding Berdan property. | L120 | 0.40 | 288.00 | 115.20 |
| MTM | 01/02/13 | Review file and follow up with C. DiCicco regarding status of appeal deadline. | L120 | 0.20 | 288.00 | 57.60 |
| MTM | 01/04/13 | Check on status of OSC hearing. | L230 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **1.00** | | **$284.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---------------------------|---|-------|--------|---|---|
| L120 | Analysis/Strategy | 0.80 | $226.80 | | |
| L230 | Court Mandated Conferences | 0.20 | $57.60 | | |
| | **TOTAL** | **1.00** | **$284.40** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| McGuinness, Michelle | MTM | Associate | 0.80 | 288.00 | $230.40 |
| | **Total** | | **1.00** | | **$284.40** |

PRIOR FEES                        $21,153.15
PRIOR COSTS & EXPENSES            $2,610.12

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341101        CLIENT    GMAC ResCap                              Page        2
                            MATTER    Berdan, Felino V. & Belinda

|  |  |
|---|---|
| FEES | $284.40 |
| **TOTAL THIS INVOICE** | **$284.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      341102      JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1283      Munguia, Jorge and Michele
                      GMAC Matter No.: 728959

**TOTAL AMOUNT DUE**          $623.40

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341102    JBS                                     February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1283    Munguia, Jorge and Michele
GMAC Matter No.: 728959

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCK | 01/02/13 | Review co-defendant's filing re: non-monetary status. | L120 | 0.10 | 234.00 | 23.40 |
| MKS | 01/03/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| MCK | 01/10/13 | Review of plaintiff's opposition to co-defendant demurrer to Second Amended Complaint. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 01/22/13 | Review Court's tentative ruling on co-defendants' demurrer to Second Amended Complaint. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 01/23/13 | E-mail to client re: co-defendant's demurrer hearing. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 01/23/13 | Attention to file re: outcome of co-defendant's demurrer hearing. | L120 | 0.40 | 234.00 | 93.60 |
| MCK | 01/29/13 | Review tentative ruling and correspondence from Plaintiffs' counsel re: same. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 01/29/13 | Review Plaintiffs' supplementary briefing re: assignee liability. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 01/31/13 | E-mail to client regarding Court's ruling on co-defendant's demurrer to second amended complaint and case status. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 01/31/13 | Attention to file re: outcome of continued demurrer hearing. | L120 | 0.20 | 234.00 | 46.80 |
| | | **TOTAL** | | **2.30** | | **$545.40** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.    341102 | CLIENT    GMAC ResCap | Page | 2 |
| | MATTER   Munguia, Jorge & Michele | | |

| | | |
|---|---|---|
| 01/16/13  CourtCall, LLC; CourtCall - Conference Service;  03/13/13 | | 78.00 |
| **TOTAL COSTS & EXPENSES** | | **$78.00** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120    Analysis/Strategy | | 2.30 | $545.40 |
| **TOTAL** | | **2.30** | **$545.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kelly, Megan | MCK | Special Counsel | 2.10 | 234.00 | $491.40 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | Total | | 2.30 | | $545.40 |

| | |
|---|---|
| PRIOR FEES | $7,528.95 |
| PRIOR COSTS & EXPENSES | $1,463.01 |

| | |
|---|---|
| FEES | $545.40 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$623.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341103    JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1301    Torres, Jose Gabriel
          GMAC Matter No.: 729520

**TOTAL AMOUNT DUE**          **$432.00**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341103    JBS                           February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1301    Torres, Jose Gabriel
                        GMAC Matter No.: 729520

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| MKS | 01/03/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| MKS | 01/16/13 | Study and review plaintiff's opposition to motion for judgment on the pleading. | L240 | 0.20 | 270.00 | 54.00 |
| TNA | 01/29/13 | Prepare recommendation to J. Hoy at Ally regarding further action to evict borrower following judgment on the pleadings on claims not covered by bankruptcy stay. | L120 | 0.10 | 270.00 | 27.00 |
| TNA | 01/29/13 | Prepare proposed order granting motion for judgment on the pleadings. | L210 | 0.30 | 270.00 | 81.00 |
| TNA | 01/29/13 | Prepare for and attend hearing on motion for judgment on the pleadings as to plaintiff's claim under Civil Code § 2923.5. | L210 | 0.80 | 270.00 | 216.00 |
| | | **TOTAL** | | **1.60** | | **$432.00** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $81.00 |
| L210 | Pleadings | 1.10 | $297.00 |
| L240 | Dispositive Motions | 0.20 | $54.00 |
| | **TOTAL** | **1.60** | **$432.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  341103 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Torres, Jose Gabriel | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.40 | 270.00 | $108.00 |
| Abbott, Thomas | TNA | Associate | 1.20 | 270.00 | $324.00 |
| | **Total** | | **1.60** | | **$432.00** |

| | |
|---|---|
| PRIOR FEES | $5,164.20 |
| PRIOR COSTS & EXPENSES | $1,444.81 |

| | |
|---|---|
| FEES | $432.00 |
| **TOTAL THIS INVOICE** | **$432.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341104    JBS

February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1307    Henle, Thomas N.
GMAC Matter No.: 729616

**TOTAL AMOUNT DUE**          $1,509.60

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    341104    JBS | February 26, 2013 |
|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1307    Henle, Thomas N.
GMAC Matter No.: 729616

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| MKS | 01/03/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| MTM | 01/04/13 | Review file and correspondence from Plaintiff's counsel and communicate with J. Hoy regarding same. | L160 | 0.30 | 288.00 | 86.40 |
| MKS | 01/09/13 | Study and review plaintiff's opposition to motion for judgment on the pleadings. | L210 | 0.40 | 270.00 | 108.00 |
| MTM | 01/10/13 | Communicate with M. Sullivan regarding status of case. | L160 | 0.20 | 288.00 | 57.60 |
| MTM | 01/23/13 | Communicate with co- and opposing counsel regarding status. | L160 | 0.70 | 288.00 | 201.60 |
| MKS | 01/24/13 | Attention tostatus of appearances in litigation and renewed efforts to obtain a stipulation to allow limited participation by MERS in this easement dispute. | L120 | 0.40 | 270.00 | 108.00 |
| MTM | 01/24/13 | Finalize case management statement. | L230 | 0.20 | 288.00 | 57.60 |
| MTM | 01/25/13 | Revise stipulation of limited participation and forward to co-counsel and counsel for plaintiff and defendant. | L160 | 2.00 | 288.00 | 576.00 |
| MEG | 01/31/13 | Review case status and strategize regarding stipulation for limited participation. | L110 | 0.40 | 261.00 | 104.40 |
| | | **TOTAL** | | **4.80** | | **$1,353.60** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    341104 | CLIENT    GMAC ResCap | | Page    2 |
|---|---|---|---|
| | MATTER    Henle, Thomas N. | | |

| | | | |
|---|---|---|---|
| 11/02/12 | CourtCall, LLC; CourtCall - Conference Service;  02/14/12 | | 78.00 |
| 01/16/13 | CourtCall, LLC; CourtCall - Conference Service; 01/23/13 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$156.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.40 | $104.40 |
| L120 | Analysis/Strategy | 0.60 | $162.00 |
| L160 | Settlement/Non-Binding ADR | 3.20 | $921.60 |
| L210 | Pleadings | 0.40 | $108.00 |
| L230 | Court Mandated Conferences | 0.20 | $57.60 |
| | **TOTAL** | **4.80** | **$1,353.60** |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Gruber, Megan | MEG | | Associate | 0.40 | 261.00 | $104.40 |
| Sullivan, Mary Kate | MKS | | Member | 1.00 | 270.00 | $270.00 |
| McGuinness, Michelle | MTM | | Associate | 3.40 | 288.00 | $979.20 |
| | | Total | | 4.80 | | $1,353.60 |

| | |
|---|---|
| PRIOR FEES | $7,843.05 |
| PRIOR COSTS & EXPENSES | $751.98 |

| | |
|---|---|
| FEES | $1,353.60 |
| COSTS & EXPENSES | $156.00 |
| **TOTAL THIS INVOICE** | **$1,509.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341105    JBS                                          February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1311    Chao, Yao Sae
GMAC Matter No.: 729670

**TOTAL AMOUNT DUE**          **$897.30**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341105    JBS                                February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1311    Chao, Yao Sae
                        GMAC Matter No.: 729670

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 01/02/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| AAG | 01/16/13 | Communicate with plaintiffs' attorney regarding settlement. | L160 | 0.30 | 238.50 | 71.55 |
| AAG | 01/23/13 | Communicate with plaintiffs' attorney regarding settlement. | L160 | 0.20 | 238.50 | 47.70 |
| MIW | 01/24/13 | Review correspondence from plaintiffs' counsel re settlement.  Confer with A. Givental re same. | L160 | 0.50 | 274.50 | 137.25 |
| AAG | 01/28/13 | Update Wells Fargo client regarding status of action. | L120 | 0.20 | 238.50 | 47.70 |
| MIW | 01/30/13 | Confer with A. Givental re plaintiffs' settlement offer and strategy for responding to same. | L160 | 0.40 | 274.50 | 109.80 |
| AAG | 01/30/13 | Communicate with M. Wraight regarding settlement strategy and respond to plaintiffs' settlement demand. | L160 | 1.80 | 238.50 | 429.30 |
| | | **TOTAL** | | **3.60** | | **$897.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $101.70 |
| L160 | Settlement/Non-Binding ADR | 3.20 | $795.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   341105 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Chao, Yao Sae | | | | |

| TOTAL | | | 3.60 | **$897.30** | | |
|---|---|---|---|---|---|---|

| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 2.50 | 238.50 | $596.25 |
| Wraight, Mark | MIW | Member | 0.90 | 274.50 | $247.05 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **3.60** | | **$897.30** |

| PRIOR FEES | $6,428.25 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,151.98 |

| | FEES | $897.30 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$897.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341106    JBS

February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1315    Bentancourt, Ruben and Rosa
E-Mail Invoices to Kari Krull

**TOTAL AMOUNT DUE**          **$507.15**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341106    JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1315    Bentancourt, Ruben and Rosa
                       E-Mail Invoices to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 01/02/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| NSR | 01/09/13 | Analysis of the letter from counsel for Bella Vista estates to the Court concerning a proposed pre-trial order | L190 | 0.20 | 238.50 | 47.70 |
| NSR | 01/14/13 | Analysis of Builder's Concrete's objections to proposed pre-trial order no. 5 and supporting declaration | L210 | 0.20 | 238.50 | 47.70 |
| NSR | 01/14/13 | Analysis of letter from Betancourt regarding schedule for defense visual inspections | L390 | 0.10 | 238.50 | 23.85 |
| NSR | 01/14/13 | Analysis of letter from counsel for Builder's Concrete to the Special Master regarding application to conduct discovery | L390 | 0.10 | 238.50 | 23.85 |
| NSR | 01/15/13 | Analysis of letter from Reuben Betancourt regarding defendant's concerns regarding defense visual inspections | L390 | 0.10 | 238.50 | 23.85 |
| NSR | 01/15/13 | Analysis of letter from counsel for Bella Vista Estates regarding visual inspections | L390 | 0.10 | 238.50 | 23.85 |
| NSR | 01/15/13 | Analysis of correspondence from counsel for Builder's Conrete regarding unacceptable nature of proposed visual inspection | L390 | 0.10 | 238.50 | 23.85 |
| NSR | 01/15/13 | Analysis of letter from counsel for Builder's Contrete regarding his objections to Bella Vista Estate's | L390 | 0.10 | 238.50 | 23.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 341106 | | CLIENT   GMAC ResCap | | | | Page   2 |
|---|---|---|---|---|---|---|
| | | MATTER   Bentancourt, Ruben & Rosa | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | unilateral change of property inspection dates | | | | |
| NSR | 01/15/13 | Analysis of letter from Builder's Concrete to George Gonzales regarding schedule for defense visual inspections | L390 | 0.10 | 238.50 | 23.85 |
| NSR | 01/17/13 | Analysis of notice of deposit of documents by Kertel Communications, Inc. | L210 | 0.10 | 238.50 | 23.85 |
| NSR | 01/22/13 | Analysis of correspondence from counsel for Bella Vista Estates to the Court regarding the proposed pre-trial order | L390 | 0.10 | 238.50 | 23.85 |
| NSR | 01/25/13 | Analysis of letter from counsel for Builder's Concrete to assistant special master regarding his disagreement with the proposed pre-trial order and property inspection procedures | L390 | 0.10 | 238.50 | 23.85 |
| NSR | 01/25/13 | Analysis of the 14 sets of requests for admission and form interrogatories propounded by defendant Terry Tuell Concrete upon the various plaintiffs | L310 | 0.30 | 238.50 | 71.55 |
| NSR | 01/25/13 | Analysis of notice of change of firm name filed by counsel for cross-defendant Radco Installation, Inc. | L210 | 0.10 | 238.50 | 23.85 |
| NSR | 01/25/13 | Analysis of notice of telephone conference concerning Builder's Concrete's Application for permission to serve discovery upon developer defendants | L390 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **2.10** | | **$507.15** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L190 | Other Case Assessment | 0.20 | $47.70 |
| L210 | Pleadings | 0.40 | $95.40 |
| L310 | Written Discovery | 0.30 | $71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    341106 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|
| | MATTER | Bentancourt, Ruben & Rosa | | | | |

| L390   Other Discovery | | | 1.00 | $238.50 | | |
|---|---|---|---|---|---|---|
| **TOTAL** | | | **2.10** | **$507.15** | | |

| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Riedman, Natilee | NSR | Associate | 1.90 | 238.50 | $453.15 |
| | **Total** | | **2.10** | | **$507.15** |

| PRIOR FEES | $3,412.80 |
|---|---|
| PRIOR COSTS & EXPENSES | $77.23 |

| | FEES | $507.15 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$507.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341107    JBS                                February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1358     Aniel, Erlinda Abibas
                   GMAC Matter No.: 732286

**TOTAL AMOUNT DUE**                    $1,534.50

**\*\*\* REMITTANCE COPY \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341107    JBS

February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1358    Aniel, Erlinda Abibas
GMAC Matter No.: 732286

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MKS | 01/02/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| TNA | 01/10/13 | Review status of motion for relief from bankruptcy stay. | L210 | 0.20 | 270.00 | 54.00 |
| ANB | 01/15/13 | Research standing issue for relief from stay as to servicers of loan | L120 | 1.50 | 292.50 | 438.75 |
| ANB | 01/17/13 | Prepare for continued Relief from Stay hearing | L240 | 1.00 | 292.50 | 292.50 |
| ANB | 01/17/13 | Appear at continued Relief from Stay hearing | L240 | 1.00 | 292.50 | 292.50 |
| ANB | 01/18/13 | Update client on results of continued Relief from Stay Hearing | L120 | 0.50 | 292.50 | 146.25 |
| ANB | 01/22/13 | Review and revise Interim adequate protection order | L210 | 0.30 | 292.50 | 87.75 |
| TSH | 01/23/13 | Edit proposed interim order on GMAC Mortgage, LLC's motion for relief from stay filed in USBC Northern District of California case number 12-33117. | L210 | 0.10 | 225.00 | 22.50 |
| ANB | 01/24/13 | Appear at Chapter 11 Status Conference | L230 | 0.50 | 292.50 | 146.25 |
| | | **TOTAL** | | **5.30** | | **$1,534.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    341107 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER | Aniel, Erlinda Abibas | | | |

| | | | | |
|---|---|---|---|---|
| L120 | Analysis/Strategy | | 2.20 | $639.00 |
| L210 | Pleadings | | 0.60 | $164.25 |
| L230 | Court Mandated Conferences | | 0.50 | $146.25 |
| L240 | Dispositive Motions | | 2.00 | $585.00 |
| | **TOTAL** | | **5.30** | **$1,534.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 4.80 | 292.50 | $1,404.00 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Abbott, Thomas | TNA | Associate | 0.20 | 270.00 | $54.00 |
| Holmes, Toriana | TSH | Associate | 0.10 | 225.00 | $22.50 |
| | **Total** | | **5.30** | | **$1,534.50** |

PRIOR FEES                       $11,865.15
PRIOR COSTS & EXPENSES           $762.61

|  | FEES | $1,534.50 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$1,534.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341108    JBS

February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1398 | Nanak Foundation Trust (Virk) |
| | | GMAC Matter No.: 733284 |

**TOTAL AMOUNT DUE**          $4,375.80

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341108    JBS                                February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1398    Nanak Foundation Trust (Virk)
GMAC Matter No.: 733284

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| HRJ | 01/02/13 | Review and analyze clerk's notice resetting hearing re order to show cause. | L110 | 0.10 | 306.00 | 30.60 |
| MKS | 01/03/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| HRJ | 01/03/13 | Draft status report to C. DiCicco. | L110 | 0.20 | 306.00 | 61.20 |
| MKS | 01/07/13 | Study and review plaintiff's counsel's response to OSC re: Ru7le 11 sanctions and exhibits thereto.  Strategy re: response to same. | L250 | 0.50 | 270.00 | 135.00 |
| HRJ | 01/07/13 | Review and analyze issues re response to plaintiff's submission re OSC. | L120 | 0.10 | 306.00 | 30.60 |
| HRJ | 01/07/13 | Draft status report to client. | L210 | 0.20 | 306.00 | 61.20 |
| HRJ | 01/07/13 | Review and analyze client documents re preparation of response to plaintiff's submission re OSC. | L210 | 0.30 | 306.00 | 91.80 |
| HRJ | 01/07/13 | Review and analyze plaintiff's response to OSC. | L210 | 0.40 | 306.00 | 122.40 |
| HRJ | 01/07/13 | Respond to client inquiries. | L110 | 0.20 | 306.00 | 61.20 |
| HRJ | 01/08/13 | Draft reply to plaintiffs' response to OSC. | L210 | 5.70 | 306.00 | 1,744.20 |
| HRJ | 01/08/13 | Draft client declaration in support of reply to response to OSC. | L210 | 0.70 | 306.00 | 214.20 |
| GSW | 01/09/13 | Prepare exhibits to DiCicco Declaration in Support of Defendants' Reply to Plaintiff's Response to Order to Show Cause | L110 | 1.20 | 130.50 | 156.60 |
| MKS | 01/09/13 | Review and revise draft response to plaintiff's response to OSC re: | L250 | 0.40 | 270.00 | 108.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 341108 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Nanak Foundation Trust (Virk) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | sanctions. | | | | |
| HRJ | 01/09/13 | Revise and finalize reply to response to OSC. | L210 | 0.80 | 306.00 | 244.80 |
| MKS | 01/10/13 | Attention to strategy for broaching possible settlement discussion with plaintiff. | L160 | 0.20 | 270.00 | 54.00 |
| HRJ | 01/10/13 | Draft status report to C. DiCicco. | L110 | 0.20 | 306.00 | 61.20 |
| HRJ | 01/10/13 | Review and analyze issues re settlement. | L210 | 0.50 | 306.00 | 153.00 |
| HRJ | 01/10/13 | Telephone conference with plaintiff's counsel re settlement issues. | L160 | 0.30 | 306.00 | 91.80 |
| MKS | 01/11/13 | Attention to plaintiff's request for leave to appear at OSC by telephone and strategy re: response, if any, to same. | L210 | 0.20 | 270.00 | 54.00 |
| HRJ | 01/11/13 | Review and analyze plaintiff's request for telephone appearance. | L210 | 0.20 | 306.00 | 61.20 |
| HRJ | 01/14/13 | Review and analyze court's order denying request for telephonic appearance. | L210 | 0.20 | 306.00 | 61.20 |
| MKS | 01/15/13 | Study and review plaintiff's response re: OSC re: sanctions. Strategy regarding same and possible resolution | L250 | 0.30 | 270.00 | 81.00 |
| HRJ | 01/15/13 | Telephone conference with plaintiffs' re settlement issues. | L210 | 0.40 | 306.00 | 122.40 |
| HRJ | 01/15/13 | Draft stipulation of dismissal. | L210 | 0.50 | 306.00 | 153.00 |
| HRJ | 01/15/13 | Telephone conference with court clerk. | L210 | 0.20 | 306.00 | 61.20 |
| HRJ | 01/15/13 | Draft settlement agreement and release. | L210 | 0.70 | 306.00 | 214.20 |
| HRJ | 01/15/13 | Draft status report to client. | L210 | 0.30 | 306.00 | 91.80 |
| | | **TOTAL** | | **15.20** | | **$4,375.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.90 | $370.80 |
| L120 | Analysis/Strategy | 0.30 | $84.60 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $145.80 |
| L210 | Pleadings | 11.30 | $3,450.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    341108 | CLIENT | GMAC ResCap | | Page | 3 |
| | MATTER | Nanak Foundation Trust (Virk) | | | |

| L250 | Other Written Motions | | 1.20 | $324.00 | | |
| | **TOTAL** | | **15.20** | **$4,375.80** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Webb, Gilla | GSW | Paralegal | 1.20 | 130.50 | $156.60 |
| Jones, Harold R. | HRJ | Associate | 12.20 | 306.00 | $3,733.20 |
| Sullivan, Mary Kate | MKS | Member | 1.80 | 270.00 | $486.00 |
| | Total | | **15.20** | | **$4,375.80** |

| PRIOR FEES | $9,160.65 |
| PRIOR COSTS & EXPENSES | $1,326.39 |

| FEES | $4,375.80 |
| **TOTAL THIS INVOICE** | **$4,375.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341109    JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1409    Lykins, Alexander
                  GMAC Matter No.: 733644

**TOTAL AMOUNT DUE**            **$774.00**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341109    JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1409    Lykins, Alexander
GMAC Matter No.: 733644

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 01/03/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| AAG | 01/03/13 | Revise motion to dismiss and communicate with client regarding same. | L240 | 0.60 | 238.50 | 143.10 |
| AAG | 01/04/13 | Draft amended notice of stay. | L210 | 0.40 | 238.50 | 95.40 |
| MKS | 01/07/13 | Study and review Order issued by court on motion to dismiss original complaint , granting order and striking amended complaint.  Strategy re: status of pending motion to dismiss amended complaint. | L210 | 0.40 | 270.00 | 108.00 |
| AAG | 01/07/13 | Review ruling on motion to dismiss plaintiff's complaint and update client regarding same. | L240 | 0.60 | 238.50 | 143.10 |
| AAG | 01/07/13 | Revise motion to dismiss and communicate with client regarding same. | L240 | 0.40 | 238.50 | 95.40 |
| MKS | 01/29/13 | Study and review new amended complaint.  Strategy re: response to same. | L210 | 0.50 | 270.00 | 135.00 |
| | | **TOTAL** | | **3.10** | | **$774.00** |

### COSTS & EXPENSES

### BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341109    CLIENT    GMAC ResCap                                    Page        2
                        MATTER    Lykins, Alexander

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L210 | Pleadings | 1.30 | $338.40 |
| L240 | Dispositive Motions | 1.60 | $381.60 |
| | **TOTAL** | **3.10** | **$774.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 2.00 | 238.50 | $477.00 |
| Sullivan, Mary Kate | MKS | Member | 1.10 | 270.00 | $297.00 |
| | Total | | **3.10** | | **$774.00** |

PRIOR FEES                              $8,655.75
PRIOR COSTS & EXPENSES            $10.25


                                                    FEES            $774.00
                                **TOTAL THIS INVOICE**        **$774.00**


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      341110      JBS                                February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1413      Cortes, Javier
                      GMAC Matter No.: 733720

**TOTAL AMOUNT DUE**          $1,140.90

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341110    JBS                                                February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1413    Cortes, Javier
GMAC Matter No.: 733720

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 01/02/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| KAP | 01/04/13 | Prepare memorandum of points and authorities in reply to opposition to demurrer to complaint | L210 | 2.80 | 265.50 | 743.40 |
| KAP | 01/04/13 | Review and analysis of opposition to demurrer to complaint in order to prepare reply to same | L210 | 0.60 | 265.50 | 159.30 |
| KAP | 01/14/13 | Prepare email correspondence to client re continuance of hearing on demurrer pursuant to court order | L210 | 0.20 | 265.50 | 53.10 |
| KAP | 01/14/13 | Review and analysis of tentative ruling on demurrer to complaint | L210 | 0.20 | 265.50 | 53.10 |
| | | **TOTAL** | | **4.00** | | **$1,062.90** |

## COSTS & EXPENSES

01/16/13  CourtCall, LLC; CourtCall - Conference Service; 01/14/13                                         78.00

**TOTAL COSTS & EXPENSES**                              **$78.00**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L210 | Pleadings | 3.80 | $1,008.90 |
| | **TOTAL** | **4.00** | **$1,062.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    341110 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Cortes, Javier | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Paese, Kimberly A. | KAP | Associate | 3.80 | 265.50 | $1,008.90 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **4.00** | | **$1,062.90** |

| | | |
|---|---|---|
| PRIOR FEES | $4,450.50 | |
| PRIOR COSTS & EXPENSES | $539.07 | |

| | |
|---|---|
| FEES | $1,062.90 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$1,140.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341111    JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1414 | Cherrington, William and Lynne |
| | | GMAC Matter No.: 733724 |

**TOTAL AMOUNT DUE**            $334.80

### \*\*\* *REMITTANCE COPY* \*\*\*
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341111    JBS                                           February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1414    Cherrington, William and Lynne
GMAC Matter No.: 733724

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 01/02/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| MCK | 01/02/13 | E-mail to client re: finalizing settlement and dismissal. | L160 | 0.40 | 234.00 | 93.60 |
| MCK | 01/07/13 | Correspondence with client regarding settlement agreement. | L160 | 0.20 | 234.00 | 46.80 |
| MCK | 01/09/13 | Correspondence from client with fully-executed settlement documents and transmittal correspondence to Plaintiff's counsel re: same. | L160 | 0.30 | 234.00 | 70.20 |
| MCK | 01/22/13 | Correspondence with opposing counsel regarding dismissal. | L160 | 0.10 | 234.00 | 23.40 |
| MCK | 01/22/13 | Correspondence to opposing counsel to follow-up on dismissal. | L160 | 0.10 | 234.00 | 23.40 |
| MCK | 01/23/13 | E-mail to client regarding delay in obtaining conformed dismissal. | L120 | 0.10 | 234.00 | 23.40 |
| | | **TOTAL** | | **1.40** | | **$334.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $77.40 |
| L160 | Settlement/Non-Binding ADR | 1.10 | $257.40 |
| | **TOTAL** | **1.40** | **$334.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 341111 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | | MATTER | Cherrington, William & Lynne | | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kelly, Megan | MCK | Special Counsel | 1.20 | 234.00 | $280.80 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **1.40** | | **$334.80** |

| | | |
|---|---|---|
| PRIOR FEES | $3,930.75 | |
| PRIOR COSTS & EXPENSES | $86.08 | |

|  | |
|---|---|
| FEES | $334.80 |
| **TOTAL THIS INVOICE** | **$334.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341112    JBS                                   February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1439    Roybal-de-Aguero, Fedelina
                  GMAC Matter No.: 734684

**TOTAL AMOUNT DUE**            $2,797.88

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341112    JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1439    Roybal-de-Aguero, Fedelina
GMAC Matter No.: 734684

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| MKS | 01/03/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| ACS | 01/09/13 | Phone call to plaintiff's counsel re: status of amendment to complaint | L210 | 0.30 | 288.00 | 86.40 |
| ACS | 01/09/13 | Draft demurrer to complaint | L240 | 0.40 | 288.00 | 115.20 |
| ACS | 01/11/13 | E-mail and phone communication with plaintiff's counsel re: status of amendment of complaint | L210 | 0.30 | 288.00 | 86.40 |
| ACS | 01/16/13 | Analyze amended complaint received from plaintiffs, update to client re: same | L210 | 0.30 | 288.00 | 86.40 |
| ACS | 01/29/13 | Draft demurrer to complaint | L240 | 0.70 | 288.00 | 201.60 |
| ACS | 01/30/13 | Draft demurrer to amended complaint | L240 | 3.20 | 288.00 | 921.60 |
| MKS | 01/31/13 | Review and revise draft demurrer to amended complaint. | L240 | 0.50 | 270.00 | 135.00 |
| ACS | 01/31/13 | Revise demurrer to amended complaint | L240 | 3.30 | 288.00 | 950.40 |
| ACS | 01/31/13 | Analyze absence of substitution of trustee from title documents, update to J. Spann re: same | L110 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | **9.50** | | **$2,723.40** |

## COSTS & EXPENSES

| | | |
|------|------|------|
| 01/08/13 | Cardmember Service/Chase (Acct #0705); Data Search; Mendocino, CA 95460 Mendocino 12/03/12 | 66.28 |
| 01/15/13 | Pacer Service Center; Data Search; Account No. SW0061. Usage: 10/01/12 - 12/31/12 | 8.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 341112 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Roybal-de-Aguero, Fedelina | | |

| **TOTAL COSTS & EXPENSES** | **$74.48** |
|---|---|

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.30 | $86.40 |
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L210 | Pleadings | 0.90 | $259.20 |
| L240 | Dispositive Motions | 8.10 | $2,323.80 |
| | **TOTAL** | **9.50** | **$2,723.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sears, Alex | ACS | Associate | 8.80 | 288.00 | $2,534.40 |
| Sullivan, Mary Kate | MKS | Member | 0.70 | 270.00 | $189.00 |
| | Total | | **9.50** | | **$2,723.40** |

PRIOR FEES                         $3,183.30

| | | |
|---|---|---|
| | FEES | $2,723.40 |
| | COSTS & EXPENSES | $74.48 |
| | **TOTAL THIS INVOICE** | **$2,797.88** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341113    JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha l. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1453 | Berdan, Felino and Belinda |
| | | GMAC Matter No.: 735520 |

**TOTAL AMOUNT DUE**          $2,848.50

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341113    JBS                                            February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1453    Berdan, Felino and Belinda
GMAC Matter No.: 735520

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 01/02/13 | Attention to duplicative complaints filed by plaintiff.  Strategy re: response to same and possible "prior action pending" motion with request for sanctions. | L210 | 0.40 | 270.00 | 108.00 |
| MEG | 01/02/13 | Research regarding plaintiff's counsel and history of prior Berdan matters filed by same client and counsel. | L240 | 0.50 | 261.00 | 130.50 |
| MEG | 01/08/13 | Review prior Berdan complaint and demurrer in conjunction with current version. | L110 | 0.50 | 261.00 | 130.50 |
| MEG | 01/10/13 | Prepare initial summary and analysis to client. | L110 | 0.60 | 261.00 | 156.60 |
| MEG | 01/10/13 | Review and analysis of title documents, loan file, complaint, and strategy regarding handling. | L110 | 1.10 | 261.00 | 287.10 |
| MEG | 01/11/13 | Draft demurrer to complaint. | L240 | 5.20 | 261.00 | 1,357.20 |
| MEG | 01/14/13 | Revisions and additions to demurrer | L240 | 0.70 | 261.00 | 182.70 |
| MEG | 01/14/13 | Correspondence to client regarding demurrer. | L240 | 0.20 | 261.00 | 52.20 |
| MEG | 01/15/13 | Draft correspondence to client regarding demurrer draft. | L240 | 0.10 | 261.00 | 26.10 |
| MEG | 01/16/13 | Revise demurrer and finalize for filing. | L240 | 0.90 | 261.00 | 234.90 |
| MEG | 01/16/13 | Draft request for judicial notice in support of demurrer. | L240 | 0.50 | 261.00 | 130.50 |
| MEG | 01/16/13 | Correspondence to and from C.DiCicco regarding demurrer. | L240 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | **10.90** | | **$2,848.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    341113 | CLIENT    GMAC ResCap | | Page    2 |
|---|---|---|---|
| | MATTER    Berdan, Felino & Belinda | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2.20 | $574.20 |
| L210 | Pleadings | 0.40 | $108.00 |
| L240 | Dispositive Motions | 8.30 | $2,166.30 |
| | **TOTAL** | **10.90** | **$2,848.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Gruber, Megan | MEG | Associate | 10.50 | 261.00 | $2,740.50 |
| Sullivan, Mary Kate | MKS | Member | 0.40 | 270.00 | $108.00 |
| | **Total** | | **10.90** | | **$2,848.50** |

PRIOR FEES                                    $398.25

|  |  |
|---|---|
| FEES | $2,848.50 |
| **TOTAL THIS INVOICE** | **$2,848.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341114    JBS                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1457 | Stammer, Jeffrey |
| | | GMAC Matter No.: 735716 |

**TOTAL AMOUNT DUE**            $3,501.00

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    341114    JBS                                                    February 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1457    Stammer, Jeffrey
GMAC Matter No.: 735716

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    01/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 01/02/13 | Analysis and evaluation of defense strategy | L160 | 0.30 | 427.50 | 128.25 |
| BJJ | 01/03/13 | Prepare Title Chronology for property at 8143 Luisa Way, Windsor, CA | L190 | 1.00 | 130.50 | 130.50 |
| TNA | 01/03/13 | Analyze pleadings to identify claims and plaintiff's theories of liability. | L190 | 0.40 | 270.00 | 108.00 |
| JBS | 01/07/13 | Analysis and evaluation of defense strategy | L120 | 0.30 | 427.50 | 128.25 |
| MKS | 01/11/13 | Attention to and strategy re: possible removal of matter to federal court and litigation strategy after removal. | L120 | 0.40 | 270.00 | 108.00 |
| KAP | 01/17/13 | Draft follow-up correspondence to client re authority to proceed as recommended in initial assessment and remove action | L120 | 0.10 | 265.50 | 26.55 |
| KAP | 01/18/13 | Draft Notice of Removal | L210 | 1.10 | 265.50 | 292.05 |
| KAP | 01/18/13 | Receipt and review correspondence from client re relevant fact package and approval to remove action | L210 | 0.10 | 265.50 | 26.55 |
| MKS | 01/24/13 | Review and revise Notice of Removal and related documents. | L210 | 0.40 | 270.00 | 108.00 |
| KAP | 01/24/13 | Draft certificate of interested parties to accompany notice of removal | L210 | 0.40 | 265.50 | 106.20 |
| KAP | 01/24/13 | Draft request for judicial notice in support of notice of removal | L210 | 0.30 | 265.50 | 79.65 |
| KAP | 01/24/13 | Draft email correspondence to client re draft notice of removal and request for approval of same | L120 | 0.10 | 265.50 | 26.55 |
| KAP | 01/24/13 | Finish drafting notice of removal | L210 | 0.50 | 265.50 | 132.75 |
| KAP | 01/25/13 | Receipt and review correspondence | L210 | 0.10 | 265.50 | 26.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 341114 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Stammer, Jeffrey | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | from client re approval of notice of removal | | | | |
| KAP | 01/29/13 | Draft memorandum of points and authorities in support of motion to dismiss | L210 | 3.40 | 265.50 | 902.70 |
| MKS | 01/30/13 | Review and revise draft motion to dismiss. | L240 | 0.50 | 270.00 | 135.00 |
| KAP | 01/30/13 | Draft email correspondence to client re draft motion to dismiss and notice of bankruptcy and further handling re same | L120 | 0.20 | 265.50 | 53.10 |
| KAP | 01/30/13 | Draft notice of bankruptcy and suggestion of automatic stay | L210 | 0.40 | 265.50 | 106.20 |
| KAP | 01/30/13 | Draft notice of stay of proceedings | L210 | 0.20 | 265.50 | 53.10 |
| KAP | 01/30/13 | Finish drafting memorandum of points and authorities in support of motion to dismiss | L210 | 2.20 | 265.50 | 584.10 |
| KAP | 01/30/13 | Draft notice to superior court of removal to federal court | L210 | 0.20 | 265.50 | 53.10 |
| KAP | 01/31/13 | Draft proposed order in support of motion to dismiss | L210 | 0.20 | 265.50 | 53.10 |
| KAP | 01/31/13 | Draft request for judicial in support of motion to dismiss | L210 | 0.40 | 265.50 | 106.20 |
| KAP | 01/31/13 | Receipt and review of court order setting case status conference and deadlines for pre-conference briefing | L120 | 0.10 | 265.50 | 26.55 |
| | | **TOTAL** | | **13.30** | | **$3,501.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.20 | $369.00 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $128.25 |
| L190 | Other Case Assessment | 1.40 | $238.50 |
| L210 | Pleadings | 9.90 | $2,630.25 |
| L240 | Dispositive Motions | 0.50 | $135.00 |
| | **TOTAL** | **13.30** | **$3,501.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   341114 | CLIENT   GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|
| | MATTER   Stammer, Jeffrey | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Johnson, Betty | BJJ | Paralegal | 1.00 | 130.50 | $130.50 |
| Sullivan, John | JBS | Member | 0.60 | 427.50 | $256.50 |
| Paese, Kimberly A. | KAP | Associate | 10.00 | 265.50 | $2,655.00 |
| Sullivan, Mary Kate | MKS | Member | 1.30 | 270.00 | $351.00 |
| Abbott, Thomas | TNA | Associate | 0.40 | 270.00 | $108.00 |
| | Total | | 13.30 | | $3,501.00 |

|  |  |
|---|---|
| FEES | $3,501.00 |
| **TOTAL THIS INVOICE** | **$3,501.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement