# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342916    JBS

March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT     19000     OCWEN Loan Servicing
MATTER     0017      Sweeting, Robert v. Jason Kishaba, et al.
                     GMAC Matter No.: 693709

**TOTAL AMOUNT DUE**          **$1,581.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342916    JBS                                           March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 0017    Sweeting, Robert v. Jason Kishaba, et al.
GMAC Matter No.: 693709

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JD | 02/04/13 | Draft and revise written discovery to plaintiff. | L310 | 2.10 | 238.50 | 500.85 |
| JD | 02/05/13 | Revise and finalize written discovery to plaintiff. | L310 | 1.60 | 238.50 | 381.60 |
| JD | 02/05/13 | Update status report. | L120 | 0.20 | 238.50 | 47.70 |
| JD | 02/07/13 | Research for and outline MJOP. | L210 | 1.60 | 238.50 | 381.60 |
| JD | 02/15/13 | Attend hearing on plaintiff's motion to compel discovery from co-defendant. | L250 | 1.10 | 238.50 | 262.35 |
| | | **TOTAL** | | **6.60** | | **$1,574.10** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 01/25/13 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange Co Superior Court WE-CA 12/14/12 | 7.50 |

**TOTAL COSTS & EXPENSES**                          **$7.50**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $47.70 |
| L210 | Pleadings | 1.60 | $381.60 |
| L250 | Other Written Motions | 1.10 | $262.35 |
| L310 | Written Discovery | 3.70 | $882.45 |
| | **TOTAL** | **6.60** | **$1,574.10** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 342916 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
| | | MATTER | Sweeting, Robert | | | | |

| Dykstra, Jonathan | | JD | Associate | 6.60 | 238.50 | $1,574.10 |
| | **Total** | | | **6.60** | | **$1,574.10** |

| PRIOR FEES | $49,177.89 |
| PRIOR COSTS & EXPENSES | $6,051.90 |

| FEES | $1,574.10 |
| COSTS & EXPENSES | $7.50 |
| **TOTAL THIS INVOICE** | **$1,581.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342917    JBS                                   March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | OCWEN Loan Servicing |
| MATTER | 0034 | Yee, Seewing and Chom Suk v. E*Trade, et al. |
| | | GMAC Matter No.: 698209 |

**TOTAL AMOUNT DUE**            **$823.50**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342917    JBS                                          March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 0034    Yee, Seewing and Chom Suk v. E*Trade, et al.
                        GMAC Matter No.: 698209

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| EK | 02/06/13 | Draft email to plaintiffs' counsel, V. Goins, re deadline to return settlement agreement | L160 | 0.20 | 274.50 | 54.90 |
| EK | 02/06/13 | Draft email to J. Best re plaintiffs' requested revisions to settlement agreement | L160 | 0.20 | 274.50 | 54.90 |
| EK | 02/06/13 | Review email from V. Goins re requested changes to settlement agreement and draft reply to same | L160 | 0.20 | 274.50 | 54.90 |
| EK | 02/07/13 | Analysis and evaluation of plaintiffs' proposed changes to settlement agreement and loan modification agreement | L160 | 0.40 | 274.50 | 109.80 |
| EK | 02/07/13 | Draft email to J. Best re plaintiffs' proposed changes to settlement and recommendations re same | L160 | 0.90 | 274.50 | 247.05 |
| EK | 02/12/13 | Review email from J. Best re plaintiffs' changes to settlement agreement and revise accordingly | L160 | 0.30 | 274.50 | 82.35 |
| EK | 02/12/13 | Draft email to plaintiffs' counsel, V. Goins, re revisions to settlement agreement | L160 | 0.30 | 274.50 | 82.35 |
| EK | 02/12/13 | Draft email to J. Best re further revisions to settlement agreement. | L160 | 0.30 | 274.50 | 82.35 |
| EK | 02/14/13 | Draft email to V. Goins re final version of settlement agreement | L160 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | **3.00** | | **$823.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   342917 | CLIENT    OCWEN Loan Servicing | Page    2 |
|---|---|---|
| | MATTER   Yee, Seewing & Chom Suk | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L160    Settlement/Non-Binding ADR | | 3.00 | $823.50 | | |
| **TOTAL** | | **3.00** | **$823.50** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kemp, Erik | EK | Associate | 3.00 | 274.50 | $823.50 |
| | **Total** | | **3.00** | | **$823.50** |

| | | |
|---|---|---|
| PRIOR FEES | $45,932.85 | |
| PRIOR COSTS & EXPENSES | $4,021.65 | |

| | | |
|---|---|---|
| FEES | $823.50 |
| **TOTAL THIS INVOICE** | **$823.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342918    JBS                                    March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    0153    Davis, Estell v. Wells Fargo
                  GMAC Matter No.: 696977

**TOTAL AMOUNT DUE**              **$190.80**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342918    JBS                                    March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 0153    Davis, Estell v. Wells Fargo
GMAC Matter No.: 696977

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 11/02/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 11/21/12 | Draft correspondence to client regarding status of obtaining a hearing date on plaintiff's appeal | L190 | 0.20 | 238.50 | 47.70 |
| YS | 11/27/12 | Review and analysis of the Ninth Circuit's docket to determine status of appeal | L120 | 0.20 | 238.50 | 47.70 |
| YS | 12/03/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 01/03/13 | Draft status update for the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 02/01/13 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **0.80** | | **$190.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $47.70 |
| L190 | Other Case Assessment | 0.60 | $143.10 |
| | **TOTAL** | **0.80** | **$190.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Shaham, Yaron | YS | Special Counsel | 0.80 | 238.50 | $190.80 |
| | **Total** | | **0.80** | | **$190.80** |

PRIOR FEES                    $59,217.30

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.   342918 | CLIENT | OCWEN Loan Servicing | Page | 2 |
| | MATTER | Davis, Estell | | |

---

| PRIOR COSTS & EXPENSES | $3,683.92 |
|---|---|

| | |
|---|---|
| FEES | $190.80 |
| **TOTAL THIS INVOICE** | **$190.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      342919      JBS                                    March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| CLIENT | 19000 | OCWEN Loan Servicing |
| MATTER | 0439 | Israel, Alan |
| | | GMAC Matter No.: 700241 |

**TOTAL AMOUNT DUE**              **$707.10**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342919    JBS                                      March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 0439    Israel, Alan
GMAC Matter No.: 700241

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MKS | 12/05/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.30 | 270.00 | 81.00 |
| MEG | 12/10/12 | Review docket and most recent notice from the court re: bankruptcy; prepare update to client regarding same. | L110 | 0.30 | 261.00 | 78.30 |
| MEG | 02/11/13 | Draft revised bankruptcy status conference statement. | L230 | 0.50 | 261.00 | 130.50 |
| MEG | 02/14/13 | Attend bankruptcy status conference. | L230 | 1.10 | 261.00 | 287.10 |
| MEG | 02/14/13 | Prepare update to client regarding bankruptcy status conference. | L230 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | **2.40** | | **$629.10** |

### COSTS & EXPENSES

| | | | |
|--|--|--|--|
| 02/11/13 | CourtCall, LLC; CourtCall - Conference Service; 02/14/13 | | 78.00 |

**TOTAL COSTS & EXPENSES**                     **$78.00**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 0.30 | $78.30 |
| L120 | Analysis/Strategy | 0.30 | $81.00 |
| L230 | Court Mandated Conferences | 1.80 | $469.80 |
| | **TOTAL** | **2.40** | **$629.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. 342919 | CLIENT | OCWEN Loan Servicing | | Page | 2 |
| | MATTER | Israel, Alan | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Gruber, Megan | MEG | Associate | 2.10 | 261.00 | $548.10 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **2.40** | | **$629.10** |

PRIOR FEES                                        $51,527.25
PRIOR COSTS & EXPENSES                  $555.10

|  |  |
|---|---|
| FEES | $629.10 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$707.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342920    JBS

March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000    OCWEN Loan Servicing
MATTER      0770     Locker v. Ally Bank
                     GMAC Matter No.: 709371
                     Time and expenses must be split between Ally and Rescap

**TOTAL AMOUNT DUE**            **$381.60**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342920    JBS                                      March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 0770    Locker v. Ally Bank
GMAC Matter No.: 709371
Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 02/04/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| EK | 02/14/13 | Draft email to D. Booth updating on case status | L120 | 0.80 | 274.50 | 219.60 |
| | | **TOTAL** | | **1.00** | | **$273.60** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 02/04/13 | CourtCall, LLC; CourtCall - Conference Service; 01/30/13 | | 108.00 |
| | **TOTAL COSTS & EXPENSES** | **$108.00** | |

### BILLING SUMMARY

| Task Code and Description | Hours | Amount | | |
|--------------------------|-------|--------|---|---|
| L120    Analysis/Strategy | 1.00 | $273.60 | | |
| **TOTAL** | **1.00** | **$273.60** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Kemp, Erik | EK | Associate | 0.80 | 274.50 | $219.60 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **1.00** | | **$273.60** |

PRIOR FEES                          $74,784.15
PRIOR COSTS & EXPENSES              $11,324.76

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.    342920 | CLIENT    OCWEN Loan Servicing | Page | 2 |
| | MATTER    Locker v. Ally Bank | | |

| | |
|---|---|
| FEES | $273.60 |
| COSTS & EXPENSES | $108.00 |
| **TOTAL THIS INVOICE** | **$381.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**...er for 01/16/2013 through**

**Debit Account Number CCDA-01-378**

| Date | CCID# / COURT | JUDGE | CASENAME/NUMBER | VIDEO / LATE FEE | FEE / LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|
| 3/12/13 Edward Buell, III | 19000-1150 | | | | | | |
| | 5405719 Contra Costa County Superior Court | Judge Laurel S. Brady | Abu-Ghavaleh vs. Wells Fargo/C12-00573 | $78.00 | $0.00 | $78.00 | ($16,298.30) |
| **Reference # 55000.0242** | | | | | | | |
| 1/23/13 Alisa Givental | 5405947 Fresno County Superior Court-Fresno | Judge Robert Oliver | Estate of Verduzco/12CEPR00820 | $78.00 | $0.00 | $78.00 | ($16,220.30) |
| **Reference # 11293.0195** | | | | | | | |
| 1/30/13 Erik Kemp | 5406604 Los Angeles Superior Court-CCW | Judge William Highberger | James W. Locker et al vs. Ally Bank N.A. et al/BC452263 | $78.00 $30.50 | $108.00 | | ($16,112.30) |
| **Reference # 19000.0770** | | | | | | | |
| 1/30/13 David Liu | 5407120 Santa Barbara Superior Court-Cook Division, Santa Maria | Judge Timothy J. Staffel | Rushing vs. GMAC Mortgage, LLC., et al/1394764 | $78.00 $30.00 | $108.00 | | ($16,004.30) |
| **Reference # 19000-1435** | | | | | | | |
| 2/1/13 Jason Julian | 5357201 Alameda County Superior Court-Oakland | Judge TBA | Tejada vs. Wells Fargo Bank/HG12640612 | $78.00 | $0.00 | $78.00 | ($15,926.30) |
| **Reference # 55000-0406** | | | | | | | |
| 1/28/13 Yaron Shaham | 5407404 Ventura County Superior Court-Ventura | Judge Jeanne Flaherty | Hall v. Green Tree Servicing/56-2012-00422588-CU | $78.00 | $0.00 | $78.00 | ($15,848.30) |
| **Reference # 11293-0171** | | | | | | | |
| 2/4/13 Andrew Wood | 5407436 San Bernardino Superior Court-San Bernardino District | Judge Donald Alvarez | Ramos v. Bank of America/CIVDS1208427 | $78.00 | $0.00 | $78.00 | ($15,770.30) |
| **Reference # 70000.0945 - BofA/Ramos (AAW)** | | | | | | | |
| 1/28/13 Jason Julian 2/19/13 Jason Julian | 5407516 Alameda County Superior Court-Oakland | Judge TBA | Tejada vs. Wells Fargo Bank/HG12640612 | $78.00 | $0.00 | $78.00 | ($15,692.30) |

From Auto Debit Send on 01/31/13 at 11:17 PM

2012

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342921    JBS                                     March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    0796    CPN Pipeline Company
                  GMAC Matter No.: 710028

**TOTAL AMOUNT DUE**            **$734.40**

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342921    JBS                                    March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 0796    CPN Pipeline Company
GMAC Matter No.: 710028

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| HRJ | 02/05/13 | Draft correspondence to C. DiCicco re revised settlement agreement. | L110 | 0.20 | 306.00 | 61.20 |
| HRJ | 02/05/13 | Draft correspondence to J. Lowenthal re status of settlement agreement. | L160 | 0.20 | 306.00 | 61.20 |
| HRJ | 02/05/13 | Revise settlement agreement. | L160 | 0.50 | 306.00 | 153.00 |
| HRJ | 02/06/13 | Attend to issues re settlement. | L160 | 0.80 | 306.00 | 244.80 |
| HRJ | 02/07/13 | Review and analyze correspondence re settlement. | L160 | 0.20 | 306.00 | 61.20 |
| HRJ | 02/07/13 | Telephone conference with J. Lowenthal re settlement issues. | L160 | 0.20 | 306.00 | 61.20 |
| HRJ | 02/07/13 | Respond to inquiry re settlement agreement. | L160 | 0.20 | 306.00 | 61.20 |
| HRJ | 02/11/13 | Review and analyze correspondence re settlement. | L160 | 0.10 | 306.00 | 30.60 |
| | | **TOTAL** | | **2.40** | | **$734.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.20 | $61.20 |
| L160 | Settlement/Non-Binding ADR | 2.20 | $673.20 |
| | **TOTAL** | **2.40** | **$734.40** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 342921 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
| | | MATTER | CPN Pipeline Company | | | | |

| Jones, Harold R. | HRJ | Associate | | 2.40 | 306.00 | $734.40 |
| | **Total** | | | **2.40** | | **$734.40** |

PRIOR FEES                        $13,552.65
PRIOR COSTS & EXPENSES       $344.42

| | FEES | $734.40 |
| **TOTAL THIS INVOICE** | | **$734.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        342922        JBS                                              March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT        19000        OCWEN Loan Servicing
MATTER        0813         Lai, Van Kim
                           GMAC Matter No.: 718663

**TOTAL AMOUNT DUE**              $179.70

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342922    JBS                                    March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 0813    Lai, Van Kim
                GMAC Matter No.: 718663

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 01/03/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| AAG | 01/23/13 | Review court docket for case status and update client regarding same. | L110 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **0.40** | | **$101.70** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 02/04/13 | CourtCall, LLC; CourtCall - Conference Service; 03/01/13 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.20 | $47.70 |
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| | **TOTAL** | **0.40** | **$101.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Givental, Alisa | AAG | Associate | 0.20 | 238.50 | $47.70 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **0.40** | | **$101.70** |

PRIOR FEES                          $7,218.00
PRIOR COSTS & EXPENSES              $473.81

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 342922 | CLIENT | OCWEN Loan Servicing | Page | 2 |
| | | MATTER | Lai, Van Kim | | |

| | |
|---|---|
| FEES | $101.70 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$179.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     342923     JBS                                           March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT     19000     OCWEN Loan Servicing
MATTER     0851     Feliciano, Jose
                   GMAC Matter No.: 711719
                   OCWEN No.: 736551

**TOTAL AMOUNT DUE          $1,021.95**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342923    JBS

March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 0851    Feliciano, Jose
GMAC Matter No.: 711719
OCWEN No.: 736551

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 02/04/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| MIW | 02/04/13 | Confer with B. Whittemore re status of repairs. | L120 | 0.20 | 274.50 | 54.90 |
| MKS | 02/07/13 | Prepare for telephone call with client to work out logistics of commencing relocation and repairs on subject property. | L120 | 0.30 | 270.00 | 81.00 |
| BSW | 02/08/13 | Mulitple communications with client (Nancy Gierlich) regarding property repairs. | L140 | 0.30 | 265.50 | 79.65 |
| BSW | 02/10/13 | Communicate with opposing counsel (S. McDonald) regarding GMAC request for updated bids. | L140 | 0.20 | 265.50 | 53.10 |
| MKS | 02/11/13 | Prepare for and participate in call with client re: repairs to subject properties and relocation costs. | L120 | 0.40 | 270.00 | 108.00 |
| MIW | 02/11/13 | Analysis of repair issues. | L120 | 0.30 | 274.50 | 82.35 |
| MIW | 02/11/13 | Conference call with client to discuss repair issues. | L120 | 0.30 | 274.50 | 82.35 |
| MIW | 02/11/13 | Draft and send correspondence to client re deposition transcripts. | L330 | 0.20 | 274.50 | 54.90 |
| BSW | 02/11/13 | Prepare for and participate in teleconference with client on status of repairs. | L140 | 0.60 | 265.50 | 159.30 |
| BSW | 02/11/13 | Communicate with contractor (M. | L140 | 0.20 | 265.50 | 53.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 342923 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Feliciano, Jose | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Zuniga) regarding intent to move forward with repairs. | | | | | |
| BSW | 02/15/13 | Prepare updated Case Management Statement. | L230 | 0.20 | 265.50 | | 53.10 |
| BSW | 02/15/13 | Communicate with contractor (M. Zuniga) regarding date for continued inspection of Property. | L140 | 0.20 | 265.50 | | 53.10 |
| BSW | 02/15/13 | Follow up with opposing counsel (S. McDonald) regarding date for contractor inspection. | L140 | 0.20 | 265.50 | | 53.10 |
| | | **TOTAL** | | **3.80** | | **$1,021.95** | |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.70 | $462.60 |
| L140 | Document/File Management | 1.70 | $451.35 |
| L230 | Court Mandated Conferences | 0.20 | $53.10 |
| L330 | Depositions | 0.20 | $54.90 |
| | **TOTAL** | **3.80** | **$1,021.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Whittemore, Brian | BSW | Associate | 1.90 | 265.50 | $504.45 |
| Wraight, Mark | MIW | Member | 1.00 | 274.50 | $274.50 |
| Sullivan, Mary Kate | MKS | Member | 0.90 | 270.00 | $243.00 |
| | | **Total** | **3.80** | | **$1,021.95** |

| PRIOR FEES | $85,932.90 |
|---|---|
| PRIOR COSTS & EXPENSES | $8,535.79 |

| | FEES | $1,021.95 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,021.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342924    JBS

March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| CLIENT | 19000 | OCWEN Loan Servicing |
|--------|-------|----------------------|
| MATTER | 0967  | Murray, Burnel R. |
|        |       | GMAC Matter No.:  715022 |

**TOTAL AMOUNT DUE**          **$473.40**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342924    JBS

March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 0967    Murray, Burnel R.
GMAC Matter No.: 715022

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ALS | 02/01/13 | Attendance at CMC | L230 | 0.40 | 292.50 | 117.00 |
| ALS | 02/01/13 | Review of emails to and from court clerk regarding getting title back in Murray's name | L110 | 0.20 | 292.50 | 58.50 |
| CHR | 02/01/13 | Telephone call with Alameda County Recorder re Title of Property. Telephone Call with Alameda County Assessor re Title of Property.  Prepare request to Alameda County Assessor re confirmation that title is in the name of Murray. | L140 | 0.30 | 130.50 | 39.15 |
| MKS | 02/04/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| ALS | 02/04/13 | Email from and to Murray's counsel regarding obtaining record of correct title | L110 | 0.20 | 292.50 | 58.50 |
| ALS | 02/05/13 | Email from Clair Rommel to the county administrator regarding title issue | L110 | 0.20 | 292.50 | 58.50 |
| ALS | 02/05/13 | Email from and to Amy Harshorn regarding emails to county administrator regarding title issue | L110 | 0.20 | 292.50 | 58.50 |
| ALS | 02/05/13 | Email to plaintiff's counsel regarding emails to county administrator regarding title issue | L110 | 0.10 | 292.50 | 29.25 |
| | | **TOTAL** | | **1.80** | | **$473.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 342924 | CLIENT | OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|---|
| | MATTER | Murray, Burnel R. | | |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.90 | $263.25 |
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L140 | Document/File Management | 0.30 | $39.15 |
| L230 | Court Mandated Conferences | 0.40 | $117.00 |
| | **TOTAL** | **1.80** | **$473.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Strayer, Ann | ALS | Special Counsel | 1.30 | 292.50 | $380.25 |
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **1.80** | | **$473.40** |

| | | |
|---|---|---|
| PRIOR FEES | $44,027.10 | |
| PRIOR COSTS & EXPENSES | $2,163.96 | |

| | | |
|---|---|---|
| FEES | $473.40 |
| **TOTAL THIS INVOICE** | **$473.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      342925      JBS                                        March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000      OCWEN Loan Servicing
MATTER      1043       Brockman, Edna C.
                       GMAC Matter No.: 718192

**TOTAL AMOUNT DUE**                    **$189.60**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342925    JBS                                        March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  1043    Brockman, Edna C.
                         GMAC Matter No.: 718192

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ACS | 02/01/13 | Communicate by e-mail with client, plaintiff's counsel re: loan modification application | L160 | 0.20 | 288.00 | 57.60 |
| MKS | 02/04/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **0.40** | | **$111.60** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 01/16/13 | CourtCall, LLC; CourtCall - Conference Service; 04/24/13 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $57.60 |
| | **TOTAL** | **0.40** | **$111.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Sears, Alex | ACS | Associate | 0.20 | 288.00 | $57.60 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **0.40** | | **$111.60** |

PRIOR FEES                        $16,573.05

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## *&*Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.   342925 | CLIENT | OCWEN Loan Servicing | | Page | 2 |
| | MATTER | Brockman, Edna C. | | | |

PRIOR COSTS & EXPENSES                    $2,936.95

|  |  |
|---|---|
| FEES | $111.60 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$189.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342926    JBS                                         March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1173    Liguori, Lisa
GMAC Matter No.: 723336

**TOTAL AMOUNT DUE**                    **$579.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342926    JBS                                    March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1173    Liguori, Lisa
                        GMAC Matter No.: 723336

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| BJK | 02/05/13 | Reviewed filed answer by Defendant | L210 | 0.30 | 234.00 | 70.20 |
| KWF | 02/06/13 | Prepare draft email to L. Deleley re: case status and recommendation re: bankruptcy trustee and settlement. | L120 | 0.80 | 270.00 | 216.00 |
| | | **TOTAL** | | **1.10** | | **$286.20** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| | 01/23/13 | Cardmember Service/Bank One (Acct #2707); Court and Filing Fees; Courts/USBC-CA 01/03/13 | 293.00 |
| | | **TOTAL COSTS & EXPENSES** | **$293.00** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.80 | $216.00 |
| L210 | Pleadings | 0.30 | $70.20 |
| | **TOTAL** | **1.10** | **$286.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Kornberg, Bernard | BJK | Associate | 0.30 | 234.00 | $70.20 |
| Franich, Kerry | KWF | Associate | 0.80 | 270.00 | $216.00 |
| | **Total** | | **1.10** | | **$286.20** |

PRIOR FEES                          $17,639.10
PRIOR COSTS & EXPENSES              $1,506.71

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   342926       CLIENT    OCWEN Loan Servicing                              Page        2
                           MATTER    Liguori, Lisa

| | |
|---|---|
| FEES | $286.20 |
| COSTS & EXPENSES | $293.00 |
| **TOTAL THIS INVOICE** | **$579.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

| Date | Description | | Amount |
|---|---|---|---|
| 12/13 | AT&T DATA 800-331-0500 GA | | .95 |
| 12/13 | NAPA SUPERIOR COURT 707-265-7100 CA | | 7.50 |
| 12/13 | ORANGE CO SUPERIOR CRT WE 714-8342200 CA | | 176.00 |
| 12/17 | COURTS/USBC-CA-S 619-557-6777 CA | | 176.00 |
| 12/17 | COURTS/USBC-CA-PG 213-894-0999 CA | | 176.00 |
| 12/17 | COURTS/USBC-CA-E-PG 916-930-4472 CA | conf. rm. rental | 200.00 |
| 12/17 | BOSTON PROPERTIES 415-772-0700 CA | | 176.00 |
| 12/17 | COURTS/USBC-CA-S 619-557-6777 CA | | 175.00 |
| 12/18 | COURTS/USBC-CA-PG 213-894-0999 CA | | 176.00 |
| 12/18 | COURTS/USBC-CA-PG 213-894-0999 CA | | 23.50 |
| 12/18 | SAN BERNADINO SUPERIOR CT 909-3509322 CA | | 500.00 |
| 12/18 | AFSP WWW.ASPS.ORG NY | | 176.00 |
| 12/18 | COURTS/USBC-CA-PG 213-894-0999 CA | | 7.50 |
| 12/17 | ORANGE CO SUPERIOR CRT WE 714-8342200 CA | | 21.00 |
| 12/18 | GLOTRANS E-FILING 510-2084775 CA | web site | 19.95 |
| 12/19 | VWH*R8679511 CALAUT VERIO 561-989-8574 FL | | 176.00 |
| 12/19 | COURTS/USBC-CA-N-PG 415-268-2344 CA | | 176.00 |
| 12/19 | COURTS/USBC-CA-PG 213-894-0999 CA | | 176.00 |
| 12/19 | COURTS/USBC-CA-PG 213-894-0999 CA | | 176.00 |
| 12/20 | COURTS/USBC-CA-PG 213-894-0999 CA | | 176.00 |
| 12/20 | COURTS/USBC-CA-PG 213-894-0999 CA | 07465 - 287 | 21.00 |
| 12/19 | GLOTRANS E-FILING 510-2084775 CA | | 176.00 |
| 12/20 | COURTS/USBC-CA-PG 213-894-0999 CA | | 176.00 |
| 12/20 | COURTS/USBC-CA-PG 213-894-0999 CA | | 176.00 |
| 12/20 | COURTS/USBC-CA-E-PG 916-930-4472 CA | | 176.00 |
| 12/20 | COURTS/USBC-CA-E-PG 916-930-4472 CA | | 293.00 |
| 12/21 | COURTS/USBC-CA-PG 213-894-0999 CA | | 39.00 |
| 12/21 | SUPERIOR COURT HAYWARD 510-6902702 CA | | 12.00 |
| 12/21 | SUPERIOR COURT HAYWARD 510-6902702 CA | | 208.96 |
| 12/21 | SPECIALTY'S CAFE & BAKE 415-3622052 CA | | 21.00 |
| 12/21 | GLOTRANS E-FILING 510-2084775 CA | 30000 - 6494 | 176.00 |
| 12/26 | COURTS/USBC-CA-N-PG 415-268-2344 CA | 30000 - 6495 | 176.00 |
| 12/26 | COURTS/USBC-CA-PG 213-894-0999 CA | 30000 - 6493 | 176.00 |
| 12/27 | COURTS/USBC-CA-E-PG 916-930-4472 CA | marketing | 30.00 |
| 12/29 | CTC*CONSTANTCONTACT.COM 855-2295506 MA | web site | 35.95 |
| 12/29 | VWH*VERIO WEBHOSTING 800-905-7675 TX | atty cellular | 13,251.31 |
| 01/03 | VZWRLSS*IVR VW 800-922-0204 NJ | 06888 - 214 | 7.50 |
| 01/02 | ORANGE CO SUPERIOR CRT WE 714-8342200 CA | 30000 - 6500 | 176.00 |
| 01/03 | COURTS/USBC-CA-N-PG 415-268-2344 CA | 30000 - 6501 | 176.00 |
| 01/03 | COURTS/USBC-CA-N-PG 415-268-2344 CA | 19000 - 1123 | 293.00 |
| 01/03 | COURTS/USBC-CA-S 619-557-6777 CA | 30000 - 6499 | 176.00 |
| 01/03 | COURTS/USBC-CA-S 619-557-6777 CA | 17000 - 3571 | 176.00 |
| 01/03 | COURTS/USBC-CA-E-PG 916-930-4472 CA | deposit | 500.00 |
| 01/04 | L A SUPERIOR COURT 213-8930364 CA | | 305.00 |
| 01/07 | US DISTRICT COURT NCDA 415-522-2049 CA | DAE office furniture | 213.13 |
| 01/07 | COSTCO.COM *ONLINE 800-955-2292 WA | | 305.00 |
| 01/07 | US DISTRICT COURT NCDA 415-522-2049 CA | | 176.00 |
| 01/07 | COURTS/USBC-CA-S 619-557-6777 CA | 30000 - 6483 | 176.00 |
| 01/07 | COURTS/USBC-CA-S 619-557-6777 CA | 30000 - 6497 | 176.00 |
| 01/07 | COURTS/USBC-CA-PG 213-894-0999 CA | 30000 - 6511 | 176.00 |
| 01/07 | COURTS/USBC-CA-E-PG 916-930-4472 CA | 30000 - 6512 | 176.00 |

| | |
|---|---|
| Total fees charged in 2013 | $0.00 |
| Total Interest charged in 2013 | $0.00 |

Year-to-date totals reflect all charges minus any refunds
applied to your account.

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342927    JBS                                             March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000    OCWEN Loan Servicing
MATTER      1221     Robertson, Thomas
                     GMAC Matter No.: 725973

**TOTAL AMOUNT DUE**                    **$820.50**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342927    JBS                                    March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1221    Robertson, Thomas
GMAC Matter No.: 725973

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ABK | 02/08/13 | Send email status report to client re: Case Management Order. | L230 | 0.20 | 247.50 | 49.50 |
| ABK | 02/08/13 | Analysis and evaluation of Case Management Order. | L230 | 0.20 | 247.50 | 49.50 |
| ABK | 02/11/13 | Attend Case Management Conference by Courtcall. | L230 | 0.40 | 247.50 | 99.00 |
| ABK | 02/11/13 | Plan and prepare for Case Management Conference. | L230 | 0.20 | 247.50 | 49.50 |
| ABK | 02/13/13 | Send email status report to J. Holtgren at Ally following Case Management Conference. | L120 | 0.30 | 247.50 | 74.25 |
| ABK | 02/14/13 | Communicate with client re: strategy re: proposed motion to sever. | L120 | 0.10 | 247.50 | 24.75 |
| ABK | 02/15/13 | Communicate with client re: proposed Motion to Sever and related case management issues. | L120 | 0.10 | 247.50 | 24.75 |
| ABK | 02/15/13 | Draft Points and Authorities Supporting Motion to Sever. | L250 | 1.50 | 247.50 | 371.25 |
| | | **TOTAL** | | **3.00** | | **$742.50** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 02/04/13 | CourtCall, LLC; CourtCall - Conference Service; 02/11/13 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    342927 | CLIENT    OCWEN Loan Servicing | | Page | 2 |
| | MATTER    Robertson, Thomas | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $123.75 |
| L230 | Court Mandated Conferences | 1.00 | $247.50 |
| L250 | Other Written Motions | 1.50 | $371.25 |
| | **TOTAL** | **3.00** | **$742.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kenney, Austin | ABK | Associate | 3.00 | 247.50 | $742.50 |
| | **Total** | | **3.00** | | **$742.50** |

| | |
|---|---|
| PRIOR FEES | $8,025.75 |
| PRIOR COSTS & EXPENSES | $2,124.39 |

| | |
|---|---|
| FEES | $742.50 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$820.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342928    JBS                                              March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| CLIENT | 19000 | OCWEN Loan Servicing |
|--------|-------|----------------------|
| MATTER | 1238  | Novak, James |
|        |       | GMAC Matter No.: 726566 |

**TOTAL AMOUNT DUE**          **$837.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342928    JBS                                      March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1238    Novak, James
GMAC Matter No.: 726566

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| TNA | 02/01/13 | Prepare final revisions to demurrer to first amended complaint. | L210 | 2.30 | 270.00 | 621.00 |
| MKS | 02/04/13 | Review and revise draft demurrer to amended complaint. | L240 | 0.50 | 270.00 | 135.00 |
| TNA | 02/14/13 | Telephone discussion with plaintiff's counsel regarding pending demurrer. | L210 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **3.10** | | **$837.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---------------------------|---|-------|--------|---|---|---|
| L210 | Pleadings | 2.60 | $702.00 | | | |
| L240 | Dispositive Motions | 0.50 | $135.00 | | | |
| | **TOTAL** | **3.10** | **$837.00** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| Abbott, Thomas | TNA | Associate | 2.60 | 270.00 | $702.00 |
| | **Total** | | **3.10** | | **$837.00** |

PRIOR FEES                              $4,718.70
PRIOR COSTS & EXPENSES                   $618.73

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 342928 | CLIENT | OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Novak, James | | |

|  | FEES | $837.00 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$837.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342929    JBS                                      March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1274     Lee, Sally
                   GMAC Matter No.: 728468

**TOTAL AMOUNT DUE**            $575.55

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342929    JBS                                                    March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1274    Lee, Sally
                      GMAC Matter No.: 728468

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 02/04/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| MIW | 02/08/13 | Phone call with defendant's counsel to discuss status of case and possible settlement. | L160 | 0.20 | 274.50 | 54.90 |
| MIW | 02/08/13 | Draft and send summary and recommendation to client. | L120 | 0.70 | 274.50 | 192.15 |
| MIW | 02/11/13 | Phone call to defendant's counsel to discuss settlement. | L160 | 0.20 | 274.50 | 54.90 |
| MIW | 02/14/13 | Phone call to defendant's attorney to discuss case. (Left Message) | L160 | 0.10 | 274.50 | 27.45 |
| MIW | 02/15/13 | Draft case management conference statement. | L210 | 0.30 | 274.50 | 82.35 |
| MIW | 02/15/13 | Phone call with plaintiff's counsel re settlement. | L160 | 0.20 | 274.50 | 54.90 |
| MIW | 02/15/13 | Draft and send correspondence to client re settlement. | L160 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | **2.10** | | **$575.55** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.90 | $246.15 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 342929 | CLIENT | OCWEN Loan Servicing | | Page | 2 |
| | | MATTER | Lee, Sally | | | |

| | | | | | |
|---|---|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | | 0.90 | $247.05 | |
| L210 | Pleadings | | 0.30 | $82.35 | |
| | **TOTAL** | | **2.10** | **$575.55** | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Wraight, Mark | MIW | Member | 1.90 | 274.50 | $521.55 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **2.10** | | **$575.55** |

PRIOR FEES                    $3,832.65
PRIOR COSTS & EXPENSES        $886.74

|  |  |
|---|---|
| FEES | $575.55 |
| **TOTAL THIS INVOICE** | **$575.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342930    JBS                                    March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1296    Spooner, Edward
                  E-Mail Invoices to Kari Krull

**TOTAL AMOUNT DUE**                    **$180.00**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342930    JBS

March 15, 2013

Ocwen Financial Corporation
Attn: Natasha l. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1296    Spooner, Edward
E-Mail Invoices to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| KWF | 01/08/13 | Analyze file status and court docket re: upcoming law and motion hearing. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 01/15/13 | Prepare email to client, K. Krull, re: appearance at small claims trial/status conference. | L120 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **0.30** | | **$81.00** |

### COSTS & EXPENSES

| | | | |
|--|--|--|--|
| 01/16/13 | CourtCall, LLC; CourtCall - Conference Service;  01/16/13 | | 99.00 |
| | **TOTAL COSTS & EXPENSES** | **$99.00** | |

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 0.30 | $81.00 |
| **TOTAL** | **0.30** | **$81.00** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
| Franich, Kerry    KWF    Associate | | 0.30 | 270.00 | $81.00 |
| **Total** | | **0.30** | | **$81.00** |

| | |
|--|--|
| PRIOR FEES | $648.00 |
| PRIOR COSTS & EXPENSES | $403.48 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 342930 | CLIENT | OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Spooner, Edward | | |

| | |
|---|---|
| FEES | $81.00 |
| COSTS & EXPENSES | $99.00 |
| **TOTAL THIS INVOICE** | **$180.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342931    JBS                                    March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006


CLIENT    19000    OCWEN Loan Servicing
MATTER   1307     Henle, Thomas N.
                  GMAC Matter No.: 729616


**TOTAL AMOUNT DUE            $574.20**


### \*\*\* *REMITTANCE COPY* \*\*\*
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342931    JBS                                    March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1307    Henle, Thomas N.
                        GMAC Matter No.: 729616

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MEG | 02/06/13 | Correspondence to and from co-defendants and plaintiff's counsel regarding stipulation of limited participation. | L120 | 0.50 | 261.00 | 130.50 |
| MEG | 02/06/13 | Prepare revisions to stipulation of limited participation. | L120 | 0.20 | 261.00 | 52.20 |
| MEG | 02/07/13 | Revisions and additions to stipulation for limited participation. | L120 | 0.20 | 261.00 | 52.20 |
| MEG | 02/07/13 | Correspondence to client regarding stipulation for limited participation. | L120 | 0.40 | 261.00 | 104.40 |
| MEG | 02/14/13 | Draft correspondence to plaintiff's counsel regarding stipulation for limited participation. | L120 | 0.20 | 261.00 | 52.20 |
| MEG | 02/14/13 | Strategize regarding upcoming depositions in conjunction with potential stipulation for limited participation. | L120 | 0.40 | 261.00 | 104.40 |
| MEG | 02/14/13 | Correspondence to and from counsel for co-defendant regarding stipulation. | L110 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | **2.20** | | **$574.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 342931 | CLIENT | OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Henle, Thomas N. | | |

| | | | | | |
|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | | 0.30 | $78.30 | |
| L120 | Analysis/Strategy | | 1.90 | $495.90 | |
| | **TOTAL** | | **2.20** | **$574.20** | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Gruber, Megan | MEG | Associate | 2.20 | 261.00 | $574.20 |
| | **Total** | | **2.20** | | **$574.20** |

PRIOR FEES             $9,196.65
PRIOR COSTS & EXPENSES     $907.98

| | | |
|---|---|---|
| FEES | | $574.20 |
| **TOTAL THIS INVOICE** | | **$574.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342932    JBS                                              March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | OCWEN Loan Servicing |
| MATTER | 1315 | Bentancourt, Ruben and Rosa |
| | | E-Mail Invoices to Kari Krull |

**TOTAL AMOUNT DUE**              **$143.10**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342932    JBS

March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  1315    Bentancourt, Ruben and Rosa
E-Mail Invoices to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| NSR | 02/07/13 | Analysis of the special interrogatories propounded by cross-complainant Builder's Concrete upon co-defendant Laurel Tree Homes to ensure that none of the interrogatories concerns GMAC | L310 | 0.20 | 238.50 | 47.70 |
| NSR | 02/07/13 | Analysis of the special interrogatories propounded by cross-complainant Builder's Concrete upon co-defendant Bella Vista Estates to ensure that none of the interrogatories concerns GMAC | L310 | 0.20 | 238.50 | 47.70 |
| NSR | 02/07/13 | Analysis of the proposed order, allowing cross-complainant Builder's Concrete to propound additional discovery upon developer defendants | L310 | 0.10 | 238.50 | 23.85 |
| NSR | 02/07/13 | Analysis of letter from counsel for co-defendant to the special master regarding permission to serve discovery on developer co-defendants | L310 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **0.60** | | **$143.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L310 | Written Discovery | 0.60 | $143.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No.   342932 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
| | MATTER | Bentancourt, Ruben & Rosa | | | | |

| | **TOTAL** | | **0.60** | **$143.10** | | |
|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** | |
| Riedman, Natilee | NSR | Associate | 0.60 | 238.50 | $143.10 | |
| | **Total** | | **0.60** | | **$143.10** | |

| | | |
|---|---|---|
| PRIOR FEES | $3,919.95 | |
| PRIOR COSTS & EXPENSES | $77.23 | |

| | | |
|---|---|---|
| FEES | $143.10 |
| **TOTAL THIS INVOICE** | **$143.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342933    JBS                                    March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER   1358     Aniel, Erlinda Abibas
                  GMAC Matter No.: 732286

**TOTAL AMOUNT DUE**                    **$600.75**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342933    JBS                                    March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1358    Aniel, Erlinda Abibas
                        GMAC Matter No.: 732286

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 02/07/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| ANB | 02/14/13 | Review correspondence and payment from Debtor, review and revise cover letter to client attaching payment and advise client via e-mail that second payment has been received | L120 | 0.50 | 292.50 | 146.25 |
| MKS | 02/15/13 | Study and review new adversary complaint.  Strategy re: same. | L210 | 0.40 | 270.00 | 108.00 |
| ANB | 02/15/13 | Review adversary complaint filed by Debtor naming client as Defendant | L120 | 1.00 | 292.50 | 292.50 |
| | | **TOTAL** | | **2.10** | | **$600.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|---|-------|--------|---|---|
| L120 | Analysis/Strategy | 1.70 | $492.75 | | |
| L210 | Pleadings | 0.40 | $108.00 | | |
| | **TOTAL** | **2.10** | **$600.75** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Barasch, Adam | ANB | Special Counsel | 1.50 | 292.50 | $438.75 |
| Sullivan, Mary Kate | MKS | Member | 0.60 | 270.00 | $162.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 342933 | CLIENT | OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|---|
| | MATTER | Aniel, Erlinda Abibas | | |

| | | | |
|---|---|---|---|
| **Total** | | 2.10 | **$600.75** |

PRIOR FEES                                $13,399.65
PRIOR COSTS & EXPENSES           $762.61

|  | |
|---|---|
| FEES | $600.75 |
| **TOTAL THIS INVOICE** | **$600.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342934    JBS                                   March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1387    Gonzalez, Ruben and Esperana
GMAC Matter No.: 732737

**TOTAL AMOUNT DUE**          **$367.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342934    JBS                                    March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  1387    Gonzalez, Ruben and Esperana
                         GMAC Matter No.: 732737

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|-|-|-------|------|--------|
| MKS | 01/03/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | | 0.20 | 270.00 | 54.00 |
| MXS | 01/14/13 | Reviewed notice of entry of order re judgment of dismissal, prepared for filing. | L250 | A104 | 0.30 | 216.00 | 64.80 |
| MXS | 01/31/13 | E-mailed with client A. Hartshorn re judgment of dismissal endorsed by court and closing of file | L240 | A106 | 0.30 | 216.00 | 64.80 |
| MKS | 02/04/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | | 0.20 | 270.00 | 54.00 |
| MXS | 02/04/13 | E-mailed with client re possible appeal and strategized re same. | L240 | A106 | 0.30 | 216.00 | 64.80 |
| MXS | 02/04/13 | Reviewed endorsed notice of entry of order and judgment and strategized re appeals deadline. | L240 | A104 | 0.30 | 216.00 | 64.80 |
| | | **TOTAL** | | | **1.60** | | **$367.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|-|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $108.00 |
| L240 | Dispositive Motions | 0.90 | $194.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   342934 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Gonzalez, Ruben & Esperana | | | | |

| L250 | Other Written Motions | | | 0.30 | $64.80 | | |
|---|---|---|---|---|---|---|---|
| | **TOTAL** | | | **1.60** | **$367.20** | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | | 0.40 | 270.00 | $108.00 |
| Schindler, Maria | MXS | Associate | | 1.20 | 216.00 | $259.20 |
| | **Total** | | | **1.60** | | **$367.20** |

PRIOR FEES                        $5,652.90
PRIOR COSTS & EXPENSES            $1,496.23

| | FEES | $367.20 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$367.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342935    JBS                                    March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006


CLIENT      19000    OCWEN Loan Servicing
MATTER    1398     Nanak Foundation Trust (Virk)
                          GMAC Matter No.: 733284


**TOTAL AMOUNT DUE**              **$207.00**


## *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342935    JBS                                  March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  1398    Nanak Foundation Trust (Virk)
                         GMAC Matter No.: 733284

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 02/04/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| HRJ | 02/04/13 | Review, analyze and revise settlement agreement. | L160 | 0.40 | 306.00 | 122.40 |
| HRJ | 02/05/13 | Review and analyze clerks notice resetting case management conference. | L110 | 0.10 | 306.00 | 30.60 |
| | | **TOTAL** | | **0.70** | | **$207.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.10 | $30.60 |
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $122.40 |
| | **TOTAL** | **0.70** | **$207.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Jones, Harold R. | HRJ | Associate | 0.50 | 306.00 | $153.00 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | | **Total** | **0.70** | | **$207.00** |

PRIOR FEES                         $13,536.45
PRIOR COSTS & EXPENSES             $1,326.39

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 342935 | CLIENT | OCWEN Loan Servicing | Page    2 |
| | | MATTER | Nanak Foundation Trust (Virk) | |

|  | |
|---|---|
| FEES | $207.00 |
| **TOTAL THIS INVOICE** | **$207.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342936    JBS

March 15, 2013

Ocwen Financial Corporation
Attn: Natasha l. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | OCWEN Loan Servicing |
| MATTER | 1409 | Lykins, Alexander |
| | | GMAC Matter No.: 733644 |

**TOTAL AMOUNT DUE**          **$1,309.95**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342936    JBS                                    March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1409    Lykins, Alexander
GMAC Matter No.: 733644

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 02/04/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| MKS | 02/12/13 | Review and revise draft motions to dismiss and strike portions of amended complaint. | L240 | 0.50 | 270.00 | 135.00 |
| AAG | 02/12/13 | Revise motion to dismiss, motion to strike, and amended notice of automatic stay to conform to Plaintiff's newly filed first amended complaint and communicate with client regarding same. | L240 | 3.00 | 238.50 | 715.50 |
| AAG | 02/13/13 | Communicate with client regarding motion to dismiss first amended complaint. | L240 | 0.20 | 238.50 | 47.70 |
| AAG | 02/14/13 | Revise motion to dismiss and draft notice of motion, request for judicial notice, and proposed order. | L240 | 1.20 | 238.50 | 286.20 |
| AAG | 02/15/13 | Draft cover letter regarding amended notice of automatic stay. | L210 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **5.40** | | **$1,309.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   342936    **CLIENT**   OCWEN Loan Servicing                     Page        2
                       **MATTER**   Lykins, Alexander

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $54.00 | | | |
| L210 | Pleadings | 0.30 | $71.55 | | | |
| L240 | Dispositive Motions | 4.90 | $1,184.40 | | | |
| | **TOTAL** | **5.40** | **$1,309.95** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 4.70 | 238.50 | $1,120.95 |
| Sullivan, Mary Kate | MKS | Member | 0.70 | 270.00 | $189.00 |
| | **Total** | | **5.40** | | **$1,309.95** |

PRIOR FEES                        $9,429.75
PRIOR COSTS & EXPENSES            $10.25


                                              FEES           $1,309.95
                              **TOTAL THIS INVOICE**         **$1,309.95**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342937    JBS                                    March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1412    Rogers, Elaine
              GMAC Matter No.: 733708

**TOTAL AMOUNT DUE**            $324.15

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342937    JBS                                    March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  1412    Rogers, Elaine
                          GMAC Matter No.: 733708

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| JMJ | 02/14/13 | Review tentative ruling on demurrer, letter from plaintiff. | L240 | 0.30 | 274.50 | 82.35 |
| MKS | 02/15/13 | Telephone call with pro per plaintiff re: upcoming demurrer hearing and tentative ruling on same.  Discuss untimeliness of any attempt to challenge tentative ruling. | L120 | 0.30 | 270.00 | 81.00 |
| JMJ | 02/15/13 | Attend demurrer hearing. | L240 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | **0.90** | | **$245.70** |

### COSTS & EXPENSES

| | | |
|--|--|--|
| 02/06/13 | First Legal Network, LLC; Transmittal of filing to court; ACSC- Hayward, Ca. 11/19/12 | 78.45 |
| | **TOTAL COSTS & EXPENSES** | **$78.45** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $81.00 |
| L240 | Dispositive Motions | 0.60 | $164.70 |
| | **TOTAL** | **0.90** | **$245.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|--|----------|-------|------|-------|
| Julian, Jason | JMJ | Special Counsel | 0.60 | 274.50 | $164.70 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **0.90** | | **$245.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No. 342937 | CLIENT OCWEN Loan Servicing | Page 2 |
| | MATTER Rogers, Elaine | |

PRIOR FEES                              $3,437.10
PRIOR COSTS & EXPENSES          $1,465.64

| | |
|---|---|
| FEES | $245.70 |
| COSTS & EXPENSES | $78.45 |
| **TOTAL THIS INVOICE** | **$324.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342938    JBS                                    March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1413     Cortes, Javier
                   GMAC Matter No.: 733720

**TOTAL AMOUNT DUE**            **$887.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342938    JBS                                                March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1413    Cortes, Javier
                        GMAC Matter No.: 733720

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 02/04/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| MKS | 02/14/13 | Attention to tentative ruling and receive call from plaintiff's counsel giving notice of contesting of same.  Strategy re: same. | L240 | 0.30 | 270.00 | 81.00 |
| KAP | 02/14/13 | Prepare for hearing on demurrer to non-stayed causes of action within Plaintiffs' complaint | L240 | 0.30 | 265.50 | 79.65 |
| KAP | 02/14/13 | Review and analysis of tentative ruling on demurrer to complaint | L210 | 0.20 | 265.50 | 53.10 |
| KAP | 02/15/13 | Draft correspondence to client re outcome of hearing on demurrer and further handling re same | L110 | 0.20 | 265.50 | 53.10 |
| KAP | 02/15/13 | Draft correspondence to Plaintiffs' counsel requesting approval as to form on proposed order re demurrer to Plaintiffs' complaint | L240 | 0.20 | 265.50 | 53.10 |
| KAP | 02/15/13 | Draft proposed order adopting ruling on demurrer to Plaintiffs' complaint | L240 | 0.40 | 265.50 | 106.20 |
| KAP | 02/15/13 | Telephonically attend hearing on demurrer to Plaintiffs' complaint | L240 | 1.20 | 265.50 | 318.60 |
| | | **TOTAL** | | **3.00** | | **$798.75** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.    342938 | **CLIENT**   OCWEN Loan Servicing | Page      2 |
| | **MATTER**   Cortes, Javier | |

| | | |
|---|---|---:|
| 02/06/13 | First Legal Network, LLC; Court Services;<br>SFSC- San Francisco, Ca. 1/7/13 | 10.25 |
| 02/11/13 | CourtCall, LLC; CourtCall - Conference<br>Service; 02/15/13 | 78.00 |
| | **TOTAL COSTS & EXPENSES**              **$88.25** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $53.10 |
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L210 | Pleadings | 0.20 | $53.10 |
| L240 | Dispositive Motions | 2.40 | $638.55 |
| | **TOTAL** | **3.00** | **$798.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Paese, Kimberly A. | KAP | Associate | 2.50 | 265.50 | $663.75 |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| | | **Total** | **3.00** | | **$798.75** |

| | |
|---|---|
| PRIOR FEES | $5,513.40 |
| PRIOR COSTS & EXPENSES | $617.07 |

| | |
|---|---:|
| FEES | $798.75 |
| COSTS & EXPENSES | $88.25 |
| **TOTAL THIS INVOICE** | **$887.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342939    JBS                                                    March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000    OCWEN Loan Servicing
MATTER      1420     Blanc, Sheila
                     GMAC Matter No.: 734005

**TOTAL AMOUNT DUE**                    **$809.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342939    JBS                                March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1420    Blanc, Sheila
                         GMAC Matter No.: 734005

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 01/02/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| KAP | 01/25/13 | Draft initial case management conference statement | L230 | 0.40 | 265.50 | 106.20 |
| MKS | 02/07/13 | Study and review plaintiff's amended complaint filed in lieu of responding to demurrer. | L210 | 0.40 | 270.00 | 108.00 |
| KAP | 02/07/13 | Draft email correspondence to client re filing of first amended complaint, impact of same upon pending demurrer, and anticipated further handling | L210 | 0.30 | 265.50 | 79.65 |
| KAP | 02/07/13 | Receipt and review of substitution of attorney | L210 | 0.10 | 265.50 | 26.55 |
| KAP | 02/07/13 | Receipt and review of first amended complaint and ascertain date of service re same given defective proof of service | L210 | 0.20 | 265.50 | 53.10 |
| KAP | 02/12/13 | Draft email correspondence to client re recommendations for responding to first amended complaint | L210 | 0.30 | 265.50 | 79.65 |
| KAP | 02/12/13 | Analysis and evaluation of first amended complaint and compare against initial complaint | L210 | 0.50 | 265.50 | 132.75 |
| | | **TOTAL** | | **2.40** | | **$639.90** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 342939 | CLIENT OCWEN Loan Servicing | Page 2 |
|---|---|---|
| | MATTER Blanc, Sheila | |

| | | |
|---|---|---|
| 01/15/13 | Pacer Service Center; Data Search; Account No. SW0061. Usage: 10/01/12 - 12/31/12 | 9.20 |
| 01/15/13 | Pacer Service Center; Data Search; Account No. SW0061. Usage: 10/01/12 - 12/31/12 | 3.90 |
| 02/04/13 | CourtCall, LLC; CourtCall - Conference Service; 03/05/13 | 78.00 |
| 02/04/13 | CourtCall, LLC; CourtCall - Conference Service; 02/20/13 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$169.10** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L210 | Pleadings | 1.80 | $479.70 |
| L230 | Court Mandated Conferences | 0.40 | $106.20 |
| | **TOTAL** | **2.40** | **$639.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Paese, Kimberly A. | KAP | Associate | 1.80 | 265.50 | $477.90 |
| Sullivan, Mary Kate | MKS | Member | 0.60 | 270.00 | $162.00 |
| | | **Total** | **2.40** | | **$639.90** |

| | |
|---|---|
| PRIOR FEES | $6,095.70 |
| PRIOR COSTS & EXPENSES | $1,436.38 |

| | |
|---|---|
| FEES | $639.90 |
| COSTS & EXPENSES | $169.10 |
| **TOTAL THIS INVOICE** | **$809.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342940    JBS                                      March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1439    Roybal-de-Aguero, Fedelina
GMAC Matter No.: 734684

**TOTAL AMOUNT DUE**          **$3,193.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342940    JBS

March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1439    Roybal-de-Aguero, Fedelina
GMAC Matter No.: 734684

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ACS | 02/01/13 | Analyze new foreclosure & loan modification documents from client | L110 | 0.40 | 288.00 | 115.20 |
| ACS | 02/01/13 | Revise demurrer to amended complaint | L240 | 0.80 | 288.00 | 230.40 |
| ACS | 02/01/13 | Analyze title documents, follow up with J. Spann re: substitution of trustee | L110 | 0.20 | 288.00 | 57.60 |
| MKS | 02/04/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| ACS | 02/04/13 | Analyze new foreclosure file documents from client, compare same with account history | L110 | 0.30 | 288.00 | 86.40 |
| ACS | 02/06/13 | Revise demurrer to amended complaint | L240 | 1.70 | 288.00 | 489.60 |
| ACS | 02/06/13 | Draft preliminary case assessment | L190 | 1.20 | 288.00 | 345.60 |
| ACS | 02/06/13 | Draft bankruptcy stay notice | L250 | 0.50 | 288.00 | 144.00 |
| ACS | 02/06/13 | Analyze substitution of trustee | L110 | 0.10 | 288.00 | 28.80 |
| ACS | 02/07/13 | Revise demurrer to amended complaint, update to J. Hoy re: same | L240 | 0.30 | 288.00 | 86.40 |
| ACS | 02/11/13 | Revise bankruptcy stay notice | L250 | 0.40 | 288.00 | 115.20 |
| ACS | 02/11/13 | Analyze full servicing history from client | L110 | 0.80 | 288.00 | 230.40 |
| ACS | 02/11/13 | Analyze borrower bankruptcy filings, trustee adversary action against borrower for permanent bankruptcy filing injunction | L110 | 0.60 | 288.00 | 172.80 |
| ACS | 02/13/13 | Prepare judicial notice request on demurrer to amended complaint | L240 | 0.90 | 288.00 | 259.20 |
| ACS | 02/13/13 | Revise demurrer to amended complaint | L240 | 2.30 | 288.00 | 662.40 |
| ACS | 02/13/13 | Phone call & email to plaintiff's counsel | L240 | 0.30 | 288.00 | 86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 342940 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
| | | MATTER | Roybal-de-Aguero, Fedelina | | | | |

| | | to meet and confer re: demurrer hearing date, informal resolution of matter | | | | | |
| ACS | 02/13/13 | Phone call to court clerk re: hearing date for demurrer | L240 | 0.10 | 288.00 | | 28.80 |
| | | **TOTAL** | | **11.10** | | | **$3,193.20** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2.40 | $691.20 |
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L190 | Other Case Assessment | 1.20 | $345.60 |
| L240 | Dispositive Motions | 6.40 | $1,843.20 |
| L250 | Other Written Motions | 0.90 | $259.20 |
| | **TOTAL** | **11.10** | **$3,193.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sears, Alex | ACS | Associate | 10.90 | 288.00 | $3,139.20 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **11.10** | | **$3,193.20** |

| PRIOR FEES | $5,906.70 |
|---|---|
| PRIOR COSTS & EXPENSES | $74.48 |

| FEES | $3,193.20 |
|---|---|
| **TOTAL THIS INVOICE** | **$3,193.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342941    JBS                                    March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1453     Berdan, Felino and Belinda
                   GMAC Matter No.: 735520

**TOTAL AMOUNT DUE**            $1,128.75

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342941    JBS                                    March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1453    Berdan, Felino and Belinda
                        GMAC Matter No.: 735520

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEG | 02/04/13 | Strategize regarding hearing date and correspond with plaintiff's counsel regarding amended notice and possible rehearing. | L210 | 0.40 | 261.00 | 104.40 |
| MEG | 02/12/13 | Confer with plaintiff regarding demurrer hearing date. | L240 | 0.40 | 261.00 | 104.40 |
| | | **TOTAL** | | **0.80** | | **$208.80** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 02/06/13 | First Legal Network, LLC; Transmittal of filing to court; CCSC- Martinez, Ca. 1/17/13. Advance ck. $870.00 | | 919.95 |
| | **TOTAL COSTS & EXPENSES** | | **$919.95** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L210 | Pleadings | 0.40 | $104.40 |
| L240 | Dispositive Motions | 0.40 | $104.40 |
| | **TOTAL** | **0.80** | **$208.80** |

| Timekeeper | Position | | Hours | Rate | Value |
|------------|----------|---|-------|------|-------|
| Gruber, Megan | MEG  Associate | | 0.80 | 261.00 | $208.80 |
| | **Total** | | **0.80** | | **$208.80** |

PRIOR FEES                        $3,246.75

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.   342941 | CLIENT   OCWEN Loan Servicing | Page | 2 |
| | MATTER   Berdan, Felino & Belinda | | |

| | |
|---|---|
| FEES | $208.80 |
| COSTS & EXPENSES | $919.95 |
| **TOTAL THIS INVOICE** | **$1,128.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 277146 | 82035 |
| Invoice Date | Total Due |
| 1/23/13 | 919.95 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg. | | Charges | Total |
|---|---|---|---|---|---|---|---|---|
| | 82035 | 277146 | 1/23/13 | 919.95 | 1 | | | |

### Service Detail

| Date | Ordr No. | Svc | | | | Base Chg : | 49.95 | 919.95 |
|---|---|---|---|---|---|---|---|---|
| 1/17/13 | 6876274 | BFX | | | | Adv/Wit Ck: | 870.00 | |

SEVERSON & WERSON                    CCSC-MARTINEZ
1 EMBARCADERO CENTER                 725 COURT STREET
SAN FRANCISCO   CA 94111             MARTINEZ        CA 94553
FILING-BRNCH PDF SAME DAY
Caller: ANGELA L. EURE   Wait: 20 Min   Case Title: BERDAN V. EXPRESS CA
Case No.: MSC12-02889
FILE/CONFORM/RETURN                  Ref: 19000.1453 BERDAN
Signed: FILED

Invoice Amount:    49.95
Fees Advanced:    870.00
**Total   Amount Due:**    919.95

*Okay to pay*
*Angela Eure*

*** REPRINT ***          Total     919.95

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      342942      JBS                                         March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000      OCWEN Loan Servicing
MATTER      1457       Stammer, Jeffrey
                       GMAC Matter No.: 735716

**TOTAL AMOUNT DUE**                        $702.75

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.    342942    JBS | | | March 15, 2013 |

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1457    Stammer, Jeffrey
GMAC Matter No.: 735716

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| KAP | 02/01/13 | Receipt and review correspondence from client re approval of draft motion to dismiss and notice of bankruptcy and finalize same for filing | L110 | 0.10 | 265.50 | 26.55 |
| MKS | 02/04/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| KAP | 02/05/13 | Prepare notification of consent to proceed before magistrate judge | L110 | 0.20 | 265.50 | 53.10 |
| KAP | 02/05/13 | Evaluate magistrate judge | L110 | 0.10 | 265.50 | 26.55 |
| KAP | 02/05/13 | Receipt and review correspondence from court re consent/declination to proceed before magistrate judge | L110 | 0.10 | 265.50 | 26.55 |
| | | **TOTAL** | | **0.70** | | **$186.75** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 12/29/12 | First Legal Network, LLC; Transmittal of filing to court; Sonoma -Civil and Family Law, Santa Rosa, Ca. 12/18/12 | 134.00 |
| 02/15/13 | First Legal Network, LLC; Court Services; USDC-San Francisco, Ca. Advance ck. $350.00 1/28/13 | 382.00 |
| | **TOTAL COSTS & EXPENSES** | **$516.00** |

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 342942 | CLIENT | OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|---|
| | MATTER | Stammer, Jeffrey | | |

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.50 | $132.75 | | |
| L120 | Analysis/Strategy | 0.20 | $54.00 | | |
| | **TOTAL** | **0.70** | **$186.75** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Paese, Kimberly A. | KAP | Associate | 0.50 | 265.50 | $132.75 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **0.70** | | **$186.75** |

PRIOR FEES                                     $3,501.00

| | | |
|---|---|---|
| | FEES | $186.75 |
| | COSTS & EXPENSES | $516.00 |
| | **TOTAL THIS INVOICE** | **$702.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 275504 | 12/23/12 | 134.00 | 1 |

| | | | Charges | Total |
|---|---|---|---|---|

**Service Detail**

| Date | Ordr No. | Svc | | | Base Chg : | 125.00 | 134.00 |
|---|---|---|---|---|---|---|---|
| /18/12 | 6867131 | ARS | | | Adv/Wit Ck: | 9.00 | |

Sonoma-Civil and Family Law
3055 Cleveland Avenue
SANTA ROSA        CA 95403
Caller: Clair Romell
Case No.: SCV252894
Please obtain a copy
Signed: OBTAINED

SEVERSON & WERSON
1 EMBARCADERO CENTER
SAN FRANCISCO    CA 94111

Case Title: Stammer v US Bank
of the Complaint an
Ref: 19000 STAMMER

EARCH-ASAP

Invoice Amount:    125.00
Fees Advanced:      9.00
**Total  Amount Due:**  134.00

19000, 1457 — invalid
12/29/12

cln
12/27/12

*** REPRINT ***        Total        134.00

## INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

..ES, CA 90084—4250

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 277888 | 82035 |
| Invoice Date | Total Due |
| 1/31/13 | 382.00 |

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 277888 | 1/31/13 | 382.00 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|

| 1/28/13 | 6879432 | RSF | SEVERSON & WERSON | USDC-SAN FRANCISCO | Base Chg : 32.00 | 382.00 |

FILING-RUSH BICYCLE

SEVERSON & WERSON
1 EMBARCADERO CENTER
SAN FRANCISCO    CA 94111
Caller: MARI BERNSTINE-M
Case No.: NO CASE #
FILE/CONFORM/RETURN
Signed: FILED

USDC-SAN FRANCISCO
450 GOLDEN GATE AVENUE
SAN FRANCISCO    CA 94102

Case Title: STAMMER v US BANK
1 DOC
Ref: 19000.1457

Base Chg :    32.00
Adv/Wit Ck:   350.00

Invoice Amount:     32.00
Fees Advanced:     350.00
**Total   Amount Due:**     382.00

*** REPRINT ***          Total        382.00

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      343478      JBS                                    March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | OCWEN Loan Servicing |
| MATTER | 0005 | Neyer, Leland Anthony, et al. v. GMAC Homecomings Financial Bank, et al. |
| | | GMAC Matter No.: 692012 |

**TOTAL AMOUNT DUE**              **$210.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343478    JBS                                      March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  0005    Neyer, Leland Anthony, et al. v. GMAC Homecomings Financial Bank, et al.
GMAC Matter No.: 692012

FOR PROFESSIONAL SERVICES RENDERED       01/01/1994       02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 02/02/13 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| MEG | 02/08/13 | Review and analysis of plaintiff's "Complaint for Accounting Errors" filed with the Ninth Circuit. | L110 | 0.40 | 261.00 | 104.40 |
| MEG | 02/08/13 | Correspondence to and from MERS regarding status and documents requested. | L110 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | **0.80** | | **$210.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.70 | $182.70 |
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| | **TOTAL** | **0.80** | **$210.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Gruber, Megan | MEG | Associate | 0.70 | 261.00 | $182.70 |
| | **Total** | | **0.80** | | **$210.60** |

PRIOR FEES                         $33,861.15
PRIOR COSTS & EXPENSES             $3,068.04

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343478        CLIENT    OCWEN Loan Servicing                      Page        2
                             MATTER   Neyer, Leland Anthony

|  |  |
|---|---|
| FEES | $210.60 |
| **TOTAL THIS INVOICE** | **$210.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343479    JBS                                    March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | OCWEN Loan Servicing |
| MATTER | 0156 | Alton, Patricia v. GMAC Mortgage, LLC |
| | | GMAC Matter No.: 695737 |

**TOTAL AMOUNT DUE**          $1,035.90

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     343479     JBS                                      March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter     19000 0156     Alton, Patricia v. GMAC Mortgage, LLC
                          GMAC Matter No.: 695737

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 02/02/13 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| ACS | 02/14/13 | Revise motion to compel production of documents | L350 | 2.20 | 288.00 | 633.60 |
| ACS | 02/14/13 | E-mail and phone call to plaintiff's counsel re: motion to compel document production | L350 | 0.20 | 288.00 | 57.60 |
| ACS | 02/15/13 | Analyze fact issues remaining for trial after grant of motion for judgment on pleadings | L440 | 0.50 | 288.00 | 144.00 |
| ACS | 02/15/13 | Analyze fact issues for plaintiff's deposition | L330 | 0.40 | 288.00 | 115.20 |
| ACS | 02/15/13 | Finalize motion to compel document production | L350 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **3.60** | | **$1,035.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L330 | Depositions | 0.40 | $115.20 |
| L350 | Discovery Motions | 2.60 | $748.80 |
| L440 | Other Trial Preparation | 0.50 | $144.00 |
| | **TOTAL** | **3.60** | **$1,035.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    343479 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
| | MATTER | Alton, Patricia | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sears, Alex | ACS | Associate | 3.50 | 288.00 | $1,008.00 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **3.60** | | **$1,035.90** |

| PRIOR FEES | $48,890.70 |
|---|---|
| PRIOR COSTS & EXPENSES | $4,369.69 |

| | FEES | $1,035.90 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$1,035.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343480    JBS                                    March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| | | |
|---|---|---|
| **CLIENT** | 19000 | OCWEN Loan Servicing |
| **MATTER** | 0188 | Breining, Fred and Cathy v. Wells Fargo Bank |
| | | C/M# 699646 |

**TOTAL AMOUNT DUE**              $446.40

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343480    JBS                                      March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 0188    Breining, Fred and Cathy v. Wells Fargo Bank
C/M# 699646

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 02/02/13 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| JDI | 02/07/13 | Review tentative ruling on demurrer and motion to strike and analyze for potential challenge. | L240 | 0.70 | 279.00 | 195.30 |
| JDI | 02/08/13 | Provide case status update on demurrer and motion to strike to J. Holtgren. | L120 | 0.30 | 279.00 | 83.70 |
| JDI | 02/12/13 | Correspond with J. Holtgren and plaintiffs' counsel re GMAC contacting plaintiffs directly. | L120 | 0.50 | 279.00 | 139.50 |
| | | **TOTAL** | | **1.60** | | **$446.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.90 | $251.10 |
| L240 | Dispositive Motions | 0.70 | $195.30 |
| | **TOTAL** | **1.60** | **$446.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Ives, Jon | JDI | Associate | 1.50 | 279.00 | $418.50 |
| | | **Total** | **1.60** | | **$446.40** |

PRIOR FEES                    $105,285.15
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    343480 | CLIENT | OCWEN Loan Servicing | Page | 2 |
| | MATTER | Breining, Fred & Cathy | | |

---

PRIOR COSTS & EXPENSES                    $3,004.13


| | |
|---|---|
| FEES | $446.40 |
| **TOTAL THIS INVOICE** | **$446.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343481    JBS                                    March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    0328    Moss, Alan Irving
                    GMAC Matter No.: 712506

**TOTAL AMOUNT DUE**          $2,302.20

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      343481      JBS                                March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter      19000 0328      Moss, Alan Irving
                            GMAC Matter No.:  712506

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| AAG | 02/01/13 | Review plaintiff's opposition to motion for termination sanctions. | L240 | 0.60 | 238.50 | 143.10 |
| ERB | 02/02/13 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| JBS | 02/04/13 | Analysis and evaluation of defense strategy and potential trial preparation | L160 | 0.40 | 427.50 | 171.00 |
| AAG | 02/05/13 | Draft reply in support of motion for terminating sanctions or in the alternative motion to compel discovery responses. | L350 | 1.80 | 238.50 | 429.30 |
| AAG | 02/06/13 | Draft and revise reply in support of motion for terminating sanctions and motion to compel. | L350 | 4.40 | 238.50 | 1,049.40 |
| AAG | 02/12/13 | Follow up with attorney for Option One regarding rescission of assignment. | L120 | 0.10 | 238.50 | 23.85 |
| ERB | 02/13/13 | Attention to tentative on motion for terminating sanctions. | L240 | 0.20 | 279.00 | 55.80 |
| AAG | 02/13/13 | Monitor tentative ruling on motion for terminating sanctions and in the alternative motion to compel. | L330 | 0.20 | 238.50 | 47.70 |
| ERB | 02/14/13 | Attention to Discovery issues and plaintiff's threat of motion to compel based on service of two separate subpoenas on same client. | L310 | 0.50 | 279.00 | 139.50 |
| AAG | 02/14/13 | Update client regarding status of Option One's consideration of BONYMT's request to rescind assignment of deed of trust. | L120 | 0.30 | 238.50 | 71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## *&*Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    343481 | CLIENT    OCWEN Loan Servicing | | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER    Moss, Alan | | | | |

| AAG | 02/15/13 | Communicate with plaintiff regarding his contention that two subpoenas were served on ETS and investigate plaintiff's allegation. | L310 | 0.60 | 238.50 | 143.10 |
|---|---|---|---|---|---|---|
| | | **TOTAL** | | **9.20** | | **$2,302.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $123.30 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $171.00 |
| L240 | Dispositive Motions | 0.80 | $198.90 |
| L310 | Written Discovery | 1.10 | $282.60 |
| L330 | Depositions | 0.20 | $47.70 |
| L350 | Discovery Motions | 6.20 | $1,478.70 |
| | **TOTAL** | **9.20** | **$2,302.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 8.00 | 238.50 | $1,908.00 |
| Buell, Edward | ERB | Associate | 0.80 | 279.00 | $223.20 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| | **Total** | | **9.20** | | **$2,302.20** |

PRIOR FEES                    $192,668.88
PRIOR COSTS & EXPENSES        $6,158.39

|  | FEES | $2,302.20 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$2,302.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     343482     JBS                                  March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000     OCWEN Loan Servicing
MATTER      0419      Jimenez, Jesus
                      GMAC Matter No.: 698513

**TOTAL AMOUNT DUE**            **$285.75**

**\*\*\* REMITTANCE COPY \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343482    JBS                                    March 22, 2013

Ocwen Financial Corporation
Attn: Natasha l. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 0419    Jimenez, Jesus
GMAC Matter No.: 698513

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| YS | 02/01/13 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| ERB | 02/02/13 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| BJK | 02/05/13 | Sent client copy of filed motion for relief from stay | L250 | 0.10 | 234.00 | 23.40 |
| BJK | 02/06/13 | Communicated with transfee's counsel regarding case | L110 | 0.10 | 234.00 | 23.40 |
| BJK | 02/07/13 | Reviewed property inspection report for borrower | L250 | 0.10 | 234.00 | 23.40 |
| BJK | 02/11/13 | Communicated with third-party counsel regarding motion for relief from stay | L250 | 0.10 | 234.00 | 23.40 |
| BJK | 02/11/13 | Communication with debtors' counsel regarding motion for relief from stay | L250 | 0.30 | 234.00 | 70.20 |
| BJK | 02/12/13 | Reviewed opposition to motion for relief from stay | L250 | 0.30 | 234.00 | 70.20 |
| | | **TOTAL** | | **1.20** | | **$285.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 0.10 | $23.40 |
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 0.10 | $23.85 |
| L250 | Other Written Motions | 0.90 | $210.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.   343482 | **CLIENT** | OCWEN Loan Servicing | | Page | 2 |
| | **MATTER** | Jimenez, Jesus | | | |

| | **TOTAL** | | **1.20** | **$285.75** | | | |
|---|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** |
| Kornberg, Bernard | BJK | Associate | | 1.00 | 234.00 | $234.00 |
| Buell, Edward | ERB | Associate | | 0.10 | 279.00 | $27.90 |
| Shaham, Yaron | YS | Special Counsel | | 0.10 | 238.50 | $23.85 |
| | **Total** | | | **1.20** | | **$285.75** |

| | | |
|---|---|---|
| PRIOR FEES | $11,129.40 | |
| PRIOR COSTS & EXPENSES | $459.52 | |

| | |
|---|---|
| FEES | $285.75 |
| **TOTAL THIS INVOICE** | **$285.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343483    JBS                                    March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000    OCWEN Loan Servicing
MATTER      0450     Smith, Douglas
                     GMAC Matter No.: 695148

**TOTAL AMOUNT DUE**          $1,678.05

**\*\*\* REMITTANCE COPY \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      343483      JBS                                    March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter      19000 0450      Smith, Douglas
                            GMAC Matter No.: 695148

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 09/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MEG | 09/06/12 | Review settlement and review regarding plaintiff's request for comments. | L160 | 0.50 | 261.00 | 130.50 |
| MEG | 09/10/12 | Review and analysis of finalized settlement agreement between other parties; sign good faith agreement. | L160 | 0.30 | 261.00 | 78.30 |
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MKS | 10/14/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| MEG | 10/18/12 | Review and analysis of plaintiff's claims re: possible bankruptcy stay. | L110 | 0.30 | 261.00 | 78.30 |
| MKS | 11/02/12 | Follow up re: need for, preparation, approval and filing of Notice or Revised Notice of Bankruptcy Stay. | L120 | 0.20 | 270.00 | 54.00 |
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MEG | 11/05/12 | Review and analysis of pleadings regarding bankruptcy stay and claims against ETS. | L120 | 0.50 | 261.00 | 130.50 |
| MEG | 11/06/12 | Draft notice of bankruptcy stay and letter to borrower. | L210 | 0.70 | 261.00 | 182.70 |
| ERB | 11/07/12 | Review and revise Notice of | L250 | 0.30 | 279.00 | 83.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343483 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Smith, Douglas | | | | |

| | | Bankruptcy. | | | | |
|---|---|---|---|---|---|---|
| MEG | 11/07/12 | Revisions to notice of bankruptcy stay and letter to plaintiff. | L110 | 0.30 | 261.00 | 78.30 |
| MEG | 11/07/12 | Correspondence to and from C.DiCicco regarding notice of bankruptcy stay. | L110 | 0.20 | 261.00 | 52.20 |
| MEG | 11/08/12 | Attention to finalization and filing of notice of bankruptcy stay. | L210 | 0.30 | 261.00 | 78.30 |
| ERB | 12/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MEG | 12/10/12 | Research regarding applicability of declaration of nonmonetary status in federal court after removal. | L110 | 0.40 | 261.00 | 104.40 |
| MEG | 12/11/12 | Review dismissal of co-defendant by plaintiff. | L210 | 0.10 | 261.00 | 26.10 |
| MEG | 12/13/12 | Review settlement documents for co-defendants. | L120 | 0.20 | 261.00 | 52.20 |
| MEG | 12/20/12 | Review court's orders and docket regarding dismissals of co-defendants. | L120 | 0.20 | 261.00 | 52.20 |
| CHR | 01/03/13 | Review Docket for Status of Matter. | L190 | 0.10 | 130.50 | 13.05 |
| ERB | 01/05/13 | Review file and communications with client re status. | L120 | 0.10 | 279.00 | 27.90 |
| MEG | 01/23/13 | Review scheduling conference order and plaintiff's ex parte regarding conference. | L110 | 0.60 | 261.00 | 156.60 |
| MEG | 01/29/13 | Further review of documents filed by plaintiff and ex parte application. | L110 | 0.30 | 261.00 | 78.30 |
| ERB | 02/02/13 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | **6.40** | | **$1,678.05** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2.10 | $548.10 |
| L120 | Analysis/Strategy | 1.70 | $456.30 |
| L160 | Settlement/Non-Binding ADR | 0.80 | $208.80 |
| L190 | Other Case Assessment | 0.40 | $94.05 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No. | 343483 | CLIENT | OCWEN Loan Servicing | | Page | 3 |
| | | MATTER | Smith, Douglas | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L210 | Pleadings | | 1.10 | $287.10 | | |
| L250 | Other Written Motions | | 0.30 | $83.70 | | |
| | **TOTAL** | | **6.40** | **$1,678.05** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.10 | 130.50 | $13.05 |
| Buell, Edward | ERB | Associate | 0.90 | 279.00 | $251.10 |
| Gruber, Megan | MEG | Associate | 4.90 | 261.00 | $1,278.90 |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| | **Total** | | **6.40** | | **$1,678.05** |

| | |
|---|---|
| PRIOR FEES | $3,005.55 |
| PRIOR COSTS & EXPENSES | $69.24 |

| | |
|---|---|
| FEES | $1,678.05 |
| **TOTAL THIS INVOICE** | **$1,678.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## *&* Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      343484      JBS                                                March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000      OCWEN Loan Servicing
MATTER      0452       Washington, Manya
                       GMAC Matter No.: 699353

**TOTAL AMOUNT DUE**                    **$610.20**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343484    JBS                                      March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 0452    Washington, Manya
GMAC Matter No.: 699353

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEH | 02/01/13 | Review/analyze order from appellate court re: updated status of bankruptcy. | L510 | 0.20 | 261.00 | 52.20 |
| ERB | 02/02/13 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| MEH | 02/11/13 | Draft status update re: bankruptcy for submission to appellate court. | L510 | 1.30 | 261.00 | 339.30 |
| MEH | 02/11/13 | Exchange emails with co-defendant's counsel C. Chung, enclosing copy of bankruptcy update letter with comments. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 02/11/13 | Draft email to client C. DiCicco enclosing copy of bankruptcy status update letter with comments. | L510 | 0.20 | 261.00 | 52.20 |
| MXS | 02/11/13 | Review and edit letter to court of appeals for sending to judge and parties - GMAC/Tucker. | L460 | 0.40 | 216.00 | 86.40 |
| | | **TOTAL** | | **2.40** | | **$610.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L460 | Post-Trial Motions & Submissio | 0.40 | $86.40 |
| L510 | Appellate Motions & Submission | 1.90 | $495.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   343484 | CLIENT | OCWEN Loan Servicing | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER | Washington, Manya | | | |

| | **TOTAL** | | **2.40** | **$610.20** | | |
|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Holt, M. Elizabeth | MEH | Associate | 1.90 | 261.00 | $495.90 |
| Schindler, Maria | MXS | Associate | 0.40 | 216.00 | $86.40 |
| | **Total** | | **2.40** | | **$610.20** |

| PRIOR FEES | $18,184.50 |
|---|---|
| PRIOR COSTS & EXPENSES | $2,353.91 |

| FEES | $610.20 |
|---|---|
| **TOTAL THIS INVOICE** | **$610.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343485    JBS                                March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000    OCWEN Loan Servicing
MATTER     0512     Mangan, Andrea
                    C/M# 701217

**TOTAL AMOUNT DUE**              **$398.70**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343485    JBS

March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 0512    Mangan, Andrea
C/M# 701217

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 02/01/13 | Attention to settlement counter-offer from Plaintiff and analysis of same. | L160 | 0.30 | 279.00 | 83.70 |
| MEG | 02/01/13 | Draft correspondence to client regarding new settlement offer. | L310 | 0.30 | 261.00 | 78.30 |
| MEG | 02/01/13 | Draft correspondence to plaintiffs counsel regarding potential settlement. | L310 | 0.20 | 261.00 | 52.20 |
| ERB | 02/02/13 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| MEG | 02/08/13 | Correspondence to and from plaintiff's counsel regarding settlement. | L160 | 0.30 | 261.00 | 78.30 |
| MEG | 02/11/13 | Correspondence to and from plaintiff's counsel regarding settlement agreement. | L110 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | **1.50** | | **$398.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L110 | Fact Investigation/Development | 0.30 | $78.30 |
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 0.60 | $162.00 |
| L310 | Written Discovery | 0.50 | $130.50 |
| | **TOTAL** | **1.50** | **$398.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343485 | CLIENT | OCWEN Loan Servicing | Page | 2 |
| | | MATTER | Mangan, Andrea | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| Gruber, Megan | MEG | Associate | 1.10 | 261.00 | $287.10 |
| | **Total** | | **1.50** | | **$398.70** |

| | | |
|---|---|---|
| PRIOR FEES | $51,241.50 | |
| PRIOR COSTS & EXPENSES | $2,471.42 | |

| | |
|---|---|
| FEES | $398.70 |
| **TOTAL THIS INVOICE** | **$398.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343486    JBS                                    March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | OCWEN Loan Servicing |
| MATTER | 0572 | Laughlin, Charles v. Homecomings Financial, LLC |
| | | GMAC Matter No.: 702852 |

**TOTAL AMOUNT DUE**          **$296.70**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.    343486    JBS | | March 22, 2013 |

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 0572    Laughlin, Charles v. Homecomings Financial, LLC
GMAC Matter No.: 702852

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 02/02/13 | Communications with client re status of L120 matter and strategy. | | 0.10 | 279.00 | 27.90 |
| AAG | 02/15/13 | Prepare for and participate in case management conference. | L230 | 0.50 | 238.50 | 119.25 |
| AAG | 02/15/13 | Update client regarding case status. | L110 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **0.90** | | **$218.70** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 02/11/13 | CourtCall, LLC; CourtCall - Conference Service; 02/15/13 | 78.00 |

**TOTAL COSTS & EXPENSES**            **$78.00**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.30 | $71.55 | | | |
| L120 | Analysis/Strategy | 0.10 | $27.90 | | | |
| L230 | Court Mandated Conferences | 0.50 | $119.25 | | | |
| | **TOTAL** | **0.90** | **$218.70** | | | |
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** |
| Givental, Alisa | AAG | Associate | | 0.80 | 238.50 | $190.80 |
| Buell, Edward | ERB | Associate | | 0.10 | 279.00 | $27.90 |
| | | **Total** | | **0.90** | | **$218.70** |

PRIOR FEES                $16,385.40

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343486 | CLIENT | OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Laughlin, Charles | | |

PRIOR COSTS & EXPENSES                    $2,644.18

|  |  |
|---|---|
| FEES | $218.70 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$296.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518 ·

Invoice No.    343487    JBS                                      March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| CLIENT | 19000 | OCWEN Loan Servicing |
|--------|-------|----------------------|
| MATTER | 0588 | Inoue, Hitoshi and Wakana |
| | | C/M# 703325 |
| | | Time and expenses must be split between Ally and Rescap |

**TOTAL AMOUNT DUE**          **$4,581.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343487    JBS                                    March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 0588    Inoue, Hitoshi and Wakana
C/M# 703325
Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 02/02/13 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| JBS | 02/04/13 | Analysis and evaluation of plaintiff's further settlement demands and bankruptcy stay issues | L160 | 0.50 | 427.50 | 213.75 |
| JBS | 02/04/13 | Analysis and evaluation of third party buyer re bankruptcy claim | L120 | 0.30 | 427.50 | 128.25 |
| MIW | 02/04/13 | Confer with R. Saelao re litigation strategy. | L120 | 0.50 | 274.50 | 137.25 |
| RSS | 02/04/13 | Conduct research and review case documents and pleadings to prepare defense of case. | L120 | 0.80 | 288.00 | 230.40 |
| RSS | 02/05/13 | Conduct research and analysis regarding viability of re-tooling summary judgment motion. | L240 | 3.30 | 288.00 | 950.40 |
| JBS | 02/06/13 | Analysis and evaluation of order denying third-party purchaser's motion for summary judgment | L120 | 0.30 | 427.50 | 128.25 |
| RSS | 02/06/13 | Strategize with T. Buell regarding defense of case. | L120 | 0.60 | 288.00 | 172.80 |
| JBS | 02/08/13 | Telephone conference with client regarding potential violation of bankruptcy stay and trial strategy | L120 | 0.40 | 427.50 | 171.00 |
| DHC | 02/11/13 | Review and revise correspondence to plaintiff's counsel re extent of Stipulation modifying automatic stay to liquidate claim. | L190 | 0.50 | 337.50 | 168.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## *&*Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343487 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Inoue, Hitoshi & Wakana | | | | |

| RSS | 02/11/13 | Draft and revise correspondence to plaintiff regarding settlement and concerns that his trial strategy may violate automatic bankruptcy stay, and conduct research and coordinate with team regarding same. | L160 | 2.60 | 288.00 | 748.80 |
|---|---|---|---|---|---|---|
| JBS | 02/14/13 | Analysis and evaluation of settlement correspondence and summary judgment from plaintiffs | L160 | 0.80 | 427.50 | 342.00 |
| RSS | 02/14/13 | Meet with J. Sullivan and T. Buell regarding case status and strategy, and follow up regarding same. | L120 | 0.30 | 288.00 | 86.40 |
| RSS | 02/14/13 | Review, analyze and conduct research in connection with plaintiff's motion for summary judgment, and summarize same for client and team. | L240 | 2.10 | 288.00 | 604.80 |
| JBS | 02/15/13 | Analysis and evaluation of plaintiff's motion for summary judgment and response to same regarding bankruptcy issues | L240 | 1.10 | 427.50 | 470.25 |
| | | **TOTAL** | | **14.20** | | **$4,581.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.30 | $1,082.25 |
| L160 | Settlement/Non-Binding ADR | 3.90 | $1,304.55 |
| L190 | Other Case Assessment | 0.50 | $168.75 |
| L240 | Dispositive Motions | 6.50 | $2,025.45 |
| | **TOTAL** | **14.20** | **$4,581.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Sullivan, John | JBS | Member | 3.40 | 427.50 | $1,453.50 |
| Wraight, Mark | MIW | Member | 0.50 | 274.50 | $137.25 |
| Saelao, Rebecca | RSS | Special Counsel | 9.70 | 288.00 | $2,793.60 |
| | **Total** | | **14.20** | | **$4,581.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343487 | CLIENT | OCWEN Loan Servicing | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Inoue, Hitoshi & Wakana | | |

PRIOR FEES                    $120,117.15
PRIOR COSTS & EXPENSES        $9,078.78

FEES                     $4,581.00
**TOTAL THIS INVOICE**       **$4,581.00**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343488    JBS                                    March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    0652    Rodriguez, Luis
              GMAC Matter No.: 700059

**TOTAL AMOUNT DUE**                    **$218.70**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343488    JBS                                    March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 0652    Rodriguez, Luis
GMAC Matter No.: 700059

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 02/01/13 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| ERB | 02/02/13 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| YS | 02/05/13 | Draft correspondence to client regarding status of finalizing settlement of the case with plaintiff's counsel | L190 | 0.30 | 238.50 | 71.55 |
| YS | 02/07/13 | Draft correspondence to client regarding status of the case, pending hearings, and affect of the automatic stay on the settlement agreement | L190 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **0.90** | | **$218.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 0.80 | $190.80 |
| | **TOTAL** | **0.90** | **$218.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Shaham, Yaron | YS | Special Counsel | 0.80 | 238.50 | $190.80 |
| | | **Total** | **0.90** | | **$218.70** |

PRIOR FEES                    $24,650.55
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 343488 | CLIENT | OCWEN Loan Servicing | Page | 2 |
| | | MATTER | Rodriguez, Luis | | |

**PRIOR COSTS & EXPENSES**                    $1,835.31

|  |  |
|---|---|
| FEES | $218.70 |
| **TOTAL THIS INVOICE** | **$218.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## *&* Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      343489      JBS                                    March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| CLIENT | 19000 | OCWEN Loan Servicing |
|---|---|---|
| MATTER | 0917 | Kinworthy, David and Leslie |
| | | GMAC Matter No.:  713557 |

**TOTAL AMOUNT DUE**              $463.05

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343489    JBS                                    March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 0917    Kinworthy, David and Leslie
                        GMAC Matter No.: 713557

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994       02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| EK | 01/03/13 | Draft email to plaintiffs' counsel, J. Dzialo, re status report | L120 | 0.10 | 274.50 | 27.45 |
| EK | 01/03/13 | Draft status report updating on bankruptcy issues and stay | L120 | 0.30 | 274.50 | 82.35 |
| ERB | 01/04/13 | Review file and communications with client re status. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 02/02/13 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| EK | 02/11/13 | Review email from L. Delehey re Kinworthy's motion for relief from stay and draft reply to same | L160 | 0.20 | 274.50 | 54.90 |
| EK | 02/14/13 | Call with L. Delehey and S. Martin re Kinworthys' motion for relief from stay | L160 | 0.20 | 274.50 | 54.90 |
| EK | 02/14/13 | Analysis and evaluation of status of settlement discussions prior to bankruptcy and prepare for call re Kinworthys' motion for relief from stay | L160 | 0.50 | 274.50 | 137.25 |
| EK | 02/14/13 | Draft email to L. Delehey and S. Martin re prior settlement discussions with Kinworthys | L160 | 0.10 | 274.50 | 27.45 |
| | | **TOTAL** | | **1.60** | | **$440.10** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 01/25/13 | One Legal, Inc.; Transmittal of filing to court; Chambers copy of e-filed document 20 01/08/13 | 22.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343489 | CLIENT | OCWEN Loan Servicing | Page | 2 |
| | | MATTER | Kinworthy, David & Leslie | | |

| **TOTAL COSTS & EXPENSES** | **$22.95** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $165.60 | | |
| L160 | Settlement/Non-Binding ADR | 1.00 | $274.50 | | |
| | **TOTAL** | **1.60** | **$440.10** | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Kemp, Erik | EK | Associate | | 1.40 | 274.50 | $384.30 |
| Buell, Edward | ERB | Associate | | 0.20 | 279.00 | $55.80 |
| | **Total** | | | **1.60** | | **$440.10** |

| PRIOR FEES | $26,721.90 |
| PRIOR COSTS & EXPENSES | $2,262.19 |

| FEES | $440.10 |
| COSTS & EXPENSES | $22.95 |
| **TOTAL THIS INVOICE** | **$463.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343490    JBS                                      March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT     19000     OCWEN Loan Servicing
MATTER     0968      Solano, Julie
                     GMAC Matter No.: 714697

**TOTAL AMOUNT DUE**          $200.70

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.    343490    JBS | | | March 22, 2013 |

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 0968    Solano, Julie
GMAC Matter No.: 714697

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 02/02/13 | Communications with client re status of L120 matter and strategy. | | 0.10 | 279.00 | 27.90 |
| DPB | 02/06/13 | Communications with GMAC's bankruptcy counsel, J. Newton, regarding plaintiff's failure to file a proof of claim and his counsel's stipulation to continue hearing on his motion for relief from automatic stay. | L250 | 0.40 | 288.00 | 115.20 |
| DPB | 02/07/13 | Review court's minute order following case managemen conference. | L230 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **0.70** | | **$200.70** |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L230 | Court Mandated Conferences | 0.20 | $57.60 |
| L250 | Other Written Motions | 0.40 | $115.20 |
| | **TOTAL** | **0.70** | **$200.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Babcock, Daska | DPB | Special Counsel | 0.60 | 288.00 | $172.80 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **0.70** | | **$200.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343490 | CLIENT | OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Solano, Julie | | |

PRIOR FEES                        $52,588.35
PRIOR COSTS & EXPENSES            $4,841.10

FEES          $200.70
**TOTAL THIS INVOICE**          **$200.70**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343491    JBS    ·                                    March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1232    Copeland, Robert (Borrego)
GMAC Matter No.: 726516

**TOTAL AMOUNT DUE**            **$167.40**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     343491     JBS                                             March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter     19000 1232     Copeland, Robert (Borrego)
                          GMAC Matter No.: 726516

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 01/04/13 | Review file and communications with client re status. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 01/16/13 | Communications with Plaintiff's counsel re completion of modification package (.3) and communications with client re same (.1). | L160 | 0.40 | 279.00 | 111.60 |
| ERB | 02/02/13 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | **0.60** | | **$167.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|---|-------|--------|---|---|
| L120 | Analysis/Strategy | 0.20 | $55.80 | | |
| L160 | Settlement/Non-Binding ADR | 0.40 | $111.60 | | |
| | **TOTAL** | **0.60** | **$167.40** | | |

| Timekeeper | Position | | Hours | Rate | Value |
|------------|----------|---|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.60 | 279.00 | $167.40 |
| | **Total** | | **0.60** | | **$167.40** |

PRIOR FEES                          $2,588.85

|  | | |
|--|--|--|
| FEES | | $167.40 |
| **TOTAL THIS INVOICE** | | **$167.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      343492      JBS                                                    March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000     OCWEN Loan Servicing
MATTER      1242      Fetty, Frederick and Susan
                      GMAC Matter No.: 726842

**TOTAL AMOUNT DUE**          $2,794.50

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343492    JBS                                      March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1242    Fetty, Frederick and Susan
GMAC Matter No.: 726842

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 02/02/13 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 02/05/13 | Draft demurrer to First Amended Complaint. | L240 | 4.80 | 238.50 | 1,144.80 |
| MGC | 02/06/13 | Revise MPA re demurrer to First Amended Complaint. | L240 | 1.00 | 238.50 | 238.50 |
| MGC | 02/07/13 | Draft email respose to client questions. | L190 | 0.30 | 238.50 | 71.55 |
| MGC | 02/07/13 | Continue drafting amended notice of bankruptcy. | L210 | 0.30 | 238.50 | 71.55 |
| MGC | 02/07/13 | Draft amended notice of bankruptcy. | L210 | 0.80 | 238.50 | 190.80 |
| MGC | 02/08/13 | Finalize pleadings for filing (7 total). | L240 | 1.00 | 238.50 | 238.50 |
| MGC | 02/08/13 | Revise amended notice of bankruptcy. | L210 | 0.30 | 238.50 | 71.55 |
| MGC | 02/08/13 | Revise demurrer to first amended complaint. | L240 | 1.30 | 238.50 | 310.05 |
| NSR | 02/13/13 | Draft memorandum memorializing the hearing on the Court's order to show cause re status of bankruptcy | L230 | 0.30 | 238.50 | 71.55 |
| NSR | 02/13/13 | Attend hearing on the Court's order to show cause re status of bankruptcy | L230 | 1.50 | 238.50 | 357.75 |
| | | **TOTAL** | | **11.70** | | **$2,794.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343492 | CLIENT | OCWEN Loan Servicing | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Fetty, Frederick & Susan | | | |

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 0.30 | $71.55 |
| L210 | Pleadings | 1.40 | $333.90 |
| L230 | Court Mandated Conferences | 1.80 | $429.30 |
| L240 | Dispositive Motions | 8.10 | $1,931.85 |
| | **TOTAL** | **11.70** | **$2,794.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Cross, Michael | MGC | Associate | 9.80 | 238.50 | $2,337.30 |
| Riedman, Natilee | NSR | Associate | 1.80 | 238.50 | $429.30 |
| | | **Total** | **11.70** | | **$2,794.50** |

| | |
|---|---|
| PRIOR FEES | $17,452.80 |
| PRIOR COSTS & EXPENSES | $1,321.64 |

| | |
|---|---|
| FEES | $2,794.50 |
| **TOTAL THIS INVOICE** | **$2,794.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343493    JBS                          March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT     19000    OCWEN Loan Servicing
MATTER    1308     Ellison, Keith Edward
                   GMAC Matter No.: 729778

**TOTAL AMOUNT DUE**              **$613.80**

## *** REMITTANCE COPY ***

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343493    JBS                                March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1308    Ellison, Keith Edward
                        GMAC Matter No.: 729778

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| ERB | 02/02/13 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| EXM | 02/04/13 | Communications with plaintiff re settlement | L160 | 0.20 | 279.00 | 55.80 |
| EXM | 02/04/13 | Client communications re settlement counter offer | L160 | 0.30 | 279.00 | 83.70 |
| EXM | 02/05/13 | Communications with client and plaintiff re cash for keys | L160 | 0.30 | 279.00 | 83.70 |
| EXM | 02/05/13 | Prepare and file case management statement | L230 | 0.20 | 279.00 | 55.80 |
| EXM | 02/11/13 | Call plaintiff re settlement proposal | L160 | 0.10 | 279.00 | 27.90 |
| EXM | 02/12/13 | Client communications re status of outstanding settlement proposal | L160 | 0.10 | 279.00 | 27.90 |
| EXM | 02/13/13 | Communications with plaintiff re settlement proposal | L160 | 0.20 | 279.00 | 55.80 |
| EXM | 02/14/13 | Call plaintiff re cash for keys, leave message with wife | L160 | 0.20 | 279.00 | 55.80 |
| EXM | 02/15/13 | Client communications re settlement | L160 | 0.30 | 279.00 | 83.70 |
| EXM | 02/15/13 | Call plaintiff re terms of settlement | L160 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | **2.20** | | **$613.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343493        **CLIENT**    OCWEN Loan Servicing                    Page        2
                            **MATTER**    Ellison, Keith Edward

| Task Code and Description | | Hours | Amount | |
|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 | |
| L160 | Settlement/Non-Binding ADR | 1.90 | $530.10 | |
| L230 | Court Mandated Conferences | 0.20 | $55.80 | |
| | **TOTAL** | **2.20** | **$613.80** | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Manukyan, Evelina | EXM | Associate | 2.10 | 279.00 | $585.90 |
| | **Total** | | **2.20** | | **$613.80** |

PRIOR FEES                        $12,452.40
PRIOR COSTS & EXPENSES            $1,634.14

|  | FEES | $613.80 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$613.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343494    JBS                                    March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1339    Stanton, Gary Josef
GMAC Matter No.: 730521

**TOTAL AMOUNT DUE**            $753.90

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343494    JBS                                    March 22, 2013

Ocwen Financial Corporation
Attn: Natasha l. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1339    Stanton, Gary Josef
                         GMAC Matter No.: 730521

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 02/02/13 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| MXS | 02/05/13 | Drafted settlement agreement and release. | L160 | 1.30 | 216.00 | 280.80 |
| MXS | 02/13/13 | E-mailed with client re extension of borrower's time to submit signed modification agreement. | L160 | 0.30 | 216.00 | 64.80 |
| MXS | 02/13/13 | Spoke to and e-mailed with plaintiff's counsel re client's inability to return modification agreement by due date. | L160 | 0.40 | 216.00 | 86.40 |
| MXS | 02/15/13 | E-mailed with opposing counsel re return date for modification documents and postponement of sale. | L160 | 0.30 | 216.00 | 64.80 |
| MXS | 02/15/13 | E-mailed with client re precise return date for modification documents and postponement of sale. | L160 | 0.30 | 216.00 | 64.80 |
| MXS | 02/15/13 | E-mailed with opposing counsel re status of request for extension of time to submit modification agreement. | L160 | 0.40 | 216.00 | 86.40 |
| | | **TOTAL** | | **3.10** | | **$675.90** |

**COSTS & EXPENSES**

| | | |
|---|---|---|
| 02/01/13 | CourtCall, LLC; CourtCall - Conference Service; 01/28/13 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.   343494 | CLIENT | OCWEN Loan Servicing | | Page | 2 |
| | MATTER | Stanton, Gary Josef | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 3.00 | $648.00 |
| | **TOTAL** | **3.10** | **$675.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Schindler, Maria | MXS | Associate | 3.00 | 216.00 | $648.00 |
| | | **Total** | **3.10** | | **$675.90** |

PRIOR FEES                              $6,452.55
PRIOR COSTS & EXPENSES          $652.20

| | |
|---|---|
| FEES | $675.90 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$753.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        343495        JBS                                                    March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT        19000        OCWEN Loan Servicing
MATTER        1352        Reilly, Suthiporn
                          GMAC Matter No.: 731145

**TOTAL AMOUNT DUE**                $697.50

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343495    JBS                                           March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1352    Reilly, Suthiporn
                        GMAC Matter No.: 731145

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 01/05/13 | Review file and communications with client re status. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 01/08/13 | Attention to status of matter following OSC re Dismissal | L120 | 0.20 | 279.00 | 55.80 |
| ERB | 01/15/13 | Communications with client re status of matter and strategy for handling. | L120 | 0.30 | 279.00 | 83.70 |
| ERB | 01/24/13 | Review and revise Notice of Bankruptcy and accompanying cover letter | L250 | 0.30 | 279.00 | 83.70 |
| ERB | 01/24/13 | Review and revise Demurrer | L210 | 0.70 | 279.00 | 195.30 |
| ERB | 02/02/13 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 02/06/13 | Review and revise demurrer. | L210 | 0.80 | 279.00 | 223.20 |
| | | **TOTAL** | | **2.50** | | **$697.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 0.70 | $195.30 |
| L210 | Pleadings | 1.50 | $418.50 |
| L250 | Other Written Motions | 0.30 | $83.70 |
| | **TOTAL** | **2.50** | **$697.50** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343495 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
| | | MATTER | Reilly, Suthiporn | | | | |

| Buell, Edward | ERB | Associate | | 2.50 | 279.00 | $697.50 |
|---|---|---|---|---|---|---|
| | **Total** | | | **2.50** | | **$697.50** |

| | | |
|---|---|---|
| PRIOR FEES | $3,626.90 | |
| PRIOR COSTS & EXPENSES | $151.94 | |

| | | |
|---|---|---|
| FEES | | $697.50 |
| **TOTAL THIS INVOICE** | | **$697.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343496    JBS                                    March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1362     Naidu, Satyanadan and Rampiyami
                   GMAC Matter No.: 731605

**TOTAL AMOUNT DUE**            **$206.95**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343496    JBS                                  March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  1362    Naidu, Satyanadan and Rampiyami
                         GMAC Matter No.: 731605

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| AAG | 02/01/13 | Communicate with First American's attorney and update client regarding same. | L110 | 0.30 | 238.50 | 71.55 |
| ERB | 02/02/13 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 02/12/13 | Communicate with First American's attorney regarding postponement of responsive deadline while we investigate whether GMAC was the servicer or beneficiary of loan at issue. | L110 | 0.20 | 238.50 | 47.70 |
| AAG | 02/15/13 | Update client regarding agreement to postpone First American's response deadline. | L210 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **0.70** | | **$171.00** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 02/11/13 | One Legal, Inc.; Serv Process, Subpoena Fees; Summons, Complaint, Civil Cover Sheet, Notice of Case Management Conference One and Assignment of Judge for...Served: First American Title Insurance Company, 2710 Gateway Oaks Drive Sacramento, CA 95833 01/16/13 | | 35.95 |

**TOTAL COSTS & EXPENSES**                              **$35.95**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&*Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343496 | CLIENT | OCWEN Loan Servicing | Page | 2 |
| | | MATTER | Naidu, Satyanadan & Rampiyami | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.50 | $119.25 |
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L210 | Pleadings | 0.10 | $23.85 |
| **TOTAL** | | **0.70** | **$171.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 0.60 | 238.50 | $143.10 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| **Total** | | | **0.70** | | **$171.00** |

| PRIOR FEES | $8,493.30 |
|---|---|
| PRIOR COSTS & EXPENSES | $725.88 |

| FEES | $171.00 |
|---|---|
| COSTS & EXPENSES | $35.95 |
| **TOTAL THIS INVOICE** | **$206.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343497    JBS                                          March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1397    Junge, James
GMAC Matter No.: 733289

**TOTAL AMOUNT DUE**                    **$252.90**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343497    JBS                                    March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1397    Junge, James
                        GMAC Matter No.: 733289

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 02/02/13 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| KAP | 02/04/13 | Receipt and review correspondence from counsel for Plaintiff re original signature pages to settlement agreement and release and receipt and review same | L160 | 0.10 | 265.50 | 26.55 |
| KAP | 02/14/13 | Draft email correspondence to client re status of dismissal of action | L110 | 0.10 | 265.50 | 26.55 |
| KAP | 02/14/13 | Receipt and review correspondence from Plaintiffs' counsel re status of dismissal of action and receipt and review request for dismissal | L110 | 0.10 | 265.50 | 26.55 |
| KAP | 02/14/13 | Draft email correspondence to Plaintiffs' counsel re fully executed settlement agreement and release and follow-up on status of conformed copy of the dismissal | L160 | 0.20 | 265.50 | 53.10 |
| KAP | 02/14/13 | Receipt and review email correspondence from client re fully executed settlement agreement and release and receipt and review of same | L160 | 0.10 | 265.50 | 26.55 |
| | | **TOTAL** | | **0.70** | | **$187.20** |

## COSTS & EXPENSES

02/06/13    First Legal Network, LLC; Transmittal of filing                65.70
            to court; USDC- San Francisco, Ca. 01/08/13

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.   343497 | **CLIENT** | OCWEN Loan Servicing | Page | 2 |
| | **MATTER** | Junge, James | | |

## TOTAL COSTS & EXPENSES                                    $65.70

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $53.10 | | |
| L120 | Analysis/Strategy | 0.10 | $27.90 | | |
| L160 | Settlement/Non-Binding ADR | 0.40 | $106.20 | | |
| | **TOTAL** | **0.70** | **$187.20** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Paese, Kimberly A. | KAP | Associate | 0.60 | 265.50 | $159.30 |
| | **Total** | | **0.70** | | **$187.20** |

| | | |
|---|---|---|
| PRIOR FEES | $13,342.05 | |
| PRIOR COSTS & EXPENSES | $1,678.52 | |

| | | |
|---|---|---|
| FEES | $187.20 |
| COSTS & EXPENSES | $65.70 |
| **TOTAL THIS INVOICE** | **$252.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      343498      JBS                                    March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000      OCWEN Loan Servicing
MATTER      1399      Stone, Clarke A. and Carol A.
                      GMAC Matter No.: 733399

**TOTAL AMOUNT DUE**                    **$373.05**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343498    JBS                                   March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1399    Stone, Clarke A. and Carol A.
GMAC Matter No.: 733399

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KAP | 02/01/13 | Receipt and review email correspondence from Plaintiffs' counsel re tender of February loan payment | L160 | 0.10 | 265.50 | 26.55 |
| KAP | 02/01/13 | Receipt and review email correspondence chain from client re monthly modified loan payments going forward | L160 | 0.10 | 265.50 | 26.55 |
| KAP | 02/01/13 | Receipt and review email correspondence from client re status of credit of outstanding January balance and further handling going forward | L160 | 0.10 | 265.50 | 26.55 |
| ERB | 02/02/13 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| KAP | 02/04/13 | Receipt and review correspondence from Plaintiffs' counsel re submission of February loan payment | L110 | 0.10 | 265.50 | 26.55 |
| KAP | 02/04/13 | Draft correspondence to client re copy of February payment from borrowers, acknowledgement of loan credit, and further handling in light of same | L160 | 0.20 | 265.50 | 53.10 |
| KAP | 02/04/13 | Draft correspondence to Plaintiffs' counsel re status of outstanding balance credit, clearance to tender February payment, and further handling in light of same | L160 | 0.30 | 265.50 | 79.65 |
| KAP | 02/11/13 | Draft follow-up email correspondence to Plaintiff's counsel re non-receipt of loan modification payment as | L120 | 0.10 | 265.50 | 26.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 343498 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Stone, Clarke A. & Carol A. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | contemplated by settlement | | | | |
| KAP | 02/11/13 | Receipt and review email correspondence from client re non-receipt of loan modification payment as contemplated by settlement | L120 | 0.10 | 265.50 | 26.55 |
| KAP | 02/12/13 | Receipt, review, and reply to correspondence from Plaintiffs' counsel re confirmation of receipt of loan modification payment as contemplated by settlement | L120 | 0.10 | 265.50 | 26.55 |
| KAP | 02/12/13 | Receipt, review, and reply to correspondence from client re confirmation of receipt of loan modification payment as contemplated by settlement | L120 | 0.10 | 265.50 | 26.55 |
| | | **TOTAL** | | **1.40** | | **$373.05** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.10 | $26.55 |
| L120 | Analysis/Strategy | 0.50 | $134.10 |
| L160 | Settlement/Non-Binding ADR | 0.80 | $212.40 |
| | **TOTAL** | **1.40** | **$373.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Paese, Kimberly A. | KAP | Associate | 1.30 | 265.50 | $345.15 |
| | **Total** | | **1.40** | | **$373.05** |

| | |
|---|---|
| PRIOR FEES | $5,849.10 |
| PRIOR COSTS & EXPENSES | $1,001.53 |

| | |
|---|---|
| FEES | $373.05 |
| **TOTAL THIS INVOICE** | $373.05 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      343499      JBS                                          March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000      OCWEN Loan Servicing
MATTER      1430       Fuchs, Bill and Family Trust
                       GMAC Matter No.: 734146

**TOTAL AMOUNT DUE**              **$616.65**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343499    JBS                                                March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1430    Fuchs, Bill and Family Trust
GMAC Matter No.: 734146

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 02/02/13 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| ACS | 02/04/13 | Analyze new proofs of service received from plaintiff re: Contra Costa County case | L250 | 0.20 | 288.00 | 57.60 |
| ACS | 02/06/13 | Follow up with clerk by phone and letter re: entry of proposed order on demurrer | L240 | 0.30 | 288.00 | 86.40 |
| ACS | 02/07/13 | Analyze plaintiff's response to order to show cause re: representation, update to client re: same | L190 | 0.30 | 288.00 | 86.40 |
| ACS | 02/11/13 | Analyze court order dismissing federal action on order to show cause | L240 | 0.20 | 288.00 | 57.60 |
| ACS | 02/11/13 | Follow up with clerk by phone re: entry of order on demurrer to complaint (Contra Costa) | L240 | 0.20 | 288.00 | 57.60 |
| ACS | 02/13/13 | Prepare case management statement (Contra Costa County) | L190 | 0.40 | 288.00 | 115.20 |
| | | **TOTAL** | | **1.70** | | **$488.70** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 02/01/13 | CourtCall, LLC; CourtCall - Conference Service; 04/23/13 | 78.00 |
| 02/06/13 | First Legal Network, LLC; Transmittal of filing to court; CCSC- Martinez, Ca. 1/17/13 | 49.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   343499 | CLIENT | OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|---|
| | MATTER | Fuchs, Bill & Family Trust | | |

**TOTAL COSTS & EXPENSES**                                        **$127.95**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 0.70 | $201.60 |
| L240 | Dispositive Motions | 0.70 | $201.60 |
| L250 | Other Written Motions | 0.20 | $57.60 |
| | **TOTAL** | **1.70** | **$488.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sears, Alex | ACS | Associate | 1.60 | 288.00 | $460.80 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **1.70** | | **$488.70** |

PRIOR FEES                               $23,377.05
PRIOR COSTS & EXPENSES          $364.83

| | | |
|---|---|---|
| FEES | $488.70 |
| COSTS & EXPENSES | $127.95 |
| **TOTAL THIS INVOICE** | **$616.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       343500       JBS                                                                March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT       19000       OCWEN Loan Servicing
MATTER       1454        Cal West Homes (Westfall)
                         GMAC Matter No.: 735501

**TOTAL AMOUNT DUE**                    **$572.75**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343500     JBS                              March 22, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter     19000 1454     Cal West Homes (Westfall)
                               GMAC Matter No.: 735501

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 02/02/13 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| EXM | 02/06/13 | Client communications re tender of defense | L120 | 0.10 | 279.00 | 27.90 |
| EXM | 02/07/13 | Client communications re denial of mod request by Westfalls | L160 | 0.20 | 279.00 | 55.80 |
| EXM | 02/14/13 | Email client re conference call | L210 | 0.10 | 279.00 | 27.90 |
| EXM | 02/15/13 | Call with client re case strategy | L120 | 0.20 | 279.00 | 55.80 |
| EXM | 02/15/13 | Communications with opposing counsel re stipulation to extend deadline for responsive pleading | L120 | 0.30 | 279.00 | 83.70 |
| EXM | 02/15/13 | Draft stipulation to extent deadline to file responsive pleading; communications with opposing counsel re the same | L120 | 0.80 | 279.00 | 223.20 |
| | | **TOTAL** | | **1.80** | | **$502.20** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 02/06/13 | First Legal Network, LLC; Transmittal of filing to court; FCSC- Fresno, Ca. 1/16/13 | 49.95 |
| 02/07/13 | Federal Express Corporation EDI; Federal Express; Hon. Christina A. Snyder USDC, Central Dist. of Califor 312 North Spring Street Los Angeles, CA 90012 01/17/13 | 20.60 |
| | **TOTAL COSTS & EXPENSES** | **$70.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
### &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   343500   CLIENT   OCWEN Loan Servicing   Page   2
MATTER   Cal West Homes (Westfall)

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.50 | $418.50 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $55.80 |
| L210 | Pleadings | 0.10 | $27.90 |
| | **TOTAL** | **1.80** | **$502.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Manukyan, Evelina | EXM | Associate | 1.70 | 279.00 | $474.30 |
| | **Total** | | **1.80** | | **$502.20** |

PRIOR FEES                    $4,371.75
PRIOR COSTS & EXPENSES        $449.90

| | | |
|---|---|---|
| FEES | $502.20 |
| COSTS & EXPENSES | $70.55 |
| **TOTAL THIS INVOICE** | **$572.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343593    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    0032    Johnson, Wes W. v. Homecomings Financial, et al.
                  GMAC Matter No.: 692775    _728 995_

**TOTAL AMOUNT DUE**            **$369.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      343593      JBS                                              March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter      19000 0032      Johnson, Wes W. v. Homecomings Financial, et al.
GMAC Matter No.: 692775

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 01/02/13 | Analyze order re filing report re bankruptcy status and order denying plaintiff's motion for reconsideration without prejudice. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 01/10/13 | Analyze BPO of property and exchange correspondence with client re prior settlement discussions for plaintiff's purchase of property and reducing GMAC's asking price for property. | L160 | 0.40 | 288.00 | 115.20 |
| JDI | 02/04/13 | Review court order re mediation and briefing schedule. | L160 | 0.30 | 279.00 | 83.70 |
| JDI | 02/08/13 | Review revised court mediation order indicating prior order was incorrect. | L160 | 0.30 | 279.00 | 83.70 |
| DL | 02/11/13 | Analyze Ninth Circuit order setting status conference. | L110 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **1.30** | | **$369.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.30 | $86.40 |
| L160 | Settlement/Non-Binding ADR | 1.00 | $282.60 |
| | **TOTAL** | **1.30** | **$369.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.   343593 | CLIENT | OCWEN Loan Servicing | | Page | 2 |
| | MATTER | Johnson, Wes W. | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 0.70 | 288.00 | $201.60 |
| Ives, Jon | JDI | Associate | 0.60 | 279.00 | $167.40 |
| | **Total** | | **1.30** | | **$369.00** |

| | | |
|---|---|---|
| PRIOR FEES | $30,582.90 | |
| PRIOR COSTS & EXPENSES | $2,373.05 | |

| | |
|---|---|
| FEES | $369.00 |
| **TOTAL THIS INVOICE** | **$369.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        343594        JBS

March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT        19000        OCWEN Loan Servicing
MATTER        0070        Awadalla, Evette v. Magdalena Garcia
                          GMAC Matter No.: 692925

**TOTAL AMOUNT DUE**                    **$232.65**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343594    JBS                                      March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 0070    Awadalla, Evette v. Magdalena Garcia
                        GMAC Matter No.: 692925

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEH | 01/14/13 | Draft status update to appellate court re: bankruptcy. | L510 | 0.40 | 261.00 | 104.40 |
| MEH | 01/14/13 | Draft email to client C. DiCicco enclosing bankruptcy stay update, with comments. | L510 | 0.20 | 261.00 | 52.20 |
| YS | 02/01/13 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| MEH | 02/11/13 | Strategize re: upcoming deadline to file bankruptcy status update. | L510 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | **0.90** | | **$232.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L190 | Other Case Assessment | 0.10 | $23.85 |
| L510 | Appellate Motions & Submission | 0.80 | $208.80 |
| | **TOTAL** | **0.90** | **$232.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Holt, M. Elizabeth | MEH | Associate | 0.80 | 261.00 | $208.80 |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | **0.90** | | **$232.65** |

PRIOR FEES                    $155,269.61
PRIOR COSTS & EXPENSES        $23,912.78

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343594 | CLIENT | OCWEN Loan Servicing | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Awadalla, Evette | | |

|  | FEES | $232.65 |
| --- | --- | --- |
| **TOTAL THIS INVOICE** | | **$232.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343595    JBS                                   March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    0132    Pierce, Stephen D. and Tamara v. U.S. Bank, N.A.
                  GMAC Matter No.: 688951

**TOTAL AMOUNT DUE          $4,416.69**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343595    JBS                                      March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 0132    Pierce, Stephen D. and Tamara v. U.S. Bank, N.A.
                        GMAC Matter No.: 688951

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KKB | 01/10/13 | Review and compare loan payment Histories for trial preparation | L110 | 1.70 | 148.50 | 252.45 |
| KKB | 01/29/13 | Research UD case | L110 | 0.30 | 148.50 | 44.55 |
| EMF | 02/01/13 | Revise Motion to Bifurcate. | L250 | 0.80 | 130.50 | 104.40 |
| EMF | 02/01/13 | Draft Ex Parte Application for Order Shortening Time to Hear Motion to Bifurcate. | L250 | 1.80 | 130.50 | 234.90 |
| EMF | 02/01/13 | Draft Notice to Plaintiffs of Ex Parte Application for Order Shortening Time to Hear Motion to Bifurcate. | L250 | 0.30 | 130.50 | 39.15 |
| GWJ | 02/01/13 | Drafting of ex parte notice to Plaintiff. | L420 | 0.20 | 261.00 | 52.20 |
| KKB | 02/01/13 | Telephone conference with GRW re research on UD complaint | L110 | 0.20 | 148.50 | 29.70 |
| ERB | 02/02/13 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| EMF | 02/04/13 | Draft Proposed Order on Ex Parte Application for Order Shortening Time. | L250 | 0.80 | 130.50 | 104.40 |
| EMF | 02/04/13 | Draft meet and confer letter to Plaintiffs regarding Request for Admissions. | L350 | 0.60 | 130.50 | 78.30 |
| GWJ | 02/04/13 | Correspondence with Plaintiff regarding ex parte motion to set bifurcation hearing. | L430 | 0.20 | 261.00 | 52.20 |
| GWJ | 02/04/13 | Drafting of meet and confer to Plaintiff regarding requests for admission. | L320 | 0.30 | 261.00 | 78.30 |
| GWJ | 02/04/13 | Review and revise ex parte application to hear motion to bifurcate on shortened notice. | L430 | 0.30 | 261.00 | 78.30 |
| GWJ | 02/05/13 | Telephone call with Plaintiff regarding | L430 | 0.20 | 261.00 | 52.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343595 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Pierce, Stephen D. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ex parte to set hearing for motion to bifurcate. | | | | |
| GWJ | 02/05/13 | Preparation of ex parte hearing. | L430 | 0.30 | 261.00 | 78.30 |
| GWJ | 02/05/13 | Correspondence with potential expert witness regarding upcoming trial date. | L420 | 0.20 | 261.00 | 52.20 |
| GWJ | 02/05/13 | Analysis and evaluation of expert witness resumes. | L420 | 0.50 | 261.00 | 130.50 |
| GWJ | 02/05/13 | Attention to expert witness designations. | L420 | 0.30 | 261.00 | 78.30 |
| EMF | 02/06/13 | Draft Notice of Deposition of Plaintiff Tamara Pierce with document request. | L330 | 1.70 | 130.50 | 221.85 |
| GWJ | 02/06/13 | Review and revise deposition notice to Mrs. Pierce. | L330 | 0.30 | 261.00 | 78.30 |
| GWJ | 02/07/13 | Attention to settlement strategy and trial strategy. | L120 | 0.30 | 261.00 | 78.30 |
| EJT | 02/08/13 | Attention to strategy ahead of trial including waiving jury and experts to retain. | L120 | 0.60 | 274.50 | 164.70 |
| GWJ | 02/08/13 | Telephone call with J. Druian regarding expert designations. | L420 | 0.20 | 261.00 | 52.20 |
| GWJ | 02/08/13 | Telephone call with T. Lambert regarding expert designations. | L420 | 0.20 | 261.00 | 52.20 |
| GWJ | 02/08/13 | Telephone call with client regarding trial and settlement posture. | L440 | 0.20 | 261.00 | 52.20 |
| GWJ | 02/08/13 | Telephone call with T. Lambert regarding case issues. | L420 | 0.30 | 261.00 | 78.30 |
| GWJ | 02/08/13 | Review and revise designation of experts. | L420 | 0.20 | 261.00 | 52.20 |
| EMF | 02/11/13 | Draft Designation of Experts. | L420 | 1.20 | 130.50 | 156.60 |
| EMF | 02/11/13 | Draft subpoena, attachment, and notice to consumer to Morgan Stanley. | L320 | 1.30 | 130.50 | 169.65 |
| EMF | 02/11/13 | Draft trial subpoena and notice to consumer for Morgan Stanley. | L440 | 1.10 | 130.50 | 143.55 |
| GWJ | 02/11/13 | Analysis and evaluation of client documents regarding payments made by Plaintiffs in 2006. | L110 | 0.40 | 261.00 | 104.40 |
| GWJ | 02/11/13 | Preparation of document subpoena to Morgan Stanley. | L320 | 0.20 | 261.00 | 52.20 |
| GWJ | 02/12/13 | Preparation of subpoena to Morgan Stanley. | L320 | 0.20 | 261.00 | 52.20 |
| EMF | 02/13/13 | Draft retention letters to experts Lambert and Druian. | L420 | 0.70 | 130.50 | 91.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343595 | CLIENT   OCWEN Loan Servicing | | | | Page | 3 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | MATTER   Pierce, Stephen D. | | | | | |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| EMF | 02/13/13 | Draft letter to Plaintiffs regarding Trial. | L440 | 0.50 | 130.50 | 65.25 |
| GWJ | 02/13/13 | Preparation of letter to Plaintiffs regarding trial preparation and possible continuance. | L120 | 0.20 | 261.00 | 52.20 |
| GWJ | 02/13/13 | Correspondence with client regarding trial preparation and strategy, and settlement options. | L120 | 0.30 | 261.00 | 78.30 |
| ERB | 02/13/13 | Attention to trial readiness issues including revised memo to client and strategy re upcoming deadlines. | L120 | 0.80 | 279.00 | 223.20 |
| GWJ | 02/14/13 | Correspondence with Plaintiffs regarding stipulation to amend answer. | L210 | 0.20 | 261.00 | 52.20 |
| GWJ | 02/14/13 | Correspondence with client regarding expert curriculum vitaes. | L420 | 0.20 | 261.00 | 52.20 |
| EMF | 02/15/13 | Draft Notice to Appear in Lieu of Subpoena to Plaintiff Stephen Pierce with Document Request. | L440 | 3.10 | 130.50 | 404.55 |
| GWJ | 02/15/13 | Correspondence with client regarding expert witness budget and testimony categories. | L420 | 0.40 | 261.00 | 104.40 |
| GWJ | 02/15/13 | Correspondence with client regarding expert and damage calculation. | L420 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | **24.20** | | **$4,279.05** |

## COSTS & EXPENSES

| | | |
| --- | --- | --- |
| 02/13/13 | Titan Legal Services, Inc.; Serv Process, Subpoena Fees;  Pertaning to: Stephen D. Pierce and Tamara Rae Pierce From: Specialized Loan Servicing, LLC c/o Capital Corporation Services, Inc. 455 Capital Mall Complex, Suite 217 Sacramento, CA, 95814 01/30/13 | 137.64 |
| | **TOTAL COSTS & EXPENSES** | **$137.64** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L110 | Fact Investigation/Development | 2.60 | $431.10 |
| L120 | Analysis/Strategy | 2.30 | $624.60 |
| L210 | Pleadings | 0.20 | $52.20 |
| L250 | Other Written Motions | 3.70 | $482.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## *&* Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   343595 | CLIENT | OCWEN Loan Servicing | | | Page | 4 |
|---|---|---|---|---|---|---|
| | MATTER | Pierce, Stephen D. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L320 | Document Production | | 2.00 | $352.35 | | |
| L330 | Depositions | | 2.00 | $300.15 | | |
| L350 | Discovery Motions | | 0.60 | $78.30 | | |
| L420 | Expert Witnesses | | 4.90 | $1,030.95 | | |
| L430 | Written Motions/Submissions | | 1.00 | $261.00 | | |
| L440 | Other Trial Preparation | | 4.90 | $665.55 | | |
| | **TOTAL** | | **24.20** | **$4,279.05** | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Troutman, Eric | EJT | | Member | 0.60 | 274.50 | $164.70 |
| Feldfeber, Edward | EMF | | Paralegal | 13.90 | 130.50 | $1,813.95 |
| Buell, Edward | ERB | | Associate | 0.90 | 279.00 | $251.10 |
| Walser-Jolly, Genevieve | GWJ | | Associate | 6.60 | 261.00 | $1,722.60 |
| Brown, Kimberly | KKB | | Paralegal | 2.20 | 148.50 | $326.70 |
| | | **Total** | | **24.20** | | **$4,279.05** |

| | |
|---|---|
| PRIOR FEES | $75,341.90 |
| PRIOR COSTS & EXPENSES | $6,978.39 |

| | |
|---|---|
| FEES | $4,279.05 |
| COSTS & EXPENSES | $137.64 |
| **TOTAL THIS INVOICE** | **$4,416.69** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

```
91 · 74  +
76 · 90  +
169 · 00  +
139 · 00  +
71 · 50  +
67 · 00  +
79 · 00  +
124 · 00  +
94 · 00  +
112 · 00  +
67 · 00  +
55 · 00  +
112 · 00  +
94 · 00  +
147 · 00  +
94 · 00  +
169 · 00  +
169 · 00  +
199 · 00  +
94 · 00  +
169 · 00  +
169 · 00  +
```

```
0 2 3
2 , 699 · 78  *
```

# INVOICE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| SEVE73 | January 30, 2013 | SU239854-01-01 |

Bill To:
**Kimb**
**Seve**
**1910**
**Irvin**

Ordered By:
**Genevieve R. Walser-Jolly, Esq.**
**Severson & Werson, APC**
**19100 Von Karman, Suite 700**
**Irvine, CA 92612**

Client File No.: __19000.0132__
Pertaining To: Stephen D. Pierce and Tamara Rae Pierce
Records From: Specialized Loan Servicing, LLC c/o Capital Corporate Services, Inc.
Rae Pierce 455 Capital Mall Complex, Suite 217
, et al. Sacramento, CA, 95814

| ENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Bas | | | 25.00 |
| Ser | | | 18.00 |
| Cus | | | 15.00 |
| Fee Advancement Charge | 15.00 | .10 | 1.50 |
| Out of Area Service Charge | | | 30.00 |
| Document(s) Scanned (Back Up) | 405.00 | .10 | 40.50 |

Comments: 19000-0132

| | |
|---|---|
| SUB-TOTAL | 130.00 |
| SALES TAX | 7.64 |
| TOTAL DUE | **$ 137.64** |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8855.

**PLEASE PAY FROM THIS INVOICE**

TERMS: NET 15 DAYS

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

We recognize that some of our customers may be billing these expenses through their clients. In any case, the Titan Legal Services, Inc. customer remains responsible to pay within our terms regardless of their receivables.

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE** INV#:SU239854-01/WHITINV

# Severson
## *&*Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343597    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    0260    Krause, Paul and Jennifer v. Homecomings Financial, LLC
C/M# 697891

**TOTAL AMOUNT DUE**              **$294.25**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343597    JBS                                          March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 0260    Krause, Paul and Jennifer v. Homecomings Financial, LLC
C/M# 697891

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| GWJ | 01/02/13 | Correspondence with Plaintiff regarding dismissal. | L160 | 0.20 | 261.00 | 52.20 |
| GWJ | 01/02/13 | Correspondence with co-defendant regarding dismissal. | L160 | 0.20 | 261.00 | 52.20 |
| GWJ | 01/03/13 | Correspondence with client regarding dismissal. | L120 | 0.20 | 261.00 | 52.20 |
| ERB | 01/04/13 | Review file and communications with client re status. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 02/02/13 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | **0.80** | | **$212.40** |

## COSTS & EXPENSES

|  |  |  |
|--|--|--|
| 02/06/13 | First Legal Network, LLC; Court Services; LASC- Torrance, Ca. 12/19/12 | 81.85 |

**TOTAL COSTS & EXPENSES**                          **$81.85**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $108.00 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $104.40 |
| | **TOTAL** | **0.80** | **$212.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## *&* Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343597 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
| | | MATTER | Krause, Paul & Jennifer | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Walser-Jolly, Genevieve | | GWJ | Associate | 0.60 | 261.00 | $156.60 | |
| | **Total** | | | **0.80** | | **$212.40** | |

PRIOR FEES                   $86,653.80

PRIOR COSTS & EXPENSES      $3,022.33

| | | |
|---|---|---|
| FEES | $212.40 |
| COSTS & EXPENSES | $81.85 |
| **TOTAL THIS INVOICE** | **$294.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343598    JBS

March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    0384    Shepherd, Dwayne and Selene v. GMAC Mortgage
GMAC Matter No.: 695408

**TOTAL AMOUNT DUE**          **$2,757.00**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343598    JBS                                      March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 0384    Shepherd, Dwayne and Selene v. GMAC Mortgage
GMAC Matter No.: 695408

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCN | 02/01/13 | Communication from Hartshorn regarding strategy for settlement on case in view of completion of eviction and stay of claims. | L160 | 0.20 | 306.00 | 61.20 |
| MCN | 02/01/13 | Preparation of letter to Plaintiffs regarding effect of modified bankruptcy stay and Court's order staying monetary claims in order to resolve case and analysis of strategy regarding same. | L160 | 0.50 | 306.00 | 153.00 |
| MCN | 02/01/13 | Analysis of status of case to prepare assessment of case, recommendations and status report to client. | L120 | 0.50 | 306.00 | 153.00 |
| MCN | 02/01/13 | Prepare assessment of case, recommendations and status report to client. | L120 | 0.40 | 306.00 | 122.40 |
| ERB | 02/02/13 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| MCN | 02/05/13 | Analysis and evaluation of strategy for issuing settlement offer to Plaintiffs in view of stay of monetary relief claims and conclusion of unlawful detainer action. | L160 | 0.50 | 306.00 | 153.00 |
| MCN | 02/05/13 | Analysis of strategy for settlement via offer to compromise claim under Code of Civil Procedure 998 in order to review with client and formulate settlement terms. | L160 | 0.40 | 306.00 | 122.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343598 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Shepherd, Dwayne & Selene | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MCN | 02/06/13 | Analysis and evaluation of strategy for issuance of settlement proposal to Shepherds and drafting of proposed settlement offer. | L160 | 0.70 | 306.00 | 214.20 |
| MCN | 02/06/13 | Correspondence with Amy Hartshorn regarding proposed settlement communication to Plaintiffs. | L160 | 0.30 | 306.00 | 91.80 |
| MCN | 02/06/13 | Correspondence with Michael Alfred regarding GMAC's settlement proposal to Plaintiffs. | L160 | 0.30 | 306.00 | 91.80 |
| MCN | 02/06/13 | Correspondence with Karen DeBolt regarding confirmation that Plaintiffs' motion to strike GMAC Deutsche Bank and ETS's answers is withdrawn as improper. | L250 | 0.20 | 306.00 | 61.20 |
| MCN | 02/06/13 | Preparation of detailed terms of settlement proposal to be issued to Plaintiffs and preparation of correspondence to Plaintiffs' counsel regarding same. | L160 | 0.80 | 306.00 | 244.80 |
| MCN | 02/06/13 | Correspondence with Amy Hartshorn regarding detailed terms of settlement proposal to be issued to Plaintiffs and correspondence to Plaintiffs' counsel regarding same. | L160 | 0.40 | 306.00 | 122.40 |
| MCN | 02/06/13 | Correspondence to Plaintiffs' counsel Karen DeBolt regarding terms of settlement proposal to Plaintiffs. | L160 | 0.30 | 306.00 | 91.80 |
| MCN | 02/06/13 | Preparation of detailed terms of settlement proposal to be issued to Plaintiffs and preparation of correspondence to Plaintiffs' counsel regarding same. | L160 | 0.80 | 306.00 | 244.80 |
| MCN | 02/06/13 | Review of status of Plaintiffs' improper motion to strike answers and communication with Court regarding status of same. | L250 | 0.20 | 306.00 | 61.20 |
| MCN | 02/08/13 | Analysis of strategy for demanding dismissal of action and conference call with Plaintiffs' counsel regarding same. | L160 | 0.50 | 306.00 | 153.00 |
| MCN | 02/11/13 | Analysis and evaluation of strategy for settlement negotiations with Plaintiffs in view of Plaintiffs' response to opening offer and strategy for same. | L160 | 0.30 | 306.00 | 91.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343598 | CLIENT | OCWEN Loan Servicing | | | | Page | 3 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Shepherd, Dwayne & Selene | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MCN | 02/12/13 | Correspondence with DeBolt regarding counter offer in response to settlement demand by plaintiffs. | L160 | 0.20 | 306.00 | 61.20 |
| MCN | 02/12/13 | Further evaluation of strategy for settlement negotiation and correspondence with Hartshorn regarding same. | L160 | 0.20 | 306.00 | 61.20 |
| MCN | 02/13/13 | Correspondence with Hartshorn regarding status of settlement negotiations and drafting of agreement. | L160 | 0.30 | 306.00 | 91.80 |
| MCN | 02/14/13 | Further analysis of terms of settlement in order to propose same to Plaintiffs. | L160 | 0.20 | 306.00 | 61.20 |
| MCN | 02/14/13 | Correspondence with Amy Hartshorn regarding proposed settlement terms in order to draft agreement to be proposed to Plaintiffs and analysis of strategy for negotiating terms. | L160 | 0.40 | 306.00 | 122.40 |
| | | **TOTAL** | | **8.70** | | **$2,659.50** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| | 01/25/13 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; SD SUPCRT ROA CA 01/06/13 | 7.50 |
| | 01/25/13 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; SD SUPCRT ROA CA 01/11/13 | 7.50 |
| | 01/25/13 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; SD SUPCRT ROA CA 01/11/13 | 7.50 |
| | 01/25/13 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; SD SUPCRT ROA CA 01/11/13 | 30.00 |
| | 01/25/13 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; SD SUPCRT ROA CA 01/11/13 | 45.00 |
| | | **TOTAL COSTS & EXPENSES** | **$97.50** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L120    Analysis/Strategy | 1.00 | $303.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## *&*Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343598 | CLIENT | OCWEN Loan Servicing | | Page | 4 |
|---|---|---|---|---|---|---|
| | | MATTER | Shepherd, Dwayne & Selene | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | | 7.30 | $2,233.80 | | |
| L250 | Other Written Motions | | 0.40 | $122.40 | | |
| | **TOTAL** | | **8.70** | **$2,659.50** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Nowlin, Marlene | MCN | Special Counsel | 8.60 | 306.00 | $2,631.60 |
| | **Total** | | **8.70** | | **$2,659.50** |

PRIOR FEES        $34,377.75
PRIOR COSTS & EXPENSES        $3,945.52

| | |
|---|---|
| FEES | $2,659.50 |
| COSTS & EXPENSES | $97.50 |
| **TOTAL THIS INVOICE** | **$2,757.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343599    JBS                                              March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT     19000    OCWEN Loan Servicing
MATTER     0454     Selby, Jacqueline v. Bank of America
                    GMAC Matter No.: 694911

**TOTAL AMOUNT DUE**              $357.75

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343599    JBS

March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 0454    Selby, Jacqueline v. Bank of America
GMAC Matter No.: 694911

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 12/10/12 | Receipt, review and analysis of the parties' joint motion to continue pretrial conference and related deadlines | L120 | 0.10 | 238.50 | 23.85 |
| YS | 12/13/12 | Receipt, review and analysis of the parties' joint motion for a protective order | L120 | 0.10 | 238.50 | 23.85 |
| YS | 12/14/12 | Review and analysis of the Court's order granting joint motion for entry of protective order and protective order | L120 | 0.20 | 238.50 | 47.70 |
| JHT | 12/27/12 | Reviewed docket to confirm upcoming hearing dates and status of litigation. | L190 | 0.20 | 238.50 | 47.70 |
| YS | 01/03/13 | Draft status update for the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 02/01/13 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 02/08/13 | Review and analysis of the respective parties' memorandum of contentions of fact and law in light of pending trial | L120 | 0.50 | 238.50 | 119.25 |
| YS | 02/11/13 | Receipt, review and analysis of the plaintiff's pre-trial disclosures in light of the pending trial | L120 | 0.10 | 238.50 | 23.85 |
| YS | 02/11/13 | Receipt, review and analysis of Bank of America's pre-trial disclosures in light of pending trial | L120 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **1.50** | | **$357.75** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&* Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  343599 | CLIENT | OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|---|
| | MATTER | Selby, Jacqueline | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.10 | $262.35 |
| L190 | Other Case Assessment | 0.40 | $95.40 |
| | **TOTAL** | **1.50** | **$357.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.20 | 238.50 | $47.70 |
| Shaham, Yaron | YS | Special Counsel | 1.30 | 238.50 | $310.05 |
| | **Total** | | **1.50** | | **$357.75** |

| PRIOR FEES | $20,385.90 |
|---|---|
| PRIOR COSTS & EXPENSES | $771.24 |

| | FEES | $357.75 |
|---|---|---|
| | **TOTAL THIS INVOICE** | $357.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      343600      JBS                                      March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000    OCWEN Loan Servicing
MATTER      0495     Frick, Linda v. Valerie Pina
                     GMAC Matter No.: 700169

**TOTAL AMOUNT DUE**          $272.70

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343600    JBS                                      March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  0495    Frick, Linda v. Valerie Pina
GMAC Matter No.: 700169

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 02/02/13 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| EMR | 02/04/13 | E-mail communications with J. Best re recordation of reconveyance. | L160 | 0.20 | 306.00 | 61.20 |
| EMR | 02/04/13 | Review e-mail from plaintiff's counsel re recordation of reconveyance. | L160 | 0.10 | 306.00 | 30.60 |
| EMR | 02/06/13 | E-mail to J. Best with recorded copy of reconveyance. | L160 | 0.10 | 306.00 | 30.60 |
| EMR | 02/06/13 | Review and respond to e-mail from plaintiff's counsel re recordation of reconveyance and dismissal. | L120 | 0.20 | 306.00 | 61.20 |
| EMR | 02/07/13 | Further e-mail communications with plaintiff's counsel re dismissal of action. | L160 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **0.90** | | **$272.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $89.10 |
| L160 | Settlement/Non-Binding ADR | 0.60 | $183.60 |
| | **TOTAL** | **0.90** | **$272.70** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343600 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
| | | MATTER | Frick, Linda | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Roman, Eleanor | EMR | Special Counsel | 0.80 | 306.00 | $244.80 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **0.90** | | **$272.70** |

PRIOR FEES                        $96,164.55
PRIOR COSTS & EXPENSES     $11,789.32

| | |
|---|---|
| FEES | $272.70 |
| **TOTAL THIS INVOICE** | **$272.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343603    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000    OCWEN Loan Servicing
MATTER      0683     Burnett (Daniels)
                     GMAC Matter No.: 706245

**TOTAL AMOUNT DUE**              $3,219.75

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343603    JBS

March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 0683    Burnett (Daniels)
GMAC Matter No.: 706245

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 02/01/13 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 02/01/13 | Appeared at Trial Setting Conference. | L230 | 3.50 | 238.50 | 834.75 |
| JHT | 02/01/13 | Reviewed deposition subpoena to LAPD. | L210 | 0.20 | 238.50 | 47.70 |
| JHT | 02/05/13 | Prepared for Petitioner's deposition of Respondend Donna Daniels. | L330 | 1.00 | 238.50 | 238.50 |
| JHT | 02/06/13 | Attended Petitioner's deposition of Respondent Donna Daniels. | L330 | 8.70 | 238.50 | 2,074.95 |
| | | **TOTAL** | | **13.50** | | **$3,219.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L190 | Other Case Assessment | 0.10 | $23.85 |
| L210 | Pleadings | 0.20 | $47.70 |
| L230 | Court Mandated Conferences | 3.50 | $834.75 |
| L330 | Depositions | 9.70 | $2,313.45 |
| | **TOTAL** | **13.50** | **$3,219.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Tuffaha, Joe | JHT | Associate | 13.40 | 238.50 | $3,195.90 |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | **13.50** | | **$3,219.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343603 | CLIENT | OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Burnett (Daniels) | | |

PRIOR FEES                          $19,459.35
PRIOR COSTS & EXPENSES              $1,566.11


                                    FEES        $3,219.75
                         **TOTAL THIS INVOICE   $3,219.75**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343604    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000    OCWEN Loan Servicing
MATTER      0704     Casas, Hermina
                     GMAC Matter No.: 732095

**TOTAL AMOUNT DUE            $7,258.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343604    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 0704    Casas, Hermina
GMAC Matter No.: 732095

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 02/01/13 | Analysis and evaluation of potential demand on title insurer and proof of damages | L160 | 0.90 | 427.50 | 384.75 |
| JBS | 02/04/13 | Analysis and evaluation of proof of claim without promissory note | L120 | 1.00 | 427.50 | 427.50 |
| ERB | 02/04/13 | Strategize re discovery plan and potential resolution options. | L120 | 0.70 | 279.00 | 195.30 |
| RSS | 02/04/13 | Strategize regarding upcoming trial with M. Wraight and J. Sullivan, and follow up regarding same. | L120 | 0.90 | 288.00 | 259.20 |
| RSS | 02/04/13 | Prepare for and participate in strategy conference with J. Sullivan and T. Buell, and follow up regarding same. | L120 | 0.70 | 288.00 | 201.60 |
| RSS | 02/05/13 | Confer with J. Sullivan regarding possible re-tooled summary judgment motion and case status and strategy for trial, and prepare for and follow up regarding same. | L120 | 0.90 | 288.00 | 259.20 |
| JBS | 02/06/13 | Analysis and evaluation of appraisal and mortgage payoff demand | L120 | 0.50 | 427.50 | 213.75 |
| RSS | 02/06/13 | Draft and revise document subpoena to borrower and coordinate with G. Webb regarding same. | L310 | 2.10 | 288.00 | 604.80 |
| JBS | 02/07/13 | Analysis and evaluation of potential leads to find further internal documents; Review from Manish | L120 | 1.50 | 427.50 | 641.25 |
| ERB | 02/07/13 | Review and analysis of accounting notes and payment history. | L120 | 0.60 | 279.00 | 167.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343604 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Casas, Hermina | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| RSS | 02/07/13 | Strategize with client regarding case documents and next steps. | L120 | 0.40 | 288.00 | 115.20 |
| RSS | 02/07/13 | Strategize regarding case documents and posture and formulate going forward attack plan with J. Sullivan and T. Buell, and prepare for and follow up regarding same. | L120 | 1.60 | 288.00 | 460.80 |
| RSS | 02/08/13 | Review and analyze case documents, settlement correspondence, summary judgment briefing and order, and bankruptcy consent order and final supplemental order for trial strategy, and coordinate with J. Sullivan and D. Cram regarding same. | L120 | 2.10 | 288.00 | 604.80 |
| RSS | 02/08/13 | Conduct strategy call with K. Priore and J. Sullivan regarding summary judgment, settlement, and trial strategy, and follow up regarding same. | L120 | 0.50 | 288.00 | 144.00 |
| RSS | 02/08/13 | Draft correspondence to plaintiffs' counsel in response to settlement correspondence and regarding effect of bankruptcy stay in the context of his demands and goals at trial. | L160 | 0.70 | 288.00 | 201.60 |
| JBS | 02/11/13 | Analysis and evaluation of proof of damages | L160 | 0.60 | 427.50 | 256.50 |
| RSS | 02/11/13 | Appear for and participate in case management conference set by Court, and follow up regarding same. | L230 | 1.40 | 288.00 | 403.20 |
| RSS | 02/12/13 | Confer with M. Verma regarding case status and strategy and follow up regarding same. | L120 | 0.50 | 288.00 | 144.00 |
| RSS | 02/12/13 | Confer with J. Sullivan and T. Buell regarding case status and strategy. | L120 | 0.30 | 288.00 | 86.40 |
| JBS | 02/13/13 | Analysis and evaluation of potential discovery to obtain note | L120 | 0.50 | 427.50 | 213.75 |
| RSS | 02/13/13 | Confer with M. Verma regarding case status and strategy and follow up regarding same with team. | L120 | 0.50 | 288.00 | 144.00 |
| RSS | 02/13/13 | Conduct research and analysis to prepare and prosecute case. | L120 | 0.80 | 288.00 | 230.40 |
| JBS | 02/14/13 | Analysis and evaluation of litigation strategy and deposition of borrower | L120 | 1.00 | 427.50 | 427.50 |
| ERB | 02/14/13 | Strategize re potential resolution and | L120 | 0.40 | 279.00 | 111.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   343604 | CLIENT | OCWEN Loan Servicing | | Page | 3 |
|---|---|---|---|---|---|
| | MATTER | Casas, Hermina | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | potential parties to include in resolution discussions. | | | | |
| ERB | 02/14/13 | Attention to issues re note and potential impact on strengths of claims and potential for recovery. | L120 | 0.40 | 279.00 | 111.60 |
| | | **TOTAL** | | **21.50** | | **$7,010.10** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 02/04/13 | CourtCall, LLC; CourtCall - Conference Service; 02/11/13 | 78.00 |
| 02/12/13 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement, Plaintiff's Demand For Trial By Jury 01/28/13 | 9.95 |
| 02/12/13 | One Legal, Inc.; Transmittal of filing to court; Plaintiff's Notice of Payment of Jury Fees including Court Filing Fee $150 01/30/13 | 159.95 |
| | **TOTAL COSTS & EXPENSES** | **$247.90** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 15.80 | $5,159.25 |
| L160 | Settlement/Non-Binding ADR | 2.20 | $842.85 |
| L230 | Court Mandated Conferences | 1.40 | $403.20 |
| L310 | Written Discovery | 2.10 | $604.80 |
| | **TOTAL** | **21.50** | **$7,010.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 2.10 | 279.00 | $585.90 |
| Sullivan, John | JBS | Member | 6.00 | 427.50 | $2,565.00 |
| Saelao, Rebecca | RSS | Special Counsel | 13.40 | 288.00 | $3,859.20 |
| | **Total** | | **21.50** | | **$7,010.10** |

| | |
|---|---|
| PRIOR FEES | $25,028.10 |
| PRIOR COSTS & EXPENSES | $1,160.67 |

| | |
|---|---|
| FEES | $7,010.10 |
| COSTS & EXPENSES | $247.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343604        CLIENT    OCWEN Loan Servicing                    Page        4
                            MATTER    Casas, Hermina

**TOTAL THIS INVOICE**                    $7,258.00

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**REMIT PAYMENT TO:**
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815



SEVERSON & WERSON
ATTN: Accounting Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

| INVOICE No. | |
|---|---|
| 5198920 | |
| Date: | 1/30/13 |
| Cust. No.: | 0000562 |

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 5198920 |
| Inv. Date: | 1/30/13 |
| Due Date: | 2/14/13 |
| Total: | $159.95 |
| Terms: | Net 15 |

| | |
|---|---|
| Law Firm Contact: | Sally J. Hamm |
| Client File No.: | none    17000·0704 |
| Case Short Title: | GMAC Mortgage, LLC vs. The Union Labor Life Insurance Company V. N/A |
| Documents: | Plaintiff's Notice of Payment of Jury Fees |
| One Legal Branch: | |
| Court: | Superior Court of California, Orange County |
| Description: | |

| | |
|---|---|
| **COURT FILING FEE** | $150.00 |
| **E-FILING SERVICE FEE - UNLIMITED** | $9.95 |

2/7/13 OK to pay

for Rebecca S. Saelao



| Due Date | 2/14/13 | Total This Invoice | $159.95 |
|---|---|---|---|

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      343606      JBS                                      March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000      OCWEN Loan Servicing
MATTER      0779      Aniel, Fermin and Erlinda
                              GMAC Matter No.: 732286

**TOTAL AMOUNT DUE**               $182.70

**\*\*\* REMITTANCE COPY \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343606    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  0779    Aniel, Fermin and Erlinda
GMAC Matter No.: 732286

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEH | 12/21/12 | Review case file for status and upcoming deadlines. | L120 | 0.20 | 261.00 | 52.20 |
| MEH | 12/21/12 | Draft bankruptcy status report for quarterly court filing. | L510 | 0.50 | 261.00 | 130.50 |
| | | **TOTAL** | | **0.70** | | **$182.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $52.20 |
| L510 | Appellate Motions & Submission | 0.50 | $130.50 |
| | **TOTAL** | **0.70** | **$182.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Holt, M. Elizabeth | MEH | Associate | 0.70 | 261.00 | $182.70 |
| | **Total** | | **0.70** | | **$182.70** |

PRIOR FEES                         $18,968.85
PRIOR COSTS & EXPENSES             $3,713.88

| | FEES | $182.70 |
|---|------|---------|
| | **TOTAL THIS INVOICE** | **$182.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343608    JBS                                      March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT       19000    OCWEN Loan Servicing
MATTER    0844     Nguyen, Diem T.
                          GMAC Matter No.: 712197

**TOTAL AMOUNT DUE**              **$381.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343608    JBS                                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 0844    Nguyen, Diem T.
GMAC Matter No.:  712197

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEH | 02/13/13 | Draft letter to appellate court with update re: bankruptcy status. | L510 | 0.50 | 261.00 | 130.50 |
| MEH | 02/13/13 | Draft email to client L. Delehey enclosing draft of bankruptcy update letter, with comments. | L510 | 0.30 | 261.00 | 78.30 |
| MXS | 02/13/13 | Reviewed and coordinated mailing of additional attachment to letter to appeals court. | L460 | 0.30 | 216.00 | 64.80 |
| MXS | 02/14/13 | Strategized re complex service list to determine parties that needed to receive letter to appeals court. | L250 | 0.30 | 216.00 | 64.80 |
| MXS | 02/14/13 | Reviewed and edited letter re status of bankruptcy stay for appeals court. | L250 | 0.20 | 216.00 | 43.20 |
| | | **TOTAL** | | **1.60** | | **$381.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L250 | Other Written Motions | 0.50 | $108.00 |
| L460 | Post-Trial Motions & Submissio | 0.30 | $64.80 |
| L510 | Appellate Motions & Submission | 0.80 | $208.80 |
| | **TOTAL** | **1.60** | **$381.60** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   343608 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Nguyen, Diem T. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Holt, M. Elizabeth | MEH | Associate | 0.80 | 261.00 | $208.80 | |
| Schindler, Maria | MXS | Associate | 0.80 | 216.00 | $172.80 | |
| | **Total** | | **1.60** | | **$381.60** | |

PRIOR FEES                          $26,329.50
PRIOR COSTS & EXPENSES         $886.81

|  |  |
|---|---|
| FEES | $381.60 |
| **TOTAL THIS INVOICE** | **$381.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343610    JBS                                              March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| CLIENT | 19000 | OCWEN Loan Servicing |
|--------|-------|----------------------|
| MATTER | 1007  | Abed-Stephen, Vachagan and Susie |
|        |       | GMAC Matter No.: 716689 |

*730159*

**TOTAL AMOUNT DUE**                    **$257.85**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343610    JBS

March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1007    Abed-Stephen, Vachagan and Susie
GMAC Matter No.: 716689

**FOR PROFESSIONAL SERVICES RENDERED**    01/01/1994        02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| KPL | 02/04/13 | Review court docket - case stayed, next update due 05/07/2013; edit appellate case matrix for attorney review and reference. | L120 | 0.30 | 76.50 | 22.95 |
| MEH | 02/11/13 | Monitor appeals docket re: status of bankruptcy stay. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 02/11/13 | Draft email to client J. Holtgren notifying of stay of appeal pending bankruptcy discharge. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 02/12/13 | Strategize re: response to question from client (J. Holtgren) re: advisability of proceeding with foreclosure sale while appeal is stayed. | L120 | 0.30 | 261.00 | 78.30 |
| MEH | 02/15/13 | Strategize re: pending stay of case due to bankruptcy. | L510 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | **1.20** | | **$257.85** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.60 | $101.25 |
| L510 | Appellate Motions & Submission | 0.60 | $156.60 |
| | **TOTAL** | **1.20** | **$257.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343610 | CLIENT | OCWEN Loan Servicing | Page | 2 |
| | | MATTER | Abed-Stephen, Vachagan | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Lee, Kristina | KPL | Legal Assistant | 0.30 | 76.50 | $22.95 |
| Holt, M. Elizabeth | MEH | Associate | 0.90 | 261.00 | $234.90 |
| | **Total** | | **1.20** | | **$257.85** |

| | | |
|---|---|---|
| PRIOR FEES | $22,574.33 | |
| PRIOR COSTS & EXPENSES | $2,321.98 | |

|  |  |
|---|---|
| FEES | $257.85 |
| **TOTAL THIS INVOICE** | **$257.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343611    JBS                                      March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006


CLIENT    19000    OCWEN Loan Servicing
MATTER    1042     Gillard, Griselda L.
                   GMAC Matter No.: 718047


**TOTAL AMOUNT DUE**              $873.45


## *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343611      JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1042      Gillard, Griselda L.
                          GMAC Matter No.: 718047

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| AAW | 02/05/13 | Speak with Yaron Shaham regarding February 6 demurrer hearing. | L240 | 0.10 | 225.00 | 22.50 |
| RJG | 02/07/13 | Correspondence with our client to advise regarding mediation and pending case issues. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 02/07/13 | Correspondence with title company counsel to respond regarding mediation issues. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 02/08/13 | Correspondence with co-defendants and our client regarding mediation issues and strategy. | L160 | 0.50 | 274.50 | 137.25 |
| RJG | 02/11/13 | Correspondence with title company counsel regarding mediation issues. | L160 | 0.20 | 274.50 | 54.90 |
| RJG | 02/12/13 | Correspondence with our client to advise regarding pending mediation issues. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 02/12/13 | Correspondence with title company counsel regarding mediation scheduling and mediation issues. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 02/13/13 | Correspondence with title company counsel regarding scheduling mediation and mediation issues. | L160 | 0.20 | 274.50 | 54.90 |
| RJG | 02/13/13 | Correspondence with our client regarding scheduling mediation and mediation issues. | L160 | 0.20 | 274.50 | 54.90 |
| RJG | 02/15/13 | Correspondence with our client to advise regarding title company proposed mediation terms and motion | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 343611 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Gillard, Griselda L. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | for summary judgment issues. | | | | |
| RJG | 02/15/13 | Telephone call with title company counsel to discuss pending mediation and motion for summary judgment issues and strategy. | L120 | 0.50 | 274.50 | 137.25 |
| | | **TOTAL** | | **3.20** | | **$873.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $219.60 | | | |
| L160 | Settlement/Non-Binding ADR | 2.30 | $631.35 | | | |
| L240 | Dispositive Motions | 0.10 | $22.50 | | | |
| | **TOTAL** | **3.20** | **$873.45** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Wood, Andrew | AAW | Associate | 0.10 | 225.00 | $22.50 |
| Gandy, Robert | RJG | Special Counsel | 3.10 | 274.50 | $850.95 |
| | **Total** | | **3.20** | | **$873.45** |

| | | | |
|---|---|---|---|
| PRIOR FEES | $12,060.90 | | |
| PRIOR COSTS & EXPENSES | $516.09 | | |

| | | |
|---|---|---|
| FEES | | $873.45 |
| **TOTAL THIS INVOICE** | | **$873.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343613    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| CLIENT | 19000 | OCWEN Loan Servicing |
| MATTER | 1057 | DeLery, Henry |
| | | GMAC Matter No.: 718687 |

**TOTAL AMOUNT DUE**          **$611.10**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343613    JBS                                         March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1057    DeLery, Henry
GMAC Matter No.: 718687

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 02/04/13 | Review proposed reply papers on demurrer. | L240 | 0.20 | 333.00 | 66.60 |
| KWF | 02/04/13 | Review draft reply brief in support of demurrer. | L120 | 0.10 | 270.00 | 27.00 |
| SMH | 02/14/13 | Attention to deposition scheduling. | L330 | 0.20 | 333.00 | 66.60 |
| KWF | 02/14/13 | Review and respond to emails from J. Lowenthal re: demurrer hearing and deposition. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 02/14/13 | Prepare email to J. Hoy advising of outcome of demurrer and proposing strategy for resolution. | L120 | 0.80 | 270.00 | 216.00 |
| SMH | 02/15/13 | Evaluate tentative ruling and impact on case strategy going forward, review J. Hoy email re same. | L120 | 0.30 | 333.00 | 99.90 |
| KWF | 02/15/13 | Review and respond to email from J. Hoy re: expert report. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **2.10** | | **$611.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.70 | $477.90 |
| L240 | Dispositive Motions | 0.20 | $66.60 |
| L330 | Depositions | 0.20 | $66.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&*Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.   343613 | **CLIENT** | OCWEN Loan Servicing | | Page | 2 |
| | **MATTER** | DeLery, Henry | | | |

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | **2.10** | **$611.10** | |
| **Timekeeper** | **Position** | **Hours** | **Rate** | **Value** |
| Franich, Kerry | KWF | Associate | 1.40 | 270.00 | $378.00 |
| Hankins, Suzanne | SMH | Member | 0.70 | 333.00 | $233.10 |
| | **Total** | | **2.10** | | **$611.10** |

| | |
|---|---|
| PRIOR FEES | $36,043.20 |
| PRIOR COSTS & EXPENSES | $2,017.16 |

| | |
|---|---|
| FEES | $611.10 |
| **TOTAL THIS INVOICE** | **$611.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     343614     JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT     19000     OCWEN Loan Servicing
MATTER     1066     Riggio, Jaye
                    GMAC Matter No.: 719018

**TOTAL AMOUNT DUE**          $3,801.90

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 343614 | JBS | March 26, 2013 |

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1066    Riggio, Jaye
GMAC Matter No.: 719018

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JDI | 01/04/13 | Calendar oral argument and correspond with C. DiCicco. | L530 | 0.30 | 279.00 | 83.70 |
| JDI | 01/07/13 | Prepare for oral argument. | L530 | 0.30 | 279.00 | 83.70 |
| JDI | 02/07/13 | Prepare for oral argument on appeal. | L530 | 1.30 | 279.00 | 362.70 |
| JDI | 02/10/13 | Prepare for oral argument on appeal. | L530 | 1.70 | 279.00 | 474.30 |
| JDI | 02/11/13 | Prepare for and attend oral argument on appeal. | L530 | 8.00 | 279.00 | 2,232.00 |
| JDI | 02/12/13 | Provide case status update to C. DiCicco. | L120 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | **11.90** | | **$3,320.10** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 02/14/13 | Cardmember Service/Bank One (Acct #2707);Southwest Airlines- Air Fare 1/8/13 SFO /San Diego/SFO 2/11 to 3/11/13 | 481.80 |
| | **TOTAL COSTS & EXPENSES** | **$481.80** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $83.70 |
| L530 | Oral Argument | 11.60 | $3,236.40 |
| | **TOTAL** | **11.90** | **$3,320.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|-----|----------|-------|------|-------|
| Ives, Jon | JDI | Associate | 11.90 | 279.00 | $3,320.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   343614    CLIENT   OCWEN Loan Servicing                    Page        2
                        MATTER   Riggio, Jaye

---

|                | **Total** | **11.90** | **$3,320.10** |
|----------------|-----------|-----------|---------------|

PRIOR FEES                    $23,008.05
PRIOR COSTS & EXPENSES         $2,961.73

|                              |            |
|------------------------------|------------|
| FEES                         | $3,320.10  |
| COSTS & EXPENSES             | $481.80    |
| **TOTAL THIS INVOICE**       | **$3,801.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

SOUTHWEST.COM
RAPID REWARDS

Manage your account online:
www.chase.com/southwest

Customer Service
1-800-792-0001

Additional contact
information on back

## ACCOUNT SUMMARY

Account Number:  4417 1230 4599 2707

| | |
|---|---|
| Previous Balance | $16,877.89 |
| Payment, Credits | -$18,200.89 |
| Purchases | +$24,971.79 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $23,648.79 |
| Opening/Closing Date | 01/09/13 - 02/08/13 |
| Total Credit Line | $45,000 |
| Available Credit | $21,351 |
| Cash Access Line | $9,000 |
| Available for Cash | $9,000 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $23,648.79 |
| Payment Due Date | 03/05/13 |
| Minimum Payment Due | $236.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 30 years | $45,296 |
| $778 | 3 years | $27,990 (Savings=$17,306) |

If you would like information about credit counseling services, call 1-866-797-2885.

## SOUTHWEST AIRLINES RAPID REWARDS CARD SUMMARY

| | |
|---|---|
| 2X Pts for Southwest and AirTran purchases | 964 |
| 2X Pts for Partner purchases | 338 |
| Points earned on all other purchases | 22,999 |
| Total Rapid Rewards points transferred to Southwest | 24,301 |

For more information about your rewards program call 1-800-792-0001 or visit www.chase.com/southwest. To make Southwest flight reservations call 1-800-I-FLY-SWA.

Earn 2 Rapid Rewards® Points per $1 spent on flights purchased directly through Southwest Airlines® or AirTran® Airways and on participating Rapid Rewards and A+ Rewards Hotel and Rental Car Partner purchases. Escape faster by earning 1 Rapid Rewards Point per $1 spent on all other purchases.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| | PAYMENTS AND OTHER CREDITS | |
| 01/15 | Payment Thank You - Web | -16,877.89 |
| 01/15 | SAN FRAN 49ERS 415-464-9377 CA | -1,323.00 |
| | PURCHASES | |
| 01/08 | COURTS/USBC-CA-S 619-557-6777 CA | 176.00 |
| 01/08 | COURTS/USBC-CA-N-PG 415-268-2344 CA | 176.00 |
| 01/08 | SOUTHWES   5262489932811 800-435-9792 TX | 481.80 |
| | 021113 1 K          SFO    SAN | |
| | 2 K          SAN    SFO | |
| 01/10 | COURTS/USBC-CA-N-PG 415-268-2344 CA | 176.00 |
| 01/10 | COURTS/USBC-CA-N-PG 415-268-2344 CA | 176.00 |
| 01/10 | COURTS/USBC-CA-N-PG 415-268-2344 CA | 176.00 |
| 01/10 | COURTS/USBC-CA-N-PG 415-268-2344 CA | 176.00 |
| 01/10 | COURTS/USBC-CA-PG 213-894-0999 CA | 176.00 |
| 01/10 | COURTS/USBC-CA-PG 213-894-0999 CA | 176.00 |
| 01/10 | COURTS/USBC-CA-PG 213-894-0999 CA | 176.00 |

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343615    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | OCWEN Loan Servicing |
| MATTER | 1077 | Schneidereit, Jeff and Adele |
| | | GMAC Matter No.: 719297 |
| | | Time and expenses must be split between Ally and Rescap |

**TOTAL AMOUNT DUE**           $130.95

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343615    JBS                                           March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1077    Schneidereit, Jeff and Adele
GMAC Matter No.: 719297
Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 02/05/13 | Prepare email to A. Angelo re: motion for new trial. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 02/05/13 | Receive and analyze court order denying motion for new trial. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **0.40** | | **$108.00** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 02/05/13 | One Legal, Inc.; Transmittal of filing to court; Opposition 01/22/13 | 22.95 |
| | **TOTAL COSTS & EXPENSES** | **$22.95** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 0.40 | $108.00 |
| **TOTAL** | **0.40** | **$108.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 0.40 | 270.00 | $108.00 |
| | **Total** | | **0.40** | | **$108.00** |

PRIOR FEES                    $93,267.90
PRIOR COSTS & EXPENSES        $857.94

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    343615 | CLIENT | OCWEN Loan Servicing | Page | 2 |
| | MATTER | Schneidereit, Jeff & Adele | | |

|  |  |
|---|---|
| FEES | $108.00 |
| COSTS & EXPENSES | $22.95 |
| **TOTAL THIS INVOICE** | **$130.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     343616     JBS                                                            March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT     19000     OCWEN Loan Servicing
MATTER     1098     Rodriguez, Ignacio and Rosa Maria
C/M# 719794

**TOTAL AMOUNT DUE**                    **$876.15**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343616    JBS                                     March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  1098    Rodriguez, Ignacio and Rosa Maria
C/M# 719794

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MCN | 02/01/13 | Analysis of status of case to prepare status report to client. | L120 | 0.50 | 306.00 | 153.00 |
| MCN | 02/01/13 | Prepare status report to client. | L120 | 0.50 | 306.00 | 153.00 |
| MCN | 02/04/13 | Analysis of status of Court's entry of default of unknown defendants in order to determine strategy for trial setting conference. | L230 | 0.20 | 306.00 | 61.20 |
| MCN | 02/05/13 | Analysis and evaluation of status of entry of default and review of strategy for trial setting conference in view of same. | L230 | 0.20 | 306.00 | 61.20 |
| MCN | 02/06/13 | Correspondence with Jennifer Best regarding strategy for trial setting conference. | L120 | 0.30 | 306.00 | 91.80 |
| MCN | 02/06/13 | Preparation for trial setting conference and analysis of tentative ruling regarding same. | L230 | 0.40 | 306.00 | 122.40 |
| MCN | 02/06/13 | Correspondence with Jennifer Best regarding court mandated conference strategy and representation at prove up hearing. | L230 | 0.20 | 306.00 | 61.20 |
| MCN | 02/07/13 | Communication with Jennifer Best regarding confirmation of availability for trial by prove-up and strategy for trial setting conference. | L230 | 0.10 | 306.00 | 30.60 |
| MCN | 02/14/13 | Correspondence with Jennifer Best regarding status of case and strategy for setting prove up hearing regarding quiet | L230 | 0.30 | 306.00 | 91.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.  343616 | CLIENT | OCWEN Loan Servicing | Page | 2 |
| | MATTER | Rodriguez, Ignacio & Rosa | | |

title judgment.

**TOTAL**  2.70  **$826.20**

### COSTS & EXPENSES

| | | |
|---|---|---|
| 02/12/13 | One Legal, Inc.; Transmittal of filing to court; | 49.95 |
| | Request for Entry of Dafault 01/29/13 | |
| | **TOTAL COSTS & EXPENSES** | **$49.95** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.30 | $397.80 |
| L230 | Court Mandated Conferences | 1.40 | $428.40 |
| | **TOTAL** | **2.70** | **$826.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Nowlin, Marlene | MCN | Special Counsel | 2.70 | 306.00 | $826.20 |
| | **Total** | | **2.70** | | **$826.20** |

| | |
|---|---|
| PRIOR FEES | $39,216.15 |
| PRIOR COSTS & EXPENSES | $3,654.44 |

| | |
|---|---|
| FEES | $826.20 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$876.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343618    JBS                                     March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| CLIENT | 19000 | OCWEN Loan Servicing |
|--------|-------|----------------------|
| MATTER | 1124 | Simril, Barbara J. |
|        |       | GMAC Matter No.: 721144 |

**TOTAL AMOUNT DUE**            **$336.60**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343618    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1124    Simril, Barbara J.
GMAC Matter No.: 721144

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MCN | 02/01/13 | Analysis of status of case to prepare status report and recommendation to client in view of scheduled status review hearing. | L230 | 0.30 | 306.00 | 91.80 |
| MCN | 02/01/13 | Prepare status report to client and request for status of foreclosure in view of scheduled status review hearing. | L120 | 0.40 | 306.00 | 122.40 |
| MCN | 02/04/13 | Further analysis of status for case and strategy for settlement in order to draft status report and recommendation for settlement to client. | L190 | 0.40 | 306.00 | 122.40 |
| | | **TOTAL** | | **1.10** | | **$336.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $122.40 |
| L190 | Other Case Assessment | 0.40 | $122.40 |
| L230 | Court Mandated Conferences | 0.30 | $91.80 |
| | **TOTAL** | **1.10** | **$336.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Nowlin, Marlene | MCN | Special Counsel | 1.10 | 306.00 | $336.60 |
| | **Total** | | **1.10** | | **$336.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 343618 | CLIENT | OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|---|
| | MATTER | Simril, Barbara J. | | |

| | | |
|---|---|---|
| PRIOR FEES | $39,614.40 | |
| PRIOR COSTS & EXPENSES | $2,714.39 | |

| | | |
|---|---|---|
| FEES | $336.60 |
| **TOTAL THIS INVOICE** | **$336.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     343619     JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000     OCWEN Loan Servicing
MATTER      1451      Williams, Brock and Syliva
                      GMAC Matter No.: 735254

**TOTAL AMOUNT DUE**              $6,187.25

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343619    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1451    Williams, Brock and Syliva
GMAC Matter No.: 735254

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 12/18/12 | Analysis and evaluation of defense strategy | L120 | 0.30 | 427.50 | 128.25 |
| ERB | 01/01/13 | Initial review and analysis of complaint. | L120 | 1.00 | 279.00 | 279.00 |
| ERB | 01/04/13 | Review file and communications with client re status. | L120 | 0.10 | 279.00 | 27.90 |
| EXM | 01/06/13 | Review and analyze complaint and exhibits thereto; review and analyze application for preliminary injunction | L120 | 1.80 | 279.00 | 502.20 |
| BJJ | 01/07/13 | Review loan documents to determine of amount total payments due for bond request | L190 | 0.50 | 130.50 | 65.25 |
| BJJ | 01/07/13 | Prepare Title Chronology | L190 | 0.60 | 130.50 | 78.30 |
| EXM | 01/07/13 | Communications with opposing counsel re possible settlement | L120 | 0.30 | 279.00 | 83.70 |
| EXM | 01/07/13 | Draft Manukyan declaration iso opposition to request for preliminary injunction | L210 | 1.30 | 279.00 | 362.70 |
| EXM | 01/07/13 | Client communications re modification review and overview of case | L160 | 0.60 | 279.00 | 167.40 |
| EXM | 01/07/13 | Draft opposition to plaintiffs' application for preliminary injunction | L210 | 6.30 | 279.00 | 1,757.70 |
| BJJ | 01/08/13 | Draft Request for Judicial Notice in Support of Opposition to Preliminary Injunction | L190 | 0.80 | 130.50 | 104.40 |
| EXM | 01/08/13 | Revise of opposition to plaintiffs' request for preliminary injunction | L210 | 0.50 | 279.00 | 139.50 |
| EXM | 01/08/13 | Communication with opposing counsel re modification and stipulation | L120 | 0.20 | 279.00 | 55.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   343619     CLIENT    OCWEN Loan Servicing                        Page        2
                        MATTER    Williams, Brock & Sylvia

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EXM | 01/08/13 | Draft stipulation to continue OSC re preliminary injunction and deadline to file responsive pleading; communications with opposing counsel re the same (.1) | L210 | 1.00 | 279.00 | | 279.00 |
| EXM | 01/08/13 | Draft stipulation to continue PI hearing date and deadline to file responsive pleading; communications with opposing counsel re the same | L210 | 0.40 | 279.00 | | 111.60 |
| EXM | 01/09/13 | Prepare notice of bankruptcy stay; client communications re the same | L210 | 0.90 | 279.00 | | 251.10 |
| EXM | 01/09/13 | Revise BK notice and prepare for filing | L210 | 0.20 | 279.00 | | 55.80 |
| EXM | 01/17/13 | Communications with opposing counsel and client re modification documents | L160 | 0.20 | 279.00 | | 55.80 |
| EXM | 01/23/13 | Client communications re representation and procedural posture of the matter | L120 | 0.20 | 279.00 | | 55.80 |
| EXM | 01/23/13 | Communications with client and opposing counsel re additional documents for loan modification review | L160 | 0.40 | 279.00 | | 111.60 |
| EXM | 01/28/13 | Revise stipulation to continue PI hearing and deadline for responsive pleading; communications with opposing counsel re the same | L210 | 0.40 | 279.00 | | 111.60 |
| ERB | 02/02/13 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | | 27.90 |
| | | **TOTAL** | | **18.10** | | | **$4,812.30** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 01/25/13 | Superior Court; Court and Filing Fees; Stipilation Filing Fee. Draft#29328 1/8/13 | 20.00 |
| 02/15/13 | First Legal Network, LLC; Transmittal of filing to court; SCSC- San Jose, Ca. Advance ck. $1305.00 1/28/13 | 1,354.95 |
| | **TOTAL COSTS & EXPENSES** | **$1,374.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 4.00 | $1,160.55 |
| L160 | Settlement/Non-Binding ADR | 1.20 | $334.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343619 | CLIENT | OCWEN Loan Servicing | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Williams, Brock & Syliva | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L190 | Other Case Assessment | | 1.90 | $247.95 | | | |
| L210 | Pleadings | | 11.00 | $3,069.00 | | | |
| | **TOTAL** | | **18.10** | **$4,812.30** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Johnson, Betty | BJJ | Paralegal | 1.90 | 130.50 | $247.95 |
| Buell, Edward | ERB | Associate | 1.20 | 279.00 | $334.80 |
| Manukyan, Evelina | EXM | Associate | 14.70 | 279.00 | $4,101.30 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| | **Total** | | **18.10** | | **$4,812.30** |

| | | |
|---|---|---|
| FEES | | $4,812.30 |
| COSTS & EXPENSES | | $1,374.95 |
| **TOTAL THIS INVOICE** | | **$6,187.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



| | Invoice No. | Customer No. |
|---|---|---|
| | 277885 | 82035 |
| | Invoice Date | Total Due |
| | 1/31/13 | 1,354.95 |

BILLING QUESTIONS CALL:
BILLING DEPT (213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 277885 | 1/31/13 | 1,354.95 | 1 |

**Service Detail**

| Date | Ordr No. | Svc | | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| /28/13 | 6879406 | FAX | SEVERSON & WERSON | SCSC-SAN JOSE | Base Chg : | 49.95 | 1,354.95 |
| ING-FAX | PDF SAME DAY | | 1 EMBARCADERO CENTER | 191 NORTH 1ST STREET | Adv/Wit Ck: | 1305.00 | |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SAN FRANCISCO    CA  94111
Caller: ANGELA L. EURE
Case No.: 112CV237545
FILE/CONFORM/RETURN
Signed: submitted

SCSC-SAN JOSE
191 NORTH 1ST STREET
SAN JOSE       CA  95113

Case Title: WILLIAMS V US BANK

Ref: 19000.1451 WILLIAMS

Invoice Amount:     49.95
Fees Advanced:   1,305.00
**Total  Amount Due:**   1,354.95

Total   1,354.95

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     343628     JBS                                      March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | OCWEN Loan Servicing |
| MATTER | 1150 | Wieland, Jacqueline O. |
| | | GMAC Matter No.: 722387 |

**TOTAL AMOUNT DUE**          **$2,612.40**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343628    JBS

March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  1150    Wieland, Jacqueline O.
GMAC Matter No.: 722387

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|-|-------|------|--------|
| DL | 02/01/13 | Exchange correspondence with plaintiff re status of service of opposition to demurrer. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 02/01/13 | Analyze plaintiff's opposition to demurrer and motion to strike. | L430 | 0.40 | 288.00 | 115.20 |
| DL | 02/05/13 | Prepare reply for demurrer to third amended complaint and motion to strike. | L430 | 2.30 | 288.00 | 662.40 |
| DL | 02/07/13 | Analyze MortgageIT's reply for demurrer and motion to strike third amended complaint. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 02/12/13 | Prepare orders on demurrer and motion to strike. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 02/13/13 | Attend hearing on demurrer to third amended complaint and advise client that demurrer was sustained without leave to amend. | L430 | 4.70 | 288.00 | 1,353.60 |
| DL | 02/13/13 | Prepare judgment of dismissal with prejudice. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 02/14/13 | Prepare notice of ruling on demurrer and motion to strike. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 02/15/13 | Analyze final order on demurrer to third amended complaint. | L110 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **8.80** | | **$2,534.40** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   343628 | CLIENT   OCWEN Loan Servicing | Page        2 |
|---|---|---|
| | MATTER   Wieland, Jacqueline O. | |

| | | |
|---|---|---|
| 02/04/13 | CourtCall, LLC; CourtCall - Conference Service; 01/31/13 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.40 | $115.20 |
| L430 | Written Motions/Submissions | 8.40 | $2,419.20 |
| | **TOTAL** | **8.80** | **$2,534.40** |

| Timekeeper | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 8.80 | 288.00 | $2,534.40 |
| | **Total** | | **8.80** | | **$2,534.40** |

| | |
|---|---|
| PRIOR FEES | $33,163.80 |
| PRIOR COSTS & EXPENSES | $3,026.74 |

| | |
|---|---|
| FEES | $2,534.40 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$2,612.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&Werson*

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     343629     JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | OCWEN Loan Servicing |
| MATTER | 1171 | Zamora, Elsa |
| | | GMAC Matter No.: 723112 |

**TOTAL AMOUNT DUE**          **$268.65**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343629    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha l. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1171    Zamora, Elsa
                    GMAC Matter No.: 723112

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEH | 02/11/13 | Exchange emails with client J. Holtgren re: request for information re: list of claims and represented parties. | L510 | 0.50 | 261.00 | 130.50 |
| KPL | 02/14/13 | Review court docket and edit appellate case matrix for attorney review and reference; case stayed next update due 04/22/2013. | L120 | 0.10 | 76.50 | 7.65 |
| MEH | 02/14/13 | Prepare for case management conference. | L230 | 0.20 | 261.00 | 52.20 |
| MEH | 02/14/13 | Attend case management conference via court call. | L230 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | **1.10** | | **$268.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $7.65 |
| L230 | Court Mandated Conferences | 0.50 | $130.50 |
| L510 | Appellate Motions & Submission | 0.50 | $130.50 |
| | **TOTAL** | **1.10** | **$268.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Lee, Kristina | KPL | Legal Assistant | 0.10 | 76.50 | $7.65 |
| Holt, M. Elizabeth | MEH | Associate | 1.00 | 261.00 | $261.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343629 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Zamora, Elsa | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Total** | | | 1.10 | | **$268.65** |

PRIOR FEES                          $26,795.93
PRIOR COSTS & EXPENSES      $3,440.20


| | |
|---|---|
| FEES | $268.65 |
| **TOTAL THIS INVOICE** | **$268.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343630    JBS                                          March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1172    Boyd, Raymond
E-Mail Invoices to Kari Krull

**TOTAL AMOUNT DUE**            **$240.00**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343630    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  1172    Boyd, Raymond
E-Mail Invoices to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| KWF | 01/09/13 | Prepare email to client, K. Krull, re: case status and upcoming conference re: Rescap bankruptcy. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 02/01/13 | Prepare email to K. Krull re: ability to dismiss small claims lawsuit. | L120 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **0.60** | | **$162.00** |

### COSTS & EXPENSES

| | | | |
|--|--|--|--|
| 01/16/13 | CourtCall, LLC; CourtCall - Conference Service; 01/18/13 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|--|-------|--------|--|--|
| L120 | Analysis/Strategy | 0.60 | $162.00 | | |
| | **TOTAL** | **0.60** | **$162.00** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 0.60 | 270.00 | $162.00 |
| | **Total** | | **0.60** | | **$162.00** |

| PRIOR FEES | $5,317.50 |
|------------|-----------|
| PRIOR COSTS & EXPENSES | $1,169.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343630 | CLIENT | OCWEN Loan Servicing | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Boyd, Raymond | | |

|  |  |
| --- | --- |
| FEES | $162.00 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$240.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343631    JBS

March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1183    Kimbrough, William IV
GMAC Matter No.: 723491

**TOTAL AMOUNT DUE**        **$262.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343631    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  1183    Kimbrough, William IV
GMAC Matter No.: 723491

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| DL | 02/07/13 | Analyze docket for opposition to demurrer. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 02/08/13 | Analyze docket for opposition to demurrer. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 02/11/13 | Analyze docket for opposition to demurrer. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 02/12/13 | Analyze docket for opposition to demurrer. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 02/13/13 | Analyze docket re opposition to demurrer and advise client of no opposition. | L110 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **0.60** | | **$172.80** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 01/25/13 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; CNTY RVSD Online MO Riverside CA 01/08/13 | 90.00 |
| | **TOTAL COSTS & EXPENSES** | **$90.00** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount | | | |
|--------------------------|-------|--------|---|---|---|
| L110    Fact Investigation/Development | 0.60 | $172.80 | | | |
| **TOTAL** | **0.60** | **$172.80** | | | |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343631 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
| | | MATTER | Kimbrough, William IV | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Liu, David | | DL | Associate | 0.60 | 288.00 | $172.80 | |
| | | **Total** | | **0.60** | | **$172.80** | |

PRIOR FEES                $30,063.15
PRIOR COSTS & EXPENSES    $2,315.09

|  |  |
|---|---|
| FEES | $172.80 |
| COSTS & EXPENSES | $90.00 |
| **TOTAL THIS INVOICE** | **$262.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343633    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1200    Hernandez, Enrique
                  GMAC Matter No.: 724893

**TOTAL AMOUNT DUE**          **$1,027.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343633    JBS                                            March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1200    Hernandez, Enrique
                        GMAC Matter No.: 724893

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| YS | 01/03/13 | Draft status update for the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 01/29/13 | Draft declaration of Yaron Shaham regarding status of client's bankruptcy case in light of the pending bankruptcy status conference before the Court | L210 | 0.50 | 238.50 | 119.25 |
| YS | 02/01/13 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 02/03/13 | Reviewed case file in preparation for Bankruptcy Status Conference. | L230 | 0.50 | 238.50 | 119.25 |
| JHT | 02/04/13 | Appeared at Bankruptcy Status Hearing. | L230 | 2.70 | 238.50 | 643.95 |
| JHT | 02/04/13 | Drafted correspondence to the client regarding case status. | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **4.10** | | **$977.85** |

## COSTS & EXPENSES

| | | | |
|------|------|------|------|
| 02/12/13 | One Legal, Inc.; Transmittal of filing to court; Declaration of Yaron Shaham Re: Status of Defendant GMAC Mortgage, LLC's Bankruptcy Case 01/30/13 | | 49.95 |

**TOTAL COSTS & EXPENSES**                                **$49.95**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L190    Other Case Assessment | 0.40 | $95.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343633 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
| | | MATTER | Hernandez, Enrique | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L210 | Pleadings | | | 0.50 | $119.25 | | |
| L230 | Court Mandated Conferences | | | 3.20 | $763.20 | | |
| | **TOTAL** | | | **4.10** | **$977.85** | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Tuffaha, Joe | | JHT | Associate | 3.40 | 238.50 | $810.90 |
| Shaham, Yaron | | YS | Special Counsel | 0.70 | 238.50 | $166.95 |
| | **Total** | | | **4.10** | | **$977.85** |

PRIOR FEES                            $8,235.90
PRIOR COSTS & EXPENSES          $723.82

FEES                $977.85
COSTS & EXPENSES          $49.95
**TOTAL THIS INVOICE**          **$1,027.80**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343634    JBS

March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | OCWEN Loan Servicing |
| MATTER | 1203 | Hodlin, Matthew and Bridgette |
| | | GMAC Matter No.: 725005 |

**TOTAL AMOUNT DUE**          **$191.85**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343634    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  1203    Hodlin, Matthew and Bridgette
GMAC Matter No.: 725005

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| KWF | 12/26/12 | Prepare email to client, J. Holtgren, re:  L120 expiration of appeal deadline and file closing. | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | **0.10** | | **$27.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/15/12 | DDS Legal Support Systems; Court Services; SDSC North, Vista Ca. 10/18/12. Advance fee $31.00 | 99.90 |
| 11/29/12 | One Legal, Inc.; Transmittal of filing to court; Memorandum of Costs 11/13/12 | 49.95 |
| 12/26/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees | 15.00 |
| | **TOTAL COSTS & EXPENSES** | **$164.85** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount | | | |
|--------------------------|-------|--------|---|---|---|
| L120    Analysis/Strategy | 0.10 | $27.00 | | | |
| **TOTAL** | **0.10** | **$27.00** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 0.10 | 270.00 | $27.00 |
| **Total** | | | **0.10** | | **$27.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343634 | CLIENT | OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Hodlin, Matthew & Bridgette | | |

| | |
|---|---|
| PRIOR FEES | $20,132.55 |
| PRIOR COSTS & EXPENSES | $2,372.58 |

| | |
|---|---|
| FEES | $27.00 |
| COSTS & EXPENSES | $164.85 |
| **TOTAL THIS INVOICE** | **$191.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343635    JBS                                      March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1213     Woods-White, Elizabeth
                   GMAC Matter No.: 725602
                   Loan No.: 359479670

**TOTAL AMOUNT DUE**              **$596.25**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343635    JBS                                   March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1213    Woods-White, Elizabeth
                        GMAC Matter No.: 725602
                        Loan No.: 359479670

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 02/01/13 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 02/11/13 | Draft notice of the client's bankruptcy and affect of the automatic stay on the plaintiff's second amended complaint | L190 | 0.40 | 238.50 | 95.40 |
| YS | 02/11/13 | Draft client's notice of bankruptcy stay in light of the plaintiff's second amended complaint | L210 | 0.80 | 238.50 | 190.80 |
| YS | 02/11/13 | Review and analysis of the Plaintiff's second amended complaint and determine how to respond | L120 | 0.60 | 238.50 | 143.10 |
| YS | 02/13/13 | Draft correspondence to client regarding recommendation of how to respond to plaintiff's second amended complaint | L190 | 0.30 | 238.50 | 71.55 |
| YS | 02/13/13 | Draft correspondence to client regarding status of the case, the plaintiff's second amended complaint, and the causes of action that are now stayed in light of client's bankruptcy filing | L190 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **2.50** | | **$596.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.  343635 | CLIENT | OCWEN Loan Servicing | | Page | 2 |
| | MATTER | Woods-White, Elizabeth | | | |

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $143.10 |
| L190 | Other Case Assessment | 1.10 | $262.35 |
| L210 | Pleadings | 0.80 | $190.80 |
| | **TOTAL** | **2.50** | **$596.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 2.50 | 238.50 | $596.25 |
| | **Total** | | **2.50** | | **$596.25** |

| | |
|---|---|
| PRIOR FEES | $13,648.50 |
| PRIOR COSTS & EXPENSES | $936.49 |

| | |
|---|---|
| FEES | $596.25 |
| **TOTAL THIS INVOICE** | **$596.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      343636      JBS                                             March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000      OCWEN Loan Servicing
MATTER      1225       Daly, Nellie C.
                       GMAC Matter No.: 726060

**TOTAL AMOUNT DUE**               **$198.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343636    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  1225    Daly, Nellie C.
                         GMAC Matter No.: 726060

### FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| BAE | 01/30/13 | Phone call with A. Hartshorn regarding status of settlement. | L160 | 0.30 | 247.50 | 74.25 |
| BAE | 01/30/13 | Phone call with Plaintiff's counsel regarding further documents needed for loan modification. | L160 | 0.30 | 247.50 | 74.25 |
| BAE | 01/30/13 | Email to Plaintiff's counsel with additional documents needed for loan modification. | L160 | 0.20 | 247.50 | 49.50 |
| | | **TOTAL** | | **0.80** | | **$198.00** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|---|-------|--------|---|---|
| L160    Settlement/Non-Binding ADR | | 0.80 | $198.00 | | |
| **TOTAL** | | **0.80** | **$198.00** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Eilenberg, Benjamin A. | BAE | Associate | 0.80 | 247.50 | $198.00 |
| **Total** | | | **0.80** | | **$198.00** |

| PRIOR FEES | $16,673.40 |
|------------|-----------|
| PRIOR COSTS & EXPENSES | $257.57 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.   343636 | CLIENT | OCWEN Loan Servicing | Page | 2 |
| | MATTER | Daly, Nellie C. | | |

| | |
|---|---|
| FEES | $198.00 |
| **TOTAL THIS INVOICE** | **$198.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343637    JBS                                      March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1241    BS Investors, LLC
                  GMAC Matter No.: 726857

**TOTAL AMOUNT DUE**            **$528.35**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343637    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha l. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1241    BS Investors, LLC
                        GMAC Matter No.: 726857

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 02/11/13 | Attend case management conference and advise client of results of same. | L230 | 1.70 | 288.00 | 489.60 |
| DL | 02/14/13 | Analyze plaintiff's notice of setting of status conference. | L110 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **1.80** | | **$518.40** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 02/12/13 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 01/31/13 | | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$9.95** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.10 | $28.80 |
| L230 | Court Mandated Conferences | 1.70 | $489.60 |
| | **TOTAL** | **1.80** | **$518.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 1.80 | 288.00 | $518.40 |
| | | **Total** | **1.80** | | **$518.40** |

| | |
|---|---|
| PRIOR FEES | $8,772.30 |
| PRIOR COSTS & EXPENSES | $203.13 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343637 | CLIENT | OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | BS Investors, LLC | | |

|  |  |
|---|---|
| FEES | $518.40 |
| COSTS & EXPENSES | $9.95 |
| **TOTAL THIS INVOICE** | **$528.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343638    JBS                                          March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| CLIENT | 19000 | OCWEN Loan Servicing |
|--------|-------|----------------------|
| MATTER | 1253  | De Vico, Robert      |
|        |       | GMAC Matter No.: 727337 |

**TOTAL AMOUNT DUE**          **$1,232.30**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343638    JBS

March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1253    De Vico, Robert
GMAC Matter No.: 727337

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 02/01/13 | Telephone call to Court Clerk regarding opposition to plaintiff's pending ex parte to decrease the amount of the injunction | L190 | 0.10 | 238.50 | 23.85 |
| YS | 02/01/13 | Telephone conference with plaintiff's counsel regarding plaintiff's ex parte application to amend the preliminary injunction order to cause plaintiff to pay less every month to client | L190 | 0.20 | 238.50 | 47.70 |
| YS | 02/01/13 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 02/01/13 | Review and analysis of the Court's order on client's motion to dismiss plaintiff's complaint | L120 | 0.40 | 238.50 | 95.40 |
| YS | 02/04/13 | Draft clients' opposition and supporting declaration in response to plaintiff's ex parte application to modify the Court's preliminary injunction order | L210 | 2.30 | 238.50 | 548.55 |
| YS | 02/04/13 | Review and analysis of plaintiff's ex parte application to modify the Court's preliminary injunction order and supporting declarations, and determine how to oppose the ex parte application | L120 | 0.60 | 238.50 | 143.10 |
| JHT | 02/04/13 | Reviewed and revised Opposition to Ex Parte Application to Lower Bond Payments and supporting documents. | L210 | 0.50 | 238.50 | 119.25 |
| YS | 02/07/13 | Draft correspondence to client regarding continuing the foreclosure sale date in light of ongoing litigation, the outcome on the hearing of its | L190 | 0.40 | 238.50 | 95.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   343638 | CLIENT   OCWEN Loan Servicing | | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER   De Vico, Robert | | | | | |

| | | motion to dismiss, and proceeding with clients' defense in this case | | | | |
|---|---|---|---|---|---|---|
| YS | 02/13/13 | Draft correspondence to plaintiff's counsel regarding his client's failure to abide by the terms of the preliminary injunction order and possible motion to dissolve said injunction | L190 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **5.00** | | **$1,192.50** |

## COSTS & EXPENSES

| 02/11/13 | NORCO Delivery Services; Court Services; US District Court Central, Los Angeles, Ca. 1/22/13 | 39.80 |
|---|---|---|
| | **TOTAL COSTS & EXPENSES** | **$39.80** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.00 | $238.50 |
| L190 | Other Case Assessment | 1.20 | $286.20 |
| L210 | Pleadings | 2.80 | $667.80 |
| | **TOTAL** | **5.00** | **$1,192.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.50 | 238.50 | $119.25 |
| Shaham, Yaron | YS | Special Counsel | 4.50 | 238.50 | $1,073.25 |
| | | **Total** | **5.00** | | **$1,192.50** |

| PRIOR FEES | $15,720.30 |
|---|---|
| PRIOR COSTS & EXPENSES | $239.50 |

| FEES | $1,192.50 |
|---|---|
| COSTS & EXPENSES | $39.80 |
| **TOTAL THIS INVOICE** | **$1,232.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        343639        JBS                                        March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | OCWEN Loan Servicing |
| MATTER | 1269 | Nyamekye, Adwoa |
| | | GMAC Matter No.: 717293 |

**TOTAL AMOUNT DUE**              $1,359.45

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343639    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  1269    Nyamekye, Adwoa
GMAC Matter No.: 717293

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| YS | 02/01/13 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 02/07/13 | Draft clients' notice of demurrer, demurrer, and memorandum of points and authorities in support of demurrer to plaintiff's second amended complaint | L210 | 4.70 | 238.50 | 1,120.95 |
| YS | 02/07/13 | Draft clients' request for judicial notice in support of demurrer to plaintiff's second amended complaint | L210 | 0.60 | 238.50 | 143.10 |
| YS | 02/07/13 | Draft clients' proposed order on demurrer to plaintiff's second amended complaint | L210 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **5.70** | | **$1,359.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|--|-------|--------|--|--|
| L190 | Other Case Assessment | 0.10 | $23.85 | | |
| L210 | Pleadings | 5.60 | $1,335.60 | | |
| | **TOTAL** | **5.70** | **$1,359.45** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|--|----------|-------|------|-------|
| Shaham, Yaron | YS | Special Counsel | 5.70 | 238.50 | $1,359.45 |
| | **Total** | | **5.70** | | **$1,359.45** |

PRIOR FEES                        $7,830.00
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343639    CLIENT    OCWEN Loan Servicing                    Page        2
                        MATTER    Nyamekye, Adwoa

PRIOR COSTS & EXPENSES                        $521.56

FEES            $1,359.45
**TOTAL THIS INVOICE**        **$1,359.45**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343640    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT     19000    OCWEN Loan Servicing
MATTER     1271     Anyanwu, Charity
                    GMAC Matter No.: 728855

**TOTAL AMOUNT DUE**            **$144.00**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     343640      JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter     19000 1271      Anyanwu, Charity
                           GMAC Matter No.: 728855

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994      02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 02/11/13 | Prepare letter to plaintiff's counsel re status of REO insurance claim. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 02/11/13 | Analyze letter from REO insurer re coverage claim. | L110 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | **0.50** | | **$144.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---------------------------|---|-------|--------|---|---|---|
| L110    Fact Investigation/Development | | 0.50 | $144.00 | | | |
| **TOTAL** | | **0.50** | **$144.00** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.50 | 288.00 | $144.00 |
| **Total** | | | **0.50** | | **$144.00** |

PRIOR FEES                          $6,860.25
PRIOR COSTS & EXPENSES              $364.84

                              FEES              $144.00
                    **TOTAL THIS INVOICE**      **$144.00**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343642    JBS

March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | OCWEN Loan Servicing |
| MATTER | 1291 | Allen, Pearlie |
| | | GMAC Matter No.: 728835 |

**TOTAL AMOUNT DUE**          **$414.45**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343642    JBS

March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1291    Allen, Pearlie
GMAC Matter No.: 728835

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| LJT | 02/04/13 | Draft settlement agreement. | L160 | 0.90 | 130.50 | 117.45 |
| KWF | 02/07/13 | Prepare email to G. Vitello re: acknowledgement of loss mitigation package. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 02/07/13 | Prepare email to C. Bonello re: loss mitigation package, settlement agreement, and HBOR compliance issues. | L120 | 0.50 | 270.00 | 135.00 |
| KWF | 02/07/13 | Review and revise draft settlement agreement. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 02/14/13 | Prepare email to C. Bonello re: documents needed for loan modification review. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 02/14/13 | Prepare email to G. Vitello re: settlement agreement and loan modification review status. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **2.00** | | **$414.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.00 | $270.00 |
| L160 | Settlement/Non-Binding ADR | 1.00 | $144.45 |
| | **TOTAL** | **2.00** | **$414.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | Page | 2 |
|---|---|---|---|---|---|

Invoice No.    343642    CLIENT    OCWEN Loan Servicing
MATTER    Allen, Pearlie

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 1.10 | 270.00 | $297.00 |
| Tarwater, Linda | LJT | Paralegal | 0.90 | 130.50 | $117.45 |
| | **Total** | | **2.00** | | **$414.45** |

| | | |
|---|---|---|
| PRIOR FEES | $5,071.50 | |
| PRIOR COSTS & EXPENSES | $1,643.88 | |

| | | |
|---|---|---|
| FEES | | $414.45 |
| **TOTAL THIS INVOICE** | | **$414.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343643    JBS

March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | OCWEN Loan Servicing |
| MATTER | 1293 | Orozco, Javier and Ada |
| | | GMAC Matter No.: 729255 |

**TOTAL AMOUNT DUE**          $144.60

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343643    JBS                                March 26, 2013

Ocwen Financial Corporation
Attn: Natasha l. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1293    Orozco, Javier and Ada
GMAC Matter No.: 729255

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| SMH | 02/04/13 | Attention to transfer of servicing rights,  L120 contact with Green Tree. | 0.20 | 333.00 | 66.60 |
| | | **TOTAL** | **0.20** | | **$66.60** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 02/04/13 | CourtCall, LLC; CourtCall - Conference Service; 03/01/13 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $66.60 |
| | **TOTAL** | **0.20** | **$66.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **0.20** | | **$66.60** |

| | |
|---|---|
| PRIOR FEES | $6,558.30 |
| PRIOR COSTS & EXPENSES | $1,171.59 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 343643 | CLIENT | OCWEN Loan Servicing | Page | 2 |
| | | MATTER | Orozco, Javier & Ada | | |

| | |
|---|---|
| FEES | $66.60 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$144.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      343644      JBS                                      March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| CLIENT | 19000 | OCWEN Loan Servicing |
| MATTER | 1294 | Rozen, Kelly Joseph |
| | | GMAC Matter No.: 729236 |

**TOTAL AMOUNT DUE**            **$691.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343644    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  1294    Rozen, Kelly Joseph
                         GMAC Matter No.: 729236

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 02/01/13 | Attend case management conference and advise client of continuance of same. | L230 | 1.60 | 288.00 | 460.80 |
| DL | 02/01/13 | Prepare notice of continuance of status conference. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 02/11/13 | Exchange further correspondence with plaintiff and client re paying off second lien. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 02/12/13 | Exchange further correspondence with client and plaintiff re payment to Green Tree to pay off second lien. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 02/14/13 | Prepare correspondence to Green Tree to discuss pay off of second lien. | L160 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **2.40** | | **$691.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L110 | Fact Investigation/Development | 0.20 | $57.60 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $86.40 |
| L230 | Court Mandated Conferences | 1.60 | $460.80 |
| L430 | Written Motions/Submissions | 0.30 | $86.40 |
| | **TOTAL** | **2.40** | **$691.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No.    343644 | **CLIENT**  OCWEN Loan Servicing | | | | Page | 2 |
| | **MATTER**  Rozen, Kelly Joseph | | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 2.40 | 288.00 | $691.20 |
| | **Total** | | **2.40** | | **$691.20** |

| | |
|---|---|
| PRIOR FEES | $5,665.95 |
| PRIOR COSTS & EXPENSES | $587.47 |

| | |
|---|---|
| FEES | $691.20 |
| **TOTAL THIS INVOICE** | **$691.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343645    JBS

March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| CLIENT | 19000 | OCWEN Loan Servicing |
| MATTER | 1300 | Hildebrandt, Joanne |
| | | GMAC Matter No.: 729582 |

**TOTAL AMOUNT DUE**            **$324.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&*Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343645    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  1300    Hildebrandt, Joanne
                         GMAC Matter No.: 729582

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 02/01/13 | Prepare email to L. Gurevich re: settlement negotiations. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 02/08/13 | Perform legal research re: expiration of temporary restraining order. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 02/08/13 | Prepare email to C. DiCicco advising of case status and anticipated motion to withdraw. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 02/08/13 | Prepare email to L. Gurevich re: intent to proceed with foreclosure sale. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 02/08/13 | Telephone conference with L. Gurevich re: settlement and foreclosure sale. | L120 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **1.20** | | **$324.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.10 | $297.00 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $27.00 |
| | **TOTAL** | **1.20** | **$324.00** |

| Timekeeper | Position | | Hours | Rate | Value |
|------------|----------|---|-------|------|-------|
| Franich, Kerry | KWF | Associate | 1.20 | 270.00 | $324.00 |
| | **Total** | | **1.20** | | **$324.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    343645 | CLIENT | OCWEN Loan Servicing | Page | 2 |
| | MATTER | Hildebrandt, Joanne | | |

| | |
|---|---|
| PRIOR FEES | $7,375.50 |
| PRIOR COSTS & EXPENSES | $990.85 |

| | |
|---|---|
| FEES | $324.00 |
| **TOTAL THIS INVOICE** | **$324.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343646    JBS                                      March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1309    Kinman, Kenneth James
GMAC Matter No.: 729769

**TOTAL AMOUNT DUE**          **$882.45**

**\*\*\* REMITTANCE COPY \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343646    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1309    Kinman, Kenneth James
                         GMAC Matter No.: 729769

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DPB | 02/01/13 | Prepare declaration in support of motion for leave to appear by telephone for hearing on our motion to dismiss complaint. | L240 | 0.30 | 288.00 | 86.40 |
| DPB | 02/01/13 | Prepare proposed order granting our motion for leave to appear by telephone. | L240 | 0.20 | 288.00 | 57.60 |
| DPB | 02/01/13 | Prepare motion for leave to appear by telephone for hearing on motion to dismiss complaint. | L240 | 0.40 | 288.00 | 115.20 |
| DPB | 02/05/13 | Review court's minute order taking our motion to dismiss plaintiffs' federal court complaint under submission and vacating hearing date. | L240 | 0.10 | 288.00 | 28.80 |
| DPB | 02/06/13 | Telephone calls from and to plaintiffs' friend, T. Kirchner, regarding plaintiffs' interest in loan modification. | L160 | 0.20 | 288.00 | 57.60 |
| DPB | 02/07/13 | Review e-mail from A. Hartshorn providing updated payoff statement. | L110 | 0.10 | 288.00 | 28.80 |
| ANB | 02/08/13 | Review payoff and reinstatement quote, follow up with client on monthly payment, advise that Trustee has filed a Motion to Dismiss and advise that as case will likely be dismissed we may want to hold off on filing motion that would not be heard until after Motion to Dismiss | L120 | 0.50 | 292.50 | 146.25 |
| DPB | 02/08/13 | Review A. Barasch's e-mail to A. | L120 | 0.10 | 288.00 | 28.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 343646 | | CLIENT OCWEN Loan Servicing | | | | Page 2 |
|---|---|---|---|---|---|---|
| | | MATTER Kinman, Kenneth James | | | | |

| | | Hartshorn regarding strategy for responding to C. Kinman's bankruptcy filing. | | | | |
|---|---|---|---|---|---|---|
| TSH | 02/08/13 | Edit declaration in support of GMAC Mortgage, LLC's Motion for Relief from the Automatic Stay, USBC Eastern District of California, case number 13-21074. | L210 | 0.20 | 225.00 | 45.00 |
| DPB | 02/11/13 | Telephone call from T. Kirchner, plaintiffs' friend, inquiring as to plaintiffs' eligibility for a loan modification. | L240 | 0.20 | 288.00 | 57.60 |
| DPB | 02/11/13 | Prepare e-mail to A. Hartshorn regarding court's order on our motion to dismiss. | L240 | 0.20 | 288.00 | 57.60 |
| DPB | 02/11/13 | Review court's order granting our motion to dismiss for lack of standing, with leave to amend. | L240 | 0.20 | 288.00 | 57.60 |
| DPB | 02/14/13 | E-mail from plaintiffs' counsel advising that plaintiffs intend to dismiss their lawsuit and withdraw their notice of pendency of action based on communications they have received from The Office of the President at Wells Fargo Bank. | L160 | 0.10 | 288.00 | 28.80 |
| DPB | 02/14/13 | Review plaintiffs' notice of voluntary dismissal of their federal court action. | L250 | 0.20 | 288.00 | 57.60 |
| DPB | 02/14/13 | E-mail to A. Hartshorn regarding plaintiffs' voluntary dismissal of federal court complaint. | L250 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **3.10** | | **$882.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.10 | $28.80 |
| L120 | Analysis/Strategy | 0.60 | $175.05 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. 343646 | CLIENT | OCWEN Loan Servicing | | Page | 3 |
| | MATTER | Kinman, Kenneth James | | | |

| | | | | |
|---|---|---|---|---|
| L210 | Pleadings | | 0.20 | $45.00 |
| L240 | Dispositive Motions | | 1.60 | $460.80 |
| L250 | Other Written Motions | | 0.30 | $86.40 |
| | **TOTAL** | | **3.10** | **$882.45** |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Barasch, Adam | ANB | | Special Counsel | 0.50 | 292.50 | $146.25 |
| Babcock, Daska | DPB | | Special Counsel | 2.40 | 288.00 | $691.20 |
| Holmes, Toriana | TSH | | Associate | 0.20 | 225.00 | $45.00 |
| | **Total** | | | **3.10** | | **$882.45** |

| | |
|---|---|
| PRIOR FEES | $34,522.65 |
| PRIOR COSTS & EXPENSES | $1,944.03 |

| | |
|---|---|
| FEES | $882.45 |
| **TOTAL THIS INVOICE** | $882.45 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343647    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT     19000    OCWEN Loan Servicing
MATTER     1327     Ganci, Ashley
                    GMAC Matter No.: 730090

**TOTAL AMOUNT DUE**              **$166.95**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   343647   JBS                                        March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter   19000 1327   Ganci, Ashley
                      GMAC Matter No.: 730090

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 02/01/13 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 02/06/13 | Draft correspondence to plaintiff's counsel regarding the fully executed settlement agreement and status of obtaining a fully executed version of the loan modification application | L160 | 0.30 | 238.50 | 71.55 |
| YS | 02/13/13 | Draft correspondence to plaintiff's counsel regarding status of loan modification agreement and issues with finalizing said agreement | L190 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **0.70** | | **$166.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L160 | Settlement/Non-Binding ADR | 0.30 | $71.55 |
| L190 | Other Case Assessment | 0.40 | $95.40 |
| | **TOTAL** | **0.70** | **$166.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Shaham, Yaron | YS | Special Counsel | 0.70 | 238.50 | $166.95 |
| | **Total** | | **0.70** | | **$166.95** |

PRIOR FEES                          $6,190.65
PRIOR COSTS & EXPENSES              $199.80
              Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
                will appear on a later statement

# Severson
# *&*Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   343647      CLIENT    OCWEN Loan Servicing                              Page         2
                          MATTER    Ganci, Ashley

FEES                        $166.95
**TOTAL THIS INVOICE**              **$166.95**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343649    JBS    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| CLIENT | 19000 | OCWEN Loan Servicing |
|--------|-------|----------------------|
| MATTER | 1332 | Dale, Robert D. |
| | | GMAC Matter No.: 730281 |

**TOTAL AMOUNT DUE**            $731.30

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343649    JBS                                          March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  1332    Dale, Robert D.
                         GMAC Matter No.: 730281

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 02/04/13 | Analyze results of status conference and advise client of setting of OSC re dismissal. | L110 | 0.20 | 288.00 | 57.60 |
| JSC | 02/04/13 | Attend case management conference. | L230 | 2.50 | 256.50 | 641.25 |
| | | **TOTAL** | | **2.70** | | **$698.85** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 01/25/13 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange Co Superior Court WE CA 01/03/13 | | 22.50 |
| 02/05/13 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 01/18/13 | | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$32.45** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.20 | $57.60 |
| L230 | Court Mandated Conferences | 2.50 | $641.25 |
| | **TOTAL** | **2.70** | **$698.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.20 | 288.00 | $57.60 |
| Carr, Jeremy Scott | JSC | Associate | 2.50 | 256.50 | $641.25 |
| | **Total** | | **2.70** | | **$698.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343649 | CLIENT | OCWEN Loan Servicing | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Dale, Robert D. | | |

PRIOR FEES                          $3,141.90
PRIOR COSTS & EXPENSES         $128.54

|  | |
| --- | --- |
| FEES | $698.85 |
| COSTS & EXPENSES | $32.45 |
| **TOTAL THIS INVOICE** | **$731.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343650    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1335    Jones, Emertha
                  GMAC Matter No.: 730533

**TOTAL AMOUNT DUE**          **$473.55**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343650    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  1335    Jones, Emertha
                         GMAC Matter No.: 730533

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 02/04/13 | Attend status conference and advise client of continuance of status conference. | L230 | 1.10 | 288.00 | 316.80 |
| DL | 02/06/13 | Analyze order continuing status conference. | L110 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **1.20** | | **$345.60** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 02/01/13 | CourtCall, LLC; CourtCall - Conference Service; 02/04/13 | 78.00 |
| 02/05/13 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 01/22/13 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$127.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.10 | $28.80 |
| L230 | Court Mandated Conferences | 1.10 | $316.80 |
| | **TOTAL** | **1.20** | **$345.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 1.20 | 288.00 | $345.60 |
| | **Total** | | **1.20** | | **$345.60** |

PRIOR FEES                    $2,074.95
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 343650 | CLIENT | OCWEN Loan Servicing | Page    2 |
| | | MATTER | Jones, Emertha | |

---

PRIOR COSTS & EXPENSES                           $198.49

| | |
|---|---|
| FEES | $345.60 |
| COSTS & EXPENSES | $127.95 |
| **TOTAL THIS INVOICE** | **$473.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343651    JBS                                      March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | OCWEN Loan Servicing |
| MATTER | 1344 | Edwards, Lawrence M. |
| | | GMAC Matter No.: 731153 |

**TOTAL AMOUNT DUE**              **$177.90**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      343651      JBS                                        March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter      19000  1344      Edwards, Lawrence M.
                            GMAC Matter No.: 731153

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      02/15/2013

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
|      |      | **TOTAL**   | **0.00** |   | **$0.00** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 02/04/13 | CourtCall, LLC; CourtCall - Conference Service; 01/29/13 | | 99.90 |
| 02/04/13 | CourtCall, LLC; CourtCall - Conference Service; 03/05/13 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | | **$177.90** |

### BILLING SUMMARY

|  | TOTAL | 0.00 | $0.00 |
|---|---|---|---|

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
|            | Total    | 0.00  |      | $0.00 |

| PRIOR FEES | $1,597.05 | |
|---|---|---|

|  | COSTS & EXPENSES | $177.90 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$177.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        343652        JBS                                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | OCWEN Loan Servicing |
| MATTER | 1349 | Martinez, Erica |
| | | GMAC Matter No.: 731380 |

**TOTAL AMOUNT DUE**              **$439.50**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## *&* Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343652    JBS                                          March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1349    Martinez, Erica
                        GMAC Matter No.: 731380

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ANB | 02/05/13 | Review and revise withdrawal of MTD and POS for filing | L120 | 0.50 | 292.50 | 146.25 |
| ANB | 02/05/13 | Multiple communications with client and Plaintiff's counsel regarding confidentiality provision in settlement agreement, made addition to agreement per client and Plaintiff's agreement | L120 | 0.50 | 292.50 | 146.25 |
| ANB | 02/13/13 | Review original signed Settlement Agreement received from Plaintiff's counsel, forward PDF of that agreement along with original to client for client signature | L120 | 0.40 | 292.50 | 117.00 |
| | | **TOTAL** | | **1.40** | | **$409.50** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 02/01/13 | CourtCall, LLC; CourtCall - Conference Service; 01/10/13 | | 30.00 |

**TOTAL COSTS & EXPENSES**                    **$30.00**

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 1.40 | $409.50 |
| **TOTAL** | **1.40** | **$409.50** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement