## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343652 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Martinez, Erica | | | | |

| Barasch, Adam | | ANB | Special Counsel | 1.40 | 292.50 | $409.50 |
|---|---|---|---|---|---|---|
| | **Total** | | | **1.40** | | **$409.50** |

PRIOR FEES                          $9,301.50
PRIOR COSTS & EXPENSES     $182.04

|  | FEES | $409.50 |
|---|---|---|
| | COSTS & EXPENSES | $30.00 |
| | **TOTAL THIS INVOICE** | **$439.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        343653        JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | OCWEN Loan Servicing |
| MATTER | 1354 | Zaveri, Mohammed Y. |
| | | GMAC Matter No.: 731363 |

**TOTAL AMOUNT DUE**            **$576.00**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343653    JBS

March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1354    Zaveri, Mohammed Y.
GMAC Matter No.: 731363

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 02/01/13 | Attend case management conference and advise client of continuance of same. | L230 | 1.50 | 288.00 | 432.00 |
| DL | 02/01/13 | Prepare notice of continuance of status conference. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 02/15/13 | Exchange correspondence with client and plaintiff re documents for loan modification. | L160 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **2.00** | | **$576.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L160 | Settlement/Non-Binding ADR | 0.20 | $57.60 |
| L230 | Court Mandated Conferences | 1.50 | $432.00 |
| L430 | Written Motions/Submissions | 0.30 | $86.40 |
| | **TOTAL** | **2.00** | **$576.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 2.00 | 288.00 | $576.00 |
| | **Total** | | **2.00** | | **$576.00** |

PRIOR FEES                        $3,540.15
PRIOR COSTS & EXPENSES        $973.64

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343653 | CLIENT | OCWEN Loan Servicing | Page | 2 |
| | | MATTER | Zaveri, Mohammed Y. | | |

|  | FEES | $576.00 |
| **TOTAL THIS INVOICE** | | **$576.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343654    JBS                                         March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1364    Shepherd, Scott
GMAC Matter No.: 731678

**TOTAL AMOUNT DUE**          **$1,899.00**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343654    JBS                                      March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1364    Shepherd, Scott
GMAC Matter No.: 731678

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RMI | 02/05/13 | Prepare email to client re postponement of foreclosure sale.  Call to client re foreclosure sale and case strategy. | L120 | 0.30 | 247.50 | 74.25 |
| RMI | 02/05/13 | Review email from plaintiff's counsel re scheduled foreclosure sale.  Research client documents and property records re scheduled sale.  Prepare email to plaintiff's counsel re foreclosure sale. | L120 | 0.40 | 247.50 | 99.00 |
| RMI | 02/05/13 | Call with client re HBOR concerns and form of communications in compliance with HBOR. | L120 | 0.30 | 247.50 | 74.25 |
| RMI | 02/06/13 | Review email from client re request for corrected trial modification documents. | L160 | 0.20 | 247.50 | 49.50 |
| RMI | 02/06/13 | Review correspondence from client re trial modification documents.  Review trial modification agreement and documents from client.  Attention to plaintiff correspondence and file re original terms of trial payment plan.  Prepare email to client re errors in trial modification agreement. | L160 | 0.80 | 247.50 | 198.00 |
| RMI | 02/06/13 | Review multiple emails from plaintiff's counsel re foreclosure sale.  Prepare email to plaintiff's counsel re cancellation of foreclosure sale. | L110 | 0.30 | 247.50 | 74.25 |
| RMI | 02/06/13 | Review email from client re cancellation/postponement of foreclosure sale.  Attention to foreclosure listings re sale of subject | L120 | 0.40 | 247.50 | 99.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343654 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
| | | MATTER | Shepherd, Scott | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | property. Prepare email to client re foreclosure postponement. | | | | |
| RMI | 02/07/13 | Review message from plaintiff's counsel re scheduled sale of subject property. Call to plaintiff's counsel re confirmation of cancellation of sale of subject property. | L110 | 0.30 | 247.50 | 74.25 |
| RMI | 02/08/13 | Call from plaintiff's counsel re status of trial payment plan documents. | L160 | 0.20 | 247.50 | 49.50 |
| RMI | 02/08/13 | Call to client re updated trial modification documents. | L160 | 0.20 | 247.50 | 49.50 |
| RMI | 02/11/13 | Review message from plaintiff's counsel re updated trial payment documents. Call to client re status of updated trial payment documents. | L160 | 0.30 | 247.50 | 74.25 |
| RMI | 02/14/13 | Call to client re plaintiff counsel's further inquiries re trial payment documents. Prepare email to client re status of trial payment documents. | L160 | 0.30 | 247.50 | 74.25 |
| RMI | 02/14/13 | Review message from plaintiff's counsel re update on trial documents. Multiple calls from plaintiff's counsel re trial payment documents. Conference with plaintiff's counsel re trial payment documents and instructions for Plaintiff to continue payments. | L120 | 0.60 | 247.50 | 148.50 |
| SMH | 02/15/13 | Attention to trial modification status documents prepared for borrower execution. | L160 | 0.20 | 333.00 | 66.60 |
| RMI | 02/15/13 | Review message from client re transfer of case. Conference with client re transfer of case and case strategy. | L120 | 0.40 | 247.50 | 99.00 |
| RMI | 02/15/13 | Prepare memorandum to client re history of case and timeline of trial payment offer. Prepare email to client re case strategy per trial payment plan offer and plaintiff's completion of trial plan. Review email from client re new client contact. Prepare email to new client contact re update on case history and immediate steps to be taken in matter. | L120 | 0.80 | 247.50 | 198.00 |
| RMI | 02/15/13 | Attention to and research correspondence log with client and | L120 | 0.40 | 247.50 | 99.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343654    CLIENT    OCWEN Loan Servicing    Page    3
                         MATTER    Shepherd, Scott

| | | | | | | |
|---|---|---|---|---|---|---|
| | | plaintiff documents re trial payment plan offer. | | | | |
| RMI | 02/15/13 | Review email from client re modification department response to trial plan inquiry. Attention to file re trial payment plan offer. Conference with client re trial payment plan offer and response from modification department. | L120 | 0.80 | 247.50 | 198.00 |
| | | **TOTAL** | | **7.20** | | **$1,799.10** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 01/25/13 | Cardmember Service/Bank One (Acct #7755); CourtCall - Conference Service; CourtCall #5358899 CA 01/03/13 | 99.90 |
| | **TOTAL COSTS & EXPENSES** | **$99.90** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.60 | $148.50 |
| L120 | Analysis/Strategy | 4.40 | $1,089.00 |
| L160 | Settlement/Non-Binding ADR | 2.20 | $561.60 |
| | **TOTAL** | **7.20** | **$1,799.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Ito, Ryan | RMI | Associate | 7.00 | 247.50 | $1,732.50 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **7.20** | | **$1,799.10** |

| | |
|---|---|
| PRIOR FEES | $14,346.45 |
| PRIOR COSTS & EXPENSES | $1,176.28 |

| | |
|---|---|
| FEES | $1,799.10 |
| COSTS & EXPENSES | $99.90 |
| **TOTAL THIS INVOICE** | **$1,899.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343656    JBS

March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | OCWEN Loan Servicing |
| MATTER | 1378 | Twitty, Marc |
| | | GMAC Matter No.: 732106 |

**TOTAL AMOUNT DUE**          $2,358.90

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343656    JBS                                March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1378    Twitty, Marc
                         GMAC Matter No.: 732106

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DB | 02/03/13 | Review first amended complaint in order to draft demurrer to same. | L210 | 0.80 | 256.50 | 205.20 |
| SMH | 02/04/13 | Attention to first amended complaint, recommendation re demurrer to same, status of denial letter. | L210 | 0.20 | 333.00 | 66.60 |
| KWF | 02/04/13 | Prepare email to J. Holtgren re: denial letter from GMAC. | L120 | 0.20 | 270.00 | 54.00 |
| DB | 02/04/13 | Draft demurrer to first amended complaint. | L240 | 0.40 | 256.50 | 102.60 |
| DB | 02/04/13 | Review email from A. Singh regarding status of loan modification application. | L160 | 0.10 | 256.50 | 25.65 |
| DB | 02/04/13 | Review email from Severson to GMAC regarding denial letter in light of California Homeowner's Bill of Rights. | L160 | 0.10 | 256.50 | 25.65 |
| DB | 02/05/13 | Exchange internal correspondence regarding status of demurrer. | L240 | 0.10 | 256.50 | 25.65 |
| DB | 02/05/13 | Research law to be incorporated in demurrer to first amended complaint. | L240 | 1.20 | 256.50 | 307.80 |
| DB | 02/05/13 | Draft demurrer to first amended complaint. | L240 | 2.80 | 256.50 | 718.20 |
| SMH | 02/06/13 | Attention to amended complaint and impact of stay related to HBOR allegations including damages. | L120 | 0.20 | 333.00 | 66.60 |
| KWF | 02/06/13 | Prepare email to S. Hankins re: Rescap BK and HBOR causes of action. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 02/06/13 | Prepare email to J. Holtgren advising of amended complaint and draft demurrer. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 02/06/13 | Review and analyze draft demurrer. | L120 | 0.20 | 270.00 | 54.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 343656 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
| | MATTER | Twitty, Marc | | | | |

| DB | 02/06/13 | Review correspondence between Severson and J. Holtgren regarding demurrer to First Amended Complaint. | L120 | 0.10 | 256.50 | 25.65 |
|---|---|---|---|---|---|---|
| DB | 02/06/13 | Finalize and file demurrer to first amended complaint and request for judicial notice in support thereof. | L240 | 0.30 | 256.50 | 76.95 |
| SMH | 02/07/13 | Attention to denial of modification reviews, issues related to working of denial, review emails re same. | L120 | 0.20 | 333.00 | 66.60 |
| KWF | 02/12/13 | Prepare email to J. Holtgren re: demurrer hearing date and denial letter. | L120 | 0.10 | 270.00 | 27.00 |
| DB | 02/12/13 | Review correspondence from J. Holtgren regarding demurrer and denial letter. | L240 | 0.10 | 256.50 | 25.65 |
| DB | 02/13/13 | Review email from A. Singh regarding denial letter. | L160 | 0.10 | 256.50 | 25.65 |
| SMH | 02/15/13 | Review issues related to denial letters, draft email re same. | L120 | 0.30 | 333.00 | 99.90 |
| SMH | 02/15/13 | Review denial letter and modification deficiencies, review NPV attachments. | L160 | 0.20 | 333.00 | 66.60 |
| KWF | 02/15/13 | Prepare email to J. Best re: loan modification denial letter. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 02/15/13 | Prepare email to J. Holtgren re: denial letter. | L120 | 0.10 | 270.00 | 27.00 |
| DB | 02/15/13 | Exchange correspondence with A. Singh regarding denial letter. | L160 | 0.20 | 256.50 | 51.30 |
| DB | 02/15/13 | Review email from J. Holtgren regarding file transfer and denial letter. | L160 | 0.10 | 256.50 | 25.65 |
| | | **TOTAL** | | **8.80** | | **$2,358.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.10 | $609.75 |
| L160 | Settlement/Non-Binding ADR | 0.80 | $220.50 |
| L210 | Pleadings | 1.00 | $271.80 |
| L240 | Dispositive Motions | 4.90 | $1,256.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 343656 | CLIENT | OCWEN Loan Servicing | | | Page | 3 |
|---|---|---|---|---|---|---|
| | MATTER | Twitty, Marc | | | | |

| | TOTAL | | 8.80 | $2,358.90 | | |
|---|---|---|---|---|---|---|

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Berkley, David Allan | DB | Associate | 6.40 | 256.50 | $1,641.60 |
| Franich, Kerry | KWF | Associate | 1.30 | 270.00 | $351.00 |
| Hankins, Suzanne | SMH | Member | 1.10 | 333.00 | $366.30 |
| | Total | | **8.80** | | **$2,358.90** |

| PRIOR FEES | $10,889.55 |
|---|---|
| PRIOR COSTS & EXPENSES | $984.85 |

| | FEES | $2,358.90 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$2,358.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     343657     JBS                                              March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT     19000     OCWEN Loan Servicing
MATTER     1381      Villalpado, David Francisco
                     GMAC Matter No.: 732309

**TOTAL AMOUNT DUE**          **$378.00**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343657    JBS                                             March 26, 2013

Ocwen Financial Corporation
Attn: Natasha l. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1381    Villalpado, David Francisco
GMAC Matter No.: 732309

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MJE | 02/01/13 | Review of file and docket | L230 | A104 | 0.20 | 279.00 | 55.80 |
| MJE | 02/05/13 | Confirmed new CMC and OSC date with Court and instructed paralegal re CMC statement | L230 | A104 | 0.30 | 279.00 | 83.70 |
| LJA | 02/08/13 | Conduct detailed review of file and Court docket for purpose of drafting Case Management Statement. | L210 | A103 | 0.60 | 130.50 | 78.30 |
| LJA | 02/12/13 | Conduct review of file and court docket and prepare Case Management Statement in advance of upcoming hearing. | L210 | A103 | 0.80 | 130.50 | 104.40 |
| MJE | 02/14/13 | Exchange of emails with C. DiCicco re status of communications with Plaintiff to date and application received. | L140 | A106 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | | **2.10** | | **$378.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L140 | Document/File Management | 0.20 | $55.80 |
| L210 | Pleadings | 1.40 | $182.70 |
| L230 | Court Mandated Conferences | 0.50 | $139.50 |
| | **TOTAL** | **2.10** | **$378.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343657 | CLIENT | OCWEN Loan Servicing | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Villalpado, David Francisco | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Ash, Laura | LJA | Paralegal | 1.40 | 130.50 | $182.70 |
| Esposito, Matthew | MJE | Associate | 0.70 | 279.00 | $195.30 |
| | **Total** | | **2.10** | | **$378.00** |

| | | |
|---|---|---|
| PRIOR FEES | $7,163.10 | |
| PRIOR COSTS & EXPENSES | $1,551.35 | |

| | | |
|---|---|---|
| | FEES | $378.00 |
| **TOTAL THIS INVOICE** | | **$378.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     343658     JBS                                           March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000     OCWEN Loan Servicing
MATTER      1384      Silver, Francine
                      GMAC Matter No.: 732710

**TOTAL AMOUNT DUE**                 **$239.11**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343658    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1384    Silver, Francine
                        GMAC Matter No.: 732710

FOR PROFESSIONAL SERVICES RENDERED       01/01/1994       02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 02/11/13 | Exchange correspondence with plaintiff and client re loan modification review. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 02/12/13 | Exchange correspondence with client and plaintiff re further loan modification documents and review same. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 02/13/13 | Prepare correspondence to plaintiff re documents missing from loan modification package. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 02/14/13 | Exchange further correspondence with client and plaintiff re missing bank statements. | L160 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **0.80** | | **$230.40** |

## COSTS & EXPENSES

| 02/05/13 | Federal Express Corporation; Federal Express; Ehud Gersten Gersten Law Group 3115 4th Ave San Diego CA 92103 US 01/15/13 | 8.71 |
|----------|-------------|------|

**TOTAL COSTS & EXPENSES**                              **$8.71**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L160    Settlement/Non-Binding ADR | 0.80 | $230.40 |
| **TOTAL** | **0.80** | **$230.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343658 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Silver, Francine | | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Liu, David | DL | Associate | | 0.80 | 288.00 | $230.40 |
| | **Total** | | | **0.80** | | **$230.40** |

| PRIOR FEES | $11,674.80 |
|---|---|
| PRIOR COSTS & EXPENSES | $862.43 |

| | |
|---|---|
| FEES | $230.40 |
| COSTS & EXPENSES | $8.71 |
| **TOTAL THIS INVOICE** | **$239.11** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       343659       JBS                                                March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT       19000       OCWEN Loan Servicing
MATTER      1386        Wesbrook, Frank and Tabitha
                        GMAC Matter No.: 732923

**TOTAL AMOUNT DUE**              **$366.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343659    JBS                                March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1386    Wesbrook, Frank and Tabitha
GMAC Matter No.: 732923

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DL | 12/05/12 | Prepare case update for client. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 12/10/12 | Analyze docket re setting of case management conference and advise client of same. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 12/30/12 | Prepare case update for client on case chart. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 02/01/13 | Analyze order reassigning case and setting of status conference. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 02/05/13 | Prepare case management conference statement. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 02/15/13 | Analyze plaintiff's notice of related cases. | L110 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **1.00** | | **$288.00** |

### COSTS & EXPENSES

| | | |
|--|--|--|
| 02/11/13 | CourtCall, LLC; CourtCall - Conference Service;  02/19/13 | 78.00 |

**TOTAL COSTS & EXPENSES**                    **$78.00**

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L110    Fact Investigation/Development | 0.70 | $201.60 |
| L430    Written Motions/Submissions | 0.30 | $86.40 |
| **TOTAL** | **1.00** | **$288.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343659 | CLIENT | OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Wesbrook, Frank & Tabitha | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.00 | 288.00 | $288.00 |
| | **Total** | | **1.00** | | **$288.00** |

| | |
|---|---|
| PRIOR FEES | $1,501.65 |
| PRIOR COSTS & EXPENSES | $312.34 |

| | |
|---|---|
| FEES | $288.00 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$366.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343660    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| CLIENT | 19000 | OCWEN Loan Servicing |
|--------|-------|----------------------|
| MATTER | 1388 | Buelna, Michael and Fotini |
| | | GMAC Matter No.: 732868 |

**TOTAL AMOUNT DUE**            $246.00

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      343660      JBS                                          March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter      19000 1388      Buelna, Michael and Fotini
                            GMAC Matter No.: 732868

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 02/05/13 | Analyze docket for filing of amended complaint. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 02/06/13 | Analyze docket for filing of first amended complaint. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 02/07/13 | Analyze docket for filing of first amended complaint. | L110 | 0.10 | 288.00 | 28.80 |
| SMH | 02/08/13 | Attention to status, results of motion for judgment on the pleadings. | L240 | 0.20 | 333.00 | 66.60 |
| DL | 02/08/13 | Analyze docket for filing of amended complaint and advise client that no amended complaint was filed. | L110 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **0.70** | | **$210.60** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 01/25/13 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Riverside Court Web Imagi CA 12/15/12 | | 35.40 |
| | **TOTAL COSTS & EXPENSES** | | **$35.40** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.50 | $144.00 |
| L240 | Dispositive Motions | 0.20 | $66.60 |
| | **TOTAL** | **0.70** | **$210.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. 343660 | CLIENT | OCWEN Loan Servicing | Page | 2 |
| | MATTER | Buelna, Michael & Fotini | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 0.50 | 288.00 | $144.00 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **0.70** | | **$210.60** |

| | | |
|---|---|---|
| PRIOR FEES | $7,817.40 | |
| PRIOR COSTS & EXPENSES | $1,588.48 | |

| | |
|---|---|
| FEES | $210.60 |
| COSTS & EXPENSES | $35.40 |
| **TOTAL THIS INVOICE** | **$246.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343661    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1403    Ruiz, Ramona
              GMAC Matter No.: 733426

**TOTAL AMOUNT DUE**        **$423.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343661    JBS

March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1403    Ruiz, Ramona
GMAC Matter No.: 733426

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 02/05/13 | Prepare case management conference statement. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 02/07/13 | Exchange correspondence with client and plaintiff re status of short sale review. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 02/08/13 | Analyze docket for filing of first amended complaint. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 02/11/13 | Analyze docket for filing of amended complaint. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 02/12/13 | Analyze docket for amended complaint and advise client that no amended complaint was filed. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 02/12/13 | Exchange correspondence with plaintiff re status of short sale review. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 02/13/13 | Analyze plaintiff's case management conference statement. | L110 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **1.20** | | **$345.60** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 02/11/13 | CourtCall, LLC; CourtCall - Conference Service; 02/20/13 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** |

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  343661 | CLIENT | OCWEN Loan Servicing | | Page | 2 |
| | MATTER | Ruiz, Ramona | | | |

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.50 | $144.00 | | | |
| L160 | Settlement/Non-Binding ADR | 0.40 | $115.20 | | | |
| L430 | Written Motions/Submissions | 0.30 | $86.40 | | | |
| | **TOTAL** | **1.20** | **$345.60** | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Liu, David | DL | Associate | | 1.20 | 288.00 | $345.60 |
| | **Total** | | | **1.20** | | **$345.60** |

PRIOR FEES                          $7,335.45
PRIOR COSTS & EXPENSES              $1,998.34

| | | |
|---|---|---|
| FEES | $345.60 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$423.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343662    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha l. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1407    Harre, James and Martha
GMAC Matter No.: 733509

**TOTAL AMOUNT DUE**          **$524.70**

**\*\*\* REMITTANCE COPY \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343662    JBS                                                March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1407    Harre, James and Martha
GMAC Matter No.: 733509

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 02/01/13 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 02/14/13 | Draft clients' reply in light of opposition received to the demurrer to plaintiffs' first amended complaint | L210 | 1.90 | 238.50 | 453.15 |
| YS | 02/14/13 | Draft correspondence to client regarding status of the case, pending hearing on demurrer to plaintiffs' first amended complaint, and opposition received to said demurrer | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **2.20** | | **$524.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L190 | Other Case Assessment | 0.30 | $71.55 |
| L210 | Pleadings | 1.90 | $453.15 |
| | **TOTAL** | **2.20** | **$524.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Shaham, Yaron | YS | Special Counsel | 2.20 | 238.50 | $524.70 |
| | **Total** | | **2.20** | | **$524.70** |

PRIOR FEES                          $6,268.50
PRIOR COSTS & EXPENSES              $2,098.69

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 343662 | CLIENT | OCWEN Loan Servicing | Page    2 |
| | | MATTER | Harre, James & Martha | |

|  |  |
|---|---|
| FEES | $524.70 |
| **TOTAL THIS INVOICE** | **$524.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343663    JBS                                March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| CLIENT | 19000 | OCWEN Loan Servicing |
|--------|-------|----------------------|
| MATTER | 1411  | Hernandez, Miguel and Kimberly |
|        |       | GMAC Matter No.: 733660 |

**TOTAL AMOUNT DUE**            $144.00

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343663    JBS                                              March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1411    Hernandez, Miguel and Kimberly
GMAC Matter No.: 733660

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| DL | 02/01/13 | Analyze order vacating order sustaining L110 demurrer and setting status conference. | 0.20 | 288.00 | 57.60 |
| DL | 02/05/13 | Analyze notice of continued status L110 conference. | 0.10 | 288.00 | 28.80 |
| DL | 02/07/13 | Exchange correspondence with plaintiff L160 and client re loan modification review. | 0.20 | 288.00 | 57.60 |
|  |  | **TOTAL** | **0.50** |  | **$144.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L110 | Fact Investigation/Development | 0.30 | $86.40 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $57.60 |
| | **TOTAL** | **0.50** | **$144.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------|------|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.50 | 288.00 | $144.00 |
| | **Total** | | **0.50** | | **$144.00** |

PRIOR FEES                       $5,059.35
PRIOR COSTS & EXPENSES           $598.39

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343663 | CLIENT | OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Hernandez, Miguel & Kimberly | | |

| | | |
|---|---|---|
| FEES | | $144.00 |
| **TOTAL THIS INVOICE** | | **$144.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343664    JBS

March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1421    Turrentine, Edward and Patricia
GMAC Matter No.: 733997

**TOTAL AMOUNT DUE**          $190.80

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343664    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1421    Turrentine, Edward and Patricia
                        GMAC Matter No.: 733997

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 02/01/13 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 02/08/13 | Draft correspondence to client regarding additional documents from plaintiffs in support of their loan modification application | L190 | 0.20 | 238.50 | 47.70 |
| YS | 02/08/13 | Draft correspondence to plaintiffs' counsel regarding obtaining additional documents to complete loan modification review | L190 | 0.20 | 238.50 | 47.70 |
| YS | 02/08/13 | Review and analysis of additional documents from plaintiffs regarding there loan modification application | L120 | 0.20 | 238.50 | 47.70 |
| YS | 02/11/13 | Receipt, review and analysis of the notice of postponement of the foreclosure sale | L120 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **0.80** | | **$190.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $71.55 |
| L190 | Other Case Assessment | 0.50 | $119.25 |
| | **TOTAL** | **0.80** | **$190.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. 343664 | CLIENT | OCWEN Loan Servicing | | Page | 2 |
| | MATTER | Turrentine, Edward & Patricia | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 0.80 | 238.50 | $190.80 |
| | **Total** | | **0.80** | | **$190.80** |

| | | |
|---|---|---|
| PRIOR FEES | $5,448.15 | |
| PRIOR COSTS & EXPENSES | $1,184.84 | |

| | | |
|---|---|---|
| FEES | | $190.80 |
| **TOTAL THIS INVOICE** | | **$190.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343668    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1424    Jones, Anthony
                  GMAC Matter No.: 734113

**TOTAL AMOUNT DUE**                    **$262.35**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343668    JBS                                            March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  1424    Jones, Anthony
                         GMAC Matter No.: 734113

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 02/01/13 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 02/01/13 | Draft correspondence to plaintiff's counsel regarding status of the foreclosure sale and client's loan modification application | L190 | 0.30 | 238.50 | 71.55 |
| YS | 02/14/13 | Draft correspondence to client regarding plaintiff's loan modification application and the supporting documents in an effort to obtain a resolution of this case | L160 | 0.30 | 238.50 | 71.55 |
| YS | 02/14/13 | Review and analysis of plaintiff's loan modification application and supporting documents | L120 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **1.10** | | **$262.35** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $95.40 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $71.55 |
| L190 | Other Case Assessment | 0.40 | $95.40 |
| | **TOTAL** | **1.10** | **$262.35** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343668 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Jones, Anthony | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Shaham, Yaron | | YS | Special Counsel | 1.10 | 238.50 | $262.35 | |
| | | **Total** | | **1.10** | | **$262.35** | |

PRIOR FEES                          $4,260.15
PRIOR COSTS & EXPENSES    $1,069.21

|  | | |
|---|---|---|
| FEES | | $262.35 |
| **TOTAL THIS INVOICE** | | **$262.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343669    JBS    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1425    Moeller, Catrina and Julie
GMAC Matter No.:  734125

**TOTAL AMOUNT DUE**          **$165.15**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343669    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha l. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1425    Moeller, Catrina and Julie
                        GMAC Matter No.: 734125

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| DL | 02/05/13 | Exchange correspondence with plaintiff L160 and client re plaintiff applying for loan modification. | 0.20 | 288.00 | 57.60 |
| DL | 02/11/13 | Exchange correspondence with client re L110 status of parties and claims left in action after demurrer. | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | **0.40** | | **$115.20** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 02/05/13 | One Legal, Inc.; Transmittal of filing to court; Reply 01/18/13 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$49.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.20 | $57.60 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $57.60 |
| | **TOTAL** | **0.40** | **$115.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.40 | 288.00 | $115.20 |
| | **Total** | | **0.40** | | **$115.20** |

| | |
|---|---|
| PRIOR FEES | $8,447.85 |
| PRIOR COSTS & EXPENSES | $1,057.84 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 343669 | CLIENT | OCWEN Loan Servicing | Page | 2 |
| | | MATTER | Moeller, Catrina & Julie | | |

|  |  |
|---|---|
| FEES | $115.20 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$165.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     343670     JBS                                      March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT     19000     OCWEN Loan Servicing
MATTER     1426      Pineda, Mario Eduardo
                     GMAC Matter No.: 734211

**TOTAL AMOUNT DUE**                    $474.30

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343670    JBS                                          March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1426    Pineda, Mario Eduardo
GMAC Matter No.: 734211

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MJE | 02/11/13 | Review and analyze first amended complaint and arguments made | L250 | 0.60 | 279.00 | 167.40 |
| MJE | 02/15/13 | Legal research re new causes of action alleged by Plaintiff in First Amended Complaint | L240 | 1.10 | 279.00 | 306.90 |
| | | **TOTAL** | | **1.70** | | **$474.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L240 | Dispositive Motions | 1.10 | $306.90 |
| L250 | Other Written Motions | 0.60 | $167.40 |
| | **TOTAL** | **1.70** | **$474.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Esposito, Matthew | MJE | Associate | 1.70 | 279.00 | $474.30 |
| | **Total** | | **1.70** | | **$474.30** |

PRIOR FEES                    $6,310.35
PRIOR COSTS & EXPENSES        $1,433.74

FEES            $474.30

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 343670 | CLIENT | OCWEN Loan Servicing | Page | 2 |
| | | MATTER | Pineda, Mario Eduardo | | |

**TOTAL THIS INVOICE**                           **$474.30**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343671    JBS                                           March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006


CLIENT    19000    OCWEN Loan Servicing
MATTER   1472     Beeman, Lisanne
                 GMAC Matter No.: 736686


**TOTAL AMOUNT DUE**                    **$354.15**


### *** REMITTANCE COPY ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343671     JBS                         March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter     19000 1472     Beeman, Lisanne
GMAC Matter No.: 736686

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| EK | 02/01/13 | Analysis of complaint and potential effect of automatic stay | L210 | 0.20 | 274.50 | 54.90 |
| CHR | 02/01/13 | Open New Matter including Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Prepare Conflicts Request and Calendaring Memo. | L140 | 0.40 | 130.50 | 52.20 |
| EK | 02/12/13 | Analysis and evaluation of complaint and potential response to same | L210 | 0.30 | 274.50 | 82.35 |
| EK | 02/12/13 | Draft email to D. Booth re recommended response to complaint | L210 | 0.30 | 274.50 | 82.35 |
| EK | 02/13/13 | Analysis and evaluation of final supplemental order and draft email to D. Booth re question re same | L210 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | **1.50** | | **$354.15** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L140   Document/File Management | 0.40 | $52.20 |
| L210   Pleadings | 1.10 | $301.95 |
| **TOTAL** | **1.50** | **$354.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343671 | CLIENT | OCWEN Loan Servicing | Page | 2 |
| | | MATTER | Beeman, Lisanne | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Kemp, Erik | EK | Associate | 1.10 | 274.50 | $301.95 |
| | **Total** | | **1.50** | | **$354.15** |
| | | | FEES | | $354.15 |
| | | **TOTAL THIS INVOICE** | | | **$354.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343672    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT     19000    OCWEN Loan Servicing
MATTER     1473     Dang, Van
                    GMAC Matter No.: 736734

**TOTAL AMOUNT DUE**          **$299.25**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     343672     JBS                                          March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter     19000 1473     Dang, Van
GMAC Matter No.: 736734

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| EK | 02/05/13 | Analysis and evaluation of email from D. Booth and complaint and potential effect of stay | L160 | 0.20 | 274.50 | 54.90 |
| CHR | 02/05/13 | Open New Matter including Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Prepare Conflicts Request and Calendaring Memo. | L140 | 0.40 | 130.50 | 52.20 |
| EK | 02/12/13 | Analysis and evaluation of complaint and potential response to same | L210 | 0.40 | 274.50 | 109.80 |
| EK | 02/12/13 | Draft email to D. Booth re recommended response to complaint | L210 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | **1.30** | | **$299.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L140 | Document/File Management | 0.40 | $52.20 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $54.90 |
| L210 | Pleadings | 0.70 | $192.15 |
| | **TOTAL** | **1.30** | **$299.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343672 | CLIENT | OCWEN Loan Servicing | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Dang, Van | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Kemp, Erik | EK | Associate | 0.90 | 274.50 | $247.05 |
| | **Total** | | **1.30** | | **$299.25** |
| | | | FEES | | $299.25 |
| | **TOTAL THIS INVOICE** | | | | **$299.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      343674      JBS                                March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000      OCWEN Loan Servicing
MATTER      1475      Garcia, John and Maria
                     GMAC Matter No.: 737338

**TOTAL AMOUNT DUE**          $1,291.50

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     343674     JBS                                        March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter     19000 1475     Garcia, John and Maria
                          GMAC Matter No.: 737338

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 02/06/13 | Review and evaluate new complaint, note and prior modification agreement. | L210 | 0.40 | 333.00 | 133.20 |
| MCN | 02/06/13 | Initial review of complaint to assess case and provide early evaluation of same. | L110 | 0.30 | 306.00 | 91.80 |
| JBS | 02/07/13 | Analysis and evaluation of email from client and defense strategy | L120 | 0.30 | 427.50 | 128.25 |
| MCN | 02/07/13 | Initial preparation of arguments in support of demurrer to negligence and fraud related claims. | L120 | 0.60 | 306.00 | 183.60 |
| LJT | 02/08/13 | Research title records to prepare chronology, Pacer research to ascertain bankruptcy filing by plaintiffs including Chapter 13 bankruptcy referenced in complaint, review dockets on most recent Chapter 13 bankruptcy and prior bankruptcies filed by plaintiffs. | L110 | 1.00 | 130.50 | 130.50 |
| LJT | 02/08/13 | Review plaintiffs' bankruptcies and draft e-mail summarizing same. | L110 | 0.40 | 130.50 | 52.20 |
| MCN | 02/08/13 | Analysis of bankruptcy schedules and documents to assess case and prepare early evaluation and recommendations to client in view of 180 day bar to refling and dismissal of bankruptcy. | L110 | 0.30 | 306.00 | 91.80 |
| LJT | 02/11/13 | Review title records and prepare chronology. | L110 | 0.90 | 130.50 | 117.45 |
| LJT | 02/15/13 | Draft e-mail re additional bankruptcy research to ascertain individual | L110 | 0.20 | 130.50 | 26.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   343674 | CLIENT    OCWEN Loan Servicing | | | | Page    2 |
|---|---|---|---|---|---|
| | MATTER   Garcia, John & Maria | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | bankruptcies filed by plaintiff John Garcia and review subsequent e-mail from client re same to determine necessity for additional research. | | | | |
| MCN | 02/15/13 | Review of status of current Plaintiff bankruptcy and prior multiple bankruptcies to determine strategy for case and possible early resolution via stipulated writ of possession. | L110 | 0.40 | 306.00 | 122.40 |
| MCN | 02/15/13 | Communications with Christopher DiCcico regarding status of current Plaintiff bankruptcy and review of additional additional borrower information in view of prior multiple bankruptcies to determine strategy for case. | L110 | 0.40 | 306.00 | 122.40 |
| MCN | 02/15/13 | Communications with Cynthia Lynn confirming status of service and discussing possible early resolution and analysis of strategy for same. | L120 | 0.30 | 306.00 | 91.80 |
| | | **TOTAL** | | **5.50** | | **$1,291.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 3.90 | $754.65 | | |
| L120 | Analysis/Strategy | 1.20 | $403.65 | | |
| L210 | Pleadings | 0.40 | $133.20 | | |
| | **TOTAL** | **5.50** | **$1,291.50** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Tarwater, Linda | LJT | Paralegal | 2.50 | 130.50 | $326.25 |
| Nowlin, Marlene | MCN | Special Counsel | 2.30 | 306.00 | $703.80 |
| Hankins, Suzanne | SMH | Member | 0.40 | 333.00 | $133.20 |
| | **Total** | | **5.50** | | **$1,291.50** |

| | FEES | $1,291.50 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,291.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343675    JBS                                        March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000    OCWEN Loan Servicing
MATTER      1477     Van Damme, Nivia
                     GMAC Matter No.: 736880

**TOTAL AMOUNT DUE            $2,172.15**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343675    JBS                                    March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1477    Van Damme, Nivia
                        GMAC Matter No.: 736880

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| SMH | 02/08/13 | Review and evaluate new complaint. | L210 | 0.30 | 333.00 | 99.90 |
| MCN | 02/08/13 | Analysis of allegations in complaint to assess case and prepare early evaluation and recommendations to client. | L120 | 0.40 | 306.00 | 122.40 |
| SMH | 02/10/13 | Draft email to J. Best re assignment of new matter. | L120 | 0.20 | 333.00 | 66.60 |
| LJT | 02/11/13 | Review title records and prepare chronology. | L110 | 0.80 | 130.50 | 104.40 |
| LJT | 02/11/13 | Research title records to prepare chronology, Pacer research to ascertain bankruptcy filings by plaintiff, and review docket, petition and dismissal. | L110 | 0.50 | 130.50 | 65.25 |
| MCN | 02/11/13 | Initial review of complaint to determine status of service and strategy for case. | L240 | 0.30 | 306.00 | 91.80 |
| MCN | 02/11/13 | Drafting of letter regarding bankruptcy stay and notice and suggestion of bankruptcy stay as to GMAC. | L250 | 0.40 | 306.00 | 122.40 |
| MCN | 02/12/13 | Further review title documents in order to determine strategy for responsive pleading. | L120 | 0.50 | 306.00 | 153.00 |
| MCN | 02/12/13 | Further review complaint to determine strategy for responsive pleading and case. | L120 | 0.40 | 306.00 | 122.40 |
| MCN | 02/12/13 | Draft summary of case assessment and recommendations and analysis of same. | L190 | 1.20 | 306.00 | 367.20 |
| MCN | 02/13/13 | Correspondence with Best regarding status of unlawful detainer action in order to determine arguments for | L240 | 0.20 | 306.00 | 61.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343675 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Van Damme, Nivia | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | demurrer. | | | | | |
| MCN | 02/14/13 | Multiple communications with Unlawful Detainer counsel regarding status of eviction proceedings, occupancy of the property and prior cash for keys settlement in order to determine strategy for responsive pleading and early resolution of case. | L190 | 0.50 | 306.00 | | 153.00 |
| MCN | 02/14/13 | Multiple communications with Jennifer Best regarding status of eviction proceedings, occupancy of the property and prior cash for keys settlement in order to determine strategy for responsive pleading and early resolution of case. | L190 | 0.50 | 306.00 | | 153.00 |
| MCN | 02/14/13 | Draft letter to Plaintiff proposing specific terms for settlement of case in view of status of status of eviction proceedings, occupancy of the property and prior cash for keys settlement. | L190 | 0.50 | 306.00 | | 153.00 |
| MCN | 02/15/13 | Communications with Plaintiffs regarding possible early resolution of case via cash for keys. | L160 | 0.30 | 306.00 | | 91.80 |
| MCN | 02/15/13 | Analysis of status of service of complaint in view of improper out of state service on GMAC and strategy for responsive pleading. | L120 | 0.30 | 306.00 | | 91.80 |
| MCN | 02/15/13 | Analysis of Fiserve documents in order to assess case and determine strategy for early resolution. | L120 | 0.50 | 306.00 | | 153.00 |
| | | **TOTAL** | | **7.80** | | | **$2,172.15** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.30 | $169.65 |
| L120 | Analysis/Strategy | 2.30 | $709.20 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $91.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   343675 | CLIENT | OCWEN Loan Servicing | | Page | 3 |
|---|---|---|---|---|---|
| | MATTER | Van Damme, Nivia | | | |

| | | | | |
|---|---|---|---|---|
| L190 | Other Case Assessment | 2.70 | $826.20 | |
| L210 | Pleadings | 0.30 | $99.90 | |
| L240 | Dispositive Motions | 0.50 | $153.00 | |
| L250 | Other Written Motions | 0.40 | $122.40 | |
| | **TOTAL** | **7.80** | **$2,172.15** | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tarwater, Linda | LJT | Paralegal | 1.30 | 130.50 | $169.65 |
| Nowlin, Marlene | MCN | Special Counsel | 6.00 | 306.00 | $1,836.00 |
| Hankins, Suzanne | SMH | Member | 0.50 | 333.00 | $166.50 |
| | **Total** | | **7.80** | | **$2,172.15** |

| | | |
|---|---|---|
| FEES | $2,172.15 |
| **TOTAL THIS INVOICE** | **$2,172.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      343677        JBS

March 26, 2013

n/a
n/a

CLIENT      19000      OCWEN Loan Servicing
MATTER      9997      ResCap Bankruptcy Issues
GMAC Matter No.: 733619

**TOTAL AMOUNT DUE**            **$168.75**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     343677     JBS                                      March 26, 2013

n/a
n/a

Matter     19000  9997     ResCap Bankruptcy Issues
                           GMAC Matter No.: 733619

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DHC | 02/04/13 | Review Court order setting deadline to file and hearing on application for interim compensation for September, 2012 through December 2012. | L190 | 0.50 | 337.50 | 168.75 |
| | | **TOTAL** | | **0.50** | | **$168.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L190 | Other Case Assessment | 0.50 | $168.75 |
| | **TOTAL** | **0.50** | **$168.75** |

| Timekeeper | Position | | Hours | Rate | Value |
|------------|----------|---|-------|------|-------|
| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 |
| | Total | | **0.50** | | **$168.75** |

PRIOR FEES                         $44,514.00
PRIOR COSTS & EXPENSES             $4,152.90

|  |  |
|--|--|
| FEES | $168.75 |
| **TOTAL THIS INVOICE** | **$168.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343683    JBS                                       March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1184    Berdan, Felino V. and Belinda
GMAC Matter No.: 723763

**TOTAL AMOUNT DUE**            **$256.80**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343683    JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1184    Berdan, Felino V. and Belinda
                        GMAC Matter No.: 723763

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        02/15/2013

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | **TOTAL** | **0.00** | | **$0.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 01/24/13 | First Legal Network, LLC; Court Services; SCSC- San Jose, Ca. 12/17/12 | 131.40 |
| 01/24/13 | First Legal Network, LLC; Court Services; CCSC- Martinez, Ca. 12/20/12 | 125.40 |
| | **TOTAL COSTS & EXPENSES** | **$256.80** |

## BILLING SUMMARY

| | | TOTAL | 0.00 | $0.00 | |
|---|---|---|---|---|---|
| Timekeeper | Position | | Hours | Rate | Value |
| | Total | | 0.00 | | $0.00 |

PRIOR FEES                    $21,437.55
PRIOR COSTS & EXPENSES        $2,610.12

COSTS & EXPENSES        $256.80
TOTAL THIS INVOICE      $256.80

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 275500 | 82035 |
| Invoice Date | Total Due |
| 12/23/12 | 179.90 |

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

*** REPRINT ***

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 275500 | 12/23/12 | 179.90 | 1 |

**Service Detail**

| Date | Ordr No. | Svc | | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| '18/12 | 6867049 | SRS | | | Base Chg : | 153.50 | |
| | | | | | Research : | 13.40 | 179.90 |
| EARCH-SAME DAY | | | | | Adv/Wit Ck: | 13.00 | |

CCSC-MARTINEZ
725 COURT STREET
MARTINEZ          CA 94553
Caller: Isabel Kunst
Case No.: CIVMSC12-02889
OBTAIN COPY OF
Signed: OBTAINED

SEVERSON & WERSON
1 EMBARCADERO CENTER
SAN FRANCISCO   CA 94111
Case Title: BERDAN V. EXPRESS
COMPLAINT FILED
Ref: 19000.1184

Invoice Amount:     166.90
Fees Advanced:       13.00
**Total   Amount Due:**    179.90

*obtain 3d Amended Comp*
*Case # 12-02889*
*25 pages*

*** REPRINT ***                                    Total      179.90

*Pay   131.40*

**INVOICE PAYMENT DUE UPON RECEIPT**

*See attached credit.*

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 275537 | 82035 |
| Invoice Date | Total Due |
| 12/23/12 | 132.65 |

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 275537 | 12/23/12 | 132.65 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 12/20/12 | 6868209 | NRS | SEVERSON & WERSON | CCSC-MARTINEZ | Base Chg : 92.25 | |
| | | | 1 EMBARCADERO CENTER | 725 COURT STREET | Wait : 14.00 | |
| RESEARCH-NEXT DAY | | | SAN FRANCISCO   CA 94111 | MARTINEZ      CA 94553 | Research : 13.40 | |
| | | | Caller: Isabel Kunst   Wait: 20 Min | | Adv/Wit Ck: 13.00 | 132.65 |
| | | | Case No.: MSC12-02933 | Case Title: BERDAN V. EXPRESS CA | | |
| | | | OBTAIN THE COMPLAINT | FILED ON 12/18/12 | | |
| | | | Signed: OBTAINED | Ref: 19000.1184 | | |

```
                              Invoice Amount:   119.65
                               Fees Advanced:    13.00
                       Total  Amount Due:       132.65
```

*obtained 3rd am*
*Complaint*
*12-18-12*

*Case # -- 02933*

*** REPRINT ***        Total        132.65

*Pay $125.40*

## INVOICE PAYMENT DUE UPON RECEIPT

*See credit attached.*

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     343684     JBS                                     March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| CLIENT | 19000 | OCWEN Loan Servicing |
|--------|-------|----------------------|
| MATTER | 1245 | Boucher (Victorino) |
| | | GMAC Matter No.: 726876 |

**TOTAL AMOUNT DUE**              **$866.95**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     343684     JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  1245    Boucher (Victorino)
                         GMAC Matter No.: 726876

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DL | 02/05/13 | Analyze order setting status conference and work on service of order. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 02/07/13 | Work on serving notice of status conference on defendant residing in jail. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 02/07/13 | Prepare case management conference statement. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 02/12/13 | Analyze order striking Boucher's answer and review stricken answer; prepare correspondence to client re same and taking Boucher's default. | L110 | 0.30 | 288.00 | 86.40 |
| DL | 02/15/13 | Attend case management conference. | L230 | 0.80 | 288.00 | 230.40 |
| DL | 02/15/13 | Prepare notice of continuance of status conference. | L430 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **2.00** | | **$576.00** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 02/11/13 | CourtCall, LLC; CourtCall - Conference Service; 02/15/13 | 78.00 |
| 02/12/13 | One Legal, Inc.; Transmittal of filing to court; Proof of Service (David Alan Boucher) 01/31/13 | 12.95 |
| 02/15/13 | Daily Journal Corporation-Box 54026; Publication Fees; Mortgageit vs. Boucher. SUMCIV SUMMONS/CIVIL PUB. Orange County Reporter. 02/08/13 | 200.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343684 | CLIENT | OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Boucher (Victorino) | | |

| **TOTAL COSTS & EXPENSES** | **$290.95** |
|---|---|

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.70 | $201.60 |
| L230 | Court Mandated Conferences | 0.80 | $230.40 |
| L430 | Written Motions/Submissions | 0.50 | $144.00 |
| | **TOTAL** | **2.00** | **$576.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 2.00 | 288.00 | $576.00 |
| | **Total** | | **2.00** | | **$576.00** |

| PRIOR FEES | $9,980.10 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,597.64 |

| FEES | $576.00 |
|---|---|
| COSTS & EXPENSES | $290.95 |
| **TOTAL THIS INVOICE** | **$866.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

JOURNAL CORPORATION

026 LOS ANGELES CALIFORNIA 90054-0026
213) 229-5300  FAX (213) 229-5481
AL TAX ID:95-4133299

LEGAL ADVERTISING
**Invoice**

| Invoice Number | Date |
|---|---|
| A2434457 | 2/8/2013 |

| Customer Account Number |
|---|
| 1122126577 |

| Customer Payment  Reference |
|---|
|  |

| Special Project |
|---|
|  |

Due Date:  3/10/2013          Page 1 of 1

EDWARD
SEVERSON & WERSON
19100 VON KARMAN #700
IRVINE, CA 92612  USA

*(handwritten)* 19000. 1245
O. K.
EIF.

| Type | Order No | Description | Amount |
|---|---|---|---|
| Invoice | A2434457 | MORTGAGEIT VS BOUCHER<br>SUMCIV SUMMONS/CIVIL PUB<br>51230    ORANGE COUNTY REPORTER<br>01/18,01/25,02/01,02/08/2013 |  200.00 |
|  |  | *Publication*                                    200.00 |  |

---

PLEASE VERIFY AND APPROVE THIS ADVERTISEMENT AND FORWARD A COPY OF THE INVOICE AND THE PROOF OF PUBLICATION TO YOUR ACCOUNTS
PAYABLE DEPARTMENT FOR PAYMENT WITHIN 30 DAYS, RETURNED CHECKS WILL INCUR A $25 FEE.

| | Total: | 200.00 |
|---|---|---|
| | Payment: | 0.00 |
| | Please Pay: | 200.00 |

**Please make check payable to: Daily Journal Corporation**

Please detach and return this portion with payment. To ensure proper credit to your account, please write your customer number on your check. If you have any questions about your account, please call 7145432027.

| Invoice Date | Invoice Number | Customer Number |
|---|---|---|
| 2/8/2013 | A2434457 | 1122126577 |

* A 0 0 0 0 0 2 9 7 3 1 4 6 *

| Legal Advertising - Division 1122 | Please Pay | 200.00 |
|---|---|---|

DAILY JOURNAL CORPORATION
Attn: Accounts Receivable
PO Box 54026
Los Angeles CA 90054-0026

EDWARD
SEVERSON & WERSON
19100 VON KARMAN #700
IRVINE, CA 92612  USA

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     343685     JBS                                          March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006


CLIENT     19000     OCWEN Loan Servicing
MATTER     1264      Von Brincken, Shelley (3)
                     GMAC Matter No.: 730041


**TOTAL AMOUNT DUE**          **$314.65**


**\*\*\* REMITTANCE COPY \*\*\***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343685    JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1264    Von Brincken, Shelley (3)
GMAC Matter No.: 730041

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ERB | 02/02/13 | Communications with client re status of L120 matter and strategy. | 0.10 | 279.00 | 27.90 |
| MGC | 02/06/13 | Respond to client e-mails.          L110 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | **0.40** | | **$99.45** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 02/11/13 | CourtCall, LLC; CourtCall - Conference Service; 03/15/13 | 78.00 |
| 02/15/13 | First Legal Network, LLC; Transmittal of filing to court; Nevada County Superior Court- Nevada City, Ca. . Advance ck. $60.00 | 137.20 |

**TOTAL COSTS & EXPENSES**                          **$215.20**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 0.30 | $71.55 |
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| | **TOTAL** | **0.40** | **$99.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Cross, Michael | MGC | Associate | 0.30 | 238.50 | $71.55 |
| | **Total** | | **0.40** | | **$99.45** |

PRIOR FEES                          $7,840.35
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343685 | CLIENT | OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Von Brincken, Shelley (3) | | |

PRIOR COSTS & EXPENSES                    $2,328.55

|  |  |
|---|---|
| FEES | $99.45 |
| COSTS & EXPENSES | $215.20 |
| **TOTAL THIS INVOICE** | **$314.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

...ES. CA 90084-4250          *** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 277875 | 82035 |
| Invoice Date | Total Due |
| 1/31/13 | 137.20 |

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 277875 | 1/31/13 | 137.20 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 1/25/13 | 6878865 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: MARILYN HECHMER<br>Case No.: 78503<br>FILE/CONFORM/RETURN<br>Signed: FILED/CC | NEVADA CCU SUPERIOR CT-NEVADA CITY<br>201 CHURCH STREET<br>NEVADA CITY    CA 95959-2505 | Base Chg :    49.95<br>Misc    :    27.25<br>Adv/Wit Ck:    60.00 | 137.20 |
| LING-FWD | PDF SAME DAY | | | Case Title: bricken v mortgage c<br>COURTESY COPY TO JDG<br>Ref: 19000.1264 | | |

Invoice Amount:    77.20
Fees Advanced:    60.00
**Total    Amount Due:**    137.20

Approved: _MnR2t_
C/M #: _19000.1264_

*** REPRINT ***          Total          137.20

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      343686      JBS                                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000      OCWEN Loan Servicing
MATTER      1318      Corona, Octavio and Angelica
                      GMAC Matter No.: 729890

**TOTAL AMOUNT DUE**          $1,576.80

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343686    JBS                                        March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1318    Corona, Octavio and Angelica
GMAC Matter No.: 729890

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DL | 01/22/13 | Prepare case management conference statement. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 02/01/13 | Analyze plaintiff's case management statement. | L110 | 0.10 | 288.00 | 28.80 |
| RMI | 02/05/13 | Review email re court mandated status conference and OSC hearings. Conference with D.Liu re OSC hearing. | L230 | 0.30 | 247.50 | 74.25 |
| RMI | 02/06/13 | Prepare outline of case history and argument in preparation for court mandated status conference and OSC hearing. Attention to | L230 | 0.40 | 247.50 | 99.00 |
| RMI | 02/06/13 | Attention to docket re OSC and status conference hearings. | L120 | 0.20 | 247.50 | 49.50 |
| RMI | 02/06/13 | Attention to file re case history and strategy re court mandated status conference and OSC hearings. Review bankruptcy stay re remaining causes of action and ability of client to file demurrer. | L230 | 0.50 | 247.50 | 123.75 |
| DL | 02/06/13 | Strategy re preparing for status conference. | L110 | 0.20 | 288.00 | 57.60 |
| RMI | 02/07/13 | Prepare email re case strategy and status update re status conference. Call to court clerk re court's minute order re status conference. | L120 | 0.40 | 247.50 | 99.00 |
| RMI | 02/07/13 | Appear for status conference and osc re dismissal hearings. | L230 | 2.80 | 247.50 | 693.00 |
| DL | 02/07/13 | Analyze results of status conference | L110 | 0.20 | 288.00 | 57.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 343686 | CLIENT | OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|---|
| | MATTER | Corona, Octavio & Angelica | | |

and advise client of continuance of
status conference.

| | **TOTAL** | **5.40** | **$1,368.90** |
|---|---|---|---|

### COSTS & EXPENSES

| 01/09/13 | First Legal Network, LLC; Transmittal of filing to court; LA County Court - Unlimited CA 12/04/12 | 49.95 |
|---|---|---|
| 02/05/13 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 01/23/13 | 49.95 |
| 02/11/13 | CourtCall, LLC; CourtCall - Conference Service; 02/07/13 | 108.00 |
| | **TOTAL COSTS & EXPENSES** | **$207.90** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.50 | $144.00 |
| L120 | Analysis/Strategy | 0.60 | $148.50 |
| L230 | Court Mandated Conferences | 4.00 | $990.00 |
| L430 | Written Motions/Submissions | 0.30 | $86.40 |
| | **TOTAL** | **5.40** | **$1,368.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 0.80 | 288.00 | $230.40 |
| Ito, Ryan | RMI | Associate | 4.60 | 247.50 | $1,138.50 |
| | | **Total** | **5.40** | | **$1,368.90** |

| PRIOR FEES | $5,469.75 |
|---|---|
| PRIOR COSTS & EXPENSES | $2,130.79 |

| FEES | $1,368.90 |
|---|---|
| COSTS & EXPENSES | $207.90 |
| **TOTAL THIS INVOICE** | **$1,576.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Debit Account Number CCDA-01-378

t Ledger for 02/01/2013 through

| DATE | ATTORNEY | CCID# | COURT | JUDGE | CASENAME/NUMBER | VIDEO / LATE FEE | FEE LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | # 55000.0362 | | | | |
| 2/15/13 | Megan Gruber | 5423816 | Marin County Superior Court | Judge Faye D'Opal | Raman v. Capital One Bank, N.A., et al /CV1104285 | | $78.00 | $78.00 | ($8,804.30) |
| | | | | | | | $0.00 | | |
| | Reference # 15314.0276 RAMAN (1) | | | | | | | | |
| 2/5/13 | Austin Kenney | 5415409 | Santa Clara County Superior Court | Judge Mark H. Pierce | Garza vs. Spring Leaf/16-112CV233959 | | Refund $78.00 | $78.00 | ($8,882.30) |
| 2/14/13 | Megan Gruber | 5423092 | Fresno County Superior Court Fresno | Judge Dale Ikeda | Israel, et al. vs. GMAC Mortgage Corp., et al /10CECG01330 | | $78.00 | $78.00 | ($8,804.30) |
| | | | | | | | $0.00 | | |
| | Reference # 19000 0439 | | | | | | | | |
| 2/5/13 | Casey McTigue | 6300043 | Nevada County Superior Court Nevada City | Judge Sean P. Dowling (VI) | Diana Knutson vs. Deutsche Bank, et al/78279 | | Refund $78.00 | $78.00 | ($8,882.30) |
| 2/5/13 | William Idleman | 5424013 | Los Angeles Superior Court Central(A-L) | Judge Maureen Duffy-Lewis | Graves vs. Nationstar Mortgage/BC491831 | | $78.00 | $78.00 | ($8,804.30) |
| | | | | | | | $0.00 | | |
| | Reference # 11951 0061 | | | | | | | | |
| 2/5/13 | Tatiana Holmes | 1400252 | U.S. Bankruptcy Court-N.D. California (San Jose) | Honorable Stephen L. Johnson | Smith/12-57875 (ANB-6503 | | $37.00 | $37.00 | ($8,767.30) |
| | | | | | | | $0.00 | | |
| | Reference # 30000 6663 | | | | | | | | |
| 2/6/13 | Jonathan Dykstra | 5424144 | Orange County Superior Court-Laguna Hills | Judge Corey S. Cramin | Ford Motor Credit vs Charles Barfield/30-2012-00564291 | | $78.00 $108.00 | $108.00 | ($8,659.30) |
| | | | | | | | $30.00 | | |
| 2/7/13 | Ryan Ito | 5424635 | Los Angeles Superior Court-Central(A-L) | Judge Maureen Duffy-Lewis | Corona, et al vs. Greenpoint Mortgage Funding, Inc., et al/BC486534 | | $78.00 $108.00 | $108.00 | ($8,551.30) |
| | | | | | | | $30.00 | | |
| | Reference # 19000-1318 | | | | | | | | |
| 2/6/13 | David Liu | 5425291 | San Bernardino Superior Court-San Bernardino District | Judge John M. Pacheco | Hamel, et al. v. Performance Credit, et al./CIVDS1209212 | | $78.00 | $78.00 | ($8,473.30) |
| | | | | | | | $0.00 | | |

Handwritten notations: 06065-0094 ; 016 ; 10000.1217

2012

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343687    JBS                                          March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000    OCWEN Loan Servicing
MATTER     1379     Becerra, Patricia
                           GMAC Matter No.: 732149

**TOTAL AMOUNT DUE**            **$254.00**

# *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343687    JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1379    Becerra, Patricia
                        GMAC Matter No.: 732149

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
|      |      | **TOTAL**   | **0.00** |   | **$0.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 01/25/13 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; CNTY RVSD Online Civil MO Riverside CA 12/20/12 | 90.00 |
| 02/13/13 | S&R Services; Court Services;: Bankruptcy Court Copy Job 235 Pine St. San Francisco, CA 01/14/13 | 55.00 |
| 02/13/13 | S&R Services;Court Services;  USBC - Santa Ana, 411 West Fourth Street Santa Ana, CA 92701 01/16/13 | 109.00 |

**TOTAL COSTS & EXPENSES**                                    **$254.00**

## BILLING SUMMARY

| | **TOTAL** | **0.00** | **$0.00** | | |
|---|---|---|---|---|---|
| **Timekeeper** | **Position** | **Hours** | **Rate** | **Value** | |
| | **Total** | **0.00** | | **$0.00** | |

PRIOR FEES                    $14,101.20
PRIOR COSTS & EXPENSES        $2,462.54

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  343687 | CLIENT  OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|
| | MATTER  Becerra, Patricia | | |

| | | |
|---|---|---|
| COSTS & EXPENSES | | $254.00 |
| **TOTAL THIS INVOICE** | | **$254.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# S&R Services

**Bill to:**
SEVERSON AND WERSON
ONE EMBARCADERO CENTER
SUITE 2600
San Francisco CA  94111

**Work Completed For:**
ADAM N. BARASCH ESQ.
SEVERSON AND WERSON
ONE EMBARCADERO CENTER
SUITE 2600
San Francisco CA  94111

| **Wednesday January 16, 2013** | *INVOICE* | **ADBAR.61984** |
|---|---|---|

Client Matter #: 19000.1379    — okabe
Case #: 6:12-BK-35939-WJ
Court:  U.S. BANKRUPTCY COURT, RIVERSIDE
Title:  in re: vs. Juan M. Becerra
Description:  -; 2 PART REQUEST-1) OBTAIN CERTIFIED COPY OF DOC # 17: Order Granting Motion for Relief from the Automatic Stay Under 11 USC 362 (Real Property) Filed and Entered on 01/11/13 ---2) Once you obtain a certified copy of the order, please have the order taken to the Riverside County Recorder's office to be recorded. (use attached cover sheet)

| Date | Description | Amount |
|---|---|---|
| 01/16/13 | Miscellaneous Job: USBC - SANTA ANA, AT Business 411 WEST FOURTH STREET  Santa Ana, CA  92701 | |
| 01/16/13 | RUSH HANDLING | 40.00 |
| 01/16/13 | COURT FILING | 55.00 |
| 01/16/13 | FEES ADVANCED | 11.50 |
| 01/16/13 | FEE ADVANCE CHARGE $2.50 or 10% WHICHEVER IS GREATER | 2.50 |
| **PLEASE PAY FROM THIS INVOICE** | | **109.00** |

903 Sneath Lane, Suite 227,  San Bruno, CA  94066
Telephone: (650) 794-1923, FAX: (650) 989-4182, Tax ID: 26-4161879

# Severson
# *&* Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     343689     JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT     19000     OCWEN Loan Servicing
MATTER     1396      Gilbert, Richard and Diana
                     GMAC Matter No.: 733271

TOTAL AMOUNT DUE            $1,082.18

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343689    JBS                                      March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1396    Gilbert, Richard and Diana
                        GMAC Matter No.: 733271

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| WJI | 02/01/13 | Correspondence to client regarding update on the demurrer hearing. | L210 | 0.10 | 256.50 | 25.65 |
| WJI | 02/01/13 | Attend hearing on the demurrer to the complaint. | L210 | 0.70 | 256.50 | 179.55 |
| WJI | 02/06/13 | Edit case management conference statement. | L230 | 0.30 | 256.50 | 76.95 |
| WJI | 02/15/13 | Analysis and evaluation of the claims set forth in the first amended complaint. | L210 | 0.70 | 256.50 | 179.55 |
| | | **TOTAL** | | **1.80** | | **$461.70** |

### COSTS & EXPENSES

| | | |
|--|--|--|
| 02/04/13 | CourtCall, LLC; CourtCall - Conference Service; 02/01/13 | 108.00 |
| 02/05/13 | One Legal, Inc.; Transmittal of filing to court; Notice of Joinder to Demurrer to Complaint including Court Filing Fee $465 1st appearance for one more defendant we represent 01/09/13 | 474.95 |
| 02/11/13 | William Idleman; Transportation; Travel to Orange Court in Santa Ana, CA to appear to OSC re Preliminary Injunction 10/26/12 | 13.79 |
| 02/11/13 | William Idleman; Transportation; R/T from Irvine to Santa Ana to appear at OSC re Preliminary hearing in Orange County Superior Court. Santa Ana, Ca. 12/14/12 | 13.79 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343689 | CLIENT | OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Gilbert, Richard & Diana | | |

| | | |
|---|---|---|
| 02/11/13 One Legal, Inc.; Transmittal of filing to court; Reply to Opposition to Demurrer 01/24/13 | | 9.95 |
| **TOTAL COSTS & EXPENSES** | **$620.48** | |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L210  Pleadings | 1.50 | $384.75 |
| L230  Court Mandated Conferences | 0.30 | $76.95 |
| **TOTAL** | **1.80** | **$461.70** |

| Timekeeper | Position | Hours | Rate | Value |
|---|---|---|---|---|
| Idleman, William J.  WJI | Associate | 1.80 | 256.50 | $461.70 |
| **Total** | | **1.80** | | **$461.70** |

| | |
|---|---|
| PRIOR FEES | $15,722.55 |
| PRIOR COSTS & EXPENSES | $764.54 |

| | |
|---|---|
| FEES | $461.70 |
| COSTS & EXPENSES | $620.48 |
| **TOTAL THIS INVOICE** | **$1,082.18** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Debit Ledger for 01/16/2013 through

# Debit Account Number CCDA-01-378

_(handwritten: 11618.0032)_

| ATTORNEY DATE | CCID# | COURT | JUDGE | CASENAME/NUMBER | VIDEO/ LATE FEE | FEE/ LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 1/31/13 Danielle Ellis | 5346720 | Alameda County Superior Court-Hayward HOJ | Judge Ioana Petrou | Keith LaDue vs. Aircraft Camel Hornet Foundation/RG12613279 | | Refund | $78.00 | ($13,718.30) |
| 1/30/13 Alisa Giventhal | 5409614 | San Diego Superior Court-Central(HOJ) | Judge Ronald L. Styn | Lopez vs Enterprise Rent-A-Car Of Los Angeles/37-2012-00098974 | | Refund | $78.00 | ($13,796.30) |
| 1/30/13 Austin Kenney | 5411375 | Sacramento County Superior Court | Judge Raymond M. Cadei | Zapata v. Ford Motors Company, et al./34-2010-00074189 | | $78.00 $30.00 | $108.00 | ($13,688.30) |
| Reference # 12108.0046 | | | | | | | | |
| 1/30/13 William Idleman | 5411439 | Orange County Superior Court-Santa Ana | Judge Robert Moss | Richard C. Gilbert vs. GMAC Mortgage/30-2012-00602403 | | $78.00 $30.00 | $108.00 | ($13,580.30) |
| Reference # 19000.1396 | | | | | | | | |
| 2/1/13 Austin Kenney | 5411442 | Sacramento County Superior Court | Judge David L. Brown | Alicia Zapata v. Ford Motors Company, et al./34-2010-00074189 | | $78.00 $30.00 | $108.00 | ($13,472.30) |
| Reference # 12108.0046 | | | | | | | | |
| 2/14/13 Jason Julian | 5411588 | El Dorado County Superior Court | ADR Officer Stephen Keller (Wed-Fri) | Sanborn v. Wells Fargo Bank, N.A./PC20120625 | | $78.00 $0.00 | $78.00 | ($13,394.30) |
| Reference # 55000.0521 | | | | | | | | |
| 1/23/13 Toriana Holmes | 5387253 | U.S. Bankruptcy Court-E.D. California (Fresno/Bkrstld) | Judge Fredrick E. Clement | Alexander/12-19250 (SW-1) | | $30.00 $0.00 | $30.00 | ($13,364.30) |
| Reference # 17000-3571 | | | | | | | | |
| 1/23/13 Bernard Kornberg | 5387285 | U.S. Bankruptcy Court-N.D. California (Oakland) | Judge William Lafferty | McGee/12-49497 (ANB-6501 | | $30.00 $0.00 | $30.00 | ($13,334.30) |
| Reference # 30000-6501 | | | | | | | | |

**REMIT PAYMENT TO:**
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



**ANDERSON & WERSON**
**ATTN:** Accounting  Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| | Cust. No.: | 0000562 |
|---|---|---|
| | Invoice No.: | 5185277-R1 |
| | Inv. Date: | 1/9/13 |
| | Due Date: | 1/24/13 |
| | Total: | $474.95 |
| | Terms: | Net 15 |

| INVOICE No. | |
|---|---|
| 5185277-R1 | |
| Date: | 1/9/13 |
| Cust. No.: | 0000562 |

| Law Firm Contact: | William J. Idleman |
|---|---|
| Client File No.: | 19000.1396 |
| Case Short Title: | Richard C. Gilbert vs. GMAC Mortgage V. N/A |
| Documents: | Notice of Joinder to Demurrer to Complaint |
| One Legal Branch: | |
| Court: | Superior Court of California, Orange County |
| Description: | |

*OK V Hur*

| | |
|---|---|
| COURT FILING FEE | $465.00 |
| E-FILING SERVICE FEE - UNLIMITED | $9.95 |

*1st Appearance for
— One more Defendant
we Represent*



| Due Date | 1/24/13 | Total This Invoice | $474.95 |
|---|---|---|---|

# Severson
## *&* Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343690    JBS                                      March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| CLIENT | 19000 | OCWEN Loan Servicing |
|--------|-------|----------------------|
| MATTER | 1402 | Do, Janet Tran |
| | | GMAC Matter No.: 733302 |

**TOTAL AMOUNT DUE**          $1,539.65

## \*\*\* REMITTANCE COPY \*\*\*
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      343690      JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter      19000 1402      Do, Janet Tran
GMAC Matter No.: 733302

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 02/01/13 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 02/01/13 | Draft notice of continued hearing on clients' demurrer to the complaint and motion to expunge the lis pendens | L210 | 0.30 | 238.50 | 71.55 |
| JHT | 02/01/13 | Reviewed case file and operative pleadings in preparation for hearing on Demurrer to Complaint. | L210 | 0.70 | 238.50 | 166.95 |
| JHT | 02/01/13 | Reviewed case file and pertinent pleadings in preparation for hearing on Motion to Expunge Lis Pendens. | L210 | 0.50 | 238.50 | 119.25 |
| JHT | 02/01/13 | Went to court to receive written tentative ruling on Demurrer to Complaint and Motion to Expunge Lis Pendens. | L210 | 1.00 | 238.50 | 238.50 |
| YS | 02/05/13 | Review and analysis of the Court's tentative rulings on clients' demurrer and motion to expunge lis pendens in light of pending hearings | L120 | 0.20 | 238.50 | 47.70 |
| YS | 02/06/13 | Draft proposed order on clients' motion to expunge lis pendens in light of the Court's ruling granting the motion and attorney's fees award | L210 | 0.30 | 238.50 | 71.55 |
| AAW | 02/06/13 | Draft notice of ruling on demurrer. | L250 | 0.10 | 225.00 | 22.50 |
| AAW | 02/06/13 | Update Yaron Shaham regarding results of demurrer hearing. | L240 | 0.20 | 225.00 | 45.00 |
| AAW | 02/06/13 | Appear at hearing on demurrer. | L240 | 1.00 | 225.00 | 225.00 |
| YS | 02/07/13 | Receipt, review and analysis of the notice of ruling on the demurrer and | L120 | 0.10 | 238.50 | 23.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 343690 | CLIENT OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|
| | MATTER Do, Janet Tran | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | motion to expunge lis pendens | | | | |
| YS | 02/13/13 | Draft status update to client in light of the Court's rulings on the Demurrer and Motion to Expunge the Lis Pendens | L190 | 0.30 | 238.50 | 71.55 |
| YS | 02/14/13 | Draft correspondence to plaintiff's counsel regarding her client's concerns about the proposed order granting the motion to expunge the lis pendens | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **5.00** | | **$1,174.95** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 02/11/13 | NORCO Delivery Services; Messenger; Kristen H. Philower at 2920 Huntington Drive, San Marino, Ca. 91108 1/28/13 | 14.20 |
| 02/11/13 | CourtCall, LLC; CourtCall - Conference Service; 02/06/13 | 78.00 |
| 02/12/13 | One Legal, Inc.; Transmittal of filing to court; Reply ISO Motion to Expunge the Lis Pendens 01/28/13 | 109.90 |
| 02/12/13 | One Legal, Inc.; Transmittal of filing to court; Reply ISO of Demurrer to Plaintiff's Complaint 01/28/13 | 112.65 |
| 02/12/13 | One Legal, Inc.; Transmittal of filing to court; Substitution of Attorney 01/31/13 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$364.70** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $71.55 |
| L190 | Other Case Assessment | 0.60 | $143.10 |
| L210 | Pleadings | 2.80 | $667.80 |
| L240 | Dispositive Motions | 1.20 | $270.00 |
| L250 | Other Written Motions | 0.10 | $22.50 |
| | **TOTAL** | **5.00** | **$1,174.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Wood, Andrew | AAW | Associate | 1.30 | 225.00 | $292.50 |
| Tuffaha, Joe | JHT | Associate | 2.20 | 238.50 | $524.70 |
| Shaham, Yaron | YS | Special Counsel | 1.50 | 238.50 | $357.75 |
| | **Total** | | **5.00** | | **$1,174.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   343690 | CLIENT | OCWEN Loan Servicing | Page | 3 |
| | MATTER | Do, Janet Tran | | |

| | | |
|---|---|---|
| PRIOR FEES | | $7,918.20 |
| PRIOR COSTS & EXPENSES | | $2,381.12 |

| | | |
|---|---|---|
| FEES | $1,174.95 |
| COSTS & EXPENSES | $364.70 |
| **TOTAL THIS INVOICE** | **$1,539.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**REMIT PAYMENT TO:**
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



...SON & WERSON
ATTN: Accounting  Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 7188032 |
| Inv. Date: | 1/28/13 |
| Due Date: | 2/12/13 |
| Total: | $109.90 |
| Terms: | Net 15 |

| INVOICE No. | |
|---|---|
| 7188032 | |
| Date: | 1/28/13 |
| Cust. No.: | 0000562 |

| Law Firm Contact: | Yaron Shaham |
|---|---|
| Client File No.: | 19000.1402 |
| Case Short Title: | Janet Tran Do V. North County Real Estate, Inc., et al. |
| Documents: | Reply ISO Motion to Expunge the Lis Pendens |
| One Legal Branch: | Los Angeles |
| Court: Description: | Superior Court of California, Los Angeles County |

| COURT FILING SERVICE FEE | $49.95 |
|---|---|
| COURT FILING URGENT CHARGE | $49.95 |
| COURTESY COPY | $10.00 |

OK TO PAY



| Due Date | 2/12/13 | Total This Invoice | $109.90 |
|---|---|---|---|

REMIT PAYMENT TO:
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815



SEVERSON & WERSON
ATTN: Accounting  Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

| INVOICE No. | |
|---|---|
| 7188024 | |
| **Date:** | 1/28/13 |
| **Cust. No.:** | 0000562 |

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 7188024 |
| Inv. Date: | 1/28/13 |
| Due Date: | 2/12/13 |
| Total: | $112.65 |
| **Terms:** | Net 15 |

| | |
|---|---|
| **Law Firm Contact:** | Yaron Shaham |
| **Client File No.:** | 19000.1402 |
| **Case Short Title:** | Janet Tran Do V. North County Real Estate, Inc., et al. |
| **Documents:** | Reply ISO of Demurrer to Plaintiff's Complaint |
| **One Legal Branch:** | Los Angeles |
| **Court Description:** | Superior Court of California, Los Angeles County |

| | |
|---|---|
| **COURT FILING SERVICE FEE** | $49.95 |
| **COURT FILING COPY CHARGE** | $2.75 |
| **COURT FILING URGENT CHARGE** | $49.95 |
| **COURTESY COPY** | $10.00 |

OK TO PAY:



| Due Date | 2/12/13 | Total This Invoice | $112.65 |
|---|---|---|---|

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343691    JBS                                         March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | OCWEN Loan Servicing |
| MATTER | 1406 | Jimenez (Salone) |
| | | GMAC Matter No.: 733566 |

**TOTAL AMOUNT DUE**          **$1,390.50**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   343691   JBS                                   March 27, 2013

Ocwen Financial Corporation
Attn: Natasha l. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter   19000 1406   Jimenez (Salone)
                      GMAC Matter No.: 733566

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| WJI | 02/06/13 | Telephone call with opposing counsel regarding upcoming case management conference. | L230 | 0.40 | 256.50 | 102.60 |
| WJI | 02/07/13 | Exchange emails with opposing counsel regarding case management conference and motion to strike. | L210 | 0.20 | 256.50 | 51.30 |
| WJI | 02/08/13 | Appear for case management conference hearing. | L230 | 0.80 | 256.50 | 205.20 |
| WJI | 02/14/13 | Initial analysis and evaluation of the allegations of the first amended complaint. | L120 | 0.70 | 256.50 | 179.55 |
| WJI | 02/15/13 | Analysis of case law regarding negligence in the landlord-tenant context. | L210 | 0.70 | 256.50 | 179.55 |
| WJI | 02/15/13 | Analysis and evaluation of case law that gives rise to a landlord-tenant relationship. | L120 | 2.20 | 256.50 | 564.30 |
| | | **TOTAL** | | **5.00** | | **$1,282.50** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 02/11/13 | CourtCall, LLC; CourtCall - Conference Service;  02/08/13 | 108.00 |
| | **TOTAL COSTS & EXPENSES** | **$108.00** |

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343691 | CLIENT | OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Jimenez (Salone) | | |

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 2.90 | $743.85 | | | |
| L210 | Pleadings | 0.90 | $230.85 | | | |
| L230 | Court Mandated Conferences | 1.20 | $307.80 | | | |
| | **TOTAL** | **5.00** | **$1,282.50** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Idleman, William J. | WJI | Associate | 5.00 | 256.50 | $1,282.50 |
| | **Total** | | **5.00** | | **$1,282.50** |

| PRIOR FEES | $8,985.15 |
|---|---|
| PRIOR COSTS & EXPENSES | $651.64 |

| FEES | $1,282.50 |
|---|---|
| COSTS & EXPENSES | $108.00 |
| **TOTAL THIS INVOICE** | **$1,390.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Debit Ledger for 02/01/2013 through

## Debit Account Number CCDA-01-378

| APP DATE | ATTORNEY | CCID# | COURT | JUDGE | CASENAME/NUMBER | VIDEO/ LATE FEE | FEE / LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 2/7/13 5/2/13 | Gregory Eisner | 5427769 | Fresno County Superior Court-Fresno | Judge Donald Black | Burchfield vs. Clovis RV, Inc., et al./10CECG02398 | | $78.00 $0.00 | $78.00 | ($7,507.30) |
| Reference # 11608.0724 | | | | | | | | | |
| 2/7/13 3/22/13 | Alex Sears | 5427786 | El Dorado County Superior Court | Judge Steven C. Bailey (Fri) | Winston vs. Greenpoint Mortgage/PC20080208 | | $78.00 $0.00 | $78.00 | ($7,429.30) |
| # 153140100 | | | | | | | | | |
| 2/7/13 2/8/13 | William Idlema | 5427808 | Los Angeles Superior Court-Central(M-Z) | Judge Barbara M. Scheper | Jimenez, et al vs. US Bank N A, et al/BC491426 | | $78.00 $30.00 | $108.00 | ($7,321.30) |
| Reference # 19000.1406 | | | | | | | | | |
| 2/7/13 5/9/13 | Gregory Eisner | 5427828 | Fresno County Superior Court-Fresno | Judge Dale Ikeda | Burchfield vs. Clovis RV, Inc., et al./10CECG02398 | | $78.00 $0.00 | $78.00 | ($7,243.30) |
| Reference # 11608.0724 | | | | | | | | | |
| 2/7/13 2/15/13 | Natilee Riedman | 5427880 | Nevada County Superior Court-Nevada City | Judge Sean P. Dowling (Vi) | Anderson v. Wells Fargo Bank, et al./79120 | | $78.00 $0.00 | $78.00 | ($7,165.30) |
| Reference # 55000.0541 | | | | | | | | | |
| 2/7/13 3/8/13 | Gregory Eisner | 5427945 | Los Angeles Superior Court-Torrance | Judge Stuart M. Rice | Sears vs. Bank of America, et al/YC067880 | | $78.00 $0.00 | $78.00 | ($7,087.30) |
| Reference # 10597.0301 | | | | | | | | | |
| 2/7/13 2/11/13 | Jeremy Scott Carr | 5428436 | San Bernardino Superior Court-San Bernardino District | Judge John M. Pacheco | David Tyson vs. Deutsche Bank/CIVDS1209506 | | $78.00 $30.00 | $108.00 | ($6,979.30) |
| Reference # 70000.0981 | | | | | | | | | |
| 2/7/13 2/14/13 | Austin Kenney | 5428542 | Sacramento County Superior Court | Judge David W. Abbott | Nix v. The Bank of New York Mellon, et al./34-2012-00130126 | | $78.00 $0.00 | $78.00 | ($6,901.30) |
| Reference # 11989.0067 | | | | | | | | | |

2012

From Auto Debit Send on 02/10/13 at 11:00 PM

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343692    JBS

March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| CLIENT | 19000 | OCWEN Loan Servicing |
|--------|-------|----------------------|
| MATTER | 1408  | Grant, Mary          |
|        |       | GMAC Matter No.: 733509 |

**TOTAL AMOUNT DUE**          **$240.35**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343692    JBS                                      March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1408    Grant, Mary
                        GMAC Matter No.: 733509

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 02/01/13 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 02/14/13 | Draft correspondence to client regarding status of the case and possible resolution if and when the trustee's deed upon sale is rescinded | L190 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **0.40** | | **$95.40** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 02/15/13 | First Legal Network, LLC; Transmittal of filing to court; LASC- Van Nuys, Ca. Advance ck. $60.00 1/22/13 | | 144.95 |
| | **TOTAL COSTS & EXPENSES** | **$144.95** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|---|-------|--------|---|---|
| L190 | Other Case Assessment | 0.40 | $95.40 | | |
| | **TOTAL** | **0.40** | **$95.40** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Shaham, Yaron | YS | Special Counsel | 0.40 | 238.50 | $95.40 |
| | **Total** | | **0.40** | | **$95.40** |

PRIOR FEES                        $6,581.70
PRIOR COSTS & EXPENSES            $989.59

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343692 | CLIENT | OCWEN Loan Servicing | Page | 2 |
| | | MATTER | Grant, Mary | | |

| | | |
|---|---|---|
| FEES | | $95.40 |
| COSTS & EXPENSES | | $144.95 |
| **TOTAL THIS INVOICE** | | **$240.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 372652 | 23103 |
| Invoice Date | Amount Due |
| 1/31/13 | 144.95 |

..S, CA 90084−4250

& WERSON
.. TINNER (OFFICE MNGR)
.. VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 23103 | 372652 | 1/31/13 | 144.95 | 1 | | |
| Date | Order No. | SVC | | Service Details | | | | Charges | Total |
| 1/22/13 | 9558925 | BFX | SEVERSON & WERSON | LASC-VAN NUYS | | Base Chg : | 84.95 | | 144.95 |
| FILING-BRNCH PDF RUSH | | | 19100 VON KARMAN | 6230 SYLMAR AVENUE | | Adv/Wit CK: | 60.00 | | |
| | | | IRVINE       CA 92605 | VAN NUYS       CA 91401 | | | | | |
| | | | Caller: Stephanie A. Cri | | | | | | |
| | | | Case No.: LC097684 | Case Title: GRANT V GMAC MORTGAG | | | | | |
| | | | FILE/CONFORM/RETURN | Ref: 19000.1408 | | | | | |
| | | | Signed: FILED | | | | | | |

Invoice Amount:       84.95
Fees Advanced:       60.00
**Total  Amount Due:**    144.95

OK TO PAY: [signature]

*** REPRINT ***        **Total**      144.95

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343693    JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT     19000    OCWEN Loan Servicing
MATTER     1410     Tademy, Gloria
                    GMAC Matter No.: 733403

**TOTAL AMOUNT DUE**              $740.85

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343693    JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1410    Tademy, Gloria
                GMAC Matter No.: 733403

FOR PROFESSIONAL SERVICES RENDERED       01/01/1994       02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|-----|-------|------|--------|
| SMH | 02/01/13 | Review update re executed release and proposed dismissal. | L160 | 0.20 | 333.00 | 66.60 |
| MJE | 02/01/13 | Prepare documents and organize for closing of file | L140 | 0.40 | 279.00 | 111.60 |
| MJE | 02/12/13 | Various communications with client and Plaintiff's counsel re receipt of payments made per modification. | L140 | 0.50 | 279.00 | 139.50 |
| MJE | 02/14/13 | Exchange of multiple emails with C. DiCicco and Plaintiff's counsel regarding payments to be made re trial modification. | L140 | 0.40 | 279.00 | 111.60 |
| MJE | 02/15/13 | Finalize and delivery fully executed settlement agreement with exhibits to Plaintiff following full execution | L160 | 0.40 | 279.00 | 111.60 |
| | | **TOTAL** | | **1.90** | | **$540.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 02/15/13 | First Legal Network, LLC; Court Services; Recorder-Norwalk, Ca. 12/18/12 | 150.00 |
| 02/15/13 | First Legal Network, LLC; Transmittal of filing to court; LA County Court- Unlimited, Los Angeles, Ca. 1/24/13 | 49.95 |

**TOTAL COSTS & EXPENSES**          **$199.95**

## BILLING SUMMARY
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343693 | CLIENT | OCWEN Loan Servicing | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Tademy, Gloria | | | |

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L140 | Document/File Management | 1.30 | $362.70 |
| L160 | Settlement/Non-Binding ADR | 0.60 | $178.20 |
| | **TOTAL** | **1.90** | **$540.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Esposito, Matthew | MJE | Associate | 1.70 | 279.00 | $474.30 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **1.90** | | **$540.90** |

PRIOR FEES                           $6,619.50
PRIOR COSTS & EXPENSES          $88.24

| | | |
|---|---|---|
| FEES | $540.90 |
| COSTS & EXPENSES | $199.95 |
| **TOTAL THIS INVOICE** | **$740.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# INVOICE

*** REPRINT ***

CA 90084-4250

| Invoice Nbr | |
|---|---|
| 371450 | 28103 |
| | 150.00 |
| 12/23/12 | |

(OFFICE MNGR)
VON KARMAN, SUITE 700
CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT (213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213)213-2640



| | | | | 28103 | 371450 | 12/23/12 | 150.00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/18/12 | 9547769 | BAR | RECORDER-NORWALK | SEVERSON & WERSON | Base Chg : 98.75 | 150.00 |
| | | AUG | 12400 EAST IMPERIAL HIGHWAY | 19100 VON KARMAN | Return : 51.25 | |
| RESEARCH-BRANCH SAME DAY | | | NORWALK        CA 90650 | IRVINE        CA 92605 | | |
| | | | Caller: Liz C. Roberts | | | |
| | | | Case No.: BC493671 | Case Title: Tademy | | |
| | | | Please go the above- | referenced Court and | | |
| | | | Signed: gwen stewart | Ref: 19000.1410 (TADEMY) | | |

OK

*** REPRINT ***        Total        150.00

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      343694      JBS

March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000      OCWEN Loan Servicing
MATTER      1419      Carson, Donna
WF Matter No.: 733734

**TOTAL AMOUNT DUE**          **$1,105.50**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343694    JBS                                              March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1419    Carson, Donna
                        WF Matter No.: 733734

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| SMH | 01/11/13 | Attention to opposing counsel email re stayed claims, first amended complaint. | L120 | 0.20 | 333.00 | 66.60 |
| WJI | 01/11/13 | Telephone call with opposing counsel regarding stay of litigation. | L120 | 0.30 | 256.50 | 76.95 |
| WJI | 02/07/13 | Analysis and evaluation of the allegations of the first amended complaint. | L210 | 1.50 | 256.50 | 384.75 |
| WJI | 02/13/13 | Draft litigation status update to client. | L120 | 0.10 | 256.50 | 25.65 |
| SMH | 02/14/13 | Attention to status, email re first amended complaint. | L120 | 0.20 | 333.00 | 66.60 |
| | | **TOTAL** | | **2.30** | | **$620.55** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 02/05/13 | One Legal, Inc.; Transmittal of filing to court; Demurrer to Complaint, RJN, ISO Demurrer to Complaint including Court Filing Fee $435 1st appearance fees 12/05/12 | 484.95 |

**TOTAL COSTS & EXPENSES**                                  **$484.95**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 0.80 | $235.80 |
| L210    Pleadings | 1.50 | $384.75 |
| **TOTAL** | **2.30** | **$620.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.    343694 | CLIENT | OCWEN Loan Servicing | | Page | 2 |
| | MATTER | Carson, Donna | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Hankins, Suzanne | SMH | Member | 0.40 | 333.00 | $133.20 |
| Idleman, William J. | WJI | Associate | 1.90 | 256.50 | $487.35 |
| | **Total** | | **2.30** | | **$620.55** |

PRIOR FEES                                      $3,042.90
PRIOR COSTS & EXPENSES              $143.59

|  |  |
|---|---|
| FEES | $620.55 |
| COSTS & EXPENSES | $484.95 |
| **TOTAL THIS INVOICE** | **$1,105.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**REMIT PAYMENT TO:**

One Legal  LLC
504 Redwood Blvd., Suite 223
Novato CA   94947
(800) 938-8815



...ERSON & WERSON
**ATTN:** Accounting  Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco CA   94111

| | |
|---|---|
| Cust. No.: | 0000562 |
| Invoice No.: | 7182834 |
| Inv. Date: | 12/5/2012 |
| Due Date: | 12/20/2012 |
| Total: | $484.95 |
| Terms: | Net 15 |

## INVOICE No.
### 7182834

| | |
|---|---|
| Date: | 12/5/2012 |
| Cust No. | 0000562 |

---

**Law Firm Contact :** William J. ldleman
**Client File No. :** 19000.1419
**Case Short Title:** Carson V. GMAC
**Documents:** Demurrer to Complaint, RJN iso Demurrer to Complaint
**One Legal Branch:** LOS ANGELES
**Court:** Superior Court of California, Los Angeles County
**Description:**

| PLEASE NOTE |
|---|
| **NEW ADDRESS** |
| **ABOVE** |

---

COURT FILING SERVICE FEE                          $49.95
COURT FILING FEE                                    $435.00

_1st Appearance fees_

FROM ACCOUNTING
Please provide the following:
☑ Client/Match # _19000.1419_
☐ Firm - G/L #
☐ Authorization

| Due Date | 12/20/2012 | Total This Invoice | $484.95 |
|---|---|---|---|

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343695    JBS                                         March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | OCWEN Loan Servicing |
| MATTER | 1428 | Richardson, Madison F. |
| | | WF Matter No.: 733906 |

**TOTAL AMOUNT DUE**          **$135.70**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   343695   JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter   19000 1428   Richardson, Madison F.
                       WF Matter No.: 733906

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| YS | 02/01/13 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 02/05/13 | Draft correspondence to plaintiff's counsel regarding revised version of the settlement agreement | L160 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **0.30** | | **$71.55** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 02/11/13 | NORCO Delivery Services; Messenger; RA Associates APC. Glendale, Ca. 1/24/13 | 14.20 |
| 02/12/13 | One Legal, Inc.; Transmittal of filing to court; Defendant's GMAC Mortgage, LLC's and Wells Fargo Bank, N.A.'s Reply ISO of Their Demurrer to Plaintiff's Complaint 01/25/13 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$64.15** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L160 | Settlement/Non-Binding ADR | 0.20 | $47.70 |
| L190 | Other Case Assessment | 0.10 | $23.85 |
| | **TOTAL** | **0.30** | **$71.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Shaham, Yaron | YS | Special Counsel | 0.30 | 238.50 | $71.55 |
| | **Total** | | **0.30** | | **$71.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343695 | CLIENT | OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Richardson, Madison F. | | |

| | | |
|---|---|---|
| PRIOR FEES | $6,428.70 | |
| PRIOR COSTS & EXPENSES | $1,058.18 | |

| | |
|---|---|
| FEES | $71.55 |
| COSTS & EXPENSES | $64.15 |
| **TOTAL THIS INVOICE** | **$135.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343696    JBS                                      March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| CLIENT | 19000 | OCWEN Loan Servicing |
|--------|-------|----------------------|
| MATTER | 1429  | Meyer, Patty |
|        |       | GMAC Matter No.: 733995 |

**TOTAL AMOUNT DUE**            **$1,562.40**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343696    JBS

March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1429    Meyer, Patty
GMAC Matter No.: 733995

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MJE | 02/06/13 | Draft and revision of memorandum of points and authorities in support of demurrer to First Amended Complaint | L240 | 2.70 | 279.00 | 753.30 |
| MJE | 02/06/13 | Draft and revision of notice of demurrer, demurrer and request for judicial notice in support of demurrer to First Amended Complaint | L230 | 1.30 | 279.00 | 362.70 |
| MJE | 02/07/13 | Draft and revision of memorandum of points and authorities in support of demurrer | L240 | 0.70 | 279.00 | 195.30 |
| MJE | 02/11/13 | Finalized for filing notice of demurrer, demurrer and memorandum of points and authorities | L230 | 0.40 | 279.00 | 111.60 |
| MJE | 02/13/13 | Review of file and exchange of multiple emails with C. DiCicco re status and strategy | L120 | 0.50 | 279.00 | 139.50 |
| | | **TOTAL** | | **5.60** | | **$1,562.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $139.50 |
| L230 | Court Mandated Conferences | 1.70 | $474.30 |
| L240 | Dispositive Motions | 3.40 | $948.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343696 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
| | | MATTER | Meyer, Patty | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL** | | | **5.60** | **$1,562.40** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Esposito, Matthew | MJE | Associate | 5.60 | 279.00 | $1,562.40 |
| | **Total** | | **5.60** | | **$1,562.40** |

PRIOR FEES                    $6,093.00
PRIOR COSTS & EXPENSES        $1,052.59

|  |  |
|---|---|
| FEES | $1,562.40 |
| **TOTAL THIS INVOICE** | **$1,562.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343697    JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | OCWEN Loan Servicing |
| MATTER | 1432 | Rozier, Karen Michelle |
| | | GMAC Matter No.: 734358 |

### TOTAL AMOUNT DUE            $5,812.63

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343697    JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1432    Rozier, Karen Michelle
GMAC Matter No.: 734358

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 02/01/13 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| LJT | 02/04/13 | Research title records to ascertain recording of loan modification agreement as to WMC 2006 loan and draft e-mail re same. | L110 | 0.20 | 130.50 | 26.10 |
| YS | 02/04/13 | Attend the hearing on plaintiff's ex parte application to oppose Bank of America's substitution of attorney and determine how to proceed based on the Court's ruling | L450 | 5.90 | 238.50 | 1,407.15 |
| YS | 02/05/13 | Draft correspondence to client regarding outcome from hearing on plaintiff's motion for a preliminary injunction and trial setting conference and how to proceed based on the Court's rulings | L190 | 0.30 | 238.50 | 71.55 |
| YS | 02/05/13 | Attend the hearing on plaintiff's motion for a preliminary injunction and the Court's trial setting conference and determine how to proceed based on the Court's ruling | L450 | 4.30 | 238.50 | 1,025.55 |
| YS | 02/06/13 | Draft correspondence to client regarding Plaintiff's second amended complaint and first amended complaint in related action and how to respond and defend client | L190 | 0.30 | 238.50 | 71.55 |
| YS | 02/06/13 | Telephone conference with client regarding stopping the foreclosure sale in light of outcome from hearing on | L190 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343697 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
| | | MATTER | Rozier, Karen Michelle | | | | |

| YS | | plaintiff's ex parte application for a temporary restraining order | | | | |
|----|------|------|------|------|------|------|
| YS | 02/06/13 | Attend the hearing on plaintiff's ex parte application for a temporary restraining order in Rozier #2 and determine how to proceed with client's defense in the case | L450 | 4.20 | 238.50 | 1,001.70 |
| YS | 02/06/13 | Review and analysis of Plaintiff's second amended complaint and first amended complaint in related action to determine how to respond and defend client | L120 | 0.70 | 238.50 | 166.95 |
| YS | 02/06/13 | Receipt, review and analysis of the Court's minute order denying plaintiff's ex parte to oppose substitution of attorney | L120 | 0.10 | 238.50 | 23.85 |
| YS | 02/07/13 | Draft correspondence to client regarding status of the case, responding to plaintiff's most recent amended complaint, the imposition of the court's injunction, and the continued defense in this case | L190 | 0.60 | 238.50 | 143.10 |
| YS | 02/08/13 | Receipt, review and analysis of the notice of trial date | L120 | 0.10 | 238.50 | 23.85 |
| YS | 02/11/13 | Review and analysis of plaintiffs' correspondence regarding the alleged wrongful foreclosure process | L210 | 0.20 | 238.50 | 47.70 |
| YS | 02/11/13 | Draft clients' notice of demurrer, demurrer, and memorandum of points and authorities in support of demurrer to plaintiffs' second amended complaint | L210 | 4.10 | 238.50 | 977.85 |
| YS | 02/11/13 | Draft correspondence to plaintiffs regarding affect of the bankruptcy stay on defendant Residential Funding Company | L190 | 0.40 | 238.50 | 95.40 |
| YS | 02/11/13 | Draft notice of bankruptcy stay of Residential Funding Company in light of it being named as a defendant in plaintiffs' second amended complaint | L210 | 0.80 | 238.50 | 190.80 |
| YS | 02/11/13 | Draft clients' request for judicial notice in support of the demurrer to plaintiffs' second amended complaint | L210 | 0.60 | 238.50 | 143.10 |
| YS | 02/11/13 | Draft clients' proposed order on the | L210 | 0.30 | 238.50 | 71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343697 | CLIENT | OCWEN Loan Servicing | | | Page | 3 |
| | | MATTER | Rozier, Karen Michelle | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | demurrer to plaintiffs' second amended complaint | | | | |
| YS | 02/11/13 | Draft correspondence to client regarding status of plaintiff's request for a preliminary injunction, proceeding with the case before Judge Hunt, and defense strategies | L190 | 0.40 | 238.50 | 95.40 |
| YS | 02/11/13 | Review and analysis of the Court's order on the preliminary injunction request and determine how to proceed based on the Court's ruling | L120 | 0.20 | 238.50 | 47.70 |
| YS | 02/11/13 | Receipt, review and analysis of the Court's minute order on the David Bear Irrevocable Living Trust's ex parte application for a preliminary injunction | L120 | 0.10 | 238.50 | 23.85 |
| YS | 02/11/13 | Receipt, review and analysis of the Court's minute order on plaintiff's ex parte application for a preliminary injunction | L120 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **24.20** | | **$5,750.10** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 01/25/13 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange Co Superior Court WE-CA 01/08/13 | 7.50 |
| 02/11/13 | NORCO Delivery Services; Messenger; Residnece: 7957 Dahlia Circle, Buena Park, Ca. 01/30/13 | 12.34 |
| 02/11/13 | NORCO Delivery Services; Messenger; Bryan Cave at 3161 Mcjelson Drive, Irvine Ca. 1/30/13 | 12.84 |
| 02/12/13 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 01/25/13 | 9.95 |
| 02/12/13 | One Legal, Inc.; Transmittal of filing to court; Notice of Continued Trial Setting Conference, Notice of Continued Hearing on Plaintiff's Ex Parte Application for a...01/25/13 | 9.95 |
| 02/12/13 | One Legal, Inc.; Transmittal of filing to court; Declaration of Stephen Maxwell in Support of Defendant's Opposition to Plaintiff's Ex Parte Application for a...01/30/13 | 9.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    343697 | CLIENT    OCWEN Loan Servicing | Page    4 |
|---|---|---|
| | MATTER    Rozier, Karen Michelle | |

---

**TOTAL COSTS & EXPENSES**                                $62.53

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $26.10 |
| L120 | Analysis/Strategy | 1.30 | $310.05 |
| L190 | Other Case Assessment | 2.30 | $548.55 |
| L210 | Pleadings | 6.00 | $1,431.00 |
| L450 | Trial and Hearing Attendance | 14.40 | $3,434.40 |
| | **TOTAL** | **24.20** | **$5,750.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tarwater, Linda | LJT | Paralegal | 0.20 | 130.50 | $26.10 |
| Shaham, Yaron | YS | Special Counsel | 24.00 | 238.50 | $5,724.00 |
| | **Total** | | **24.20** | | **$5,750.10** |

PRIOR FEES                                $10,965.60
PRIOR COSTS & EXPENSES                $1,124.64

| | |
|---|---|
| FEES | $5,750.10 |
| COSTS & EXPENSES | $62.53 |
| **TOTAL THIS INVOICE** | **$5,812.63** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      343698      JBS                                           March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000      OCWEN Loan Servicing
MATTER      1434       Quintos, Gerard
                       GMAC Matter No.: 734406

**TOTAL AMOUNT DUE**                    **$144.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343698    JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1434    Quintos, Gerard
                       GMAC Matter No.: 734406

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| DL | 02/04/13 | Exchange correspondence with plaintiff L160 and client re status of loan modification review. | 0.20 | 288.00 | 57.60 |
| DL | 02/11/13 | Exchange correspondence with plaintiff L160 and client re postponement of sale. | 0.20 | 288.00 | 57.60 |
| DL | 02/13/13 | Analyze correspondence from client re L110 postponement of sale. | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | **0.50** | | **$144.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 0.10 | $28.80 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $115.20 |
| | **TOTAL** | **0.50** | **$144.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.50 | 288.00 | $144.00 |
| | **Total** | | **0.50** | | **$144.00** |

| PRIOR FEES | $3,391.65 |
|------------|-----------|
| PRIOR COSTS & EXPENSES | $1,004.44 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 343698 | CLIENT | OCWEN Loan Servicing | Page | 2 |
| | | MATTER | Quintos, Gerard | | |

|  |  |
|---|---|
| FEES | $144.00 |
| **TOTAL THIS INVOICE** | **$144.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343699    JBS                                      March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1435    Rushing, Joseph and Sally
GMAC Matter No.: 734471

**TOTAL AMOUNT DUE**          **$274.15**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343699    JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  1435    Rushing, Joseph and Sally
                          GMAC Matter No.: 734471

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| DL | 02/04/13 | Exchange correspondence with plaintiff L160 and client re status of loan modification review. | 0.20 | 288.00 | 57.60 |
| DL | 02/14/13 | Exchange correspondence with plaintiff L160 and client re status of loan modification review. | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | **0.40** | | **$115.20** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 02/04/13 | CourtCall, LLC; CourtCall - Conference Service; 01/30/13 | 108.00 |
| 02/12/13 | One Legal, Inc.; Transmittal of filing to court; Request 01/31/13 | 50.95 |
| | **TOTAL COSTS & EXPENSES** | **$158.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 0.40 | $115.20 |
| | **TOTAL** | **0.40** | **$115.20** |

| Timekeeper | Position | Hours | Rate | Value |
|---|---|---|---|---|
| Liu, David | DL  Associate | 0.40 | 288.00 | $115.20 |
| | **Total** | **0.40** | | **$115.20** |

PRIOR FEES                $4,054.50
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343699 | CLIENT | OCWEN Loan Servicing | | Page | 2 |
| | | MATTER | Rushing, Joseph & Sally | | | |

| PRIOR COSTS & EXPENSES | $967.94 |
| --- | --- |

| | |
| --- | --- |
| FEES | $115.20 |
| COSTS & EXPENSES | $158.95 |
| **TOTAL THIS INVOICE** | **$274.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Debit Account Number CCDA-01-378

...ger for 01/16/2013 through

| ATTORNEY / DATE | CCID# | COURT | JUDGE | CASENAME/NUMBER | VIDEO / LATE FEE | FEE / LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|
| **Reference # 19000-1150** | | | | | | | | |
| 1/28/13  3/12/13  Edward Buell, III | 5405719 | Contra Costa County Superior Court | Judge Laurel S. Brady | Abu-Ghavaleh vs. Wells Fargo/C12-00573 | | $78.00 | $78.00 | ($16,298.30) |
| | | | | | | | $0.00 | |
| **Reference # 55000.0242** | | | | | | | | |
| 1/28/13  1/31/13  Alisa Givental | 5405947 | Fresno County Superior Court-Fresno | Judge Robert Oliver | Estate of Verduzco/12CEPR00820 | | $78.00 | $78.00 | ($16,220.30) |
| | | | | | | | $0.00 | |
| **Reference # 11293.0195** | | | | | | | | |
| 1/28/13  1/30/13  Erik Kemp | 5406604 | Los Angeles Superior Court-CCW | Judge William Highberger | James W. Locker et al vs. Ally Bank N.A. et al/BC452263 | | $78.00 | $108.00 | ($16,112.30) |
| | | | | | | $30.00 | | |
| **Reference # 19000.0770** | | | | | | | | |
| 1/28/13  1/30/13  David Liu | 5407120 | Santa Barbara Superior Court-Cook Division, Santa Maria | Judge Timothy J. Staffel | Rushing vs. GMAC Mortgage, LLC., et al./1394764 | | $78.00 | $108.00 | ($16,004.30) |
| | | | | | | $30.00 | | |
| **Reference # 19000-1435** | | | | | | | | |
| 1/28/13  2/21/13  Jason Julian | 5357201 | Alameda County Superior Court-Oakland | Judge TBA | Tejada vs. Wells Fargo Bank/HG12640612 | | $78.00 | $78.00 | ($15,926.30) |
| | | | | | | | $0.00 | |
| **Reference # 55000-0406** | | | | | | | | |
| 1/28/13  2/1/13  Yaron Shaham | 5407404 | Ventura County Superior Court-Ventura | Judge Jeanne Flaherty | Hall v. Green Tree Servicing/56-2012-00422688-CU | | $78.00 | $78.00 | ($15,848.30) |
| | | | | | | | $0.00 | |
| **Reference # 11293-0171** | | | | | | | | |
| 1/28/13  2/4/13  Andrew Wood | 5407436 | San Bernardino Superior Court-San Bernardino District | Judge Donald Alvarez | Ramos v. Bank of America/CIVDS1208427 | | $78.00 | $78.00 | ($15,770.30) |
| | | | | | | | $0.00 | |
| **Reference # 70000.0945 - Bo/A/Ramos (AAW)** | | | | | | | | |
| 1/28/13  2/19/13  Jason Julian | 5407516 | Alameda County Superior Court-Oakland | Judge TBA | Tejada vs. Wells Fargo Bank/HG12640612 | | $78.00 | $78.00 | ($15,692.30) |
| | | | | | | | $0.00 | |

2012

From Auto Debit Send on 01/31/13 at 11:17 PM

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343701    JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1443    Drummond, Daniel
                  GMAC Matter No.: 734600

**TOTAL AMOUNT DUE**                    $238.50

**\*\*\* REMITTANCE COPY \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343701    JBS                                     March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1443    Drummond, Daniel
GMAC Matter No.: 734600

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 02/01/13 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 02/05/13 | Reviewed Plaintiff's complete financial workout documentation. | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 02/05/13 | Corresponded with Plaintiff's counsel regarding missing financial workout documentation. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 02/12/13 | Corresponded with client regarding Plaintiff's loan modification financial package. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 02/12/13 | Continued correspondence with Plaintiff's counsel regarding missing information related to loan modification financial package. | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **1.00** | | **$238.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|---|-------|--------|---|---|
| L190    Other Case Assessment | | 1.00 | $238.50 | | |
| **TOTAL** | | **1.00** | **$238.50** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Tuffaha, Joe | JHT | Associate | 0.90 | 238.50 | $214.65 |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 343701 | CLIENT | OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|---|
| | MATTER | Drummond, Daniel | | |

| | | | |
|---|---|---|---|
| **Total** | | 1.00 | **$238.50** |

| | |
|---|---|
| PRIOR FEES | $4,068.90 |
| PRIOR COSTS & EXPENSES | $623.59 |

|  |  |
|---|---|
| FEES | $238.50 |
| **TOTAL THIS INVOICE** | **$238.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343702    JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT     19000     OCWEN Loan Servicing
MATTER     1446      Anile, Paul
                     GMAC Matter No.: 735137

**TOTAL AMOUNT DUE**              **$179.55**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343702    JBS

March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1446    Anile, Paul
GMAC Matter No.: 735137

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DB | 02/07/13 | Review email and attached additional documentation to support loan modification application. | L160 | 0.10 | 256.50 | 25.65 |
| DB | 02/07/13 | Exchange correspondence with C. DiCicco regarding adequacy of Profit and Loss Statements and whether borrower claims to be receiving rental income from boarder. | L160 | 0.20 | 256.50 | 51.30 |
| DB | 02/07/13 | Draft email to T. Mehrazar requesting additional information on Profit and Loss Statements and whether borrower receives supplemental rental income from a boarder. | L160 | 0.10 | 256.50 | 25.65 |
| DB | 02/13/13 | Review email from opposing counsel with additional documents for loan modification review. | L160 | 0.10 | 256.50 | 25.65 |
| DB | 02/14/13 | Draft email to C. DiCicco regarding loan modification documents. | L160 | 0.10 | 256.50 | 25.65 |
| DB | 02/14/13 | Draft email to T. Mehrazar regarding loan modification documents. | L160 | 0.10 | 256.50 | 25.65 |
| | | **TOTAL** | | **0.70** | | **$179.55** |

## COSTS & EXPENSES

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 343702 | CLIENT OCWEN Loan Servicing | | | Page 2 |
|---|---|---|---|---|
| | MATTER Anile, Paul | | | |

| Task Code and Description | Hours | Amount |
|---|---|---|
| L160    Settlement/Non-Binding ADR | 0.70 | $179.55 |
| **TOTAL** | **0.70** | **$179.55** |

| Timekeeper | Position | Hours | Rate | Value |
|---|---|---|---|---|
| Berkley, David Allan    DB | Associate | 0.70 | 256.50 | $179.55 |
| **Total** | | **0.70** | | **$179.55** |

| PRIOR FEES | $1,743.30 |
|---|---|
| PRIOR COSTS & EXPENSES | $166.17 |

| | FEES | $179.55 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$179.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343703    JBS                                                              March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1447     Villalobos, Alba
                   GMAC Matter No.: 734847

**TOTAL AMOUNT DUE**                    $230.40

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343703    JBS                                             March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  1447    Villalobos, Alba
GMAC Matter No.: 734847

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 02/07/13 | Analyze docket for opposition to demurrer. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 02/08/13 | Analyze docket for opposition to demurrer. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 02/11/13 | Analyze docket for opposition to demurrer. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 02/12/13 | Analyze docket for opposition to demurrer. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 02/13/13 | Analyze docket re opposition to demurrer and advise client of no opposition. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 02/13/13 | Exchange correspondence with plaintiff re status of submitting loan modification application. | L160 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **0.80** | | **$230.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.60 | $172.80 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $57.60 |
| | **TOTAL** | **0.80** | **$230.40** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   343703 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Villalobos, Alba | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Liu, David | DL | Associate | 0.80 | 288.00 | $230.40 | |
| | **Total** | | **0.80** | | **$230.40** | |

PRIOR FEES                     $3,516.75
PRIOR COSTS & EXPENSES         $1,526.69


                                          FEES          $230.40
                           **TOTAL THIS INVOICE**       **$230.40**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      343704      JBS                                        March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | OCWEN Loan Servicing |
| MATTER | 1448 | Moisan, Carey |
| | | GMAC Matter No.: 735123 |

**TOTAL AMOUNT DUE**              **$301.85**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       343704       JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1448    Moisan, Carey
                        GMAC Matter No.: 735123

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 02/11/13 | Exchange correspondence with plaintiff and client re loan modification review. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 02/13/13 | Prepare correspondence to plaintiff re further continuance of OSC re preliminary injunction. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 02/14/13 | Prepare stipulation to continue OSC re preliminary injunction and prepare correspondence to plaintiff re same. | L430 | 0.40 | 288.00 | 115.20 |
| DL | 02/15/13 | Exchange further correspondence with plaintiff re stipulation to continue hearing on injunction. | L110 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **0.80** | | **$230.40** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 02/05/13 | One Legal, Inc.; Transmittal of filing to court; Stipulation including Court Filing Fee $20 01/22/13 | 71.45 |
| | **TOTAL COSTS & EXPENSES** | **$71.45** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L110    Fact Investigation/Development | 0.20 | $57.60 |
| L160    Settlement/Non-Binding ADR | 0.20 | $57.60 |
| L430    Written Motions/Submissions | 0.40 | $115.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   343704 | CLIENT | OCWEN Loan Servicing | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER | Moisan, Carey | | | |

| | | TOTAL | 0.80 | **$230.40** | | | |
|---|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** | |
| Liu, David | DL | Associate | | 0.80 | 288.00 | $230.40 | |
| | | **Total** | | **0.80** | | **$230.40** | |

PRIOR FEES                                     $2,011.05
PRIOR COSTS & EXPENSES              $736.19

| | | |
|---|---|---|
| FEES | $230.40 |
| COSTS & EXPENSES | $71.45 |
| **TOTAL THIS INVOICE** | **$301.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343705    JBS                                  March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000    OCWEN Loan Servicing
MATTER      1450     Cepero-Migueles, Noralis M.
                     GMAC Matter No.: 735317

**TOTAL AMOUNT DUE**            **$3,016.25**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343705    JBS

March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  1450    Cepero-Migueles, Noralis M.
GMAC Matter No.: 735317

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JSC | 01/09/13 | Correspondence with Plaintiff's counsel re extension of the responsive pleading deadline. | L210 | 0.10 | 256.50 | 25.65 |
| JSC | 01/09/13 | Correspondence with client re Plaintiff's request for a loan modification. | L160 | 0.10 | 256.50 | 25.65 |
| JSC | 01/17/13 | Draft and revise demurrer to Plaintiff's complaint. | L210 | 4.80 | 256.50 | 1,231.20 |
| JSC | 02/07/13 | Correspondence with Plaintiff's counsel re status of loan modification application. | L160 | 0.10 | 256.50 | 25.65 |
| JSC | 02/07/13 | Draft opposition to order to show cause re preliminary injunction. | L220 | 1.20 | 256.50 | 307.80 |
| JSC | 02/08/13 | Revise opposition to order to show cause re preliminary injunction. | L220 | 0.70 | 256.50 | 179.55 |
| JSC | 02/12/13 | Correspondence with client re Plaintiff's loan modification application. | L160 | 0.20 | 256.50 | 51.30 |
| JSC | 02/12/13 | Correspondence with Plaintiff's counsel re stipulation to continue the demurrer and preliminary injunction hearing dates.  Review proposed stipulation continuing hearing dates pending loan modification review. | L210 | 0.40 | 256.50 | 102.60 |
| JSC | 02/13/13 | Correspondence with opposing counsel and court-room clerk re moving demurrer and preliminary injunction dates to May 2, 2013. | L210 | 0.30 | 256.50 | 76.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. 343705 | CLIENT | OCWEN Loan Servicing | Page | 2 |
| | MATTER | Cepero-Migueles, Noralis M. | | |

| | | | |
|---|---|---|---|
| **TOTAL** | | **7.90** | **$2,026.35** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 02/15/13 | First Legal Network, LLC; Transmittal of filing to court; LA County Court- Norwalk, Ca. 12/18/12. Advance ck. $20.00 | 69.95 |
| 02/15/13 | First Legal Network, LLC; Transmittal of filing to court; LA County Court- Norwalk, Ca. Advance ck. $870.00 | 919.95 |
| | **TOTAL COSTS & EXPENSES** | **$989.90** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 0.40 | $102.60 |
| L210 | Pleadings | 5.60 | $1,436.40 |
| L220 | Preliminary Injunctions/Provis | 1.90 | $487.35 |
| | **TOTAL** | **7.90** | **$2,026.35** |

| Timekeeper | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|
| Carr, Jeremy Scott | JSC | Associate | 7.90 | 256.50 | $2,026.35 |
| | **Total** | | **7.90** | | **$2,026.35** |

| | |
|---|---|
| PRIOR FEES | $1,510.20 |
| PRIOR COSTS & EXPENSES | $128.29 |

| | |
|---|---|
| FEES | $2,026.35 |
| COSTS & EXPENSES | $989.90 |
| **TOTAL THIS INVOICE** | **$3,016.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

...ELES, CA 90084-4250          *** REPRINT ***

| | |
|---|---|
| 372656 | 23103 |
| 1/31/13 | 919.95 |

...E & WERSON
...TE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT (213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213)213-2640

| | 23103 | 372656 | 1/31/13 | 919.95 | 1 | |
|---|---|---|---|---|---|---|

| 1/23/13 | 9559209 | BFX RET DAY | | | | |
|---|---|---|---|---|---|---|
| ILING-BRNCH | PDF | SAME DAY | | | | |

SEVERSON & WERSON
19100 VON KARMAN
IRVINE            CA 92605
Caller: Liz C. Roberts
Case No.: LASC- VC062450
Please advance First
Signed: ror filed/c      OK

LA County Court-Norwalk
12720 Norwalk Blvd
NORWALK         CA 90650
Case Title: Cepero-Migueles
  Appearance fees 1f
.Ref: 19000.1450 (CEPERO-MIGU

Base Chg :      49.95
Adv/Wit CK:    870.00

919.95

Invoice Amount:    49.95
Fees Advanced:    870.00
Total Amount Due:   919.95

*** REPRINT ***          Total        919.95

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343706    JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1456     Falakassa, Bahram and Fariba (II)
                   GMAC Matter No.: 735375

**TOTAL AMOUNT DUE**          $1,734.75

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343706    JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1456    Falakassa, Bahram and Fariba (II)
                        GMAC Matter No.: 735375

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MJE | 02/01/13 | Review of file and docket | L230 | 0.20 | 279.00 | 55.80 |
| MJE | 02/05/13 | Instructed paralegal on preparing CMC statement | L230 | 0.20 | 279.00 | 55.80 |
| LJA | 02/07/13 | Conduct review of case file and Court docket and draft Case Management Conference Statement in advance of hearing. | L210 | 1.20 | 130.50 | 156.60 |
| MJE | 02/11/13 | Draft/Revise CMC Statement | L230 | 0.20 | 279.00 | 55.80 |
| MJE | 02/13/13 | Review of docket and provide C. Bonello update of status | L140 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | **2.00** | | **$379.80** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 02/15/13 | First Legal Network, LLC; Transmittal of filing to court; LA County Court- Van Nuys East, Van Nuys, Ca. 1/29/13 | 1,354.95 |

**TOTAL COSTS & EXPENSES**                    **$1,354.95**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L140 | Document/File Management | 0.20 | $55.80 |
| L210 | Pleadings | 1.20 | $156.60 |
| L230 | Court Mandated Conferences | 0.60 | $167.40 |
| | **TOTAL** | **2.00** | **$379.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 343706 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
| | MATTER | Falakassa, Bahram & Fariba II | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Ash, Laura | LJA | Paralegal | 1.20 | 130.50 | $156.60 |
| Esposito, Matthew | MJE | Associate | 0.80 | 279.00 | $223.20 |
| | **Total** | | **2.00** | | **$379.80** |

PRIOR FEES                     $4,302.90
PRIOR COSTS & EXPENSES         $68.89

| | | |
|---|---|---|
| FEES | $379.80 |
| COSTS & EXPENSES | $1,354.95 |
| **TOTAL THIS INVOICE** | **$1,734.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

*** REPRINT ***

| | |
|---|---|
| 372674 | 23103 |
| 1/31/13 | 1,354.95 |

...ELES, CA 90084--4250

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| | Invoice No. | | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 372674 | 1/31/13 | 1,354.95 | 1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/29/13 | 9561274 | BFX | SEVERSON & WERSON | LA County Court-Van Nuys East | Base Chg : | 49.95 | 1,354.95 |
| FILING-BRNCH | PDF | SAME DAY | 19100 VON KARMAN | 6230 Sylmar Ave | Adv/Wit CK: | 1305.00 | |
| | | | IRVINE          CA 92605 | VAN NUYS        CA 91401 | | | |
| | | | Caller: Liz C. Roberts | | | | |
| | | | Case No.: LASC - LC098692 | Case Title: Falakassa | | | |
| | | | Please advance First | Appearance fees for | | | |
| | | | Signed: FILED | Ref: 19000.1456 (FALAKASSA) | | | |

6K

```
        Invoice Amount:    49.95
        Fees Advanced:  1,305.00
Total   Amount Due:  1,354.95
```

*** REPRINT ***        Total        1,354.95

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343707    JBS

March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | OCWEN Loan Servicing |
| MATTER | 1459 | Light, Sharyn |
| | | GMAC Matter No.: 735651 |

### TOTAL AMOUNT DUE             $1,354.95

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343707    JBS                                              March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1459    Light, Sharyn
                        GMAC Matter No.: 735651

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | **TOTAL** | **0.00** | | **$0.00** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 02/15/13 | First Legal Network, LLC; Transmittal of filing to court; LA County Court- Santan Monica, Ca. 01/22/13. Advance ck. $1305.00 | | 1,354.95 |

**TOTAL COSTS & EXPENSES**                             **$1,354.95**

### BILLING SUMMARY

| | TOTAL | | 0.00 | $0.00 | |
|---|-------|---|------|-------|---|
| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** |
| | | Total | 0.00 | | $0.00 |

PRIOR FEES                          $3,636.90

COSTS & EXPENSES                     $1,354.95
**TOTAL THIS INVOICE**               **$1,354.95**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

GELES, CA 90084-4250          *** REPRINT ***

| | |
|---|---|
| 372647 | 23103 |
| 1/31/13 | 1,354.95 |

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

WERSON
TINKER (OFFICE MNGR)
VON KARMAN, SUITE 700
INE, CA 92612

| | 23103 | 372647 | 1/31/13 | 1,354.95 | 1 | | |
|---|---|---|---|---|---|---|---|

| 1/22/13 | 9558795 | BFX | SEVERSON & WERSON | LA County Court-Santa Monica | Base Chg : 49.95 | 1,354.95 |
|---|---|---|---|---|---|---|
| LING-BRNCH | PDF | SAME DAY | 19100 VON KARMAN | 1725 Main St | Adv/Wit CK: 1305.00 | |

SEVERSON & WERSON
19100 VON KARMAN
IRVINE      CA 92605
Caller: Liz C. Roberts
Case No.: LASC - SC119337
Please advance FIRST
Signed: filed                OK

LA County Court-Santa Monica
1725 Main St
SANTA MONICA    CA 90401
Case Title: Light, Sharyn
  Appearance Fees and
  Ref: 19000.1459 (LIGHT)

Invoice Amount:     49.95
Fees Advanced:  1,305.00
Total  Amount Due:  1,354.95

*** REPRINT ***          Total    1,354.95

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343708    JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1460    Rubio, Ricardo
                  GMAC Matter No.: 735874

**TOTAL AMOUNT DUE**          $2,781.00

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343708    JBS                                      March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  1460    Rubio, Ricardo
                         GMAC Matter No.: 735874

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| BJJ | 02/12/13 | Obtain copy of the recorded substitution of trustee | L190 | 0.40 | 130.50 | 52.20 |
| AAG | 02/12/13 | Draft memorandum of points and authorities in support of demurrer to plaintiffs' complaint. | L240 | 3.20 | 238.50 | 763.20 |
| EK | 02/13/13 | Review and revise draft demurrer to complaint | L240 | 0.50 | 274.50 | 137.25 |
| AAG | 02/13/13 | Draft and revise memorandum of points and authorities in support of demurrer to plaintiffs' complaint. | L240 | 4.40 | 238.50 | 1,049.40 |
| EK | 02/14/13 | Further revise motion to dismiss and confer with A. Givental re same | L240 | 0.50 | 274.50 | 137.25 |
| EK | 02/14/13 | Analysis and evaluation issues re automatic stay's effect on Rubio's asserted claims | L120 | 0.20 | 274.50 | 54.90 |
| EK | 02/14/13 | Draft email to D. Booth re ResCap entities' role in foreclosure and impact of automatic stay on response to complaint | L120 | 0.40 | 274.50 | 109.80 |
| AAG | 02/14/13 | Draft notice of bankruptcy stay. | L210 | 0.60 | 238.50 | 143.10 |
| AAG | 02/14/13 | Draft cover letter in support of notice of bankruptcy stay, revise memorandum in support of demurrer, and communicate with client regarding same. | L240 | 1.40 | 238.50 | 333.90 |
| | | **TOTAL** | | **11.60** | | **$2,781.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    343708 | CLIENT | OCWEN Loan Servicing | Page | 2 |
| | MATTER | Rubio, Ricardo | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $164.70 |
| L190 | Other Case Assessment | 0.40 | $52.20 |
| L210 | Pleadings | 0.60 | $143.10 |
| L240 | Dispositive Motions | 10.00 | $2,421.00 |
| | **TOTAL** | **11.60** | **$2,781.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 9.60 | 238.50 | $2,289.60 |
| Johnson, Betty | BJJ | Paralegal | 0.40 | 130.50 | $52.20 |
| Kemp, Erik | EK | Associate | 1.60 | 274.50 | $439.20 |
| | **Total** | | **11.60** | | **$2,781.00** |

PRIOR FEES                              $463.95

|  | FEES | $2,781.00 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$2,781.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343710    JBS                                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| CLIENT | 19000 | OCWEN Loan Servicing |
|--------|-------|----------------------|
| MATTER | 1467  | Uddin, Mohammed & Rebeka (II) |
|        |       | GMAC Matter No.: 732048 |

**TOTAL AMOUNT DUE**            $1,311.75

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343710    JBS                                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1467    Uddin, Mohammed & Rebeka (II)
GMAC Matter No.: 732048

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 02/01/13 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 02/07/13 | Receipt and review of co-Defendant Aslan Residential, LLC's Demurrer to Plaintiffs' First Amended Complaint. | L210 | 0.40 | 238.50 | 95.40 |
| YS | 02/08/13 | Draft client's notice of demurrer, demurrer, and memorandum of point and authorities in response to plaintiffs' first amended complaint | L210 | 4.10 | 238.50 | 977.85 |
| YS | 02/08/13 | Draft client's request for judicial notice in support of demurrer to plaintiffs' first amended complaint | L210 | 0.60 | 238.50 | 143.10 |
| YS | 02/08/13 | Draft client's proposed order on its demurrer to plaintiffs' first amended complaint | L210 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **5.50** | | **$1,311.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L190  Other Case Assessment | 0.10 | $23.85 |
| L210  Pleadings | 5.40 | $1,287.90 |
| **TOTAL** | **5.50** | **$1,311.75** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343710 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Uddin, Mohammed & Rebeka II | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | | 0.40 | 238.50 | $95.40 | |
| Shaham, Yaron | YS | Special Counsel | | 5.10 | 238.50 | $1,216.35 | |
| | **Total** | | | **5.50** | | **$1,311.75** | |

| PRIOR FEES | $4,619.25 |
|---|---|
| PRIOR COSTS & EXPENSES | $140.95 |

|  | FEES | $1,311.75 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,311.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343712    JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1469    Abad, Mendra C.
                  GMAC Matter No.: 736269

### TOTAL AMOUNT DUE            $1,865.25

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343712    JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1469    Abad, Mendra C.
GMAC Matter No.: 736269

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| LJT | 02/04/13 | Ascertain status of foreclosure sale, e-mail re same. | L110 | 0.10 | 130.50 | 13.05 |
| MJE | 02/04/13 | Review of status of sale and check docket re Plaintiff's bankruptcy | L110 | 0.40 | 279.00 | 111.60 |
| MJE | 02/04/13 | Draft and revision of demurrer to Complaint | L240 | 2.50 | 279.00 | 697.50 |
| MJE | 02/04/13 | Draft and revision of Memorandum of Points and Authorities in support of demurrer | L240 | 1.90 | 279.00 | 530.10 |
| MJE | 02/05/13 | Draft and revision of evaluation email to C. Bonello | L190 | 0.60 | 279.00 | 167.40 |
| MJE | 02/05/13 | Draft and revision of Request for Judicial Notice in support of demurrer | L240 | 0.80 | 279.00 | 223.20 |
| SMH | 02/07/13 | Attention to proposed demurrer. | L240 | 0.20 | 333.00 | 66.60 |
| MJE | 02/07/13 | Draft of email to C. Bonello attaching demurer and providing hearing date | L240 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | **6.70** | | **$1,865.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 0.50 | $124.65 |
| L190 | Other Case Assessment | 0.60 | $167.40 |
| L240 | Dispositive Motions | 5.60 | $1,573.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 343712 | CLIENT | OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|---|
| | MATTER | Abad, Mendra C. | | |

| TOTAL | | | 6.70 | $1,865.25 | | |
|---|---|---|---|---|---|---|

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tarwater, Linda | LJT | Paralegal | 0.10 | 130.50 | $13.05 |
| Esposito, Matthew | MJE | Associate | 6.40 | 279.00 | $1,785.60 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **6.70** | | **$1,865.25** |

PRIOR FEES                         $711.90

|  | FEES | $1,865.25 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$1,865.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        343713        JBS

March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT        19000        OCWEN Loan Servicing
MATTER        1470        Aguilar, Jose L.
                          GMAC Matter No.: 736405

**TOTAL AMOUNT DUE**        **$1,335.15**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343713    JBS                                          March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1470    Aguilar, Jose L.
                        GMAC Matter No.: 736405

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| WJI | 02/01/13 | Analysis and evaluation of plaintiff's ex parte application for a temporary restraining order. | L220 | 0.30 | 256.50 | 76.95 |
| WJI | 02/12/13 | Draft legal argument of the demurrer to the complaint. | L210 | 2.20 | 256.50 | 564.30 |
| WJI | 02/12/13 | Review and analyze chain of title. | L210 | 0.60 | 256.50 | 153.90 |
| WJI | 02/13/13 | Draft early case evaluation memorandum to the client. | L120 | 0.40 | 256.50 | 102.60 |
| WJI | 02/13/13 | Revise and edit demurrer to the complaint. | L210 | 1.40 | 256.50 | 359.10 |
| LJT | 02/15/13 | Draft request for judicial notice in support of demurrer to complaint. | L250 | 0.60 | 130.50 | 78.30 |
| | | **TOTAL** | | **5.50** | | **$1,335.15** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $102.60 |
| L210 | Pleadings | 4.20 | $1,077.30 |
| L220 | Preliminary Injunctions/Provis | 0.30 | $76.95 |
| L250 | Other Written Motions | 0.60 | $78.30 |
| | **TOTAL** | **5.50** | **$1,335.15** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343713 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Aguilar, Jose L. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tarwater, Linda | LJT | Paralegal | | 0.60 | 130.50 | $78.30 |
| Idleman, William J. | WJI | Associate | | 4.90 | 256.50 | $1,256.85 |
| | **Total** | | | **5.50** | | **$1,335.15** |

PRIOR FEES                        $662.40

|  |  |
|---|---|
| FEES | $1,335.15 |
| **TOTAL THIS INVOICE** | **$1,335.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343715    JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

| CLIENT | 19000 | OCWEN Loan Servicing |
|--------|-------|----------------------|
| MATTER | 1322  | Wainwright, Barbara  |
|        |       | GMAC Matter No.: 730134 |

*774095*

**TOTAL AMOUNT DUE**            **$580.30**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343715    JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1322    Wainwright, Barbara
                        GMAC Matter No.: 730134

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 02/05/13 | Draft correspondence to client regarding plaintiff's documents to support her loan modification application | L190 | 0.20 | 238.50 | 47.70 |
| YS | 02/05/13 | Review and analysis of correspondence from plaintiff's counsel regarding additional documents to support the loan modification application | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **0.40** | | **$95.40** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 02/12/13 | One Legal, Inc.; Transmittal of filing to court; Defendant US Bank of National Association as Trustee for RFMASI 2006SA3'S Notice of Demurrer and Demurrer to...including Court Filing Fee $465 01/29/13 | 474.95 |
| 02/12/13 | One Legal, Inc.; Transmittal of filing to court; Amended Notice of Defendant U.S. Bank National Association As Trustee for RFMASI 2006SA3's Demurrer to Plaintiff's...01/30/13 | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$484.90** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    343715 | CLIENT | OCWEN Loan Servicing | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER | Wainwright, Barbara | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L190 | Other Case Assessment | | 0.40 | $95.40 | | |
| | **TOTAL** | | **0.40** | **$95.40** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 0.40 | 238.50 | $95.40 |
| | **Total** | | **0.40** | | **$95.40** |

PRIOR FEES                     $6,524.10
PRIOR COSTS & EXPENSES         $1,110.79


|  |  |
|---|---|
| FEES | $95.40 |
| COSTS & EXPENSES | $484.90 |
| **TOTAL THIS INVOICE** | **$580.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

REMIT PAYMENT TO:
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 5196787 |
| Inv. Date: | 1/29/13 |
| Due Date: | 2/13/13 |
| Total: | $474.95 |
| Terms: | Net 15 |

...ERSION
... Accounting  Accounting
... Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| **INVOICE No.** | |
|---|---|
| 5196787 | |
| Date: | 1/29/13 |
| Cust. No.: | 0000562 |

| Law Firm Contact: | Yaron Shaham |
|---|---|
| Client File No.: | 19000.1322 |
| Case Short Title: | Barbara Wainwright vs. GMAC Mortgage V. N/A |
| Documents: | Defendant US Bank National Association as Trustee for RFMASI 2006SA3'S Notice of Demurrer and Demurrer to... |
| One Legal Branch: | |
| Court: | Superior Court of California, Orange County |
| Description: | |

| | |
|---|---|
| **COURT FILING FEE** | $465.00 |
| **E-FILING SERVICE FEE - UNLIMITED** | $9.95 |

OK TO PAY.

| Due Date | 2/13/13 | Total This Invoice | $474.95 |
|---|---|---|---|



# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343716    JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1466    Compagno, T. Gaetano and Joan B.
                  GMAC Matter No.: 736515

**TOTAL AMOUNT DUE**          $3,763.85

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343716    JBS                                         March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1466    Compagno, T. Gaetano and Joan B.
GMAC Matter No.: 736515

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 01/17/13 | Study and review new complaint for handling, evaluation and defense strategy. Review ex parte application for TRO and order on same. Telephone call with plaintiff's counsel re: setting of hearing for OSC re: PI and briefing schedule. | L210 | 1.00 | 270.00 | 270.00 |
| MKS | 01/22/13 | Follow up with client re: status of loan modification review | L120 | 0.10 | 270.00 | 27.00 |
| JMJ | 01/25/13 | Prepare letter re notice of bankruptcy stay and notice of bankruptcy stay to Court. | L120 | 0.80 | 274.50 | 219.60 |
| JMJ | 01/25/13 | Review and analyze case documents and pleadings and draft case status report and action plan recommendation to client. | L110 | 1.80 | 274.50 | 494.10 |
| MKS | 02/04/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| JMJ | 02/05/13 | Draft papers in opposition to Plaintiffs' motion for preliminary injunction. | L210 | 7.10 | 274.50 | 1,948.95 |
| MKS | 02/06/13 | Review and reivse draft opposition to OSC re: PI. | L250 | 0.50 | 270.00 | 135.00 |
| JMJ | 02/06/13 | Continue draft papers in opposition to Plaintiffs' motion for preliminary injunction. | L210 | 1.10 | 274.50 | 301.95 |
| JMJ | 02/09/13 | Draft demurrer to amended complaint. | L210 | 0.90 | 274.50 | 247.05 |
| | | **TOTAL** | | 13.50 | | $3,697.65 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.   343716 | CLIENT | OCWEN Loan Servicing | Page | 2 |
| | MATTER | Compagno, T. Gaetano & Joan | | |

## COSTS & EXPENSES

| | |
|---|---|
| 02/15/13  First Legal Network, LLC; Transmittal of filing to court; Monterey Co Superior Ct- Monterey, Ca. 1/29/13 | 66.20 |
| **TOTAL COSTS & EXPENSES** | **$66.20** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.80 | $494.10 |
| L120 | Analysis/Strategy | 1.10 | $300.60 |
| L210 | Pleadings | 10.10 | $2,767.95 |
| L250 | Other Written Motions | 0.50 | $135.00 |
| | **TOTAL** | **13.50** | **$3,697.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Julian, Jason | JMJ | Special Counsel | 11.70 | 274.50 | $3,211.65 |
| Sullivan, Mary Kate | MKS | Member | 1.80 | 270.00 | $486.00 |
| | **Total** | | **13.50** | | **$3,697.65** |

| | | |
|---|---|---|
| | FEES | $3,697.65 |
| | COSTS & EXPENSES | $66.20 |
| | **TOTAL THIS INVOICE** | **$3,763.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343717    JBS                                      March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1474    Phommachanh, Virasak and Phout
                  GMAC Matter No.: 736704

**TOTAL AMOUNT DUE**            **$1,426.50**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343717    JBS                                          March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000  1474    Phommachanh, Virasak and Phout
                         GMAC Matter No.: 736704

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 02/06/13 | Analysis and evaluation of defense strategy | L120 | 0.30 | 427.50 | 128.25 |
| MCN | 02/06/13 | Initial review of complaint and status of service of complaint in order to assess case and determine strategy. | L110 | 0.50 | 306.00 | 153.00 |
| MCN | 02/06/13 | Initial review of complaint to determine strategy for responsive pleading and possible resolution of case. | L120 | 0.40 | 306.00 | 122.40 |
| CHR | 02/06/13 | Open New Matter including Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Prepare Conflicts Request and Calendaring Memo. | L140 | 0.40 | 130.50 | 52.20 |
| RJG | 02/06/13 | Correspondence with our client to advise regarding preliminary case investigation issues. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 02/06/13 | Analysis of Plaintiffs' complaint and pending case issues and attention to litigation strategy. | L120 | 0.50 | 274.50 | 137.25 |
| LJT | 02/08/13 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filing by plaintiff and review docket re status. | L110 | 0.50 | 130.50 | 65.25 |
| MCN | 02/08/13 | Initial review of arguments in support of demurrer to fraud and 17200 claims and review of allegation regarding | L120 | 0.70 | 306.00 | 214.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   343717 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
| | MATTER | Phommachanh, Virasak & Phout | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | same. | | | | |
| MCN | 02/08/13 | Initial review of arguments in support of demurrer to negligent infliction of emotional distress claims and review of allegations regarding same. | L120 | 0.50 | 306.00 | 153.00 |
| LJT | 02/11/13 | Review title records and prepare chronology. | L110 | 0.80 | 130.50 | 104.40 |
| MCN | 02/11/13 | Multiple correspondence with Feinstein regarding confirmation of extension of deadline for responsive pleadings and resolution of case via modification. | L240 | 0.30 | 306.00 | 91.80 |
| MCN | 02/12/13 | Multiple correspondence with Feinstein. | L190 | 0.20 | 306.00 | 61.20 |
| MCN | 02/12/13 | Correspondence confirming deadline for responsive pleading and review for modification as possible resolution. | L160 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **5.60** | | **$1,426.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.80 | $322.65 |
| L120 | Analysis/Strategy | 2.70 | $837.45 |
| L140 | Document/File Management | 0.40 | $52.20 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $61.20 |
| L190 | Other Case Assessment | 0.20 | $61.20 |
| L240 | Dispositive Motions | 0.30 | $91.80 |
| | **TOTAL** | **5.60** | **$1,426.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Tarwater, Linda | LJT | Paralegal | 1.30 | 130.50 | $169.65 |
| Nowlin, Marlene | MCN | Special Counsel | 2.80 | 306.00 | $856.80 |
| Gandy, Robert | RJG | Special Counsel | 0.80 | 274.50 | $219.60 |
| | **Total** | | **5.60** | | **$1,426.50** |

| | | FEES | $1,426.50 |
|---|---|---|---|
| | | **TOTAL THIS INVOICE** | **$1,426.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343717 | CLIENT | OCWEN Loan Servicing | Page | 3 |
| | | MATTER | Phommachanh, Virasak & Phout | | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343718    JBS                                     March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1478    Reynoso, Manuel Isaih
                  GMAC Matter No.: 736883
                  Ocwen # 736550

**TOTAL AMOUNT DUE**            $1,667.25

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343718    JBS                                      March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1478    Reynoso, Manuel Isaih
GMAC Matter No.: 736883
Ocwen # 736550

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 02/11/13 | Analysis and evaluation of defense strategy | L120 | 0.30 | 427.50 | 128.25 |
| LJT | 02/11/13 | Research title records to prepare chronology, Pacer research to ascertain bankruptcy filings by plaintiff, and review docket, schedules and discharge. | L110 | 0.50 | 130.50 | 65.25 |
| MCN | 02/11/13 | Initial review of complaint to determine status of service and strategy for responsive pleading. | L120 | 0.30 | 306.00 | 91.80 |
| MCN | 02/11/13 | Initial review of note, deed of trust and modification agreement in order to assess case and determine strategy. | L120 | 0.30 | 306.00 | 91.80 |
| RJG | 02/11/13 | Correspondence with our client to advise regarding preliminary case investigation issues. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 02/11/13 | Analysis of complaint, case status and pending case issues and attention to preliminary case investigation. | L120 | 0.50 | 274.50 | 137.25 |
| LJT | 02/12/13 | Review title records and prepare chronology. | L110 | 0.70 | 130.50 | 91.35 |
| MCN | 02/12/13 | Further review title documents in order to determine strategy for responsive pleading. | L120 | 0.40 | 306.00 | 122.40 |
| MCN | 02/12/13 | Further review complaint to determine strategy for responsive pleading and case. | L120 | 0.40 | 306.00 | 122.40 |
| MCN | 02/12/13 | Draft summary of case, assessment and | L190 | 0.80 | 306.00 | 244.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343718 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Reynoso, Manuel Isaih | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|
| | | recommendation and analysis of same. | | | | |
| MCN | 02/13/13 | Correspondence with Best regarding approval of letter to plaintiffs regarding bankruptcy stay. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 02/13/13 | Analysis and evaluation of claims and draft letter to plaintiff explaining modified automatic stay. | L250 | 0.50 | 306.00 | 153.00 |
| MCN | 02/13/13 | Drafting of notice of bankruptcy stay. | L250 | 0.20 | 306.00 | 61.20 |
| MCN | 02/14/13 | Correspondence with Jennifer Best regarding approval of bankruptcy notification letter and review and revision of same. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 02/15/13 | Analysis of status of service and allegations in complaint and communications with Jennifer Best regarding same. | L120 | 0.50 | 306.00 | 153.00 |
| | | **TOTAL** | | **6.10** | | **$1,667.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.20 | $156.60 |
| L120 | Analysis/Strategy | 3.40 | $1,051.65 |
| L190 | Other Case Assessment | 0.80 | $244.80 |
| L250 | Other Written Motions | 0.70 | $214.20 |
| | **TOTAL** | **6.10** | **$1,667.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Tarwater, Linda | LJT | Paralegal | 1.20 | 130.50 | $156.60 |
| Nowlin, Marlene | MCN | Special Counsel | 3.80 | 306.00 | $1,162.80 |
| Gandy, Robert | RJG | Special Counsel | 0.80 | 274.50 | $219.60 |
| | **Total** | | **6.10** | | **$1,667.25** |

| | | | FEES | $1,667.25 |
|---|---|---|---|---|
| | | | **TOTAL THIS INVOICE** | **$1,667.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343721    JBS                                        March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1463    Harding, Donald and Cindy
                  GMAC Matter No.: 736327

**TOTAL AMOUNT DUE**          $5,679.90

# *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     343721     JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter     19000 1463     Harding, Donald and Cindy
                          GMAC Matter No.: 736327

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 01/14/13 | Open New Matter including Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| MCN | 01/15/13 | Initial preparation of early evaluation of case in order to advise GMAC. | L120 | 0.30 | 306.00 | 91.80 |
| MCN | 01/15/13 | Analysis of allegations in complaint and motion to consolidate civil and Unlawful Detainer actions to determine strategy for responsive pleadings and opposition to motion. | L120 | 0.70 | 306.00 | 214.20 |
| JBS | 01/16/13 | Analysis and evaluation of defense strategy | L120 | 0.30 | 427.50 | 128.25 |
| MCN | 01/16/13 | Communication and further conference with Plaintiffs' counsel requesting dismissal of case based on stay of monetary relief and completion of UD action and defects in motion top strike answers to complaint. | L160 | 0.50 | 306.00 | 153.00 |
| MCN | 01/16/13 | Initial preparation of arguments in support of demurrer to complaint and review of status of motion to consolidate with UD action. | L240 | 0.50 | 306.00 | 153.00 |
| MCN | 01/16/13 | Initial analysis of title documents to determine strategy for responsive pleadings and opposition to motion. | L240 | 0.20 | 306.00 | 61.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343721 | CLIENT | OCWEN Loan Servicing | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Harding, Donald & Cindy | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| SMH | 01/17/13 | Draft email to C. DiCicco re assignment of matter. | L120 | 0.20 | 333.00 | 66.60 |
| MCN | 01/17/13 | Further analysis and preparation of arguments in support of demurrer to complaint. | L240 | 0.70 | 306.00 | 214.20 |
| LJT | 01/18/13 | Begin research of title records to prepare chronology. | L110 | 0.20 | 130.50 | 26.10 |
| MCN | 01/18/13 | Further prepare arguments in support of demurrer to complaint in event Plaintiffs refuse to resolve via dismissal and/or tolling agreement. | L240 | 0.80 | 306.00 | 244.80 |
| MCN | 01/18/13 | Communication with Plaintiffs regarding proposal to resolve case in view of stay of monetary relief claims. | L160 | 0.20 | 306.00 | 61.20 |
| LJT | 01/19/13 | Complete research of title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiffs. | L110 | 0.30 | 130.50 | 39.15 |
| LJT | 01/19/13 | Review title records and prepare chronology. | L110 | 0.80 | 130.50 | 104.40 |
| MCN | 01/23/13 | Preparation of notice of bankruptcy stay. | L250 | 0.30 | 306.00 | 91.80 |
| MCN | 01/23/13 | Analysis of motion to consolidate and strategy for opposition. | L250 | 0.70 | 306.00 | 214.20 |
| MCN | 01/23/13 | Further communications with UD counsel regarding status of UD action and possibility of resolving case via cash for keys, dismissal and/or tolling agreement and analysis of strategy for opposition to motion to consolidate in view of same. | L160 | 0.70 | 306.00 | 214.20 |
| MCN | 01/23/13 | Preparation of detailed evaluation of case to Chris DiCicco regarding allegations in complaint, status of UD action, proposal to resolve case and motion to consolidate and strategy for responsive pleading. | L120 | 0.60 | 306.00 | 183.60 |
| MCN | 01/23/13 | Communication with Plaintiffs regarding request for extension of time for responsive pleading, status of motion to consolidate civil and UD actions and request for information relating to UD action. | L160 | 0.20 | 306.00 | 61.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343721 | CLIENT | OCWEN Loan Servicing | | | Page | 3 |
| | | MATTER | Harding, Donald & Cindy | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MCN | 01/25/13 | Communication with Chris DiCicco regarding extension of time for responsive pleadings allegations in complaint and strategy for resolving case via cash for keys. | L160 | 0.20 | 306.00 | 61.20 |
| MCN | 01/25/13 | Correspondence to Hardings confirming extension of time for responsive pleading and  status of motion to consolidate civil and  UD actions. | L240 | 0.20 | 306.00 | 61.20 |
| MCN | 01/28/13 | Analysis of complaint to determine claims stayed by bankruptcy proceeding and preparation of letter to Plaintiffs regarding notice of stay. | L120 | 0.50 | 306.00 | 153.00 |
| MCN | 01/31/13 | Further analysis of motion to consolidate to determine strategy for opposition and follow-up conference call with unlawful detainer counsel regarding possible resolution. | L120 | 0.60 | 306.00 | 183.60 |
| MCN | 02/01/13 | Preparation of notice of bankruptcy stay. | L250 | 0.30 | 306.00 | 91.80 |
| MCN | 02/01/13 | Analysis of status of case to prepare assessment of case, recommendations and status report to client. | L120 | 0.50 | 306.00 | 153.00 |
| MCN | 02/01/13 | Prepare assessment of case, recommendations and status report to client. | L120 | 0.70 | 306.00 | 214.20 |
| MCN | 02/01/13 | Multiple calls with unlawful detainer counsel regarding status of unlawful detainer action and motion to consolidate civil and unlawful detainer actions to determine strategy in view of same. | L120 | 0.40 | 306.00 | 122.40 |
| MCN | 02/04/13 | Further analysis of status for case and strategy for settlement in order to draft status report and recommendation for settlement to client. | L190 | 0.40 | 306.00 | 122.40 |
| MCN | 02/07/13 | Analysis of status of Plaintiffs' motion to consolidate eviction and civil actions action in order to determine strategy for opposition. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 02/12/13 | Drafting of statement of facts and argument in support of demurrer. | L240 | 2.20 | 306.00 | 673.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343721 | CLIENT | OCWEN Loan Servicing | | | Page | 4 |
| | | MATTER | Harding, Donald & Cindy | | | | |

| MCN | 02/13/13 | Further draft arguments in support of demurrer to cancellation of instrument, quiet title, injunctive relief, declaratory relief and 17200 claims. | L240 | 2.50 | 306.00 | 765.00 |
|-----|----------|---|------|------|--------|--------|
| MCN | 02/13/13 | Correspondence with Diccico regarding proposed demurrer to complaint. | L240 | 0.20 | 306.00 | 61.20 |
| MCN | 02/14/13 | Review and revise argument, statement of facts and introduction in support of demurrer. | L240 | 0.50 | 306.00 | 153.00 |
| MCN | 02/14/13 | Analysis and evaluation of documents to be judicially noticed in support of demurrer and draft request for judicial notice. | L240 | 0.30 | 306.00 | 91.80 |
| MCN | 02/14/13 | Review and analysis of additional authorities to be cited in demurrer regarding compliance with Civil Code 2924, 2923.6 and 2923.5. | L240 | 0.50 | 306.00 | 153.00 |
| MCN | 02/14/13 | Correspondence with Christopher DiCcico providing proposed demurrer to complaint. | L240 | 0.20 | 306.00 | 61.20 |
| MCN | 02/15/13 | Communications with Chris DiCicco regarding approval of demurrer and analysis of revisions to same to include additional authorities. | L240 | 0.40 | 306.00 | 122.40 |
| | | **TOTAL** | | **19.40** | | **$5,679.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|----|----|----|----|
| L110 | Fact Investigation/Development | 1.30 | $169.65 |
| L120 | Analysis/Strategy | 5.00 | $1,571.85 |
| L160 | Settlement/Non-Binding ADR | 1.80 | $550.80 |
| L190 | Other Case Assessment | 0.80 | $174.60 |
| L240 | Dispositive Motions | 9.20 | $2,815.20 |
| L250 | Other Written Motions | 1.30 | $397.80 |
| | **TOTAL** | **19.40** | **$5,679.90** |

| Timekeeper | Position | Hours | Rate | Value |
|----|----|----|----|----|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343721 | CLIENT | OCWEN Loan Servicing | | | Page | 5 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Harding, Donald & Cindy | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Tarwater, Linda | LJT | Paralegal | 1.30 | 130.50 | $169.65 |
| Nowlin, Marlene | MCN | Special Counsel | 17.20 | 306.00 | $5,263.20 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **19.40** | | **$5,679.90** |

|  |  |
|---|---|
| FEES | $5,679.90 |
| **TOTAL THIS INVOICE** | **$5,679.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343722    JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1468    Munoz, Victor H. and Imelda Guzman-Munoz
                  GMAC Matter No.: 736512

**TOTAL AMOUNT DUE          $3,070.65**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343722    JBS

March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1468    Munoz, Victor H. and Imelda Guzman-Munoz
GMAC Matter No.: 736512

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 01/17/13 | Correspondence with our client to advise regarding preliminary case investigation and litigation strategy issues. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 01/17/13 | Analysis of preliminary case investigation issues and attention to litigation strategy. | L120 | 0.50 | 274.50 | 137.25 |
| LJT | 01/19/13 | Research title records to prepare chronology, Pacer research to ascertain bankruptcy flings by plaintiff, and review docket re status of Imelda Munoz bankruptcy. | L110 | 0.60 | 130.50 | 78.30 |
| LJT | 01/19/13 | Review title records and prepare chronology. | L110 | 0.70 | 130.50 | 91.35 |
| YS | 01/22/13 | Review and analysis of the plaintiffs' complaint and the allegations contained therein and title history to determine clients available legal remedies and defenses | L120 | 2.20 | 238.50 | 524.70 |
| YS | 01/25/13 | Draft correspondence to plaintiffs' counsel regarding clients bankruptcy filing and its effect on the claims in this case | L210 | 0.50 | 238.50 | 119.25 |
| YS | 01/25/13 | Draft notice of bankruptcy stay and affect of the stay on claims in the case | L210 | 0.80 | 238.50 | 190.80 |
| YS | 01/25/13 | Draft declaration of non-monetary status for Sally Beltran in response to plaintiffs' complaint | L210 | 0.30 | 238.50 | 71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&* Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343722 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Munoz, Victor & Imelda | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| YS | 01/25/13 | Draft declaration of non-monetary status for ETS Services, LLC in response to plaintiffs' complaint | L210 | 0.30 | 238.50 | | 71.55 |
| YS | 01/28/13 | Draft client's notice of demurrer, demurrer, and memorandum of points and authorities in support of demurrer to plaintiffs' complaint | L210 | 3.90 | 238.50 | | 930.15 |
| YS | 01/28/13 | Draft client's request for judicial notice in support of demurrer to plaintiffs' complaint | L210 | 0.60 | 238.50 | | 143.10 |
| YS | 01/28/13 | Draft proposed order on client's demurrer to plaintiffs' complaint | L210 | 0.30 | 238.50 | | 71.55 |
| YS | 02/01/13 | Draft case status update | L190 | 0.10 | 238.50 | | 23.85 |
| | | **TOTAL** | | **11.10** | | | **$2,535.75** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 02/12/13 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy Stay and Suggestion of Automatic Stay 01/28/13 | 49.95 |
| 02/12/13 | One Legal, Inc.; Transmittal of filing to court; Demurrer to Plaintiff's Complaint, Request for Judicial Notice ISO Demurrer to Complaint, Proposed Order including Court Filing Fee $435 01/29/13 | 484.95 |
| | **TOTAL COSTS & EXPENSES** | **$534.90** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.30 | $169.65 |
| L120 | Analysis/Strategy | 3.00 | $744.30 |
| L190 | Other Case Assessment | 0.10 | $23.85 |
| L210 | Pleadings | 6.70 | $1,597.95 |
| | **TOTAL** | **11.10** | **$2,535.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tarwater, Linda | LJT | Paralegal | 1.30 | 130.50 | $169.65 |
| Gandy, Robert | RJG | Special Counsel | 0.80 | 274.50 | $219.60 |
| Shaham, Yaron | YS | Special Counsel | 9.00 | 238.50 | $2,146.50 |
| | **Total** | | **11.10** | | **$2,535.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343722 | CLIENT | OCWEN Loan Servicing | Page | 3 |
| | | MATTER | Munoz, Victor & Imelda | | |

| | | |
|---|---|---:|
| FEES | | $2,535.75 |
| COSTS & EXPENSES | | $534.90 |
| **TOTAL THIS INVOICE** | | **$3,070.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

REMIT PAYMENT TO:
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



PERSON
Accounting  Accounting
Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| INVOICE No. | |
|---|---|
| 7188088 | |
| Date: | 1/29/13 |
| Cust. No.: | 0000562 |

| | |
|---|---|
| **Cust. No.:** | 0000562 |
| **Invoice No.:** | 7188088 |
| **Inv. Date:** | 1/29/13 |
| **Due Date:** | 2/13/13 |
| **Total:** | $484.95 |
| **Terms:** | Net 15 |

| | |
|---|---|
| Law Firm Contact: | Yaron Shaham |
| Client File No.: | 19000.1468 |
| Case Short Title: | Victor H. Munoz V. GMAC Mortgage, LLC |
| Documents: | Demurrer to Plaintiffs' Complaint, Request for Judicial Notice ISO Demurrer to Complaint, Proposed Order |
| One Legal Branch: | Los Angeles |
| Court: | Superior Court of California, Los Angeles County |
| Description: | |

| | |
|---|---|
| **COURT FILING FEE** | $435.00 |
| **COURT FILING SERVICE FEE** | $49.95 |





| Due Date | 2/13/13 | Total This Invoice | $484.95 |
|---|---|---|---|

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343723    JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000    OCWEN Loan Servicing
MATTER      1471     Magnone, Anthony and Lisa
                     GMAC Matter No.: 736490

**TOTAL AMOUNT DUE**        $1,502.55

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343723    JBS                                      March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1471    Magnone, Anthony and Lisa
                        GMAC Matter No.: 736490

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 01/30/13 | Analysis and evaluation of new complaint and client email. | L210 | 0.30 | 333.00 | 99.90 |
| SMH | 02/04/13 | Draft email to C. DiCicco re assignment. | L120 | 0.20 | 333.00 | 66.60 |
| LJT | 02/04/13 | Research title records to prepare chronology, Pacer research to ascertain bankruptcy filings by plaintiff and co-borrower, and review dockets re status of same. | L110 | 0.90 | 130.50 | 117.45 |
| MJE | 02/04/13 | Receipt and review of new matter and Complaint | L110 | 0.50 | 279.00 | 139.50 |
| MJE | 02/05/13 | Review of TRO filed by Plaintiff and title documents | L110 | 0.40 | 279.00 | 111.60 |
| LJT | 02/06/13 | Review title records and prepare chronology. | L110 | 1.00 | 130.50 | 130.50 |
| MJE | 02/12/13 | Phone call and follow up email with Plaintiff's counsel re foreclosure sale and possible short sale offers | L110 | 0.50 | 279.00 | 139.50 |
| MJE | 02/12/13 | Review and analyze complaint and follow up exchange of emails and phone call with C. DiCicco regarding status of sale and allegations in complaint | L110 | 1.00 | 279.00 | 279.00 |
| MJE | 02/13/13 | Performed tasks associated with investigating claim and response including phone calls and emails with Plaintiffs' counsel and with C. DiCicco and research re short sale and obtaining | L110 | 1.50 | 279.00 | 418.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   343723 | CLIENT   OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|
| | MATTER   Magnone, Anthony & Lisa | | |

an interior appraisal.

| | | |
|---|---|---|
| **TOTAL** | **6.30** | **$1,502.55** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 5.80 | $1,336.05 |
| L120 | Analysis/Strategy | 0.20 | $66.60 |
| L210 | Pleadings | 0.30 | $99.90 |
| | **TOTAL** | **6.30** | **$1,502.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tarwater, Linda | LJT | Paralegal | 1.90 | 130.50 | $247.95 |
| Esposito, Matthew | MJE | Associate | 3.90 | 279.00 | $1,088.10 |
| Hankins, Suzanne | SMH | Member | 0.50 | 333.00 | $166.50 |
| | **Total** | | **6.30** | | **$1,502.55** |

| | | |
|---|---|---|
| | FEES | $1,502.55 |
| | **TOTAL THIS INVOICE** | **$1,502.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343724    JBS                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha l. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1452     Kramer, Ruth and Kari
                   GMAC Matter No.: 735502

**TOTAL AMOUNT DUE**              $444.95

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   343724   JBS                                          March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter   19000 1452   Kramer, Ruth and Kari
                      GMAC Matter No.: 735502

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        02/15/2013

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
|      |      | **TOTAL** | **0.00** |  | **$0.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 01/07/13 | One Legal, Inc.; Transmittal of filing to court; Joint Stipulation to Continue OSC re: Preliminary Injunction, [Proposed] Order including Court Filing Fee $435 Paid first app fee for i def when stip was filed. 12/26/12 | 444.95 |

**TOTAL COSTS & EXPENSES**                              **$444.95**

### BILLING SUMMARY

|  | **TOTAL** | **0.00** | **$0.00** |  |  |
|---|---|---|---|---|---|
| **Timekeeper** | **Position** | **Hours** | **Rate** | **Value** |
|  | Total | 0.00 |  | $0.00 |

PRIOR FEES                            $1,333.80
PRIOR COSTS & EXPENSES                  $93.64

COSTS & EXPENSES                        $444.95
**TOTAL THIS INVOICE**                  **$444.95**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**REMIT PAYMENT TO:**
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

26-0259046

SEVERSON & WERSON
ATTN: Accounting  Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| INVOICE No. | |
|---|---|
| 5181384 | |
| Date: | 12/26/12 |
| Cust. No.: | 0000562 |

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 5181384 |
| Inv. Date: | 12/26/12 |
| Due Date: | 1/10/13 |
| Total: | $444.95 |
| Terms: | Net 15 |

Law Firm Contact:    David A Berkley
Client File No.:    19000.1471 - GMAC/KRAMER  1952
Case Short Title:    Ruth A. Kramer vs. GMAC Mortgage, LLC V. N/A

Documents:    Joint Stipulation to Continue OSC re: Preliminary Injunction;
[Proposed] Order

One Legal Branch:

Court:    Superior Court of California, Orange County
Description:

| | | |
|---|---|---|
| COURT FILING FEE | $435.00 | |
| E-FILING SERVICE FEE - UNLIMITED | $9.95 | |

— paid first app fee
for 1 def when
stip was filed.

ok sjj

735502

| Due Date | 1/10/13 | Total This Invoice | $444.95 |
|---|---|---|---|



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343720    JBS                                      March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT       19000     OCWEN Loan Servicing
MATTER      1393      Stovall, Ahn
                            GMAC Matter No.: 697478

**TOTAL AMOUNT DUE**             $5,536.65

# *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343720    JBS

March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1393    Stovall, Ahn
GMAC Matter No.: 697478

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 10/04/12 | Analysis and evaluation of title records and potential claims to resolve fraudulently recorded title documents to advise our client regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 10/08/12 | Correspondence with our client to advise regarding preliminary case investigation issues. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 10/09/12 | Analyze background of fraudulently recorded reconveyances on property and prepare initial strategy re clearing title on property. | L110 | 0.50 | 288.00 | 144.00 |
| LJT | 10/12/12 | Research title records and Tulare County Grantor/Grantee Index to update status of title and compile and review new title records to update title chronology. | L110 | 0.70 | 130.50 | 91.35 |
| LJT | 10/13/12 | Prepare updated chronology and title notebook. | L110 | 1.20 | 130.50 | 156.60 |
| MKS | 10/15/12 | Stovall - Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| DL | 10/22/12 | Analyze title chronology re multiple fraudulent recorded documents and research entities involved in recording of documents. | L110 | 0.70 | 288.00 | 201.60 |
| DL | 10/24/12 | Prepare memorandum to client re | L190 | 0.50 | 288.00 | 144.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343720 | CLIENT | OCWEN Loan Servicing | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Stovall, Ahn | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | review of fraudulently recorded documents and strategy for clearing title on property. | | | | |
| DL | 11/02/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/07/12 | Exchange correspondence with borrower's prior counsel re recording of fraudulent documents on property and prepare correspondence to client re same. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 12/06/12 | Research backgrounds of possible defendants in quiet title action. | L110 | 0.60 | 288.00 | 172.80 |
| DL | 12/06/12 | Draft letter to Chase Merritt re its purported involvement in assignment of fraudulently recorded documents. | L110 | 0.80 | 288.00 | 230.40 |
| DL | 12/07/12 | Revise letters to Chase Merritt and draft letter to Jasco Consulting and prepare correspondence to client re same. | L110 | 1.30 | 288.00 | 374.40 |
| DL | 12/13/12 | Analyze correspondence from client re background of plaintiff's conduct in case. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 12/17/12 | Exchange correspondence with Jasco consulting re it purchasing property from Green Eagle Investments and title issues with property. | L110 | 0.40 | 288.00 | 115.20 |
| DL | 12/18/12 | Exchange correspondence with client re communications with Jasco consulting re its purchase of property, preparing complaint and obtaining litigation guaranty. | L110 | 0.40 | 288.00 | 115.20 |
| DL | 12/18/12 | Draft complaint for quiet title, declaratory relief, slander of title and cancellation of instruments. | L210 | 2.20 | 288.00 | 633.60 |
| DL | 12/19/12 | Work on conflicts checks of possible defendants named in complaint. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 12/20/12 | Strategy re naming certain defendants in complaint and further draft and revise complaint for quiet title re fraudulent documents and prepare correspondence to client re same. | L210 | 3.10 | 288.00 | 892.80 |
| DL | 12/24/12 | Exchange correspondence with client re adding claim for assignment of rents, naming of certain defendants in complaint and alleging causes of action | L210 | 1.20 | 288.00 | 345.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   343720 | CLIENT | OCWEN Loan Servicing | | | Page | 3 |
|---|---|---|---|---|---|---|
| | MATTER | Stovall, Ahn | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | in complaint. | | | | |
| DL | 12/30/12 | Research and revise complaint re possible rent skimming and assignment of rents. | L210 | 1.20 | 288.00 | 345.60 |
| DL | 12/30/12 | Prepare case update for client on case chart. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 01/02/13 | Further draft and revise complaint re rent skimming allegations and prepare correspondence to client re same. | L210 | 1.20 | 288.00 | 345.60 |
| DL | 01/16/13 | Work on drafting summons, civil case coversheet and review local rules re filing of complaint. | L430 | 0.40 | 288.00 | 115.20 |
| DL | 01/30/13 | Check status of filing of complaint for quiet title. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 02/04/13 | Check status of filing of complaint and prepare correspondence to client re service of complaint. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 02/11/13 | Work on service of complaint on Stovall and Chase Merritt. | L110 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | **18.80** | | **$5,101.65** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 01/31/13 | Clerk of the Court -D; Court and Filing Fees; Filing Fee. Complaint. Draft#29771 1/18/13 | 435.00 |
| | **TOTAL COSTS & EXPENSES** | **$435.00** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 7.70 | $1,918.35 |
| L120 | Analysis/Strategy | 0.60 | $164.70 |
| L190 | Other Case Assessment | 1.20 | $340.20 |
| L210 | Pleadings | 8.90 | $2,563.20 |
| L430 | Written Motions/Submissions | 0.40 | $115.20 |
| | **TOTAL** | **18.80** | **$5,101.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 16.00 | 288.00 | $4,608.00 |
| Tarwater, Linda | LJT | Paralegal | 1.90 | 130.50 | $247.95 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Gandy, Robert | RJG | Special Counsel | 0.60 | 274.50 | $164.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343720 | CLIENT | OCWEN Loan Servicing | Page | 4 |
| | | MATTER | Stovall, Ahn | | |

| | | | |
|---|---|---|---|
| **Total** | | **18.80** | **$5,101.65** |
| | FEES | | $5,101.65 |
| | COSTS & EXPENSES | | $435.00 |
| | **TOTAL THIS INVOICE** | | **$5,536.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

29771

| CASE/CLIENT | DATE 1 18 13 | CLIENT 19000 | MATTER 1393 | | PURPOSE Filing fee - Complaint |

GMAC/Stivall

**(VOID 60 DAYS AFTER DATE)**

16-49
1220

PAY TO THE
ORDER OF  Clerk of the Court

THE SUM OF  Four Hundred thirty-five 00/100 —  DOLLARS $  435.00

PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $1000.00.

PAYABLE THROUGH

**Union**Bank
The Private Bank
Payable at any Union Bank branch including
400 California Street, San Francisco, CA 94101
(888) 826-2689  unionbank.com

SEVERSON & WERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

BY _____  NON-NEGOTIABLE _____

ONE EMBARCADERO CENTER 26th FLOOR - SAN FRANCISCO, CA 94111 - (415) 398-3344
19100 VON KARMAN, SUITE 700 - IRVINE, CA 92612 - (949) 442-7110