# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     345960       JBS                                               April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064     RESCAP/GMAC
MATTER      0001      Rourke, Michael S.
                      OCWEN No.: 737530

**TOTAL AMOUNT DUE**                    **$626.40**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No. 345960 JBS | | April 22, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   24064 0001   Rourke, Michael S.
OCWEN No.: 737530

**FOR PROFESSIONAL SERVICES RENDERED**   01/01/1994      03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| CHR | 03/15/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A104 | 0.40 | 130.50 | 52.20 |
| MKS | 03/18/13 | Study and review new complaint for assessment, handling and defense strategy in light of B/K stay. Review for claims falling outside stay. | L120 | A104 | 1.00 | 270.00 | 270.00 |
| MCK | 03/19/13 | Correspondence regarding new matter and strategy. | L120 | A104 | 0.10 | 234.00 | 23.40 |
| MCK | 03/20/13 | Review complaint. | L120 | A104 | 0.70 | 234.00 | 163.80 |
| MCK | 03/21/13 | Draft initial file review summary for client. | L120 | A104 | 0.50 | 234.00 | 117.00 |
| | | **TOTAL** | | | **2.70** | | **$626.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 2.30 | $574.20 |
| L140 | Document/File Management | 0.40 | $52.20 |
| | **TOTAL** | **2.70** | **$626.40** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  345960 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Rourke, Michael S. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Kelly, Megan | MCK | Special Counsel | 1.30 | 234.00 | $304.20 |
| Sullivan, Mary Kate | MKS | Member | 1.00 | 270.00 | $270.00 |
| | **Total** | | **2.70** | | **$626.40** |

|  |  |
|---|---|
| FEES | $626.40 |
| **TOTAL THIS INVOICE** | **$626.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345961    JBS                                    April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0023    Jones, Sylvia v. GMAC Mortgage, LLC
                  GMAC Matter No.: 686344

**TOTAL AMOUNT DUE**          **$1,287.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
**(415) 398-3344**

TAX ID 94-2774518

Invoice No.    345961    JBS                                    April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0023    Jones, Sylvia v. GMAC Mortgage, LLC
                         GMAC Matter No.: 686344

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MEG | 03/13/13 | Further correspondence to and from K.Priore regarding abstract of judgment and lien. | L460 | A106 | 0.30 | 261.00 | 78.30 |
| MEG | 03/13/13 | Correspondence to and from K.Priore regarding lien and judgment. | L460 | A106 | 0.40 | 261.00 | 104.40 |
| MKS | 03/15/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | A104 | 0.20 | 270.00 | 54.00 |
| JN | 03/15/13 | Research procedure for filing an abstract for judgment with Solano and Alameda counties. | L460 | A102 | 1.90 | 130.50 | 247.95 |
| MKS | 03/18/13 | Prepare summary for insertion into audit response letter. | | | 0.30 | 270,00 | 81.00 |
| JN | 03/18/13 | Research procedure for filing abstract of judgment with Contra Costa and Santa Clara counties. | L460 | A102 | 1.70 | 130.50 | 221.85 |
| JN | 03/19/13 | Research procedure for filing abstract of judgment in San Mateo and Solano counties. | L460 | A102 | 1.50 | 130.50 | 195.75 |
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| JN | 03/27/13 | Review court docket for judgment, research certification of copied court documents and facilitate court service for retrieval of documents. | L460 | A104 | 1.90 | 130.50 | 247.95 |
| | | **TOTAL** | | | **8.40** | | **$1,287.00** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345961 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Jones, Sylvia | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| | | 0.30 | $81.00 |
| L120 | Analysis/Strategy | 0.40 | $109.80 |
| L460 | Post-Trial Motions & Submissio | 7.70 | $1,096.20 |
| | **TOTAL** | **8.40** | **$1,287.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Negrete, Jennifer | JN | Paralegal | 7.00 | 130.50 | $913.50 |
| Gruber, Megan | MEG | Associate | 0.70 | 261.00 | $182.70 |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| | **Total** | | **8.40** | | **$1,287.00** |

| | FEES | $1,287.00 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,287.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 345962 | JBS | April 22, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 0070 | Awadalla, Evette v. Magdalena Garcia |
| | | GMAC Matter No.: 692925 |

**TOTAL AMOUNT DUE**          **$296.55**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345962    JBS                                        April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0070    Awadalla, Evette v. Magdalena Garcia
GMAC Matter No.: 692925

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MKS | 03/15/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | A104 | 0.20 | 270.00 | 54.00 |
| MKS | 03/18/13 | Prepare summary for insertion into audit response letter. | | | 0.30 | 270.00 | 81.00 |
| RJG | 03/19/13 | Analysis of case status and pending case issues and drafted a case audit report as our client requested. | L120 | A104 | 0.10 | 274.50 | 27.45 |
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| MEH | 03/24/13 | Review case file for upcoming deadlines and status. | L120 | A101 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | | **1.10** | | **$296.55** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---------------------------|---|-------|--------|---|---|---|
| | | 0.30 | $81.00 | | | |
| L120 | Analysis/Strategy | 0.80 | $215.55 | | | |
| | **TOTAL** | **1.10** | **$296.55** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Holt, M. Elizabeth | MEH | Associate | 0.30 | 261.00 | $78.30 |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| Gandy, Robert | RJG | Special Counsel | 0.10 | 274.50 | $27.45 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345962 | CLIENT | RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Awadalla, Evette | | | |

| | | | | |
|---|---|---|---|---|
| | **Total** | | 1.10 | **$296.55** |
| | | | FEES | $296.55 |
| | | **TOTAL THIS INVOICE** | | **$296.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&Werson*

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

### TAX ID 94-2774518

Invoice No.       345963       JBS                                April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      0111       Officer, Karen and Robert v. CitiMortgage, Inc.
                       GMAC Matter No.: 697786

**TOTAL AMOUNT DUE**            **$421.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       345963       JBS                                                          April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      24064  0111       Officer, Karen and Robert v. CitiMortgage, Inc.
GMAC Matter No.: 697786

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MEH | 02/20/13 | Draft update letter to appellate court re: status of bankruptcy. | L510 | A106 | 1.00 | 261.00 | 261.00 |
| MEH | 02/20/13 | Draft email to client L. Delehey enclosing draft of status update letter, with comments. | L510 | A106 | 0.20 | 261.00 | 52.20 |
| MEH | 02/22/13 | Strategize re: upcoming deadline for status update re: bankruptcy case. | L510 | A101 | 0.20 | 261.00 | 52.20 |
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | | **1.60** | | **$421.20** |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $55.80 |
| L510 | Appellate Motions & Submission | 1.40 | $365.40 |
| | **TOTAL** | **1.60** | **$421.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Holt, M. Elizabeth | MEH | Associate | 1.40 | 261.00 | $365.40 |
| | **Total** | | **1.60** | | **$421.20** |

| | | | | FEES | $421.20 |
|---|---|---|---|---|---|
| | | | **TOTAL THIS INVOICE** | | **$421.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345964    JBS                                        April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0113    Ballecer, Neil S. v. GMAC Mortgage, LLC
                  GMAC Matter No.: 697088

**TOTAL AMOUNT DUE**            $357.75

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
**(415) 398-3344**

TAX ID 94-2774518

Invoice No.    345964    JBS                                     April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0113    Ballecer, Neil S. v. GMAC Mortgage, LLC
GMAC Matter No.: 697088

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| RJG | 03/14/13 | Correspondence with Impac Funding counsel regarding case status in response to an inquiry. | L120 | A104 | 0.30 | 274.50 | 82.35 |
| RJG | 03/14/13 | Multiple correspondence with our client to advise regarding Impac Funding communications and pending case issues. | L120 | A104 | 0.40 | 274.50 | 109.80 |
| RJG | 03/18/13 | Correspondence with our client to advise regarding case status and strategy and Impac Funding inquiries. | L120 | A104 | 0.30 | 274.50 | 82.35 |
| RJG | 03/19/13 | Analysis of case status and pending case issues and drafted a case audit report as our client requested. | L120 | A103 | 0.10 | 274.50 | 27.45 |
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | | **1.30** | | **$357.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|---|-------|--------|---|---|
| L120 | Analysis/Strategy | 1.30 | $357.75 | | |
| | **TOTAL** | **1.30** | **$357.75** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Gandy, Robert | RJG | Special Counsel | 1.10 | 274.50 | $301.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345964 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Ballecer, Neil S. | | |

| | | | |
|---|---|---|---|
| **Total** | | 1.30 | **$357.75** |
| | | FEES | $357.75 |
| | **TOTAL THIS INVOICE** | | **$357.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      345965      JBS                                      April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 0355 | Guynes, Verta C. v. The Bank of NY Mellon |
| | | GMAC Matter No.: 691073 |

**TOTAL AMOUNT DUE**              $859.05

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345965    JBS                                    April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0355    Guynes, Verta C. v. The Bank of NY Mellon
                        GMAC Matter No.: 691073

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| YS | 03/04/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 03/11/13 | Review and analysis of co-defendant's notice of ruling on its motion to dismiss plaintiff's case | L120 | A104 | 0.20 | 238.50 | 47.70 |
| YS | 03/15/13 | Review and analysis of case file and client's bankruptcy status in light of pending hearing on the Court's order to show cause regarding bankruptcy stay | L120 | A104 | 0.20 | 238.50 | 47.70 |
| YS | 03/18/13 | Draft notice of continued hearing on the Court's order to show cause regarding bankruptcy filing | L210 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 03/18/13 | Attend hearing on the Court's order to show cause regarding status of client's bankruptcy filing and determine how to proceed based on the Court's ruling | L450 | A109 | 1.90 | 238.50 | 453.15 |
| RJG | 03/19/13 | Analysis of case status and pending case issues and drafted a case audit report as our client requested. | L120 | A103 | 0.10 | 274.50 | 27.45 |
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| YS | 03/28/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | | **3.10** | | **$751.05** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 03/19/13 | CourtCall, LLC; CourtCall - Conference Service; 03/18/13 | 108.00 |

**TOTAL COSTS & EXPENSES**                    $108.00

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   345965 | CLIENT    RESCAP/GMAC | Page | 2 |
|---|---|---|---|
| | MATTER   Guynes, Verta C. | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.70 | $178.65 | | |
| L190 | Other Case Assessment | 0.20 | $47.70 | | |
| L210 | Pleadings | 0.30 | $71.55 | | |
| L450 | Trial and Hearing Attendance | 1.90 | $453.15 | | |
| | **TOTAL** | **3.10** | **$751.05** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Gandy, Robert | RJG | Special Counsel | 0.10 | 274.50 | $27.45 |
| Shaham, Yaron | YS | Special Counsel | 2.80 | 238.50 | $667.80 |
| | **Total** | | **3.10** | | **$751.05** |

| | | |
|---|---|---|
| FEES | | $751.05 |
| COSTS & EXPENSES | | $108.00 |
| **TOTAL THIS INVOICE** | | **$859.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       345966       JBS                                            April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       24064       RESCAP/GMAC
MATTER       0419        Jimenez, Jesus
                        GMAC Matter No.: 698513

**TOTAL AMOUNT DUE**          $1,131.04

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       345966       JBS                                                April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064  0419       Jimenez, Jesus
                             GMAC Matter No.: 698513

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| BJK | 02/25/13 | Reviewed status of docket and court's tentantive | L120 | A101 | 0.20 | 234.00 | 46.80 |
| DHC | 02/26/13 | Review and revise Order granting in rem relief from the automatic stay. | L120 | A101 | 1.00 | 337.50 | 337.50 |
| BJK | 02/26/13 | Drafted proposed order granting motion for relief from stay and supporting documents and exhibits | L250 | A101 | 1.40 | 234.00 | 327.60 |
| BJK | 02/26/13 | Appeared telephonically at hearing for motion for relief from stay | L250 | A101 | 0.50 | 234.00 | 117.00 |
| BJK | 03/01/13 | Reviewed order granting relief from stay and sent to client with comments | L250 | A104 | 0.30 | 234.00 | 70.20 |
| YS | 03/04/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| BJK | 03/12/13 | Communicated with client regarding status of recording of order granting relief from stay | L250 | A106 | 0.20 | 234.00 | 46.80 |
| BJK | 03/19/13 | Reviewed recorded order granting relief from stay and sent to client | L250 | A103 | 0.20 | 234.00 | 46.80 |
| BJK | 03/25/13 | 19000-0419 - Communicated with client regarding pending foreclosure | L250 | A106 | 0.20 | 234.00 | 46.80 |
| | | **TOTAL** | | | **4.10** | | **$1,063.35** |

## COSTS & EXPENSES

| | | |
|------|-------------|------|
| 02/21/13 | Cardmember Service/Chase (Acct #0705); Data Search; 632 S Evergreen Ave, Los Angeles, CA, 90023, Los Angeles 01/18/13 | 32.69 |
| 03/12/13 | CourtCall, LLC; CourtCall - Conference Service; 02/26/13 | 35.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345966 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Jimenez, Jesus | | |

**TOTAL COSTS & EXPENSES**                              **$67.69**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.20 | $384.30 |
| L190 | Other Case Assessment | 0.10 | $23.85 |
| L250 | Other Written Motions | 2.80 | $655.20 |
| | **TOTAL** | **4.10** | **$1,063.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kornberg, Bernard | BJK | Associate | 3.00 | 234.00 | $702.00 |
| Cram, Donald | DHC | Member | 1.00 | 337.50 | $337.50 |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | **4.10** | | **$1,063.35** |

| | | |
|---|---|---|
| FEES | | $1,063.35 |
| COSTS & EXPENSES | | $67.69 |
| **TOTAL THIS INVOICE** | | **$1,131.04** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       345967       JBS                                                April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       24064       RESCAP/GMAC
MATTER       0439       Israel, Alan
                       GMAC Matter No.: 700241

**TOTAL AMOUNT DUE**                    $292.95

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   345967   JBS

April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   24064 0439   Israel, Alan
GMAC Matter No.: 700241

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MEG | 02/25/13 | Review and analysis of bankruptcy status conference order received from court. | L110 | A104 | 0.20 | 261.00 | 52.20 |
| MKS | 03/15/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | A101 | 0.20 | 270.00 | 54.00 |
| MKS | 03/18/13 | Prepare summary for insertion into audit response letter. | L120 | A104 | 0.30 | 270.00 | 81.00 |
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | | **0.90** | | **$243.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 03/08/13 | First Legal Network, LLC; Transmittal of filing to court; FCSC- Fresno, Ca. 2/11/13 | 49.95 |

**TOTAL COSTS & EXPENSES**   **$49.95**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.20 | $52.20 |
| L120 | Analysis/Strategy | 0.70 | $190.80 |
| | **TOTAL** | **0.90** | **$243.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Gruber, Megan | MEG | Associate | 0.20 | 261.00 | $52.20 |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345967 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Israel, Alan | | |

| | **Total** | | 0.90 | **$243.00** |
|---|---|---|---|---|

| | | FEES | $243.00 |
|---|---|---|---|
| | | COSTS & EXPENSES | $49.95 |
| | | **TOTAL THIS INVOICE** | **$292.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        345968        JBS                                                           April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 0450 | Smith, Douglas |
| | | GMAC Matter No.: 695148 |

**TOTAL AMOUNT DUE**                          $447.30

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
**(415) 398-3344**

TAX ID 94-2774518

Invoice No.    345968    JBS                                April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  0450    Smith, Douglas
GMAC Matter No.: 695148

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MEG | 02/20/13 | Review and analysis of numerous motions, oppositions and replies received regarding motion to continue conference and regarding motions to dismiss. | L110 | A104 | 0.70 | 261.00 | 182.70 |
| MEG | 02/21/13 | Review and analysis of multiple motions to dismiss by codefendants and ex parte applications filed by plaintiff. | L110 | A101 | 0.80 | 261.00 | 208.80 |
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | | **1.70** | | **$447.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 1.50 | $391.50 |
| L120 | Analysis/Strategy | 0.20 | $55.80 |
| | **TOTAL** | **1.70** | **$447.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Gruber, Megan | MEG | Associate | 1.50 | 261.00 | $391.50 |
| | | **Total** | **1.70** | | **$447.30** |

|  |  |
|---|---|
| FEES | $447.30 |
| **TOTAL THIS INVOICE** | **$447.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      345970      JBS                                          April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      0588      Inoue, Hitoshi and Wakana
                              GMAC Matter No.: 703325
                              Time and expenses must be split between Ally and Rescap

**TOTAL AMOUNT DUE**              $6,610.50

*** *REMITTANCE COPY* ***

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     345970     JBS                                          April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0588    Inoue, Hitoshi and Wakana
GMAC Matter No.: 703325
Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| JBS | 02/23/13 | Analysis and evaluation of trial preparation issues | L120 | A101 | 0.40 | 427.50 | 171.00 |
| JBS | 02/25/13 | Analysis and evaluation of revised letter to plaintiffs | L160 | A101 | 0.30 | 427.50 | 128.25 |
| RSS | 02/25/13 | Draft and revise supplemental discovery requests. | L310 | A103 | 0.70 | 288.00 | 201.60 |
| RSS | 02/25/13 | Review and analyze discovery requests and responses to date. | L310 | A104 | 0.90 | 288.00 | 259.20 |
| RSS | 03/04/13 | Review and analyze case filings. | L210 | A104 | 0.20 | 288.00 | 57.60 |
| RSS | 03/08/13 | Correspond with J. Newton regarding bankruptcy issues relating to trial strategy. | L120 | A107 | 0.40 | 288.00 | 115.20 |
| RSS | 03/08/13 | Confer with cross-complainant's counsel regarding potential settlement and joint defense of plaintiffs' claims. | L160 | A107 | 0.60 | 288.00 | 172.80 |
| JBS | 03/09/13 | Analysis and evaluation of further response to plaintiff's motion for summary judgment | L120 | A101 | 0.40 | 427.50 | 171.00 |
| RSS | 03/12/13 | Strategize with bankruptcy counsel and client regarding bankruptcy aspects and trial strategy. | L120 | A108 | 0.70 | 288.00 | 201.60 |
| JBS | 03/15/13 | Analysis and evaluation of trial preparation issues | L120 | A101 | 0.30 | 427.50 | 128.25 |
| RSS | 03/15/13 | Strategize with bankruptcy counsel to prepare for trial of case. | L120 | A108 | 0.50 | 288.00 | 144.00 |
| RSS | 03/18/13 | Draft, revise, and finalize objections and responses to discovery requests. | L310 | A103 | 2.10 | 288.00 | 604.80 |
| RSS | 03/19/13 | Finalize and serve discovery objections and responses. | L310 | A103 | 0.80 | 288.00 | 230.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345970 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Inoue, Hitoshi & Wakana | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RSS | 03/21/13 | Strategize with J. Newton and J. Sullivan regarding bankruptcy aspects of case and pending bankruptcy motions. | L120 | A108 | 0.80 | 288.00 | 230.40 |
| RSS | 03/21/13 | Review and analyze case filings. | L210 | A104 | 0.90 | 288.00 | 259.20 |
| JBS | 03/22/13 | Analysis and evaluation of motion to dismiss cross-complaint and settlement strategy | L120 | A104 | 0.50 | 427.50 | 213.75 |
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| RSS | 03/22/13 | Draft and revise supplemental discovery responses. | L310 | A103 | 1.90 | 288.00 | 547.20 |
| RSS | 03/22/13 | Draft strategy and analyis of options regarding Cal. Civ. Code 998 offer in context of bankruptcy. | L440 | A103 | 1.90 | 288.00 | 547.20 |
| JBS | 03/26/13 | Analysis and evaluation of cross-complaint issues | L120 | A104 | 0.30 | 427.50 | 128.25 |
| RSS | 03/26/13 | Confer with co-defendants' counsel regarding trial strategy. | L120 | A108 | 0.40 | 288.00 | 115.20 |
| RSS | 03/26/13 | Review and respond to case correspondence regarding status and strategy. | L120 | A108 | 0.70 | 288.00 | 201.60 |
| JBS | 03/27/13 | Analysis and evaluation of trial preparation | L140 | A104 | 0.40 | 427.50 | 171.00 |
| MKS | 03/27/13 | Attention to pre-trial strategy, claims to be litigation at trial and effect of b/k stay on same and need to confer with client and B/K counsel re: same. | L440 | A104 | 1.00 | 270.00 | 270.00 |
| MKS | 03/27/13 | Review and analyze plaintiff's motion for summary judgment and strategy re: response to portions concerning effect of stay. | L120 | A104 | 0.60 | 270.00 | 162.00 |
| RSS | 03/27/13 | Review and analyze case documents to prepare strategy for trial. | L440 | A101 | 1.10 | 288.00 | 316.80 |
| RSS | 03/27/13 | Strategize with J. Sullivan and M. Sullivan to prepare for trial. | L440 | A105 | 0.60 | 288.00 | 172.80 |
| RSS | 03/28/13 | Finalize discovery responses. | L310 | A103 | 0.40 | 288.00 | 115.20 |
| RSS | 03/28/13 | Conduct analysis to prepare opposition to summary judgment motion. | L240 | A104 | 1.30 | 288.00 | 374.40 |
| RSS | 03/29/13 | Finalize and serve responses to discovery. | L310 | A103 | 0.50 | 288.00 | 144.00 |
| | | **TOTAL** | | | **21.80** | | **$6,610.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345970 | CLIENT | RESCAP/GMAC | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Inoue, Hitoshi & Wakana | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 6.20 | $2,038.05 |
| L140 | Document/File Management | 0.40 | $171.00 |
| L160 | Settlement/Non-Binding ADR | 0.90 | $301.05 |
| L210 | Pleadings | 1.10 | $316.80 |
| L240 | Dispositive Motions | 1.30 | $374.40 |
| L310 | Written Discovery | 7.30 | $2,102.40 |
| L440 | Other Trial Preparation | 4.60 | $1,306.80 |
| | **TOTAL** | **21.80** | **$6,610.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Sullivan, John | JBS | Member | 2.60 | 427.50 | $1,111.50 |
| Sullivan, Mary Kate | MKS | Member | 1.60 | 270.00 | $432.00 |
| Saelao, Rebecca | RSS | Special Counsel | 17.40 | 288.00 | $5,011.20 |
| | **Total** | | **21.80** | | **$6,610.50** |

| | | |
|---|---|---|
| | FEES | $6,610.50 |
| **TOTAL THIS INVOICE** | | **$6,610.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        345971        JBS                                              April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 0628 | Gjurovich, Alan and Star Hill v. GMAC Mortgage, LLC |
| | | GMAC Matter No.: 704149 |

**TOTAL AMOUNT DUE**              $239.85

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. 345971 JBS | | | April 22, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0628    Gjurovich, Alan and Star Hill v. GMAC Mortgage, LLC
GMAC Matter No.: 704149

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MEH | 02/28/13 | Draft email to MERS client R. Goldsmith responding to request for status update. | L120 | A106 | 0.30 | 261.00 | 78.30 |
| RJG | 03/15/13 | Analysis of case status and pending case issues and drafted a case audit report per client request. | L120 | A104 | 0.10 | 274.50 | 27.45 |
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| MEH | 03/24/13 | Review case file for upcoming deadlines and status. | L120 | A103 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | | **0.90** | | **$239.85** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.90 | $239.85 |
| | **TOTAL** | **0.90** | **$239.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Holt, M. Elizabeth | MEH | Associate | 0.60 | 261.00 | $156.60 |
| Gandy, Robert | RJG | Special Counsel | 0.10 | 274.50 | $27.45 |
| | **Total** | | **0.90** | | **$239.85** |

| | | |
|---|---|---|
| | FEES | $239.85 |
| | **TOTAL THIS INVOICE** | **$239.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       345972       JBS                                                    April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 24064 | RESCAP/GMAC |
|--------|-------|-------------|
| MATTER | 0652 | Rodriguez, Luis |
| | | GMAC Matter No.: 700059 |

**TOTAL AMOUNT DUE**              $966.02

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     345972     JBS                                              April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 0652     Rodriguez, Luis
                         GMAC Matter No.: 700059

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| YS | 02/21/13 | Draft correspondence to plaintiff's counsel regarding submission of universal data forms to correct plaintiff's credit as per terms of the settlement agreement | L190 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 02/26/13 | Draft correspondence to plaintiff's counsel regarding affect of the bankruptcy on client's ability to make payment under the settlement agreement | L190 | A103 | 0.30 | 238.50 | 71.55 |
| JHT | 02/26/13 | Prepared for Case Status Review | L230 | A103 | 1.00 | 238.50 | 238.50 |
| YS | 02/27/13 | Draft correspondence to client regarding status of the case and possible dismissal from plaintiff | L190 | A103 | 0.30 | 238.50 | 71.55 |
| JHT | 02/27/13 | Appeared at review hearing. | L230 | A109 | 1.50 | 238.50 | 357.75 |
| | | **TOTAL** | | | **3.40** | | **$810.90** |

## COSTS & EXPENSES

| | | |
|---|---|---:|
| 02/21/13 | Cardmember Service/Chase (Acct #0705); Data Search; 1662 W Alomar Ave, Anaheim, CA, 92802, Orange 01/11/13 | 17.12 |
| 02/28/13 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange Co Superior Court WE CA 02/07/13 | 30.00 |
| 03/05/13 | CourtCall, LLC; CourtCall - Conference Service;  02/27/13 | 108.00 |

**TOTAL COSTS & EXPENSES**               **$155.12**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345972 | CLIENT | RESCAP/GMAC | Page | 2 |
| | | MATTER | Rodriguez, Luis | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.90 | $214.65 |
| L230 | Court Mandated Conferences | 2.50 | $596.25 |
| | **TOTAL** | **3.40** | **$810.90** |

| Timekeeper | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 2.50 | 238.50 | $596.25 |
| Shaham, Yaron | YS | Special Counsel | 0.90 | 238.50 | $214.65 |
| | **Total** | | **3.40** | | **$810.90** |

| | | |
|---|---|---|
| FEES | | $810.90 |
| COSTS & EXPENSES | | $155.12 |
| **TOTAL THIS INVOICE** | | **$966.02** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Debit Ledger for 02/16/2013 through

# Debit Account Number CCDA-01-378

| DATE | APP DATE | ATTORNEY | CCID# | COURT | JUDGE | CASENAME/NUMBER | VIDEO / LATE FEE | FEE / LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| **Reference # 07462.0390** | | | | | | | | | | |
| 2/26/13 | 3/1/13 | Edward Buell, III | 5463649 | Contra Costa County Superior Court | Judge Laurel S. Brady | Ferguson vs. Cal-Western Reconveyance Corp., et al/C1201513 | | $78.00 $0.00 | $78.00 | ($9,589.40) |
| **Reference # 55000-0386** | | | | | | | | | | |
| 2/26/13 | 3/1/13 | Jarlath Curran II | 5463692 | Orange County Superior Court-Santa Ana | Judge John Gastelum | Mondragon vs. America's Servicing Company/30-2011-00468490 | | $78.00 $0.00 | $78.00 | ($9,511.40) |
| **Reference # 11960.0251** | | | | | | | | | | |
| 2/26/13 | 3/1/13 | Michael Bertinetti | 5463733 | Alameda County Superior Court-Oakland | Judge Robert Freedman | Lani Dy vs. Bank of America, N.A./RG11598592 | | $78.00 $0.00 | $78.00 | ($9,433.40) |
| **Reference # 7500000422** | | | | | | | | | | |
| 2/26/13 | 3/1/13 | Michael Bertinetti | 5463778 | Alameda County Superior Court-Oakland | Judge Robert Freedman | Lani Dy vs. Bank of America, N.A./RG11598592 | | $78.00 $0.00 | $78.00 | ($9,355.40) |
| **Reference # 7500000422** | | | | | | | | | | |
| 2/26/13 | 4/30/13 | Patricio Marquez | 5463856 | Los Angeles Superior Court-Compton | Judge Lynn D. Olson | Alatorre-Ramos v. Bank of America, N.A., et al /TC027115 | | $78.00 $0.00 | $78.00 | ($9,277.40) |
| **Reference # 70000.1181** | | | | | | | | | | |
| 2/26/13 | 5/15/13 | Patricio Marquez | 5463859 | Los Angeles Superior Court-Compton | Judge Lynn D. Olson | Alatorre-Ramos v. Bank of America, N.A., et al /TC027115 | | $78.00 $0.00 | $78.00 | ($9,199.40) |
| **Reference # 70000.1181** | | | | | | | | | | |
| 2/26/13 | 2/27/13 | Yaron Shaham | 5464023 | Orange County Superior Court-Santa Ana | Judge Gregory Munoz | Luis Rodriguez vs. GMAC Mortgage LLC/30-2010-00371617 | | $78.00 $30.00 | $108.00 | ($9,091.40) |
| **Reference # 19000.0652** | | | | | | | | | | |

From Auto Debit Send on 02/28/13 at 11:17 PM

2012

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345973    JBS

April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0655    Yeganeh, Fran v. GMAC Mortgage, LLC
GMAC Matter No.: 705330

**TOTAL AMOUNT DUE**         **$332.10**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
**(415) 398-3344**

TAX ID 94-2774518

Invoice No.    345973    JBS                                    April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  0655    Yeganeh, Fran v. GMAC Mortgage, LLC
GMAC Matter No.: 705330

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MKS | 03/18/13 | Prepare summary for insertion into audit response letter. | L250 | A101 | 0.30 | 270.00 | 81.00 |
| JDI | 03/26/13 | Prepare court-ordered report on bankruptcy status. | L250 | A103 | 0.40 | 279.00 | 111.60 |
| JDI | 03/27/13 | Draft court-ordered bankruptcy status report. | L250 | A103 | 0.50 | 279.00 | 139.50 |
| | | **TOTAL** | | | **1.20** | | **$332.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---------------------------|---|-------|--------|---|---|---|
| L250 | Other Written Motions | 1.20 | $332.10 | | | |
| | **TOTAL** | **1.20** | **$332.10** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Ives, Jon | JDI | Associate | 0.90 | 279.00 | $251.10 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **1.20** | | **$332.10** |

|  |  |
|---|---|
| FEES | $332.10 |
| **TOTAL THIS INVOICE** | **$332.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      345974      JBS                                                  April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        24064      RESCAP/GMAC
MATTER       0683        Burnett (Daniels)
                                  GMAC Matter No.: 706245

**TOTAL AMOUNT DUE**                    **$766.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   345974   JBS                                    April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   24064 0683   Burnett (Daniels)
GMAC Matter No.: 706245

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| YS | 03/01/13 | Review and analysis of the continued notice of deposition of Donna Daniels and request for documents | L120 | A104 | 0.20 | 238.50 | 47.70 |
| YS | 03/04/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 03/19/13 | Review and analysis of case file in light of pending deposition of Donna Daniels | L120 | A104 | 0.60 | 238.50 | 143.10 |
| SMH | 03/20/13 | Review audit response. | L120 | A106 | 0.10 | 333.00 | 33.30 |
| YS | 03/28/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | | **1.10** | | **$271.80** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 02/27/13 | Atkinson-Baker, Inc.; Deposition Transcript; Certified copy of the reporter's transcript of the deposition of Donna Deejaye Daniels, taken 02/06/13 | 494.40 |

**TOTAL COSTS & EXPENSES**                          **$494.40**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.90 | $224.10 |
| L190 | Other Case Assessment | 0.20 | $47.70 |
| | **TOTAL** | **1.10** | **$271.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Hankins, Suzanne | SMH | Member | 0.10 | 333.00 | $33.30 |
| Shaham, Yaron | YS | Special Counsel | 1.00 | 238.50 | $238.50 |
| | | **Total** | **1.10** | | **$271.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345974        CLIENT    RESCAP/GMAC                                    Page        2
                             MATTER    Burnett (Daniels)

|  |  |
|---|---|
| FEES | $271.80 |
| COSTS & EXPENSES | $494.40 |
| **TOTAL THIS INVOICE** | **$766.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

| Joe H. Tuffaha |
| Severson & Werson |
| 19100 Von Karman Avenue |
| Suite 700 |
| Irvine, CA 92612-1539 |

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Diana Pozo
dpozo@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
| --- | --- |

| Setting Firm: | Law Offices of Guy A. Leemhuis |
| Taking Attorney: | Guy A. Leemhuis |
| Case Name: | Conservatorship of Grover Burnett |
| Case No.: | BP096574 |

| INVOICE NO. | A700FB7 AC |
| --- | --- |
| FIRM NO. | 1173120 |
| INVOICE DATE | 02/20/2013 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
| --- | --- |
| Certified copy of the reporter's transcript of the deposition of Donna Deejaye Daniels, taken 2/6/2013. | $   494.40 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $   494.40 |

A service fee of .75% per month will be added to any invoice over 30 days old.

OK TO PAY:

_ _ _ _ _ _ _ _ _ _ _ _ _   Fold and tear at this perforation, then return stub with payment.   _ _ _ _ _ _ _ _ _ _ _ _

| BALANCE DUE | $   494.40 |
| --- | --- |
| INVOICE NO. | A700FB7 AC |
| FIRM NO. | 1173120 |

For:   Certified copy of the reporter's transcript of the
deposition of Donna Deejaye Daniels, taken
2/6/2013.

From:   Joe H. Tuffaha
Severson & Werson
19100 Von Karman Avenue
Suite 700
Irvine, CA 92612-1539

Remit To:   Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345975    JBS                                          April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0704    Casas, Hermina
                  GMAC Matter No.: 732095


**TOTAL AMOUNT DUE**          $4,205.25


## *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345975    JBS                                April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0704    Casas, Hermina
GMAC Matter No.: 732095

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| RSS | 02/25/13 | Draft and revise subpoena to borrower. | L310 | A103 | 0.90 | 288.00 | 259.20 |
| RSS | 02/25/13 | Correspond with J. Sullivan and T. Buell regarding case status and strategy. | L120 | A105 | 0.40 | 288.00 | 115.20 |
| GSW | 02/26/13 | Review San Mateo Superior Court site for JCP 4128 | L110 | A101 | 0.70 | 130.50 | 91.35 |
| SXT | 02/26/13 | Prepare subpoena re John Casas | L140 | A101 | 0.20 | 103.50 | 20.70 |
| SXT | 02/26/13 | Prepare subpoena re Herminia Casas | L140 | A101 | 0.20 | 103.50 | 20.70 |
| JBS | 02/27/13 | Analysis and evaluation of documents from client | L120 | A101 | 0.40 | 427.50 | 171.00 |
| GSW | 02/27/13 | Review San Mateo Superior Court site for Ford, Black, Gentle v. Freedom Investment Fund | L110 | A101 | 1.00 | 130.50 | 130.50 |
| RSS | 02/27/13 | Draft and revise notices of deposition and deposition subpoenas. | L310 | A103 | 0.80 | 288.00 | 230.40 |
| RSS | 03/05/13 | Review and analyze defendants' responses to discovery. | L310 | A104 | 0.60 | 288.00 | 172.80 |
| RSS | 03/06/13 | Coordinate with borrowers and their counsel to set up document collection and depositions. | L310 | A108 | 0.70 | 288.00 | 201.60 |
| JBS | 03/07/13 | Analysis and evaluation of further efforts to obtain note | L120 | A101 | 0.40 | 427.50 | 171.00 |
| RSS | 03/07/13 | Communicate with borrowers' counsel regarding discovery. | L310 | A108 | 0.60 | 288.00 | 172.80 |
| RSS | 03/08/13 | Strategize with M. Kenney regarding potential informal document request to bank. | L330 | A105 | 0.30 | 288.00 | 86.40 |
| RSS | 03/12/13 | Correspond and coordinate with borrower's counsel regarding discovery. | L310 | A108 | 0.60 | 288.00 | 172.80 |
| RSS | 03/15/13 | Coordinate with borrower's counsel regarding discovery. | L310 | A108 | 0.40 | 288.00 | 115.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345975 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Casas, Hermina | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RSS | 03/20/13 | Coordinate with borrower's counsel regarding discovery. | L310 | A108 | 0.50 | 288.00 | | 144.00 |
| RSS | 03/26/13 | Draft strategy analysis and circulate same to client. | L120 | A103 | 0.90 | 288.00 | | 259.20 |
| RSS | 03/26/13 | Confer with counsel for title company regarding possible settlement. | L160 | A108 | 0.50 | 288.00 | | 144.00 |
| RSS | 03/27/13 | Draft and revise subpoenas to title companies and banks. | L310 | A103 | 2.40 | 288.00 | | 691.20 |
| RSS | 03/28/13 | Revise and finalize subpoenas to banks and title companies. | L310 | A103 | 1.70 | 288.00 | | 489.60 |
| RSS | 03/28/13 | Correspond with borrowers' counsel to give notice of subpoenas seeking borrowers' documents. | L310 | A108 | 0.30 | 288.00 | | 86.40 |
| RSS | 03/29/13 | Finalize and send subpoenas to borrowers' counsel for notice purposes. | L310 | A103 | 0.90 | 288.00 | | 259.20 |
| | | **TOTAL** | | | **15.40** | | | **$4,205.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.70 | $221.85 |
| L120 | Analysis/Strategy | 2.10 | $716.40 |
| L140 | Document/File Management | 0.40 | $41.40 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $144.00 |
| L310 | Written Discovery | 10.40 | $2,995.20 |
| L330 | Depositions | 0.30 | $86.40 |
| | **TOTAL** | **15.40** | **$4,205.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Webb, Gilla | GSW | Paralegal | 1.70 | 130.50 | $221.85 |
| Sullivan, John | JBS | Member | 0.80 | 427.50 | $342.00 |
| Saelao, Rebecca | RSS | Special Counsel | 12.50 | 288.00 | $3,600.00 |
| Tilton, Seana | SXT | Paralegal | 0.40 | 103.50 | $41.40 |
| | **Total** | | **15.40** | | **$4,205.25** |

| | FEES | $4,205.25 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$4,205.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345976    JBS

April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0770    Locker v. Ally Bank
GMAC Matter No.: 709371
Time and expenses must be split between Ally and Rescap

**TOTAL AMOUNT DUE**        $2,229.45

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345976    JBS                                    April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0770    Locker v. Ally Bank
GMAC Matter No.: 709371
Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| EK | 02/19/13 | Analysis and evaluation of settlement offer and confer with J. Sullivan re same | L160 | A101 | 0.20 | 274.50 | 54.90 |
| EK | 02/19/13 | Draft email to D. Booth updating on plaintiffs' settlement offer | L160 | A101 | 0.50 | 274.50 | 137.25 |
| JBS | 02/22/13 | Analysis and evaluation of upcoming CMC and further defense strategy | L120 | A101 | 0.50 | 427.50 | 213.75 |
| EK | 02/22/13 | Review email from D. Booth re plaintiffs who made settlement offer and draft reply to same | L120 | A106 | 0.40 | 274.50 | 109.80 |
| EK | 02/22/13 | Draft email to B. Ellis re case summary | L120 | A103 | 0.70 | 274.50 | 192.15 |
| EK | 02/24/13 | Revise email to B. Ellis re case status | L120 | | 0.20 | 274.50 | 54.90 |
| EK | 03/01/13 | Draft response to settlement offer from J. Fiedler | L160 | A108 | 1.00 | 274.50 | 274.50 |
| EK | 03/05/13 | Draft status conference report | L230 | A103 | 0.60 | 274.50 | 164.70 |
| EK | 03/07/13 | Analysis and evaluation of plaintiffs' status conference statement and allegations re consent order | L210 | A104 | 0.50 | 274.50 | 137.25 |
| EK | 03/08/13 | Draft notice of ruling re case management conference | L230 | A103 | 0.60 | 274.50 | 164.70 |
| EK | 03/08/13 | Prepare for and attend telephonic case management conference | L230 | A109 | 0.70 | 274.50 | 192.15 |
| MKS | 03/15/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | A101 | 0.20 | 270.00 | 54.00 |
| JBS | 03/18/13 | Analysis and evaluation of dismissal | L120 | A101 | 0.30 | 427.50 | 128.25 |
| MKS | 03/18/13 | Prepare summary for insertion into audit response letter. | | | 0.30 | 270.00 | 81.00 |
| EK | 03/18/13 | Analysis and evaluation of dismissal of | L120 | A104 | 0.20 | 274.50 | 54.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
**(415) 398-3344**

TAX ID 94-2774518

| Invoice No. | 345976 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Locker v. Ally Bank | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | action and potential cost recovery | | | | | | |
| EK | 03/19/13 | Draft email to D. Booth re dismissal of case and cost issues | L120 | A106 | 0.50 | 274.50 | | 137.25 |
| | | **TOTAL** | | | **7.40** | | | **$2,151.45** |

## COSTS & EXPENSES

| | | | | |
|---|---|---|---|---|
| 03/12/13 | CourtCall, LLC; CourtCall - Conference Service; 03/08/13 | | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | | **$78.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| | | 0.30 | $81.00 |
| L120 | Analysis/Strategy | 3.00 | $945.00 |
| L160 | Settlement/Non-Binding ADR | 1.70 | $466.65 |
| L210 | Pleadings | 0.50 | $137.25 |
| L230 | Court Mandated Conferences | 1.90 | $521.55 |
| | **TOTAL** | **7.40** | **$2,151.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kemp, Erik | EK | Associate | 6.10 | 274.50 | $1,674.45 |
| Sullivan, John | JBS | Member | 0.80 | 427.50 | $342.00 |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| | **Total** | | **7.40** | | **$2,151.45** |

| | | | |
|---|---|---|---|
| | FEES | $2,151.45 | |
| | COSTS & EXPENSES | $78.00 | |
| | **TOTAL THIS INVOICE** | **$2,229.45** | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       345977       JBS                                                      April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       24064       RESCAP/GMAC
MATTER       0813       Lai, Van Kim
                        GMAC Matter No.: 718663

**TOTAL AMOUNT DUE**                          **$640.35**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345977    JBS                                    April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0813    Lai, Van Kim
GMAC Matter No.: 718663

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MXS | 02/28/13 | Prepared for court mandated order to show cause hearing on dismissal. | L230 | A101 | 0.40 | 216.00 | 86.40 |
| MKS | 03/01/13 | Attention to dismissal of matter at OSC. | L120 | A101 | 0.10 | 270.00 | 27.00 |
| AAG | 03/01/13 | Update client regarding case dismissal. | L210 | A106 | 0.10 | 238.50 | 23.85 |
| MXS | 03/01/13 | Attended hearing on order to show cause re dismissal of case. | L230 | A109 | 0.60 | 216.00 | 129.60 |
| AAG | 03/07/13 | Communicate with client regarding identifying this file in client's records. | L210 | A106 | 0.20 | 238.50 | 47.70 |
| MKS | 03/15/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | A101 | 0.20 | 270.00 | 54.00 |
| AAG | 03/15/13 | Draft proposed order and cover letter regarding same. | L210 | A103 | 0.40 | 238.50 | 95.40 |
| AAG | 03/15/13 | Draft proposed order and cover letter regarding same. | L210 | A103 | 0.40 | 238.50 | 95.40 |
| MKS | 03/18/13 | Prepare summary for insertion into audit response letter. | | | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | | **2.70** | | **$640.35** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| | | 0.30 | $81.00 |
| L120 | Analysis/Strategy | 0.30 | $81.00 |
| L210 | Pleadings | 1.10 | $262.35 |
| L230 | Court Mandated Conferences | 1.00 | $216.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    345977 | CLIENT    RESCAP/GMAC | | Page | 2 |
| | MATTER    Lai, Van Kim | | | |

**TOTAL**                  **2.70**     **$640.35**

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 1.10 | 238.50 | $262.35 |
| Sullivan, Mary Kate | MKS | Member | 0.60 | 270.00 | $162.00 |
| Schindler, Maria | MXS | Associate | 1.00 | 216.00 | $216.00 |
| | **Total** | | **2.70** | | **$640.35** |

| | | |
|---|---|---|
| | FEES | $640.35 |
| **TOTAL THIS INVOICE** | | **$640.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      345978      JBS

April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      0851      Feliciano, Jose
                    GMAC Matter No.: 711719
                    OCWEN No.:  736551

**TOTAL AMOUNT DUE**          **$2,116.50**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345978 | JBS | April 22, 2013 |
|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0851    Feliciano, Jose
GMAC Matter No.: 711719
OCWEN No.: 736551

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| BSW | 02/25/13 | Communicate with opposing counsel regarding confirmation of inspection. | L140 | A107 | 0.20 | 265.50 | 53.10 |
| BSW | 03/05/13 | Communicate with opposing counsel regarding S. McDonald regarding request for access to property. | L140 | A107 | 0.10 | 265.50 | 26.55 |
| BSW | 03/07/13 | Communicate with opposing counsel S. McDonald regarding inspection of property. | L140 | A107 | 0.20 | 265.50 | 53.10 |
| MIW | 03/08/13 | Review correspondence form plaintiffs' counsel re issue re photographs from site inspection.  Attention to confidentiality issue re same. | L120 | A104 | 0.30 | 274.50 | 82.35 |
| BSW | 03/08/13 | Communicate with opposing counsel S. McDonald regarding inspection date. | L140 | A107 | 0.20 | 265.50 | 53.10 |
| MIW | 03/11/13 | Attention to issue re photographing site inspection. | L120 | A104 | 0.20 | 274.50 | 54.90 |
| BSW | 03/11/13 | Communicate with opposing counsel S. McDonald regarding contractor's photographs. | L140 | A107 | 0.30 | 265.50 | 79.65 |
| MIW | 03/12/13 | Attention to issue re photographing site inspection. | L190 | A101 | 0.70 | 274.50 | 192.15 |
| BSW | 03/12/13 | Communicate with contractor M. Zuniga regarding status of inspection. | L140 | A108 | 0.20 | 265.50 | 53.10 |
| BSW | 03/12/13 | Receipt and review Case Management Order vacating Case Management Conference. | L230 | A104 | 0.20 | 265.50 | 53.10 |
| MKS | 03/13/13 | Attention to continued efforts to commence repairs and relocation. Analysis of plaintiff's cousnel's demand | L120 | A101 | 0.40 | 270.00 | 108.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

### TAX ID 94-2774518

| Invoice No. | 345978 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Feliciano, Jose | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | that any photos taken remin confidential and not be used in litigation. Strategy re: response to same. | | | | | | |
| MIW | 03/13/13 | Review correspondence from plaintiffs' counsel re site inspection. Consider how to respond. Draft response. | L190 | A101 | 0.60 | 274.50 | | 164.70 |
| BSW | 03/13/13 | Communicate with contractor M. Zuniga regarding property inspection. | L140 | A108 | 0.30 | 265.50 | | 79.65 |
| BSW | 03/13/13 | Analyze opposing counsel's demand for no photographs at property inspection, multiple communications with opposing counsel S. McDonald regarding same. | L140 | A107 | 0.60 | 265.50 | | 159.30 |
| BSW | 03/14/13 | Communicate with opposing counsel S. McDonald regarding contractor M. Zuniga's access to Property. | L140 | A107 | 0.20 | 265.50 | | 53.10 |
| BSW | 03/14/13 | Communicate with contractor M. Zuniga regarding outcome of property inspection. | L140 | A108 | 0.30 | 265.50 | | 79.65 |
| MKS | 03/18/13 | Prepare summary for insertion into audit response letter. | L140 | A104 | 0.30 | 270.00 | | 81.00 |
| BSW | 03/19/13 | Receipt and review revised construction bids from contractor M. Zuniga. | L140 | A104 | 0.50 | 265.50 | | 132.75 |
| BSW | 03/22/13 | Communicate with contractor M. Zuniga regarding follow up inspection. | L140 | A108 | 0.20 | 265.50 | | 53.10 |
| MKS | 03/26/13 | Prepare for and participate in telephone conference with client regarding new repair bids, expected relocation bids and settlement authority. | L140 | A106 | 0.30 | 270.00 | | 81.00 |
| BSW | 03/26/13 | Prepare for and participate in teleconference with client regarding status of repairs. | L140 | A106 | 0.60 | 265.50 | | 159.30 |
| BSW | 03/26/13 | Review contractor bids and prior settlement communications in preparation for client teleconference. | L140 | A101 | 0.50 | 265.50 | | 132.75 |
| BSW | 03/29/13 | Communicate with opposing counsel S. McDonald regarding settlement offer. | L140 | A107 | 0.20 | 265.50 | | 53.10 |
| | | **TOTAL** | | | **7.60** | | | **$2,038.50** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345978 | CLIENT | RESCAP/GMAC | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Feliciano, Jose | | |

| | | |
|---|---|---|
| 02/19/13 | CourtCall, LLC; CourtCall - Conference Service; 03/18/13 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.90 | $245.25 |
| L140 | Document/File Management | 5.20 | $1,383.30 |
| L190 | Other Case Assessment | 1.30 | $356.85 |
| L230 | Court Mandated Conferences | 0.20 | $53.10 |
| | **TOTAL** | **7.60** | **$2,038.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Whittemore, Brian | BSW | Associate | 4.80 | 265.50 | $1,274.40 |
| Wraight, Mark | MIW | Member | 1.80 | 274.50 | $494.10 |
| Sullivan, Mary Kate | MKS | Member | 1.00 | 270.00 | $270.00 |
| | **Total** | | **7.60** | | **$2,038.50** |

| | | |
|---|---|---|
| FEES | | $2,038.50 |
| COSTS & EXPENSES | | $78.00 |
| **TOTAL THIS INVOICE** | | **$2,116.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345980    JBS                                      April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0917    Kinworthy, David and Leslie
                  GMAC Matter No.: 713557

**TOTAL AMOUNT DUE**          **$1,427.40**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345980 | JBS | April 22, 2013 |
|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   24064 0917   Kinworthy, David and Leslie
GMAC Matter No.: 713557

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994       03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| EK | 02/19/13 | Review email from plaintiffs' counsel, J. Dzialo re settlement and draft reply to same | L160 | A101 | 0.30 | 274.50 | 82.35 |
| EK | 02/26/13 | Draft email to S. Martin and L. Delehey re settlement issues and transfer of loan | L120 | A101 | 0.50 | 274.50 | 137.25 |
| EK | 03/04/13 | Draft email to J. Scoliard at Ocwen re prior requests for a loan modification | L160 | A106 | 0.60 | 274.50 | 164.70 |
| EK | 03/06/13 | Draft email to plaintiffs' counsel, J. Dzialo, re settlement | L160 | A108 | 0.20 | 274.50 | 54.90 |
| EK | 03/06/13 | Prepare for and attend conference re settlement issues with P. Zellman, L. Delehey, and S. Martin | L160 | A106 | 0.50 | 274.50 | 137.25 |
| EK | 03/11/13 | Draft further email to plaintiffs' counsel, J. Dzialo, re settlement | L160 | A108 | 0.20 | 274.50 | 54.90 |
| EK | 03/11/13 | Draft email to S. Martin re settlement issues | L160 | A108 | 0.20 | 274.50 | 54.90 |
| EK | 03/12/13 | Email with S. Martin re settlement issues | L160 | A108 | 0.10 | 274.50 | 27.45 |
| EK | 03/12/13 | Call to Kinworthys' counsel, J. Dzialo, re settlement issues | L160 | A108 | 0.10 | 274.50 | 27.45 |
| EK | 03/13/13 | Review Kinworthy loan file and email to S. Martin re same | L160 | A104 | 0.30 | 274.50 | 82.35 |
| EK | 03/14/13 | Draft email to client updating on case status | L120 | A106 | 0.20 | 274.50 | 54.90 |
| EK | 03/14/13 | Draft email to plaintiffs' counsel, J. Dzialo, re continuance of motion for relief from stay | L160 | A108 | 0.20 | 274.50 | 54.90 |
| EK | 03/14/13 | Draft further email to S. Martin re settlement issues | L160 | A108 | 0.40 | 274.50 | 109.80 |
| EK | 03/14/13 | Call from plaintiffs' counsel, J. Dzialo, | L160 | A108 | 0.10 | 274.50 | 27.45 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345980 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Kinworthy, David & Leslie | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | re settlement issues | | | | | | |
| EK | 03/20/13 | Draft email to S. Martin re settlement status | L160 | A108 | 0.10 | 274.50 | | 27.45 |
| EK | 03/20/13 | Draft email to J. Dzialo following up on settlement issues | L160 | A108 | 0.10 | 274.50 | | 27.45 |
| EK | 03/21/13 | Emails with S. Martin re settlement issues | L160 | A108 | 0.30 | 274.50 | | 82.35 |
| EK | 03/22/13 | Call from S. Martin re settlement and bankruptcy issues | L160 | A108 | 0.10 | 274.50 | | 27.45 |
| EK | 03/22/13 | Draft email4 to S. Martin and L. Delehey updating on case status and settlement issues | L160 | A106 | 0.30 | 274.50 | | 82.35 |
| EK | 03/26/13 | Draft email to plaintiffs' counsel, J. Dzialo, re settlement issues | L160 | A108 | 0.20 | 274.50 | | 54.90 |
| EK | 03/26/13 | Draft further email to J. Dzialo re agreement to adjourn hearing on motion for relief from stay | L160 | A108 | 0.20 | 274.50 | | 54.90 |
| | | **TOTAL** | | | **5.20** | | | **$1,427.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.70 | $192.15 |
| L160 | Settlement/Non-Binding ADR | 4.50 | $1,235.25 |
| | **TOTAL** | **5.20** | **$1,427.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kemp, Erik | EK | Associate | 5.20 | 274.50 | $1,427.40 |
| | **Total** | | **5.20** | | **$1,427.40** |

| | | | FEES | $1,427.40 |
|---|---|---|---|---|
| | | **TOTAL THIS INVOICE** | | **$1,427.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     345981     JBS                                        April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 0919 | Enyeart, Jack and Gail |
| | | 713611 |

**TOTAL AMOUNT DUE**                 **$315.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
**(415) 398-3344**

TAX ID 94-2774518

Invoice No.     345981     JBS                                    April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 0919     Enyeart, Jack and Gail
                          713611

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| MKS | 03/19/13 | Prepare summary for insertion into audit response letter. | L120 | A104 | 0.30 | 270.00 | 81.00 |
| MCK | 03/27/13 | Review of case status and correspondence with Plaintiffs' counsel re: dismissal. | L120 | A104 | 0.50 | 234.00 | 117.00 |
| MCK | 03/29/13 | Analysis re: dismissal and drafting of summary for client. | L120 | A104 | 0.50 | 234.00 | 117.00 |
| | | **TOTAL** | | | **1.30** | | **$315.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 1.30 | $315.00 |
| | **TOTAL** | **1.30** | **$315.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Kelly, Megan | MCK | Special Counsel | 1.00 | 234.00 | $234.00 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | | **Total** | **1.30** | | **$315.00** |

|  |  |
|--|--|
| FEES | $315.00 |
| **TOTAL THIS INVOICE** | **$315.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       345982       JBS                                      April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 1001 | Hayomyom LLC (Zygleman) |
| | | GMAC Matter No.:  716183 |
| | | Time and expenses must be split between Ally and Rescap |

**TOTAL AMOUNT DUE**            $1,321.65

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345982    JBS                                              April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha l. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  1001    Hayomyom LLC (Zygleman)
                         GMAC Matter No.:  716183
                         Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DL | 02/25/13 | Analyze Zygelman's counsel's notice of non-availability. | L110 | A101 | 0.10 | 288.00 | 28.80 |
| DL | 03/07/13 | Prepare case management conference statement. | L430 | A101 | 0.30 | 288.00 | 86.40 |
| DL | 03/11/13 | Exchange correspondence with Hayomyom re GMAC reconsidering denial of offer to sell property. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 03/11/13 | Analyze file and prepare case update on chart for client. | L110 | A101 | 0.10 | 288.00 | 28.80 |
| AAW | 03/21/13 | Prepare for state status conference regarding bankruptcy status. | L230 | A101 | 0.70 | 225.00 | 157.50 |
| AAW | 03/22/13 | Appear at status conference regarding bankruptcy. | L230 | A109 | 3.70 | 225.00 | 832.50 |
| AAW | 03/22/13 | Update David Liu regarding outcome of status conference regarding bankruptcy. | L230 | A105 | 0.10 | 225.00 | 22.50 |
| DL | 03/25/13 | Strategy re results of status conference and advise client re continuance of same. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | | **5.40** | | **$1,271.70** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 03/25/13 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 03/11/13 | | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$49.95** | |

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345982 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Hayomyom LLC (Zygleman) | | |

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.60 | $172.80 |
| L230 | Court Mandated Conferences | 4.50 | $1,012.50 |
| L430 | Written Motions/Submissions | 0.30 | $86.40 |
| | **TOTAL** | **5.40** | **$1,271.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Wood, Andrew | AAW | Associate | 4.50 | 225.00 | $1,012.50 |
| Liu, David | DL | Associate | 0.90 | 288.00 | $259.20 |
| | **Total** | | **5.40** | | **$1,271.70** |

| | | |
|---|---|---|
| FEES | $1,271.70 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$1,321.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345983    JBS                                    April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1007    Abed-Stephen, Vachagan and Susie
GMAC Matter No.: 716689

**TOTAL AMOUNT DUE**              **$445.05**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   345983   JBS                                  April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   24064 1007   Abed-Stephen, Vachagan and Susie
GMAC Matter No.: 716689

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MEH | 02/17/13 | Draft email to client J. Holtgren responding to inquiry re: advisability of proceeding with foreclosure while case is stayed and providing list of parties and claims. | L120 | A106 | 0.50 | 261.00 | 130.50 |
| MEH | 02/18/13 | Exchange emails with clients J. Holtgren, C. Bonello re: transfer of case. | L120 | A106 | 0.20 | 261.00 | 52.20 |
| MEH | 02/19/13 | Exchange emails with client C. Bonello re: status update on appeal. | L120 | A106 | 0.30 | 261.00 | 78.30 |
| MEH | 02/21/13 | Strategize re: payment for clerk's transcript. | L510 | A101 | 0.30 | 261.00 | 78.30 |
| RJG | 03/19/13 | Analysis of case status and pending case issues and drafted a case audit report as our client requested. | L120 | A103 | 0.10 | 274.50 | 27.45 |
| MEH | 03/24/13 | Review case file for upcoming deadlines and status. | L120 | A103 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | | **1.70** | | **$445.05** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 1.40 | $366.75 |
| L510 | Appellate Motions & Submission | 0.30 | $78.30 |
| | **TOTAL** | **1.70** | **$445.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345983 | CLIENT | RESCAP/GMAC | | | Page | 2 |
| | | MATTER | Abed-Stephen, Vachagan | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Holt, M. Elizabeth | MEH | Associate | 1.60 | 261.00 | $417.60 |
| Gandy, Robert | RJG | Special Counsel | 0.10 | 274.50 | $27.45 |
| | **Total** | | **1.70** | | **$445.05** |

| | | | FEES | | $445.05 |
|---|---|---|---|---|---|
| | | **TOTAL THIS INVOICE** | | | **$445.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345984    JBS

April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064    RESCAP/GMAC
MATTER      1025     Blanche, John R.
                     GMAC Matter No.: 717587

**TOTAL AMOUNT DUE**          $755.55

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345984    JBS                                      April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1025    Blanche, John R.
GMAC Matter No.: 717587

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MGC | 02/25/13 | Call with plaintiff's counsel re: case issues and management. | L190 | A101 | 0.20 | 238.50 | 47.70 |
| ERB | 03/11/13 | Attention to Motion to Dismiss. | L210 | A104 | 0.40 | 279.00 | 111.60 |
| MGC | 03/11/13 | Continue drafting Motion to Dismiss. | L240 | A103 | 1.60 | 238.50 | 381.60 |
| MGC | 03/11/13 | Draft Motion to Dismiss. | L240 | A103 | 0.90 | 238.50 | 214.65 |
| | | **TOTAL** | | | **3.10** | | **$755.55** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---------------------------|--|-------|--------|--|--|
| L190 | Other Case Assessment | 0.20 | $47.70 | | |
| L210 | Pleadings | 0.40 | $111.60 | | |
| L240 | Dispositive Motions | 2.50 | $596.25 | | |
| | **TOTAL** | **3.10** | **$755.55** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| Cross, Michael | MGC | Associate | 2.70 | 238.50 | $643.95 |
| | **Total** | | **3.10** | | **$755.55** |

|  |  |  |
|--|--|--|
| FEES | $755.55 |
| **TOTAL THIS INVOICE** | **$755.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&*Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       345985       JBS                                          April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1042       Gillard, Griselda L.
                       GMAC Matter No.: 718047

**TOTAL AMOUNT DUE**          **$1,482.30**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     345985     JBS                                      April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 1042     Gillard, Griselda L.
                          GMAC Matter No.: 718047

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| RJG | 02/20/13 | Correspondence with our client to respond to an inquiry regarding mediation and settlement strategy. | L160 | A101 | 0.30 | 274.50 | 82.35 |
| RJG | 02/28/13 | Correspondence with our client to address pending mediation issues. | L160 | A101 | 0.30 | 274.50 | 82.35 |
| RJG | 03/01/13 | Telephone call with title company counsel to analyze mediation terms and issues. | L160 | A101 | 0.40 | 274.50 | 109.80 |
| RJG | 03/01/13 | Multiple correspondence with title company counsel to address mediation issues. | L160 | A101 | 0.40 | 274.50 | 109.80 |
| RJG | 03/01/13 | Telephone call our client representative to prepare her for the pending mediation. | L160 | A101 | 0.50 | 274.50 | 137.25 |
| RJG | 03/01/13 | Multiple correspondence with our client to coordinate mediation issues. | L160 | A101 | 0.30 | 274.50 | 82.35 |
| RJG | 03/04/13 | Correspondence with our client to advise regarding motion for summary judgment issues. | L250 | A101 | 0.20 | 274.50 | 54.90 |
| RJG | 03/04/13 | Telephone call our client to discuss motion for summary judgment, pending case and litigation strategy issues. | L250 | A101 | 0.30 | 274.50 | 82.35 |
| RJG | 03/04/13 | Correspondence with our client to advise regarding mediation results. | L160 | A101 | 0.30 | 274.50 | 82.35 |
| RJG | 03/04/13 | Correspondence with title company counsel regarding mediation issues. | L160 | A101 | 0.30 | 274.50 | 82.35 |
| RJG | 03/04/13 | Appearance at the pending mediation. | L160 | A101 | 1.10 | 274.50 | 301.95 |
| RJG | 03/04/13 | Analysis of the file to prepare for the pending mediation. | L160 | A101 | 0.90 | 274.50 | 247.05 |
| RJG | 03/19/13 | Analysis of case status and pending | L120 | A103 | 0.10 | 274.50 | 27.45 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    345985 | CLIENT    RESCAP/GMAC | | Page | 2 |
| | MATTER    Gillard, Griselda L. | | | |

case issues and drafted a case audit
report as our client requested.

**TOTAL**                                        5.40                    **$1,482.30**

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L120    Analysis/Strategy | 0.10 | $27.45 |
| L160    Settlement/Non-Binding ADR | 4.80 | $1,317.60 |
| L250    Other Written Motions | 0.50 | $137.25 |
| **TOTAL** | **5.40** | **$1,482.30** |

| Timekeeper | Position | Hours | Rate | Value |
|---|---|---|---|---|
| Gandy, Robert            RJG | Special Counsel | 5.40 | 274.50 | $1,482.30 |
| Total | | **5.40** | | **$1,482.30** |

|  |  |  |
|---|---|---|
| | FEES | $1,482.30 |
| | **TOTAL THIS INVOICE** | **$1,482.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       345986       JBS                                          April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1172       Boyd, Raymond
                       E-Mail Invoices to Kari Krull

**TOTAL AMOUNT DUE**          **$1,662.30**

## \*\*\* *REMITTANCE COPY* \*\*\*
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. 345986 JBS | | | April 22, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   24064 1172   Boyd, Raymond
E-Mail Invoices to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| KWF | 02/25/13 | Prepare email to K. Priore re: status report. | L120 | A106 | 0.10 | 270.00 | 27.00 |
| KWF | 03/11/13 | Email to J. Chilton re: appeal. | L120 | A101 | 0.10 | 270.00 | 27.00 |
| KWF | 03/11/13 | Prepare email to J. Specken re: request for court order. | L120 | A101 | 0.20 | 270.00 | 54.00 |
| KWF | 03/11/13 | Prepare request for court order. | L120 | A101 | 0.50 | 270.00 | 135.00 |
| KWF | 03/18/13 | Prepare email to A. Wood re: trial and BK status. | L120 | A101 | 0.20 | 270.00 | 54.00 |
| KWF | 03/18/13 | Prepare email to J. Specken re: Boyd trial. | L120 | A101 | 0.10 | 270.00 | 27.00 |
| AAW | 03/18/13 | Prepare for appearance at small claims trial. | L450 | A101 | 0.10 | 225.00 | 22.50 |
| AAW | 03/19/13 | Appear at small claims trial. | L450 | A109 | 5.70 | 225.00 | 1,282.50 |
| SMH | 03/20/13 | Review audit response. | L120 | A106 | 0.10 | 333.00 | 33.30 |
| | | **TOTAL** | | | **7.10** | | **$1,662.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.30 | $357.30 |
| L450 | Trial and Hearing Attendance | 5.80 | $1,305.00 |
| | **TOTAL** | **7.10** | **$1,662.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Wood, Andrew | AAW | Associate | 5.80 | 225.00 | $1,305.00 |
| Franich, Kerry | KWF | Associate | 1.20 | 270.00 | $324.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345986 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Boyd, Raymond | | | | |

| Hankins, Suzanne | SMH | Member | 0.10 | 333.00 | $33.30 |
|---|---|---|---|---|---|
| | **Total** | | **7.10** | | **$1,662.30** |

| | FEES | $1,662.30 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$1,662.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345987    JBS                                              April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1173    Liguori, Lisa
                  GMAC Matter No.: 723336

**TOTAL AMOUNT DUE**              $1,669.68

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345987    JBS                                    April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1173    Liguori, Lisa
GMAC Matter No.: 723336

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| BJK | 02/19/13 | Communication with trustee regarding money held in escrow | L120 | A101 | 0.10 | 234.00 | 23.40 |
| BJK | 02/20/13 | Communicate with Chapter 7 trustee regarding abandonment of claim against escrow | L110 | A101 | 0.20 | 234.00 | 46.80 |
| MKS | 02/28/13 | Attention to settlement negotiation. | L160 | A101 | 0.20 | 270.00 | 54.00 |
| KWF | 02/28/13 | Review and respond to email from B. Kornberg re: settlement and mechanic's lien bond. | L120 | A101 | 0.30 | 270.00 | 81.00 |
| KWF | 03/04/13 | 1173 Prepare email to J. Hafen re: DRE investigation. | L120 | A101 | 0.20 | 270.00 | 54.00 |
| KWF | 03/04/13 | 1173 Call with M. Richey re: DRE investigation. | L120 | A101 | 0.20 | 270.00 | 54.00 |
| KWF | 03/04/13 | 1173 Prepare email to M. Richey re: DRE investigation. | L120 | A101 | 0.30 | 270.00 | 81.00 |
| BJK | 03/05/13 | Communicated with trustee's office regarding status of escrow funds | L250 | A108 | 0.20 | 234.00 | 46.80 |
| BJK | 03/13/13 | Communicated with defendant regarding settlement and pre-trial conference | L230 | A108 | 0.20 | 234.00 | 46.80 |
| BJK | 03/14/13 | Communicated with defendant regarding setting pre-trial conference | L230 | A108 | 0.20 | 234.00 | 46.80 |
| KWF | 03/18/13 | [1173] Prepare email to L. Delehey re: settlement recommendation. | L160 | A101 | 0.10 | 270.00 | 27.00 |
| MKS | 03/19/13 | Prepare summary for insertion into audit response letter. | | | 0.30 | 270.00 | 81.00 |
| BJK | 03/19/13 | Drafted email to defendant regarding pre-trial conference | L230 | A108 | 0.10 | 234.00 | 23.40 |
| BJK | 03/19/13 | Drafted email to defendant regarding pre-trial conference and early certificate | L230 | A108 | 0.20 | 234.00 | 46.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345987 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Liguori, Lisa | | | | | |

| | | of compliance | | | | | |
|---|---|---|---|---|---|---|---|
| BJK | 03/19/13 | Drafted notice of pretial conference | L230 | A103 | 0.20 | 234.00 | 46.80 |
| BJK | 03/19/13 | Communicated with court regarding hearing on pre-trial conference | L230 | A108 | 0.20 | 234.00 | 46.80 |
| BJK | 03/19/13 | Drafted certificate of early compliance | L230 | A103 | 0.30 | 234.00 | 70.20 |
| BJK | 03/19/13 | Communicated with Defendant regarding pre-trial conference | L230 | A108 | 2.20 | 234.00 | 514.80 |
| BJK | 03/20/13 | Drafted email to Defendant regarding upcoming status conference and settlement terms | L230 | A108 | 0.20 | 234.00 | 46.80 |
| BJK | 03/20/13 | Executed certificate of early compliance and notice of status conference | L230 | A103 | 0.10 | 234.00 | 23.40 |
| KWF | 03/20/13 | 1173 Review and respond to email from L. McLaughlin re: settlement. | L120 | A101 | 0.20 | 270.00 | 54.00 |
| KWF | 03/20/13 | 1173 Prepare email to J. Specken re: hearing and continued trial date. | L120 | | 0.20 | 270.00 | 54.00 |
| BJK | 03/21/13 | Sent copies of filed certificate of compliance and notice of status conference to defendant with comments | L230 | A109 | 0.20 | 234.00 | 46.80 |
| BJK | 03/26/13 | Sent email to defendant regarding documents relating to upcoming status conference | L230 | A108 | 0.10 | 234.00 | 23.40 |
| | | **TOTAL** | | | **6.70** | | **$1,639.80** |

## COSTS & EXPENSES

| 02/21/13 | Cardmember Service/Chase (Acct #0705); Data Search; 3555 Yosemite St, San Diego, CA, 92109, San Diego 01/04/13 | 29.88 |
|---|---|---|
| | **TOTAL COSTS & EXPENSES** | **$29.88** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| | | 0.30 | $81.00 |
| L110 | Fact Investigation/Development | 0.20 | $46.80 |
| L120 | Analysis/Strategy | 1.50 | $401.40 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $81.00 |
| L230 | Court Mandated Conferences | 4.20 | $982.80 |
| L250 | Other Written Motions | 0.20 | $46.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    345987 | CLIENT | RESCAP/GMAC | | | Page | 3 |
|---|---|---|---|---|---|---|
| | MATTER | Liguori, Lisa | | | | |

| | | TOTAL | | 6.70 | $1,639.80 | |
|---|---|---|---|---|---|---|

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kornberg, Bernard | BJK | Associate | 4.70 | 234.00 | $1,099.80 |
| Franich, Kerry | KWF | Associate | 1.50 | 270.00 | $405.00 |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| | Total | | 6.70 | | $1,639.80 |

|  |  |
|---|---|
| FEES | $1,639.80 |
| COSTS & EXPENSES | $29.88 |
| **TOTAL THIS INVOICE** | **$1,669.68** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      345988      JBS                                           April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1232      Copeland, Robert (Borrego)
                     GMAC Matter No.: 726516

**TOTAL AMOUNT DUE**                    $362.70

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    345988    JBS | April 22, 2013 |
|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  1232    Copeland, Robert (Borrego)
GMAC Matter No.: 726516

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| ERB | 02/27/13 | Communications with client and plaintiff's counsel re modification and potential resolution. | L160 | A101 | 0.40 | 279.00 | 111.60 |
| ERB | 03/07/13 | Communications with plaintiff's counsel re status of matter, settlement offer and need for documents in order to process modification request. | L160 | A108 | 0.40 | 279.00 | 111.60 |
| ERB | 03/18/13 | Communications with client re potential resolution and moving forward with sale. | L160 | A106 | 0.20 | 279.00 | 55.80 |
| ERB | 03/18/13 | Communications with plaintiff's counsel re potential resolution and moving forward with sale. | L160 | A108 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | | **1.30** | | **$362.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 1.30 | $362.70 |
| | **TOTAL** | **1.30** | **$362.70** |

| Timekeeper | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 1.30 | 279.00 | $362.70 |
| | Total | | **1.30** | | **$362.70** |

| | FEES | $362.70 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$362.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345988 | CLIENT | RESCAP/GMAC | | Page | 2 |
| | | MATTER | Copeland, Robert (Borrego) | | | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345989    JBS                                         April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER   1270     Lawrence, Marilyn
                  GMAC Matter No.: 725451

**TOTAL AMOUNT DUE**          **$275.40**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345989    JBS                                         April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha l. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1270    Lawrence, Marilyn
                        GMAC Matter No.: 725451

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| YS | 03/04/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 03/05/13 | Receipt, review and analysis of the Court's order requiring plaintiff to show proof of service on client | L120 | A104 | 0.10 | 238.50 | 23.85 |
| YS | 03/07/13 | Review and analysis of plaintiff's response to the Court's order to show cause to show proof of service on clients | L120 | A104 | 0.30 | 238.50 | 71.55 |
| RJG | 03/15/13 | Analysis of case status and pending case issues and drafted a case audit report per client request. | L120 | A104 | 0.10 | 274.50 | 27.45 |
| SMH | 03/20/13 | Review audit response. | L120 | A106 | 0.10 | 333.00 | 33.30 |
| YS | 03/22/13 | Review and analysis of the Plaintiff's response to the Court's order to show cause on service of the complaint on clients | L120 | A104 | 0.20 | 238.50 | 47.70 |
| YS | 03/28/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 03/28/13 | Receipt, review and analysis of the court's rejection of plaintiff's first amended complaint | L120 | A104 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | | **1.10** | | **$275.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 0.90 | $227.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345989 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Lawrence, Marilyn | | |

| L190 | Other Case Assessment | | 0.20 | $47.70 | | | |
|---|---|---|---|---|---|---|---|
| | **TOTAL** | | **1.10** | **$275.40** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Gandy, Robert | RJG | Special Counsel | 0.10 | 274.50 | $27.45 |
| Hankins, Suzanne | SMH | Member | 0.10 | 333.00 | $33.30 |
| Shaham, Yaron | YS | Special Counsel | 0.90 | 238.50 | $214.65 |
| | **Total** | | **1.10** | | **$275.40** |

|  |  |  |
|---|---|---|
| | FEES | $275.40 |
| **TOTAL THIS INVOICE** | | $275.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        345990        JBS                                    April 22, 2013


GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


| CLIENT | 24064 | RESCAP/GMAC |
|--------|-------|-------------|
| MATTER | 1271 | Anyanwu, Charity |
| | | GMAC Matter No.: 728855 |


**TOTAL AMOUNT DUE**              $374.40


## *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     345990      JBS                                    April 22, 2013

GMAC Mortgage, LLC
  Attn: Natasha I. Campbell
  1100 Virginia Drive
  Fort Washington, PA 19006

Matter     24064  1271     Anyanwu, Charity
                           GMAC Matter No.: 728855

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DL | 02/25/13 | Review letter re REO coverage and prepare correspondence to insurer's counsel re same. | L110 | A101 | 0.30 | 288.00 | 86.40 |
| DL | 02/28/13 | Exchange correspondence with REO insurer re defense of action. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 03/07/13 | Exchange correspondence with client re stay as to claims and status of tender to REO insurer. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 03/11/13 | Analyze file and prepare case update on chart for client. | L110 | A101 | 0.10 | 288.00 | 28.80 |
| DL | 03/21/13 | Analyze notice of case reassignment and analyze court docket re same. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 03/30/13 | Prepare case management conference statement. | L100 | A103 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | | **1.30** | | **$374.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L100    NOT A VALID TASK CODE | 0.30 | $86.40 |
| L110    Fact Investigation/Development | 1.00 | $288.00 |
| **TOTAL** | **1.30** | **$374.40** |

| Timekeeper | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL    Associate | | 1.30 | 288.00 | $374.40 |
| | **Total** | | **1.30** | | **$374.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345990 | CLIENT | RESCAP/GMAC | Page | 2 |
| | | MATTER | Anyanwu, Charity | | |

|  | FEES | $374.40 |
| **TOTAL THIS INVOICE** | | $374.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      345991      JBS                                                      April 22, 2013


GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT      24064      RESCAP/GMAC
MATTER      1274       Lee, Sally
                       GMAC Matter No.: 728468


**TOTAL AMOUNT DUE**              **$1,212.02**


### *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      345991      JBS                                             April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1274      Lee, Sally
                          GMAC Matter No.: 728468

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994      03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MIW | 02/19/13 | Draft and send correspondence to defendant's attorney re settlement offer. | L160 | A108 | 0.20 | 274.50 | 54.90 |
| MIW | 02/26/13 | Draft and send correspondence to defendant's counsel re settlement offer. | L160 | A108 | 0.10 | 274.50 | 27.45 |
| MIW | 03/04/13 | Draft and send correspondence to client re settlement counteroffer. | L160 | A106 | 0.20 | 274.50 | 54.90 |
| MIW | 03/04/13 | Phone call with defendant's attorney re settlement counter-offer.  Review follow-up correspondence re same. | L160 | A108 | 0.30 | 274.50 | 82.35 |
| MIW | 03/05/13 | Draft and send correspondence to client re settlement offer.  Review reply re same. | L160 | A106 | 0.20 | 274.50 | 54.90 |
| MIW | 03/05/13 | Prepare for and attend case management conference. | L230 | A109 | 0.90 | 274.50 | 247.05 |
| MIW | 03/06/13 | Draft settlement agreement.  Send to client for review and approval. | L160 | A103 | 0.70 | 274.50 | 192.15 |
| MIW | 03/13/13 | Draft and send follow-up correspondence to client re settlement agreement. | L160 | A106 | 0.10 | 274.50 | 27.45 |
| MKS | 03/15/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | A101 | 0.20 | 270.00 | 54.00 |
| MKS | 03/19/13 | Prepare summary for insertion into audit response letter. | L120 | A101 | 0.30 | 270.00 | 81.00 |
| MIW | 03/25/13 | Review correspondence from defendant's attorney re status of settlement agreement. Follow-up with client re same. | L160 | A108 | 0.20 | 274.50 | 54.90 |
| MIW | 03/26/13 | Draft and send correspondence to defendant's attorney re settlement | L160 | A108 | 0.20 | 274.50 | 54.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345991 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Lee, Sally | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | agreement. | | | | | | |
| MIW | 03/26/13 | Review correspondence from client re settlement agreement. Send reply re same. | L160 | A106 | 0.20 | 274.50 | | 54.90 |
| | | **TOTAL** | | | **3.80** | | | **$1,040.85** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 02/19/13 | CourtCall, LLC; CourtCall - Conference Service; 03/05/13 | 78.00 |
| 03/13/13 | Cardmember Service/Bank One (Acct #2707); Data Search; 418 S Moore Ave, Monterey Park, CA, 91754, Los Angeles 02/08/13 | 93.17 |
| | **TOTAL COSTS & EXPENSES** | **$171.17** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $135.00 |
| L160 | Settlement/Non-Binding ADR | 2.40 | $658.80 |
| L230 | Court Mandated Conferences | 0.90 | $247.05 |
| | **TOTAL** | **3.80** | **$1,040.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Wraight, Mark | MIW | Member | 3.30 | 274.50 | $905.85 |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| | **Total** | | **3.80** | | **$1,040.85** |

| | | |
|---|---|---|
| FEES | | $1,040.85 |
| COSTS & EXPENSES | | $171.17 |
| **TOTAL THIS INVOICE** | | **$1,212.02** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        345992        JBS                                                    April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 24064 | RESCAP/GMAC |
|--------|-------|-------------|
| MATTER | 1280 | Tikhonov, Albina (BK) |
| | | GMAC Matter No.: 729305 |

**TOTAL AMOUNT DUE**                    $466.20

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345992    JBS                                              April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1280    Tikhonov, Albina (BK)
GMAC Matter No.: 729305

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| ANB | 03/06/13 | Phone conference with Res Cap counsel defendant Motion for Contempt filed by appellants', provide background on bankruptcy case and appeal for opposition to motion | L120 | A101 | 0.50 | 292.50 | 146.25 |
| ANB | 03/13/13 | Multiple phone conferences with Res Cap bankruptcy counsel responding to motion for contempt filed by Debtors in Res Cap case to get background on appeal and bankruptcy case, review and comment on drafted opposition | L120 | A101 | 1.00 | 292.50 | 292.50 |
| RJG | 03/15/13 | Analysis of case status and pending case issues and drafted a case audit report per client request. | L120 | A104 | 0.10 | 274.50 | 27.45 |
| | | **TOTAL** | | | **1.60** | | **$466.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|--|-------|--------|--|--|
| L120    Analysis/Strategy | | 1.60 | $466.20 | | |
| **TOTAL** | | **1.60** | **$466.20** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Barasch, Adam | ANB | Special Counsel | 1.50 | 292.50 | $438.75 |
| Gandy, Robert | RJG | Special Counsel | 0.10 | 274.50 | $27.45 |
| **Total** | | | **1.60** | | **$466.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345992 | CLIENT | RESCAP/GMAC | Page | 2 |
| | | MATTER | Tikhonov, Albina (BK) | | |

| | |
|---|---|
| FEES | $466.20 |
| **TOTAL THIS INVOICE** | **$466.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     345993     JBS                                              April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     1283     Munguia, Jorge and Michele
                    GMAC Matter No.: 728959

**TOTAL AMOUNT DUE**          $1,190.40

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345993    JBS                                        April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1283    Munguia, Jorge and Michele
GMAC Matter No.: 728959

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MCK | 02/21/13 | E-mail to plaintiff's counsel to follow-up on proposed dismissal. | L120 | A108 | 0.10 | 234.00 | 23.40 |
| MCK | 02/25/13 | Review file in preparation for case management conference. | L230 | A101 | 0.20 | 234.00 | 46.80 |
| MCK | 02/26/13 | Correspondence with client and opposing counsel regarding case management conference. | L120 | A108 | 0.20 | 234.00 | 46.80 |
| MCK | 02/26/13 | Appear by Court Call for Case Management Conference. | L230 | A109 | 0.30 | 234.00 | 70.20 |
| MKS | 02/27/13 | Attention to status of dismissal of civil case and proof of claim and confirmation that both are "with prejudice." | L210 | A101 | 0.20 | 270.00 | 54.00 |
| MCK | 02/27/13 | Correspondence with client and opposing counsel regarding proposed dismissal. | L120 | A108 | 0.30 | 234.00 | 70.20 |
| MCK | 02/28/13 | E-mails with client and opposing counsel regarding need for settlement agreement. | L160 | A108 | 0.20 | 234.00 | 46.80 |
| MKS | 03/11/13 | Attention to revisions to draft settlement agreement and release. | L160 | A104 | 0.30 | 270.00 | 81.00 |
| MCK | 03/11/13 | Preliminary drafting of settlement agreement. | L160 | A103 | 0.50 | 234.00 | 117.00 |
| MCK | 03/12/13 | Continued drafting of settlement agreement, dismissal and correspondence to client re: same. | L160 | A103 | 1.00 | 234.00 | 234.00 |
| MKS | 03/15/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | A101 | 0.20 | 270.00 | 54.00 |
| MKS | 03/19/13 | Prepare summary for insertion into | L120 | A101 | 0.30 | 270.00 | 81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345993 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Munguia, Jorge & Michele | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | audit response letter. | | | | | |
| MCK | 03/19/13 | Correspondence with client regarding draft settlement agreement. | L120 | A106 | 0.20 | 234.00 | 46.80 |
| MCK | 03/20/13 | Revision to draft settlement agreement to include proof of claim information. | L120 | A103 | 0.20 | 234.00 | 46.80 |
| MCK | 03/20/13 | Correspondence to opposing counsel re: proposed settlement agreement. | L120 | A108 | 0.20 | 234.00 | 46.80 |
| MCK | 03/26/13 | Correspondence with client and opposing counsel re: execution of draft settlement agreement. | L160 | A108 | 0.20 | 234.00 | 46.80 |
| | | **TOTAL** | | | **4.60** | | **$1,112.40** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 03/04/13 | CourtCall, LLC; CourtCall - Conference Service; 02/26/13 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.70 | $415.80 |
| L160 | Settlement/Non-Binding ADR | 2.20 | $525.60 |
| L210 | Pleadings | 0.20 | $54.00 |
| L230 | Court Mandated Conferences | 0.50 | $117.00 |
| | **TOTAL** | **4.60** | **$1,112.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kelly, Megan | MCK | Special Counsel | 3.60 | 234.00 | $842.40 |
| Sullivan, Mary Kate | MKS | Member | 1.00 | 270.00 | $270.00 |
| | **Total** | | **4.60** | | **$1,112.40** |

| | | |
|---|---|---|
| FEES | $1,112.40 | |
| COSTS & EXPENSES | $78.00 | |
| **TOTAL THIS INVOICE** | **$1,190.40** | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345994    JBS                                    April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1293     Orozco, Javier and Ada
                   GMAC Matter No.: 729255

**TOTAL AMOUNT DUE**          $2,143.35

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345994    JBS                                    April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1293    Orozco, Javier and Ada
                        GMAC Matter No.: 729255

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DB | 02/25/13 | Telephone call to Lauren Delehey regarding status of case. | L190 | A106 | 0.10 | 256.50 | 25.65 |
| DB | 02/27/13 | Internal analysis regarding sale of loan. | L120 | A101 | 0.10 | 256.50 | 25.65 |
| DB | 02/27/13 | Telephone call with Lauren Delehey regarding status of case and sale of note. | L120 | A101 | 0.20 | 256.50 | 51.30 |
| DB | 02/27/13 | Exchange with Lauren Delehey regarding status of file transfer. | L190 | A106 | 0.20 | 256.50 | 51.30 |
| DB | 02/28/13 | Internal analysis regarding sale of loan in preparation for case management conference. | L120 | A105 | 0.10 | 256.50 | 25.65 |
| DB | 03/01/13 | Internal analysis in light of transfer of servicing rights to Green Tree. | L120 | A104 | 0.30 | 256.50 | 76.95 |
| DB | 03/01/13 | Draft internal analysis regarding case management conference. | L230 | A103 | 0.20 | 256.50 | 51.30 |
| DB | 03/01/13 | Attended case management conference via courtcall. | L230 | A109 | 0.90 | 256.50 | 230.85 |
| MKS | 03/04/13 | Multiple conference calls with handling attorneys and calls to Don Booth, Lauren Delaney and Mike Gravink regarding the status of the litigation and transfer of the servicing rights. Investigation as to where loan modification packet should be directed. | L120 | A101 | 1.00 | 270.00 | 270.00 |
| MKS | 03/04/13 | Attention to status of servicing entity and need for information related to same to formulate litigation strategy. | L120 | A101 | 0.30 | 270.00 | 81.00 |
| SMH | 03/04/13 | Review bankruptcy and foreclosure status, evaluate non-stayed claims and potential for modification review with | L120 | A104 | 0.30 | 333.00 | 99.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345994 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | MATTER | Orozco, Javier & Ada | | | | | |

| | | subsequent servicer. | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| LJT | 03/04/13 | Pacer research re status of Ada Orozco's bankruptcy, ascertain any new bankruptcy filings by plaintiffs and status of foreclosure sale and draft e-mail summarizing same. | L110 | A102 | 0.70 | 130.50 | 91.35 |
| CHR | 03/04/13 | Confirm with Client if matter will be transferred to Green Tree or OCWEN. | L140 | A101 | 0.10 | 130.50 | 13.05 |
| DB | 03/04/13 | Internal analysis regarding status of case in light of transfer of servicing to Ocwen. | L120 | A104 | 0.40 | 256.50 | 102.60 |
| MKS | 03/05/13 | Study and review "goodbye letter" provided by client. Strategy re: providing same to plaintiff's counsel. | L120 | A101 | 0.20 | 270.00 | 54.00 |
| DB | 03/05/13 | Draft email to Donna Dishbak regarding correspondence from GMAC to borrower notifying him of transfer of servicing to Green Tree. | L110 | A107 | 0.10 | 256.50 | 25.65 |
| DB | 03/05/13 | Review GMAC letter to borrower notifying of transfer of servicing to Green Tree. | L110 | A104 | 0.10 | 256.50 | 25.65 |
| DB | 03/07/13 | Review email from Donna Dishbak regarding status of loan modification review in light of servicing transfer to Green Tree. | L160 | A107 | 0.10 | 256.50 | 25.65 |
| MKS | 03/08/13 | Telephone call with Green Tree re: service transfer and status of modification review. | L120 | A104 | 0.30 | 270.00 | 81.00 |
| DB | 03/08/13 | Draft internal memorandum regarding status of case in light of transfer of servicing rights to Green Tree. | L120 | A103 | 0.30 | 256.50 | 76.95 |
| DB | 03/11/13 | Review exchange of correspondence between Severson and Green Tree regarding status of loan modification review. | L160 | A104 | 0.10 | 256.50 | 25.65 |
| MKS | 03/14/13 | Review Loan Mod letter provided by Green Tree and previously sent to borrower. | L120 | A101 | 0.10 | 270.00 | 27.00 |
| DB | 03/14/13 | Draft email to Mike Gravink and Dawn Dawsey regarding terms of potential permanent modification. | L160 | A106 | 0.20 | 256.50 | 51.30 |
| DB | 03/14/13 | Internal analysis regarding scope and language of correspondence containnig | L160 | A104 | 0.30 | 256.50 | 76.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345994 | CLIENT | RESCAP/GMAC | | | | | Page | 3 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Orozco, Javier & Ada | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | proposal of trial payment plan. | | | | | | |
| DB | 03/14/13 | Review correspondence regarding trial payment plan proposal. | L160 | A104 | 0.20 | 256.50 | | 51.30 |
| DB | 03/18/13 | Telephone call with Donna Dishbak regarding loan modification proposal. | L160 | A107 | 0.20 | 256.50 | | 51.30 |
| SMH | 03/19/13 | Review opposing counsel email re TPP in light of prior modification agreement. | L120 | A107 | 0.20 | 333.00 | | 66.60 |
| DB | 03/19/13 | Draft internal memorandum regarding Donna Dishbak's proposed settlement terms in light of prior modification and allegations stemming from a purported accounting issue. | L160 | A103 | 0.20 | 256.50 | | 51.30 |
| DB | 03/19/13 | Review email from Donna Dishbak and attached prior proposed modification in light of Green Tree's current proposed trial payment plan. | L160 | A107 | 0.30 | 256.50 | | 76.95 |
| DB | 03/19/13 | Draft email to Dawn Dawsey regarding terms of potential permanent modification. | L160 | A106 | 0.10 | 256.50 | | 25.65 |
| DB | 03/19/13 | Draft internal memorandum regarding category of claim and status of litigation and loan modification review. | L120 | A103 | 0.20 | 256.50 | | 51.30 |
| DB | 03/21/13 | Exchange correspondence with Dawn Dawsey regarding potential terms of permanent modification. | L160 | A106 | 0.20 | 256.50 | | 51.30 |
| DB | 03/28/13 | Telephone conversation with Don Dishbak regarding potential permanent modification terms and expectation for resolution of matter. | L160 | A107 | 0.20 | 256.50 | | 51.30 |
| | | **TOTAL** | | | **8.50** | | | **$2,143.35** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.90 | $142.65 |
| L120 | Analysis/Strategy | 4.00 | $1,089.90 |
| L140 | Document/File Management | 0.10 | $13.05 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345994 | CLIENT | RESCAP/GMAC | | | Page | 4 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Orozco, Javier & Ada | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | | 2.10 | $538.65 | | |
| L190 | Other Case Assessment | | 0.30 | $76.95 | | |
| L230 | Court Mandated Conferences | | 1.10 | $282.15 | | |
| | **TOTAL** | | **8.50** | **$2,143.35** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.10 | 130.50 | $13.05 |
| Berkley, David Allan | DB | Associate | 5.30 | 256.50 | $1,359.45 |
| Tarwater, Linda | LJT | Paralegal | 0.70 | 130.50 | $91.35 |
| Sullivan, Mary Kate | MKS | Member | 1.90 | 270.00 | $513.00 |
| Hankins, Suzanne | SMH | Member | 0.50 | 333.00 | $166.50 |
| | **Total** | | **8.50** | | **$2,143.35** |

|  | |
|---|---|
| FEES | $2,143.35 |
| **TOTAL THIS INVOICE** | **$2,143.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345995    JBS

April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1315    Bentancourt, Ruben and Rosa
E-Mail Invoices to Kari Krull

**TOTAL AMOUNT DUE**        **$400.50**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | |
|---|---|
| Invoice No.    345995    JBS | April 22, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1315    Bentancourt, Ruben and Rosa
E-Mail Invoices to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| NSR | 03/07/13 | Analysis of cross-defendant's numerous applications to serve the various defendants through the secretary of state | L210 | A104 | 0.30 | 238.50 | 71.55 |
| NSR | 03/15/13 | Analysis of letter from Builder's Concrete to counsel for cross-complainant Bella Vista Estates regarding inspection schedule | L390 | A104 | 0.10 | 238.50 | 23.85 |
| NSR | 03/15/13 | Analysis of the notice of deposit of documents by Bella Vista | L210 | A104 | 0.10 | 238.50 | 23.85 |
| NSR | 03/18/13 | Analysis of letter from counsel for cross-complainant Bella Vista Estates regarding rescheduling of defense allocation meeting | L210 | A107 | 0.10 | 238.50 | 23.85 |
| NSR | 03/18/13 | Analysis of application for order compelling compliance regarding failure to permit inspection by co-defendant Builder's App | L210 | A104 | 0.10 | 238.50 | 23.85 |
| NSR | 03/18/13 | Analysis of the notice of change of handling attorney by co-defendant Radco Exteriors | L210 | A104 | 0.10 | 238.50 | 23.85 |
| NSR | 03/18/13 | Analysis of the notice of entry of order re: pretrial order by cross-complainant Bella Vista Estates | L210 | A104 | 0.10 | 238.50 | 23.85 |
| MKS | 03/19/13 | Prepare summary for insertion into audit response letter. | | | 0.30 | 270.00 | 81.00 |
| MKS | 03/19/13 | Prepare summary for insertion into audit response letter. | | | 0.30 | 270.00 | 81.00 |
| NSR | 03/20/13 | Analysis of fourth notice of deposit of documents by Bella Vista Estates | L210 | A104 | 0.10 | 238.50 | 23.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345995 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Bentancourt, Ruben & Rosa | | |

| | TOTAL | 1.60 | $400.50 |
|---|---|---|---|

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| | | 0.60 | $162.00 |
| L210 | Pleadings | 0.90 | $214.65 |
| L390 | Other Discovery | 0.10 | $23.85 |
| | TOTAL | 1.60 | $400.50 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.60 | 270.00 | $162.00 |
| Riedman, Natilee | NSR | Associate | 1.00 | 238.50 | $238.50 |
| | Total | | 1.60 | | $400.50 |

| | FEES | $400.50 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$400.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345996    JBS                                        April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1332    Dale, Robert D.
                  GMAC Matter No.: 730281

**TOTAL AMOUNT DUE**            **$296.60**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    345996    JBS                                                    April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1332    Dale, Robert D.
                        GMAC Matter No.: 730281

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DL | 03/04/13 | Analyze results of OSC re dismissal and advise client of dismissal of action. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 03/04/13 | Prepare notice of dismissal of action. | L430 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 03/11/13 | Analyze file and prepare case update on chart for client. | L110 | A101 | 0.10 | 288.00 | 28.80 |
| DL | 03/12/13 | Analyze order of dismissal and prepare notice of entry of same. | L110 | A101 | 0.30 | 288.00 | 86.40 |
| DL | 03/13/13 | Advise client of deadline to appeal dismissal. | L110 | A101 | 0.10 | 288.00 | 28.80 |
| RJG | 03/15/13 | Analysis of case status and pending case issues and drafted a case audit report per client request. | L120 | A104 | 0.10 | 274.50 | 27.45 |
| | | **TOTAL** | | | **1.00** | | **$286.65** |

## COSTS & EXPENSES

03/21/13  One Legal, Inc.; Transmittal of filing to court;                                  9.95
          Notice 03/05/13

**TOTAL COSTS & EXPENSES**                                              **$9.95**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.70 | $201.60 |
| L120 | Analysis/Strategy | 0.10 | $27.45 |
| L430 | Written Motions/Submissions | 0.20 | $57.60 |
| | **TOTAL** | **1.00** | **$286.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.   345996 | **CLIENT** | RESCAP/GMAC | | Page | . 2 |
| | **MATTER** | Dale, Robert D. | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 0.90 | 288.00 | $259.20 |
| Gandy, Robert | RJG | Special Counsel | 0.10 | 274.50 | $27.45 |
| | **Total** | | **1.00** | | **$286.65** |

| | | |
|---|---|---|
| | FEES | $286.65 |
| | COSTS & EXPENSES | $9.95 |
| | **TOTAL THIS INVOICE** | **$296.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      345997      JBS                                        April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER     1333       Tikhonov, Albina (3)
                              GMAC Matter No.: 729305

**TOTAL AMOUNT DUE**          **$1,875.60**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      345997      JBS                                      April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1333    Tikhonov, Albina (3)
                        GMAC Matter No.: 729305

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DZG | 03/05/13 | Analyze memorandum from P. Zellman re case status | L250 | A104 | 0.10 | 274.50 | 27.45 |
| LJT | 03/06/13 | Research title records re status of title, review rescission of prior notice of default, new notice of default, notice of trustee's sale and trustee's deed upon sale, update title chronology, research Los Angeles County Superior County index to ascertain filing of unlawful detainer action and draft e-mail summarizing same. | L110 | A101 | 0.70 | 130.50 | 91.35 |
| RJG | 03/06/13 | Multiple correspondence with our client to address motion for contempt and case status and strategy inquiries. | L120 | A101 | 0.40 | 274.50 | 109.80 |
| DZG | 03/06/13 | Exchange memoranda with J. Newton re case status and plaintiff's pending bankruptcy motion | L250 | A108 | 0.50 | 274.50 | 137.25 |
| DZG | 03/06/13 | Telephone conference with J. Newton re case status and plaintiff's pending bankruptcy motion | L250 | A108 | 0.60 | 274.50 | 164.70 |
| DZG | 03/06/13 | Analyze file and court docket to determine current case status | L110 | A104 | 0.80 | 274.50 | 219.60 |
| DZG | 03/07/13 | Telephone conference with K. Priore re civil case status | L110 | A106 | 0.30 | 274.50 | 82.35 |
| DZG | 03/07/13 | Exchange memoranda with K. Priore re pending unlawful detainer action against plaintiff | L110 | A103 | 0.20 | 274.50 | 54.90 |
| DZG | 03/07/13 | Analyze unlawful detainer complaint and supporting documents | L110 | A104 | 0.30 | 274.50 | 82.35 |
| RJG | 03/08/13 | Drafted a case status update for our | L120 | A101 | 0.20 | 274.50 | 54.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345997 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Tikhonov, Albina (3) | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | client on the monthly report. | | | | | |
| DZG | 03/08/13 | Telephone conference with J. Newton re strategy in filing notice of bankruptcy for ETS in civil matter | L120 | A108 | 0.30 | 274.50 | 82.35 |
| DZG | 03/11/13 | Exchange memoranda with J. Newton re plaintiffs' motion for contempt | L250 | A108 | 0.30 | 274.50 | 82.35 |
| DZG | 03/11/13 | Exchange memoranda with K. Priore re defense of individually named GMAC and OCWEN employees | L120 | A106 | 0.20 | 274.50 | 54.90 |
| DZG | 03/11/13 | Telephone conference with J. Newton re plaintiffs' motion for contempt and whether to file bankruptcy stay as to ETS in civil matter | L250 | A108 | 0.30 | 274.50 | 82.35 |
| DZG | 03/12/13 | Analyze memorandum from J. Newton re potential resolution of plaintiffs' bankruptcy motion | L250 | A104 | 0.10 | 274.50 | 27.45 |
| DZG | 03/13/13 | Prepare for conference call with J. Newton, K. Priore, P. Zellman re civil case status and bankruptcy issues | L120 | A101 | 0.60 | 274.50 | 164.70 |
| DZG | 03/13/13 | Telephone conference with P. Zellman, J. Newton, and L. Delehey re civil case status and plaintiff's contempt motion | L120 | A106 | 0.50 | 274.50 | 137.25 |
| DZG | 03/13/13 | Exchange memoranda with C. DiCicco and K. Priore re defense of individually-named defendants | L120 | A106 | 0.30 | 274.50 | 82.35 |
| DZG | 03/14/13 | Exchange memoranda with K. Priore re representation of N. Shelton | L120 | A106 | 0.20 | 274.50 | 54.90 |
| RJG | 03/15/13 | Analysis of case status and pending case issues and drafted a case audit report per client request. | L120 | A104 | 0.10 | 274.50 | 27.45 |
| DZG | 03/26/13 | Exchange memoranda with K. Priore re joinder for N. Shelton and L. Clark | L120 | A106 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | | **7.20** | | **$1,875.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L110   Fact Investigation/Development | 2.30 | $530.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| Invoice No. | 345997 | CLIENT | RESCAP/GMAC | | | | |
| | | MATTER | Tikhonov, Albina (3) | | | | |

| L120 | Analysis/Strategy | | 3.00 | $823.50 | | | |
|---|---|---|---|---|---|---|---|
| L250 | Other Written Motions | | 1.90 | $521.55 | | | |
| | **TOTAL** | | **7.20** | **$1,875.60** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Glasser, Dana | DZG | Associate | 5.80 | 274.50 | $1,592.10 |
| Tarwater, Linda | LJT | Paralegal | 0.70 | 130.50 | $91.35 |
| Gandy, Robert | RJG | Special Counsel | 0.70 | 274.50 | $192.15 |
| | **Total** | | **7.20** | | **$1,875.60** |

|  |  |
|---|---|
| FEES | $1,875.60 |
| **TOTAL THIS INVOICE** | **$1,875.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      345998      JBS                                        April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1335      Jones, Emertha
                     GMAC Matter No.: 730533

**TOTAL AMOUNT DUE**              $904.20

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   345998   JBS                                              April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   24064 1335   Jones, Emertha
                     GMAC Matter No.: 730533

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994       03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DL | 02/19/13 | Prepare case management conference statement. | L430 | A101 | 0.30 | 288.00 | 86.40 |
| DL | 03/06/13 | Attend status conference and OSC re dismissal and advise client that case was dismissed with prejudice. | L230 | A101 | 1.80 | 288.00 | 518.40 |
| DL | 03/08/13 | Analyze order of dismissal with prejudice. | L110 | A101 | 0.10 | 288.00 | 28.80 |
| DL | 03/11/13 | Prepare notice of entry of dismissal and advise client of deadline to appeal. | L110 | A101 | 0.30 | 288.00 | 86.40 |
| RJG | 03/15/13 | Analysis of case status and pending case issues and drafted a case audit report per client request. | L120 | A104 | 0.10 | 274.50 | 27.45 |
| DL | 03/19/13 | Analyze plaintiff's substitution of attorney. | L110 | A101 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | | **2.70** | | **$776.25** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 03/07/13 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 02/20/13 | 49.95 |
| 03/12/13 | CourtCall, LLC; CourtCall - Conference Service; 03/06/13 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$127.95** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L110   Fact Investigation/Development | 0.50 | $144.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   345998   CLIENT   RESCAP/GMAC                    Page        2
MATTER   Jones, Emertha

| | | | | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | | 0.10 | $27.45 | | |
| L230 | Court Mandated Conferences | | 1.80 | $518.40 | | |
| L430 | Written Motions/Submissions | | 0.30 | $86.40 | | |
| | **TOTAL** | | **2.70** | **$776.25** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 2.60 | 288.00 | $748.80 |
| Gandy, Robert | RJG | Special Counsel | 0.10 | 274.50 | $27.45 |
| | **Total** | | **2.70** | | **$776.25** |

| | |
|---|---|
| FEES | $776.25 |
| COSTS & EXPENSES | $127.95 |
| **TOTAL THIS INVOICE** | **$904.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      345999      JBS                                    April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1386       Wesbrook, Frank and Tabitha
                       GMAC Matter No.: 732923

**TOTAL AMOUNT DUE**                    **$401.85**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        345999        JBS                                                April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1386        Wesbrook, Frank and Tabitha
                            GMAC Matter No.: 732923

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| DL | 02/19/13 | Attend case management conference and advise of continuance of same. | L230 | A101 | 0.90 | 288.00 | 259.20 |
| DL | 03/11/13 | Analyze file and prepare case update on chart for client. | L110 | A101 | 0.10 | 288.00 | 28.80 |
| RJG | 03/15/13 | Analysis of case status and pending case issues and drafted a case audit report per client request. | L120 | A104 | 0.10 | 274.50 | 27.45 |
| DL | 03/21/13 | Prepare updated case management conference statement. | L430 | A101 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | | **1.40** | | **$401.85** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 0.10 | $28.80 |
| L120 | Analysis/Strategy | 0.10 | $27.45 |
| L230 | Court Mandated Conferences | 0.90 | $259.20 |
| L430 | Written Motions/Submissions | 0.30 | $86.40 |
| | **TOTAL** | **1.40** | **$401.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|--|----------|-------|------|-------|
| Liu, David | DL | Associate | 1.30 | 288.00 | $374.40 |
| Gandy, Robert | RJG | Special Counsel | 0.10 | 274.50 | $27.45 |
| | **Total** | | **1.40** | | **$401.85** |

| | | | | FEES | $401.85 |
|--|--|--|--|------|---------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 345999 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Wesbrook, Frank & Tabitha | | |

**TOTAL THIS INVOICE**                    **$401.85**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     346000     JBS                                    April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     1392      Franzen, John and Jacqueline
                     GMAC Billing No.: 733064

**TOTAL AMOUNT DUE**              **$588.75**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    346000    JBS                                          April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1392    Franzen, John and Jacqueline
GMAC Billing No.: 733064

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| DL | 02/20/13 | Prepare case management conference statement. | L430 | A101 | 0.30 | 288.00 | 86.40 |
| DL | 03/07/13 | Analyze plaintiff's case management statement. | L110 | A101 | 0.10 | 288.00 | 28.80 |
| DL | 03/08/13 | Work on preparing for case management conference. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 03/11/13 | Analyze results of status conference and advise client of continuance of same. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 03/11/13 | Analyze file and prepare case update on chart for client. | L110 | A101 | 0.10 | 288.00 | 28.80 |
| DL | 03/11/13 | Attend Case Management Conference hearing and order to show cause hearing for Plaintiff's prior failure to appear. | L230 | A101 | 0.60 | 288.00 | 172.80 |
| DL | 03/20/13 | Prepare case update for client for audit inquiry. | L110 | A101 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | | **1.60** | | **$460.80** |

### COSTS & EXPENSES

| | | |
|--|--|--|
| 03/12/13 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 02/22/31 | 49.95 |
| 03/12/13 | CourtCall, LLC; CourtCall - Conference Service; 03/11/13 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$127.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 346000 | CLIENT | RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Franzen, John & Jacqueline | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.70 | $201.60 |
| L230 | Court Mandated Conferences | 0.60 | $172.80 |
| L430 | Written Motions/Submissions | 0.30 | $86.40 |
| | **TOTAL** | **1.60** | **$460.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.60 | 288.00 | $460.80 |
| | **Total** | | **1.60** | | **$460.80** |

| | | |
|---|---|---|
| FEES | | $460.80 |
| COSTS & EXPENSES | | $127.95 |
| **TOTAL THIS INVOICE** | | **$588.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    346001    JBS                                         April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064    RESCAP/GMAC
MATTER     1393     Stovall, Ahn
                    GMAC Matter No.: 737831

**TOTAL AMOUNT DUE**          **$1,128.15**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | |
|---|---|
| Invoice No.   346001   JBS | April 22, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   24064 1393   Stovall, Ahn
GMAC Matter No.: 737831

FOR PROFESSIONAL SERVICES RENDERED   ·  01/01/1994   03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| DL | 02/19/13 | Analyze title chronology from client and work on status of service on defendants. | L110 | A101 | 0.30 | 288.00 | 86.40 |
| DL | 02/22/13 | Advise client of status of service on Stovall and Chase Merritt. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 02/25/13 | Research other possible addresses and persons associated with Chase Merritt for service of complaint. | L110 | A101 | 0.30 | 288.00 | 86.40 |
| DL | 02/28/13 | Check status of service on Stovall and work on service on Chase Merritt. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 02/28/13 | Analyze results of attempts on service on Stovall and strategy re finding other addresses for services. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 03/04/13 | Work on obtaining alternate addresses for service on Stovall and analyze results of attempting service on Chase Merritt. | L110 | A101 | 0.40 | 288.00 | 115.20 |
| DL | 03/05/13 | Research other addresses for service on Chase Merritt and provide status of service to client. | L110 | A101 | 0.40 | 288.00 | 115.20 |
| DL | 03/08/13 | Analyze inspection of property and other possible addresses for Stovall. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 03/11/13 | Analyze results of further attempts to serve Chase Merritt and attempts at other address. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 03/14/13 | Analyze results of attempted service on Chase Merritt. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| RJG | 03/15/13 | Analysis of case status and pending case issues and drafted a case audit report per client request. | L120 | A104 | 0.10 | 274.50 | 27.45 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 346001 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Stovall, Ahn | | | | | | |

| DL | 03/20/13 | Advise client re status of service on Chase Merritt and Stovall. | L110 | A101 | 0.20 | 288.00 | 57.60 |
|---|---|---|---|---|---|---|---|
| DL | 03/21/13 | Analyze correspondence re further attempts to serve Stovall and subject address. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | | **3.10** | | **$891.45** |

### COSTS & EXPENSES

| 03/11/13 | DDS Legal Support Systems; Serv Process, Subpoena Fees; Chase Merritt Fund I, LLC. at 1729 Wandering Winds, Las Vegas, NV. 2/11/13 | 139.62 |
|---|---|---|
| 03/20/13 | DDS Legal Support Systems; Serv Process, Subpoena Fees; Chase Merritt Fund, 1201 Dove St., Ste 570, Newport Beach, Ca. 2/28/13 | 48.54 |
| 03/20/13 | DDS Legal Support Systems; Serv Process, Subpoena Fees; Chase Merritt Fund, 19000 MacActhur Blvd., Irvine, Ca. 3/6/13 | 48.54 |
| | **TOTAL COSTS & EXPENSES** | **$236.70** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 3.00 | $864.00 |
| L120 | Analysis/Strategy | 0.10 | $27.45 |
| | **TOTAL** | **3.10** | **$891.45** |

| Timekeeper | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 3.00 | 288.00 | $864.00 |
| Gandy, Robert | RJG | Special Counsel | 0.10 | 274.50 | $27.45 |
| | **Total** | | **3.10** | | **$891.45** |

| | | |
|---|---|---|
| | FEES | $891.45 |
| | COSTS & EXPENSES | $236.70 |
| | **TOTAL THIS INVOICE** | **$1,128.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

Invoice Number:
279969

**References   - 19000-1393**

### On Demand

| Order Date | Order ID | Origin | Destination | References |
|---|---|---|---|---|
| Order Type | | | | |
| Caller | | DML | | |
| 02/11/2013 | 2458803 | ROBERT J. GANDY SBN 225405 | CHASE MERRITT FUND I, LLC | 19000-1393 |
| Nationwide Process Routine | | 19100 VON KARMAN AVE STE | 1729 WANDERING WINDS | MORTAGE v STOVALL |
| Ryan Brooks (949) 225-7945 | | IRVINE CA 92612-6578 | LAS VEGAS NV 89128-7978 | 250336 |

Remarks:

Documents:            SUMMONS & COMPLAINT

| | |
|---|---|
| Nationwide Process Routine | $134.90 |
| Fuel Surcharge | $4.72 |
| **Order Total:** | **$139.62** |

**References - 19000-1393 Total:**            **$139.62**

OK RJB — (Per DML)
File complaint, B Must be original

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      346002      JBS                                          April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1398       Nanak Foundation Trust (Virk)
                       GMAC Matter No.: 733284

**TOTAL AMOUNT DUE**              **$298.80**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     346002     JBS                                        April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 1398     Nanak Foundation Trust (Virk)
                          GMAC Matter No.: 733284

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| HRJ | 02/20/13 | Draft status reports to clients. | L110 | A101 | 0.30 | 306.00 | 91.80 |
| HRJ | 02/20/13 | Draft correspondence to plaintiff's counsel. | L110 | A101 | 0.10 | 306.00 | 30.60 |
| HRJ | 02/21/13 | Review and analyze issues re settlement agreement re client inquiry. | L160 | A101 | 0.20 | 306.00 | 61.20 |
| HRJ | 02/21/13 | Review and analyze correspondence from plaintiff's counsel re settlement agreement. | L160 | A101 | 0.10 | 306.00 | 30.60 |
| HRJ | 02/22/13 | Draft status report to client. | L110 | A101 | 0.10 | 306.00 | 30.60 |
| MKS | 03/15/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | A101 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | | **1.00** | | **$298.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 0.50 | $153.00 |
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $91.80 |
| | **TOTAL** | **1.00** | **$298.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Jones, Harold R. | HRJ | Associate | 0.80 | 306.00 | $244.80 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | | **Total** | **1.00** | | **$298.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 346002 | CLIENT | RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Nanak Foundation Trust (Virk) | | | |

| | FEES | $298.80 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$298.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      346003      JBS                                                                April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1401      Glickstein, Baruch
                        GMAC Matter No.: 733492

**TOTAL AMOUNT DUE**            **$566.10**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.      346003      JBS | | April 22, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      24064 1401      Glickstein, Baruch
                             GMAC Matter No.:  733492

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| SMH | 02/19/13 | Telephone conversation with escrow agent at Intervalley Escrow re payoff. | L120 | A101 | 0.20 | 333.00 | 66.60 |
| SMH | 02/20/13 | Telephone conversation with H. Ziff re payoff demand. | L120 | A107 | 0.20 | 333.00 | 66.60 |
| SMH | 02/20/13 | Edit stipulation for third continuance. | L120 | A101 | 0.20 | 333.00 | 66.60 |
| SMH | 02/21/13 | Review and respond to H. Ziff email re closing date. | L120 | A101 | 0.20 | 333.00 | 66.60 |
| SMH | 02/21/13 | Draft email re status, payoff demand to M. Gravnik. | L120 | A101 | 0.40 | 333.00 | 133.20 |
| SMH | 02/22/13 | Telephone conversation with B. Ladd re payoff, review email re same. | L120 | A107 | 0.30 | 333.00 | 99.90 |
| SMH | 02/22/13 | Draft follow-up email to B. Ladd with payoff demand. | L120 | A101 | 0.20 | 333.00 | 66.60 |
| | | **TOTAL** | | | **1.70** | | **$566.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.70 | $566.10 |
| | **TOTAL** | **1.70** | **$566.10** |

| Timekeeper | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|
| Hankins, Suzanne | SMH | Member | 1.70 | 333.00 | $566.10 |
| | **Total** | | **1.70** | | **$566.10** |

| | | |
|---|---|---|
| | FEES | $566.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 346003 | CLIENT | RESCAP/GMAC | Page | 2 |
| | | MATTER | Glickstein, Baruch | | |

**TOTAL THIS INVOICE**                     **$566.10**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 346004 | JBS | April 22, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 1433 | Carillo, Jose |
| | | GMAC Matter No.: 734295 |

**TOTAL AMOUNT DUE**              $417.35

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     346004     JBS                                     April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   24064 1433   Carillo, Jose
                      GMAC Matter No.: 734295

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994          03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| EK | 02/28/13 | Review court docket for case status and draft case management conference statement | L230 | A101 | 0.30 | 274.50 | 82.35 |
| EK | 03/05/13 | Attend case management conference via CourtCall | L230 | A109 | 0.80 | 274.50 | 219.60 |
| EK | 03/20/13 | Review case status and draft summary for audit | L120 | A103 | 0.10 | 274.50 | 27.45 |
| | | **TOTAL** | | | **1.20** | | **$329.40** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 03/05/13 | CourtCall, LLC; CourtCall - Conference Service; 03/05/13 | 78.00 |
| 03/19/13 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 02/28/13 | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$87.95** |

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 0.10 | $27.45 |
| L230    Court Mandated Conferences | 1.10 | $301.95 |
| TOTAL | 1.20 | $329.40 |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
| Kemp, Erik         EK | Associate | 1.20 | 274.50 | $329.40 |
| Total | | 1.20 | | $329.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 346004 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Carillo, Jose | | |

|  | |
|---|---|
| FEES | $329.40 |
| COSTS & EXPENSES | $87.95 |
| **TOTAL THIS INVOICE** | **$417.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      346005      JBS                                    April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1452      Kramer, Ruth and Kari
                      GMAC Matter No.: 735502

**TOTAL AMOUNT DUE**                      **$220.50**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    346005    JBS                                   April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1452    Kramer, Ruth and Kari
                         GMAC Matter No.: 735502

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DB | 02/19/13 | Draft email to T. Mehrazar regarding joint stipulation to continue hearing on order to show cause regarding preliminary injunction. | L220 | A107 | 0.10 | 256.50 | 25.65 |
| DB | 02/19/13 | Telephone call to T. Mehrazan regarding joint stipulation to continue hearing on order to show cause regarding preliminary injunction. | L220 | A107 | 0.10 | 256.50 | 25.65 |
| SMH | 02/20/13 | Review parties to include on any stipulation to continue preliminary injunction hearing, draft email re same. | L120 | A103 | 0.20 | 333.00 | 66.60 |
| DB | 02/20/13 | Finalized stipulation regarding continuance of order to show cause regarding preliminary injunction. | L220 | A101 | 0.20 | 256.50 | 51.30 |
| DB | 02/20/13 | Exchange correspondence with Tina Mehrazar regarding joint stipulation to continue order to show cause regarding preliminary injunction. | L220 | A101 | 0.20 | 256.50 | 51.30 |
| | | **TOTAL** | | | **0.80** | | **$220.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $66.60 |
| L220 | Preliminary Injunctions/Provis | 0.60 | $153.90 |
| | **TOTAL** | **0.80** | **$220.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 346005 | CLIENT | RESCAP/GMAC | | | Page | 2 |
| | | MATTER | Kramer, Ruth & Kari | | | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Berkley, David Allan | DB | | Associate | 0.60 | 256.50 | $153.90 |
| Hankins, Suzanne | SMH | | Member | 0.20 | 333.00 | $66.60 |
| | Total | | | **0.80** | | **$220.50** |
| | | | | FEES | | $220.50 |
| | | | **TOTAL THIS INVOICE** | | | **$220.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    346006    JBS                                        April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1460    Rubio, Ricardo
                  GMAC Matter No.: 735874

**TOTAL AMOUNT DUE**            **$602.10**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     346006     JBS                                    April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1460    Rubio, Ricardo
                        GMAC Matter No.: 735874

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| EK | 02/19/13 | Analysis and evaluation of cancellation of filing due to plaintiff's failure to pay filing fee | L120 | A101 | 0.10 | 274.50 | 27.45 |
| AAG | 02/19/13 | Research whether plaintiff can revive his complaint after expiration of period to pay filing fee and update client regarding same. | L120 | A101 | 0.40 | 238.50 | 95.40 |
| AAG | 02/19/13 | Draft notice of demurrer, demurrer, an request for judicial notice, and prepare demurrer documents and notice of automatic stay for filing. | L240 | A101 | 1.80 | 238.50 | 429.30 |
| | | **TOTAL** | | | **2.30** | | **$552.15** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 03/07/13 | One Legal, Inc.; Transmittal of filing to court; Demurrer, Memorandum of Points & Authorities, Request for Judicial Notice, Notice of Automatic Stay 02/20/13 | 49.95 |

**TOTAL COSTS & EXPENSES**                $49.95

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 0.50 | $122.85 |
| L240    Dispositive Motions | 1.80 | $429.30 |
| **TOTAL** | **2.30** | **$552.15** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 346006 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Rubio, Ricardo | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 2.20 | 238.50 | $524.70 |
| Kemp, Erik | EK | Associate | 0.10 | 274.50 | $27.45 |
| | **Total** | | **2.30** | | **$552.15** |

|  |  |
|---|---|
| FEES | $552.15 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$602.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      346007      JBS                                                     April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1464      Trans, James and Jamie
                      GMAC Matter No.: 736190

**TOTAL AMOUNT DUE**                    **$476.60**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    346007    JBS                                    April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1464    Trans, James and Jamie
                        GMAC Matter No.: 736190

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| EK | 02/27/13 | Analysis and evaluation of docket and case status | L210 | A101 | 0.20 | 274.50 | 54.90 |
| EK | 02/28/13 | Draft notice of bankruptcy and letter to L. Voss re same | L210 | A101 | 0.50 | 274.50 | 137.25 |
| EK | 02/28/13 | Draft email to D. Booth re recommended response to complaint | L210 | A101 | 0.30 | 274.50 | 82.35 |
| EK | 03/04/13 | Draft email to D. Booth updating on filing of notice of bankruptcy | L160 | A106 | 0.20 | 274.50 | 54.90 |
| EK | 03/20/13 | Review case status and draft summary for audit | L120 | A103 | 0.10 | 274.50 | 27.45 |
| EK | 03/28/13 | Review email from D. Booth re case status and draft reply to same | L120 | A106 | 0.40 | 274.50 | 109.80 |
| | | **TOTAL** | | | **1.70** | | **$466.65** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 03/21/13 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy and Suggestion of Automatic Stay 03/01/13 | 9.95 |

**TOTAL COSTS & EXPENSES**                                    **$9.95**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $137.25 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $54.90 |
| L210 | Pleadings | 1.00 | $274.50 |
| | **TOTAL** | **1.70** | **$466.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 346007 | CLIENT | RESCAP/GMAC | | | Page | 2 |
| | | MATTER | Trans, James & Jamie | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kemp, Erik | EK | Associate | 1.70 | 274.50 | $466.65 |
| | **Total** | | **1.70** | | **$466.65** |
| | | | FEES | | $466.65 |
| | | | COSTS & EXPENSES | | $9.95 |
| | | | **TOTAL THIS INVOICE** | | **$476.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    346008    JBS                                    April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1465    Howe, (Brown & Valencia)
                  GMAC Matter No.: 736518


**TOTAL AMOUNT DUE**          $3,942.90


### *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        346008        JBS                                                                April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      24064 1465      Howe, (Brown & Valencia)
                            GMAC Matter No.: 736518

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994            03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| RSS | 02/19/13 | Draft and circulate to client consent to proceed before magistrate. | L210 | A103 | 0.20 | 288.00 | 57.60 |
| RSS | 02/19/13 | Confer with opposing counsel and joint defense team regarding proposed joint motion to extend scheduling deadlines. | L210 | A108 | 0.40 | 288.00 | 115.20 |
| RSS | 02/22/13 | Finalize and file consent to proceed before magistrate. | L210 | A103 | 0.20 | 288.00 | 57.60 |
| RSS | 02/25/13 | Review case filings. | L210 | A104 | 0.20 | 288.00 | 57.60 |
| RSS | 02/26/13 | Coordinate with opposing counsel and joint defense counsel regarding response to initial complaint and scheduling deadlines. | L210 | A108 | 0.40 | 288.00 | 115.20 |
| RSS | 02/26/13 | Draft and revise stipulation to extend time to respond to complaint and circulate same to joint defense counsel and opposing counsel. | L210 | A103 | 0.50 | 288.00 | 144.00 |
| RSS | 02/27/13 | Draft, revise, and circulate stipulation and proposed order to continue initial case management conference and associated dates six weeks. | L210 | A103 | 0.80 | 288.00 | 230.40 |
| RSS | 02/27/13 | Draft update e-mail to client regarding case status and strategy. | L120 | A105 | 0.30 | 288.00 | 86.40 |
| RSS | 02/27/13 | Confer with co-defendants' counsel regarding deadlines and stipulation to extend same. | L210 | A108 | 0.30 | 288.00 | 86.40 |
| RSS | 02/28/13 | Confer and coordinate with joint defense group regarding initial case status and strategy. | L120 | A108 | 0.30 | 288.00 | 86.40 |
| RSS | 03/01/13 | Revise, finalize and file stipulation to extend case management conference | L210 | A103 | 0.30 | 288.00 | 86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 346008 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
| | | MATTER | Howe, (Brown & Valencia) | | | | | |

| | | date. | | | | | |
|---|---|---|---|---|---|---|---|
| RSS | 03/01/13 | Confer with opposing counsel regarding proposed stipulation to continue case management conference. | L210 | A108 | 0.10 | 288.00 | 28.80 |
| ERB | 03/04/13 | Communications with client re plaintiff's bankruptcy filing and impact on claims. | L120 | A106 | 0.30 | 279.00 | 83.70 |
| RSS | 03/14/13 | Coordinate with co-defendants regarding motion to dismiss complaint. | L240 | A108 | 0.40 | 288.00 | 115.20 |
| RSS | 03/21/13 | Review and analyze draft motion to dismiss prepared by co-defendants' counsel. | L240 | A104 | 0.90 | 288.00 | 259.20 |
| RSS | 03/25/13 | Draft and revise joinder to motion to dismiss. | L240 | A103 | 1.10 | 288.00 | 316.80 |
| RSS | 03/25/13 | Conduct research and analysis regarding independent bases to dismiss plaintiffs' claims, including effect of dismissals of prior actions. | L240 | A102 | 2.60 | 288.00 | 748.80 |
| RSS | 03/25/13 | Review and analyze complaint and motion to dismiss prepared by co-defendants' counsel. | L240 | A104 | 0.80 | 288.00 | 230.40 |
| RSS | 03/26/13 | Strategize regarding defense of action. | L120 | A105 | 0.30 | 288.00 | 86.40 |
| RSS | 03/26/13 | Strategize with T. Buell to prepare defense and dispositive motions. | L240 | A105 | 0.40 | 288.00 | 115.20 |
| RSS | 03/29/13 | Draft and revise notice of motion, motion, joinder, and separate memorandum of points and authorities in support of motion to dismiss. | L240 | A103 | 1.90 | 288.00 | 547.20 |
| RSS | 03/31/13 | Draft, revise and finalize motion to dismiss, joinder and request for judicial notice in support of motion to dismiss. | L240 | A103 | 1.00 | 288.00 | 288.00 |
| | | **TOTAL** | | | **13.70** | | **$3,942.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L120    Analysis/Strategy | 1.20 | $342.90 |
| L210    Pleadings | 3.40 | $979.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 346008 | CLIENT | RESCAP/GMAC | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Howe, (Brown & Valencia) | | | | |

| L240 | Dispositive Motions | | 9.10 | $2,620.80 | | |
|---|---|---|---|---|---|---|
| | **TOTAL** | | **13.70** | **$3,942.90** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.30 | 279.00 | $83.70 |
| Saelao, Rebecca | RSS | Special Counsel | 13.40 | 288.00 | $3,859.20 |
| | **Total** | | **13.70** | | **$3,942.90** |

| | | | FEES | $3,942.90 |
|---|---|---|---|---|
| | | **TOTAL THIS INVOICE** | | **$3,942.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    346009    JBS                                April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1488    Singer, Marvin
OCWEN No.: 736626

**TOTAL AMOUNT DUE**          $4,032.45

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    346009    JBS

April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1488    Singer, Marvin
OCWEN No.: 736626

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| SMH | 02/28/13 | Review and evaluate new complaint. | L210 | A101 | 0.30 | 333.00 | 99.90 |
| MJE | 03/02/13 | Exchange of emails with Ms. Hankins re receipt of new matter for handling | L140 | A104 | 0.20 | 279.00 | 55.80 |
| MJE | 03/04/13 | Review of Complaint and Preliminary Injunction Motion and all accomanying exhibts and strategize re response | L110 | A104 | 1.20 | 279.00 | 334.80 |
| LJT | 03/08/13 | Research title records to prepare chronology. | L110 | A102 | 0.50 | 130.50 | 65.25 |
| CHR | 03/08/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings,  Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| LJT | 03/11/13 | Review title records and prepare chronology. | L110 | A103 | 0.90 | 130.50 | 117.45 |
| MJE | 03/11/13 | Phone call from Plaintiff's counsel and discussion of status of upcoming hearings and deadlines | L110 | A108 | 0.30 | 279.00 | 83.70 |
| MJE | 03/12/13 | Review of Complaint and documents submitted by Plaintiff in support | L120 | A104 | 0.50 | 279.00 | 139.50 |
| MJE | 03/13/13 | Review of client file and application received by client and phone call and email exchange with Plaintiff's counsel and J. Best re same | L110 | A104 | 1.40 | 279.00 | 390.60 |
| MJE | 03/14/13 | Discussion with J. Best re status of application from Plaintiff and possible denial | L110 | A106 | 0.30 | 279.00 | 83.70 |
| MJE | 03/14/13 | Phone call and email exchange with | L190 | A108 | 0.60 | 279.00 | 167.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 346009 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Singer, Marvin | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Plaintiff's counsel re status of review and Preliminary Injunction | | | | | |
| MJE | 03/15/13 | Performed tasks associated with taking Plaintiff's OSC re Preliminary Injunction off calendar including communications with Plaintiff's counsel and continued discussion re status of modification application | L240 | A104 | 0.80 | 279.00 | 223.20 |
| MJE | 03/18/13 | Phone call with Plaintiff's counsel re OSC, modification application etc. | L190 | A108 | 0.40 | 279.00 | 111.60 |
| MJE | 03/18/13 | Review of documents provided by Plaintiff and email exchange with J. Best re same to cofirm history of dates submitted by Plaintiff | L190 | A104 | 0.70 | 279.00 | 195.30 |
| MJE | 03/18/13 | Draft and revision of Stipulation and Proposed Order re Continuation of OSC re Preliminary Injunction | L240 | A103 | 1.20 | 279.00 | 334.80 |
| MJE | 03/19/13 | Phone call from Marshall Goldberg, counsel for Plaintif, regarding documents needed by client to review | L140 | A108 | 0.30 | 279.00 | 83.70 |
| MJE | 03/19/13 | Multiple communications with Plaintiff's counsel re application and review of entire package, then follow up communications with J. Best regarding sale date and attaching Plaintiff's submitted application and letters from GMAC acknowledging receipt | L190 | A108 | 1.20 | 279.00 | 334.80 |
| MJE | 03/20/13 | Exchange of emails with Plaintiff re removal of OSC hearing re Preliminary Injunction and email with J. Best re status of Plaintiff's mod denial. | L240 | A108 | 0.50 | 279.00 | 139.50 |
| MJE | 03/20/13 | Receipt and review of Plaintiff's CFPB Complaint and discussion with S. Hankins re same, response email to J. Best re same. | L120 | A104 | 0.60 | 279.00 | 167.40 |
| MJE | 03/22/13 | Provided denial letter to Plaintiff's counsel and receipt of response to same and email exchange with Plaintiff's counsel | L110 | A108 | 0.70 | 279.00 | 195.30 |
| MJE | 03/22/13 | Exchange of emails with Plaintiff's counsel re removing OSC re PI from calendar | L240 | A108 | 0.20 | 279.00 | 55.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 346009 | CLIENT | RESCAP/GMAC | | | | Page | 3 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Singer, Marvin | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|
| MJE | 03/28/13 | Review of Complaint and confirm causes of action that request damages and drafting of Notice of BK and letter to Plaintiff's counsel re same. | L250 | A103 | 1.60 | 279.00 | 446.40 |
| MJE | 03/28/13 | Exchange of emails w D. Booth re Notice of BK and stay. | L250 | A106 | 0.20 | 279.00 | 55.80 |
| MJE | 03/29/13 | Receipt of approval of drafts of NOB filing from D. Booth and finalization of same with attachment | L250 | A101 | 0.40 | 279.00 | 111.60 |
| | | **TOTAL** | | | **15.30** | | **$4,032.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 5.30 | $1,270.80 |
| L120 | Analysis/Strategy | 1.10 | $306.90 |
| L140 | Document/File Management | 0.80 | $178.65 |
| L190 | Other Case Assessment | 2.90 | $809.10 |
| L210 | Pleadings | 0.30 | $99.90 |
| L240 | Dispositive Motions | 2.70 | $753.30 |
| L250 | Other Written Motions | 2.20 | $613.80 |
| | **TOTAL** | **15.30** | **$4,032.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Tarwater, Linda | LJT | Paralegal | 1.40 | 130.50 | $182.70 |
| Esposito, Matthew | MJE | Associate | 13.30 | 279.00 | $3,710.70 |
| Hankins, Suzanne | SMH | Member | 0.30 | 333.00 | $99.90 |
| | **Total** | | **15.30** | | **$4,032.45** |

| | | FEES | $4,032.45 |
|---|---|---|---|
| | | **TOTAL THIS INVOICE** | **$4,032.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    346010    JBS                                                  April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1491    Broguiere, Daniel E.
GMAC Matter No.: 736702

**TOTAL AMOUNT DUE**          $1,389.15

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    346010    JBS                                           April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1491    Broguiere, Daniel E.
                        GMAC Matter No.: 736702

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| LJT | 03/11/13 | Research and review title records and prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff. | L110 | A102 | 0.90 | 130.50 | 117.45 |
| CHR | 03/12/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| RJG | 03/12/13 | Analysis of application of bankruptcy stay and pending complaint claims and relief and correspondence with our client to respond to an inquiry regarding the same. | L120 | A104 | 1.40 | 274.50 | 384.30 |
| KSM | 03/12/13 | Prepared draft letter to opposing counsel regarding notice of bankruptcy. | L120 | A103 | 0.50 | 256.50 | 128.25 |
| KSM | 03/13/13 | Prepared Notice of Bankruptcy for filing. | L250 | A103 | 1.40 | 256.50 | 359.10 |
| KSM | 03/13/13 | Emailed Mr. Gandy regarding proposed letter to opposing counsel regarding notice of bankruptcy as well as draft notice of bankruptcy for filing. | L250 | A105 | 0.10 | 256.50 | 25.65 |
| KSM | 03/18/13 | Revised and finalized notice of bankruptcy for filing. | L250 | A103 | 0.80 | 256.50 | 205.20 |
| KSM | 03/18/13 | Revised and finalized letter to opposing counsel regarding notice of bankruptcy. | L120 | A103 | 0.40 | 256.50 | 102.60 |
| RJG | 03/19/13 | Analysis of case status and pending case issues and drafted a case audit | L120 | A103 | 0.10 | 274.50 | 27.45 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   346010 | CLIENT   RESCAP/GMAC | Page | 2 |
|---|---|---|---|
| | MATTER   Broguiere, Daniel E. | | |

report as our client requested.

**TOTAL**                                    **5.90**           **$1,389.15**

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L110   Fact Investigation/Development | 0.90 | $117.45 |
| L120   Analysis/Strategy | 2.40 | $642.60 |
| L140   Document/File Management | 0.30 | $39.15 |
| L250   Other Written Motions | 2.30 | $589.95 |
| **TOTAL** | **5.90** | **$1,389.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Miller, Kenneth S. | KSM | Associate | 3.20 | 256.50 | $820.80 |
| Tarwater, Linda | LJT | Paralegal | 0.90 | 130.50 | $117.45 |
| Gandy, Robert | RJG | Special Counsel | 1.50 | 274.50 | $411.75 |
| | Total | | **5.90** | | **$1,389.15** |

FEES                 $1,389.15
**TOTAL THIS INVOICE**        **$1,389.15**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        346011        JBS                                                    April 22, 2013


GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT        24064        RESCAP/GMAC
MATTER        1493         Gonzalez, Ignacio
                           GMAC Matter No.: 737457


**TOTAL AMOUNT DUE**                **$679.50**


## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    346011    JBS

April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1493    Gonzalez, Ignacio
GMAC Matter No.: 737457

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| SMH | 03/11/13 | Review new complaint, email of D. Booth. | L210 | A104 | 0.20 | 333.00 | 66.60 |
| SMH | 03/18/13 | Draft email to J. Best re assignment. | L120 | A106 | 0.10 | 333.00 | 33.30 |
| SMH | 03/18/13 | Draft email to D. Booth re notice of bankruptcy and assignment. | L120 | A103 | 0.20 | 333.00 | 66.60 |
| SMH | 03/28/13 | Review and respond to D. Booth email. | L120 | A104 | 0.20 | 333.00 | 66.60 |
| MJE | 03/28/13 | Draft and revision of Notice of BK and Stay and draft of accompanying letter to Plaintiff's counsel re same and follow up with D. Booth re same | L250 | A103 | 1.20 | 279.00 | 334.80 |
| MJE | 03/29/13 | Exchange of emails and phone call with D. Booth re strategy for filing Notice of BK and stay and timing issues. | L120 | A106 | 0.40 | 279.00 | 111.60 |
| | | **TOTAL** | | | **2.30** | | **$679.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.90 | $278.10 |
| L210 | Pleadings | 0.20 | $66.60 |
| L250 | Other Written Motions | 1.20 | $334.80 |
| | **TOTAL** | **2.30** | **$679.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Esposito, Matthew | MJE | Associate | 1.60 | 279.00 | $446.40 |
| Hankins, Suzanne | SMH | Member | 0.70 | 333.00 | $233.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 346011 | CLIENT | RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Gonzalez, Ignacio | | | |

| | Total | | 2.30 | $679.50 |
|---|---|---|---|---|
| | | FEES | | $679.50 |
| | | **TOTAL THIS INVOICE** | | **$679.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   346012   JBS                                          April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT   24064   RESCAP/GMAC
MATTER   1495   Henkell, James
                GMAC Matter No.: 736729


**TOTAL AMOUNT DUE**              **$798.00**


## *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    346012    JBS                                      April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1495    Henkell, James
                        GMAC Matter No.: 736729

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| RJG | 03/14/13 | Correspondence with our client contact to advise regarding bankruptcy stay issues. | L120 | A106 | 0.30 | 210.00 | 63.00 |
| RJG | 03/14/13 | Analysis of bankruptcy stay issues and attention to litigation strategy. | L120 | A104 | 0.30 | 210.00 | 63.00 |
| YS | 03/19/13 | Draft correspondence to plaintiff's counsel regarding the client's bankruptcy and affect of the stay on the case | L190 | A103 | 0.80 | 210.00 | 168.00 |
| YS | 03/19/13 | Draft client's notice of bankruptcy stay and affect of the stay on the case | L210 | A103 | 1.20 | 210.00 | 252.00 |
| YS | 03/19/13 | Review and analysis of plaintiff's complaint, the allegations contained therein, title history, and determine client's available legal remedies and defenses | L120 | A104 | 1.20 | 210.00 | 252.00 |
| | | **TOTAL** | | | **3.80** | | **$798.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.80 | $378.00 |
| L190 | Other Case Assessment | 0.80 | $168.00 |
| L210 | Pleadings | 1.20 | $252.00 |
| | **TOTAL** | **3.80** | **$798.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 346012 | CLIENT | RESCAP/GMAC | Page | 2 |
| | | MATTER | Henkell, James | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Gandy, Robert | RJG | Special Counsel | 0.60 | 210.00 | $126.00 |
| Shaham, Yaron | YS | Special Counsel | 3.20 | 210.00 | $672.00 |
| | **Total** | | **3.80** | | **$798.00** |
| | | | FEES | | $798.00 |
| | | **TOTAL THIS INVOICE** | | | **$798.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      346013      JBS                                                      April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1498      Power, Gary
                              OCWEN No.: 737766

**TOTAL AMOUNT DUE**            **$1,131.75**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    346013    JBS                                             April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1498    Power, Gary
                       OCWEN No.: 737766

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| RJG | 03/27/13 | Correspondence with our client regarding preliminary case investigation and notice of bankruptcy issues. | L120 | A106 | 0.30 | 274.50 | 82.35 |
| RJG | 03/27/13 | Analysis of complaint and pending case issues and attention to preliminary case investigation. | L120 | A104 | 0.50 | 274.50 | 137.25 |
| KSM | 03/27/13 | Analyze complaint. | L210 | A104 | 0.10 | 256.50 | 25.65 |
| KSM | 03/28/13 | Prepared declaration of non-monetary status. | L250 | A103 | 0.50 | 256.50 | 128.25 |
| KSM | 03/28/13 | Prepared letter to opposing counsel regarding ETS Servicing's Notice of Bankruptcy and Suggestion of the Automatic Stay. | L250 | A107 | 0.30 | 256.50 | 76.95 |
| KSM | 03/28/13 | Prepared Notice of Bankruptcy and Suggestion of the Automatic Stay. | L250 | A103 | 0.60 | 256.50 | 153.90 |
| LJT | 03/29/13 | Research title records to confirm subject property and the information alleged in the complaint as to the subject deed of trust, e-mail re same. | L110 | A102 | 0.30 | 130.50 | 39.15 |
| RJG | 03/29/13 | Analysis of preliminary injunction and pending case issues and attention to litigation strategy. | L120 | A104 | 0.50 | 274.50 | 137.25 |
| KSM | 03/29/13 | Revised declaration of non-monetary status and emailed declaration, notice of bankruptcy and letter to opposing counsel to Mr. Booth for review. | L250 | A103 | 0.30 | 256.50 | 76.95 |
| LJT | 03/30/13 | Pacer research re bankruptcy filings by plaintiff, co-borrower and transferees of interest in property, review Chapter 7 | L110 | A102 | 1.50 | 130.50 | 195.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 346013 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Power, Gary | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | bankruptcy filed by borrowers in Washington, petition, schedules, order on motion for relief from stay and discharge, review docket on plaintiff's Chapter 13 bankruptcy, and review dockets on over 13 bankruptcies filed by transferees of an interest in the subject property re status. | | | | | |
| LJT | 03/30/13 | Research title records to prepare chronology. | L110 | A102 | 0.60 | 130.50 | 78.30 |
| | | **TOTAL** | | | **5.50** | | **$1,131.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2.40 | $313.20 |
| L120 | Analysis/Strategy | 1.30 | $356.85 |
| L210 | Pleadings | 0.10 | $25.65 |
| L250 | Other Written Motions | 1.70 | $436.05 |
| | **TOTAL** | **5.50** | **$1,131.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Miller, Kenneth S. | KSM | Associate | 1.80 | 256.50 | $461.70 |
| Tarwater, Linda | LJT | Paralegal | 2.40 | 130.50 | $313.20 |
| Gandy, Robert | RJG | Special Counsel | 1.30 | 274.50 | $356.85 |
| | **Total** | | **5.50** | | **$1,131.75** |

| | | FEES | $1,131.75 |
|---|---|---|---|
| | **TOTAL THIS INVOICE** | | **$1,131.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    346014    JBS                                    April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    9997    ResCap Bankruptcy Issues
                  GMAC Matter No.: 733619

**TOTAL AMOUNT DUE**        $9,592.00

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    346014    JBS                                    April 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 9997    ResCap Bankruptcy Issues
GMAC Matter No.: 733619

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    03/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DHC | 02/21/13 | Correspondence with counsel for debtor re Monthly Statement for November, 2012. | L190 | A101 | 0.50 | 337.50 | 168.75 |
| DHC | 02/27/13 | Drafting of Cover Letter to Noticed Parties re Monthly Statement for January, 2013. | L190 | A101 | 0.30 | 337.50 | 101.25 |
| DHC | 02/27/13 | Conference with Accounting Department re schedules for January, 2013 Monthly Statement. | L120 | A104 | 1.00 | 337.50 | 337.50 |
| DHC | 02/27/13 | Correspondence with counsel for debtor and counsel for Res Cap regarding January 2013 monthly statement and sharible link to view invoices | L120 | A104 | 0.50 | 337.50 | 168.75 |
| DHC | 02/27/13 | Drafting of January, 2013 Monthly Statement. | L190 | A104 | 1.00 | 337.50 | 337.50 |
| DHC | 03/01/13 | Drafting of Certification for Second Interim Fee Application. | L190 | A101 | 0.50 | 337.50 | 168.75 |
| DHC | 03/01/13 | Drafting of Second Interim Fee Application. | L190 | A101 | 2.50 | 337.50 | 843.75 |
| DHC | 03/04/13 | Review and revise Second Interim fee application and supporting documents. | L190 | A101 | 2.50 | 337.50 | 843.75 |
| DHC | 03/06/13 | Conference with Accounting Department regarding information needed for various schedule/exhibits to interim fee application | L120 | A101 | 2.00 | 337.50 | 675.00 |
| DHC | 03/11/13 | Conference with Accounting Department re exhibits and data for interim fee application. | L190 | A104 | 0.50 | 337.50 | 168.75 |
| DHC | 03/12/13 | Review and revise 2nd Interim Fee Application. | L190 | A104 | 4.00 | 337.50 | 1,350.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 346014 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | ResCap Bankruptcy Issues | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DHC | 03/13/13 | Conference with accounting department re figures and exhibits to fee application. | L190 | A104 | 1.50 | 337.50 | | 506.25 |
| DHC | 03/14/13 | Review and revise exhibits in support of 2nd interim for application. | L190 | A104 | 2.50 | 337.50 | | 843.75 |
| DHC | 03/14/13 | Review and revise 2nd Interim Fee Application. | L190 | A101 | 2.50 | 337.50 | | 843.75 |
| DHC | 03/25/13 | Review U.S. Trustee's omnibus objection to 2nd interim fee application. | L250 | A101 | 1.00 | 337.50 | | 337.50 |
| DHC | 03/28/13 | Correspondence with U.S. Trustee re resolving objections to fee appeal. | L510 | A101 | 0.50 | 337.50 | | 168.75 |
| DHC | 03/28/13 | Conference with Accounting Department re Exhibit to Monthly Statement for February, 2013. | L190 | A101 | 1.00 | 337.50 | | 337.50 |
| DHC | 03/28/13 | Drafting of Cover Letter to Noticed Parties re Monthly Statement for February, 2013. | L190 | A104 | 1.00 | 337.50 | | 337.50 |
| DHC | 03/28/13 | Drafting of Monthly Statement for Compensation and Reimbursement for February 2013. | L190 | A104 | 1.00 | 337.50 | | 337.50 |
| | | **TOTAL** | | | **26.30** | | | **$8,876.25** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 02/27/13 | Golden State Legal Copy; Outside Copies; DESC; February 2013 Invoices & GMAC Invoices Scanning / Imaging 02/26/13 | 715.75 |
| | **TOTAL COSTS & EXPENSES** | **$715.75** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.50 | $1,181.25 |
| L190 | Other Case Assessment | 21.30 | $7,188.75 |
| L250 | Other Written Motions | 1.00 | $337.50 |
| L510 | Appellate Motions & Submission | 0.50 | $168.75 |
| | **TOTAL** | **26.30** | **$8,876.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 26.30 | 337.50 | $8,876.25 |
| | **Total** | | **26.30** | | **$8,876.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 346014 | CLIENT | RESCAP/GMAC | Page | 3 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | ResCap Bankruptcy Issues | | |

|  | FEES | $8,876.25 |
| --- | --- | --- |
|  | COSTS & EXPENSES | $715.75 |
|  | **TOTAL THIS INVOICE** | **$9,592.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# **INVOICE**

**LEGAL** State

Your Trusted Source for Litigation Support!

| Date | Invoice # |
|------|-----------|
| 2/26/2013 | 39593 |

**Bill To:**

Severson & Werson
Accounts Payable
One Embarcadero Ctr, Suite 2600
San Francisco, CA 94111

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Billing # | Contact |
|-----------|---------|
| GMAC | Joe Pongassam |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| | DESC:  February 2013 Invoices & GMAC Invoices | | |
| | ***SCAN / CODe*** | | |
| 654 | Scanning/Imaging | 0.15 | 98.10 |
| 190 | CODE - Manually Capture Invoice Number | 0.65 | 123.50 |
| 2 | CD Master | 10.00 | 20.00 |
| | Title:  February 2013 Invoices (1 Doc - 654 Images) & | | |
| | GMAC Invoices (190 Docs - 654 Images) | | |
| | Image Format:  Multi Page .PDF | | |
| | ***COPY 5 SETS*** | | |
| 3,270 | Litigation Copies | 0.145 | 474.15 |
| | >Match Staple and Clips | | |
| | >Black & White on Regular Paper | | |
| | THANK YOU FOR YOUR BUSINESS!!! | | |

Ok 19000.9997
to
pay
Joe
P

| | Sales Tax (8.5%) | $0.00 |
|--|------------------|-------|
| Received By: | **Total** | $715.75 |

TERMS:  This invoice is due and payable within 10 days of invoice date and past due after 30 days.  18% per annum or minimum of $10.00 will be charged on all overdue accounts.  Your signature above is an agreement that the above described work has been authorized and received.  In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.