# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      348147      JBS                                          May 14, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      0325      Passaretti, Jr. (II), Albert v. ETS Services, et al.
                      GMAC Matter No.: 694566

**TOTAL AMOUNT DUE**                    **$207.00**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348147    JBS

May 14, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0325    Passaretti, Jr. (II), Albert v. ETS Services, et al.
GMAC Matter No.: 694566

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| MEH | 03/24/13 | Review case file for upcoming deadlines and status. | L120 | A101 | 0.30 | 261.00 | 78.30 |
| ERB | 04/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| GMF | 04/15/13 | Track and update appellate deadlines. | L110 | A103 | 0.30 | 150.00 | 45.00 |
| | | **TOTAL** | | | **0.90** | | **$207.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.30 | $45.00 |
| L120 | Analysis/Strategy | 0.60 | $162.00 |
| | **TOTAL** | **0.90** | **$207.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.30 | 279.00 | $83.70 |
| Filice, Gina | GMF | Paralegal | 0.30 | 150.00 | $45.00 |
| Holt, M. Elizabeth | MEH | Associate | 0.30 | 261.00 | $78.30 |
| | **Total** | | **0.90** | | **$207.00** |

| | | |
|---|---|---|
| | FEES | $207.00 |
| | **TOTAL THIS INVOICE** | **$207.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348148    JBS                                        May 14, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0450    Smith, Douglas
                  GMAC Matter No.: 695148

**TOTAL AMOUNT DUE**            $236.70

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348148    JBS                                      May 14, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0450    Smith, Douglas
GMAC Matter No.: 695148

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994       04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 04/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| MEG | 04/15/13 | Review and analysis of motion to remand filed by plaintiff. | L250 | A104 | 0.40 | 261.00 | 104.40 |
| MEG | 04/18/13 | Review and analysis of judge's order regarding handling of motion to remand by magistrate. | L250 | A104 | 0.20 | 261.00 | 52.20 |
| MEG | 04/26/13 | Review and analysis of court's order regarding re-set motion to dismiss and remand. | L240 | A104 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | | **0.90** | | **$236.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L240 | Dispositive Motions | 0.20 | $52.20 |
| L250 | Other Written Motions | 0.60 | $156.60 |
| | **TOTAL** | **0.90** | **$236.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Gruber, Megan | MEG | Associate | 0.80 | 261.00 | $208.80 |
| | **Total** | | **0.90** | | **$236.70** |

PRIOR FEES                              $447.30

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348148 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Smith, Douglas | | |

|  |  |
|---|---|
| FEES | $236.70 |
| **TOTAL THIS INVOICE** | **$236.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348149    JBS                                          May 14, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0829    Palmer, Sam
GMAC Matter No.: 711218

**TOTAL AMOUNT DUE**                    **$379.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348149    JBS                                              May 14, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  0829    Palmer, Sam
                          GMAC Matter No.: 711218

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.40 | 279.00 | 111.60 |
| JDI | 03/27/13 | Review Palmer's request for a status update on Homecomings' bankruptcy and respond to same. | L250 | A103 | 0.70 | 279.00 | 195.30 |
| ERB | 04/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| GMF | 04/16/13 | Track and update appellate deadlines. | L110 | A103 | 0.30 | 150.00 | 45.00 |
| | | **TOTAL** | | | **1.50** | | **$379.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.30 | $45.00 |
| L120 | Analysis/Strategy | 0.50 | $139.50 |
| L250 | Other Written Motions | 0.70 | $195.30 |
| | **TOTAL** | **1.50** | **$379.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.50 | 279.00 | $139.50 |
| Filice, Gina | GMF | Paralegal | 0.30 | 150.00 | $45.00 |
| Ives, Jon | JDI | Associate | 0.70 | 279.00 | $195.30 |
| | **Total** | | **1.50** | | **$379.80** |

|  | FEES | $379.80 |
|--|------|---------|
| **TOTAL THIS INVOICE** | | **$379.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     348150     JBS                                              May 14, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     0901      Heinenway, Eliza Q.
                     GMAC Matter No.:

**TOTAL AMOUNT DUE**                    $1,980.00

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348150    JBS                                        May 14, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  0901    Heinenway, Eliza Q.
                         GMAC Matter No.:

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MGC | 03/07/13 | Draft e-mail to client re loan modificaiton appliication. | L110 | A106 | 0.30 | 238.50 | 71.55 |
| MGC | 03/07/13 | Review loan modification application. | L110 | A104 | 0.40 | 238.50 | 95.40 |
| MGC | 03/08/13 | Draft letter to plaintiff's counsel. | L110 | A107 | 0.60 | 238.50 | 143.10 |
| MGC | 03/08/13 | Review modification documents from client. | L110 | A104 | 0.30 | 238.50 | 71.55 |
| ERB | 03/14/13 | Review and revise settlement agreement. | L160 | A104 | 0.50 | 279.00 | 139.50 |
| MGC | 03/14/13 | Draft Settlement Agreement. | L160 | A103 | 2.30 | 238.50 | 548.55 |
| MGC | 03/29/13 | Revise Settlement Agreement. | L160 | A103 | 1.00 | 238.50 | 238.50 |
| ERB | 04/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| MGC | 04/08/13 | Draft e-mail to Plaintiffs' counsel | L160 | A103 | 0.30 | 238.50 | 71.55 |
| MGC | 04/08/13 | Revise settlement agreement. | L160 | A103 | 0.60 | 238.50 | 143.10 |
| MGC | 04/11/13 | Call with plaintiff's counsel re settlement agreement. | L160 | A107 | 0.50 | 238.50 | 119.25 |
| MGC | 04/23/13 | Prepare for call with client. | L110 | A101 | 0.20 | 238.50 | 47.70 |
| MGC | 04/23/13 | Call with client re settlement. | L160 | A106 | 0.30 | 238.50 | 71.55 |
| MGC | 04/23/13 | Draft summary of cases per client request. | L110 | A103 | 0.80 | 238.50 | 190.80 |
| | | **TOTAL** | | | **8.20** | | **$1,980.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348150 | CLIENT | RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Heinenway, Eliza Q. | | | |

| | | Hours | Value | |
|---|---|---|---|---|
| L110 | Fact Investigation/Development | 2.60 | $620.10 | |
| L120 | Analysis/Strategy | 0.10 | $27.90 | |
| L160 | Settlement/Non-Binding ADR | 5.50 | $1,332.00 | |
| | **TOTAL** | **8.20** | **$1,980.00** | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.60 | 279.00 | $167.40 |
| Cross, Michael | MGC | Associate | 7.60 | 238.50 | $1,812.60 |
| | **Total** | | **8.20** | | **$1,980.00** |

|  | FEES | $1,980.00 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$1,980.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348151    JBS                                    May 14, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0917    Kinworthy, David and Leslie
                  GMAC Matter No.:  713557


**TOTAL AMOUNT DUE**          **$3,269.25**


## *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348151    JBS                                             May 14, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0917    Kinworthy, David and Leslie
GMAC Matter No.: 713557

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.40 | 279.00 | 111.60 |
| EK | 04/02/13 | Analysis and evaluation of Kinworthys' potential damage recover and research same | L120 | A104 | 1.50 | 274.50 | 411.75 |
| ERB | 04/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| EK | 04/03/13 | Draft email re damage exposure and settlement recommendation, and continue researching same | L520 | A103 | 2.80 | 274.50 | 768.60 |
| EK | 04/08/13 | Further research Kinworthys' damage claims and revise analysis re same | L160 | A103 | 1.30 | 274.50 | 356.85 |
| EK | 04/08/13 | Analysis and evaluation of settlement strategy and confer with J. Sullivan re same | L160 | A104 | 0.20 | 274.50 | 54.90 |
| EK | 04/10/13 | Revise email to L. Delehey re damage exposure per J. Sullivan and S. Martin's comments | L160 | A106 | 0.80 | 274.50 | 219.60 |
| EK | 04/15/13 | Draft settlement counteroffer to plaintiffs' counsel, J. Dzialo | L160 | A106 | 1.00 | 274.50 | 274.50 |
| EK | 04/15/13 | Prepare for and attend call with J. Sullivan, L. Delehey, and S. Martin re response to Kinworthys' settlement offer | L160 | A101 | 0.40 | 274.50 | 109.80 |
| EK | 04/16/13 | Revise counteroffer and draft email to plaintiffs' counsel, J. Dzialo, re same | L160 | A108 | 0.20 | 274.50 | 54.90 |
| JBS | 04/18/13 | Analysis and evaluation of recommendation regarding settlement | L120 | A104 | 0.40 | 427.50 | 171.00 |
| EK | 04/18/13 | Draft email to plaintiff's counsel, J. Dzialo, re settlement issues | L160 | A108 | 0.20 | 274.50 | 54.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 348151 | | CLIENT | RESCAP/GMAC | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Kinworthy, David & Leslie | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EK | 04/19/13 | Analysis and evaluation of Kinworthys' counteroffer and confer with S. Martin re same | L160 | A104 | 0.30 | 274.50 | 82.35 |
| EK | 04/22/13 | Draft email to L. Delehey re Kinworthys' counteroffer and settlement issues | L160 | A106 | 0.30 | 274.50 | 82.35 |
| EK | 04/22/13 | Draft email to plaintiffs' counsel, J. Dzialo, re counteroffer on settlement | L160 | A108 | 0.10 | 274.50 | 27.45 |
| JBS | 04/23/13 | Analysis and evaluation of settlement issues and emails regarding same | L120 | A104 | 0.50 | 427.50 | 213.75 |
| EK | 04/23/13 | Review email from S. Martin re status of settlement and draft reply to same | L160 | A108 | 0.30 | 274.50 | 82.35 |
| EK | 04/29/13 | Draft email to plaintiffs' counsel following up on settlement status | L160 | A106 | 0.10 | 274.50 | 27.45 |
| EK | 04/29/13 | Draft email to S. Martin re settlement status | L160 | A108 | 0.20 | 274.50 | 54.90 |
| EK | 04/29/13 | Draft further email to L. Delehey and S. Martin re settlement issues | L160 | A103 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | | **11.40** | | **$3,269.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.90 | $936.00 |
| L160 | Settlement/Non-Binding ADR | 5.70 | $1,564.65 |
| L520 | Appellate Briefs | 2.80 | $768.60 |
| | **TOTAL** | **11.40** | **$3,269.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kemp, Erik | EK | Associate | 10.00 | 274.50 | $2,745.00 |
| Buell, Edward | ERB | Associate | 0.50 | 279.00 | $139.50 |
| Sullivan, John | JBS | Member | 0.90 | 427.50 | $384.75 |
| | **Total** | | **11.40** | | **$3,269.25** |

| | | | | | |
|---|---|---|---|---|---|
| PRIOR FEES | | $1,427.40 | | | |
| | | | FEES | | $3,269.25 |
| | | | **TOTAL THIS INVOICE** | | **$3,269.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348152    JBS                                              May 14, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1025    Blanche, John R.
                  GMAC Matter No.: 717587

**TOTAL AMOUNT DUE**                    **$604.95**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
### &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      348152      JBS                                          May 14, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      24064 1025      Blanche, John R.
                            GMAC Matter No.: 717587

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| ERB | 03/21/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.40 | 279.00 | 111.60 |
| ERB | 04/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| MGC | 04/10/13 | Revise Motion to Dismiss. | L240 | A103 | 1.70 | 238.50 | 405.45 |
| | | **TOTAL** | | | **2.20** | | **$544.95** |

### COSTS & EXPENSES

| | | |
|--|--|--|
| 04/23/13 | Sacramento County Superior Court-D; Court and Filing Fees; Filing fee for Motion to Dismiss. Draft#30271 4/10/13 | 50.00 |
| 04/23/13 | Sacramento County Superior Court-D; Court and Filing Fees;  Additional filing fee for motion to dismiss. Draft#30270 4/11/13 | 10.00 |

**TOTAL COSTS & EXPENSES**                    **$60.00**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $139.50 |
| L240 | Dispositive Motions | 1.70 | $405.45 |
| | **TOTAL** | **2.20** | **$544.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.50 | 279.00 | $139.50 |
| Cross, Michael | MGC | Associate | 1.70 | 238.50 | $405.45 |
| | **Total** | | **2.20** | | **$544.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348152 | CLIENT | RESCAP/GMAC | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Blanche, John R. | | |

PRIOR FEES                                         $755.55

|  |  |
| --- | --- |
| FEES | $544.95 |
| COSTS & EXPENSES | $60.00 |
| **TOTAL THIS INVOICE** | **$604.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     348153     JBS                                        May 14, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     1106     Villicana, Jose M.
                    GMAC Matter No.: 720505

**TOTAL AMOUNT DUE**          $2,529.45

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348153    JBS                                    May 14, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1106    Villicana, Jose M.
                        GMAC Matter No.: 720505

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 04/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| MGC | 04/11/13 | Draft Mandatory Settlement Conference. | L230 | A103 | 0.70 | 238.50 | 166.95 |
| MGC | 04/11/13 | Draft letter to plaintiff's counsel re dismissal. | L240 | A103 | 0.40 | 238.50 | 95.40 |
| ERB | 04/12/13 | Attention to upcoming Mandatory Settlement Conference and status of matter based on Plaintiff's counsels representation that the matter would be dismissed. | L160 | A104 | 0.40 | 279.00 | 111.60 |
| ERB | 04/15/13 | Attention to upcoming mandatory settlement conference and Plaintiff's comments re dismissal of action in advance of conference. | L160 | A104 | 0.20 | 279.00 | 55.80 |
| MGC | 04/15/13 | Draft Mandatory Settlement Conference statement. | L160 | A103 | 3.50 | 238.50 | 834.75 |
| MGC | 04/15/13 | Continue drafting Mandatory Settlement Conference statement. | L160 | A103 | 1.60 | 238.50 | 381.60 |
| ERB | 04/16/13 | Review and revise settlement conference statement. | L160 | A103 | 0.40 | 279.00 | 111.60 |
| ERB | 04/16/13 | Communications with client re settlement position for upcoming settlement conference | L160 | A106 | 0.20 | 279.00 | 55.80 |
| MGC | 04/16/13 | Revise Mandatory Settlement Conference statement. | L160 | A103 | 0.50 | 238.50 | 119.25 |
| MGC | 04/16/13 | Continue revising Mandatory Settlement Conference Statement. | L160 | A103 | 0.50 | 238.50 | 119.25 |
| MGC | 04/16/13 | Draft demurrer to First Amended Complaint. | L240 | A103 | 1.30 | 238.50 | 310.05 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348153 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Villicana, Jose M. | | | | | |

| ERB | 04/18/13 | Communications with Plaintiff's counsel confirming dismissal of action being actually submitted for filing (.3) and attention to confirmation from Court of vacating upcoming settlement conference (.2). | L160 | A108 | 0.50 | 279.00 | 139.50 |
|---|---|---|---|---|---|---|---|
| | | **TOTAL** | | | **10.30** | | **$2,529.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 7.80 | $1,929.15 |
| L230 | Court Mandated Conferences | 0.70 | $166.95 |
| L240 | Dispositive Motions | 1.70 | $405.45 |
| | **TOTAL** | **10.30** | **$2,529.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 1.80 | 279.00 | $502.20 |
| Cross, Michael | MGC | Associate | 8.50 | 238.50 | $2,027.25 |
| | **Total** | | **10.30** | | **$2,529.45** |

| | | | FEES | $2,529.45 |
|---|---|---|---|---|
| | | **TOTAL THIS INVOICE** | | **$2,529.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     348154     JBS                                          May 14, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 1380 | Hart, Alan and Barbara |
| | | GMAC Matter No.: 732121 |

**TOTAL AMOUNT DUE**              **$251.10**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348154    JBS                                    May 14, 2013

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1380    Hart, Alan and Barbara
GMAC Matter No.: 732121

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/20/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.40 | 279.00 | 111.60 |
| ERB | 03/26/13 | Prepare case management conference statement. | L230 | A101 | 0.40 | 279.00 | 111.60 |
| ERB | 04/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | | **0.90** | | **$251.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $139.50 |
| L230 | Court Mandated Conferences | 0.40 | $111.60 |
| | **TOTAL** | **0.90** | **$251.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.90 | 279.00 | $251.10 |
| | **Total** | | **0.90** | | **$251.10** |

|  |  |
|--|--|
| FEES | $251.10 |
| **TOTAL THIS INVOICE** | **$251.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      348155      JBS                                               May 14, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1465      Howe, (Brown & Valencia)
                      GMAC Matter No.: 736518

**TOTAL AMOUNT DUE**            **$601.20**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348155    JBS

May 14, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1465    Howe, (Brown & Valencia)
GMAC Matter No.: 736518

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| ERB | 04/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| RSS | 04/02/13 | Finalize and file motion to dismiss and/or sever and joinder to motions of co-defendants. | L240 | A103 | 1.40 | 288.00 | 403.20 |
| ERB | 04/17/13 | Attention to dismissal of entire action by Plaintiff and potential for refiling. | L210 | A104 | 0.30 | 279.00 | 83.70 |
| RSS | 04/17/13 | Review and analyze notice of dismissal and update client regarding same. | L210 | A104 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | | **2.10** | | **$601.20** |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L210 | Pleadings | 0.60 | $170.10 |
| L240 | Dispositive Motions | 1.40 | $403.20 |
| | **TOTAL** | **2.10** | **$601.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| Saelao, Rebecca | RSS | Special Counsel | 1.70 | 288.00 | $489.60 |
| | Total | | 2.10 | | $601.20 |

PRIOR FEES                $3,942.90

FEES        $601.20

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348155 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Howe, (Brown & Valencia) | | |

**TOTAL THIS INVOICE**                    **$601.20**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348156    JBS                                    May 14, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1494     Lofton, Charles
                   OCWEN No.: 737408

**TOTAL AMOUNT DUE**          **$306.90**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     348156     JBS                                      May 14, 2013

GMAC Mortgage, LLC
Attn: Natasha l. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 1494     Lofton, Charles
                          OCWEN No.: 737408

FOR PROFESSIONAL SERVICES RENDERED          01/01/1994          04/30/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 03/18/13 | Initial review and analysis of complaint. L120 | A104 | 1.00 | 279.00 | 279.00 |
| ERB | 04/02/13 | Communications with client re status of L120 matter. | A106 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | **1.10** | | **$306.90** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---------------------------|---|-------|--------|---|---|---|
| L120     Analysis/Strategy | | 1.10 | $306.90 | | | |
| **TOTAL** | | **1.10** | **$306.90** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 1.10 | 279.00 | $306.90 |
| **Total** | | | **1.10** | | **$306.90** |

|  |  | FEES | $306.90 |
|--|--|------|---------|
|  | **TOTAL THIS INVOICE** | | **$306.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      348157      JBS                                          May 14, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1509       Dumalanta, Dwayne and Ria
                       GMAC Matter No.:

**TOTAL AMOUNT DUE**              **$655.65**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348157    JBS                                    May 14, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1509    Dumalanta, Dwayne and Ria
                        GMAC Matter No.:

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| CHR | 04/16/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings,  Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| SRM | 04/23/13 | Reviewed complaint and comapred to prior complaint filed. Compared with title chron. | L210 | A104 | 1.50 | 225.00 | 337.50 |
| ERB | 04/24/13 | Initial review and analysis of complaint. | L120 | A104 | 1.00 | 279.00 | 279.00 |
| | | **TOTAL** | | | **2.80** | | **$655.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 1.00 | $279.00 |
| L140 | Document/File Management | 0.30 | $39.15 |
| L210 | Pleadings | 1.50 | $337.50 |
| | **TOTAL** | **2.80** | **$655.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| McTigue, Sean R. | SRM | Associate | 1.50 | 225.00 | $337.50 |
| | **Total** | | **2.80** | | **$655.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348157 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Dumalanta, Dwayne & Ria | | |

| | | |
|---|---|---|
| | FEES | $655.65 |
| | **TOTAL THIS INVOICE** | **$655.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      348495      JBS                                    May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     0001      Rourke, Michael S.
                     OCWEN No.: 737530

**TOTAL AMOUNT DUE**              **$757.80**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     348495     JBS                                    May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 0001     Rourke, Michael S.
                          OCWEN No.: 737530

FOR PROFESSIONAL SERVICES RENDERED          01/01/1994        04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/15/13 | Initial review and analysis of complaint. | L120 | A104 | 1.00 | 279.00 | 279.00 |
| MKS | 04/08/13 | Review and revise draft Notice of Bankruptcy and Effect of Stay. | L210 | A103 | 0.30 | 270.00 | 81.00 |
| MCK | 04/08/13 | Draft Notice of Bankruptcy and cover letter for transmittal to Plaintiff's counsel. | L210 | A103 | 1.00 | 234.00 | 234.00 |
| MCK | 04/10/13 | Correspondence to client with draft notice of bankruptcy and transmittal letter. | L120 | A106 | 0.10 | 234.00 | 23.40 |
| MCK | 04/11/13 | Correspondence with client re: notices of bankruptcy and revision to document as requested. | L120 | A106 | 0.50 | 234.00 | 117.00 |
| MCK | 04/18/13 | Correspondence with client re: conformed notice of bankruptcy filing. | L120 | A106 | 0.10 | 234.00 | 23.40 |
| | | **TOTAL** | | | **3.00** | | **$757.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.70 | $442.80 |
| L210 | Pleadings | 1.30 | $315.00 |
| | **TOTAL** | **3.00** | **$757.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| Kelly, Megan | MCK | Special Counsel | 1.70 | 234.00 | $397.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348495 | CLIENT | RESCAP/GMAC | | | Page | 2 |
| | | MATTER | Rourke, Michael S. | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | | 0.30 | 270.00 | $81.00 | |
| | **Total** | | | **3.00** | | **$757.80** | |

PRIOR FEES                                    $626.40

| | | |
|---|---|---|
| | FEES | $757.80 |
| **TOTAL THIS INVOICE** | | **$757.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348496    JBS                                    May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0023     Jones, Sylvia v. GMAC Mortgage, LLC
                   GMAC Matter No.: 686344

**TOTAL AMOUNT DUE**          **$1,425.75**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348496    JBS                                            May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0023    Jones, Sylvia v. GMAC Mortgage, LLC
GMAC Matter No.: 686344

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| JN | 04/18/13 | Prepare request for abstract of judgment L110 for 3 counties. | L110 | A101 | 3.70 | 130.50 | 482.85 |
| JN | 04/19/13 | Prepare request for abstract of judgment L110 for 3 counties. | L110 | A101 | 3.00 | 130.50 | 391.50 |
| GMF | 04/22/13 | Track and update appellate deadlines. | L110 | A103 | 0.30 | 150.00 | 45.00 |
| MEG | 04/23/13 | Review and finalize multiple abstracts of judgment for filing and service. | L460 | A103 | 0.60 | 261.00 | 156.60 |
| MEG | 04/29/13 | Draft correspondence to K.Priore regarding filed abstracts of judgment. | L460 | A106 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | | **7.80** | | **$1,128.15** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 04/22/13 | Nationwide Legal Express, LLC.; Court Services; Santa Clara Superior Courthouse, San Jose, Ca. 3/27/13 | 297.60 |

**TOTAL COSTS & EXPENSES**                            **$297.60**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 7.00 | $919.35 |
| L460 | Post-Trial Motions & Submissio | 0.80 | $208.80 |
| | **TOTAL** | **7.80** | **$1,128.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Filice, Gina | GMF | Paralegal | 0.30 | 150.00 | $45.00 |
| Negrete, Jennifer | JN | Paralegal | 6.70 | 130.50 | $874.35 |
| Gruber, Megan | MEG | Associate | 0.80 | 261.00 | $208.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348496 | CLIENT | RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Jones, Sylvia | | | |

| | | | |
|---|---|---|---|
| **Total** | | 7.80 | **$1,128.15** |

PRIOR FEES                    $1,287.00

| | | |
|---|---|---|
| FEES | | $1,128.15 |
| COSTS & EXPENSES | | $297.60 |
| **TOTAL THIS INVOICE** | | **$1,425.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# NATIONWIDE
## LEGAL LLC

₁809 James M Wood Blvd | Los Angeles | CA | 90015

| Invoice # | Customer # |
|---|---|
| 316018 | 30123 |
| 3/31/13 | 1,661.60 |
| Invoice Date | Total Invoice |

SEVERSON & WERSON
ONE EMBARCADERO CENTER,26TH FL
AATN:ACCOUNTS PAYABLE
SAN FRANCISCO, CA 94111

PLEASE MAKE REMITTANCE TO
NATIONWIDE LEGAL, LLC

✂ - - - - - - - - - - - - - - Cut here and return with payment - - - - - TAX ID #20-8284527 - - - - - - - -

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 30123 | 316018 | 3/31/13 | 1,661.60 | 1 |

| Date | Job No | Ser Type | | | Breakdown | Total |
|---|---|---|---|---|---|---|
| 3/28/13 | 3199271 | SPX | SEVERSON & WERSON<br>ONE EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: SABRINA STEWART<br>Case Number: RG11590464<br>Documents: MPA DMRR, NTC DMRR &POS.<br>Client/Matter: 12320.0001<br>Pieces/Pages:   19 | ALAMEDA SUP CRT<br>1225 FALLON STREET<br>OAKLAND    CA 94601<br><br>Case Title: NATALEA V. PORTS<br><br>Signed by: DROP-BOXED/FILED/PDF/ | Base Chg : 75.00<br>Wait/Rsrch: 39.00<br>ADV FEES : 870.00<br>Check Chgs: 87.00 | 1,071.00 |
| SPECIAL FAX/PDF FILING | | | | | | |
| | | | Total Charges for Ref. - 12320.0001:   1,071.00 | | | |
| 3/21/13 | 3198470 | HTF | SEVERSON & WERSON<br>ONE EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: SABRINA STEWART<br>Case Number: RSI V IBM<br>Documents: BINDER<br>Client/Matter: 15280.0001 | USDC/SAN JOSE NORTHERN DISTRICT<br>280 SOUTH FIRST STREET<br>SAN JOSE    CA 95113<br><br>Case Title: 8 ENVELOPES & 1<br>LODGE/CONFORM/RETURN<br>Signed by: RECV'D/PDF'D/RET TO CL | Base Chg : 257.00<br>Wait/Rsrch: 27.00 | 284.00 |
| HOT FILE | | | | | | |
| | | | Total Charges for Ref. - 15280.0001:   284.00 | | | |
| 3/27/13 | 3199117 | RHR | SANTA CLARA SUPERIOR COURTHOUSE<br>191 NORTH FIRST STREET<br>SAN JOSE    CA 95113<br>Caller: JENNIFER NEGRETE<br>Case Number: 107-CV-082742<br>Documents: OBTAIN-6 "CERTIFIED"COPIES OF JUDGMENT<br>Client/Matter: 19000.0023<br>Pieces/Pages:   12 | SEVERSON & WERSON<br>ONE EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br><br>Case Title: JONES V GMAC<br><br>Signed by: OBT'D/WILL RETURN | Base Chg : 105.00<br>Wait/Rsrch: 21.00<br>ADV FEES : 156.00<br>Check Chgs: 15.60 | 297.60 |
| RUSH RESEARCH | | | | | | |

24064.0023

| Date | Job No | Ser Type | | | Breakdown | Total |
|---|---|---|---|---|---|---|
| | | | Total Charges for Ref. - 19000.0023:   297.60 | | | |
| 3/21/13 | 3198409 | C/C | SEVERSON & WERSON<br>ONE EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: DEBORAH 5653<br>Case Number: CCOPY TO JDG  CONTI<br>Client/Matter: 55000.0532 | USDC/SAN FRANCISCO NORTHERN DIST.<br>450 GOLDEN GATE AVE.<br>SAN FRANCISCO    CA 94102<br><br>Case Title: BY 12PM, 3/22***<br><br>Signed by: SIMONE VOLTZ | Base Chg : 9.00 | 9.00 |
| COURTESY COPY | | | | | | |
| | | | Total Charges for Ref. - 55000.0532:   9.00 | | | |

**Total►** 1,661.60

# NATIONWIDE LEGAL LLC    INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348497    JBS                                                    May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0439    Israel, Alan
                  GMAC Matter No.: 700241

**TOTAL AMOUNT DUE**            **$1,489.50**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      348497      JBS                                                May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      24064 0439      Israel, Alan
                            GMAC Matter No.: 700241

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MKS | 04/10/13 | Attention to demand from plaintiff's counsel related to credit reporting on underlying home loan. | L120 | A104 | 0.20 | 270.00 | 54.00 |
| MEG | 04/10/13 | Review and analysis of correspondence and portion of credit report received from plaintiff. | L110 | A104 | 0.50 | 261.00 | 130.50 |
| MEG | 04/10/13 | Correspondence to and from plaintiff's counsel regarding credit report. | L110 | A108 | 0.30 | 261.00 | 78.30 |
| BJJ | 04/11/13 | Review credit report to prepare analysis of questioned entry on plaintiff's credit report. | L190 | A111 | 0.40 | 130.50 | 52.20 |
| MEG | 04/11/13 | Correspondence to client regarding credit reporting and dispute by plaintiff. | L110 | A106 | 0.50 | 261.00 | 130.50 |
| MEG | 04/11/13 | Correspondence to plaintiff's counsel regarding credit reporting dispute. | L110 | A108 | 0.40 | 261.00 | 104.40 |
| MEG | 04/12/13 | Correspondence to and from client regarding credit reporting history. | L110 | A106 | 0.30 | 261.00 | 78.30 |
| MEG | 04/16/13 | Draft follow up correspondence to client regarding credit reporting. | L110 | A106 | 0.40 | 261.00 | 104.40 |
| MEG | 04/16/13 | Draft correspondence to plaintiff's counsel regarding credit reporting. | L110 | A108 | 0.40 | 261.00 | 104.40 |
| MEG | 04/16/13 | Review and analysis of plaintiff's claims regarding incorrect reporting of credit and foreclosure. | L110 | A104 | 0.30 | 261.00 | 78.30 |
| MEG | 04/18/13 | Draft letter to plaintiff's counsel regarding credit reporting and stay of litigation. | L120 | A108 | 0.40 | 261.00 | 104.40 |
| MEG | 04/25/13 | Draft correspondence to client regarding credit reporting. | L110 | A106 | 0.30 | 261.00 | 78.30 |
| MEG | 04/26/13 | Correspondence to and from client | L110 | A106 | 0.70 | 261.00 | 182.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348497 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Israel, Alan | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | regarding credit reporting corrections and strategize regarding same. | | | | | |
| BJJ | 04/29/13 | Draft credit correction explanation for attorney | L190 | A111 | 0.20 | 130.50 | 26.10 |
| MEG | 04/29/13 | Draft email to plaintiff's counsel regarding credit report changes. | L110 | A108 | 0.20 | 261.00 | 52.20 |
| MEG | 04/29/13 | Revise and prepare letter to borrower and counsel regarding corrections to credit reporting and draft correspondence to client regarding same. | L110 | A106 | 0.50 | 261.00 | 130.50 |
| | | **TOTAL** | | | **6.00** | | **$1,489.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 4.80 | $1,252.80 |
| L120 | Analysis/Strategy | 0.60 | $158.40 |
| L190 | Other Case Assessment | 0.60 | $78.30 |
| | **TOTAL** | **6.00** | **$1,489.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Johnson, Betty | BJJ | Paralegal | 0.60 | 130.50 | $78.30 |
| Gruber, Megan | MEG | Associate | 5.20 | 261.00 | $1,357.20 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **6.00** | | **$1,489.50** |

| | |
|---|---|
| PRIOR FEES | $243.00 |
| PRIOR COSTS & EXPENSES | $49.95 |

| | |
|---|---|
| FEES | $1,489.50 |
| **TOTAL THIS INVOICE** | **$1,489.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      348498      JBS                                    May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      0499      Cruickshank, Margaret
                      GMAC Matter No.: 700735

**TOTAL AMOUNT DUE**          **$1,135.80**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348498    JBS                                                    May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha l. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0499    Cruickshank, Margaret
                           GMAC Matter No.: 700735

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| KWF | 03/08/13 | Prepare email to C. DiCicco re: motion to re-open discovery. | L120 | A101 | 0.20 | 270.00 | 54.00 |
| KWF | 03/08/13 | Review and analyze motion to re-open discovery. | L120 | A101 | 0.20 | 270.00 | 54.00 |
| MKS | 03/18/13 | Prepare summary for insertion into audit response letter. | L120 | A104 | 0.30 | 270.00 | 81.00 |
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| KWF | 04/01/13 | Review and analyze Cruickshank discovery to Wells Fargo. | L120 | A104 | 0.10 | 270.00 | 27.00 |
| KWF | 04/29/13 | Prepare email to C. DiCicco re: stipulation to dismiss without prejudice. | L120 | A104 | 3.20 | 270.00 | 864.00 |
| | | **TOTAL** | | | **4.20** | | **$1,135.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 4.20 | $1,135.80 |
| | **TOTAL** | **4.20** | **$1,135.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Franich, Kerry | KWF | Associate | 3.70 | 270.00 | $999.00 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **4.20** | | **$1,135.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348498 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Cruickshank, Margaret | | |

|  | FEES | $1,135.80 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,135.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      348499      JBS                                          May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 24064 | RESCAP/GMAC |
|--------|-------|-------------|
| MATTER | 0711 | Peel, Timothy and Cheryl, et al. |
| | | GMAC Matter No.: 707366 |

**TOTAL AMOUNT DUE**          $1,981.35

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348499    JBS                                      May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0711    Peel, Timothy and Cheryl, et al.
GMAC Matter No.: 707366

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| JBS | 04/01/13 | Analysis and evaluation of potential value of claim | L120 | A104 | 0.90 | 427.50 | 384.75 |
| RSS | 04/22/13 | Confer with N. Rosenbaum regarding case status and strategy in light of bankruptcy. | L120 | A108 | 0.40 | 288.00 | 115.20 |
| RSS | 04/23/13 | Confer with counsel for co-defendant regarding case status and strategy to prepare for call with client regarding resolution of case in context of bankruptcy. | L120 | A108 | 0.30 | 288.00 | 86.40 |
| MKS | 04/25/13 | Participate on conference call with client and MoFo counsel re: litigation strategy and resolution possibilities. | L120 | A106 | 0.80 | 270.00 | 216.00 |
| RSS | 04/25/13 | Confer with L. Delehey, B. Thompson, and bankruptcy counsel regarding case status and strategy. | L120 | A106 | 0.90 | 288.00 | 259.20 |
| RSS | 04/25/13 | Confer with counsel for co-defendants regarding case status and strategy. | L120 | A107 | 0.30 | 288.00 | 86.40 |
| RSS | 04/25/13 | Separately confer with bankruptcy counsel J. Wishnew regarding case status and strategy. | L120 | A107 | 0.20 | 288.00 | 57.60 |
| RSS | 04/25/13 | Plan and prepare for strategy conference, including reviewing case pleadings, orders, discovery, correspondence and strategy memoranda. | L120 | A101 | 1.40 | 288.00 | 403.20 |
| RSS | 04/25/13 | Draft and revise strategy memoranda and correspondence relating to | L120 | A103 | 0.90 | 288.00 | 259.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 348499 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | MATTER | Peel, Timothy & Cheryl, et al. | | | | | |

|  |  | resolution of case via litigation and/or potential settlement in light of bankruptcy. |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| RSS | 04/29/13 | Strategize with J. Sullivan regarding case resolution and tasks in light of bankruptcy. | L120 | A105 | 0.20 | 288.00 | 57.60 |
|  |  | **TOTAL** |  |  | **6.50** | | **$1,981.35** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 6.50 | $1,981.35 |
| | **TOTAL** | **6.50** | **$1,981.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Sullivan, John | JBS | Member | 0.90 | 427.50 | $384.75 |
| Sullivan, Mary Kate | MKS | Member | 0.80 | 270.00 | $216.00 |
| Saelao, Rebecca | RSS | Special Counsel | 4.60 | 288.00 | $1,324.80 |
| | **Total** | | **6.50** | | **$1,981.35** |

| | | | FEES | $1,981.35 |
|---|---|---|---|---|
| | | **TOTAL THIS INVOICE** | | **$1,981.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348500    JBS                                    May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0851    Feliciano, Jose
                  GMAC Matter No.: 711719
                  OCWEN No.:  736551

**TOTAL AMOUNT DUE**          $791.78

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348500    JBS                                          May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0851    Feliciano, Jose
                        GMAC Matter No.: 711719
                        OCWEN No.: 736551

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| BSW | 04/04/13 | Communicate with contractor M. Zuniga regarding expected start date for repairs. | L140 | A108 | 0.20 | 265.50 | 53.10 |
| BSW | 04/11/13 | Communicate with client regarding Plaintiffs' settlement demand. | L140 | A106 | 0.20 | 265.50 | 53.10 |
| MKS | 04/16/13 | Study and review proposed relocation agreement ans spreadsheet estimating cost of same. | L120 | A104 | 0.40 | 270.00 | 108.00 |
| BSW | 04/16/13 | Communcate with client regarding Plaintiff's proposed relocation budget. | L140 | A106 | 0.20 | 265.50 | 53.10 |
| MKS | 04/18/13 | Review and revise correspondence to client re: impact on completing repairs on the underlying stayed litigation and recommendation re: other settlement options. | L120 | A104 | 0.40 | 270.00 | 108.00 |
| BSW | 04/18/13 | Analyze settlement options and communicate with client A. Peters regarding same. | L140 | A106 | 0.40 | 265.50 | 106.20 |
| BSW | 04/22/13 | Communicate with client A. Peters regarding settlement counter offer. | L160 | A106 | 0.20 | 265.50 | 53.10 |
| BSW | 04/25/13 | Communicate with opposing counsel regarding settlement demand. | L160 | A107 | 0.30 | 265.50 | 79.65 |
| BSW | 04/26/13 | Communicate with client A. Peters regarding Plaintiff's settlement demand. | L160 | A106 | 0.10 | 265.50 | 26.55 |
| BSW | 04/26/13 | Communicate with opposing counsel S. McDonald regarding settlement demand. | L160 | A107 | 0.10 | 265.50 | 26.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  348500 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Feliciano, Jose | | | | |

| BSW | 04/29/13 | Communicate with opposing counsel S. McDonald regarding settlement terms. | L160 | A107 | 0.20 | 265.50 | 53.10 |
|---|---|---|---|---|---|---|---|
| | | **TOTAL** | | | **2.90** | | **$776.25** |

## COSTS & EXPENSES

| | 04/17/13 | AT&T TeleConference Services; CourtCall - Conference Service; 3/26/13 | 15.53 |
|---|---|---|---|
| | | **TOTAL COSTS & EXPENSES** | **$15.53** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.00 | $271.80 |
| L140 | Document/File Management | 1.00 | $265.50 |
| L160 | Settlement/Non-Binding ADR | 0.90 | $238.95 |
| | **TOTAL** | **2.90** | **$776.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Whittemore, Brian | BSW | Associate | 1.90 | 265.50 | $504.45 |
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Sullivan, Mary Kate | MKS | Member | 0.80 | 270.00 | $216.00 |
| | **Total** | | **2.90** | | **$776.25** |

| PRIOR FEES | $2,038.50 |
|---|---|
| PRIOR COSTS & EXPENSES | $78.00 |

| FEES | $776.25 |
|---|---|
| COSTS & EXPENSES | $15.53 |
| **TOTAL THIS INVOICE** | **$791.78** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348501    JBS                                                                May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0919    Enyeart, Jack and Gail
                   GMAC Matter No.: 713611

**TOTAL AMOUNT DUE**                    **$1,188.60**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348501    JBS                                      May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0919    Enyeart, Jack and Gail
                        GMAC Matter No.: 713611

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| JVZ | 03/07/13 | Attend status conference | L230 | A101 | 3.50 | 288.00 | 1,008.00 |
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| MCK | 04/16/13 | Review pleading re-naming Homecomings Financial LLC following dismissal. | L120 | A104 | 0.20 | 234.00 | 46.80 |
| | | **TOTAL** | | | **3.90** | | **$1,110.60** |

## COSTS & EXPENSES

| | | | |
|--|--|--|--|
| 04/02/13 | CourtCall, LLC; CourtCall - Conference Service; 05/14/13 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $102.60 |
| L230 | Court Mandated Conferences | 3.50 | $1,008.00 |
| | **TOTAL** | **3.90** | **$1,110.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Van Zandt, Jonah | JVZ | Associate | 3.50 | 288.00 | $1,008.00 |
| Kelly, Megan | MCK | Special Counsel | 0.20 | 234.00 | $46.80 |
| | **Total** | | **3.90** | | **$1,110.60** |

PRIOR FEES                        $315.00

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 348501 | CLIENT | RESCAP/GMAC | Page 2 |
| | | MATTER | Enyeart, Jack & Gail | |

| | |
|---|---|
| FEES | $1,110.60 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$1,188.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      348502      JBS                                          May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1173      Liguori, Lisa
                      GMAC Matter No.: 723336

**TOTAL AMOUNT DUE**              $1,020.60

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     348502     JBS                                    May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1173    Liguori, Lisa
                        GMAC Matter No.: 723336

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/21/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| BJK | 04/04/13 | Drafted email to Chapter 7 trustee regarding abandonment of interest in escrow account | L160 | A108 | 0.30 | 234.00 | 70.20 |
| BJK | 04/04/13 | Communicated with defendant regarding pending settlement issues | L160 | A108 | 0.20 | 234.00 | 46.80 |
| BJK | 04/11/13 | Drafted motion to abandon escrow funds | L250 | A103 | 1.50 | 234.00 | 351.00 |
| BJK | 04/11/13 | Drafted email to defendant regarding abandonment of claim | L160 | A108 | 0.20 | 234.00 | 46.80 |
| KWF | 04/11/13 | Prepare email to B. Kornberg re: trustee abandonment motion and exhibits to same. | L120 | A104 | 0.20 | 270.00 | 54.00 |
| KWF | 04/11/13 | Analyze file to locate evidence in support of motion for trustee abandonment. | L120 | A104 | -2.60 | 270.00 | -702.00 |
| MKS | 04/15/13 | Attention to need to file motion to obtain abandonment of interest in disputed escrow funds. Study and review draft motion seeking same. | L250 | A104 | 0.50 | 270.00 | 135.00 |
| BJK | 04/15/13 | Communicated with defendant regarding abandonment of interest in escrow | L160 | A108 | 0.20 | 234.00 | 46.80 |
| BJK | 04/15/13 | Revised motion to abanadon and drafted supporting documents | L250 | A103 | 1.80 | 234.00 | 421.20 |
| BJK | 04/15/13 | Communication with defendant regarding status of settlement agreement | L160 | A108 | 0.20 | 234.00 | 46.80 |
| BJK | 04/15/13 | Revised motion to abandon | L250 | A103 | 0.30 | 234.00 | 70.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348502 | CLIENT    RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER   Liguori, Lisa | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| KWF | 04/16/13 | Prepare email to L. Delehey re: motion for trustee to abandon interest. | L120 | A104 | 0.10 | 270.00 | 27.00 |
| BJK | 04/19/13 | Drafted motion to reopen bankruptcy proceeding | L250 | A103 | 0.70 | 234.00 | 163.80 |
| BJK | 04/24/13 | Sent filed motion to reopen to defendant with comments | L250 | A106 | 0.20 | 234.00 | 46.80 |
| BJK | 04/25/13 | Communicated with defendant regarding appearance at pretrial conference | L230 | A108 | 0.20 | 234.00 | 46.80 |
| BJK | 04/26/13 | Communicated with court regarding status conference | L230 | A108 | 0.20 | 234.00 | 46.80 |
| BJK | 04/29/13 | Communicated with court regarding status conference | L230 | A108 | 0.20 | 234.00 | 46.80 |
| | | **TOTAL** | | | **4.60** | | **$1,020.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | -2.10 | -$565.20 |
| L160 | Settlement/Non-Binding ADR | 1.10 | $257.40 |
| L230 | Court Mandated Conferences | 0.60 | $140.40 |
| L250 | Other Written Motions | 5.00 | $1,188.00 |
| | **TOTAL** | **4.60** | **$1,020.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kornberg, Bernard | BJK | Associate | 6.20 | 234.00 | $1,450.80 |
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Franich, Kerry | KWF | Associate | -2.30 | 270.00 | -$621.00 |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| | **Total** | | **4.60** | | **$1,020.60** |

| | |
|---|---|
| PRIOR FEES | $1,639.80 |
| PRIOR COSTS & EXPENSES | $29.88 |

| | |
|---|---|
| FEES | $1,020.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348502 | CLIENT | RESCAP/GMAC | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Liguori, Lisa | | |

**TOTAL THIS INVOICE**                    **$1,020.60**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     348503     JBS                                                May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     1236      Willow Haven Holding Company
                     726529

**TOTAL AMOUNT DUE**            **$2,404.36**

## *** *REMITTANCE COPY* ***

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348503    JBS                                                    May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  1236    Willow Haven Holding Company
                          726529

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MKS | 03/06/13 | Attention to correspondence from FNMA re: offer for purchase of subject property.  Strategy re: same. | L120 | A101 | 0.30 | 270.00 | 81.00 |
| ABK | 03/06/13 | Interview counsel for other parties sued by L. Schmidt pursuant to ongoing factual investigation and development of litigation and settlement strategy. | L120 | A101 | 0.50 | 247.50 | 123.75 |
| ABK | 03/06/13 | Conduct background investigation re: Willow Haven principal L. Schmidt pursuant to development of recommendations for further handling. | L110 | A101 | 1.50 | 247.50 | 371.25 |
| ABK | 03/06/13 | Analysis and evaluation of title chronology and documents pursuant to development of recommendations to FNMA re: pending foreclosure sale. | L120 | A101 | 0.20 | 247.50 | 49.50 |
| ABK | 03/06/13 | Communicate with S. Friedman at FNMA re: demand letter from Willow Haven and recommendations for further handling. | L120 | A101 | 1.40 | 247.50 | 346.50 |
| ABK | 03/06/13 | Analysis and evaluation of letter from Willow Haven to FNMA re: demand for payment and security. | L120 | A101 | 1.30 | 247.50 | 321.75 |
| RRF | 03/06/13 | Investigate recently recorded title docs. | L110 | A101 | 0.20 | 112.50 | 22.50 |
| MKS | 03/07/13 | Review and revise draft report/analysis/recommendations to FNMA. | L120 | A101 | 0.40 | 270.00 | 108.00 |
| ABK | 03/07/13 | Draft email report to FNMA including factual history, analysis of Willow Haven's settlement demand and recommendations for further handling. | L120 | A101 | 1.90 | 247.50 | 470.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348503 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Willow Haven Holding Company | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ABK | 03/08/13 | Finalize report to FNMA re: analysis and recommendations. | L120 | A101 | 0.20 | 247.50 | | 49.50 |
| ABK | 03/14/13 | Analysis and evaluation of options for clearing title on subject property prior to third-party sale. | L120 | A101 | 1.00 | 247.50 | | 247.50 |
| ABK | 03/14/13 | Communicate with FNMA re: options for expunging documents recorded by Willow Haven. | L120 | A101 | 0.60 | 247.50 | | 148.50 |
| ERB | 03/21/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | | 55.80 |
| | | **TOTAL** | | | **9.70** | | | **$2,395.80** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| | 04/16/13 | Cardmember Service /Chase (Acct 7297); Data Search; 4274 Ruby LN, Vacanville, CA, 95688, Solano 03/06/13 | 8.56 |
| | | **TOTAL COSTS & EXPENSES** | **$8.56** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.70 | $393.75 |
| L120 | Analysis/Strategy | 8.00 | $2,002.05 |
| | **TOTAL** | **9.70** | **$2,395.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kenney, Austin | ABK | Associate | 8.60 | 247.50 | $2,128.50 |
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Sullivan, Mary Kate | MKS | Member | 0.70 | 270.00 | $189.00 |
| Firoozabadi, Rozie | RRF | Paralegal | 0.20 | 112.50 | $22.50 |
| | **Total** | | **9.70** | | **$2,395.80** |

| | | |
|---|---|---|
| | FEES | $2,395.80 |
| | COSTS & EXPENSES | $8.56 |
| | **TOTAL THIS INVOICE** | **$2,404.36** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348504    JBS                                                    May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064      RESCAP/GMAC
MATTER    1274       Lee, Sally
                              GMAC Matter No.: 728468

**TOTAL AMOUNT DUE**              **$220.50**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348504    JBS                                      May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1274    Lee, Sally
GMAC Matter No.: 728468

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/21/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| MIW | 04/03/13 | Draft and send correspondence to client re issues re settlement agreement. | L160 | A106 | 0.20 | 274.50 | 54.90 |
| MIW | 04/08/13 | Draft and send correspondence to defendant's attorney with revised settlement agreement. | L160 | A108 | 0.10 | 274.50 | 27.45 |
| MIW | 04/08/13 | Revise settlement agreement. Send to client for approval. | L160 | A103 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | | **0.80** | | **$220.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $55.80 |
| L160 | Settlement/Non-Binding ADR | 0.60 | $164.70 |
| | **TOTAL** | **0.80** | **$220.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Wraight, Mark | MIW | Member | 0.60 | 274.50 | $164.70 |
| | **Total** | | **0.80** | | **$220.50** |

PRIOR FEES                              $1,040.85
PRIOR COSTS & EXPENSES                  $171.17

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348504 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Lee, Sally | | |

| | FEES | $220.50 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$220.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348505    JBS                                            May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1283    Munguia, Jorge and Michele
GMAC Matter No.: 728959

**TOTAL AMOUNT DUE**            **$336.60**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348505    JBS

May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  1283    Munguia, Jorge and Michele
GMAC Matter No.: 728959

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/21/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| MCK | 04/01/13 | Correspondence to Plaintiffs' counsel regarding settlement agreement. | L120 | A108 | 0.10 | 234.00 | 23.40 |
| MCK | 04/03/13 | Correspondence with Plaintiffs' counsel and client regarding status of settlement agreement. | L120 | A108 | 0.10 | 234.00 | 23.40 |
| MCK | 04/10/13 | E-mail to plaintiffs' counsel re: status of signed settlement agreement and dismissal. | L160 | A108 | 0.10 | 234.00 | 23.40 |
| MCK | 04/15/13 | Correspondence with opposing counsel and client re: dismissal and settlement agreement. | L160 | A108 | 0.40 | 234.00 | 93.60 |
| MCK | 04/18/13 | Review voluntary request for dismissal with prejudice sent by plaintiffs. | L120 | A104 | 0.10 | 234.00 | 23.40 |
| MCK | 04/19/13 | Correspondence with client and opposing counsel re: fully executed settlement agreement | L160 | A108 | 0.30 | 234.00 | 70.20 |
| MCK | 04/29/13 | Review Plaintiffs' case management conference statement. | L120 | A104 | 0.10 | 234.00 | 23.40 |
| | | **TOTAL** | | | **1.40** | | **$336.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.60 | $149.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 348505 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Munguia, Jorge & Michele | | | | |

| L160 | Settlement/Non-Binding ADR | | 0.80 | $187.20 | | |
|---|---|---|---|---|---|---|
| | **TOTAL** | | **1.40** | **$336.60** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Kelly, Megan | MCK | Special Counsel | 1.20 | 234.00 | $280.80 |
| | **Total** | | **1.40** | | **$336.60** |

| PRIOR FEES | $1,112.40 |
|---|---|
| PRIOR COSTS & EXPENSES | $78.00 |

| | FEES | $336.60 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$336.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348506    JBS                                              May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1315    Bentancourt, Ruben and Rosa
                  E-Mail Invoices to Kari Krull

**TOTAL AMOUNT DUE**          $294.30

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     348506     JBS                                              May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 1315     Bentancourt, Ruben and Rosa
                          E-Mail Invoices to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/20/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| NSR | 04/02/13 | Analysis of the ROE amendment by cross-complainant Bella Vista Estates, addint new cross-defendant Broussard Associates Landscape Architects | L210 | A104 | 0.10 | 238.50 | 23.85 |
| NSR | 04/02/13 | Analysis of the proof of service of summons and cross complaint upon co-defendant King's Drywall | L210 | A104 | 0.10 | 238.50 | 23.85 |
| NSR | 04/17/13 | Analysis of sixth notice of deposit of documents by Bella Vista Estates | L210 | A104 | 0.10 | 238.50 | 23.85 |
| NSR | 04/23/13 | Analysis of notice of inability to deposit documents by defendant Erik Mott | L210 | A104 | 0.10 | 238.50 | 23.85 |
| NSR | 04/23/13 | Analysis of teh statement of insurance by defendant Erik Mott Painting | L210 | A103 | 0.10 | 238.50 | 23.85 |
| NSR | 04/23/13 | Analysis of the statement of work by defendant Erik Mott Painting | L210 | A104 | 0.10 | 238.50 | 23.85 |
| NSR | 04/23/13 | Analysis of the notice of inability to deposit verifications by defendant Erik Mott Painting | L210 | A103 | 0.10 | 238.50 | 23.85 |
| NSR | 04/29/13 | Analysis of the notice of deposit of documents by defendant Sacramento Insulation Contractor | L210 | A104 | 0.10 | 238.50 | 23.85 |
| NSR | 04/29/13 | Analysis of the statement of insurance by defendant Sacramento Insulation Contractor | L210 | A104 | 0.10 | 238.50 | 23.85 |
| NSR | 04/29/13 | Analysis of the statement of work by defendant Sacramento Insulation Contractor | L210 | A104 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | | **1.20** | | **$294.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   348506 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|
| | MATTER | Bentancourt, Ruben & Rosa | | |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $55.80 |
| L210 | Pleadings | 1.00 | $238.50 |
| **TOTAL** | | **1.20** | **$294.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Riedman, Natilee | NSR | Associate | 1.00 | 238.50 | $238.50 |
| **Total** | | | **1.20** | | **$294.30** |

PRIOR FEES                    $400.50

FEES                    $294.30

**TOTAL THIS INVOICE**                    **$294.30**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348507    JBS                                     May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1417    Dagliyan, Tagun Susan
                  GMAC Matter No.: 733810

**TOTAL AMOUNT DUE**          $275.40

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348507    JBS

May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1417    Dagliyan, Tagun Susan
GMAC Matter No.: 733810

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/20/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| EK | 04/17/13 | Draft email to D. Booth re severance of claims, dismissal without prejudice, and closing of file | L120 | A106 | 0.40 | 274.50 | 109.80 |
| EK | 04/17/13 | Analysis and evaluation of order granting motions motion to dismiss and sever | L120 | A104 | 0.40 | 274.50 | 109.80 |
| | | **TOTAL** | | | **1.00** | | **$275.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.00 | $275.40 |
| | **TOTAL** | **1.00** | **$275.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Kemp, Erik | EK | Associate | 0.80 | 274.50 | $219.60 |
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| | **Total** | | **1.00** | | **$275.40** |

|  | FEES | $275.40 |
|--|------|---------|
| | **TOTAL THIS INVOICE** | **$275.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348508    JBS                                May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1489    Washington, Anita
OCWEN No.: 737333

**TOTAL AMOUNT DUE**            **$863.10**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348508    JBS                                            May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1489    Washington, Anita
OCWEN No.: 737333

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MKS | 03/04/13 | Study and review new case for assessment, evaluation and defense strategy. | L210 | A101 | 1.00 | 270.00 | 270.00 |
| CHR | 03/04/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A101 | 0.40 | 130.50 | 52.20 |
| CHR | 03/08/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.40 | 130.50 | 52.20 |
| MKS | 03/19/13 | Prepare summary for insertion into audit response letter. | | | 0.30 | 270.00 | 81.00 |
| ERB | 03/20/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| JMJ | 03/26/13 | Draft letter re bankruptcy stay and notice of bankruptcy stay. | L210 | A103 | 1.10 | 274.50 | 301.95 |
| | | **TOTAL** | | | **3.40** | | **$813.15** |

## COSTS & EXPENSES

04/15/13  First Legal Network, LLC; Transmittal of filing
to court; Job no 6899734 SCSC- Sacramento,                                    49.95

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348508 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Washington, Anita | | |

Ca. 3/28/13. Notice of Automatic Stay.

**TOTAL COSTS & EXPENSES**                                **$49.95**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| | | 0.30 | $81.00 |
| L120 | Analysis/Strategy | 0.20 | $55.80 |
| L140 | Document/File Management | 0.80 | $104.40 |
| L210 | Pleadings | 2.10 | $571.95 |
| | **TOTAL** | **3.40** | **$813.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.80 | 130.50 | $104.40 |
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Julian, Jason | JMJ | Special Counsel | 1.10 | 274.50 | $301.95 |
| Sullivan, Mary Kate | MKS | Member | 1.30 | 270.00 | $351.00 |
| | **Total** | | **3.40** | | **$813.15** |

| | | |
|---|---|---|
| FEES | | $813.15 |
| COSTS & EXPENSES | | $49.95 |
| **TOTAL THIS INVOICE** | | **$863.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348509    JBS                                             May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER   1492    Gonzalez, Ramona A.
OCWEN Loan No.: 736701

**TOTAL AMOUNT DUE**                    **$1,034.10**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348509    JBS                                      May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1492        Gonzalez, Ramona A.
                           OCWEN Loan No.: 736701

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| CHR | 03/11/13 | Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.40 | 130.50 | 52.20 |
| MKS | 03/12/13 | Study and review new complaint ofr handling, evaluation and defense strategy. | L210 | A101 | 0.80 | 270.00 | 216.00 |
| MKS | 03/19/13 | Prepare summary for insertion into audit response letter. | | | 0.30 | 270.00 | 81.00 |
| ERB | 03/20/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| MEG | 03/28/13 | Draft letter notifying borrower of GMAC bankruptcy stay. | L110 | A103 | 0.50 | 261.00 | 130.50 |
| MEG | 03/28/13 | Draft notice of automatic bankruptcy stay. | L120 | A103 | 0.60 | 261.00 | 156.60 |
| MKS | 03/29/13 | Review and revise Draft Noice of Bankruptcy and cover letter for same. | L210 | A103 | 0.30 | 270.00 | 81.00 |
| MEG | 03/29/13 | Draft correspondence to D.Booth regarding bankruptcy stay. | L110 | A106 | 0.30 | 261.00 | 78.30 |
| MEG | 04/10/13 | Correspondence to and from D.Booth regarding notice of bankruptcy stay. | L110 | A106 | 0.30 | 261.00 | 78.30 |
| MEG | 04/10/13 | Strategize regarding rejected notice of bankruptcy stay and finalize for re-filing. | L210 | A104 | 0.40 | 261.00 | 104.40 |
| | | **TOTAL** | | | **4.10** | | **$1,034.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 348509 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|
| | MATTER | Gonzalez, Ramona A. | | |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| | | 0.30 | $81.00 |
| L110 | Fact Investigation/Development | 1.10 | $287.10 |
| L120 | Analysis/Strategy | 0.80 | $212.40 |
| L140 | Document/File Management | 0.40 | $52.20 |
| L210 | Pleadings | 1.50 | $401.40 |
| | **TOTAL** | **4.10** | **$1,034.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Gruber, Megan | MEG | Associate | 2.10 | 261.00 | $548.10 |
| Sullivan, Mary Kate | MKS | Member | 1.40 | 270.00 | $378.00 |
| | **Total** | | **4.10** | | **$1,034.10** |

|  | | |
|---|---|---|
| FEES | | $1,034.10 |
| **TOTAL THIS INVOICE** | | **$1,034.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348510    JBS                                      May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1496    Stringer, John
                 GMAC Matter No.: 737573

**TOTAL AMOUNT DUE**          **$309.15**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     348510     JBS                                                   May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 1496     Stringer, John
                          GMAC Matter No.: 737573

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MKS | 03/18/13 | Study and review new complaint for assessment, evaluation and defense strategy. Attention to status of loan modification and possible dismissal. | L140 | A101 | 0.80 | 270.00 | 216.00 |
| CHR | 03/18/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| MKS | 04/11/13 | Attention to status of settlement discussions between plaintiff and Ocwen and impact on need for Notice of Bankruptcy filing. | L120 | A104 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | | **1.30** | | **$309.15** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L140 | Document/File Management | 1.10 | $255.15 |
| | **TOTAL** | **1.30** | **$309.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Sullivan, Mary Kate | MKS | Member | 1.00 | 270.00 | $270.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348510 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Stringer, John | | |

| | | | |
|---|---|---|---|
| **Total** | | **1.30** | **$309.15** |
| | | FEES | $309.15 |
| | | **TOTAL THIS INVOICE** | **$309.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     348511     JBS                                          May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     1508     Ducut, Rochelle
                    GMAC Matter No.:

**TOTAL AMOUNT DUE**                    **$788.85**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      348511      JBS                                                    May 28, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      24064 1508          Ducut, Rochelle
                                GMAC Matter No.:

FOR PROFESSIONAL SERVICES RENDERED          01/01/1994          04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MKS | 04/16/13 | Study and review new complaint for assessment, evaluation related to bankrutpcy stay and litigation strategy. | L210 | A104 | 0.80 | 270.00 | 216.00 |
| CHR | 04/16/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings,  Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| KAP | 04/17/13 | Review and analysis of complaint in order to evaluate claims permitted and exempted by bankruptcy stay | L210 | A104 | 0.40 | 265.50 | 106.20 |
| MKS | 04/18/13 | Review and revise draft Notice of Bankruptcy and Effect of Stay. | L210 | A104 | 0.30 | 270.00 | 81.00 |
| KAP | 04/18/13 | Receipt and review correspondence from client re approval of draft notice of bankruptcy and correspondence to borrower | L210 | A103 | 0.10 | 265.50 | 26.55 |
| KAP | 04/18/13 | Draft correspondence to client re draft notice of bankruptcy and correspondence to borrower and status of representation of ETS as to permitted claims | L210 | A103 | 0.20 | 265.50 | 53.10 |
| KAP | 04/18/13 | Draft correspondence to borrower re bankruptcy and automatic stay | L210 | A103 | 0.20 | 265.50 | 53.10 |
| KAP | 04/18/13 | Draft notice of bankruptcy and suggestion of automatic stay | L210 | A103 | 0.50 | 265.50 | 132.75 |
| MKS | 04/23/13 | Review and revise draft motion to dismiss complaint. | L240 | A103 | 0.30 | 270.00 | 81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   348511 | CLIENT   RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER   Ducut, Rochelle | | | | |

| | | | |
|---|---|---|---|
| **TOTAL** | | 3.10 | $788.85 |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L140 | Document/File Management | 0.30 | $39.15 |
| L210 | Pleadings | 2.50 | $668.70 |
| L240 | Dispositive Motions | 0.30 | $81.00 |
| | **TOTAL** | **3.10** | **$788.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Paese, Kimberly A. | KAP | Associate | 1.40 | 265.50 | $371.70 |
| Sullivan, Mary Kate | MKS | Member | 1.40 | 270.00 | $378.00 |
| | **Total** | | **3.10** | | **$788.85** |

| | | |
|---|---|---|
| | FEES | $788.85 |
| **TOTAL THIS INVOICE** | | $788.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348931    JBS                                May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER   0070    Awadalla, Evette v. Magdalena Garcia
                          GMAC Matter No.: 692925

**TOTAL AMOUNT DUE**          **$313.20**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        348931        JBS                                    May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      24064 0070      Awadalla, Evette v. Magdalena Garcia
                            GMAC Matter No.: 692925

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| MEH | 04/15/13 | Draft status update re: bankruptcy for appeals court. | L510 | A103 | 1.00 | 261.00 | 261.00 |
| MEH | 04/23/13 | Strategize re: deadlines for next bankruptcy status update. | L510 | A101 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | | **1.20** | | **$313.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L510 | Appellate Motions & Submission | 1.20 | $313.20 |
| | **TOTAL** | **1.20** | **$313.20** |

| Timekeeper | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|
| Holt, M. Elizabeth | MEH | Associate | 1.20 | 261.00 | $313.20 |
| | **Total** | | **1.20** | | **$313.20** |

PRIOR FEES                                $296.55

                                          FEES              $313.20
                        **TOTAL THIS INVOICE**              **$313.20**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348932    JBS                                May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0113    Ballecer, Neil S. v. GMAC Mortgage, LLC
GMAC Matter No.: 697088

**TOTAL AMOUNT DUE**              **$1,125.45**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      348932      JBS                                                                    May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      24064 0113      Ballecer, Neil S. v. GMAC Mortgage, LLC
GMAC Matter No.: 697088

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| RJG | 04/12/13 | Multiple correspondence with Plaintiff's counsel to respond to inquiries regarding the pending bankruptcy status conference and Plaintiff's deposition. | L230 | A104 | 0.40 | 274.50 | 109.80 |
| RJG | 04/15/13 | Correspondence with our client to advise regarding bankruptcy status conference results and pending case issues. | L120 | A106 | 0.20 | 274.50 | 54.90 |
| RJG | 04/15/13 | Correspondence with Plaintiff's counsel to advise regarding Plaintiff's deposition and bankruptcy status conference results. | L230 | A107 | 0.30 | 274.50 | 82.35 |
| RJG | 04/15/13 | Prepare for court appearance and court appearance at the court ordered bankruptcy status conference. | L230 | A109 | 2.50 | 274.50 | 686.25 |
| RJG | 04/26/13 | Correspondence with Plaintiff's counsel regarding pending deposition and case issues. | L330 | A107 | 0.40 | 274.50 | 109.80 |
| RJG | 04/29/13 | Correspondence with Plaintiff's counsel regarding rescheduling Plaintiff's pending deposition to a mutually agreeable date. | L330 | A107 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | | **4.10** | | **$1,125.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348932 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Ballecer, Neil S. | | | | |

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $54.90 | | | |
| L230 | Court Mandated Conferences | 3.20 | $878.40 | | | |
| L330 | Depositions | 0.70 | $192.15 | | | |
| | **TOTAL** | **4.10** | **$1,125.45** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Gandy, Robert | RJG | Special Counsel | 4.10 | 274.50 | $1,125.45 |
| | **Total** | | **4.10** | | **$1,125.45** |

| | | | |
|---|---|---|---|
| PRIOR FEES | | $357.75 | |
| | | FEES | $1,125.45 |
| | **TOTAL THIS INVOICE** | | **$1,125.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348933    JBS                                        May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0454    Selby, Jacqueline v. Bank of America
                  GMAC Matter No.: 694911

**TOTAL AMOUNT DUE**                **$274.05**

*** *REMITTANCE COPY* ***

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      348933      JBS                                                    May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      24064 0454      Selby, Jacqueline v. Bank of America
                             GMAC Matter No.: 694911

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| YS | 03/04/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 03/07/13 | Receipt, review and analysis of the parties notice of settlement of the case | L120 | A104 | 0.10 | 238.50 | 23.85 |
| YS | 03/08/13 | Review and analysis of the Court's order for setting deadline to file joint motion to dismiss | L120 | A104 | 0.20 | 238.50 | 47.70 |
| RJG | 03/19/13 | Analysis of case status and pending case issues and drafted a case audit report as our client requested. | L120 | A103 | 0.10 | 274.50 | 27.45 |
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| YS | 03/28/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 04/08/13 | Receipt, review and analysis of the Court's order continuing deadline for filing of joint motion for dismissal | L120 | A104 | 0.10 | 238.50 | 23.85 |
| YS | 04/26/13 | Receipt, review and analysis of the joint motin to close interest bearing account and disburse funds | L120 | A104 | 0.10 | 238.50 | 23.85 |
| YS | 04/26/13 | Receipt, review and analysis of the joint motion to dimiss the case with prejudice | L120 | A104 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | | **1.10** | | **$274.05** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348933 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Selby, Jacqueline | | | | |

| | | | | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | | 0.90 | $226.35 | |
| L190 | Other Case Assessment | | 0.20 | $47.70 | |
| | TOTAL | | **1.10** | **$274.05** | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Gandy, Robert | RJG | Special Counsel | 0.10 | 274.50 | $27.45 |
| Shaham, Yaron | YS | Special Counsel | 0.80 | 238.50 | $190.80 |
| | **Total** | | **1.10** | | **$274.05** |

|  |  |  |
|---|---|---|
| FEES | | $274.05 |
| **TOTAL THIS INVOICE** | | $274.05 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348934    JBS                                    May 30, 2013


GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT    24064    RESCAP/GMAC
MATTER    0588    Inoue, Hitoshi and Wakana
                  GMAC Matter No.: 703325
                  Time and expenses must be split between Ally and Rescap


**TOTAL AMOUNT DUE**          **$29,087.55**


## *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348934    JBS                                    May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0588    Inoue, Hitoshi and Wakana
                        GMAC Matter No.: 703325
                        Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ACS | 04/01/13 | Analyze discovery & documents produced by plaintiffs, update to R. Saelao re: reinstatement evidence for summary judgment | L240 | A104 | 0.50 | 288.00 | 144.00 |
| RSS | 04/01/13 | Draft and revise opposition to motion for summary judgment. | L240 | A103 | 6.10 | 288.00 | 1,756.80 |
| JBS | 04/02/13 | Analysis and evaluation of trial preparation and settlement strategy | L120 | A101 | 0.70 | 427.50 | 299.25 |
| MKS | 04/02/13 | Study and review plaintiff's notice of ex parte application for order excusing plaintiff's attendance at MSC and pleading re: same.  Strategy re: response to same. | L120 | A104 | 0.40 | 270.00 | 108.00 |
| ERB | 04/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| RSS | 04/02/13 | Draft and revise opposition to motion for summary judgment and supporting papers. | L240 | A103 | 4.80 | 288.00 | 1,382.40 |
| RSS | 04/03/13 | Draft, revise, and send letter to court in opposition to plaintiffs' ex parte application to be excused from appearing at settlement conference. | L230 | A103 | 0.60 | 288.00 | 172.80 |
| RSS | 04/03/13 | Confer with opposing counsel regarding opposition to ex parte application to be excused from attending settlement conference. | L230 | A108 | 0.10 | 288.00 | 28.80 |
| RSS | 04/03/13 | Draft and revise opposition to motion for summary judgment and supporting papers. | L240 | A103 | 9.50 | 288.00 | 2,736.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348934 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Inoue, Hitoshi & Wakana | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MKS | 04/04/13 | Attention to evidence cited in support of plaintiff's motion for summary judgment and evidence that will be need to rebut same. Strategy re: same. | L240 | A104 | 0.50 | 270.00 | | 135.00 |
| RSS | 04/04/13 | Strategize with M. Sullivan regarding opposition to motion for summary judgment. | L240 | A105 | 0.20 | 288.00 | | 57.60 |
| RSS | 04/04/13 | Review and respond to correspondence with co-defendant's counsel to coordinate defense of plaintiffs' claims. | L240 | A108 | 0.20 | 288.00 | | 57.60 |
| RSS | 04/04/13 | Confer with J. Newton regarding bankruptcy aspects of settlement authority in preparation for settlement conference. | L120 | A108 | 0.20 | 288.00 | | 57.60 |
| RSS | 04/04/13 | Strategize with J. Sullivan to prepare for trial and oppose summary judgment. | L120 | A105 | 0.20 | 288.00 | | 57.60 |
| RSS | 04/04/13 | Draft and revise opposition to motion for summary judgment. | L240 | A103 | 5.10 | 288.00 | | 1,468.80 |
| RSS | 04/05/13 | Strategize with co-defendant's counsel regarding opposition to motion for summary judgment. | L240 | A108 | 0.50 | 288.00 | | 144.00 |
| RSS | 04/05/13 | | L240 | A103 | 5.10 | 288.00 | | 1,468.80 |
| RSS | 04/07/13 | Draft and revise opposition to motion for summary judgment and supporting documents. | L240 | A103 | 8.10 | 288.00 | | 2,332.80 |
| RSS | 04/08/13 | Strategize with K. Priore regarding opposition to motion to summary judgment, supporting documents, and upcoming settlement conference. | L120 | A106 | 0.30 | 288.00 | | 86.40 |
| RSS | 04/08/13 | Strategize with J. Sullivan regarding trial and opposition to motion for summary judgment. | L120 | A105 | 0.20 | 288.00 | | 57.60 |
| RSS | 04/08/13 | Draft and revise opposition to motion for summary judgment and supporting documents. | L240 | A103 | 4.60 | 288.00 | | 1,324.80 |
| JBS | 04/09/13 | Review and revise opposition to motion for summary judgment | L240 | A104 | 0.90 | 427.50 | | 384.75 |
| MKS | 04/09/13 | Review and revise draft Memorandum of Points And Authorities in Support of Opposition to Motion for Summary Judgment. | L240 | A104 | 0.80 | 270.00 | | 216.00 |
| RSS | 04/09/13 | Strategize with J. Sullivan and M. Sullivan regarding revisions to | L240 | A105 | 0.50 | 288.00 | | 144.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348934 | CLIENT | RESCAP/GMAC | | | | | Page | 3 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Inoue, Hitoshi & Wakana | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | summary judgment opposition. | | | | | | |
| RSS | 04/09/13 | Draft and revise opposition to motion for summary judgment and supporting documents. | L240 | A103 | 4.80 | 288.00 | 1,382.40 |
| MKS | 04/10/13 | Review and revised Defendant's statement of disputed and undisputed facts in opposition to motion for summary adjudication. | L240 | A103 | 0.80 | 270.00 | 216.00 |
| RSS | 04/10/13 | Draft and revise opposition to motion for summary judgment and supporting papers. | L240 | A103 | 5.60 | 288.00 | 1,612.80 |
| JBS | 04/11/13 | Analysis and evaluation of summary judgment motion issues | L240 | A104 | 0.50 | 427.50 | 213.75 |
| MKS | 04/11/13 | Prepare for and participate in conference call with Kathy Priore discussing evidence to be submitted in support of Opposition to MSJ. | L240 | A106 | 0.40 | 270.00 | 108.00 |
| RSS | 04/11/13 | Confer with client, K. Priore, and M. Sullivan regarding case status and strategy and summary judgment opposition. | L240 | A106 | 0.30 | 288.00 | 86.40 |
| RSS | 04/11/13 | Draft and revise opposition to motion for summary judgment. | L240 | A103 | 1.60 | 288.00 | 460.80 |
| RSS | 04/12/13 | Draft and revise opposition to motion for summary judgment and supporting documents. | L240 | A103 | 3.00 | 288.00 | 864.00 |
| RSS | 04/12/13 | Coordinate with client K. Priore to finalize declarations in support of opposition to motion for summary judgment. | L240 | A105 | 0.40 | 288.00 | 115.20 |
| MKS | 04/15/13 | Study, review and proof-read final draft of Opposition to motion for summary adjudication, supporting declarations and separate statement of undisputed and disputed facts. | L240 | A101 | 1.50 | 270.00 | 405.00 |
| RSS | 04/15/13 | Confer and coordinate with client K. Priore and declarants regarding revisions to declarations in support of opposition to motion for summary judgment. | L240 | A106 | 0.70 | 288.00 | 201.60 |
| RSS | 04/15/13 | Draft and revise opposition to motion for summary judgment and supporting papers, including separate statement, | L240 | A103 | 8.90 | 288.00 | 2,563.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348934 | CLIENT | RESCAP/GMAC | | | | Page | 4 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Inoue, Hitoshi & Wakana | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | request for judicial notice, and declarations. | | | | | |
| RSS | 04/16/13 | Strategize with M. Sullivan regarding revisions to opposition to motion for summary judgment. | L240 | A105 | 0.50 | 288.00 | 144.00 |
| RSS | 04/16/13 | Draft, revise, finalize and file opposition to motion for summary judgment and supporting papers. | L240 | A103 | 3.70 | 288.00 | 1,065.60 |
| RSS | 04/22/13 | Review and analyze case materials to assist with preparation of opposition to cross-claimant's motion for leave to file late proof of claim in bankruptcy. | L120 | A104 | 0.90 | 288.00 | 259.20 |
| MKS | 04/23/13 | Study draft Objection to Late Proof of Claim. | L210 | A104 | 0.20 | 270.00 | 54.00 |
| RSS | 04/23/13 | Draft and revise settlement conference statement. | L230 | A103 | 3.40 | 288.00 | 979.20 |
| RSS | 04/23/13 | Review and analyze bankruptcy pleading including opposition to motion for leave to file late proof of claim, and other case documents in connection with same. | L210 | A104 | 0.90 | 288.00 | 259.20 |
| MKS | 04/24/13 | Review and revise draft settlement conference statement. | L160 | A103 | 0.30 | 270.00 | 81.00 |
| RSS | 04/24/13 | Draft and revise settlement conference statement. | L160 | A103 | 1.10 | 288.00 | 316.80 |
| MKS | 04/25/13 | Study and review plaintiff's objection to expert disclosure. | L210 | A104 | 0.20 | 270.00 | 54.00 |
| RSS | 04/26/13 | Draft, revise, finalize and serve settlement conference statement. | L230 | A103 | 0.90 | 288.00 | 259.20 |
| RSS | 04/26/13 | Confer with cross complainant's counsel to coordinate regarding joint opposition to plaintiffs' motion for summary judgment. | L240 | A107 | 0.40 | 288.00 | 115.20 |
| RSS | 04/26/13 | Plan and prepare for settlement conference. | L230 | A101 | 0.60 | 288.00 | 172.80 |
| RSS | 04/26/13 | Review and analyze case documents to prepare for hearing on motion for summary judgment. | L240 | A104 | 0.90 | 288.00 | 259.20 |
| JBS | 04/29/13 | Analysis and evaluation of results of summary judgment and further defense strategy | L120 | A104 | 0.50 | 427.50 | 213.75 |
| MKS | 04/29/13 | Strategy re: response to plaintiff's objection to expert witness disclosure, | L440 | A104 | 0.50 | 270.00 | 135.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348934 | CLIENT | RESCAP/GMAC | | | | Page | 5 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Inoue, Hitoshi & Wakana | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | plaintiff's failure to designate expert witness and co-defendant's designation of its own employee as an expert. | | | | | |
| MKS | 04/29/13 | Study and review court's tentative ruling on plaintiff's motion for summary judgment.  Strategy re: same. | L240 | A104 | 0.30 | 270.00 | 81.00 |
| RSS | 04/29/13 | Strategize with M. Sullivan regarding trial preparation and upcoming hearings and conferences. | L120 | A105 | 0.40 | 288.00 | 115.20 |
| RSS | 04/29/13 | Confer with counsel for co-defendants regarding plaintiffs' failure to contest the tentative ruling and case status and strategy. | L240 | A107 | 0.20 | 288.00 | 57.60 |
| RSS | 04/29/13 | Review and analyze rules and case documents to prepare for trial. | L440 | A104 | 0.90 | 288.00 | 259.20 |
| RSS | 04/29/13 | Review and analyze tentative ruling denying plaintiffs' motion for summary adjudication and rules regarding plaintiff's burden to notify parties of request for argument regarding same. | L240 | A104 | 0.80 | 288.00 | 230.40 |
| JBS | 04/30/13 | Analysis and evaluation of mediation strategy | L120 | A104 | 0.50 | 427.50 | 213.75 |
| MKS | 04/30/13 | Study and review plaintiff's settlement conference statement. | L250 | A104 | 0.20 | 270.00 | 54.00 |
| MKS | 04/30/13 | Attention to outcome of Late Proof of Claim hearing | L250 | A104 | 0.20 | 270.00 | 54.00 |
| MKS | 04/30/13 | Review and revise draft Proposed Order Denying Plaintiffs' Motion for Summary Adjudication | L240 | A103 | 0.10 | 270.00 | 27.00 |
| RSS | 04/30/13 | Review and respond to case correspondence. | L120 | A104 | 0.40 | 288.00 | 115.20 |
| RSS | 04/30/13 | Draft and revise proposed order denying plaintiffs' motion for summary adjudication, to conform with court's ruling denying same. | L240 | A103 | 1.20 | 288.00 | 345.60 |
| RSS | 04/30/13 | Confer with co-defendant's counsel regarding jointly circulating draft proposed order to plaintiffs conforming to court's order denying plaintiffs' motion for summary adjudication. | L240 | A107 | 0.20 | 288.00 | 57.60 |
| RSS | 04/30/13 | Review and analyze case materials to prepare for trial. | L440 | A104 | 0.80 | 288.00 | 230.40 |
| | | **TOTAL** | | | **99.90** | | **$29,087.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348934 | CLIENT | RESCAP/GMAC | Page | 6 |
|---|---|---|---|---|---|
| | | MATTER | Inoue, Hitoshi & Wakana | | |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 4.80 | $1,611.45 |
| L160 | Settlement/Non-Binding ADR | 1.40 | $397.80 |
| L210 | Pleadings | 1.30 | $367.20 |
| L230 | Court Mandated Conferences | 5.60 | $1,612.80 |
| L240 | Dispositive Motions | 84.20 | $24,365.70 |
| L250 | Other Written Motions | 0.40 | $108.00 |
| L440 | Other Trial Preparation | 2.20 | $624.60 |
| | **TOTAL** | **99.90** | **$29,087.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sears, Alex | ACS | Associate | 0.50 | 288.00 | $144.00 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Sullivan, John | JBS | Member | 3.10 | 427.50 | $1,325.25 |
| Sullivan, Mary Kate | MKS | Member | 6.40 | 270.00 | $1,728.00 |
| Saelao, Rebecca | RSS | Special Counsel | 89.80 | 288.00 | $25,862.40 |
| | **Total** | | **99.90** | | **$29,087.55** |

PRIOR FEES                                $6,610.50

|  | FEES | $29,087.55 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$29,087.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348935    JBS                                                May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0628    Gjurovich, Alan and Star Hill v. GMAC Mortgage, LLC
                  GMAC Matter No.: 704149

**TOTAL AMOUNT DUE**          **$211.50**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      348935      JBS                                     May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      24064 0628    Gjurovich, Alan and Star Hill v. GMAC Mortgage, LLC
                          GMAC Matter No.: 704149

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| MEH | 04/01/13 | Draft quarterly status update re: bankruptcy for appellate court. | L510 | A103 | 0.50 | 261.00 | 130.50 |
| DL | 04/01/13 | Prepare case update for client on chart. | L110 | A101 | 0.10 | 288.00 | 28.80 |
| MEH | 04/10/13 | Strategize re: next deadline for bankruptcy update. | L510 | A101 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | | **0.80** | | **$211.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|--------------------------|--|-------|--------|--|--|--|
| L110 | Fact Investigation/Development | 0.10 | $28.80 | | | |
| L510 | Appellate Motions & Submission | 0.70 | $182.70 | | | |
| | **TOTAL** | **0.80** | **$211.50** | | | |
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** |
| Liu, David | DL | Associate | | 0.10 | 288.00 | $28.80 |
| Holt, M. Elizabeth | MEH | Associate | | 0.70 | 261.00 | $182.70 |
| | | **Total** | | **0.80** | | **$211.50** |

PRIOR FEES                          $239.85

                                    FEES                    $211.50
                          **TOTAL THIS INVOICE**            **$211.50**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348936    JBS                                                      May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0704    Casas, Hermina
                  GMAC Matter No.: 732095

**TOTAL AMOUNT DUE**              **$3,024.86**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348936    JBS                                              May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0704    Casas, Hermina
                        GMAC Matter No.: 732095

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/05/13 | Attention to discovery issues re subpoena to borrower and document requests. | L310 | A101 | 0.50 | 279.00 | 139.50 |
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.40 | 279.00 | 111.60 |
| RSS | 04/01/13 | Correspond with borrowers' counsel to obtain authorization to release records of borrower. | L310 | A108 | 0.20 | 288.00 | 57.60 |
| SXT | 04/04/13 | Review court documents obtained from San Mateo Superior Court for purposes of identifying claims made regarding the terms of reverse mortages at issue | L140 | A101 | 1.20 | 103.50 | 124.20 |
| SXT | 04/05/13 | Review additional documents regarding class actions as requested by attorney | L140 | A101 | 1.80 | 103.50 | 186.30 |
| SXT | 04/08/13 | Review and highlight additional documents as requested by attorney | L140 | A103 | 1.20 | 103.50 | 124.20 |
| RSS | 04/08/13 | Review and analyze documents obtained from class action case relating to loans originated by Freedom, sold to Union Labor Life Insurance Company, and later acquired by GMAC. | L120 | A104 | 1.50 | 288.00 | 432.00 |
| SXT | 04/12/13 | Conduct additional research regarding court dockets to assist attorney in drafting motion to transfer to probate | L110 | A101 | 0.50 | 103.50 | 51.75 |
| RSS | 04/18/13 | Draft case management statement and review rules and procedures regarding same. | L230 | A103 | 0.50 | 288.00 | 144.00 |
| RSS | 04/19/13 | Confer with counsel for title companies regarding subpoenas. | L320 | A108 | 0.30 | 288.00 | 86.40 |
| RSS | 04/19/13 | Draft and file case management | L230 | A103 | 0.70 | 288.00 | 201.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348936 | CLIENT   RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|

MATTER   Casas, Hermina

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | conference statement. | | | | | |
| RSS | 04/22/13 | Confer with counsel for title companies regarding subpoenas. | L320 | A108 | 0.40 | 288.00 | 115.20 |
| RSS | 04/22/13 | Review and respond to correspondence regarding objections to subpoena. | L320 | A104 | 0.30 | 288.00 | 86.40 |
| RSS | 04/23/13 | Confer with counsel for title companies regarding response to subpoenas and potential settlement. | L320 | A108 | 0.60 | 288.00 | 172.80 |
| RSS | 04/24/13 | Meet and confer with title company in-house and outside counsel regarding production of documents responsive to subpoena. | L320 | A108 | 0.80 | 288.00 | 230.40 |
| RSS | 04/26/13 | Confer with K. Priore and bankruptcy counsel regarding settlement conference authority and strategy. | L230 | A106 | 0.50 | 288.00 | 144.00 |
| RSS | 04/30/13 | Follow up with title company's counsel regarding responses to subpoenas. | L320 | A107 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | | **11.50** | | **$2,436.75** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 03/28/13 | Skyline Document Solutions Inc.; Outside Copies; Document Production Performed On-Site at 408 E. Chestnut Ave. Santa Ana, CA 92701 03/14/13 | 394.16 |
| 03/29/13 | One Legal, Inc.; Court Services; Retrieval Document at Suprerior Court of California, San Mateo County 02/28/13 | 32.95 |
| 04/08/13 | Quest Discovery Services; Serv Process, Subpoena Fees; Pertaining to: GMAC Mortgage LLC, F.K.A. GMAC Mortgage Corporation vs. The Union From: John Casas, 408 E. Chestnut Ave. Santa Ana, CA 92701 03/25/13 | 71.00 |
| 04/09/13 | Quest Discovery Services; Serv Process, Subpoena Fees; Pertaining to: GMAC Mortgage LLC, F.K.A. GMAC Mortgage Corporation vs. The Union From Herminia Casas, 408 Chestnut Ave. Santa Ana, CA 92701 03/25/13 | 90.00 |
| | **TOTAL COSTS & EXPENSES** | **$588.11** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348936 | CLIENT | RESCAP/GMAC | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Casas, Hermina | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.50 | $51.75 |
| L120 | Analysis/Strategy | 1.90 | $543.60 |
| L140 | Document/File Management | 4.20 | $434.70 |
| L230 | Court Mandated Conferences | 1.70 | $489.60 |
| L310 | Written Discovery | 0.70 | $197.10 |
| L320 | Document Production | 2.50 | $720.00 |
| | **TOTAL** | **11.50** | **$2,436.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.90 | 279.00 | $251.10 |
| Saelao, Rebecca | RSS | Special Counsel | 5.90 | 288.00 | $1,699.20 |
| Tilton, Seana | SXT | Paralegal | 4.70 | 103.50 | $486.45 |
| | **Total** | | **11.50** | | **$2,436.75** |

PRIOR FEES                              $4,205.25

|  |  |
|---|---|
| FEES | $2,436.75 |
| COSTS & EXPENSES | $588.11 |
| **TOTAL THIS INVOICE** | **$3,024.86** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

e Document Solutions Inc.

# Invoice

17895 Sky Park Circle
Suite G
Irvine, CA 92614

Phone: (949) 756-8335    Fax: (949) 756-8586

| Date | Invoice # |
|------|-----------|
| 3/14/2013 | 120770 |

Tax I.D. 20-8809328

| Bill To: |
|----------|
| Severson & Werson |
| One Embarcadero Center |
| Suite 2600 |
| San Francisco, CA 94111 |

| Client Contact | Gilla S Webb |
|----------------|--------------|

| Matter Number | Rep | Terms |
|---------------|-----|-------|
| 19000.0704 | LS | Net 30 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| Document Production Performed On-Site at 408 E. Chestnut Ave. Santa Ana, CA 92701 | | | |
| On-Site Set up Charge | 1 | 150.00 | 150.00 |
| Hourly On-Site Operator Fee | 2 | 20.00 | 40.00 |
| On-Site Scanning | 508 | 0.25 | 127.00T |
| CD Mastering | 1 | 25.00 | 25.00T |
| Delivery: VIA Fedex | 1 | 40.00 | 40.00 |
| Thank You for Choosing Skyline Document Solutions | | | |

Received By: _Whelm_
_(approved by John Sullivan)_

| Sales Tax (8.0%) | $12.16 |
|------------------|--------|
| **Balance Due** | **$394.16** |

PLEASE READ THE REVERSE SIDE CAREFULLY BEFORE SIGNING THIS SERVICE AGREEMENT. BY SIGNING ABOVE YOU ARE
CONFIRMING YOU UNDERSTAND AND AGREE TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS AGREEMENT.

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      348937      JBS                                          May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      0753       Labostrie, Alvin and Sandra
                       GMAC Matter No.: 708651

**TOTAL AMOUNT DUE**          $227.25

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348937    JBS                                        May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0753    Labostrie, Alvin and Sandra
                        GMAC Matter No.: 708651

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DL | 03/11/13 | Analyze file and prepare case update on chart for client. | L110 | A101 | 0.10 | 288.00 | 28.80 |
| RJG | 03/15/13 | Analysis of case status and pending case issues and drafted a case audit report per client request. | L120 | A104 | 0.10 | 274.50 | 27.45 |
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| DL | 04/01/13 | Prepare case update on chart for client. | L110 | A101 | 0.10 | 288.00 | 28.80 |
| DL | 04/29/13 | Prepare case management conference statement. | L110 | A101 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | | **0.80** | | **$227.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.50 | $144.00 |
| L120 | Analysis/Strategy | 0.30 | $83.25 |
| | **TOTAL** | **0.80** | **$227.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.50 | 288.00 | $144.00 |
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Gandy, Robert | RJG | Special Counsel | 0.10 | 274.50 | $27.45 |
| | **Total** | | **0.80** | | **$227.25** |

FEES                        $227.25

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 348937 | CLIENT | RESCAP/GMAC | Page | 2 |
| | | MATTER | Labostrie, Alvin & Sandra | | |

**TOTAL THIS INVOICE**                    **$227.25**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348938    JBS                                              May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0844    Nguyen, Diem T.
GMAC Matter No.:  712197

**TOTAL AMOUNT DUE**          **$1,504.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348938 | JBS | | May 30, 2013 |
|---|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0844    Nguyen, Diem T.
GMAC Matter No.: 712197

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| RJG | 03/19/13 | Analysis of case status and pending case issues and drafted a case audit report as our client requested. | L120 | A103 | 0.10 | 274.50 | 27.45 |
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| MEH | 03/24/13 | Review case file for upcoming deadlines and status. | L120 | A103 | 0.30 | 261.00 | 78.30 |
| MGC | 04/12/13 | Review Motion to Vacate. | L210 | A104 | 0.90 | 238.50 | 214.65 |
| MGC | 04/12/13 | Research opposition to motion to vacate. | L210 | A102 | 0.60 | 238.50 | 143.10 |
| MGC | 04/14/13 | Research standing isues re motion to reconsider. | L250 | A102 | 1.50 | 238.50 | 357.75 |
| MEH | 04/22/13 | Draft bankruptcy status update letter. | L510 | A103 | 0.70 | 261.00 | 182.70 |
| MEH | 04/22/13 | Draft email to client L. Delehey enclosing draft status update letter with comments. | L510 | A106 | 0.20 | 261.00 | 52.20 |
| MEH | 04/23/13 | Strategize re: deadlines for next bankruptcy status update. | L510 | A101 | 0.20 | 261.00 | 52.20 |
| MEH | 04/25/13 | Exchange emails with client L. Delehey re: status of bankruptcy stay on appeal. | L510 | A106 | 0.30 | 261.00 | 78.30 |
| MGC | 04/25/13 | Review earlier pleadings. | L210 | A104 | 1.10 | 238.50 | 262.35 |
| | | **TOTAL** | | | **6.10** | | **$1,504.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348938 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Nguyen, Diem T. | | |

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $161.55 |
| L210 | Pleadings | 2.60 | $620.10 |
| L250 | Other Written Motions | 1.50 | $357.75 |
| L510 | Appellate Motions & Submission | 1.40 | $365.40 |
| | **TOTAL** | **6.10** | **$1,504.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Holt, M. Elizabeth | MEH | Associate | 1.70 | 261.00 | $443.70 |
| Cross, Michael | MGC | Associate | 4.10 | 238.50 | $977.85 |
| Gandy, Robert | RJG | Special Counsel | 0.10 | 274.50 | $27.45 |
| | **Total** | | **6.10** | | **$1,504.80** |

| | FEES | $1,504.80 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$1,504.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      348939      JBS                                   May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1007       Abed-Stephen, Vachagan and Susie
                       GMAC Matter No.: 716689

**TOTAL AMOUNT DUE**                    $342.90

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348939    JBS                                    May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1007    Abed-Stephen, Vachagan and Susie
GMAC Matter No.: 716689

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| MEH | 04/22/13 | Draft bankruptcy status update letter. | L510 | A101 | 0.70 | 261.00 | 182.70 |
| MEH | 04/22/13 | Draft email to client C. Bonello enclosing status update draft with comments. | L510 | A106 | 0.20 | 261.00 | 52.20 |
| MEH | 04/23/13 | Strategize re: deadlines for next bankruptcy status update. | L510 | A101 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | | **1.30** | | **$342.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $55.80 |
| L510 | Appellate Motions & Submission | 1.10 | $287.10 |
| | **TOTAL** | **1.30** | **$342.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Holt, M. Elizabeth | MEH | Associate | 1.10 | 261.00 | $287.10 |
| | **Total** | | **1.30** | | **$342.90** |

PRIOR FEES                    $445.05

|  | FEES | $342.90 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$342.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348940    JBS                                          May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1042    Gillard, Griselda L.
                  GMAC Matter No.: 718047

**TOTAL AMOUNT DUE**                 $275.40

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348940    JBS                                     May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1042    Gillard, Griselda L.
GMAC Matter No.: 718047

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/21/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| RJG | 04/03/13 | Correspondence with title company counsel regarding expert witness and trial preparation issues and strategy. | L420 | A107 | 0.30 | 274.50 | 82.35 |
| RJG | 04/26/13 | Correspondence with our client to advise regarding case status, pending case and trial continuance issues. | L120 | A106 | 0.30 | 274.50 | 82.35 |
| RJG | 04/26/13 | Correspondence with title company counsel regarding case status and trial continuance. | L120 | A107 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | | **1.00** | | **$275.40** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.70 | $193.05 |
| L420 | Expert Witnesses | 0.30 | $82.35 |
| | **TOTAL** | **1.00** | **$275.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Gandy, Robert | RJG | Special Counsel | 0.80 | 274.50 | $219.60 |
| | **Total** | | **1.00** | | **$275.40** |

PRIOR FEES                          $1,482.30

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 348940 | CLIENT | RESCAP/GMAC | Page    2 |
| | | MATTER | Gillard, Griselda L. | |

| | |
|---|---|
| FEES | $275.40 |
| **TOTAL THIS INVOICE** | **$275.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      348941      JBS                                                    May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1200        Hernandez, Enrique
                              GMAC Matter No.: 724893

**TOTAL AMOUNT DUE**              **$286.20**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348941    JBS                                      May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  1200    Hernandez, Enrique
                         GMAC Matter No.: 724893

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| ERB | 03/21/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| YS | 04/03/13 | Draft correspondence to client regarding status of the case and affect of the automatic stay on proceed with client's defense | L190 | A103 | 0.30 | 238.50 | 71.55 |
| AAW | 04/03/13 | Draft notice of continued status conference re bankruptcy. | L250 | A103 | 0.10 | 225.00 | 22.50 |
| AAW | 04/03/13 | Appear at status conference regarding bankruptcy. | L230 | A109 | 0.50 | 225.00 | 112.50 |
| YS | 04/24/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | | **1.20** | | **$286.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $55.80 |
| L190 | Other Case Assessment | 0.40 | $95.40 |
| L230 | Court Mandated Conferences | 0.50 | $112.50 |
| L250 | Other Written Motions | 0.10 | $22.50 |
| | **TOTAL** | **1.20** | **$286.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Wood, Andrew | AAW | Associate | 0.60 | 225.00 | $135.00 |
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Shaham, Yaron | YS | Special Counsel | 0.40 | 238.50 | $95.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348941 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Hernandez, Enrique | | |

| | | | |
|---|---|---|---|
| **Total** | | 1.20 | $286.20 |
| | | FEES | $286.20 |
| | **TOTAL THIS INVOICE** | | **$286.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       348942       JBS                                    May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       24064       RESCAP/GMAC
MATTER      1332        Dale, Robert D.
                                GMAC Matter No.: 730281

**TOTAL AMOUNT DUE**            **$640.70**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348942    JBS                                            May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1332    Dale, Robert D.
GMAC Matter No.: 730281

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DB | 03/01/13 | Prepared for OSC Re dismissal. | L230 | A101 | 0.10 | 256.50 | 25.65 |
| DB | 03/04/13 | Attended OSC Re dismissal hearing. | L230 | A101 | 1.90 | 256.50 | 487.35 |
| DB | 03/04/13 | Draft internal memorandum regarding OSC re dismissal. | L230 | A101 | 0.10 | 256.50 | 25.65 |
| ERB | 03/20/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| DL | 04/01/13 | Prepare case update for client on chart. | L110 | A101 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | | **2.40** | | **$623.25** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 03/25/13 | Cardmember Service/Bank One (Acct 5773); Court and Filing Fees; Orange Co Superior Court WE CA 03/12/13 | 7.50 |
| 03/29/13 | One Legal, Inc.; Transmittal of filing to court; Notice of Entry of Order 03/14/13 | 9.95 |

**TOTAL COSTS & EXPENSES**                    **$17.45**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount | | | |
|--------------------------|-------|--------|---|---|---|
| L110    Fact Investigation/Development | 0.10 | $28.80 | | | |
| L120    Analysis/Strategy | 0.20 | $55.80 | | | |
| L230    Court Mandated Conferences | 2.10 | $538.65 | | | |
| **TOTAL** | **2.40** | **$623.25** | | | |

| Timekeeper | Position | | Hours | Rate | Value |
|------------|----------|---|-------|------|-------|
| Berkley, David Allan    DB | Associate | | 2.10 | 256.50 | $538.65 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348942 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Dale, Robert D. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Liu, David | DL | Associate | | 0.10 | 288.00 | $28.80 |
| Buell, Edward | ERB | Associate | | 0.20 | 279.00 | $55.80 |
| | **Total** | | | **2.40** | | **$623.25** |

| | |
|---|---|
| PRIOR FEES | $286.65 |
| PRIOR COSTS & EXPENSES | $9.95 |

| | |
|---|---|
| FEES | $623.25 |
| COSTS & EXPENSES | $17.45 |
| **TOTAL THIS INVOICE** | **$640.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348943    JBS                                         May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1333     Tikhonov, Albina (3)
                   GMAC Matter No.: 729305

**TOTAL AMOUNT DUE**            $330.30

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348943 | JBS | May 30, 2013 |
|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 1333     Tikhonov, Albina (3)
                          GMAC Matter No.: 729305

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| ERB | 03/20/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| DZG | 04/02/13 | Prepare memorandum to S. Motz re case status | L110 | A103 | 0.20 | 274.50 | 54.90 |
| DZG | 04/03/13 | Exchange memoranda with C. Malycke and S. Motz re case status | L110 | A106 | 0.40 | 274.50 | 109.80 |
| DZG | 04/04/13 | Exchange memoranda with S. Motz re case status | L120 | A106 | 0.20 | 274.50 | 54.90 |
| DZG | 04/09/13 | Exchange memoranda with K. Priore re status of representation of N. Shelton | L120 | A106 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | | **1.20** | | **$330.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.60 | $164.70 | | | |
| L120 | Analysis/Strategy | 0.60 | $165.60 | | | |
| | **TOTAL** | **1.20** | **$330.30** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Glasser, Dana | DZG | Associate | 1.00 | 274.50 | $274.50 |
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| | **Total** | | **1.20** | | **$330.30** |

PRIOR FEES                     $1,875.60

                          FEES          $330.30

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348943 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Tikhonov, Albina (3) | | |

**TOTAL THIS INVOICE**                                    **$330.30**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348944    JBS                                            May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 24064 | RESCAP/GMAC |
|--------|-------|-------------|
| MATTER | 1335 | Jones, Emertha |
| | | GMAC Matter No.: 730533 |

**TOTAL AMOUNT DUE**            $257.40

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348944    JBS                                      May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1335    Jones, Emertha
                        GMAC Matter No.: 730533

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/20/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| DL | 04/01/13 | Prepare case update on chart for client. | L110 | A101 | 0.10 | 288.00 | 28.80 |
| DL | 04/12/13 | Analyze plaintiff's motion for relief from judgment. | L430 | A101 | 0.40 | 288.00 | 115.20 |
| DL | 04/15/13 | Prepare correspondence to client re filing of plaintiff's motion for relief from judgment and strategy re same. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | | **0.90** | | **$257.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.30 | $86.40 |
| L120 | Analysis/Strategy | 0.20 | $55.80 |
| L430 | Written Motions/Submissions | 0.40 | $115.20 |
| | **TOTAL** | **0.90** | **$257.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.70 | 288.00 | $201.60 |
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| | **Total** | | **0.90** | | **$257.40** |

| PRIOR FEES | $776.25 |
|------------|---------|
| PRIOR COSTS & EXPENSES | $127.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348944 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Jones, Emertha | | |

| | | |
|---|---|---|
| FEES | | $257.40 |
| **TOTAL THIS INVOICE** | | **$257.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348945    JBS                                            May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1355    Hernandez, Delia
GMAC Matter No.: 730959

**TOTAL AMOUNT DUE**          $246.60

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      348945      JBS                                          May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 1355     Hernandez, Delia
                          GMAC Matter No.: 730959

FOR PROFESSIONAL SERVICES RENDERED          01/01/1994          04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/20/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| YS | 04/02/13 | Draft and prepare client's case management statement in light of pending case management conference hearing | L210 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 04/12/13 | Draft correspondence to client regarding plaintiff's dismissal of the case without prejudice | L190 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 04/12/13 | Receipt, review and analysis of the plaintiff's notice of dismissal of the case | L120 | A104 | 0.10 | 238.50 | 23.85 |
| YS | 04/24/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | | **1.00** | | **$246.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $79.65 |
| L190 | Other Case Assessment | 0.40 | $95.40 |
| L210 | Pleadings | 0.30 | $71.55 |
| | **TOTAL** | **1.00** | **$246.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Shaham, Yaron | YS | Special Counsel | 0.80 | 238.50 | $190.80 |
| | **Total** | | **1.00** | | **$246.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    348945 | CLIENT    RESCAP/GMAC | Page | 2 |
|---|---|---|---|
| | MATTER    Hernandez, Delia | | |

| | | |
|---|---|---|
| FEES | $246.60 | |
| **TOTAL THIS INVOICE** | **$246.60** | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      348946      JBS

May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1462       Ham, Michael Dennis
                       GMAC Matter No.: KK

**TOTAL AMOUNT DUE**            **$221.85**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     348946     JBS                                          May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  1462      Ham, Michael Dennis
                           GMAC Matter No.: KK

FOR PROFESSIONAL SERVICES RENDERED       01/01/1994      04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| RJG | 03/13/13 | Correspondence with our client to respond to an inquiry regarding case status and pending case issues. | L120 | A104 | 0.30 | 274.50 | 82.35 |
| RJG | 03/19/13 | Analysis of case status and pending case issues and drafted a case audit report as our client requested. | L120 | A103 | 0.10 | 274.50 | 27.45 |
| ERB | 03/20/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| RJG | 03/21/13 | Drafted revisions and additions to the client requested case audit report. | L120 | A103 | 0.10 | 274.50 | 27.45 |
| DL | 04/01/13 | Prepare case update for client on chart. | L110 | A101 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | | **0.80** | | **$221.85** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.10 | $28.80 |
| L120 | Analysis/Strategy | 0.70 | $193.05 |
| | **TOTAL** | **0.80** | **$221.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.10 | 288.00 | $28.80 |
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Gandy, Robert | RJG | Special Counsel | 0.50 | 274.50 | $137.25 |
| | Total | | **0.80** | | **$221.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348946 | CLIENT | RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Ham, Michael Dennis | | | |

|  | FEES | $221.85 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$221.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348947    JBS                                                    May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        24064    RESCAP/GMAC
MATTER        1488    Singer, Marvin
                      OCWEN No.: 736626

**TOTAL AMOUNT DUE**              **$837.00**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348947    JBS                                    May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1488    Singer, Marvin
OCWEN No.: 736626

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MJE | 04/05/13 | Communicate with Plaintiff's counsel regarding possible filing of First Amended Complaint in order to eliminate damage claims | L190 | A108 | 0.50 | 279.00 | 139.50 |
| MJE | 04/08/13 | Exchange of emails with D. Booth re obtaining conformed NOB and exchage of several emails with Plaintiff's counsel re stayed claims | L120 | A108 | 0.50 | 279.00 | 139.50 |
| MJE | 04/09/13 | Exchange of emails with Plaintiff re filing a FAC, applying for a modification and other items | L190 | A108 | 0.40 | 279.00 | 111.60 |
| MJE | 04/10/13 | Receipt and review of red-lined FAC draft from Plaintiff and analysis of new claims and follow up with length communication with Plaintiff's counsel | L210 | A104 | 1.30 | 279.00 | 362.70 |
| MJE | 04/12/13 | Draft of email to counsel for Plaintiff re review of First Amended Complaint and arguments re same. | L120 | A108 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | | **3.00** | | **$837.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.80 | $223.20 |
| L190 | Other Case Assessment | 0.90 | $251.10 |
| L210 | Pleadings | 1.30 | $362.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 348947 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Singer, Marvin | | | | |

| | | | TOTAL | 3.00 | $837.00 | | |
|---|---|---|---|---|---|---|---|

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Esposito, Matthew | MJE | Associate | 3.00 | 279.00 | $837.00 |
| | Total | | 3.00 | | $837.00 |

PRIOR FEES                          $4,032.45

|  | FEES | $837.00 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$837.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348948    JBS                                    May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1493    Gonzalez, Ignacio
GMAC Matter No.: 737457

**TOTAL AMOUNT DUE**            $418.50

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     348948     JBS                                      May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 1493     Gonzalez, Ignacio
                          GMAC Matter No.: 737457

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MJE | 04/02/13 | Exchange of emails with D. Booth and J. Best re Notice of BK and Stay | L250 | A106 | 0.40 | 279.00 | 111.60 |
| MJE | 04/03/13 | Exchange of additional emails with clients re filing NOB and issues relating to OSC hearing | L250 | A106 | 0.30 | 279.00 | 83.70 |
| MJE | 04/04/13 | Exchange of emails with J. Best and D. Booth re status of case and BK filing | L250 | A106 | 0.30 | 279.00 | 83.70 |
| MJE | 04/08/13 | Revised NOB and letter to counsel per request of D. Booth | L250 | A104 | 0.30 | 279.00 | 83.70 |
| MJE | 04/15/13 | Email to D. Booth including conformed Notice of BK and Stay | L250 | A106 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | | **1.50** | | **$418.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---------------------------|---|-------|--------|---|---|
| L250 | Other Written Motions | 1.50 | $418.50 | | |
| | **TOTAL** | **1.50** | **$418.50** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Esposito, Matthew | MJE | Associate | 1.50 | 279.00 | $418.50 |
| | **Total** | | **1.50** | | **$418.50** |

PRIOR FEES                              $679.50

|  |  |  |
|---|---|---|
| | FEES | $418.50 |
| | **TOTAL THIS INVOICE** | **$418.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348949    JBS                                    May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1498    Power, Gary
OCWEN No.: 737766

**TOTAL AMOUNT DUE**          **$222.34**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348949    JBS                                           May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1498    Power, Gary
                        OCWEN No.: 737766

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| KSM | 04/01/13 | Prepared notice of bankruptcy and suggestion of the automatic stay. | L250 | A103 | 0.40 | 256.50 | 102.60 |
| KSM | 04/02/13 | Prepared letter to opposing counsel regarding notice of bankruptcy and suggestion of automatic stay. | L250 | A103 | 0.20 | 256.50 | 51.30 |
| | | **TOTAL** | | | **0.60** | | **$153.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 04/16/13 | Cardmember Service /Chase (Acct 7297); Data Search; 28532 Markuson Rd, Silverado, CA, 92676, Orange 03/29/13 | 48.54 |
| 04/22/13 | One Legal, Inc.; Transmittal of filing to court; Substitution of Attorney Re: ETS Servicing LLC, Substitution of Attorney Re OCWen Loan Servicing, LLC 04/03/13 | 9.95 |
| 04/22/13 | One Legal, Inc.; Transmittal of filing to court; ETS Services, LLC's Notice of Bankruptcy and Suggestion of the Automatic Stay 04/03/13 | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$68.44** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|--------------------------|---|-------|--------|---|---|---|
| L250 | Other Written Motions | 0.60 | $153.90 | | | |
| | **TOTAL** | **0.60** | **$153.90** | | | |
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    348949 | CLIENT MATTER | RESCAP/GMAC Power, Gary | | | Page    2 |
|---|---|---|---|---|---|

| Miller, Kenneth S. | KSM | Associate | 0.60 | 256.50 | $153.90 |
|---|---|---|---|---|---|
| | **Total** | | **0.60** | | **$153.90** |

| PRIOR FEES | | $1,131.75 | |
|---|---|---|---|
| | | FEES | $153.90 |
| | | COSTS & EXPENSES | $68.44 |
| | | **TOTAL THIS INVOICE** | **$222.34** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348956    JBS                                   May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    9997    ResCap Bankruptcy Issues
                  GMAC Matter No.: 733619


**TOTAL AMOUNT DUE**          **$6,954.32**


*** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      348956      JBS                                      May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      24064 9997      ResCap Bankruptcy Issues
GMAC Matter No.: 733619

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| JBS | 04/03/13 | Analysis and evaluation of objection by US Trustee and response to same | L120 | A101 | 0.40 | 427.50 | 171.00 |
| DHC | 04/04/13 | Correspondence with counsel with U.S. trustee re resolving objection to fee application. | L190 | A107 | 1.00 | 337.50 | 337.50 |
| DHC | 04/10/13 | Court appearance hearing on Second Interim Fee Application. | L190 | A109 | 2.00 | 337.50 | 675.00 |
| DHC | 04/10/13 | Prepare for court appearance hearing on Second Interim Fee Application. | L190 | A101 | 2.50 | 337.50 | 843.75 |
| DHC | 04/10/13 | Prepare for court appearance at hearing on 2nd Interim Fee Application. | L190 | A109 | 4.00 | 337.50 | 1,350.00 |
| DHC | 04/16/13 | Review and revise proposed Exhibit A to draft Order Approving Second Interim Fee Application. | L190 | A103 | 0.50 | 337.50 | 168.75 |
| DHC | 04/25/13 | Drafting of Monthly Statement for Compensation and Expense Reimbursement for March 2013. | L190 | A103 | 1.00 | 337.50 | 337.50 |
| DHC | 04/25/13 | Correspondence with accounting department re invoices and schedules for Monthly Fee Statement. | L190 | A105 | 1.00 | 337.50 | 337.50 |
| DHC | 04/25/13 | Drafting of Cover Letter to Noticed Parties re Monthly Statement for March, 2013 Fees and Costs. | L190 | A103 | 0.30 | 337.50 | 101.25 |
| DHC | 04/26/13 | Correspondence with debtor's counsel re monthly statement for March, 2013 and link to view invoices. | L190 | A101 | 0.50 | 337.50 | 168.75 |
| JBS | 04/30/13 | Analysis and evaluation of order from interim fee application | L120 | A104 | 0.40 | 427.50 | 171.00 |
| | | **TOTAL** | | | **13.60** | | **$4,662.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. 348956 | CLIENT | RESCAP/GMAC | Page | 2 |
| | MATTER | ResCap Bankruptcy Issues | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 04/25/13 | Golden State Legal Copy; Outside Copies; Litigation Copies, Scanning / Imaging 04/24/13 | 219.44 |
| 04/25/13 | Donald H. Cram III; Travel and Expenses to; Appear at hearings on Second Interim Fee Application, New York City. 4/10/13-4/12/13 | 2,072.88 |
| | **TOTAL COSTS & EXPENSES** | **$2,292.32** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $342.00 | | |
| L190 | Other Case Assessment | 12.80 | $4,320.00 | | |
| | **TOTAL** | **13.60** | **$4,662.00** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 12.80 | 337.50 | $4,320.00 |
| Sullivan, John | JBS | Member | 0.80 | 427.50 | $342.00 |
| | **Total** | | **13.60** | | **$4,662.00** |

| | |
|---|---|
| PRIOR FEES | $8,876.25 |
| PRIOR COSTS & EXPENSES | $715.75 |

| | |
|---|---|
| FEES | $4,662.00 |
| COSTS & EXPENSES | $2,292.32 |
| **TOTAL THIS INVOICE** | **$6,954.32** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

**...en State**

L E G A L

Your Trusted Source for Litigation Support!

| Date | Invoice # |
|------|-----------|
| 4/24/2013 | 40066 |

**Bill To:**

Severson & Werson
Attn: Accounts Payable
One Embarcadero Ctr, Suite 2600
San Francisco, CA 94111

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Billing # | Contact |
|-----------|---------|
| 24064 .9999 | Joe Pongassam |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| | Follow Detailed Special Instructions: | | |
| | **PRINT 5 SETS** | | |
| 830 | Litigation Copies | 0.145 | 120.35 |
| 166 | Scanning/Imaging | 0.15 | 24.90 |
| 53 | Coding per Document | 0.65 | 34.45 |
| | Staple/Clip Copies as Originals | | 0.00 |
| | Re-Staple/Re-Clip Originals | | 0.00 |
| | Intensive Stapling and Clipping | | 0.00 |
| 1 | Master CD: | 15.00 | 15.00T |
| 2 | CD Duplication | 10.00 | 20.00 |
| 3 | Custom CD/DVD Label | 0.45 | 1.35T |
| 3 | CD/DVD Jewel Case | 0.60 | 1.80T |
| | | | |
| | Due: April 25 2013 12:00 P.M. | | |
| | | | |
| | THANK YOU FOR YOUR BUSINESS!!! | | |

| | Sales Tax (8.5%) | $1.59 |
|---|------------------|-------|

**Received By:** _(signature)_

| **Total** | $219.44 |
|-----------|---------|

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.

# EXPENSE REPORT FORM

## For Travel Expenses

**Instructions:** Please complete form and forward to Accounting for payment. Attach all appropriate receipts, including those for meals and entertainment. All expenses over $25.00 must have receipts attached. (Note: All business promotion exceeding $1,000.00 must be approved in advance.)

| Attorney Name: | Donald H. Cram | Attorney No:. | 9008 |
|---|---|---|---|
| Client/Matter Name: | 24064 | Client/Matter No.: | 9997 |

| Date of Departure | Date of Return | Total Days Away | No. days away due to business |
|---|---|---|---|
| 4/10/13 | 4/12/13 | 3 | 3 |

| Destination of trip: | | From: | San Francisco | To: | New York City |
|---|---|---|---|---|---|

**Purpose of Trip: (i.e., list company & persons re Bus. Promotion; name of education seminar; state purpose of trip re client charge)** Note - this is an unlimited expanding field, it will word wrap as you type.

Appear at hearing on Second Interim Fee Application

| *Type of Expense: | | *Select one item from drop down list: | | Client Expense-charge client | | | |
|---|---|---|---|---|---|---|---|
| Itemization: | Sun. | Mon. | Tues. | Wed. | Thur. | Fri. | Sat. | TOTAL |
| **Transportation** | | | | | | | | |
| Airfare | 0 | 0 | 0 | 603.80 | 0 | 0 | 0 | $ 603.80 |
| Mileage – 56.5¢/mi | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Auto Rental | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Taxicab | 0 | 0 | 0 | 112.00 | 0 | 122.00 | 0 | $ 234.00 |
| Parking & Tolls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| **Lodging** | | | | | | | | |
| Hotel | 0 | 0 | 0 | 0 | 1177.67 | 0 | 0 | $1,177.67 |
| Non-Food Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Local Phone Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Long Dist. Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Misc. Tips | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| **Meals** (incl. Tips) | | | | | | | | |
| Breakfast | 0 | 0 | 0 | 5.56 | 0 | 0 | 0 | $ 5.56 |
| Lunch | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Dinner | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| **Other** | 0 | 0 | 0 | 21.95 | 0 | 29.90 | 0 | $ 51.85 |
| **TOTALS** | $ 0.00 | $ 0.00 | $ 0.00 | $ 743.31 | $1,177.67 | $ 151.90 | $ 0.00 | $2,072.88 |

**\*\* Please furnish details regarding meals on Page 2.**

| | Total expense paid by employee: | $2,072.88 |
|---|---|---|

**I certify that the above expenses were incurred by me for authorized firm business.**

| Signature: | | Date: | 4/18/13 |
|---|---|---|---|
| Supervisor Approval: | | Date: | |

Expense Report Form (pg. 1)

5/30/2012

# Marriott.
## NEW YORK DOWNTOWN

**GUEST FOLIO**

85 West Street at Albany Street, New York, NY 10006 • 212.385.4900 • Marriott.com/NYCWS

| 2903 | CRAM/DONALD/MR | 469.00 | 04/12/13 | 11:00 | 11200 |
|------|----------------|--------|----------|-------|-------|
| Room | Name | Rate | Depart | Time | ACCT# |
| NSCD | SEVERSON AND WERSON | | 04/10/13 | 19:50 | |
| Type | | | Arrive | Time | |
| 3 | | | | | |

| Room Clerk | Address | | | Payment | MRW#: XXXXX3415 |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 04/10 | RMSERV    | 29972903 | 27.66 | | |
| 04/10 | RMSERV    | 29962903 | 52.57 | | |
| 04/10 | ROOM      | 2903, 1 | 469.00 | | |
| 04/10 | ROOMTX    | 2903, 1 | 41.62 | | |
| 04/10 | CITYTAX   | 2903, 1 | 27.55 | | |
| 04/10 | OCC JAV   | OCC TAX | 3.50 | | |
| 04/10 | TELECOMM  | WFB | 12.95 | | |
| 04/10 | STATETAX  | WFB | 1.15 | | |
| 04/11 | ROOM      | 2903, 1 | 469.00 | | |
| 04/11 | ROOMTX    | 2903, 1 | 41.62 | | |
| 04/11 | CITYTAX   | 2903, 1 | 27.55 | | |
| 04/11 | OCC JAV   | OCC TAX | 3.50 | | |
| 04/12 | VS CARD   | | | $1177.67 | |

SETTLED TO:         VISA CARD         CURRENT BALANCE   .00

IF THERE ARE NO ADDITIONAL CHARGES,THIS IS YOUR FINAL BILL.
YOU DO NOT NEED TO STOP BY THE FRONT DESK TO CHECK OUT.
THANK YOU FOR CHOOSING THE NEW YORK MARRIOTT DOWNTOWN

------------------ EXP. REPORT SUMMARY ------------------
| 04/10 | RMSERV   | 80.23 |
|-------|----------|-------|
|       | ROOM&TAX | 541.67 |
|       | TELECOMM | 12.95 |
|       | STATETAX | 1.15 |
| 04/11 | ROOM&TAX | 541.67 |

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
DHC@SEVERSON.COM
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

Your Rewards points/miles earned on your eligible earings
will be credited to your account. Check your
Rewards Account Statement for update activity.

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X_____

# ROYAL TAXI
## Big Dog City
CUSTOMER RECEIPT

Date 4/12/13   Time _____ Amt 50

From SFO

Driver _____ To SF

Cab No. _____

**920-0700**

www.citywidedispatch.com

Date _4/10/13_

Amount $ 50

Passenger _____

From SF

To SFO

Cab# _____ Driver _____

---

**OFFICIAL TAXI RECEIPT**

Date 04-10 2013

FROM J.F.K

TO N.Y.C

FARE $ 62.00 TOLL _____ TOTAL _____

NATURE Po   # 4844

---

**OFFICIAL TAXI RECEIPT**

Date 4/12 20 13

FROM N.Y.

TO JFK

FARE $ 72.00 TOLL _____ TOTAL _____

SIGNATURE _____ # _____

---

San Francisco Intl Airport
San Francisco, CA 94128
(650) 821-0608

PEET'S 86

156 GINA C

Chk 1429        Apr10'13 06:00AM  Gst 1

TO GO
1 LG LATTE                    5.05
  Cash                        6.00

  BEVERAGE                    5.05
  TAX                         0.46
  EE Surcharge                0.05
  TENDER                      5.56
  Change Due                  0.44

Thank You.



Confirmation:
**BRCHJE**

# Baggage Receipt

Issue Date: April 12, 2013

| **Traveler** | **Baggage Document** | **Ticket Number** |
|---|---|---|
| CRAM/DONALDMR | 01626077041702 | 01623608959431 |

## FLIGHT INFORMATION

| **Day, Date** | **Flight** | **Departure City/Time** | **Arrival City/Time** | **Aircraft** |
|---|---|---|---|---|
| Fri, 12APR13 | UA595 | NEW YORK-KENNEDY (JFK)<br>2:36 PM | SAN FRANCISCO (SFO)<br>5:55 PM | 757-200 |

## FEE INFORMATION

| **Description** | **Quantity** | **Fees** |
|---|---|---|
| First Bag Fee | 1 | $25.00 |

**TOTAL FEES:**    **$25.00**

**Method of Payment**
Visa XXXXXXXXXXXXX4024

**Cardholder Name**
Donald H Cram

### Excess Baggage Terms and Conditions

- All excess baggage is subject to space availability.
- Receipt for payment must be presented at bag check.

For up to the minute flight information, go to mobile.united.com.

**Seats:**   SFO - JFK: 27A (Premier Access)
JFK - SFO: 18A (Premier Access)



**New York Hotels**

STARTING AT

# $62
PER DAY      Book now



**Protect your travel investment**
Find peace of mind with Trip Insurance.

Learn more >



**Find low fares for fantastic destinations**
Let our Special Offers page help

View offers >

## Ticket Price Details

| | |
|---|---|
| 1 Adults (age 18 to 64) | $454.00 |
| Additional Taxes/Fees | $21.80 |

**Additional Services**

| | |
|---|---|
| Premier Access℠ | $78.00 |
| SFO - JFK (Mr. Donald Cram) | |
| JFK - SFO (Mr. Donald Cram) | |

| **Total Fare** | **$553.80** |
|---|---|

Manage my reservation

**AVIS**   **Hertz**

### Book with our preferred car partners

- Save up to 35% off
- Earn 75 reward miles/day
- Earn 150 bonus reward miles when booking on united.com
- Choose Avis® or Hertz®

Total Fare: $475.80/SA14GN/TA14GN

## Additional Trip Planning Tools

- Baggage Policies: View current baggage acceptance allowances.
- Destination Guide: Download a complete travel guide.

## Important Baggage Information

**Carry-on baggage allowed**
United accepts the following items, per customer to be carried on the aircraft at no charge:

- One carry-on bag no more than 45 linear inches or 114 linear centimeters (L + W + H) or 14 inches x 9 inches x 22 inches (23 x 35 x 56 cm)
- One personal item (such as a shoulder or laptop bag).

Learn more about carry-on baggage policy

**Checking bags for this itinerary**
Checked baggage service charges are collected at any point in the itinerary where bags are checked. The bag service charges below reflect a maximum outside linear dimension of 62 linear inches (157 cm)

| First and second baggage service charges per traveler as listed below: | 1st bag | 2nd bag | Weight per bag |
|---|---|---|---|
| **Wed., Apr. 10, 2013**<br>San Francisco, CA (SFO) to New York, NY (JFK) | $25 | $35 | 50.0 lbs (23 kgs) |

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      348961      JBS                                                    May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      0419      Jimenez, Jesus
                     GMAC Matter No.: 698513

**TOTAL AMOUNT DUE**              **$248.95**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348961    JBS                                            May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0419    Jimenez, Jesus
            GMAC Matter No.: 698513

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      04/30/2013

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
|      |      | **TOTAL**   | 0.00  |      | $0.00 |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 04/15/13 | First Legal Network, LLC; Court Services; Job no. 6893843 USBC Central District, Woodland Hills, Ca. 3/12/13 | 97.00 |
| 04/15/13 | First Legal Network, LLC; Transmittal of filing to court; Job no. 6893867 Recorder- Norwalk, CA. 3/12/13. Advance ck. $102.00 | 151.95 |
| | **TOTAL COSTS & EXPENSES** | **$248.95** |

### BILLING SUMMARY

|           | TOTAL    |          | 0.00  | $0.00 |       |
|-----------|----------|----------|-------|-------|-------|
| Timekeeper |          | Position | Hours | Rate  | Value |
|           | Total    |          | 0.00  |       | $0.00 |

PRIOR FEES                          $1,063.35
PRIOR COSTS & EXPENSES              $67.69

COSTS & EXPENSES                    $248.95
**TOTAL THIS INVOICE**             **$248.95**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

CA 90084-4250

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 280642 | 82035 |
| Invoice Date | Total Due |
| 3/15/13 | 151.95 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | 82035 | 280642 | 3/15/13 | 151.95 | 1 |

| Date | Ord. No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 3/12/13 | 6893867 | BFX | USBC Central District | RECORDER-NORWALK | Base Chg : 49.95 | 151.95 |
| FILING-BRNCH PDF SAME DAY | | | 21041 Burbank Boulevard | 12400 EAST IMPERIAL HIGHWAY | Adv/Wit Ck: 102.00 | |
| | | | Woodland Hills  91 | NORWALK     CA 90650 | | |
| | | | Caller: Clair Romell    Wait: 57 Min | | | |
| | | | Case No.: 1:09-bk-14214-GM | Case Title: Roosevelt Lofts, LLC | | |
| | | | record certified cop | y of the order grant | | |
| | | | Signed: RECORDED | Ref: 19000.0419 | | |

24064 - 0419

Invoice Amount:     49.95
Fees Advanced:    102.00
**Total   Amount Due:    151.95**

chr
4/11/13

*** REPRINT ***                    Total        151.95

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348962    JBS                                    May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1476    Camargo (Taylor)
                  GMAC Matter No.: 736515

**TOTAL AMOUNT DUE**              **$2,546.21**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348962    JBS                                              May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1476    Camargo (Taylor)
                        GMAC Matter No.: 736515

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| RJG | 02/21/13 | Correspondence with our client to respond to an inquiry regarding case status and bankruptcy stay application. | L120 | A101 | 0.40 | 274.50 | 109.80 |
| RJG | 03/11/13 | Correspondence with our client to advise regarding the court vacating the small claims trial and pending case issues. | L440 | A101 | 0.40 | 274.50 | 109.80 |
| RJG | 03/13/13 | Correspondence with our client to advise regarding case status and pending case issues. | L120 | A101 | 0.30 | 274.50 | 82.35 |
| RMI | 04/23/13 | Conference with R. Gandy re strategy regarding bankuptcy status conference. Attention to file re case history. | L120 | A101 | 0.40 | 247.50 | 99.00 |
| RMI | 04/23/13 | Review email re court mandated bankruptcy status conference. | L230 | A101 | 0.20 | 247.50 | 49.50 |
| RMI | 04/25/13 | Review and analyze bankruptcy stay and order re relief from stay re bankruptcy status conference. Prepare outline re case history and argument re bankruptcy status conference. | L120 | A102 | 0.50 | 247.50 | 123.75 |
| RMI | 04/25/13 | Review and analyze plaintiff's complaint re court mandated status conference. | L230 | A103 | 0.30 | 247.50 | 74.25 |
| RMI | 04/26/13 | Appear for hearing re Notice of Bankruptcy. | L450 | A104 | 6.10 | 247.50 | 1,509.75 |
| RJG | 04/29/13 | Correspondence with our client regarding notice of dismissal and bankruptcy status conference results. | L120 | A101 | 0.30 | 274.50 | 82.35 |
| RMI | 04/29/13 | Prepare email to client re update on notice of bankruptcy hearing. | L230 | A101 | 0.20 | 247.50 | 49.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   348962 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
| | MATTER | Camargo (Taylor) | | | | | |

| RMI | 04/29/13 | Prepare notice of ruling re notice of bankruptcy hearing and dismissal of action. | L210 | A102 | 0.30 | 247.50 | 74.25 |
| RJG | 04/30/13 | Correspondence with our client regarding dismissal of the small claims action. | L120 | A103 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | | **9.70** | | **$2,446.65** |

### COSTS & EXPENSES

| | 03/11/13 | DDS Legal Support Systems; Court Services; San Bernardino, San Bernardino, Ca. 2/12/13 | | | 99.56 |
| | | **TOTAL COSTS & EXPENSES** | **$99.56** | | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.20 | $579.60 |
| L210 | Pleadings | 0.30 | $74.25 |
| L230 | Court Mandated Conferences | 0.70 | $173.25 |
| L440 | Other Trial Preparation | 0.40 | $109.80 |
| L450 | Trial and Hearing Attendance | 6.10 | $1,509.75 |
| | **TOTAL** | **9.70** | **$2,446.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Gandy, Robert | RJG | Special Counsel | 1.70 | 274.50 | $466.65 |
| Ito, Ryan | RMI | Associate | 8.00 | 247.50 | $1,980.00 |
| | Total | | 9.70 | | $2,446.65 |

| | | | |
|---|---|---|---|
| | FEES | | $2,446.65 |
| | COSTS & EXPENSES | | $99.56 |
| | **TOTAL THIS INVOICE** | | **$2,546.21** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348963    JBS                                    May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1484     Creason, Mark
                   GMAC Matter No.: 737113

**TOTAL AMOUNT DUE**              $1,845.45

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348963    JBS                                               May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  1484    Creason, Mark
                         GMAC Matter No.: 737113

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    04/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| SMH | 02/21/13 | Review small claims complaint and assign same. | L110 | A101 | 0.20 | 333.00 | 66.60 |
| LJT | 02/25/13 | Initial review and evaluation of new small claims complaint. | L110 | A102 | 0.10 | 130.50 | 13.05 |
| CHR | 02/26/13 | Review Initial Correspondence and Pleadings,  Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L190 | A101 | 0.40 | 130.50 | 52.20 |
| WJI | 03/04/13 | Exchange correspondence with plaintiff regarding dismissal of the case. | L110 | A101 | 0.30 | 256.50 | 76.95 |
| WJI | 03/04/13 | Telephone call with plaintiff regarding errors in credit report. | L110 | A102 | 0.40 | 256.50 | 102.60 |
| MKS | 03/06/13 | Multiple correspondence with client re: small claims matter filed by same plaintiff.  Strategy re: resolution. | L120 | A101 | 0.20 | 270.00 | 54.00 |
| MKS | 03/06/13 | Multiple correspondence with client re: smalls claims matter filed by same plaintiff.  Strategy re: resolution. | L120 | A101 | 0.20 | 270.00 | 54.00 |
| SMH | 03/06/13 | Attention to status, P. Zellman inquiry. | L120 | A102 | 0.20 | 333.00 | 66.60 |
| WJI | 03/06/13 | Telephone call with client regarding status of the small claims trial. | L120 | A101 | 0.20 | 256.50 | 51.30 |
| WJI | 03/06/13 | Exchange correspondence with client regarding the evaluation of the complaint. | L120 | A101 | 0.40 | 256.50 | 102.60 |
| WJI | 03/06/13 | Telephone call with the plaintiff regarding the allegations of the complaint. | L110 | A101 | 0.40 | 256.50 | 102.60 |
| WJI | 03/06/13 | Analysis and evaluation of the complaint. | L210 | A102 | 0.30 | 256.50 | 76.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | 348963 | CLIENT | RESCAP/GMAC | | | Page | 2 |
| | | MATTER | Creason, Mark | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WJI | 03/06/13 | Exchange correspondence with plaintiff regarding status of dismissal. | L110 | A104 | 0.40 | 256.50 | 102.60 |
| WJI | 03/07/13 | Draft litigation status update to client. | L120 | A101 | 0.20 | 256.50 | 51.30 |
| WJI | 03/07/13 | Draft settlement agreement for small claims dispute. | L210 | A101 | 0.60 | 256.50 | 153.90 |
| WJI | 03/11/13 | Exchange correspondence with plaintiff regarding dismissal of the small claims case. | L110 | A101 | 0.20 | 256.50 | 51.30 |
| WJI | 03/12/13 | Telephone call with opposing counsel regarding settlement demand. | L120 | A101 | 0.30 | 256.50 | 76.95 |
| WJI | 03/12/13 | Draft litigation status update to client. | L110 | A101 | 0.10 | 256.50 | 25.65 |
| WJI | 03/12/13 | Exchange correspondence with plaintiff regarding the dismissal. | L110 | A102 | 0.20 | 256.50 | 51.30 |
| WJI | 03/14/13 | Telephone call with plaintiff regarding filing of the dismissal. | L110 | A101 | 0.20 | 256.50 | 51.30 |
| WJI | 03/15/13 | Telephone call with the plaintiff regarding dismissing the small claims case. | L110 | A101 | 0.40 | 256.50 | 102.60 |
| WJI | 03/18/13 | Analysis and evaluation of the settlement agreement from counsel for the Ocwen small claims matter. | L110 | A102 | 0.30 | 256.50 | 76.95 |
| WJI | 03/18/13 | Exchange correspondence with the client regarding settlement of the Ocwen matter. | L110 | A103 | 0.40 | 256.50 | 102.60 |
| WJI | 03/18/13 | Exchange correspondence with plaintiff regarding the Ocwen small claims matter. | L110 | A101 | 0.40 | 256.50 | 102.60 |
| WJI | 03/21/13 | Exchange correspondence with client regarding Ocwen's small claims matter. | L210 | A104 | 0.30 | 256.50 | 76.95 |
| | | **TOTAL** | | | **7.30** | | **$1,845.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 4.00 | $1,028.70 |
| L120 | Analysis/Strategy | 1.70 | $456.75 |
| L190 | Other Case Assessment | 0.40 | $52.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   348963 | CLIENT | RESCAP/GMAC | Page | 3 |
|---|---|---|---|---|
| | MATTER | Creason, Mark | | |

| L210 | Pleadings | | 1.20 | $307.80 | | |
|---|---|---|---|---|---|---|
| | **TOTAL** | | **7.30** | **$1,845.45** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Tarwater, Linda | LJT | Paralegal | 0.10 | 130.50 | $13.05 |
| Sullivan, Mary Kate | MKS | Member | 0.40 | 270.00 | $108.00 |
| Hankins, Suzanne | SMH | Member | 0.40 | 333.00 | $133.20 |
| Idleman, William J. | WJI | Associate | 6.00 | 256.50 | $1,539.00 |
| | **Total** | | **7.30** | | **$1,845.45** |

|  | FEES | $1,845.45 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$1,845.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       348964       JBS                                                    May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1495       Henkell, James
                       GMAC Matter No.: 736729

**TOTAL AMOUNT DUE**              **$927.26**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    348964    JBS                                    May 30, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1495    Henkell, James
                        GMAC Matter No.: 736729

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        04/30/2013

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
|      |      | **TOTAL**   | **0.00** |   | **$0.00** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 04/04/13 | One Legal, Inc.; Transmittal of filing to court; Notice of Stay of Proceedings (Participant) 03/22/13 | | 9.95 |
| 04/04/13 | One Legal, Inc.; Transmittal of filing to court; Defendant's GMAC Mortgage, LLC and OCWEN Loan Servicing, LLC's Demurrer to Plaintiff's including Court Filing Fee $870 03/26/13 | | 879.95 |
| 04/04/13 | One Legal, Inc.; Transmittal of filing to court; Notice - Other 03/21/13 | | 9.95 |
| 04/10/13 | One Legal, Inc.; Transmittal of filing to court; Defendants GMAC Mortgage, LLC's and OCWEN Loan Servicing, LLC's Opposition to Plaintiff's Request for Preliminary...03/27/13 | | 9.95 |
| 04/16/13 | Cardmember Service /Chase (Acct 7297); Data Search; 10634 S Budlong Ave, Los Angeles, CA, 90044, Los Angeles 03/30/13 | | 17.46 |

**TOTAL COSTS & EXPENSES**                    **$927.26**

### BILLING SUMMARY

**TOTAL**                0.00        $0.00

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.    348964 | CLIENT    RESCAP/GMAC | | | Page | 2 |
| | MATTER    Henkell, James | | | | |

| Timekeeper | Position | Hours | Rate | Value |
|---|---|---|---|---|
| **Total** | | **0.00** | | **$0.00** |

PRIOR FEES                             $798.00

COSTS & EXPENSES                       $927.26
**TOTAL THIS INVOICE**                 **$927.26**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

26-0259046

REMIT PAYMENT TO:
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



SEVERSON & WERSON
ATTN: Accounting  Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 7432629 |
| Inv. Date: | 3/26/13 |
| Due Date: | 4/10/13 |
| Total: | $879.95 |
| Terms: | Net 15 |

| INVOICE No. | |
|---|---|
| 7432629 | |
| Date: | 3/26/13 |
| Cust. No.: | 0000562 |

| Law Firm Contact: | Yaron Shaham |
|---|---|
| Client File No.: | 24064.1495 |
| Case Short Title: | Henkell vs GMAC Mortgage LLC [IMAGED] V. N/A |
| Documents: | Defendants GMAC Mortgage, LLC and OCWEN Loan Servicing, LLC's Demurrer to Plaintiff's Complaint, Defendants'... |
| One Legal Branch: | |
| Court: | Superior Court of California, San Diego County |
| Description: | |



| COURT FILING FEE | $870.00 |
|---|---|
| E-FILING SERVICE FEE - UNLIMITED | $9.95 |





| Due Date | 4/10/13 | | Total This Invoice | $879.95 |
|---|---|---|---|---|