SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Duane M. Geck (Admitted *Pro Hac Vice*)
dmg@severson.com
Donald H. Cram (Admitted *Pro Hac Vice*)
dhc@severson.com

*Special California Litigation Counsel to the
Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

      I. Juli A. Carter, depose and say that I am employed by Severson & Werson, P.C., the Special California Litigation Counsel to the Debtors and Debtors In Possession.

      A      On August 1, 2013, at the direction of a member of the bar of this Court, I caused the following documents, with exhibits, to be served via Federal Express delivery by enclosing said documents in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List attached hereto as Exhibit A.

      1.      THIRD INTERIM APPLICATION OF SEVERSON & WERSON, P.C. AS SPECIAL CALIFORNIA LITIGATION COUNSEL FOR DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE TIME PERIOD BETWEEN JANUARY 1, 2013 AND APRIL 30, 2013

19000.9997/2426889.1

Executed on August 1, 2013, at San Francisco, California.

_____
Juli Carter

State of California

County of San Francisco

Subscribed and sworn to (or affirmed) before me on this 1st day of August, 2013, by Juli Carter to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

MARILYN LI

MARILYN LI
Commission # 1953533
Notary Public - California
San Francisco County
My Comm. Expires Oct 21, 2015

19000.9997/2426889.1

**EXHIBIT A**

## SERVICE LIST

| | |
|---|---|
| **Counsel for Debtors**<br>Morrison & Foerster LLP<br>Attn: Larren M. Nashelsky, Gary S. Lee and Lorenzo Marinuzzi<br>1290 Avenue of the Americas<br>New York, NY 10104 | **United States Trustee**<br>Office of the U.S. Trustee for the Southern District of New York<br>Attn: Tracy Hope Davis, Linda A. Rifkin and Brian S. Masumoto<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| **Counsel for Creditors' Committee**<br>Kramer Levin Naftalis & Frankel LLP<br>Attn: Kenneth H. Eckstein and Douglas H. Mannal<br>1177 Avenue of the Americas<br>New York, NY 10036 | **Counsel for Ally Financial Inc.**<br>Kirkland & Ellis<br>Attn: Richard M. Cieri and Ray C. Schrock<br>601 Lexington Avenue<br>New York, NY 10022 |
| **Counsel for Barclays Bank PLC**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Kenneth S. Ziman and Jonathan H. Hofer<br>4 Times Square<br>New York, NY 10036 | **Office of the United States Trustee**<br>Attn: Eric J. Small, Esq.<br>355 Main Street – First Floor<br>Poughkeepsie, NY 12601 |