MARTHA E. ROMERO, State Bar No. 128144
ROMERO LAW FIRM
BMR Professional Building
Whittier, California 90601
Phone (562) 907-6800
Facsimile (562) 907-6820
Email: Romero@mromerolawfirm.com

Attorneys for SECURED CREDITOR
COUNTY OF SAN BERNARDINO, CALIFORNIA
A CALIFORNIA TAXING AUTHORITY

IN THE UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>    Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>**DECLARATION OF CHRISTINE AREBALO IN SUPPORT OF THE LIMITED OBJECTION OF COUNTY OF SAN BERNARDINO, CALIFORNIA TO DEBTOR'S DISCLOSURE STATEMENT DATED JULY 4, 2013**<br><br>DATE: August 21, 2013<br>TIME: 10 AM<br>CRTRM: 501<br>US Bankruptcy Court,<br>Southern District of NY,<br>One Bowling Green, New York, New York 10004 |

TO THE HONORABLE MARTIN GLENN, UNITED STATES BANKRUPTCY JUDGE, AND TO INTERESTED PARTIES:

The County of San Bernardino, California, a California Taxing Authority ("San Bernardino") hereby submits the Declaration of Christine Arebalo in support of its objection to the Disclosure Statement, as follows,

I, Christine Arebalo, declare:

1. I am a Fiscal Assistant and am employed by the County

of San Bernardino.  For the past 5 years my duties have included preparing and overseeing the bankruptcy desk for monies due and owing for taxes and for payments received.

I have worked for the County for 11 years.

2. I make this declaration in support of the Objection to the Debtors' Disclosure Statement.

3. The facts set forth herein are of my own personal knowledge and if called to testify in a court of law, I could and would competently testify thereto.

4. Debtors own numerous parcels of real property in San Bernardino County, California, as further identified in Exhibit A, to the Objection. Also at issue are numerous parcels with respect to title in GMAC as further identified in Exhibit B, which is also to the Objection.

5. The real properties are subject to the assessment of local property taxes by San Bernardino under California State law.

6. The grand total of the remaining parcels on both exhibits is $22,946.88.

7. The San Bernardino County Office of the Tax Collector filed a claim on or about November 8, 2012[1] for $97,493.72 in real property taxes, including amounts due for tax years 2008 through 2012. This amount is subject to increase pursuant to 11 U.S.C. Section 506(b).

8. On January 1, 2013 the current year tax liens attached to each of the parcels for tax year 2013-14.  The

---

[1] The Claim was stamped "Received November 08, 2012 Kurtzman Carson Consultants".

2

estimated amount of taxes is approximately **$30,018.89**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of August 2013 at San Bernardino, California.

*[signature]*
Christine Arebalo
Declarant