MARTHA E. ROMERO, State Bar No. 128144
ROMERO LAW FIRM
BMR Professional Building
Whittier, California 90601
Phone (562) 907-6800
Facsimile (562)907-6820
Email: Romero@mromerolawfirm.com

Attorneys for SECURED CREDITOR
COUNTY OF SAN BERNARDINO, CALIFORNIA
A CALIFORNIA TAXING AUTHORITY

**IN THE UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>           Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>**AFFIDAVIT PF SERVICE TO OBJECTION OF COUNTY OF SAN BERNARDINO, CALIFORNIA TO DEBTOR'S DISCLOSURE STATEMENT DATED JULY 4, 2013**<br><br>DATE: August 21, 2013<br>TIME:  10:00 AM<br>CRTRM: 501<br>US Bankruptcy Court,<br>Southern District of NY,<br>One Bowling Green, New York, New York 10004 |

**TO THE HONORABLE MARTIN GLENN, UNITED STATES BANKRUPTCY JUDGE, AND TO INTERESTED PARTIES:**

I, Martha E. Romero, being duly sworn, states:

1. I am a attorney at 6516 Bright Avenue, Whittier, CA 90601. I am over the age of twenty-one years old and not a party to the above captioned proceeding.

2. On August 1, 2013, I caused the following document noted above to be served via electronic mail upon the

1

| | |
|---|---|
| 1 | parties listed requires to be served in the Noticing |
| 2 | of the Disclosure Statement. |
| 3 | These parties are attached as Exhibit A. |

Dated: August 1, 2013                    ROMERO LAW FIRM

By     /S/MARTHA E. ROMERO
MARTHA E. ROMERO
Attorney for Secured
Creditor  County of SAN
BERNARDINO, CA
A California Taxing
Authority

2

| | |
|---|---|
| 1 | Exhibit A |
| 2 | |
| | Chambers of the Honorable Martin Glenn |
| 3 | United States Bankruptcy Court for the Southern District of New York |
| | One Bowling Green, New York, NY 1004 |
| 4 | |
| | Residential Capitol LLC |
| 5 | Lewis Kruger, CRO, c/o Morrison & Foerster LLP, |
| | 1290 Avenue of the Americas, New York, New York 10104 |
| 6 | |
| 7 | Lewis.Kruger@gmacrescap.com |
| 8 | glee@mofo.com |
| 9 | lmarinuzzi@mofo.com |
| 10 | tgoren@mofo.com |
| 11 | keckstein@kramerlevin.com |
| 12 | dmannal@kramerlevin.com |
| 13 | szide@kramerlevin.com |
| 14 | richard.cieri@kirkland.com |
| 15 | ray.schrock@kirkland.com |
| 16 | |
| | The office of the United States Trustee, Southern District of New York |
| 17 | U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York New York 10014 |
| | Attn: Brian Masumoto and Michael Driscoll |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |