**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Residential Capital, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                     ) ss.:
COUNTY OF NEW YORK )

Alison R. Ambeault, being duly sworn, deposes and says:

(I)    That she is not a party to the within action, is over the age of 21 years and resides in New York, New York.

(II)   That on July 29, 2013, she caused the following documents to be served:

(a) *Objection of Monarch Alternative Capital LP, Stonehill Capital Management LLC, Bayview Fund Management LLC, CQS ABS Master Fund Limited And CQS ABS Alpha Master Fund Limited To Debtors' Motion Pursuant To Fed. R. Bankr. P. 9019 For Approval of The Settlement Agreement Among The Debtors, FGIC, The FGIC Trustees And Certain Institutional Investors* [Docket No. 4400];

(b) *Declaration of Paul V. Shalhoub In Support of Objection of Monarch Alternative Capital LP, Stonehill Capital Management LLC, Bayview Fund Management LLC, CQS ABS Master Fund Limited And CQS ABS Alpha Master Fund Limited To Debtors' Motion Pursuant To Fed. R. Bankr. P. 9019 For Approval of The Settlement Agreement Among The Debtors, FGIC, The FGIC Trustees And Certain Institutional Investors* [Docket No. 4402]; and

(c) *Notice of Presentment of Application of Monarch Alternative Capital LP, Stonehill Capital Management LLC, Bayview Fund Management LLC, CQS ABS Master Fund Limited And CQS ABS Alpha Master Fund Limited Pursuant To 11 U.S.C. § 107(b) And Rule 9018 of The Federal Rules of Bankruptcy Procedure To File The Unredacted Objection To Debtors' Motion Pursuant To Fed. R. Bankr. P. 9019 For Approval of The Settlement Agreement Among The Debtors, FGIC, The FGIC Trustees And Certain Institutional Investors Under Seal* [Docket No. 4403]

9458467.1

via electronic mail to the parties on **Exhibit A** and via first class mail to the parties listed on
**Exhibit B**

Alison R. Ambeault

Sworn to before me this
2nd day of August 2013

Notary Public

**JULIE GRACE PETIFORD**
Notary Public, State of New York
No. 01PE6266628
Qualified in New York County
Commission Expires August 6, 2016

**<u>EXHIBIT A</u>**

In re Residential Capital, LLC.
Case No. 12-12020 (MG)
Monthly Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AIG Asset Management US LLC | Attn Bassam | 80 Pine St | 26th Floor | New York | NY | 10017 | | 212-770-0949 212-770-8938 | | | Member of Official Committee of Unsecured Creditors |
| Akerman Senterfitt LLP | Andrew S Hartley | One Southeast Third Ave | | Miami | FL | 33131 | | 305-374-5600 305-374-5095 | | andrew.hartley@akerman.com | Counsel to EverBank |
| Akerman Senterfitt LLP | Susan F Balaschak & Neil Kreilo | 335 Madison Ave Ste 2600 | | New York | NY | 10017 | | 212-880-3800 212-880-8965 | | susan.balaschak@akerman.com; neil.kreilo@akerman.com | Counsel to EverBank |
| Akin Gump Strauss Hauer & Feld LLP | Daniel H Golden & David M Zensky & Abid Qureshi & Philip C Dublin & Rachel Ehrlich Albanese | One Bryant Park | | New York | NY | 10036 | | 212-872-1000 212-872-1002 | | dgolden@akingump.com; dzensky@akingump.com; aqureshi@akingump.com; pdublin@akingump.com | Special Counsel to UMB Bank, N.A., as successor indenture trustee under that certain Indenture, dated as of June 6, 2008 |
| Akin Gump Strauss Hauer & Feld LLP | Fred S Hodara & Robert A Johnson & Christopher W Carty | One Bryant Park | | New York | NY | 10036-6745 | | 212-872-1000 212-872-1002 | | cyarty@akingump.com | Counsel to Aurelius Capital Management LP |
| Aldine Independent School District | Courtney O Harris, Pamela H Walters | 14910 Aldine Westfield Rd | | Houston | TX | 77032 | | 281-985-6319 281-985-6321 | | charris@aldine.k12.tx.us | Attorneys for the Aldine Independent School District |
| Aldridge Olympos LLP | Bankruptcy Department | Fifteen Piedmont Center | 3575 Piedmont Rd NE Ste 500 | Atlanta | GA | 30305 | | 404-994-7400 888-244-7307 | | atlanta@aclawllp.com | |
| Allen & Overy LLP | Ken Coleman & John Kibler | 1221 Avenue of the Americas | | New York | NY | 10020 | | 212-610-6300 212-610-6399 | | ken.coleman@allenovery.com | PennyMac Loan Services, LLC |
| Allstate Life Insurance Company | Attn Peter A McElvain | 3075 Sanders Rd Ste G5A | | Northbrook | IL | 60062 | | 847-402-1477 847-402-8629 | | john.kibler@allenovery.com | Counsel to HSBC Bank USA, NA as Trustee of Certain Mortgage Backed Securities |
| Ally Financial Inc. | Jeffrey Brown Corporate Treasurer | 440 S Church St | #1100 | Charlotte | NC | 28202 | | 704-340-6133 | | jeff.brown@ally.com; william.b.solomon@ally.com | Member of Official Committee of Unsecured Creditors |
| Alston & Bird LLP | John C Weitnauer Esq | 1201 West Peachtree St | | Atlanta | GA | 30309-3424 | | 404-881-7000 404-253-8296 | | kit.weitnauer@alston.com | Secured Lender under the Secured Revolver and Line of Credit |
| Alston & Bird LLP | Martin G Bunin Esq & William Hao Esq | 90 Park Ave | | New York | NY | 10016 | | 212-210-9400 212-210-9444 | | marty.bunin@alston.com; william.hao@alston.com | Counsel to Wells Fargo Bank, NA, in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Alston & Bird LLP | William B Macurda | Bank of America Plaza Ste 4000 | 101 S Tryon St | Charlotte | NC | 28280-4000 | | 704-444-1000 704-444-1755 | | | Counsel to Wells Fargo Bank, NA, in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Assistant Attorney General | John Mark Stern bankruptcy & Collections Division | PO Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4868 | | john.stern@texasattorneygeneral.gov | Attorney for the Texas Comptroller of Public Accounts |
| Attorney General of the State of Michigan Bill Schuette | Juandisha M Harris Asst Attorney General | Cadillac Place Ste 10-200 | 3030 W Grand Blvd | Detroit | MI | 48202 | | 313-456-0140 313-456-6810 | | harrisj12@michigan.gov | Attorney General for the State of Michigan |
| Baker Spahr LLP | Sarah Schindler-Williams, Esquire | 1735 Market Street, 51st Floor | | Philadelphia | PA | 19103 | | 215-864-8638 215-864-8999 | | Sarah.Schindler@bakerbotts.com; jennifer.feldsher@bakerbotts.com | Attorney for PNC Bank NA |
| Bank of New York Mellon | Sarah Stout & Jennifer J Provenzano | 525 William Penn Place | | Pittsburgh | PA | 15259-0001 | | 412-234-7536 412-236-7844 | | Matthew.Barnason@BNYMellon.com; jennifer.provenzano@BNYMellon.com | Securitization/HELOC Trustee |
| Barclays Bank PLC | Joe Triacino & May Wong | 1301 Sixth Ave | | New York | NY | 10019 | | 212-320-7890 | | kingsbonds@barclays.com | Barclays Bank, PLC as administrative agent under the Pre-Petition GSAP Facility |
| Barclays Bank PLC | David M Powless | 1050 Connecticut Ave NW Ste 1500 | | Washington | DC | 20001 | | 302-300-3434 302-300-3435 | | kingsbonds@barclays.com | Counsel to USAA Federal Savings Bank |
| Barry B Essances JD MPA & Ann B Essances | | 3122 Pine Tree Dr | | Miami Beach | FL | 33140 | | | | | | Creditor |
| Bernstein Litowitz Berger & Grossmann LLP | David R Stickney & Jonathan D Uslaner & Matthew P Jubenville | 12481 High Bluff Dr Ste 300 | | San Diego | CA | 92130 | | 858-793-0700 858-793-0323 | | davids@blbglaw.com; jonathanu@blbglaw.com | Counsel to Cambridge Place Investments Management Inc. |
| Bernstein Litowitz Berger & Grossmann LLP | Jai K Chandrasekhar & Michael B Schaedle | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1400 212-554-1444 | | jai@blbglaw.com | Counsel to Cambridge Place Investments Management Inc. |
| Blank Rome LLP | | One Logan Square | | Philadelphia | PA | 19103 | | 215-569-5760 | | schaedle@blankrome.com | Counsel to an Ad Hoc Consortium of RMBS holders |
| Blank Rome LLP | Stanley B Tarr & Alan M Root c/o Ally Financial Inc, Attn Courtney Lowman | 1201 N Market Street, Suite 800 | | Wilmington | DE | 19801 | | 302-425-6400 302-425-6464 | | tarr@blankrome.com; root@blankrome.com | Counsel to the Examiner, Arthur J Gonzalez |
| BMMZ Holding LLC | | c/o Wellers Benker Brotheim & Vaughan P C | Mail Code 482-B12-996 | | | | | | | courtney.lowman@ally.com | Buyer under the Pre-Petition Ally Repo Facility |
| Brown Rudnick LLP | Edward S Weisfelner Gross | 200 Renaissance Center Ste 2600 City Center Square, 1100 Main | Suite 2600 | Detroit | MI | 48265-2000 | | 313-656-6711 | | | |
| Brown Rudnick LLP | | Seven Times Square | | Kansas City | MO | 64105 | | 816-421-8620 816-421-4747 | | hvargas@brownrudnick.com | Top 50 Creditors |
| Cadwalader Wickersham & Taft LLP | Gregory M Petrick & Ingrid Bagby | One World Financial Center | | New York | NY | 10036 | | 212-504-6000 212-504-6666 | | ingrid.bagby@cwt.com; gregory.petrick@cwt.com | Counsel to MBIA Insurance Corporation |
| Cadwalader Wickersham & Taft LLP | Mark C Ellenberg Esq | 700 Sixth St NW | | Washington | DC | 20001 | | 202-862-2200 202-862-2400 | | mark.ellenberg@cwt.com | Counsel to MBIA Insurance Corporation |
| Carey Deboracho & Quattrocchio Winold Planning | Bruce J Klotz Esq | 2340 130th Ave NE Ste D150 | | Bellevue | WA | 98005 | | 425-869-4040 425-869-4050 | | bruce.deboracho@cwt.com | Counsel to Carey Deboracho & Sauti |
| Carter Ledyard & Milburn LLP | Aaron R Cahn & Leonardo Trivigno | 2 Wall St | | New York | NY | 10005 | | 212-732-3200 212-732-3232 | | bankruptcy@clm.com | Counsel to an Ad Hoc Consortium of RMBS holders |
| Chadbourne & Parke LLP | Attn Howard Seife & David M LeMay & Robert J Gayda & Marc B Roitman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 212-541-5369 | | hseife@chadbourne.com; dlemay@chadbourne.com; rgayda@chadbourne.com | Counsel to the Official Committee of Unsecured Creditors |
| Citibank NA | | 390 Greenwich St 6th Fl | | New York | NY | 10013 | | 212-723-6753 646-291-5789 | | mroitman@chadbourne.com | Secured lender under the Mortgage Servicing Rights Facility |
| Cleary Gottlieb Steen & Hamilton LLP | Sean A O'Neal and Thomas J Moloney | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 212-225-3999 | | soneal@cgsh.com; tmoloney@cgsh.com; maofiling@cgsh.com | Special Counsel to Wilmington Trust National Association as Indenture Trustee for Various Series of Unsecured Notes |
| Clifford Chance US LLP | Jennifer C DeMarco & Adam Lesman | 31 West 52nd St | | New York | NY | 10019 | | 212-878-8000 212-878-8375 | | jennifer.demarco@cliffordchance.com; adam.lesman@cliffordchance.com | Counsel to Ocwen Loan Servicing LLC |
| Cohen Milstein Sellers & Toll PLLC | Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns | 88 Pine St 4th Fl | | New York | NY | 10005 | | 212-838-7797 212-838-7745 | | jlaitman@cohenmilstein.com; clometti@cohenmilstein.com; meisenkraft@cohenmilstein.com; drehns@cohenmilstein.com; krehns@cohenmilstein.com | Counsel to Lead Plaintiff |
| Cohn Birnbaum & Shea PC | Scott D Rosen | 100 Pearl St 12th Fl | | Hartford | CT | 06103 | | 860-493-2200 860-727-0361 | | srosen@cb-shea.com | Conflicts Counsel for the Debtors |
| Cole Schotz Meisel Forman & Leonard PA | Michael D Warner & Emily S Chou | 301 Commerce St Ste 1700 | | Fort Worth | TX | 76102 | | 817-810-5250 817-810-5255 | | mwarner@coleschotz.com; echou@coleschotz.com | Conflicts Counsel to the Debtors |
| Commonwealth of Pennsylvania, Department of Labor and Industry | Joseph Kots | Reading Bankruptcy & Compliance Unit | 625 Cherry St Rm 203 | Reading | PA | 19602-1152 | | 610-378-4511 610-378-4469 | | ra-li-ucts-bankrupt@state.pa.us | Commonwealth of Pennsylvania, Department of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) |
| Crowe & Dunlevy PC | William H Hoch | 20 N Broadway Ave, Ste. 1800 | | Oklahoma City | OK | 73102 | | 405-235-7700 405-239-6651 | | will.hoch@crowedunlevy.com | Counsel to Mid/first Bank |
| Curtis Mallet-Prevost Colt & Mosle LLP | Maryann Gallagher Esq | 101 Park Ave | | New York | NY | 10178-0061 | | 212-696-6000 212-697-1559 | | mgallagher@curtis.com | Conflicts Counsel to the Debtors |
| Curtis Mallet-Prevost Colt & Mosle LLP | Michael A Cohen Esq | 101 Park Ave | | New York | NY | 10178-0061 | | 212-696-6000 212-697-1559 | | macohen@curtis.com | Conflicts Counsel to the Debtors |
| Curtis Mallet-Prevost Colt & Mosle LLP | Steven J Reisman Esq | 101 Park Ave | | New York | NY | 10178-0061 | | 212-696-6000 212-697-1559 | | sreisman@curtis.com | Conflicts Counsel to the Debtors |
| David P Stich Esq. | | 521 Fifth Ave 17th Fl | | New York | NY | 10175 | | 646-588-4421 | | dpstich@gmail.com | Counsel to NY Regional Services LLC |
| Day Pitney LLP | Herbert A Ryder | 1 Jefferson Rd | | Parsippany | NJ | 07054-2891 | | 973-966-8130 973-966-1015 | | hryder@daypitney.com | Counsel to HP Enterprise Services LLC |
| Day Pitney LLP | James J Tancredi Esq | 242 Trumbull St | | Hartford | CT | 06103 | | 860-275-0100 860-275-0343 | | jtancredi@daypitney.com | Counsel to Connecticut Housing Finance Authority |
| Day Pitney LLP | Joshua W. Cohen | 1 Audubon St | | New Haven | CT | 06510 | | 203-752-5000 203-752-5001 | | jwcohen@daypitney.com | Counsel to Connecticut Housing Finance Authority |
| Dechert LLP | Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana | 1095 Avenue of the Americas | | New York | NY | 10036-6797 | | 212-698-3500 212-698-3599 | | glenn.siegel@dechert.com; hector.gonzalez@dechert.com; brian.greer@dechert.com; mauricio.espana@dechert.com | Counsel to Bank of New York Mellon Trust Company NA |
| Deutsche Bank | Rosa Mendez | Corporate Trust Department | 1761 E. St. Andrew Place | Santa Ana | CA | 92705-4934 | | 714-247-6309 714-656-1556 | | rosa.mendez@db.com | Securitization Trustee |

1 of 6    7/12/2013

In re Residential Capital, LLC.
Case No. 12-12020 (MG)
Monthly Service List

2 of 6

7/1/2013

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Deutsche Bank Trust Company Americas | Attn Brendan Meyer | Harborside Financial Center PO Box 12159 | | Jersey City | NJ | 07311-3901 | | 201-593-8945 | 646-502-4546 | brendan.meyer@db.com | Member of Official Committee of Unsecured Creditors |
| Deen J Nguyen | | 100 Razor Way MS: JCY09 0699 | | Westminster | CA | 92683 | | 714-242-5071 | | | Interested Party; Deen J Nguyen |
| Duane Morris LLP | Gerald S Catalanello Esq & James J Vincequerra Esq | 1540 Broadway | | New York | NY | 10036 | | 212-692-1000 | 212-692-1020 | gcatalanello@duanemorris.com; jvincequerra@duanemorris.com | Counsel to Ditech/Green Planet Servicing LLC |
| Fidelma Royba-Delaguero 2008 Trust | | 42265 Little Lake Rd | | Mendocino | CA | 94560 | | 920-476-8613 | | | Counsel to Fidelma Royba-Delaguero 2008 Trust |
| Fein Such & Crane LLP | Mark K Broyles Esq. | 28 East Main St Ste 1800 | | Rochester | NY | 14614 | | 585-232-7400 | 585-325-3119 | broylesmk@rcpblaw.com | Counsel to Bank of America NA, Aurora Loan Services & Residential Capital LLC |
| Fein Such & Crane LLP | Tammy L Terrell Benoza | 747 Chestnut Ridge Rd | Ste 200 | Chestnut Ridge | NY | 10977 | | 973-538-4700 x289 | 973-538-9915 | ttbsah@feinsuch.com | Counsel to GMAC Mortgage LLC |
| Fein Such & Crane LLP | Tammy L Terrell Benoza | 7 Century Dr Ste 201 | | Parsippany | NJ | 07054 | | 973-538-4700 x222 | | ttbsah@feinsuch.com | Counsel to GMAC Mortgage LLC; Counsel to Plantivore Loan Management Services, as service for Wells Fargo Bank, NA, Not in its individual Capacity but Solely as Trustee for the RMAC Trust, Series 2011-1T |
| Feldersten Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | 400 Capitol Mall, Suite 1450 | | Sacramento | CA | 95814 | | 916-329-7400 x202 | 916-329-7435 | ppascuzzi@ffwplaw.com | Counsel to California Housing Finance Agency |
| FDIC | Denise J Early | 3501 Fairfax Dr Rm VS-D-7078 | | Arlington | VA | 22226-3500 | | 703-562-2739 | | djearly@fdic.gov | Counsel to the FDIC |
| Flores & Saucedo PLLC | Christina Flores | 5917 McPherson Ste 14 | | Houston | TX | 77043 | | 956-729-7419 | 956-729-7490 | christina.flores.legal@gmail.com | Counsel to Hidalgo County Tax Department |
| Foley & Mansfield PLLP | Thomas J Lallier | 250 Marquette Ave Ste 1200 | | Minneapolis | MN | 55401 | | 612-338-8788 | 612-338-8690 | tlallier@foleymansfield.com | Counsel to TCF National Bank |
| Freddie Mac | Kannon W Kashrock Associate General Counsel | M/S202 | | McLean | VA | 22102 | | 703-903-2473 | 703-903-3662 | kannon_kashrock@freddiemac.com | Counsel to Freddie Mac |
| Freedom & Peters LLP | Devon J Eggert Esq | 311 S Wacker Dr Ste 3000 | | Chicago | IL | 60606-6677 | | 312-360-6000 | 312-360-6520 | deggert@freedomcredit.com | Counsel to Mercury (US) Inc. |
| Freedom & Peters LLP | Thomas R Fawkes Esq | 311 S Wacker Dr Ste 3000 | | Chicago | IL | 60606-6677 | | 312-360-6000 | 312-360-6520 | tfawkes@freedomcredit.com | Counsel to Mercury (US) Inc. |
| Fried Frank Harris Shriver & Jacobson | William C McGuinness & Israel David & Gary L Kaplan | 1 New York Plaza | | New York | NY | 10004 | | 212-859-8000 | 212-859-4000 | israel.david@friedfrank.com; gary.kaplan@friedfrank.com | Counsel to Ally Financial Underwriters |
| Gibbons PC | | One Gateway Center 9th Fl | | Newark | NJ | 07102-5310 | | 973-596-4500 | 973-596-0545 | bbonds@gibbonslaw.com | Counsel to Wells Fargo Bank, NA |
| Gibbons PC | Anastasia Piekos | One Pennsylvania Plaza 37th Fl | | New York | NY | 10119-3701 | | 212-613-2000 | 212-290-2018 | bbonds@gibbonslaw.com | Counsel to Wells Fargo Bank, NA |
| Globa & Burns LLP | Kathy D Patrick Esq & Scott A Humphries Esq | 1100 Louisiana Ste 5300 | | Houston | TX | 77002 | | 713-650-6805 | 713-750-0903 | kpatrick@gibbsbruns.com; shumphries@gibbsbruns.com | Counsel to Ad Hoc RMBS Holder Group |
| Globa & Burns, LLP | Kathy D. Patrick | 1100 Louisiana Ste 5300 | | Houston | TX | 77002 | | 713-650-6805 | | kpatrick@gibbsbruns.com | Counsel to Ad Hoc Investors |
| Gibson Dunn Crutcher | David M Feldman & Joshua Weisser | 200 Park Ave | | New York | NY | 10166-0193 | | 212-351-4000 | 212-351-4035 | jweisser@gibsondunn.com | Counsel to Amherst Advisory & Management |
| Ginnie Mae | Ted Tozer | 550 12 St SW | 3rd Floor | Washington | DC | 20024 | | 202-485-5010 | | theodore.w.tozer@hud.gov | GSE - Ginnie Mae |
| Grant & Eisenhofer PA | Geoffrey C Jarvis Matthew P Morris & Deborah A Elman | 485 Lexington Ave 29th Fl | | New York | NY | 10017 | | 646-722-8500 | 646-722-8501 | gjarvis@gelaw.com; mmorris@gelaw.com; delman@gelaw.com | Counsel to John Hancock Life Insurance Company (U.S.A.), John Hancock Life Insurance Company (U.S.A.) Separate Account 6A & John Hancock Life Insurance Company (U.S.A.) Separate Account 131 |
| Guttman Malchiou Chweimadkiak | Brian C Chwwmndkial | 22900 Fletcher Ave, No. 16 | | Fort Lee | NJ | 07024 | | 201-944-2360 | 201-944-1437 | brian@... | Counsel to Mercury (US) Inc. |
| Heshayn & Culbertson HP Enterprise Services LLC | All Ryan Aekin / Ayala Hassell Esq | 700 Third Ave 4th Fl | | New York | NY | 10017 | | 212-471-8200 | 212-935-1166 | ayala.hassell@hp.com | Counsel to Gray & Associates, Duncan O Chelney, Jay Pitner, Michael Riley, and William Foshag Adv Case 13-01208; Counsel to HP Enterprise Services LLC |
| Hunton & Williams LLP | Richard P Norton & Robert A Rich | 200 Park Avenue 53rd Fl | | New York | NY | 10166 | | 212-309-1000 | | rnorton@hunton.com; rrich@hunton.com | Counsel to Newport Management Corporation |
| IBM Corporation | Attn Shawn Nordg | 1360 Renna Levesque W Ste 500 | | Montreal | QC | H3G 2W6 | Canada | 514-964-0544 | 845-491-0502 | | Counsel to IBM Corporation |
| Imperial County Tax Collector | Joseph Corrigan | 940 W Main St Ste 106 | | El Centro | CA | 92243 | | 760-482-4271 | 760-352-7805 | josephcorrigan@co.imperial.ca.us | County of Imperial California |
| Iron Mountain Information Management Inc | | 745 Atlantic Ave | | Boston | MA | 02111 | | 617-535-4766 | 617-451-0409 | | Iron Mountain Information Management Inc |
| John Giampoli County Attorney of Nassau County | Patrick M Gallagher Carl E Black | 1 West St | | Mineola | NY | 11501 | | 516-571-3010 | | cgallagher@nassaucountyny.gov | Counsel to Attorney of Nassau County |
| Jones Day | Corinne Ball, Richard L Wynne & Lance E Miller | 901 Lakeside Ave | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | cball@jonesday.com | Counsel to Financial Guaranty Insurance Company |
| Jones Day | | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | | Counsel to Financial Guaranty Insurance Company |
| Kasowitz, Benson, Torres & Friedman LLP | Andrew K Glenn, Matthew B Stein, Daniel A Fliman & Nii Amar Amamoo | 1633 Broadway | | New York | NY | 10019 | | 212-506-1700 | 212-506-1800 | aglenn@kasowitz.com; mstein@kasowitz.com; dfliman@kasowitz.com; namamoo@kasowitz.com | Counsel to the Federal Housing Finance Agency as Conservator of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation |
| KATHLEEN G CULLY | Kathleen G Cully | 180 Cabrini Blvd No. 126 | | New York | NY | 10033-1167 | | 212-417-9862 | 800-979-0423 | kgcully@kcully.com | Counsel to Lorraine McNally |
| Keithy Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | KDWBankruptcyDepartment@kelleydrye.com | Counsel to Securities Investors Trustee to the Debtors' Prepetition Junior Secured Notes |
| Keesler Topaz Meltzer & Check LLP | Edward W Ciolko Donna Siegel Moffa | 280 King of Prussia Rd | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | eciolko@ktmc.com; dmoffa@ktmc.com | Counsel to Plaintiffs and the Putative Class |
| Kilpatrick & Associates PC | Richardo I Kilpatrick | 903 North Opdyke Rd Ste C | | Auburn Hills | MI | 48326 | | 248-377-0700 | | ecf@kaalaw.com | Counsel to Oakland County Treasurer; Counsel to Wayne County Treasurer |
| King & Spalding LLP | W. Austin Jowers & Paul K. Ferdinands & Thaddeus D. Wilson | 1180 Peachtree Street N.E. | | Atlanta | GA | 30309 | | 404-572-4600 | 404-572-5100 | ajowers@kslaw.com; pferdinands@kslaw.com; thadwilson@kslaw.com | Counsel to Lone Star U.S. Acquisitions, LLC |
| KIRBY McINERNEY LLP | Mark A Strauss & J Brandon Walker | 825 Third Ave 16th Fl | | New York | NY | 10022 | | 212-371-6600 | 212-751-2540 | mstrauss@kmllp.com; bwalker@kmllp.com | Counsel to London Roffdiath, Jennifer Davidson, Robert Davidson, Individually and on Behalf of All Others Similarly Situated |
| Kirkland & Ellis | Judson Brown | 655 Fifteenth St NW | | Washington | DC | 20005-5793 | | 202-879-5000 | 202-879-5200 | judson.brown@kirkland.com | Counsel to Ally Bank, Case No. 12-01934 |
| Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | | New York | NY | 10022 | | 212-446-4770 | 212-446-4900 | richard.cieri@kirkland.com | Counsel to Ally Financial in Adv. Case No. 12-01934 |
| Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | 601 Lexington Ave | | New York | NY | 10022-4611 | | 212-446-4800 | 212-446-4900 | rschrock@kirkland.com; stephen.hessler@kirkland.com | Counsel to the Equity Security Holders (Ally Financial and Ally Bank) |
| Kissested & Winters LLP | Attn Tracy L Klestadt & Joseph C Corneau | 570 Seventh Ave 17th Fl | | New York | NY | 10018 | | 212-972-3000 | 212-972-2245 | tklestadt@klestadt.com; jcorneau@klestadt.com | Counsel to Tracy L Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc and Alliance Bancorp |

In re Residential Capital, LLC.
Case No. 12-12020 (MG)
Monthly Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kozeny, McCubbin & Katz, LLP | Jordan S Katz | 395 N Service Rd | Ste 401 | Melville | NY | 11747 | | 631-454-8059 | 631-454-8169 | jsny@mrclaw.net | Counsel to Wells Fargo Bank NA as Trustee in Trust for SASCO 2007-MLN1 Trust Fund; Select Portfolio Servicing Inc as Servicers for US Bank NA as Trustee on behalf of the holders of the Home Equity Asset Trust 2006-4 Home Equity Pass Through Certificates, Series 2006-4; Select Portfolio Servicing Inc as Servicers for US Bank NA as Trustee on behalf of the First Franklin Mortgage Loan Trust Mortgage Pass Through Certificates, Series 2005-FF9 |
| Kramer Levin Naftalis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal & Jeffrey Trachtman | 1177 Avenue of the Americas | | New York | NY | 10036 | | 212-715-9100 x4115 | 646-454-4166 | keckstein@kramerlevin.com tmayer@kramerlevin.com dmannal@kramerlevin.com jtrachtman@kramerlevin.com | Counsel to the Official Committee of Unsecured Creditors |
| Kriss & Feuerstein LLP | Jason S Leibowitz | 360 Lexington Ave Ste 1200 | | New York | NY | 10017 | | 212-661-2900 | | jleibowitz@kandfllp.com | Counsel to Wachovia Bank NA as Trustee for the Security National Mortgage Loan Trust 2004-2 |
| Kurtzman Carson Consultants | P Joe Morrow | 2335 Alaska Ave | | El Segundo | CA | 90245 | | | | rescaphub@kccllc.com | Claims and Noticing Agent |
| Lapp Libra Thomson Stoebner & Pusch | David A Libra Esq | 120 South Sixth St Ste 2500 | | Minneapolis | MN | 55402 | | 612-343-4961 | 612-338-9651 | dlibra@lapplibra.com | Counsel to Homebridge Holdings LLC |
| Law Debenture Trust Company of New York | James D Heaney Managing Director | 400 Madison Ave | | New York | NY | 10017 | | 646-747-1252 | | james.heaney@lawdeb.com | Law Debenture Trust Company of New York |
| Law Offices of Christopher E. Green | Christopher E. Green | Two Union Square Suite 4285 | 601 Union Street | Seattle | WA | 98101 | | 206-686-4558 | 206-686-2558 | | Counsel to Interested Party, Mary Stevens White |
| Law Offices of Richard Sax | Richard Sax | 448 Sebastopol Ave | | Santa Rosa | CA | 95401 | | 707-525-1824 | 707-525-8119 | rich@richardsaxlaw.com | Counsel to Creditor Julio Soto |
| Law Offices of Robert E Luna PC | Andrea Sheehan | 4411 N Central Expressway | | Dallas | TX | 75205 | | 214-521-6000 | 214-521-1738 | sheehan@txschoollaw.com | Counsel to Garland Independent School District and Lewisville Independent School District |
| Leopold & Associates PLLC | Saul Leopold & Philip Mahony | 80 Business Park Dr Ste 110 | | Armonk | NY | 10504 | | 914-219-5787 | | | |
| Linebarger Goggan Blair & Sampson LLP | Diana W Sanders | PO Box 17428 | | Austin | TX | 78760 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Round Rock, South Texas ISD, South Texas County |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | | 214-880-0089 | 469-221-5002 | dallas.bankruptcy@publicans.com | Counsel to Dallas County |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman Esq | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston.bankruptcy@lgbs.com | Counsel to Texas Taxing Authorities - Katy ISD, Matagorda County, Cypress-Fairbanks ISD, Tyler County, Cleveland ISD, Fort Bend County, Montgomery County, Harris County, Galveston County, Orange County, Counsel to Taxing Authorities |
| Locke Lord LLP | C Davin Boldissar | 3 World Financial Center | | New York | NY | 10281-2101 | | 212-812-8342 | 212-812-8372 | dboldissar@lockelord.com | Interested Party |
| Loeb & Loeb LLP | Walter H Curchack, Vadim J Rubinstein & Debra W Minoff | 345 Park Ave | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | wcurchack@loeb.com vrubinstein@loeb.com dminoff@loeb.com | Counsel to Wilmington Trust NA, as Indenture Trustee |
| Lowenstein Sandler PC | Andrew Behlmann | 1251 Avenue of the Americas 18th Fl | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | abehlmann@lowenstein.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company, and Cambridge Place Investments Management Inc. |
| Lowenstein Sandler PC | Andrew Behlmann | 65 Livingston Ave | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2481 | abehlmann@lowenstein.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company, and Cambridge Place Investments Management Inc. |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | 1251 Avenue of the Americas 18th Fl | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com ilevee@lowenstein.com | Counsel to Lead Plaintiffs in the Union Central Life Insurance Company, and Cambridge Place Investments Management Inc. & Counsel to Plaintiffs and the Putative Class |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | 65 Livingston Ave | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2481 | metkin@lowenstein.com ilevee@lowenstein.com | Counsel to Lead Plaintiffs in the Union Central Life Insurance Company, and Cambridge Place Investments Management Inc. & Counsel to Plaintiffs and the Putative Class |
| Magnozzi & Kye LLP | Amish R Doshi Esq | 23 Green St Ste 302 | | Huntington | NY | 11743 | | 631-923-2858 | | adoshi@magnozzikye.com | Counsel to Oracle America Inc. |
| Manatee County Tax Collector | Susan D Profant & Ken Burton Jr | 1004 Chase Manhattan Plaza | | Ellenton | FL | 34222 | | 941-741-4832 | 941-721-2008 | susanp@taxcollector.com | Counsel to Manatee County Tax Collector |
| Marino Tortorella & Boyle PC | Kevin H Marino & John A Boyle | 437 Southern Boulevard | | Chatham | NJ | 07928-1488 | | 973-824-9300 | 973-824-8425 | kmarino@khmarino.com jboyle@khmarino.com | Stanley & Co. LLC |
| McCREARY, VESELKA, BRAGG & ALLEN, P.C. | Lee Gordon | PO Box 1269 | | Round Rock | TX | 78680 | | 512-323-3200 | 512-323-3205 | lgordon@mvbalaw.com | Counsel to Texas Ad Valorem Taxing Jurisdictions |
| McKool Smith PC | Atn: Paul D Moak | 600 Travis St., Suite 7000 | | Houston | TX | 77002 | | 713-485-7300 | 713-485-7344 | pmoak@McKoolSmith.com | Counsel to GSE - Freddie Mac |
| McKool Smith PC | Michael R Carney | One Bryant Park 47th Fl | | New York | NY | 10036 | | 212-402-9400 | 212-402-9444 | mcarney@McKoolSmith.com | Counsel to GSE - Freddie Mac |
| McKool Smith PC | Paul D Moak | 600 Travis St., Suite 7000 | | Houston | TX | 77002 | | 713-485-7300 | 713-485-7344 | pmoak@McKoolSmith.com | Counsel to Freddie Mac |
| Menter Rudin & Trivelpiece PC | Kevin M Newman | 308 Maltbie St Ste 200 | | Syracuse | NY | 13204-1439 | | 315-474-7541 | 315-474-4040 | knewman@menterlaw.com | Counsel to Xerox Corporation and Xerox Business Services Inc. |
| Milbank, Tweed, Hadley & McCloy LLP | Gerard Laszlo | 1 Chase Manhattan Plaza | | New York | NY | 10005 | | 212-530-5670 | 212-822-5670 | glaszlo@milbank.com | Counsel for PNC Bank, National Association and Noteholders |
| Missouri Department of Revenue | Atn: Steven A Ginther Esq | Bankruptcy Unit | PO Box 475 | Jefferson City | MO | 65105-0475 | | 573-751-5531 | 573-751-7232 | sdnsdag@dor.mo.gov | Counsel to Missouri Department of Revenue |
| Morgan Lewis & Bockius LLP | James L Garrity Jr | 101 Park Ave | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | jgarrity@morganlewis.com | Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust |

3 of 6

7/10/2013

In re Residential Capital, LLC.
Case No. 12-12020 (MG)
Monthly Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Morgan Lewis & Bockius LLP | Michael S Kraut | 101 Park Ave | | New York | NY | 10178-0600 | | 212-309-6000 | 212-309-6001 | michael.kraut@morganlewis.com | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust |
| Morgan Lewis & Bockius LLP | Patrick D Fleming | 101 Park Ave | | New York | NY | 10178-0600 | | 212-309-6000 | 212-309-6001 | patrick.fleming@morganlewis.com | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust |
| Morganroth & Morganroth PLLC | Meyer Morganroth & Jeffrey B | 344 N Old Woodward Ave Ste 200 | | Birmingham | MI | 48009 | | 248-864-4000 | 248-864-4001 | mmorganroth@morganrothlaw.com; jmorganroth@morganrothlaw.com | Counsel to Mary Critchley |
| Moritt Hock & Hamroff LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | 516-873-2010 | lberkoff@moritthock.com | Counsel to GMI Watertm Reconveyance Corporation |
| Morrison & Foerster LLP | Attn Tammy Hamzehpour / Lauren M Mashkevitz, Gary S Lee & Lorenzo Marinuzzi & Mayank B Sabaghi | 1290 Avenue of the Americas | | New York | NY | 10104 | | 212-468-8000 | 212-468-7900 | thamzehpour@mofo.com; gslee@mofo.com; lmarinuzzi@mofo.com; mjnicroni@mofo.com | Residential Capital LLC |
| Morrison & Foerster LLP | | 1290 Avenue of the Americas | | New York | NY | 10104 | | 212-468-8000 | 212-468-7900 | Gary Lee: glee@mofo.com; Larren Nashelsky: lnashelsky@mofo.com; Lorenzo Marinuzzi: lmarinuzzi@mofo.com; Jordan A Wishnew: jwishnew@mofo.com; Norman S Rosenbaum: nrosenbaum@mofo.com | Counsel to the Debtors |
| Morrison Cohen LLP | Joseph T Moldovan Esq | 909 Third Ave | | New York | NY | 10022 | | 212-735-8600 | 212-735-8708 | bankruptcy@morrisoncohen.com; jmoldovan@morrisoncohen.com | Counsel to Independent Directors of the Residential Capital, LLC |
| Moss & Kalish PLLC | David D Gottlieb | 122 E 42nd St Ste 2100 | | New York | NY | 10168 | | 212-267-4488 | 212-983-5378 | ddg@mosskalish.com | Interested Party |
| Munger Tolles & Olson LLP | Seth Goldman | 355 S Grand Ave | | Los Angeles | CA | 90071 | | 213-683-9100 | | seth.goldman@mto.com | Counsel to Berkshire Hathaway Inc |
| Munger Tolles & Olson LLP | Thomas B Walper | 355 S Grand Ave | | Los Angeles | CA | 90071 | | 213-683-9100 | | thomas.walper@mto.com | Counsel to Berkshire Hathaway Inc |
| Office of Attorney General | Carol E Momjian | Senior Deputy Attorney General | 21 S 12th Street, 3rd Floor | Philadelphia | PA | 19107-3603 | | 215-560-2128 | 215-560-2202 | cmomjian@attorneygeneral.gov | Counsel to Commonwealth of Pennsylvania, Department of Revenue |
| Office of Shabbir A Khan | Phoraay Maarbath | 44 N San Joaquin St Ste 160 | PO Box 2169 | Stockton | CA | 95202 | | 209-468-2780 | 209-468-2158 | attorney@sjcda.org | County of San Joaquin |
| Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | The Capital | | Albany | NY | 12224-0341 | | 518-474-5481 | | enid.stuart@OAG.State.NY.US | Office of the New York Attorney General |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | | New York | NY | 10007 | | 212-637-2200 | 212-637-2685, 914-993-1980, 914-993-1900 | preet.contact@usdoj.gov | Office of the United States Attorney for the Southern District of NY |
| Patterson Belknap Webb & Tyler LLP | David W Dykhouse & Brian P Guiney | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | 212-336-2222 | dwdykhouse@pbwt.com; bguiney@pbwt.com | Counsel to Ambac Assurance Corporation |
| Paul N Papas II | | 4727 E Bell Rd Ste 45-390 | | Phoenix | AZ | 85032 | | 602-492-2016 | | Paul_Papas@myhouse2home.com | Counsel to Paul N Papas II |
| Peitzman Weg LLP / Parker Dunn & Mott LLP | | PO Box 19430 | | Kingston | TX | 70094-0430 | | 817-461-3344 | 817-860-6509 | jrp@knolton.com | Counsel to Johnson County et al, Richardson ISD |
| Pillsbury Winthrop Shaw Pittman LLP | Brandon Johnson | | PO Box 2824 | San Francisco | CA | 94126 | | 415-983-1000 | 415-983-1200 | brandon.johnson@pillsburylaw.com | |
| Placer County Office of the Treasurer-Tax Collector | Jenny McMurtry Deputy Tax Collector | 2976 Richardson Dr | | Auburn | CA | 95603 | | 530-889-4123 | 530-889-4123 | | Placer County Tax Collector |
| Polsinelli Shughart PC | Daniel J Flanigan & Jason A Nagi | 805 Third Ave Ste 2020 | | New York | NY | 10022 | | 212-684-0199 | 212-759-5200 | dflanigan@polsinelli.com; jnagi@polsinelli.com | Counsel to Proposed Counsel to the Plaintiffs and the Putative Class |
| Proskauer Rose LLP | Irena M Goldstein | Eleven Times Square | | New York | NY | 10036 | | 212-969-3000 | 212-969-2900 | igoldstein@proskauer.com | Counsel to Mourial Guaranty Municipal Corp |
| Proskauer Rose LLP | Scott K Rutsky & Jared D Zajac | Eleven Times Square | | New York | NY | 10036 | | 212-969-3000 | 212-969-2900 | srutsky@proskauer.com; jzajac@proskauer.com | Counsel to Dallas CPT Fee Owner LP |
| Quinn Emanuel Urquhart & Sullivan LLP | Daniel L Brockett & David O Burnett | 51 Madison Ave 22nd Fl | | New York | NY | 10010 | | 212-849-7000 | 212-849-7100 | danbrockett@quinnemanuel.com; davidburnett@quinnemanuel.com; jeremyandersen@quinnemanuel.com | Counsel to The Prudential Insurance Company of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Assurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio |
| Quinn Emanuel Urquhart & Sullivan LLP | Eric D Winston & Jeremy D Anderson | 865 S Figueroa St 10th Fl | | Los Angeles | CA | 90017 | | 213-443-3000 | 213-443-3100 | ericwinston@quinnemanuel.com | Counsel to The Prudential Insurance Company of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Assurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio |
| Reilly Pozner LLP | Michael A Rollin | 1900 16th St Ste 1700 | | Denver | CO | 80202 | | 303-893-6100 | 303-893-6110 | mrollin@rplaw.com | Counsel to AIG Asset Management (US) LLC |
| Reilly Pozner LLP | | | | | | | | | | | Counsel to Lehman Brothers Holdings Inc |
| Robbins Geller Rudman & Dowd LLP | Christopher M Wood | One Montgomery Street Ste 1800 | Post Montgomery Center | San Francisco | CA | 94104 | | 415-288-4545 | 415-288-4534 | cwood@rgrdlaw.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp, and Acacia Life Insurance Company |

In re Residential Capital, LLC.
Case No. 12-12020 (MG)
Monthly Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Robbins Geller Rudman & Dowd LLP | Steven W Pepich | 655 West Broadway Ste 1900 | | San Diego | CA | 92101 | | 619-231-1058 | 619-231-7423 | stevep@rgrdlaw.com; darren@brownpc.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp and Acacia Life Insurance Company |
| Robert E Brown PC | | 44 Wall St 12th Fl | | New York | NY | 10005 | | 212-766-9779 | | | Counsel to Certain Homeowners Claimants |
| Romero Law Firm | Martha E Romero | 6516 Bright Ave | | Whittier | CA | 90601 | | 562-907-6800 | 562-907-6820 | romero@mromerolawfirm.com | Counsel to Secured Creditor County of San Bernardino, California, a California Taxing Authority |
| Ropes & Gray LLP | D Ross Martin Esq & Keith H Wofford Esq | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | 212-596-9000 | 212-596-9090 | dross.martin@ropesgray.com | Counsel to Ad Hoc RMBS Holder Group |
| Ropes & Gray LLP | D. Ross Martin | Prudential Tower | 800 Boylston Street | Boston | MA | 02199 | | | | Ross.martin@ropesgray.com | Counsel to the Institutional Investors |
| Rowell Trueman as Representative for the Plaintiffs Brian Kessler et al | | 3725 N Indiana | | Kansas City | MO | 64117 | | 816-726-4815 | 816-523-3030 | | Member of Official Committee of Unsecured Creditors |
| Samuel I White PC | Donna Alapester Esq | 5040 Corporate Woods Dr Ste 120 | | Virginia Beach | VA | 23462 | | 757-490-9284 | 757-497-8023 | dhall@siwpc.com | Counsel to Samuel I White PC |
| Samuel I White PC | Donna J Hall Esq | 5040 Corporate Woods Dr Ste 120 | | Virginia Beach | VA | 23462 | | 757-457-1485 | 757-497-1188 | dhall@siwpc.com | Counsel to Samuel I White PC |
| Scarinci & Hollenbeck LLC | Joel R Glucksman Esq | 1100 Valley Brook Ave | PO Box 790 | Lyndhurst | NJ | 07071-0790 | | 201-896-4100 | | jglucksman@scarincihollenbeck.com | Counsel to the City of Union City, New Jersey and Counsel to Township of Weehawken |
| Schiffrin Stone & Dolan LLP | Bernette D Kramer | 26 Broadway, 19th Floor | | New York | NY | 10004 | | 212-344-5400 | | | Counsel to Certain Homeowners Claimants |
| Schnader Harrison Segal & Lewis LLP | Barry Bressler & Richard A Barkasy | 1600 Market St Ste 3600 | | Philadelphia | PA | 19103-7286 | | 215-751-2060 | 215-751-2205 | bbressler@schnader.com; rbarkasy@schnader.com | Securities and Exchange Commission - New York Regional Office |
| Schnader Harrison Segal & Lewis LLP | Adam C Harris | 140 Broadway Ste 3100 | | New York | NY | 10005-1101 | | 212-973-8000 | 212-972-8798 | adcom@schnader.com | Counsel to Liberty Property Limited Partnership |
| Schulte Roth & Zabel LLP | Howard O Godnick | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | adam.harris@srz.com | Counsel to Liberty Property Limited Partnership |
| Schulte Roth & Zabel LLP | Marguerite Gardiner | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | howard.godnick@srz.com | Counsel to Centerbridge Capital Management LP |
| Schulte Roth & Zabel LLP | Michael O Cutini | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | marguerite.gardiner@srz.com | Counsel to Centerbridge Capital Management LP |
| Schulte Roth & Zabel LLP | | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | michael.cutini@srz.com | Counsel to Centerbridge Capital Management LP |
| Schulte Roth & Zabel LLP | | 919 Third Ave | | New York | NY | 10022 | | 212-417-4285 | 212-417-2368 | | Counsel to Centerbridge Capital Management LP |
| Secretary of State | | 123 William St | | New York | NY | 10038-3804 | | 518-474-1418 | | | Secretary of State |
| Secretary of State, Division of Corporations | | 99 Washington Ave Ste 600 | One Commerce Plz | Albany | NY | 10601 | | 518-473-2492 | 518-474-1418 | 80777-6917; 80777-6917 | Secretary of State, Division of Corporations |
| Securities & Exchange Commission / Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 100 F St NE | | Washington | DC | 20549 | | 202-942-8088 | 202-772-9319 | secbankruptcy@sec.gov; newyork@sec.gov | Securities and Exchange Commission - Headquarters |
| Seward & Kissel LLP | Greg S Bateman & Dale C Christensen Jr & Edgar Platt & Thomas Ross Trust Company | 3 World Financial Center Ste 400 | One Battery Park Plaza | New York | NY | 10281-1022 | | 212-336-1100 | 212-336-1300 | bateman@sewkis.com; christensen@sewkis.com; platt@sewkis.com; ross@sewkis.com; hooper@sewkis.com | Wells Fargo Bank, N.A., as collateral agent for the Prepetition Junior Secured Notes, as collateral agent for the Prepetition Ally Revolver, and as collateral control agent under the Intercreditor Agreement, dated as June 6, 2008, Counsel to Law Debenture Trust Company of New York, as Indenture Trustee |
| Seward & Kissel LLP | Ronald L Cohen Kalyan Das Mark D Kotwick Arlene H Alves & Laurie R Binder | One Battery Park Plaza | | New York | NY | 10004 | | 212-574-1436 | 212-480-8421 | cohen@sewkis.com; das@sewkis.com; kotwick@sewkis.com; alves@sewkis.com | Counsel to US Bank National Association as Securitization Trustee; Counsel to US Bank as Indenture Trustee; & Counsel to US Bank NA as Trustee of Certain Mortgage Backed Securities Trusts |
| Shaffeman & Feldman LLP | Joel M Shafferman Esq | 286 Madison Ave 9th Fl | | New York | NY | 10017 | | 212-575-9822 | 212-575-9855 | binder@sewkis.com | Counsel to NYCTL 2011-A Trust |
| Shapiro Bass Wasserman & Gora PA | Thomas A Connell Esq | 7000 Glades Rd Ste 400 | | Boca Raton | FL | 33434 | | 516-477-7800 | 516-477-7722 | shafferman@shaffermanfeldman.com | Counsel to Petra Finance LLC |
| Streetman & Sterling LLP | Fredric Scarnick & Susan A Fennessey | 599 Lexington Ave | | New York | NY | 10022 | | 212-848-4000 | 646-848-7179 | fscarnick@shearman.com | Counsel to Citibank NA |
| Shein Wexner & Rich LLP | Alan Pralat Datta | 1 Old Country Rd, Ste 113 | | Carle Place | NY | 11514 | | 516-742-1212 | 516-742-6295 | apdatta@msnlaw.com | Counsel to Onewest Bank FSB, US Bank NA as Trustee for Credit Suisse First Boston Mortgage Acceptance Corp, Mortgage Pass-Through Certificates, Series 2006-1; Sun Trust Mortgage, Inc. |
| Stinson Morrison Hecker LLP | Andrew W. Muller | 1201 Walnut, Ste. 2900 | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | amuller@stinson.com | Counsel to Bank of the West |
| Sullivan Hazeltine Allinson LLC | William A Hazeltine Esq | 901 N Market St Ste 1300 | | Wilmington | DE | 19801 | | 302-428-8191 | 302-428-8195 | whazeltine@sha-llc.com | Counsel to Mortgage Electronic Registration Systems Inc and MERSCORP Inc |
| Talcott Franklin P.C. | Atm. Talcott J. Franklin | 208 N. Market Street, Suite 200 | | Dallas | TX | 75202 | | 214-736-8730 | 877-577-1356 | tal@talcottfranklin.com | Counsel to Institutional Investors & an Ad Hoc Consortium of RMBS holders |
| Talcott Franklin P.C. | Derek B White | 208 N. Market Street, Suite 200 | | Dallas | TX | 75202 | | 214-736-8730 | 877-577-1356 | derek@talcottfranklin.com | Counsel to an Ad Hoc Consortium of RMBS holders |
| TCF National Bank | Jay Teitelbaum Esq | 2001 Lake St | 1 Barker Ave Third Fl | Wayzata | MN | 55391 | | 952-745-2716 | | | Counsel to TCF National Bank |
| Tenenbaum & Saboon LLC | c/o The Internal Revenue Office | 950 Pennsylvania Ave NW | | White Plains | NY | 10601 | | 914-437-7670 | 914-437-7672 | jteitelbaum@tblawllp.com | Counsel to JPMorgan Chase Bank, NA |
| The Internal Revenue | Asset-Backed Securities Group | 101 Barclay St 4W | PO Box 2003 | Minneapolis | MN | 55402-0077 | | 615-530-2504 | 615-741-3353 | dinterner@bnymellon.com | Indenture Trustee under the Pre-Petition GSAP Facility |
| The Bank of New York Mellon | Atm Robert H Major Vice President | 6525 West Campus Oval | | New Albany | OH | 43054 | | 614-775-5278 | 614-775-5638 | robert.major@bnymellon.com | Member of Official Committee of Unsecured Creditors |
| The Canada Trust Company | Susan Khokher | 79 Wellington Street, West, 8th Floor Centre | 11-23 Broadway Ste 301 | Toronto | ON | M5K 1A2 | Canada | 416-308-3825 | 416-983-2944 | susan.khokher@cibcmellon.com | Securitization Trustee |
| The Meyers Law Firm | Kay D Brock Assistant Travis County Atty | PO Box 1748 | | Austin | TX | 78767 | | 512-854-9513 | 512-854-4808 | | Counsel to Tina Morton Travis County Tax Assessor Collector |
| Travis County Attorney | Atm. Marnie K Scott & David A Jason | 190 S. LaSalle Street | | Chicago | IL | 60603 | | 312-332-6578 | | | Member of Official Committee of Unsecured Creditors |
| U.S. Bank National Association | Michelle Moeller | 60 Livingston Ave | | St. Paul | MN | 55107 | | 651-495-3839 | 866-869-1024 | mamie.scott@usbank.com | Securitization/HELOC Trustee |
| U.S. Bank National Association | Tanner Ashraf, Corporate Trust Services | 60 Livingston Ave, EP-Mn-WSSD | | St. Paul | MN | 55107 | | 651-495-3982 | 866-631-7910 | michelle.moeller@usbank.com | Securitization/HELOC Trustee |
| U.S. Bank National Association | | West Side Flats, EP-Mn-WSSD | 1100 L Street NW, Room 2207 | St. Paul | MN | 55107 | | 651-495-3982 | | tanya.ashraf@usbank.com | Securitization/HELOC Trustee |
| US Trustee for the Southern District of NY | Atm Glenn D. Gillette | 201 Varick St Ste 1006 | Civil Division | New York | NY | 10014 | | 212-510-0500 | 212-668-2255 | Glenn.Gillett@usdoj.gov | Counsel to GSE / Ginnie Mae |
| U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 | | 202-514-2063 | 202-307-6777 | AskDOJ@usdoj.gov | Office of the United States Attorney General |
| U.S. Department of Justice | Mark R Flannagan | 1010 Grand Blvd, 4th Floor | | Kansas City | MO | 64106 | | 816-960-3009 | 816-426-7227 | Mark.Flannagan@usdoj.gov | Successor Administrative Trustee to the Director's Prepetition Junior Secured Notes |
| UMB Bank NA / United States Attorney's Office for the Southern District of New York civil Division | Atm Joseph Cordaso | 86 Chambers St 3rd Fl | | New York | NY | 10007 | | 617-603-6442 | 617-603-6644 | joseph.cordaro@usdoj.gov | Counsel to the United States of America |
| US Bank National Association | James H Byrnes | 1 Federal St 3rd Fl | | Boston | MA | 02110 | | 617-603-6442 | 617-603-6644 | james.byrnes@usbank.com | US Bank as Trustee for Certain Mortgage-Backed Securities Trusts |
| US Bank National Association | Laura L Moran | 1 Federal St 3rd Fl | | Boston | MA | 02110 | | 617-603-6451 | 617-603-6644 | michelle.moran@usbank.com | US Bank as Trustee for Certain Mortgage-Backed Securities Trusts |
| US Trustee for the Southern District of ... | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 201 Varick St Ste 1006 | | New York | NY | 10014 | | 212-510-0500 | 212-668-2255 | Tracy.Davis@usdoj.gov; Linda.Riffkin@usdoj.gov; brian.masumoto@usdoj.gov | Office of the United States Trustee for the Southern District of NY |
| Walters Bender Stohbehn & Vaughan PC | J Michael Vaughan & David M Skeens | 2500 City Center Square | 1100 Main St | Kansas City | MO | 64105 | | 816-421-6620 | 816-421-4747 | mvaughan@wbsvlaw.com; dskeens@wbsvlaw.com | Counsel to Representative Plaintiffs and the Putative Class |
| West Ostroj & Menjes LLP | Gary T Holtzer | 767 Fifth Ave | | New York | NY | 10153 | | 212-310-8000 | 212-310-8007 | gary.holtzer@weil.com | Counsel to Syncora Guarantee Inc |

In re Residential Capital, LLC.
Case No. 12-12020 (MG)
Monthly Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wells Fargo Bank, N.A. | Kelly Rentz | Corporate Trust Services | 9062 Old Annapolis Road, 4161 Wiseman Blvd | Columbia | MD | 21045 | | 410-884-2208 | 410-715-2380 | kelly.rentz@wellsfargo.com; Sharon.Squillacote@wellsfargo.com | Securitization/HELOC Trustee |
| Wells Fargo Law Department | Kristi Garcia Esq; Senior Counsel | | | San Antonio | TX | 78251 | | 210-543-5747 | 210-543-3015 | kristi.garcia@wellsfargo.com; mary.l.sohlberg@wellsfargo.com | Counsel to Wells Fargo Bank, NA |
| Wendy Alison Nora | | 210 Second St NE | | Minneapolis | MN | 55413 | | 612-333-4144 | 612-886-2444 | accesslegalservices@gmail.com | Counsel to Prospective Claimant Ray Elliott & Claimant Paul Papas |
| White & Case LLP | J Christopher Shore & Ian J Silverbrand | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8479 | 212-354-8113 | cshore@whitecase.com; isilverbrand@whitecase.com | Counsel to Wells Fargo as collateral agent for the Prepetition Junior Secured Notes; Co-Counsel to the Ad Hoc Group of Junior Secured Noteholders |
| Wilkie Farr & Gallagher LLP | Marc Abrams & Richard Choi & Jennifer J Hardy | 787 Seventh Avenue | | New York | NY | 10019 | | 212-728-8000 | 212-728-8111 | mabrams@willkie.com; rchoi1@willkie.com; jhardy2@willkie.com | Counsel to Morach Alternative Capital LP |
| Wilmington Trust | Rosslyn Maling | 1100 N Market St | | Wilmington | DE | 19801 | | 302-636-6469 | 302-636-4140 | rmaling@wilmingtontrust.com | Securitization Trustee |
| Wilmington Trust NA | Julie J Becker Vice President | 50 South Sixth St Ste 1290 | | Minneapolis | MN | 55402-1544 | | 612-217-5628 / 612-217-5661 | 612-217-5651 | jbecker@wilmingtontrust.com | Member of Official Committee of Unsecured Creditors |
| Wilson Elser Moskowitz Edelman & Dicker LLP | Attn David L Tillem | 3 Gannett Dr | | White Plains | NY | 10604-3407 | | 914-323-7000 ext 7104 | 914-323-7001 | david.tillem@wilsonelser.com | Counsel to the County of Putnam, Department of Finance |
| Winston & Strawn LLP | Attn: David Neier | 200 Park Avenue | | New York | NY | 10166 | | 212-294-6700 | 212-294-4700 | dneier@winston.com | Counsel to GSE - Fannie Mae |
| Winston & Strawn LLP | David Neier & Carey D Schreiber | 200 Park Avenue | | New York | NY | 10166-4193 | | 212-294-6700 | 212-294-4700 | dneier@winston.com; cschreiber@winston.com | Counsel to Federal National Mortgage Association |
| Wolmuth Maher & Deutsch LLP | Attn James N Lawlor | One Gateway Center 9th Fl | | Newark | NJ | 07102- | | 973-733-9200 | 973-733-9292 | jlawlor@wmd-law.com | Counsel to The Western and Southern Life Insurance Company et al |
| Wolmuth Maher & Deutsch LLP | Attn Paul R DeFilippo & Steven S Fitzgerald | 500 Fifth Ave 12th Fl | | New York | NY | 10110 | | 212-382-3300 | 212-382-0050 | pdefilippo@wmd-law.com; sfitzgerald@wmd-law.com; law.com/sfitzgerald@wmd-law.com | Counsel to The Western and Southern Life Insurance Company et al |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | 1185 Avenue of the Americas, 31st Floor | | New York | NY | 10036 | | 212-704-9600 | 212-704-4256 | gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com | Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southeast Corporate Federal Credit Union and Constitution Corporate Federal Credit Union |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | 1800 M Street, N.W., Suite 1000 | | Washington | DC | 20036 | | 202-778-1800 | 202-822-8106 | gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com | Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southeast Corporate Federal Credit Union and Constitution Corporate Federal Credit Union |

7/1/2013

**EXHIBIT B**

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Philadelphia, PA 19104

Internal Revenue Service
Centralized Insolvency Operation
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

The Bank of New York Mellon
Asset-Backed Securities Group
101 Barclay St 4W
New York, NY 10286

Secretary of State
123 William Street
New York, NY 10038-3804

Secretary of State, Division of Corporations
99 Washington Ave, Ste 600
One Commerce Plaza
Albany, NY 12231-0001

U.S. Bank National Association
50 South 16th Street, Suite 2000
Philadelphia, PA 19102
Attention: George Rayzis

U.S. Bank National Association
60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107
Attention: Irina Palchuk

Wells Fargo Bank, N.A.
P.O. Box 98
Colombia, MD 21046
Attention: Corporate Trust Services, GMACM Home
Equity Notes 2004 Variable Funding Trust

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Attention: Howard Seife & David M. LeMay & Robert
J. Gayda & Marc B. Roitman

Citibank N.A.
390 Greenwich Street, 6th Floor
New York, NY 10013
Attention: Bobbie Theivakumaran

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attention: Sean A. O'Neal & Thomas J. Moloney

Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
Attention: Jennifer C. DeMarco & Adam Lesman

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attention: James S. Carr & Eric R Wilson

Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022-4611
Attention: Richard M. Cieri & Ray C. Schrock &
Stephen E. Hessler

Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245
Attention: P. Joe Morrow

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attention: Gerard Uzzi

Office of the NY State Attorney General
The Capitol
Albany, NY 12224-0341
Attention:  Nancy Lord & Enid M. Stuart

Securities & Exchange Commission
100 F St NE
Washington, DC 20549
Attention: Secretary of the State

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001
Attention: US Attorney General, Eric H. Holder, Jr.

US Trustee for the Southern District of NY
201 Varick Street, Ste 10006
New York, NY 10014
Attention: Tracy Hope Davis, Linda A. Rifkin & Brian
S. Masumoto

Kramer Levin Naftallis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attention: Kenneth H. Eckstein & Thomas Moers
Mayers & Douglas H. Mannal & Jeffrey Trachtman

Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
Attention: Walter H. Curchack & Vadim J. Rubinstein
& Debra W. Minoff

Morrison & Forester LLP
1290 Avenue of the Americas
New York, NY 10104
Attention: Tammy Hamzehpour & Larren M. Nashelsky &
Gary S. Lee & Lorenzo Marinuzzi & Kayvan B. Sadeghi

Office of the US Attorney for the Southern District of
NY
One St. Andrews Plaza
New York, NY 10007
Attention: United States Attorney Preet Bharara

Securities & Exchange Commission NY Regional
Office
3 World Financial Center, Ste 400
New York, NY 10287-1022

United States Attorney's Office for the Southern
District of New York Civil Division
86 Chambers Street, 3rd Floor
New York, NY 10007