UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Residential Capital, LLC, *et al.*, | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK   )

Alison R. Ambeault, being duly sworn, deposes and says:

(I)    That she is not a party to the within action, is over the age of 21 years and resides in New York, New York.

(II)    That on July 31, 2013, she caused the following documents to be served: (a) *Declaration of K. Austin McQuillen* [Docket No. 4425]; (b) *Declaration of Adam Sklar* [Docket No. 4427]; (c) *Declaration of David Williams* [Docket No. 4430]; (d) *Declaration of Charles R. Goldstein* [Docket No. 4435]; (e) *List of Adverse Witnesses for Hearing on Debtors' 9019 Motion* [Docket No. 4437]; and (f) *Exhibit List for Hearing on Debtors' 9019 Motion* [Docket No. 4441] via electronic mail to the parties on **Exhibit A**.

Alison R. Ambeault

Sworn to before me this
2nd day of August 2013

Notary Public

JULIE GRACE PETIFORD
Notary Public, State of New York
No. 01PE6266628
Qualified in New York County
Commission Expires August 6, 2016

## EXHIBIT A

'rlwynne@JonesDay.com'; 'enbrady@JonesDay.com'; 'hfsidman@JonesDay.com';
'glenn.siegel@dechert.com'; 'kotwick@sewkis.com'; 'munno@sewkis.com';
'christensen@sewkis.com'; 'Kit.Weitnauer@alston.com'; 'Michael.Johnson@alston.com';
'William.Hao@alston.com'; 'glee@mofo.com'; 'ckerr@mofo.com'; 'alawrence@mofo.com';
'keckstein@kramerlevin.com'; 'pkaufman@kramerlevin.com'; 'deggermann@kramerlevin.com';
'alevine@kramerlevin.com'; 'Glenn.Siegel@dechert.com'; 'Mauricio.Espana@dechert.com';
'Rebecca.kahan@dechert.com'; 'mcarney@McKoolSmith.com';
'pgoodman@McKoolSmith.com'; 'bumari@McKoolSmith.com';
'Andrew.Devore@ropesgray.com'; 'cshore@whitecase.com'; 'guzzi@milbank.com';
'kit.weitnauer@alston.com'