**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
                                                           )
In re:                                                     )    Case No. 12-12020 (MG)
                                                           )
RESIDENTIAL CAPITAL, LLC, et al.,                          )    Chapter 11
                                                           )
    Debtors.                                               )    Jointly Administered
                                                           )
                                                           )
---------------------------------------------------------- x

**ORDER GRANTING REQUEST TO ALLOW FINANCIAL GUARANTY INSURANCE COMPANY TO EXCEED PAGE LIMIT**

Upon the request (the "Request") of Financial Guaranty Insurance Company ("FGIC") for entry of an order allowing the reply (the "Reply") of FGIC in support of *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement among the Debtors, FGIC, the FGIC Trustees and Certain Individual Investors* to exceed ten pages; the Court having heard the Request; and it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.    The Request is GRANTED as set forth herein.

2.    FGIC may exceed the page limit contained in the Case Management Order for the Reply by five (5) pages, for a total of fifteen (15) pages.

Dated: August 2, 2013
        New York, New York

                                                                        /s/Martin Glenn
                                                                        MARTIN GLENN
                                                                        United States Bankruptcy Judge