**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER AUTHORIZING DEBTORS TO EXCEED PAGE LIMIT
FOR DEBTORS' OMNIBUS REPLY TO OBJECTIONS TO DEBTORS'
MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF
THE SETTLEMENT AGREEMENT AMONG THE DEBTORS, FGIC,
FGIC TRUSTEES AND CERTAIN INSTITUTIONAL INVESTORS**

Upon the request of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order allowing the Debtors' Omnibus Reply to Objections to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, FGIC Trustees and Certain Institutional Investors (the "Reply") to exceed the ten page limit (the "Page Limit") for all reply memoranda contained in the Court's order establishing certain notice, case management and administrative procedures [Docket No. 141] (the "Case Management Order"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and this being a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The request is GRANTED as set forth herein.

2. The Reply may exceed the Page Limit set forth in the Case Management Order by 20 additional pages, for a total of 30 pages.

Dated: August 2, 2013
      New York, New York

                                         **/s/Martin Glenn**
                                         MARTIN GLENN
                              United States Bankruptcy Judge