Sidman Declaration Exhibit # 2

# CONFIDENTIAL: Filed Under Seal

Sidman Declaration Exhibit # 3

# CONFIDENTIAL: Filed Under Seal

Sidman Declaration Exhibit # 4

# CONFIDENTIAL: Filed Under Seal

Sidman Declaration Exhibit # 5

# CONFIDENTIAL: Filed Under Seal