# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

August 2, 2013

**By Email**

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
 for the Southern District of New York
One Bowling Green
New York, New York 10004

    Re:   *In re Residential Capital, LLC, et al.,* Chapter 11 Case No. 12-12020 (MG)

Dear Judge Glenn:

    We write on behalf of the Objecting Parties[1] involved in the upcoming hearing regarding objections to *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 For Approval Of The Settlement Agreement Among The Debtors, FGIC, The FGIC Trustees And Certain Individual Investors* [Docket No. 3929] (the "Motion"). In connection with the upcoming hearing on the Motion scheduled for August 16 and August 19, Your Honor has so-ordered two Scheduling Orders: *Scheduling Order* [Docket No. 4168] and the *FGIC Settlement Supplemental Scheduling and Trial Procedures Order* [Docket No. 4363]. Because neither Order discusses deadlines for motions in limine or responses to such motions, and because we believe that any motions in limine should follow the submission of any replies in further support of the Motion (which are due at 5 p.m. today), the Objecting Parties seek the Court's approval of the following schedule for submissions of motions in limine and responses thereto:

- Motions in limine, if any, are to be filed and served by 5 p.m. on August 7, 2013.

- Responses to motions in limine, if any, are to be filed and served by 5 p.m. on August 13, 2013.

---

[1]    Monarch Alternative Capital LC, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited, Bayview Fund Management LLC, and Federal Home Loan Mortgage Corporation in conservatorship.

Page 2

Yesterday, the Objecting Parties contacted counsel to the Debtors, the Trustees, and FGIC in an attempt to reach an agreement on a schedule for in limine briefing. Although we have followed-up on our proposal several times, to date we have received just one substantive response (from counsel to Debtors, Charles Kerr, who stated during a telephone conversation that he saw no issues with the proposal). We have been told that the Trustees and FGIC are still considering it.

In light of the time constraints involved, we thought it best promptly to seek the Court's approval of the proposed deadlines, rather than waiting further for a response from the Trustees and from FGIC, which does not appear to be forthcoming any time soon.

Respectfully submitted,


/s/ Joseph T. Baio

Joseph T. Baio


cc: Charles L. Kerr, Esq. (by electronic delivery)
    James L. Garrity, Esq. (by electronic delivery)
    Glenn E. Siegel, Esq. (by electronic delivery)
    Mark. D. Kotwick, Esq. (by electronic delivery)
    John C. Weitnauer, Esq. (by electronic delivery)
    Dale. C. Christensen, Jr., Esq. (by electronic delivery)
    Kenneth H. Eckstein, Esq. (by electronic delivery)
    Howard F. Sidman, Esq. (by electronic delivery)
    Christopher Shore, Esq. (by electronic delivery)
    Peter Goodman, Esq. (by electronic delivery)


**APPROVED AND SO ORDERED.**

Dated: August 5, 2013
       New York, New York

                                                **/s/Martin Glenn**
                                                  MARTIN GLENN
                                   United States Bankruptcy Judge