IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 12-12020 |
| | § | |
| **RESIDENTIAL CAPITAL, LLC** | § | |
| Debtor(s) | § | CHAPTER 11 |

## TAXING AUTHORITY'S NOTICE OF WITHDRAWAL
## OF PROOF OF CLAIM NO. 5821

**YOU ARE HEREBY NOTIFIED** that **Fort Bend County**'s claim no. 5821, filed in case no. 12-12019; Residential Funding Company, LLC, in the amount of **$535.70** is **WITHDRAWN**. The taxing authority claim is paid.

Date: 8-5-13

Respectfully submitted,
**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**

**JOHN P. DILLMAN**
State Bar No. 05874400
**TARA L. GRUNDEMEIER**
State Bar No. 24036691
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3400 - Telephone
(713) 844-3503 - Telecopier

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 12-10020 |
| | § | |
| **RESIDENTIAL CAPITAL, LLC** | § | |
| Debtor(s) | § | CHAPTER 11 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **Fort Bend County's Notice of Withdrawal of Proof of Claim No. 5821** shall be served via electronic means if available, otherwise by regular, first class mail upon the following entities on ___8-5-13___

Debtor(s)

Residential Funding Company, LLC
8400 Normandale Lake Blvd., Suite 350
Minneapolis, MN 55437

Attorney in Charge for Debtor(s)

Larren M. Nashelsky
1290 Avenue of the Americas
New York, NY 10104

Trustee

US Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**

**JOHN P. DILLMAN**
State Bar No. 05874400
**TARA L. GRUNDEMEIER**
State Bar No. 24036691
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 - Telephone
(713) 844-3503 - Telecopier