IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 12-12020 |
| | § | |
| **RESIDENTIAL CAPITAL, LLC** | § | |
| Debtor(s) | § | CHAPTER 11 |

## TAXING AUTHORITY'S NOTICE OF WITHDRAWAL
## OF PROOF OF CLAIM NO. 253

YOU ARE HEREBY NOTIFIED that **Orange County**'s claim no. 253, filed in case no. 12-12032; GMAC Mortgage, LLC, in the amount of **$5080.76** is **WITHDRAWN**. The taxing authority claim is paid.

Date: 8-5-13

Respectfully submitted,
**LINEBARGER GOGGAN**
**BLAIR & SAMPSON, LLP**

_____
**JOHN P. DILLMAN**
State Bar No. 05874400
**TARA L. GRUNDEMEIER**
State Bar No. 24036691
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3400 - Telephone
(713) 844-3503 - Telecopier

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 12-10020 |
| | § | |
| **RESIDENTIAL CAPITAL, LLC** | § | |
| Debtor(s) | § | CHAPTER 11 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **Orange County's Notice of Withdrawal of Proof of Claim No. 253** shall be served via electronic means if available, otherwise by regular, first class mail upon the following entities on  8-5-13 .

Debtor(s)

GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 190034

Attorney in Charge for Debtor(s)

Larren M. Nashelsky
1290 Avenue of the Americas
New York, NY 10104

Trustee

US Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Respectfully submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP

JOHN P. DILLMAN
State Bar No. 05874400
TARA L. GRUNDEMEIER
State Bar No. 24036691
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 - Telephone
(713) 844-3503 - Telecopier