**CLERK OF THE NEW YORK BANKRUPTCY COURT**
**SOUTHER DISTRICT**
**ONE BOWLING GREEN**
**NEW YORK, N.Y. 10004-1408**

*PROOF OF SERVICE*

DOCKET # 4112 + 4357    7/23/2013

*OCWEN LOAN SERVICING/ MITIGATION*
*RE: LOAN # 0359019299 - AUGUST 5TH DOCUMENTS*   8/5/2009 *
~~Docs.~~

*ATT: OCWEN LOAN SERVICING; AS SHOWN IN ENCLCLOSED PROOF OF DOCUMENTS HAS BEEN SERVED ON ALL INTERESTED PARTIES.*
*1- OCWEN LOAN SERVICING  2- GMAC REPRESENTATIVES A) MORRISON & FOERSTER*
*3- SERVERSON & WERSON 4- CLERK OF THE N.Y. SOUTHERN DISTRICT BANKRUPTCY COURT.*

*ENCLOSED EVIDENCE SHOWS CERTIFIED MAILING SENT TO OCWEN FOR ACKNOWLEDGEMENT AS THE GOVERNING DOCUMENTS, WHICH OCWEN HAS NOT ACKNOWLEGED TO DATE.*

*AS PER PREVIOUSLY REQUESTED MOTION; ON 7/15/2013, A CONFERENCE HEARING HELD SCHEDULED BY JUDGE ROBERT MOSS AT CIVIC CENTER CIVIL COURT TO BE INFORMED OF GMAC STAY, IN ORDER TO RESOLVE ISSUES WITH DOCUMENTS DATED 5/9/2009.*
*AT SUCH TIME JUDGE MOSS INQUIRED ABOUT STATUS OF GMAC STAY.*

*REPRESENTATIVE FROM GMAC WAS TELEPHONICALLY PRESENT.*
*ISSUES OF DOCUMENTS MUST BE RESOLVED, REASONS WHY I MOTIONED BEFORE THE HONORABLE JUDGE MARTIN GLENN THAT GMAC WOULD BE DRAWN AS THE DOCUMENTS ORIGINATOR.*

*JUDGE ROBERT MOSS HAS SCHEDULED ANOTHER CONFERENCE HEARING FOR DECEMBER AS PER DOCUMENTS SENT TO JUDGE MARTIN GLENN.*

*IN ADDITION FILLED RESCAP DOCUMENTS WERE SENT TO ALL PARTIES:*

*CC: RESIDENTIAL CAPITAL LLC*
*SEVERSON & WERSON - NEW YORK & IRVINE OFFICES*
*MORRISON & FOERSTER*
*(SEE NUMEROUS ENCLOSED MAIL CERTIFICATION)*





RECEIVED AUG 2 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

**OCWEN LOAN SERVICING**
**P.O. BOX 79135**
**PHONIX AZ, 85062-9135**

7/23/2013

**OXWEN LOAN SERVICING/ MITIGATION**
**RE: LOAN # 0359019299 - AUGUST 5TH DOCUMENTS**  8/5/2009 ※
                                                        DOCS.

**ATT: OCWEN LOAN SERVICING; AS SHOWN IN ENCLCLOSED PROOF OF DOCUMENTS HAS BEEN SERVED ON ALL INTERESTED PARTIES.**
**1- OCWEN LOAN SERVICING  2- GMAC REPRESENTATIVES A) MORRISON & FOERSTER**
**3- SERVERSON & WERSON  4- CLERK OF THE N.Y. SOUTHERN DISTRICT BANKRUPTCY COURT.**

**ENCLOSED EVIDENCE SHOWS CERTIFIED MAILING SENT TO OCWEN FOR ACKNOWLEDGEMENT AS THE GOVERNING DOCUMENTS, WHICH OCWEN HAS NOT ACKNOWLEGED TO DATE.**

**AS PER PREVIOUSLY REQUESTED MOTION; ON 7/15/2013, A CONFERENCE HEARING HELD SCHEDULED BY JUDGE ROBERT MOSS AT CIVIC CENTER CIVIL COURT TO BE INFORMED OF GMAC STAY, IN ORDER TO RESOLVE ISSUES WITH DOCUMENTS DATED 5/9/2009.**
**AT SUCH TIME JUDGE MOSS INQUIRED ABOUT STATUS OF GMAC STAY.**

**REPRESENTATIVE FROM GMAC WAS TELEPHONICALLY PRESENT.**
**ISSUES OF DOCUMENTS MUST BE RESOLVED, REASONS WHY I MOTIONED BEFORE THE HONORABLE JUDGE MARTIN GLENN THAT GMAC WOULD BE DRAWN AS THE DOCUMENTS ORIGINATOR.**

**JUDGE ROBERT MOSS HAS SCHEDULED ANOTHER CONFERENCE HEARING FOR DECEMBER AS PER DOCUMENTS SENT TO JUDGE MARTIN GLENN.**

**IN ADDITION FILLED RESCAP DOCUMENTS WERE SENT TO ALL PARTIES:**

**CC:  RESIDENTIAL CAPITAL LLC**
**    SEVERSON & WERSON - NEW YORK & IRVINE OFFICES**
**    MORRISON & FOERSTER**
**    (SEE NUMEROUS ENCLOSED MAIL CERTIFICATION)**



*SEVERSON & WERSON*
*19100 KARMAN AVE*
*IRVINE CA, 92612*

*7/24/2013*

**ATT: MR. SHAHAM**

*AS YOU ALREADY KNOW, THERE ARE SEVERAL ISSUES FACING GMAC ACTION. NUMEROUS VIOLATIONS BROUGHT BEFORE THE COURTS.*
*IN CALIFORNIA BEFORE JUDGE ROBERT MOSS, & BEFORE JUDGE MARTIN GLENN. JUDGE MARTIN RESPONSE TO SPECIFIC DOCUMENTS DATING 8/5/2009 IS ENCLOSED HEREIN.*
*THESE DOCUMENTS WERE GIVEN INCONSISTANCY CLAUSE DUE TO ACTIONS FILED ON GMAC FOR IRREGULAR BANKING PRACTICES. NOT TO BE OVERRIDEN. ISSUES ADDRESSED WERE: INSERTIONS OF EXISTING LIENS CARRIED. CALCULATING AN ABTAINABLE ONLY PRINCIPAL, CALCULATED BY GMAC & APPROVED BY WELLS GARGO.*
*THESE DOCUMENTS WAS GIVEN SPECIFIC LANGUAGE TO PREVENT ANY PARTIES ALTERING SUCH. SPECIFIC IN CASE OF ANY INCONISTANCIES THESE DOCUMENTS WILL GOVERN. I DEMANDED TO HAVE SUCH DUE TO ILLEGAL ACTIONS DISCLOSED FROM PUBLIC RECORDS & AGENCIES SUCH AS INTERNAL REVENUE SERVICE.*
*MONTHS AFTER FINALIZING 8/5/2009 MODIFICATION GMAC THREATENED FORCLOSURE SHOULD I NOT SIGN NEW SET. I REPLIED DOCUMENTS WERE EXECUTED & COULD NT BE OVERIDDEN AS CLUASES PREVENTED SUCH.*
*WHILE IN HOSPITAL FOR THREATS OF DEFAULT & FORECLOSURES GMAC INSISTED ON THEIR QUEST TO OVERIDE PRIOR FINALIZATION.*
*I ALSO CONTACTED REGULATORS WHICH ASSURE ME THAT THEY COULD NOT FORECLOSE OR DEFAULT AS I WAS UP TO DATE ON PAYMENTS ON MODIFICATION.*
*NUMEROUS TIMES TO GMAC & TO THEIR REPRESENTATIVES I DEMANDED TO IMPOSE & ACKNOWLEDGE 8/5/2009 AS THE GOVERNING DOCUMENTS HAVE BEEN MADE TO NO AVAIL.*
*HOPEFULLY AFTER YOU REVIEW DOCUMENTS ENCLOSED, YOU WILL CONCLUDE THEY HAVE GOVERNING IMPOSING CLAUSES INSERTED.*
*I HAVE ALSO ADVISED GMAC OF IMPROPERLY APPLYING ESCROW AMOUNTS TO PRINCIPAL TRYING TO CAUSE DEFAULT ALTHOUGH ALL SHORTAGE AMOUNTS WERE SENT TO MAINTAIN MONTHLY PAYMENTS. ALL PAYMENTS MADETO DATE WERE SENT FOR 15 YEARS IN CASHIERS CHECK FORM. VERIFIABLE BY MY BANK.*
*SHOULD YOU WANT TO RESOLVE THE 8/5/2009 DOCUMENT ISSUE PLEASE ADVISE, AS THIS WILL BE CONSIDERED IN NEXT HEARING HELD AS PUNITIVE. THESE WILL BE CONSIDERED AS ADDITIONAL PREDICTORY EVIDENCE. NOTE GMAC PREVENTED ACCESS TO LOAN SEVERAL YEARS. YOUR PROMPT RESPONSE IS GREATLY APPRECIATED.*
*THANK YOU. JULIO PICHARDO. CC: FILE*

TEL-FAX 447-4207 E-MAIL RJ7SAM1@YAHOO.COM

**N.Y. SOUTHERN DISTRICT BANKRUPTCY COURT**
**ONE BOWLING GREEN**
**NEW YORK, N.Y. 10004-1408**

7/29/2013

TO: SEVERSON & WERSON
    MORRISON & FOERSTER LLP
    YEROME SHAHAN
    CLARISSA D CU
    4/LIEN HOLDERS DECLARED ON 8/5/2013 DOCUMENTS
    MOTION PENDING BEFORE THE HONORABLE GLENN MARTIN N.Y.B. COURT.
RE: 7/24/2013 REQUESTED RESPONSE TO 8/5/2009 DOCUMENTS INFORCEMENT.

ACTION PENDING OF 12/16/2013 AT 8:30 AM HEARING IN SUPERIOR COURT OF CA CENTRAL JUSTICE CENTER
IN DEPARTMENT C23. MOTION AT N.Y.B COURT BEFORE JUDGE GLENN MARTIN FOR RELIEF FROM STAY.

AFTER MANY ATTEMPTS ADDRESSED TO GMAC, OCWEN, REPRESENTATIVES ABOUT INFORCEMENT OF 8/5/2009
DOCUMENTS, THE FOLLOWING ENCLOSED RESPONSE WAS RECEIVED FROM OCWEN TO DOCUMENTS CLAUSES
WHICH ADDRESESS IMPOSITION OF THE FOLLOWING INSERTIONS:

1- CARRIED LIENS WHETHER OR NOT CREATED BY SECURITY INSTRUMENT.
2- ONCE LIENS CALCULATED, OBTAINABLE PRINCIPAL BALANCE OF $63,272.87.
3- IN THE EVENT OF ANY INCONSISTANCY THESE DOCUMENTS GOVERN.

AFTER NUMEROUS INQUIRIES MADE TO THEN GMAC, NOW TO OCWEN ADVISING OF ABOVE INSERTIONS,
UPON RECEIPT OF ABOVE MENTIONED DOCUMENTS WITH CORRESPONDANCE DATED 7/24/2013 FROM OCWEN
WITH A COPY OF 8/5/2009 ORIGINALS DOCUMENTS, SUCH WERE FORWARDED TO THE FOLLOWING INTERESTED
PARTIES:
        1- BANKRUPTCY COURT ATT: HONORABLE JUDGE MARTIN GLENN
        2- SEVERSON & WERSON
        3- MORRISON & FOERSTER LLC
        4- YEROME SHAHAN
        5- CLARISSA DE CU
        6- FOUR/ LIEN HOLDERS CREATED BY DEPOSIT ON HOME IN 1991 PURCHASE WITH 9% ACCRUED
           INTEREST TO DATE INSTRUMENT #91-529044.

ALL INQUIRIES SHOULD BE DIRECTED TO THE HONORABLE JUDGE GLENN MARTIN & TO THE
SUPERIOR COURT OF CALIFORNIA COUNTY OF ORANGE CENTRAL JUSTICE CENTER.

THIS ADDRESSES ONLY THE ISSUE OF DOCUMENTS. ALL OTHER ISSUES ARE TO BE ADDRESSED ON ABOVE
HEARING DATE. SHOULD FURTHER ATTEMPTS TO OVERIDE DOCUMENTS OR IT'S INSERTIONS BE SHOWN BY ANY
ENTITY, FURTHER DEMANDS WILL BE MADE FROM COURT'S AT PENDING HEARINGS.

        <u>CERTIFIED MAIL SENT TO:</u>
CC: OCWEN LOAN SERVICING LLC
    ALL PARTIES ABOVE
    FILE -



*Ocwen Loan Servicing, LLC*
*PO Box 780*
*Waterloo IA 50704-0780*
HELPING HOMEOWNERS IS WHAT WE DO!™
OCWEN.MORTGAGEBANKSITE.COM

07/24/13

ROCIO PICHARDO
JULIO PICHARDO
1201 EAST SUDENE AVENUE

FULLERTON    CA 92831-4711

RE:   Account Number      0359019299
      Property Address    1201 EAST SUDENE AVENUE

                          FULLERTON     CA 92831-4711

Dear   ROCIO PICHARDO
       JULIO PICHARDO

Thank you for contacting us about your account. Enclosed is the information you requested.

If you have any questions, we are here to help. Please call our office at 800-766-4622 (weekdays, 6:00 a.m. - 10:00 p.m. CT; Saturday, 9:00 a.m. - 1:00 p.m.).

Customer Care
Loan Servicing

Enclosure

2:01

Record & Return To:

GMAC Mortgage, LLC
Attention: Loss Mitigation
3451 Hammond Avenue
Waterloo, IA 50702

―――――――――――――――――――[Space Above This Line For Recorder's Use]―――――――――――――

# FIXED RATE LOAN MODIFICATION AGREEMENT

3590/9299
170/102338

This Loan Modification Agreement ("Agreement") made this September 1, 2009 ("Effective Date") between ROCIO PICHARDO   JULIO PICHARDO   ("Borrower") and GMAC Mortgage, LLC ("Lender"), amends and supplements that certain promissory note ("Note") dated July 31, 2003 in the original principal sum of One Hundred Ninety Nine Thousand Dollars and No Cents ($ 199,000.00)executed by Borrower. The Note is secured by a Mortgage, Deed of Trust, or Deed to Secure Debt (the "Security Instrument"), dated the same date as the Note, and if applicable, recorded on with Instrument Number in Book and/or Page Number of the real property records of ORANGE County, CA. Said Security Instrument covers the real and personal property described in such Security Instrument (the "Property") located at 1201 EAST SUDENE AVENUE   FULLERTON CA 92831-4711, which real property is more particularly described as follows:

(Legal Description – Attach as Exhibit if Recording Agreement)

Borrower acknowledges that Lender is the legal holder and the owner of the Note and Security Instrument and further acknowledges that if Lender transfers the Note, as amended by this Agreement, the transferee shall be the "Lender" as defined in this Agreement.

Borrower has requested, and Lender has agreed, to extend or rearrange the time and manner of payment of the Note and to extend and carry forward the lien(s) on the Property whether or not created by the Security Instrument.

Now, therefore, in consideration of the mutual promises and agreements contained herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and intending to be legally bound, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. Borrower acknowledges that as of the Effective Date, the amount payable under the Note and secured by the Security Instrument (the "Principal Balance") is Sixty Three Thousand Two Hundred Seventy Two Dollars and Eighty Seven Cents ($ 63,272.87). Borrower hereby renews and extends such indebtedness and promises to pay jointly and severally to the order of Lender the Principal Balance, consisting of the amount(s) loaned to Borrower by Lender and any accrued but unpaid interest capitalized to date.

2. Interest will be charged on the unpaid Principal Balance until the full amount of principal has been paid. Borrower will pay interest at the rate of 1.00000% per year from the Effective Date.

3. Borrower promises to make monthly principal and interest payments of $ 247.96, beginning on October 1, 2009, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. If on August 1, 2033 (the "Maturity Date"), Borrower still owes amounts under the Note and Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date. Borrower will make such payments at 3451 Hammond Avenue, Waterloo, IA 50702 or at such other place as Lender may require. The amounts indicated in this paragraph do not include any required escrow payments for items such



*Ocwen Loan Servicing, LLC*
*PO Box 780*
*Waterloo IA 50704-0780*
HELPING HOMEOWNERS IS WHAT WE DO!™
OCWEN.MORTGAGEBANKSITE.COM

07/24/13

ROCIO PICHARDO
JULIO PICHARDO
1201 EAST SUDENE AVENUE

FULLERTON        CA 92831-4711

RE:   Account Number      0359019299
      Property Address     1201 EAST SUDENE AVENUE

                           FULLERTON        CA 92831-4711

Dear   ROCIO PICHARDO
       JULIO PICHARDO

Thank you for contacting us about your account. Enclosed is the information you requested.

If you have any questions, we are here to help. Please call our office at 800-766-4622 (weekdays, 6:00 a.m. - 10:00 p.m. CT; Saturday, 9:00 a.m. - 1:00 p.m.).

Customer Care
Loan Servicing

Enclosure

2:01

Record & Return To:

GMAC Mortgage, LLC
Attention: Loss Mitigation
3451 Hammond Avenue
Waterloo, IA 50702

------[Space Above This Line For Recorder's Use]------

# FIXED RATE LOAN MODIFICATION AGREEMENT

3590019299
1701107338

This Loan Modification Agreement ("Agreement") made this September 1, 2009 ("Effective Date") between ROCIO PICHARDO    JULIO PICHARDO    ("Borrower") and GMAC Mortgage, LLC ("Lender"), amends and supplements that certain promissory note ("Note") dated July 31, 2003 in the original principal sum of One Hundred Ninety Nine Thousand Dollars and No Cents ($ 199,000.00) executed by Borrower. The Note is secured by a Mortgage, Deed of Trust, or Deed to Secure Debt (the "Security Instrument"), dated the same date as the Note, and if applicable, recorded on  with Instrument Number  in Book  and/or Page Number  of the real property records of ORANGE County, CA. Said Security Instrument covers the real and personal property described in such Security Instrument (the "Property") located at 1201 EAST SUDENE AVENUE    FULLERTON CA 92831-4711, which real property is more particularly described as follows:

(Legal Description – Attach as Exhibit if Recording Agreement)

Borrower acknowledges that Lender is the legal holder and the owner of the Note and Security Instrument and further acknowledges that if Lender transfers the Note, as amended by this Agreement, the transferee shall be the "Lender" as defined in this Agreement.

Borrower has requested, and Lender has agreed, to extend or rearrange the time and manner of payment of the Note and to extend and carry forward the lien(s) on the Property whether or not created by the Security Instrument.

Now, therefore, in consideration of the mutual promises and agreements contained herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and intending to be legally bound, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. Borrower acknowledges that as of the Effective Date, the amount payable under the Note and secured by the Security Instrument (the "Principal Balance") is Sixty Three Thousand Two Hundred Seventy Two Dollars and Eighty Seven Cents ($ 63,272.87). Borrower hereby renews and extends such indebtedness and promises to pay jointly and severally to the order of Lender the Principal Balance, consisting of the amount(s) loaned to Borrower by Lender and any accrued but unpaid interest capitalized to date.

2. Interest will be charged on the unpaid Principal Balance until the full amount of principal has been paid. Borrower will pay interest at the rate of  1.00000% per year from the Effective Date.

3. Borrower promises to make monthly principal and interest payments of $ 247.96, beginning on October 1, 2009, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. If on August 1, 2033 (the "Maturity Date"), Borrower still owes amounts under the Note and Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date. Borrower will make such payments at 3451 Hammond Avenue, Waterloo, IA 50702 or at such other place as Lender may require. The amounts indicated in this paragraph do not include any required escrow payments for items such

as hazard insurance or property taxes; if such escrow payments are required the monthly payments will be higher and may change as the amounts required for escrow items change.

4. If Lender has not received the full amount of any monthly payment by the end of 15 calendar days after the date it is due, Borrower will pay a late charge to Lender. The amount of the charge will be the late charge percentage provided for in the Note multiplied by the overdue payment of principal and interest required under this Agreement. Borrower will pay this late charge promptly but only once on each late payment. The late charge is not in lieu of any other remedy of Lender, including any default remedy.

5. It is the intention of the parties that all liens and security interests described in the Security Instrument are hereby renewed and extended (if the Maturity Date of the original Note has been changed) until the indebtedness evidenced by the Note and this Agreement has been fully paid. Lender and Borrower acknowledge and agree that such renewal, amendment, modification, rearrangement or extension (if applicable) shall in no manner affect or impair the Note or liens and security interests securing same, the purpose of this Agreement being simply to modify, amend rearrange or extend (if applicable) the time and the manner of payment of the Note and indebtedness evidenced thereby, and to carry forward all liens and security interests securing the Note, which are expressly acknowledged by Borrower to be valid and subsisting, and in full force and effect so as to fully secure the payment of the Note.

6. If all or any part of the Property or any interest in it is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may, at its option, require immediate payment in full of all sums secured by the Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by applicable law. If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by the Security Instrument without further notice or demand on Borrower. For purposes of this paragraph, "interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is transfer of title by Borrower at a future date to a purchaser.

7. As amended hereby, the provisions of the Note and Security Instrument shall continue in full force and effect, and the Borrower acknowledges and reaffirms Borrower's liability to Lender thereunder. In the event of any inconsistency between this Agreement and the terms of the Note and Security Instrument, this Agreement shall govern. Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument. Except as otherwise specifically provided in this Agreement, the Note and Security Instrument will remain unchanged, and Borrower and Lender will be bound by, and comply with, all of the terms and provisions thereof, as amended by this Agreement, including but not limited to, in the case of the Borrower, the obligation to pay items such as taxes, insurance premiums or escrow items, as applicable. Any default by Borrower in the performance of its obligations herein contained shall constitute a default under the Note and Security Instrument, and shall allow Lender to exercise all of its remedies set forth in said Security Instrument.

8. Lender does not, by its execution of this Agreement, waive any rights it may have against any person not a party hereto. This Agreement may be executed in multiple counterparts, each of which shall constitute an original instrument, but all of which shall constitute one and the same Agreement. EACH OF THE BORROWER AND THE LENDER ACKNOWLEDGE THAT NO REPRESENTATIONS, AGREEMENTS OR PROMISES WERE MADE BY THE OTHER PARTY OR ANY OF ITS REPRESENTATIVES OTHER THAN THOSE REPRESENTATIONS, AGREEMENTS OR PROMISES SPECIFICALLY CONTAINED HEREIN. THIS AGREEMENT, AND THE NOTE AND SECURITY INSTRUMENT (AS AMENDED HEREBY) SETS FORTH

THE ENTIRE UNDERSTANDING BETWEEN THE PARTIES. THERE ARE NO UNWRITTEN AGREEMENTS BETWEEN THE PARTIES.

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGEMENT

State of California

County of Orange

On 8/8/09 before me, Brian Arteaga - Notary Public
(Here insert name and title of the officer)

Personally appeared Rocio Pichardo, Julia Pichardo,

Who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed this instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____    (Notary Seal)
Signature of Notary Public

BRIAN ARTEAGA
Commission # 1746903
Notary Public - California
Orange County
My Comm. Expires May 24, 2011

Executed effective as of the day and year first above written.

_Rocio Pichardo_
ROCIO PICHARDO

_Julio Pichardo_
JULIO PICHARDO

_____

_____

**BORROWER ACKNOWLEDGMENT**

State of California
County of Orange

On this 8 day of August 2009, before me, the undersigned, a Notary Public in and for said county and state, personally appeared ROCIO PICHARDO JULIO PICHARDO personally known to me or identified to my satisfaction to be the person(s) who executed the within instrument, and they duly acknowledged that said instrument is their act and deed, and that they, being authorized to do so, executed and delivered said instrument for the purposes therein contained.

Witness my hand and official seal.

_[signature]_
Notary Public
My Commission Expires: May 24, 2011

GMAC Mortgage, LLC

By: _Kris M Caya_

Title: Limited Signing Officer

[Notary Stamp: BRIAN ARTEAGA, Commission # 1746903, Notary Public - California, Orange County, My Comm. Expires May 24, 2011]

**LENDER ACKNOWLEDGMENT**

State of IOWA
County of BLACKHAWK

On this 10 day of Au____ 2009, before me, the undersigned, a Notary Public in and for said county and state, personally appeared KRIS M. CAYA, personally known to me or identified to my satisfaction to be the person who executed the within instrument as Limited Signing Officer of GMAC Mortgage, LLC, and they duly acknowledged that said instrument is the act and deed of said entity, and that they, being authorized to do so, executed and delivered said instrument for the purposes therein contained.

Witness my hand and official seal.

_[signature]_
Notary Public
My Commission Expires: _____

[Notary Stamp: BRETT BORCHERDING, COMMISSION NO. 757539, MY COMMISSION EXPIRES March 23, 2012]

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

NEW YORK NY 10104   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.45   0350 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.40   08/21/2013 |

Sent To: Morrison Foerster LLP
Street, Apt. No.; or PO Box No: 1290 Ave of the Americas
City, State, ZIP+4: New York NY 10104

PS Form 3800, August 2006   See Reverse for Instructions

7012 1010 0000 2490 E44E

---

**U.S. Postal Service Delivery Confirmation Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)
Severson & Werson
19100 Von Karman Ave Ste 700
Irvine CA 92612
Re: Springboard Docs

DELIVERY CONFIRMATION NUMBER: 9316 0001 1430 0312

Postmark Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WATERLOO IA 50702   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.65   0350 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.60   12/26/2012 |

Sent To: GMAC Mortgage
Street, Apt. No.; or PO Box No: 3451 Hammond Ave
City, State, ZIP+4: Waterloo IA 50702

PS Form 3800, August 2006   See Reverse for Instructions

7012 2920 0002 5024 4244

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Residential Capital LLC
PO Box 385720
Bloomington Minnesota 55438

Rescap Docs.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): P Fossell
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7013 1090 0001 7322 8549

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

[Page contains photocopied images of USPS Certified Mail Receipts (PS Form 3800) and Return Receipts (PS Form 3811), along with a Certificate of Mailing (PS Form 3817). Handwritten entries include:]

Certified Mail Receipts sent to:
- Ocwen Loan Servicing, PO Box 79135, Phoenix AZ 85062-9135
- Morrison & Foerster LLP, 1290 Ave of the Americas, New York NY 10104
- Charlotte Bankruptcy Court, One Bowling Green, New York NY 10004-1408
- Severson & Werson, 19100 Von Karman Ave Ste 700, Irvine CA 92612

Certificate of Mailing from:
Silvia Pickardo, 1701 E. Soders Ave, Fullerton CA 92831
To: Clerk of the Bankruptcy Court, One Bowling Green, New York NY 10004-14

U.S. POSTAGE PAID, FULLERTON CA 92834, MAR 12 '13

Postmark dates: 07/17/2013