**ALSTON & BIRD LLP**
Martin G. Bunin
John C. Weitnauer (*pro hac vice*)
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A., as Trustee
of Certain Mortgage Backed Securities Trusts*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Jointly Administered |
| Debtors. | |

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                           )   ss.:
COUNTY OF NEW YORK  )

Leslie Salcedo, being duly sworn, hereby deposes and says:

1.     I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2.     On July 31, 2013, I caused a true and correct copy of the (i) Direct Testimony of Allen M. Pfeiffer [Docket No. 4440], (ii) Declaration of Mary L. Sohlberg, [Docket No. 4442]; and Direct Testimony of S.P. Kohari Ph.D [Docket No. 4443], to be

served upon the parties listed on the attached Service List in Exhibit A and in the manner indicated.

        /s/ Leslie Salcedo
        Leslie Salcedo

Sworn to before me this
5th day of August, 2013.

/s/ Kim Fitzgerald
Kim Fitzgerald
Notary Public, State of New York
No. 01FI609313
Qualified in Kings County
Certificate Filed in New York County
Commission Expires August 9, 2017

**Exhibit A**

**Via First Class Mail**

| | |
|---|---|
| Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Attn:  Gary S. Lee, J.<br>     Alexander Lawrence<br>     Kayvan B. Sadeghi<br>     James A. Newton | Office of the United States Trustee for the Southern District of New York<br>201 Varick Street, Room 1006<br>New York, NY 10014<br>Attn: Tracy Hope Davis,<br>     Linda A. Riffkin<br>     Brian S. Masumoto |
| Office of the United States Attorney General,<br>U.S. Department of Justice,<br>950 Pennsylvania Avenue NW,<br>Washington, DC 20530-0001<br>Attn: US Attorney General, Eric H. Holder, Jr. | Office of the New York State Attorney General,<br>The Capitol,<br>Albany, NY 12224-0341<br>Attn: Nancy Lord and Enid N. Stuart |
| Office of the U.S. Attorney for the Southern District of New York,<br>One St. Andrews Plaza,<br>New York, NY 10007<br>Attn: Joseph N. Cordaro and Preet Bharara | Kirkland & Ellis LLP,<br>153 East 53rd Street<br>New York, NY 10022<br>Attn: Richard M. Cieri and Ray Schrock |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn: Kenneth Eckstein and Douglas Mannal | Clifford Chance US LLP<br>31 West 52nd Street<br>New York, NY 10019<br>Attn: Jennifer C. DeMarco and Adam Lesman |
| Munger, Tolles & Olson LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071<br>Attn: Thomas Walper and Seth Goldman | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Securities and Exchange Commission<br>New York Regional Office<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022<br>Attn: George S. Canellos, Regional Director | Jones Day,<br>222 East 41st Street<br>New York, NY 10017-6702<br>Attn: Richard L. Wynne |
| Gibbs & Bruns LLP<br>1100 Louisiana Street, Suite 5300<br>Houston, TX 77002<br>Attn: Kathy D. Patrick | Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Attn: D. Ross Martin and Keith H. Wofford |

| | |
|---|---|
| Talcott Franklin, P.C.,<br>208 N. Market Street, Suite 200<br>Dallas, Texas 75202<br>Attn: Talcott Franklin | Miller, Johnson, Snell & Cummiskey, P.L.C.,<br>250 Monroe Avenue NW, Suite 800,<br>P.O. Box 306<br>Grand Rapids, MI 49501-0306<br>Attn: Thomas P. Sarb |
| Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, New York 10005<br>Attn: James Gadsden | The Bank of New York Mellon, Asset Backed Securities Group,<br>101 Barclays Street 4W<br>New York, NY 10286 |
| U.S. Bank National Association,<br>50 South 16th Street, Suite 2000<br>Philadelphia, PA 19102<br>Attn: George Rayzis | U.S. Bank National Association<br>60 Livingston Avenue<br>EP-MN-WS1D<br>St. Paul, MN 55107<br>Attn: Irina Palchuk |
| Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Attn: Ronald L. Cohen | Wells Fargo Bank, N.A.,<br>P.O. Box 98,<br>Columbia, MD 21046<br>Attn: Corporate Trust Services, GMACM Home Equity Notes 2004 Variable Funding Trust |
| Dechert LLP,<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Attn: Glenn E. Siegel | Seward & Kissel LLP,<br>One Battery Park Plaza, New York, NY 10004<br>Attn: Dale C. Christensen, Jr. |
| Chadbourne & Parke LP<br>30Rockfeller Plaza<br>New York, NY 10112<br>Attn: Howard Seife<br>    David M LeMay<br>    Robert J. Gayda<br>    Marc B. Roitman | Citibank N.A.<br>390 Greenwich St, 6th Floor<br>New York, NY 10013<br>Attn: Bobbie Theivakumaran |
| Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Attn: Sean O Neal and Thomas J. Moloney | International Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St.<br>Philadelphia, PA 19104 |

| | |
|---|---|
| International Revenue Service<br>Insolvency Section<br>31 Hopkins Plz, Rm1150<br>Baltimore, MD 21201 | Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attn: James S. Carr and Eric R. Wilson |
| Kurtzman Carson Consultants<br>2335 Alaska Ave<br>El Segundo, CA 90245<br>Attn: P Joe Morrow | Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154<br>Attn: Walter H. Curchack<br>      Vadim J. Rubinstein<br>      Debra W Minoff |
| Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Attn: Gerald Uzzi | Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 |
| United States Attorney's Office for the Southern District of New York Civil Division<br>86 Chambers St 3rd Floor<br>New York, NY 10007<br>Attn: Joseph Cordaro | Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Attn: Marc Abrams<br>      Mary Eaton<br>      Paul Shalhoub |
| Moss & Kalish, PLC<br>122 East 42nd Street, Suite 2100<br>New York, NY 10168<br>Attn: David B. Gelfarb | White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2787<br>Attn: J. Christopher Shore<br>      Harrison L. Denman |

**Via Email:**

AskDOJ@usdoj.gov; glee@mofo.com; alawrence@mofo.com; Ksadeghi@mofo.com; jnewton@mofo.com; enid.stuart@OAG.State.NY.US; joseph.cordaro@usdoj.gov; richard.cieri@kirkland.com; ray.schrock@kirkland.com; keckstein@kramerlevin.com; dmannal@kramerlevin.com; jennifer.demarco@cliffordchance.com; adam.lesman@cliffordchance.com; Thomas.Walper@mto.com; Seth.Goldman@mto.com; secbankruptcy@sec.gov; newyork@sec.gov; bankruptcynoticeschr@sec.gov; rlwynne@jonesday.com; kpatrick@gibbsbruns.com; Ross.Martin@ropesgray.com; Keith.Wofford@ropesgray.com; tal@talcottfranklin.com; sarbt@millerjohnson.com; gadsden@clm.com; cohen@sewkis.com; glenn.siegel@dechert.com; christensen@sewkis.com; maofiling@cgsh.com; tmoloney@cgsh.com; soneal@cgsh.com; kdwbankruptcydepartment@kelleydrye.com; rescapinfo@kccllc.com; wcurchack@loeb.com; vrubinstein@loeb.com;

dminoff@loeb.com; guzzi@milbank.com; joseph.cordaro@usdoj.gov; hseife@chadbourne.com; dlemay@chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com; mabrams@willkie.com; meaton@willkie.com; pshalhoub@willkie.com; cshore@whitecase.com; hdenman@whitecase.com;