FILED
U.S. BANKRUPTCY COURT

2013 JUL 26 P 3:34

S.D.N.Y.

Alan Steven Wolf
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Telephone: (949) 720-9200
Fax: (949) 608-0128

Creditor, THE WOLF FIRM, A Law Corporation

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| In re: | CASE NO: 12-12020 |
|---|---|
| RESIDENTIAL CAPITAL, LLC, aka RESIDENTIAL CAPITAL CORPORATION, | CHAPTER: 11 |
| Debtor and Debtor-in-Possession. | **RESPONSE BY CREDITOR THE WOLF FIRM, A LAW CORPORATION TO DEBTOR'S NOTICE OF HEARING AND MOTION ON SIXTEENTH OMNIBUS OBJECTION TO CLAIMS; DECLARATION OF ALAN STEVEN WOLF IN SUPPORT THEREOF** |
| | **Hearing**: Date: August 21, 2013 Time: 10:00 a.m. Courtroom: 501 |

Creditor The Wolf Firm, A Law Corporation ("Creditor") respectfully submits the following response to Debtor's Notice of Hearing and Motion on Sixteenth Omnibus Objection to Claims filed on July 3, 2013 as Docket No. 4150 as follows:

Pursuant to the Order Establishing Deadline for Filing Proofs of Claims and Approving the Form and Manner of Notice Thereof entered August 29, 2012, Creditor

1

**RESPONSE BY CREDITOR THE WOLF FIRM, A LAW CORPORATION TO DEBTOR'S NOTICE OF HEARING AND MOTION ON SIXTEENTH OMNIBUS OBJECTION TO CLAIMS; DECLARATION OF ALAN STEVEN WOLF IN SUPPORT THEREOF**