**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: RESIDENTIAL CAPITAL, LLC, et al

Case No.: 12-12020-MG

Chapter 11

Debtor

---------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

---------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Nicholas H. Wooten, request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent W.J. Smith and Irma Elizabeth Smith, a creditor in the above-referenced ◉ case ◯ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of Alabama and, if applicable, the bar of the U.S. District Court for the Middle District of Alabama.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 5, 2013

_____, New York

/s/ Nick Wooten

*Mailing Address*:
Nick Wooten, LLC
P.O. Box 3389
Auburn, AL 36831-3389

*E-mail address*: nick@nickwooten.com

*Telephone number*: (334) 887-3000