**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: RESIDENTIAL CAPITAL, LLC, et al

Debtor

Case No.: 12-12020 (MG)

Chapter 11

---------------------------------------------------------------x

Plaintiff

v.

Defendant

Adversary Proceeding No.: _____

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of  Nicholas H. Wooten , to be admitted, *pro hac vice*, to represent  W.J. Smith and Irma Elizabeth Smith  , (the "Client") a  creditor  in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Alabama  and, if applicable, the bar of the U.S. District Court for the  Middle  District of  Alabama , it is hereby

**ORDERED**, that  Nicholas H. Wooten , Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/  Martin Glenn 

UNITED STATES BANKRUPTCY JUDGE