LOT 75
1910 ARGYLE DRIVE
COLS, OH 43219

028



QUITCLAIM DEED

THIS QUITCLAIM DEED, Executed this 28th day of February, 2002, by the *first party*, Orliff Michael Davis Jr. also known as **(Michael O. Davis)** whose date of birth is October 4, 1958, social security no. 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, resident of Franklin County, Ohio, as biological child and heir of Dorothy Jane Davis (Deceased on June 23, 2001), whose date of birth is September 23, 1925, social security no. 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, Domiciled in Franklin County, Ohio, as survivor by the entireties of Oliff Davis Sr.(Deceased on February 20, 1998), Domiciled in Franklin County, Ohio, probate court case no. #473760, hereinafter referred to as "Grantor", whose current address is **1910 Argyle Drive**, Columbus, Ohio 43219; Hereby conveys, transfers, gives, lets, and surrenders 37.5% interests

to the *second party*, Sidney Tyler Lewis, whose date of birth is December 19, 1960, as Grantee, whose current address is 1875 Alvason Avenue, Columbus, Ohio 43219, in Franklin County, Ohio , hereinafter referred to as "Grantee".

WITNESSETH, That the said Grantor, by gift and for no valuable consideration herein irrevocably conveys, transfers, gives, lets, and surrenders 37.5% interests in 1910 Argyle Drive real property and does hereby remise, release and quitclaim unto the said Grantee forever, Thirty Seven and One Half Percent (37.5%) of the rights, title, interests and claims which the said Grantor has in and to the following described parcel of land, and improvements and appurtenances thereto in the County of Franklin, State of Ohio to wit:

*BEING LOT NUMBER SEVENTY-FIVE (75) OF ARGYLE PARK SUBDIVISION, AS THE SAME IS NUMBERED AND DELINEATED UPON THE RECORDED PLAT THEREOF, OF RECORD IN THE PLAT BOOK 36, PAGE 6, RECORDER'S OFFICE, FRANKLIN COUNTY, OHIO. Subject to all conditions, restrictions, reservations and easements of record. Prior Reference No.: Instr. #200006080113447 as filed in the OFFICE OF THE COUNTY RECORDER, FRANKLIN COUNTY, OHIO. Parcel No. 010-136691-00*

IN WITNESS WHEREOF, The said Grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in presence of:

_____     *Michael Da*  3-05-2002
Signature of Witness                Michael Davis, Grantor

*Maria M.S. Dillard*          *Michael Davis*  3-05-2002
Name of Witness                   Name of Grantor

STATE OF OHIO
COUNTY OF FRANKLIN

On February 28, 2002 before me, Fredrick G. Pohland personally appeared Michael Davis by and through his Attorney-in-Fact proved to me on the basis of satisfactory evidence being a power of attorney executed by Michael Davis, to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the power of attorney he is the entity which executed the instant instrument by and through his Attorney-in-Fact.

WITNESS my hand and official seal.

Signature _____

Affiant __ Known __ Produced ID
Type of ID: POWER OF ATTORNEY

(Seal)

CONVEYANCE TAX
EXEMPT
JOSEPH W. TESTA
FRANKLIN COUNTY AUDITOR

TRANSFERRED
NOT NECESSARY
MAR 0 6 2002
JOSEPH W. TESTA
AUDITOR
FRANKLIN COUNTY, OHIO

This instrument prepared by: Sidney Lewis, 1875 Alvason Ave.,
Columbus, Ohio 43219

029



**AFFIDAVIT**

BE IT ACKNOWLEDGED, that I, , Orliff Michael Davis Jr. also known as **Michael Davis** (assignor) of 1910 Argyle Drive, Columbus, Ohio, 43219 the undersigned deponent, being of legal age, does hereby depose and say under oath as follows:

I, by and through my authority as biological son and heir of Dorothy Davis, as inheritant, assignor, transferor, grantor, conveyor, do hereby surrender Thirty Seven and One Half Percent in inheritance rights (37.5%) and interests in my gross inheritance to Sidney Lewis, including any and all real property known as 1910 Argyle Drive, Parcel No. 010-136691-00, whose legal description is as follows:

*BEING LOT NUMBER SEVENTY-FIVE (75) OF ARGYLE PARK SUBDIVISION, AS THE SAME IS NUMBERED AND DELINEATED UPON THE RECORDED PLAT THEREOF, OF RECORD IN THE PLAT BOOK 36, PAGE 6, RECORDER'S OFFICE, FRANKLIN COUNTY, OHIO. Subject to all conditions, restrictions, reservations and easements of record. Prior Reference No.: Instr. #200006080113447.*

as recorded in the land records office, Franklin County, OHIO, vesting said person with a bonafide one half interest (37.5%) of, and in, my gross interest. The herein assigned (37.5%) interests in the Dorothy Davis estate are non-contingent and are voluntarily assigned to Sidney Lewis.

I make the statement herein without any threats or promises made to my by Mr. Lewis whatsoever.

Witness my hand under the penalties of perjury this **5** day of **March**, 2002.

_____     _____ 3-05-2002
Signature of Witness                          Michael Davis, Affiant

STATE OF OHIO
COUNTY OF FRANKLIN

On **March 5 th**, 2002 before me, **Tedrick C Rollin**, personally appeared

Michael Davis, _____, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity as heir, and that by his signature on the instrument the person acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____ Jan 15, 2003

Affiant: __ Known ___ Produced ID ___

CONVEYANCE TAX
EXEMPT

JOSEPH W. TESTA
FRANKLIN COUNTY AUDITOR

TRANSFERRED
NOT NECESSARY
MAR 0 6 2002
JOSEPH W. TESTA
AUDITOR
FRANKLIN COUNTY, OHIO

030

64693E13

MOTION

## IN THE COURT OF COMMON PLEAS
## FRANKLIN COUNTY, OHIO
## CIVIL DIVISION

| | | |
|---|---|---|
| SIDNEY LEWIS et al. | : | Case No. 98CVC05-3445 |
| Plaintiffs | : | JUDGE ALAN C. TRAVIS |
| v. | : | |
| CITY OF COLUMBUS | : | |
| Defendant. | : | |

### MOTION OF DEFENDANT CITY OF COLUMBUS
### TO STAY DISCOVERY

Now comes Defendant City of Columbus, by and through its counsel, City Attorney Janet

Jackson and hereby moves the court for an order to stay discovery,  pursuant to Civ. R. 26.

Defendant relies on the following memorandum in support of Defendant's motion.

Respectfully submitted,

CITY OF COLUMBUS DEPARTMENT OF LAW
JANET E. JACKSON, CITY ATTORNEY

Cheryl Roberto (0039036)    APPR
Elizabeth C. Burke (0064838) APPR
Assistant City Attorneys
90 West Broad Street, Room 200
Columbus, Ohio 43215
Attorneys for Defendant
(614) 645-7385

031

## MEMORANDUM IN SUPPORT

64693E14

On May 19, 1998, Mr. Sidney Lewis, *pro se* Plaintiff, served by hand-delivery fifty-nine (59) interrogatories upon the City. (Attached as Exhibit "A"). Each of these interrogatories relates to property which Plaintiffs assert is the subject of an alleged "taking." On May 26, 1998, the undersigned counsel contacted Mr. Lewis by telephone to advise him that the Defendant City of Columbus is filing a Motion to Dismiss For Failure to State a Claim on the basis that the facts, as alleged in Plaintiffs' complaint do not constitute a taking[1]. During that telephone call, the undersigned counsel requested that Mr. Lewis agree to a stay of discovery until such time as this Court has the opportunity to rule upon the City's Motion to Dismiss. Mr. Lewis stated that he could not agree to a stay. The undersigned counsel agreed to convey Mr. Lewis' opposition to the stay in this Motion.

Pursuant to Civ. R. 26(C), for good cause shown, the court in which an action is pending may make any order that justice requires to protect a party from undue burden or expense. In that the City has filed a timely Motion to Dismiss For Failure to State a Claim based upon the non-existence of a "taking," any response to interrogatories related to the nonexistent "taking" are unduly burdensome and create unnecessary expense to the City. The City requests a stay of discovery only until such time as this Court has had an opportunity to review and rule on the City's Motion to Dismiss. The discovery cut-off in this matter is not scheduled until February 22, 1999. Thus, Plaintiffs will not be prejudiced by a brief stay.

---

[1]    On May 27, 1998 the City filed simultaneously with the instant motion a Motion to Dismiss for Failure to State a Claim, or in the Alternative, a Motion for More Definite Statement and to Strike. A courtesy copy of same has been submitted to the Court.

032

6L593E15

For the foregoing reasons, the City of Columbus requests a stay of discovery until such

time as this Court has had the opportunity to rule on the City's Motion to Dismiss.

Respectfully submitted,

CITY OF COLUMBUS DEPARTMENT OF LAW
JANET E. JACKSON, CITY ATTORNEY

Cheryl Roberto (0039036)
Elizabeth C. Burke (0064838)
Assistant City Attorneys
90 West Broad Street, Room 200
Columbus, Ohio 43215
Attorneys for Defendant
(614) 645-7385

033

-3-

## CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing Motion of Defendant City of Columbus to

Stay Discovery was sent by regular U.S. Mail, postage prepaid, this _25th_ day of May, 1998, to

the following:

Mr. Sidney Lewis
1875 Alvason Avenue
Columbus, Ohio 43219

Mr. James Brawham
1905 Woodland Avenue
Columbus, Ohio 43219

Mr. Carl Walker
1704 E. 24th Avenue
Columbus, Ohio 43219

Ms. Betty L. Peele
The Argyle Park Civic Association
1704 E. 24th Avenue
Columbus, Ohio 43219


_____
Cheryl Roberto
Assistant City Attorney

034



IN THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO 3497A20

SIDNEY LEWIS, et al., :
:
Plaintiffs, :
:
v. : CASE NO. 98CVC-05-3445
:
CITY OF COLUMBUS, : JUDGE TRAVIS
:
Defendant. :

## JOURNAL ENTRY

### GRANTING MOTION OF PLAINTIFF ROBERT HAMILTON, FOR JOINDER
[Filed May 7, 1998]

AND

### DENYING MOTION OF PLAINTIFF ROBERT HAMILTON TO DESIGNATE CASE AS A CLASS ACTION
[Filed May 7, 1998]

AND

### GRANTING MOTIONS OF BETTY PEELE AND PLAINTIFF ARGYLE PARK CIVIC ASSOCIATION TO VOLUNTARILY DISMISS
[Filed June 1, 1998]

AND

### GRANTING MOTION OF PLAINTIFF CARL WALKER TO VOLUNTARILY DISMISS
[Filed June 1, 1998]

AND

### DENYING MOTION OF NEW VOICES CIVIC GROUP FOR JOINDER
[Filed March 22, 1999]

AND

### DENYING MOTION OF REV. ALTON PORTER TO CERTIFY AS A CLASS ACTION
[Filed August 30, 1999]

AND

### DENYING PLAINTIFFS' MOTIONS FOR INJUNCTIVE RELIEF
[Filed May 6 and September 17, 1999]

035

CASE NO. 98CVC-05-3445                                                PAGE 2

73497B 01

<u>AND</u>

<u>DENYING PLAINTIFFS' MOTION TO CONSOLIDATE</u>
<u>[Filed June 11, 1999</u>

<u>AND</u>

<u>GRANTING MOTION OF PLAINTIFF TO AMEND COMPLAINT</u>
<u>(Filed April 20, 1999)</u>

<u>AND</u>

<u>GRANTING MOTION OF DEFENDANT</u>
<u>CITY OF COLUMBUS TO DISMISS</u>
<u>(Filed May 28, 1998)</u>

<u>AND</u>

<u>FINDING ALL REMAINING</u>
<u>PENDING MOTIONS MOOT</u>

<u>AND</u>

<u>DISMISSING CASE AT PLAINTIFFS' COSTS.</u>

This case came before the court on a variety of motions filed by plaintiffs and

other persons and upon a motion to dismiss filed by the defendant, City of Columbus.

For the reasons set forth in the decision rendered on December 27, 1999, the rulings

of the court are hereby journalized as follows.

1.       The motion of plaintiff, Robert Hamilton for joinder, filed May 7,

1998, is GRANTED.

2.       The motion of plaintiff, Robert Hamilton, for designation as a class

action, filed May 7, 1998, is DENIED.

3.       The motions of Betty L. Peele and plaintiff, the Argyle Park Civic

Association to voluntarily dismiss, filed June 1, 1998, is GRANTED.

4.       The motion of Carl Walker to voluntarily dismiss, filed June 1,

1998, is GRANTED.

036

73497802

**PAGE 3**

**CASE NO. 98CVC-05-3445**

5.        The motion of New Voices Civic Group for joinder, filed March 22, 1999, is **DENIED**.

6.        The motion of Rev. Alton Porter to certify as a class action, filed August 30, 1999, is **DENIED**.

7.        The motions for injunctive relief, filed by plaintiffs on May 6, 1999 and September 17, 1999, are **DENIED**.

8.        The motion of plaintiffs to consolidate, filed June 11, 1999, is **DENIED**.

9.        The motion of plaintiffs to amend complaint, filed April 20, 1999, is **GRANTED**.

10.        The motion of the defendant, the City of Columbus, to dismiss, filed May 28, 1998, is **GRANTED**.

11.        The court finds all other pending motions are rendered **MOOT** by the granting of the defendant's motion to dismiss.

Therefore, this case is **DISMISSED**. Costs to plaintiffs.

So Ordered.

ALAN C. TRAVIS, JUDGE

COPIES TO:

Sidney Lewis
James Branham
Carl Walker
Argyle Park Civic Association
  Plaintiffs Pro Se

Elizabeth Burke, Esq.
Cheryl Roberto, Esq.
  Counsel for Defendant

Courtesy copies to:

037





Wednesday,
April 28, 2010

## Part II

# Environmental Protection Agency

**40 CFR Part 87**
**Advance Notice of Proposed Rulemaking on Lead Emissions From Piston-Engine Aircraft Using Leaded Aviation Gasoline; Proposed Rule**

038

20318F14

ATTACHMENT B    137475    TIME 10:20A M
Avigation Easement    RECORDER FRANKLIN CO, OHIO

SEP 2 1992

HOMEOWNER PARTICIPATION AGREEMENT    RICHARD B. METCALF, RECORDER
RESIDENTIAL SOUND INSULATION PROGRAM
Port Columbus International Airport    RECORDER'S FEE 18⁰⁰

This easement is conveyed from YVONNE DeCAROL WEBB.
hereinafter called "Grantor", to the Columbus Municipal Airport
Authority of Columbus, Ohio, hereinafter called the "Grantee".
This easement is entered into this 20TH day of APRIL,
1992.

Grantor is the owner of land and improvements thereto located at
1895 ALVASON AVE, COLUMBUS, of the State of Ohio, and
described as follows:

DESCRIPTION

Being Lot Number Seventeen (17) of Argyle Park Subdivision, as
the same is numbered and delineated upon the recorded plat
thereof, of record in Plat Book 36, page 6, Recorder's Office,
Franklin County, Ohio.

The Grantee is the proprietor of the Port Columbus International
Airport.

TRANSFER
NOT NECESSARY

SEP 2 1992

JOSEPH W. TESTA
AUDITOR
FRANKLIN COUNTY, OHIO

CONVEYANCE TAX
EXEMPT

JOSEPH W. TESTA
FRANKLIN COUNTY AUDITOR

MAILED
ENVELOPE FURNISHED

039



U.S. Department
of Transportation

**Federal Aviation
Administration**

# Memorandum

| | | | |
|---|---|---|---|
| **Subject:** | ACTION:  FAR Part 150 Noise Compatibility Program, Record of Decision; Port Columbus International Airport, Columbus, Ohio | **Date:** | SEP 11 1987 |
| **From:** | Director, AGL-1 | **Reply to Attn. of:** | Lamberts:384-7387 |

To:    Administrator

The city of Columbus, Public Utilities and Aviation Department, owner and operator of Port Columbus International Airport, has submitted noise exposure maps (NEM's) and a proposed noise compatibility program (NCP) to this office.  The NEM's were previously accepted by FAA effective July 27, 1987. The proposed NCP must be approved or disapproved on or before January 23, 1988.  A Federal Register notice announcing the submission of the NCP for FAA approval was published July 27, 1987.  The maps and proposed program have been coordinated with airport users, community officials, land use planning agencies, and the public.  Documentation of this coordination is found in the appendices of the study report.

Earlier review of the proposed NCP by this office and APP-600 found the program to be compliant with the standards set forth in FAR Part 150, paragraph 150.23.  This submittal requests formal FAA review and approval of the NCP for Port Columbus International Airport.  The airport is situated in the eastern part of the city of Columbus, which is currently designated as a medium hub.  It has 184 based aircraft and had approximately 230,000 operations in 1986.  This Part 150 study was funded under AIP Grant 84-2-3-39-0025-03-85 with a Federal project share of $267,188, which includes a master plan update.

This office believes the NCP complies with published standards for FAR Part 150 submittals.  We have coordinated this report with Regional Counsel, the regional Planning Staff, and affected operational divisions.  We are pleased to forward this candidate NCP for your consideration.  We recommend you approve this NCP.

William H. Pollard

Attachment

040

2

Date:
Subject:   FAR Part 150 Noise Compatibility Program, Record of Decision;
           Port Columbus International Airport, Columbus, Ohio

Associate Administrator for Airports, ARP-1

(Concur)/Non-concur:  _Robert L. Fuuebee_  Date:  9/16/87

Associate Administrator for Policy and International Aviation, API-1

(Concur)/Non-concur:  _OwBin_  Date:  9/18/87

Chief Counsel, AGC-1

(Concur)/Non-concur:  _Emily M. Snapull_  Date:  9/21/87

Administrator, AOA-1

(Approved)/Disapproved:  _A McLetor_  Date:  9-25-87

041

20826 - I14



City of Columbus
Mayor Dana G. Rinehart

# Public Utilities and Aviation Department

MICHAEL D. LONG, Director

March 26, 1987

Mr. Bob Allen
FAA-ADO
Willow Run Airport-East Side
880 Beck Road
Belleville, Michigan  48111

Dear Mr. Allen:

   With this letter, the City of Columbus offers Noise
Exposure Map-1985 (1 of 2) and Noise Exposure Map-1990 (2 of 2),
as presented in the Part 150 Noise Compatibility Program for
Port Columbus International Airport (PCIA), as the official
noise exposure maps to be accepted by the Federal Aviation
Administration.

   This letter also certifies that since the FAR 150 Noise
Study, Noise Contour Maps for both base year (1985) and base
year plus five (5) years (1990) have been prepared for PCIA
under AIP Project Number 3-39-0025-03, there have been no
significant changes in the following airport operational
characteristics that would invalidate the proposed Noise
Compatibility Program.  A tabulation entitled "Summary INM Input
Data for Noise Maps" is attached.

                                   Sincerely,

                                   MICHAEL D. LONG, P.E.
                                   Director
                                   Public Utilities and Aviation

MDL/BFN:sss
Enclosures

cc:  Mr. David Shine
     AGL-610

042

20826 - I15

EXHIBIT I-1



PART 150 STUDY ORGANIZATION
PORT COLUMBUS INTERNATIONAL AIRPORT

CITY OF COLUMBUS

NOISE, STUDY CONSULTANT TEAM

**LAND USE PLANNING COMMITTEE**

- Mid-Ohio Regional Planning Commission
- Columbus
- Gahanna
- Whitehall
- Bexley
- Mifflin Township
- Jefferson Township
- Reynoldsburg

**PUBLIC INVOLVEMENT**

- Public Information Meetings
- Periodic Newsletters
- City Contact/Information Telephone Numbers

**TECHNICAL/OPERATIONS COMMITTEE**

- Airport Operations (Columbus)
- FAA Air Traffic Control
- FAA Airports District Office
- Air Transport Association (ATA)
- Air Line Pilots Association (ALPA)
- Local Air Carrier Representative
- National Business Aircraft Association (NBAA)
- Local Professional Pilots Association
- Commuter Representative
- FBO Representative
- Citizen Representative
- Mid-Ohio Regional Planning Commission

043

AUG - 6 RECD 2-00 PM   Org: Hedrick
cc: File
XC: Bernie M - 8-6-8

20826 - I17

AUG 3 1987
DIVISION OF AIRPORTS

U.S. Department
of Transportation

**Federal Aviation
Administration**

Great Lakes Region
Illinois, Indiana, Michigan,
Minnesota, North Dakota,
Ohio, South Dakota,
Wisconsin

RECEIVED
JUL 30 1987
PUBLIC UTILITIES/
AVIATION DEPT.

July 28, 1987

Mr. Michael D. Long, P.E.
Director, Public Utilities And Aviation
109 N. Front Street, 4th Floor
Columbus, Ohio  43215-2835

Dear Mr. Long:

This is to notify you that the Federal Aviation Administration (FAA) has evaluated your final submission of the noise exposure maps and supporting documentation transmitted by your letter of March 26, 1987, in accordance with section 103(a)(1) of the Aviation Safety and Noise Abatement Act of 1979 (ASNA), and has determined that they are in compliance with applicable requirements of 14 CFR Part 150. Further, we have determined that Noise Exposure Map - 1985 (1 of 2) and Noise Exposure Map - 1990 (2 of 2) as presented in the Part 150 Noise Compatibility Program for Port Columbus International Airport fulfill the requirements of the noise exposure maps and supporting documentation. FAA's determination that your noise exposure maps are in compliance is limited to a finding that the maps were developed in accordance with the procedures contained in Appendix A of Federal Aviation Regulation (FAR) Part 150. Such determination does not constitute approval of your data, information or plans.

Should questions arise concerning the precise relationship of specific properties to noise exposure contours depicted on your noise exposure maps, you should note that the FAA will not be involved in any way in determining the relative locations of specific properties with regard to the depicted noise contours, or in interpreting the maps to resolve questions concerning, for example, which properties should be covered by the provisions of section 107 of the Act. These functions are inseparable from the ultimate land use control and planning responsibilities of local government. These local responsibilities are not changed in any way under Part 150 or through FAA's determination relative to your noise exposure maps. Therefore, the responsibility for the detailed overlaying of noise exposure contours onto the maps depicting properties on the surface rests exclusively with you, the airport operator, or with those public agencies and planning agencies with which consultation is required under section 103 of the Act. The FAA relies on the certification by you, under 150.21 of FAR Part 150, that the statutorily required consultation has been accomplished.



044

EXHIBIT
B

B0508359

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 05-75111 |
| | ) | CHAPTER 7 |
| Yvonne Lewis | ) | |
| | ) | |
| Debtor | ) | JUDGE HOFFMAN |
| | ) | |
| | ) | (1875 Alvason Ave, Columbus) |

## AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM STAY

State of _PENNSYLVANIA_

County of _PHILADELPHIA_

I, _JOHN TIMSON_, being duly cautioned and sworn state as follows:

1. I am an employee of GMAC Mortgage Corporation, its successors and assigns, ("Creditor"), a creditor in the within bankruptcy. I am authorized to give this affidavit. The information contained in this affidavit is based upon my personal knowledge or based upon the Creditor's business records. These business records are kept in the normal course of business and the Creditor relies upon them in the conduct of its business. The information contained in these records was created at or near the events described therein. I am a custodian of those records.

2. Creditor holds the note and mortgage relating to debtor's real property referenced above. At the request of my attorney, I have reviewed those records and concluded that Debtor is currently due for the _8/1/05_ payment. The last payment received from the debtor was on _8/10/05_

in the amount of $ _313.98_ and it was applied to the _1/1/05_ payment. . The funds being

held in suspense are _#0.00_ . The total amount to reinstate the loan contractually is

$_10,968.28_ The total amount to payoff this loan good through February 6, 2006, is $62,322.38.

FURTHER AFFIANT SAYETH NAUGHT.

Sworn to and subscribed in my presence this 26th day of _January_, 2006.

NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Zahirah Y. Sweet, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Mar. 7, 2009
Member, Pennsylvania Association of Notaries

EXHIBIT
B1

E1299 - L64

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

GMAC Mortgage Corporation                   Case No. 05CVE-04-4555

      Plaintiff,                          Judge Julie M. Lynch

vs.

                         **AFFIDAVIT**

Yvonne D. Lewis aka Yvonne D. Webb-Lewis,
et al.

      Defendants.

STATE OF ____Pennsylvania____ )
                            ) SS
COUNTY OF ____Montgomery____ )

    ____Peter Nocero____ ("Affiant"), being first duly sworn according to law,

deposes and says on the basis of personal knowledge:

1.    I am a duly authorized signer of GMAC Mortgage, LLC. I am duly authorized by

    GMAC Mortgage, LLC to make the representations contained in this affidavit and am

    competent to testify to the matters stated in this affidavit.

2.    The following person or persons signed the promissory note ("Note"), and are referred to

    herein as "Borrower": Yvonne D. Lewis aka Yvonne D. Webb-Lewis.

3.    In my capacity as an authorized representative of GMAC Mortgage, LLC, I have access

    to business records relating to mortgage loans that are maintained in the ordinary course

    of the regularly conducted activity of mortgage loan servicing, including the Borrower's

    mortgage loan. The statements I make in this Affidavit are based upon my review of

    those records relating to the Borrower's mortgage loan and from my own personal

Ref# 05-2846/RSH

(3)

E1299 - L65

knowledge of how the records are kept and maintained. The business records for the

Borrower's mortgage loan were made at or near the time of the event and by or from

information transmitted from a person with knowledge. I have personally reviewed and

independently verified the accuracy of the factual information included in this affidavit.

4.   The Borrower has defaulted under the Note and Mortgage and has failed to cure the

default. All requirements necessary to accelerate the loan have been met, and the loan has

been accelerated, making the unpaid principal balance due and owing, including accrued

interest and advances for taxes, insurance, and otherwise to protect the property, if any.

5.   Plaintiff is entitled to collect the amount due on the Note and enforce the Mortgage.

6.   As of the date of execution, the amount due on the Note includes (a) unpaid principal in

the amount of $53,138.32; (b) interest on the unpaid principal at the rate of 7%, subject to

adjustment if provided in the Note, from January 1, 2005; (c) advances made for taxes

and insurance; and (d) advances made to protect the property.

7.   The business records I reviewed do not indicate that the Borrower is on active military

duty.

Signed: _Peter Nocero_____

Printed Name: __Peter Nocero____
-- Affiant Authorized Officer

Sworn to and subscribed before me in my presence this _22_ day of _August_, 2011.

My Commission Expires: 11\3\14

_Mary Lynch_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Mary Lynch, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Nov. 3, 2014
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Ref# 05-2846/RSH

E1299 - L66

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Affidavit was sent to the

following by ordinary U.S. Mail, postage prepaid, on the date indicated below:

Yvonne D. Lewis aka Yvonne D. Webb-
Lewis
1875 Alvason Avenue
Columbus, OH 43219

Sidney T. Lewis
1875 Alvason Avenue
Columbus, OH 43219

_____
Matthew J. Richardson

_____
September 4, 2011
Dated

EXHIBIT C

EPA-450/4-79-019
August 1979

# 1976
# NATIONAL EMISSIONS REPORT



## NATIONAL EMISSIONS DATA SYSTEM

## OF THE

## AEROMETRIC AND EMISSIONS

## REPORTING SYSTEM

**U.S. ENVIRONMENTAL PROTECTION AGENCY**
Office of Air, Noise, and Radiation
Office of Air Quality Planning and Standards
Research Triangle Park, North Carolina 27711

**EPA-450/4-79-019**

# 1976
# NATIONAL EMISSIONS REPORT

# NATIONAL EMISSIONS DATA SYSTEM
# OF THE
# AEROMETRIC AND EMISSIONS
# REPORTING SYSTEM

**National Air Data Branch**
**Monitoring and Data Analysis Division**

Property Of
EPA Library
RTP NC 27711

**U.S. ENVIRONMENTAL PROTECTION AGENCY**
Office of Air, Noise, and Radiation
Office of Air Quality Planning and Standards
Research Triangle Park, North Carolina 27711

**August 1979**

**PART A**

**SUMMARY OF AIR POLLUTANT
EMISSIONS
IN THE UNITED STATES**

# UNITED STATES

| Emission categories | Pollutant, tons per year | | | | | Pollutant, tons per year | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Particulates | Sulfur oxides | Nitrogen oxides | Hydro-carbons | Carbon monoxide | Particulates | Sulfur oxides | Nitrogen oxides | Hydro-carbons | Carbon monoxide |
| GRAND TOTAL | 35,716,311 | 33,563,723 | 21,758,889 | 29,453,569 | 115,775,394 | | | | | |
| -AREA | 27,170,444 | 2,416,361 | 11,114,104 | 24,105,675 | 106,281,755 | | | | | |
| -POINT | 8,545,867 | 30,147,363 | 10,644,785 | 5,347,893 | 9,493,639 | | | | | |
| FUEL COMBUSTION-AREA | 1,325,719 | 1,601,978 | 1,135,210 | 114,897 | 654,622 | 81 | 339 | | 6,650 | 2,089 |
| -POINT | 3,498,217 | 22,668,080 | 5,388,636 | 283,210 | 666,889 | | 3 | 5 | 78 | 2,458 |
| External Combustion-area | 1,325,719 | 1,601,978 | 1,135,210 | 114,897 | 654,622 | 791 | 669 | 2,025 | 2,263 | 2,958 |
| -point | 3,484,719 | 23,620,365 | 8,397,488 | 92,313 | 565,149 | 4,902,668 | 6,431,773 | 1,009,696 | 5,136,506 | 2,094,957 |
| Residential Fuel-area | 1,325,719 | 39,966 | 165,149 | 3,506 | 127,514 | 270,718 | 863,616 | 203,554 | 1,130,871 | 144,267 |
| -point | 15,597 | 32,308 | 4,217 | 92,313 | 13,516 | 589,769 | 2,756 | 3,974 | 60,263 | 2,332 |
| Anthracite Coal-area | 29,626 | 78,032 | 6,578 | 29,626 | 40,831 | 1,071,898 | 3,381,434 | 50,603 | 143,635 | 2,366,879 |
| Bituminous Coal | 20,347 | 220,760 | 147,112 | 8,551 | | 172,647 | 65,672 | 15,614 | 17,727 | 61,741 |
| Distillate Oil | | | | | | 2,539,946 | 794,300 | 250,879 | 20,406 | 20,406 |
| Residual Oil | 27,733 | 1,361 | 221,372 | 22,059 | 55,478 | 780,762 | 940,637 | 413,345 | 570,623 | 2,069,856 |
| Natural Gas | 12,841 | 43,033 | 20,591 | 4,675 | 208,170 | 254,862 | 139,491 | 499 | 4,251 | 733,653 |
| Wood | 2,389,129 | 19,975,102 | 6,791,897 | 92,229 | 317,389 | 365 | 44 | 492 | 1,683,756 | 1,368 |
| Electric Generation-area | 41,262 | 12,345 | 20,981 | 1,437 | | 5,390 | 886 | 313 | 1,109,744 | 27 |
| Anthracite Coal | 124,789 | 330,227 | 660,871 | 15,260 | 8,624 | 129,613 | 21,454 | 35,338 | 248,022 | 31 |
| Bituminous Coal | 6,197 | 3,166 | 42,289 | 706 | 7,186 | 482,365 | 37,108 | 46,453 | 93,400 | 46,668 |
| Anthracite Oil | | | | | | 14,031 | 9,882 | 17,385 | 119,349 | 2,878,527 |
| Residual Oil | 13,453 | 36,380 | 1,001,163 | 3,196 | 59,563 | 89,961 | 14,031 | 41,095 | 94,684 | 677,029 |
| Distillate Oil | 1,048,025 | 393,991 | 295,146 | 6,144 | 198,020 | 56,999 | 3,053 | 2,846 | 33,518 | 220,713 |
| Process Gas | 1,006,511 | 3,400,053 | | 93,887 | | 15,004 | 15,088 | 5,479 | 898,504 | 7,186 |
| Other | | | | | | 389,773 | 13,282 | 500,818 | 397,690 | 2,627,861 |
| Industrial Fuel-area | | | | | | 211,829 | 15,262 | 9,563 | | 1,502,439 |
| -point | 3,861 | 6,736 | 2,293 | 68 | 485 | 55,290 | 61,368 | 10,772 | 10,114 | 1,123,428 |
| Anthracite Coal-area | | | | | | 11,861 | 12,561 | 14,553 | 23,130 | 36,783 |
| Bituminous Coal-area | 1,024,014 | 232,491 | 79,824 | 3,990 | 33,442 | 39,919 | 4,820 | 3,539 | 29,449 | 47,623 |
| -point | 35,356 | 92,711 | 14,736 | 537 | 1,503 | | | 5,028 | | 44,884 |
| Lignite-point | 21,358 | | | | | 43,365 | 7,760 | 13,724 | 1,375 | 81,884 |
| Residual Oil-area | 11,209 | 97,351 | 37,855 | 10,893 | 34,515 | 1,113 | 270 | 12,896 | 42,382 | 8,976 |
| -point | 3,076 | 47,901 | 34,966 | 1,502 | 7,886 | 37,302 | 22,854 | 62,040 | 110,481 | 419,533 |
| Natural Gas-area | 24,110 | 168,012 | 456,100 | 2,043 | 13,285 | 22,266 | 6,951 | 8,197 | 1,505,776 | 31,756 |
| -point | 21,793 | 39,351 | 843,043 | 493 | 26,272 | 15,960 | 2,579 | 5,537 | 28,311 | 371,198 |
| Other | | | | | | 7,341 | 273 | 2,665 | 17,666 | 79,191 |
| Commercial-Institutional Fuel-area | 12,294 | 2,464 | 2,024 | 806 | 3,690 | | | | | 48,335 |
| -point | 14,742 | 2,464 | 1,713 | 1,316 | | 6,154,956 | 773,458 | 9,736,613 | 3,060,920 | 98,296,768 |
| Anthracite Coal-area | 30,610 | 117,686 | 18,250 | | 82,085 | 6,012,775 | 627,012 | 9,392,270 | 12,245,635 | 96,238,439 |
| -point | 19 | | 57,499 | 711 | 2,082 | 5,505,396 | 631,857 | 170,071 | 7,819,808 | 59,381,174 |
| Bituminous Coal-area | 3,445 | | | | | | 331,637 | 4,170,231 | 1,505,776 | 10,637,075 |
| -point | 76 | 2,398 | 49 | 410 | 60,075 | 337,884 | 36,681 | 821,445 | 403,071 | 6,351,035 |
| Coke-point | 556 | 3,391 | | 289 | 410 | 995,173 | 28,313 | 203,851 | 519,614 | 2,336,595 |
| Wood-area | 194,889 | 27,981 | 178,385 | 44,805 | | 907,379 | 180,235 | 1,318,966 | 568,998 | 1,336,316 |
| -point | 996 | 1,717 | 1,864 | | 6,819 | 347,469 | 118,647 | 1,018,561 | 130,654 | 705,405 |
| Liquid Petroleum Gas-point | 46,980 | 481,144 | 9,146 | 3,742 | 5,116 | 52,243 | 27,165 | 770,144 | 209,551 | 224,908 |
| Bagasse-point | 9,339 | 21,235 | 2,977 | 2,389 | 31,187 | 106,121 | 96,927 | 132,929 | | |
| Other-point | 12,294 | 842,111 | | 2,703 | 3,330 | 10,333 | 1,803 | 80,371 | 45,936 | 23,848 |
| Commercial-Institutional Fuel-area | 26,959 | 24,218 | | 806 | | 5,711 | 8,167 | 191 | 414,174 | 1,352,875 |
| Anthracite Coal-area | | | | | | 10,186 | 4,838 | 9,317 | 1,273 | 417 |
| Bituminous Coal-area | | | | | | 25,017 | 186,766 | 49,012 | 49,012 | 1,281,372 |
| -point | | | | | | 3,856 | 2,576 | 12,000 | 403,071 | 4,432,064 |
| Distillate Oil-area | | | | | | 19,207,404 | 31,022 | 122,736 | 99,709 | 2,564,759 |
| Residual Oil-point | | | | | | | 3,817 | 3,557 | 993,708 | 85,152 |
| Gasoline | | | | | | 8,913 | | 15 | 207,971 | 25,112 |
| Natural Gas-area | | | | | | 147,307 | 1,250 | 34,659 | 207,971 | 385,985 |
| -point | | | | | | 18,660,737 | 15 | 3,107 | 34,659 | |
| Wood-area | | | | | | 9,292 | | | | |
| Other | 695 | 399 | 2,697 | 582 | 559 | | | | | |
| SOLID WASTE DISPOSAL-AREA | 58,031 | 3,085 | 691,148 | 90,917 | 70,694 | | | | | |
| -POINT | 13,498 | 47,735 | 182,427 | 15,918 | 5,738 | | | | | |
| Government Incineration | 10,571 | 37,974 | 48,073 | 47,534 | 30,011 | | | | | |
| -area | 4,255 | 18,681 | 9,087 | 36,282 | 3,458 | | | | | |
| -point | 6,000 | 1,601 | 138,726 | 1,015 | 31,483 | | | | | |
| Open Burning-area | 2,555 | 14,931 | 6,797 | 390 | 34,316 | | | | | |
| -point | 2,210 | 5,347 | 397,841 | | 1,795 | | | | | |
| On Site Incineration | 481 | 4,472 | | | | | | | | |
| -area | 718 | 3,302 | 44 | | | | | | | |
| Open Burning | 354 | | 10,465 | 2,317 | | | | | | |
| -point | 492 | 428 | | | | | | | | |

# PART B

## SUMMARY OF AIR POLLUTANT
## EMISSIONS IN STATES, IN INTRASTATE AQCRs,
## AND IN RESPECTIVE STATE PORTIONS
## OF INTERSTATE AQCRs

# AQCR 176 METROPOLITAN COLUMBUS

| Emission categories | Particulates | Sulfur oxides | Nitrogen oxides | Hydro-carbons | Carbon monoxide |
|---|---|---|---|---|---|
| GRAND TOTAL | 146,564 | 62,785 | 70,717 | 144,565 | 598,152 |
|   -AREA | 104,844 | 16,372 | 64,241 | 142,497 | 588,501 |
|   -POINT | 41,720 | 46,413 | 6,476 | 1,258 | 9,651 |
| FUEL COMBUSTION-AREA | | | | | |
|   -POINT | | | | | |
| External Combustion-area | 31,480 | 12,134 | 7,506 | 689 | 2,589 |
|   -point | 30,220 | 43,730 | 7,506 | 153 | 555 |
| Residential Fuel-area | 30,220 | 43,730 | 6,082 | 689 | 2,589 |
|   -point | 30,639 | 1,830 | 2,716 | 537 | 2,130 |
| Anthracite Coal | 15 | 29 | 2 | 282 | 113 |
| Bituminous Coal | 292 | 1,037 | 468 | 26 | 1,398 |
| Distillate Oil | 66 | 749 | 64 | 2 | 130 |
| Residual Oil | 0 | 0 | 0 | 0 | 0 |
| Natural Gas | 273 | 15 | 2,182 | 218 | 545 |
| Wood | 25 | 0 | 0 | 15 | 72 |
| Electric Generation-point | 16,815 | 23,337 | 2,737 | 15 | 157 |
| Anthracite Coal | 0 | 0 | 0 | 0 | 0 |
| Bituminous Coal | 16,815 | 23,337 | 2,737 | 15 | 157 |
| Lignite | 0 | 0 | 0 | 0 | 0 |
| Residual Oil | 0 | 0 | 0 | 0 | 0 |
| Distillate Oil | 0 | 0 | 0 | 0 | 0 |
| Natural Gas | 0 | 0 | 0 | 0 | 0 |
| Process Gas | 0 | 0 | 0 | 0 | 0 |
| Industrial Fuel-area | 30,439 | 7,861 | 2,695 | 48 | 145 |
|   -point | 4,081 | 11,571 | 1,930 | 78 | 219 |
| Anthracite Coal-area | 0 | 0 | 0 | 0 | 0 |
|   -point | 0 | 0 | 0 | 0 | 0 |
| Bituminous Coal-area | 30,420 | 7,773 | 2,387 | 43 | 107 |
|   -point | 4,071 | 11,244 | 1,711 | 7 | 281 |
| Lignite-point | 0 | 0 | 0 | 0 | 0 |
| Residual Oil-area | 0 | 0 | 0 | 0 | 0 |
|   -point | 6 | 88 | 67 | 1 | 3 |
| Distillate Oil-area | 0 | 0 | 0 | 0 | 0 |
|   -point | 13 | 26 | 23 | 2 | 23 |
| Natural Gas-area | 9 | 0 | 241 | 3 | 15 |
|   -point | 5 | 0 | 196 | 1 | 15 |
| Process Gas-area | 0 | 0 | 0 | 0 | 0 |
|   -point | 0 | 0 | 0 | 0 | 0 |
| Coke-area | 0 | 0 | 0 | 0 | 0 |
|   -point | 0 | 0 | 0 | 0 | 0 |
| Wood-area | 0 | 0 | 0 | 0 | 0 |
|   -point | 0 | 0 | 0 | 0 | 0 |
| Liquid Petroleum Gas-point | 0 | 0 | 0 | 0 | 0 |
| Bagasse-point | 0 | 0 | 0 | 0 | 0 |
| Commercial-Institutional Fuel-area | 382 | 2,643 | 2,095 | 104 | 314 |
|   -point | 95 | 2,822 | 1,415 | 60 | 179 |
| Anthracite Coal-area | 0 | 18 | 0 | 0 | 0 |
|   -point | 4 | 0 | 0 | 0 | 0 |
| Bituminous Coal-area | 9,324 | 8,822 | 1,415 | 60 | 179 |
|   -point | 0 | 0 | 0 | 0 | 0 |
| Lignite-point | 0 | 0 | 0 | 0 | 0 |
| Residual Oil-area | 156 | 2,134 | 576 | 1 | 49 |
|   -point | 0 | 0 | 0 | 0 | 0 |
| Distillate Oil-area | 19 | 282 | 217 | 9 | 50 |
|   -point | 0 | 0 | 0 | 0 | 0 |
| Natural Gas-area | 108 | 5 | 1,294 | 86 | 215 |
|   -point | 0 | 0 | 0 | 0 | 0 |
| Wood-area | 0 | 0 | 0 | 0 | 0 |
|   -point | 0 | 0 | 0 | 0 | 0 |
| Liquid Petroleum Gas-point | 0 | 0 | 0 | 0 | 0 |
| Other-point | 0 | 0 | 0 | 0 | 0 |
| Internal Combustion-point | 0 | 0 | 0 | 0 | 0 |
| Electric Generation | 0 | 0 | 0 | 0 | 0 |
| Distillate Oil | 0 | 0 | 0 | 0 | 0 |
| Natural Gas | 0 | 0 | 0 | 0 | 0 |
| Diesel Fuel | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 |
| Industrial Fuel | 0 | 0 | 0 | 0 | 0 |
| Distillate Oil | 0 | 0 | 0 | 0 | 0 |
| Natural Gas | 0 | 0 | 0 | 0 | 0 |
| Diesel Fuel | 0 | 0 | 0 | 0 | 0 |

| Emission categories | Particulates | Sulfur oxides | Nitrogen oxides | Hydro-carbons | Carbon monoxide |
|---|---|---|---|---|---|
| Other | 0 | 0 | 0 | 0 | 0 |
| Commercial-Institutional | 0 | 0 | 0 | 0 | 0 |
| Engine-Testing | 0 | 0 | 0 | 0 | 0 |
| INDUSTRIAL PROCESS-POINT | 8,052 | 2,649 | 222 | 1,571 | 9,096 |
| Chemical Manufacturing | 166 | 0 | 0 | 1,036 | 945 |
| Food/Agriculture | 64 | 1,346 | 0 | 0 | 7,672 |
| Primary Metals | 646 | 509 | 213 | 497 | 479 |
| Secondary Metals | 1,514 | 794 | 0 | 1 | 0 |
| Mineral Products | 5,718 | 4 | 0 | 37 | 0 |
| Petroleum Industry | 0 | 0 | 0 | 1 | 0 |
| Wood Products | 15 | 0 | 0 | 0 | 0 |
| Organic Solvent Evaporation | 0 | 0 | 0 | 0 | 0 |
| Petroleum Storage/Transport | 0 | 0 | 0 | 0 | 0 |
| Metal Fabrication | 0 | 0 | 0 | 0 | 0 |
| Textile Manufacturing | 0 | 0 | 0 | 0 | 0 |
| Other/Not Classified | 0 | 0 | 0 | 0 | 0 |
| SOLID WASTE DISPOSAL-AREA | 4,934 | 409 | 1,697 | 10,427 | 30,358 |
|   -POINT | 3,448 | 34 | 172 | 34 | 34 |
| Government-point | 3,448 | 34 | 172 | 172 | 34 |
| Municipal Incineration | 3,448 | 34 | 172 | 172 | 34 |
| Open Burning | 0 | 0 | 0 | 0 | 0 |
| Other Incineration | 0 | 34 | 0 | 172 | 34 |
| Residential-area | 0 | 126 | 618 | 9,230 | 27,229 |
| On Site Incineration | 0 | 36 | 73 | 6,503 | 19,510 |
| Open Burning-area | 0 | 90 | 545 | 2,727 | 7,719 |
| Commercial-Institutional-area | 518 | 135 | 196 | 468 | 1,177 |
|   -point | 0 | 0 | 0 | 0 | 0 |
| On Site Incineration-area | 409 | 129 | 153 | 256 | 586 |
|   -point | 0 | 6 | 43 | 0 | 0 |
| Open Burning-area | 109 | 6 | 43 | 212 | 591 |
| Industrial-area | 505 | 139 | 243 | 729 | 1,932 |
|   -point | 0 | 0 | 0 | 0 | 0 |
| On Site Incineration-area | 650 | 123 | 147 | 245 | 562 |
|   -point | 392 | 0 | 0 | 0 | 0 |
| Open Burning-area | 258 | 16 | 96 | 484 | 1,370 |
| Rail Car Burning-point | 0 | 0 | 0 | 0 | 0 |
| TRANSPORTATION-AREA | 38,702 | 3,838 | 55,654 | 72,494 | 554,960 |
| Light Duty Vehicles | 38,146 | 3,690 | 54,927 | 69,553 | 540,080 |
| Gasoline | 38,146 | 1,569 | 26,498 | 48,272 | 372,972 |
| Light Duty Vehicles | 24,533 | 987 | 26,498 | 63,471 | 63,471 |
| Heavy Duty Vehicles | 4,832 | 230 | 5,147 | 6,848 | 34,453 |
| Off Highway | 1,240 | 101 | 1,105 | 2,820 | 11,430 |
| Diesel Fuel Vehicles | 3,313 | 51 | 18,840 | 3,400 | 11,430 |
| Heavy Duty Vehicles | 2,401 | 1,070 | 14,955 | 1,683 | 1,575 |
| Off Highway | 2,460 | 452 | 4,526 | 5,591 | 3,816 |
| Aircraft | 556 | 144 | 708 | 612 | 1,168 |
| Military | 95 | 89 | 225 | 1,150 | 1,485 |
| Commercial | 58 | 11 | 54 | 361 | 1,465 |
| Vessels | 30 | 44 | 429 | 563 | 2,064 |
| Distillate Oil | 0 | 0 | 0 | 19 | 0 |
| Residual Oil | 0 | 4 | 0 | 0 | 649 |
| Gasoline | 0 | 0 | 0 | 24 | 614 |
| MISCELLANEOUS-AREA | 29,728 | 0 | 0 | 58,997 | 38 |
| Forest Wildfires | 3 | 0 | 0 | 0 | 576 |
| Forest Managed Burning | 254 | 0 | 0 | 66 | 0 |
| Agricultural Burning | 0 | 0 | 0 | 23 | 0 |
| Structural Fires | 0 | 0 | 0 | 0 | 0 |
| Solvent Evaporation Loss | 0 | 0 | 0 | 52,943 | 0 |
| Gasoline Stn Evaporation Loss | 0 | 0 | 0 | 5,981 | 0 |
| Unpaved Roads | 29,437 | 0 | 0 | 0 | 0 |
| Unpaved Airstrips | 32 | 0 | 0 | 0 | 0 |
| Construction | 0 | 0 | 0 | 0 | 0 |
| Land Tilling | 0 | 0 | 0 | 0 | 0 |
| Forest Wildfires | 0 | 0 | 0 | 0 | 0 |
| Miscellaneous Wind Erosion | 0 | 0 | 0 | 0 | 0 |
| Other/Not Classified | 0 | 0 | 0 | 0 | 0 |

## TECHNICAL REPORT DATA
*(Please read Instructions on the reverse before completing)*

| 1. REPORT NO. EPA-450/4-79-019 | 2. | 3. RECIPIENT'S ACCESSION NO. |
|---|---|---|
| **4. TITLE AND SUBTITLE** 1976 NATIONAL EMISSIONS REPORT; National Emissions Data Systems (NEDS) of the Aerometric and Emissions Reporting System (AEROS) | | **5. REPORT DATE** August 1979 |
| | | **6. PERFORMING ORGANIZATION CODE** |
| **7. AUTHOR(S)** National Air Data Branch | | **8. PERFORMING ORGANIZATION REPORT NO.** |
| **9. PERFORMING ORGANIZATION NAME AND ADDRESS** U.S. Environmental Protection Agency Office of Air Quality Planning and Standards Monitoring and Data Analysis Division Research Triangle Park, North Carolina 27711 | | **10. PROGRAM ELEMENT NO.** |
| | | **11. CONTRACT/GRANT NO.** |
| **12. SPONSORING AGENCY NAME AND ADDRESS** U.S. Environmental Protection Agency Office of Air Noise and Radiation Office of Air Quality Planning and Standards Research Triangle Park, North Carolina 27711 | | **13. TYPE OF REPORT AND PERIOD COVERED** Annual, - 1976 |
| | | **14. SPONSORING AGENCY CODE** 200/04 |

**15. SUPPLEMENTARY NOTES**

**16. ABSTRACT**

The National Emissions Report summarizes annual cumulative estimates of source emissions of five criteria pollutants: particulates, sulfur oxides, nitrogen oxides, hydrocarbons, and carbon monoxide. Source emissions data are reported to the U.S. Environmental Protection Agency under provisions of Section 110 of the Clean Air Act, as amended 1977, and EPA Regulations, Title 40, Code of Federal Regulations, Part 51.321. Summary data are presented for the nation as a whole, for individual states, and for Air Quality Control Regions and individual interstate portions thereof.

The data compilations result from the operations of the National Emissions Data System (NEDS), which functions as a component of the comprehensive EPA air information system--the Aerometric and Emissions Reporting System (AEROS). AEROS is managed by the National Air Data Branch, Monitoring and Data Analysis Division, Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, at Research Triangle Park, North Carolina 27711.

**17. KEY WORDS AND DOCUMENT ANALYSIS**

| a. DESCRIPTORS | b. IDENTIFIERS/OPEN ENDED TERMS | c. COSATI Field/Group |
|---|---|---|
| Air pollution     Particulates* Carbon monoxide*    Sulfur oxides* Emissions* Hydrocarbons* Nitrogen oxides* | *Air pollution | |

| 18. DISTRIBUTION STATEMENT Release unlimited | 19. SECURITY CLASS *(This Report)* UNCLASSIFIED | 21. NO. OF PAGES 441 |
|---|---|---|
| | 20. SECURITY CLASS *(This page)* UNCLASSIFIED | 22 PRICE |

EPA Form 2220-1 (9-73)

*Brief Description of Disapproved Project:*

PFC planning and program administration.

*Determination:* The public agency did not provide adequate justification for the proposed project. Therefore, the project did not meet the requirements of § 158.15 and § 158.17.

*Brief Description of Withdrawn Projects:*

Installation of low sulfur diesel tank.
Installation of liquid chemical storage tank.

*Date of withdrawal:* October 12, 2010.
*Decision Date:* January 14, 2011.

**FOR FURTHER INFORMATION CONTACT:**
Andrew Brooks, New York Airports District Office, (516) 227–3816.

*Public Agency:* Town of Barnstable, Hyannis, Massachusetts.

*Application Number:* 11–01–C–00–HYA.

*Application Type:* Impose and use a PFC.

*PFC Level:* $2.00.

*Total PFC Revenue Approved in This Decision:* $2,573,600.

*Earliest Charge Effective Date:* March 1, 2011.

*Estimated Charge Expiration Date:* October 1, 2024.

*Class of Air Carriers Not Required To Collect PFC's:* On-demand air taxi commercial operators.

*Determination:* Approved. Based on information submitted in the public agency's application, the FAA has determined that the approved class accounts for less than 1 percent of the total annual enplanements at Barnstable Municipal Airport.

*Brief Description of Projects Approved for Collection and Use:*

New terminal building.
PFC application assistance.

*Decision Date:* January 20, 2011.

**FOR FURTHER INFORMATION CONTACT:**
Priscilla Scott, New England Region Airports Division, (781) 238–7614.

*Public Agency:* City of Duluth, Minnesota.

*Application Number:* 11–10–C–00–DLH.

*Application Type:* Impose and use a PFC.

*PFC Level:* $4.50.

*Total PFC Revenue Approved in This Decision:* $1,639,571.

*Earliest Charge Effective Date:* November 1, 2011.

*Estimated Charge Expiration Date:* November 1, 2014.

*Class of Air Carriers Not Required To Collect PFC's:* Non-scheduled air taxi/commercial operators.

*Determination:* Approved. Based on information submitted in the public agency's application, the FAA has determined that the approved class accounts for less than 1 percent of the total annual enplanements at Duluth International Airport.

*Brief Description of Projects Approved for Collection and Use:*

Preparation of PFC notice of intent.
Construct passenger terminal replacement: terminal building structure and enclosure (phase 2: bid package 1A).
Construct passenger terminal replacement: terminal building structure and enclosure (phase 2: bid package 1B).

*Brief Description of Projects Partially Approved for Collection and Use:*

Construct passenger terminal replacement: terminal building structure and enclosure (phase 2: bid package 2).
Construct passenger terminal replacement: terminal building structure and enclosure (phase 2: bid package 3).

*Determination:* The PFC approved amount for each project was reduced from that requested. The approved amounts were limited to the amounts identified in the public agency's air carrier consultation and public notice processes.

*Decision Date:* January 20, 2011.

**FOR FURTHER INFORMATION CONTACT:**
Gordon Nelson, Minneapolis Airports District Office, (612) 713–4358.

*Public Agency:* Columbus Regional Airport Authority, Columbus, Ohio.

*Applications Number:* 10–09–C–00–CMH.

*Application Type:* Impose and use a PFC.

*PFC Level:* $4.50.

*Total PFC Revenue Approved in This Decision:* $184,864,011.

*Earliest Charge Effective Date:* April 1, 2013.

*Estimated Charge Expiration Date:* February 1, 2024.

*Class of Air Carriers Not Required to Collect PFC's:* Air taxi/commercial operators when enplaning passengers in service and equipment reportable to FAA on FAA Form 1800–31.

*Determination:* Approved. Based on information submitted in the public agency's application, the FAA has determined that the approved class accounts for less than 1 percent of the total annual enplanements at Port Columbus International Airport.

*Brief Description of Projects Approved for Collection and Use at a $3.00 PFC Level:*

Checked baggage screening and install new outbound baggage make-up units.
Replacement of bag claim units 2 thru 6.
Four permanent noise monitoring terminals.
Update pavement management program.
Reimbursement for jet bridges and acquisition and rehabilitation of additional jet bridges (9–14).
PFC program formulation cost.

*Brief Description of Projects Approved For Collection and Use at a $4.50 PFC Level:*

Storm water detention for Turkey Run.
Acquisition and demolition of properties in new runway protection zone for replacement runway 10R/28L.
Replacement runway obstruction mitigation.
Airport golf course modifications.
Runway 10R/28L replacement and conversion of existing runway 10R/28L to a taxiway.
Demolish on-airport structures.
Noise berm/wall.
Residential sound insulation program phase XI (9–13).

*Brief Description of Withdrawn Project:* Storm water basin at Outfall Four.

*Date of withdrawal:* January 21, 2011.
*Decision Date:* January 28, 2011.

**FOR FURTHER INFORMATION CONTACT:**
Gordon Nelson, Minneapolis Airports District Office, (612) 713–4358.

## AMENDMENTS TO PFC APPROVALS

| Amendment number, city, state | Amendment approved date | Original approved net PFC revenue | Amended approved net PFC revenue | Original estimated charge exp. date | Amended estimated charge exp. date |
|---|---|---|---|---|---|
| 08–02–C–02–PIE, Clearwater, FL | 12/17/10 | $3,323,450 | $6,628,510 | 11/01/11 | 11/01/12 |
| 03–04–C–03–BHM, Birmingham, AL | 01/13/11 | $9,924,690 | $8,650,171 | 04/01/07 | 04/01/07 |
| 06–06–C–02–BHM, Birmingham, AL | 01/13/11 | $5,600,000 | $5,509,101 | 10/01/08 | 10/01/08 |

*Brief Description of Disapproved Project:*

PFC planning and program administration.

*Determination:* The public agency did not provide adequate justification for the proposed project. Therefore, the project did not meet the requirements of § 158.15 and § 158.17.

*Brief Description of Withdrawn Projects:*

Installation of low sulfur diesel tank.

Installation of liquid chemical storage tank.

*Date of withdrawal:* October 12, 2010.

*Decision Date:* January 14, 2011.

FOR FURTHER INFORMATION CONTACT:
Andrew Brooks, New York Airports District Office, (516) 227–3816.

*Public Agency:* Town of Barnstable, Hyannis, Massachusetts.

*Application Number:* 11–01–C–00–HYA.

*Application Type:* Impose and use a PFC.

*PFC Level:* $2.00.

*Total PFC Revenue Approved in This Decision:* $2,573,600.

*Earliest Charge Effective Date:* March 1, 2011.

*Estimated Charge Expiration Date:* October 1, 2024.

*Class of Air Carriers Not Required To Collect PFC's:* On-demand air taxi commercial operators.

*Determination:* Approved. Based on information submitted in the public agency's application, the FAA has determined that the approved class accounts for less than 1 percent of the total annual enplanements at Barnstable Municipal Airport.

*Brief Description of Projects Approved for Collection and Use:*

New terminal building.

PFC application assistance.

*Decision Date:* January 20, 2011.

FOR FURTHER INFORMATION CONTACT:
Priscilla Scott, New England Region Airports Division, (781) 238–7614.

*Public Agency:* City of Duluth, Minnesota.

*Application Number:* 11–10–C–00–DLH.

*Application Type:* Impose and use a PFC.

*PFC Level:* $4.50.

*Total PFC Revenue Approved in This Decision:* $1,639,571.

*Earliest Charge Effective Date:* November 1, 2011.

*Estimated Charge Expiration Date:* November 1, 2014.

*Class of Air Carriers Not Required To Collect PFC's:* Non-scheduled air taxi/commercial operators.

*Determination:* Approved. Based on information submitted in the public agency's application, the FAA has determined that the approved class accounts for less than 1 percent of the total annual enplanements at Duluth International Airport.

*Brief Description of Projects Approved for Collection and Use:*

Preparation of PFC notice of intent.

Construct passenger terminal replacement: terminal building structure and enclosure (phase 2: bid package 1A).

Construct passenger terminal replacement: terminal building structure and enclosure (phase 2: bid package 1B).

*Brief Description of Projects Partially Approved for Collection and Use:*

Construct passenger terminal replacement: terminal building structure and enclosure (phase 2: bid package 2).

Construct passenger terminal replacement: terminal building structure and enclosure (phase 2: bid package 3).

*Determination:* The PFC approved amount for each project was reduced from that requested. The approved amounts were limited to the amounts identified in the public agency's air carrier consultation and public notice processes.

*Decision Date:* January 20, 2011.

FOR FURTHER INFORMATION CONTACT:
Gordon Nelson, Minneapolis Airports District Office, (612) 713–4358.

*Public Agency:* Columbus Regional Airport Authority, Columbus, Ohio.

*Applications Numbers:* 10–09–C–00–CMH.

*Application Type:* Impose and use a PFC.

*PFC Level:* $4.50.

*Total PFC Revenue Approved in This Decision:* $184,864,011.

*Earliest Charge Effective Date:* April 1, 2013.

*Estimated Charge Expiration Date:* February 1, 2024.

*Class of Air Carriers Not Required to Collect PFC's:* Air taxi/commercial operators when enplaning passengers in service and equipment reportable to FAA on FAA Form 1800–31.

*Determination:* Approved. Based on information submitted in the public agency's application, the FAA has determined that the approved class accounts for less than 1 percent of the total annual enplanements at Port Columbus International Airport.

*Brief Description of Projects Approved for Collection and Use at a $3.00 PFC Level:*

Checked baggage screening and install new outbound baggage make-up units.

Replacement of bag claim units 2 thru 5.

Four permanent noise monitoring terminals.

Update pavement management program.

Reimbursement for jet bridges and acquisition and rehabilitation of additional jet bridges (9–14).

PFC program formulation cost.

*Brief Description of Projects Approved For Collection and Use at a $4.50 PFC Level:*

Storm water detention for Turkey Run.

Acquisition and demolition of properties in new runway protection zone for replacement runway 10R/28L.

Replacement runway obstruction mitigation.

Airport golf course modifications.

Runway 10R/28L replacement and conversion of existing runway 10R/28L to a taxiway.

Demolish on-airport structures.

Noise berm/wall.

Residential sound insulation program phase XI (9–13).

*Brief Description of Withdrawn Project:* Storm water basin at Outfall Four.

*Date of withdrawal:* January 21, 2011.

*Decision Date:* January 28, 2011.

FOR FURTHER INFORMATION CONTACT:
Gordon Nelson, Minneapolis Airports District Office, (612) 713–4358.

AMENDMENTS TO PFC APPROVALS

| Amendment number, city, state | Amendment approved date | Original approved net PFC revenue | Amended approved net PFC revenue | Original estimated charge exp. date | Amended estimated charge exp. date |
|---|---|---|---|---|---|
| 08–02–C–02–PIE, Clearwater, FL | 12/17/10 | $3,323,450 | $6,628,510 | 11/01/11 | 11/01/12 |
| 03–04–C–03–BHM, Birmingham, AL | 01/13/11 | $9,924,690 | $8,650,171 | 04/01/07 | 04/01/07 |
| 06–06–C–02–BHM, Birmingham, AL | 01/13/11 | $5,600,000 | $5,509,101 | 10/01/08 | 10/01/08 |