# **EXHIBIT B**

1991337v.2



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988432

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                          **$5,078.60**

File Number:        1000304.00000
Re:                 Residential Funding Bankruptcy - LL Fee Petitions

Your File Number:  733964

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/13 | Emails re GMACM's request for information regarding WIP for report being prepared and emails re check inadvertently returned to GMACM. | TJC | 0.20 | 117.00 |
| 01/03/13 | Conference with K. Morehouse re confirmation of information set forth in draft retention agreement. | TJC | 0.30 | 175.50 |
| 01/04/13 | Emails to/from Natasha Campbell at GMACM re same and re procedures moving forward. | TJC | 0.10 | 58.50 |
| 01/04/13 | Email from Donna McFadden re billing and invoicing procedures and implementation of same. | TJC | 0.20 | 117.00 |
| 01/14/13 | Review of invoices for submission to notice parties. | TJC | 2.50 | 1,462.50 |
| 01/17/13 | Review of order entered today approving Locke Lord as retained counsel. | TJC | 0.10 | 58.50 |
| 01/17/13 | E-mails from and to Jordan Wishnew and Natasha Campbell re same. | TJC | 0.20 | 117.00 |
| 01/17/13 | Conference with staff re new billing and invoicing procedures in light of change in status from OCP to retained counsel. | TJC | 0.20 | 117.00 |

GMAC Mortgage, LLC
File No.:  1000304.00000

Invoice Date: February 25, 2013
Invoice No.:  988432
Page:  2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/17/13 | Conference with Kathy Morehouse re spreadsheets we need to prepare for Donna McFadden at GMACM and various issues related to accounting for reductions by GMACM and reductions by US Trustee, dealing with time billed by timekeepers that are not yet approved in GMACM's system, coordinating submission of invoices to GMACM with providing notice to notice parties and obtaining approval for fees from court, etc. | TJC | 0.30 | 175.50 |
| 01/18/13 | Review of correspondence to outside counsel re handling and processing of invoices. | TJC | 0.20 | 117.00 |
| 01/22/13 | Preparation of November invoices for distribution to Notice Parties and forthcoming fee petition. | TJC | 2.00 | 1,170.00 |
| 01/23/13 | Preparation of November invoices for forthcoming fee petition. | TJC | 2.00 | 1,170.00 |
| | | | 8.30 | $4,855.50 |

| Document/File Management | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/10/13 | Retrieve Dykema's Fee Petition; e-mail same to litigation team. | TBT | 0.20 | 47.60 |
| | | | 0.20 | $47.60 |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/04/13 | Review of order governing interim compensation procedures for retained professionals. | TJC | 0.20 | 117.00 |
| 01/04/13 | Emails from/to Jordan Wishnew at Morrison & Foerster re Locke Lord retention application. | TJC | 0.10 | 58.50 |
| | | | 0.30 | $175.50 |

**TOTAL FEES**      **$5,078.60**

### TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 8.30 | $4,855.50 |
| | | | 8.30 | $4,855.50 |

**Document/File Management**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.20 | $47.60 |
| | | | 0.20 | $47.60 |

**Pleadings**

GMAC Mortgage, LLC
File No.: 1000304.00000

Invoice Date: February 25, 2013
Invoice No.: 988432
Page: 3

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.30** | **$175.50** |

**TIMEKEEPER SUMMARY TOTALS**          **$5,078.60**

TOTAL FEES          $5,078.60

**TOTAL BALANCE DUE**          **$5,078.60**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 55437

February 25, 2013
Invoice No.: 988433

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                               $2,741.10

File Number:        1000304.00185
Re:                 Sigler, Eyal v. GMAC Mortgage, LLC, #689067

Your File Number:  689067

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | **Analysis/Strategy** | | | |
| 01/08/13 | Email from Sheila Gregory re ███████████ | TJC | 0.10 | 58.50 |
| 01/10/13 | E-mails re proposed affidavit in support of motion for summary judgment. | TJC | 0.10 | 58.50 |
| 01/10/13 | Review and revise affidavit in support of motion for summary judgment. | DFS | 0.20 | 52.80 |
| 01/27/13 | Review of status and e-mail to Manish Verma re ████ ███████████████ | TJC | 0.50 | 292.50 |
| 01/27/13 | E-mail to Doug Sargent re transition of responsibility for matter to Manish Verma and working with Manish to finalize affidavit and get motion for summary judgment on file. | TJC | 0.20 | 117.00 |
| 01/28/13 | Conference with Doug Sargent re execution of affidavit in support of motion for summary judgment and getting Manish Verma's review and approval of it. | TJC | 0.20 | 117.00 |
| 01/28/13 | E-mails re executed affidavit and status of motion for summary judgment. | TJC | 0.20 | 117.00 |
| 01/28/13 | Review executed affidavit in support of motion for summary judgment and circulate to GMACM. | CGS | 0.50 | 127.50 |
| | | | **2.00** | **$940.80** |

GMAC Mortgage, LLC
File No.:  1000304.00185

Invoice Date: February 25, 2013
Invoice No.:  988433
Page: 2

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/04/13 | Review of revised affidavit in support of motion for summary judgment and emails re same. | TJC | 0.30 | 175.50 |
| 01/10/13 | Review of proposed revised affidavit and conference with Doug Sargent re issues pertaining to foundation in proposed affidavit. | TJC | 0.30 | 175.50 |
| | | | **0.60** | **$351.00** |

| Dispositive Motions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/02/13 | Telephone conference with S. Gregory regarding ███████ | DRS | 0.20 | 63.40 |
| 01/04/13 | Review and revise affidavit in support of motion for summary judgment. | DRS | 0.90 | 285.30 |
| 01/10/13 | Review and revise affidavit in support of motion for summary judgment. | DRS | 0.80 | 253.60 |
| 01/11/13 | E-mails with client regarding ███████ | DRS | 0.10 | 31.70 |
| 01/14/13 | E-mails with client regarding ███████ | DRS | 0.20 | 63.40 |
| 01/14/13 | Assemble exhibits for affidavit in support of motion for summary judgment. | CGS | 0.50 | 127.50 |
| 01/15/13 | Assemble exhibits for affidavit in support of motion for summary judgment. | CGS | 2.20 | 561.00 |
| 01/28/13 | E-mails with client regarding affidavit in support of motion for summary judgment. | DRS | 0.20 | 63.40 |
| | | | **5.10** | **$1,449.30** |

## TOTAL FEES

**$2,741.10**

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.30 | $760.50 |
| C. G. Shetty | Associate | $255.00 | 0.50 | $127.50 |
| D. F. Standa | Associate | $264.00 | 0.20 | $52.80 |
| | | | **2.00** | **$940.80** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| | | | **0.60** | **$351.00** |

GMAC Mortgage, LLC
File No.: 1000304.00185

Invoice Date: February 25, 2013
Invoice No.: 988433
Page: 3

**Dispositive Motions**

| | | | | |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 2.70 | $688.50 |
| D.R. Sargent | Associate | $317.00 | 2.40 | $760.80 |
| | | | **5.10** | **$1,449.30** |

**TIMEKEEPER SUMMARY TOTALS**                                                    **$2,741.10**

TOTAL FEES                                                                                      $2,741.10

**TOTAL BALANCE DUE**                                                                  **$2,741.10**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke**

**Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore                                              February 25, 2013
GMAC Mortgage, LLC                                      Invoice No.: 988434
8400 Normandale Lake Blvd.
Minneapolis, MN 55437

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                          $717.05

File Number:        1000304.00187
Re:                 Hall, Martin v. GMAC Mortgage, #715806

Your File Number:  715806

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/11/13 | Review of draft letter to Hall re his obstinate refusal to send his payments to GMACM as directed and his insistence on delivering payments to us, including our refusal to accept any further payments from him, and e-mails re same. | TJC | 0.40 | 234.00 |
| 01/11/13 | Conference with Julie Webb re how to handle borrower given his refusal to send payments directly to GMACM. | TJC | 0.10 | 58.50 |
| | | | 0.50 | $292.50 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/11/13 | E-mail to Hall enclosing response. | JCW | 0.10 | 29.50 |
| 01/11/13 | Review letter received from Hall. | JCW | 0.20 | 59.00 |
| 01/11/13 | Prepare draft letter in response to Hall, reiterating once again that he must send payments directly to GMAC Mortgage. | JCW | 0.40 | 118.00 |
| 01/11/13 | E-mail to GMAC Mortgage enclosing letter from Hall and draft response. | JCW | 0.20 | 59.00 |
| 01/11/13 | Telephone call with GMAC Mortgage regarding response to Hall's letter and status of Hall's account. | JCW | 0.20 | 59.00 |
| 01/11/13 | Compile exhibits to response to Hall's letter. | JCW | 0.30 | 88.50 |
| | | | 1.40 | $413.00 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00187

Invoice Date: February 25, 2013
Invoice No.:  988434
Page: 2

**TOTAL FEES**                                                                    **$705.50**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | **0.50** | **$292.50** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 1.40 | $413.00 |
| | | | **1.40** | **$413.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                     **$705.50**

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Delivery Services/Messengers | 11.55 |
| | TOTAL EXPENSES | $11.55 |

| | |
|---|---|
| TOTAL FEES | $705.50 |
| TOTAL EXPENSES | $11.55 |
| TOTAL FEES AND EXPENSES | $717.05 |
| **TOTAL BALANCE DUE** | **$717.05** |

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 55437

February 25, 2013
Invoice No.: 988435

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                          <u>$106.60</u>

File Number:        1000304.00188
Re:                 4836 W. Superior, Chicago, IL (Fort), #715591

Your File Number:  715591

| | Document/File Management | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/07/13 | Coordinate retrieval of Order entered on December 17, 2012. | TBT | 0.10 | 23.80 |
| 01/09/13 | Coordinate retrieval of Order entered on December 17, 2012; upload and circulate same to litigation team. | TBT | 0.10 | 23.80 |
| | | | **0.20** | **$47.60** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/09/13 | Review order entered in demolition case on 12/17 to ensure it did not seek relief against GMAC Mortgage. | JCW | 0.20 | 59.00 |
| | | | **0.20** | **$59.00** |

**TOTAL FEES**                                                              **$106.60**

<u>**TIMEKEEPER SUMMARY:**</u>

Document/File Management

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.20 | $47.60 |
| | | | **0.20** | **$47.60** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00188

Invoice Date: February 25, 2013
Invoice No.: 988435
Page: 2

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.20** | **$59.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                   **$106.60**

TOTAL FEES                                                                         $106.60

**TOTAL BALANCE DUE**                                                            **$106.60**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



## Locke Lord LLP
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Don Booth
Paralegal- Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

February 25, 2013
Invoice No.: 988436

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013          <u>$229.00</u>

File Number:          1000304.00192
Re:                   Abucay v. GMAC Mortgage, LLC, #718914

Your File Number:  718914

| | Dispositive Motions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/28/13 | Monitor docket activity and review relevant motion practice. | JMG | 0.50 | 229.00 |
| | | | **0.50** | **$229.00** |

**TOTAL FEES**                                                                    **$229.00**

<u>**TIMEKEEPER SUMMARY:**</u>

**Dispositive Motions**

| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
|---|---|---|---|---|
| | | | **0.50** | **$229.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                     **$229.00**

TOTAL FEES                                                                        $229.00

**TOTAL BALANCE DUE**                                                             **$229.00**

---

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC



# Locke
# Lord LLP
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988437

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                    $379.10

File Number:        1000304.00195
Re:                 NCUA v. GMAC Mortgage (California), #718805

Your File Number:  718805

| | **Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/28/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |
| | **Other** | ATTY | HOURS | VALUE |
| 01/30/13 | Monitor and review pleadings and joint defense e-mails. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |
| | **Dispositive Motions** | ATTY | HOURS | VALUE |
| 01/28/13 | Monitor docket activity and review relevant pleadings and motion practice. | JMG | 0.50 | 229.00 |
| | | | **0.50** | **$229.00** |

**TOTAL FEES**                                                    **$379.10**

**TIMEKEEPER SUMMARY:**

GMAC Mortgage, LLC
File No.: 1000304.00195

Invoice Date: February 25, 2013
Invoice No.: 988437
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**Dispositive Motions**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| | | | **0.50** | **$229.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                    **$379.10**

TOTAL FEES                                                                            $379.10

**TOTAL BALANCE DUE**                                                              **$379.10**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail:**</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>**Via Courier:**</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988438

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                                **$1,109.20**

File Number:        1000304.00196
Re:                 NCUA v. GMAC Mortgage (Kansas), #714943

Your File Number:  714943

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/16/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 01/17/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 01/28/13 | Review of ECF notices. | TJC | 0.10 | 58.50 |
| 01/30/13 | Review of ECF notices received today. | TJC | 0.20 | 117.00 |
| | | | **0.50** | **$292.50** |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/30/13 | Monitor and review pleadings and joint defense e-mails. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/11/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 01/14/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 01/15/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **0.30** | **$175.50** |

GMAC Mortgage, LLC
File No.: 1000304.00196

Invoice Date: February 25, 2013
Invoice No.: 988438
Page: 2

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Other Written Motions/Submissions** | | | | |
| 01/11/13 | Review ECF notices re docket activity and interlocutory appellate briefing. | JMG | 0.70 | 320.60 |
| 01/14/13 | Monitor/review various ECF notices and filing in appellate proceedings. | JMG | 0.30 | 137.40 |
| | | | **1.00** | **$458.00** |

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Appellate Motions/Submissions** | | | | |
| 01/16/13 | Monitor and review ECF notices and briefing activity in 10th Cir appellate proceedings. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

**TOTAL FEES**                                                                      **$1,109.20**

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | **0.50** | **$292.50** |

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.30** | **$175.50** |

**Other Written Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.00 | $458.00 |
| | | | **1.00** | **$458.00** |

**Appellate Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

GMAC Mortgage, LLC
File No.: 1000304.00196

Invoice Date: February 25, 2013
Invoice No.: 988438
Page: 3

**TIMEKEEPER SUMMARY TOTALS**                                           **$1,109.20**

TOTAL FEES                                                             $1,109.20

**TOTAL BALANCE DUE**                                                   **$1,109.20**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail:**</u>                          <u>**Via Courier:**</u>
Locke Lord LLP                          JPMorgan Chase
24259 Network Place                     525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                  Chicago, IL  60661
                                        Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988439

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                          $58.50

File Number:      1000304.00197
Re:               Bates, Barrett (Hawaii) v. GMAC Mortgage LLC, #719244

Your File Number:  719244

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/13 | Email re extension of deadline for plaintiff-appellant's brief. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

**TOTAL FEES**                                                          **$58.50**


**TIMEKEEPER SUMMARY:**

Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**                                           **$58.50**

TOTAL FEES                                                              $58.50

**TOTAL BALANCE DUE**                                                   **$58.50**

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 55437

February 25, 2013
Invoice No.: 988440

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                                    $4,567.70

File Number:        1000304.00211
Re:                 Kral, Kenneth v. GMAC Mortgage, 725078

Your File Number:  725078

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/24/13 | E-mails from/to S. Martin (MoFo), D. Booth, and R. McClendon re: ███████ | JMG | 0.30 | 137.40 |
| 01/28/13 | Correspondence with Samantha Martin and Don Booth re ███████ | RJM | 0.70 | 369.60 |
| | | | **1.00** | **$507.00** |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/13 | Emails re Monday's hearing. | TJC | 0.20 | 117.00 |
| 01/24/13 | Analysis of arguments re chain of title for motion for relief from stay hearing. | RJM | 0.70 | 369.60 |
| 01/24/13 | Correspondence with Samantha Martin re ███████ | RJM | 0.30 | 158.40 |
| 01/24/13 | Review file notes and follow-up w/ litigation team re: same status and issues. | JMG | 0.40 | 183.20 |
| 01/25/13 | Review of order received today regarding upcoming hearing. | TJC | 0.10 | 58.50 |
| 01/28/13 | Review of status report filed today and e-mails re tomorrow's hearing on motion for relief from stay. | TJC | 0.30 | 175.50 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00211

| | **Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/28/13 | Various e-mails from/to S. Martin (MoFo), D. Booth, et al. re: ▮ | JMG | 0.50 | 229.00 |
| 01/29/13 | E-mails re today's hearing on motion for relief from stay. | TJC | 0.20 | 117.00 |
| 01/29/13 | Review of status report filed today. | TJC | 0.20 | 117.00 |
| 01/29/13 | Follow up e-mails re status report, plaintiffs' counsel's apparent strategy and how we should respond. | TJC | 0.20 | 117.00 |
| | | | **3.10** | **$1,642.20** |

| | **Other** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/09/13 | Review ECF notice re continuance of hearing and email to S. Martin (MoFo) re same. | JMG | 0.20 | 91.60 |
| 01/11/13 | Emails from/to S. Martin (MoFo) re ▮ | JMG | 0.30 | 137.40 |
| | | | **0.50** | **$229.00** |

| | **Pleadings** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/03/13 | Draft request for telephonic appearance at court ordered status conference. | RJM | 0.60 | 316.80 |
| 01/04/13 | Review of order received today continuing order to show cause hearing. | TJC | 0.10 | 58.50 |
| 01/24/13 | Draft request for telephone appearance at status conference. | RJM | 0.20 | 105.60 |
| | | | **0.90** | **$480.90** |

| | **Court Mandated Conferences** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/04/13 | Review court order continuing status conference. | RJM | 0.20 | 105.60 |
| 01/29/13 | Prepare for and attend hearing on plaintiff's motion for relief from stay. | JMG | 3.10 | 1,419.80 |
| | | | **3.30** | **$1,525.40** |

| | **Other Written Motions/Submissions** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/29/13 | Review subsequent filings in ResCap bankruptcy and district court action in California and various e-mails re: same. | JMG | 0.40 | 183.20 |
| | | | **0.40** | **$183.20** |

**TOTAL FEES**                                                                                          **$4,567.70**

**TIMEKEEPER SUMMARY:**

GMAC Mortgage, LLC
File No.:  1000304.00211

Invoice Date: February 25, 2013
Invoice No.:  988440
Page: 3

### Fact Investigation/Development

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| R. J. McClendon | Senior Counsel | $528.00 | 0.70 | $369.60 |
| | | | **1.00** | **$507.00** |

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.90 | $412.20 |
| T.J. Cunningham | Partner | $585.00 | 1.20 | $702.00 |
| R. J. McClendon | Senior Counsel | $528.00 | 1.00 | $528.00 |
| | | | **3.10** | **$1,642.20** |

### Other

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| | | | **0.50** | **$229.00** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| R. J. McClendon | Senior Counsel | $528.00 | 0.80 | $422.40 |
| | | | **0.90** | **$480.90** |

### Court Mandated Conferences

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 3.10 | $1,419.80 |
| R. J. McClendon | Senior Counsel | $528.00 | 0.20 | $105.60 |
| | | | **3.30** | **$1,525.40** |

### Other Written Motions/Submissions

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
| | | | **0.40** | **$183.20** |

## TIMEKEEPER SUMMARY TOTALS                                      **$4,567.70**

GMAC Mortgage, LLC
File No.: 1000304.00211

Invoice Date: February 25, 2013
Invoice No.:  988440
Page:  4

| | |
|---|---|
| TOTAL FEES | $4,567.70 |
| **TOTAL BALANCE DUE** | **$4,567.70** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Gia Albright
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988441

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                          **$1,653.60**

File Number:      1000304.00212
Re:               Vasquez, David v. GMAC Mortgage, LLC, 725258

Your File Number:  725258

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/18/12 | Evaluate case status, strategy and impending deadlines. | JLK | 0.20 | 62.40 |
| 01/11/13 | Call with co-defendants' counsel regarding ▮▮▮▮▮ | JLK | 0.40 | 124.80 |
| 01/29/13 | Confer with co-defendant's counsel. | JLK | 0.50 | 156.00 |
| | | | **1.10** | **$343.20** |

| Written Discovery | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/29/13 | Draft first written discovery requests. | JLK | 1.20 | 374.40 |
| 01/29/13 | Evaluate loan file and pertinent documents pursuant to preparation of written discovery requests. | JLK | 1.40 | 436.80 |
| | | | **2.60** | **$811.20** |

| Document Production | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/19/12 | Evaluate documents for production. | JLK | 1.60 | 499.20 |
| | | | **1.60** | **$499.20** |

**TOTAL FEES**                                                          **$1,653.60**

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00212

Invoice Date: February 25, 2013
Invoice No.:  988441
Page: 2

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. L. Kinney | Associate | $312.00 | 1.10 | $343.20 |
| | | | **1.10** | **$343.20** |

### Written Discovery

| | | | | |
|---|---|---|---|---|
| J. L. Kinney | Associate | $312.00 | 2.60 | $811.20 |
| | | | **2.60** | **$811.20** |

### Document Production

| | | | | |
|---|---|---|---|---|
| J. L. Kinney | Associate | $312.00 | 1.60 | $499.20 |
| | | | **1.60** | **$499.20** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$1,653.60**

TOTAL FEES                                                                        $1,653.60

**TOTAL BALANCE DUE**                                                  **$1,653.60**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord
LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Richard Mannella
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988442

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                                    $62.40

File Number:        1000304.00214
Re:                 Jefferson, Bakari v. GMAC Mortgage, 725137

Your File Number:  725137

| | Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/18/12 | Evaluate case status, strategy and impending deadlines. | | JLK | 0.20 | 62.40 |
| | | | | 0.20 | $62.40 |

**TOTAL FEES**                                                                    **$62.40**

**TIMEKEEPER SUMMARY:**

| **Analysis/Strategy** | | | | |
|---|---|---|---|---|
| J. L. Kinney | Associate | $312.00 | 0.20 | $62.40 |
| | | | 0.20 | $62.40 |

**TIMEKEEPER SUMMARY TOTALS**                                                     **$62.40**

TOTAL FEES                                                                         $62.40

**TOTAL BALANCE DUE**                                                             **$62.40**

PLEASE REMIT PAYMENT TO:

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC


# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988443

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013

$1,638.40

File Number:      1000304.00217
Re:              Charles Schwab v. Residential, 701759

Your File Number:  701759

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/13 | Emails between and among joint defense counsel re ▮▮▮▮▮ | TJC | 0.10 | 58.50 |
| 01/04/13 | Review of letter to plaintiff's counsel re objections to second round of discovery requests. | TJC | 0.10 | 58.50 |
| 01/04/13 | Review, finalize letter to plaintiff objecting to second RFP and transmittal of same. | JMG | 0.60 | 274.80 |
| 01/04/13 | Review joint defense emails and correspondence re third party subpoenas. | JMG | 0.30 | 137.40 |
| 01/10/13 | E-mails between and among joint defense counsel re ▮▮▮▮▮ | TJC | 0.10 | 58.50 |
| 01/15/13 | Monitor and review service emails re discovery. | JMG | 0.20 | 91.60 |
| 01/15/13 | Emails between and among joint defense counsel re ▮▮▮▮▮ | TJC | 0.10 | 58.50 |
| 01/16/13 | Monitor and review service e-mails and written discovery responses. | JMG | 0.20 | 91.60 |
| 01/16/13 | E-mails between and among joint defense counsel re ▮▮▮▮▮ | TJC | 0.10 | 58.50 |
| 01/18/13 | E-mails between and among joint defense counsel re ▮▮▮▮▮ | TJC | 0.20 | 117.00 |
| 01/18/13 | Review various service e-mails re: discovery. | JMG | 0.30 | 137.40 |

GMAC Mortgage, LLC
File No.:  1000304.00217

| | Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 01/25/13 | Monitor and review joint defense e-mails re: ▆▆▆▆ | | JMG | 0.20 | 91.60 |
| 01/25/13 | E-mails between and among joint defense counsel re ▆▆▆ | | TJC | 0.10 | 58.50 |
| 01/29/13 | E-mails between and among joint defense counsel re ▆▆ | | TJC | 0.10 | 58.50 |
| | | | | **2.70** | **$1,350.90** |

| | Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 01/03/13 | Monitor and review relevant joint defense emails re ▆▆ | | JMG | 0.30 | 137.40 |
| 01/30/13 | Monitor and review pleadings and joint defense e-mails. | | JMG | 0.20 | 91.60 |
| | | | | **0.50** | **$229.00** |

| | Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 01/08/13 | Review of ECF notice received today. | | TJC | 0.10 | 58.50 |
| | | | | **0.10** | **$58.50** |

**TOTAL FEES**                                                                     **$1,638.40**

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.80 | $824.40 |
| T.J. Cunningham | Partner | $585.00 | 0.90 | $526.50 |
| | | | **2.70** | **$1,350.90** |

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| | | | **0.50** | **$229.00** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**                                        **$1,638.40**

GMAC Mortgage, LLC
File No.: 1000304.00217

Invoice Date: February 25, 2013
Invoice No.: 988443
Page: 3

| | |
|---|---|
| TOTAL FEES | $1,638.40 |
| **TOTAL BALANCE DUE** | **$1,638.40** |

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988444

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                    $1,305.10

File Number:        1000304.00219
Re:                 FHLB Boston v. Residential, #713113

Your File Number:  713113

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/09/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 01/09/13 | E-mails between and among joint defense counsel. | TJC | 0.10 | 58.50 |
| 01/10/13 | E-mails between and among joint defense counsel re ███████ | TJC | 0.10 | 58.50 |
| 01/10/13 | Monitor and review correspondence re discovery and document production. | JMG | 0.10 | 45.80 |
| 01/16/13 | Monitor and review ECF notices re: docket activity - briefing on motions to dismiss; Review same. | JMG | 0.50 | 229.00 |
| 01/16/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 01/16/13 | E-mails between and among joint defense counsel re ███████ | TJC | 0.10 | 58.50 |
| 01/18/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 01/18/13 | Monitor and review ECF notices re: docket activity. | JMG | 0.20 | 91.60 |
| | | | 1.40 | $717.40 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/08/13 | Monitor and review status. | JMG | 0.30 | 137.40 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00219

Invoice Date: February 25, 2013
Invoice No.: 988444
Page: 2

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/09/13 | Monitor and review joint defense emails re status. | JMG | 0.20 | 91.60 |
| 01/15/13 | Monitor and review ECF notices re docket activity. | JMG | 0.20 | 91.60 |
| 01/30/13 | Monitor and review pleadings and joint defense e-mails. | JMG | 0.20 | 91.60 |
| | | | **0.90** | **$412.20** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/04/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 01/14/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 01/15/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **0.30** | **$175.50** |

**TOTAL FEES**                                                                                      **$1,305.10**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.80 | $366.40 |
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| | | | **1.40** | **$717.40** |

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.90 | $412.20 |
| | | | **0.90** | **$412.20** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.30** | **$175.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                   **$1,305.10**

**TOTAL FEES**                                                                                      $1,305.10

**TOTAL BALANCE DUE**                                                                      **$1,305.10**

PLEASE REMIT PAYMENT TO:



# Locke Lord
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988445

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                                      $1,768.10

File Number:        1000304.00220
Re:                 FHLB Chicago v. Residential, #704078

Your File Number:   704078

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/02/13 | E-mails between and among joint defense counsel re ██████ | TJC | 0.10 | 58.50 |
| 01/03/13 | Review pleadings related to settlement. | JMG | 0.40 | 183.20 |
| 01/04/13 | Emails between and among joint defense counsel re ████ | TJC | 0.10 | 58.50 |
| 01/09/13 | E-mails between and among joint defense counsel re ████ | TJC | 0.10 | 58.50 |
| 01/10/13 | E-mails between and among joint defense counsel re ██████ | TJC | 0.20 | 117.00 |
| 01/10/13 | Monitor and review docket activity and briefing. | JMG | 0.30 | 137.40 |
| 01/11/13 | Monitor and review third party discovery issues. | JMG | 0.30 | 137.40 |
| 01/14/13 | Monitor/review various ECF notices re docket activity. | JMG | 0.20 | 91.60 |
| 01/18/13 | Monitor and review ECF notices re: docket activity and related joint defense e-mails. | JMG | 0.30 | 137.40 |
| 01/18/13 | E-mails between and among joint defense counsel re ██████ | TJC | 0.20 | 117.00 |

GMAC Mortgage, LLC
File No.: 1000304.00220

Invoice Date: February 25, 2013
Invoice No.: 988445
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/22/13 | E-mails between and among joint defense counsel re ███████ | TJC | 0.10 | 58.50 |
| 01/23/13 | E-mails re protective order and ESI protocol. | TJC | 0.10 | 58.50 |
| 01/23/13 | Monitor and review joint defense e-mails re: ███████ | JMG | 0.20 | 91.60 |
| 01/24/13 | E-mails between and among joint defense counsel re ███████ | TJC | 0.20 | 117.00 |
| 01/25/13 | E-mails between and among joint defense counsel re ███████ | TJC | 0.10 | 58.50 |
| 01/30/13 | E-mails between and among joint defense counsel re ███████ | TJC | 0.10 | 58.50 |
| | | | **3.00** | **$1,539.10** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/09/13 | Monitor and review joint defense emails re status and strategy. | JMG | 0.20 | 91.60 |
| 01/22/13 | Monitor and review joint defense e-mails. | JMG | 0.10 | 45.80 |
| 01/30/13 | Monitor and review pleadings and joint defense e-mails. | JMG | 0.20 | 91.60 |
| | | | **0.50** | **$229.00** |

**TOTAL FEES**                                                                      **$1,768.10**


**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.70 | $778.60 |
| T.J. Cunningham | Partner | $585.00 | 1.30 | $760.50 |
| | | | **3.00** | **$1,539.10** |

**Other**

| | | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| | | | **0.50** | **$229.00** |

**TIMEKEEPER SUMMARY TOTALS**                                         **$1,768.10**

TOTAL FEES                                                                          $1,768.10

**TOTAL BALANCE DUE**                                                      **$1,768.10**



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988446

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013     <u>$175.50</u>

File Number:       1000304.00223
Re:              Bates, Barrett (Virginia) v. GMAC Mortgage, 725637

Your File Number: 725637

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/22/13 | E-mails between and among joint defense counsel re ███████ | TJC | 0.30 | 175.50 |
| | | | 0.30 | $175.50 |

**TOTAL FEES**                **$175.50**

<u>**TIMEKEEPER SUMMARY:**</u>

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | 0.30 | $175.50 |

**TIMEKEEPER SUMMARY TOTALS**        **$175.50**

TOTAL FEES                $175.50

GMAC Mortgage, LLC
File No.: 1000304.00223

Invoice Date: February 25, 2013
Invoice No.: 988446
Page: 2

## TOTAL BALANCE DUE

$175.50

PLEASE REMIT PAYMENT TO:

**<u>Via US Mail:</u>**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**<u>Via Courier:</u>**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Jance Hoy
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988447

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                                    $271.40

File Number:        1000304.00229
Re:                 Scott, Robert and Susan v. GMAC Mortgage, 726948

Your File Number:  726948

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/23/13 | E-mails re sale date. | TJC | 0.20 | 117.00 |
| 01/23/13 | Consideration and analysis of foreclosure notice issue. | JLS | 0.10 | 37.40 |
| 01/24/13 | E-mails re issues pertaining to getting notices to Plaintiffs' counsel. | TJC | 0.20 | 117.00 |
| | | | **0.50** | **$271.40** |

**TOTAL FEES**                                                                   **$271.40**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. L. Sanders | Partner | $374.00 | 0.10 | $37.40 |
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | **0.50** | **$271.40** |

**TIMEKEEPER SUMMARY TOTALS**                                                    **$271.40**

---

GMAC Mortgage, LLC
File No.: 1000304.00229

TOTAL FEES                                                                                          $271.40

**TOTAL BALANCE DUE**                                                                    **$271.40**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                                    **Via Courier:**
Locke Lord LLP                                 JPMorgan Chase
24259 Network Place                         525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                      Chicago, IL   60661
                                                       Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Natasha Campbell
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988448

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                     $1,053.00

File Number:        1000304.00232
Re:                 Dumas, Eugene v. GMAC Mortgage, 727332

Your File Number:  727332

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/13 | Emails from/to borrower's counsel re request for authority to conduct a short sale. | TJC | 0.20 | 117.00 |
| 01/03/13 | Emails to/from Beth Yanci re ███████████ | TJC | 0.20 | 117.00 |
| 01/07/13 | Email from Beth Yanci re ███████████ | TJC | 0.10 | 58.50 |
| 01/08/13 | Email to/from Beth Yanci re ███████████ | TJC | 0.20 | 117.00 |
| 01/08/13 | Email to counsel for the Dumases explaining increase in the amount of their monthly payment. | TJC | 0.10 | 58.50 |
| 01/08/13 | Email from Beth Yanci re ███████████ | TJC | 0.10 | 58.50 |
| 01/08/13 | Email to counsel for the Charests re short sale proposal. | TJC | 0.10 | 58.50 |
| 01/10/13 | E-mail from Lauren Delehey re ███████████ | TJC | 0.10 | 58.50 |
| 01/14/13 | E-mails to and from Lauren Delehey and Beth Yanci re ███████████ | TJC | 0.30 | 175.50 |
| 01/14/13 | E-mail to counsel for the Charests re documents the borrowers need to complete to have their daughter assume loan and then seek modification. | TJC | 0.20 | 117.00 |

GMAC Mortgage, LLC
File No.: 1000304.00232

Invoice Date: February 25, 2013
Invoice No.: 988448
Page: 2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/14/13 | E-mails from and to counsel for the borrower re reasonableness of property inspection fees. | TJC | 0.20 | 117.00 |
| | | | **1.80** | **$1,053.00** |

**TOTAL FEES**          **$1,053.00**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| T.J. Cunningham | Partner | $585.00 | 1.80 | $1,053.00 |
|---|---|---|---|---|
| | | | **1.80** | **$1,053.00** |

**TIMEKEEPER SUMMARY TOTALS**     **$1,053.00**

TOTAL FEES     $1,053.00

**TOTAL BALANCE DUE**     **$1,053.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988449

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                    $1,153.60

File Number:        1000304.00236
Re:                 Jackson County, MO, Recording Fee Litigation, 727570

Your File Number: 727570

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/13 | Review discovery requests served by plaintiff on co-defendants. | PRP | 0.20 | 96.80 |
| 01/14/13 | Review decision dismissing case and draft e-mail to Lauren Delehey regarding dismissal. | PRP | 1.70 | 822.80 |
| | | | **1.90** | **$919.60** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 01/14/13 | Review of order and opinion dismissing case. | TJC | 0.30 | 175.50 |
| | | | **0.40** | **$234.00** |

**TOTAL FEES**                                                   **$1,153.60**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| P. R. Perdew | Partner | $484.00 | 1.90 | $919.60 |
|---|---|---|---|---|

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00236

Invoice Date: February 25, 2013
Invoice No.: 988449
Page: 2

**Analysis/Strategy**

|  |  |  |  | 1.90 | $919.60 |

**Pleadings**

| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
|  |  |  | 0.40 | $234.00 |

**TIMEKEEPER SUMMARY TOTALS** — $1,153.60

TOTAL FEES — $1,153.60

**TOTAL BALANCE DUE** — **$1,153.60**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Natasha Campbell
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988450

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013

<u>$794.60</u>

File Number:        1000304.00239
Re:                 Union County, IL Recording Fee Litigation, 728316

Your File Number:  728316

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/30/13 | Review of order dismissing case and follow up e-mails. | TJC | 0.20 | 117.00 |
| 01/30/13 | Review order granting motion to dismiss and draft email to Lauren Delehey regarding dismissal. | PRP | 1.00 | 484.00 |
| 01/31/13 | Draft email to plaintiffs' counsel requesting dismissal of GMACM without prejudice. | PRP | 0.40 | 193.60 |
| | | | **1.60** | **$794.60** |

**TOTAL FEES**                                                                                      **$794.60**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 1.40 | $677.60 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **1.60** | **$794.60** |

GMAC Mortgage, LLC
File No.:  1000304.00239

Invoice Date: February 25, 2013
Invoice No.:  988450
Page:  2

| | |
|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **$794.60** |
| TOTAL FEES | $794.60 |
| **TOTAL BALANCE DUE** | **$794.60** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jance Hoy
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988452

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                     $95.90

File Number:        1000304.00242
Re:                 Talford v. GMAC Mortgage, LLC, 728481

Your File Number: 728481

| | **Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/04/13 | Review order of dismissal. | JLS | 0.10 | 37.40 |
| | | | **0.10** | **$37.40** |

| | **Pleadings** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/04/13 | Review of order received today dismissing remainder of co-defendants and thereby making order dismissing GMACM final. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

**TOTAL FEES**                                                        **$95.90**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. L. Sanders | Partner | $374.00 | 0.10 | $37.40 |
| | | | **0.10** | **$37.40** |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00242

Invoice Date: February 25, 2013
Invoice No.:  988452
Page: 2

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**                                             **$95.90**

TOTAL FEES                                                               $95.90

**TOTAL BALANCE DUE**                                                      **$95.90**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                              **Via Courier:**
Locke Lord LLP                              JPMorgan Chase
24259 Network Place                         525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                      Chicago, IL  60661
                                            Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Don Booth
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, Minnesota

February 25, 2013
Invoice No.: 988453

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                    $1,407.70

File Number:        1000304.00246
Re:                 Hairston v. Residential Capital, LLC, et al., 728660

Your File Number:  728660

| | **Fact Investigation/Development** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/14/13 | Telephone conference with plaintiff's counsel re request for postponement of foreclosure sale. | RJM | 0.60 | 316.80 |
| | | | **0.60** | **$316.80** |

| | **Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/11/13 | Correspondence with Don Booth re ██████████ | RJM | 0.30 | 158.40 |
| 01/11/13 | Analysis of plaintiff's request for postponement of foreclosure sale during short sale review. | RJM | 0.40 | 211.20 |
| 01/12/13 | E-mails re upcoming sale and whether it should be postponed. | TJC | 0.20 | 117.00 |
| 01/14/13 | Telephone conference with Don Booth re ██████████ | RJM | 0.20 | 105.60 |
| | | | **1.10** | **$592.20** |

| | **Other** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/12/13 | Emails from/to plaintiffs' counsel and litigation team re request for stay Simonyi foreclosure sale. | JMG | 0.20 | 91.60 |
| 01/14/13 | Email from D. Booth re ██████████ | JMG | 0.10 | 45.80 |
| 01/31/13 | Review notice of dismissal and e-mails re: same. | JMG | 0.20 | 91.60 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00246

Invoice Date: February 25, 2013
Invoice No.:  988453
Page:  2

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 0.50 | **$229.00** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/04/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 01/31/13 | Analysis of request for dismissal. | RJM | 0.20 | 105.60 |
| 01/31/13 | Correspondence with Don Booth re ████████ | RJM | 0.20 | 105.60 |
| | | | 0.50 | **$269.70** |

**TOTAL FEES**        **$1,407.70**

### TIMEKEEPER SUMMARY:

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| R. J. McClendon | Senior Counsel | $528.00 | 0.60 | $316.80 |
| | | | **0.60** | **$316.80** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| R. J. McClendon | Senior Counsel | $528.00 | 0.90 | $475.20 |
| | | | **1.10** | **$592.20** |

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| | | | **0.50** | **$229.00** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| R. J. McClendon | Senior Counsel | $528.00 | 0.40 | $211.20 |
| | | | **0.50** | **$269.70** |

**TIMEKEEPER SUMMARY TOTALS**        **$1,407.70**

GMAC Mortgage, LLC
File No.:  1000304.00246

Invoice Date: February 25, 2013
Invoice No.:  988453
Page:  3

TOTAL FEES                                                                                    $1,407.70

**TOTAL BALANCE DUE**                                                            **$1,407.70**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                                    **Via Courier:**
Locke Lord LLP                                   JPMorgan Chase
24259 Network Place                          525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                       Chicago, IL   60661
                                                          Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Alex Angelo
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988454

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                    <u>$5,093.40</u>

File Number:      1000304.00247
Re:               Hernandez, Javier and Mariana v. GMAC Mortgage, LLC
                  728939

Your File Number:  728939

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/01/13 | Emails to/from D. Standa and T. Till re status of filing amended complaint by foreclosure counsel and whether any new affirmative defenses or counterclaims were filed by borrower. | TJC | 0.30 | 175.50 |
| 01/02/13 | Emails from/to David Standa re status of affirmative defenses and pending discovery requests. | TJC | 0.30 | 175.50 |
| 01/02/13 | Preparation of email to Alex Angelo setting forth ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ | TJC | 0.50 | 292.50 |
| 01/02/13 | Review recorder's office file for recorded mortgage. | DFS | 0.30 | 79.20 |
| 01/02/13 | Exchange emails regarding newly issued discovery requests and motion for extension of time. | DFS | 0.30 | 79.20 |
| 01/07/13 | Research status of GMAC branch offices; draft discovery responses regarding same. | DFS | 1.10 | 290.40 |
| 01/14/13 | Email discovery responses to client. | DFS | 0.10 | 26.40 |
| 01/14/13 | E-mails from and to David Standa re draft objections and responses to Plaintiffs' discovery requests. | TJC | 0.40 | 234.00 |
| 01/18/13 | Draft email to Alex regarding ▮▮▮▮▮▮▮▮▮ | DFS | 0.30 | 79.20 |
| 01/18/13 | Review of status of discovery objections and responses and e-mails re same. | TJC | 0.30 | 175.50 |
| 01/30/13 | E-mails re status of discovery. | TJC | 0.10 | 58.50 |

GMAC Mortgage, LLC
File No.:  1000304.00247

Invoice Date: February 25, 2013
Invoice No.:  988454
Page:  2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 4.00 | $1,665.90 |

| | Document/File Management | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/02/13 | Retrieve recorded Mortgage from Cook County Recorder of Deeds; upload and circulate same to litigation team. | TBT | 0.10 | 23.80 |
| | | | 0.10 | $23.80 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/04/13 | Update status chart. | TBT | 0.10 | 23.80 |
| | | | 0.10 | $23.80 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/02/13 | Review of defendants' motion for an extension of time to respond to affirmative defenses. | TJC | 0.20 | 117.00 |
| | | | 0.20 | $117.00 |

| | Written Discovery | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/01/13 | Review, analysis of interrogatories and requests for admission served by borrower and consideration of who should handle response. | TJC | 0.50 | 292.50 |
| 01/02/13 | Review of discovery requests and consideration of approach to objections and responses. | TJC | 0.50 | 292.50 |
| 01/03/13 | Preparation of objections and responses to discovery requests. | TJC | 0.70 | 409.50 |
| 01/04/13 | Email from Alex Angelo re ▇▇▇▇▇▇▇▇▇▇ | TJC | 0.10 | 58.50 |
| 01/08/13 | Conference with David Standa re status of preparation of discovery responses and various issues related to objections and responses to discovery requests. | TJC | 0.30 | 175.50 |
| 01/08/13 | Draft discovery responses. | DFS | 1.50 | 396.00 |
| 01/09/13 | Draft discovery responses. | DFS | 2.30 | 607.20 |
| 01/10/13 | Preparation of objections and responses to discovery requests. | TJC | 0.40 | 234.00 |
| 01/14/13 | Preparation of draft objections and responses to Plaintiffs' discovery requests. | TJC | 1.20 | 702.00 |
| 01/24/13 | Finalize and file discovery responses. | DFS | 0.30 | 79.20 |
| | | | 7.80 | $3,246.90 |

**TOTAL FEES**                                                                                      **$5,077.40**

**TIMEKEEPER SUMMARY:**

GMAC Mortgage, LLC
File No.:  1000304.00247

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.90 | $1,111.50 |
| D. F. Standa | Associate | $264.00 | 2.10 | $554.40 |
| | | | **4.00** | **$1,665.90** |

**Document/File Management**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | **0.10** | **$23.80** |

**Other**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | **0.10** | **$23.80** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

**Written Discovery**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 3.70 | $2,164.50 |
| D. F. Standa | Associate | $264.00 | 4.10 | $1,082.40 |
| | | | **7.80** | **$3,246.90** |

**TIMEKEEPER SUMMARY TOTALS**                                      **$5,077.40**

| EXPENSES | VALUE |
|---|---|
| Clerk of the Circuit Court of Cook County - Copies | 16.00 |
| **TOTAL EXPENSES** | **$16.00** |

TOTAL FEES                                                        $5,077.40

TOTAL EXPENSES                                                      $16.00

TOTAL FEES AND EXPENSES                                            $5,093.40

GMAC Mortgage, LLC
File No.:  1000304.00247

Invoice Date: February 25, 2013
Invoice No.:  988454
Page:  4

**TOTAL BALANCE DUE**                                                      **$5,093.40**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                              **Via Courier:**
Locke Lord LLP                            JPMorgan Chase
24259 Network Place                       525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                    Chicago, IL  60661
                                          Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

February 25, 2013
Invoice No.: 988455

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013      <u>$324.07</u>

File Number:      1000304.00251
Re:      Rubino, Prosper v. GMAC Mortgage, 729705

Your File Number: 729705

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/22/13 | Draft status email to client re: withdrawal. | SEM | 0.20 | 55.20 |
| 01/22/13 | Review of order granting motion for leave to withdraw. | TJC | 0.10 | 58.50 |
| 01/22/13 | E-mail to Kathy Priore and Sheila Gregory re ███████ ███████████ | TJC | 0.20 | 117.00 |
| 01/23/13 | Draft status email to client. | SEM | 0.30 | 82.80 |
| | | | **0.80** | **$313.50** |

**TOTAL FEES**      **$313.50**

<u>**TIMEKEEPER SUMMARY:**</u>

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| S. E. Maye | Associate | $276.00 | 0.50 | $138.00 |
| | | | **0.80** | **$313.50** |

**TIMEKEEPER SUMMARY TOTALS**      **$313.50**

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00251

Invoice Date: February 25, 2013
Invoice No.: 988455
Page: 2

| **EXPENSES** | **VALUE** |
|---|---|
| FedEx Shipments | 10.57 |
| **TOTAL EXPENSES** | **$10.57** |

| | |
|---|---|
| TOTAL FEES | $313.50 |
| TOTAL EXPENSES | $10.57 |
| TOTAL FEES AND EXPENSES | $324.07 |
| **TOTAL BALANCE DUE** | **$324.07** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

February 25, 2013
Invoice No.: 988467

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                                    $2,065.50

File Number:        1000304.00252
Re:                 Regan, Kim v. GMAC Mortgage, 729617

Your File Number:  729617

**Analysis/Strategy**

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/13 | Conference with Chethan Shetty re motion for clarification. | TJC | 0.20 | 117.00 |
| 01/16/13 | Draft status update email to GMACM. | CGS | 0.70 | 178.50 |
| 01/27/13 | Review of status and e-mail to Manish Verma re ███████████ | TJC | 0.50 | 292.50 |
| 01/27/13 | E-mails to and from Chethan Shetty re getting motion for clarification on file in the next couple of days. | TJC | 0.20 | 117.00 |
| 01/29/13 | Review of order setting case for status and follow up e-mails re noticing motion for clarification for date of status conference. | TJC | 0.10 | 58.50 |
| 01/29/13 | E-mails from and to Chethan Shetty re today's order and presenting motion for clarification. | TJC | 0.20 | 117.00 |
| 01/30/13 | E-mails re upcoming status conference. | TJC | 0.30 | 175.50 |
| 01/30/13 | Prepare and file motion for clarification. | CGS | 1.20 | 306.00 |
| | | | **3.40** | **$1,362.00** |

**Pleadings**

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/08/13 | Preparation of motion for clarification of two contradictory orders received on motion for summary judgment. | TJC | 0.20 | 117.00 |
| | | | **0.20** | **$117.00** |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00252

Invoice Date: February 25, 2013
Invoice No.:  988467
Page: 2

| Written Discovery | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/08/13 | Compile and serve GMACM's document production and Rule 214 affidavit of completeness of production. | CGS | 0.80 | 204.00 |
| | | | 0.80 | $204.00 |

| Written Motions/Submissions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/08/13 | Draft motion for clarification regarding GMACM's motion for summary judgment and motion to strike affirmative defenses. | CGS | 1.50 | 382.50 |
| | | | 1.50 | $382.50 |

**TOTAL FEES** $2,065.50

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| T.J. Cunningham | Partner | $585.00 | 1.50 | $877.50 |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 1.90 | $484.50 |
| | | | 3.40 | $1,362.00 |

**Pleadings**

| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
|---|---|---|---|---|
| | | | 0.20 | $117.00 |

**Written Discovery**

| C. G. Shetty | Associate | $255.00 | 0.80 | $204.00 |
|---|---|---|---|---|
| | | | 0.80 | $204.00 |

**Written Motions/Submissions**

| C. G. Shetty | Associate | $255.00 | 1.50 | $382.50 |
|---|---|---|---|---|
| | | | 1.50 | $382.50 |

**TIMEKEEPER SUMMARY TOTALS** $2,065.50

**TOTAL FEES** $2,065.50

GMAC Mortgage, LLC
File No.:  1000304.00252

Invoice Date: February 25, 2013
Invoice No.:  988467
Page:  3

## TOTAL BALANCE DUE                                          **$2,065.50**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



## Locke Lord LLP
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

February 25, 2013
Invoice No.: 988468

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                    $1,005.30

File Number:      1000304.00253
Re:               Garcia, Minerva v. GMAC Mortgage, 729939

Your File Number:  729939

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/08/13 | Email client regarding Garcia's Counsel's motion to withdraw. | DFS | 0.30 | 79.20 |
| 01/16/13 | Exchange phone calls and emails with foreclosure counsel regarding case transition. | DFS | 0.30 | 79.20 |
| 01/16/13 | E-mails re yesterday's hearing and handling of upcoming hearings. | TJC | 0.20 | 117.00 |
| 01/23/13 | Phone call with Kathy Priore regarding ████████ | DFS | 0.20 | 52.80 |
| | | | **1.00** | **$328.20** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/15/13 | Review of order entered this morning and status report from this morning's status conference. | TJC | 0.30 | 175.50 |
| | | | **0.30** | **$175.50** |

| | Court Mandated Conferences | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/15/13 | Attend hearing on motion to dismiss counterclaims. | DFS | 1.90 | 501.60 |
| | | | **1.90** | **$501.60** |

| **TOTAL FEES** | | | | **$1,005.30** |
|---|---|---|---|---|

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00253

Invoice Date: February 25, 2013
Invoice No.: 988468
Page: 2

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| D. F. Standa | Associate | $264.00 | 0.80 | $211.20 |
| | | | **1.00** | **$328.20** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.30** | **$175.50** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 1.90 | $501.60 |
| | | | **1.90** | **$501.60** |

| | |
|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **$1,005.30** |
| TOTAL FEES | $1,005.30 |
| **TOTAL BALANCE DUE** | **$1,005.30** |

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

February 25, 2013
Invoice No.: 988469

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                                    $672.00

File Number:        1000304.00255
Re:                 Green, Carla v. GMAC Mortgage, 729948

Your File Number:  729948

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/05/13 | Review of status in light of upcoming discovery deadline, confirmation that client instructed ███████ | TJC | 0.30 | 175.50 |
| 01/07/13 | Email to Sheila Gregory re ███████ | TJC | 0.30 | 175.50 |
| | | | **0.60** | **$351.00** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/02/13 | Draft motion for leave to withdraw as additional counsel. | CGS | 0.50 | 127.50 |
| 01/07/13 | Preparation of motion for leave to withdraw. | TJC | 0.20 | 117.00 |
| 01/14/13 | Revise and file motion for leave to withdraw as additional counsel. | CGS | 0.30 | 76.50 |
| | | | **1.00** | **$321.00** |

**TOTAL FEES**                                                                        **$672.00**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

GMAC Mortgage, LLC
File No.:  1000304.00255

Invoice Date: February 25, 2013
Invoice No.:  988469
Page:  2

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| | | | **0.60** | **$351.00** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| C. G. Shetty | Associate | $255.00 | 0.80 | $204.00 |
| | | | **1.00** | **$321.00** |

**TIMEKEEPER SUMMARY TOTALS**                                           **$672.00**

TOTAL FEES                                                                   $672.00

**TOTAL BALANCE DUE**                                                  **$672.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

February 25, 2013
Invoice No.: 988470

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                              $380.50

File Number:      1000304.00256
Re:               1323 S. Millard, Chicago, IL (Denise Williamson), 729854

Your File Number: 729854

| | **Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/10/13 | Review of current status of matter. | TJC | 0.30 | 175.50 |
| 01/23/13 | Review of status report from yesterday's court appearance and review of answer and affirmative defenses. | TJC | 0.30 | 175.50 |
| | | | **0.60** | **$351.00** |

| | **Other** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/07/13 | Revise chart of GMAC Mortgage Illinois housing court cases for circulation to GMAC Mortgage. | JCW | 0.10 | 29.50 |
| | | | **0.10** | **$29.50** |

| **TOTAL FEES** | | | | **$380.50** |
|---|---|---|---|---|

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
|---|---|---|---|---|
| | | | **0.60** | **$351.00** |

GMAC Mortgage, LLC
File No.:  1000304.00256

Invoice Date: February 25, 2013
Invoice No.:  988470
Page:  2

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.10 | $29.50 |
| | | | **0.10** | **$29.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                 **$380.50**

TOTAL FEES                                                         $380.50

**TOTAL BALANCE DUE**                                                 **$380.50**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

February 25, 2013
Invoice No.: 988471

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                                      $2,590.50

File Number:        1000304.00257
Re:                 1747 North Linder, Chicago, IL (Hunt), #730463

Your File Number:  730463

| | **Fact Investigation/Development** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/02/13 | E-mail to GMAC Mortgage regarding continued difficulty getting a response from counsel for the donee and expiration of water certification. | JCW | 0.10 | 29.50 |
| 01/04/13 | E-mails with GMAC Mortgage regarding status of donation. | JCW | 0.30 | 88.50 |
| 01/22/13 | E-mail to GMAC Mortgage regarding status of investigation relating to unpaid taxes. | JCW | 0.10 | 29.50 |
| | | | **0.50** | **$147.50** |

| | **Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/02/13 | Arrange for updated water certification from City of Chicago. | JA | 0.20 | 40.00 |
| 01/02/13 | E-mails re deadline to complete water certification process and need to re-initiate new process given likelihood we will not be able to complete the process within the current deadline. | TJC | 0.30 | 175.50 |
| 01/02/13 | Email J. Webb re: water certification expiration. | JRG | 0.40 | 110.40 |
| 01/03/13 | Email J. Webb re: water certification expiration. | JRG | 0.30 | 82.80 |
| 01/03/13 | Emails re status of property transfer. | TJC | 0.20 | 117.00 |
| 01/04/13 | Emails re status of property donation. | TJC | 0.20 | 117.00 |
| 01/04/13 | Email J. Webb re: title search and additional closing items. | JRG | 0.20 | 55.20 |
| 01/04/13 | Attend to water certification issues. | KIW | 0.30 | 118.80 |

---

GMAC Mortgage, LLC
File No.: 1000304.00257

Invoice Date: February 25, 2013
Invoice No.: 988471
Page: 2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/09/13 | E-mails re issue regarding outstanding taxes. | TJC | 0.10 | 58.50 |
| 01/15/13 | Emails re status of property donation and overcoming numerous hurdles to get the transaction completed. | TJC | 0.20 | 117.00 |
| 01/22/13 | E-mails re current status of property tax payment and issues re completing donation of property. | TJC | 0.10 | 58.50 |
| 01/23/13 | E-mails re status of effort to get water certification completed so we can finish property donation. | TJC | 0.10 | 58.50 |
| 01/23/13 | Email J. Webb re: field review for water certification. | JRG | 0.10 | 27.60 |
| 01/23/13 | Email J. Ackerberg re: water certification field review. | JRG | 0.10 | 27.60 |
| 01/23/13 | Attend to transaction issues; office conference with J. Garner regarding same. | KIW | 0.20 | 79.20 |
| 01/31/13 | Emails regarding delivery, receive, review, scan and forward original water certificate. | JA | 0.10 | 20.00 |
| 01/31/13 | Email J. Webb re: water certification and taxes. | JRG | 0.20 | 55.20 |
| | | | 3.30 | $1,318.80 |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/02/13 | E-mails with litigation team regarding expiration of water certification. | JCW | 0.30 | 88.50 |
| 01/02/13 | E-mail to counsel for the donee requesting action on transfer declaration prior to expiration of water certification. | JCW | 0.10 | 29.50 |
| 01/04/13 | Telephone call with counsel for donee regarding time frame for their review of transfer declaration and quit claim deed. | JCW | 0.30 | 88.50 |
| 01/04/13 | E-mail to J. Garner regarding requesting updated water certification. | JCW | 0.10 | 29.50 |
| 01/07/13 | E-mails with opposing counsel regarding status of review of transfer declaration and quite claim deed. | JCW | 0.30 | 88.50 |
| 01/07/13 | Revise chart of GMAC Mortgage Illinois housing court cases for circulation to GMAC Mortgage. | JCW | 0.10 | 29.50 |
| 01/09/13 | E-mails with counsel for donee regarding status of review of title search. | JCW | 0.20 | 59.00 |
| 01/10/13 | E-mails with GMAC Mortgage regarding status of tax payments. | JCW | 0.20 | 59.00 |
| 01/15/13 | E-mails with GMAC Mortgage regarding questions for City of Chicago Tax Assessor's Office. | JCW | 0.20 | 59.00 |
| 01/16/13 | E-mails with opposing counsel regarding unpaid taxes. | JCW | 0.20 | 59.00 |
| 01/16/13 | Review documents forwarded by opposing counsel. | JCW | 0.20 | 59.00 |
| 01/18/13 | E-mails with opposing counsel regarding outstanding taxes. | JCW | 0.20 | 59.00 |
| 01/23/13 | E-mails with J. Garner regarding status of water certification. | JCW | 0.20 | 59.00 |
| 01/24/13 | Conduct search via Cook County Clerk's website to retrieve summary of delinquent taxes; telephone conference with Cook County Clerk's Office regarding procedures associated with obtaining a payoff letter for delinquent taxes; e-mail to litigation team regarding same. | TBT | 0.40 | 95.20 |