GMAC Mortgage, LLC
File No.: 1000304.00257

Invoice Date: February 25, 2013
Invoice No.: 988471
Page: 3

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/25/13 | Complete Order Form for Estimate of the Cost of Redemption or Other Delinquent Taxes; coordinate retrieval of payoff letter from Cook County Clerk's Office. | TBT | 0.50 | 119.00 |
| 01/28/13 | E-mails with opposing counsel regarding unpaid taxes. | JCW | 0.20 | 59.00 |
| 01/28/13 | Respond to e-mail from Shaker Raban of The National Community Stabilization Trust regarding status of donation. | JCW | 0.20 | 59.00 |
| | | | 3.90 | $1,099.20 |

**TOTAL FEES** $2,565.50

## TIMEKEEPER SUMMARY:

### Fact Investigation/Development

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.50 | $147.50 |
| | | | 0.50 | $147.50 |

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| K. I. Weiner | Partner | $396.00 | 0.50 | $198.00 |
| T.J. Cunningham | Partner | $585.00 | 1.20 | $702.00 |
| J. R. Garner | Associate | $276.00 | 1.30 | $358.80 |
| J. Ackerberg | Paralegal | $200.00 | 0.30 | $60.00 |
| | | | 3.30 | $1,318.80 |

### Other

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 3.00 | $885.00 |
| T. B. Till | Paralegal | $238.00 | 0.90 | $214.20 |
| | | | 3.90 | $1,099.20 |

**TIMEKEEPER SUMMARY TOTALS** $2,565.50

| EXPENSES | VALUE |
|---|---|
| Cook County Clerk - Estimate of the cost of redemption | 25.00 |
| **TOTAL EXPENSES** | **$25.00** |

GMAC Mortgage, LLC
File No.:  1000304.00257

Invoice Date: February 25, 2013
Invoice No.:  988471
Page:  4

| | |
|---|---|
| TOTAL FEES | $2,565.50 |
| TOTAL EXPENSES | $25.00 |
| TOTAL FEES AND EXPENSES | $2,590.50 |
| **TOTAL BALANCE DUE** | **$2,590.50** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jance Hoy
GMAC Mortgage, LLC
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988472

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                         $1,952.00

File Number:        1000304.00260
Re:                 4935 W Hubbard, Chicago, IL (Clara Williamson), 730893

Your File Number:  730893

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/30/13 | Research legal standard for acceptance of deed; draft affidavit in support of motion for summary judgment regarding same issue. | DFS | 2.50 | 660.00 |
| 01/31/13 | Phone call with client regarding ███████████████████ | DFS | 0.50 | 132.00 |
| | | | 3.00 | $792.00 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/08/13 | E-mail to D. Standa regarding motion for default judgment. | JCW | 0.10 | 29.50 |
| 01/22/13 | Conference with D. Standa regarding today's hearing and next steps. | JCW | 0.20 | 59.00 |
| | | | 0.30 | $88.50 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/08/13 | Draft motion for default judgment. | DFS | 1.00 | 264.00 |
| 01/08/13 | Review draft Motion for Default Judgment. | JCW | 0.20 | 59.00 |
| 01/09/13 | Revise and file motion for default judgment. | DFS | 0.60 | 158.40 |
| 01/09/13 | Review and revise Motion for Default Judgment. | JCW | 0.30 | 88.50 |
| 01/14/13 | Revise, finalize and file motion for default judgment. | DFS | 0.40 | 105.60 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00260

Invoice Date: February 25, 2013
Invoice No.: 988472
Page: 2

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 2.50 | $675.50 |

| Court Mandated Conferences | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/22/13 | Attend hearing on presentment of motion for default judgment. | DFS | 1.50 | 396.00 |
| | | | 1.50 | $396.00 |

**TOTAL FEES**                  **$1,952.00**

### TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| D. F. Standa | Associate | $264.00 | 3.00 | $792.00 |
|---|---|---|---|---|
| | | | 3.00 | $792.00 |

**Other**

| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
|---|---|---|---|---|
| | | | 0.30 | $88.50 |

**Pleadings**

| D. F. Standa | Associate | $264.00 | 2.00 | $528.00 |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.50 | $147.50 |
| | | | 2.50 | $675.50 |

**Court Mandated Conferences**

| D. F. Standa | Associate | $264.00 | 1.50 | $396.00 |
|---|---|---|---|---|
| | | | 1.50 | $396.00 |

**TIMEKEEPER SUMMARY TOTALS**      **$1,952.00**

TOTAL FEES      $1,952.00

**TOTAL BALANCE DUE**      **$1,952.00**

PLEASE REMIT PAYMENT TO:

Via US Mail:                 Via Courier:



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Janice Hoy
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988474

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                    $59.00

File Number:        1000304.00262
Re:                 953 N Drake, Chicago, IL (Guardiola), #731306

Your File Number:  731306

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/11/13 | E-mail to GMAC Mortgage enclosing Assignment of Mortgage per J. Hoy request. | JCW | 0.20 | 59.00 |
| | | | 0.20 | $59.00 |

**TOTAL FEES**                                                    **$59.00**

**TIMEKEEPER SUMMARY:**

Other

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | 0.20 | $59.00 |

**TIMEKEEPER SUMMARY TOTALS**                                     **$59.00**

TOTAL FEES                                                        $59.00

**TOTAL BALANCE DUE**                                             **$59.00**

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Janice Hoy
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988475

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                                    <u>$433.80</u>

|  |  |
|---|---|
| File Number: | 1000304.00263 |
| Re: | 5936-48 S MLK Drive (Jackson, 5940-1W) #731480 |

Your File Number: 731480

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/02/13 | Emails re current status. | TJC | 0.10 | 58.50 |
| 01/03/13 | Emails re status of occupancy of property. | TJC | 0.10 | 58.50 |
| 01/10/13 | Telephone conference with Beth McWilliams and Jance Hoy re ███████ | TJC | 0.20 | 117.00 |
| 01/14/13 | E-mail from Beth McWilliams re request that ████████████ ████ | TJC | 0.10 | 58.50 |
| | | | 0.50 | $292.50 |

| | Document/File Management | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/07/13 | Coordinate retrieval of Order entered on December 17, 2012; upload and circulate same to litigation team. | TBT | 0.10 | 23.80 |
| | | | 0.10 | $23.80 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/07/13 | Revise chart of GMAC Mortgage Illinois housing court cases for circulation to GMAC Mortgage. | JCW | 0.10 | 29.50 |
| 01/09/13 | Review case status to determine whether we need anything from B. McWilliams before her departure 1/14. | JCW | 0.10 | 29.50 |

GMAC Mortgage, LLC
File No.:  1000304.00263

Invoice Date: February 25, 2013
Invoice No.:  988475
Page:  2

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 0.20 | $59.00 |

| | Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 01/07/13 | Review of order entered on December 17 (just received today). | | TJC | 0.10 | 58.50 |
| | | | | 0.10 | $58.50 |

**TOTAL FEES**                                                                              **$433.80**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
|---|---|---|---|---|
| | | | **0.50** | **$292.50** |

**Document/File Management**

| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
|---|---|---|---|---|
| | | | **0.10** | **$23.80** |

**Other**

| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
|---|---|---|---|---|
| | | | **0.20** | **$59.00** |

**Pleadings**

| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
|---|---|---|---|---|
| | | | **0.10** | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                      **$433.80**

TOTAL FEES                                                                              $433.80

**TOTAL BALANCE DUE**                                                              **$433.80**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Janice Hoy
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988476

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                                   $1,088.50

File Number:        1000304.00264
Re:                 5936-48 S MLK Drive (Sergenton, 5948-3), 731585

Your File Number:  731585

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/02/13 | E-mails with GMAC Mortgage regarding ███████ | JCW | 0.30 | 88.50 |
| 01/02/13 | Leave message for attorney for condo association regarding whether or not unit is occupied. | JCW | 0.10 | 29.50 |
| 01/02/13 | Leave voicemail for Sergenton regarding status of property. | JCW | 0.10 | 29.50 |
| 01/02/13 | Review fact file to locate phone number for Sergenton. | JCW | 0.50 | 147.50 |
| 01/03/13 | E-mails with GMAC Mortgage regarding ███████ | JCW | 0.20 | 59.00 |
| | | | **1.20** | **$354.00** |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/02/13 | Emails re current status. | TJC | 0.10 | 58.50 |
| 01/03/13 | Emails re status of occupancy of property. | TJC | 0.10 | 58.50 |
| 01/10/13 | Telephone conference with Beth McWilliams and Jance Hoy re ███ | TJC | 0.20 | 117.00 |
| 01/14/13 | E-mail from Beth McWilliams re ███████ | TJC | 0.10 | 58.50 |
| | | | **0.50** | **$292.50** |

GMAC Mortgage, LLC
File No.:  1000304.00264

Invoice Date: February 25, 2013
Invoice No.:  988476
Page: 2

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/07/13 | Revise chart of GMAC Mortgage Illinois housing court cases for circulation to GMAC Mortgage. | JCW | 0.10 | 29.50 |
| 01/07/13 | E-mail to GMAC Mortgage enclosing order from 12/17 hearing. | JCW | 0.10 | 29.50 |
| 01/09/13 | Review case status to determine whether we need anything from B. McWilliams before her departure 1/14. | JCW | 0.10 | 29.50 |
| 01/10/13 | Call with GMAC Mortgage regarding current issues in case and information needed from GMAC Mortgage. | JCW | 0.20 | 59.00 |
| 01/11/13 | Call with opposing counsel regarding 12/17 order and postcard received from the City. | JCW | 0.20 | 59.00 |
| 01/21/13 | Evaluate whether motion for substitution of counsel needs to be filed to effect smooth transition of litigation to foreclosure counsel. | JCW | 0.20 | 59.00 |
| 01/23/13 | Conference with foreclosure counsel regarding substitution as counsel for GMAC Mortgage in this matter. | JCW | 0.20 | 59.00 |
| | | | 1.10 | $324.50 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/07/13 | Review of order entered on December 17 (just received today). | TJC | 0.10 | 58.50 |
| 01/23/13 | Revise motion for substitution of counsel received from foreclosure counsel to identify correct party. | JCW | 0.20 | 59.00 |
| | | | 0.30 | $117.50 |

**TOTAL FEES** $1,088.50

**TIMEKEEPER SUMMARY:**

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 1.20 | $354.00 |
| | | | 1.20 | $354.00 |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | 0.50 | $292.50 |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 1.10 | $324.50 |

GMAC Mortgage, LLC
File No.: 1000304.00264

Invoice Date: February 25, 2013
Invoice No.:  988476
Page:  3

**Other**

|  |  |  |  | 1.10 | **$324.50** |
|---|---|---|---|---|---|
| **Pleadings** |  |  |  |  |  |
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
|  |  |  | 0.30 | $117.50 |

**TIMEKEEPER SUMMARY TOTALS**      **$1,088.50**

TOTAL FEES      $1,088.50

**TOTAL BALANCE DUE**      **$1,088.50**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail:**</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>**Via Courier:**</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988477

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                              $28.90

File Number:        1000304.00265
Re:                 12544 S Wallace, Chicago, IL, 731757

Your File Number: 731757

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/09/13 | Email status update to client. | DFS | 0.10 | 26.40 |
| | | | 0.10 | $26.40 |

**TOTAL FEES**                                                             $26.40

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 0.10 | $26.40 |
| | | | 0.10 | $26.40 |

**TIMEKEEPER SUMMARY TOTALS**                                             $26.40

GMAC Mortgage, LLC
File No.: 1000304.00265

Invoice Date: February 25, 2013
Invoice No.: 988477
Page: 2

| **EXPENSES** | **VALUE** |
|---|---|
| Clerk of the Circuit Court of Cook County - Copy of order | 2.50 |
| **TOTAL EXPENSES** | **$2.50** |

| | |
|---|---|
| TOTAL FEES | $26.40 |
| TOTAL EXPENSES | $2.50 |
| TOTAL FEES AND EXPENSES | $28.90 |
| **TOTAL BALANCE DUE** | **$28.90** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988478

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                      $88.50

File Number:        1000304.00266
Re:                 12046 S Edbrooke, Chicago, IL (Mandarino), 732235

Your File Number:  732235

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/07/13 | Revise chart of GMAC Mortgage Illinois housing court cases for circulation to GMAC Mortgage. | JCW | 0.10 | 29.50 |
| 01/21/13 | Evaluate whether motion for substitution of counsel needs to be filed to effect smooth transition of litigation to foreclosure counsel. | JCW | 0.20 | 59.00 |
| | | | 0.30 | $88.50 |

**TOTAL FEES**                                                          **$88.50**

**TIMEKEEPER SUMMARY:**

| | Other | | | | |
|---|---|---|---|---|---|
| | J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| | | | | 0.30 | $88.50 |

**TIMEKEEPER SUMMARY TOTALS**                                           **$88.50**

TOTAL FEES                                                              $88.50

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00266

Invoice Date: February 25, 2013
Invoice No.: 988478
Page: 2

## TOTAL BALANCE DUE                                                        $88.50

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988479

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                    $14,892.10

File Number:        1000304.00267
Re:                 GMAC Mortgage v. Koenig & Strey, #722926

Your File Number:  722926

| | Document Production | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/07/13 | Email Todd Underhill regarding ███████████ | RMH | 0.10 | 29.50 |
| 01/09/13 | Coordinate receipt of internal GMACM documents for review and production. | RMH | 0.10 | 29.50 |
| 01/10/13 | Coordinate receipt and begin review of internal GMACM documents for production. | RMH | 0.20 | 59.00 |
| 01/11/13 | Continue to work with IT personnel to prepare incoming internal GMACM documents for review. | RMH | 0.20 | 59.00 |
| 01/14/13 | Confer with Todd Underhill of GMACM regarding ████████ ███████████████ | RMH | 0.30 | 88.50 |
| 01/14/13 | Exchange e-mails with Todd Underhill regarding ██████ ████ | PRP | 0.20 | 96.80 |
| 01/15/13 | Analyze and consider internal GMACM records in order to produce relevant materials. | RMH | 7.60 | 2,242.00 |
| 01/17/13 | Continue review and analysis of internal GMAC documents in preparation for first document production. | RMH | 2.40 | 708.00 |
| 01/18/13 | Continue review and analysis of internal GMAC documents in preparation for first document production. | RMH | 3.40 | 1,003.00 |
| 01/19/13 | Continue review and analysis of internal GMAC documents in preparation for first document production. | RMH | 4.00 | 1,180.00 |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00267

Invoice Date: February 25, 2013
Invoice No.: 988479
Page: 2

| | Document Production | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/21/13 | Continue review and analysis of internal GMAC documents in preparation for first document production. | RMH | 5.00 | 1,475.00 |
| 01/23/13 | Continue review and analysis of internal GMAC documents in preparation for first document production. | RMH | 3.10 | 914.50 |
| 01/24/13 | Continue review and analysis of internal GMAC documents in preparation for first document production. | RMH | 4.70 | 1,386.50 |
| 01/24/13 | Begin review of documents to be produced. | PRP | 1.60 | 774.40 |
| 01/25/13 | Review documents to be produced and make additional redactions to documents. | PRP | 6.60 | 3,194.40 |
| 01/25/13 | Complete review and analysis of internal GMAC documents and prepare and serve first document production. | RMH | 5.10 | 1,504.50 |
| 01/29/13 | Confer with Shirela Paterson regarding status of second set of internal GMACM documents | RMH | 0.20 | 59.00 |
| 01/30/13 | Confer with opposing counsel regarding the status of his document production and written discovery responses and begin review of second set of internal GMACM documents. | RMH | 0.30 | 88.50 |
| | | | **45.10** | **$14,892.10** |

**TOTAL FEES** **$14,892.10**

**TIMEKEEPER SUMMARY:**

**Document Production**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 8.40 | $4,065.60 |
| R.M. Holz | Associate | $295.00 | 36.70 | $10,826.50 |
| | | | **45.10** | **$14,892.10** |

**TIMEKEEPER SUMMARY TOTALS** **$14,892.10**

**TOTAL FEES** $14,892.10

**TOTAL BALANCE DUE** **$14,892.10**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL 60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988480

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                     $1,099.60

File Number:        1000304.00270
Re:                 346 W. 60th, Chicago, IL (Knazze), #733068

Your File Number:  733068

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/04/13 | Provide status update. | SEM | 0.40 | 110.40 |
| 01/14/13 | E-mail from Beth McWilliams re ███████████ | TJC | 0.10 | 58.50 |
| 01/15/13 | Email from Jance Hoy re ██████████ | TJC | 0.10 | 58.50 |
| 01/22/13 | E-mails re substitution of counsel. | TJC | 0.10 | 58.50 |
| | | | 0.70 | $285.90 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/07/13 | Revise chart of GMAC Mortgage Illinois housing court cases for circulation to GMAC Mortgage. | JCW | 0.10 | 29.50 |
| 01/09/13 | Review case status to determine whether we need anything from B. McWilliams before her departure 1/14. | JCW | 0.10 | 29.50 |
| 01/21/13 | Evaluate whether motion for substitution of counsel needs to be filed to effect smooth transition of litigation to foreclosure counsel. | JCW | 0.20 | 59.00 |
| | | | 0.40 | $118.00 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00270

Invoice Date: February 25, 2013
Invoice No.: 988480
Page: 2

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/23/13 | Review and revise draft motion to substitute received from foreclosure counsel. | JCW | 0.30 | 88.50 |
| 01/23/13 | Draft Motion to Withdraw. | SEM | 0.90 | 248.40 |
| 01/24/13 | Draft email to foreclosure counsel re: Motion to Substitute. | SEM | 0.30 | 82.80 |
| 01/24/13 | Finalize Motion for filing. | SEM | 0.30 | 82.80 |
| 01/29/13 | Draft Motion to Withdraw. | SEM | 0.70 | 193.20 |
| | | | **2.50** | **$695.70** |

**TOTAL FEES**                                                          **$1,099.60**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
|---|---|---|---|---|
| S. E. Maye | Associate | $276.00 | 0.40 | $110.40 |
| | | | **0.70** | **$285.90** |

**Other**

| J.C. Webb | Associate | $295.00 | 0.40 | $118.00 |
|---|---|---|---|---|
| | | | **0.40** | **$118.00** |

**Pleadings**

| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
|---|---|---|---|---|
| S. E. Maye | Associate | $276.00 | 2.20 | $607.20 |
| | | | **2.50** | **$695.70** |

**TIMEKEEPER SUMMARY TOTALS**                                          **$1,099.60**

TOTAL FEES                                                             $1,099.60

**TOTAL BALANCE DUE**                                                  **$1,099.60**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988481

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                                     $777.50

File Number:        1000304.00271
Re:                 1637 S. Kedvale, Chicago, IL (Jermaine Williams), #732238

Your File Number:  732238

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/09/13 | Pull recorded assignment of mortgage from recorder's office website. | DFS | 0.10 | 26.40 |
| | | | **0.10** | **$26.40** |

| | Document/File Management | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/09/13 | Retrieve recorded Corporate Assignment of Mortgage from Cook County Recorder of Deeds Office; circulate same to litigation team. | TBT | 0.20 | 47.60 |
| | | | **0.20** | **$47.60** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/24/13 | Review of order entered this morning dismissing GMACM and follow up e-mails re same. | TJC | 0.30 | 175.50 |
| | | | **0.30** | **$175.50** |

| | Court Mandated Conferences | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/23/13 | Attend trial hearing. | DFS | 2.00 | 528.00 |
| | | | **2.00** | **$528.00** |

GMAC Mortgage, LLC
File No.:  1000304.00271

Invoice Date: February 25, 2013
Invoice No.:  988481
Page: 2

**TOTAL FEES**                                                                        **$777.50**


 **TIMEKEEPER SUMMARY:**


|  | | | | |
|---|---|---|---|---|
| **Analysis/Strategy** | | | | |
| D. F. Standa | Associate | $264.00 | 0.10 | $26.40 |
| | | | **0.10** | **$26.40** |
| **Document/File Management** | | | | |
| T. B. Till | Paralegal | $238.00 | 0.20 | $47.60 |
| | | | **0.20** | **$47.60** |
| **Pleadings** | | | | |
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.30** | **$175.50** |
| **Court Mandated Conferences** | | | | |
| D. F. Standa | Associate | $264.00 | 2.00 | $528.00 |
| | | | **2.00** | **$528.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                **$777.50**


TOTAL FEES                                                                            $777.50


**TOTAL BALANCE DUE**                                                           **$777.50**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988482

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013          $88.50

File Number:        1000304.00272
Re:                 1410 W 71st Street (McGee), #732985

Your File Number: 732985

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/07/13 | Revise chart of GMAC Mortgage Illinois housing court cases for circulation to GMAC Mortgage. | JCW | 0.10 | 29.50 |
| 01/21/13 | Evaluate whether motion for substitution of counsel needs to be filed to effect smooth transition of litigation to foreclosure counsel. | JCW | 0.20 | 59.00 |
| | | | 0.30 | $88.50 |

**TOTAL FEES**          $88.50

**TIMEKEEPER SUMMARY:**

Other

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| | | | 0.30 | $88.50 |

**TIMEKEEPER SUMMARY TOTALS**          $88.50

TOTAL FEES          $88.50

GMAC Mortgage, LLC
File No.:  1000304.00272

Invoice Date: February 25, 2013
Invoice No.:  988482
Page:  2

**TOTAL BALANCE DUE**                                                    **$88.50**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>                          <u>Via Courier:</u>
Locke Lord LLP                         JPMorgan Chase
24259 Network Place                    525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                 Chicago, IL   60661
                                       Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988483

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                      $59.00

File Number:        1000304.00274
Re:                 1417 E. Marquette, Chicago, IL (Yisrael), #732978

Your File Number:  732978

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/21/13 | Evaluate whether motion for substitution of counsel needs to be filed to effect smooth transition of litigation to foreclosure counsel. | JCW | 0.20 | 59.00 |
| | | | 0.20 | **$59.00** |

**TOTAL FEES**                                                      **$59.00**

**TIMEKEEPER SUMMARY:**

**Other**

| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
|---|---|---|---|---|
| | | | 0.20 | **$59.00** |

**TIMEKEEPER SUMMARY TOTALS**                                       **$59.00**

TOTAL FEES                                                          $59.00

**TOTAL BALANCE DUE**                                               **$59.00**

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988484

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                    $204.20

File Number:        1000304.00275
Re:                 4812 Homerlee Ave, East Chicago, IN (Guess), #732922

Your File Number: 732922

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/13 | Exchange e-mails with City's attorney regarding dismissal of Bank of New York. | PRP | 0.20 | 96.80 |
| 01/07/13 | Exchange e-mails with City's attorney regarding dismissal of Bank of New York. | PRP | 0.10 | 48.40 |
| | | | 0.30 | $145.20 |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/07/13 | Revise chart of GMAC Mortgage Illinois housing court cases for circulation to GMAC Mortgage. | JCW | 0.10 | 29.50 |
| 01/09/13 | Review case status to determine whether we need anything from B. McWilliams before her departure 1/14. | JCW | 0.10 | 29.50 |
| | | | 0.20 | $59.00 |

**TOTAL FEES**                                            **$204.20**

**TIMEKEEPER SUMMARY:**

GMAC Mortgage, LLC
File No.: 1000304.00275

Invoice Date: February 25, 2013
Invoice No.: 988484
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.30 | $145.20 |
| | | | **0.30** | **$145.20** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.20** | **$59.00** |

| | |
|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **$204.20** |
| TOTAL FEES | $204.20 |
| **TOTAL BALANCE DUE** | **$204.20** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988485

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                                    $2,105.00

File Number:        1000304.00276
Re:                 1330 State Street, Alton, IL (Berry), #732622

Your File Number:  732622

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/10/13 | Conduct search to retrieve a list of all documents recorded against the property owner for purposes of determining whether we are the second lien holder; e-mails to and from litigation team regarding ████ | TBT | 0.60 | 142.80 |
| | | | 0.60 | $142.80 |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/13 | Emails re status and strategy. | TJC | 0.10 | 58.50 |
| 01/03/13 | Draft email to client re: ████████ | SEM | 0.60 | 165.60 |
| 01/04/13 | Communicate with client re: ████████ | SEM | 0.40 | 110.40 |
| 01/04/13 | Emails re call next week to discuss status and strategy. | TJC | 0.10 | 58.50 |
| 01/10/13 | Telephone call with client re: ████████ | SEM | 1.10 | 303.60 |
| 01/10/13 | Telephone conference with Beth McWilliams and Jance Hoy re ████ ████████ | TJC | 0.20 | 117.00 |
| 01/11/13 | Analyze City of Alton building ordinance. | SEM | 0.70 | 193.20 |
| 01/14/13 | E-mail from Beth McWilliams re ████████ ████ | TJC | 0.10 | 58.50 |

GMAC Mortgage, LLC
File No.: 1000304.00276

Invoice Date: February 25, 2013
Invoice No.: 988485
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/23/13 | E-mails re status of retention of substitute counsel and whether we should move to withdraw or continue to wait for designation of new attorney. | TJC | 0.20 | 117.00 |
| 01/25/13 | E-mails re transition of matter to foreclosure counsel for further handling. | TJC | 0.10 | 58.50 |
| 01/30/13 | Telephone call with foreclosure counsel re: transfer of case. | SEM | 0.40 | 110.40 |
| | | | **4.00** | **$1,351.20** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/02/13 | Retrieve and circulate docket report to litigation team. | TBT | 0.10 | 23.80 |
| 01/03/13 | E-mails with Sherina Maye regarding status of discussions with opposing counsel. | JCW | 0.20 | 59.00 |
| 01/07/13 | Revise chart of GMAC Mortgage Illinois housing court cases for circulation to GMAC Mortgage. | JCW | 0.10 | 29.50 |
| 01/09/13 | Review case status to determine whether we need anything from B. McWilliams before her departure 1/14. | JCW | 0.10 | 29.50 |
| 01/10/13 | Call with GMAC Mortgage regarding ███████████ | JCW | 0.20 | 59.00 |
| 01/15/13 | Retrieve and circulate docket report to litigation team. | TBT | 0.10 | 23.80 |
| 01/21/13 | Evaluate whether motion for substitution of counsel needs to be filed to effect smooth transition of litigation to foreclosure counsel. | JCW | 0.20 | 59.00 |
| 01/30/13 | Retrieve and circulate docket report to litigation team. | TBT | 0.10 | 23.80 |
| | | | **1.10** | **$307.40** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/31/13 | Draft Motion to Substitute. | SEM | 0.70 | 193.20 |
| 01/31/13 | Telephone call with clerk re: judge's rules re: notice. | SEM | 0.40 | 110.40 |
| | | | **1.10** | **$303.60** |

**TOTAL FEES** $2,105.00

### TIMEKEEPER SUMMARY:

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.60 | $142.80 |
| | | | **0.60** | **$142.80** |

GMAC Mortgage, LLC
File No.:  1000304.00276

Invoice Date: February 25, 2013
Invoice No.:  988485
Page: 3

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.80 | $468.00 |
| S. E. Maye | Associate | $276.00 | 3.20 | $883.20 |
| | | | **4.00** | **$1,351.20** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.80 | $236.00 |
| T. B. Till | Paralegal | $238.00 | 0.30 | $71.40 |
| | | | **1.10** | **$307.40** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| S. E. Maye | Associate | $276.00 | 1.10 | $303.60 |
| | | | **1.10** | **$303.60** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$2,105.00**

TOTAL FEES                                                        $2,105.00

**TOTAL BALANCE DUE**                                            **$2,105.00**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988487

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                    $645.20

File Number:        1000304.00277
Re:                 5920 S Green, Chicago, IL (Wilson), #732962

Your File Number:  732962

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/21/12 | Draft email to client re: ▓▓▓▓▓ | SEM | 0.40 | 110.40 |
| 01/02/13 | Emails re order dismissing GMACM from case and completion of matter. | TJC | 0.10 | 58.50 |
| 01/02/13 | Draft status email to client re: ▓▓▓▓ | SEM | 0.40 | 110.40 |
| 01/02/13 | Confer with J. Webb re: strategy. | SEM | 0.30 | 82.80 |
| | | | **1.20** | **$362.10** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/02/13 | E-mails with Sherina Maye regarding dismissal of GMAC Mortgage as a defendant. | JCW | 0.20 | 59.00 |
| | | | **0.20** | **$59.00** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/21/12 | Analyze docket and order. | SEM | 0.60 | 165.60 |
| 01/02/13 | Review of order dismissing GMACM from case. | TJC | 0.10 | 58.50 |
| | | | **0.70** | **$224.10** |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00277

Invoice Date: February 25, 2013
Invoice No.:  988487
Page: 2

**TOTAL FEES**                                                                          **$645.20**

### TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| S. E. Maye | Associate | $276.00 | 1.10 | $303.60 |
| | | | **1.20** | **$362.10** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.20** | **$59.00** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| S. E. Maye | Associate | $276.00 | 0.60 | $165.60 |
| | | | **0.70** | **$224.10** |

**TIMEKEEPER SUMMARY TOTALS**                                                   **$645.20**

TOTAL FEES                                                                            $645.20

**TOTAL BALANCE DUE**                                                             **$645.20**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail:**</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>**Via Courier:**</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988488

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                    $1,045.80

File Number:        1000304.00279
Re:                 319 E. Webster, Clinton, IL (Barnett), #733211

Your File Number:  733211

| Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|
| 01/09/13 Telephone conference with DeWitt County Recorder's Office and DeWitt County Assessor's Office to determine whether any deeds have been recorded against the subject property since October 2012; retrieve updated docket report for foreclosure matter; e-mail to litigation team regarding same. | TBT | 0.60 | 142.80 |
|  |  | 0.60 | $142.80 |

| Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|
| 01/07/13 Draft email to city attorney regarding administrative hearing on 1/23/13. | CGS | 0.20 | 51.00 |
| 01/08/13 Research public records and foreclosure docket relating to subject property and draft status update to GMACM. | CGS | 0.80 | 204.00 |
| 01/08/13 Emails re status and strategy. | TJC | 0.20 | 117.00 |
| 01/10/13 Telephone conference with Beth McWilliams and Jance Hoy re ███████ | TJC | 0.20 | 117.00 |
| 01/10/13 Review status of this matter for conference call with GMACM regarding ownership status of property. | CGS | 0.40 | 102.00 |
| 01/14/13 E-mail from Beth McWilliams re ████████ ███ | TJC | 0.10 | 58.50 |

GMAC Mortgage, LLC
File No.: 1000304.00279

Invoice Date: February 25, 2013
Invoice No.: 988488
Page: 2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/22/13 | Draft email to city attorney regarding Locke Lord withdrawal from this matter. | CGS | 0.30 | 76.50 |
| | | | **2.20** | **$726.00** |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/07/13 | Revise chart of GMAC Mortgage Illinois housing court cases for circulation to GMAC Mortgage. | JCW | 0.10 | 29.50 |
| 01/09/13 | Review case status to determine whether we need anything from B. McWilliams before her departure 1/14. | JCW | 0.10 | 29.50 |
| 01/21/13 | Evaluate whether motion for substitution of counsel needs to be filed to effect smooth transition of litigation to foreclosure counsel. | JCW | 0.20 | 59.00 |
| 01/22/13 | E-mails with Chethan Shetty regarding notification to City counsel in writing of our withdrawal. | JCW | 0.20 | 59.00 |
| | | | **0.60** | **$177.00** |

**TOTAL FEES**                                                                                    **$1,045.80**

**TIMEKEEPER SUMMARY:**

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.60 | $142.80 |
| | | | **0.60** | **$142.80** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| C. G. Shetty | Associate | $255.00 | 1.70 | $433.50 |
| | | | **2.20** | **$726.00** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.60 | $177.00 |
| | | | **0.60** | **$177.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                **$1,045.80**

TOTAL FEES                                                                                          $1,045.80

**TOTAL BALANCE DUE**                                                                        **$1,045.80**



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988489

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                                 $385.00

File Number:        1000304.00280
Re:                 5027 W Huron Street (Hester), #733364

Your File Number:  733364

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/29/13 | Review of order granting motion for leave to withdraw and substitute. | TJC | 0.10 | 58.50 |
| 01/29/13 | E-mail to Jance Hoy re ███████████████ | TJC | 0.10 | 58.50 |
| | | | **0.20** | **$117.00** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/21/13 | Evaluate whether motion for substitution of counsel needs to be filed to effect smooth transition of litigation to foreclosure counsel. | JCW | 0.20 | 59.00 |
| 01/23/13 | Retrieve docket report from Circuit Court of Cook County to confirm entry of the Order granting our withdrawal in this case; circulate same to litigation team. | TBT | 0.10 | 23.80 |
| 01/28/13 | Review order circulated by foreclosure counsel. | JCW | 0.10 | 29.50 |
| 01/29/13 | Coordinate retrieval of Order from Circuit Court of Cook County to confirm entry of the Order granting our withdrawal in this case; upload and circulate same to litigation team. | TBT | 0.40 | 95.20 |
| | | | **0.80** | **$207.50** |

GMAC Mortgage, LLC
File No.: 1000304.00280

Invoice Date: February 25, 2013
Invoice No.: 988489
Page: 2

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/28/13 | Review of order entered granting leave to withdraw. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

**TOTAL FEES**                                                                 **$383.00**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| T. B. Till | Paralegal | $238.00 | 0.50 | $119.00 |
| | | | **0.80** | **$207.50** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                **$383.00**

| **EXPENSES** | **VALUE** |
|---|---|
| Clerk of the Circuit Court of Cook County - Copy of order | 2.00 |
| **TOTAL EXPENSES** | **$2.00** |

TOTAL FEES                                                                         $383.00

TOTAL EXPENSES                                                                      $2.00

TOTAL FEES AND EXPENSES                                                           $385.00

**TOTAL BALANCE DUE**                                                          **$385.00**

PLEASE REMIT PAYMENT TO:



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988490

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                    $177.00

File Number:        1000304.00281
Re:                 1111 S Independence (Baker), #733609

Your File Number:  733609

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/22/13 | E-mails with D. Standa regarding draft motion to substitute received from foreclosure counsel. | JCW | 0.10 | 29.50 |
| | | | 0.10 | $29.50 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/07/13 | Revise chart of GMAC Mortgage Illinois housing court cases for circulation to GMAC Mortgage. | JCW | 0.10 | 29.50 |
| 01/10/13 | Call with GMAC Mortgage regarding current issues in case and information needed from GMAC Mortgage. | JCW | 0.20 | 59.00 |
| 01/21/13 | Evaluate whether motion for substitution of counsel needs to be filed to effect smooth transition of litigation to foreclosure counsel. | JCW | 0.20 | 59.00 |
| | | | 0.50 | $147.50 |

**TOTAL FEES**                                                        $177.00

**TIMEKEEPER SUMMARY:**

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00281

Invoice Date: February 25, 2013
Invoice No.: 988490
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.10 | $29.50 |
| | | | **0.10** | **$29.50** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.50 | $147.50 |
| | | | **0.50** | **$147.50** |

**TIMEKEEPER SUMMARY TOTALS**            **$177.00**

TOTAL FEES           $177.00

**TOTAL BALANCE DUE**           **$177.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988492

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                                    $1,358.50

File Number:        1000304.00282
Re:                 3719 W Grenshaw (Sanders, May), #733604

Your File Number:  733604

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/07/13 | Emails re status and strategy. | TJC | 0.10 | 58.50 |
| 01/10/13 | Telephone conference with Beth McWilliams and Jance Hoy re ▮▮▮ | TJC | 0.20 | 117.00 |
| 01/10/13 | Review status of this matter for conference call with GMACM regarding ▮▮▮ | CGS | 0.40 | 102.00 |
| 01/11/13 | Review and respond to GMACM emails regarding ▮▮▮ | CGS | 0.20 | 51.00 |
| 01/11/13 | E-mail from Jance Hoy re ▮▮▮ | TJC | 0.10 | 58.50 |
| 01/14/13 | E-mail re status of obtaining lien release. | TJC | 0.10 | 58.50 |
| 01/28/13 | Draft email to GMACM re: ▮▮▮ | CGS | 0.40 | 102.00 |
| 01/28/13 | E-mail re status of release of lien. | TJC | 0.10 | 58.50 |
| | | | 1.60 | $606.00 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/07/13 | Revise chart of GMAC Mortgage Illinois housing court cases for circulation to GMAC Mortgage. | JCW | 0.10 | 29.50 |

GMAC Mortgage, LLC
File No.:  1000304.00282

Invoice Date: February 25, 2013
Invoice No.:  988492
Page: 2

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/09/13 | Review case status to determine whether we need anything from B. McWilliams before her departure 1/14. | JCW | 0.10 | 29.50 |
| 01/10/13 | Call with GMAC Mortgage regarding current issues in case and information needed from GMAC Mortgage. | JCW | 0.20 | 59.00 |
| | | | **0.40** | **$118.00** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/16/13 | Review of order entered this morning and review of current status. | TJC | 0.30 | 175.50 |
| | | | **0.30** | **$175.50** |

| Court Mandated Conferences | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/16/13 | Attend status hearing. | CGS | 1.80 | 459.00 |
| | | | **1.80** | **$459.00** |

**TOTAL FEES**                                                                                   **$1,358.50**

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| C. G. Shetty | Associate | $255.00 | 1.00 | $255.00 |
| | | | **1.60** | **$606.00** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.40 | $118.00 |
| | | | **0.40** | **$118.00** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.30** | **$175.50** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 1.80 | $459.00 |
| | | | **1.80** | **$459.00** |

GMAC Mortgage, LLC
File No.:  1000304.00282

Invoice Date: February 25, 2013
Invoice No.:  988492
Page:  3

| | |
|---|---:|
| **TIMEKEEPER SUMMARY TOTALS** | **$1,358.50** |
| TOTAL FEES | $1,358.50 |
| **TOTAL BALANCE DUE** | **$1,358.50** |

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Don Booth
Paralegal- Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

February 25, 2013
Invoice No.: 988493

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                                    $335.40

File Number:        1000304.00283
Re:                 Lugo, Sandra v. GMAC Mortgage, LLC, #734282

Your File Number:  734282

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/21/12 | Call with Mark Sessions regarding treatment of life insurance proceeds. | JLK | 0.30 | 93.60 |
| 01/15/13 | Email re life insurance company's inquiry regarding amount necessary to pay off loan. | TJC | 0.10 | 58.50 |
| 01/24/13 | E-mails re obtaining payoff statement. | TJC | 0.10 | 58.50 |
| 01/31/13 | Confer with counsel for co-defendant Athene regarding payoff of the loan. | JLK | 0.40 | 124.80 |
| | | | 0.90 | $335.40 |

**TOTAL FEES**                                                                     **$335.40**

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| J. L. Kinney | Associate | $312.00 | 0.70 | $218.40 |

GMAC Mortgage, LLC
File No.:  1000304.00283

Invoice Date: February 25, 2013
Invoice No.:  988493
Page:  2

**Analysis/Strategy**

| | 0.90 | $335.40 |
|---|---|---|

| **TIMEKEEPER SUMMARY TOTALS** | | **$335.40** |
|---|---|---|

TOTAL FEES                                                                                      $335.40

**TOTAL BALANCE DUE**                                                              **$335.40**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988494

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                                    $172.90

File Number:        1000304.00284
Re:                 5121 S Union (Rauscher), #734248

Your File Number:  734248

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/07/13 | Email Jance regarding ████████████████ | DFS | 0.10 | 26.40 |
| 01/25/13 | E-mails re current status and transfer of matters. | TJC | 0.20 | 117.00 |
| | | | 0.30 | $143.40 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/07/13 | Revise chart of GMAC Mortgage Illinois housing court cases for circulation to GMAC Mortgage. | JCW | 0.10 | 29.50 |
| | | | 0.10 | $29.50 |

**TOTAL FEES**                                                                    $172.90

**TIMEKEEPER SUMMARY:**

Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 0.10 | $26.40 |
| | | | **0.30** | **$143.40** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.10 | $29.50 |
| | | | **0.10** | **$29.50** |

| | |
|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **$172.90** |
| | |
| TOTAL FEES | $172.90 |
| | |
| **TOTAL BALANCE DUE** | **$172.90** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988496

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013      <u>$619.10</u>

File Number:      1000304.00285
Re:      6032 S. Lafayette (McCamey). #734245

Your File Number: 734245

| **Other** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 01/07/13  Revise chart of GMAC Mortgage Illinois housing court cases for circulation to GMAC Mortgage. | JCW | 0.10 | 29.50 |
| 01/13/13  Update status chart. | TBT | 0.10 | 23.80 |
| | | **0.20** | **$53.30** |

| **Pleadings** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 01/08/13  Emails re order entered this morning dismissing trustee from case and completing work on this matter. | TJC | 0.20 | 117.00 |
| | | **0.20** | **$117.00** |

| **Court Mandated Conferences** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 01/08/13  Attend hearing on building court case. | DFS | 1.70 | 448.80 |
| | | **1.70** | **$448.80** |

**TOTAL FEES**      **$619.10**

<u>**TIMEKEEPER SUMMARY:**</u>

GMAC Mortgage, LLC
File No.:  1000304.00285

Invoice Date: February 25, 2013
Invoice No.:  988496
Page: 2

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.10 | $29.50 |
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | **0.20** | **$53.30** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 1.70 | $448.80 |
| | | | **1.70** | **$448.80** |

**TIMEKEEPER SUMMARY TOTALS**                                      **$619.10**

TOTAL FEES                                                                      $619.10

**TOTAL BALANCE DUE**                                                 **$619.10**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Lauren Delehey
Residential Capital, LLC
1100 Virginia Drive
Fort Washington, PA 19034

February 25, 2013
Invoice No.: 988501

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                                      $455.50

File Number:        1000304.00287
Re:                 Anctil v. GMAC Mortgage, LLC #734876

Your File Number:  734876

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Analysis/Strategy** | | | | |
| 01/03/13 | Emails from/to Brenda Ehrgott and Lauren Delehey re ▮▮▮▮▮▮▮▮ | TJC | 0.20 | 117.00 |
| | | | 0.20 | $117.00 |
| **Document/File Management** | | ATTY | HOURS | VALUE |
| 12/31/12 | Upload contents of loan file; emails to and from litigation team regarding same. | TBT | 0.30 | 71.40 |
| | | | 0.30 | $71.40 |
| **Other** | | ATTY | HOURS | VALUE |
| 01/31/13 | Review docket status. | JMG | 0.20 | 91.60 |
| | | | 0.20 | $91.60 |
| **Pleadings** | | ATTY | HOURS | VALUE |
| 01/28/13 | Review of first amended complaint and e-mails re same. | TJC | 0.30 | 175.50 |
| | | | 0.30 | $175.50 |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00287

Invoice Date: February 25, 2013
Invoice No.:  988501
Page:  2

**TOTAL FEES** **$455.50**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

**Document/File Management**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.30 | $71.40 |
| | | | **0.30** | **$71.40** |

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.30** | **$175.50** |

**TIMEKEEPER SUMMARY TOTALS** **$455.50**

TOTAL FEES $455.50

**TOTAL BALANCE DUE** **$455.50**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
Residential Capital, LLC
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

February 25, 2013
Invoice No.: 988503

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                                    $37.40

File Number:        1000304.00288
Re:                 Mays, Matthew v. GMAC Mortgage, LLC, 734852

Claim Number:  11506
Your File Number:  734852

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/01/13 | E-mail opposing counsel regarding insurance and the party in the lawsuit. | JLS | 0.10 | 37.40 |
| | | | 0.10 | $37.40 |

**TOTAL FEES**                                                                     **$37.40**

**TIMEKEEPER SUMMARY:**

| | Analysis/Strategy | | | |
|---|---|---|---|---|
| | J. L. Sanders | Partner | $374.00 | 0.10 | $37.40 |
| | | | | 0.10 | $37.40 |

**TIMEKEEPER SUMMARY TOTALS**                                                      **$37.40**

TOTAL FEES                                                                         $37.40

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00288

Invoice Date: February 25, 2013
Invoice No.:  988503
Page:  2

## TOTAL BALANCE DUE                                              $37.40

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
Residential Capital, LLC
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

February 25, 2013
Invoice No.: 988504

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                                    $6,286.90

File Number:        1000304.00289
Re:                 Aribal, Antoniette v. GMAC Mortgage LLC, 735347

Your File Number:  735347

| | **Fact Investigation/Development** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/02/13 | Review docket activity to date and various motions -- motion for class certification; motion to dismiss by co-defendant; related motion to strike. | JMG | 1.10 | 503.80 |
| 01/02/13 | Review correspondence from plaintiff's counsel to CRAs and email re same. | JMG | 0.20 | 91.60 |
| | | | **1.30** | **$595.40** |

| | **Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/02/13 | Conference with Matt Goodin re ███████████████ ███████ | TJC | 0.30 | 175.50 |
| 01/04/13 | E-mail from Plaintiffs' counsel re letter informing them of applicability of stay and review of letter from Plaintiffs' counsel re same and re their intention to seek relief from stay. | TJC | 0.20 | 117.00 |
| 01/08/13 | Review relevant case law. | JMG | 1.20 | 549.60 |
| 01/10/13 | E-mail from Jordan Wishnew re ██████ | TJC | 0.10 | 58.50 |
| 01/10/13 | Conference with Matt Goodin re ████████████████ ████████. | TJC | 0.20 | 117.00 |
| 01/25/13 | Review plaintiff's motion for relief from stay and pleadings in preparation for call w/ bankruptcy counsel. | JMG | 0.60 | 274.80 |

GMAC Mortgage, LLC
File No.: 1000304.00289

Invoice Date: February 25, 2013
Invoice No.: 988504
Page: 2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/25/13 | Review loan history and follow-up e-mails. | JMG | 0.50 | 229.00 |
| 01/25/13 | Teleconference w/ same. | JMG | 0.80 | 366.40 |
| 01/25/13 | Conference with Matt Goodin re today's call with Norm Rosenbaum and decision ███████████ | TJC | 0.40 | 234.00 |
| 01/31/13 | E-mails from E. Richards re: ██████████████ | JMG | 0.30 | 137.40 |
| | | | **4.60** | **$2,259.20** |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/02/13 | Emails to/from J. Scoliard, N. Rosenbaum, et al. re ████████ | JMG | 0.40 | 183.20 |
| 01/04/13 | Review correspondence from plaintiff's counsel in response to notice of stay and violation letter. | JMG | 0.20 | 91.60 |
| 01/04/13 | Email to L. Delehey, N. Rosenbaum, et al. re ██████ | JMG | 0.20 | 91.60 |
| 01/08/13 | Telephone conference with plaintiff's counsel. | JMG | 0.20 | 91.60 |
| 01/24/13 | E-mails from/to E. Richards (MoFo) re: ██████████ | JMG | 0.20 | 91.60 |
| 01/25/13 | Review docket status and activity. | JMG | 0.20 | 91.60 |
| 01/25/13 | Follow-up calls and e-mails to/from plaintiff's counsel and bankruptcy counsel. | JMG | 0.70 | 320.60 |
| 01/29/13 | E-mails re: continuance of hearing on MFR. | JMG | 0.20 | 91.60 |
| | | | **2.30** | **$1,053.40** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 01/07/13 | Review of minute order received today setting briefing schedule on motion to dismiss of co-defendant and striking various dates. | TJC | 0.10 | 58.50 |
| 01/10/13 | Review and analysis of motion for clarification of order modifying automatic stay. | TJC | 0.30 | 175.50 |
| 01/12/13 | Review of notice of hearing on motion to modify the stay and e-mails re whether we will need to be present or available by phone. | TJC | 0.20 | 117.00 |
| 01/23/13 | Review order re: 1/23 motion hearing. | JMG | 0.10 | 45.80 |
| 01/29/13 | Review ECF notice re: first amended complaint and e-mails from/to plaintiff's counsel re: filing of same. | JMG | 0.20 | 91.60 |
| 01/30/13 | Review/analysis of first amended complaint; E-mails re: same. | JMG | 0.70 | 320.60 |
| 01/31/13 | E-mail to N. Rosenbaum et al re: ██████████ | JMG | 0.20 | 91.60 |
| | | | **1.90** | **$959.10** |

GMAC Mortgage, LLC
File No.:  1000304.00289

Invoice Date: February 25, 2013
Invoice No.:  988504
Page: 3

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Dispositive Motions** | | | | |
| 01/14/13 | Review ECF notice re docket activity -- briefing related to motion to dismiss. | JMG | 0.40 | 183.20 |
| | | | **0.40** | **$183.20** |

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Other Written Motions/Submissions** | | | | |
| 01/02/13 | Revise, finalize notice and stay violation and coordinate filing/transmittal. | JMG | 0.70 | 320.60 |
| 01/03/13 | Monitor and review docket activity. | JMG | 0.20 | 91.60 |
| 01/07/13 | Review ECF notices re docket activity. | JMG | 0.10 | 45.80 |
| 01/10/13 | Review, analysis of email from J. Wishnew (MoFo) and attached motion for relief from stay. | JMG | 0.50 | 229.00 |
| 01/11/13 | Review ECF notices re docket activity in district court proceeding -- various pleadings and motion practice, and review, analysis of same. | JMG | 0.80 | 366.40 |
| 01/15/13 | Review ECF notices re docket activity. | JMG | 0.10 | 45.80 |
| 01/16/13 | Monitor and review ECF notices re: docket activity. | JMG | 0.10 | 45.80 |
| 01/17/13 | Review ECF notices re: docket activity. | JMG | 0.20 | 91.60 |
| | | | **2.70** | **$1,236.60** |

**TOTAL FEES**                                                                    **$6,286.90**

**TIMEKEEPER SUMMARY:**

| | | | | |
|---|---|---|---|---|
| **Fact Investigation/Development** | | | | |
| J. M. Goodin | Partner | $458.00 | 1.30 | $595.40 |
| | | | **1.30** | **$595.40** |
| **Analysis/Strategy** | | | | |
| J. M. Goodin | Partner | $458.00 | 3.40 | $1,557.20 |
| T.J. Cunningham | Partner | $585.00 | 1.20 | $702.00 |
| | | | **4.60** | **$2,259.20** |
| **Other** | | | | |
| J. M. Goodin | Partner | $458.00 | 2.30 | $1,053.40 |
| | | | **2.30** | **$1,053.40** |

GMAC Mortgage, LLC
File No.:  1000304.00289

Invoice Date: February 25, 2013
Invoice No.:  988504
Page:  4

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.20 | $549.60 |
| T.J. Cunningham | Partner | $585.00 | 0.70 | $409.50 |
| | | | **1.90** | **$959.10** |

**Dispositive Motions**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
| | | | **0.40** | **$183.20** |

**Other Written Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 2.70 | $1,236.60 |
| | | | **2.70** | **$1,236.60** |

**TIMEKEEPER SUMMARY TOTALS**                                                **$6,286.90**

TOTAL FEES                                                                       $6,286.90

**TOTAL BALANCE DUE**                                                        **$6,286.90**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

February 25, 2013
Invoice No.: 988505

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                                    $850.40

File Number:       1000304.00290
Re:                Singh, James v. ETS Services LLC, 735143

Your File Number:  735143

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Fact Investigation/Development** | | | | |
| 01/14/13 | Conduct search to determine whether Singh has filed for bankruptcy; e-mail findings to litigation team. | TBT | 0.70 | 166.60 |
| | | | 0.70 | $166.60 |
| **Analysis/Strategy** | | ATTY | HOURS | VALUE |
| 01/03/13 | Correspondence with Don Booth re ███████████ | RJM | 0.30 | 158.40 |
| | | | 0.30 | $158.40 |
| **Other** | | ATTY | HOURS | VALUE |
| 01/03/13 | Emails re post-removal filing of stay notice. | JMG | 0.20 | 91.60 |
| | | | 0.20 | $91.60 |
| **Pleadings** | | ATTY | HOURS | VALUE |
| 01/03/13 | Review of notice of removal received today. | TJC | 0.10 | 58.50 |
| 01/03/13 | Analyze notice of removal filed by co-defendant. | RJM | 0.40 | 211.20 |
| 01/06/13 | Draft consent to magistrate judge. | RJM | 0.20 | 105.60 |

GMAC Mortgage, LLC
File No.:  1000304.00290

Invoice Date: February 25, 2013
Invoice No.:  988505
Page: 2

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/07/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **0.80** | **$433.80** |

**TOTAL FEES**        **$850.40**

## TIMEKEEPER SUMMARY:

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.70 | $166.60 |
| | | | **0.70** | **$166.60** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| R. J. McClendon | Senior Counsel | $528.00 | 0.30 | $158.40 |
| | | | **0.30** | **$158.40** |

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| R. J. McClendon | Senior Counsel | $528.00 | 0.60 | $316.80 |
| | | | **0.80** | **$433.80** |

**TIMEKEEPER SUMMARY TOTALS**        **$850.40**

TOTAL FEES        $850.40

**TOTAL BALANCE DUE**        **$850.40**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

February 25, 2013
Invoice No.: 988506

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013 — <u>$897.60</u>

File Number:     1000304.00292
Re:              Roussel, Eric v. Homecomings Financial, LLC

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/13/13 | Analysis of new complaint. | RJM | 0.60 | 316.80 |
| 01/15/13 | Correspondence with plaintiff's counsel re bankruptcy stay. | RJM | 0.40 | 211.20 |
| | | | 1.00 | **$528.00** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/15/13 | Draft notice of bankruptcy stay. | RJM | 0.50 | 264.00 |
| 01/16/13 | Correspondence with Don Booth re ███████ | RJM | 0.20 | 105.60 |
| | | | 0.70 | **$369.60** |

**TOTAL FEES**                                           **$897.60**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| R. J. McClendon | Senior Counsel | $528.00 | 1.00 | $528.00 |
| | | | 1.00 | **$528.00** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00292

Invoice Date: February 25, 2013
Invoice No.:  988506
Page:  2

**Pleadings**

| | | | | |
|---|---|---|---|---|
| R. J. McClendon | Senior Counsel | $528.00 | 0.70 | $369.60 |
| | | | **0.70** | **$369.60** |

**TIMEKEEPER SUMMARY TOTALS**      **$897.60**

TOTAL FEES      $897.60

**TOTAL BALANCE DUE**      **$897.60**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Manish Verma
9400 Normandale Blvd
Bloomington, MN 77437

March 4, 2013
Invoice No.: 990024

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013                          $8,463.99

File Number:        1000304.00291
Re:                 Nichols, Duane v. RAHI Real Estate Holdings, LLC

Your File Number: 735554

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/13 | Telephone conference with the Vermilion County Recorder's Office; conduct online searches to retrieve a list of all documents recorded against the property owner; retrieve recorded Mortgages; e-mails to and from litigation team regarding same. | TBT | 1.20 | 285.60 |
| 01/14/13 | Conduct search to determine whether Nichols has filed for bankruptcy; e-mail findings to litigation team. | TBT | 0.20 | 47.60 |
| | | | 1.40 | $333.20 |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/21/12 | E-mails from and to Sheila Gregory re ▉▉▉▉ | TJC | 0.20 | 117.00 |
| 12/21/12 | E-mails to and from Doug Sargent and Sherina Maye re ▉▉▉▉ | TJC | 0.20 | 117.00 |
| 12/31/12 | Review of FACT package and loan file. | TJC | 0.30 | 175.50 |
| 01/02/13 | Review, analysis of new complaint and consideration of approach to defense of matter. | TJC | 0.80 | 468.00 |
| 01/02/13 | Review and analyze complaint, loan file and documents received from client. | DRS | 4.30 | 1,363.10 |
| 01/03/13 | Conduct initial case assessment. | DRS | 3.40 | 1,077.80 |
| 01/03/13 | Confer with T. Cunningham re: ▉▉▉▉▉▉ | SEM | 0.70 | 193.20 |
| 01/03/13 | Emails re obtaining printout of tract search to show priority of interests. | TJC | 0.20 | 117.00 |

GMAC Mortgage, LLC
File No.: 1000304.00291

Invoice Date: March 4, 2013
Invoice No.: 990024
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/13 | Review of tract search and ordered copies of recorded mortgages. | TJC | 0.10 | 58.50 |
| 01/03/13 | Review of recorded mortgages and analysis of issue related to priority. | TJC | 0.40 | 234.00 |
| 01/03/13 | Conference with Doug Sargent and Sherina Maye re ███████ ████████████████████████████████████████ | TJC | 0.50 | 292.50 |
| 01/04/13 | Review loan file; telephone conference with S. Gregory regarding ███████████████████████ | DRS | 0.40 | 126.80 |
| 01/15/13 | E-mails with client regarding ███████████████ | DRS | 0.20 | 63.40 |
| 01/15/13 | Telephone call with borrower's counsel. | SEM | 0.20 | 55.20 |
| 01/15/13 | Review and analyze loan file and documents. | SEM | 1.30 | 358.80 |
| 01/15/13 | Review of current status and effort to obtain extension of time to respond to complaint. | TJC | 0.10 | 58.50 |
| 01/15/13 | Email re BPO and consideration of impact value of property has on handling of case. | TJC | 0.20 | 117.00 |
| 01/16/13 | Analyze additional documents. | SEM | 0.70 | 193.20 |
| 01/16/13 | Confer with D. Sargent re: ████████ | SEM | 0.40 | 110.40 |
| 01/16/13 | E-mails re appearance and motion for extension of time. | TJC | 0.10 | 58.50 |
| 01/17/13 | E-mails with client regarding ███████████████████ | DRS | 0.30 | 95.10 |
| 01/18/13 | Analyze additional loan documents. | SEM | 0.90 | 248.40 |
| 01/22/13 | E-mails re status of motion for extension of time to respond to complaint. | TJC | 0.20 | 117.00 |
| 01/23/13 | Analyze additional documents. | SEM | 0.70 | 193.20 |
| 01/23/13 | Telephone call with opposing counsel. | SEM | 0.30 | 82.80 |
| 01/23/13 | Confer with D. Sargent re: ████████ | SEM | 0.40 | 110.40 |
| 01/23/13 | Telephone call with clerk. | SEM | 0.30 | 82.80 |
| 01/27/13 | Review of status and e-mail to Manish Verma re ████████████████████████████ | TJC | 0.50 | 292.50 |
| 01/27/13 | E-mail to Doug Sargent and Sherina Maye re ████████████████████████████████ | TJC | 0.20 | 117.00 |
| 01/31/13 | Develop litigation strategy; e-mails with client regarding ████████ | DRS | 1.10 | 348.70 |
| | | | **19.60** | **$7,043.30** |

| | Document/File Management | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/04/13 | Retrieve and circulate to litigation team the documents from Ally's Secure Document Delivery System. | TBT | 0.40 | 95.20 |
| | | | **0.40** | **$95.20** |

GMAC Mortgage, LLC
File No.: 1000304.00291

Invoice Date: March 4, 2013
Invoice No.:  990024
Page: 3

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/18/13 | Update status chart. | TBT | 0.10 | 23.80 |
| 01/25/13 | Update status chart. | TBT | 0.10 | 23.80 |
| | | | **0.20** | **$47.60** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/21/12 | Review and analysis of complaint. | TJC | 0.50 | 292.50 |
| 01/03/13 | Read and analyze complaint. | SEM | 0.60 | 165.60 |
| 01/16/13 | Draft Motion to Extend and Appearance. | SEM | 0.40 | 110.40 |
| 01/16/13 | Telephone call with opposing counsel. | SEM | 0.30 | 82.80 |
| 01/23/13 | Draft Motion for Extension of Time. | SEM | 0.50 | 138.00 |
| | | | **2.30** | **$789.30** |

**TOTAL FEES**            **$8,308.60**

## TIMEKEEPER SUMMARY:

### Fact Investigation/Development

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 1.40 | $333.20 |
| | | | **1.40** | **$333.20** |

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 4.00 | $2,340.00 |
| D.R. Sargent | Associate | $317.00 | 9.70 | $3,074.90 |
| S. E. Maye | Associate | $276.00 | 5.90 | $1,628.40 |
| | | | **19.60** | **$7,043.30** |

### Document/File Management

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.40 | $95.20 |
| | | | **0.40** | **$95.20** |

### Other

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.20 | $47.60 |

GMAC Mortgage, LLC
File No.: 1000304.00291

Invoice Date: March 4, 2013
Invoice No.: 990024
Page: 4

| | | | | |
|---|---|---|---|---|
| **Other** | | | | |
| | | | 0.20 | $47.60 |
| **Pleadings** | | | | |
| | | | | |
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| S. E. Maye | Associate | $276.00 | 1.80 | $496.80 |
| | | | 2.30 | $789.30 |

**TIMEKEEPER SUMMARY TOTALS**                                          **$8,308.60**

| **EXPENSES** | **VALUE** |
|---|---|
| Delivery Services/Messengers | 8.49 |
| Clerk of the Court, 15th JDC Appearance fee on behalf of defendant RAHI Real Estate Holdings LLC | 236.00 |
| Refund Clerk of Court overpayment ck227347 voucher 976022 | (120.00) |
| Obtain recorded mortgages on property | 30.90 |
| **TOTAL EXPENSES** | **$155.39** |

| | |
|---|---|
| TOTAL FEES | $8,308.60 |
| TOTAL EXPENSES | $155.39 |
| TOTAL FEES AND EXPENSES | $8,463.99 |
| **TOTAL BALANCE DUE** | **$8,463.99** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

March 8, 2013
Invoice No.: 990675

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2013     <u>$1,749.99</u>

File Number:     1000304.00224
Re:     Bates, Barrett (New Jersey) v. GMAC Mortgage, 725793

Your File Number: 725793

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/04/13 | Analyze plaintiff's motion to amend and opposition to the motion to dismiss. | JNF | 0.20 | 108.00 |
| 01/04/13 | Review emails from joint defense counsel re ███ | JNF | 0.10 | 54.00 |
| 01/14/13 | Review email from joint defense counsel re ███ | JNF | 0.30 | 162.00 |
| 01/15/13 | Review email from joint defense counsel re ███ | JNF | 0.20 | 108.00 |
| 01/16/13 | Review emails from joint defense counsel re ███ | JNF | 0.30 | 162.00 |
| 01/17/13 | Review emails from joint defense counsel re ███ | JNF | 0.20 | 108.00 |
| 01/22/13 | Review email from joint defense counsel re ███ | JNF | 0.10 | 54.00 |
| 01/22/13 | Formulate strategy for pro hac vice application for R. Perdew in state court post remand. | JNF | 0.20 | 108.00 |
| 01/23/13 | Review emails from joint defense counsel re ███ | JNF | 0.10 | 54.00 |
| 01/23/13 | Prepare correspondence to the court seeking correction of counsel listing. | JNF | 0.30 | 162.00 |

GMAC Mortgage, LLC
File No.: 1000304.00224

Invoice Date: March 8, 2013
Invoice No.: 990675
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/23/13 | Review email from joint defense counsel re ███████ | JNF | 0.10 | 54.00 |
| 01/23/13 | Telephone conference with Burlington County Clerk re pro hac vice motion and mistaken entries on state court docket after the remand. | JNF | 0.20 | 108.00 |
| 01/24/13 | Edit correspondence to court to correct incorrect counsel entries on court docket. | JNF | 0.10 | 54.00 |
| 01/25/13 | Review proposed stipulation for dismissal of action. | JNF | 0.10 | 54.00 |
| 01/25/13 | Review email from joint defense counsel re ███████ | JNF | 0.20 | 108.00 |
| 01/28/13 | Review emails from joint defense group re ███████ ███████ | JNF | 0.10 | 54.00 |
| 01/31/13 | Analyze ordered stipulation of adjournment in contemplation of dismissal. | JNF | 0.10 | 54.00 |
| | | | **2.90** | **$1,566.00** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/04/13 | Review of plaintiffs' response to defendants motion to dismiss and proposed second amended complaint. | TJC | 0.30 | 175.50 |
| | | | **0.30** | **$175.50** |

**TOTAL FEES**                                                   **$1,741.50**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | | |
|---|---|---|---|---|---|
| J.N Froehlich | Partner | $540.00 | 2.90 | $1,566.00 |
| | | | **2.90** | **$1,566.00** |

**Pleadings**

| | | | | | |
|---|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.30** | **$175.50** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$1,741.50**

| DATE | EXPENSES | VALUE |
|---|---|---|
| | FedEx Shipments | 8.49 |
| | TOTAL EXPENSES | $8.49 |

GMAC Mortgage, LLC
File No.: 1000304.00224

Invoice Date: March 8, 2013
Invoice No.:  990675
Page:  3

| | |
|---|---|
| TOTAL FEES | $1,741.50 |
| TOTAL EXPENSES | $8.49 |
| TOTAL FEES AND EXPENSES | $1,749.99 |
| **TOTAL BALANCE DUE** | **$1,749.99** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.