

# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

March 25, 2013
Invoice No.: 994014

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                    $2,666.55

File Number:        1000304.00000
Re:                 Residential Funding Bankruptcy - LL Fee Petitions

Your File Number:  733964

| | Fee/Employment Applications | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/13/13 | Email with T. Cunningham and K. Morehouse re: fee application preparation. | BAR | 0.20 | 52.80 |
| | | | 0.20 | $52.80 |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/02/13 | Preparation of December report to notice parties re fees. | TJC | 2.50 | 1,462.50 |
| 02/09/13 | E-mails re various billing issues. | TJC | 0.30 | 175.50 |
| | | | 2.80 | $1,638.00 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/18/13 | Review First Quarterly Fee Application of Locke Lord LLP for Compensation and Reimbursement of Expenses for the Period from May 14, 2012 through August 31, 2012 as Counsel Retained by Debtors in the Ordinary Course of Business, and prepare for upcoming filings pursuant to court order. | TBT | 1.50 | 357.00 |
| | | | 1.50 | $357.00 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00000

| | | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| | **Pleadings** | | | | |
| 02/04/13 | Review of notice received today setting March 14 as deadline for next interim fee petition and April 11 as the next hearing date on interim fee petitions; E-mails from Morrison & Foerster and KCC re same. | | TJC | 0.20 | 117.00 |
| 02/13/13 | E-mails to and from Brian Raynor re preparation of interim fee petition due on March 14. | | TJC | 0.20 | 117.00 |
| | | | | **0.40** | **$234.00** |

**TOTAL FEES**                                                                                           **$2,281.80**

## TIMEKEEPER SUMMARY:

| | | | | |
|---|---|---|---|---|
| **Fee/Employment Applications** | | | | |
| B. A. Raynor | Associate | $264.00 | 0.20 | $52.80 |
| | | | **0.20** | **$52.80** |
| **Analysis/Strategy** | | | | |
| T.J. Cunningham | Partner | $585.00 | 2.80 | $1,638.00 |
| | | | **2.80** | **$1,638.00** |
| **Other** | | | | |
| T. B. Till | Paralegal | $238.00 | 1.50 | $357.00 |
| | | | **1.50** | **$357.00** |
| **Pleadings** | | | | |
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | **0.40** | **$234.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                           **$2,281.80**

| DATE | EXPENSES | VALUE |
|---|---|---|
| 01/28/13 | FedEx Shipments FedEx: 494575762552 USER DEFINED 1:  8313 CHFEDEX | 25.65 |
| 01/28/13 | FedEx Shipments FedEx: 494575762699 USER DEFINED 1:  8313 CHFEDEX | 25.65 |
| 01/28/13 | FedEx Shipments FedEx: 494575762655 USER DEFINED 1:  8313 CHFEDEX | 25.65 |

GMAC Mortgage, LLC
File No.: 1000304.00000

Invoice Date: March 25, 2013
Invoice No.: 994014
Page: 3

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| 01/28/13 | FedEx Shipments FedEx: 494575762563 USER DEFINED 1: 8313 CHFEDEX | 25.65 |
| 01/28/13 | FedEx Shipments FedEx: 494575762596 USER DEFINED 1: 8313 CHFEDEX | 25.65 |
| 01/28/13 | FedEx Shipments FedEx: 494575762677 USER DEFINED 1: 8313 CHFEDEX | 25.65 |
| 01/28/13 | FedEx Shipments FedEx: 494575762585 USER DEFINED 1: 8313 CHFEDEX | 25.65 |
| 01/28/13 | FedEx Shipments FedEx: 494575762574 USER DEFINED 1: 8313 CHFEDEX | 25.65 |
| 01/28/13 | FedEx Shipments FedEx: 494575762666 USER DEFINED 1: 8313 CHFEDEX | 25.65 |
| 01/28/13 | FedEx Shipments FedEx: 494575762688 USER DEFINED 1: 8313 CHFEDEX | 25.65 |
| 02/08/13 | FedEx Shipments FedEx: 494575764062 USER DEFINED 1: 8313 CHFEDEX | 25.65 |
| 02/08/13 | FedEx Shipments FedEx: 494575764100 USER DEFINED 1: 8313 CHFEDEX | 25.65 |
| 02/08/13 | FedEx Shipments FedEx: 494575764095 USER DEFINED 1: 8313 CHFEDEX | 25.65 |
| 02/08/13 | FedEx Shipments FedEx: 494575764073 USER DEFINED 1: 8313 CHFEDEX | 25.65 |
| 02/08/13 | FedEx Shipments FedEx: 494575764084 USER DEFINED 1: 8313 CHFEDEX | 25.65 |
| | TOTAL | $384.75 |

| | |
|---|---|
| TOTAL FEES | $2,281.80 |
| TOTAL EXPENSES | $384.75 |
| TOTAL FEES AND EXPENSES | $2,666.55 |
| **TOTAL BALANCE DUE** | **$2,666.55** |

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

March 25, 2013
Invoice No.: 994015

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                                    $20,897.70

File Number:        1000304.00174
Re:                 Nora v. GMAC Mortgage, #706615

Your File Number:  706615

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/09/13 | Review of adversary complaint filed by Wendy Nora in GMACM bankruptcy yesterday (1.3); E-mail to Natasha Campbell re ▮▮▮▮ (.2); E-mail to Rusty Perdew and Julie Webb re ▮▮▮▮ (.3); Consideration of issues presented by adversary complaint (.5). | TJC | 2.30 | 1,345.50 |
| 02/11/13 | Conference with Julie Webb re comparison of new adversary complaint to existing federal court action and discussion of issues presented. | TJC | 0.20 | 117.00 |
| 02/12/13 | E-mails to and from Bill Thompson and Jennifer Scoliard re ▮▮▮▮ | TJC | 0.30 | 175.50 |
| 02/13/13 | Review of research results re abstention arguments and conference with Julie Webb re same. | TJC | 0.30 | 175.50 |
| 02/15/13 | Consideration of possible strategies for dealing with adversary complaint. | TJC | 0.40 | 234.00 |
| | | | 3.50 | $2,047.50 |

| | Document/File Management | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/09/13 | Retrieve and circulate Nora Adversary Complaint to T. Cunningham. | TBT | 0.20 | 47.60 |

GMAC Mortgage, LLC
File No.: 1000304.00174

Invoice Date: March 25, 2013
Invoice No.: 994015
Page: 2

| | Document/File Management | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 0.20 | $47.60 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/10/13 | E-mails with litigation team regarding adversary complaint. | JCW | 0.20 | 59.00 |
| 02/11/13 | Prepare comparison of adversary complaint to operative complaint in Western District of Wisconsin action. | JCW | 0.80 | 236.00 |
| 02/11/13 | Conference with Tom Cunningham regarding adversary complaint and tasks to set up appropriate response. | JCW | 0.20 | 59.00 |
| 02/12/13 | E-mails with litigation team regarding adversary complaint. | JCW | 0.20 | 59.00 |
| 02/12/13 | Research applicable abstention or preclusion doctrine. | JCW | 1.20 | 354.00 |
| 02/13/13 | Memo to litigation team regarding ███████████ | JCW | 0.80 | 236.00 |
| 02/13/13 | Research applicable abstention or preclusion doctrine. | JCW | 0.50 | 147.50 |
| 02/15/13 | Pull cases applying Colorado River doctrine to dismiss duplicative federal lawsuit. | JCW | 0.40 | 118.00 |
| | | | 4.30 | $1,268.50 |

**TOTAL FEES** $3,363.60

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 3.50 | $2,047.50 |
| | | | 3.50 | $2,047.50 |

**Document/File Management**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.20 | $47.60 |
| | | | 0.20 | $47.60 |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 4.30 | $1,268.50 |
| | | | 4.30 | $1,268.50 |

**TIMEKEEPER SUMMARY TOTALS** $3,363.60

TOTAL FEES $3,363.60



# Locke Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Natasha Campbell
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

March 25, 2013
Invoice No.: 994016

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                    $2,743.30

File Number:    1000304.00239
Re:             Union County, IL Recording Fee Litigation, 728316

Your File Number: 728316

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/05/13 | Exchange e-mails with plaintiffs' counsel and Lauren Delehey regarding potential tolling agreement. | PRP | 1.10 | 532.40 |
| 02/05/13 | E-mails re possibility of entering into tolling agreement with Plaintiffs in exchange for voluntary dismissal of GMACM from case and thereby avoiding need to file periodic status reports with the court. | TJC | 0.20 | 117.00 |
| 02/07/13 | Analyze facts of case. | SEM | 0.40 | 110.40 |
| 02/11/13 | Review and revise draft tolling agreement with plaintiffs' counsel. | PRP | 0.90 | 435.60 |
| 02/12/13 | Continue revising tolling agreement. | PRP | 0.20 | 96.80 |
| 02/15/13 | Review draft tolling agreement and emails re same. | TJC | 0.40 | 234.00 |
| 02/15/13 | Continue revising tolling agreement. | PRP | 0.40 | 193.60 |
| 02/15/13 | Review, revise draft tolling agreement and emails from/to litigation team re same. | JMG | 0.30 | 137.40 |
| 02/26/13 | Draft e-mail to Lauren Delehey regarding ███████████████ | PRP | 0.20 | 96.80 |
| 02/26/13 | Review of draft tolling agreement and e-mails re same. | TJC | 0.30 | 175.50 |
| | | | **4.40** | **$2,129.50** |

GMAC Mortgage, LLC
File No.:  1000304.00239

Invoice Date: March 25, 2013
Invoice No.:  994016
Page:  2

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/10/13 | Make revisions to tolling agreement. | SEM | 0.70 | 193.20 |
| | | | **0.70** | **$193.20** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/07/13 | Draft Tolling Agreement. | SEM | 1.10 | 303.60 |
| 02/27/13 | Review of notice of appeal filed today and follow up e-mails re same. | TJC | 0.20 | 117.00 |
| | | | **1.30** | **$420.60** |

**TOTAL FEES**                                                                                         **$2,743.30**

### TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| P. R. Perdew | Partner | $484.00 | 2.80 | $1,355.20 |
| T.J. Cunningham | Partner | $585.00 | 0.90 | $526.50 |
| S. E. Maye | Associate | $276.00 | 0.40 | $110.40 |
| | | | **4.40** | **$2,129.50** |

**Other**

| | | | | |
|---|---|---|---|---|
| S. E. Maye | Associate | $276.00 | 0.70 | $193.20 |
| | | | **0.70** | **$193.20** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| S. E. Maye | Associate | $276.00 | 1.10 | $303.60 |
| | | | **1.30** | **$420.60** |

**TIMEKEEPER SUMMARY TOTALS**                                                          **$2,743.30**

TOTAL FEES                                                                                              $2,743.30

**TOTAL BALANCE DUE**                                                                         **$2,743.30**

PLEASE REMIT PAYMENT TO:



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Donald Booth
GMAC Mortgage, LLC
Paralegal - Litigation
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

March 25, 2013
Invoice No.: 994017

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                            $91.60

File Number:      1000304.00178
Re:               Smith, Tiffany v. Homecomings Financial, #711686

Your File Number:  711686

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Analysis/Strategy** | | | | |
| 02/22/13 | Review status. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

**TOTAL FEES**                                                          **$91.60**

**TIMEKEEPER SUMMARY:**

| **Analysis/Strategy** | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**TIMEKEEPER SUMMARY TOTALS**                                           **$91.60**

TOTAL FEES                                                              $91.60

**TOTAL BALANCE DUE**                                                   **$91.60**

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Don Booth
Paralegal- Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

March 25, 2013
Invoice No.: 994018

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                                      $91.60

File Number:        1000304.00179
Re:                 Gardner, Alan v. GMAC Mortgage, LLC, #703565

Your File Number:  703565

| | Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 02/22/13 | Review status. | | JMG | 0.20 | 91.60 |
| | | | | **0.20** | **$91.60** |

**TOTAL FEES**                                                                       **$91.60**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
|---|---|---|---|---|---|
| | | | | **0.20** | **$91.60** |

**TIMEKEEPER SUMMARY TOTALS**                                                        **$91.60**

TOTAL FEES                                                                           $91.60

**TOTAL BALANCE DUE**                                                                **$91.60**

---

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Natasha Campbell
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

March 25, 2013
Invoice No.: 994019

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                    $117.00

| | |
|---|---|
| File Number: | 1000304.00184 |
| Re: | Bates, Barrett (Indiana) v. GMAC Mortgage, LLC #713892 |

Your File Number:  713892

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/28/13 | Review of joint motion to dismiss filed today and e-mails re same. | TJC | 0.20 | 117.00 |
| | | | **0.20** | **$117.00** |

**TOTAL FEES** | | | | **$117.00**

**TIMEKEEPER SUMMARY:**

| **Pleadings** | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

**TIMEKEEPER SUMMARY TOTALS** | | | | **$117.00**

**TOTAL FEES** | | | | $117.00

**TOTAL BALANCE DUE** | | | | **$117.00**

---

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 55437

March 25, 2013
Invoice No.: 994007

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 15, 2013

$4,955.30

File Number:       1000304.00185
Re:                Sigler, Eyal v. GMAC Mortgage, LLC, #689067

Your File Number:  689067

| | **Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/07/13 | Conference with Doug Sargent re status of affidavit and motion for summary judgment and e-mails re same. | TJC | 0.40 | 234.00 |
| 02/07/13 | Phone call with M. Verma regarding ▓▓▓▓▓ | CGS | 0.30 | 76.50 |
| 02/15/13 | Emails re motion for summary judgment and conference with Doug Sargent re motion for summary judgment. | TJC | 0.20 | 117.00 |
| | | | **0.90** | **$427.50** |

| | **Dispositive Motions** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/05/13 | Review and revise motion for summary judgment. | DRS | 1.20 | 380.40 |
| 02/06/13 | Review and revise motion for summary judgment. | DRS | 1.40 | 443.80 |
| 02/07/13 | Telephone conference and e-mails with client regarding ▓▓▓▓▓ | DRS | 0.30 | 95.10 |
| 02/11/13 | Review, revise and finalize motion for summary judgment. | DRS | 3.40 | 1,077.80 |
| 02/12/13 | Revise motion for summary judgment. | CGS | 3.60 | 918.00 |
| 02/13/13 | Finalize motion for summary judgment and compile and organize exhibits to motion for summary judgment and Rule 191 affidavit in support of motion for summary judgment. | CGS | 5.20 | 1,326.00 |
| 02/14/13 | Revise and file motion for summary judgment. | CGS | 1.00 | 255.00 |

GMAC Mortgage, LLC
File No.: 1000304.00185

Invoice Date: March 25, 2013
Invoice No.: 994007
Page: 2

| Dispositive Motions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/15/13 | E-mails with client regarding filed motion for summary judgment. | DRS | 0.10 | 31.70 |
| | | | **16.20** | **$4,527.80** |

**TOTAL FEES**                                                                                 **$4,955.30**

TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| C. G. Shetty | Associate | $255.00 | 0.30 | $76.50 |
| | | | **0.90** | **$427.50** |

### Dispositive Motions

| | | | | |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 9.80 | $2,499.00 |
| D.R. Sargent | Associate | $317.00 | 6.40 | $2,028.80 |
| | | | **16.20** | **$4,527.80** |

**TIMEKEEPER SUMMARY TOTALS**                                                  **$4,955.30**

TOTAL FEES                                                                                      $4,955.30

**TOTAL BALANCE DUE**                                                                **$4,955.30**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Don Booth
Paralegal- Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

March 25, 2013
Invoice No.: 994020

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                                    $137.40

File Number:        1000304.00192
Re:                 Abucay v. GMAC Mortgage, LLC, #718914

Your File Number:  718914

| Dispositive Motions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/15/13 | Monitor and review docket activity -- motion to dismiss briefing. | JMG | 0.30 | 137.40 |
| | | | 0.30 | $137.40 |

**TOTAL FEES**                                                                      $137.40

**TIMEKEEPER SUMMARY:**

**Dispositive Motions**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | 0.30 | $137.40 |

**TIMEKEEPER SUMMARY TOTALS**                                                       $137.40

TOTAL FEES                                                                          $137.40

**TOTAL BALANCE DUE**                                                               $137.40

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

March 25, 2013
Invoice No.: 994021

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                                          $287.50

File Number:        1000304.00195
Re:                 NCUA v. GMAC Mortgage (California), #718805

Your File Number: 718805

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/27/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | 0.10 | **$58.50** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/20/13 | Review and analysis of adversary complaint and other filings in bankruptcy proceeding relevant to pending claims. | JMG | 0.50 | 229.00 |
| | | | 0.50 | **$229.00** |

**TOTAL FEES**                                                                          **$287.50**

---

**TIMEKEEPER SUMMARY:**

Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | 0.10 | **$58.50** |

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00195

Invoice Date: March 25, 2013
Invoice No.: 994021
Page: 2

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| | | | **0.50** | **$229.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                                 **$287.50**

TOTAL FEES                                                                                                          $287.50

**TOTAL BALANCE DUE**                                                                                      **$287.50**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail:**</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>**Via Courier:**</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

March 25, 2013
Invoice No.: 994022

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                              $437.60

File Number:      1000304.00196
Re:               NCUA v. GMAC Mortgage (Kansas), #714943

Your File Number:  714943

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/01/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 02/04/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 02/20/13 | Review and analysis of adversary complaint and other filings in bankruptcy proceeding relevant to pending claims. | JMG | 0.50 | 229.00 |
| | | | 0.70 | $346.00 |

| | Appellate Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/01/13 | Monitor and review docket activity in 10th Circuit appellate proceedings. | JMG | 0.20 | 91.60 |
| | | | 0.20 | $91.60 |

**TOTAL FEES**                                                          $437.60

**TIMEKEEPER SUMMARY:**

Pleadings

---

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00196

Invoice Date: March 25, 2013
Invoice No.:  994022
Page: 2

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.70** | **$346.00** |

**Appellate Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**TIMEKEEPER SUMMARY TOTALS**                                                        **$437.60**

TOTAL FEES                                                                                        $437.60

**TOTAL BALANCE DUE**                                                                       **$437.60**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

March 25, 2013
Invoice No.: 994023

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                    <u>$234.00</u>

File Number:      1000304.00197
Re:               Bates, Barrett (Hawaii) v. GMAC Mortgage LLC, #719244

Your File Number:  719244

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/20/13 | Review of motion to dismiss and consideration of issues pertaining to having this case dismissed; Follow up e-mails re same. | TJC | 0.40 | 234.00 |
| | | | 0.40 | $234.00 |

**TOTAL FEES**                                                             **$234.00**

**TIMEKEEPER SUMMARY:**

| | Analysis/Strategy | | | |
|---|---|---|---|---|
| | T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | | 0.40 | $234.00 |

**TIMEKEEPER SUMMARY TOTALS**                                  **$234.00**

TOTAL FEES                                                                 $234.00

**TOTAL BALANCE DUE**                                              **$234.00**

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 55437

March 25, 2013
Invoice No.: 994024

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                      $3,915.50

File Number:        1000304.00211
Re:                 Kral, Kenneth v. GMAC Mortgage, 725078

Your File Number:  725078

| | **Fact Investigation/Development** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/05/13 | Correspondence with plaintiff's counsel re GMAC Mortgage bankruptcy filing, plaintiff's request for a loan modification. | RJM | 0.20 | 105.60 |
| 02/05/13 | Correspondence with Don Booth re ███████████████ | RJM | 0.20 | 105.60 |
| | | | **0.40** | **$211.20** |

| | **Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/04/13 | Various emails summarizing outcome of case management in district court proceeding and outlining proposed settlement terms. | JMG | 0.30 | 137.40 |
| 02/04/13 | Review of report from this morning's status conference and likely next moves for Kral and our responsive strategy. | TJC | 0.20 | 117.00 |
| 02/05/13 | E-mail from Don Booth re ████████████ | TJC | 0.10 | 58.50 |
| 02/05/13 | Email from D. Booth re ████████████ | JMG | 0.10 | 45.80 |
| 02/20/13 | Correspondence with Don Booth re ████████████████ | RJM | 0.30 | 158.40 |
| 02/20/13 | E-mails from/to plaintiff's counsel, litigation team, and D. Booth re: ████████████████ | JMG | 0.30 | 137.40 |
| 02/21/13 | Correspondence with D. Booth re ████████████ | RJM | 0.20 | 105.60 |
| 02/21/13 | E-mail from Don Booth re ████████████ ████████████ | TJC | 0.20 | 117.00 |

GMAC Mortgage, LLC
File No.:  1000304.00211

Invoice Date: March 25, 2013
Invoice No.:  994024
Page: 2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/23/13 | Review of status report filed by Kral requesting telephonic appearance. | TJC | 0.10 | 58.50 |
| | | | **1.80** | **$935.60** |

| Settlement/Non-binding ADR | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/04/13 | Analysis of plaintiff's settlement demand. | RJM | 0.50 | 264.00 |
| 02/04/13 | Correspondence with Don Booth re ▮▮▮▮▮▮▮▮▮▮ | RJM | 0.60 | 316.80 |
| | | | **1.10** | **$580.80** |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/28/13 | E-mails re: entry of dismissal order. | JMG | 0.10 | 45.80 |
| | | | **0.10** | **$45.80** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/06/13 | Review of order received today regarding status and rule to show cause and follow up e-mails to and from Regina McClendon and Matt Goodin re same. | TJC | 0.30 | 175.50 |
| 02/20/13 | Analysis of correspondence from plaintiff's counsel re proposed dismissal of action. | RJM | 0.20 | 105.60 |
| 02/20/13 | E-mails re Plaintiffs' proposal to dismiss case without prejudice and consideration of same. | TJC | 0.20 | 117.00 |
| 02/21/13 | Draft stipulation and proposed order of dismissal. | RJM | 0.60 | 316.80 |
| 02/22/13 | Correspondence with J. Roberts re stipulation of dismissal, plaintiff's planned adversary proceeding. | RJM | 0.20 | 105.60 |
| 02/22/13 | Correspondence with J. Roberts re draft stipulation of dismissal and order thereon. | RJM | 0.20 | 105.60 |
| 02/25/13 | Follow up with plaintiff's counsel re stipulation for dismissal. | RJM | 0.20 | 105.60 |
| 02/25/13 | Finalize stipulation and proposed order for filing with court. | RJM | 0.20 | 105.60 |
| 02/25/13 | Review of ECF notification re filing of stipulation to dismiss case as to GMACM. | TJC | 0.10 | 58.50 |
| 02/25/13 | E-mails re: stipulation of dismissal. | JMG | 0.10 | 45.80 |
| 02/26/13 | Correspondence with Don Booth re ▮▮▮▮▮▮▮▮ | RJM | 0.20 | 105.60 |
| 02/28/13 | Correspondence with D. Booth re ▮▮▮▮▮▮▮ | RJM | 0.20 | 105.60 |
| 02/28/13 | Review of ECF notice of dismissal received today. | TJC | 0.10 | 58.50 |
| | | | **2.80** | **$1,511.30** |

| Court Mandated Conferences | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/01/13 | Prepare for court-ordered status conference. | RJM | 0.50 | 264.00 |

GMAC Mortgage, LLC
File No.: 1000304.00211

Invoice Date: March 25, 2013
Invoice No.: 994024
Page: 3

|  |  | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Court Mandated Conferences** |  |  |  |  |
| 02/04/13 | Attend court-ordered status conference. | RJM | 0.40 | 211.20 |
| 02/26/13 | Correspondence with court clerk re cancellation of status conference. | RJM | 0.20 | 105.60 |
|  |  |  | **1.10** | **$580.80** |

**TOTAL FEES**                                                                                          **$3,865.50**

## TIMEKEEPER SUMMARY:

| **Fact Investigation/Development** |  |  |  |  |
|---|---|---|---|---|
| R. J. McClendon | Senior Counsel | $528.00 | 0.40 | $211.20 |
|  |  |  | **0.40** | **$211.20** |
| **Analysis/Strategy** |  |  |  |  |
| J. M. Goodin | Partner | $458.00 | 0.70 | $320.60 |
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| R. J. McClendon | Senior Counsel | $528.00 | 0.50 | $264.00 |
|  |  |  | **1.80** | **$935.60** |
| **Settlement/Non-binding ADR** |  |  |  |  |
| R. J. McClendon | Senior Counsel | $528.00 | 1.10 | $580.80 |
|  |  |  | **1.10** | **$580.80** |
| **Other** |  |  |  |  |
| J. M. Goodin | Partner | $458.00 | 0.10 | $45.80 |
|  |  |  | **0.10** | **$45.80** |
| **Pleadings** |  |  |  |  |
| J. M. Goodin | Partner | $458.00 | 0.10 | $45.80 |
| T.J. Cunningham | Partner | $585.00 | 0.70 | $409.50 |
| R. J. McClendon | Senior Counsel | $528.00 | 2.00 | $1,056.00 |

GMAC Mortgage, LLC
File No.: 1000304.00211

Invoice Date: March 25, 2013
Invoice No.: 994024
Page: 4

**Pleadings**

|  |  | 2.80 | **$1,511.30** |
|---|---|---|---|

**Court Mandated Conferences**

| R. J. McClendon | Senior Counsel | $528.00 | 1.10 | $580.80 |
|---|---|---|---|---|
|  |  |  | 1.10 | **$580.80** |

## TIMEKEEPER SUMMARY TOTALS

**$3,865.50**

| DATE | EXPENSES | VALUE |
|---|---|---|
| 02/05/13 | Litigation Support Vendors - Nationwide Legal LLC - 01/03/13 to USDC/Central District. | 25.00 |
| 02/26/13 | Litigation Support Vendors - Nationwide Legal LLC | 25.00 |
|  | TOTAL EXPENSES | $50.00 |

| TOTAL FEES | $3,865.50 |
|---|---|
| TOTAL EXPENSES | $50.00 |
| TOTAL FEES AND EXPENSES | $3,915.50 |
| **TOTAL BALANCE DUE** | **$3,915.50** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Gia Albright
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

March 25, 2013
Invoice No.: 994008

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 15, 2013                                    $124.80

File Number:       1000304.00212
Re:                Vasquez, David v. GMAC Mortgage, LLC, 725258

Your File Number:  725258

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Written Discovery** | | | | |
| 02/01/13 | Draft GMACM's first written discovery requests to Plaintiff. | JLK | 0.40 | 124.80 |
| | | | 0.40 | $124.80 |

**TOTAL FEES**                                                                     $124.80

**TIMEKEEPER SUMMARY:**

**Written Discovery**

| | | | | |
|---|---|---|---|---|
| J. L. Kinney | Associate | $312.00 | 0.40 | $124.80 |
| | | | 0.40 | $124.80 |

**TIMEKEEPER SUMMARY TOTALS**                                                      $124.80

TOTAL FEES                                                                         $124.80

**TOTAL BALANCE DUE**                                                              $124.80

PLEASE REMIT PAYMENT TO:

---

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

March 25, 2013
Invoice No.: 994025

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                                    $534.20

File Number:      1000304.00217
Re:               Charles Schwab v. Residential, 701759

Your File Number:  701759

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/02/13 | Emails between and among joint defense counsel re status of discovery. | TJC | 0.10 | 58.50 |
| 02/06/13 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.20 | 117.00 |
| 02/07/13 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 02/11/13 | Monitor and review relevant joint defense emails. | JMG | 0.20 | 91.60 |
| | | | **0.60** | **$325.60** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/06/13 | Monitor and review relevant joint defense emails. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

| | Document Production | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/14/13 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |

GMAC Mortgage, LLC
File No.: 1000304.00217

Invoice Date: March 25, 2013
Invoice No.: 994025
Page: 2

| | Document Production | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 02/26/13 | E-mails between and among joint defense counsel re ██████ ██████ | | TJC | 0.10 | 58.50 |
| | | | | **0.20** | **$117.00** |

**TOTAL FEES**                                              **$534.20**

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | | Partner | $458.00 | 0.20 | $91.60 |
| T.J. Cunningham | | Partner | $585.00 | 0.40 | $234.00 |
| | | | | **0.60** | **$325.60** |

### Other

| | | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | | Partner | $458.00 | 0.20 | $91.60 |
| | | | | **0.20** | **$91.60** |

### Document Production

| | | | | | |
|---|---|---|---|---|---|
| T.J. Cunningham | | Partner | $585.00 | 0.20 | $117.00 |
| | | | | **0.20** | **$117.00** |

**TIMEKEEPER SUMMARY TOTALS**                              **$534.20**

TOTAL FEES                                                  $534.20

**TOTAL BALANCE DUE**                                       **$534.20**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

March 25, 2013
Invoice No.: 994026

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                    <u>$378.00</u>

| File Number: | 1000304.00224 |
| Re: | Bates, Barrett (New Jersey) v. GMAC Mortgage, 725793 |

Your File Number:  725793

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/06/13 | Review correspondence from plaintiff's counsel to court re continuation of motion in order to complete dismissal. | JNF | 0.10 | 54.00 |
| 02/26/13 | Analyze proposed court order withdrawing motion to dismiss in contemplation of dismissal by plaintiff. | JNF | 0.10 | 54.00 |
| 02/26/13 | Review emails from joint defense group re ███████ ████████████████ | JNF | 0.20 | 108.00 |
| 02/27/13 | Prepare email to joint defense counsel re ███████ ███████████████ | JNF | 0.10 | 54.00 |
| 02/27/13 | Analyze revised proposed order staying matter pending dismissal by plaintiff. | JNF | 0.10 | 54.00 |
| 02/27/13 | Review emails from joint defense counsel re █████ ██████████████ | JNF | 0.10 | 54.00 |
| | | | 0.70 | $378.00 |

**TOTAL FEES**                                                      $378.00

<u>**TIMEKEEPER SUMMARY:**</u>

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

12-12020-mg    Doc 4507-4    Filed 08/05/13    Entered 08/05/13 16:10:17    Exhibit B-3
Pg 27 of 87

GMAC Mortgage, LLC
File No.: 1000304.00224

Invoice Date: March 25, 2013
Invoice No.: 994026
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J.N Froehlich | Partner | $540.00 | 0.70 | $378.00 |
| | | | **0.70** | **$378.00** |

**TIMEKEEPER SUMMARY TOTALS**          **$378.00**

TOTAL FEES          $378.00

**TOTAL BALANCE DUE**          **$378.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Jance Hoy
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

March 25, 2013
Invoice No.: 994009

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 15, 2013                          $620.10

File Number:        1000304.00229
Re:                 Scott, Robert and Susan v. GMAC Mortgage, 726948

Your File Number:  726948

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/04/13 | Emails re status of obtaining foreclosure file. | TJC | 0.20 | 117.00 |
| 02/05/13 | E-mails re whether claims allowed to proceed have any merit. | TJC | 0.20 | 117.00 |
| 02/06/13 | E-mails re foreclosure file. | TJC | 0.10 | 58.50 |
| 02/07/13 | Conference with opposing counsel regarding notices of default and acceleration, and whether client intends to foreclose given stay of case. | JEC | 0.30 | 93.60 |
| 02/11/13 | E-mails re instruction to keep foreclosure on hold until after sale to Ocwen closes. | TJC | 0.20 | 117.00 |
| 02/13/13 | E-mail re timeline for completion of foreclosure under Texas law. | TJC | 0.10 | 58.50 |
| 02/14/13 | E-mail re foreclosure history. | TJC | 0.10 | 58.50 |
| | | | **1.20** | **$620.10** |

**TOTAL FEES**                                                    **$620.10**

**TIMEKEEPER SUMMARY:**

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00229

Invoice Date: March 25, 2013
Invoice No.: 994009
Page: 2

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.90 | $526.50 |
| J. E. Collins | Associate | $312.00 | 0.30 | $93.60 |
| | | | **1.20** | **$620.10** |

**TIMEKEEPER SUMMARY TOTALS**          **$620.10**

TOTAL FEES        $620.10

**TOTAL BALANCE DUE**        **$620.10**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

March 25, 2013
Invoice No.: 994027

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                                      $564.80

File Number:        1000304.00236
Re:                 Jackson County, MO, Recording Fee Litigation, 727570

Your File Number:  727570

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/15/13 | Review appellate briefing schedule and draft e-mail to Lauren Delehey regarding status of appeal. | PRP | 0.20 | 96.80 |
| 02/19/13 | Review of ECF notice re briefing schedule in 8th Circuit appeal. | TJC | 0.10 | 58.50 |
| 02/23/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 02/27/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **0.50** | **$272.30** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/13/13 | Review of notice of appeal received today. | TJC | 0.10 | 58.50 |
| 02/20/13 | E-mails re whether to file appearance in 8th Circuit and monitoring appeal. | TJC | 0.20 | 117.00 |
| 02/25/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 02/28/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **0.50** | **$292.50** |

**TOTAL FEES**                                                                       $564.80

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00236

Invoice Date: March 25, 2013
Invoice No.:  994027
Page: 2

### TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.20 | $96.80 |
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.50** | **$272.30** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | **0.50** | **$292.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                          **$564.80**

TOTAL FEES                                                                                       $564.80

**TOTAL BALANCE DUE**                                                                       **$564.80**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord**
LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jennifer Best
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

March 25, 2013
Invoice No.: 994028

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                          $448.50

File Number:       1000304.00248
Re:                Walker, Reuben and Karen v. GMAC Mortgage, #728755

Your File Number:  728755

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/18/13 | Conference with Chethan Shetty re status of this case. | TJC | 0.20 | 117.00 |
| 02/18/13 | Review status of litigation and draft status update e-mail to GMACM | CGS | 1.30 | 331.50 |
| | | | 1.50 | $448.50 |

**TOTAL FEES**                                                           $448.50

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| C. G. Shetty | Associate | $255.00 | 1.30 | $331.50 |
| | | | 1.50 | $448.50 |

**TIMEKEEPER SUMMARY TOTALS**                                            $448.50

**TOTAL FEES**                                                           $448.50

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00248

Invoice Date: March 25, 2013
Invoice No.:  994028
Page:  2

**TOTAL BALANCE DUE**                                                                 **$448.50**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>                                          <u>Via Courier:</u>
Locke Lord LLP                                         JPMorgan Chase
24259 Network Place                                    525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                                 Chicago, IL   60661
                                                       Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.

# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Laren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

March 25, 2013
Invoice No.: 994029

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                    $110.40

File Number:       1000304.00249
Re:                St. Clair County, IL Recording Fee Litigation

Your File Number: 729804

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/15/13 | Analyze pleadings for purposes of providing status to R. Perdew. | SEM | 0.40 | 110.40 |
| | | | 0.40 | $110.40 |

**TOTAL FEES**                                                      **$110.40**

**TIMEKEEPER SUMMARY:**

| Pleadings | | | | |
|---|---|---|---|---|
| S. E. Maye | Associate | $276.00 | 0.40 | $110.40 |
| | | | 0.40 | $110.40 |

**TIMEKEEPER SUMMARY TOTALS**                                       **$110.40**

TOTAL FEES                                                          $110.40

**TOTAL BALANCE DUE**                                               **$110.40**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

March 25, 2013
Invoice No.: 994010

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 15, 2013                                          $110.42

File Number:        1000304.00252
Re:                 Regan, Kim v. GMAC Mortgage, 729617

Your File Number:  729617

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/01/13 | Send status update to GMACM regarding motion for clarification. | CGS | 0.10 | 25.50 |
| 02/11/13 | Draft transmittal letter to judge and compile courtesy copy binder for GMACM's motion for clarification. | CGS | 0.20 | 51.00 |
| | | | 0.30 | $76.50 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/02/13 | Update status chart. | TBT | 0.10 | 23.80 |
| | | | 0.10 | $23.80 |

**TOTAL FEES**                                                                  **$100.30**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 0.30 | $76.50 |
| | | | 0.30 | $76.50 |

---

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00252

Invoice Date: March 25, 2013
Invoice No.:  994010
Page: 2

**Other**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | **0.10** | **$23.80** |

**TIMEKEEPER SUMMARY TOTALS**                                      **$100.30**

| **EXPENSES** | **VALUE** |
|---|---|
| FedEx Shipments | 10.12 |
| **TOTAL EXPENSES** | **$10.12** |

TOTAL FEES                                                        $100.30

TOTAL EXPENSES                                                     $10.12

TOTAL FEES AND EXPENSES                                           $110.42

**TOTAL BALANCE DUE**                                            **$110.42**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

March 25, 2013
Invoice No.: 994030

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                                                    $58.50

File Number:        1000304.00253
Re:                 Garcia, Minerva v. GMAC Mortgage, 729939

Your File Number:  729939

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/23/13 | Review of order granting Plaintiffs' counsel's motion for leave to withdraw. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

**TOTAL FEES**                                                                                          **$58.50**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                                           **$58.50**

TOTAL FEES                                                                                               $58.50

**TOTAL BALANCE DUE**                                                                                    **$58.50**

---

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC



# Locke Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

March 25, 2013
Invoice No.: 994031

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                    $433.30

File Number:        1000304.00256
Re:                 1323 S. Millard, Chicago, IL (Denise Williamson), 729854

Your File Number: 729854

| | | **Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 02/14/13 | | E-mail re draft reply to Defendant's affirmative defense and draft motion for summary judgment, conference with David Standa re reply to Defendant's affirmative defenses, and e-mails re transfer of case from personnel in Fort Washington to personnel in Minneapolis and status of obtaining verification for reply. | TJC | 0.30 | 175.50 |
| 02/26/13 | | E-mail re appearance by Williamson's counsel and David Standa's conversation with him about his plan. | TJC | 0.10 | 58.50 |
| | | | | **0.40** | **$234.00** |
| | | **Other** | ATTY | HOURS | VALUE |
| 02/02/13 | | Update chart of housing court matters. | TBT | 0.10 | 23.80 |
| 02/25/13 | | E-mail from David Standa re call from Plaintiffs' new counsel. | TJC | 0.10 | 58.50 |
| | | | | **0.20** | **$82.30** |
| | | **Pleadings** | ATTY | HOURS | VALUE |
| 02/20/13 | | E-mails re motion for summary judgment and review of same. | TJC | 0.20 | 117.00 |
| | | | | **0.20** | **$117.00** |

**TOTAL FEES**                                                        **$433.30**

GMAC Mortgage, LLC
File No.: 1000304.00256

Invoice Date: March 25, 2013
Invoice No.: 994031
Page: 2

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | **0.40** | **$234.00** |

**Other**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | **0.20** | **$82.30** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

| | |
|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **$433.30** |
| TOTAL FEES | $433.30 |
| **TOTAL BALANCE DUE** | **$433.30** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

March 25, 2013
Invoice No.: 994032

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                    $3,716.70

File Number:        1000304.00257
Re:                 1747 North Linder, Chicago, IL (Hunt), #730463

Your File Number:  730463

| | **Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/01/13 | Emails re water certification and status of donation of property. | TJC | 0.20 | 117.00 |
| 02/07/13 | E-mails re outstanding property taxes due. | TJC | 0.20 | 117.00 |
| 02/08/13 | E-mails from and to Jance Hoy re ██████████ ████████████████████ | TJC | 0.40 | 234.00 |
| 02/11/13 | E-mails re status re payment of real estate taxes. | TJC | 0.10 | 58.50 |
| 02/14/13 | E-mails re transfer of responsibility for this matter from Fort Washington personnel to Minneapolis personnel and e-mails re current status and problems with getting this property conveyed. | TJC | 0.20 | 117.00 |
| 02/28/13 | E-mails re status of payment of delinquent taxes for property and e-mail to Kathy Priore re ████████ ██████ | TJC | 0.20 | 117.00 |
| | | | **1.30** | **$760.50** |

| | **Other** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/01/13 | E-mails with J. Garner regarding water certification and status of tax issues. | JCW | 0.20 | 59.00 |
| 02/06/13 | Receive payoff letter from Cook County Clerk's Office for delinquent taxes; prepare summary of Cook County Clerk's delinquent tax payoff records; e-mail to litigation team regarding same. | TBT | 1.00 | 238.00 |

GMAC Mortgage, LLC
File No.: 1000304.00257

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/07/13 | E-mail to GMAC Mortgage enclosing documents received from the Cook County Clerk and plan for paying back taxes. | JCW | 0.20 | 59.00 |
| 02/07/13 | Review calculation of total amount owed in back taxes. | JCW | 0.30 | 88.50 |
| 02/08/13 | E-mails with litigation team regarding payment arrangements for back taxes. | JCW | 0.40 | 118.00 |
| 02/11/13 | E-mails with litigation team regarding precise payee and memo information for check to pay off back taxes. | JCW | 0.50 | 147.50 |
| 02/11/13 | E-mails with litigation team regarding payoff of delinquent property taxes. | TBT | 0.10 | 23.80 |
| 02/12/13 | Conference with Tiffany Till regarding delivery of check for back taxes to Cook County Clerk and necessity of receipt for same. | JCW | 0.20 | 59.00 |
| 02/12/13 | E-mail to GMAC Mortgage regarding status of payment of back taxes. | JCW | 0.10 | 29.50 |
| 02/12/13 | Review check for back taxes to ensure all numbers/information is accurate. | JCW | 0.10 | 29.50 |
| 02/12/13 | Prepare cover letter to Cook County Clerk to accompany check for back taxes. | JCW | 0.20 | 59.00 |
| 02/13/13 | Continue to work with County Clerk's office regarding payment of taxes. | JCW | 0.30 | 88.50 |
| 02/13/13 | Coordinate payoff of delinquent property taxes. | TBT | 0.10 | 23.80 |
| 02/14/13 | Conference with litigation team regarding latest hurdles to paying back taxes. | JCW | 0.30 | 88.50 |
| 02/14/13 | E-mail to GMAC Mortgage regarding City's refusal to take back taxes in one lump sum. | JCW | 0.10 | 29.50 |
| 02/15/13 | Telephone conference with Supervisor at Cook County Clerk's Office to confirm procedures associated with payoff of delinquent taxes; coordinate issuance of separate checks for each tax year. | TBT | 1.00 | 238.00 |
| 02/19/13 | Revise letters to Cook County Collector to accompany payment of back taxes. | JCW | 0.30 | 88.50 |
| 02/19/13 | Draft four letters to the Cook County Collector's Office enclosing payments for the payoff of the 2005-2010 delinquent taxes; telephone conference with the supervisor at the Cook County Clerk's Office to confirm procedures for payoff of the 2011 and 2012 taxes. | TBT | 1.50 | 357.00 |
| 02/20/13 | Coordinate issuance of certified funds required for the payoff of the 2008-2010 delinquent taxes; upload proof of payment of the 2005-2007 delinquent taxes; research requirements for payoff of 2011 and 2012 taxes; e-mail to litigation team regarding same. | TBT | 0.90 | 214.20 |
| 02/20/13 | E-mails with GMAC Mortgage regarding status of attempts to pay off back taxes. | JCW | 0.20 | 59.00 |
| 02/20/13 | E-mail to opposing counsel regarding status of payment of delinquent taxes. | JCW | 0.10 | 29.50 |
| 02/20/13 | Coordinate latest efforts to pay off delinquent taxes. | JCW | 0.40 | 118.00 |
| 02/20/13 | E-mails re status of getting property taxes paid (.1); Conference with Julie Webb re issues with more recent unpaid property taxes (.1). | TJC | 0.20 | 117.00 |

GMAC Mortgage, LLC
File No.: 1000304.00257

Invoice Date: March 25, 2013
Invoice No.: 994032
Page: 3

**Other**

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/24/13 | Draft letter to the Cook County Collector's Office enclosing payments for the payoff of the 2008-2010 delinquent taxes; e-mail to litigation team regarding same and details regarding the payoff of the 2011 and 2012 delinquent taxes. | TBT | 0.30 | 71.40 |
| 02/25/13 | Coordinate payoff of the 2008-2010 delinquent taxes. | TBT | 0.20 | 47.60 |
| 02/25/13 | Coordinate payment of 2008-2010 taxes. | JCW | 0.20 | 59.00 |
| 02/25/13 | Revise letter to Cook County Collector regarding payment of 2008-2010 taxes. | JCW | 0.20 | 59.00 |
| 02/27/13 | Upload and circulate proof of payment of the 2008-2010 delinquent taxes to litigation team. | TBT | 0.30 | 71.40 |
| 02/28/13 | E-mail to GMAC Mortgage enclosing receipt for payment of 2008-2010 taxes. | JCW | 0.20 | 59.00 |
| 02/28/13 | E-mails with K. Priore and L. Gregurson ██████████ | JCW | 0.30 | 88.50 |
| | | | **10.40** | **$2,818.20** |

**TOTAL FEES**     **$3,578.70**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| Name | Title | Rate | Hours | Value |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.30 | $760.50 |
| | | | **1.30** | **$760.50** |

**Other**

| Name | Title | Rate | Hours | Value |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| J.C. Webb | Associate | $295.00 | 4.80 | $1,416.00 |
| T. B. Till | Paralegal | $238.00 | 5.40 | $1,285.20 |
| | | | **10.40** | **$2,818.20** |

**TIMEKEEPER SUMMARY TOTALS**     **$3,578.70**

| EXPENSES | VALUE |
|---|---|
| Obtain updated Chicago Water Certification | 125.00 |
| Cook County Collector for 2008-2010 Delinquent Taxes for PIN 13-33-313-005-0000 | 13.00 |
| **TOTAL EXPENSES** | **$138.00** |

GMAC Mortgage, LLC
File No.:  1000304.00257

Invoice Date: March 25, 2013
Invoice No.:  994032
Page:  4

| | |
|---|---|
| TOTAL FEES | $3,578.70 |
| TOTAL EXPENSES | $138.00 |
| TOTAL FEES AND EXPENSES | $3,716.70 |
| **TOTAL BALANCE DUE** | **$3,716.70** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jance Hoy
GMAC Mortgage, LLC
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

March 25, 2013
Invoice No.: 994036

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                    $2,096.40

File Number:      1000304.00260
Re:               4935 W Hubbard, Chicago, IL (Clara Williamson), 730893

Your File Number:  730893

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/04/13 | Revise affidavit in support of motion for summary judgment. | DFS | 0.20 | 52.80 |
| 02/06/13 | Revise affidavit in support of motion for summary judgment. | DFS | 0.30 | 79.20 |
| 02/12/13 | Draft motion for summary judgment. | DFS | 2.20 | 580.80 |
| 02/13/13 | Review and revise motion for summary judgment. | DFS | 1.00 | 264.00 |
| 02/14/13 | Review and revise answer to affirmative defense. | DFS | 0.60 | 158.40 |
| 02/19/13 | Review, revise and finalize motion for summary judgment. | DFS | 0.50 | 132.00 |
| 02/25/13 | Phone call with opposing counsel regarding agreed briefing schedule on motion for summary judgment. | DFS | 0.20 | 52.80 |
| 02/26/13 | Attend presentment hearing for motion for summary judgment. | DFS | 1.60 | 422.40 |
| | | | **6.60** | **$1,742.40** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/14/13 | Conference with D. Standa regarding issues with verification of Answer to Affirmative Defenses. | JCW | 0.20 | 59.00 |
| | | | **0.20** | **$59.00** |

GMAC Mortgage, LLC
File No.:  1000304.00260

Invoice Date: March 25, 2013
Invoice No.:  994036
Page: 2

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/13/13 | E-mails with D. Standa regarding revisions to Answer to Affirmative Defenses. | JCW | 0.30 | 88.50 |
| 02/13/13 | Revise Motion for Summary Judgment. | JCW | 0.50 | 147.50 |
| | | | **0.80** | **$236.00** |

**TOTAL FEES**                                                                    **$2,037.40**

**TIMEKEEPER SUMMARY:**

        **Analysis/Strategy**

| D. F. Standa | Associate | $264.00 | 6.60 | $1,742.40 |
|---|---|---|---|---|
| | | | **6.60** | **$1,742.40** |

        **Other**

| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
|---|---|---|---|---|
| | | | **0.20** | **$59.00** |

        **Pleadings**

| J.C. Webb | Associate | $295.00 | 0.80 | $236.00 |
|---|---|---|---|---|
| | | | **0.80** | **$236.00** |

**TIMEKEEPER SUMMARY TOTALS**                                      **$2,037.40**

| **EXPENSES** | **VALUE** |
|---|---|
| Service of declaratory judgment complaint on Clara Williamson. | 59.00 |
| **TOTAL EXPENSES** | **$59.00** |

| TOTAL FEES | $2,037.40 |
|---|---|
| TOTAL EXPENSES | $59.00 |
| TOTAL FEES AND EXPENSES | $2,096.40 |
| **TOTAL BALANCE DUE** | **$2,096.40** |

PLEASE REMIT PAYMENT TO:



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Janice Hoy
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

March 25, 2013
Invoice No.: 994037

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                                  $59.00

File Number:        1000304.00264
Re:                 5936-48 S MLK Drive (Sergenton, 5948-3), 731585

Your File Number:  731585

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/06/13 | Review order granting Motion to Substitute Counsel. | JCW | 0.20 | 59.00 |
| | | | 0.20 | $59.00 |

**TOTAL FEES**                                                                   **$59.00**

**TIMEKEEPER SUMMARY:**

| | Other | | | | |
|---|---|---|---|---|---|
| | J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | | 0.20 | $59.00 |

**TIMEKEEPER SUMMARY TOTALS**                                                    **$59.00**

TOTAL FEES                                                                        $59.00

**TOTAL BALANCE DUE**                                                            **$59.00**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord
**LLP**
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

March 25, 2013
Invoice No.: 994038

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                     $264.00

File Number:     1000304.00265
Re:              12544 S Wallace, Chicago, IL, 731757

Your File Number:  731757

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/04/13 | Attend status hearing to obtain dismissal of Homecomings Financial, LLC. | DFS | 1.00 | 264.00 |
| | | | 1.00 | $264.00 |

**TOTAL FEES**                                                     **$264.00**

**TIMEKEEPER SUMMARY:**

| Analysis/Strategy | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 1.00 | $264.00 |
| | | | 1.00 | $264.00 |

**TIMEKEEPER SUMMARY TOTALS**                                      **$264.00**

TOTAL FEES                                                         $264.00

**TOTAL BALANCE DUE**                                             **$264.00**

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

March 25, 2013
Invoice No.: 994039

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                    **$8,800.80**

File Number:      1000304.00267
Re:               GMAC Mortgage v. Koenig & Strey, #722926

Your File Number:  722926

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/05/13 | Review case status in advance of case management conference. | PRP | 0.20 | 96.80 |
| 02/07/13 | Continue review of document production to outline motion for summary judgment. | PRP | 0.90 | 435.60 |
| 02/14/13 | Continue review of document production. | PRP | 0.70 | 338.80 |
| 02/15/13 | Exchange e-mails with Lauren Delehey regarding ███████ | PRP | 1.30 | 629.20 |
| 02/15/13 | Draft settlement demand to Koenig & Strey counsel. | PRP | 0.90 | 435.60 |
| 02/18/13 | Finalize settlement demand letter to Koenig & Strey counsel. | PRP | 0.20 | 96.80 |
| | | | 4.20 | $2,032.80 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/08/13 | Continue review of document production to outline motion for summary judgment. | PRP | 1.00 | 484.00 |
| 02/12/13 | Continue reviewing document production to outline motion for summary judgment. | PRP | 0.90 | 435.60 |
| | | | 1.90 | $919.60 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00267

Invoice Date: March 25, 2013
Invoice No.: 994039
Page: 2

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Court Mandated Conferences** | | | | |
| 02/06/13 | Attend and participate in status hearing and update client regarding outcome of said hearing. | RMH | 0.70 | 206.50 |
| | | | **0.70** | **$206.50** |
| | | | | |
| **Dispositive Motions** | | ATTY | HOURS | VALUE |
| 02/15/13 | Confer with Rusty Perdew regarding plan for moving for finishing document production, deposing Koenig & Strey witness, and moving for summary judgment as well as need to file an amended complaint. | RMH | 0.40 | 118.00 |
| | | | **0.40** | **$118.00** |
| | | | | |
| **Document Production** | | ATTY | HOURS | VALUE |
| 02/01/13 | Confer with Shirela Patterson regarding process of uploading second set of GMACM documents into our system for review and production. | RMH | 0.10 | 29.50 |
| 02/05/13 | Confer with Shirela Patterson and Rusty Perdew regarding status of loading GMACM documents into our system for review and production. | RMH | 0.20 | 59.00 |
| 02/07/13 | Continue discussions with Shirela Patterson and Rusty Perdew regarding uploading second set of GMACM documents for review and production. | RMH | 0.20 | 59.00 |
| 02/08/13 | Begin review and analysis of second set of GMACM internal documents in preparation for second document production. | RMH | 3.60 | 1,062.00 |
| 02/11/13 | Review and analyze second set of GMACM internal documents in preparation for second document production. | RMH | 4.10 | 1,209.50 |
| 02/12/13 | Review and analyze second set of GMACM internal documents in preparation for second document production. | RMH | 1.30 | 383.50 |
| 02/14/13 | Research location and content of attachments to emails produced in first document production to Koenig & Strey per request of Rusty Perdew. | RMH | 0.60 | 177.00 |
| 02/15/13 | Complete review of document production. | PRP | 1.60 | 774.40 |
| 02/19/13 | Continue review and analysis of second set of GMAC documents in preparation for production. | RMH | 0.70 | 206.50 |
| 02/22/13 | Continue review and analysis of second set of GMAC documents in preparation for production. | RMH | 2.10 | 619.50 |
| 02/23/13 | Continue review and analysis of second set of GMACM documents in advance of supplemental document production. | RMH | 3.20 | 944.00 |
| | | | **17.70** | **$5,523.90** |

**TOTAL FEES**                                                                      **$8,800.80**

**TIMEKEEPER SUMMARY:**

GMAC Mortgage, LLC
File No.:  1000304.00267

Invoice Date: March 25, 2013
Invoice No.:  994039
Page: 3

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 4.20 | $2,032.80 |
| | | | **4.20** | **$2,032.80** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 1.90 | $919.60 |
| | | | **1.90** | **$919.60** |

### Court Mandated Conferences

| | | | | |
|---|---|---|---|---|
| R.M. Holz | Associate | $295.00 | 0.70 | $206.50 |
| | | | **0.70** | **$206.50** |

### Dispositive Motions

| | | | | |
|---|---|---|---|---|
| R.M. Holz | Associate | $295.00 | 0.40 | $118.00 |
| | | | **0.40** | **$118.00** |

### Document Production

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 1.60 | $774.40 |
| R.M. Holz | Associate | $295.00 | 16.10 | $4,749.50 |
| | | | **17.70** | **$5,523.90** |

**TIMEKEEPER SUMMARY TOTALS**                                      **$8,800.80**

TOTAL FEES                                                          $8,800.80

**TOTAL BALANCE DUE**                                             **$8,800.80**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

March 25, 2013
Invoice No.: 994040

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                    $717.60

File Number:        1000304.00270
Re:                 346 W. 60th, Chicago, IL (Knazze), #733068

Your File Number:  733068

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/04/13 | Telephone call with T. Cunningham re: filed notice and motion to withdraw. | SEM | 0.30 | 82.80 |
| 02/05/13 | Telephone call with new counsel re: status. | SEM | 0.40 | 110.40 |
| | | | 0.70 | $193.20 |

| | Court Mandated Conferences | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/05/13 | Attention to hearing re: motion to withdraw. | SEM | 1.90 | 524.40 |
| | | | 1.90 | $524.40 |

**TOTAL FEES**                                                      $717.60

**TIMEKEEPER SUMMARY:**

**Pleadings**

| | | | | |
|---|---|---|---|---|
| S. E. Maye | Associate | $276.00 | 0.70 | $193.20 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00270

Invoice Date: March 25, 2013
Invoice No.:  994040
Page:  2

**Pleadings**

|  |  |  | 0.70 | $193.20 |

**Court Mandated Conferences**

| S. E. Maye | Associate | $276.00 | 1.90 | $524.40 |
|  |  |  | **1.90** | **$524.40** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$717.60**

TOTAL FEES                                                              $717.60

**TOTAL BALANCE DUE**                                              **$717.60**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                          **Via Courier:**
Locke Lord LLP                        JPMorgan Chase
24259 Network Place                  525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242               Chicago, IL  60661
                                     Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

March 25, 2013
Invoice No.: 994041

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                                    $82.30

File Number:    1000304.00272
Re:             1410 W 71st Street (McGee), #732985

Your File Number:  732985

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/20/13 | E-mails re completion and closure of matter. | TJC | 0.10 | 58.50 |
| 02/23/13 | Update chart of housing court matters. | TBT | 0.10 | 23.80 |
| | | | 0.20 | $82.30 |

**TOTAL FEES**                                                                      **$82.30**

**TIMEKEEPER SUMMARY:**

Other

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | 0.20 | $82.30 |

**TIMEKEEPER SUMMARY TOTALS**                                                       **$82.30**

TOTAL FEES                                                                           $82.30

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00272

Invoice Date: March 25, 2013
Invoice No.:  994041
Page:  2

**TOTAL BALANCE DUE**                                              **$82.30**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                          **Via Courier:**
Locke Lord LLP                            JPMorgan Chase
24259 Network Place                       525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                    Chicago, IL  60661
                                          Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.


# Locke
# Lord
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

March 25, 2013
Invoice No.: 994011

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 15, 2013                               $147.00

File Number:        1000304.00275
Re:                 4812 Homerlee Ave, East Chicago, IN (Guess), #732922

Your File Number:  732922

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/13/13 | E-mails re current status. | TJC | 0.10 | 58.50 |
| | | | 0.10 | $58.50 |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/12/13 | E-mails with Rusty Perdew regarding status of case. | JCW | 0.20 | 59.00 |
| 02/12/13 | E-mail to GMAC Mortgage regarding status of case. | JCW | 0.10 | 29.50 |
| | | | 0.30 | $88.50 |

**TOTAL FEES**                                                                $147.00

**TIMEKEEPER SUMMARY:**

| Analysis/Strategy | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | 0.10 | $58.50 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00275

Invoice Date: March 25, 2013
Invoice No.:  994011
Page: 2

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| | | | **0.30** | **$88.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                     **$147.00**

TOTAL FEES                                             $147.00

**TOTAL BALANCE DUE**                                              **$147.00**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail:**</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>**Via Courier:**</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

March 25, 2013
Invoice No.: 994042

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                    $717.35

File Number:       1000304.00276
Re:                1330 State Street, Alton, IL (Berry), #732622

Your File Number:  732622

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/01/13 | E-mails with litigation team regarding withdrawal/substitution of counsel. | JCW | 0.20 | 59.00 |
| 02/06/13 | Update chart of housing court matters. | TBT | 0.10 | 23.80 |
| 02/08/13 | Review Notice of Motion to Substitute Attorneys received from Codilis. | JCW | 0.10 | 29.50 |
| 02/09/13 | Update chart of housing court matters. | TBT | 0.10 | 23.80 |
| 02/12/13 | Update chart of housing court matters. | TBT | 0.10 | 23.80 |
| 02/23/13 | Update chart of housing court matters. | TBT | 0.10 | 23.80 |
| | | | 0.70 | $183.70 |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/05/13 | Review of Plaintiffs notice of hearing. | TJC | 0.10 | 58.50 |
| 02/05/13 | Draft and execute motion to substitute. | SEM | 0.50 | 138.00 |
| 02/05/13 | Telephone call with foreclosure counsel. | SEM | 0.30 | 82.80 |
| 02/07/13 | Follow up on filing of motion to substitute. | SEM | 0.30 | 82.80 |
| 02/07/13 | Telephone call with foreclosure counsel. | SEM | 0.30 | 82.80 |
| | | | 1.50 | $444.90 |

GMAC Mortgage, LLC
File No.:  1000304.00276

Invoice Date: March 25, 2013
Invoice No.:  994042
Page: 2

| | Court Mandated Conferences | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/08/13 | Telephone call with foreclosure counsel re: hearing date in Alton. | SEM | 0.30 | 82.80 |
| | | | **0.30** | **$82.80** |

**TOTAL FEES**                                                                     **$711.40**

### TIMEKEEPER SUMMARY:

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| T. B. Till | Paralegal | $238.00 | 0.40 | $95.20 |
| | | | **0.70** | **$183.70** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| S. E. Maye | Associate | $276.00 | 1.40 | $386.40 |
| | | | **1.50** | **$444.90** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| S. E. Maye | Associate | $276.00 | 0.30 | $82.80 |
| | | | **0.30** | **$82.80** |

**TIMEKEEPER SUMMARY TOTALS**                                                      **$711.40**

| **EXPENSES** | **VALUE** |
|---|---|
| Acquire copies of recorded property records pertaining to Darrell Berry | 5.95 |
| **TOTAL EXPENSES** | **$5.95** |

TOTAL FEES                                                                         $711.40

TOTAL EXPENSES                                                                      $5.95

TOTAL FEES AND EXPENSES                                                            $717.35

**TOTAL BALANCE DUE**                                                              **$717.35**



# Locke
# Lord
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

March 25, 2013
Invoice No.: 994043

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                                    <u>$223.10</u>

| | |
|---|---|
| File Number: | 1000304.00281 |
| Re: | 1111 S Independence (Baker), #733609 |

Your File Number:  733609

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/01/13 | Execute acknowledgment of substitution of attorney. | DFS | 0.20 | 52.80 |
| | | | **0.20** | **$52.80** |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/08/13 | Review Re-Notice of Motion to Substitute Attorneys received from Codilis. | JCW | 0.10 | 29.50 |
| 02/09/13 | Update chart of housing court matters. | TBT | 0.10 | 23.80 |
| | | | **0.20** | **$53.30** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/27/13 | Review of order granting leave to withdraw and substitute and follow up emails re same. | TJC | 0.20 | 117.00 |
| | | | **0.20** | **$117.00** |

**TOTAL FEES**                                                              **$223.10**

<u>**TIMEKEEPER SUMMARY:**</u>

---

GMAC Mortgage, LLC
File No.:  1000304.00281

Invoice Date: March 25, 2013
Invoice No.: 994043
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 0.20 | $52.80 |
| | | | **0.20** | **$52.80** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.10 | $29.50 |
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | **0.20** | **$53.30** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

| | |
|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **$223.10** |
| TOTAL FEES | $223.10 |
| **TOTAL BALANCE DUE** | **$223.10** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

March 25, 2013
Invoice No.: 994012

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 15, 2013                    $252.00

File Number:        1000304.00282
Re:                 3719 W Grenshaw (Sanders, May), #733604

Your File Number:  733604

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/13/13 | E-mails re status. | TJC | 0.10 | 58.50 |
| 02/13/13 | Respond to GMACM email regarding release of lien. | CGS | 0.10 | 25.50 |
| 02/14/13 | E-mails re status of lien release. | TJC | 0.20 | 117.00 |
| 02/15/13 | Review and analyze release of mortgage. | CGS | 0.20 | 51.00 |
| | | | **0.60** | **$252.00** |

**TOTAL FEES**                                                      **$252.00**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| C. G. Shetty | Associate | $255.00 | 0.30 | $76.50 |
| | | | **0.60** | **$252.00** |

**TIMEKEEPER SUMMARY TOTALS**                                       **$252.00**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00282

Invoice Date: March 25, 2013
Invoice No.:  994012
Page:  2

| | |
|---|---|
| TOTAL FEES | $252.00 |
| **TOTAL BALANCE DUE** | **$252.00** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Don Booth
Paralegal- Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

March 25, 2013
Invoice No.: 994044

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                          <u>$491.40</u>

| File Number: | 1000304.00283 |
| --- | --- |
| Re: | Lugo, Sandra v. GMAC Mortgage, LLC, #734282 |

Your File Number:  734282

| | Analysis/Strategy | ATTY | HOURS | VALUE |
| --- | --- | --- | --- | --- |
| 02/01/13 | Follow up with co-defendants' counsel regarding payoff. | JLK | 0.20 | 62.40 |
| 02/05/13 | E-mails re status of obtaining payoff statement. | TJC | 0.10 | 58.50 |
| 02/11/13 | E-mail from Don Booth re ▆▆▆▆▆ | TJC | 0.10 | 58.50 |
| 02/11/13 | Review payoff statement for March 2011. | JLK | 0.20 | 62.40 |
| 02/11/13 | Confer with counsel for Athene regarding payoff statement for March 2011. | JLK | 0.20 | 62.40 |
| 02/15/13 | Confer regarding payoff amounts. | JLK | 0.20 | 62.40 |
| | | | **1.00** | **$366.60** |

| | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
| --- | --- | --- | --- | --- |
| 02/05/13 | Confer with Mr. Booth regarding ▆▆▆▆▆ | JLK | 0.10 | 31.20 |
| 02/25/13 | Call with Mr. Sessions regarding settlement. | JLK | 0.30 | 93.60 |
| | | | **0.40** | **$124.80** |

**TOTAL FEES**                                                                     **$491.40**

### <u>TIMEKEEPER SUMMARY:</u>

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00283

Invoice Date: March 25, 2013
Invoice No.: 994044
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| J. L. Kinney | Associate | $312.00 | 0.80 | $249.60 |
| | | | **1.00** | **$366.60** |

**Settlement/Non-binding ADR**

| | | | | |
|---|---|---|---|---|
| J. L. Kinney | Associate | $312.00 | 0.40 | $124.80 |
| | | | **0.40** | **$124.80** |

| | |
|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **$491.40** |
| TOTAL FEES | $491.40 |
| **TOTAL BALANCE DUE** | **$491.40** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke**
**Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Donald Booth
Residential Capital, LLC
8400 Normandale Lake Blvd
Minneapolis, MN 55437

March 25, 2013
Invoice No.: 994048

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                    $91.60

File Number:        1000304.00286
Re:                 Craig, Jana v. GMAC Mortgage, LLC #734793

Your File Number:  734793

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/26/13 | Review and confirm status. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

**TOTAL FEES**                                                      **$91.60**

**TIMEKEEPER SUMMARY:**

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**TIMEKEEPER SUMMARY TOTALS**                                        **$91.60**

TOTAL FEES                                                           $91.60

**TOTAL BALANCE DUE**                                                **$91.60**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Lauren Delehey
Residential Capital, LLC
1100 Virginia Drive
Fort Washington, PA 19034

March 25, 2013
Invoice No.: 994050

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                           $466.20

File Number:        1000304.00287
Re:                 Anctil v. GMAC Mortgage, LLC #734876

Your File Number:  734876

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/20/13 | Monitor docket re amended complaint and motions to dismiss. | JNF | 0.10 | 54.00 |
| | | | **0.10** | **$54.00** |
| | **Other** | **ATTY** | **HOURS** | **VALUE** |
| 02/20/13 | Review minute order summarizing 2/20 pre-motion conference. | JMG | 0.20 | 91.60 |
| 02/26/13 | Review and confirm status. | JMG | 0.20 | 91.60 |
| | | | **0.40** | **$183.20** |
| | **Other Written Motions/Submissions** | **ATTY** | **HOURS** | **VALUE** |
| 02/19/13 | Monitor and review docket activity - amended complaint and various subsequent filings. | JMG | 0.50 | 229.00 |
| | | | **0.50** | **$229.00** |

**TOTAL FEES**                                                          **$466.20**

**TIMEKEEPER SUMMARY:**

GMAC Mortgage, LLC
File No.:  1000304.00287

Invoice Date: March 25, 2013
Invoice No.:  994050
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J.N Froehlich | Partner | $540.00 | 0.10 | $54.00 |
| | | | **0.10** | **$54.00** |

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
| | | | **0.40** | **$183.20** |

**Other Written Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| | | | **0.50** | **$229.00** |

**TIMEKEEPER SUMMARY TOTALS**                                  **$466.20**

TOTAL FEES                                                                  $466.20

**TOTAL BALANCE DUE**                                              **$466.20**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
Residential Capital, LLC
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

March 25, 2013
Invoice No.: 994051

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013

$2,974.30

| File Number: | 1000304.00289 |
| Re: | Aribal, Antoniette v. GMAC Mortgage LLC, 735347 |

Your File Number:  735347

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/14/13 | Review notes re status and follow up with plaintiff's counsel re same. | JMG | 0.30 | 137.40 |
| 02/15/13 | Emails to/from MoFo team re status and strategy. | JMG | 0.30 | 137.40 |
| | | | 0.60 | $274.80 |

| Settlement/Non-binding ADR | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/27/13 | Email circulating Rule 41 dismissal and confirming closure of file. | JMG | 0.20 | 91.60 |
| | | | 0.20 | $91.60 |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/07/13 | Review status of MFR and settlement discussions. | JMG | 0.20 | 91.60 |
| 02/13/13 | Emails from/to E. Richards (MoFo) re status and approaching deadline for response to MFR. | JMG | 0.20 | 91.60 |
| 02/15/13 | Review docket status. | JMG | 0.20 | 91.60 |
| 02/19/13 | Various e-mails from/to bankruptcy counsel and plaintiff's counsel re: status and teleconference w/ plaintiff's counsel re: same. | JMG | 0.40 | 183.20 |
| 02/20/13 | E-mails from/to N. Rosenbaum and T. Soule. | JMG | 0.20 | 91.60 |

GMAC Mortgage, LLC
File No.:  1000304.00289

Invoice Date: March 25, 2013
Invoice No.:  994051
Page: 2

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/25/13 | Various e-mails from/to plaintiff's counsel and ResCap bankruptcy counsel (MoFo) re: stipulated dismissal of claims against GMACM and withdrawal of MFR. | JMG | 0.30 | 137.40 |
| 02/26/13 | E-mails from/to plaintiffs' counsel and ResCap bankruptcy counsel (MoFo) re: stipulation of dismiss in district court proceeding and withdrawal of MFR in bankruptcy proceedings, and review/approval of same. | JMG | 0.40 | 183.20 |
| | | | 1.90 | $870.20 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/04/13 | Additional review of complaint and telephone conference with plaintiff's counsel re newly added class claims. | JMG | 0.40 | 183.20 |
| 02/25/13 | Review of answer to amended complaint as to Count VII. | TJC | 0.20 | 117.00 |
| 02/25/13 | Review ECF notices and pleadings filed in district court proceedings and in ResCap bankruptcy proceedings. | JMG | 0.60 | 274.80 |
| 02/26/13 | Review of co-defendant's motion to dismiss Plaintiff's amended complaint. | TJC | 0.20 | 117.00 |
| 02/27/13 | E-mails re notice of dismissal of case. | TJC | 0.20 | 117.00 |
| 02/28/13 | Review of order of dismissal and entry of judgment. | TJC | 0.10 | 58.50 |
| | | | 1.70 | $867.50 |

| | Other Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/20/13 | Review/revise draft objection to motion for clarification of stay and various e-mails re: same and review updated draft and supporting documents. | JMG | 1.40 | 641.20 |
| 02/26/13 | Review various ECF notices re: docket activity and review pleadings and motion practice. | JMG | 0.50 | 229.00 |
| | | | 1.90 | $870.20 |

## TOTAL FEES                                                                    $2,974.30

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.60 | $274.80 |
| | | | 0.60 | $274.80 |

### Settlement/Non-binding ADR

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |

GMAC Mortgage, LLC
File No.:  1000304.00289

Invoice Date: March 25, 2013
Invoice No.:  994051
Page: 3

### Settlement/Non-binding ADR

|  |  |  | 0.20 | $91.60 |
|---|---|---|---|---|

### Other

| J. M. Goodin | Partner | $458.00 | 1.90 | $870.20 |
|---|---|---|---|---|
|  |  |  | 1.90 | $870.20 |

### Pleadings

| J. M. Goodin | Partner | $458.00 | 1.00 | $458.00 |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.70 | $409.50 |
|  |  |  | 1.70 | $867.50 |

### Other Written Motions/Submissions

| J. M. Goodin | Partner | $458.00 | 1.90 | $870.20 |
|---|---|---|---|---|
|  |  |  | 1.90 | $870.20 |

**TIMEKEEPER SUMMARY TOTALS** $2,974.30

TOTAL FEES $2,974.30

**TOTAL BALANCE DUE** $2,974.30

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

March 25, 2013
Invoice No.: 994052

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                                    $222.60

File Number:        1000304.00290
Re:                 Singh, James v. ETS Services LLC, 735143

Your File Number:  735143

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/22/13 | Correspondence with M. Yesk re plaintiff's request for stipulation re default of co-defendant, dismissal of GMACM. | RJM | 0.20 | 105.60 |
| 02/25/13 | Review of motion for default judgment and e-mails re same. | TJC | 0.20 | 117.00 |
| | | | 0.40 | $222.60 |

**TOTAL FEES**                                                                     $222.60

**TIMEKEEPER SUMMARY:**

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| R. J. McClendon | Senior Counsel | $528.00 | 0.20 | $105.60 |
| | | | 0.40 | $222.60 |

**TIMEKEEPER SUMMARY TOTALS**                                                      $222.60

---

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Manish Verma
9400 Normandale Blvd
Bloomington, MN 77437

March 25, 2013
Invoice No.: 994013

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 15, 2013                                           $4,675.58

File Number:          1000304.00291
Re:                   Nichols, Duane v. RAHI Real Estate Holdings, LLC

Your File Number:  735554

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/12/13 | Draft status email to D. Sargent. | SEM | 0.50 | 138.00 |
| 02/13/13 | Conference with Sherina Maye re court appearance in Vermilion County, status of documentation of extension of time, possible defense strategies. | TJC | 0.50 | 292.50 |
| 02/15/13 | Email to Manish Verma re obtaining the facts we need to determine how to defend the case. | TJC | 0.40 | 234.00 |
| 02/15/13 | E-mails with client regarding extension of time and litigation strategy. | DRS | 0.30 | 95.10 |
| 02/15/13 | Draft status and strategy email to T. Cunningham. | SEM | 0.40 | 110.40 |
| | | | **2.10** | **$870.00** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/11/13 | Prepare for and attend hearing in Vermilion County. | SEM | 9.20 | 2,539.20 |
| | | | **9.20** | **$2,539.20** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/04/13 | Telephone call with plaintiff's counsel. | SEM | 0.20 | 55.20 |
| 02/04/13 | Draft notice and motion to extend. | SEM | 0.90 | 248.40 |
| 02/04/13 | File notice and motion. | SEM | 0.40 | 110.40 |

GMAC Mortgage, LLC
File No.: 1000304.00291

Invoice Date: March 25, 2013
Invoice No.: 994013
Page: 2

| Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|
| 02/12/13 Phone conference with plaintiff's counsel re: Agreed Order. | SEM | 0.30 | 82.80 |
| 02/12/13 Phone conference with co-defendant's counsel re: Agreed Order. | SEM | 0.40 | 110.40 |
| 02/13/13 Draft Agreed Order. | SEM | 0.50 | 138.00 |
| 02/15/13 Phone conference with co-defendant re: execution of Agreed Order. | SEM | 0.30 | 82.80 |
| 02/15/13 Finalize Order and draft letter to client. | SEM | 0.40 | 110.40 |
| 02/15/13 Review of order submitted to court today regarding extension of deadline to respond. | TJC | 0.10 | 58.50 |
|  |  | **3.50** | **$996.90** |

| Other Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|
| 02/04/13 Review and revise motion for extension of time. | DRS | 0.10 | 31.70 |
| 02/14/13 Follow up with plaintiff's counsel re: signatures. | SEM | 0.30 | 82.80 |
| 02/14/13 Confer with T. Cunningham re: status of case after hearing and strategy. | SEM | 0.50 | 138.00 |
|  |  | **0.90** | **$252.50** |

**TOTAL FEES**                                                                                    **$4,658.60**

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| T.J. Cunningham | Partner | $585.00 | 0.90 | $526.50 |
|---|---|---|---|---|
| D.R. Sargent | Associate | $317.00 | 0.30 | $95.10 |
| S. E. Maye | Associate | $276.00 | 0.90 | $248.40 |
|  |  |  | **2.10** | **$870.00** |

**Other**

| S. E. Maye | Associate | $276.00 | 9.20 | $2,539.20 |
|---|---|---|---|---|
|  |  |  | **9.20** | **$2,539.20** |

**Pleadings**

| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
|---|---|---|---|---|
| S. E. Maye | Associate | $276.00 | 3.40 | $938.40 |
|  |  |  | **3.50** | **$996.90** |

GMAC Mortgage, LLC
File No.: 1000304.00291

Invoice Date: March 25, 2013
Invoice No.: 994013
Page: 3

**Other Written Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| D.R. Sargent | Associate | $317.00 | 0.10 | $31.70 |
| S. E. Maye | Associate | $276.00 | 0.80 | $220.80 |
| | | | **0.90** | **$252.50** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$4,658.60**

| **EXPENSES** | **VALUE** |
|---|---|
| Delivery Services/Messengers | 16.98 |
| **TOTAL EXPENSES** | **$16.98** |

TOTAL FEES                                                        $4,658.60

TOTAL EXPENSES                                                    $16.98

TOTAL FEES AND EXPENSES                                          $4,675.58

**TOTAL BALANCE DUE**                                            **$4,675.58**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

March 25, 2013
Invoice No.: 994054

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                    $558.75

File Number:      1000304.00292
Re:               Roussel, Eric v. Homecomings Financial, LLC

Your File Number:  736110

| Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|
| 01/11/13 Telephone conference with D. Booth. | JMG | 0.20 | 91.60 |
| 01/15/13 Emails re draft notice and violation letter and review same. | JMG | 0.30 | 137.40 |
| | | **0.50** | **$229.00** |

| Other | ATTY | HOURS | VALUE |
|---|---|---|---|
| 02/26/13 Review and confirm status. | JMG | 0.20 | 91.60 |
| | | **0.20** | **$91.60** |

| Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|
| 01/11/13 Review complaint for applicability of stay and emails from/to D. Booth re same. | JMG | 0.30 | 137.40 |
| 02/12/13 Review of notice received from co-defendant today. | TJC | 0.10 | 58.50 |
| | | **0.40** | **$195.90** |

**TOTAL FEES**                                              **$516.50**

### TIMEKEEPER SUMMARY:

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00292

Invoice Date: March 25, 2013
Invoice No.: 994054
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| | | | **0.50** | **$229.00** |

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.40** | **$195.90** |

**TIMEKEEPER SUMMARY TOTALS**                                        **$516.50**

| DATE | EXPENSES | VALUE |
|---|---|---|
| 02/13/13 | Litigation Support Vendors - Filing of Notice of Bankruptcy and effect of stay. | 42.25 |
| | TOTAL EXPENSES | $42.25 |

**TOTAL FEES**                                                            $516.50

**TOTAL EXPENSES**                                                        $42.25

**TOTAL FEES AND EXPENSES**                                               $558.75

**TOTAL BALANCE DUE**                                                     **$558.75**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.

# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

March 25, 2013
Invoice No.: 994055

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                    $2,665.40

File Number:     1000304.00293
Re:              Combs v. Residential Funding Company, et al., 736621

| | Case Administration | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/07/13 | Transmit notice of stay documents to team. | CBH | 0.20 | 94.40 |
| | | | 0.20 | $94.40 |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/01/13 | Emails from/to D. Booth ██████ | JMG | 0.90 | 412.20 |
| 02/04/13 | Continue review, analysis of complaint and grounds for removal. | JMG | 0.90 | 412.20 |
| 02/04/13 | Various emails re same. | JMG | 0.60 | 274.80 |
| 02/04/13 | Review of emails related to new matter. | TJC | 0.20 | 117.00 |
| 02/26/13 | Review status of case. | CBH | 0.10 | 47.20 |
| | | | 2.70 | $1,263.40 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/04/13 | Coordinate preparation of stay notice and violation letter. | JMG | 0.30 | 137.40 |
| 02/26/13 | Review and confirm status. | JMG | 0.20 | 91.60 |
| | | | 0.50 | $229.00 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00293

Invoice Date: March 25, 2013
Invoice No.: 994055
Page: 2

| | Other Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/06/13 | Revise draft notice and stay violation letter and emails re service of same. | JMG | 0.30 | 137.40 |
| 02/07/13 | Email to D. Booth re notice of stay and violation letter. | JMG | 0.20 | 91.60 |
| | | | **0.50** | **$229.00** |

| | Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/06/13 | Finalize notice of stay for filing. | CBH | 0.70 | 330.40 |
| 02/06/13 | Draft notice of stay. | CBH | 0.40 | 188.80 |
| 02/06/13 | Draft cover letter for notice of stay. | CBH | 0.70 | 330.40 |
| | | | **1.80** | **$849.60** |

**TOTAL FEES** $2,665.40

**TIMEKEEPER SUMMARY:**

**Case Administration**

| | | | | |
|---|---|---|---|---|
| C.B. Howard | Partner | $472.00 | 0.20 | $94.40 |
| | | | **0.20** | **$94.40** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 2.40 | $1,099.20 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| C.B. Howard | Partner | $472.00 | 0.10 | $47.20 |
| | | | **2.70** | **$1,263.40** |

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| | | | **0.50** | **$229.00** |

**Other Written Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| | | | **0.50** | **$229.00** |

GMAC Mortgage, LLC
File No.: 1000304.00293

Invoice Date: March 25, 2013
Invoice No.: 994055
Page: 3

**Written Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| C.B. Howard | Partner | $472.00 | 1.80 | $849.60 |
| | | | **1.80** | **$849.60** |

**TIMEKEEPER SUMMARY TOTALS**          **$2,665.40**

TOTAL FEES          $2,665.40

**TOTAL BALANCE DUE**          **$2,665.40**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

March 25, 2013
Invoice No.: 994056

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                          $1,301.25

File Number:        1000304.00294
Re:                 Gerona, Emmanuel v. Homecomings Financial, LLC

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/22/13 | Analysis of new complaint. | RJM | 0.70 | 369.60 |
| 01/22/13 | Draft letter to plaintiff's counsel re bankruptcy stay. | RJM | 0.20 | 105.60 |
| 01/22/13 | Correspondence with Don Booth re ▮▮▮▮▮▮▮ | RJM | 0.20 | 105.60 |
| 01/22/13 | Review/analysis of claims and allegations in complaint to determine applicability of stay. | JMG | 0.50 | 229.00 |
| | | | 1.60 | $809.80 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/26/13 | Review and confirm status. | JMG | 0.20 | 91.60 |
| | | | 0.20 | $91.60 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/22/13 | Review draft notice of stay and violation letter and e-mails re: same. | JMG | 0.20 | 91.60 |
| 01/22/13 | Draft notice of bankruptcy stay. | RJM | 0.30 | 158.40 |
| 01/29/13 | Correspondence with Don Booth re filing of notice of bankruptcy stay. | RJM | 0.20 | 105.60 |
| | | | 0.70 | $355.60 |

**TOTAL FEES**                                                          **$1,257.00**

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00294

Invoice Date: March 25, 2013
Invoice No.: 994056
Page: 2

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| R. J. McClendon | Senior Counsel | $528.00 | 1.10 | $580.80 |
| | | | **1.60** | **$809.80** |

### Other

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| R. J. McClendon | Senior Counsel | $528.00 | 0.50 | $264.00 |
| | | | **0.70** | **$355.60** |

**TIMEKEEPER SUMMARY TOTALS**                                          **$1,257.00**

| DATE | EXPENSES | VALUE |
|---|---|---|
| 02/26/13 | Litigation Support Vendors - Filing fee for Notice of stay. | 44.25 |
| | TOTAL EXPENSES | $44.25 |

TOTAL FEES                                                                $1,257.00

TOTAL EXPENSES                                                              $44.25

TOTAL FEES AND EXPENSES                                                   $1,301.25

**TOTAL BALANCE DUE**                                                     **$1,301.25**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259



**Locke**

**Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

March 25, 2013
Invoice No.: 994057

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                    $5,626.30

File Number:       1000304.00295
Re:                REO NY Holdings, Inc. v. GMAC Mortgage, LLC, 736885

| | **Fact Investigation/Development** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/22/13 | Teleconference with plaintiff's counsel re: possible stipulation and follow-up e-mail to D. Booth. | JMG | 0.40 | 183.20 |
| | | | **0.40** | **$183.20** |

| | **Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/11/13 | Review, analysis of complaint and related mortgage and loan documents and telephone conference with D. Booth. | JMG | 0.90 | 412.20 |
| 02/11/13 | Review of complaint re new matter and analysis of same; E-mails from and to Matt Goodin re same. | TJC | 0.50 | 292.50 |
| 02/18/13 | Obtain and begin review/analysis of disputed mortgage assignments. | JMG | 0.60 | 274.80 |
| 02/19/13 | Various e-mails from/to D. Booth and teleconferences w/ same re: ████████████ | JMG | 2.60 | 1,190.80 |
| 02/20/13 | Continue analysis of mortgage assignment documents and other land records. | JMG | 2.60 | 1,190.80 |
| 02/20/13 | Analyze client documents to assess viability of claim to subject lien. | CBH | 0.70 | 330.40 |
| 02/20/13 | Participate in conference call with team to determine best response to complaint. | CBH | 0.30 | 141.60 |
| 02/25/13 | Follow-up re: status of stipulation. | JMG | 0.20 | 91.60 |
| | | | **8.40** | **$3,924.70** |

GMAC Mortgage, LLC
File No.: 1000304.00295

Invoice Date: March 25, 2013
Invoice No.: 994057
Page: 2

| | Document/File Management | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/18/13 | Retrieve recorded Assignments of Mortgage from New York City Department of Finance Office of the City Register; circulate same to litigation team. | TBT | 0.30 | 71.40 |
| 02/19/13 | Retrieve all recorded documents associated with Block 1534, Lot 36 and Block 1534, Lot 136 from New York City Department of Finance Office of the City Register; review recorded documents and confirm document details as referenced on search results reports; e-mails with litigation team regarding same. | TBT | 2.00 | 476.00 |
| 02/20/13 | E-mails to litigation team regarding search results and documents for Lot 36 (58 Mother Gaston Blvd., Brooklyn, NY 11233) and search results and documents for Lot 136 (56 Mother Gaston Blvd., Brooklyn, NY 11233). | TBT | 0.40 | 95.20 |
| | | | **2.70** | **$642.60** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/18/13 | E-mails to D. Booth, et al., re same. | JMG | 0.20 | 91.60 |
| 02/20/13 | Various teleconference w/ D. Booth and follow-up e-mails to/from same and call to plaintiff's counsel and review docket. | JMG | 0.70 | 320.60 |
| 02/22/13 | E-mails to/from D. Booth re: 2/27 answer deadline and preparation of answer; e-mails from/to litigation team re: same and call to plaintiff's counsel. | JMG | 0.40 | 183.20 |
| 02/26/13 | Review and confirm status. | JMG | 0.20 | 91.60 |
| | | | **1.50** | **$687.00** |

| | Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/22/13 | Review complaint to prepare answer. | CBH | 0.40 | 188.80 |
| | | | **0.40** | **$188.80** |

## TOTAL FEES                                                                                    $5,626.30

## TIMEKEEPER SUMMARY:

### Fact Investigation/Development

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
| | | | **0.40** | **$183.20** |

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| C.B. Howard | Partner | $472.00 | 1.00 | $472.00 |

GMAC Mortgage, LLC
File No.:  1000304.00295

Invoice Date: March 25, 2013
Invoice No.:  994057
Page:  3

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 6.90 | $3,160.20 |
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | **8.40** | **$3,924.70** |

**Document/File Management**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 2.70 | $642.60 |
| | | | **2.70** | **$642.60** |

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.50 | $687.00 |
| | | | **1.50** | **$687.00** |

**Written Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| C.B. Howard | Partner | $472.00 | 0.40 | $188.80 |
| | | | **0.40** | **$188.80** |

| | |
|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **$5,626.30** |
| | |
| TOTAL FEES | $5,626.30 |
| | |
| **TOTAL BALANCE DUE** | **$5,626.30** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

March 25, 2013
Invoice No.: 994064

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2013                    <u>$4,501.80</u>

File Number:    1000304.00296
Re:             Broughton v. GMAC Mortgage, LLC, 736681

| | | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| | **Fact Investigation/Development** | | | | |
| 02/05/13 | Telephone conference with plaintiff's counsel re GMAC Mortgage bankruptcy filing, impact on plaintiff's claims. | | RJM | 0.30 | 158.40 |
| 02/13/13 | Telephone conference with Don Booth re ██████████ | | RJM | 0.20 | 105.60 |
| 02/13/13 | Preliminary review of fact package documents. | | JMG | 0.30 | 137.40 |
| | | | | **0.80** | **$401.40** |

| | | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| | **Analysis/Strategy** | | | | |
| 02/04/13 | Review, analysis of complaint and emails re new mater. | | TJC | 0.50 | 292.50 |
| 02/04/13 | Analysis of new complaint. | | RJM | 0.60 | 316.80 |
| 02/04/13 | Analysis of grounds for removal to federal court. | | RJM | 0.60 | 316.80 |
| 02/05/13 | Analysis of federal jurisdiction. | | RJM | 0.80 | 422.40 |
| 02/05/13 | Emails from/to litigation team re removal issues and analysis of same. | | JMG | 0.30 | 137.40 |
| 02/05/13 | Correspondence with Don Booth re ██████████ | | RJM | 0.20 | 105.60 |
| 02/12/13 | Follow up emails re status. | | JMG | 0.10 | 45.80 |
| 02/13/13 | Analysis of removal and related strategy issues. | | JMG | 0.20 | 91.60 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00296

Invoice Date: March 25, 2013
Invoice No.: 994064
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/13/13 | Legal research re possible removal to federal court, scope of automatic stay. | RJM | 1.80 | 950.40 |
| 02/13/13 | Correspondence with plaintiff's counsel re request that plaintiff dismiss action. | RJM | 0.20 | 105.60 |
| 02/20/13 | Correspondence with Don Booth re ███████████████ | RJM | 0.20 | 105.60 |
| 02/21/13 | Correspondence with D. Booth re ████████ | RJM | 0.20 | 105.60 |
| 02/26/13 | Review of Plaintiffs' request for dismissal. | TJC | 0.10 | 58.50 |
| | | | **5.80** | **$3,054.60** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/01/13 | Begin review, analysis of complaint and related filings. | JMG | 0.50 | 229.00 |
| 02/20/13 | Telephone conference with plaintiff's counsel re extension of time to respond to complaint, plaintiff's possible dismissal of action. | RJM | 0.20 | 105.60 |
| 02/20/13 | Correspondence with plaintiff's counsel re possible dismissal, extension of time to respond to complaint. | RJM | 0.30 | 158.40 |
| 02/21/13 | Review correspondence from plaintiff's counsel re dismissal of case. | RJM | 0.20 | 105.60 |
| 02/21/13 | E-mails from/to R. McClendon and D. Booth re: voluntary dismissal of the claims against GMACM. | JMG | 0.20 | 91.60 |
| 02/22/13 | E-mails re: entry of dismissal and closure of file. | JMG | 0.20 | 91.60 |
| 02/22/13 | Analysis of court-stamped dismissal. | RJM | 0.30 | 158.40 |
| 02/22/13 | Correspondence with D. Booth re ███████████████ ████ | RJM | 0.20 | 105.60 |
| | | | **2.10** | **$1,045.80** |

**TOTAL FEES**                                                                **$4,501.80**

## TIMEKEEPER SUMMARY:

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| R. J. McClendon | Senior Counsel | $528.00 | 0.50 | $264.00 |
| | | | **0.80** | **$401.40** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.60 | $274.80 |

GMAC Mortgage, LLC
File No.:  1000304.00296

Invoice Date: March 25, 2013
Invoice No.:  994064
Page: 3

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| R. J. McClendon | Senior Counsel | $528.00 | 4.60 | $2,428.80 |
| | | | **5.80** | **$3,054.60** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.90 | $412.20 |
| R. J. McClendon | Senior Counsel | $528.00 | 1.20 | $633.60 |
| | | | **2.10** | **$1,045.80** |

**TIMEKEEPER SUMMARY TOTALS**                                                    **$4,501.80**

TOTAL FEES                                                                                $4,501.80

**TOTAL BALANCE DUE**                                                              **$4,501.80**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.