

**Locke**

**Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

April 29, 2013
Invoice No.: 1000311

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                    <u>$14,244.21</u>

File Number:        1000304.00000
Re:                 Residential Funding Bankruptcy - LL Fee Petitions

Your File Number:  733964

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/06/13 | Review of Audit letter. | TJC | 0.10 | 58.50 |
| 03/15/13 | E-mails from and to Julie Webb and Rusty Perdew re how to deal with ▮▮▮▮▮▮▮▮▮▮ audit letter. | TJC | 0.20 | 117.00 |
| 03/18/13 | Draft response to audit letter regarding fourteen qui tam and county recorder cases. | PRP | 5.10 | 2,468.40 |
| 03/18/13 | Preparation of response to audit letter and e-mails re same. | TJC | 0.50 | 292.50 |
| 03/18/13 | Review and collect attorney email replies re audit response; revise draft audit response. (No Charge) | MAW | 0.60 | 162.00 |
| 03/19/13 | Review and collect attorney email replies; revise draft audit response. (No Charge) | MAW | 0.30 | 81.00 |
| 03/19/13 | Continue drafting response to audit letter. | PRP | 0.50 | 242.00 |
| 03/20/13 | Review emails from attorneys and revise draft audit response. (No Charge) | MAW | 0.20 | 54.00 |
| 03/20/13 | E-mails to and from Bill Thompson re method of invoicing. | TJC | 0.10 | 58.50 |
| 03/21/13 | Review file; follow up emails with attorneys re audit response; revise draft audit response. (No Charge) | MAW | 0.40 | 108.00 |
| 03/22/13 | Emails with T. Cunningham re audit response; email to auditor re audit response. (No Charge) | MAW | 0.10 | 27.00 |
| 03/22/13 | Preparation of response to audit letter. | TJC | 0.30 | 175.50 |

GMAC Mortgage, LLC
File No.: 1000304.00000

Invoice Date: April 29, 2013
Invoice No.: 1000311
Page: 2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/22/13 | E-mails re preparation of response to audit letter. | TJC | 0.20 | 117.00 |
| 03/23/13 | Preparation of response to audit letter; E-mail to Tammy Hamzehpour and Bill Thompson re draft response to audit letter. | TJC | 1.30 | 760.50 |
| 03/25/13 | Email from Tammy Hamzehpour approving draft audit letter, email from B. Thompson approving draft audit letter, and emails re finalization and issuance of audit letter and email to B. Thompson re same. | TJC | 0.40 | 234.00 |
| 03/26/13 | Review trustee's objection to fee petition and e-mails re: same. (No Charge) | JMG | 0.40 | 183.20 |
| | | | **10.70** | **$5,139.10** |

| Document/File Management | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/13/13 | Review the docket report to locate a motion to stay or related filing pertaining to Alison Nora's adversary complaint. | TBT | 0.80 | 190.40 |
| | | | **0.80** | **$190.40** |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/06/13 | Arranged for preparation of response to audit letter. | TJC | 0.10 | 58.50 |
| 03/12/13 | Review email correspondence from bankruptcy counsel re second interim fee application and internal emails re same. | JMG | 0.30 | 137.40 |
| 03/14/13 | Finalize second interim fee petition. | JMG | 0.50 | 229.00 |
| 03/15/13 | Review audit request; draft audit response; prepare timekeeping and accounting reports; draft and send email to attorneys re audit response; review and collect attorney email replies; revise draft audit response letter. (No Charge) | MAW | 1.00 | 270.00 |
| 03/21/13 | Preparation of fee petition. | TBT | 1.00 | 238.00 |
| | | | **2.90** | **$932.90** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/04/13 | Preparation of second interim fee petition. | TJC | 0.30 | 175.50 |
| 03/05/13 | Work on second interim fee application. | BAR | 4.50 | 1,188.00 |
| 03/06/13 | Continue work on 2nd quarterly fee application; confer with T. Cunningham re: same; confer with K. Morehouse re: same. | BAR | 4.30 | 1,135.20 |
| 03/06/13 | Telephone conference with Brian Raynor re draft interim fee petition | TJC | 0.20 | 117.00 |
| 03/07/13 | Work on second quarterly fee petition. | BAR | 1.30 | 343.20 |
| 03/11/13 | Work on second interim fee application. | BAR | 1.00 | 264.00 |
| 03/13/13 | Continue work on second interim fee application; review Cunningham affidavit; prepare proposed order. | BAR | 5.00 | 1,320.00 |
| 03/13/13 | Preparation of second interim fee petition. | TJC | 1.00 | 585.00 |
| 03/14/13 | Preparation of fee petition. | TJC | 0.80 | 468.00 |

GMAC Mortgage, LLC
File No.: 1000304.00000

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/14/13 | Continue work on second interim fee application. | BAR | 6.20 | 1,636.80 |
| 03/17/13 | Preparation of monthly fee report for February to be sent to Notice Parties. | TJC | 2.50 | 1,462.50 |
| 03/26/13 | Review, analysis of US Trustee objections to second interim fee petitions. (No Charge) | TJC | 0.30 | 175.50 |
| 03/26/13 | Email to US Trustee re request for withdrawal of objection. (No Charge) | TJC | 0.20 | 117.00 |
| 03/26/13 | Email from Erica Richards re US Trustee's objections to second interim fee petitions. (No Charge) | TJC | 0.10 | 58.50 |
| | | | **27.70** | **$9,046.20** |

**Less No Charge Entries**                                    **($1,236.20)**

**TOTAL ADJUSTED FEES**                                    **$14,072.40**

### TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
| P. R. Perdew | Partner | $484.00 | 5.60 | $2,710.40 |
| T.J. Cunningham | Partner | $585.00 | 3.10 | $1,813.50 |
| M.A Waldron | Audit Response | $270.00 | 1.60 | $432.00 |
| | | | **10.70** | **$5,139.10** |

**Document/File Management**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.80 | $190.40 |
| | | | **0.80** | **$190.40** |

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.80 | $366.40 |
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| T. B. Till | Paralegal | $238.00 | 1.00 | $238.00 |
| M.A Waldron | Audit Response | $270.00 | 1.00 | $270.00 |
| | | | **2.90** | **$932.90** |

GMAC Mortgage, LLC
File No.:  1000304.00000

Invoice Date: April 29, 2013
Invoice No.:  1000311
Page:  4

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 5.40 | $3,159.00 |
| B. A. Raynor | Associate | $264.00 | 22.30 | $5,887.20 |
| | | | **27.70** | **$9,046.20** |

**TIMEKEEPER SUMMARY TOTALS**                                                      **$15,308.60**

| DATE | EXPENSES | VALUE |
|---|---|---|
| 03/18/13 | FedEx Shipments | 25.89 |
| 03/18/13 | FedEx Shipments | 25.89 |
| 03/18/13 | FedEx Shipments | 25.89 |
| 03/18/13 | FedEx Shipments | 25.89 |
| 03/18/13 | FedEx Shipments | 25.89 |
| 03/25/13 | FedEx Shipments | 42.36 |
| | TOTAL | $171.81 |

| | |
|---|---|
| TOTAL FEES | $15,308.60 |
| Less No Charge Entries | ($1,236.20) |
| TOTAL ADJUSTED FEES | $14,072.40 |
| TOTAL EXPENSES | $171.81 |
| TOTAL FEES AND EXPENSES | $14,244.21 |
| **TOTAL BALANCE DUE** | **$14,244.21** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.

# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

April 29, 2013
Invoice No.: 1000312

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                    $3,892.50

File Number:       1000304.00174
Re:                Nora v. GMAC Mortgage, #706615

Your File Number:  706615

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/05/13 | E-mails from and to Ally Financial's counsel re ███████ | TJC | 0.20 | 117.00 |
| 03/12/13 | E-mails from and to co-counsel for joint defendants re ███ ███ | TJC | 0.20 | 117.00 |
| 03/12/13 | E-mails to and from Lauren Delehey re ███████ ████████ | TJC | 0.30 | 175.50 |
| 03/12/13 | Telephone call and e-mail from Norm Rosenbaum re ███ | TJC | 0.10 | 58.50 |
| 03/12/13 | E-mails to Norm Rosenbaum and Stefan Engelhardt re ███ | TJC | 0.20 | 117.00 |
| 03/12/13 | E-mails to and from Jennifer Scoliard and Lauren Delehey re ██ | TJC | 0.20 | 117.00 |
| 03/13/13 | Telephone conference with Norm Rosenbaum re ███ | TJC | 0.30 | 175.50 |
| 03/17/13 | E-mail to joint defense counsel re ███ | TJC | 0.40 | 234.00 |
| 03/22/13 | E-mail to joint defense group re ███ ███ | TJC | 0.40 | 234.00 |

GMAC Mortgage, LLC
File No.: 1000304.00174

Invoice Date: April 29, 2013
Invoice No.: 1000312
Page: 2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/22/13 | E-mail from Norm Rosenbaum re ███████ | TJC | 0.10 | 58.50 |
| 03/27/13 | Email to joint defense group re █████ | TJC | 0.20 | 117.00 |
| 03/27/13 | Follow up email to L. Delehey re ██████████ | TJC | 0.20 | 117.00 |
| 03/28/13 | Emails from/to R. Perdew re notice of appeal. | TJC | 0.10 | 58.50 |
| 03/29/13 | Emails re response to notice of appeal and whether to seek dismissal. | TJC | 0.20 | 117.00 |
| 03/30/13 | Emails re filing appearances, schedule, etc. | TJC | 0.10 | 58.50 |
| | | | **3.20** | **$1,872.00** |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/01/13 | Review Court's decision denying Nora's motion to vacate judgment. | JCW | 0.20 | 59.00 |
| 03/02/13 | Determine deadline for Nora to appeal denial of motion to vacate judgment. | JCW | 0.20 | 59.00 |
| 03/18/13 | Draft audit response. | JCW | 0.30 | 88.50 |
| 03/20/13 | Revise audit response. | JCW | 0.20 | 59.00 |
| | | | **0.90** | **$265.50** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/01/13 | Review of order and opinion denying motion to vacate judgment and motion for reconsideration; Conference with Rusty Perdew and Julie Webb re ████ | TJC | 0.60 | 351.00 |
| 03/17/13 | Review of Debtors' motion for an order approving a supplemental case management order establishing mandatory procedures for managing adversary proceedings commenced by borrowers or former borrowers. | TJC | 0.40 | 234.00 |
| 03/19/13 | Review of decision and order of the Wisconsin Court of Appeals in Wendy Nora's appeal from her foreclosure and eviction and e-mails re same. | TJC | 0.40 | 234.00 |
| 03/22/13 | Review and analysis of order approving adversary proceeding case management procedures. | TJC | 0.50 | 292.50 |
| 03/27/13 | Review of Nora's notice of appeal to Seventh Circuit. | TJC | 0.20 | 117.00 |
| 03/27/13 | Review of various follow up ECF notices from court. | TJC | 0.20 | 117.00 |
| | | | **2.30** | **$1,345.50** |

| Post Trial Motions/Submissions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/02/13 | Determination of deadline for Nora's appeal to the Seventh Circuit and preparation of e-mail to Lauren Delehey re ██████████ | TJC | 0.70 | 409.50 |

GMAC Mortgage, LLC
File No.:  1000304.00174

Invoice Date: April 29, 2013
Invoice No.:  1000312
Page: 3

| Post Trial Motions/Submissions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 0.70 | $409.50 |

**TOTAL FEES**                                                   **$3,892.50**

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 3.20 | $1,872.00 |
| | | | **3.20** | **$1,872.00** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.90 | $265.50 |
| | | | **0.90** | **$265.50** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 2.30 | $1,345.50 |
| | | | **2.30** | **$1,345.50** |

**Post Trial Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.70 | $409.50 |
| | | | **0.70** | **$409.50** |

**TIMEKEEPER SUMMARY TOTALS**                                   **$3,892.50**

TOTAL FEES                                                      $3,892.50

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Donald Booth
GMAC Mortgage, LLC
Paralegal - Litigation
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

April 29, 2013
Invoice No.: 1000313

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                                                    $117.00

File Number:      1000304.00178
Re:               Smith, Tiffany v. Homecomings Financial, #711686

Your File Number:  711686

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/17/13 | Review of status. | TJC | 0.20 | 117.00 |
| | | | **0.20** | **$117.00** |

**TOTAL FEES**                                                                                      **$117.00**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                       **$117.00**

TOTAL FEES                                                                                          $117.00

**TOTAL BALANCE DUE**                                                                    **$117.00**

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Don Booth
Paralegal- Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

April 29, 2013
Invoice No.: 1000314

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                                    $117.00

File Number:     1000304.00179
Re:              Gardner, Alan v. GMAC Mortgage, LLC, #703565

Your File Number:  703565

| | Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 03/17/13 | Review of status. | | TJC | 0.20 | 117.00 |
| | | | | 0.20 | $117.00 |

**TOTAL FEES**                                                                  **$117.00**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | HOURS | VALUE |
|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | 0.20 | $117.00 |

**TIMEKEEPER SUMMARY TOTALS**                                                   **$117.00**

TOTAL FEES                                                                      $117.00

**TOTAL BALANCE DUE**                                                           **$117.00**

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Natasha Campbell
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

April 29, 2013
Invoice No.: 1000315

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                                    $106.90

| File Number: | 1000304.00184 |
| Re: | Bates, Barrett (Indiana) v. GMAC Mortgage, LLC #713892 |

Your File Number:  713892

| | **Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/12/13 | Draft e-mail to Lauren Delehey regarding ████████ | PRP | 0.10 | 48.40 |
| | | | **0.10** | **$48.40** |

| | **Pleadings** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/12/13 | E-mail re dismissal order and completion of case. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

**TOTAL FEES**                                                                  **$106.90**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| P. R. Perdew | Partner | $484.00 | 0.10 | $48.40 |
|---|---|---|---|---|
| | | | **0.10** | **$48.40** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00184

Invoice Date: April 29, 2013
Invoice No.: 1000315
Page: 2

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

| | |
|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **$106.90** |
| TOTAL FEES | $106.90 |
| **TOTAL BALANCE DUE** | **$106.90** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Don Booth
Paralegal- Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

April 29, 2013
Invoice No.: 1000316

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                                    $613.10

File Number:       1000304.00192
Re:                Abucay v. GMAC Mortgage, LLC, #718914

Your File Number:  718914

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/17/13 | Review of status. | TJC | 0.20 | 117.00 |
| 03/27/13 | E-mails from/to D. Booth re: ███████ | JMG | 0.20 | 91.60 |
| | | | 0.40 | $208.60 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/26/13 | E-mail to D. Booth re: ██████ | JMG | 0.20 | 91.60 |
| | | | 0.20 | $91.60 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/26/13 | Review of order dismissing GMACM and follow up emails re same. | TJC | 0.30 | 175.50 |
| | | | 0.30 | $175.50 |

| | Other Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/26/13 | Review ECF notice and order granting Ally motion to dismiss and prior docket activity. | JMG | 0.30 | 137.40 |
| | | | 0.30 | $137.40 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00192

Invoice Date: April 29, 2013
Invoice No.:  1000316
Page:  2

**TOTAL FEES**                                                                                          **$613.10**

**TIMEKEEPER SUMMARY:**

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.40** | **$208.60** |

### Other

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.30** | **$175.50** |

### Other Written Motions/Submissions

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | **0.30** | **$137.40** |

**TIMEKEEPER SUMMARY TOTALS**                                                          **$613.10**

TOTAL FEES                                                                                         $613.10

**TOTAL BALANCE DUE**                                                                   **$613.10**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>                                          <u>Via Courier:</u>
Locke Lord LLP                                      JPMorgan Chase
24259 Network Place                             525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                          Chicago, IL  60661
                                                            Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke**
**Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

April 29, 2013
Invoice No.: 1000317

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013          $580.00

File Number:      1000304.00195
Re:               NCUA v. GMAC Mortgage (California), #718805

Your File Number:  718805

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/05/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 03/07/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 03/18/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 03/19/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 03/20/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 03/20/13 | Monitor and review ECF notices and relevant case filings. | JMG | 0.30 | 137.40 |
| 03/21/13 | Monitor and review ECF notices and orders on pleading motions. | JMG | 0.20 | 91.60 |
| 03/21/13 | Review of ECF notice re tentative ruling on motion to dismiss and strike. | TJC | 0.10 | 58.50 |
| | | | 1.10 | $580.00 |

**TOTAL FEES**                                      **$580.00**

**TIMEKEEPER SUMMARY:**

**Pleadings**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00195

Invoice Date: April 29, 2013
Invoice No.: 1000317
Page: 2

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| | | | **1.10** | **$580.00** |

**TIMEKEEPER SUMMARY TOTALS**                          **$580.00**

TOTAL FEES                                                    $580.00

**TOTAL BALANCE DUE**                               **$580.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

April 29, 2013
Invoice No.: 1000318

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                                    $697.00

File Number:      1000304.00196
Re:               NCUA v. GMAC Mortgage (Kansas), #714943

Your File Number:  714943

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/04/13 | Monitor and review ECF notices re: docket activity in 10th Circuit appellate proceedings. | JMG | 0.20 | 91.60 |
| | | | 0.20 | $91.60 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/01/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 03/04/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 03/06/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 03/08/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 03/14/13 | Review of order received today reassigning case to new judge. | TJC | 0.10 | 58.50 |
| 03/15/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 03/25/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 03/26/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | 0.80 | $468.00 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00196

Invoice Date: April 29, 2013
Invoice No.: 1000318
Page: 2

| | Other Written Motions/Submissions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 03/25/13 | Review relevant ECF notices and associated motions and pleadings. | | JMG | 0.30 | 137.40 |
| | | | | **0.30** | **$137.40** |

**TOTAL FEES**                                                                                    **$697.00**

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
|---|---|---|---|---|
| | | | **0.20** | **$91.60** |

### Pleadings

| T.J. Cunningham | Partner | $585.00 | 0.80 | $468.00 |
|---|---|---|---|---|
| | | | **0.80** | **$468.00** |

### Other Written Motions/Submissions

| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
|---|---|---|---|---|
| | | | **0.30** | **$137.40** |

**TIMEKEEPER SUMMARY TOTALS**                                                        **$697.00**

TOTAL FEES                                                                                           $697.00

**TOTAL BALANCE DUE**                                                                        **$697.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                                    **Via Courier:**
Locke Lord LLP                                    JPMorgan Chase
24259 Network Place                            525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                         Chicago, IL  60661
                                                         Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke**
**Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

April 29, 2013
Invoice No.: 1000319

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                                    $117.00

File Number:        1000304.00197
Re:                 Bates, Barrett (Hawaii) v. GMAC Mortgage LLC, #719244

Your File Number:  719244

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/01/13 | Review of order dismissing appeal and e-mail re same and completion of matter. | TJC | 0.20 | 117.00 |
| | | | 0.20 | $117.00 |

**TOTAL FEES**                                                                  **$117.00**

**TIMEKEEPER SUMMARY:**

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | 0.20 | $117.00 |

**TIMEKEEPER SUMMARY TOTALS**                                                   **$117.00**

TOTAL FEES                                                                       $117.00

**TOTAL BALANCE DUE**                                                           **$117.00**

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC


**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

April 29, 2013
Invoice No.: 1000320

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                    $351.00

| File Number: | 1000304.00203 |
| Re: | Bates, Barrett (DC) v. GMAC Mortgage, #720605 |

Your File Number:  720605

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/14/13 | Review of Plaintiffs' motion to voluntarily dismiss appeal and e-mail re same. | TJC | 0.30 | 175.50 |
| 03/21/13 | Review of order dismissing case and e-mails re same. | TJC | 0.30 | 175.50 |
| | | | 0.60 | $351.00 |

**TOTAL FEES**                                                    **$351.00**

**TIMEKEEPER SUMMARY:**

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| | | | 0.60 | $351.00 |

**TIMEKEEPER SUMMARY TOTALS**                                    **$351.00**

TOTAL FEES                                                        $351.00

---

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00203

Invoice Date: April 29, 2013
Invoice No.: 1000320
Page: 2

**TOTAL BALANCE DUE**                                                        **$351.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                                    **Via Courier:**
Locke Lord LLP                                     JPMorgan Chase
24259 Network Place                                525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                             Chicago, IL  60661
                                                   Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.


## Locke
## Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 55437

April 29, 2013
Invoice No.: 1000471

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                                    $137.40

File Number:          1000304.00211
Re:                   Kral, Kenneth v. GMAC Mortgage, 725078

Your File Number:  725078

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/01/13 | Review Kral order of dismissal and e-mails to N. Rosenbaum and S. Martin (MoFo) re: ▌ | JMG | 0.30 | 137.40 |
| | | | 0.30 | $137.40 |

**TOTAL FEES**                                                                   **$137.40**

**TIMEKEEPER SUMMARY:**

**Pleadings**

| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
|---|---|---|---|---|
| | | | 0.30 | $137.40 |

**TIMEKEEPER SUMMARY TOTALS**                                                    **$137.40**

TOTAL FEES                                                                        $137.40

**TOTAL BALANCE DUE**                                                            **$137.40**

---



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

April 29, 2013
Invoice No.: 1000321

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                          $951.40

| File Number: | 1000304.00217 |
| Re: | Charles Schwab v. Residential, 701759 |

Your File Number:  701759

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/05/13 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 03/14/13 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 03/15/13 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 03/19/13 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 03/22/13 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 03/22/13 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 03/27/13 | Emails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 03/29/13 | Emails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| | | | 0.80 | $468.00 |

GMAC Mortgage, LLC
File No.:  1000304.00217

Invoice Date: April 29, 2013
Invoice No.:  1000321
Page:  2

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/05/13 | Review e-mail re: re-assignment of matter to new judge. | JMG | 0.10 | 45.80 |
| 03/19/13 | Monitor and review relevant joint defense e-mails. | JMG | 0.30 | 137.40 |
| 03/22/13 | Monitor and review relevant joint defense e-mails. | JMG | 0.20 | 91.60 |
| 03/29/13 | Monitor and review relevant joint defense correspondence. | JMG | 0.20 | 91.60 |
| | | | **0.80** | **$366.40** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/07/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

| Document Production | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/01/13 | E-mail to Plaintiffs' counsel re definitive list of document productions they have received. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

**TOTAL FEES**                                                                                   **$951.40**

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| T.J. Cunningham | Partner | $585.00 | 0.80 | $468.00 |
|---|---|---|---|---|
| | | | **0.80** | **$468.00** |

### Other

| J. M. Goodin | Partner | $458.00 | 0.80 | $366.40 |
|---|---|---|---|---|
| | | | **0.80** | **$366.40** |

### Pleadings

| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
|---|---|---|---|---|
| | | | **0.10** | **$58.50** |

### Document Production

| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
|---|---|---|---|---|

GMAC Mortgage, LLC
File No.: 1000304.00217

Invoice Date: April 29, 2013
Invoice No.: 1000321
Page: 3

**Document Production**

|  | 0.10 | $58.50 |

**TIMEKEEPER SUMMARY TOTALS**      **$951.40**

TOTAL FEES      $951.40

**TOTAL BALANCE DUE**      **$951.40**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.

# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

April 29, 2013
Invoice No.: 1000322

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                                    $1,498.30

File Number:        1000304.00219
Re:                 FHLB Boston v. Residential, #713113

Your File Number:  713113

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/01/13 | E-mails between and among joint defense counsel re ███████ | TJC | 0.10 | 58.50 |
| 03/01/13 | Monitor and review relevant joint defense e-mails re: ███████ | JMG | 0.30 | 137.40 |
| 03/04/13 | Monitor and review ECF notices re: ███████ | JMG | 0.40 | 183.20 |
| | | | **0.80** | **$379.10** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/26/13 | Monitor and review ECF notices re: docket activity. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/02/13 | Review of Second Circuit decision in Novastar and e-mails between and among joint defense counsel re ███████ | TJC | 0.60 | 351.00 |
| 03/04/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 03/05/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00219

Invoice Date: April 29, 2013
Invoice No.: 1000322
Page: 2

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/06/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 03/07/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 03/11/13 | Review of ECF notices. | TJC | 0.10 | 58.50 |
| 03/12/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 03/13/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 03/25/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 03/26/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 03/28/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **1.60** | **$936.00** |

| Dispositive Motions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/28/13 | Monitor and review relevant ECF notices re: docket activity. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

**TOTAL FEES**                                                    **$1,498.30**

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.70 | $320.60 |
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.80** | **$379.10** |

### Other

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.60 | $936.00 |
| | | | **1.60** | **$936.00** |

### Dispositive Motions

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |

GMAC Mortgage, LLC
File No.: 1000304.00219

Invoice Date: April 29, 2013
Invoice No.: 1000322
Page: 3

**Dispositive Motions**

| | | |
|---|---|---|
| | 0.20 | **$91.60** |

**TIMEKEEPER SUMMARY TOTALS** **$1,498.30**

TOTAL FEES $1,498.30

**TOTAL BALANCE DUE** **$1,498.30**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call J. M. Goodin of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

April 29, 2013
Invoice No.: 1000323

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                          $2,162.20

File Number:      1000304.00220
Re:               FHLB Chicago v. Residential, #704078

Your File Number: 704078

| | | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 03/01/13 | | E-mails between and among joint defense counsel re ▮▮▮▮▮ | TJC | 0.10 | 58.50 |
| 03/04/13 | | E-mails between and among joint defense counsel re ▮▮▮▮▮ | TJC | 0.10 | 58.50 |
| 03/05/13 | | E-mails between and among joint defense counsel re ▮▮▮▮▮ | TJC | 0.20 | 117.00 |
| 03/05/13 | | Monitor and review relevant joint defense e-mails re: ▮▮▮ | JMG | 0.20 | 91.60 |
| 03/07/13 | | Monitor and review relevant joint defense e-mails re: ▮▮▮ | JMG | 0.30 | 137.40 |
| 03/07/13 | | Emails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 03/08/13 | | Emails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 03/08/13 | | Emails between and among joint defense counsel re ▮▮▮ | TJC | 0.20 | 117.00 |
| 03/08/13 | | Monitor and review relevant joint defense e-mails re: ▮▮▮ | JMG | 0.20 | 91.60 |
| 03/09/13 | | Emails between and among joint defense counsel re ▮▮▮ | TJC | 0.20 | 117.00 |
| 03/10/13 | | Emails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |

GMAC Mortgage, LLC
File No.: 1000304.00220

Invoice Date: April 29, 2013
Invoice No.: 1000323
Page: 2

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | **Analysis/Strategy** | | | |
| 03/11/13 | E-mails between and among joint defense counsel re ▮▮▮ ▮▮▮ | TJC | 0.10 | 58.50 |
| 03/12/13 | E-mails confirming that Plaintiffs have no intention of enforcing their discovery requests with regard to debtor-defendants and confirmation that no response is required. | TJC | 0.20 | 117.00 |
| 03/12/13 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 03/15/13 | E-mails between and among joint defense group re ▮▮▮ | TJC | 0.10 | 58.50 |
| 03/18/13 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 03/20/13 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 03/21/13 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.20 | 117.00 |
| 03/22/13 | E-mails re joint defense group call this afternoon to discuss ▮▮▮ | TJC | 0.20 | 117.00 |
| 03/23/13 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 03/26/13 | Emails between and among joint defense counsel re ▮▮▮ ▮▮▮ | TJC | 0.10 | 58.50 |
| | | | **3.10** | **$1,724.60** |

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | **Written Discovery** | | | |
| 03/06/13 | E-mails between and among joint defense counsel re ▮▮▮ ▮▮▮ | TJC | 0.20 | 117.00 |
| 03/12/13 | Review voice mail and follow up email from FHLB's counsel re written discovery. | JMG | 0.30 | 137.40 |
| 03/12/13 | Investigation and draft response to email from FHLB counsel. | JMG | 0.40 | 183.20 |
| | | | **0.90** | **$437.60** |

**TOTAL FEES**                                                                                                 **$2,162.20**

**TIMEKEEPER SUMMARY:**

    **Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.70 | $320.60 |
| T.J. Cunningham | Partner | $585.00 | 2.40 | $1,404.00 |
| | | | **3.10** | **$1,724.60** |

GMAC Mortgage, LLC
File No.: 1000304.00220

Invoice Date: April 29, 2013
Invoice No.: 1000323
Page: 3

**Written Discovery**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.70 | $320.60 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.90** | **$437.60** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$2,162.20**

TOTAL FEES                                                              $2,162.20

**TOTAL BALANCE DUE**                                              **$2,162.20**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call J. M. Goodin of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

April 29, 2013
Invoice No.: 1000324

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                                    $1,571.10

File Number:    1000304.00222
Re:             Plymouth County, Iowa (Raymond) v. GMAC, 725977

Your File Number:  725977

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/11/13 | Review draft motion to dismiss appeal based on lack of final order, including cases cited therein; draft e-mail to Lauren Delehey regarding ████████ | PRP | 2.20 | 1,064.80 |
| 03/22/13 | Draft e-mail to Lauren Delehey regarding ████████ ████████ | PRP | 0.20 | 96.80 |
| | | | **2.40** | **$1,161.60** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/11/13 | Review of draft motion to dismiss the appeal on the basis that the order appealed from was not final due to the presence of GM ACM and the impact of the automatic stay. | TJC | 0.20 | 117.00 |
| 03/18/13 | Review of motion to dismiss appeal and e-mails re same. | TJC | 0.40 | 234.00 |
| 03/22/13 | Review of order received today dismissing appeal. | TJC | 0.10 | 58.50 |
| | | | **0.70** | **$409.50** |

**TOTAL FEES**                                                                  **$1,571.10**

**TIMEKEEPER SUMMARY:**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00222

Invoice Date: April 29, 2013
Invoice No.: 1000324
Page: 2

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 2.40 | $1,161.60 |
| | | | **2.40** | **$1,161.60** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.70 | $409.50 |
| | | | **0.70** | **$409.50** |

**TIMEKEEPER SUMMARY TOTALS**      **$1,571.10**

TOTAL FEES      $1,571.10

**TOTAL BALANCE DUE**      **$1,571.10**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.

# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

April 29, 2013
Invoice No.: 1000325

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                              $216.00

File Number:        1000304.00224
Re:                 Bates, Barrett (New Jersey) v. GMAC Mortgage, 725793

Your File Number:  725793

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/03/13 | Analyze plaintiff's motion for dismissal. | JNF | 0.20 | 108.00 |
| 03/18/13 | Analyze plaintiff's stamped motion for voluntary dismissal with prejudice. | JNF | 0.20 | 108.00 |
| | | | 0.40 | $216.00 |

**TOTAL FEES**                                                             $216.00

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J.N Froehlich | Partner | $540.00 | 0.40 | $216.00 |
| | | | 0.40 | $216.00 |

**TIMEKEEPER SUMMARY TOTALS**                                              $216.00

TOTAL FEES                                                                 $216.00

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00224

Invoice Date: April 29, 2013
Invoice No.:  1000325
Page: 2

**TOTAL BALANCE DUE**                                                              **$216.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                                  **Via Courier:**
Locke Lord LLP                                   JPMorgan Chase
24259 Network Place                              525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                           Chicago, IL   60661
                                                 Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Beth Northrop Day
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Bloomington, MN 55437

April 29, 2013
Invoice No.: 1000326

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                               $694.89

File Number:        1000304.00227
Re:                 Junker, Ronald and Tracy v. GMAC Mortgage, LLC #726305

Your File Number: 726305

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/01/13 | Draft motion to withdraw. | DFS | 0.60 | 158.40 |
| | | | **0.60** | **$158.40** |

| | Court Mandated Conferences | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/08/13 | Attend hearing on motion to withdraw in Kane County. | DFS | 2.00 | 528.00 |
| | | | **2.00** | **$528.00** |

**TOTAL FEES**                                                              **$686.40**

**TIMEKEEPER SUMMARY:**

**Pleadings**

| D. F. Standa | Associate | $264.00 | 0.60 | $158.40 |
|---|---|---|---|---|
| | | | **0.60** | **$158.40** |

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00227

Invoice Date: April 29, 2013
Invoice No.: 1000326
Page: 2

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 2.00 | $528.00 |
| | | | **2.00** | **$528.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                 **$686.40**

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Delivery Services/Messengers | 8.49 |
| | TOTAL EXPENSES | $8.49 |

TOTAL FEES                                                                              $686.40

TOTAL EXPENSES                                                                     $8.49

TOTAL FEES AND EXPENSES                                                   $694.89

**TOTAL BALANCE DUE**                                                           **$694.89**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

April 29, 2013
Invoice No.: 1000327

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013     <u>$1,026.79</u>

File Number:     1000304.00230
Re:     Massachusetts Recording Fee Litigation, 727116

Your File Number: 727116

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/11/13 | Review of order remanding cases to state court and e-mails between and among joint defense group re ██████ | TJC | 0.30 | 175.50 |
| 03/12/13 | E-mails between and among joint defense counsel re ██████ ████████████████████████ | TJC | 0.30 | 175.50 |
| 03/12/13 | Review remand order and draft e-mail to Lauren Delehey regarding ████ | PRP | 0.60 | 290.40 |
| 03/12/13 | Research local rules regarding filing an appearance and rule relating to service of certain documents prior to filing; draft notice of bankruptcy and effect of automatic stay. | KHH | 0.40 | 128.00 |
| 03/13/13 | E-mails between and among joint defense counsel re ██████ | TJC | 0.10 | 58.50 |
| 03/14/13 | E-mails between and among joint defense counsel re ██████████████████ | TJC | 0.20 | 117.00 |
| 03/19/13 | E-mails between and among joint defense counsel re ██████ ██████ | TJC | 0.10 | 58.50 |
| | | | 2.00 | $1,003.40 |

**TOTAL FEES**        $1,003.40

GMAC Mortgage, LLC
File No.: 1000304.00230

Invoice Date: April 29, 2013
Invoice No.: 1000327
Page: 2

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.60 | $290.40 |
| T.J. Cunningham | Partner | $585.00 | 1.00 | $585.00 |
| K.H. Harris | Associate | $320.00 | 0.40 | $128.00 |
| | | | **2.00** | **$1,003.40** |

**TIMEKEEPER SUMMARY TOTALS**                                **$1,003.40**

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Delivery Services/Messengers | 23.39 |
| | TOTAL EXPENSES | $23.39 |

| | |
|---|---|
| TOTAL FEES | $1,003.40 |
| TOTAL EXPENSES | $23.39 |
| TOTAL FEES AND EXPENSES | $1,026.79 |
| **TOTAL BALANCE DUE** | **$1,026.79** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



## Locke
## Lord LLP
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

April 29, 2013
Invoice No.: 1000328

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                                    $915.80

File Number:     1000304.00236
Re:              Jackson County, MO, Recording Fee Litigation, 727570

Your File Number:  727570

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/11/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 03/30/13 | Review dismissal order and draft email to Lauren Delehey regarding ████████ | PRP | 0.20 | 96.80 |
| 03/30/13 | Email re dismissal of appeal and likely next steps. | TJC | 0.10 | 58.50 |
| | | | **0.40** | **$213.80** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/04/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 03/05/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 03/06/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 03/12/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 03/13/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 03/14/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 03/18/13 | Review of motion to dismiss appeal and e-mails re same . | TJC | 0.40 | 234.00 |
| 03/25/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 03/26/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |

GMAC Mortgage, LLC
File No.: 1000304.00236

Invoice Date: April 29, 2013
Invoice No.: 1000328
Page: 2

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 1.20 | $702.00 |

**TOTAL FEES** — $915.80

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.20 | $96.80 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.40** | **$213.80** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.20 | $702.00 |
| | | | **1.20** | **$702.00** |

**TIMEKEEPER SUMMARY TOTALS** — $915.80

TOTAL FEES — $915.80

**TOTAL BALANCE DUE** — $915.80

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Natasha Campbell
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

April 29, 2013
Invoice No.: 1000329

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                         <u>$262.20</u>

File Number:        1000304.00239
Re:                 Union County, IL Recording Fee Litigation, 728316

Your File Number:  728316

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/15/13 | Review notice of voluntary dismissal and draft e-mail to Lauren Delehey regarding ████ | PRP | 0.30 | 145.20 |
| | | | **0.30** | **$145.20** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/15/13 | Review of voluntary dismissal of GMACM and e-mails re same. | TJC | 0.20 | 117.00 |
| | | | **0.20** | **$117.00** |

**TOTAL FEES**                                                           **$262.20**

## <u>TIMEKEEPER SUMMARY:</u>

**Analysis/Strategy**

| P. R. Perdew | Partner | $484.00 | 0.30 | $145.20 |
|---|---|---|---|---|
| | | | **0.30** | **$145.20** |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00239

Invoice Date: April 29, 2013
Invoice No.:  1000329
Page: 2

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

**TIMEKEEPER SUMMARY TOTALS**                                **$262.20**

TOTAL FEES                                                              $262.20

**TOTAL BALANCE DUE**                                          **$262.20**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail:**</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>**Via Courier:**</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

April 29, 2013
Invoice No.: 1000330

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                        $660.00

File Number:       1000304.00255
Re:                Green, Carla v. GMAC Mortgage, 729948

Your File Number:  729948

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/13/13 | Attend hearing on motion for leave to withdraw as additional counsel. | CGS | 1.90 | 484.50 |
| 03/14/13 | E-mails to and from Kathy Priore and Manish Verma re ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ | TJC | 0.20 | 117.00 |
| | | | **2.10** | **$601.50** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/13/13 | Review of order granting motion for leave to withdraw. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

**TOTAL FEES**                                                      **$660.00**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| C. G. Shetty | Associate | $255.00 | 1.90 | $484.50 |

GMAC Mortgage, LLC
File No.: 1000304.00255

Invoice Date: April 29, 2013
Invoice No.: 1000330
Page: 2

**Analysis/Strategy**

|  |  |  |  | **2.10** | **$601.50** |
|---|---|---|---|---|---|

**Pleadings**

| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
|---|---|---|---|---|
|  |  |  | **0.10** | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**                                   **$660.00**

TOTAL FEES                                                        $660.00

**TOTAL BALANCE DUE**                                            **$660.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                          **Via Courier:**
Locke Lord LLP                          JPMorgan Chase
24259 Network Place                     525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                  Chicago, IL   60661
                                        Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

April 29, 2013
Invoice No.: 1000331

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                    <u>$351.00</u>

File Number:        1000304.00256
Re:                 1323 S. Millard, Chicago, IL (Denise Williamson), 729854

Your File Number:  729854

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/26/13 | Review, analysis of defendant's response to motion for summary judgment and emails re same. | TJC | 0.40 | 234.00 |
| 03/29/13 | Review of reply in support of motion for summary judgment. | TJC | 0.20 | 117.00 |
| | | | **0.60** | **$351.00** |

**TOTAL FEES**                                                    **$351.00**

<u>**TIMEKEEPER SUMMARY:**</u>

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| | | | **0.60** | **$351.00** |

**TIMEKEEPER SUMMARY TOTALS**                                     **$351.00**

TOTAL FEES                                                        $351.00

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00256

Invoice Date: April 29, 2013
Invoice No.: 1000331
Page: 2

**TOTAL BALANCE DUE**                                                                 **$351.00**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>                              <u>Via Courier:</u>
Locke Lord LLP                              JPMorgan Chase
24259 Network Place                         525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                      Chicago, IL   60661
                                            Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

April 29, 2013
Invoice No.: 1000332

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                                    $3,345.60

| File Number: | 1000304.00257 |
| Re: | 1747 North Linder, Chicago, IL (Hunt), #730463 |

Your File Number: 730463

| | | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 03/11/13 | | E-mails re status and wrapping up transfer of property. | TJC | 0.20 | 117.00 |
| 03/12/13 | | E-mails re status of transfer of property to Ocwen before it can be transferred to donee. | TJC | 0.20 | 117.00 |
| 03/12/13 | | Revise EZDec, scan and forward same. (No Charge) | JA | 0.10 | 20.00 |
| 03/12/13 | | Correspond with J. Webb re: ▮▮▮▮ | JRG | 0.30 | 82.80 |
| 03/12/13 | | Correspond with J. Ackerberg re: ▮▮▮▮▮▮ | JRG | 0.10 | 27.60 |
| 03/15/13 | | E-mails re status of effort to get the property transferred. | TJC | 0.10 | 58.50 |
| 03/19/13 | | Email J. Webb re: ▮▮▮▮▮▮ | JRG | 0.20 | 55.20 |
| 03/19/13 | | E-mails re status of execution of quitclaim deed. | TJC | 0.10 | 58.50 |
| 03/22/13 | | E-mails re current status of property transfer. | TJC | 0.10 | 58.50 |
| 03/25/13 | | Conference with J. Webb re ▮▮▮▮▮▮▮ ▮▮▮▮ | TJC | 0.10 | 58.50 |
| 03/25/13 | | Emails re status of transfer of property. | TJC | 0.10 | 58.50 |
| 03/26/13 | | Emails re further progress on getting this property transferred. | TJC | 0.20 | 117.00 |
| 03/27/13 | | E-mails re donee's refusal to accept property unless we pay a pro rated portion of the taxes for the current tax year and consideration of what we should do next in light of donee's refusal to accept property. | TJC | 0.20 | 117.00 |
| 03/28/13 | | Emails re status of effort to divest property and possible next move. | TJC | 0.20 | 117.00 |

GMAC Mortgage, LLC
File No.:  1000304.00257

Invoice Date: April 29, 2013
Invoice No.: 1000332
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 2.20 | $1,063.10 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/01/13 | E-mail from Jance Hoy re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | TJC | 0.30 | 175.50 |
| 03/01/13 | E-mails with GMAC Mortgage regarding ▮▮▮▮▮ | JCW | 0.60 | 177.00 |
| 03/01/13 | Review original tax bills for the 2011-2012 delinquent taxes; e-mail to litigation team regarding same and details regarding the payoff of the 2011 and 2012 delinquent taxes. | TBT | 0.30 | 71.40 |
| 03/05/13 | E-mails with GMAC Mortgage regarding ▮▮▮▮ | JCW | 0.20 | 59.00 |
| 03/05/13 | E-mails with Locke Lord accounting regarding arranging for check to be cut to pay 2011/2012 property taxes. | JCW | 0.30 | 88.50 |
| 03/05/13 | E-mails re status of effort to get delinquent property taxes paid and property transferred. | TJC | 0.20 | 117.00 |
| 03/06/13 | Phone conference with Cook County Treasures Office re payment of property taxes. (No Charge) | MO | 0.20 | 51.00 |
| 03/06/13 | Coordinate payoff of the 2011-2012 delinquent taxes. | TBT | 0.40 | 95.20 |
| 03/07/13 | Coordinate payoff of the 2011-2012 delinquent taxes. | TBT | 0.30 | 71.40 |
| 03/08/13 | Draft letter to the Cook County Treasurer's Office enclosing payments for the payoff of the 2011-2012 delinquent taxes; e-mail to litigation team regarding same; review and circulate proof of payment of the 2011-2012 delinquent taxes to litigation team. | TBT | 0.80 | 190.40 |
| 03/08/13 | Coordinate payment of 2011-2012 taxes. | JCW | 0.20 | 59.00 |
| 03/08/13 | Review cover letter for 2011-2012 taxes. | JCW | 0.10 | 29.50 |
| 03/11/13 | E-mail to GMAC Mortgage enclosing receipts for payment of delinquent taxes. | JCW | 0.20 | 59.00 |
| 03/11/13 | E-mails with GMAC Mortgage regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | JCW | 0.30 | 88.50 |
| 03/11/13 | Review receipts to ensure we have documentation for all paid property taxes. | JCW | 0.20 | 59.00 |
| 03/11/13 | Review proof of payments to determine whether there is any account information to be redacted prior to transmission to opposing counsel; e-mail to litigation team regarding same. | TBT | 0.20 | 47.60 |
| 03/12/13 | E-mails with GMAC Mortgage regarding ▮▮▮▮▮ | JCW | 0.20 | 59.00 |
| 03/12/13 | E-mails with J. Garner regarding ▮▮▮▮▮▮ | JCW | 0.20 | 59.00 |
| 03/12/13 | E-mail to opposing counsel regarding payment of delinquent taxes and next steps to complete donation. | JCW | 0.20 | 59.00 |
| 03/15/13 | E-mails with opposing counsel regarding payment of taxes and completion of donation. | JCW | 0.30 | 88.50 |
| 03/19/13 | E-mails with opposing counsel regarding status of closing documents. | JCW | 0.20 | 59.00 |

GMAC Mortgage, LLC
File No.: 1000304.00257

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/19/13 | Telephone call with opposing counsel regarding status of closing documents. | JCW | 0.20 | 59.00 |
| 03/20/13 | Leave voicemail for opposing counsel regarding status of documents. | JCW | 0.10 | 29.50 |
| 03/20/13 | E-mail to opposing counsel regarding status of documents needed for closing. | JCW | 0.10 | 29.50 |
| 03/22/13 | E-mail to counsel for the donee regarding status of documents. | JCW | 0.10 | 29.50 |
| 03/25/13 | E-mails with GMAC Mortgage regarding ██████████ | JCW | 0.20 | 59.00 |
| 03/25/13 | Leave voicemail for counsel for the donee regarding status of documents. | JCW | 0.10 | 29.50 |
| 03/26/13 | E-mails with GMAC Mortgage regarding ████████████████████████ | JCW | 0.30 | 88.50 |
| 03/26/13 | Leave voicemails for counsel for the donee regarding whether donee will proceed without tax proration. | JCW | 0.20 | 59.00 |
| 03/27/13 | Leave voicemail for counsel for donee. | JCW | 0.10 | 29.50 |
| 03/27/13 | Telephone call with counsel for the donee. | JCW | 0.20 | 59.00 |
| 03/27/13 | E-mail to GMAC Mortgage regarding ██████████ | JCW | 0.20 | 59.00 |
| 03/28/13 | E-mails with J. Garner regarding ██████ | JCW | 0.20 | 59.00 |
| | | | 7.90 | $2,353.50 |

**Less No Charge Entry**                                         **($71.00)**

**TOTAL ADJUSTED FEES**                                       **$3,345.60**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.50 | $877.50 |
| J. R. Garner | Associate | $276.00 | 0.60 | $165.60 |
| J. Ackerberg | Paralegal | $200.00 | 0.10 | $20.00 |
| | | | 2.20 | $1,063.10 |

**Other**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| J.C. Webb | Associate | $295.00 | 5.20 | $1,534.00 |
| M. O'Hara | Paralegal | $255.00 | 0.20 | $51.00 |
| T. B. Till | Paralegal | $238.00 | 2.00 | $476.00 |

GMAC Mortgage, LLC
File No.: 1000304.00257

Invoice Date: April 29, 2013
Invoice No.: 1000332
Page: 4

**Other**

|  | 7.90 | $2,353.50 |

**TIMEKEEPER SUMMARY TOTALS**                                           $3,416.60

TOTAL FEES                                                              $3,416.60

Less No Charge Entry                                                     ($71.00)

TOTAL ADJUSTED FEES                                                     $3,345.60

**TOTAL BALANCE DUE**                                                  **$3,345.60**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                          **Via Courier:**
Locke Lord LLP                           JPMorgan Chase
24259 Network Place                      525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                   Chicago, IL   60661
                                         Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jance Hoy
GMAC Mortgage, LLC
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

April 29, 2013
Invoice No.: 1000333

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                    $1,371.20

File Number:        1000304.00260
Re:                 4935 W Hubbard, Chicago, IL (Clara Williamson), 730893

Your File Number:  730893

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/21/13 | Draft email to opposing counsel regarding alternative solutions to transfer title. | DFS | 0.20 | 52.80 |
| | | | **0.20** | **$52.80** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/26/13 | Review response to motion for summary judgment. | DFS | 0.30 | 79.20 |
| 03/27/13 | Draft reply in support of motion for summary judgment. | DFS | 3.50 | 924.00 |
| 03/28/13 | Revise draft reply in support of summary judgment. | JCW | 0.80 | 236.00 |
| 03/29/13 | Review and revise reply in support of motion for summary judgment. | DFS | 0.30 | 79.20 |
| | | | **4.90** | **$1,318.40** |

**TOTAL FEES**                                                      **$1,371.20**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00260

Invoice Date: April 29, 2013
Invoice No.: 1000333
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 0.20 | $52.80 |
| | | | **0.20** | **$52.80** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 4.10 | $1,082.40 |
| J.C. Webb | Associate | $295.00 | 0.80 | $236.00 |
| | | | **4.90** | **$1,318.40** |

**TIMEKEEPER SUMMARY TOTALS**                                   **$1,371.20**

TOTAL FEES                                                     $1,371.20

**TOTAL BALANCE DUE**                                          **$1,371.20**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

April 29, 2013
Invoice No.: 1000334

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                          $7,314.10

File Number:     1000304.00267
Re:              GMAC Mortgage v. Koenig & Strey, #722926

Your File Number:  722926

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/13/13 | Review e-mail exchange with Koenig & Strey counsel regarding completion of written discovery. | PRP | 0.10 | 48.40 |
| 03/17/13 | Review of status. | TJC | 0.20 | 117.00 |
| | | | **0.30** | **$165.40** |

| | Written Discovery | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/27/13 | Email opposing counsel to check on the status of his overdue discovery responses. | RMH | 0.10 | 29.50 |
| 03/28/13 | Confer with R. Perdew regarding ▇▇▇▇▇▇▇ | RMH | 0.20 | 59.00 |
| 03/31/13 | Email opposing counsel regarding status of his outstanding discovery responses. | RMH | 0.10 | 29.50 |
| | | | **0.40** | **$118.00** |

| | Document Production | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/02/13 | Continue analysis of second set of GMACM internal documents in preparation for supplemental document production. | RMH | 3.40 | 1,003.00 |

GMAC Mortgage, LLC
File No.: 1000304.00267

Invoice Date: April 29, 2013
Invoice No.: 1000334
Page: 2

| | Document Production | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/04/13 | Continue analyze of second set of internal GMACM documents in advance of supplemental production. | RMH | 2.50 | 737.50 |
| 03/05/13 | Complete initial review of second set of internal GMACM documents in preparation for supplemental production. | RMH | 7.40 | 2,183.00 |
| 03/06/13 | Analyze and review those documents previously deemed potentially relevant in preparation for supplemental production. | RMH | 3.70 | 1,091.50 |
| 03/07/13 | Complete review and analysis of potentially relevant documents, finalize proposed production, and send same to R. Perdew for further review. | RMH | 3.50 | 1,032.50 |
| 03/07/13 | Review documents to be produced in second round production. | PRP | 1.30 | 629.20 |
| 03/11/13 | Confer with S. Patterson regarding finalizing document production. | RMH | 0.10 | 29.50 |
| 03/12/13 | Processed data for production. (No Charge) | SP | 0.50 | 162.50 |
| 03/13/13 | Complete creation of production data set; transfer files to electronic media and quality check. (No Charge) | SP | 0.50 | 162.50 |
| 03/13/13 | Finalize and attend to serving supplement document production on Koenig and Strey, confer with opposing counsel re: same, and update L. Delehey regarding ████████████ | RMH | 0.60 | 177.00 |
| | | | **23.50** | **$7,208.20** |

| | Depositions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/16/13 | Draft deposition outline for corporate witness of Koenig and Strey. | RMH | 0.50 | 147.50 |
| | | | **0.50** | **$147.50** |

**Less No Charge Entries**        **($325.00)**

**TOTAL ADJUSTED FEES**        **$7,314.10**

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.10 | $48.40 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.30** | **$165.40** |

### Written Discovery

| | | | | |
|---|---|---|---|---|
| R.M. Holz | Associate | $295.00 | 0.40 | $118.00 |
| | | | **0.40** | **$118.00** |

GMAC Mortgage, LLC
File No.:  1000304.00267

Invoice Date: April 29, 2013
Invoice No.:  1000334
Page: 3

**Document Production**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 1.30 | $629.20 |
| R.M. Holz | Associate | $295.00 | 21.20 | $6,254.00 |
| S. Patterson | Litigation Supp | $325.00 | 1.00 | $325.00 |
| | | | **23.50** | **$7,208.20** |

**Depositions**

| | | | | |
|---|---|---|---|---|
| R.M. Holz | Associate | $295.00 | 0.50 | $147.50 |
| | | | **0.50** | **$147.50** |

**TIMEKEEPER SUMMARY TOTALS**                                     **$7,639.10**

TOTAL FEES                                                                    $7,639.10

Less No Charge Entries                                                   ($325.00)

TOTAL ADJUSTED FEES                                                  $7,314.10

**TOTAL BALANCE DUE**                                               **$7,314.10**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

April 29, 2013
Invoice No.: 1000335

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013

$178.00

File Number:       1000304.00270
Re:                346 W. 60th, Chicago, IL (Knazze), #733068

Your File Number:  733068

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/12/13 | Review order confirming Locke Lord withdrawal as counsel for GMAC Mortgage. | JCW | 0.20 | 59.00 |
| | | | **0.20** | **$59.00** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/12/13 | Review of order approving withdrawal and e-mails re completion of matter. | TJC | 0.20 | 117.00 |
| | | | **0.20** | **$117.00** |

**TOTAL FEES**                                                    **$176.00**

**TIMEKEEPER SUMMARY:**

Other

| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
|---|---|---|---|---|
| | | | **0.20** | **$59.00** |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00270

Invoice Date: April 29, 2013
Invoice No.: 1000335
Page: 2

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

**TIMEKEEPER SUMMARY TOTALS**                  **$176.00**

| **EXPENSES** | **VALUE** |
|---|---|
| Clerk of the Circuit Court of Cook County - Copy of Court Order | 2.00 |
| **TOTAL EXPENSES** | **$2.00** |

TOTAL FEES            $176.00

TOTAL EXPENSES            $2.00

TOTAL FEES AND EXPENSES            $178.00

**TOTAL BALANCE DUE**            **$178.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Don Booth
Paralegal- Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

April 29, 2013
Invoice No.: 1000336

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013      <u>$210.60</u>

File Number:     1000304.00283
Re:            Lugo, Sandra v. GMAC Mortgage, LLC, #734282

Your File Number: 734282

| **Analysis/Strategy** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/17/13 | Review of status. | TJC | 0.20 | 117.00 |
| | | | **0.20** | **$117.00** |

| **Settlement/Non-binding ADR** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/12/13 | Call with Mr. Booth regarding ███████ ███████ | JLK | 0.30 | 93.60 |
| | | | **0.30** | **$93.60** |

**TOTAL FEES**                           **$210.60**

<u>**TIMEKEEPER SUMMARY:**</u>

**Analysis/Strategy**

| | | | | | |
|---|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

GMAC Mortgage, LLC
File No.: 1000304.00283

Invoice Date: April 29, 2013
Invoice No.: 1000336
Page: 2

**Settlement/Non-binding ADR**

| | | | | |
|---|---|---|---|---|
| J. L. Kinney | Associate | $312.00 | 0.30 | $93.60 |
| | | | **0.30** | **$93.60** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$210.60**

TOTAL FEES                                                              $210.60

**TOTAL BALANCE DUE**                                                **$210.60**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Donald Booth
Residential Capital, LLC
8400 Normandale Lake Blvd
Minneapolis, MN 55437

April 29, 2013
Invoice No.: 1000337

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                    $162.80

File Number:    1000304.00286
Re:                  Craig, Jana v. GMAC Mortgage, LLC #734793

Your File Number:  734793

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/17/13 | Review of status. | TJC | 0.20 | 117.00 |
| 03/20/13 | Review and confirm status. | JMG | 0.10 | 45.80 |
| | | | **0.30** | **$162.80** |

**TOTAL FEES**                                                         **$162.80**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.10 | $45.80 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.30** | **$162.80** |

**TIMEKEEPER SUMMARY TOTALS**                                  **$162.80**

**TOTAL FEES**                                                      $162.80

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00286

Invoice Date: April 29, 2013
Invoice No.: 1000337
Page: 2

## TOTAL BALANCE DUE                                                    **$162.80**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                          **Via Courier:**
Locke Lord LLP                            JPMorgan Chase
24259 Network Place                       525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                    Chicago, IL  60661
                                          Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Lauren Delehey
Residential Capital, LLC
1100 Virginia Drive
Fort Washington, PA 19034

April 29, 2013
Invoice No.: 1000338

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                          $1,131.40

| | File Number: | 1000304.00287 |
|---|---|---|
| | Re: | Anctil v. GMAC Mortgage, LLC #734876 |

Your File Number: 734876

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/12/13 | Formulate strategy for potential response to plaintiffs' demand under the Massachusetts Consumer Protection Act. | JNF | 0.20 | 108.00 |
| 03/12/13 | Analyze plaintiffs' demand under the Massachusetts Consumer Protection Act. | JNF | 0.20 | 108.00 |
| 03/12/13 | Review settlement demand and emails to/from L. Delehey re ████████ | JMG | 0.30 | 137.40 |
| 03/14/13 | Revise draft stay violation letter and emails from/to litigation team re ██████ | JMG | 0.30 | 137.40 |
| 03/14/13 | Email to L. Delehey. | JMG | 0.10 | 45.80 |
| 03/14/13 | Prepare letter to plaintiff's counsel re stay violations due to demand letter and amended complaint. | JNF | 0.60 | 324.00 |
| 03/14/13 | Formulate strategy for letter to plaintiff's counsel re stay violations. | JNF | 0.20 | 108.00 |
| 03/17/13 | Review of status. | TJC | 0.20 | 117.00 |
| 03/20/13 | Review and confirm status. | JMG | 0.10 | 45.80 |
| | | | **2.20** | **$1,131.40** |

**TOTAL FEES**                                                            **$1,131.40**

GMAC Mortgage, LLC
File No.: 1000304.00287

Invoice Date: April 29, 2013
Invoice No.: 1000338
Page: 2

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.80 | $366.40 |
| J.N Froehlich | Partner | $540.00 | 1.20 | $648.00 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **2.20** | **$1,131.40** |

**TIMEKEEPER SUMMARY TOTALS**                                     **$1,131.40**

TOTAL FEES                                                        $1,131.40

**TOTAL BALANCE DUE**                                             **$1,131.40**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
Residential Capital, LLC
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

May 10, 2013
Invoice No.: 1002595

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                                    $287.50

File Number:        1000304.00288
Re:                 Mays, Matthew v. GMAC Mortgage, LLC, 734852

Your File Number: 734852

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/26/13 | Emails re initial status conference scheduled for tomorrow and efforts to clarify whether that will go forward or should be canceled in light of status of case. | TJC | 0.20 | 117.00 |
| 03/26/13 | Email correspondence with court and opposing counsel regarding the scheduled status conference; teleconference with court regarding the ability to appear for hearing via telephone. | JRJ | 0.50 | 112.00 |
| | | | 0.70 | $229.00 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/27/13 | Review of ECF notice received terminating initial conference set for today and indicating a conference will be conducted at a later date. | TJC | 0.10 | 58.50 |
| | | | 0.10 | $58.50 |

| **TOTAL FEES** | | | | **$287.50** |
|---|---|---|---|---|

<u>**TIMEKEEPER SUMMARY:**</u>

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00288

Invoice Date: May 10, 2013
Invoice No.:  1002595
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| J. Rudinger, Jr. | Associate | $224.00 | 0.50 | $112.00 |
| | | | **0.70** | **$229.00** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**        **$287.50**

TOTAL FEES        $287.50

**TOTAL BALANCE DUE**        **$287.50**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

April 29, 2013
Invoice No.: 1000339

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                                    $275.40

File Number:        1000304.00290
Re:                 Singh, James v. ETS Services LLC, 735143

Your File Number:  735143

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/17/13 | Review of status. | TJC | 0.20 | 117.00 |
| | | | 0.20 | $117.00 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/01/13 | Telephone conference with M. Rapkine (Wells Fargo counsel) re request to sever defendant BNY from case. | RJM | 0.30 | 158.40 |
| | | | 0.30 | $158.40 |

**TOTAL FEES**                                                                   $275.40

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | 0.20 | $117.00 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00290

Invoice Date: April 29, 2013
Invoice No.: 1000339
Page: 2

**Pleadings**

| | | | | |
|---|---|---|---|---|
| R. J. McClendon | Senior Counsel | $528.00 | 0.30 | $158.40 |
| | | | 0.30 | **$158.40** |

**TIMEKEEPER SUMMARY TOTALS**     **$275.40**

TOTAL FEES     $275.40

**TOTAL BALANCE DUE**     **$275.40**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

April 29, 2013
Invoice No.: 1000340

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                                    $162.80

File Number:        1000304.00292
Re:                 Roussel, Eric v. Homecomings Financial, LLC

Your File Number: 736110

| | Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 03/17/13 | Review of status. | | TJC | 0.20 | 117.00 |
| 03/20/13 | Review and confirm status. | | JMG | 0.10 | 45.80 |
| | | | | **0.30** | **$162.80** |

**TOTAL FEES**                                                                   **$162.80**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | | Partner | $458.00 | 0.10 | $45.80 |
| T.J. Cunningham | | Partner | $585.00 | 0.20 | $117.00 |
| | | | | **0.30** | **$162.80** |

**TIMEKEEPER SUMMARY TOTALS**                                                    **$162.80**

TOTAL FEES                                                                        $162.80

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00292

Invoice Date: April 29, 2013
Invoice No.: 1000340
Page: 2

**TOTAL BALANCE DUE**                                                                 **$162.80**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>                                    <u>Via Courier:</u>
Locke Lord LLP                              JPMorgan Chase
24259 Network Place                         525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                      Chicago, IL   60661
                                            Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

April 29, 2013
Invoice No.: 1000341

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                                    $162.80

File Number:        1000304.00293
Re:                 Combs v. Residential Funding Company, et al., 736621

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/17/13 | Review of status. | TJC | 0.20 | 117.00 |
| 03/20/13 | Review and confirm status. | JMG | 0.10 | 45.80 |
| | | | **0.30** | **$162.80** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/06/13 | Assisted Attorney with the serving of pleading's. (No Charge) | GMS | 0.80 | 204.00 |
| 02/07/13 | Prepared Affidavit Of Service. (No Charge) | GMS | 0.40 | 102.00 |
| 02/07/13 | Prepared Copies of Pleading to be filed. (No Charge) | GMS | 0.40 | 102.00 |
| | | | **1.60** | **$408.00** |

**Less No Charge Entries**                                                    ($408.00)

**TOTAL ADJUSTED FEES**                                                        **$162.80**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| J. M. Goodin | Partner | $458.00 | 0.10 | $45.80 |
|---|---|---|---|---|

GMAC Mortgage, LLC
File No.: 1000304.00293

Invoice Date: April 29, 2013
Invoice No.: 1000341
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.30** | **$162.80** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| G. M. Scott | Paralegal | $255.00 | 1.60 | $408.00 |
| | | | **1.60** | **$408.00** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$570.80**

TOTAL FEES                                                          $570.80

Less No Charge Entries                                          ($408.00)

TOTAL ADJUSTED FEES                                             $162.80

**TOTAL BALANCE DUE**                                           **$162.80**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail:**</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>**Via Courier:**</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

April 29, 2013
Invoice No.: 1000342

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                           $162.80

| | |
|---|---|
| File Number: | 1000304.00294 |
| Re: | Gerona, Emmanuel v. Homecomings Financial, LLC |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/17/13 | Review of status. | TJC | 0.20 | 117.00 |
| 03/20/13 | Review and confirm status. | JMG | 0.10 | 45.80 |
| | | | **0.30** | **$162.80** |

**TOTAL FEES**                                                        **$162.80**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.10 | $45.80 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.30** | **$162.80** |

**TIMEKEEPER SUMMARY TOTALS**                                        **$162.80**

TOTAL FEES                                                             $162.80

**TOTAL BALANCE DUE**                                                **$162.80**

---

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

April 29, 2013
Invoice No.: 1000343

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013 **$800.50**

| | | |
|---|---|---|
| File Number: | 1000304.00295 | |
| Re: | REO NY Holdings, Inc. v. GMAC Mortgage, LLC, 736885 | |

| | **Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/01/13 | Review of status of case and e-mails to and from Matt Goodin re same. | TJC | 0.30 | 175.50 |
| 03/12/13 | Review status and email to plaintiff's counsel | JMG | 0.30 | 137.40 |
| 03/17/13 | Review of status. | TJC | 0.20 | 117.00 |
| 03/20/13 | Follow-up re: status of proposed stipulation. | JMG | 0.30 | 137.40 |
| 03/21/13 | E-mails to/from litigation team re: ▮▮▮▮▮▮ | JMG | 0.20 | 91.60 |
| | | | **1.30** | **$658.90** |

| | **Pleadings** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/21/13 | Review electronic dockets to determine whether Plaintiff's counsel has taken steps to further prosecute her case despite bankruptcy stay. | CBH | 0.30 | 141.60 |
| | | | **0.30** | **$141.60** |

**TOTAL FEES** **$800.50**

**TIMEKEEPER SUMMARY:**

---

GMAC Mortgage, LLC
File No.:  1000304.00295

Invoice Date: April 29, 2013
Invoice No.:  1000343
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.80 | $366.40 |
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | **1.30** | **$658.90** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| C.B. Howard | Partner | $472.00 | 0.30 | $141.60 |
| | | | **0.30** | **$141.60** |

**TIMEKEEPER SUMMARY TOTALS**                                **$800.50**

TOTAL FEES                                                          $800.50

**TOTAL BALANCE DUE**                                          **$800.50**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord
#### LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Kathy Priore
8400 Normandale Blvd
Bloomington, MN 77437

April 29, 2013
Invoice No.: 1000344

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                      $13,538.20

File Number:        1000304.00297
Re:                 Rozier, Karen v. GMAC Mortgage LLC, 737375

Your File Number:  737375

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/28/13 | Investigate borrowers. | NH | 0.20 | 79.20 |
| 02/28/13 | Telephone conference with counsel for GMAC, ETS and other defendants ▮▮▮▮ | NH | 0.20 | 79.20 |
| 03/01/13 | Telephone conference with Casedral Adams re ▮▮▮▮ ▮▮▮▮ | TJC | 0.40 | 234.00 |
| 03/02/13 | E-mails from and to Nina Huerta re ▮▮▮▮ | TJC | 0.20 | 117.00 |
| 03/04/13 | Develop case strategy | CL | 0.20 | 47.20 |
| 03/05/13 | Review correspondence from co-counsel re: ▮▮▮▮ ▮▮▮▮ | NH | 0.20 | 79.20 |
| 03/05/13 | Evaluate (1) privilege and/or joint defense issues relating to representation of ETS employees; and (2) potential restrictions on filing of 170.6 motion (peremptory challenge), including defense based on untimeliness. | NH | 0.30 | 118.80 |
| 03/05/13 | Analyze case law re: peremptory challenge. | CL | 1.00 | 236.00 |
| 03/05/13 | Email from Katie Dutill re ▮▮▮▮ | TJC | 0.10 | 58.50 |
| 03/05/13 | Consideration of issues pertaining to structure of engagement and privilege. | TJC | 0.40 | 234.00 |
| 03/05/13 | Preparation of engagement letters with Rodriguez and Beltran. | TJC | 0.50 | 292.50 |

GMAC Mortgage, LLC
File No.:  1000304.00297

Invoice Date: April 29, 2013
Invoice No.:  1000344
Page: 2

| | **Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/05/13 | Emails to/from Katie Dutill and Natasha Campbell re ███ | TJC | 0.30 | 175.50 |
| 03/05/13 | Telephone conference with Natasha Campbell re ███ ███ | TJC | 0.20 | 117.00 |
| 03/05/13 | Emails from/to Katie Dutill re ███ ███ | TJC | 0.10 | 58.50 |
| 03/05/13 | Emails to/from Kathy Priore re ███ ███ | TJC | 0.20 | 117.00 |
| 03/05/13 | Revision of draft engagement letter to employees to reflect engagement of Locke Lord by bankruptcy estate to represent them. | TJC | 0.40 | 234.00 |
| 03/05/13 | Emails from/to Severson attorneys re ███ | TJC | 0.20 | 117.00 |
| 03/05/13 | Emails to/from Nina Huerta re ███ | TJC | 0.20 | 117.00 |
| 03/05/13 | E-mails from and to Natasha Campbell re ███ ███ | TJC | 0.40 | 234.00 |
| 03/06/13 | Review correspondence from joint defense counsel re: ███ | NH | 0.20 | 79.20 |
| 03/06/13 | E-mails re proposed strategy to file Rule 170.6 peremptory challenge to judge. | TJC | 0.50 | 292.50 |
| 03/06/13 | Evaluate case consolidation status as impacts the filing of a 170.6 motion (peremptory challenge) in lead case. Discuss ███ ███ with C. Lee and T. Cunningham (including | NH | 0.60 | 237.60 |
| 03/06/13 | Telephone conference with L. Rodriguez re: ███ and litigation plan. | NH | 0.40 | 158.40 |
| 03/06/13 | Telephone conference with S. Beltran re: ███ ███ | NH | 0.40 | 158.40 |
| 03/06/13 | Finalize engagement letters to Rodriguez and Beltran. | NH | 0.40 | 158.40 |
| 03/06/13 | Draft emails to S. Beltran and L. Rodriguez re: ███ | NH | 0.40 | 158.40 |
| 03/06/13 | Analyze case law re: agency liability. | CL | 1.00 | 236.00 |
| 03/06/13 | Email co-counsel re: 170.6 motion. | CL | 0.10 | 23.60 |
| 03/07/13 | Emails re filing of 170.6 motion. | TJC | 0.10 | 58.50 |
| 03/08/13 | Telephone conference with Nina Huerta re ███ ███ | TJC | 0.20 | 117.00 |
| 03/08/13 | Telephone call from Ms. Rozier. | TJC | 0.10 | 58.50 |
| 03/08/13 | Follow up emails re transfer of case today and possible dismissal of individual defendants. | TJC | 0.20 | 117.00 |
| 03/08/13 | Conferences with C. Lee and T. Cunningham re: ███ ███ | NH | 0.20 | 79.20 |
| 03/08/13 | Analyze case law re: liability for notaries under Government Code 8214.1. | CL | 1.00 | 236.00 |

GMAC Mortgage, LLC
File No.: 1000304.00297

Invoice Date: April 29, 2013
Invoice No.: 1000344
Page: 3

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/08/13 | Conference with Plaintiff re: dismissal of case. | CL | 0.20 | 47.20 |
| 03/08/13 | Email co-counsel re: ███████████ | CL | 0.10 | 23.60 |
| 03/08/13 | Analyze title documents | CL | 1.50 | 354.00 |
| 03/08/13 | Revise draft report to joint defense group. | NH | 0.20 | 79.20 |
| 03/11/13 | Draft report to joint defense group. | NH | 0.10 | 39.60 |
| 03/11/13 | Respond to emails from joint defense counsel re: ███████████ | NH | 0.10 | 39.60 |
| 03/11/13 | Evaluate response to planned ex parte motion, including what form of written response should be filed to support consolidation. | NH | 0.10 | 39.60 |
| 03/11/13 | Telephone conference with plaintiff Karen Rozier. | NH | 0.10 | 39.60 |
| 03/11/13 | E-mails re call from Plaintiff today regarding proposed dismissal of individual defendants. | TJC | 0.10 | 58.50 |
| 03/12/13 | E-mail from Severson re ███████████ | TJC | 0.10 | 58.50 |
| 03/12/13 | E-mails from and to Nina Huerta re ███████████ | TJC | 0.20 | 117.00 |
| 03/14/13 | E-mails re declaration in support of motion to consolidate. | TJC | 0.20 | 117.00 |
| 03/14/13 | Conference with Plaintiff re: her request that we withdraw our peremptory challenge | CL | 0.20 | 47.20 |
| 03/15/13 | Review email from co-counsel re: ███████████ | CL | 0.10 | 23.60 |
| 03/15/13 | Analyze docket re: relevant pleadings necessary to defend client in the action | CL | 0.10 | 23.60 |
| 03/15/13 | E-mails regarding Plaintiffs' peremptory challenge of Judge Di Cesare and reassignment of case to new judge and e-mails and consideration of whether we should file demurrer in light of Plaintiff's representation that she intends to voluntarily dismiss individual defendants. | TJC | 0.30 | 175.50 |
| 03/18/13 | Review and analyze GMAC's demurrer | CL | 0.20 | 47.20 |
| 03/18/13 | E-mail from Katie Dutill re ███████████ | TJC | 0.10 | 58.50 |
| 03/19/13 | Analyze case law re: execution of foreclosure notice as privileged act | CL | 0.60 | 141.60 |
| 03/21/13 | E-mail from Katie Dutill re ███████████ | TJC | 0.10 | 58.50 |
| 03/26/13 | Review of emails re rejection of our demurrer and plan for refiling it. | TJC | 0.20 | 117.00 |
| 03/26/13 | Conference with clerk re: demurrer filing | CL | 0.20 | 47.20 |
| 03/26/13 | Email conference with joint defense group re: ███████████ | CL | 0.10 | 23.60 |
| 03/27/13 | Email from Katie Dutill re ███████████ | TJC | 0.10 | 58.50 |
| | | | **16.80** | **$6,749.70** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/27/13 | Email conformed copies of demurrer to clients and joint defense group | CL | 0.10 | 23.60 |
| | | | **0.10** | **$23.60** |

GMAC Mortgage, LLC
File No.:  1000304.00297

Invoice Date: April 29, 2013
Invoice No.:  1000344
Page:  4

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/28/13 | Review second amended complaint, partial request for dismissal and relevant pleadings on docket and evaluate response to second amended complaint. | NH | 1.00 | 396.00 |
| 03/04/13 | Review and analyze docket and second amended complaint. | CL | 0.50 | 118.00 |
| 03/05/13 | Draft 170.6 peremptory challenge motion and declaration in support. | CL | 0.60 | 141.60 |
| 03/06/13 | Finalize and file 170.6 motion. | CL | 0.10 | 23.60 |
| 03/06/13 | Revise 170.6 motion and supporting declaration and file motion. | NH | 0.50 | 198.00 |
| 03/06/13 | Draft email to joint defense team re: ▆▆▆▆▆▆▆▆ | NH | 0.10 | 39.60 |
| 03/06/13 | Begin drafting demurrer; analyze case law re: agency liability. | CL | 5.90 | 1,392.40 |
| 03/07/13 | Review docket re: status of 170.6 challenge and case reassignment. | NH | 0.20 | 79.20 |
| 03/07/13 | Research newly assigned judge. | NH | 0.10 | 39.60 |
| 03/08/13 | Review docket re: plaintiff's purported dismissal. | NH | 0.10 | 39.60 |
| 03/08/13 | Complete drafting demurrer. | CL | 4.80 | 1,132.80 |
| 03/11/13 | Review draft ex parte application to consolidate trial of related actions. | NH | 0.10 | 39.60 |
| 03/13/13 | Revise declaration re: consent to consolidation. | NH | 0.20 | 79.20 |
| 03/13/13 | Review of draft declaration in support of motion to consolidate and e-mails re same. | TJC | 0.30 | 175.50 |
| 03/13/13 | Draft declaration in support of ex parte application | CL | 0.20 | 47.20 |
| 03/15/13 | Review correspondence from joint defense team re: status of hearing of ex parte application to consolidate related cases, plaintiff's filing of peremptory challenge as to Judge DiCesare and continuance of hearing in light of same. | NH | 0.10 | 39.60 |
| 03/17/13 | Review of docket re proposed dismissal of individual defendants. | TJC | 0.10 | 58.50 |
| 03/18/13 | Revise demurrer. | NH | 1.50 | 594.00 |
| 03/18/13 | Review of draft demurrer and e-mails re same. | TJC | 0.20 | 117.00 |
| 03/19/13 | Preparation of demurrer and review of reassignment of case to Judge Fell and e-mails re same. | TJC | 0.40 | 234.00 |
| 03/19/13 | Review email from counsel for GMAC enclosing minute order from court re: reassignment of case upon plaintiff's filing of peremptory challenge, and telephone conference with counsel for GMAC re: ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | NH | 0.20 | 79.20 |
| 03/20/13 | Draft email to Rodriguez and Beltran re: ▆▆▆▆▆▆▆▆▆ | NH | 0.10 | 39.60 |
| 03/26/13 | Review notice from clerk rejecting demurrer on ground that individual defendants are dismissed from the action and evaluate response to same. | NH | 0.20 | 79.20 |
| 03/26/13 | Telephone conference with clerk re: rejection of demurrer and status of dismissal. | NH | 0.20 | 79.20 |
| 03/28/13 | Emails re demurrer to second amended complaint. | TJC | 0.20 | 117.00 |

GMAC Mortgage, LLC
File No.: 1000304.00297

Invoice Date: April 29, 2013
Invoice No.: 1000344
Page: 5

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Pleadings** | | | | |
| | | | **17.90** | **$5,379.20** |

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | **Dispositive Motions** | | | |
| 03/14/13 | Finalize and file declaration in support of motion to consolidate | CL | 0.10 | 23.60 |
| 03/18/13 | Revise demurrer | CL | 3.40 | 802.40 |
| 03/25/13 | Finalize and file demurrer | CL | 0.20 | 47.20 |
| | | | **3.70** | **$873.20** |

**TOTAL FEES**        **$13,025.70**

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| N. Huerta | Partner | $396.00 | 4.10 | $1,623.60 |
| T.J. Cunningham | Partner | $585.00 | 6.10 | $3,568.50 |
| C. Lee | Associate | $236.00 | 6.60 | $1,557.60 |
| | | | **16.80** | **$6,749.70** |

### Other

| | | | | |
|---|---|---|---|---|
| C. Lee | Associate | $236.00 | 0.10 | $23.60 |
| | | | **0.10** | **$23.60** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| N. Huerta | Partner | $396.00 | 4.60 | $1,821.60 |
| T.J. Cunningham | Partner | $585.00 | 1.20 | $702.00 |
| C. Lee | Associate | $236.00 | 12.10 | $2,855.60 |
| | | | **17.90** | **$5,379.20** |

### Dispositive Motions

| | | | | |
|---|---|---|---|---|
| C. Lee | Associate | $236.00 | 3.70 | $873.20 |
| | | | **3.70** | **$873.20** |

**TIMEKEEPER SUMMARY TOTALS**        **$13,025.70**

GMAC Mortgage, LLC
File No.:  1000304.00297

Invoice Date: April 29, 2013
Invoice No.:  1000344
Page:  6

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| 03/29/13 | Litigation Support Vendors - First Legal Network LLC - File Motion and Declaration re Disqualification. | 487.50 |
| 03/29/13 | Litigation Support Vendors - First Legal Network LLC - Deliver Courtesy Copies to Judge. | 25.00 |
| | TOTAL EXPENSES | $512.50 |

| | |
|---|---|
| TOTAL FEES | $13,025.70 |
| TOTAL EXPENSES | $512.50 |
| TOTAL FEES AND EXPENSES | $13,538.20 |
| **TOTAL BALANCE DUE** | **$13,538.20** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Kathy Priore
8400 Normandale Blvd
Bloomington, MN 77437

April 29, 2013
Invoice No.:  1000344

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through March 31, 2013

File Number:   1000304.00297
RE:    Rozier, Karen v. GMAC Mortgage LLC, 737375

Total Fees .................................................................................................................................. $13,025.70

Total Expenses ........................................................................................................................... $512.50

Total Due this Statement.............................................................................................................. $13,538.20

**Total Balance Due** .................................................................................................................. **$13,538.20**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord  LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord  LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



**Locke**
**Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

April 29, 2013
Invoice No.: 1000345

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013

$1,853.60

File Number:        1000304.00298
Re:                 Abraham, Leela v. GMAC Mortgage, LLC

| | **Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/19/13 | Edit letter to counsel providing notice of automatic stay. | JNF | 0.10 | 54.00 |
| 03/19/13 | Formulate strategy for notice of bankruptcy and letter to plaintiff's counsel. | JNF | 0.20 | 108.00 |
| 03/19/13 | Edit notice of bankruptcy and automatic stay. | JNF | 0.20 | 108.00 |
| 03/21/13 | E-mail to D. Booth re: ▬▬▬ | JMG | 0.10 | 45.80 |
| 03/25/13 | Analyze notice of dismissal filed by plaintiff. | JNF | 0.20 | 108.00 |
| | | | **0.80** | **$423.80** |

| | **Pleadings** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/15/13 | Review complaint. | JMG | 1.00 | 458.00 |
| 03/18/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 03/19/13 | Draft notice of bankruptcy stay and violation letter; Various e-mails transmitting same; Attention to filing. | JMG | 0.90 | 412.20 |
| 03/20/13 | Review and analysis of Plaintiffs' opposition to State Farm motion to sever and dismiss second amended complaint and e-mails re same. | TJC | 0.30 | 175.50 |
| 03/21/13 | Review of notice of dismissal and e-mails re same. | TJC | 0.30 | 175.50 |
| 03/22/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **2.70** | **$1,338.20** |

GMAC Mortgage, LLC
File No.: 1000304.00298

Invoice Date: April 29, 2013
Invoice No.: 1000345
Page: 2

| | Other Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/21/13 | Review ECF notice re: voluntary dismissal of claims against GMACM. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

**TOTAL FEES**            **$1,853.60**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.10 | $45.80 |
| J.N Froehlich | Partner | $540.00 | 0.70 | $378.00 |
| | | | **0.80** | **$423.80** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.90 | $870.20 |
| T.J. Cunningham | Partner | $585.00 | 0.80 | $468.00 |
| | | | **2.70** | **$1,338.20** |

**Other Written Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**TIMEKEEPER SUMMARY TOTALS**     **$1,853.60**

TOTAL FEES     $1,853.60

**TOTAL BALANCE DUE**     **$1,853.60**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.


**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Linda Gregerson
Residential Capital, LLC
8400 Normandale Lake Blvd
Bloomington, MN 55437

May 10, 2013
Invoice No.: 1002597

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2013                                    <u>$704.00</u>

File Number:          1000304.00303
Re:                   6046 N Monitor (Lapalio-Lakin), 737737

Your File Number:  737737

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/26/13 | E-mail to GMAC Mortgage regarding initial analysis and next steps. | JCW | 0.20 | 59.00 |
| 03/26/13 | Emails re initial case assessment. | TJC | 0.10 | 58.50 |
| 03/27/13 | Emails re status of investigation into title. | TJC | 0.20 | 117.00 |
| | | | **0.50** | **$234.50** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/26/13 | Conference with Chethan Shetty regarding ██████ | JCW | 0.20 | 59.00 |
| 03/26/13 | E-mail to Tiffany Till requesting ████████ ██████ | JCW | 0.10 | 29.50 |
| | | | **0.30** | **$88.50** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/25/13 | Review, analysis of complaint and emails re same. | TJC | 0.50 | 292.50 |
| 03/26/13 | Review Summons and Complaint. | JCW | 0.30 | 88.50 |
| | | | **0.80** | **$381.00** |

**TOTAL FEES**                                                                    **$704.00**

GMAC Mortgage, LLC
File No.:  1000304.00303

Invoice Date: May 10, 2013
Invoice No.:  1002597
Page: 2

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.50** | **$234.50** |

### Other

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| | | | **0.30** | **$88.50** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| | | | **0.80** | **$381.00** |

**TIMEKEEPER SUMMARY TOTALS**                                              **$704.00**

TOTAL FEES                                                                                   $704.00

**TOTAL BALANCE DUE**                                                              **$704.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.