

# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

May 21, 2013
Invoice No.: 1004075

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013

$2,345.19

| File Number: | 1000304.00000 |
| Re: | Residential Funding Bankruptcy - LL Fee Petitions |

Your File Number: 733964

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/08/13 | NO CHARGE - E-mails from and to Eric Small at the US Trustee's office. | TJC | 0.10 | 58.50 |
| 04/09/13 | NO CHARGE - Telephone conference with Eric Small re US Trustee's objection to Locke Lord fee petition and negotiation of reduction; Follow-up e-mails to and from Eric Small re proposed reduction; E-mails re appearances on Thursday. | TJC | 0.70 | 409.50 |
| 04/09/13 | E-mails in preparation for 4/10. | JMG | 0.20 | 91.60 |
| 04/12/13 | Telephone conference with Dave Reed at Deloitte re information contained in response to audit letter. | TJC | 0.20 | 117.00 |
| 04/16/13 | E-mails from and to Erica Richards re draft order approving second interim fee petition. | TJC | 0.10 | 58.50 |
| | | | 1.30 | $735.10 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/16/13 | Review of draft order approving second interim fee petition. | TJC | 0.20 | 117.00 |
| 04/25/13 | E-mails to and from Erica Richards re status of order approving interim fee applications. | TJC | 0.20 | 117.00 |
| | | | 0.40 | $234.00 |

GMAC Mortgage, LLC
File No.: 1000304.00000

Invoice Date: May 21, 2013
Invoice No.: 1004075
Page: 2

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Court Mandated Conferences** | | | | |
| 04/11/13 | Court appearance re presentation of fee petition. | TJC | 1.50 | 877.50 |
| | | | **1.50** | **$877.50** |

| | | |
|---|---|---|
| **Less NO CHARGE entries** | | (**$468.00**) |
| **TOTAL ADJUSTED FEES** | | **$1,378.60** |

### TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| T.J. Cunningham | Partner | $585.00 | 1.10 | $643.50 |
| | | | **1.30** | **$735.10** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | **0.40** | **$234.00** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.50 | $877.50 |
| | | | **1.50** | **$877.50** |

| | |
|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **$1,846.60** |

| DATE | EXPENSES | VALUE |
|---|---|---|
| 04/17/13 | FedEx Shipments FedEx: 494575773906 USER DEFINED 1: 8313 CHFEDEX | 23.60 |
| 04/17/13 | FedEx Shipments FedEx: 494575773891 USER DEFINED 1: 8313 CHFEDEX | 23.60 |
| 04/17/13 | FedEx Shipments FedEx: 494575773917 USER DEFINED 1: 8313 CHFEDEX | 23.60 |
| 04/17/13 | FedEx Shipments FedEx: 494575773880 USER DEFINED 1: 8313 CHFEDEX | 23.60 |
| 04/24/13 | Travel expenses (including coach airfare, hotel)  for trip to New York to attend hearing on fee petition on 4-11 (T. Cunningham) | 872.19 |
| | TOTAL | $966.59 |

| | |
|---|---|
| **TOTAL FEES** | $1,846.60 |

GMAC Mortgage, LLC
File No.: 1000304.00000

Invoice Date: May 21, 2013
Invoice No.:  1004075
Page: 3

| | |
|---|---:|
| Less NO CHARGE entries | ($468.00) |
| TOTAL ADJUSTED FEES | $1,378.60 |
| TOTAL EXPENSES | $966.59 |
| TOTAL FEES AND EXPENSES | $2,345.19 |
| **TOTAL BALANCE DUE** | **$2,345.19** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

May 31, 2013
Invoice No.: 1006167

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013            **$13,003.50**

File Number:       1000304.00174
Re:                Nora v. GMAC Mortgage, #706615

Your File Number:  706615

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/01/13 | E-mails re schedule and initial filings. | TJC | 0.20 | 117.00 |
| 04/02/13 | E-mails re preparation of disclosure statement. | TJC | 0.20 | 117.00 |
| 04/02/13 | E-mail to Lauren Delehey re ███████ | TJC | 0.30 | 175.50 |
| 04/09/13 | Review and analysis of docketing statement received today. | TJC | 0.30 | 175.50 |
| 04/09/13 | Conference with Julie Webb re docketing statement and position being taken by Nora. | TJC | 0.20 | 117.00 |
| 04/09/13 | Follow up e-mails from and to Julie Webb and Rusty Perdew re docketing statement and advice we should give clients. | TJC | 0.30 | 175.50 |
| 04/10/13 | Analysis and consideration of issues pertaining to Wendy Nora's docketing statement and the position that we should take in responding to it with regard to whether the district court's order was final and numerous e-mails re same. | TJC | 1.00 | 585.00 |
| 04/10/13 | Draft e-mail to Lauren Delehey regarding ██████ | PRP | 0.20 | 96.80 |
| 04/11/13 | E-mails re which parties we will represent in Seventh Circuit appeal and plan for telephone conference with Norm Rosenbaum tomorrow re same. | TJC | 0.30 | 175.50 |

GMAC Mortgage, LLC
File No.: 1000304.00174

Invoice Date: May 31, 2013
Invoice No.: 1006167
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/11/13 | Exchange e-mails and speak with Lauren Delehey regarding ▆▆▆ | PRP | 0.40 | 193.60 |
| 04/16/13 | Conference with Rusty Perdew re various arguments pertaining to impact of automatic stay on dismissal, appeal, and how this case will likely proceed depending on what position we elect to take. | TJC | 0.40 | 234.00 |
| 04/16/13 | Follow up e-mails re confirmation that Kirkland & Ellis will appear for and represent Ally-related defendants in the Seventh Circuit appeal. | TJC | 0.20 | 117.00 |
| 04/16/13 | E-mails re organization chart and information for corporate disclosure statement. | TJC | 0.10 | 58.50 |
| 04/16/13 | Preparation of docketing statement and consideration of various issues pertaining to approach we should take in the appeal. | TJC | 0.50 | 292.50 |
| 04/16/13 | E-mail from Andrew Marmion at MERS re ▆▆▆ | TJC | 0.10 | 58.50 |
| 04/17/13 | E-mails from and to Jennifer Scoliard re ▆▆▆ | TJC | 0.10 | 58.50 |
| 04/17/13 | E-mail to Rusty Perdew and Julie Webb re ▆▆▆ | TJC | 0.20 | 117.00 |
| 04/17/13 | Draft e-mail to Lauren Delehey regarding ▆▆▆ | PRP | 0.20 | 96.80 |
| 04/17/13 | E-mails re Nora's filing of affidavits of service in the adversary proceeding today and analysis of whether she has properly served the complaint and how we should handle this issue. | TJC | 0.30 | 175.50 |
| 04/17/13 | Analyze First Amended Adversary Complaint to identify new claims and allegations. | JCW | 0.50 | 147.50 |
| 04/17/13 | Analyze Notice regarding Mandatory Settlement Procedures in Adversary Action to determine upcoming deadlines. | JCW | 0.20 | 59.00 |
| 04/17/13 | Analyze proofs of service filed by Nora in adversary action. | JCW | 0.20 | 59.00 |
| 04/18/13 | Draft e-mail to co-defendants' counsel regarding ▆▆▆ | PRP | 0.60 | 290.40 |
| 04/18/13 | Exchange e-mails with Lauren Delehey regarding ▆▆▆ | PRP | 0.40 | 193.60 |
| 04/18/13 | Revise e-mail to MERS regarding ▆▆▆ | PRP | 0.60 | 290.40 |
| 04/18/13 | E-mail to co-defendants re ▆▆▆ | TJC | 0.20 | 117.00 |
| 04/18/13 | E-mail to Amy Nelson re ▆▆▆ | TJC | 0.10 | 58.50 |
| 04/18/13 | Review of e-mail to MERS counsel re ▆▆▆ | TJC | 0.20 | 117.00 |
| 04/18/13 | E-mails re previous representation of various individuals. | TJC | 0.20 | 117.00 |
| 04/18/13 | Draft e-mails to individual defendants Amy Nelson, Manish Verma, and Kenneth Urgwaudu regarding ▆▆▆ | PRP | 0.70 | 338.80 |
| 04/19/13 | E-mails re preparation of docketing statement and ▆▆▆ | TJC | 0.20 | 117.00 |

GMAC Mortgage, LLC
File No.: 1000304.00174

Invoice Date: May 31, 2013
Invoice No.: 1006167
Page: 3

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/22/13 | Exchange e-mails with defendant Amy Nelson regarding ▮▮▮▮▮ | PRP | 0.40 | 193.60 |
| 04/22/13 | E-mails re docketing statement and need for MERS approval. | TJC | 0.20 | 117.00 |
| 04/23/13 | Speak with MERS in-house counsel regarding ▮▮▮▮▮ ▮▮▮▮▮ | PRP | 0.40 | 193.60 |
| 04/23/13 | E-mails re ▮▮▮▮▮ ▮▮▮▮▮ | TJC | 0.10 | 58.50 |
| 04/23/13 | Conference with Rusty Perdew re status. | TJC | 0.20 | 117.00 |
| 04/24/13 | E-mails from and to Lauren Delehey re ▮▮▮▮▮ ▮▮▮▮▮ | TJC | 0.20 | 117.00 |
| 04/30/13 | Analyze Nora's Motion to Dismiss her own appeal. | JCW | 0.30 | 88.50 |
| 04/30/13 | Review plaintiffs' motion to dismiss appeal. | PRP | 0.60 | 290.40 |
| | | | **12.00** | **$6,217.50** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/11/13 | E-mails with litigation team regarding who we are representing. | JCW | 0.20 | 59.00 |
| 04/18/13 | Prepare e-mail to MERS regarding ▮▮▮▮▮ ▮▮▮▮▮ | JCW | 1.20 | 354.00 |
| 04/22/13 | E-mails with litigation team regarding status of GMAC Mortgage's and MER's review of Docketing Statement and Corporate Disclosure Statement. | JCW | 0.10 | 29.50 |
| 04/30/13 | Determine deadline for response to Nora's Motion to Dismiss Appeal. | JCW | 0.20 | 59.00 |
| | | | **1.70** | **$501.50** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/15/13 | Prepare docketing statement. | JCW | 0.50 | 147.50 |
| 04/16/13 | Review and revise draft response to plaintiff's docketing statement. | PRP | 2.20 | 1,064.80 |
| 04/17/13 | Continue revising draft response to plaintiffs' docketing statement. | PRP | 0.80 | 387.20 |
| 04/17/13 | Preparation of docketing statement. | TJC | 0.50 | 292.50 |
| 04/24/13 | Review of ECF notices received today re Seventh Circuit filings. | TJC | 0.10 | 58.50 |
| 04/30/13 | Review of Nora's motion to dismiss appeal as taken from non-final decisions and orders or for extension of time. | TJC | 0.50 | 292.50 |
| | | | **4.60** | **$2,243.00** |

| | Other Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/24/13 | Review Docketing Statement filed by Buss & Moglowsky defendants in 7th Circuit proceeding. | JCW | 0.20 | 59.00 |
| | | | **0.20** | **$59.00** |

GMAC Mortgage, LLC
File No.: 1000304.00174

Invoice Date: May 31, 2013
Invoice No.: 1006167
Page: 4

| | Appellate Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/01/13 | E-mail to Tom Cunningham and Rusty Perdew enclosing Seventh Circuit decision on point . | JCW | 0.10 | 29.50 |
| 04/01/13 | Review 7th Circuit local rules to determine briefing schedule. | JCW | 0.70 | 206.50 |
| 04/01/13 | Research appellate jurisdiction where district court dismissed case for lack of subject matter jurisdiction after defendant filed for bankruptcy. | JCW | 2.10 | 619.50 |
| 04/02/13 | Review 7th Circuit Local Rules and identify documents to be filed in association with Nora's appeal. | JCW | 0.80 | 236.00 |
| 04/02/13 | Research regarding jurisdiction for appeal. | JCW | 0.50 | 147.50 |
| 04/09/13 | E-mail to litigation team regarding analysis of docketing statement and appropriate response. | JCW | 0.20 | 59.00 |
| 04/09/13 | Analyze Nora's docketing statement. | JCW | 0.30 | 88.50 |
| 04/10/13 | Research appellate jurisdiction where district court dismissed case for lack of subject matter jurisdiction after defendant filed for bankruptcy. | JCW | 0.90 | 265.50 |
| 04/10/13 | Prepare summary of research. | JCW | 0.50 | 147.50 |
| 04/10/13 | E-mails with Tom Cunningham and Rusty Perdew regarding research results. | JCW | 0.20 | 59.00 |
| 04/16/13 | Draft Corporate Disclosure Statement for 7th Circuit Appeal describing parent corporations and ownership information. | JCW | 0.60 | 177.00 |
| 04/16/13 | Continue preparing draft Docketing Statement. | JCW | 1.60 | 472.00 |
| 04/17/13 | Revise draft Docketing Statement per Rusty Perdew comments. | JCW | 0.70 | 206.50 |
| 04/17/13 | Research additional case law to support Docketing Statement. | JCW | 0.40 | 118.00 |
| 04/17/13 | Revise draft Corporate Disclosure Statement per Rusty Perdew comments. | JCW | 0.20 | 59.00 |
| 04/17/13 | Prepare pleadings and summary of Nora's lawsuits to be sent to MERS. | JCW | 1.10 | 324.50 |
| 04/23/13 | Revise Fleischmann Appearance/Corporate Disclosure form for 7th Circuit Appeal. | JCW | 0.20 | 59.00 |
| 04/23/13 | Draft Cunningham Corporate Disclosure form for 7th Circuit Appeal. | JCW | 0.30 | 88.50 |
| 04/23/13 | Draft Webb Corporate Disclosure form for 7th Circuit Appeal. | JCW | 0.30 | 88.50 |
| 04/23/13 | Revise Docketing Statement for 7th Circuit Appeal. | JCW | 0.80 | 236.00 |
| 04/23/13 | File Docketing Statement and Corporate Disclosure statements in 7th Circuit Appeal. | JCW | 0.60 | 177.00 |
| 04/23/13 | Circulate file-stamped Docketing Statement and Corporate Disclosure statements to GMAC Mortgage. | JCW | 0.20 | 59.00 |
| 04/23/13 | Circulate file-stamped Docketing Statement and Corporate Disclosure statements to MERS. | JCW | 0.20 | 59.00 |
| | | | 13.50 | $3,982.50 |

**TOTAL FEES** $13,003.50

GMAC Mortgage, LLC
File No.:  1000304.00174

Invoice Date: May 31, 2013
Invoice No.:  1006167
Page: 5

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 4.50 | $2,178.00 |
| T.J. Cunningham | Partner | $585.00 | 6.30 | $3,685.50 |
| J.C. Webb | Associate | $295.00 | 1.20 | $354.00 |
| | | | **12.00** | **$6,217.50** |

### Other

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 1.70 | $501.50 |
| | | | **1.70** | **$501.50** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 3.00 | $1,452.00 |
| T.J. Cunningham | Partner | $585.00 | 1.10 | $643.50 |
| J.C. Webb | Associate | $295.00 | 0.50 | $147.50 |
| | | | **4.60** | **$2,243.00** |

### Other Written Motions/Submissions

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.20** | **$59.00** |

### Appellate Motions/Submissions

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 13.50 | $3,982.50 |
| | | | **13.50** | **$3,982.50** |

**TIMEKEEPER SUMMARY TOTALS**                                            **$13,003.50**

TOTAL FEES                                                   $13,003.50

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259



**Locke**
**Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
GMAC Mortgage, LLC
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

May 21, 2013
Invoice No.: 1004076

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                        $117.00

|  |  |
|---|---|
| File Number: | 1000304.00177 |
| Re: | Murray County v. Homecomings Financial, #710508 |

Your File Number: 710508

| | Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 04/12/13 | Review of voluntary dismissal of Homecomings from case without prejudice. | | TJC | 0.20 | 117.00 |
| | | | | **0.20** | **$117.00** |

**TOTAL FEES** | | | | | **$117.00**

**TIMEKEEPER SUMMARY:**

| | Pleadings | | | | |
|---|---|---|---|---|---|
| | T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | | **0.20** | **$117.00** |

**TIMEKEEPER SUMMARY TOTALS** | | | | | **$117.00**

TOTAL FEES | | | | | $117.00

**TOTAL BALANCE DUE** | | | | | **$117.00**

---



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Donald Booth
GMAC Mortgage, LLC
Paralegal - Litigation
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

May 21, 2013
Invoice No.: 1004077

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                                    $137.40

File Number:        1000304.00178
Re:                 Smith, Tiffany v. Homecomings Financial, #711686

Your File Number:  711686

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/03/13 | Review and confirm status. | JMG | 0.10 | 45.80 |
| | | | **0.10** | **$45.80** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/12/13 | Teleconference w/ plaintiffs' counsel. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

**TOTAL FEES**                                                                  **$137.40**

**TIMEKEEPER SUMMARY:**

Analysis/Strategy

| J. M. Goodin | Partner | $458.00 | 0.10 | $45.80 |
|---|---|---|---|---|
| | | | **0.10** | **$45.80** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00178

Invoice Date: May 21, 2013
Invoice No.: 1004077
Page: 2

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**TIMEKEEPER SUMMARY TOTALS**                 **$137.40**

TOTAL FEES                 $137.40

**TOTAL BALANCE DUE**                 **$137.40**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Don Booth
Paralegal- Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

May 21, 2013
Invoice No.: 1004078

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013 ........................ **$137.40**

File Number:     1000304.00179
Re:              Gardner, Alan v. GMAC Mortgage, LLC, #703565

Your File Number:  703565

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/03/13 | Review and confirm status. | JMG | 0.10 | 45.80 |
| | | | **0.10** | **$45.80** |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/12/13 | Teleconference w/ plaintiffs' counsel. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

**TOTAL FEES**                                                    **$137.40**

**TIMEKEEPER SUMMARY:**

Analysis/Strategy

| J. M. Goodin | Partner | $458.00 | 0.10 | $45.80 |
|---|---|---|---|---|
| | | | **0.10** | **$45.80** |

GMAC Mortgage, LLC
File No.:  1000304.00179

Invoice Date: May 21, 2013
Invoice No.:  1004078
Page: 2

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**TIMEKEEPER SUMMARY TOTALS**                                      **$137.40**

TOTAL FEES                                                                       $137.40

**TOTAL BALANCE DUE**                                                   **$137.40**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

May 21, 2013
Invoice No.: 1004079

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                                    $503.80

File Number:        1000304.00195
Re:                 NCUA v. GMAC Mortgage (California), #718805

Your File Number:  718805

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/19/13 | Monitor and review relevant joint defense emails. | JMG | 0.30 | 137.40 |
| 04/24/13 | Monitor and review relevant joint defense e-mails and draft pleadings. | JMG | 0.20 | 91.60 |
| | | | **0.50** | **$229.00** |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/23/13 | Monitor and review relevant joint defense group e-mails. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/15/13 | Review, analysis of relevant filing in bankruptcy proceedings. | JMG | 0.30 | 137.40 |
| 04/30/13 | Monitor and review docket activity. | JMG | 0.10 | 45.80 |
| | | | **0.40** | **$183.20** |

**TOTAL FEES**                                                                  **$503.80**

**TIMEKEEPER SUMMARY:**

GMAC Mortgage, LLC
File No.: 1000304.00195

Invoice Date: May 21, 2013
Invoice No.: 1004079
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| | | | **0.50** | **$229.00** |

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
| | | | **0.40** | **$183.20** |

**TIMEKEEPER SUMMARY TOTALS**                                         **$503.80**

TOTAL FEES                      $503.80

**TOTAL BALANCE DUE**                      **$503.80**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

May 21, 2013
Invoice No.: 1004081

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                                    $1,442.50

File Number:       1000304.00196
Re:                NCUA v. GMAC Mortgage (Kansas), #714943

Your File Number:  714943

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/10/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 04/18/13 | Monitor and review relevant docket activity and joint defense correspondence. | JMG | 0.30 | 137.40 |
| 04/19/13 | Monitor and review relevant joint defense emails. | JMG | 0.30 | 137.40 |
| 04/23/13 | Monitor and review relevant joint defense group e-mails. | JMG | 0.20 | 91.60 |
| 04/24/13 | Monitor and review relevant joint defense e-mails and draft pleadings. | JMG | 0.20 | 91.60 |
| 04/24/13 | E-mail from courtroom deputy re inquiry about upcoming status conference and what parties should expect. | TJC | 0.10 | 58.50 |
| 04/29/13 | Review of ECF notice received today regarding status conference and order regarding stay pending resolution of interlocutory appeal. | TJC | 0.10 | 58.50 |
| | | | **1.30** | **$633.50** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/24/13 | Review e-mail correspondence from Judge Lungstrom's clerk re: 4/29 CMC. | JMG | 0.10 | 45.80 |
| | | | **0.10** | **$45.80** |

GMAC Mortgage, LLC
File No.:  1000304.00196

Invoice Date: May 21, 2013
Invoice No.:  1004081
Page: 2

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/05/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 04/08/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 04/11/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 04/15/13 | Review, analysis of relevant filing in bankruptcy proceedings. | JMG | 0.30 | 137.40 |
| 04/18/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 04/25/13 | Monitor ECF notices and review relevant filings. | JMG | 0.30 | 137.40 |
| 04/25/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 04/26/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 04/29/13 | Review ECF notices re status hearing in related NCUA actions and stay pending appeal. | JMG | 0.30 | 137.40 |
| | | | **1.50** | **$763.20** |

**TOTAL FEES**                                                                                     **$1,442.50**


**TIMEKEEPER SUMMARY:**

#### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.00 | $458.00 |
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **1.30** | **$633.50** |

#### Other

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.10 | $45.80 |
| | | | **0.10** | **$45.80** |

#### Pleadings

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.90 | $412.20 |
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| | | | **1.50** | **$763.20** |

**TIMEKEEPER SUMMARY TOTALS**                                                          **$1,442.50**

TOTAL FEES                                                                                        $1,442.50

**TOTAL BALANCE DUE**                                                                     **$1,442.50**



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

May 21, 2013
Invoice No.: 1004082

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                                        $292.50

| | | |
|---|---|---|
| File Number: | 1000304.00203 | |
| Re: | Bates, Barrett (DC) v. GMAC Mortgage, #720605 | |

Your File Number: 720605

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/17/13 | Review of Second Amended Complaint and e-mails re same. | TJC | 0.50 | 292.50 |
| | | | 0.50 | $292.50 |

**TOTAL FEES**                                                                       **$292.50**

**TIMEKEEPER SUMMARY:**

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | 0.50 | $292.50 |

**TIMEKEEPER SUMMARY TOTALS**                                                        **$292.50**

TOTAL FEES                                                                           $292.50

**TOTAL BALANCE DUE**                                                                **$292.50**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
GMAC Mortgage, LLC
8500 Normandale Lake Boulevard
Minneapolis, MN 55437

May 21, 2013
Invoice No.: 1004083

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                                    $91.60

File Number:        1000304.00213
Re:                 FHLB Indianapolis v. Residential, #704371

Your File Number:  704371

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/18/13 | Telephone conference with bankruptcy counsel re status. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

**TOTAL FEES**                                                                   **$91.60**

**TIMEKEEPER SUMMARY:**

Analysis/Strategy

| | | | HOURS | VALUE |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**TIMEKEEPER SUMMARY TOTALS**                                                    **$91.60**

TOTAL FEES                                                                       $91.60

**TOTAL BALANCE DUE**                                                            **$91.60**

PLEASE REMIT PAYMENT TO:

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

**Locke Lord** LLP
Attorneys & Counselors

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

May 21, 2013
Invoice No.: 1004084

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                                 <u>$1,350.90</u>

File Number:       1000304.00217
Re:                Charles Schwab v. Residential, 701759

Your File Number:  701759

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/05/13 | E-mails between and among joint defense counsel re ████ | TJC | 0.10 | 58.50 |
| 04/08/13 | E-mails between and among joint defense counsel re ████ | TJC | 0.10 | 58.50 |
| 04/09/13 | E-mails between and among joint defense counsel re ████ | TJC | 0.10 | 58.50 |
| 04/13/13 | E-mails between and among joint defense counsel re ████ ████ | TJC | 0.10 | 58.50 |
| 04/17/13 | E-mails between and among joint defense counsel re ████ ████ | TJC | 0.10 | 58.50 |
| 04/19/13 | Monitor and review relevant joint defense emails. | JMG | 0.30 | 137.40 |
| 04/26/13 | E-mails between and among joint defense counsel re ████ | TJC | 0.10 | 58.50 |
| 04/27/13 | E-mails between and among joint defense counsel re ████ ████ | TJC | 0.10 | 58.50 |
| 04/29/13 | E-mails between and among joint defense counsel re ████ ████ | TJC | 0.10 | 58.50 |
| 04/29/13 | E-mails between and among joint defense counsel re ████ ████ | TJC | 0.10 | 58.50 |

GMAC Mortgage, LLC
File No.: 1000304.00217

Invoice Date: May 21, 2013
Invoice No.: 1004084
Page: 2

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Analysis/Strategy** | | | | |
| | | | 1.20 | **$663.90** |
| | | | | |
| **Pleadings** | | ATTY | HOURS | VALUE |
| 04/15/13 | Review, analysis of relevant filing in bankruptcy proceedings. | JMG | 0.30 | 137.40 |
| 04/29/13 | Monitor and review relevant joint defense emails re ███████ ████████████████████ | JMG | 0.20 | 91.60 |
| | | | 0.50 | **$229.00** |
| | | | | |
| **Written Discovery** | | ATTY | HOURS | VALUE |
| 04/05/13 | Monitor and review relevant joint defense e-mails re: ████████ ████ | JMG | 0.20 | 91.60 |
| | | | 0.20 | **$91.60** |
| | | | | |
| **Other Discovery** | | ATTY | HOURS | VALUE |
| 04/08/13 | Review/analysis of subpoena to Ocwen seeking documents related to GMACM serviced loans and joint defense e-mails re: ████ | JMG | 0.50 | 229.00 |
| 04/09/13 | Monitor and review relevant joint defense e-mails re: ████████ ████ | JMG | 0.30 | 137.40 |
| | | | 0.80 | **$366.40** |

**TOTAL FEES**                                                   **$1,350.90**


**TIMEKEEPER SUMMARY:**

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| T.J. Cunningham | Partner | $585.00 | 0.90 | $526.50 |
| | | | **1.20** | **$663.90** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| | | | **0.50** | **$229.00** |

### Written Discovery

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |

GMAC Mortgage, LLC
File No.: 1000304.00217

Invoice Date: May 21, 2013
Invoice No.: 1004084
Page: 3

**Written Discovery**

|  |  |  | 0.20 | $91.60 |
|--|--|--|------|--------|

**Other Discovery**

| J. M. Goodin | Partner | $458.00 | 0.80 | $366.40 |
|--------------|---------|---------|------|--------|
|  |  |  | 0.80 | $366.40 |

**TIMEKEEPER SUMMARY TOTALS**                                    $1,350.90

TOTAL FEES                                                       $1,350.90

**TOTAL BALANCE DUE**                                            **$1,350.90**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

May 21, 2013
Invoice No.: 1004085

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                                    $600.40

File Number:      1000304.00219
Re:               FHLB Boston v. Residential, #713113

Your File Number:  713113

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/10/13 | E-mails between and among joint defense counsel re ▮▮▮▮▮▮▮ | TJC | 0.10 | 58.50 |
| 04/16/13 | E-mails between and among joint defense counsel re ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ | TJC | 0.10 | 58.50 |
| 04/19/13 | Monitor and review relevant joint defense emails. | JMG | 0.30 | 137.40 |
| | | | 0.50 | $254.40 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/10/13 | Monitor and review relevant joint defense e-mails. | JMG | 0.20 | 91.60 |
| | | | 0.20 | $91.60 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/15/13 | Review, analysis of relevant filing in bankruptcy proceedings. | JMG | 0.30 | 137.40 |
| 04/16/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 04/18/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | 0.50 | $254.40 |

GMAC Mortgage, LLC
File No.:  1000304.00219

Invoice Date: May 21, 2013
Invoice No.:  1004085
Page: 2

**TOTAL FEES**                                               **$600.40**

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.50** | **$254.40** |

### Other

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.50** | **$254.40** |

**TIMEKEEPER SUMMARY TOTALS**                             **$600.40**

TOTAL FEES                                            $600.40

**TOTAL BALANCE DUE**                                         **$600.40**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call J. M. Goodin of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

May 21, 2013
Invoice No.: 1004096

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                          $2,744.90

File Number:      1000304.00220
Re:               FHLB Chicago v. Residential, #704078

Your File Number:  704078

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/03/13 | E-mails between and among joint defense counsel re ███████ | TJC | 0.10 | 58.50 |
| 04/04/13 | E-mails between and among joint defense counsel re ███ | TJC | 0.10 | 58.50 |
| 04/05/13 | E-mails between and among joint defense counsel re ███ | TJC | 0.10 | 58.50 |
| 04/06/13 | E-mails between and among joint defense counsel re ███ | TJC | 0.10 | 58.50 |
| 04/08/13 | E-mails between and among joint defense counsel re ███ | TJC | 0.10 | 58.50 |
| 04/09/13 | E-mails between and among joint defense counsel re ███ | TJC | 0.20 | 117.00 |
| 04/10/13 | E-mails between and among joint defense counsel re ███ | TJC | 0.20 | 117.00 |
| 04/10/13 | E-mails between and among joint defense counsel re ███ | TJC | 0.20 | 117.00 |
| 04/11/13 | E-mails between and among joint defense counsel re ███ | TJC | 0.10 | 58.50 |

GMAC Mortgage, LLC
File No.: 1000304.00220

Invoice Date: May 21, 2013
Invoice No.:    1004096
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/11/13 | E-mails between and among joint defense counsel re ■■■■ | TJC | 0.10 | 58.50 |
| 04/11/13 | E-mails between and among joint defense counsel re ■■■■ | TJC | 0.10 | 58.50 |
| 04/12/13 | E-mails between and among joint defense counsel re ■■■■ | TJC | 0.30 | 175.50 |
| 04/16/13 | E-mails between and among joint defense counsel re ■■■■ | TJC | 0.10 | 58.50 |
| 04/18/13 | Telephone conference with bankruptcy counsel re ■■■ | JMG | 0.20 | 91.60 |
| 04/19/13 | Monitor and review relevant joint defense emails. | JMG | 0.30 | 137.40 |
| 04/19/13 | E-mails between and among joint defense counsel re ■■■■ | TJC | 0.20 | 117.00 |
| 04/22/13 | E-mails between and among joint defense counsel re ■■■■ | TJC | 0.10 | 58.50 |
| 04/22/13 | E-mail to Plaintiffs' counsel re scheduling a meet and confer regarding Plaintiffs' responses to Defendants' discovery requests. | TJC | 0.10 | 58.50 |
| 04/29/13 | E-mails between and among joint defense counsel re ■■■■ | TJC | 0.30 | 175.50 |
| | | | 3.00 | $1,691.50 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/15/13 | Review, analysis of relevant filing in bankruptcy proceedings. | JMG | 0.30 | 137.40 |
| | | | 0.30 | $137.40 |

| | Other Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/12/13 | Monitor and review docket activity and joint defense e-mails ■■■ | JMG | 0.40 | 183.20 |
| | | | 0.40 | $183.20 |

| | Written Discovery | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/05/13 | Monitor and review relevant joint defense e-mails re: ■■■ | JMG | 0.20 | 91.60 |
| 04/11/13 | Monitor and review relevant joint defense correspondence re: ■■■ | JMG | 0.50 | 229.00 |
| | | | 0.70 | $320.60 |

GMAC Mortgage, LLC
File No.: 1000304.00220

Invoice Date: May 21, 2013
Invoice No.: 1004096
Page: 3

| | Other Discovery | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 04/04/13 | Review joint defense e-mails re: ███████████ | | JMG | 0.40 | 183.20 |
| 04/09/13 | Monitor and review relevant joint defense e-mails re: █████ | | JMG | 0.30 | 137.40 |
| 04/10/13 | Monitor and review relevant joint defense e-mails re: █████ ██████ | | JMG | 0.20 | 91.60 |
| | | | | **0.90** | **$412.20** |

**TOTAL FEES** $2,744.90

### TIMEKEEPER SUMMARY:

| **Analysis/Strategy** | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| T.J. Cunningham | Partner | $585.00 | 2.50 | $1,462.50 |
| | | | **3.00** | **$1,691.50** |
| **Pleadings** | | | | |
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | **0.30** | **$137.40** |
| **Other Written Motions/Submissions** | | | | |
| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
| | | | **0.40** | **$183.20** |
| **Written Discovery** | | | | |
| J. M. Goodin | Partner | $458.00 | 0.70 | $320.60 |
| | | | **0.70** | **$320.60** |
| **Other Discovery** | | | | |
| J. M. Goodin | Partner | $458.00 | 0.90 | $412.20 |
| | | | **0.90** | **$412.20** |

**TIMEKEEPER SUMMARY TOTALS** $2,744.90

GMAC Mortgage, LLC
File No.:  1000304.00220

Invoice Date: May 21, 2013
Invoice No.:  1004096
Page:  4

| | |
|---|---|
| TOTAL FEES | $2,744.90 |
| **TOTAL BALANCE DUE** | **$2,744.90** |

PLEASE REMIT PAYMENT TO:

| **Via US Mail:** | **Via Courier:** |
|---|---|
| Locke Lord LLP | JPMorgan Chase |
| 24259 Network Place | 525 West Monroe Street, 8th Floor |
| Chicago, IL 60673-1242 | Chicago, IL   60661 |
| | Attn: Locke Lord LLP Box #24259 |

This statement is due upon receipt.  Please call J. M. Goodin of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



## Locke Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

May 21, 2013
Invoice No.: 1004099

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                                    $324.00

File Number:        1000304.00224
Re:                 Bates, Barrett (New Jersey) v. GMAC Mortgage, 725793

Your File Number: 725793

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/03/13 | Review email from joint defense counsel re ▮▮▮▮▮ | JNF | 0.10 | 54.00 |
| 04/17/13 | Prepare email to joint defense counsel re ▮▮▮▮▮ | JNF | 0.10 | 54.00 |
| 04/17/13 | Analyze proposed consent order to have matter dismissed. | JNF | 0.10 | 54.00 |
| | | | 0.30 | $162.00 |

| Settlement/Non-binding ADR | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/19/13 | Analyze email from joint defense counsel re ▮▮▮▮▮ | JNF | 0.10 | 54.00 |
| | | | 0.10 | $54.00 |

| Dispositive Motions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/30/13 | Formulate strategy for receipt of final order of dismissal. | JNF | 0.10 | 54.00 |
| 04/30/13 | Review emails from joint defense group re ▮▮▮▮▮ | JNF | 0.10 | 54.00 |
| | | | 0.20 | $108.00 |

**TOTAL FEES**                                                                  $324.00

GMAC Mortgage, LLC
File No.: 1000304.00224

Invoice Date: May 21, 2013
Invoice No.: 1004099
Page: 2

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J.N Froehlich | Partner | $540.00 | 0.30 | $162.00 |
| | | | **0.30** | **$162.00** |

### Settlement/Non-binding ADR

| | | | | |
|---|---|---|---|---|
| J.N Froehlich | Partner | $540.00 | 0.10 | $54.00 |
| | | | **0.10** | **$54.00** |

### Dispositive Motions

| | | | | |
|---|---|---|---|---|
| J.N Froehlich | Partner | $540.00 | 0.20 | $108.00 |
| | | | **0.20** | **$108.00** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$324.00**

TOTAL FEES                                                          $324.00

**TOTAL BALANCE DUE**                                           **$324.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL 60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

May 21, 2013
Invoice No.: 1004103

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                                      $468.00

File Number:      1000304.00230
Re:               Massachusetts Recording Fee Litigation, 727116

Your File Number: 727116

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/03/13 | E-mails between and among joint defense counsel re ▉▉▉▉ | TJC | 0.10 | 58.50 |
| 04/04/13 | E-mails between and among joint defense counsel re ▉▉▉▉ | TJC | 0.20 | 117.00 |
| 04/11/13 | E-mails between and among joint defense counsel re ▉▉▉▉ | TJC | 0.20 | 117.00 |
| 04/18/13 | E-mails between and among joint defense counsel re ▉▉▉▉ | TJC | 0.10 | 58.50 |
| | | | **0.60** | **$351.00** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/04/13 | Review of various ECF notices received today. | TJC | 0.20 | 117.00 |
| | | | **0.20** | **$117.00** |

**TOTAL FEES**                                                                   **$468.00**

**TIMEKEEPER SUMMARY:**

GMAC Mortgage, LLC
File No.: 1000304.00230

Invoice Date: May 21, 2013
Invoice No.: 1004103
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| | | | **0.60** | **$351.00** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

| | |
|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **$468.00** |
| TOTAL FEES | $468.00 |
| **TOTAL BALANCE DUE** | **$468.00** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

May 21, 2013
Invoice No.: 1004104

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                          $117.00

| File Number: | 1000304.00236 |
|---|---|
| Re: | Jackson County, MO, Recording Fee Litigation, 727570 |

Your File Number: 727570

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/09/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/05/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

**TOTAL FEES**                                                        **$117.00**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00236

Invoice Date: May 21, 2013
Invoice No.: 1004104
Page: 2

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**        **$117.00**

TOTAL FEES        $117.00

**TOTAL BALANCE DUE**        **$117.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord
### LLP
##### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory                                           May 21, 2013
GMAC Mortgage, LLC                                    Invoice No.: 1007223
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                              $851.00

| | |
|---|---|
| File Number: | 1000304.00257 |
| Re: | 1747 North Linder, Chicago, IL (Hunt), #730463 |

Your File Number: 730463

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/04/13 | E-mails re status of donation of property and possible consequence if we just don't transfer property or deal with outstanding issues. | TJC | 0.30 | 175.50 |
| 04/08/13 | E-mails re current status of effort to donate property. | TJC | 0.10 | 58.50 |
| 04/10/13 | E-mail from Jance Hoy re ██████████████ | TJC | 0.10 | 58.50 |
| 04/18/13 | E-mails re status. | TJC | 0.10 | 58.50 |
| 04/23/13 | E-mail from counsel for donee re status of property donation and follow up e-mails. | TJC | 0.10 | 58.50 |
| 04/26/13 | E-mails re status of donation. | TJC | 0.10 | 58.50 |
| 04/26/13 | E-mail from Jance Hoy instructing us to ██████████ ██████████████ | TJC | 0.10 | 58.50 |
| | | | **0.90** | **$526.50** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/08/13 | E-mails with GMAC Mortgage regarding ██████████ ████████ | JCW | 0.20 | 59.00 |
| 04/15/13 | E-mails with GMAC Mortgage about ██████████ | JCW | 0.20 | 59.00 |
| 04/18/13 | E-mail to J. Garner regarding request for updated water certification. | JCW | 0.10 | 29.50 |

GMAC Mortgage, LLC
File No.:  1000304.00257

Invoice Date: May 21, 2013
Invoice No.: 1007223
Page: 2

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/18/13 | E-mail to opposing counsel regarding agreement to pay prorated taxes and request for Form W9. | JCW | 0.20 | 59.00 |
| 04/26/13 | E-mails with GMAC Mortgage regarding ██████████ | JCW | 0.20 | 59.00 |
| 04/26/13 | Communicate decision to abandon donation to opposing counsel. | JCW | 0.20 | 59.00 |
| | | | **1.10** | **$324.50** |

**TOTAL FEES**                                                                                      **$851.00**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.90 | $526.50 |
| | | | **0.90** | **$526.50** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 1.10 | $324.50 |
| | | | **1.10** | **$324.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                       **$851.00**

TOTAL FEES                                                                                              $851.00

**TOTAL BALANCE DUE**                                                                       **$851.00**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jance Hoy
GMAC Mortgage, LLC
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

May 21, 2013
Invoice No.: 1007224

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                                    $748.00

File Number:        1000304.00260
Re:                 4935 W Hubbard, Chicago, IL (Clara Williamson), 730893

Your File Number:  730893

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/09/13 | E-mails re reply brief filed today. | TJC | 0.10 | 58.50 |
| 04/09/13 | File reply in support of motion for summary judgment. | DFS | 0.30 | 79.20 |
| 04/11/13 | Attend hearing to set oral argument for motion for summary judgment. | DFS | 2.00 | 528.00 |
| | | | 2.40 | $665.70 |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/02/13 | Review of notice of upcoming case management conference. | TJC | 0.10 | 58.50 |
| | | | 0.10 | $58.50 |

| Other Preparation/Support | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/10/13 | Update chart of housing court matters. | TBT | 0.10 | 23.80 |
| | | | 0.10 | $23.80 |

**TOTAL FEES**                                                                  **$748.00**

GMAC Mortgage, LLC
File No.: 1000304.00260

Invoice Date: May 21, 2013
Invoice No.: 1007224
Page: 2

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| D. F. Standa | Associate | $264.00 | 2.30 | $607.20 |
| | | | **2.40** | **$665.70** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

### Other Preparation/Support

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | **0.10** | **$23.80** |

**TIMEKEEPER SUMMARY TOTALS**                                                **$748.00**

TOTAL FEES                                                                              $748.00

**TOTAL BALANCE DUE**                                                        **$748.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke**

**Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC                                                  May 21, 2013
Attn: Ms. Beth McWilliams                                    Invoice No.: 1007225
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                            <u>$682.20</u>

File Number:        1000304.00265
Re:                 12544 S Wallace, Chicago, IL, 731757

Your File Number:  731757

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/09/13 | E-mails to and from Julie Webb re demolition order. | TJC | 0.20 | 117.00 |
| 04/09/13 | Conference with Julie Webb re demolition order and what, if anything, we should do about it. | TJC | 0.10 | 58.50 |
| 04/10/13 | E-mails re demolition order received yesterday. | TJC | 0.10 | 58.50 |
| 04/10/13 | Research title record and foreclosure file to determine Homecomings' interest in property per L. Gregerson's request. | DFS | 0.80 | 211.20 |
| | | | **1.20** | **$445.20** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/10/13 | E-mails regarding status of dismissal of Homecomings as a defendant. | JCW | 0.20 | 59.00 |
| | | | **0.20** | **$59.00** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/09/13 | Review and analysis of demolition order and e-mails from and to Linda Gregerson re same. | TJC | 0.30 | 175.50 |
| | | | **0.30** | **$175.50** |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00265

Invoice Date: May 21, 2013
Invoice No.:  1007225
Page:  2

**TOTAL FEES**                                                                                   **$679.70**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| D. F. Standa | Associate | $264.00 | 0.80 | $211.20 |
| | | | **1.20** | **$445.20** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.20** | **$59.00** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.30** | **$175.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                    **$679.70**

| **EXPENSES** | **VALUE** |
|---|---|
| Outside Copy Costs - Clerk of the Circuit Court of Cook County - Obtain Copy of Order | 2.50 |
| **TOTAL EXPENSES** | **$2.50** |

| | |
|---|---|
| TOTAL FEES | $679.70 |
| TOTAL EXPENSES | $2.50 |
| TOTAL FEES AND EXPENSES | $682.20 |
| **TOTAL BALANCE DUE** | **$682.20** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

May 21, 2013
Invoice No.: 1004111

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013

$2,078.40

File Number:    1000304.00267
Re:             GMAC Mortgage v. Koenig & Strey, #722926

Your File Number:  722926

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/09/13 | Draft e-mail to Lauren Delehey regarding ▮▮▮▮▮▮ | PRP | 0.20 | 96.80 |
| | | | 0.20 | $96.80 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/03/13 | E-mail to Ryan Holz and Rusty Perdew regarding summary of hearing, enclosing court's order. | JCW | 0.20 | 59.00 |
| | | | 0.20 | $59.00 |

| | Court Mandated Conferences | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/02/13 | Prepare for status hearing concerning discovery progress. | RMH | 0.30 | 88.50 |
| 04/03/13 | Conference with J. Webb re settlement conference and new deadlines imposed on Koenig & Strey regarding completion of written discovery. | RMH | 0.20 | 59.00 |
| 04/03/13 | Attend hearing on status of discovery. | JCW | 1.90 | 560.50 |
| | | | 2.40 | $708.00 |

GMAC Mortgage, LLC
File No.: 1000304.00267

Invoice Date: May 21, 2013
Invoice No.: 1004111
Page: 2

| **Written Discovery** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/16/13 | Respond to email inquiry from opposing counsel regarding discovery issues. | RMH | 0.10 | 29.50 |
| | | | **0.10** | **$29.50** |

| **Depositions** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/13/13 | Revise notice of deposition to Koeing & Strey. | RMH | 0.20 | 59.00 |
| 04/05/13 | Work with R. Perdew to revise and supplement notice of deposition to Koenig & Strey. | RMH | 0.30 | 88.50 |
| 04/05/13 | Review and revise draft notice of corporate representative deposition. | PRP | 1.90 | 919.60 |
| 04/09/13 | Finalize and attend to serving deposition notice on Koenig & Strey. | RMH | 0.40 | 118.00 |
| | | | **2.80** | **$1,185.10** |

**TOTAL FEES**                                                                                                    **$2,078.40**

**TIMEKEEPER SUMMARY:**

| **Analysis/Strategy** | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.20 | $96.80 |
| | | | **0.20** | **$96.80** |

| **Other** | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.20** | **$59.00** |

| **Court Mandated Conferences** | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 1.90 | $560.50 |
| R.M. Holz | Associate | $295.00 | 0.50 | $147.50 |
| | | | **2.40** | **$708.00** |

| **Written Discovery** | | | | |
|---|---|---|---|---|
| R.M. Holz | Associate | $295.00 | 0.10 | $29.50 |
| | | | **0.10** | **$29.50** |

GMAC Mortgage, LLC
File No.: 1000304.00267

Invoice Date: May 21, 2013
Invoice No.: 1004111
Page: 3

**Depositions**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 1.90 | $919.60 |
| R.M. Holz | Associate | $295.00 | 0.90 | $265.50 |
| | | | **2.80** | **$1,185.10** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$2,078.40**

TOTAL FEES                                                             $2,078.40

**TOTAL BALANCE DUE**                                            **$2,078.40**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                              **Via Courier:**
Locke Lord LLP                            JPMorgan Chase
24259 Network Place                       525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                    Chicago, IL  60661
                                          Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Don Booth
Paralegal- Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

May 21, 2013
Invoice No.: 1004112

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                                    $536.60

File Number:      1000304.00283
Re:               Lugo, Sandra v. GMAC Mortgage, LLC, #734282

Your File Number:  734282

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/30/13 | Consideration of Ms. Kinney's e-mail and next steps. | JLS | 0.10 | 37.40 |
| | | | 0.10 | $37.40 |

| | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/12/13 | Confer with Mr. Sessions regarding █████████ | JLK | 0.30 | 93.60 |
| 04/15/13 | Confer with Mr. Sessions. | JLK | 0.10 | 31.20 |
| 04/18/13 | Confer with counsel for co-defendant Athene regarding status of settlement. | JLK | 0.40 | 124.80 |
| 04/30/13 | Confer with D. Booth regarding ██████████ | JLK | 0.40 | 124.80 |
| | | | 1.20 | $374.40 |

| | Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/08/13 | Confer with D. Booth regarding █████████████ ██████ | JLK | 0.40 | 124.80 |
| | | | 0.40 | $124.80 |

**TOTAL FEES**                                                             $536.60

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00283

Invoice Date: May 21, 2013
Invoice No.: 1004112
Page: 2

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. L. Sanders | Partner | $374.00 | 0.10 | $37.40 |
| | | | **0.10** | **$37.40** |

### Settlement/Non-binding ADR

| | | | | |
|---|---|---|---|---|
| J. L. Kinney | Associate | $312.00 | 1.20 | $374.40 |
| | | | **1.20** | **$374.40** |

### Written Motions/Submissions

| | | | | |
|---|---|---|---|---|
| J. L. Kinney | Associate | $312.00 | 0.40 | $124.80 |
| | | | **0.40** | **$124.80** |

| | |
|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **$536.60** |
| TOTAL FEES | $536.60 |
| **TOTAL BALANCE DUE** | **$536.60** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.


# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Lauren Delehey
Residential Capital, LLC
1100 Virginia Drive
Fort Washington, PA 19034

May 21, 2013
Invoice No.: 1004113

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                    $886.80

File Number:    1000304.00287
Re:             Anctil v. GMAC Mortgage, LLC #734876

Your File Number:  734876

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/16/13 | Formulate strategy for potential response to second amended complaint. | JNF | 0.20 | 108.00 |
| 04/16/13 | Analyze second amended complaint filed by plaintiffs | JNF | 0.50 | 270.00 |
| 04/16/13 | Follow up with litigation team re termination of GMACM and email to L. Delehey re same. | JMG | 0.30 | 137.40 |
| | | | 1.00 | $515.40 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/16/13 | Review ECF notice and second amended complaint. | JMG | 0.30 | 137.40 |
| 04/16/13 | Review of Second Amended Complaint and e-mails re same. | TJC | 0.40 | 234.00 |
| | | | 0.70 | $371.40 |

**TOTAL FEES**                                                $886.80

**TIMEKEEPER SUMMARY:**

GMAC Mortgage, LLC
File No.: 1000304.00287

Invoice Date: May 21, 2013
Invoice No.: 1004113
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| J.N Froehlich | Partner | $540.00 | 0.70 | $378.00 |
| | | | **1.00** | **$515.40** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | **0.70** | **$371.40** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$886.80**

TOTAL FEES                                                       $886.80

**TOTAL BALANCE DUE**                                            **$886.80**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
Residential Capital, LLC
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

May 21, 2013
Invoice No.: 1004120

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                                        $1,529.90

File Number:      1000304.00288
Re:               Mays, Matthew v. GMAC Mortgage, LLC, 734852

Your File Number:  734852

| | Analysis and Advice | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/17/13 | Prepare and send status report to client regarding conference with Court. | JRJ | 0.40 | 89.60 |
| 04/17/13 | Email correspondence with opposing counsel regarding outstanding issues requested and ordered by Court. | JRJ | 0.30 | 67.20 |
| 04/30/13 | Internal email correspondence regarding response to opposing counsel. | JRJ | 0.30 | 67.20 |
| 04/30/13 | Email correspondence with opposing counsel providing answers to outstanding questions. | JRJ | 0.40 | 89.60 |
| 04/30/13 | Email correspondence with client regarding ███████████ ██████████ | JRJ | 0.20 | 44.80 |
| | | | 1.60 | $358.40 |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/02/13 | Review court order regarding status conference. | JRJ | 0.20 | 44.80 |
| 04/02/13 | E-mail re notice of upcoming telephone conference. | TJC | 0.10 | 58.50 |
| 04/17/13 | Work on case strategy and next steps. | JLS | 0.10 | 37.40 |
| 04/23/13 | Conference with Mr. Rudinger regarding what Plaintiff seeks. | JLS | 0.10 | 37.40 |
| 04/23/13 | E-mails re status. | TJC | 0.20 | 117.00 |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00288

Invoice Date: May 21, 2013
Invoice No.:  1004120
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/23/13 | Teleconference with opposing counsel regarding the information sought and ordered by the court. | JRJ | 0.50 | 112.00 |
| 04/24/13 | Email correspondence regarding the outstanding information and opposing counsel's requests and email correspondence with client requesting information and teleconference. | JRJ | 0.60 | 134.40 |
| 04/24/13 | E-mail Mr. Rudinger regarding his contact with opposing counsel. | JLS | 0.10 | 37.40 |
| 04/29/13 | E-mail Mr. Rudinger regarding obtaining Court ordered information. | JLS | 0.10 | 37.40 |
| 04/29/13 | E-mails re status of obtaining information from Don Booth and following up with opposing counsel. | TJC | 0.10 | 58.50 |
| 04/30/13 | Email from Don Booth re ████████████████ ███████████████████████████ | TJC | 0.20 | 117.00 |
| 04/30/13 | Review and revise update to Plaintiff's counsel. | JLS | 0.20 | 74.80 |
| | | | 2.50 | $866.60 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/10/13 | Review of minute order entered today. | TJC | 0.10 | 58.50 |
| | | | 0.10 | $58.50 |

| | Court Mandated Conferences | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/10/13 | Prepare for and attend the status conference ordered by Court. | JRJ | 0.80 | 179.20 |
| 04/10/13 | Email correspondence regarding status conference and Court's orders. | JRJ | 0.30 | 67.20 |
| | | | 1.10 | $246.40 |

**TOTAL FEES**                                                                                            **$1,529.90**

**TIMEKEEPER SUMMARY:**

| Analysis and Advice | | | | |
|---|---|---|---|---|
| J. Rudinger, Jr. | Associate | $224.00 | 1.60 | $358.40 |
| | | | 1.60 | $358.40 |

| Analysis/Strategy | | | | |
|---|---|---|---|---|
| J. L. Sanders | Partner | $374.00 | 0.60 | $224.40 |
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| J. Rudinger, Jr. | Associate | $224.00 | 1.30 | $291.20 |

GMAC Mortgage, LLC
File No.: 1000304.00288

Invoice Date: May 21, 2013
Invoice No.: 1004120
Page: 3

**Analysis/Strategy**

|  |  |  | 2.50 | $866.60 |
|---|---|---|---|---|

**Pleadings**

| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
|---|---|---|---|---|
|  |  |  | **0.10** | **$58.50** |

**Court Mandated Conferences**

| J. Rudinger, Jr. | Associate | $224.00 | 1.10 | $246.40 |
|---|---|---|---|---|
|  |  |  | **1.10** | **$246.40** |

**TIMEKEEPER SUMMARY TOTALS** — **$1,529.90**

TOTAL FEES — $1,529.90

**TOTAL BALANCE DUE** — **$1,529.90**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke
Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

May 21, 2013
Invoice No.: 1004123

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                                    $539.40

File Number:        1000304.00290
Re:                 Singh, James v. ETS Services LLC, 735143

Your File Number:  735143

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Analysis/Strategy** | | | | |
| 04/29/13 | Review of judgment order received today. | TJC | 0.10 | 58.50 |
| 04/30/13 | Email from Don Booth re ▮▮▮▮▮▮▮▮▮▮ | TJC | 0.10 | 58.50 |
| | | | **0.20** | **$117.00** |
| **Pleadings** | | **ATTY** | **HOURS** | **VALUE** |
| 04/29/13 | Analyze order granting motion to dismiss and judgment in defendants' favor. | RJM | 0.50 | 264.00 |
| 04/29/13 | Correspondence with D. Booth re ▮▮▮▮▮▮▮ | RJM | 0.30 | 158.40 |
| | | | **0.80** | **$422.40** |

**TOTAL FEES**                                                                  **$539.40**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

GMAC Mortgage, LLC
File No.: 1000304.00290

Invoice Date: May 21, 2013
Invoice No.: 1004123
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| R. J. McClendon | Senior Counsel | $528.00 | 0.80 | $422.40 |
| | | | **0.80** | **$422.40** |

**TIMEKEEPER SUMMARY TOTALS**                                                     **$539.40**

TOTAL FEES                                    $539.40

**TOTAL BALANCE DUE**                              **$539.40**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL 60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

May 21, 2013
Invoice No.: 1004127

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                                    <u>$355.60</u>

| File Number: | 1000304.00292 |
|---|---|
| Re: | Roussel, Eric v. Homecomings Financial, LLC |

Your File Number:  736110

| Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|
| 04/22/13  Analyze notice of entry of dismissal. | RJM | 0.30 | 158.40 |
| | | **0.30** | **$158.40** |

| Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|
| 04/22/13  Correspondence with D. Booth re ███████ | RJM | 0.20 | 105.60 |
| 04/22/13  Review notice of dismissal and e-mails re: same. | JMG | 0.20 | 91.60 |
| | | **0.40** | **$197.20** |

**TOTAL FEES**                                                                        **$355.60**

**TIMEKEEPER SUMMARY:**

| Fact Investigation/Development | | | | |
|---|---|---|---|---|
| R. J. McClendon | Senior Counsel | $528.00 | 0.30 | $158.40 |
| | | | **0.30** | **$158.40** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00292

Invoice Date: May 21, 2013
Invoice No.:  1004127
Page: 2

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| R. J. McClendon | Senior Counsel | $528.00 | 0.20 | $105.60 |
| | | | **0.40** | **$197.20** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$355.60**

TOTAL FEES                                                                          $355.60

**TOTAL BALANCE DUE**                                                   **$355.60**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail:**</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>**Via Courier:**</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



Locke
Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

May 21, 2013
Invoice No.: 1004130

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                                    $1,259.00

File Number:        1000304.00295
Re:                 REO NY Holdings, Inc. v. GMAC Mortgage, LLC, 736885

| | **Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/05/13 | Teleconference w/ D. Booth. | JMG | 0.20 | 91.60 |
| 04/05/13 | Strategize with M. Goodin regarding defensive filings in litigation to protect against attempt by plaintiff to default client. | CBH | 0.20 | 94.40 |
| 04/05/13 | Review electronic docket to determine whether plaintiff has proceeded with litigation. | CBH | 0.30 | 141.60 |
| | | | **0.70** | **$327.60** |

| | **Other** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/05/13 | E-mails re: preparation and filing of NOB. | JMG | 0.20 | 91.60 |
| 04/05/13 | E-mails re: status. | JMG | 0.20 | 91.60 |
| 04/08/13 | Revise draft notice of default and e-mails re: same. | JMG | 0.30 | 137.40 |
| | | | **0.70** | **$320.60** |

| | **Pleadings** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/08/13 | Revise notice of bankruptcy filing, stay in litigation. | CBH | 0.60 | 283.20 |
| 04/09/13 | Finalize, oversee service of notice of bankruptcy stay. | CBH | 0.40 | 188.80 |
| 04/12/13 | Compile finalized notice of bankruptcy stay as filed for client. | CBH | 0.10 | 47.20 |
| 04/12/13 | E-mail to D. Booth ███████████████ | JMG | 0.20 | 91.60 |

GMAC Mortgage, LLC
File No.: 1000304.00295

Invoice Date: May 21, 2013
Invoice No.: 1004130
Page: 2

| Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|
| | | 1.30 | $610.80 |

**TOTAL FEES**                                                        **$1,259.00**

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| C.B. Howard | Partner | $472.00 | 0.50 | $236.00 |
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.70** | **$327.60** |

### Other

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.70 | $320.60 |
| | | | **0.70** | **$320.60** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| C.B. Howard | Partner | $472.00 | 1.10 | $519.20 |
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **1.30** | **$610.80** |

**TIMEKEEPER SUMMARY TOTALS**                 **$1,259.00**

TOTAL FEES                                   $1,259.00

**TOTAL BALANCE DUE**                            **$1,259.00**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Kathy Priore
8400 Normandale Blvd
Bloomington, MN 77437

May 21, 2013
Invoice No.: 1004142

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                      $6,795.28

File Number:      1000304.00297
Re:               Rozier, Karen v. GMAC Mortgage LLC, 737375

Your File Number:  737375

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/03/13 | E-mail re Plaintiffs' opposition to reconsideration of reassignment of case and e-mails re same. | TJC | 0.20 | 117.00 |
| 04/03/13 | Analyze Plaintiffs' motion for reconsideration of case reassignment and declaration in support | CL | 0.20 | 47.20 |
| 04/03/13 | Email correspondence with joint defense group and client re: ██████ | CL | 0.10 | 23.60 |
| 04/04/13 | Revise response to Plaintiffs' motion for reconsideration | CL | 0.30 | 70.80 |
| 04/04/13 | Email joint defense group response to Plaintiffs' motion for reconsideration | CL | 0.10 | 23.60 |
| 04/09/13 | Monitor docket re: motion for case reassignment hearing | CL | 0.10 | 23.60 |
| 04/10/13 | Monitor docket re: motion for case reassignment hearing | CL | 0.10 | 23.60 |
| 04/16/13 | E-mail re draft reply brief we intend to file tomorrow in support of demurrer. | TJC | 0.10 | 58.50 |
| 04/17/13 | E-mails re reply in support of demurrer. | TJC | 0.20 | 117.00 |
| 04/18/13 | E-mails re reply in support of demurrer. | TJC | 0.10 | 58.50 |
| 04/18/13 | Review email from Plaintiff re: ex parte notice for motion to reassign case | CL | 0.10 | 23.60 |
| 04/19/13 | E-mails re ex parte hearing on Rozier's motion for reconsideration. | TJC | 0.20 | 117.00 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00297

Invoice Date: May 21, 2013
Invoice No.: 1004142
Page: 2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/22/13 | Prepare for and attend hearing re: ex parte application for reassignment of case | CL | 3.40 | 802.40 |
| 04/22/13 | Email joint defense group re: hearing continuance | CL | 0.10 | 23.60 |
| 04/23/13 | Prepare for and attend hearing re: ex parte application for reassignment of case | CL | 4.10 | 967.60 |
| 04/23/13 | Email client re: summary of ex parte application hearing | CL | 0.10 | 23.60 |
| 04/23/13 | E-mails re summary of today's hearing on Plaintiff's motion to reconsider reassignment of case and next steps. | TJC | 0.20 | 117.00 |
| 04/23/13 | Review of draft case management statement and e-mails re same. | TJC | 0.30 | 175.50 |
| 04/24/13 | E-mails from and to Katie Dutill re ██████████ | TJC | 0.10 | 58.50 |
| 04/24/13 | E-mails from and to Kathy Priore re ████████████████████████ | TJC | 0.20 | 117.00 |
| 04/24/13 | E-mail from Sally Beltran re ████████████████ | TJC | 0.10 | 58.50 |
| 04/24/13 | E-mails with Kathy Priore re ████████████████████████ | TJC | 0.20 | 117.00 |
| 04/24/13 | E-mails re case management statement. | TJC | 0.10 | 58.50 |
| 04/24/13 | Email conference with clients re: ████████████ | CL | 0.20 | 47.20 |
| 04/24/13 | Email conference with S. Beltran re: ██████████ | CL | 0.10 | 23.60 |
| 04/24/13 | Review Research Recap memo sent from client | CL | 0.20 | 47.20 |
| 04/25/13 | E-mail from Katie Dutill re ████████████ | TJC | 0.10 | 58.50 |
| 04/29/13 | Email client order re: ex parte application denied | CL | 0.10 | 23.60 |
| 04/29/13 | Review order denying ex parte application for case reassignment | CL | 0.10 | 23.60 |
| 04/29/13 | Review of minute order denying Rozier's ex parte application for case reassignment. | TJC | 0.10 | 58.50 |
| | | | **11.60** | **$3,505.40** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/04/13 | Draft response to Plaintiffs' motion for reconsideration of case reassignment | CL | 2.80 | 660.80 |
| 04/04/13 | Preparation of draft opposition to motion for reconsideration of case reassignment and e-mails re same. | TJC | 0.40 | 234.00 |
| 04/04/13 | Review plaintiff's "opposition" briefing to reassignment of case and evaluate response to same. | NH | 0.30 | 118.80 |
| 04/04/13 | Work on response to plaintiff's "opposition" briefing to reassignment of case. | NH | 0.40 | 158.40 |
| 04/04/13 | Review demurrer to second amended complaint by Bank of America, as Trustee. | NH | 0.10 | 39.60 |

GMAC Mortgage, LLC
File No.: 1000304.00297

Invoice Date: May 21, 2013
Invoice No.: 1004142
Page: 3

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/15/13 | Review docket to confirm no opposition filed. Work on "reply" brief in support of demurrer. | NH | 0.10 | 39.60 |
| 04/15/13 | Revise reply. | NH | 0.50 | 198.00 |
| 04/17/13 | Finalize and file reply in support of demurrer | CL | 0.10 | 23.60 |
| 04/18/13 | Email joint defense group conformed copy of reply in support of demurrer | CL | 0.10 | 23.60 |
| 04/18/13 | Email clients conformed copy of reply in support of demurrer | CL | 0.10 | 23.60 |
| 04/22/13 | Review relevant filings in connection with ex parte hearing re: motion to reassign case | CL | 0.40 | 94.40 |
| 04/22/13 | Develop strategy for oral argument re: ex parte application for reassignment of case | CL | 0.20 | 47.20 |
| 04/22/13 | E-mails re ex parte motion to reconsider reassignment of case. | TJC | 0.20 | 117.00 |
| 04/22/13 | E-mail re today's ex parte. | TJC | 0.30 | 175.50 |
| 04/23/13 | Telephone conference with counsel for GMAC Mortgage re: ▋▋▋▋▋▋▋ | NH | 0.20 | 79.20 |
| 04/23/13 | Review report re: outcome of hearing on Plaintiff's ex parte application for "reconsideration" of case reassignment. | NH | 0.20 | 79.20 |
| 04/24/13 | Review correspondence from client re: ▋▋▋▋▋ | NH | 0.10 | 39.60 |
| 04/29/13 | Review minute order on demurrer hearing rescheduling and setting of hearing on OSC re: consolidation. | NH | 0.10 | 39.60 |
| | | | **6.60** | **$2,191.70** |

| | Preliminary Injunctions/Provisional Remedies | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/19/13 | Review plaintiff's notice of ex parte application seeking reconsideration of case reassignment and evaluate response to same. | NH | 0.50 | 198.00 |
| 04/22/13 | Revise response to plaintiff's ex parte application for reconsideration of case reassignment. | NH | 0.40 | 158.40 |
| 04/22/13 | Prepare for ex parte hearing regarding reassignment of case. | NH | 0.40 | 158.40 |
| | | | **1.30** | **$514.80** |

| | Court Mandated Conferences | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/23/13 | Revise case management statement. | NH | 0.30 | 118.80 |
| 04/23/13 | Draft CMC statement | CL | 0.50 | 118.00 |
| 04/23/13 | Send CMC to S. Beltran and L. Rodriguez | CL | 0.10 | 23.60 |
| 04/24/13 | Finalize and file CMC statement | CL | 0.10 | 23.60 |
| | | | **1.00** | **$284.00** |

GMAC Mortgage, LLC
File No.: 1000304.00297

Invoice Date: May 21, 2013
Invoice No.: 1004142
Page: 4

| | Dispositive Motions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/15/13 | Draft reply in support of demurrer | CL | 0.80 | 188.80 |
| | | | **0.80** | **$188.80** |

**TOTAL FEES** $6,684.70

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 2.20 | $1,287.00 |
| C. Lee | Associate | $236.00 | 9.40 | $2,218.40 |
| | | | **11.60** | **$3,505.40** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| N. Huerta | Partner | $396.00 | 2.00 | $792.00 |
| T.J. Cunningham | Partner | $585.00 | 0.90 | $526.50 |
| C. Lee | Associate | $236.00 | 3.70 | $873.20 |
| | | | **6.60** | **$2,191.70** |

**Preliminary Injunctions/Provisional Remedies**

| | | | | |
|---|---|---|---|---|
| N. Huerta | Partner | $396.00 | 1.30 | $514.80 |
| | | | **1.30** | **$514.80** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| N. Huerta | Partner | $396.00 | 0.30 | $118.80 |
| C. Lee | Associate | $236.00 | 0.70 | $165.20 |
| | | | **1.00** | **$284.00** |

**Dispositive Motions**

| | | | | |
|---|---|---|---|---|
| C. Lee | Associate | $236.00 | 0.80 | $188.80 |
| | | | **0.80** | **$188.80** |

**TIMEKEEPER SUMMARY TOTALS** $6,684.70

GMAC Mortgage, LLC
File No.: 1000304.00297

Invoice Date: May 21, 2013
Invoice No.:  1004142
Page: 5

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| 04/10/13 | Orange County Superior Court Clerk - Confirmation # 142314 | 7.50 |
| 04/10/13 | Orange County Superior Court Clerk - Confirmation # 163754 | 8.27 |
| 04/10/13 | Orange County Superior Court Clerk - Confirmation # 151139 | 15.97 |
| 04/10/13 | Orange County Superior Court Clerk - Confirmation # 124254 | 62.03 |
| 04/25/13 | Orange County Superior Court Clerk - Rozier docket | 16.81 |
| | TOTAL EXPENSES | $110.58 |

| | |
|---|---|
| TOTAL FEES | $6,684.70 |
| TOTAL EXPENSES | $110.58 |
| TOTAL FEES AND EXPENSES | $6,795.28 |
| **TOTAL BALANCE DUE** | **$6,795.28** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke**
**Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

May 21, 2013
Invoice No.: 1004143

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                                    $288.00

| | | |
|---|---|---|
| File Number: | 1000304.00298 | |
| Re: | Abraham, Leela v. GMAC Mortgage, LLC | |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/08/13 | Review correspondence from joint defense counsel to court re ███████ | JNF | 0.10 | 54.00 |
| | | | 0.10 | $54.00 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/02/13 | Review of State Farm submissions today in support of motion to dismiss; Review of plaintiffs' opposition to motion to dismiss. | TJC | 0.40 | 234.00 |
| | | | 0.40 | $234.00 |

**TOTAL FEES**                                                                              $288.00

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J.N Froehlich | Partner | $540.00 | 0.10 | $54.00 |
| | | | 0.10 | $54.00 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00298

Invoice Date: May 21, 2013
Invoice No.:  1004143
Page:  2

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | **0.40** | **$234.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                      **$288.00**

TOTAL FEES                                                                          $288.00

**TOTAL BALANCE DUE**                                                              **$288.00**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Jance Hoy
1100 Virginia Dr
Fort Washington, PA 19034
janice.hoy@gmacrescap.com

May 21, 2013
Invoice No.: 1007226

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                                    $2,038.00

File Number:     1000304.00299
Re:              206 W 113th, Chicago, IL (Harris)

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/21/13 | Review code violation claims issued by the city. | DFS | 0.40 | 105.60 |
| 03/22/13 | Review title history for property. | DFS | 0.20 | 52.80 |
| 03/22/13 | E-mails re today's court appearance, status and strategy. | TJC | 0.30 | 175.50 |
| 03/22/13 | Brief memo to file regarding hearing. | NO | 0.10 | 35.00 |
| 03/23/13 | E-mail to Jance Hoy re ████████████ | TJC | 0.20 | 117.00 |
| 03/25/13 | Emails re information about transfer of property. | TJC | 0.20 | 117.00 |
| 03/26/13 | Email title owner of property (MO Seven, LLC) regarding administrative claims. | DFS | 0.30 | 79.20 |
| 03/27/13 | Phone call with title owner of the property (MO seven LLC) regarding future hearing date and having DBNTC removed as party-defendant. | DFS | 0.40 | 105.60 |
| 03/27/13 | Emails re getting MO Seven, LLC to appear at next hearing. | TJC | 0.20 | 117.00 |
| 03/28/13 | Emails re status and strategy. | TJC | 0.20 | 117.00 |
| | | | **2.50** | **$1,021.70** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/14/13 | Update chart of housing court matters to reflect case status. | TBT | 0.10 | 23.80 |
| | | | **0.10** | **$23.80** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00299

Invoice Date: May 21, 2013
Invoice No.:  1007226
Page:  2

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/21/13 | Review of administrative citation and various e-mails pertaining to same and transfer of property; E-mails re hearing tomorrow in response to administrative citation. | TJC | 0.50 | 292.50 |
| | | | **0.50** | **$292.50** |

| Court Mandated Conferences | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/22/13 | Preparation for administrative hearing regarding code violations; Appear at administrative hearing regarding code violations. | NO | 2.00 | 700.00 |
| | | | **2.00** | **$700.00** |

**TOTAL FEES**                                                                                    **$2,038.00**

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.10 | $643.50 |
| D. F. Standa | Associate | $264.00 | 1.30 | $343.20 |
| N. O'Conner | Associate | $350.00 | 0.10 | $35.00 |
| | | | **2.50** | **$1,021.70** |

**Other**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | **0.10** | **$23.80** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | **0.50** | **$292.50** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| N. O'Conner | Associate | $350.00 | 2.00 | $700.00 |
| | | | **2.00** | **$700.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                        **$2,038.00**

GMAC Mortgage, LLC
File No.: 1000304.00299

Invoice Date: May 21, 2013
Invoice No.: 1007226
Page: 3

TOTAL FEES                                                                                    $2,038.00

**TOTAL BALANCE DUE**                                                              **$2,038.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                          **Via Courier:**
Locke Lord LLP                            JPMorgan Chase
24259 Network Place                       525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                    Chicago, IL   60661
                                          Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Kathy Priore
Residential Capital, LLC
8400 Normandale Lake Blvd
Bloomington, MN 55437

May 21, 2013
Invoice No.: 1004154

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                           $1,794.30

File Number:     1000304.00300
Re:              6346 S Ellis (Samuels)

| Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|
| 04/09/13 E-mail research findings to litigation team. | TBT | 0.30 | 71.40 |
| 04/09/13 Conduct search via Cook County Recorder of Deeds to retrieve a list of all documents recorded against the subject property; conduct search via Cook County Assessor to retrieve assessor data for the subject property; conduct search via Cook County Treasurer to retrieve property tax information; conduct search via Circuit Court of Cook County to determine whether there are foreclosure actions pending against the subject borrowers; conduct search via City of Chicago's Department of Buildings to retrieve Building Data Warehouse Report for the subject property; conduct search via City of Chicago's vacant buildings database to determine whether the subject property has been registered as vacant; conduct search via PACER to determine whether the subject borrowers have filed for bankruptcy. | TBT | 0.70 | 166.60 |
| | | 1.00 | $238.00 |

| Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|
| 04/03/13 Analyze new housing court case received from GMAC Mortgage. | JCW | 0.30 | 88.50 |
| 04/03/13 E-mail to Tiffany Till requesting recorded documents. | JCW | 0.10 | 29.50 |
| 04/10/13 E-mails re status. | TJC | 0.20 | 117.00 |
| 04/12/13 Review of initial case assessment. | TJC | 0.10 | 58.50 |
| 04/18/13 E-mails re review of documents and proposed strategy. | TJC | 0.20 | 117.00 |

GMAC Mortgage, LLC
File No.: 1000304.00300

Invoice Date: May 21, 2013
Invoice No.: 1004154
Page: 2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/18/13 | Analyze MERS Milestone report received from GMAC Mortgage. | JCW | 0.20 | 59.00 |
| 04/24/13 | E-mails re status and strategy. | TJC | 0.20 | 117.00 |
| 04/24/13 | Analyze substance of complaint in preparation for answer. | NO | 0.80 | 280.00 |
| 04/24/13 | Formulate strategy for preparation of Answer. | JCW | 0.20 | 59.00 |
| 04/24/13 | E-mails with GMAC Mortgage regarding effect of MERS Milestone Report on GMAC Mortgage's status as record mortgagee. | JCW | 0.20 | 59.00 |
| 04/26/13 | E-mails re loan file and background documents. | TJC | 0.10 | 58.50 |
| 04/26/13 | Communicate with GMAC Mortgage regarding review of loan documents and strategy for reaching out to Green Tree regarding additional assignment of mortgage. | JCW | 0.20 | 59.00 |
| | | | **2.80** | **$1,102.00** |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/02/13 | Retrieve docket report from the Cook County Circuit Court; circulate same to litigation team and confirm that GMACM is still a named defendant. | TBT | 0.10 | 23.80 |
| 04/10/13 | E-mail to N. O'Conner regarding case intake/status and request for initial case assessment. | JCW | 0.20 | 59.00 |
| 04/12/13 | Analyze recorded documents to determine if GMAC Mortgage is the current record mortgagee. | JCW | 0.20 | 59.00 |
| 04/12/13 | E-mail to GMAC Mortgage with initial case assessment. | JCW | 0.10 | 29.50 |
| 04/12/13 | Revise draft initial case assessment. | JCW | 0.30 | 88.50 |
| 04/12/13 | Retrieve documents recorded against the subject property from Cook County Recorder of Deeds; circulate same to litigation team regarding same. | TBT | 0.40 | 95.20 |
| 04/18/13 | Respond to e-mail from GMAC Mortgage regarding ▮▮▮▮▮▮▮▮▮▮ | JCW | 0.20 | 59.00 |
| | | | **1.50** | **$414.00** |

| Other Preparation/Support | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/10/13 | Update chart of housing court matters. | TBT | 0.10 | 23.80 |
| | | | **0.10** | **$23.80** |

**TOTAL FEES**                                                                 **$1,777.80**

**TIMEKEEPER SUMMARY:**

**Fact Investigation/Development**

GMAC Mortgage, LLC
File No.: 1000304.00300

Invoice Date: May 21, 2013
Invoice No.: 1004154
Page: 3

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 1.00 | $238.00 |
| | | | **1.00** | **$238.00** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.80 | $468.00 |
| J.C. Webb | Associate | $295.00 | 1.20 | $354.00 |
| N. O'Conner | Associate | $350.00 | 0.80 | $280.00 |
| | | | **2.80** | **$1,102.00** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 1.00 | $295.00 |
| T. B. Till | Paralegal | $238.00 | 0.50 | $119.00 |
| | | | **1.50** | **$414.00** |

**Other Preparation/Support**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | **0.10** | **$23.80** |

**TIMEKEEPER SUMMARY TOTALS** | | | | **$1,777.80**

| DATE | EXPENSES | VALUE |
|---|---|---|
| 04/16/13 | Acquire copies of documents recorded against subject property | 16.50 |
| | TOTAL EXPENSES | $16.50 |

| | |
|---|---|
| TOTAL FEES | $1,777.80 |
| TOTAL EXPENSES | $16.50 |
| TOTAL FEES AND EXPENSES | $1,794.30 |
| **TOTAL BALANCE DUE** | **$1,794.30** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
Residential Capital, LLC
8400 Normandale Lake Blvd
Bloomington, MN 55437

May 21, 2013
Invoice No.: 1004159

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                    $641.20

File Number:      1000304.00301
Re:               Monga v. GMAC Mortgage LLC

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | **Analysis/Strategy** | | | |
| 04/03/13 | Teleconference w/ D. Booth re: ███████ ███████ | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |
| | **Other** | **ATTY** | **HOURS** | **VALUE** |
| 04/05/13 | E-mail to D. Booth re: ████ | JMG | 0.10 | 45.80 |
| 04/15/13 | Email to D. Booth ███████████ | JMG | 0.10 | 45.80 |
| | | | **0.20** | **$91.60** |
| | **Pleadings** | **ATTY** | **HOURS** | **VALUE** |
| 04/03/13 | Review/analysis of complaint and documents received from D. Booth to assess application of automatic stay and list-stay order. | JMG | 0.70 | 320.60 |
| 04/05/13 | Review and revise draft Notice of Bankruptcy and stay violation letter. | JMG | 0.30 | 137.40 |
| | | | **1.00** | **$458.00** |

**TOTAL FEES**                                                        **$641.20**

**TIMEKEEPER SUMMARY:**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00301

Invoice Date: May 21, 2013
Invoice No.:  1004159
Page:  2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.00 | $458.00 |
| | | | **1.00** | **$458.00** |

**TIMEKEEPER SUMMARY TOTALS**                                              **$641.20**

TOTAL FEES                                                                $641.20

**TOTAL BALANCE DUE**                                                      **$641.20**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke**
**Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
Residential Capital, LLC
8400 Normandale Lake Blvd
Bloomington, MN 55437

May 21, 2013
Invoice No.: 1004160

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013

$1,419.80

File Number:      1000304.00302
Re:               Younes v. GMAC Mortgage, LLC

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Analysis/Strategy** | | | | |
| 04/10/13 | Analysis of claims and lift-stay order. | JMG | 0.50 | 229.00 |
| | | | **0.50** | **$229.00** |
| **Other** | | **ATTY** | **HOURS** | **VALUE** |
| 04/10/13 | Review docket status and orders setting scheduling conference. | JMG | 0.20 | 91.60 |
| 04/10/13 | E-mail to/from D. Booth re: ███ | JMG | 0.30 | 137.40 |
| | | | **0.50** | **$229.00** |
| **Pleadings** | | **ATTY** | **HOURS** | **VALUE** |
| 04/03/13 | Review/analysis of complaint received from D. Booth. | JMG | 1.40 | 641.20 |
| 04/11/13 | Finalize Notice of Bankruptcy and violation letter and e-mails re: transmittal of same. | JMG | 0.30 | 137.40 |
| | | | **1.70** | **$778.60** |
| **Other Written Motions/Submissions** | | **ATTY** | **HOURS** | **VALUE** |
| 04/03/13 | Preparation of Notice of Bankruptcy and related documents. | JMG | 0.20 | 91.60 |
| 04/10/13 | Draft and revise Notice of Bankruptcy and stay violation letter. | JMG | 0.20 | 91.60 |

GMAC Mortgage, LLC
File No.: 1000304.00302

Invoice Date: May 21, 2013
Invoice No.: 1004160
Page: 2

| Other Written Motions/Submissions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 0.40 | $183.20 |

**TOTAL FEES**                                            **$1,419.80**

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| | | | **0.50** | **$229.00** |

### Other

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| | | | **0.50** | **$229.00** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.70 | $778.60 |
| | | | **1.70** | **$778.60** |

### Other Written Motions/Submissions

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
| | | | **0.40** | **$183.20** |

**TIMEKEEPER SUMMARY TOTALS**              **$1,419.80**

TOTAL FEES              $1,419.80

**TOTAL BALANCE DUE**              **$1,419.80**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.

# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Linda Gregerson
Residential Capital, LLC
8400 Normandale Lake Blvd
Bloomington, MN 55437

May 21, 2013
Invoice No.: 1004164

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                          <u>$672.50</u>

File Number:      1000304.00303
Re:               6046 N Monitor (Lapalio-Lakin), 737737

Your File Number:  737737

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/01/13 | Conduct search via Cook County Recorder of Deeds to retrieve a list of all documents recorded against the subject property (.1); conduct search via Cook County Assessor to retrieve assessor data for the subject property (.1); conduct search via Cook County Treasurer to retrieve property tax information (.1); conduct search via Circuit Court of Cook County to determine whether there is a foreclosure action pending against the subject borrowers (.1); conduct search via City of Chicago's Department of Buildings to retrieve Building Data Warehouse Report for the subject property (.1); conduct search via City of Chicago's vacant buildings database to determine whether the subject property has been registered as vacant (.1); conduct search via PACER to determine whether the subject borrowers have filed for bankruptcy (.1); e-mail research findings to litigation team (.3). | TBT | 0.70 | 166.60 |
| 04/01/13 | E-mail research findings to litigation team (.3). | TBT | 0.30 | 71.40 |
| | | | 1.00 | **$238.00** |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/12/13 | E-mails re status of effort to determine current mortgagee of record and impact on strategy. | TJC | 0.20 | 117.00 |
| 04/12/13 | Review public records to determine GMACM interest in subject property and send status update to GMACM. | CGS | 0.60 | 153.00 |
| 04/17/13 | Phone call with GMACM regarding ███████████ | CGS | 0.20 | 51.00 |

GMAC Mortgage, LLC
File No.: 1000304.00303

Invoice Date: May 21, 2013
Invoice No.: 1004164
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/25/13 | Draft email to GMACM regarding ██████████ | CGS | 0.10 | 25.50 |
| 04/25/13 | E-mails re status. | TJC | 0.10 | 58.50 |
| | | | **1.20** | **$405.00** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/10/13 | E-mail to Chethan Shetty regarding status of analysis of recorded documents. | JCW | 0.10 | 29.50 |
| | | | **0.10** | **$29.50** |

**TOTAL FEES**                                                                     **$672.50**

## TIMEKEEPER SUMMARY:

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 1.00 | $238.00 |
| | | | **1.00** | **$238.00** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| C. G. Shetty | Associate | $255.00 | 0.90 | $229.50 |
| | | | **1.20** | **$405.00** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.10 | $29.50 |
| | | | **0.10** | **$29.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                      **$672.50**

TOTAL FEES                                                                         $672.50

**TOTAL BALANCE DUE**                                                              **$672.50**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661



**Locke**
**Lord**
LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Jance Hoy
Residential Capital, LLC
1100 Virginia Drive
Fort Washington, PA 19034

May 21, 2013
Invoice No.: 1007227

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                    $2,190.30

File Number:        1000304.00304
Re:                 1629 S Karlov (Rand)

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/09/13 | E-mails to and from Julie Webb re new matter. | TJC | 0.20 | 117.00 |
| 04/10/13 | E-mails re status. | TJC | 0.20 | 117.00 |
| 04/11/13 | E-mails re servicing notes for subject loan; Review of report from paralegal re status of property. | TJC | 0.40 | 234.00 |
| 04/11/13 | Conduct search via Cook County Recorder of Deeds to retrieve a list of all documents recorded against the subject property; conduct search via Cook County Assessor to retrieve assessor data for the subject property; conduct search via Cook County Treasurer to retrieve property tax information; conduct search via Circuit Court of Cook County to determine whether there is a foreclosure action pending against the subject borrower; conduct search via City of Chicago's Department of Buildings to retrieve Building Data Warehouse Report for the subject property; conduct search via City of Chicago's vacant buildings database to determine whether the subject property has been registered as vacant; conduct search via PACER to determine whether the subject borrower has filed for bankruptcy. | TBT | 0.70 | 166.60 |
| 04/11/13 | E-mail research findings to litigation team. | TBT | 0.30 | 71.40 |
| 04/17/13 | Review plaintiff's complaint. | CGS | 0.80 | 204.00 |
| 04/18/13 | Research causes of action asserted in plaintiff's complaint. | CGS | 0.20 | 51.00 |
| 04/19/13 | Draft initial case assessment to client regarding plaintiff's complaint and recommendations for how to proceed. | CGS | 0.70 | 178.50 |
| 04/19/13 | Preparation of initial case assessment. | TJC | 0.20 | 117.00 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00304

Invoice Date: May 21, 2013
Invoice No.:  1007227
Page:  2

| | **Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/25/13 | E-mails re seeking dismissal and status and strategy generally. | TJC | 0.10 | 58.50 |
| 04/27/13 | Preparation of fee estimate for Jance Hoy and e-mail to Jance re same. | TJC | 0.40 | 234.00 |
| 04/29/13 | E-mails from and to Jance Hoy re ███████ | TJC | 0.20 | 117.00 |
| | | | **4.40** | **$1,666.00** |

| | **Document/File Management** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/17/13 | Retrieve copy of recorded Mortgage from Cook County Recorder of Deeds. | TBT | 0.20 | 47.60 |
| 04/30/13 | Review file from client to upload for case assessment; e-mail to litigation team regarding contents of client file. | TBT | 0.30 | 71.40 |
| | | | **0.50** | **$119.00** |

| | **Other** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/10/13 | E-mail to Chethan Shetty regarding case intake/status and request for initial case assessment. | JCW | 0.20 | 59.00 |
| 04/10/13 | E-mail to J. Hoy regarding ██████████ | JCW | 0.10 | 29.50 |
| 04/14/13 | Update chart of housing court matters to reflect case status. | TBT | 0.10 | 23.80 |
| 04/18/13 | Formulate initial case strategy. | JCW | 0.20 | 59.00 |
| | | | **0.60** | **$171.30** |

| | **Pleadings** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/09/13 | Review and analysis of complaint and e-mails from and to Jance Hoy re same. | TJC | 0.40 | 234.00 |
| | | | **0.40** | **$234.00** |

**TOTAL FEES**                                                                              **$2,190.30**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.70 | $994.50 |
| C. G. Shetty | Associate | $255.00 | 1.70 | $433.50 |
| T. B. Till | Paralegal | $238.00 | 1.00 | $238.00 |
| | | | **4.40** | **$1,666.00** |

GMAC Mortgage, LLC
File No.: 1000304.00304

Invoice Date: May 21, 2013
Invoice No.: 1007227
Page: 3

**Document/File Management**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.50 | $119.00 |
| | | | **0.50** | **$119.00** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.50 | $147.50 |
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | **0.60** | **$171.30** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | **0.40** | **$234.00** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$2,190.30**

TOTAL FEES                                                                $2,190.30

**TOTAL BALANCE DUE**                                              **$2,190.30**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.