# **EXHIBIT C**

1991337v.2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, [3] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING APPLICATION FOR ALLOWANCE OF INTERIM**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LOCKE LORD LLP**
<u>**FOR THE PERIOD FROM JANUARY 1, 2013 THROUGH APRIL 30, 2013**</u>

Upon consideration of the Third Interim Fee Application of Locke Lord LLP for

Compensation and Reimbursement of Expenses for the Period from January 1, 2013 through

April 30, 2013 as Litigation Counsel retained by Debtors (the "<u>Application</u>"); and a hearing

having been held before this Court to consider the Application on _____;    and

notice having been given to the Federal Rules of Bankruptcy Procedures 2002(a)(7) and (c)(2);

and due consideration having been given to any responses thereto; and sufficient cause having

been shown therefore, it is hereby

**ORDERED** that the Application is granted to the extent set forth in Schedule A.

Dated: New York, New York

_____

_____
United States Bankruptcy Judge
Southern District of New York

---

[3]The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are identified on <u>Exhibit 1</u> to the *Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 6].  As used herein, the term "Debtors" includes any such entities.

1991337v.2