GIBBS & BRUNS LLP
Kathy D. Patrick, Esq. (admitted *pro hac vice*)
Robert J. Madden, Esq. (admitted *pro hac vice*)
1100 Louisiana, Suite 5300
Houston, TX 77002
Telephone: (713) 650-8805
Facsimile: (713) 750-0903

-AND-

ROPES & GRAY LLP
Keith H. Wofford, Esq. (KW-2225)
D. Ross Martin, Esq. (DM-2947)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Attorneys for the Steering Committee Group of RMBS Holders*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re | Chapter 11 |
|---|---|
| Residential Capital, LLC, *et al.* | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

COMMONWEALTH OF MASSACHUSETTS    )
                                 :ss.:
COUNTY OF SUFFOLK                )

MEIR WEINBERG, being duly sworn, deposes and says:

1. I am employed by the law firm of Ropes & Gray LLP. I am over 18 years of age and I reside in Massachusetts. I am not a party to this action.

37238524_1

2. On Friday, August 2, 2013, I caused true and correct copies of the *Reply of the Steering Committee Group of RMBS Holders in Support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors* [Docket No. 4472], which was filed by Ropes & Gray LLP on Friday, August 2, 2013, to be served upon those parties receiving an electronic notification via the CM/ECF System, on those parties listed on the attached Exhibit A via U.S. Mail, and via e-mail as indicated on the attached Exhibit B.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: August 5, 2013

_____
Meir Weinberg

37238524_1

## **EXHIBIT A**

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001
Attn: US Attorney General, Eric H. Holder, Jr.

Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341
Attn: Nancy Lord, Esq.
Neal Mann, Esq.

Office of U.S. Attorney for the Southern District of New York
One St. Andrews Plaza
New York, NY 10007
Attn: Joseph N. Cordaro, Esq.,

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren Nashelskly, Esq.
Gary S. Lee, Esq.
Lorenzo Marinuzzi, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Ken Eckstein
Doug Mannal

Citibank N.A.
390 Greenwich Street, 6th Floor
New York, NY 10013
Attn: Bobbie Theivakurnaran

37238524_1

Fannie Mae
3900 Wisconsin Avenue NW
Mail Stop 8H-504
Washington DC 20016
Attn: Vice President, Credit Management, John S. Forlines

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Ray C. Schrock
Richard M. Cieri

Deutsche Bank Trust Company Americas
25 DeForest Avenue
Summit, NJ 07901
Attn: Kevin Vargas

The Bank of New York Mellon
Asset Backed Securities Group
101 Barclay Street 4W
New York, NY 10286

U.S. Bank National Association
50 South 16th Street, Suite 2000
Philadelphia, PA 19102
Attn: George Rayzis

U.S. Bank National Association
60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107
Attn: Irina Palchuk

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: James S. Carr
Eric R. Wilson

Wells Fargo Bank, N.A.
P.O. Box 98
Columbia, MD 21046
Attn: Corporate Trust Services, GMACM Home Equity Notes 2004 Viable Funding Trust

37238524_1

Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn: Jonathan H. Hofer
Ken Ziman

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067
Attn: General Counsel

Sidley Austin LLP
One Dearborn
Chicago, IL 60603
Attn: Larry J. Nyhan
Jessica CK Boelter

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Securities and Exchange Commission, New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
Attn: George S. Canellos, Regional Director

# EXHIBIT B

kotwick@sewkis.com; maloney@sewkis.com; Gelfarb@mosskalish.com; mcarney@McKoolSmith.com; pgoodman@McKoolSmith.com; William.Hao@alston.com; meaton@willkie.com; jbaio@willkie.com; pshalhoub@willkie.com; JHardy2@willkie.com; keckstein@KRAMERLEVIN.com; glenn.siegel@dechert.com; munno@sewkis.com; rlwynne@jonesday.com; hfsidman@JonesDay.com; PKaufman@KRAMERLEVIN.com; Michael.Johnson@alston.com; RRinger@KRAMERLEVIN.com; pgoodman@McKoolSmith.com; bumari@McKoolSmith.com; Rebecca.Kahan@dechert.com; Mauricio.Espana@dechert.com; mabrams@willkie.com; ALawrence@mofo.com; EJames@willkie.com; CKerr@mofo.com; cshore@whitecase.com; vanessa.soderberg@whitecase.com; CKerr@mofo.com; rlwynne@JonesDay.com; Rebecca.Kahan@dechert.com; keckstein@kramerlevin.com; munno@sewkis.com; glenn.siegel@dechert.com; pkaufman@kramerlevin.com; kmwaag@jonesday.com; kit.weitnauer@alston.com; michael.johnson@alston.com; william.hao@alston.com; Mauricio.Espana@dechert.com; hfsidman@JonesDay.com; suser@sewkis.com; alves@sewkis.com; christensen@sewkis.com; hooper@sewkis.com; james.moore@dechert.com