

**BRADLEY ARANT BOULT CUMMINGS LLP**

Jay Bender
Direct: (205) 521-8645
Fax: (205) 488-6645
jbender@babc.com

July 22, 2013

**VIA PRIORITY UPS**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
 Lorenzo Marinuzzi

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
 Jonathan H. Hofer

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
 Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Office of the United States Trustee
for the Southern District of New York
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201
Attn: Tracy Hope Davis, Linda A. Riffkin,
 and Brian S. Masumoto

Re: ***In re Residential Capital, LLC, et al. (the "Debtors")***
 Case No. 12-12020 – Amended Monthly Fee Statement for January 2013

Dear Counsel:

Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find the amended monthly fee statement (the "Amended Statement") of Bradley Arant Boult Cummings LLP, special litigation and compliance counsel for the Debtors ("BABC"), for the period January 1, 2013 through January 31, 2013 (the "Statement Period"). Paper copies of the Amended Statement are being provided to the U.S. Trustee. To the other recipients, we are sending the Amended Statement on disk. If any of you prefer that we send you paper copies of the Amended Statement, let me know and we will send them to you.

The Amended Statement includes BABC's billings on over 300 different matters in which BABC is representing the Debtors. As more particularly described in the Third Supplemental Declaration of Robert R. Maddox in support of BABC's employment application [Docket No. 3144] (the "Third Supplemental Declaration"), BABC's alternative billing

1/2511037.2

One Federal Place  1819 Fifth Avenue North  Birmingham, AL 35203-2119  PHONE: 205.521.8000  FAX: 205.521.8800  BABC.COM

12-12020-mg    Doc 4513-2    Filed 08/06/13    Entered 08/06/13 12:45:30    Exhibit B
Pg 2 of 5

July 18, 2013
Page 2

arrangement with the Debtors expired as of December 31, 2012. Effective as of January 1, 2013, all matters handled by BABC for the Debtors are being billed on an hourly rate basis.

As described in the Third Supplemental Declaration, with respect to any alternative billing arrangement matter for which BABC received the initial $7,300 up-front payment from the Debtors prior to December 31, 2012, but did not incur $7,300 of billable time and expenses on such matter through December 31, 2012, BABC agreed that the Debtors would not be liable to pay any fees or reimburse any expenses incurred on or after January 1, 2013 unless and until the sum of the total hourly fees and expenses incurred on such matter from the time such matter was opened exceeds $7,300. With respect to any matters falling within this description, BABC is maintaining time and expense records for those matters and will provide those records upon request if and when those matters exceed $7,300 in hourly-rate billings and expenses.

The Amended Statement amends and supersedes the monthly fee statement for the period from January 1, 2013 through January 31, 2013 that I sent to you on April 9, 2013 (the "Superseded Statement"). The Amended Statement reflects three adjustments to the Superseded Statement. First, we have written off certain time entries relating to our preparation and defense of prior fee submissions that, in accordance with the U.S. Trustee's Billing Guidelines and Judge Glenn's rulings at prior hearings, we now recognize are not compensable. We have struck those non-compensable time entries from the Amended Statement. Second, since the submission of the Superseded Statement, we have worked with the Debtors to reconcile our "alternative billing arrangement matters," all of which converted to hourly rate billing as of January 1, 2013, to ensure that those matters were billed in accordance with the revised billing arrangements described above and in the Third Supplemental Declaration. The Amended Statement reflects the billing adjustments made as part of this reconciliation process. Finally, the Superseded Statement inadvertently omitted six hourly-rate matters for which BABC incurred fees and expenses during the January 2013 billing period.[1] The Amended Statement includes bills for those matters.

During the pertinent time period, as reflected in the Amended Statement, BABC's fees totaled $1,420,237.13, and its expenses totaled $75,341.71.[2] In the absence of a timely objection, the Debtors shall pay $1,211,531.41, consisting of the sum of (a) $1,136,189.70, an amount equal to 80% of the fees ($1,136,189.70 = $1,420,237.13 x 0.80) and (b) 100% of the expenses ($75,341.71) being requested in the Amended Statement.

Objections to the Amended Statement are due by August 11, 2013, which is the date that is twenty (20) days after the date of this letter.

---

[1] The six matters omitted from the Superseded Statement were the following matters: 0G2012-301116, 0R0802-301160, 0R0802-301159, 0R0808-301294, 0R0808-301970, 0G2013-301943.
[2] In contrast, the Superseded Statement had requested payment of fees totaling $1,473,362.80 and expenses of $76,205.85.

I/2511037.2

July 18, 2013
Page 3

---

If you have questions about the Amended Statement, please do not hesitate to contact me.

Sincerely,

Jay Bender

JRB
Enclosures

cc:   Tammy Hamzehpour, Esq. (w/o encl)
      Robert Maddox, Esq. (w/o encl)
      F. Wendell Allen, Esq. (w/o encl)

1/2511037.2



Jay Bender
Direct: (205) 521-8645
Fax: (205) 488-6645
jbender@babc.com

July 25, 2013

**VIA PRIORITY UPS**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
    Lorenzo Marinuzzi

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
    Jonathan H. Hofer

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
    Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Office of the United States Trustee
for the Southern District of New York
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201
Attn: Tracy Hope Davis, Linda A. Riffkin,
    and Brian S. Masumoto

Re:   *In re Residential Capital, LLC, et al. (the "Debtors")*
      Case No. 12-12020 – Consolidated Monthly Fee Statement for February, March, and April 2013

Dear Counsel:

    Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find the consolidated monthly fee statement (the "Statement") of Bradley Arant Boult Cummings LLP, special litigation and compliance counsel for the Debtors ("BABC"), for the period February 1, 2013 through April 30, 2013 (the "Statement Period").[1] Paper copies of the Statement are being provided to the U.S. Trustee. To the other recipients, we are sending the Statement on disk. If any of you prefer that we send you paper copies of the Statement, let me know and we will send them to you.

---

[1] BABC has not previously submitted a monthly fee statement for any of the months of February, March, or April 2013. To simplify the preparation of BABC's fee statement (as well as the parties' review of it) and also to reduce substantially the volume of paper that we submit to the U.S. Trustee and the Bankruptcy Court with respect to our interim compensation request and formal fee application, we have consolidated our requests for the months of February, March, and April into the attached Statement. The U.S. Trustee consented in advance to the submission of the consolidated Statement.

1/2513401.1

One Federal Place  1819 Fifth Avenue North   Birmingham, AL 35203-2119  PHONE: 205.521.8000  FAX: 205.521.8800  BABC.COM

July 25, 2013
Page 2

The Statement includes BABC's billings on over 300 different matters in which BABC is representing the Debtors. As more particularly described in the Third Supplemental Declaration of Robert R. Maddox in support of BABC's employment application [Docket No. 3144] (the "Third Supplemental Declaration"), BABC's alternative billing arrangement with the Debtors expired as of December 31, 2012. Effective as of January 1, 2013, all matters handled by BABC for the Debtors are being billed on an hourly rate basis.

As described in the Third Supplemental Declaration, with respect to any alternative billing arrangement matter for which BABC received the initial $7,300 up-front payment from the Debtors prior to December 31, 2012, but did not incur $7,300 of billable time and expenses on such matter through December 31, 2012, BABC agreed that the Debtors would not be liable to pay any fees or reimburse any expenses incurred on or after January 1, 2013 unless and until the sum of the total hourly fees and expenses incurred on such matter from the time such matter was opened exceeds $7,300. With respect to any matters falling within this description, BABC is maintaining time and expense records for those matters and will provide those records upon request if and when those matters exceed $7,300 in hourly-rate billings and expenses.

During the pertinent time period, as reflected in the Statement, BABC's fees totaled $998,295.18 and its expenses totaled $80,529.40. In the absence of a timely objection, the Debtors shall pay $879,165.54, consisting of the sum of (a) $798,636.14, an amount equal to 80% of the fees ($798,636.14 = $998,295.18 x 0.80) and (b) 100% of the expenses ($80,529.40) being requested in the Statement.

Objections to the Statement are due by August 14, 2013, which is the date that is twenty (20) days after the date of this letter.

If you have questions about the Statement, please do not hesitate to contact me.

Sincerely,

Jay Bender

JRB
Enclosures

cc:    Tammy Hamzehpour, Esq. (w/o encl)
       Robert Maddox, Esq. (w/o encl)
       F. Wendell Allen, Esq. (w/o encl)

1/2513401.1