**Exhibit D**
**SUMMARY OF PROFESSIONAL SERVICE RENDERED BY PROFESSIONAL BY**
**BRADLEY ARANT BOULT CUMMINGS LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD**
**JANUARY 1, 2013 THROUGH APRIL 30, 2013**

| Name of Professional Individual | | Department and Licensure | | Total Hours Billed | Total Compensation | ResCap Rate | |
|---|---|---|---|---|---|---|---|
| **Partner** | | | | | | | |
| Allen, Wendell | 00202 | LITIGATION | 1998 | 64.40 | 24,343.20 | $ | 378 |
| Ayers, Marc J. | 00250 | LITIGATION | 1998 | 67.90 | 21,462.30 | $ | 317 |
| Bender, Jay R. | 00157 | BANKRUPTCY | 1993 | 60.30 | 24,662.70 | $ | 409 |
| Blossom, Rashad L. | 00783 | BANKRUPTCY | 2005 | 83.50 | 24,139.17 | $ | 299 |
| Boshell, Paige M. | 00139 | BANKING AND FINANCIAL SERVICES | 1992 | 14.20 | 4,998.40 | $ | 352 |
| Brown, T. Michael | 00115 | ENVIRONMENTAL | 1989 | 6.10 | 2,281.40 | $ | 374 |
| Cannon, Hope | 00230 | LITIGATION | 1999 | 148.70 | 48,435.70 | $ | 334 |
| Cargile, Ann | 00282 | REAL ESTATE | 1986 | 30.20 | 11,687.40 | $ | 387 |
| Carroll, Philip J. | 00106 | LITIGATION | 1988 | 0.30 | 109.50 | $ | 365 |
| Cox, Robert A. | 00399 | BANKRUPTCY | 1995 | 62.60 | 23,412.40 | $ | 374 |
| Cox, Stewart M. | 00103 | LITIGATION | 1987 | 12.60 | 4,599.00 | $ | 365 |
| Eady, Hall | 00715 | LITIGATION | 2004 | 114.80 | 32,832.80 | $ | 286 |
| Frechtel, Eric A. | 00232 | CONSTRUCTION/PROCUREMENT | 1996 | 28.90 | 10,346.20 | $ | 356 |
| Frentz, Stuart J. | 00098 | TAX, TRUSTS & ESTATES | 1986 | 2.30 | 910.80 | $ | 396 |
| Gerhardt, Graham W. | 00829 | LITIGATION | 2004 | 250.90 | 70,606.15 | $ | 312 |
| Glover, Glenn E. | 00261 | BANKRUPTCY | 2000 | 87.30 | 30,833.70 | $ | 352 |
| Griffin, Michael C. | 00759 | LITIGATION | 2000 | 321.20 | 110,607.84 | $ | 348 |
| Hancock, Christian W. | 00255 | LITIGATION | 2001 | 170.70 | 61,125.13 | $ | 361 |
| Hawkins, Christopher L. | 00249 | BANKRUPTCY | 1999 | 124.50 | 45,442.50 | $ | 365 |
| Henderson, Jennifer H. | 00771 | BANKRUPTCY | 2004 | 0.10 | 29.90 | $ | 299 |
| Hirsch, Emil | 00264 | LITIGATION | 1976 | 0.70 | 320.60 | $ | 458 |
| Humbracht, Rick | 00304 | LITIGATION | 1971 | 5.70 | 2,183.10 | $ | 383 |
| Knapp, Michael W. | 00192 | CONSTRUCTION/PROCUREMENT | 1995 | 1.20 | 464.40 | $ | 387 |
| Levine, Jay L. | 00373 | COMPETITIVE PRACTICES/IP | 1990 | 62.20 | 34,769.80 | $ | 559 |
| Lumsden, Dana C. | 00365 | LITIGATION | 1995 | 43.30 | 18,272.60 | $ | 422 |
| Maddox, Robert R. | 00257 | LITIGATION | 2000 | 530.70 | 212,280.00 | $ | 400 |
| Marshall, Greg | 00394 | White Collar Practice Group | 1993 | 9.20 | 4,130.80 | $ | 449 |
| Minor, J. Douglas | 00227 | LITIGATION | 1995 | 5.90 | 2,053.20 | $ | 348 |
| Moore, Jamie L. | 00258 | LITIGATION | 1998 | 40.20 | 14,311.20 | $ | 356 |
| Morgan, Mary C. | 00708 | LITIGATION | 2003 | 16.50 | 4,867.50 | $ | 295 |
| O'Dell, D. Brian | 00259 | LITIGATION | 1998 | 88.70 | 33,972.10 | $ | 383 |
| Pennington, Michael R. | 00092 | LITIGATION | 1985 | 1.80 | 855.00 | $ | 475 |
| Roberts, Jr., Thomas A. | 00247 | BANKING AND FINANCIAL SERVICES | 1998 | 0.80 | 256.80 | $ | 321 |
| Rose, Jonathan | 00328 | LITIGATION | 2000 | 44.80 | 13,394.24 | $ | 304 |
| Roth, David E. | 00177 | ENVIRONMENTAL | 1995 | 2.30 | 901.60 | $ | 392 |
| Sanger, Charles | 00330 | BANKING AND FINANCIAL SERVICES | 1985 | 1.00 | 341.00 | $ | 341 |
| Selden, Jack W. | 00135 | White Collar Practice Group | 1981 | 1.00 | 440.00 | $ | 440 |
| Smith T, John | 00149 | LITIGATION | 1992 | 4.80 | 1,708.80 | $ | 356 |
| Smith, Eric | 00336 | LITIGATION | 2001 | 8.60 | 2,347.80 | $ | 273 |
| Smith, Rusha | 00181 | LITIGATION | 1994 | 46.50 | 15,949.50 | $ | 343 |
| Thorsen, Christopher E. | 00341 | LITIGATION | 2000 | 47.40 | 14,788.80 | $ | 312 |
| Vinson, Jr., Laurence D. | 00041 | BANKING AND FINANCIAL SERVICES | 1973 | 3.00 | 1,254.00 | $ | 418 |
| Wahl, Brian | 00248 | LITIGATION | 2000 | 170.10 | 56,329.84 | $ | 334 |
| Walters, Jason A. | 00270 | LITIGATION | 2002 | 4.80 | 1,627.20 | $ | 339 |
| **Partner Average Rate:** | | | | | | **$** | **366** |
| **Counsel** | | | | | | | |
| Anderson, Jeff | 00401 | LITIGATION | 2000 | 62.80 | 18,777.20 | $ | 299 |
| Couch, Robert M. | 00352 | BANKING AND FINANCIAL SERVICES | 1984 | 1.50 | 846.00 | $ | 564 |
| DeRamus, Lesley Smith | 00178 | BANKING AND FINANCIAL SERVICES | 1989 | 48.60 | 17,107.20 | $ | 352 |
| **Counsel Average Rate** | | | | | | **$** | **405** |
| **Senior Attorney** | | | | | | | |
| Lovoy, Elena | 00901 | BANKING AND FINANCIAL SERVICES | 1987 | 60.10 | 21,155.20 | $ | 352 |
| Pozefsky, Steven A. | 00758 | CONSTRUCTION/PROCUREMENT | 1999 | 18.40 | 6,237.60 | $ | 339 |
| **Senior Attorney Average Rate** | | | | | | **$** | **346** |

**Exhibit D**

**SUMMARY OF PROFESSIONAL SERVICE RENDERED BY PROFESSIONAL BY BRADLEY ARANT BOULT CUMMINGS LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013**

| Name of Professional Individual | | Department and Licensure | | Total Hours Billed | Total Compensation | ResCap Rate |
|---|---|---|---|---|---|---|
| **Associate** | | | | | | |
| Anderson, Keith S. | 00752 | LITIGATION | 2004 | 111.40 | 29,146.33 | $ 268 |
| Averitt, Anne | 00878 | LITIGATION | 2011 | 0.40 | 82.80 | $ 207 |
| Avery, C. Jason | 00760 | REAL ESTATE | 2006 | 162.20 | 41,361.00 | $ 255 |
| Bailey, James | 00838 | BANKRUPTCY | 2010 | 6.20 | 1,419.80 | $ 229 |
| Burnette, R. Kane | 00815 | CORPORATE & SECURITIES | 2009 | 16.00 | 3,584.00 | $ 224 |
| Bushby, Jason R. | 00770 | LITIGATION | 2006 | 63.30 | 17,939.50 | $ 273 |
| Chastain, Aaron | 00880 | LITIGATION | 2010 | 20.60 | 4,449.60 | $ 216 |
| Cobb, Jonathan | 00817 | CONSTRUCTION/PROCUREMENT | 2009 | 25.50 | 5,712.00 | $ 224 |
| Cole, John W. | 00947 | LITIGATION | 2008 | 89.00 | 18,779.00 | $ 211 |
| Combest, Chandler | 00840 | BANKING AND FINANCIAL SERVICES | 2010 | 1.70 | 374.00 | $ 220 |
| Couch, Mary Ann | 00926 | LITIGATION | 2011 | 75.90 | 15,028.20 | $ 198 |
| Craft, Anna | 00920 | LITIGATION | 2011 | 231.10 | 45,752.70 | $ 198 |
| Dugan, Alex | 00893 | BANKRUPTCY | 2011 | 10.60 | 2,289.60 | $ 216 |
| Eason, Joycelyn J. | 00791 | LITIGATION | 2008 | 79.60 | 23,084.00 | $ 290 |
| Gilley, Lee | 00882 | LITIGATION | 2011 | 419.80 | 86,898.60 | $ 207 |
| Goodsell, Blake | 00900 | LITIGATION | 2010 | 222.20 | 41,638.02 | $ 207 |
| Griffin, Jr., T. Parker | 00831 | BANKRUPTCY | 2008 | 17.10 | 4,138.20 | $ 242 |
| Hendrix, W. Justin | 00819 | CORPORATE & SECURITIES | 2009 | 20.10 | 4,502.40 | $ 224 |
| Hill, Rudy | 00892 | LITIGATION | 2011 | 34.60 | 7,612.00 | $ 216 |
| Johnson, Josh | 00776 | BANKRUPTCY | 2008 | 24.70 | 6,025.15 | $ 246 |
| Jones, Jessica L. | 00821 | LITIGATION | 2009 | 84.80 | 18,995.20 | $ 224 |
| Kahlon, Aman S. | 00827 | CONSTRUCTION/PROCUREMENT | 2009 | 108.20 | 26,184.40 | $ 242 |
| Key, Riley | 00884 | LITIGATION | 2011 | 206.30 | 40,488.40 | $ 207 |
| Kolodziej, Jonathan | 00924 | LITIGATION | 2011 | 272.80 | 55,877.40 | $ 198 |
| Lynch, Thomas Ryan | 00745 | CONSTRUCTION/PROCUREMENT | 2006 | 6.70 | 2,036.80 | $ 304 |
| Menees, Cory S. | 00912 | LITIGATION | 2007 | 186.20 | 54,522.88 | $ 295 |
| Milam, Kathleen T. | 00909 | COMPETITIVE PRACTICES/IP | 2010 | 40.20 | 8,321.40 | $ 207 |
| Mitchell, Elizabeth B. | 00725 | LITIGATION | 2005 | 0.40 | 104.00 | $ 260 |
| Mobley, Spencer | 00928 | LITIGATION | 2012 | 123.00 | 23,599.06 | $ 198 |
| Neel, Preston H. | 00865 | LITIGATION | 2008 | 164.70 | 37,190.25 | $ 233 |
| Nichols, Sarah Katherine | 00728 | LITIGATION | 2005 | 8.40 | 2,217.60 | $ 264 |
| O'Beirne, Kathleen Shields | 00767 | LITIGATION | 2007 | 26.30 | 6,748.50 | $ 255 |
| Ollinger, Harry W. | 00740 | BANKING AND FINANCIAL SERVICES | 2006 | 61.50 | 16,236.00 | $ 264 |
| Osborne, Daniel | 00948 | LITIGATION | 2010 | 2.20 | 435.60 | $ 198 |
| Patterson, Jon H. | 00834 | LITIGATION | 2003 | 80.00 | 23,083.57 | $ 290 |
| Phillips, Joshua J. | 00862 | LITIGATION | 2006 | 35.40 | 9,345.60 | $ 264 |
| Premo, Grant | 00888 | LITIGATION | 2011 | 162.50 | 29,368.27 | $ 207 |
| Puckett, Amy | 00933 | LITIGATION | 2011 | 158.40 | 37,080.39 | $ 255 |
| Raja, Nader | 00911 | LITIGATION | 2010 | 154.80 | 42,466.21 | $ 282 |
| Robichaux, Ryan | 00905 | GOVERNMENTAL AFFAIRS | 2009 | 89.00 | 19,902.54 | $ 224 |
| Saltaformaggio, Erin | 00891 | LITIGATION | 2011 | 5.00 | 1,035.00 | $ 207 |
| Sauer, Edmund | 00899 | LITIGATION | 2004 | 0.60 | 166.20 | $ 277 |
| Segall, Quindal C. | 00754 | CORPORATE & SECURITIES | 2006 | 0.10 | 23.30 | $ 233 |
| Selman, Chris | 00930 | CONSTRUCTION/PROCUREMENT | 2012 | 66.00 | 13,200.00 | $ 198 |
| Sibley, Jessica | 00871 | LITIGATION | 2007 | 36.60 | 10,907.74 | $ 299 |
| Simmons, Avery | 00824 | LITIGATION | 2009 | 14.70 | 4,468.80 | $ 304 |
| Smith, Alison | 00922 | LITIGATION | 2012 | 66.60 | 12,121.08 | $ 198 |
| Smith, P. Max | 00805 | LITIGATION | 2007 | 91.30 | 23,792.96 | $ 255 |
| Solomon, Sean | 00931 | BANKRUPTCY | 2012 | 76.50 | 15,958.70 | $ 207 |
| Spero, Frankie | 00853 | LITIGATION | 2010 | 32.00 | 7,040.00 | $ 220 |
| Suttle Weinert, Katherine M. | 00724 | LITIGATION | 2005 | 85.60 | 24,139.20 | $ 282 |
| Taylor, Ann T. | 00763 | LITIGATION | 2006 | 17.70 | 4,769.24 | $ 273 |
| Thistle, William T. | 00777 | TAX, TRUSTS & ESTATES | 2008 | 0.20 | 51.00 | $ 255 |
| Thomas, D. Bryan | 00778 | CONSTRUCTION/PROCUREMENT | 2008 | 3.60 | 871.20 | $ 242 |
| Tucker, Darrell Clay | 00730 | LITIGATION | 2005 | 29.30 | 7,852.40 | $ 268 |
| Vann, Richard | 00863 | LITIGATION | 2011 | 283.80 | 55,076.87 | $ 220 |
| Veazey, Slates | 00945 | LITIGATION | 2007 | 38.10 | 9,061.91 | $ 246 |

**Exhibit D**

**SUMMARY OF PROFESSIONAL SERVICE RENDERED BY PROFESSIONAL BY
BRADLEY ARANT BOULT CUMMINGS LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD
JANUARY 1, 2013 THROUGH APRIL 30, 2013**

| Name of Professional Individual | | Department and Licensure | | Total Hours Billed | Total Compensation | ResCap Rate | |
|---|---|---|---|---|---|---|---|
| Vega, Jose D. | 00864 | LITIGATION | 2007 | 204.10 | 50,588.25 | $ | 264 |
| Walker, Michael | 00731 | LITIGATION | 2004 | 0.30 | 84.60 | $ | 282 |
| Warmoth, James | 00850 | CONSTRUCTION/PROCUREMENT | 2010 | 61.10 | 17,230.20 | $ | 282 |
| Watkins, Jay | 00932 | BANKRUPTCY | 2012 | 87.30 | 16,781.90 | $ | 207 |
| Wierman, Mark S. | 00869 | LITIGATION | 2007 | 234.30 | 66,672.60 | $ | 304 |
| Wilcox, Kristi | 00898 | LITIGATION | 2011 | 1.80 | 372.60 | $ | 207 |
| Wilson, Monica | 00902 | CONSTRUCTION/PROCUREMENT | 2010 | 81.30 | 22,484.33 | $ | 282 |
| Wright, Heather H. | 00873 | LITIGATION | 2002 | 3.70 | 973.10 | $ | 263 |
| Wright, Jay | 00849 | LITIGATION | 2010 | 74.50 | 16,390.00 | $ | 220 |
| **Associate Average Rate** | | | | | | **$** | **241** |
| **All Attorneys Average Rate:** | | | | | | **$** | **295** |
| **Paralegal** | | | | | | | |
| Burke, Allison B. | 00462 | LITIGATION | | 112.20 | 17,206.06 | $ | 158 |
| Cockrell, Alecia H. | 00446 | LITIGATION | | 90.10 | 14,212.19 | $ | 158 |
| Dalton, Jeffrey | 00450 | LITIGATION | | 109.50 | 17,301.00 | $ | 158 |
| Holtzclaw, Jonathan | 90092 | LITIGATION | | 22.60 | 3,566.00 | $ | 158 |
| Keane, Kerry | 91958 | LITIGATION | | 96.80 | 15,177.94 | $ | 158 |
| Kimmins, Barbara | 00416 | REAL ESTATE | | 2.60 | 410.80 | $ | 158 |
| Kirsch, Kimberly A. | 00417 | BANKRUPTCY | | 4.40 | 729.40 | $ | 167 |
| Kish, Lucinda | 70004 | CONSTRUCTION/PROCUREMENT | | 108.40 | 15,303.73 | $ | 158 |
| Mathews, Jamie | 00449 | LITIGATION | | 137.00 | 19,801.92 | $ | 150 |
| Nix, Niki | 00423 | LITIGATION | | 3.30 | 448.80 | $ | 136 |
| Palmer, Melisa P. | 70201 | LITIGATION | | 165.00 | 27,262.70 | $ | 167 |
| Palmer, Molly M. | 00425 | LITIGATION | | 0.50 | 283.90 | $ | 167 |
| Powell, Emily | 00456 | LITIGATION | | 61.60 | 9,755.79 | $ | 163 |
| Reisch, Beth | 00428 | LITIGATION | | 6.30 | 995.40 | $ | 158 |
| Thompson, Melanie | 00461 | LITIGATION | | 91.70 | 12,925.12 | $ | 158 |
| **Lit. Support** | | | | | | | |
| Cooper, Jennifer | 70022 | Administration | | 14.50 | 2,610.00 | $ | 180 |
| Isbell, Christina M. | 00414 | Administration | | 1.50 | 270.00 | $ | 180 |
| Seay, Cindy | 70017 | Administration | | 8.30 | 1,494.00 | $ | 180 |
| **Litigation Asst** | | | | | | | |
| Eaton, Elizabeth B. | 00406 | LITIGATION | | 39.00 | 6,162.00 | $ | 158 |
| **Research** | | | | | | | |
| Johnson, Carey | 70219 | Administration | | 1.20 | 108.00 | $ | 90 |
| Martin, Lori D. | 70040 | Administration | | 0.20 | 9.94 | $ | 229 |
| **All Timekeeper Average Rate** | | | | | | **$** | **275** |
| **Total** | | | | **9,260.70** | **2,416,978.11** | | |