**EXHIBIT E**

**SUMMARY OF EXPENSES INCURRED BY BRADLEY ARANT BOULT CUMMINGS LLP
ON BEHALF OF THE DEBTORS FOR THE PERIOD
JANUARY 1, 2013 THROUGH APRIL 30, 2013**

| Expense Category | Amount |
|---|---|
| Copy Charges | $ (64.80) |
| Copy Charges - OUTSIDE SOURCES | $ 1,246.01 |
| Postage Charges | $ (5.00) |
| Filing Fees | $ 3,895.50 |
| Recording Fees | $ 149.00 |
| Court Costs - Pleadings | $ 9,472.89 |
| Court Reporter Charges | $ 1,341.95 |
| Airline Tickets | $ 41,601.62 |
| Travel Expense | $ 61,912.94 |
| Meal Expense | $ 6,927.93 |
| Professional Consultant Services | $ 2,320.00 |
| Miscellaneous Expense | $ 10.00 |
| Miscellaneous Expense | $ 5,454.82 |
| Express Mail/Fedex | $ 43.71 |
| UPS | $ 869.79 |
| Express Mail/Fedex | $ 73.46 |
| Certificate of Good Standing | $ 100.00 |
| Research Fee | $ 64.80 |
| Court Pleading Costs | $ 3.50 |
| Copies of Medical Records | $ 10.35 |
| BINDING | $ 36.00 |
| Mediation Fee | $ 4,427.57 |
| Internet Account | $ 581.54 |
| LIEN SEARCHES | $ 270.00 |
| FED DOCKET SERV-PACER | $ 96.10 |
| Title Search Fee | $ 3,176.60 |
| **Total** | **$ 144,016.28** |