

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              MARCH 27, 2013
1100 Virginia Drive                                 0G2012-301001
Fort Washington, PA 19034

                                                    INVOICE #  841508

                                                    FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301001
     TC # 702113

PROFESSIONAL SERVICES

01/01/13  KSA  Draft and submit status report        L120      .10 hrs

            TOTAL FEES FOR THIS MATTER                        $26.80


BILLING SUMMARY

    Keith S. Anderson          .10 hrs   268.00 /hr       26.80


TOTAL FEES                   0.10 hrs              $26.80

**TOTAL CHARGES FOR THIS INVOICE**                $26.80

            ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2012-301002
Fort Washington, PA 19034

                                                               INVOICE #   841510

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301002
     TC # 715129

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | JST | Work on case evaluation memorandum | L120 | .20 hrs |
| 01/02/13 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 01/11/13 | JST | Review bond renewal form and discuss with P.Stokes | L120 | .20 hrs |
| 01/23/13 | JST | Review order from Judge Manalich and provide analysis to P.Stokes | L120 | .50 hrs |
| 01/30/13 | JST | Review communication from court regarding scheduling of attorney fee hearing and response regarding need for briefing schedule | L230 | .20 hrs |

                TOTAL FEES FOR THIS MATTER                    $439.00


BILLING SUMMARY

| | | | |
|---|---|---|---|
| John Smith T | 1.10 hrs | 356.00 /hr | 391.60 |
| Alecia H. Cockrell | .30 hrs | 158.00 /hr | 47.40 |

| | | |
|---|---|---|
| TOTAL FEES | 1.40 hrs | $439.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
MARCH 27, 2013

0G2012-301002

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $439.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301002

INVOICE #  865994

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301002
     TC # 715129

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/05/13 | JDV | Draft status report for client | L190 | .20 hrs |
| 02/10/13 | JST | Prepare for conference call with Judge Manalich relating to status | L230 | 1.00 hrs |
| 02/11/13 | JST | Prepare for and participate in conference call with court regarding status, final order, and attorney fee issues | L230 | .80 hrs |
| 02/11/13 | JST | Review defendants' motion for attorney's fees | L250 | .10 hrs |
| 02/13/13 | JST | Work on proposed order | L250 | .30 hrs |
| 02/15/13 | JST | Work on proposed order and review proposed order submitted by defendants | L250 | .50 hrs |
| 02/15/13 | JST | Call with counsel for Defendants regarding proposed final order | L250 | .50 hrs |
| 02/15/13 | JST | Review proposed edits to proposed final order | L250 | .30 hrs |

TOTAL FEES FOR THIS MATTER          $1,298.80

01      Copy Charges                                          0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
Rescap                                                        APRIL 30, 2013

0G2012-301002

FED ID NO. 63-0243316

BILLING SUMMARY

    John Smith T                3.50 hrs   356.00 /hr      1,246.00
    Jose D. Vega                 .20 hrs   264.00 /hr         52.80


TOTAL FEES                       3.70 hrs                  $1,298.80

**TOTAL CHARGES FOR THIS INVOICE**                         **$1,298.80**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301008

INVOICE #   841511

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301008
     TC # 689042

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | CET | Email correspondence with J. Newton regarding responding to McKeever's motion in bankruptcy court. | L250 | .20 hrs |
| 01/03/13 | CET | Email correspondence with J. Newton regarding Haffey's motion filed in the bankruptcy court. | L250 | .20 hrs |
| 01/07/13 | CET | Email correspondence with J. Newton regarding scheduling a conference call to discuss the motion filed by Haffey in the bankruptcy court. | L250 | .30 hrs |
| 01/07/13 | CET | Providing status update to the client. | L250 | .20 hrs |
| 01/08/13 | CET | Email correspondence with J. Newton and client regarding scheduling a conference call to discuss the Haffey motion filed in bankruptcy court. | L250 | .40 hrs |
| 01/10/13 | CET | Preparing for conference call with James Newton, N. Campbell, L. Delehey, and J. Ho to discuss case history and strategy in response to Haffey's request in the bankruptcy court to stay all pending litigation. | L250 | .70 hrs |
| 01/10/13 | CET | Conference call with James Newton, N. Campbell, L. Delehey, and J. Ho to discuss case history and strategy in response to Haffey's request in the bankruptcy court to stay all pending | L250 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301008

FED ID NO. 63-0243316

litigation.

| | | | | |
|---|---|---|---|---|
| 01/10/13 | CET | Email correspondence with J. Newton regarding the Notice of Bankruptcy for use in drafting response to Haffey's motion in the bankruptcy court. | L250 | .30 hrs |
| 01/16/13 | CET | Analyzing the draft Statement of Facts received from J. Newton. | L250 | .40 hrs |
| 01/16/13 | CET | Email correspondence with J. Newton regarding answering questions contained in draft Statement of Facts. | L250 | .20 hrs |
| 01/17/13 | CET | Revising Statement of Facts provided by J. Newton in response to motion to stay filed by Haffey in the bankruptcy court. | L250 | .50 hrs |
| 01/17/13 | CET | Email correspondence with J. Newton regarding revisions to Statement of Facts. | L250 | .20 hrs |
| 01/22/13 | CET | Analyzing court filings in assisting J. Newton in responding to Haffey's motion in the bankruptcy court. | L250 | 1.30 hrs |
| 01/22/13 | CET | Telephone conversation with J. Newton regarding filing history. | L250 | .30 hrs |
| 01/31/13 | CET | Email correspondence with James Newton regarding status of Haffey challenge in the bankruptcy court. | L250 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $2,028.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
Rescap                                                                MARCH 27, 2013

0G2012-301008

FED ID NO. 63-0243316

BILLING SUMMARY

   Christopher E. Thorsen        6.50 hrs    312.00 /hr        2,028.00

TOTAL FEES                        6.50 hrs                    $2,028.00

**TOTAL CHARGES FOR THIS INVOICE**                           **$2,028.00**

                 ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                APRIL 30, 2013
1100 Virginia Drive                                   0G2012-301008
Fort Washington, PA 19034

                                                      INVOICE #  865995

                                                      FED ID NO. 63-0243316

_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301008
         TC # 689042

PROFESSIONAL SERVICES

    02/04/13   AHC   Draft status report for attorney review     L190      .20 hrs

    02/04/13   CET   Provide status update to the client.        L250      .30 hrs

    02/05/13   AHC   Review file to confirm representation        L190      .30 hrs
                     information

    02/07/13   CET   Prepare outline of arguments in support      L250     1.00 hrs
                     of motion to dismiss appeals in the
                     Sixth Circuit.

    02/11/13   CET   Analyze Motion to File Status Conference     L250      .30 hrs
                     Out of Time filed by McKeever.

    02/11/13   CET   Email correspondence with James Newton       L250      .30 hrs
                     regarding the Haffey/McKeever status
                     report and the bankruptcy.

    02/11/13   JDR   E-mail to J.Newton regarding McKeever        L190      .10 hrs
                     status report and effect of bankruptcy
                     proceeding on Sixth Circuit appeal.

    02/11/13   JDR   Review status report filed by H.McKeever.    L510      .10 hrs

    02/11/13   JDR   Review e-mail from J.Newton regarding        L190      .10 hrs
                     mischaracterization in Ms. McKeever's
                     status report with the Sixth Circuit.

    02/12/13   CET   Analyze Status Report filed by McKeever.     L250      .30 hrs



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301008

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 02/12/13 | CET | Analyze letter from the court granting motion to extend time to file Status Report filed by McKeever. | L250 | .20 hrs | |
| | | TOTAL FEES FOR THIS MATTER | | | $919.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jonathan Rose | .30 hrs | 304.00 /hr | 91.20 |
| Christopher E. Thorsen | 2.40 hrs | 312.00 /hr | 748.80 |
| Alecia H. Cockrell | .50 hrs | 158.00 /hr | 79.00 |
| TOTAL FEES | 3.20 hrs | | $919.00 |

**TOTAL CHARGES FOR THIS INVOICE**                                    **$919.00**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301009

INVOICE #   841513

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:   0G2012-301009
      TC # 696479

PROFESSIONAL SERVICES

01/25/13   RLB   E-mails to and from client regarding       L190      .30 hrs
                 status of matter


               TOTAL FEES FOR THIS MATTER                             $89.70


BILLING SUMMARY

    Rashad L. Blossom          .30 hrs   299.00 /hr         89.70


TOTAL FEES                     0.30 hrs                    $89.70

**TOTAL CHARGES FOR THIS INVOICE**                        **$89.70**

          ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301009

INVOICE #  865996

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301009
     TC # 696479

PROFESSIONAL SERVICES

| 04/30/13 | KK | Research and review docket to determine status and assess case | L110 | .20 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                   $31.60

BILLING SUMMARY

Kerry Keane              .20 hrs   158.00 /hr      31.60

TOTAL FEES              0.20 hrs              $31.60

**TOTAL CHARGES FOR THIS INVOICE**            **$31.60**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2012-301010
Fort Washington, PA 19034

                                                               INVOICE #  841515

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301010
     TC # 714753

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | phn | Draft status report for client | L190 | .20 hrs |
| 01/11/13 | phn | Analysis of Plaintiff's claims, Plaintiff's request to negotiate settlement, and Rule 11 Agreement timing to proceed with eviction suit | B110 | .30 hrs |
| 01/14/13 | phn | Research and analysis of litigation risk for P.Stokes | L120 | 3.80 hrs |
| 01/15/13 | GWG | Revise correspondence to plaintiff regarding resolution of case | L160 | .30 hrs |
| 01/16/13 | phn | Email to P. Stokes Plaintiffs' failure to attempt settlement negotiations and that BABCÆs sent Plaintiffs a notice that a forcible detainer action may be brought | B110 | .40 hrs |
| 01/16/13 | DBO | Review and revised letters to borrowers regarding reinstating eviction action and providing agreed upon notice as well as correspondence to client regarding eviction action and underlying foreclosure | L120 | .40 hrs |
| 01/24/13 | phn | Review email from plaintiff regarding retention of counsel Mazin Sbati and request to engage in settlement discussions | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
Rescap                                                     MARCH 27, 2013

0G2012-301010

FED ID NO. 63-0243316

---

01/25/13   phn   Phone call from plaintiffÆs counsel        L160      .50 hrs
                 regarding forcible detainer action and
                 potential settlement

01/25/13   phn   Phone call with P.Stokes regarding         L120      .30 hrs
                 PlaintiffsÆ appointment of Mazin Sabati
                 as counsel in the matter and possible
                 settlement negotiations

01/28/13   phn   Review and analysis of email from          L160      .20 hrs
                 Plaintiffs' counsel regarding settlement
                 and compromise

01/30/13   phn   Review and analysis of reinstatement       L160      .30 hrs
                 quote in preparations for settlement
                 negotiations

01/30/13   phn   Draft letter to opposing counsel           L160      .50 hrs
                 regarding reinstatement and loan
                 modification


            TOTAL FEES FOR THIS MATTER                    $1,807.90

      41         Computerized Legal Research-Westlaw                      0.00

BILLING SUMMARY

      D. Brian O'Dell            .40 hrs    383.00 /hr        153.20
      Graham W. Gerhardt         .30 hrs    312.00 /hr         93.60
      Preston H. Neel          6.70 hrs     233.00 /hr      1,561.10


TOTAL FEES                     7.40 hrs               $1,807.90



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
MARCH 27, 2013

0G2012-301010

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**              $1,807.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301010

INVOICE #  865997

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301010
     TC # 714753

PROFESSIONAL SERVICES

02/01/13  phn  Draft status report for client          L190      .20 hrs

           TOTAL FEES FOR THIS MATTER                    $46.60

     35      Express Mail/Fedex                                       0.00

BILLING SUMMARY

     Preston H. Neel        .20 hrs   233.00 /hr        46.60

TOTAL FEES                  0.20 hrs                   $46.60

**TOTAL CHARGES FOR THIS INVOICE**                    $46.60

           ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301011

INVOICE #  865998

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301011
     TC # 690743

PROFESSIONAL SERVICES

| 02/01/13 | MST | Emails to and from researcher regarding state court pleadings | L110 | .30 hrs |
|----------|-----|---------------------------------------------------------------|------|---------|
| 02/01/13 | MST | Finalize answer and prepare for filing and service | L210 | .70 hrs |
| 02/05/13 | MST | Receive and review state court pleadings | L210 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $221.20

BILLING SUMMARY

| Melanie Thompson | 1.40 hrs | 158.00 /hr | 221.20 |
|------------------|----------|------------|--------|

| TOTAL FEES | 1.40 hrs | | $221.20 |
|------------|----------|--|---------|

**TOTAL CHARGES FOR THIS INVOICE**          **$221.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2012-301014
Fort Washington, PA 19034

                                                          INVOICE #   841521

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301014
         TC # 730242

PROFESSIONAL SERVICES

01/10/13   MST   Obtain updated title report after          L110     .60 hrs
                 multiple telephone calls with title
                 search company regarding specific
                 documents

                 TOTAL FEES FOR THIS MATTER                        $94.80

BILLING SUMMARY

    Melanie Thompson            .60 hrs   158.00 /hr        94.80

TOTAL FEES                      0.60 hrs                   $94.80

**TOTAL CHARGES FOR THIS INVOICE**                        $94.80
                                                          ==========

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                         0G2012-301014
Fort Washington, PA 19034

                                                            INVOICE #  865999

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301014
     TC # 730242

PROFESSIONAL SERVICES

02/01/13  MST   Telephone call with opposing counsel      L110     .20 hrs
                regarding documents responsive to
                request for production of documents

02/01/13  MST   Coordinate reproduction of documents      L110     .40 hrs
                from plaintiff with local copy service

                TOTAL FEES FOR THIS MATTER                        $94.80

BILLING SUMMARY

    Melanie Thompson          .60 hrs   158.00 /hr         94.80

TOTAL FEES                  0.60 hrs                      $94.80

**TOTAL CHARGES FOR THIS INVOICE**                       **$94.80**

             ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2012-301015
Fort Washington, PA 19034

                                                          INVOICE #  841523

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301015
     TC # 710417

PROFESSIONAL SERVICES

| 01/07/13 | JJO | Draft status update | L120 | .20 hrs |
|---|---|---|---|---|
| 01/08/13 | JJO | Emails regarding status report | L120 | .10 hrs |
| 01/09/13 | JJO | Call with K.Haggerty regarding payment | L120 | .50 hrs |
| 01/09/13 | JJO | Emails to K.Haggerty regarding payment | L120 | .20 hrs |
| 01/09/13 | JJO | Email to client regarding executed loan modifications | L120 | .10 hrs |
| 01/09/13 | GEG | Work on settlement issues | L160 | .10 hrs |
| 01/10/13 | JJO | Emails with client regarding signed agreement | L120 | .10 hrs |
| 01/11/13 | JJO | Emails with K.Haggerty regarding payment | L120 | .10 hrs |
| 01/11/13 | JJO | Emails with client regarding payment | L120 | .20 hrs |
| 01/15/13 | GEG | Work on settlement | L120 | .20 hrs |
| 01/15/13 | JJO | Emails regarding January payment | L120 | .20 hrs |
| 01/15/13 | JJO | Conference with K.Haggerty regarding January payment | L120 | .10 hrs |
| 01/15/13 | JJO | Emails regarding waiving late fee | L120 | .10 hrs |
| 01/15/13 | JJO | Email K.Haggerty re waiving late fee | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
MARCH 27, 2013

0G2012-301015

FED ID NO. 63-0243316

| 01/23/13 | JJO | Emails with K.Haggerty regarding notice of acceleration | L120 | .50 hrs |
|----------|-----|---------------------------------------------------------|------|---------|
| 01/28/13 | JJO | Check on January payment | L120 | .20 hrs |
| 01/29/13 | JJO | Emails with K.Haggerty regarding January payment | L120 | .20 hrs |
| 01/29/13 | JJO | Email update to client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $843.60

BILLING SUMMARY

| Glenn E. Glover | .30 hrs | 352.00 /hr | 105.60 |
|-----------------|---------|------------|--------|
| Josh Johnson | 3.00 hrs | 246.00 /hr | 738.00 |

TOTAL FEES              3.30 hrs                    $843.60

**TOTAL CHARGES FOR THIS INVOICE**                 $843.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                 APRIL 30, 2013
1100 Virginia Drive                                                    0G2012-301015
Fort Washington, PA 19034

                                                                       INVOICE #  866000

                                                                       FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301015
     TC # 710417

PROFESSIONAL SERVICES

| 02/05/13 | GEG | E-mails from and to GMAC personnel regarding borrower's continued delay in payments | L120 | .20 hrs |
|----------|-----|---|---|---|
| 02/05/13 | JJO | Email Haggerty regarding payment | L120 | .10 hrs |
| 02/05/13 | JJO | Contact client regarding Haggerty's payment | L120 | .10 hrs |
| 02/05/13 | JJO | Call with K.Haggerty | L120 | .10 hrs |
| 02/05/13 | JJO | Update client regarding call with K.Haggerty | L120 | .10 hrs |
| 02/07/13 | JJO | Update client regarding receipt of January payment and prepare letter enclosing same | L120 | .50 hrs |
| 02/07/13 | JJO | Draft status report | L120 | .20 hrs |
| 02/11/13 | JJO | Emails with client regarding payment | L120 | .30 hrs |
| 02/13/13 | JJO | Draft closing memo | L120 | .50 hrs |

                TOTAL FEES FOR THIS MATTER              $537.80

     35      Express Mail/Fedex                                    0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
APRIL 30, 2013

0G2012-301015

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Glenn E. Glover | .20 hrs | 352.00 /hr | 70.40 |
| Josh Johnson | 1.90 hrs | 246.00 /hr | 467.40 |

TOTAL FEES                2.10 hrs                        $537.80

**TOTAL CHARGES FOR THIS INVOICE**                        $537.80

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0G2012-301017
Fort Washington, PA 19034

                                                          INVOICE #  866001

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301017
         TC # 693257

    PROFESSIONAL SERVICES

    02/15/13  MPE  Review of matter to assist with        L110      .20 hrs
                   determination of transfer to the estate.


               TOTAL FEES FOR THIS MATTER                          $33.40


    BILLING SUMMARY

       Melisa P. Palmer          .20 hrs   167.00 /hr       33.40


    TOTAL FEES                   0.20 hrs                  $33.40

    **TOTAL CHARGES FOR THIS INVOICE**                    **$33.40**

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          MARCH 27, 2013
1100 Virginia Drive                             0G2012-301020
Fort Washington, PA 19034

                                                INVOICE #  841527

                                                FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

   Re:  0G2012-301020
        TC # 709049

PROFESSIONAL SERVICES

01/01/13  MSW  Draft status report for client.           L120      .10 hrs

01/08/13  LADA Telephone conference with appeal case     L190      .40 hrs
               manager regarding status of borrower's
               recent motion for additional time to
               file record

01/14/13  LADA Telephone conference with Clerk           L190      .40 hrs
               regarding status of borrower's request
               for additional time to file record

01/30/13  LADA Telephone conference with Clerk           L190      .60 hrs
               regarding status of ruling on borrower's
               motion for extension of time

01/30/13  MSW  Draft status report for client.           L120      .10 hrs


           TOTAL FEES FOR THIS MATTER                        $282.00


BILLING SUMMARY

   Mark S. Wierman        .20 hrs   304.00 /hr       60.80
   Lucinda Kish          1.40 hrs   158.00 /hr      221.20


TOTAL FEES              1.60 hrs                   $282.00



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301020

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                $282.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301020

INVOICE #  866002

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301020
TC # 709049

PROFESSIONAL SERVICES

02/06/13  LADA Review order regarding borrower's most      L210      .40 hrs
recent request for additional time

TOTAL FEES FOR THIS MATTER                          $63.20

BILLING SUMMARY

Lucinda Kish            .40 hrs   158.00 /hr        63.20

TOTAL FEES              0.40 hrs                    $63.20

**TOTAL CHARGES FOR THIS INVOICE**                  **$63.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        MARCH 27, 2013
1100 Virginia Drive                                          0G2012-301023
Fort Washington, PA 19034

INVOICE #   841529

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301023
     TC # 709039

PROFESSIONAL SERVICES

| 01/09/13 | MCG | Exchange e-mails with borrower's counsel regarding short sale closing date | C400 | .10 hrs |
| 01/11/13 | MCG | Correspondence with J.Ho regarding closing date for short sale | C300 | .10 hrs |
| 01/11/13 | MPE | Review file history per J.Ho to determine current status and counsel involved. | L110 | .30 hrs |
| 01/18/13 | KK | Draft closing memorandum regarding resolution of matter to send to client and officially close out case | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                        $167.10

BILLING SUMMARY

| Michael C. Griffin | .20 hrs | 348.00 /hr | 69.60 |
| Melisa P. Palmer | .30 hrs | 167.00 /hr | 50.10 |
| Kerry Keane | .30 hrs | 158.00 /hr | 47.40 |

TOTAL FEES              0.80 hrs                   $167.10

**TOTAL CHARGES FOR THIS INVOICE**                $167.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301024

INVOICE #  866003

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301024
     TC # 696712

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/17/13 | MPE | Review of case to confirm assignment to the estate. | L110 | .10 hrs |
| 03/08/13 | RK | Conference regarding eviction status | L120 | .60 hrs |
| 03/08/13 | GWG | Strategy conference and call with client regarding status of eviction proceedings as affected by the GMAC bankruptcy | L120 | .60 hrs |
| 03/11/13 | GWG | Correspondence with plaintiffs' counsel regarding status of litigation | L110 | .10 hrs |
| 04/03/13 | GWG | Correspondence with client regarding status of eviction process | L120 | .20 hrs |
| 04/25/13 | RK | Review file and previous pleadings to determine whether the eviction can move forward | L120 | .90 hrs |
| 04/29/13 | RK | Conference with eviction counsel regarding the status of the case and whether the eviction can proceed | L120 | .40 hrs |
| 04/29/13 | GWG | Correspond with client, L. Moreno and C. Ferguson regarding initiation of eviction process | L120 | .30 hrs |
| 04/30/13 | RK | Conference with G.Albright and J.Scoliard regarding the status of the eviction | L120 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
APRIL 30, 2013

0G2012-301024

FED ID NO. 63-0243316

04/30/13  GWG  Strategy conference with client and        L120     .40 hrs
               eviction counsel

         TOTAL FEES FOR THIS MATTER                 $1,074.80

BILLING SUMMARY

    Graham W. Gerhardt         1.60 hrs   312.00 /hr        499.20
    Riley Key                  2.70 hrs   207.00 /hr        558.90
    Melisa P. Palmer            .10 hrs   167.00 /hr         16.70

TOTAL FEES                     4.40 hrs                $1,074.80

**TOTAL CHARGES FOR THIS INVOICE**                    **$1,074.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              MARCH 27, 2013
1100 Virginia Drive                                 0G2012-301026
Fort Washington, PA 19034

INVOICE #  841532

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301026
     TC # 713334

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 01/07/13 | HTC | Exchange emails with N.Rosenbaum regarding stipulation and review and respond to emails from opposing counsel regarding settlement | L120 | .70 hrs |
| 01/07/13 | HTC | Draft motion to continue and exchange emails with opposing counsel regarding same | L250 | .20 hrs |
| 01/17/13 | HTC | Draft email to opposing counsel regarding executed stipulation on motion for relief from stay | L120 | .10 hrs |
| 01/29/13 | HTC | Exchange emails with client regarding motion for summary judgment hearing | L240 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $367.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 1.10 hrs | 334.00 /hr | 367.40 |
| TOTAL FEES | 1.10 hrs | | $367.40 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$367.40** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        APRIL 30, 2013
1100 Virginia Drive                                           0G2012-301026
Fort Washington, PA 19034

                                                              INVOICE #  866004

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

   Re:  0G2012-301026
        TC # 713334

PROFESSIONAL SERVICES

| 03/04/13 | HTC | Exchange emails with client regarding request for information from opposing counsel on servicing transfer | L120 | .10 hrs |
|---|---|---|---|---|
| 03/06/13 | HTC | Draft email to opposing counsel regarding continuance of March 19 summary judgment hearing | L240 | .10 hrs |
| 03/13/13 | HTC | Exchange emails with client regarding motion to compel | L120 | .10 hrs |
| 03/19/13 | HTC | Attendance at summary judgment hearing and office conference with USAA counsel regarding same (summary judgment deals with claim of wrongful foreclosure, standing and torts) | L240 | 3.10 hrs |
| 03/19/13 | HTC | Prepare for summary judgment hearing (summary judgment deals with claim of wrongful foreclosure, standing and torts) | L240 | 2.00 hrs |
| 03/25/13 | HTC | Draft motion for special setting on motion for summary judgment hearing | L250 | .10 hrs |
| 04/01/13 | HTC | Draft answer to amended complaint | L210 | .80 hrs |
| 04/08/13 | HTC | Draft letter to A.Huffaker (Fannie's counsel) regarding transmittal of original note and other documents | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
Rescap                                                          APRIL 30, 2013

                                                               0G2012-301026

                                                               FED ID NO. 63-0243316

---

| 04/08/13 | AHC | Review file for protective orders and other documents as requested by A.Huffaker | L190 | .20 hrs |
|---|---|---|---|---|
| 04/08/13 | AHC | Transmit A.Huffaker enclosing original documents and protective orders for file | L190 | .10 hrs |
| 04/15/13 | HTC | Draft email to GreenTree closing matters as to GreenTree | L120 | .10 hrs |
| 04/23/13 | HTC | Office conference with USAA's counsel regarding upcoming summary judgment motion | L240 | .10 hrs |
| 04/23/13 | HTC | Telephone conference with D.Swartz at Green Tree | L110 | .20 hrs |
| 04/24/13 | AHC | Correspondence to A.Huffaker regarding supplemental documents request | L190 | .20 hrs |

                       TOTAL FEES FOR THIS MATTER                    $2,350.20


BILLING SUMMARY

| Hope Cannon | 6.80 hrs | 334.00 /hr | 2,271.20 |
|---|---|---|---|
| Alecia H. Cockrell | .50 hrs | 158.00 /hr | 79.00 |

TOTAL FEES                7.30 hrs                      $2,350.20

**TOTAL CHARGES FOR THIS INVOICE**                      $2,350.20

                  ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              MARCH 27, 2013
1100 Virginia Drive                                 0G2012-301027
Fort Washington, PA 19034

                                                    INVOICE #  841534

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:   0G2012-301027
      TC # 712180

PROFESSIONAL SERVICES

| 01/02/13 | JAM | Review email correspondence regarding renter's interest in purchasing property 1110 | L110 | .20 hrs |
|----------|-----|------|------|---------|
| 01/02/13 | JDV | Draft December 2012 status report for client | L190 | .10 hrs |
| 01/02/13 | JAM | Review emails regarding settlement documents | L160 | .10 hrs |
| 01/04/13 | JDV | Email correspondence with defendant regarding settlement timeline | L190 | .40 hrs |
| 01/04/13 | HTC | Review and revise settlement agreements | L160 | 1.00 hrs |
| 01/07/13 | JDV | Prepare settlement documents for client's review | L160 | .60 hrs |
| 01/07/13 | JDV | Email correspondence with client regarding review of settlement documents | L160 | .20 hrs |
| 01/07/13 | JDV | Revise Settlement Agreement | L190 | .30 hrs |
| 01/09/13 | JDV | Telephone conversation with defendant regarding execution of settlement and release agreement | L190 | .20 hrs |
| 01/09/13 | JDV | Revise Settlement Agreement pursuant to client's instructions | L190 | .60 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
MARCH 27, 2013

0G2012-301027

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/09/13 | JDV | Email correspondence with client regarding revisions to settlement agreement | L190 | .20 hrs |
| 01/09/13 | JDV | Draft Affidavit of Defendant K.Hopper | L250 | .90 hrs |
| 01/09/13 | HTC | Review emails regarding draft settlement documents and consideration of adding K.Hopper as a party | L160 | .10 hrs |
| 01/10/13 | JDV | Follow up email correspondence with client regarding review, approval, and finalization of settlement documents | L190 | .40 hrs |
| 01/15/13 | JDV | Telephone conversation with defendant regarding revisions to Settlement Agreement | L160 | .70 hrs |
| 01/15/13 | JDV | Telephone conversation with client regarding defendant's revisions to settlement agreement | L190 | .30 hrs |
| 01/17/13 | SJF | Respond to questions about possible tax issues | B240 | .50 hrs |
| 01/18/13 | JDV | Communications with defendant regarding revisions to tax consequences provision of settlement agreement | L190 | .40 hrs |
| 01/18/13 | JDV | Revise settlement agreement pursuant to defendant's revisions | L160 | .40 hrs |
| 01/18/13 | SJF | Review and analyze issues raised about tax language in settlement agreement and review possible changes | B240 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
MARCH 27, 2013

0G2012-301027

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/21/13 | JDV | Email correspondence with defendant regarding extension to lease agreement | L190 | .20 hrs |
| 01/21/13 | JDV | Analysis of defendant's extension to lease agreement | L120 | .40 hrs |
| 01/22/13 | JDV | Analysis of lease, exhibits, and notice of discharge and abandonment provided by defendant | L120 | .60 hrs |
| 01/22/13 | JDV | Email correspondence with defendant regarding review of lease, exhibits, and notice of discharge and abandonment | L190 | .40 hrs |
| 01/23/13 | JDV | Communications with defendant regarding update on settlement document review | L190 | .20 hrs |
| 01/25/13 | JDV | Communications with client regarding issues concerning defendant's lease agreement with tenant | L190 | .30 hrs |
| 01/25/13 | JDV | Communications with defendant regarding status of revisions to settlement documents | L190 | .40 hrs |
| 01/25/13 | CWH | Review and revise settlement agreement in light of Hopper's lease with tenant and review and analyze lease | L160 | .30 hrs |
| 01/29/13 | JDV | Email correspondence with client regarding issues concerning defendant's lease agreement | L190 | .20 hrs |
| 01/30/13 | JDV | Email correspondence with client regarding lease agreement and exhibits | L190 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
MARCH 27, 2013

0G2012-301027

FED ID NO. 63-0243316

01/30/13   JDV   Email correspondence with defendant          L190      .50 hrs
                 regarding issues concerning defendant's
                 lease agreement

                 TOTAL FEES FOR THIS MATTER                         $3,437.90

BILLING SUMMARY

   Stuart J. Frentz         1.30 hrs    396.00 /hr       514.80
   Hope Cannon              1.10 hrs    334.00 /hr       367.40
   Christian W. Hancock      .30 hrs    361.00 /hr       108.30
   Jamie Mathews             .30 hrs    150.00 /hr        45.00
   Jose D. Vega             9.10 hrs    264.00 /hr     2,402.40

TOTAL FEES                 12.10 hrs                  $3,437.90

**TOTAL CHARGES FOR THIS INVOICE**                    **$3,437.90**
                                                     ================

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        APRIL 30, 2013
1100 Virginia Drive                                          0G2012-301027
Fort Washington, PA 19034

                                                             INVOICE #  866005

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301027
     TC # 712180

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | JDV | Communications with client regarding issues raised by REO department | L190 | .90 hrs |
| 02/01/13 | JDV | Email correspondence with defendant regarding fully executed lease agreement and extension | L190 | .30 hrs |
| 02/01/13 | JDV | Communications with defendant regarding issues concerning tenant and lease agreement | L190 | .50 hrs |
| 02/04/13 | JDV | Email correspondence with client regarding fully executed lease agreement with exhibits and amendments | L190 | .30 hrs |
| 02/04/13 | JDV | Analysis of fully executed lease agreement with exhibits and amendments | L120 | .20 hrs |
| 02/04/13 | JDV | Draft status report for client | L190 | .10 hrs |
| 02/05/13 | JDV | Communications with client regarding analysis of lease agreement's validity | L190 | .60 hrs |
| 02/05/13 | CWH | Analyze issues with Hopper's tenant, the terms of her lease and fair market value of the property for rental | L160 | .30 hrs |
| 02/06/13 | JDV | Communications with client regarding issues concerning tenant and final revisions to settlement agreement | L190 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
APRIL 30, 2013

0G2012-301027

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/06/13 | JDV | Revise Section (C)(1) of Settlement Agreement pursuant to agreement with client | L190 | .30 hrs |
| 02/06/13 | CWH | Strategy conference call with client | L160 | .30 hrs |
| 02/07/13 | JDV | Email correspondence with defendant regarding execution of W-9 tax form | L190 | .30 hrs |
| 02/07/13 | JDV | Analysis of state law regarding assignment of rental payments | L120 | .30 hrs |
| 02/07/13 | JDV | Email correspondence with client regarding assignment of rental payments | L190 | .20 hrs |
| 02/08/13 | CWH | Exchange e-mails with client regarding assignment of rents/lease issues | L160 | .20 hrs |
| 02/08/13 | JDV | Communications with client regarding preparation of assignment of rents agreement | L190 | .50 hrs |
| 02/08/13 | JDV | Draft Assignment of Leases and Rents | L190 | 1.20 hrs |
| 02/12/13 | JDV | Revise Assignment of Rent Agreement | L190 | .90 hrs |
| 02/12/13 | JDV | Email correspondence with defendant regarding preparation of Assignment of Rent Agreement | L190 | .20 hrs |
| 02/14/13 | JDV | Finalize revisions to Assignment of Lease and Rents | L190 | .40 hrs |
| 02/14/13 | CWH | Revise assignment of rents | L160 | .10 hrs |
| 02/15/13 | JDV | Draft Final Judgment of Foreclosure | L210 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
APRIL 30, 2013

0G2012-301027

FED ID NO. 63-0243316

| 02/15/13 | JDV | Communications with defendant regarding final review and execution of settlement documents | L190 | .50 hrs |
|---|---|---|---|---|
| 02/15/13 | JDV | Prepare all settlement documents and foreclosure pleadings for execution, service, and filing | L210 | .80 hrs |
| 02/15/13 | JDV | Communications with client regarding final review and execution of settlement documents | L190 | .60 hrs |
| 02/15/13 | CWH | Final revisions to settlement agreement, assignment of rents, and proposed orders/dismissals/stipulations to resolve Hopper case | L160 | .20 hrs |
| 02/15/13 | MPE | Email correspondence with default counsel to determine status of Affidavit if Indebtedness. | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $3,096.90

01        Copy Charges                                              0.00

BILLING SUMMARY

| Christian W. Hancock | 1.10 hrs | 361.00 /hr | 397.10 |
|---|---|---|---|
| Jose D. Vega | 10.10 hrs | 264.00 /hr | 2,666.40 |
| Melisa P. Palmer | .20 hrs | 167.00 /hr | 33.40 |

TOTAL FEES              11.40 hrs                    $3,096.90



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     4
APRIL 30, 2013

0G2012-301027

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $3,096.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2012-301028
Fort Washington, PA 19034

                                                          INVOICE #  841536

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301028
         TC # 711093

PROFESSIONAL SERVICES

| 01/02/13 | MAC | Read and analyze appellant's brief | L520 | 1.30 hrs |
|---|---|---|---|---|
| 01/02/13 | MAC | Research under Fifth Circuit case law what constitutes a citizen of a state for purposes of diversity jurisdiction | L520 | .60 hrs |
| 01/02/13 | MAC | Research on briefing strategy for appellee's brief | L520 | .40 hrs |
| 01/02/13 | MAC | Research under Fifth Circuit case law standards for motion for summary judgment | L520 | .50 hrs |
| 01/02/13 | GGM | Review appellant's brief and record excerpts | L520 | 2.20 hrs |
| 01/02/13 | GGM | Research for response to appellant's brief | L520 | .70 hrs |
| 01/03/13 | MAC | Draft statement of the case and statement of the facts for appellee's brief | L520 | 2.70 hrs |
| 01/04/13 | MAC | Draft jurisdictional statement, statement of the issues, statement of the case, statement of the facts, and standard of review for appellee's brief | L520 | 4.40 hrs |
| 01/04/13 | MAC | Review record on appeal for facts and cites to be included in the statement of the case and statement of the facts | L520 | 2.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
MARCH 27, 2013

0G2012-301028

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/04/13 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 01/07/13 | MAC | Draft argument section of response brief concerning whether court had diversity jurisdiction | L520 | 2.10 hrs |
| 01/07/13 | MAC | Research amount in controversy requirement in Fifth Circuit Court of Appeals | L520 | 1.40 hrs |
| 01/07/13 | MAC | Review client documents concerning client's place of incorporation and principal place of business | L520 | .60 hrs |
| 01/07/13 | AHC | Research SOS web sites regarding corporate registration for GMAC Mortgage LLC, Ally Financial Inc. and ETS | L110 | 1.00 hrs |
| 01/08/13 | MJA | Research on strategy concerning jurisdiction issue | L520 | .20 hrs |
| 01/09/13 | MJA | Continued research on strategy concerning jurisdiction issue | L520 | .30 hrs |
| 01/10/13 | phn | Review and analysis of deposition testimony in preparation for appellate motion | L510 | .40 hrs |
| 01/10/13 | MAC | Work on jurisdictional argument concerning amount in controversy for appellee's brief | L520 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
MARCH 27, 2013

0G2012-301028

FED ID NO. 63-0243316

| 01/15/13 | MAC | Review deposition transcript of plaintiff taken day before magistrate judge granted motion for summary judgment | L520 | 1.10 hrs |
|---|---|---|---|---|
| 01/15/13 | MAC | Work on argument concerning amount in controversy for federal jurisdiction | L520 | .70 hrs |
| 01/15/13 | MAC | Research requirements for violation of real estate settlement procedures act under federal law | L520 | 1.50 hrs |
| 01/17/13 | MAC | Research split in texas district courts concerning the amount in controversy for diversity jurisdiction in foreclosure cases | L520 | 2.40 hrs |
| 01/17/13 | MAC | Work on jurisdiction argument that amount in controversy is met | L520 | 1.60 hrs |
| 01/18/13 | GGM | Research regarding issues in draft appellate brief | L520 | .10 hrs |
| 01/18/13 | MAC | Work on argument that jurisdictional amount in controversy is met in suit to enjoin foreclosure | L520 | 1.70 hrs |
| 01/18/13 | MAC | Research district court split in Fifth Circuit concerning amount in controversy for suits to enjoin foreclosure | L520 | 2.00 hrs |
| 01/20/13 | MAC | Work on argument that the district court had jurisdiction and the amount in controversy exceed the jurisdictional threshold | L520 | 1.50 hrs |
| 01/21/13 | MAC | Research who can be liable under the Fair Debt Collection Practices Act | L520 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     4
MARCH 27, 2013

0G2012-301028

FED ID NO. 63-0243316

| 01/21/13 | MAC | Work on argument that the district court had jurisdiction and the amount in controversy exceed the jurisdictional threshold | L520 | .60 hrs |
| 01/21/13 | MAC | Work on arguments that appellant's claims on appeal were properly dismissed on summary judgment and the magistrate judge did not plainly err | L520 | 4.30 hrs |
| 01/21/13 | MAC | Research law on wrongful foreclosure under Texas law | L520 | .40 hrs |
| 01/21/13 | MAC | Research law on breach of contract under Texas law | L520 | .30 hrs |
| 01/21/13 | MAC | Research requirements for a claim under the real estate settlement procedures act and a servicer's response to a qualified written request | L520 | .90 hrs |
| 01/22/13 | GGM | Review and revise draft brief | L520 | .60 hrs |
| 01/22/13 | MAC | Work on arguments that appellant's claims on appeal were properly dismissed on summary judgment and the magistrate judge did not plainly err | L520 | 1.10 hrs |
| 01/22/13 | MAC | Draft summary of the argument and conclusion | L520 | .40 hrs |
| 01/22/13 | MAC | Finalize brief in preparation for final review | L520 | .50 hrs |
| 01/23/13 | MAC | Research on revisions to draft of appellate brief | L520 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    5
MARCH 27, 2013

0G2012-301028

FED ID NO. 63-0243316

| 01/23/13 | MAC | Revisions to draft brief | L520 | 1.40 hrs |
|---|---|---|---|---|
| 01/23/13 | MAC | Contact opposing counsel B.Mortberg to ask whether he will jointly stipulate to supplement the record on appeal with the plaintiffÆs deposition transcript | L520 | .30 hrs |
| 01/23/13 | GGM | Research on various issues concerning draft brief | L520 | .60 hrs |
| 01/23/13 | GGM | Review transcript of plaintiff's deposition which will be part of ROA or exhibit to appellees' brief | L520 | .70 hrs |
| 01/24/13 | MJA | Continued review of and revisions to Alsobrook appeal brief | L520 | .80 hrs |
| 01/24/13 | MAC | Draft motion to supplement record on appeal with deposition transcript | L520 | .30 hrs |
| 01/24/13 | MAC | Continued revisions to draft brief | L520 | 1.60 hrs |
| 01/24/13 | MAC | Research in federal circuit courts the amount in controversy requirement for jurisdiction in foreclosure cases | L520 | 1.80 hrs |
| 01/24/13 | MAC | Correspondence with opposing counsel B.Mortberg concerning stipulating to supplementing record on appeal with deposition transcript | L520 | .30 hrs |
| 01/24/13 | GGM | Review and edit second draft of appellate brief | L520 | 2.40 hrs |
| 01/24/13 | AHC | Final review and revisions to Motion to Supplement Record on Appeal and supplemental material as attachment | L510 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     6
MARCH 27, 2013

0G2012-301028

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 01/25/13 | MAC | Research in federal circuit courts the amount in controversy requirement for jurisdiction in foreclosure cases | L520 | .50 hrs |
| 01/25/13 | MAC | Call with G.Marshall concerning appellee's brief | L520 | .10 hrs |
| 01/25/13 | MAC | Continued revision of arguments in brief | L520 | 1.60 hrs |
| 01/25/13 | MJA | Continued review of Alsobrook appeal brief | L520 | .50 hrs |
| 01/25/13 | GGM | Research regarding issues in draft appellate brief | L520 | .10 hrs |
| 01/28/13 | MJA | Continued review of and revisions to new draft appeal brief | L520 | 2.30 hrs |
| 01/28/13 | GGM | Review third draft of appellate brief | L520 | 1.20 hrs |
| 01/28/13 | MAC | Review and cite check final draft of appellee's brief and correct citations and tables | L520 | 1.90 hrs |
| 01/28/13 | MAC | Incorporate revisions into appellee's brief | L520 | .40 hrs |
| 01/29/13 | MAC | Incorporate final edits into appellee's brief and prepare for filing | L520 | .20 hrs |
| 01/29/13 | AHC | Final review and revisions to Brief of Appellee | L520 | .50 hrs |
| 01/29/13 | MAC | Research concerning filing of appellee's brief in fifth circuit | L520 | .40 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    7
MARCH 27, 2013

0G2012-301028

FED ID NO. 63-0243316

---

| 01/29/13 | GGM | Final review and edits to final draft of appellate brief | L520 | .50 hrs |
| 01/30/13 | AHC | Correspondence to clerk of court regarding supplemental documents requested relevant to Motion to Supplement Record on Appeal | L510 | .20 hrs |
| 01/31/13 | AHC | Conference with clerk of appellate court regarding record on appeal | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $15,710.40

EXPENSES

| 01 | Copy Charges | 0.00 |
| 07 | Filing Fees | 4.08 |
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |
| 49C | BINDING | 10.50 |

TOTAL COSTS FOR THIS MATTER                          $14.58

BILLING SUMMARY

| Marc J. Ayers | 4.10 hrs | 317.00 /hr | 1,299.70 |
| Greg Marshall | 9.10 hrs | 449.00 /hr | 4,085.90 |
| Alecia H. Cockrell | 2.60 hrs | 158.00 /hr | 410.80 |
| Preston H. Neel | .40 hrs | 233.00 /hr | 93.20 |
| Mary Ann Couch | 49.60 hrs | 198.00 /hr | 9,820.80 |

TOTAL FEES          65.80 hrs                          $15,710.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    8
MARCH 27, 2013

0G2012-301028

FED ID NO. 63-0243316

TOTAL EXPENSES                                    $14.58

**TOTAL CHARGES FOR THIS INVOICE**              $15,724.98

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0G2012-301028
Fort Washington, PA 19034

                                                          INVOICE #  866006

                                                          FED ID NO. 63-0243316
_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301028
         TC # 711093

PROFESSIONAL SERVICES

| 02/01/13 | phn | Draft status report for client | L190 | .20 hrs |
|---|---|---|---|---|
| 02/04/13 | MAC | Correspondence with opposing counsel concerning paper copies of brief and record excerpts | L520 | .10 hrs |
| 02/10/13 | MAC | Respond to appellant's request for more time to file reply brief | L520 | .10 hrs |
| 02/11/13 | MAC | Call fifth circuit court of appeals clerk's office to inquire about status of documents to supplement record on appeal that were sent on 2/1 | L520 | .20 hrs |
| 02/11/13 | AHC | Review docket and Federal Express tracking to determine status of supplemental documents sent to court on February 1, 2013 | L110 | .30 hrs |
| 02/11/13 | GGM | Review appellant's request for additional time to file reply brief and communicate our no-opposition position to M.A. Couch | L510 | .10 hrs |
| 02/15/13 | AHC | Research Federal Express tracking results regarding confirmation of delivery of supplemental documents pursuant to clerk's request | L110 | .30 hrs |
| 02/15/13 | MJA | Research on time extension issue | L510 | .10 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
APRIL 30, 2013

0G2012-301028

FED ID NO. 63-0243316

| 02/15/13 | MAC | Correspondence with B.Mortberg (opposing counsel) concerning extension of time for him to file reply to the appellee's brief | L520 | .10 hrs |
| 02/15/13 | MAC | Correspondence with fifth circuit clerk concerning delivery of supplemental record | L520 | .10 hrs |

TOTAL FEES FOR THIS MATTER                        $336.80

35      Express Mail/Fedex                                        0.00

BILLING SUMMARY

| Marc J. Ayers | .10 hrs | 317.00 /hr | 31.70 |
| Greg Marshall | .10 hrs | 449.00 /hr | 44.90 |
| Alecia H. Cockrell | .60 hrs | 158.00 /hr | 94.80 |
| Preston H. Neel | .20 hrs | 233.00 /hr | 46.60 |
| Mary Ann Couch | .60 hrs | 198.00 /hr | 118.80 |

TOTAL FEES              1.60 hrs              $336.80

**TOTAL CHARGES FOR THIS INVOICE**              $336.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301030

INVOICE #  841542

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301030
     TC # 695185

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | CLHA Report to client regarding current status of case | L120 | .20 hrs |
| 01/03/13 | CLHA Work on title insurance issues | L120 | .80 hrs |
| 01/08/13 | CLHA Continued work on estoppel affidavit and title issues | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $438.00

BILLING SUMMARY

Christopher L. Hawkins     1.20 hrs   365.00 /hr     438.00

TOTAL FEES                 1.20 hrs                $438.00

**TOTAL CHARGES FOR THIS INVOICE**              **$438.00**

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                        0G2012-301033
Fort Washington, PA 19034

                                                           INVOICE #  841544

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301033
         TC # 686851

PROFESSIONAL SERVICES

    01/03/13   BG   Correspondence regarding plaintiffÆs ex        L120     .20 hrs
                    parte contact with representatives of
                    Deutsche Bank

    01/03/13   BG   Correspondence with Deutsche Bank              L120     .10 hrs
                    representative regarding plaintiffÆs ex
                    parte contact

    01/07/13   JHP  Emails to/from counsel for Ark-La-Tex          L120     .10 hrs
                    Financial to discuss motion to
                    consolidate all pending cases

    01/16/13   JHP  Emails to/from counsel for borrower to         L190     .20 hrs
                    discuss and send copies of original
                    notes in question and to discuss status
                    conference on case

    01/31/13   JHP  Provided monthly status report to client       L120     .10 hrs


                    TOTAL FEES FOR THIS MATTER                     $178.10


BILLING SUMMARY

        Jon H. Patterson          .40 hrs    290.00 /hr        116.00
        Blake Goodsell            .30 hrs    207.00 /hr         62.10


    TOTAL FEES                 0.70 hrs                     $178.10



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
MARCH 27, 2013

0G2012-301033

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $178.10

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                APRIL 30, 2013
1100 Virginia Drive                                   0G2012-301033
Fort Washington, PA 19034

                                                  INVOICE #  866007

                                                  FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301033
     TC # 686851

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 02/12/13 | BG | Review proof of claim filed in the bankruptcy court | L120 | .10 hrs |
| 02/12/13 | BG | Correspondence with client regarding service transfer and claims going to the bankruptcy estate | L120 | .10 hrs |
| 02/12/13 | JHP | Emails with client contact P.Stokes to discuss status of case and to discuss whether borrower filed proof of claim | L120 | .20 hrs |
| 02/12/13 | JHP | Emails with counsel for borrower to discuss status of case, property inspection of borrower's property, and to discuss contacting court to obtain status hearing date | L190 | .30 hrs |
| 02/15/13 | JHP | Email from client contact P.Stokes to notify of correspondence received from borrower indicating she should have been considered for an independent foreclosure review | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                            $244.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jon H. Patterson | .70 hrs | 290.00 /hr | 203.00 |
| Blake Goodsell | .20 hrs | 207.00 /hr | 41.40 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
APRIL 30, 2013

0G2012-301033

FED ID NO. 63-0243316

TOTAL FEES                    0.90 hrs                    $244.40

**TOTAL CHARGES FOR THIS INVOICE**                        $244.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2012-301035
Fort Washington, PA 19034

                                                          INVOICE #  841546

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0G2012-301035
          TC # 716367

PROFESSIONAL SERVICES

| 01/02/13 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
|---|---|---|---|---|
| 01/15/13 | JA | Review appellant's brief | L120 | 1.00 hrs |
| 01/15/13 | JA | Review record on appeal | L120 | 2.80 hrs |
| 01/16/13 | JA | Draft appellee brief | L520 | 6.80 hrs |
| 01/17/13 | GWG | Legal research into pertinent circuit case law addressing calculation of the amount in controversy requirement in foreclosure-related cases | L120 | 1.50 hrs |
| 01/17/13 | JA | Draft appellee brief | L520 | 4.50 hrs |
| 01/18/13 | JA | Review appeal record | L120 | 1.00 hrs |
| 01/18/13 | JA | Draft appellee brief | L520 | 6.00 hrs |
| 01/19/13 | JA | Research state law issues | L120 | 2.00 hrs |
| 01/19/13 | JA | Draft appellee brief | L520 | 1.00 hrs |
| 01/21/13 | JA | Research state law issues | L120 | 2.00 hrs |
| 01/21/13 | JA | Draft appellee brief | L520 | 2.00 hrs |
| 01/22/13 | JA | Research state law | L120 | 3.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
Rescap                                                         MARCH 27, 2013

0G2012-301035

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/22/13 | JA | Draft appellee brief | L520 | 2.00 hrs |
| 01/22/13 | phn | Review and analysis of Plaintiff's claims and filed arguments in preparation for appellate brief | B110 | .30 hrs |
| 01/23/13 | JA | Draft appellee brief | L520 | 4.00 hrs |
| 01/23/13 | JA | Research state law issues | L120 | 2.80 hrs |
| 01/24/13 | JA | Draft appellee brief | L520 | 6.80 hrs |
| 01/24/13 | GWG | Revise and edit appellate brief | L210 | 1.10 hrs |
| 01/24/13 | MJA | Research on amount in controversy question and briefing strategy | L520 | .30 hrs |
| 01/25/13 | phn | Review and analysis of appeal brief to clarify certain facts | L120 | 1.20 hrs |
| 01/25/13 | GWG | Review fact section of appellate brief | L210 | .80 hrs |
| 01/25/13 | JA | Research jurisdiction issues | L120 | 2.00 hrs |
| 01/25/13 | JA | Draft appellee brief | L520 | 4.00 hrs |
| 01/27/13 | MJA | Review of Farkas appeal brief and GMAC response brief | L520 | .80 hrs |
| 01/28/13 | MJA | Continued review of and revisions to response appeal brief | L520 | 1.30 hrs |
| 01/28/13 | MJA | Research on briefing strategy and possible oral argument issue concerning amount in controversy | L520 | .50 hrs |
| 01/28/13 | JA | Revise appellee brief | L520 | 4.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
MARCH 27, 2013

0G2012-301035

FED ID NO. 63-0243316

| 01/29/13 | JA | Cite-check brief for filing | L520 | 2.50 hrs |
| 01/29/13 | JA | Prepare record excerpts | L120 | 1.50 hrs |

TOTAL FEES FOR THIS MATTER                         $21,154.20

EXPENSES

| 01 | Copy Charges | 0.00 |
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |
| 49C | BINDING | 25.50 |

TOTAL COSTS FOR THIS MATTER              $25.50

BILLING SUMMARY

| Marc J. Ayers | 2.90 hrs | 317.00 /hr | 919.30 |
| Jeff Anderson | 62.80 hrs | 299.00 /hr | 18,777.20 |
| Alecia H. Cockrell | .30 hrs | 158.00 /hr | 47.40 |
| Graham W. Gerhardt | 3.40 hrs | 312.00 /hr | 1,060.80 |
| Preston H. Neel | 1.50 hrs | 233.00 /hr | 349.50 |

TOTAL FEES              70.90 hrs              $21,154.20

TOTAL EXPENSES                                  $25.50

**TOTAL CHARGES FOR THIS INVOICE**              **$21,179.70**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2012-301035
Fort Washington, PA 19034

INVOICE #  866008

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301035
     TC # 716367

PROFESSIONAL SERVICES

02/01/13   phn   Draft status report for client          L190      .20 hrs

02/14/13   AHC   Review docket to determine status of     L110      .20 hrs
                 court decision


           TOTAL FEES FOR THIS MATTER                          $78.20


BILLING SUMMARY

    Alecia H. Cockrell        .20 hrs    158.00 /hr        31.60
    Preston H. Neel           .20 hrs    233.00 /hr        46.60


TOTAL FEES                    0.40 hrs                    $78.20

**TOTAL CHARGES FOR THIS INVOICE**                        **$78.20**


***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2012-301036
Fort Washington, PA 19034

                                                          INVOICE #  841549

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301036
         TC # 687152

PROFESSIONAL SERVICES

| 01/02/13 | JDV | Draft December 2012 status report for client | L190 | .20 hrs |
| 01/07/13 | JDV | Email correspondence with L.Drysdale, defendant's attorney, regarding filing of amended pleading | L190 | .30 hrs |
| 01/10/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/11/13 | JDV | Analysis of January 2013 docket | L120 | .10 hrs |
| 01/16/13 | JDV | Analysis of Defendant's Amended Answer to Revised Second Amended Complaint, Amended Defenses and Demand for Trial by Jury | L210 | .60 hrs |
| 01/16/13 | JDV | Email correspondence with L.Drysdale, Defendant's attorney, regarding Defendant's Amended Answer to Revised Second Amended Complaint, Amended Defenses and Demand for Trial by Jury | L210 | .40 hrs |
| 01/16/13 | JDV | Email correspondence with client regarding filing of Defendant's Amended Answer to Revised Second Amended Complaint, Amended Defenses and Demand for Trial by Jury | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301036

FED ID NO. 63-0243316

| 01/18/13 | JDV | Email correspondence with client regarding status of information requested from loss mitigation | L190 | .20 hrs |
| 01/18/13 | JDV | Email correspondence with L.Drysdale, defendants' attorney, regarding status of information requested from loss mitigation | L190 | .20 hrs |
| 01/25/13 | JDV | Email correspondence with client regarding referral of matter to local counsel | L190 | .20 hrs |
| 01/30/13 | JDV | Revise closing memo | L190 | .10 hrs |
| 01/30/13 | JAM | Draft closing file memorandum and forward to G.Albright | L190 | .20 hrs |
| 01/31/13 | JDV | Email correspondence with L.Drysdale, defendant's attorney, regarding referral of case to foreclosure counsel and loss mitigation review | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $787.80

01        Copy Charges                                                0.00

BILLING SUMMARY

| Jamie Mathews | .50 hrs | 150.00 /hr | 75.00 |
| Jose D. Vega | 2.70 hrs | 264.00 /hr | 712.80 |

TOTAL FEES            3.20 hrs            $787.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
MARCH 27, 2013

0G2012-301036

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $787.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301036

INVOICE #  866010

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:   0G2012-301036
      TC # 687152

PROFESSIONAL SERVICES

02/04/13  JDV   Draft status report for client          L190      .10 hrs

02/12/13  JAM   Review and analyze claims for research   L120      .20 hrs
                database

          TOTAL FEES FOR THIS MATTER                     $56.40

BILLING SUMMARY

    Jamie Mathews          .20 hrs   150.00 /hr      30.00
    Jose D. Vega           .10 hrs   264.00 /hr      26.40

TOTAL FEES               0.30 hrs                   $56.40

**TOTAL CHARGES FOR THIS INVOICE**                  **$56.40**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301038

INVOICE #  866011

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301038
     TC # 703187

PROFESSIONAL SERVICES

| 02/05/13 | MPE | Research docket to determine status and whether hearing has been reset. | L110 | .20 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                    $33.40

BILLING SUMMARY

| Melisa P. Palmer | .20 hrs | 167.00 /hr | 33.40 |
|---|---|---|---|

| TOTAL FEES | 0.20 hrs | $33.40 |
|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**                           **$33.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2012-301039
Fort Washington, PA 19034

                                                          INVOICE #  841553

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301039
     TC # 702516

PROFESSIONAL SERVICES

01/02/13  NSR  Draft status report for client          L120      .10 hrs

01/22/13  CWH  Review and analyze arguments for motion  L240      .10 hrs
               for summary judgment on all of Wane's
               claims


               TOTAL FEES FOR THIS MATTER                        $64.30


BILLING SUMMARY

     Christian W. Hancock        .10 hrs   361.00 /hr      36.10
     Nader Raja                  .10 hrs   282.00 /hr      28.20


TOTAL FEES                    0.20 hrs                   $64.30

**TOTAL CHARGES FOR THIS INVOICE**                      **$64.30**

               ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                  APRIL 30, 2013
1100 Virginia Drive                                                     0G2012-301039
Fort Washington, PA 19034

INVOICE #  866012

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301039
     TC # 702516

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 02/01/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 02/04/13 | KK | Review matter to determine case parties and assist with bankruptcy/estate review | L110 | .20 hrs |
| 02/05/13 | NSR | Call with client regarding case issues | L120 | .10 hrs |
| 02/06/13 | NSR | Outline motion for summary judgment on borrower's six counterclaims and twenty-eight affirmative defenses | L240 | 1.80 hrs |
| 02/06/13 | NSR | Draft introduction, facts, and procedural history section for motion for summary judgment | L240 | 1.10 hrs |
| 02/06/13 | NSR | Analyze credit origination file regarding loan application and disclosures | L240 | .40 hrs |
| 02/07/13 | NSR | Continue drafting motion for summary judgment with respect to thirteen affirmative defenses challenging standing, authentication, securitization and additional defenses and counterclaim regarding fraud during origination | L240 | 5.20 hrs |
| 02/08/13 | NSR | Continue drafting motion for summary judgment with respect to counterclaims and defenses regarding TILA disclosure violations, rescission, FCCPA, RESPA, and unjust enrichment | L240 | 6.70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE   2
APRIL 30, 2013

0G2012-301039

FED ID NO. 63-0243316

| 02/09/13 | NSR | Draft affidavit in support of motion for summary judgment as to counterclaims and affirmative defenses and prepare related exhibits | L240 | .90 hrs |
|---|---|---|---|---|
| 02/09/13 | NSR | Continue drafting and revising motion for summary judgment, including counterclaim for slander of title and 28 affirmative defenses | L240 | 1.80 hrs |
| 02/11/13 | NSR | Review redline of revisions to motion for summary judgment and affidavit in support | L240 | .20 hrs |
| 02/11/13 | MCG | Revise affidavit in support of motion for summary judgment | L210 | .90 hrs |
| 02/11/13 | MCG | Revise memorandum of law in support of motion for summary judgment | L210 | 2.40 hrs |
| 02/12/13 | MPE | Review borrower's request for deposition to determine which case he is referring to and determine bankruptcy status. | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $6,390.70

01      Copy Charges                                    0.00

BILLING SUMMARY

| Michael C. Griffin | 3.30 hrs | 348.00 /hr | 1,148.40 |
|---|---|---|---|
| Nader Raja | 18.30 hrs | 282.00 /hr | 5,160.60 |
| Melisa P. Palmer | .30 hrs | 167.00 /hr | 50.10 |
| Kerry Keane | .20 hrs | 158.00 /hr | 31.60 |

TOTAL FEES         22.10 hrs              $6,390.70



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     3
APRIL 30, 2013

0G2012-301039

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**          $6,390.70

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                          MARCH 27, 2013
1100 Virginia Drive                             0G2012-301041
Fort Washington, PA 19034

INVOICE #  841555

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301041
     TC # 706770

PROFESSIONAL SERVICES

| 01/04/13 | JJPH | Prepare status report to client regarding settlement and release of funds | L120 | .10 hrs |
|---|---|---|---|---|
| 01/04/13 | JJPH | Draft and revise application for release of funds | L160 | .40 hrs |
| 01/04/13 | JJPH | Telephone call and email correspondence to Bo Luxman regarding agreed order | L250 | .20 hrs |
| 01/04/13 | JJPH | Telephone conference with chancery court clerk regarding dismissal order | L240 | .30 hrs |
| 01/04/13 | JJPH | Email correspondence to Katie Dutill regarding dismissal order | L240 | .10 hrs |
| 01/14/13 | JJPH | Communications with Shelby County Chancery Court regarding release of funds paid into court | L250 | .10 hrs |
| 01/14/13 | JJPH | Email correspondence to Katie Dutill regarding release of funds | L250 | .10 hrs |
| 01/16/13 | JJPH | Prepare letter to Katie Dutill regarding funds released from Court | L160 | .10 hrs |

                    TOTAL FEES FOR THIS MATTER              $369.60


EXPENSES



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301041

FED ID NO. 63-0243316

| 01 | Copy Charges | 0.00 |
| 01A | Copy Charges - OUTSIDE SOURCES | 1.03 |

TOTAL COSTS FOR THIS MATTER          $1.03

BILLING SUMMARY

Joshua J. Phillips          1.40 hrs    264.00 /hr        369.60

TOTAL FEES                1.40 hrs            $369.60

TOTAL EXPENSES                        $1.03

**TOTAL CHARGES FOR THIS INVOICE**            **$370.63**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301041

INVOICE #  866013

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301041
     TC # 706770

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/04/13 | JJPH | Prepare status report to client regarding release of funds | L120 | .10 hrs |
| 02/04/13 | JJPH | Prepare closing memorandum to client | L120 | .30 hrs |
| 02/04/13 | JJPH | Email correspondence to Katie Dutill regarding release of funds and closing | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                           $132.00

BILLING SUMMARY

Joshua J. Phillips          .50 hrs    264.00 /hr       132.00

TOTAL FEES                  0.50 hrs              $132.00

**TOTAL CHARGES FOR THIS INVOICE**              $132.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301043

INVOICE #  841557

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:   0G2012-301043
      TC # 718267

<u>EXPENSES</u>

| 07 | Filing Fees | 15.00 |
|----|-------------|-------|
|    | TOTAL COSTS FOR THIS MATTER | $15.00 |

| TOTAL FEES | 0.00 hrs | $.00 |
|------------|----------|------|
| TOTAL EXPENSES | | $15.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$15.00** |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2012-301044
Fort Washington, PA 19034

                                                         INVOICE #   841558

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301044
     TC # 690220

PROFESSIONAL SERVICES

01/02/13  phn  Draft status report for client          L190      .10 hrs


          TOTAL FEES FOR THIS MATTER                             $23.30


BILLING SUMMARY

    Preston H. Neel            .10 hrs   233.00 /hr        23.30


TOTAL FEES                    0.10 hrs                  $23.30

**TOTAL CHARGES FOR THIS INVOICE**                     **$23.30**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301044

INVOICE #  866014

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301044
     TC # 690220

PROFESSIONAL SERVICES

| 02/01/13 | phn | Draft status report for client | L190 | .10 hrs |
| 03/01/13 | phn | Draft status report for client | L190 | .10 hrs |
| 03/13/13 | phn | Update financial services bankruptcy chart for Ocwen case managers | L120 | .10 hrs |
| 04/04/13 | phn | Draft April status update | L190 | .10 hrs |
| 04/22/13 | phn | Analysis of facts surrounding bankruptcy pleadings to ascertain applicability of revised GMACÆs bankruptcy notice' | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                     $139.80

BILLING SUMMARY

| Preston H. Neel | .60 hrs | 233.00 /hr | 139.80 |

| TOTAL FEES | 0.60 hrs | | $139.80 |

**TOTAL CHARGES FOR THIS INVOICE**                 **$139.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301047

INVOICE #  841560

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301047
     TC # 713410

PROFESSIONAL SERVICES

| 01/02/13 | ES | Status update to client | L240B | .10 hrs |
|---|---|---|---|---|
| 01/02/13 | ES | Draft motion to withdraw D.Pharr as counsel | L240B | .10 hrs |
| 01/11/13 | KRS | Email correspondence regarding effect of potential sale of loan portfolio | L160 | .10 hrs |
| 01/11/13 | KRS | Email correspondence from L.Deas regarding bankrupcty status | L160 | .10 hrs |
| 01/11/13 | CWH | Exchange e-mails with default counsel regarding impact of Ocwen purchase of GMAC portfolio and whether same will impact this suit | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                     $164.60

BILLING SUMMARY

| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
|---|---|---|---|
| Kathleen Shields O'Beir | .20 hrs | 255.00 /hr | 51.00 |
| Erin Saltaformaggio | .20 hrs | 207.00 /hr | 41.40 |

TOTAL FEES                 0.60 hrs            $164.60



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
MARCH 27, 2013

0G2012-301047

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $164.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                             0G2012-301047
Fort Washington, PA 19034

                                                        INVOICE #  866015

                                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301047
         TC # 713410

PROFESSIONAL SERVICES

    02/04/13   ES   Status update on extranet re: Per court    L240B    .10 hrs
                    order, case stayed pending bankruptcy

    02/15/13   ES   Read complaint re: classification of case  L240B    .10 hrs

    03/05/13   ES   Draft status update for client review      L240B    .10 hrs

    04/01/13   ES   Status update on extranet re: Per court    L240B    .10 hrs
                    order, case stayed pending bankruptcy


              TOTAL FEES FOR THIS MATTER                        $82.80


BILLING SUMMARY

    Erin Saltaformaggio         .40 hrs   207.00 /hr        82.80


TOTAL FEES                    0.40 hrs                      $82.80

**TOTAL CHARGES FOR THIS INVOICE**                         **$82.80**

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                            MARCH 27, 2013
1100 Virginia Drive                                              0G2012-301049
Fort Washington, PA 19034

                                                                 INVOICE #  841561

                                                                 FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301049
     TC # 714803

PROFESSIONAL SERVICES

01/02/13  MST   Receive and review court notice        L210    .30 hrs
                dismissing case and prepare file for
                closing

01/02/13  MST   Prepare closing memorandum and forward  L140    .40 hrs
                to client

01/04/13  MST   Review Order on Agreed Final Judgment   L110    .40 hrs
                and revise closing memorandum and
                forward to client


                TOTAL FEES FOR THIS MATTER                     $173.80


BILLING SUMMARY

    Melanie Thompson        1.10 hrs   158.00 /hr       173.80


TOTAL FEES                  1.10 hrs                   $173.80

**TOTAL CHARGES FOR THIS INVOICE**                     $173.80

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301050

INVOICE #  841562

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301050
     TC # 707812

PROFESSIONAL SERVICES

| Date | | Description | | | |
|------|-----|-------------|------|--------|-----|
| 01/02/13 | BG | Draft status report regarding file closure following settlement | L190 | .10 hrs |
| 01/03/13 | JHP | Emails to/from client contact K.Dutill to discuss status of borrowers' settlement agreement execution and vacation of property | L160 | .10 hrs |
| 01/03/13 | JHP | Emails to/from borrowers' counsel to discuss status of borrowers' settlement agreement execution and vacation of property | L160 | .10 hrs |
| 01/04/13 | JHP | Phone call to counsel for borrowers requesting update on settlement of case and vacation of property by borrowers | L160 | .10 hrs |
| 01/07/13 | JHP | Email to counsel for borrower requesting update on executed copy of settlement agreement from borrowers | L160 | .10 hrs |
| 01/08/13 | JHP | Email from counsel for borrowers advising of status of his clients vacating property | L160 | .10 hrs |
| 01/08/13 | JHP | Emails to/from client contact K.Dutill to discuss status of settlement agreement execution by borrowers | L160 | .20 hrs |



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301050

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 01/08/13 | JHP | Emails to/from counsel for borrowers to discuss status of settlement agreement and that borrowers are to sign agreement on January 8 | L160 | .10 hrs |
| 01/09/13 | JHP | Email to client contact K.Dutill to discuss most recent communication with borrowers' counsel regarding settlement agreement | L160 | .10 hrs |
| 01/09/13 | JHP | Phone conference with client contact K.Dutill to discuss status of case | L120 | .10 hrs |
| 01/11/13 | JHP | Emails to/from client contact K.Dutill to discuss information from inspector regarding status of borrowers' move out | L120 | .20 hrs |
| 01/14/13 | JHP | Email to counsel for borrowers to determine if borrowers vacated property over that weekend | L160 | .10 hrs |
| 01/14/13 | JHP | Email to/from client contact K.Dutill to discuss most recent property preservation report from client | L120 | .20 hrs |
| 01/15/13 | JHP | Emails and phone calls to/from counsel for borrowers to discuss status of borrowers vacating property and to discuss revisions to settlement agreement with new vacate date | L160 | .60 hrs |
| 01/15/13 | JHP | Emails to/from client contact K.Dutill to discuss status of borrowers' move out of property and to discuss final revisions and agreement to allow borrowers until February 4 to vacate | L160 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
MARCH 27, 2013

0G2012-301050

FED ID NO. 63-0243316

| 01/16/13 | JHP | Emails to/from counsel for borrowers to discuss final terms and changes to settlement agreement and sending final agreement and receiving executed final agreement and W-9 from borrowers | L160 | .70 hrs |
|---|---|---|---|---|
| 01/16/13 | JHP | Emails to/from client contact K.Dutill to discuss final terms and changes to settlement agreement and to discuss strategy and forwarding executed copy of settlement agreement and completed W-9 of borrowers | L160 | .40 hrs |
| 01/16/13 | JHP | Revised settlement agreement per changes from borrowers | L160 | .20 hrs |
| 01/16/13 | JHP | Reviewed motion for joint continuance of settlement dismissal deadline drafted by borrowers' counsel and approved for filing | L250 | .10 hrs |
| 01/16/13 | BG | Correspondence with opposing counsel regarding revised settlement agreement | L160 | .10 hrs |
| 01/17/13 | JHP | Reviewed Order from court dismissing case without prejudice pending settlement; sent order to client | L250 | .10 hrs |
| 01/17/13 | JHP | Received executed settlement agreement from client and sent to borrower's counsel | L160 | .10 hrs |
| 01/17/13 | ABB | Review of communications to and from client and calendar imperative deadlines regarding the same | L110 | .20 hrs |
| 01/17/13 | BG | Receipt/ review of dismissal of case | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
MARCH 27, 2013

0G2012-301050

FED ID NO. 63-0243316

| 01/24/13 | JHP | Emails to/from counsel for borrowers to discuss that we need each borrower to sign and return a W-9 and that the joint W-9 they sent will not suffice | L160 | .20 hrs |
| 01/25/13 | JHP | Received W-9's from borrowers and sent to client to complete settlement checks | L160 | .20 hrs |

TOTAL FEES FOR THIS MATTER                $1,514.70

BILLING SUMMARY

| Allison Burke | .20 hrs | 158.00 /hr | 31.60 |
| Jon H. Patterson | 4.90 hrs | 290.00 /hr | 1,421.00 |
| Blake Goodsell | .30 hrs | 207.00 /hr | 62.10 |

TOTAL FEES            5.40 hrs                    $1,514.70

**TOTAL CHARGES FOR THIS INVOICE**                    **$1,514.70**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                             APRIL 30, 2013
1100 Virginia Drive                                0G2012-301050
Fort Washington, PA 19034

                                                   INVOICE #  866016

                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301050
     TC # 707812

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 02/05/13 | BG | Draft status report regarding settlement agreement | L190 | .20 hrs |
| 02/05/13 | JHP | Phone call and email to counsel for borrowers to discuss whether borrowers vacated property per settlement agreement | L160 | .20 hrs |
| 02/05/13 | JHP | Emails with K.Dutill to discuss efforts to reach counsel for borrowers to discuss whether borrowers vacated property per settlement agreement | L160 | .40 hrs |
| 02/06/13 | BG | Review settlement agreement and advise about rights to take property left and advise client about right to remove property left by borrowers | L160 | .20 hrs |
| 02/06/13 | JHP | Emails and phone calls with counsel for plaintiffs to discuss issues with plaintiffs' property post-move out and to discuss whether plaintiffs left any personal property at property location | L160 | .40 hrs |
| 02/06/13 | JHP | Emails with K.Dutill to discuss move-out issues involving borrowers' property and to discuss inspector at property and whether certain items remaining at property should be discarded | L160 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
APRIL 30, 2013

0G2012-301050

FED ID NO. 63-0243316

---

| 02/07/13 | BG | Conversation with opposing counsel regarding borrowers potential vandalism of the property and settlement funds forfeiture | L120 | .40 hrs |
|---|---|---|---|---|
| 02/07/13 | BG | Conversation with client regarding borrowers on the property | L120 | .30 hrs |
| 02/07/13 | ABB | Further compile e-mails and file review including receipt and review of photographs regarding property condition and update file regarding the same | L110 | .20 hrs |
| 02/07/13 | JHP | Emails with K.Dutill to discuss concerns over potential vandalism and destruction to property | L160 | .40 hrs |
| 02/07/13 | JHP | Emails and phone calls with counsel for borrowers to discuss issues raised by client with property damaged from day before | L160 | .50 hrs |
| 02/08/13 | JHP | Emails with K.Dutill to notify of status of dismissal of case and to discuss settlement post-vacation by borrowers and reviewed of various photos from client regarding condition of home | L120 | .50 hrs |
| 02/08/13 | BG | Correspondence with client regarding property damage | L120 | .10 hrs |
| 02/11/13 | BG | Correspondence with client regarding problems with property post move out and potential new suit based on failure to supply settlement funds | L160 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
APRIL 30, 2013

0G2012-301050

FED ID NO. 63-0243316

| 02/11/13 | JHP | Emails with counsel for borrowers to discuss settlement proceeds following vacation of property by borrowers | L160 | .30 hrs |
|---|---|---|---|---|
| 02/11/13 | JHP | Emails with K.Dutill to discuss settlement proceeds issue following vacation of property by borrowers and reviewed additional photographs sent by K.Dutill | L160 | .50 hrs |
| 02/12/13 | JHP | Emails and phone calls with K.Dutill seeking approval to send letter to counsel for borrowers enclosing photographs of post-vacation condition of  property and reviewing new photographs of property from client | L160 | .40 hrs |
| 02/12/13 | JHP | Draft letter to counsel for borrowers enclosing color photographs of post-vacation condition of property | L160 | .50 hrs |

TOTAL FEES FOR THIS MATTER                    $1,634.70

01        Copy Charges                                                    0.00

BILLING SUMMARY

| Allison Burke | .20 hrs | 158.00 /hr | 31.60 |
|---|---|---|---|
| Jon H. Patterson | 4.60 hrs | 290.00 /hr | 1,334.00 |
| Blake Goodsell | 1.30 hrs | 207.00 /hr | 269.10 |

TOTAL FEES                    6.10 hrs                    $1,634.70



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
APRIL 30, 2013

0G2012-301050

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**          $1,634.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301051

INVOICE #  841563

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301051
     TC # 716587

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 01/07/13 | MAC | Review and analyze appellant's brief and develop strategy for response | L520 | 1.40 hrs |
| 01/08/13 | MAC | Review record from trial court and draft procedural history section of response brief | L520 | 2.90 hrs |
| 01/08/13 | MAC | Review plaintiffs' filings in trial court and appellate brief to determine which claims were not raised in trial court and may be waived on appeal | L520 | 1.10 hrs |
| 01/08/13 | MAC | Draft argument section of brief that all claims are barred by res judicata | L520 | 2.10 hrs |
| 01/08/13 | MAC | Draft argument section of brief concerning failure to preserve arguments | L520 | .90 hrs |
| 01/08/13 | MAC | Research claim preclusion and res judicata under Florida law | L520 | .80 hrs |
| 01/09/13 | MAC | Draft argument that appellant waived certain arguments on appeal | L520 | 1.30 hrs |
| 01/09/13 | MAC | Work on argument that claims are barred by res judicata and fail to state a claim | L520 | 3.10 hrs |



# BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
Rescap                                                          MARCH 27, 2013

0G2012-301051

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 01/09/13 | MAC | Research requirements for civil conspiracy under Florida law | L520 | .30 hrs |
| 01/09/13 | MAC | Research requirements to allege cause of action for violation of the Racketeer Influenced and Corrupt Organizations Act | L520 | .30 hrs |
| 01/09/13 | MAC | Research federal case for requirement of alleging æunder color of law' for alleged violation of civil rights | L520 | .20 hrs |
| 01/09/13 | MAC | Research requirements for malicious prosecution under Florida law | L520 | .20 hrs |
| 01/09/13 | MAC | Research federal law under the real estate settlement procedures act | L520 | .40 hrs |
| 01/09/13 | MAC | Research statute of limitations and requirements for claim under Fair Debt Collection Practices Act | L520 | .30 hrs |
| 01/09/13 | MAC | Research requirements for claim under Florida Consumer Collection Practices Act | L520 | .30 hrs |
| 01/09/13 | MAC | Review second amended complaint to determine whether Count V of appellant's brief was raised in trial court | L520 | .80 hrs |
| 01/10/13 | MAC | Work on argument that appellant waived certain arguments on appeal | L520 | .80 hrs |
| 01/10/13 | MAC | Draft argument that real estate settlement procedures act fails as a matter of law | L520 | 1.50 hrs |
| 01/10/13 | MAC | Finalize appellate brief in preparation to file | L520 | 1.60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      3
MARCH 27, 2013

0G2012-301051

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/10/13 | MAC | Draft motion to supplement record on appeal | L520 | .30 hrs |
| 01/11/13 | AHC | Final review and revisions to Motion to Supplement Record on Appeal and correspondence to opposing counsel regarding same | L510 | .40 hrs |
| 01/15/13 | MAC | Research requirements for violations of the Fair Debt Collection Practices Act and Florida Consumer Collection Practices Act | L520 | .80 hrs |
| 01/15/13 | MAC | Work on argument that claim for violations of the Fair Debt Collection Practices Act and Florida Consumer Collection Practices Act fail as a matter of law because defendants are not debt collectors | L520 | .60 hrs |
| 01/24/13 | MAC | Work on argument section that the claim under the Florida consumer protection act fails as a matter of law | L520 | .90 hrs |
| 01/24/13 | MAC | Finalize draft of brief to send to M.Ayers for review | L520 | 1.00 hrs |
| 01/25/13 | MAC | Cite check and finalize draft brief | L520 | .50 hrs |
| 01/25/13 | AHC | Correspondence to client regarding copies of note and mortgage | L110 | .20 hrs |
| 01/25/13 | AHC | Revise Brief of Appellee including drafting tables and certifications and revising formatting for attorney review | L520 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      4
MARCH 27, 2013

0G2012-301051

FED ID NO. 63-0243316

---

01/28/13   MAC   Check docket to see if court has ruled      L520      .10 hrs
                 on motion to supplement record on appeal

01/28/13   AHC   Review docket to determine status of        L110      .20 hrs
                 decision on Motion to Supplement the
                 Record

                 TOTAL FEES FOR THIS MATTER                  $5,182.80

   01        Copy Charges                                                0.00
   41        Computerized Legal Research-Westlaw                         0.00

BILLING SUMMARY

   Alecia H. Cockrell      2.10 hrs   158.00 /hr        331.80
   Mary Ann Couch         24.50 hrs   198.00 /hr      4,851.00

TOTAL FEES                26.60 hrs                  $5,182.80

**TOTAL CHARGES FOR THIS INVOICE**                  $5,182.80

                 ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2012-301051
Fort Washington, PA 19034

                                                               INVOICE #  866017

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301051
         TC # 716587

PROFESSIONAL SERVICES

| 02/01/13 | MJA | Continued review of and revisions to draft appeal brief | L520 | 3.20 hrs |
|---|---|---|---|---|
| 02/01/13 | MAC | Electronically file brief in Florida third district court of appeal | L520 | .20 hrs |
| 02/01/13 | MAC | Incorporate final edits to appellee's brief | L520 | .10 hrs |
| 02/01/13 | MAC | Prepare brief for filing in Florida third district court of appeal | L520 | .40 hrs |
| 02/05/13 | AHC | Review docket, confirm representation information and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .40 hrs |
| 02/12/13 | AHC | Review docket to determine status of appellant's reply brief | L510 | .20 hrs |
| 02/13/13 | MAC | Phone call and correspondence with opposing side concerning extension of time for appellants to file reply brief | L520 | .20 hrs |

              TOTAL FEES FOR THIS MATTER                    $1,287.40

    01        Copy Charges                                         0.00
    02        Postage Charges                                      0.00
    35        Express Mail/Fedex                                   0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
APRIL 30, 2013

0G2012-301051

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | 3.20 hrs | 317.00 /hr | 1,014.40 |
| Alecia H. Cockrell | .60 hrs | 158.00 /hr | 94.80 |
| Mary Ann Couch | .90 hrs | 198.00 /hr | 178.20 |

TOTAL FEES                  4.70 hrs                    $1,287.40

**TOTAL CHARGES FOR THIS INVOICE**                    **$1,287.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301055

INVOICE #  841564

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301055
     TC # 712411

PROFESSIONAL SERVICES

01/14/13  phn  Draft language for closing memorandum     L120     .10 hrs

            TOTAL FEES FOR THIS MATTER                            $23.30

BILLING SUMMARY

    Preston H. Neel          .10 hrs   233.00 /hr       23.30

TOTAL FEES                  0.10 hrs                   $23.30

**TOTAL CHARGES FOR THIS INVOICE**                     **$23.30**
                                              ═══════════════

            ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                            MARCH 26, 2013
1100 Virginia Drive                                              0G2012-301059
Fort Washington, PA 19034

INVOICE #   840943

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

Re:   0G2012-301059
      TC # 707801

<u>EXPENSES</u>

   21        Travel Expense                                              125.13

              TOTAL COSTS FOR THIS MATTER                     $125.13


TOTAL FEES                    0.00 hrs                    $.00

TOTAL EXPENSES                                          $125.13

**TOTAL CHARGES FOR THIS INVOICE**                      **$125.13**

          ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              MARCH 27, 2013
1100 Virginia Drive                                 0G2012-301059
Fort Washington, PA 19034

                                                    INVOICE #  841565

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301059
         TC # 707801

PROFESSIONAL SERVICES

| 01/15/13 | MCG | Correspondence with J.Ho regarding request for reinstatement amount from borrower | C300 | .10 hrs |
| 01/22/13 | MCG | Correspondence with counsel for borrower regarding repayment amount | C400 | .10 hrs |
| 01/27/13 | MCG | Correspondence with J.Ho regarding settlement demand | L160 | .10 hrs |
| 01/28/13 | MCG | Attend hearing on motion for partial summary judgment | L240 | 1.10 hrs |
| 01/28/13 | MCG | Prepare for hearing on motion for partial summary judgment | L240 | .40 hrs |

                   TOTAL FEES FOR THIS MATTER                    $626.40

     01      Copy Charges                                            0.00

BILLING SUMMARY

    Michael C. Griffin        1.80 hrs    348.00 /hr      626.40


TOTAL FEES                     1.80 hrs                 $626.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
MARCH 27, 2013

0G2012-301059

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $626.40

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2012-301061
Fort Washington, PA 19034

                                                          INVOICE #  841566

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301061
         TC # 709618

PROFESSIONAL SERVICES

01/02/13  AHC   Review docket and draft status report        L190      .30 hrs
                for attorney review and catalog
                information on comprehensive tracking
                chart


                TOTAL FEES FOR THIS MATTER                         $47.40


BILLING SUMMARY

    Alecia H. Cockrell         .30 hrs   158.00 /hr         47.40


TOTAL FEES                     0.30 hrs                   $47.40

**TOTAL CHARGES FOR THIS INVOICE**                       **$47.40**


              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301061

INVOICE #  866018

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301061
     TC # 709618

PROFESSIONAL SERVICES

02/05/13   AHC   Review docket and draft status report      L190      .30 hrs

02/12/13   AHC   Review docket to determine status of       L110      .20 hrs
                 court decision

           TOTAL FEES FOR THIS MATTER                                 $79.00

BILLING SUMMARY

   Alecia H. Cockrell        .50 hrs   158.00 /hr      79.00

TOTAL FEES                   0.50 hrs                 $79.00

**TOTAL CHARGES FOR THIS INVOICE**                    $79.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301062

INVOICE #  841567

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301062
     TC # 709816

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | KW | Drafted monthly status report | P100 | .20 hrs |
| 01/07/13 | KW | Prepared revised ILAB for mailing out to client | P300 | .10 hrs |
| 01/14/13 | JDR | Update ILAB and forward same to J.Hoy. | L190 | 1.00 hrs |
| 01/15/13 | JDR | Telephone conference with J.Hoy regarding dispositive motions and pushing for finality to this litigation. | L240 | .20 hrs |
| 01/16/13 | PMS | Drafted letter to borrower's attorney regarding case status and need for discovery responses. | C400 | .40 hrs |
| 01/20/13 | JDR | Research martial property and dower rights, as relates to real property given that husbands are on the mortgage, but not on the deed. | C200 | .60 hrs |
| 01/23/13 | JDR | Review results of research regarding whether spouses' need to be added to lawsuit as necessary defendants | C200 | .20 hrs |
| 01/23/13 | PMS | Researched Kentucky law on dower rights, whether spouses must be added to lawsuits over real property. | C300 | 2.00 hrs |
| 01/28/13 | PMS | Researched Kentucky law on dower and whether it applies only to primary residences. | C300 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301062

FED ID NO. 63-0243316

01/29/13   JDR   Revise letter to J.Bleidt regarding       L240      .30 hrs
                 moving litigation to conclusion.

            TOTAL FEES FOR THIS MATTER                        $1,628.30

BILLING SUMMARY

    Jonathan Rose          2.30 hrs   304.00 /hr        699.20
    P. Max Smith           3.40 hrs   255.00 /hr        867.00
    Kristi Wilcox           .30 hrs   207.00 /hr         62.10

TOTAL FEES                 6.00 hrs                    $1,628.30

TOTAL CHARGES FOR THIS INVOICE                        $1,628.30

            ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301062

INVOICE #  866019

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301062
     TC # 709816

PROFESSIONAL SERVICES

| 02/01/13 | KW | Draft monthly case status report | C100 | .10 hrs |
| 02/14/13 | JDR | Email to J.Hoy regarding current status. | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                $81.50

BILLING SUMMARY

| Jonathan Rose | .20 hrs | 304.00 /hr | 60.80 |
| Kristi Wilcox | .10 hrs | 207.00 /hr | 20.70 |

TOTAL FEES            0.30 hrs                    $81.50

**TOTAL CHARGES FOR THIS INVOICE**               $81.50
                                    ================

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301065

INVOICE #  841568

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301065
     TC # 715285

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/13 | JDV | Draft December 2012 status report for client | L190 | .10 hrs |
| 01/03/13 | AHC | Review court calendar to confirm hearing date and time and telephone conference with opposing counsel to confirm same | L240 | .30 hrs |
| 01/03/13 | AHC | Final review and revision of Notice of Hearing on Motion to Dismiss Amended Counterclaims and correspondence to opposing counsel regarding same | L240 | .30 hrs |
| 01/11/13 | JDV | Review co-defendant's Request for Court Call Telephonic Appearance | L250 | .10 hrs |
| 01/15/13 | JDV | Analysis of Amended Counter and Third Party Claims and Motion to Dismiss Amended Counterclaims and Third Party Claims in preparation of hearing on motion to dismiss | L120 | 1.10 hrs |
| 01/16/13 | ERP | Review and confirm hearing date of January 18, 2013 | L120 | .30 hrs |
| 01/18/13 | JDV | Prepare for hearing on Motion to Dismiss Amended Counterclaims and Third Party Claims | L450 | 1.60 hrs |
| 01/18/13 | JDV | Attend hearing on Motion to Dismiss Amended Counterclaims and Third Party Claims | L450 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
MARCH 27, 2013

0G2012-301065

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/18/13 | JDV | Email correspondence with client regarding hearing on Motion to Dismiss Amended Counterclaims and Third Party Claims | L190 | .90 hrs |
| 01/18/13 | JDV | Draft Order on Motion to Dismiss Amended Counterclaims and Third Party Claims | L210 | .20 hrs |
| 01/18/13 | JDV | Email correspondence with opposing counsel regarding objection to proposed Order on Motion to Dismiss | L210 | .20 hrs |
| 01/18/13 | HTC | Review proposed order on motion to dismiss | L250 | .10 hrs |
| 01/21/13 | JDV | Email correspondence with R.Reder, defendant's attorney, and S.Tew, third party defendant's attorney, regarding revisions to Order on Motion to Dismiss | L190 | .30 hrs |
| 01/21/13 | JDV | Revise Order on Motion to Dismiss | L210 | .20 hrs |
| 01/22/13 | JAM | Review emails regarding proposed order | L120 | .20 hrs |
| 01/22/13 | JAM | Revise correspondence to Judge Taylor enclosing proposed Order | L210 | .10 hrs |
| 01/22/13 | JAM | Prepare Federal Express package of pleadings for Judge Taylor | L210 | .30 hrs |
| 01/23/13 | JAM | Draft correspondence to Judge Taylor enclosing revised proposed Order | L210 | .20 hrs |
| 01/23/13 | JAM | Prepare conformed copies of proposed Order and pre-addressed envelopes pursuant to Court's procedures for submission of proposed Order to Court | L210 | .40 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
MARCH 27, 2013

0G2012-301065

FED ID NO. 63-0243316

---

| 01/25/13 | JDV | Analysis of correspondence and proposed order from S.Tew, defendant's attorney | L120 | .20 hrs |

| 01/30/13 | JDV | Analysis of Orders granting Counterclaim Defendants and Third Party Defendants Motions to Dismiss Amended Third Party Complaint | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                        $1,941.10

01        Copy Charges                                           0.00

BILLING SUMMARY

| Hope Cannon | .10 hrs | 334.00 /hr | 33.40 |
| Alecia H. Cockrell | .60 hrs | 158.00 /hr | 94.80 |
| Jamie Mathews | 1.20 hrs | 150.00 /hr | 180.00 |
| Emily R. Powell | .30 hrs | 163.00 /hr | 48.90 |
| Jose D. Vega | 6.00 hrs | 264.00 /hr | 1,584.00 |

TOTAL FEES                8.20 hrs            $1,941.10

**TOTAL CHARGES FOR THIS INVOICE**            $1,941.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          APRIL 30, 2013
1100 Virginia Drive                             0G2012-301065
Fort Washington, PA 19034

                                                INVOICE #  866020

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301065
     TC # 715285

PROFESSIONAL SERVICES

02/04/13  JDV  Draft status report for client        L190      .10 hrs


          TOTAL FEES FOR THIS MATTER                       $26.40


BILLING SUMMARY

     Jose D. Vega           .10 hrs   264.00 /hr        26.40


TOTAL FEES                  0.10 hrs                  $26.40

**TOTAL CHARGES FOR THIS INVOICE**                   **$26.40**


          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2012-301066
Fort Washington, PA 19034

                                                          INVOICE #   841569

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301066
     TC # 715873

PROFESSIONAL SERVICES

| 01/03/13 | JCCO | Respond to client request for status update | L140 | .20 hrs |
| 01/15/13 | JCCO | Receive telephone call from opposing counsel to discuss his withdrawal, upcoming status conference, and borrower's ability to pay monthly mortgage amounts into the registry of the court | L240B | .50 hrs |
| 01/16/13 | JCCO | Receive call from opposing counsel pertaining to his withdrawal as counsel of record | L240B | .30 hrs |
| 01/22/13 | JCCO | Attend court ordered status conference | L230 | .80 hrs |
| 01/24/13 | JCCO | View and respond to email from borrower regarding upcoming hearing, representation of both GMAC and Fannie Mae, and settlement | L240B | .50 hrs |
| 01/25/13 | JCCO | Review borrower's motion to reconsider order requiring payment of funds into court | L120 | .30 hrs |
| 01/29/13 | JCCO | View and respond to email from H.Franchii regarding recent events in case | L140 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                $672.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
MARCH 27, 2013

0G2012-301066

FED ID NO. 63-0243316

BILLING SUMMARY

   Jonathan Cobb      3.00 hrs  224.00 /hr    672.00

TOTAL FEES      3.00 hrs      $672.00

**TOTAL CHARGES FOR THIS INVOICE**      $672.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301070

INVOICE #  841570

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301070
     TC # 718085

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | phn | Draft status report for client | L190 | .20 hrs |
| 01/10/13 | MST | Review letter from clerk regarding order granting motion to dismiss and request copy of same | L110 | .30 hrs |
| 01/11/13 | MST | Emails to and from researcher regarding order granting motion to dismiss | L110 | .20 hrs |
| 01/15/13 | phn | Review and analyze order granting motion to dismiss | L120 | .20 hrs |
| 01/15/13 | MST | Receive and review Order granting motion to dismiss and update pleadings file regarding same | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $203.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .70 hrs | 158.00 /hr | 110.60 |
| Preston H. Neel | .40 hrs | 233.00 /hr | 93.20 |

TOTAL FEES            1.10 hrs                    $203.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
MARCH 27, 2013

0G2012-301070

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $203.80

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                         0G2012-301070
Fort Washington, PA 19034

                                                    INVOICE #  866021

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301070
         TC # 718085

<u>EXPENSES</u>

    12        Court Costs - Pleadings                        130.38

              TOTAL COSTS FOR THIS MATTER          $130.38

    TOTAL FEES               0.00 hrs              $.00

    TOTAL EXPENSES                               $130.38

    **TOTAL CHARGES FOR THIS INVOICE**           $130.38

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2012-301073
Fort Washington, PA 19034

                                                          INVOICE #   841571

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301073
         TC # 719617

PROFESSIONAL SERVICES

01/04/13   JJPH   Prepare status report to client          L120      .10 hrs
                  regarding litigation hold and mediation

01/11/13   JJPH   Email correspondence with Jacqueline Ho  L120      .10 hrs
                  regarding settlement talks

01/11/13   JDR    E-mail to J.Ho in response to questions  L240      .10 hrs
                  raised about mediation and summary
                  judgment.

01/11/13   JDR    E-mail to J.Ho regarding opposing        L190      .10 hrs
                  counsel's inquiry regarding bankruptcy
                  stay.

01/11/13   JDR    Telephone conference with J.Ho regarding C300      .20 hrs
                  case strategy and previous settlement
                  discussions.

01/29/13   JJPH   Review and revise motion for partial     L240     2.10 hrs
                  summary judgment and supporting
                  memorandum

01/30/13   JJPH   Review and edit motion for partial       L240     3.40 hrs
                  summary judgment and supporting
                  memorandum

01/31/13   JJPH   Review and finalize motion for summary   L240     1.60 hrs
                  judgment and supporting memorandum


           TOTAL FEES FOR THIS MATTER                     $2,048.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
MARCH 27, 2013

0G2012-301073

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Joshua J. Phillips | 7.30 hrs | 264.00 /hr | 1,927.20 |
| Jonathan Rose | .40 hrs | 304.00 /hr | 121.60 |

| | | |
|---|---|---|
| TOTAL FEES | 7.70 hrs | $2,048.80 |

**TOTAL CHARGES FOR THIS INVOICE**            **$2,048.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301074

INVOICE #  841572

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301074
     TC # 719598

PROFESSIONAL SERVICES

| 01/11/13 | RK | Review order from court regarding upcoming trial schedule | L120 | .10 hrs |
|---|---|---|---|---|
| 01/24/13 | RK | Review order from court approving the decision of the magistrate judge | L120 | .70 hrs |
| 01/25/13 | RK | Conference with opposing counsel regarding potential settlement | L120 | .40 hrs |
| 01/25/13 | GWG | Analyze summary judgment opinion and review reported cases with this judge addressing motions to reconsider | L240 | 1.00 hrs |
| 01/25/13 | GWG | Call with S. Foster and client regarding possible resolution of case | L160 | .50 hrs |
| 01/29/13 | RK | Conference with P.Stokes regarding case status | L120 | .20 hrs |
| 01/30/13 | GWG | Call with S. Foster regarding upcoming pretrial deadlines | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $820.20

BILLING SUMMARY

| Graham W. Gerhardt | 1.70 hrs | 312.00 /hr | 530.40 |
|---|---|---|---|
| Riley Key | 1.40 hrs | 207.00 /hr | 289.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301074

FED ID NO. 63-0243316

TOTAL FEES                  3.10 hrs              $820.20

**TOTAL CHARGES FOR THIS INVOICE**                $820.20

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2012-301074
Fort Washington, PA 19034

                                                               INVOICE #  866022

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301074
         TC # 719598

PROFESSIONAL SERVICES

02/04/13  RK   Draft status report to client              L120      .10 hrs

02/05/13  GWG  Work on settlement counterproposal to      L160      .70 hrs
               plaintiff's counsel and conduct factual
               research regarding same

02/06/13  GWG  Research payment history issues raised      L110      .40 hrs
               by opposing counsel

02/07/13  ABB  Research and obtain title report            L110      .40 hrs
               regarding property and full foreclosure
               search regarding the same

02/07/13  ABB  Obtain state court file in Harris           L110      .30 hrs
               County, Texas in preparation for filing
               notice of removal

02/12/13  GWG  Correspondence with client and S. Foster    L160      .30 hrs
               regarding reinstatement amount


          TOTAL FEES FOR THIS MATTER                      $568.10


BILLING SUMMARY

    Allison Burke           .70 hrs   158.00 /hr      110.60
    Graham W. Gerhardt     1.40 hrs   312.00 /hr      436.80
    Riley Key               .10 hrs   207.00 /hr       20.70


TOTAL FEES                 2.20 hrs              $568.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
APRIL 30, 2013

0G2012-301074

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $568.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301077

INVOICE #  841573

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301077
     TC # 722608

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/13 | HTC | Review and revise consent to vacate judgment | L120 | .70 hrs |
| 01/04/13 | MW | Draft status update to client regarding pending motion | C300 | .10 hrs |
| 01/05/13 | MW | Review and revise consent to vacate judgment, vacate default, and motion for additional time in which to properly serve defendant, in preparation for filing with court | L210 | 1.00 hrs |
| 01/23/13 | MPE | Research docket to determine current status | L110 | .20 hrs |
| 01/23/13 | MPE | Set and finalize hearing on the combined consent to vacate judgment and set aside entry of default. | L450 | .60 hrs |

TOTAL FEES FOR THIS MATTER              $677.60

35      Express Mail/Fedex                         0.00

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Hope Cannon | .70 hrs | 334.00 /hr | 233.80 |
| Monica Wilson | 1.10 hrs | 282.00 /hr | 310.20 |
| Melisa P. Palmer | .80 hrs | 167.00 /hr | 133.60 |

TOTAL FEES          2.60 hrs              $677.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301077

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $677.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2012-301077
Fort Washington, PA 19034

                                                         INVOICE #  866023

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301077
         TC # 722608

PROFESSIONAL SERVICES

02/01/13   MW   Draft status report to client regarding     L120      .10 hrs
                updated procedural posture of litigation

02/04/13   MPE  Research docket to confirm status           L110      .20 hrs


            TOTAL FEES FOR THIS MATTER                            $61.60


BILLING SUMMARY

    Monica Wilson              .10 hrs   282.00 /hr        28.20
    Melisa P. Palmer           .20 hrs   167.00 /hr        33.40


TOTAL FEES                  0.30 hrs                   $61.60

**TOTAL CHARGES FOR THIS INVOICE**                    $61.60


           ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2012-301078
Fort Washington, PA 19034

                                                          INVOICE #  841574

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301078
     TC # 692660

PROFESSIONAL SERVICES

| 01/04/13 | MW | Draft status update to client regarding pending motions and litigation strategy | C300 | .10 hrs |
|---|---|---|---|---|
| 01/08/13 | MW | Correspondence with R.Rhew regarding borrowerÆs pending motion for leave to amend to add parties | L120 | .20 hrs |
| 01/09/13 | MW | Correspondence with R.Rhew, counsel for Bank of America, regarding procedural posture of action | C400 | .20 hrs |
| 01/09/13 | CWH | Review and analyze issues with Bank of America/Countrywide's position in the case | L120 | .20 hrs |
| 01/14/13 | MW | Correspondence with P.Stokes and H.Franchi regarding involvement of local co-counsel pursuant to new order of substitution on docket | C400 | .30 hrs |
| 01/14/13 | MW | Review and analyze filings on docket for location of original loan documents, in preparation for revision of motion for summary judgment | C200 | .40 hrs |
| 01/14/13 | MW | Correspondence with M.Zelina, local co-counsel, regarding strategy moving forward and coordinated effort to motions | C400 | .20 hrs |
| 01/14/13 | MPE | Research docket to confirm status. | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
Rescap                                                                    MARCH 27, 2013

                                                                          0G2012-301078

                                                                          FED ID NO. 63-0243316
_____

| Date | | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/14/13 | MPE | Multiple instances of email correspondence with default counsel to determine if they have entered an appearance and assist them with documents needed to draft foreclosure summary judgment based on case history. | L110 | .50 hrs |
| 01/14/13 | MPE | Review and analysis of all recent filing by Farrell to determine deadlines and responses required and assist with moving forward with summary judgment. | L110 | .70 hrs |
| 01/15/13 | MW | Review and analyze procedural posture of action in preparation for conference with R.Rhew and M.Parrino | C300 | .70 hrs |
| 01/15/13 | MW | Correspondence with R.Rhew regarding conference and parties involved in consolidated action | C400 | .30 hrs |
| 01/15/13 | MW | Correspondence with D.Bakalar regarding order for substitution on docket | C400 | .30 hrs |
| 01/16/13 | CWH | Phone call with default counsel regarding status of case | L120 | .20 hrs |
| 01/16/13 | MPE | Email correspondence with default counsel D.Bakalar regarding status of file. | L110 | .20 hrs |
| 01/16/13 | CWH | Review and analyze issues with Farrell's pending claims and his arguments involving origination and forced placed insurance | L210 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
MARCH 27, 2013

0G2012-301078

FED ID NO. 63-0243316

Rescap

| | | | | |
|---|---|---|---|---|
| 01/17/13 | MW | Conference with M.Parrino and R.Rhew regarding procedural posture of action, named defendants, consolidated status, and pending motion for leave to amend with response to be scheduled for hearing | C400 | .70 hrs |
| 01/17/13 | MW | Review and analyze defendants named by pro se borrower in consolidated action, in preparation for conference regarding Bank of America and Countrywide's status in action moving forward | C300 | .90 hrs |
| 01/17/13 | MPE | Research case history to determine counsel for all parties involved. | L110 | .60 hrs |
| 01/22/13 | CWH | Review and revise affidavit in opposition to Farrell's motion for summary judgment | L240 | .20 hrs |
| 01/22/13 | MW | Draft and revise affidavit incorporating accurate copies of note, mortgage, and notice to cure, in  preparation for filing in coordination with response in opposition to borrower's motion for summary judgment | L210 | .90 hrs |
| 01/22/13 | MW | Correspondence with P.Stokes and H.Franchi regarding execution of affidavit incorporating copies of note, mortgage, and notice to cure | C400 | .20 hrs |
| 01/23/13 | MW | Review and analyze new correspondence from Countrywide and Bank of America's counsel relative to litigation strategy | C200 | .20 hrs |
| 01/24/13 | MW | Correspondence with H.Franchi regarding local co-counsel and upcoming hearing | C400 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     4
MARCH 27, 2013

0G2012-301078

FED ID NO. 63-0243316

| 01/24/13 | MW | Draft and revise response in opposition to borrower's motion for summary judgment, in preparation for filing and arguing upcoming hearing | L210 | .20 hrs |
| 01/25/13 | CWH | Review and revise response in opposition to Farrell's motion for summary judgment | L120 | .30 hrs |
| 01/25/13 | MPE | Research docket to determine status. | L110 | .20 hrs |
| 01/27/13 | MPE | Finalize all remaining hearing materials needed and forward to default counsel in preparation for hearing. | L110 | .80 hrs |
| 01/28/13 | MPE | Review and analysis of hearing outcome to assist with moving case forward | L110 | .30 hrs |
| 01/28/13 | MW | Conference with local co-counsel M.Yenke regarding litigation strategy moving forward and calendaring and noticing of hearings | C400 | .60 hrs |
| 01/28/13 | MPE | Telephone call with judicial assistant regarding issues with borrower's notice of hearing and correcting the provided information. | L110 | .30 hrs |
| 01/28/13 | MW | Appear and argue against borrower's motion for summary judgment, including court inquiries into procedural posture of action and need to set hearing on borrower's pending motion for leave to amend and file fifth amended complaint | L450 | 2.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     5
MARCH 27, 2013

0G2012-301078

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 01/28/13 | MW | Review and analyze procedural posture of action in light of motion for summary judgment filed by borrower, in preparation for upcoming hearing | C300 | 1.10 hrs |
| 01/29/13 | MW | Post-hearing review and analysis of litigation strategy moving forward pursuant to court guidance on streamlining action toward resolution | C300 | .90 hrs |
| 01/30/13 | MW | Correspondence with local counsel M.Yenke regarding recently-filed pleadings and coordination and scheduling of hearing on motion for leave to amend filed by borrower combined with motion to strike fifth amended complaint | C400 | .70 hrs |
| 01/30/13 | MW | Correspondence with R.Rhew regarding hearing details in recent hearing, relative to continued party status of Countrywide in litigation | C400 | .30 hrs |
| 01/30/13 | MPE | Draft order confirming consolidation of cases pursuant to Judge Winesett's preferences during January 28, 2013 hearing. | L190 | .40 hrs |
| 01/30/13 | MPE | Research docket to determine status and recent filings by borrower. | L110 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $4,641.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     6
MARCH 27, 2013

0G2012-301078

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 1.20 hrs | 361.00 /hr | 433.20 |
| Monica Wilson | 12.20 hrs | 282.00 /hr | 3,440.40 |
| Melisa P. Palmer | 4.60 hrs | 167.00 /hr | 768.20 |

TOTAL FEES          18.00 hrs          $4,641.80

**TOTAL CHARGES FOR THIS INVOICE**          $4,641.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          APRIL 30, 2013
1100 Virginia Drive                             0G2012-301078
Fort Washington, PA 19034

                                                INVOICE #  866024

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301078
         TC # 692660

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/01/13 | MW | Draft status report to client regarding ongoing litigation efforts and strategy | L120 | .10 hrs |
| 02/05/13 | MW | Draft order confirming consolidation pursuant to court direction and in preparation for submission and approval of form jointly with borrower | L320 | 1.00 hrs |
| 02/05/13 | MW | Correspondence with pro se borrower P.Farrell regarding draft of proposed order confirming consolidation | L120 | .50 hrs |
| 02/05/13 | MCG | Revise proposed order on consolidation | L210 | .30 hrs |
| 02/06/13 | MCG | Revise final proposed order on consolidation | L210 | .40 hrs |
| 02/06/13 | MW | Correspondence with P.Farrell regarding revised draft proposed order for confirmation of consolidation to be submitted to court | L120 | .30 hrs |
| 02/06/13 | MW | Revise draft proposed order confirming consolidation pursuant to discussion with pro se borrower and court instructions | L120 | .30 hrs |
| 02/06/13 | MPE | Telephone call with judicial assistant regarding submitting order of consolidation. | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
APRIL 30, 2013

0G2012-301078

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/06/13 | MPE | Review matter to determine what P.Farrel has filed and not served us with. | L110 | .30 hrs |
| 02/08/13 | MPE | Draft correspondence to J.Winesett with proposed order requested at January 28, 2013 hearing confirming consolidation. | L110 | .30 hrs |
| 02/11/13 | MW | Correspondence with local co-counsel M.Yenke regarding coordination and scheduling of hearing on pending motion for leave to amend filed by pro se borrower | C400 | .30 hrs |
| 02/14/13 | MPE | Review borrower's rebuttal and motion to strike to determine any relevant deadlines. | L110 | .20 hrs |
| 02/14/13 | MW | Analyze new filing by pro se borrower disputing validity of affidavit and response in opposition to motion for summary judgment | C300 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $1,200.20

## EXPENSES

| | | |
|---|---|---|
| 20 | Airline Tickets | 368.02 |
| 21 | Travel Expense | 173.73 |
| 23 | Meal Expense | 22.60 |
| 35 | Express Mail/Fedex | 0.00 |

TOTAL COSTS FOR THIS MATTER                    $564.35



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     3
APRIL 30, 2013

0G2012-301078

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | .70 hrs | 348.00 /hr | 243.60 |
| Monica Wilson | 2.80 hrs | 282.00 /hr | 789.60 |
| Melisa P. Palmer | 1.00 hrs | 167.00 /hr | 167.00 |

TOTAL FEES                4.50 hrs                      $1,200.20

TOTAL EXPENSES                                         $564.35

**TOTAL CHARGES FOR THIS INVOICE**                     **$1,764.55**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301080

INVOICE #  841575

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301080
     TC # 700284

PROFESSIONAL SERVICES

| 01/02/13 | CLHA Report to client regarding current status of case | L120 | .20 hrs |
|---|---|---|---|

TOTAL FEES FOR THIS MATTER                              $73.00

BILLING SUMMARY

| Christopher L. Hawkins | .20 hrs | 365.00 /hr | 73.00 |
|---|---|---|---|

| TOTAL FEES | 0.20 hrs | $73.00 |
|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**                       **$73.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                      APRIL 30, 2013
1100 Virginia Drive                                                         0G2012-301080
Fort Washington, PA 19034

                                                                            INVOICE #  866025

                                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301080
     TC # 700284

PROFESSIONAL SERVICES

02/01/13  CLHA Prepare status report for client          L120     .20 hrs

02/05/13  CLHA Email to Container Mutual counsel         L120     .30 hrs
               regarding consummation of settlement

02/07/13  CLHA Confer with counsel for Container Mutual  L120    1.80 hrs
               and client regarding settlement
               agreement, signatures and work on
               revised settlement agreement


          TOTAL FEES FOR THIS MATTER                            $839.50


BILLING SUMMARY

     Christopher L. Hawkins      2.30 hrs   365.00 /hr      839.50


TOTAL FEES                       2.30 hrs                  $839.50

**TOTAL CHARGES FOR THIS INVOICE**                        **$839.50**

                 ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301081

INVOICE #  866026

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301081
     TC # 717815

PROFESSIONAL SERVICES

| 02/04/13 | KK | Draft status report for client as follows: We filed a Notice of Bankruptcy and Automatic Stay on behalf of GMACM. We continue to represent Mortgage Investors Corporation and MERS. The plaintiff has made a settlement offer, which we have communicated to GMAC. We are currently discussing the offer with GMAC. | L110 | .10 hrs |
|---|---|---|---|---|
| 02/07/13 | RLB | Draft monthly status report | L190 | .10 hrs |
| 02/14/13 | KK | Review case to determine if it should be transferred to the Estate | L110 | .20 hrs |
| 02/15/13 | RLB | Review chart regarding litigated matters for purposes of transfer to Greentree | L160 | .20 hrs |
| 04/02/13 | KK | Draft closing memorandum to send to client regarding resolution of matter | L110 | .40 hrs |
| 04/09/13 | KK | Finalize closing memorandum and e-mail to J.Scoliard regarding resolution of matter | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $231.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
APRIL 30, 2013

0G2012-301081

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rashad L. Blossom | .30 hrs | 299.00 /hr | 89.70 |
| Kerry Keane | .90 hrs | 158.00 /hr | 142.20 |

TOTAL FEES                  1.20 hrs                          $231.90

**TOTAL CHARGES FOR THIS INVOICE**                          $231.90

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2012-301082
Fort Washington, PA 19034

                                                          INVOICE #   841577

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301082
     TC # 718350                              .

PROFESSIONAL SERVICES

01/04/13  RK   Prepare closing memorandum          L120      .20 hrs


              TOTAL FEES FOR THIS MATTER                   $41.40


BILLING SUMMARY

   Riley Key              .20 hrs   207.00 /hr       41.40


TOTAL FEES               0.20 hrs                  $41.40

**TOTAL CHARGES FOR THIS INVOICE**                 **$41.40**
                                                   ================

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0G2012-301083
Fort Washington, PA 19034

                                                          INVOICE #  866027

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301083
         TC # 709242

PROFESSIONAL SERVICES

02/17/13  MPE  Review of case to confirm assignment to    L110    .10 hrs
               the estate.


              TOTAL FEES FOR THIS MATTER                          $16.70


BILLING SUMMARY

    Melisa P. Palmer          .10 hrs   167.00 /hr          16.70


TOTAL FEES                    0.10 hrs                     $16.70

**TOTAL CHARGES FOR THIS INVOICE**                        **$16.70**


            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          MARCH 27, 2013
1100 Virginia Drive                             0G2012-301084
Fort Washington, PA 19034

                                                INVOICE #  841579

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301084
         TC # 717294

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | JAM | Review emails regarding communications with opposing counsel regarding resolution of this matter | L160 | .10 hrs |
| 01/02/13 | JDV | Draft December 2012 status report for client | L190 | .10 hrs |
| 01/03/13 | JDV | Communications with client regarding attendance at conciliation conference | L190 | .40 hrs |
| 01/03/13 | JDV | Communications with R.Ranson, defendants' attorney, regarding attendance at conciliation conference | L190 | .20 hrs |
| 01/04/13 | JDV | Communications with client regarding Defendants' Proof of Claim and settlement conference | L190 | .30 hrs |
| 01/04/13 | JDV | Analysis of Defendants' Proof of Claim | L120 | .20 hrs |
| 01/07/13 | JDV | Communications with R.Ranson, defendants' attorney, regarding defendants' proof of claim and settlement conference | L190 | .30 hrs |
| 01/08/13 | HTC | Review and consider settlement proposal to client for conciliation conference | L160 | .10 hrs |
| 01/08/13 | JDV | Draft revised litigation settlement proposal | L190 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301084

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/09/13 | JDV | Analysis of defendants' payment history in preparation of settlement conference | L120 | .90 hrs |
| 01/09/13 | JAM | Conference with J.Vega regarding analysis of payment history at issue and strategy for discovery | L120 | .60 hrs |
| 01/09/13 | JAM | Multiple telephone calls with B.Dease at A.Ranson's office regarding discovery issue and settlement conference location | L160 | .40 hrs |
| 01/10/13 | JDV | Email correspondence with client regarding documentation in support of loan workout package | L190 | .30 hrs |
| 01/10/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/10/13 | JAM | Conference with J.Vega regarding modification package and telephone call with A.Ranson regarding same | L120 | .30 hrs |
| 01/11/13 | JAM | Conference with J.Vega regarding status of issue with borrower's accounting notes and settlement conference | L120 | .20 hrs |
| 01/14/13 | JAM | Telephone call with B.Dease regarding neutral location for conference, their client's proof of payment, and pay stubs | L110 | .30 hrs |
| 01/18/13 | JDV | Email correspondence with client regarding loan workout package and settlement conference | L190 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE       3
MARCH 27, 2013

0G2012-301084

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 01/18/13 | JDV | Email correspondence with R.Ranson, defendants' attorney, regarding loan workout package and settlement conference | L190 | .20 | hrs |
| 01/18/13 | JDV | Analysis of defendants' bank account records provided by R.Ranson, defendants' attorney | L120 | .20 | hrs |
| 01/18/13 | JAM | Confirm docketing of Deutsche Bank's Answer to Amended Counterclaim | L210 | .20 | hrs |
| 01/22/13 | JAM | Emails with B.Dease regarding 1099 form | L110 | .20 | hrs |
| 01/22/13 | JDV | Email correspondence with client regarding outstanding documentation in support of defendants' loan workout package | L190 | .20 | hrs |
| 01/22/13 | JDV | Analysis of defendant's 1099-MISC | L120 | .20 | hrs |
| 01/22/13 | WTT | Analyze issues regarding information reported on 1099-Misc and questions related to information requested for loan modification | P220 | .20 | hrs |
| 01/22/13 | JDV | Email correspondence with client regarding submission of defendant's 1099-MISC | L190 | .20 | hrs |
| 01/23/13 | JAM | Telephone calls with opposing counsel's office and draft deposition notices of Sunny Robertson and Darren Robertson | L330 | .40 | hrs |
| 01/24/13 | JAM | Telephone calls with B.Deas regarding potential conference locations | L230 | .20 | hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
MARCH 27, 2013

0G2012-301084

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/24/13 | JAM | Additional telephone calls with Orlando hotels regarding availability of conference room for settlement meeting | L230 | .30 hrs |
| 01/24/13 | JAM | Telephone calls with hotels to gather information and fees on potential meeting sites | L190 | .20 hrs |
| 01/24/13 | JDV | Email correspondence with R.Ranson, defendants' attorney, regarding defendant's two most recent pay stubs and profit loss statement to complete review of loan workout package | L190 | .30 hrs |
| 01/24/13 | JDV | Communications with client regarding defendant's loan workout package and settlement issues | L190 | .90 hrs |
| 01/25/13 | HTC | Telephone conference with client regarding settlement conference | L160 | .10 hrs |
| 01/25/13 | JDV | Communications with R.Ransom, defendants' attorney, regarding spouse's financial information | L190 | .40 hrs |
| 01/25/13 | JDV | Communications with client regarding spouse's missing financial information for loan workout package | L190 | .50 hrs |
| 01/29/13 | HTC | Review and exchange emails with client regarding continuance of settlement conference and loss mitigation documents | L120 | .10 hrs |
| 01/29/13 | JDV | Communications with client regarding loan workout package review and rescheduling of settlement conference | L190 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      5
MARCH 27, 2013

0G2012-301084

FED ID NO. 63-0243316

| 01/30/13 | JDV | Communications with R.Ranson, defendants' attorney, regarding profit and loss statement and cancellation of settlement conference | L190 | .60 hrs |
|---|---|---|---|---|
| 01/30/13 | JDV | Communications with client regarding profit and loss statement and cancellation of settlement conference | L190 | .30 hrs |
| 01/30/13 | HTC | Analyze issues relating to acceptance of payments | L120 | .10 hrs |
| 01/31/13 | HTC | Review proposed letter to opposing counsel regarding acceptance of loan payments and analyze issues relating to same | L120 | .20 hrs |
| 01/31/13 | JDV | Draft letter to R.Ranson, defendants' attorney, regarding acceptance of insufficient payment | L190 | .30 hrs |
| 01/31/13 | JDV | Analysis of defendants' renewed motion for summary judgment | L210 | .40 hrs |
| 01/31/13 | JDV | Email correspondence with client regarding posting of funds and defendants' renewed motion for summary judgment | L190 | .60 hrs |

TOTAL FEES FOR THIS MATTER                                    $3,261.60

01        Copy Charges                                              0.00



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     6
MARCH 27, 2013

0G2012-301084

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .60 hrs | 334.00 /hr | 200.40 |
| Jamie Mathews | 3.70 hrs | 150.00 /hr | 555.00 |
| William T. Thistle | .20 hrs | 255.00 /hr | 51.00 |
| Jose D. Vega | 9.30 hrs | 264.00 /hr | 2,455.20 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 13.80 hrs | | $3,261.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$3,261.60** |

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2012-301084
Fort Washington, PA 19034

                                                               INVOICE #  866028

                                                               FED ID NO. 63-0243316
_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301084
         TC # 717294

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 02/01/13 | JAM | Pull online docket and review for recent case activity and review for recently docketed pleadings and case activity | L120 | .20 hrs |
| 02/01/13 | JDV | Prepare letter to R.Ranson, defendants' attorney, for service | L190 | .20 hrs |
| 02/04/13 | JAM | Pull online docket and review for recent case activity and review for recently docketed pleadings and case activity | L120 | .20 hrs |
| 02/04/13 | JAM | Telephone call with B.Dease regarding principal and interest on loan | L110 | .10 hrs |
| 02/04/13 | JDV | Draft status report for client | L190 | .20 hrs |
| 02/05/13 | JDV | Communications with client regarding rescheduling of settlement conference and review of loan workout package | L190 | .50 hrs |
| 02/05/13 | JDV | Communications with R.Ranson, defendants' attorney, regarding rescheduling of settlement conference | L190 | .30 hrs |
| 02/06/13 | JDV | Draft Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment | L210 | 1.80 hrs |
| 02/06/13 | HTC | Analyze issues relating to motion for summary judgment | L250 | .10 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
APRIL 30, 2013

0G2012-301084

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 02/06/13 | JDV | Communications with R.Ranson, defendants' attorney, regarding scheduling of hearing on renewed motion for summary judgment and retention of payments by GMAC | L190 | 1.00 hrs |
| 02/06/13 | JDV | Communications with client regarding status of loan modification review | L190 | .20 hrs |
| 02/07/13 | JDV | Communications with R.Ranson, defendants' attorney, regarding completion of twelve month profit and loss statement and retention of monthly payments | L190 | .90 hrs |
| 02/07/13 | JDV | Communications with client regarding completion of twelve month profit and loss statement | L190 | .30 hrs |
| 02/08/13 | JDV | Communications with client regarding rescheduling of settlement conference and receipt of defendant's completed profit and loss statement | L190 | .30 hrs |
| 02/11/13 | JAM | Conference with J.Vega regarding status of case and settlement conference | L120 | .20 hrs |
| 02/12/13 | JAM | Emails regarding scheduling of settlement conference | L160 | .20 hrs |
| 02/13/13 | JAM | Emails regarding location of settlement conference | L160 | .20 hrs |
| 02/13/13 | HTC | Telephone conference with client | L110 | .20 hrs |
| 02/13/13 | HTC | Review client documents and consider issues related to settlement | L320 | 1.00 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
APRIL 30, 2013

0G2012-301084

FED ID NO. 63-0243316

| 02/14/13 | HTC | Revise litigation settlement proposal | L120 | .80 hrs |
| 02/14/13 | JDV | Communications with R.Ranson, defendants' attorney, regarding defendants' demand on counterclaims | L190 | .30 hrs |
| 02/14/13 | JDV | Communications with R.Simmons, attorney for AllState Insurance, regarding return of insurance payment | L190 | .30 hrs |
| 02/15/13 | JDV | Communications with R.Simmons, regional counsel for AllState Insurance Company, regarding reimbursement of insurance payment | L190 | .30 hrs |
| 02/15/13 | JDV | Draft letter to R.Simmons, regional counsel for AllState Insurance Company, regarding reimbursement of insurance payment | L190 | .70 hrs |

TOTAL FEES FOR THIS MATTER                                    $2,793.60

BILLING SUMMARY

| Hope Cannon | 2.10 hrs | 334.00 /hr | 701.40 |
| Jamie Mathews | 1.10 hrs | 150.00 /hr | 165.00 |
| Jose D. Vega | 7.30 hrs | 264.00 /hr | 1,927.20 |

TOTAL FEES              10.50 hrs              $2,793.60

**TOTAL CHARGES FOR THIS INVOICE**              **$2,793.60**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301086

INVOICE #   841580

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301086
     TC # 700546

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/04/13 | JJPH | Draft and finalize letter and application for release of funds | L250 | .40 hrs |
| 01/04/13 | JJPH | Prepare status report to client regarding release of funds | L120 | .10 hrs |
| 01/07/13 | CET | Providing status update to the client. | L240 | .20 hrs |
| 01/08/13 | CET | Reading and analyzing Order received regarding the funds. | L240 | .20 hrs |
| 01/08/13 | JJPH | Telephone conference with chancery court clerk regarding amended order | L250 | .10 hrs |
| 01/08/13 | JJPH | Prepare and finalize proposed order regarding release of funds | L250 | .50 hrs |
| 01/29/13 | JJPH | Telephone call to Shelby County circuit court regarding release of funds | L240 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $441.60

| 01 | Copy Charges | 0.00 |
| 02 | Postage Charges | 0.00 |

BILLING SUMMARY

| Joshua J. Phillips | 1.20 hrs | 264.00 /hr | 316.80 |
| Christopher E. Thorsen | .40 hrs | 312.00 /hr | 124.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301086

FED ID NO. 63-0243316

---

TOTAL FEES                    1.60 hrs                  $441.60

**TOTAL CHARGES FOR THIS INVOICE**                     $441.60

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301087

INVOICE #   841581

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:   0G2012-301087
      TC # 719360

PROFESSIONAL SERVICES

| 01/02/13 | CLHA Report to client regarding current status of case | L120 | .20 hrs |
|---|---|---|---|

TOTAL FEES FOR THIS MATTER                    $73.00

BILLING SUMMARY

| Christopher L. Hawkins | .20 hrs | 365.00 /hr | 73.00 |
|---|---|---|---|

TOTAL FEES                0.20 hrs                    $73.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$73.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                         0G2012-301087
Fort Washington, PA 19034

                                                            INVOICE #  866029

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301087
         TC # 719360

PROFESSIONAL SERVICES

02/01/13   CLHA  Prepare status report for client            L120      .20 hrs

02/15/13   MPE   Review matter to assist with estate         L110      .10 hrs
                 determination.

02/22/13   CLHA  Analyze motions filed by trustee to         L120      .80 hrs
                 vacate settlement and advise client
                 regarding same

03/01/13   CLHA  Prepare status report for client            L120      .20 hrs

03/11/13   CLHA  Prepare for and participate in call with    L120      .30 hrs
                 client to discuss status and strategy

03/16/13   CLHA  Prepare and circulate closing memorandum    L120      .50 hrs

           TOTAL FEES FOR THIS MATTER                        $746.70

BILLING SUMMARY

    Christopher L. Hawkins    2.00 hrs   365.00 /hr      730.00
    Melisa P. Palmer           .10 hrs   167.00 /hr       16.70

TOTAL FEES                    2.10 hrs                 $746.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
APRIL 30, 2013

0G2012-301087

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $746.70

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301089

INVOICE #  841582

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301089
     TC # 706870

PROFESSIONAL SERVICES

| 01/07/13 | JHP | Emails to/from client to discuss status of case and revised motion for summary judgment | L240 | .10 hrs |
|---|---|---|---|---|
| 01/10/13 | JHP | Drafted revisions to affidavit of GMAC for use in renewed motion for summary judgment | L240 | .60 hrs |
| 01/15/13 | JHP | Made final changes to affidavit of client in support of revised motion for summary judgment and prepared necessary exhibits | L240 | .50 hrs |
| 01/15/13 | JHP | Email to client contact K.Dutill attaching revised affidavit of client in support of revised motion for summary judgment requesting review and execution | L240 | .10 hrs |
| 01/31/13 | JHP | Provided monthly status report to client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                         $406.00

   01      Copy Charges                                             0.00

BILLING SUMMARY

   Jon H. Patterson       1.40 hrs    290.00 /hr      406.00


TOTAL FEES                1.40 hrs                 $406.00



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301089

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**            $406.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2012-301089
Fort Washington, PA 19034

                                                               INVOICE #  866030

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

   Re:  0G2012-301089
        TC # 706870

   PROFESSIONAL SERVICES

   02/12/13  JHP   Phone call with client contact K.Dutill    L120      .20 hrs
                   to discuss status of case and summary
                   judgment affidavit needed from client

                   TOTAL FEES FOR THIS MATTER                         $58.00


   BILLING SUMMARY

       Jon H. Patterson         .20 hrs   290.00 /hr          58.00


   TOTAL FEES                   0.20 hrs                      $58.00

   TOTAL CHARGES FOR THIS INVOICE                             $58.00

                   ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2012-301090
Fort Washington, PA 19034

                                                               INVOICE #  841583

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301090
     TC # 688129

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 01/03/13 | DCL | Conference call with M. Wilson and Plaintiff's counsel regarding Plaintiff's legal arguments and finalizing settlement | L120 | .30 hrs |
| 01/03/13 | DCL | Analyze Plaintiff's proposed changes to Settlement Agreement | L120 | .30 hrs |
| 01/03/13 | MW | Analyze potential for settlement pursuant to conference with opposing counsel and concerning second mortgage on property | C300 | .60 hrs |
| 01/03/13 | MW | Review and revise updated offer of judgment in preparation for potential service of offer | L250 | .50 hrs |
| 01/03/13 | MW | Correspondence with M.Verma regarding potential for settlement | C400 | .30 hrs |
| 01/04/13 | MW | Draft status update to client regarding procedural posture of action | C300 | .10 hrs |
| 01/08/13 | DCL | Analyze correspondence from Plaintiffs' counsel regarding potential for settlement | L120 | .50 hrs |
| 01/09/13 | DCL | Telephone conference with Plaintiff's counsel regarding potential for settlement | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
MARCH 27, 2013

0G2012-301090

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/14/13 | MW | Review correspondence received from opposing counsel regarding additional settlement demands | C400 | .30 hrs |
| 01/16/13 | DCL | Analyze comments regarding Settlement Agreement | L120 | .20 hrs |
| 01/18/13 | MW | Correspondence with A.Koury of CoreLogic regarding updated negotiations and potential for resolution of litigation | C400 | .40 hrs |
| 01/18/13 | MW | Review and revise final settlement documents in light of revised terms and conditions and in preparation for submission to opposing counsel | L160 | 1.10 hrs |
| 01/18/13 | MW | Correspondence with M.Verma regarding updated negotiations and potential for resolution of litigation | C400 | .50 hrs |
| 01/18/13 | MW | Conference with K.Olsen, opposing counsel, regarding status of negotiations and current draft documents in light of revised terms and conditions with set deadline for acceptance | C400 | .80 hrs |
| 01/21/13 | MW | Conference with K.Olsen, opposing counsel, regarding finalization of negotiated settlement documents and execution of agreement between parties with timeline for conclusion | C400 | .60 hrs |
| 01/21/13 | MW | Review and revise settlement agreement pursuant to conference with opposing counsel | L160 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
MARCH 27, 2013

0G2012-301090

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/21/13 | MW | Correspondence with M.Verma regarding settlement agreement | C400 | .20 hrs |
| 01/21/13 | MW | Correspondence with A.Koury of CoreLogic regarding settlement agreement | C400 | .20 hrs |
| 01/22/13 | MW | Correspondence with A.Koury of CoreLogic regarding executed settlement documents and stipulation of dismissal | C400 | .30 hrs |
| 01/22/13 | MW | Correspondence with K.Olsen regarding receipt of executed settlement documents | C400 | .20 hrs |
| 01/22/13 | MW | Correspondence with M.Verma regarding executed settlement documents, consent foreclosure judgment, and W9 for issuance of check | C400 | .30 hrs |
| 01/30/13 | MW | Correspondence with M.Verma regarding execution of settlement agreement and timing of resolution pursuant to terms and conditions | C400 | .40 hrs |
| 01/30/13 | MW | Correspondence with A.Koury of CoreLogic regarding execution of settlement agreement and timing of resolution pursuant to terms and conditions, including submission of W9s for issuance of checks, and IRS regulations covering ultimate beneficiaries of settlement fund payments | C400 | .70 hrs |
| 01/31/13 | DCL | Analyze tax issues associated with settlement | L120 | .40 hrs |
| | | TOTAL FEES FOR THIS MATTER | | $3,085.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
MARCH 27, 2013

0G2012-301090

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Dana C. Lumsden | 2.10 hrs | 422.00 /hr | 886.20 |
| Monica Wilson | 7.80 hrs | 282.00 /hr | 2,199.60 |

TOTAL FEES               9.90 hrs                    $3,085.80

**TOTAL CHARGES FOR THIS INVOICE**                  **$3,085.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              APRIL 30, 2013
1100 Virginia Drive                                                0G2012-301090
Fort Washington, PA 19034

                                                                   INVOICE #  866031

                                                                   FED ID NO. 63-0243316
_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301090
         TC # 688129

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|----|-------------|------|-------|
| 02/01/13 | MW | Draft status report to client regarding administration of pending settlement | L120 | .10 hrs |
| 02/01/13 | MW | Conference with K.Olsen, opposing counsel, regarding CoreLogic requirement for borrowers' W9s to effectuate settlement payment | L120 | .30 hrs |
| 02/01/13 | MW | Correspondence with A.Koury of CoreLogic regarding settlement terms and conditions | L120 | .10 hrs |
| 02/01/13 | MW | Correspondence with M.Verma regarding settlement terms and conditions | L120 | .10 hrs |
| 02/04/13 | MPE | Research docket to determine status. | L110 | .20 hrs |
| 02/06/13 | MW | Correspondence with A.Koury of CoreLogic enclosing borrowers' W9s | L120 | .10 hrs |
| 02/06/13 | MW | Correspondence with M.Verma regarding status of execution of settlement documents and W9s for settlement payment | L120 | .10 hrs |
| 02/07/13 | MW | Correspondence with A.Koury of CoreLogic regaridng processing and administration of settlement | L120 | .20 hrs |

                    TOTAL FEES FOR THIS MATTER                         $315.40



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
APRIL 30, 2013

0G2012-301090

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Monica Wilson | 1.00 hrs | 282.00 /hr | 282.00 |
| Melisa P. Palmer | .20 hrs | 167.00 /hr | 33.40 |

| | | |
|---|---|---|
| TOTAL FEES | 1.20 hrs | $315.40 |

**TOTAL CHARGES FOR THIS INVOICE**                                      **$315.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301092

INVOICE #  841584

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301092
     TC # 720116

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/04/13 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 01/15/13 | MJA | Research on background of defendants in trial proceeding | L110 | .50 hrs |
| 01/15/13 | AC | Contact counsel for co-defendants to inquire about party's employment history | L110 | .50 hrs |

TOTAL FEES FOR THIS MATTER                      $313.90

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | .50 hrs | 317.00 /hr | 158.50 |
| Alecia H. Cockrell | .30 hrs | 158.00 /hr | 47.40 |
| Aaron Chastain | .50 hrs | 216.00 /hr | 108.00 |

TOTAL FEES              1.30 hrs              $313.90

**TOTAL CHARGES FOR THIS INVOICE**              $313.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                     APRIL 30, 2013
1100 Virginia Drive                                        0G2012-301092
Fort Washington, PA 19034

                                                           INVOICE #  866032

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301092
         TC # 720116

PROFESSIONAL SERVICES

02/05/13   AHC   Review docket regarding status of court      L190      .30 hrs
                 decision and draft status report for
                 attorney review and catalog information
                 on comprehensive tracking chart

02/05/13   AC    Review order affirming judgment and          L120      .20 hrs
                 email to K.Dutill

02/05/13   MJA   Review of order affirming judgment           L510      .20 hrs


                 TOTAL FEES FOR THIS MATTER                        $154.00


BILLING SUMMARY

    Marc J. Ayers          .20 hrs    317.00 /hr        63.40
    Alecia H. Cockrell     .30 hrs    158.00 /hr        47.40
    Aaron Chastain         .20 hrs    216.00 /hr        43.20


TOTAL FEES                 0.70 hrs               $154.00

**TOTAL CHARGES FOR THIS INVOICE**               **$154.00**

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 26, 2013
0G2012-301093

INVOICE #  840946

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

Re:  0G2012-301093
     TC # 700772

EXPENSES

| 21 | Travel Expense | 150.03 |
|----|----------------|--------|
|    | TOTAL COSTS FOR THIS MATTER | $150.03 |

| TOTAL FEES | 0.00 hrs | $.00 |
|------------|----------|------|
| TOTAL EXPENSES | | $150.03 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$150.03** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                MARCH 27, 2013
1100 Virginia Drive                                   0G2012-301093
Fort Washington, PA 19034

                                                      INVOICE #  841585

                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301093
         TC # 700772

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 01/04/13 | NSR | Exchange e-mails with client regarding final disposition of sale of property | L160 | .10 hrs |
| 01/22/13 | NSR | Review and analyze motion to withdraw as counsel on behalf of borrower and related notice of hearing | L250 | .20 hrs |
| 01/23/13 | KK | Telephone calls with opposing counsel regarding settlement statement in conjunction with hearing set for January 28, 2013 | L110 | .20 hrs |
| 01/23/13 | NSR | Telephone conference with client regarding remaining issues and opposing counsel's motion to withdraw as counsel | L120 | .20 hrs |
| 01/23/13 | NSR | Draft e-mail to opposing counsel, D.Tate and J.Edmonds, regarding objection to motions to withdraw as counsel | L120 | .30 hrs |
| 01/27/13 | NSR | Review history of case, settlement discussions, and real property records in preparation for hearing on opposing counsel's motion to withdraw | L250 | .90 hrs |
| 01/28/13 | NSR | Attend hearing on opposing counsel's motion to withdraw | L250 | 1.80 hrs |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301093

FED ID NO. 63-0243316

| 01/28/13 | NSR | Meeting with opposing counsel regarding motion to withdraw, borrower's objections to settlement, and alternatives to executed settlement agreement | L120 | .40 hrs |
| 01/28/13 | KK | Research and review official records to determine any recently recorded documents | L110 | .30 hrs |
| 01/29/13 | NSR | Review proposed order regarding motion to withdraw as counsel by J.Edmonds | L250 | .10 hrs |
| 01/30/13 | NSR | Review proposed order regarding motion to withdraw by D.Tate | L250 | .10 hrs |

TOTAL FEES FOR THIS MATTER          $1,263.40

01       Copy Charges                                    0.00

BILLING SUMMARY

| Nader Raja | 4.20 hrs | 282.00 /hr | 1,184.40 |
| Kerry Keane | .50 hrs | 158.00 /hr | 79.00 |

TOTAL FEES          4.70 hrs          $1,263.40

**TOTAL CHARGES FOR THIS INVOICE**          **$1,263.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        APRIL 30, 2013
1100 Virginia Drive                                          0G2012-301093
Fort Washington, PA 19034

                                                             INVOICE #  866033

                                                             FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301093
         TC # 700772

    PROFESSIONAL SERVICES

    02/01/13  NSR  Draft status report for client        L120      .10 hrs


            TOTAL FEES FOR THIS MATTER                          $28.20


    BILLING SUMMARY

        Nader Raja              .10 hrs   282.00 /hr        28.20


    TOTAL FEES                 0.10 hrs                   $28.20

    **TOTAL CHARGES FOR THIS INVOICE**                   **$28.20**
                                                         ================

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0G2012-301094
Fort Washington, PA 19034

                                                          INVOICE #  866034

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301094
         TC # 707254

PROFESSIONAL SERVICES

02/15/13   MPE   Review matter to assist with estate       L110      .10 hrs
                 determination.

03/13/13   ABB   Review of case topic files and determine  L110      .20 hrs
                 current litigation status regarding
                 parties and update spreadsheet regarding
                 same

04/09/13   CWH   Review history of the litigation and      L210      .20 hrs
                 confirm for client that claims against
                 GMAC and Homecomings are completely
                 stayed


           TOTAL FEES FOR THIS MATTER                           $120.50


BILLING SUMMARY

    Christian W. Hancock      .20 hrs    361.00 /hr        72.20
    Allison Burke             .20 hrs    158.00 /hr        31.60
    Melisa P. Palmer          .10 hrs    167.00 /hr        16.70


TOTAL FEES                  0.50 hrs                    $120.50

**TOTAL CHARGES FOR THIS INVOICE**                     **$120.50**


          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301095

INVOICE #  841587

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301095
     TC # 704177

PROFESSIONAL SERVICES

| 01/02/13 | ACRA | Draft case status on extranet | L190 | .10 hrs |
|---|---|---|---|---|
| 01/07/13 | JHP | Email from borrower enclosing responses to request for admission and discussing thoughts on potential resolution to case | L310 | .20 hrs |
| 01/16/13 | JHP | Email to borrower to request call to discuss settlement | L160 | .10 hrs |
| 01/17/13 | JHP | Emails to/from borrower to discuss outstanding discovery and potential settlement | L160 | .10 hrs |
| 01/21/13 | JHP | Email from borrower confirming details of settlement related phone conversation on previous Friday | L160 | .10 hrs |
| 01/22/13 | JHP | Email to borrower to discuss confirmation of settlement discussions | L160 | .10 hrs |
| 01/22/13 | JHP | Emails to/from borrower to discuss and confirm discussions on settlement and potential resolution to case | L160 | .20 hrs |
| 01/22/13 | JHP | Emails to/from client to discuss potential settlement and strategy and whether we can entertain certain settlement demands of borrower | L160 | .30 hrs |

TOTAL FEES FOR THIS MATTER                               $338.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
MARCH 27, 2013

0G2012-301095

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jon H. Patterson | 1.10 hrs | 290.00 /hr | 319.00 |
| Ann Craft | .10 hrs | 198.00 /hr | 19.80 |

TOTAL FEES              1.20 hrs                    $338.80

**TOTAL CHARGES FOR THIS INVOICE**                    **$338.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        MARCH 27, 2013
1100 Virginia Drive                                          0G2012-301096
Fort Washington, PA 19034

                                                             INVOICE #  841588

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301096
         TC # 697887

PROFESSIONAL SERVICES

    01/04/13   BG    Correspondence with client regarding      L190      .20 hrs
                     status of file closure and ability to
                     proceed with foreclosure

    01/11/13   BG    Evaluate need to refer to the bankruptcy  L120      .20 hrs
                     estate


                     TOTAL FEES FOR THIS MATTER                       $82.80


BILLING SUMMARY

    Blake Goodsell          .40 hrs   207.00 /hr        82.80


TOTAL FEES                  0.40 hrs                   $82.80

**TOTAL CHARGES FOR THIS INVOICE**                     $82.80

             ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301099

INVOICE #  841589

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301099
     TC # 700507

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/04/13 | MW | Draft status update to client regarding pending resolution of outstanding question | C300 | .10 hrs |
| 01/23/13 | MW | Correspondence with S.Gatling, local counsel, regarding status of litigation and ongoing strategy | C400 | .20 hrs |
| 01/23/13 | MPE | Email correspondence with default counsel to assign case and foreclosure tasks. | L110 | .30 hrs |
| 01/23/13 | MPE | Research docket to determine current status. | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $168.10

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Monica Wilson | .30 hrs | 282.00 /hr | 84.60 |
| Melisa P. Palmer | .50 hrs | 167.00 /hr | 83.50 |

TOTAL FEES                    0.80 hrs                    $168.10

**TOTAL CHARGES FOR THIS INVOICE**                    **$168.10**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301099

INVOICE #  866035

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301099
     TC # 700507

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 02/01/13 | MW | Draft status report to client regarding litigation strategy | L120 | .10 hrs |
| 02/04/13 | MPE | Research docket to determine status. | L110 | .20 hrs |
| 02/06/13 | CWH | Exchange several emails with client regarding Fannie Mae ownership and whether this loan is in the Attorney General solicitation population | L110 | .30 hrs |
| 02/11/13 | MPE | Review of case status and investor information to assist with determining next action needed in case. | L110 | .30 hrs |
| 02/11/13 | MW | Review and analyze procedural posture of litigation and internal documents regarding outstanding issues to be resolved | C300 | .40 hrs |
| 02/14/13 | CWH | Exchange e-mails with client about lingering issues in case on Fannie Mae ownership and proof of same and inquire about transfer to Green Tree | L120 | .20 hrs |

                TOTAL FEES FOR THIS MATTER              $405.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
APRIL 30, 2013

0G2012-301099

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .50 hrs | 361.00 /hr | 180.50 |
| Monica Wilson | .50 hrs | 282.00 /hr | 141.00 |
| Melisa P. Palmer | .50 hrs | 167.00 /hr | 83.50 |

TOTAL FEES              1.50 hrs                    $405.00

**TOTAL CHARGES FOR THIS INVOICE**              **$405.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301102

INVOICE #  841591

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301102
TC # 716371

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 01/09/13 | GWG | Review Texas district court pleadings and case history and attend conference call regarding plaintiff's motion for relief from stay | L120 | 2.00 hrs |
| 01/22/13 | GWG | Work on loan modification proposal to borrower | L160 | 1.00 hrs |
| 01/24/13 | GWG | Work on the settlement proposal to borrower in advance of the hearing on his motion for relief from stay | L160 | 1.20 hrs |
| 01/25/13 | GWG | Review plaintiff's reply in support of his motion to lift stay | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $1,372.80

02        Postage Charges                                            0.00

BILLING SUMMARY

Graham W. Gerhardt        4.40 hrs    312.00 /hr    1,372.80

TOTAL FEES                4.40 hrs                  $1,372.80

**TOTAL CHARGES FOR THIS INVOICE**            $1,372.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2012-301102
Fort Washington, PA 19034

INVOICE #  866036

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301102
     TC # 716371

PROFESSIONAL SERVICES

| 02/04/13 | GWG | Call to opposing counsel regarding possible resolution of claims | L160 | .10 hrs |
|----------|-----|---|---|---|
| 02/05/13 | GWG | Calls with opposing counsel and client regarding possible resolution of case | L160 | .30 hrs |
| 02/08/13 | GWG | Calls to opposing counsel regarding possible settlement of claims | L160 | .50 hrs |

TOTAL FEES FOR THIS MATTER                          $280.80

BILLING SUMMARY

Graham W. Gerhardt        .90 hrs   312.00 /hr      280.80

TOTAL FEES                   0.90 hrs           $280.80

**TOTAL CHARGES FOR THIS INVOICE**              **$280.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301103

INVOICE #  841592

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301103
     TC # 706906

PROFESSIONAL SERVICES

01/07/13  MPE  Research docket to determine status of      L110      .20 hrs
               setting trial date.


              TOTAL FEES FOR THIS MATTER                             $33.40


BILLING SUMMARY

    Melisa P. Palmer          .20 hrs   167.00 /hr      33.40


TOTAL FEES                    0.20 hrs                  $33.40

**TOTAL CHARGES FOR THIS INVOICE**                     **$33.40**

              ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301105

INVOICE #   841593

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301105
     TC # 701016

PROFESSIONAL SERVICES

| 01/02/13 | CSM | Drafted case status report | B110 | .10 hrs |
| 01/03/13 | CSM | Review and respond to email from foreclosure counsel regarding recent case activity | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $60.00

BILLING SUMMARY

| Cory S. Menees | .20 hrs | 300.00 /hr | 60.00 |

TOTAL FEES                 0.20 hrs          $60.00

**TOTAL CHARGES FOR THIS INVOICE**          **$60.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0G2012-301105
Fort Washington, PA 19034

                                                          INVOICE #  866037

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301105
         TC # 701016

PROFESSIONAL SERVICES

02/01/13   CSM   Draft case status report              L110      .10 hrs

02/01/13   LADA  Telephone conference with clerk       L210      .50 hrs
                 regarding procedure for securing signed
                 order regarding motion for default and
                 judgment in light of unorthodox
                 procedural avenue taken by presiding
                 Judge

02/05/13   MPE   Research docket to confirm status.    L110      .20 hrs

02/13/13   LADA  Telephone conference with judicial    L190      .70 hrs
                 assistant regarding status of judicial
                 review of motion

            TOTAL FEES FOR THIS MATTER                     $253.00

   35       Express Mail/Fedex                                      0.00

BILLING SUMMARY

    Cory S. Menees          .10 hrs   300.00 /hr       30.00
    Lucinda Kish           1.20 hrs   158.00 /hr      189.60
    Melisa P. Palmer        .20 hrs   167.00 /hr       33.40

TOTAL FEES                 1.50 hrs              $253.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
APRIL 30, 2013

Rescap

0G2012-301105

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                     $253.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301106

INVOICE #  841594

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301106
     TC # 704160

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | JJPH | Review Sixth Circuit opinion affirming dismissal | L520 | .20 hrs |
| 01/02/13 | JJPH | Research federal appellate rules regarding writ of certiorari | L520 | .30 hrs |
| 01/02/13 | CET | Email correspondence with L. Delehey regarding the opinion received from the 6th Circuit dismissing plaintiff's appeal. | L250 | .20 hrs |
| 01/02/13 | CET | Reading and analyzing the Opinion received from the 6th Circuit dismissing plaintiff's appeal. | L250 | .20 hrs |
| 01/04/13 | JJPH | Prepare status report to client regarding Sixth Circuit opinion | L120 | .10 hrs |
| 01/07/13 | CET | Providing status update to the client. | L250 | .20 hrs |
| 01/30/13 | JJPH | Review mandate issued by Sixth Circuit | L520 | .10 hrs |
| 01/30/13 | CET | Reading and analyzing Mandate issued from the 6th Circuit regarding dismissal of the appeal. | L250 | .30 hrs |

TOTAL FEES FOR THIS MATTER                          $465.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
MARCH 27, 2013

0G2012-301106

FED ID NO. 63-0243316

BILLING SUMMARY

Joshua J. Phillips          .70 hrs    264.00 /hr        184.80
Christopher E. Thorsen      .90 hrs    312.00 /hr        280.80


TOTAL FEES              1.60 hrs                       $465.60

**TOTAL CHARGES FOR THIS INVOICE**                     $465.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301106

INVOICE #  866038

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301106
     TC # 704160

PROFESSIONAL SERVICES

| 02/04/13 | JJPH | Prepare status report to client regarding end of appeal | L120 | .10 hrs |
|---|---|---|---|---|
| 02/04/13 | JJPH | Prepare closing memorandum for client | L120 | .30 hrs |
| 02/04/13 | JJPH | Email correspondence to client regarding mandate and closing | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $132.00

BILLING SUMMARY

   Joshua J. Phillips          .50 hrs   264.00 /hr       132.00

TOTAL FEES                  0.50 hrs            $132.00

**TOTAL CHARGES FOR THIS INVOICE**            $132.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 26, 2013
1100 Virginia Drive                                            0G2012-301108
Fort Washington, PA 19034

                                                               INVOICE #   840947

                                                               FED ID NO. 63-0243316
_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

    Re:  0G2012-301108
         TC # 686391

    EXPENSES

    41        Computerized Legal Research-Westlaw                       0.00
    50        Mediation Fee                                         1,061.90

              TOTAL COSTS FOR THIS MATTER            $1,061.90


TOTAL FEES                   0.00 hrs            $.00

TOTAL EXPENSES                               $1,061.90

**TOTAL CHARGES FOR THIS INVOICE**           $1,061.90
                                             ════════════

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301108

INVOICE #  841595

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301108
     TC # 686391

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 01/02/13 | JDV | Draft December 2012 status report for client | L190 | .20 hrs |
| 01/07/13 | JHP | Substantive email to client contacts S.Gregory and K.Priore to discuss summary of mediation and next steps and emails to/from clients regarding same and discussing settlement and authority | L160 | .90 hrs |
| 01/08/13 | JHP | Email to client contacts S.Gregory and K.Priore to discuss post-mediation discussions with borrower and mediator and to discuss upcoming conference call with mediator and borrower's counsel | L120 | .20 hrs |
| 01/09/13 | ABB | Analysis, review and compilation of communications regarding settlement negotiations and mediation and update file | L110 | .30 hrs |
| 01/09/13 | JDV | Draft Offer of Judgment | L250 | 1.30 hrs |
| 01/09/13 | JHP | Emails to/from client contacts S.Gregory and K.Priore to discuss settlement issues and strategy | L160 | .20 hrs |
| 01/09/13 | JHP | Revised and edited offer of judgment | L210 | .30 hrs |
| 01/09/13 | JAM | Telephone calls with Court regarding hearing, notice of sale, and final judgment | L230 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
MARCH 27, 2013

0G2012-301108

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/09/13 | JAM | Revise Notice of Sale to add APN Number | L210 | .20 hrs |
| 01/17/13 | JDV | Email correspondence with client regarding review of Offer of Judgment | L190 | .30 hrs |
| 01/17/13 | JHP | Emails to/from client contact K.Priore to discuss offer of judgment | L210 | .20 hrs |
| 01/17/13 | JDV | Draft letter to N.Nelson, defendants' attorney regarding Offer of Judgment | L190 | .30 hrs |
| 01/22/13 | JDV | Prepare Offer of Judgment and letter to N.Nelson, defendant's attorney, for service | L250 | .30 hrs |
| 01/22/13 | ABB | Assist in drafting Offer of Judgment and correspondence to opposing counsel | L110 | .20 hrs |
| 01/22/13 | ABB | Manage and calendar responsive deadlines regarding offer of judgment and possible settlement on all attorney calendars | L110 | .20 hrs |
| 01/22/13 | ABB | Thorough and detailed review of discovery files in order to determine additional documents needed via supplemental discovery per attorney instruction | L110 | 1.40 hrs |
| 01/22/13 | ABB | E-mail communications with attachments to and from opposing counsel regarding possible settlement and offer of judgment as well as finalize attachments for attorney review | L110 | .50 hrs |
| 01/23/13 | ABB | Analysis and organization of litigation documents, pleadings and correspondence regarding management of file | L110 | .50 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
MARCH 27, 2013

0G2012-301108

FED ID NO. 63-0243316

| 01/30/13 | JDV | Communications with N.Nelson, defendant's attorney, regarding offer of judgment and counteroffer | L190 | .70 hrs |
|---|---|---|---|---|
| 01/31/13 | JDV | Communications with client regarding offer of judgment negotiations | L190 | .60 hrs |
| 01/31/13 | JDV | Telephone conversation with N.Nelson, defendants' attorney, regarding rejection of defendants' counteroffer | L190 | .30 hrs |
| 01/31/13 | JHP | Reviewed file and participated in phone conference with client to discuss case in detail and to discuss and confirm final settlement authority | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $2,288.80

BILLING SUMMARY

| Jamie Mathews | .70 hrs | 150.00 /hr | 105.00 |
|---|---|---|---|
| Allison Burke | 3.10 hrs | 158.00 /hr | 489.80 |
| Jon H. Patterson | 2.20 hrs | 290.00 /hr | 638.00 |
| Jose D. Vega | 4.00 hrs | 264.00 /hr | 1,056.00 |

TOTAL FEES                10.00 hrs                $2,288.80

**TOTAL CHARGES FOR THIS INVOICE**                **$2,288.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
OG2012-301108

INVOICE #  866039

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  OG2012-301108
     TC # 686391

PROFESSIONAL SERVICES

| 02/04/13 | JDV | Communications with N.Nelson, defendant's attorney, regarding new settlement offer | L190 | .40 hrs |
| 02/04/13 | JDV | Draft January 2013 status report for client | L190 | .10 hrs |
| 02/04/13 | JAM | Access online docket and review for recent case activity and review for recently docketed pleadings and case activity | L120 | .20 hrs |
| 02/06/13 | JDV | Telephone conversation with N.Nelson, defendant's attorney, regarding acceptance of settlement offer | L190 | .40 hrs |
| 02/06/13 | JDV | Email correspondence with client regarding defendant's acceptance of settlement offer | L190 | .30 hrs |
| 02/07/13 | JDV | Draft Satisfaction of Mortgage | L210 | .60 hrs |
| 02/07/13 | JDV | Draft Settlement Agreement | L190 | 1.00 hrs |
| 02/07/13 | JDV | Draft Stipulation of Dismissal | L210 | .20 hrs |
| 02/07/13 | JDV | Draft Quitclaim Deed | L210 | .50 hrs |
| 02/12/13 | JDV | Revise Joint Stipulation of Dismissal | L210 | .20 hrs |
| 02/12/13 | JDV | Revise Settlement Agreement | L190 | .20 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
APRIL 30, 2013

0G2012-301108

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/12/13 | JHP | Revised and edited settlement agreement, quitclaim deed, lien release and stipulation of dismissal documents | L160 | .60 hrs |
| 02/14/13 | JDV | Email correspondence with client regarding review of settlement documents | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                           $1,286.40

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Jamie Mathews | .20 hrs | 150.00 /hr | 30.00 |
| Jon H. Patterson | .60 hrs | 290.00 /hr | 174.00 |
| Jose D. Vega | 4.10 hrs | 264.00 /hr | 1,082.40 |

| TOTAL FEES | 4.90 hrs | | $1,286.40 |

**TOTAL CHARGES FOR THIS INVOICE**                  **$1,286.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          MARCH 27, 2013
1100 Virginia Drive                             0G2012-301109
Fort Washington, PA 19034

                                                INVOICE #  841596

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301109
     TC # 711608

PROFESSIONAL SERVICES

01/01/13   MSW   Draft status report for client.        L120      .10 hrs

01/30/13   MSW   Review and analyze MSJ by second       L240      .40 hrs
                 mortgagee

01/30/13   MSW   Draft status report for client.        L120      .10 hrs


           TOTAL FEES FOR THIS MATTER                        $182.40


BILLING SUMMARY

   Mark S. Wierman          .60 hrs   304.00 /hr        182.40


TOTAL FEES               0.60 hrs                      $182.40

**TOTAL CHARGES FOR THIS INVOICE**                    $182.40

          ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0G2012-301109
Fort Washington, PA 19034

                                                          INVOICE #  866040

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301109
         TC # 711608

    PROFESSIONAL SERVICES

    02/08/13  LADA Review and analysis of docket to update     L190     .30 hrs
                   current status of action


              TOTAL FEES FOR THIS MATTER                              $47.40


    BILLING SUMMARY

       Lucinda Kish              .30 hrs   158.00 /hr       47.40


    TOTAL FEES                 0.30 hrs                $47.40

    **TOTAL CHARGES FOR THIS INVOICE**                  **$47.40**

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              MARCH 27, 2013
1100 Virginia Drive                                 0G2012-301110
Fort Washington, PA 19034

                                                    INVOICE #   841597

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:   0G2012-301110
      TC # 702559

PROFESSIONAL SERVICES

| 01/02/13 | ABB | E-mail with attachments to opposing counsel regarding hearing cancellation | L110 | .20 hrs |
|---|---|---|---|---|
| 01/02/13 | ABB | Telephone call to Court in order to cancel hearing | L110 | .10 hrs |
| 01/10/13 | JHP | Emails to/from client contact K.Krull to discuss whether client is still available for deposition in February | L330 | .20 hrs |
| 01/11/13 | JHP | Phone call and letter to counsel for borrower to discuss and confirm deposition date for GMAC corporate representative and to discuss location and scope of testimony | L330 | .30 hrs |
| 01/11/13 | JHP | Emails to/from client representative K.Krull to discuss available deposition dates for client representative and to discuss and confirm date and location | L330 | .20 hrs |
| 01/15/13 | JHP | Reviewed proposed docket control order from opposing counsel | L210 | .20 hrs |
| 01/31/13 | JHP | Provided monthly status report to client | L120 | .10 hrs |

                   TOTAL FEES FOR THIS MATTER                $337.40



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301110

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | .30 hrs | 158.00 /hr | 47.40 |
| Jon H. Patterson | 1.00 hrs | 290.00 /hr | 290.00 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 1.30 hrs | | $337.40 |

**TOTAL CHARGES FOR THIS INVOICE**                            **$337.40**

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                APRIL 30, 2013
1100 Virginia Drive                                   0G2012-301110
Fort Washington, PA 19034

                                                      INVOICE #  866041

                                                      FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301110
         TC # 702559

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/04/13 | JHP | Emails to/from counsel for borrower to discuss docket control order | L210 | .10 hrs |
| 02/11/13 | ABB | Analysis and review of file to determine if deposition of GMAC representative has been noticed and received in preparation for the same | L110 | .20 hrs |
| 02/11/13 | ABB | Update file and calendar information regarding rescheduling the deposition of GMAC representative per communications with opposing counsel and client | L110 | .20 hrs |
| 02/11/13 | JHP | Emails to/from client contact client to discuss scheduling of corporate representative deposition | L330 | .20 hrs |
| 02/11/13 | JHP | Emails to/from counsel for borrower to discuss deposition dates for client deposition and to discuss docket control order | L330 | .30 hrs |

                TOTAL FEES FOR THIS MATTER              $237.20


BILLING SUMMARY

    Allison Burke        .40 hrs    158.00 /hr      63.20
    Jon H. Patterson     .60 hrs    290.00 /hr     174.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
APRIL 30, 2013

0G2012-301110

FED ID NO. 63-0243316

TOTAL FEES                    1.00 hrs              $237.20

**TOTAL CHARGES FOR THIS INVOICE**              $237.20

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301112

INVOICE #  841598

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301112
     TC # 693729

PROFESSIONAL SERVICES

01/07/13  CET  Providing status update to the client.    L250      .20 hrs

              TOTAL FEES FOR THIS MATTER                        $62.40

BILLING SUMMARY

    Christopher E. Thorsen      .20 hrs   312.00 /hr       62.40

TOTAL FEES                 0.20 hrs                    $62.40

**TOTAL CHARGES FOR THIS INVOICE**                    **$62.40**

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2012-301112
Fort Washington, PA 19034

                                                               INVOICE #  866042

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301112
     TC # 693729

PROFESSIONAL SERVICES

| 02/04/13 | AHC | Draft status report for review | L190 | .20 hrs |
|---|---|---|---|---|
| 03/04/13 | CET | Providing status update to the client. | L250 | .20 hrs |
| 03/11/13 | CET | Analyzing the claims asserted in the litigation versus those that are stayed and the arguments in the motion for summary judgment to determine litigation strategy. | L240 | 1.00 hrs |
| 04/04/13 | AHC | Draft status report for attorney review | L190 | .10 hrs |

                    TOTAL FEES FOR THIS MATTER                     $421.80

BILLING SUMMARY

| Christopher E. Thorsen | 1.20 hrs | 312.00 /hr | 374.40 |
|---|---|---|---|
| Alecia H. Cockrell | .30 hrs | 158.00 /hr | 47.40 |

TOTAL FEES                    1.50 hrs                    $421.80

**TOTAL CHARGES FOR THIS INVOICE**                       $421.80

            ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0G2012-301113
Fort Washington, PA 19034

                                                          INVOICE #  866043

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301113
     TC # 693708

PROFESSIONAL SERVICES

02/14/13  JHP   Emails to/from client contact to discuss   L120      .10 hrs
                status of appeal


                TOTAL FEES FOR THIS MATTER                        $29.00


BILLING SUMMARY

   Jon H. Patterson          .10 hrs   290.00 /hr          29.00


TOTAL FEES                   0.10 hrs                     $29.00

**TOTAL CHARGES FOR THIS INVOICE**                        $29.00

                  ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          MARCH 27, 2013
1100 Virginia Drive                             0G2012-301115
Fort Washington, PA 19034

                                                INVOICE #  841599

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301115
         TC # 686549

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | MW | Review and revise draft interrogatory responses in preparation for execution of required verification regarding dates of acquisition and transfer of beneficial rights | L310 | 1.30 hrs |
| 01/02/13 | MW | Review and revise notice of filing original note and mortgage pursuant to requirements of Miami-Dade clerk of court with copies of loan documents | L210 | .30 hrs |
| 01/02/13 | MW | Correspondence with J.Ho regarding draft interrogatory responses for verification, accompanying document production, and request for mediation to opposing counsel | C400 | .20 hrs |
| 01/02/13 | CWH | Review and revise responses to Savitz's discovery requests and letter to same regarding Deutsche Bank's discovery | L310 | .30 hrs |
| 01/02/13 | CWH | Review and analyze client documents and state law related to Savitz's TILA, RESPA, the Fair Debt Collection Practices Act counterclaims | L210 | .70 hrs |
| 01/02/13 | MPE | Draft notice of filing original note and mortgage. | L210 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
MARCH 27, 2013

0G2012-301115

FED ID NO. 63-0243316

| 01/02/13 | MPE | Review all recently filed pleadings and correspondence with opposing counsel to update timeline of case events and litigation analysis and assist with case strategy. | L110 | 2.10 hrs |
|---|---|---|---|---|
| 01/02/13 | AHC | Research case to determine originals needed for filing with the court and moving forward with summary judgment | L120 | .30 hrs |
| 01/03/13 | MW | Conference with J.Ho regarding milestones, investor, and prior discovery responses in relation to verification of draft responses to interrogatories | C400 | .30 hrs |
| 01/03/13 | MW | Review and revise interrogatory responses regarding endorsement of original note and revised standards for verification | L310 | .60 hrs |
| 01/04/13 | MW | Review and revise interrogatories for timely service pursuant to court order | L310 | .40 hrs |
| 01/04/13 | MW | Correspondence with J.Aguirre regarding timely verification and service of interrogatory responses | C400 | .30 hrs |
| 01/04/13 | MW | Draft status update to client regarding service of discovery and litigation strategy | C300 | .10 hrs |
| 01/05/13 | MW | Draft and revise letter to opposing counsel B.Jacobs regarding service of discovery requests, upcoming hearing dates, and potential for negotiated mediation of matter | C400 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
MARCH 27, 2013

0G2012-301115

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/15/13 | MW | Correspondence with S.Cordero regarding proposal for mediation and review of proposed mediators | C400 | .20 hrs |
| 01/15/13 | MW | Correspondence with J.Ho regarding borrower's acceptance of mediation proposal | C400 | .20 hrs |
| 01/22/13 | MW | Correspondence with J.Ho regarding mediator selection | C400 | .20 hrs |
| 01/22/13 | MW | Correspondence with B.Jacobs and S.Cordero, opposing counsel, regarding mediator selection | C400 | .20 hrs |
| 01/24/13 | MW | Correspondence with J.Ho regarding selection of mediator and negotiations with opposing counsel | C400 | .20 hrs |
| 01/30/13 | MW | Correspondence with opposing counsel B.Jacobs regarding mediator suggestions and notice of cancellation of upcoming discovery hearing | C400 | .20 hrs |
| 01/30/13 | MW | Correspondence with J.Ho regarding opposing counsel's response to suggested mediator designation and strategy moving forward | C400 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $2,551.30

01       Copy Charges                                        0.00



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
MARCH 27, 2013

0G2012-301115

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 1.00 hrs | 361.00 /hr | 361.00 |
| Alecia H. Cockrell | .30 hrs | 158.00 /hr | 47.40 |
| Monica Wilson | 6.00 hrs | 282.00 /hr | 1,692.00 |
| Melisa P. Palmer | 2.70 hrs | 167.00 /hr | 450.90 |

TOTAL FEES                         10.00 hrs                          $2,551.30

**TOTAL CHARGES FOR THIS INVOICE**                          **$2,551.30**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301115

INVOICE #  866044

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301115
     TC # 686549

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | MW | Draft status report to client regarding updated litigation strategy | L120 | .10 hrs |
| 02/04/13 | MPE | Research docket to determine status. | L110 | .20 hrs |
| 02/11/13 | MPE | Email correspondence with B.Lapp for potential mediation dates and times. | L110 | .20 hrs |
| 02/11/13 | MW | Correspondence with opposing counsel B.Jacobs regarding mediator selection | C400 | .20 hrs |
| 02/14/13 | MPE | Telephone and email correspondence with mediator's scheduler to determine availability in March. | L110 | .30 hrs |
| 02/14/13 | MW | Review and analyze procedural posture of action, including substantive discovery disputes, in connection with scheduling mediation | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                $314.30

01        Copy Charges                                                0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Monica Wilson | .70 hrs | 282.00 /hr | 197.40 |
| Melisa P. Palmer | .70 hrs | 167.00 /hr | 116.90 |

TOTAL FEES            1.40 hrs            $314.30



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
APRIL 30, 2013

0G2012-301115

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $314.30

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301116

INVOICE #  841600

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301116
     TC # 693701

PROFESSIONAL SERVICES

01/02/13  ES   Status update to client              L240B    .10 hrs


             TOTAL FEES FOR THIS MATTER                     $20.70


BILLING SUMMARY

     Erin Saltaformaggio        .10 hrs   207.00 /hr      20.70


TOTAL FEES                     0.10 hrs                  $20.70

**TOTAL CHARGES FOR THIS INVOICE**                       **$20.70**
                                                  ═══════════════

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301116

INVOICE #  866045

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301116
     TC # 693701

PROFESSIONAL SERVICES

02/04/13   ES    Status update on extranet re: Borrower's    L240B      .10 hrs
                 motion for rehearing still pending


           TOTAL FEES FOR THIS MATTER                                    $20.70


BILLING SUMMARY

    Erin Saltaformaggio          .10 hrs   207.00 /hr        20.70


TOTAL FEES                    0.10 hrs                    $20.70

**TOTAL CHARGES FOR THIS INVOICE**                        $20.70

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2012-301117
Fort Washington, PA 19034

                                                               INVOICE #  866046

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301117
     TC # 713657

PROFESSIONAL SERVICES

02/01/13  KSA  Enter status report                    L120    .10 hrs

02/07/13  KSA  Telephone discussion with R.Meeker      L120    .30 hrs
               regarding status and trial setting


          TOTAL FEES FOR THIS MATTER                    $107.20


BILLING SUMMARY

    Keith S. Anderson        .40 hrs   268.00 /hr      107.20


TOTAL FEES                 0.40 hrs                   $107.20

**TOTAL CHARGES FOR THIS INVOICE**                   $107.20
                                              ==================

          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301120

INVOICE #  841602

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301120
     TC # 693575

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 01/02/13 | LADA | Review files for borrower's notification hearing cancellation | L190 | .70 hrs |
| 01/02/13 | LADA | Begin preparation of document production, including redaction and branding | L390 | 1.10 hrs |
| 01/02/13 | JWA | Prepare client update | L120 | .20 hrs |
| 01/02/13 | JWA | Review documents for production in response to request for production | L120 | .60 hrs |

TOTAL FEES FOR THIS MATTER                                    $510.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| James Warmoth | .80 hrs | 282.00 /hr | 225.60 |
| Lucinda Kish | 1.80 hrs | 158.00 /hr | 284.40 |

TOTAL FEES             2.60 hrs                    $510.00

**TOTAL CHARGES FOR THIS INVOICE**                  $510.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              APRIL 30, 2013
1100 Virginia Drive                                 0G2012-301120
Fort Washington, PA 19034

                                                    INVOICE #  866047

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301120
     TC # 693575

PROFESSIONAL SERVICES

02/08/13  JWA  Prepare client update                L120    .20 hrs

02/14/13  JWA  Review and analysis of file for      L120    .20 hrs
               bankruptcy classification


          TOTAL FEES FOR THIS MATTER                      $112.80


BILLING SUMMARY

   James Warmoth          .40 hrs   282.00 /hr         112.80


TOTAL FEES                0.40 hrs                    $112.80

**TOTAL CHARGES FOR THIS INVOICE**                   **$112.80**

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2012-301121
Fort Washington, PA 19034

                                                     INVOICE #  866048

                                                     FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301121
         TC # 718605

PROFESSIONAL SERVICES

02/17/13   MPE   Review of case to confirm assignment to      L110      .10 hrs
                 the estate.

03/13/13   ABB   Review of case topic files and determine     L110      .20 hrs
                 current litigation status regarding
                 parties and update spreadsheet regarding
                 same

04/12/13   BG    Check docket for any activity violating      L120      .10 hrs
                 the bankruptcy stay

04/16/13   ABB   Retrieval of docket report and update        L110      .20 hrs
                 file regarding monthly status


             TOTAL FEES FOR THIS MATTER                       $100.60


BILLING SUMMARY

    Allison Burke          .40 hrs    158.00 /hr        63.20
    Blake Goodsell         .10 hrs    207.00 /hr        20.70
    Melisa P. Palmer       .10 hrs    167.00 /hr        16.70


TOTAL FEES                 0.60 hrs                   $100.60

**TOTAL CHARGES FOR THIS INVOICE**                   $100.60

          ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2012-301122
Fort Washington, PA 19034

                                                          INVOICE #  841604

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301122
     TC # 705274

PROFESSIONAL SERVICES

01/02/13   KW    Drafted monthly case status report      P100      .10 hrs


              TOTAL FEES FOR THIS MATTER                      $20.70


BILLING SUMMARY

    Kristi Wilcox            .10 hrs   207.00 /hr       20.70


TOTAL FEES                 0.10 hrs                 $20.70

**TOTAL CHARGES FOR THIS INVOICE**                  **$20.70**

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                            APRIL 30, 2013
1100 Virginia Drive                               0G2012-301122
Fort Washington, PA 19034

                                          INVOICE #  866049

                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

   Re:  0G2012-301122
        TC # 705274

PROFESSIONAL SERVICES

   02/01/13   KW   Drafted monthly case status report      P100      .10 hrs

   03/01/13   KW   Drafted monthly case status report      P100      .10 hrs


           TOTAL FEES FOR THIS MATTER                        $41.40


BILLING SUMMARY

   Kristi Wilcox          .20 hrs   207.00 /hr      41.40


TOTAL FEES               0.20 hrs              $41.40

**TOTAL CHARGES FOR THIS INVOICE**             $41.40

           ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301123

INVOICE #  841605

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301123
     TC # 717577

PROFESSIONAL SERVICES

| 01/02/13 | JWA | Prepare client update | L120 | .10 hrs |
|---|---|---|---|---|
| 01/18/13 | LADA | Review docket and filings confirming matter is stayed pursuant to bankruptcy filing | L190 | .40 hrs |

TOTAL FEES FOR THIS MATTER                           $91.40

BILLING SUMMARY

| James Warmoth | .10 hrs | 282.00 /hr | 28.20 |
|---|---|---|---|
| Lucinda Kish | .40 hrs | 158.00 /hr | 63.20 |

TOTAL FEES                    0.50 hrs              $91.40

**TOTAL CHARGES FOR THIS INVOICE**                  **$91.40**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2012-301123
Fort Washington, PA 19034

                                                               INVOICE #  866050

                                                               FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

   Re:  0G2012-301123
        TC # 717577

PROFESSIONAL SERVICES

02/08/13  JWA  Prepare client update                L120        .30 hrs


          TOTAL FEES FOR THIS MATTER                        $84.60


BILLING SUMMARY

    James Warmoth            .30 hrs   282.00 /hr       84.60


TOTAL FEES                   0.30 hrs                 $84.60

**TOTAL CHARGES FOR THIS INVOICE**                   **$84.60**
                                                     ================

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301125

INVOICE #  841606

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301125
     TC # 699859

PROFESSIONAL SERVICES

| 01/02/13 | ABB | Telephone call to Judge Craig's office in order to coordinate status conference and leave voice message regarding same | L110 | .10 hrs |
|---|---|---|---|---|
| 01/04/13 | JHP | Reviewed notice from court setting case for status conference on February 1 | L230 | .10 hrs |
| 01/07/13 | ABB | Receive and review Order pertaining to status conference | L110 | .20 hrs |
| 01/07/13 | ABB | Calendar information regarding status conference and update pleadings regarding same | L110 | .20 hrs |
| 01/09/13 | JHP | Phone conference with client contact K.Dutill to discuss status of case | L120 | .10 hrs |
| 01/14/13 | JHP | Email from client contact K.Dutill to discuss status of case and next hearing date | L120 | .10 hrs |

                    TOTAL FEES FOR THIS MATTER                $166.00

BILLING SUMMARY

| Allison Burke | .50 hrs | 158.00 /hr | 79.00 |
|---|---|---|---|
| Jon H. Patterson | .30 hrs | 290.00 /hr | 87.00 |

TOTAL FEES          0.80 hrs                    $166.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
MARCH 27, 2013

0G2012-301125

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $166.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              MARCH 27, 2013
1100 Virginia Drive                                 0G2012-301127
Fort Washington, PA 19034

                                                    INVOICE #  841607

                                                    FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301127
     TC # 697162

PROFESSIONAL SERVICES

01/02/13   GWG   Call with C. Peckham and M. Martin      L160      .30 hrs
                 regarding settlement of claims

01/02/13   GWG   Work on release and settlement agreement  L160    2.00 hrs

01/10/13   GWG   Work on settlement agreement and deed    L160     1.50 hrs
                 without warranty


           TOTAL FEES FOR THIS MATTER                  $1,185.60


BILLING SUMMARY

   Graham W. Gerhardt        3.80 hrs   312.00 /hr    1,185.60


TOTAL FEES                   3.80 hrs               $1,185.60

**TOTAL CHARGES FOR THIS INVOICE**                 **$1,185.60**

             ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301127

INVOICE #  866051

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301127
     TC # 697162

PROFESSIONAL SERVICES

| 02/06/13 | GWG | Call with opposing counsel regarding status of settlement documents | L160 | .20 hrs |
|----------|-----|-----|------|---------|

TOTAL FEES FOR THIS MATTER                                    $62.40

BILLING SUMMARY

| Graham W. Gerhardt | .20 hrs | 312.00 /hr | 62.40 |
|--------------------|---------|------------|-------|

TOTAL FEES                    0.20 hrs                    $62.40

**TOTAL CHARGES FOR THIS INVOICE**                    **$62.40**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301129

INVOICE #  841608

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301129
     TC # 713325

PROFESSIONAL SERVICES

01/01/13  MSW  Draft status report for client.        L120    .10 hrs

01/30/13  MSW  Draft status report for client.        L120    .10 hrs

         TOTAL FEES FOR THIS MATTER                    $60.80

BILLING SUMMARY

    Mark S. Wierman          .20 hrs   304.00 /hr        60.80

TOTAL FEES               0.20 hrs                      $60.80

**TOTAL CHARGES FOR THIS INVOICE**                    **$60.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                  MARCH 27, 2013
1100 Virginia Drive                                     0G2012-301131
Fort Washington, PA 19034

                                                        INVOICE #   841609

                                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301131
         TC # 720738

PROFESSIONAL SERVICES

01/01/13  MSW  Draft status report for client.          L120      .10 hrs

01/16/13  LADA Review docket and filings confirming     L190      .40 hrs
               matter is stayed pursuant to bankruptcy
               filing

01/30/13  MSW  Draft status report for client.          L120      .10 hrs


          TOTAL FEES FOR THIS MATTER                         $124.00


BILLING SUMMARY

    Mark S. Wierman          .20 hrs   304.00 /hr        60.80
    Lucinda Kish             .40 hrs   158.00 /hr        63.20


TOTAL FEES                   0.60 hrs                   $124.00

TOTAL CHARGES FOR THIS INVOICE                         $124.00

          ***** TOTAL DUE UPON RECEIPT *****