

### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          MARCH 26, 2013
1100 Virginia Drive                                             0G2012-301132
Fort Washington, PA 19034

INVOICE #  840948

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

Re:  0G2012-301132
     TC # 694866

EXPENSES

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 21 | Travel Expense | 140.36 |
| 23 | Meal Expense | 10.74 |
| 35 | Express Mail/Fedex | 0.00 |
| | TOTAL COSTS FOR THIS MATTER | $151.10 |

TOTAL FEES                0.00 hrs              $.00

TOTAL EXPENSES                               $151.10

**TOTAL CHARGES FOR THIS INVOICE**           **$151.10**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          MARCH 27, 2013
1100 Virginia Drive                             0G2012-301132
Fort Washington, PA 19034

                                                INVOICE #  841610

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301132
     TC # 694866

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | FSP | Telephone conversation with J.Ho regarding response in opposition to Plaintiffs' motion to alter or amend judgment | L250 | .10 hrs |
| 01/02/13 | FSP | E-mail correspondence with J.Ho regarding response in opposition to Plaintiff's motion to alter or amend judgment | L250 | .10 hrs |
| 01/02/13 | FSP | Telephone conversation with court clerk's office regarding obtaining hearing date for Plaintiff's motion to alter or amend judgment | L250 | .20 hrs |
| 01/02/13 | FSP | Revising response in opposition to Plaintiffs' motion to alter or amend judgment | L250 | 1.00 hrs |
| 01/02/13 | FSP | Drafting and revising notice of hearing plaintiffs' motion to alter or amend | L250 | .30 hrs |
| 01/02/13 | FSP | E-mail correspondence with opposing counsel regarding response in opposition to Plaintiffs' motion to alter or amend and hearing date for motion | L250 | .20 hrs |
| 01/02/13 | FSP | Drafting and revising letter to Court regarding response in opposition to Plaintiffs' motion to alter or amend and notice of hearing | L250 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/13 | FSP | Worked on electronically filing response in opposition and notice of hearing and setting motion for hearing date and serving documents on opposing counsel | L250 | .40 hrs |
| 01/03/13 | FSP | E-mail correspondence with court clerk regarding setting hearing date for Plaintiffs' motion to alter or amend judgment | L250 | .20 hrs |
| 01/09/13 | FSP | Researching court website regarding case status | L120 | .10 hrs |
| 01/10/13 | FSP | Preparing for hearing and oral argument on motion to alter or amend judgment | L250 | 1.40 hrs |
| 01/11/13 | FSP | Attended hearing for Plaintiffs' motion to alter or amend judgment and argued in opposition to the motion on behalf of client | L250 | 10.90 hrs |
| 01/14/13 | FSP | Drafting and revising proposed order denying Plaintiffs' motion to alter or amend judgment | L250 | .60 hrs |
| 01/14/13 | FSP | Drafting and revising letter to Court regarding proposed order denying Plaintiffs' motion to alter or amend judgment | L250 | .20 hrs |
| 01/14/13 | FSP | E-mail correspondence with opposing counsel regarding proposed order denying Plaintiffs' motion to alter or amend judgment | L250 | .10 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301132

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/15/13 | FSP | E-mail correspondence regarding submission to the Court of proposed order denying Plaintiffs' motion to alter or amend judgment | L250 | .10 hrs |
| 01/15/13 | FSP | E-mail correspondence with J.Ho regarding case status and strategy | L250 | .40 hrs |
| 01/16/13 | FSP | Research on Court database regarding case status | L120 | .10 hrs |
| 01/17/13 | FSP | Research on Court database regarding status of proposed order denying Plaintiffs' motion to alter or amend judgment | L120 | .10 hrs |
| 01/17/13 | FSP | Reviewing voicemail from court clerk regarding status of proposed order denying Plaintiffs' motion to alter or amend judgment | L250 | .10 hrs |
| 01/17/13 | FSP | Telephone conversation with court clerk regarding status of proposed order denying Plaintiffs' motion to alter or amend judgment | L250 | .20 hrs |
| 01/18/13 | FSP | Research on Court's database regarding status of proposed order denying Plaintiff's motion to alter or amend | L250 | .10 hrs |
| 01/22/13 | FSP | Telephone and e-mail correspondence with courtroom clerk regarding status of proposed order denying Plaintiff's motion to alter or amend judgment | L250 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
MARCH 27, 2013

0G2012-301132

FED ID NO. 63-0243316

---

| 01/25/13 | FSP | E-mail correspondence with court clerk regarding status of proposed order denying Plaintiff's motion to alter or amend judgment | L250 | .10 hrs |
| 01/28/13 | FSP | Analyzing final order denying Plaintiffs' motion to alter or amend judgment entered by Court | L250 | .10 hrs |
| 01/28/13 | FSP | Drafting and revising e-mail to J.Ho regarding order denying Plaintiffs' motion to alter or amend judgment and case status and strategy | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $3,938.00

BILLING SUMMARY

    Frankie Spero          17.90 hrs    220.00 /hr     3,938.00

TOTAL FEES                 17.90 hrs                   $3,938.00

**TOTAL CHARGES FOR THIS INVOICE**                     **$3,938.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301132

INVOICE #  866052

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301132
     TC # 694866

PROFESSIONAL SERVICES

02/05/13  FSP  Drafting and revising monthly case       L120     .20 hrs
               status report


          TOTAL FEES FOR THIS MATTER                           $44.00


BILLING SUMMARY

    Frankie Spero          .20 hrs   220.00 /hr      44.00


TOTAL FEES                 0.20 hrs                 $44.00

**TOTAL CHARGES FOR THIS INVOICE**                 **$44.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2012-301133
Fort Washington, PA 19034

                                                               INVOICE #  841611

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301133
     TC # 696374

PROFESSIONAL SERVICES

01/07/13   CET   Providing status update to the client.     L310      .20 hrs

01/29/13   CET   Telephone conversation with R. Gibson      L310      .20 hrs
                 regarding providing copies of the
                 discovery responses.


           TOTAL FEES FOR THIS MATTER                            $124.80


BILLING SUMMARY

     Christopher E. Thorsen     .40 hrs   312.00 /hr       124.80


TOTAL FEES               0.40 hrs                      $124.80

TOTAL CHARGES FOR THIS INVOICE                         $124.80


              ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301133

INVOICE #  866053

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301133
     TC # 696374

PROFESSIONAL SERVICES

| Date | | Description | | |
|------|-----|-------------|------|---------|
| 02/04/13 | AHC | Draft status report for attorney review | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                          $47.40

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Alecia H. Cockrell | .30 hrs | 158.00 /hr | | 47.40 |

TOTAL FEES                    0.30 hrs            $47.40

**TOTAL CHARGES FOR THIS INVOICE**                $47.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        MARCH 27, 2013
1100 Virginia Drive                                          0G2012-301134
Fort Washington, PA 19034

                                                             INVOICE #  841612

                                                             FED ID NO. 63-0243316
_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

   Re:  0G2012-301134
        TC # 695405

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 01/03/13 | BG | Receipt / review of custodial agreement | L120 | .10 hrs |
| 01/03/13 | ABB | Continued preparation and detailed redactions to documents to be produced in discovery labeled GMAC00135-GMAC00330 | L110 | 2.30 hrs |
| 01/06/13 | JHP | Reviewed prior discovery responses of GMAC and MERS to finalize document production to borrower and to determine if any revisions or amendments to prior responses should be made and reviewed additional documents to determine whether they should be produced to borrower | L320 | 1.80 hrs |
| 01/07/13 | ABB | Begin privilege log regarding documents to be produced to opposing parties pertaining to servicing notes and history | L110 | .50 hrs |
| 01/08/13 | ABB | Preparation of detailed privilege log to be produced regarding documents labeled GMAC0001-GMAC00090 | L110 | 1.40 hrs |
| 01/09/13 | JHP | Email to client to discuss discovery responses to be served on borrower's counsel | L320 | .20 hrs |
| 01/09/13 | ABB | Continued analysis, summarization, review and preparation of privilege log regarding documents to be prod cued to opposing counsel labeled GMAC00061-GMAC00178 | L110 | 3.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
MARCH 27, 2013

0G2012-301134

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 01/09/13 | JHP | Phone conference with client contact K.Dutill to discuss status of case | L120 | .10 hrs |
| 01/10/13 | ABB | Finalize final draft of privilege log and redacted documents to be produced for attorney review | L110 | .90 hrs |
| 01/11/13 | JHP | Email to/from client contact K.Dutill to discuss discovery production to borrower | L320 | .10 hrs |
| 01/17/13 | BG | Evaluate issues / documentation needed for supporting affidavit to reflect Ginnie Mae issue | L120 | .50 hrs |
| 01/22/13 | JHP | Emails to/from counsel for borrowers to discuss trial date and discovery issues | L320 | .30 hrs |
| 01/23/13 | JHP | Email and phone calls to/from counsel for plaintiff to discuss discovery issues and summary judgment deadlines | L310 | .20 hrs |
| 01/23/13 | JHP | Emails to/from client contact K.Dutill to discuss status of case and motion for summary judgment and to discuss upcoming trial and general strategy | L160 | .40 hrs |
| 01/23/13 | BG | Correspondence with client regarding trial continuance to secure additional documentation | L120 | .10 hrs |
| 01/24/13 | BG | Receipt / review of documentation regarding the loan pool | L120 | .10 hrs |
| 01/24/13 | JHP | Email to client contact K.Dutill to discuss March trial date and current outstanding issues | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
MARCH 27, 2013

0G2012-301134

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/24/13 | JHP | Email from client contact K.Dutill enclosing various documents from client regarding custodial agreement and other documents needed for standing related discovery | L320 | .90 hrs |
| 01/25/13 | JHP | Reviewed various documents and email from client contact K.Dutill regarding Ginnie Mae pool information | L190 | 1.00 hrs |
| 01/25/13 | JHP | Emails and phone calls to/from client contact K.Dutill to discuss summary judgment issues, client documents and upcoming trial date and witnesses and other issues relating to potential depositions of client representatives | L120 | .50 hrs |
| 01/25/13 | ABB | Telephone conferences with clerk's office regarding Judge Smitherman and regarding possible trial dates and e-mail communications regarding same | L110 | .30 hrs |
| 01/30/13 | JHP | Email to client contact K.Dutill to request information on whether we have a client representative for trial | L410 | .10 hrs |
| 01/31/13 | JHP | Provided monthly status report to client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $3,219.60

01      Copy Charges                                         0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
MARCH 27, 2013

0G2012-301134

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 8.50 hrs | 158.00 /hr | 1,343.00 |
| Jon H. Patterson | 5.90 hrs | 290.00 /hr | 1,711.00 |
| Blake Goodsell | .80 hrs | 207.00 /hr | 165.60 |

TOTAL FEES          15.20 hrs                    $3,219.60

**TOTAL CHARGES FOR THIS INVOICE**                    **$3,219.60**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301134

INVOICE #  866054

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301134
     TC # 695405

PROFESSIONAL SERVICES

| 02/08/13 | JHP | Email to borrower's counsel to discuss trial continuance | L440 | .10 hrs |
|----------|-----|-----------------------------------------------------------|------|---------|
| 02/08/13 | JHP | Emails to/from client contact to discuss and confirm that client does not have witness available for March 4 trial date and to discuss other available dates and trial continuance | L410 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $87.00

BILLING SUMMARY

Jon H. Patterson          .30 hrs   290.00 /hr       87.00

TOTAL FEES                0.30 hrs                   $87.00

**TOTAL CHARGES FOR THIS INVOICE**                  **$87.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          MARCH 27, 2013
1100 Virginia Drive                             0G2012-301135
Fort Washington, PA 19034

                                                INVOICE #  841613

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301135
         TC # 696111

PROFESSIONAL SERVICES

01/08/13   JHP   Emails to/from client contact K.Dutill    L120      .10 hrs
                 to discuss status of settlement check

01/15/13   JHP   Received settlement proceed funds from    L160      .20 hrs
                 client and sent to borrower to close out
                 case

01/16/13   ABB   Finalize documents regarding settlement   L110      .50 hrs
                 and draft closing memo as well as obtain
                 final order from the Court

01/16/13   ABB   E-mail communications to client with      L110      .20 hrs
                 attachments regarding final case disposal

01/31/13   JHP   Prepared monthly status update to client  L120      .10 hrs

01/31/13   JHP   Provided monthly status report to client  L120      .10 hrs


           TOTAL FEES FOR THIS MATTER                      $255.60


BILLING SUMMARY

    Allison Burke          .70 hrs   158.00 /hr      110.60
    Jon H. Patterson       .50 hrs   290.00 /hr      145.00


TOTAL FEES              1.20 hrs              $255.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
MARCH 27, 2013

0G2012-301135

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**            $255.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2012-301136
Fort Washington, PA 19034

                                                               INVOICE #  841614

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301136
         TC # 689356

    PROFESSIONAL SERVICES

    01/03/13   ABB   Retrieval of docket report regarding        L110      .10 hrs
                     case status and to determine recent
                     activity

    01/03/13   ABB   Revisions to Second Notice of Hearing       L110      .10 hrs

    01/04/13   ABB   Finalize Second Revised Notice of           L110      .50 hrs
                     Hearing and prepare same for filing via
                     federal express and for certified
                     service upon Court Coordinator and all
                     counsel


               TOTAL FEES FOR THIS MATTER                        $110.60


    BILLING SUMMARY

       Allison Burke         .70 hrs   158.00 /hr       110.60


    TOTAL FEES               0.70 hrs                   $110.60

    **TOTAL CHARGES FOR THIS INVOICE**                  **$110.60**


           ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0G2012-301136
Fort Washington, PA 19034

INVOICE #  866055

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301136
     TC # 689356

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/07/13 | ABB | Manage and track service upon C.Wood and J.Jones regarding service of Notice of Hearing | L110 | .20 hrs |
| 02/11/13 | JHP | Reviewed pleadings and court docket in preparation for upcoming summary judgment hearing to determine whether case can proceed given current bankruptcy stay | L240 | 1.00 hrs |
| 02/11/13 | JHP | Email to counsel for borrower to advise of pending stay of case given bankruptcy of GMAC and to request agreement to notify court to continue pending MSJ of GMAC | L240 | .20 hrs |
| 02/12/13 | ABB | Assimilation and compilation of e-mail communications to and from opposing counsel regarding upcoming hearing on Motion for Summary Judgment and update file regarding file management | L110 | .20 hrs |
| 02/12/13 | ABB | E-mails to and from C.wood regarding upcoming hearing and telephone conference with his office regarding same | L110 | .20 hrs |
| 02/12/13 | ABB | Telephone conference and e-mail communications with court coordinator regarding striking hearing on motion for summary judgment and re-setting the same as well as update file | L110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
APRIL 30, 2013

Rescap

0G2012-301136

FED ID NO. 63-0243316

02/15/13    MPE    Review of matter to assist with             L110      .20 hrs
                   determination of transfer to the estate.

                   TOTAL FEES FOR THIS MATTER                          $523.60

        01        Copy Charges                                                 0.00

BILLING SUMMARY

        Allison Burke            .90 hrs    158.00 /hr        142.20
        Jon H. Patterson        1.20 hrs    290.00 /hr        348.00
        Melisa P. Palmer         .20 hrs    167.00 /hr         33.40


TOTAL FEES                      2.30 hrs                    $523.60

**TOTAL CHARGES FOR THIS INVOICE**                          **$523.60**

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                               MARCH 26, 2013
1100 Virginia Drive                                  0G2012-301137
Fort Washington, PA 19034

                                                     INVOICE #  840949

                                                     FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

    Re:  0G2012-301137
         TC # 696274

    EXPENSES

        01        Copy Charges                               0.00
        07        Filing Fees                               10.00
        20        Airline Tickets                           40.40
        21        Travel Expense                           194.09
        23        Meal Expense                              36.47
        35        Express Mail/Fedex                         0.00
        41        Computerized Legal Research-Westlaw        0.00

                  TOTAL COSTS FOR THIS MATTER          $280.96


    TOTAL FEES            0.00 hrs              $.00

    TOTAL EXPENSES                          $280.96

    **TOTAL CHARGES FOR THIS INVOICE**      $280.96

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301137

INVOICE #  841615

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301137
     TC # 696274

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/03/13 | AHC | Review judicial calendar and correspondence to judicial assistant to confirm hearing date and time | L240 | .40 hrs |
| 01/03/13 | AHC | Final review and revision of Motion to Strike Affidavit and correspondence to counsel of record regarding same | L240 | .90 hrs |
| 01/03/13 | DCT | Finalize motion to strike | L190 | .10 hrs |
| 01/03/13 | HTC | Review and revise motion to strike affidavit which was submitted to defeat summary judgment motion | L250 | .30 hrs |
| 01/04/13 | DCT | Draft status report for client | L190 | .10 hrs |
| 01/09/13 | ERP | Compile evidence and legal authority to be used at hearing regarding Motion for Summary Judgment on January 11, 2013 | L120 | 1.30 hrs |
| 01/09/13 | DCT | Begin preparing for hearing on motion for summary judgment by reviewing cases cited in brief | L190 | 1.00 hrs |
| 01/10/13 | DCT | Continue preparing for hearing on motion for summary judgment by reviewing cases cited in brief | L190 | 10.00 hrs |
| 01/10/13 | HTC | Review issues relating to AOM and arguments to be made by counsel at motion to dismiss hearing | L250 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301137

FED ID NO. 63-0243316

| Date | Code | Description | | Hours |
|------|------|-------------|---|-------|
| 01/11/13 | HTC | Analyze next steps after hearing on motion to dismiss counterclaim | L250 | .10 hrs |
| 01/11/13 | DCT | Continue preparing for hearing on motion for summary judgment and attend hearing and argue motion for summary judgment | L190 | 10.50 hrs |
| 01/14/13 | DCT | Review supplemental filing in support of motion for summary judgment opposition and email client regarding hearing on motion for summary judgment | L190 | .40 hrs |
| 01/24/13 | DCT | Begin drafting amended complaint | L190 | .20 hrs |
| 01/25/13 | DCT | Continue drafting amended complaint and motion for leave to file same | L190 | 1.90 hrs |
| 01/25/13 | HTC | Consider issues relating to filing notice of dropping count versus filing amended complaint | L120 | .10 hrs |
| 01/25/13 | AHC | Telephone conference and follow up correspondence regarding copies of court transcript | L110 | .30 hrs |
| 01/28/13 | DCT | Continue drafting amended complaint and motion for leave to file same | L190 | .40 hrs |
| 01/30/13 | HTC | Consider issues relating to amending the complaint | L120 | .30 hrs |
| 01/30/13 | HTC | Consider whether to file notice of dropping count II or amend complaint | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                           $7,458.30



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     3
MARCH 27, 2013

0G2012-301137

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 1.20 hrs | 334.00 /hr | 400.80 |
| Alecia H. Cockrell | 1.60 hrs | 158.00 /hr | 252.80 |
| Emily R. Powell | 1.30 hrs | 163.00 /hr | 211.90 |
| Darrell Clay Tucker | 24.60 hrs | 268.00 /hr | 6,592.80 |

TOTAL FEES                28.70 hrs                    $7,458.30

**TOTAL CHARGES FOR THIS INVOICE**                    $7,458.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        APRIL 30, 2013
1100 Virginia Drive                                           0G2012-301137
Fort Washington, PA 19034

INVOICE #  866056

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301137
     TC # 696274

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/04/13 | AHC | Telephone conference regarding service information for co-defendant | L110 | .20 hrs |
| 02/04/13 | AHC | Final review and revisions to Notice of Dropping Lost Note Count and draft, review and final revisions to Subpoena and Deposition Notice to Mary Donaldson | L330 | .80 hrs |
| 02/04/13 | DCT | Prepare status report regarding MSJ hearing and updating pleadings; draft notice of dropping lost note count and subpoena and deposition notice for borrowers' expert | L190 | 1.60 hrs |
| 02/04/13 | HTC | Analyze issues relating to subpoena and notice of deposition to expert | L130 | .10 hrs |
| 02/04/13 | JAM | Pull Access online docket and review for recent case activity and review for recently docketed pleadings and case activity | L120 | .20 hrs |
| 02/13/13 | DCT | Emails with borrowers' counsel regarding deposition subpoena and location of deposition | L190 | .40 hrs |
| 02/13/13 | AHC | Research USPS certified mail tracking to determine status of deposition notice to M.Donaldson | L330 | .20 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
APRIL 30, 2013

0G2012-301137

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/14/13 | DCT | Continue coordinating regarding deposition subpoena and location of deposition; emails with borrowers' counsel regarding same | L190 | .70 hrs |
| 02/14/13 | HTC | Review correspondence and consider issues relating to deposition and subpoena to expert | L330 | .30 hrs |
| 02/14/13 | AHC | Telephone conference with G.Pinkston regarding deposition of client representative | L330 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $1,108.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .40 hrs | 334.00 /hr | 133.60 |
| Alecia H. Cockrell | 1.40 hrs | 158.00 /hr | 221.20 |
| Jamie Mathews | .20 hrs | 150.00 /hr | 30.00 |
| Darrell Clay Tucker | 2.70 hrs | 268.00 /hr | 723.60 |

TOTAL FEES                    4.70 hrs                    $1,108.40

**TOTAL CHARGES FOR THIS INVOICE**                    **$1,108.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301139

INVOICE #  841617

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301139
     TC # 700282

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/07/13 | CET | Providing status update to the client. | L240 | .20 hrs |
| 01/07/13 | CET | Email correspondence with J. Ho regarding the cash-for-keys settlement offer. | L240 | .20 hrs |
| 01/07/13 | CET | Telephone conversation with plaintiff's counsel regarding the cash-for-keys offer. | L240 | .30 hrs |
| 01/29/13 | CET | Email correspondence with J. Ho regarding settlement discussions and setting the motion for summary judgment for hearing. | L240 | .20 hrs |
| 01/31/13 | CET | Telephone conversation with the clerk & master regarding setting the hearing on the motion for summary judgment. | P300 | .20 hrs |
| 01/31/13 | CET | Telephone conversation with the judge's assistant regarding scheduling a conference call to schedule a hearing on the motion for summary judgment. | P300 | .20 hrs |
| 01/31/13 | CET | Telephone conversation with P. Durrence regarding scheduling a conference call to discuss the motion for summary judgment. | L240 | .20 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $468.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301139

FED ID NO. 63-0243316

BILLING SUMMARY

    Christopher E. Thorsen        1.50 hrs    312.00 /hr        468.00

TOTAL FEES                        1.50 hrs                     $468.00

**TOTAL CHARGES FOR THIS INVOICE**                            **$468.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2012-301139
Fort Washington, PA 19034

                                                               INVOICE #  866057

                                                               FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:   0G2012-301139
      TC # 700282

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 02/04/13 | CET | Providing status update to the client. | L240 | .20 hrs |
| 02/07/13 | CET | Telephone conversation with the court clerk regarding scheduling a conference call to set the motion for summary judgment. | L240 | .30 hrs |
| 02/07/13 | CET | Telephone conversation with borrower's counsel regarding scheduling a conference call to set the motion for summary judgment. | L240 | .30 hrs |
| 02/14/13 | KSA | Telephone discussion with plaintiff's counsel regarding resolution | L160 | .30 hrs |
| 02/15/13 | CET | Analyzing matter to determine claims and whether the matter should be an Estate matter. | L240 | .40 hrs |
| 02/15/13 | MPE | Review matter to assist with estate determination. | L110 | .10 hrs |

                  TOTAL FEES FOR THIS MATTER                    $471.50


BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher E. Thorsen | 1.20 hrs | 312.00 /hr | 374.40 |
| Keith S. Anderson | .30 hrs | 268.00 /hr | 80.40 |
| Melisa P. Palmer | .10 hrs | 167.00 /hr | 16.70 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
APRIL 30, 2013

0G2012-301139

FED ID NO. 63-0243316

TOTAL FEES                1.60 hrs                    $471.50

**TOTAL CHARGES FOR THIS INVOICE**                    $471.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301141

INVOICE #  841618

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301141
     TC # 700500

PROFESSIONAL SERVICES

| 01/03/13 | MST | Receive and review recorded order regarding judgment and prepare file for closing | L110 | .30 hrs |
| 01/04/13 | MST | Revise closing memorandum and forward to client | L110 | .20 hrs |

| | TOTAL FEES FOR THIS MATTER | | | $79.00 |

BILLING SUMMARY

| Melanie Thompson | .50 hrs | 158.00 /hr | 79.00 |

| TOTAL FEES | 0.50 hrs | | $79.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$79.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301141

INVOICE #  866058

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301141
     TC # 700500

EXPENSES

| 12 | Court Costs - Pleadings | 167.88 |

TOTAL COSTS FOR THIS MATTER          $167.88

| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $167.88 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$167.88** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301142

INVOICE #  841619

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301142
     TC # 690586

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | JWA | Prepare client update | L120 | .20 hrs |
| 01/03/13 | LADA | Receipt and review of opposing counsel's requests for additional time regarding discovery responses | L390 | .30 hrs |
| 01/08/13 | CWH | Follow-up with default counsel on status of locating affidavit and discussing general strategy in case | L110 | .20 hrs |
| 01/10/13 | CWH | Exchange e-mails with default counsel about lost note affidavit | L110 | .10 hrs |
| 01/22/13 | CWH | Exchange e-mails with default counsel about intention to file first amended complaint | L210 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $248.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .40 hrs | 361.00 /hr | 144.40 |
| James Warmoth | .20 hrs | 282.00 /hr | 56.40 |
| Lucinda Kish | .30 hrs | 158.00 /hr | 47.40 |

TOTAL FEES              0.90 hrs                    $248.20



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301142

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $248.20

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301142

INVOICE #  866059

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301142
     TC # 690586

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 02/01/13 | LADA | Review and analysis of borrower responses to discovery requests | L310 | .50 hrs |
| 02/14/13 | LADA | Draft correspondence to borrower's counsel regarding incomplete discovery responses | L390 | .40 hrs |
| 02/14/13 | CWH | Review and revise letter demanding supplementation of responses to Requests for Admission Nos. 3-5 | L310 | .10 hrs |
| 02/14/13 | CWH | Review and analyze default counsel's proposed second amended complaint and associated exhibits and exchange e-mails with Phelan regarding filing of same | L210 | .20 hrs |
| 02/14/13 | CWH | Draft email update to client on filing of amended complaint, receipt of discovery, and asking if file can return solely to Phelan for handling | L210 | .10 hrs |
| 02/14/13 | CWH | Review and analyze E.Ballou's responses to three rounds of discovery | L310 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                $358.80

35        Express Mail/Fedex                                              0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
APRIL 30, 2013

Rescap

0G2012-301142

FED ID NO. 63-0243316

BILLING SUMMARY

Christian W. Hancock        .60 hrs    361.00 /hr        216.60
Lucinda Kish                .90 hrs    158.00 /hr        142.20


TOTAL FEES                 1.50 hrs                    $358.80

**TOTAL CHARGES FOR THIS INVOICE**                    **$358.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 26, 2013
0G2012-301143

INVOICE #  840951

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

Re:  0G2012-301143
     TC # 722263

EXPENSES

| 65 | Title Search Fee | 250.00 |
|---|---|---|
| | TOTAL COSTS FOR THIS MATTER | $250.00 |

| TOTAL FEES | 0.00 hrs | $.00 |
|---|---|---|
| TOTAL EXPENSES | | $250.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$250.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301143

INVOICE #  841620

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301143
     TC # 722263

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 01/06/13 | NSR | Draft e-mail to J.Scarborough, counsel for borrowers, regarding overdue discovery responses | L310 | .10 hrs |
| 01/15/13 | KK | Telephone call and e-mails with title search attorney in Cabarrus County, North Carolina regarding full property title search as requested by client | L110 | .30 hrs |
| 01/15/13 | NSR | Correspondence with client regarding settlement options | L160 | .10 hrs |
| 01/17/13 | NSR | Correspondence with opposing counsel regarding potential for settlement and outstanding discovery | L120 | .10 hrs |
| 01/17/13 | KK | Research Mecklenburg County register of deeds for recorded documents related to property in matter to establish timeline and determine any recent recordings | L110 | .30 hrs |
| 01/22/13 | NSR | Review and respond to client e-mail regarding proof of claim filed by borrowers | L160 | .10 hrs |
| 01/29/13 | KK | E-mails with title search firm regarding status of outstanding documents from requested title search | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301143

FED ID NO. 63-0243316

01/29/13  NSR  Review and analyze title report,          L160        .30 hrs
               including liens and encumbrances, for
               impact on settlement discussions

               TOTAL FEES FOR THIS MATTER                      $352.00

BILLING SUMMARY

    Nader Raja              .80 hrs    282.00 /hr      225.60
    Kerry Keane             .80 hrs    158.00 /hr      126.40

TOTAL FEES              1.60 hrs                   $352.00

**TOTAL CHARGES FOR THIS INVOICE**                  $352.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301143

INVOICE #  866060

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301143
     TC # 722263

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 02/04/13 | KK | Review matter to determine case parties and assist with bankruptcy/estate review | L110 | .20 hrs |
| 02/10/13 | NSR | Draft e-mail to J.Scarborough, counsel for borrowers, regarding demand for overdue discovery and impact of junior liens on any potential settlement | L310 | .20 hrs |

TOTAL FEES FOR THIS MATTER                     $116.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Nader Raja | .30 hrs | 282.00 /hr | 84.60 |
| Kerry Keane | .20 hrs | 158.00 /hr | 31.60 |

TOTAL FEES          0.50 hrs                   $116.20

**TOTAL CHARGES FOR THIS INVOICE**            **$116.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301145

INVOICE #  841621

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301145
     TC # 711942

PROFESSIONAL SERVICES

01/02/13  phn  Draft status report for client          L190      .20 hrs

            TOTAL FEES FOR THIS MATTER                        $46.60

BILLING SUMMARY

    Preston H. Neel        .20 hrs   233.00 /hr       46.60

TOTAL FEES                0.20 hrs                   $46.60

TOTAL CHARGES FOR THIS INVOICE                       $46.60
                                          ═══════════════

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                      APRIL 30, 2013
1100 Virginia Drive                                                         0G2012-301145
Fort Washington, PA 19034

                                                                INVOICE #  866061

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301145
         TC # 711942

PROFESSIONAL SERVICES

    02/01/13   phn   Draft status report for client          L190      .20 hrs

    02/05/13   phn   Review and analysis of issues related to  L120    .20 hrs
                     servicing transfer

    03/18/13   CWH   Review and analyze file and determine if  L120    .20 hrs
                     we can get it moving again after Court
                     stayed entire matter in October 2012


              TOTAL FEES FOR THIS MATTER                       $165.40


BILLING SUMMARY

      Christian W. Hancock        .20 hrs   361.00 /hr        72.20
      Preston H. Neel             .40 hrs   233.00 /hr        93.20


TOTAL FEES                    0.60 hrs              $165.40

**TOTAL CHARGES FOR THIS INVOICE**                 **$165.40**

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301146

INVOICE #  841622

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301146
     TC # 712541

PROFESSIONAL SERVICES

| 01/04/13 | JJPH | Prepare status report to client regarding motions to dismiss | L120 | .10 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                      $26.40

BILLING SUMMARY

| Joshua J. Phillips | .10 hrs | 264.00 /hr | 26.40 |
|---|---|---|---|

| TOTAL FEES | 0.10 hrs | | $26.40 |
|---|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**                          **$26.40**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301146

INVOICE #  866062

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301146
     TC # 712541

PROFESSIONAL SERVICES

| 02/04/13 | JJPH | Prepare status report to client regarding motion to dismiss | L120 | .10 hrs |
|---|---|---|---|---|
| 02/05/13 | JJPH | Review and analyze order denying motion to dismiss without prejudice | L240 | .20 hrs |
| 02/06/13 | JJPH | Prepare email correspondence to client regarding order denying motion to dismiss without prejudice and analysis of permitted claims | L240 | .20 hrs |
| 02/06/13 | JJPH | Begin work on statement to court regarding automatic stay | L250 | .50 hrs |
| 02/08/13 | JJPH | Continue work on position paper with regard to automatic stay | L250 | .60 hrs |
| 02/11/13 | JJPH | Review Decision One supplemental memorandum in support of motion to dismiss | L250 | .20 hrs |
| 02/11/13 | JJPH | Review Decision One's first set of discovery to Plaintiff | L310 | .20 hrs |

TOTAL FEES FOR THIS MATTER                              $528.00

BILLING SUMMARY

Joshua J. Phillips          2.00 hrs   264.00 /hr       528.00



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
APRIL 30, 2013

0G2012-301146

FED ID NO. 63-0243316

TOTAL FEES                  2.00 hrs                    $528.00

**TOTAL CHARGES FOR THIS INVOICE**                     $528.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                    MARCH 26, 2013
1100 Virginia Drive                                                       0G2012-301147
Fort Washington, PA 19034

                                                                          INVOICE #  840952

                                                                          FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

Re:  0G2012-301147
     TC # 712846

EXPENSES

| 01 | Copy Charges | 0.00 |
| 20 | Airline Tickets | 785.60 |
| 21 | Travel Expense | 438.27 |
| 23 | Meal Expense | 109.23 |
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

                TOTAL COSTS FOR THIS MATTER          $1,333.10


TOTAL FEES                  0.00 hrs                  $.00

TOTAL EXPENSES                                       $1,333.10

**TOTAL CHARGES FOR THIS INVOICE**                   **$1,333.10**

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2012-301147
Fort Washington, PA 19034

                                                          INVOICE #  841623

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301147
         TC # 712846

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | RV | Draft December 2012 status report for client | L190 | .10 hrs |
| 01/02/13 | RV | Draft memorandum to J.Hoy regarding status of loan modification application | L120 | .20 hrs |
| 01/04/13 | RV | Email exchange with J.Hoy regarding loss mitigation's review of the borrower's loan modification application | L120 | .30 hrs |
| 01/04/13 | RV | Phone conference with A.Gutierrez and J.Sutton regarding loan modification application status | L120 | .20 hrs |
| 01/08/13 | RV | Review court docket and case file for current status and determination of next steps | L120 | .10 hrs |
| 01/08/13 | RV | Review correspondence with J.Hoy and loss mitigation and letter to borrower regarding financial package submitted for loan modification | L120 | .30 hrs |
| 01/08/13 | RV | Phone call to J.Hoy regarding review by loss mit in light of capital contribution | L120 | .10 hrs |
| 01/09/13 | RV | Email exchange with J.Hoy regarding loss mitigation's review of borrower's loan modification application | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301147

FED ID NO. 63-0243316

| 01/11/13 | RV | Draft letter to J.Sutton regarding status of loan modification application | L120 | .10 hrs |
|---|---|---|---|---|
| 01/14/13 | RV | Email exchange with opposing counsel regarding loan modification application | L120 | .20 hrs |
| 01/16/13 | RV | Phone conference with J.Hoy regarding loan modification and capitalized arrearages in light of down payment or contribution from borrower | L120 | .20 hrs |
| 01/16/13 | RV | Review correspondence from J.Hoy regarding communications with Loss Mitigation department as to loan modification discussions | L120 | .20 hrs |
| 01/18/13 | RV | Phone conference with J.Hoy regarding other possible loss mit options, status of existing loss mit application, upcoming hearing, J.Sutton's possible argument and response to motion for summary judgment, case posture as to the Bankruptcy, and Judge Cynamon's requirements prior to the hearing | L120 | .30 hrs |
| 01/18/13 | RV | Review message from opposing counsel, J.Sutton, and borrower, A.Gutierrez, regarding status of loan modification application as well as proposed review under HARP program | L120 | .10 hrs |
| 01/18/13 | RV | Phone conference with opposing counsel, J.Sutton, and borrower, A.Gutierrez, regarding status of loan modification application and discussion regarding submission of arguments by J.Sutton and case law to Judge Cynamon as to MERS motion for summary judgment | L120 | .40 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
MARCH 27, 2013

0G2012-301147

FED ID NO. 63-0243316

| 01/18/13 | JAM | Conference with R.Vann regarding preparation for hearing, e-Courtesy of copies of case law to Judge | L210 | .20 hrs |
| 01/21/13 | RV | Research local rules for Miami-Dade County and rules specific to Judge Cynamon as to special set hearings submission of documents and case law to Judge Cynamon prior to appearing at special set hearing on motion for summary judgment | L120 | .40 hrs |
| 01/21/13 | RV | Review MERS motion for summary judgment and prepare documents as well as copies of cited case law for submission to Judge Cynamon courtesy copies pursuant to local rules of procedure for special set hearing to be held January 29, 2013 before Cynamon | L120 | .20 hrs |
| 01/21/13 | RV | Research and download case law from Westlaw in order to submit to Judge Cynamon for motion for summary judgment hearing | L120 | .10 hrs |
| 01/22/13 | RV | Phone conference with Cindy of Judge Cynamon's chambers regarding moving MSJ hearing and submission of case law to Judge prior to MSJ hearing | L120 | .20 hrs |
| 01/22/13 | RV | Draft memorandum to J.Hoy regarding next available hearing dates and strategy for continuing with currently set hearing | L120 | .10 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
MARCH 27, 2013

0G2012-301147

FED ID NO. 63-0243316

| 01/22/13 | RV | Review correspondence from J.Hoy regarding another request from Loss Mit as to status of loan modification review and confirmation to keep January 29, 2013 hearing date | L120 | .10 hrs |
|---|---|---|---|---|
| 01/22/13 | JAM | Prepare Motion for Summary Judgment, case law and proposed order for ecourtesy submission to Judge Cynnamon | L210 | .40 hrs |
| 01/23/13 | RV | Phone call to helpdesk at Miami-Dade County Courthouse regarding eCourtesy submission service being down and submission of documents for hearing to Judge Cynamon | L120 | .20 hrs |
| 01/23/13 | RV | Phone conference with C.Borges of Judge Cynamon's chambers at Miami-Dade County Courthouse regarding submission of motion and order and case law to Judge prior to hearing in light of eCourtesy service being unavailable | L120 | .20 hrs |
| 01/23/13 | RV | Draft letter to Judge Cynamon with exhibits for hearing on MERS motion for summary judgment to be sent via federal express and eCourtesy to Judge and explaining that eCourtesy service was unavailable to explain delay in submission | L120 | .30 hrs |
| 01/23/13 | RV | Review loan modification correspondence and terms from J.Hoy and L.Lopez in order to communicate offer of modification with J.Sutton and G.Gutierrez | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/23/13 | RV | Phone conference with J.Hoy regarding proposed loan modification terms and eligibility under HAMP and traditional modifications | L120 | .20 hrs |
| 01/23/13 | RV | Phone conference with G.Gutierrez regarding proposed loan modification terms | L120 | .20 hrs |
| 01/23/13 | RV | Draft request to bankruptcy attorney regarding proof of claim filed by A.Gutierrez on November 14, 2012 | L120 | .10 hrs |
| 01/23/13 | RV | Obtain proof of claim information from bankruptcy attorney regarding proof of claim filed by A.Gutierrez on November 14, 2012 | L120 | .10 hrs |
| 01/23/13 | RV | Phone conference with A.Gutierrez regarding potential settlement, loan modification terms, borrower's questions regarding arrearages and other repayment terms, arguments against MERS' motion for summary judgment, and upcoming hearing on MERS motion | L160 | .50 hrs |
| 01/23/13 | RV | Follow up email to voicemail to J.Hoy regarding borrower's questions as to loan modification terms and discrepancies in amount owed | L120 | .20 hrs |
| 01/23/13 | RV | Phone call and voicemail to J.Hoy regarding borrower's questions as to loan modification terms | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     6
MARCH 27, 2013

0G2012-301147

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/23/13 | RV | Review proof of claim filed 11/14/12 by A.Gutierrez in GMAC's bankruptcy proceeding | L120 | .20 hrs |
| 01/23/13 | RV | Draft memorandum to J.Hoy regarding payment history and modification recording fee in Florida, and continuing with MERS hearing in light of pending settlement negotiations | L120 | .10 hrs |
| 01/23/13 | RV | Phone conference with J.Hoy regarding payment history and modification recording fee in Florida, as well as discrepancy between borrower's view of amount owed and client's amount owed, and continuing with MERS hearing in light of pending settlement negotiations | L120 | .20 hrs |
| 01/23/13 | RV | Review correspondence from J.Hoy with payment history attached and directions to hold off analysis until borrower submits his numbers as to amount owed | L120 | .10 hrs |
| 01/23/13 | RV | Phone conference with A.Gutierrez regarding information needed from borrower in order to compare alleged discrepancies in amount owed and discussion of procedure for finalizing loan modification | L120 | .20 hrs |
| 01/23/13 | RV | Review voicemail from A.Gutierrez as to J.Sutton's trip and their review of the file and loan modification terms prior to further discussions regarding settlement offer | L120 | .10 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      7
MARCH 27, 2013

0G2012-301147

FED ID NO. 63-0243316

| 01/25/13 | RV | Review correspondence from C.Borges of Judge Cynamon's chambers as to receipt of documents for hearing and requesting confirmation of attendance at hearing | L240 | .10 hrs |
| 01/25/13 | RV | Phone conference with C.Borges of Judge Cynamon's chambers to confirm attendance at hearing on January 29, 2013 | L450 | .10 hrs |
| 01/25/13 | JAM | Assist attorney with hearing preparation issues | L230 | .30 hrs |
| 01/27/13 | RV | Review and analyze orders from the court, pleadings, and recorded records itemized in the court file in preparation for hearing on MERS' motion for summary judgment | L120 | .50 hrs |
| 01/28/13 | RV | Review multiple correspondence and voicemails from C.Borges, of Judge Cynamon's chambers, regarding confirmation of special set hearing and her inability to contact opposing counsel, and her requests for me to get in touch with opposing counsel | L120 | .30 hrs |
| 01/28/13 | RV | Multiple phone conferences with C.Borges, of Judge Cynamon's chambers, regarding my attendance at the special set hearing, and my communications and notice of hearing, etc. with opposing counsel regarding the special set hearing | L450 | .30 hrs |
| 01/28/13 | RV | Multiple phone calls to J.Sutton's cell phone and office phone to obtain confirmation of his attendance at special set hearing pursuant to requests from Judge Cynamon's chamber | L450 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    8
MARCH 27, 2013

0G2012-301147

FED ID NO. 63-0243316

| 01/28/13 | RV | Multiple phone calls to A.Gutierrez's cell phone to obtain confirmation of his attendance or J.Sutton's attendance at hearing pursuant to requests from Judge Cynamon's chamber | L450 | .20 hrs |
|---|---|---|---|---|
| 01/29/13 | RV | Review correspondence from A.Gutierrez as to communications from Judge Cynamon's chambers | L120 | .10 hrs |
| 01/29/13 | RV | Phone conference with A.Gutierrez regarding his confirmed planned attendance at the hearing on MERS Motion for Summary Judgment, as well as to the formal loan modification documents received from the client and to be forwarded to Gutierrez's office for printing, and his discussions about the subject property and his desire to keep it | L120 | .40 hrs |
| 01/29/13 | RV | Review formal loan modification agreement submitted by J.Hoy prior to conference with A.Gutierrez | L120 | .20 hrs |
| 01/29/13 | RV | In person conference with borrower, and counsel of record for hearing, A.Gutierrez regarding proposed loan modification terms, questions regarding calculations of arrearages, and alleged historical problems with double-placement of insurance on his property | L450 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      9
MARCH 27, 2013

0G2012-301147

FED ID NO. 63-0243316

| 01/29/13 | RV | Outline Gutierrez's allegations and MERS' defense arguments and draft oral argument strategy in preparation for special set hearing on MERS Motion for Summary Judgment | L120 | .80 hrs |
|---|---|---|---|---|
| 01/29/13 | RV | Draft memorandum to file regarding hearing on MERS Motion for Summary Judgment before Judge Abby Cynamon in Miami-Dade County | L120 | .50 hrs |
| 01/29/13 | RV | Draft memorandum to J.Sutton and A.Gutierrez with formal loan modification agreement attached | L120 | .10 hrs |
| 01/29/13 | RV | Review and analyze Gutierrez's complaint, MERS' motion for summary judgment, affidavit of GMAC, correspondence from opposing counsel, court docket, prior motion to dismiss, court orders, and correspondence from the client | L120 | 1.60 hrs |
| 01/29/13 | RV | Prepare for hearing set for MERS Motion for Summary Judgment | L450 | 2.80 hrs |
| 01/29/13 | RV | Attend special set hearing at Miami-Dade County, Florida Courthouse for MERS Motion for Summary Judgment | L450 | 1.90 hrs |
| 01/30/13 | HTC | Analyze results of hearing on motion for summary judgment and need to file motion for reconsideration | L250 | .20 hrs |
| 01/30/13 | HTC | Exchange emails with client regarding changes to loss mitigation terms | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    10
MARCH 27, 2013

0G2012-301147

FED ID NO. 63-0243316

| 01/30/13 | HTC | Review and consider response to opposing counselÆs email regarding loan modification | L120 | .10 hrs |
|---|---|---|---|---|
| 01/30/13 | RV | Draft memorandum to J.Hoy regarding hearing on MERS motion for summary judgment and attaching Order of the Court, along with next steps in loan modification revisions and next steps for discussions with A.Gutierrez | L120 | .10 hrs |
| 01/30/13 | RV | Review correspondence from J.Hoy regarding opposing counsel's understanding of payments and issues surrounding lender placed insurance with A.Gutierrez | L120 | .20 hrs |
| 01/30/13 | HTC | Review changes in loan modification terms | L120 | .10 hrs |
| 01/30/13 | RV | Review multiple correspondence from opposing counsel as to calculations and breakdown of terms in revised loan modification agreement | L120 | .30 hrs |
| 01/30/13 | RV | Review correspondence from J.Hoy as to file-stamped copies of motions and orders that the client is requesting | L120 | .10 hrs |
| 01/30/13 | RV | Draft memorandum to J.Hoy with attached conformed copies of prior motions and orders of the court | L120 | .10 hrs |
| 01/30/13 | RV | Review correspondence from J.Sutton as to loan modification terms and requests for information as to unpaid balance | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    11
MARCH 27, 2013

0G2012-301147

FED ID NO. 63-0243316

---

| 01/30/13 | RV | Review and analyze payment histories specifically delinquent interest and escrow delinquency in order to respond to inquiry by opposing counsel as to loan modification terms | L120 | .50 hrs |
| 01/30/13 | RV | Draft letter to J.Sutton with revised modification documents as well as analysis of how unpaid balance is calculated | L120 | .30 hrs |
| 01/30/13 | RV | Draft letter to J.Hoy with updates on communications with J.Sutton regarding final questions as to unpaid balance | L120 | .10 hrs |
| 01/30/13 | RV | Phone conference with J.Hoy regarding yesterday's hearing on MERS motion for summary judgment, discussions with A.Gutierrez regarding the pending loan modification, researching alleged issues with payments history, and getting revises loan modification documents from fulfillment | L120 | .50 hrs |
| 01/31/13 | RV | Phone conference with J.Hoy regards J.Sutton's latest requests for information as to calculations of escrow balances and interest arrearages, as well as inquiries to be made to insurance department | L120 | .30 hrs |
| 01/31/13 | RV | Review and analyze and calculate arrearages as to interest and escrow account balance in order to respond to J.Sutton's request for information as to loan modification terms | L120 | .20 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    12
MARCH 27, 2013

0G2012-301147

FED ID NO. 63-0243316

---

| 01/31/13 | RV | Review correspondence from J.Hoy with wind insurance policies attached as related to escrow deficiency balance outlined in the loan modification package | L120 | .10 hrs |
|---|---|---|---|---|
| 01/31/13 | RV | Phone conference with J.Hoy regarding wind insurance for 2012 and 2013 as related to escrow deficiency balance | L120 | .20 hrs |
| 01/31/13 | RV | Draft memorandum to J.Sutton and A.Gutierrez as to discussing the calculations for interest delinquency and escrow delinquency | L120 | .10 hrs |
| 01/31/13 | RV | Review and analyze fact pact for escrow statements, reinstatement amounts sent to borrower, mortgage servicing notes with payment history, and excel spreadsheet supplied by client in order to draft response to questions posed by opposing counsel as to loan modification terms and calculations | L120 | .80 hrs |
| 01/31/13 | RV | Draft chart including break down of escrow account in order to include in response to questions posed by opposing counsel as to loan modification calculations | L120 | .40 hrs |
| 01/31/13 | RV | Calculate interest arrearages and breakdown of monthly payment amounts to respond to questions posed by opposing counsel | L120 | .20 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    13
MARCH 27, 2013

0G2012-301147

FED ID NO. 63-0243316

| 01/31/13 | RV | Draft response to opposing counsel, J.Sutton, as to his questions posed related to calculations and breakdown of capitalized arrearages included in loan modification | L120 | .30 hrs |
|----------|----|----|------|---------|
| 01/31/13 | HTC | Review and revise email to Sutton regarding settlement terms on loan modification | L160 | .70 hrs |

TOTAL FEES FOR THIS MATTER                          $5,573.80

BILLING SUMMARY

| Hope Cannon | 1.20 hrs | 334.00 /hr | 400.80 |
|-------------|----------|------------|--------|
| Jamie Mathews | .90 hrs | 150.00 /hr | 135.00 |
| Richard Vann | 22.90 hrs | 220.00 /hr | 5,038.00 |

TOTAL FEES             25.00 hrs              $5,573.80

**TOTAL CHARGES FOR THIS INVOICE**            $5,573.80

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301147

INVOICE #  852982

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301147
     TC # 712846

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 01/04/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/22/13 | JAM | Conference with R.Vann regarding status of litigation | L120 | .20 hrs |
| 01/22/13 | JAM | Conference with R.Vann regarding hearing | L230 | .10 hrs |
| 01/22/13 | JAM | Draft proposed Order on Motion for Summary Judgment | L210 | .20 hrs |
| 01/25/13 | AHC | Review pleadings and assemble hearing notebook in preparation for hearing on Motion to Dismiss | L240 | .80 hrs |

TOTAL FEES FOR THIS MATTER                              $246.40

BILLING SUMMARY

| | Hours | Rate | Amount |
|---|-------|------|--------|
| Alecia H. Cockrell | .80 hrs | 158.00 /hr | 126.40 |
| Jamie Mathews | .80 hrs | 150.00 /hr | 120.00 |
| TOTAL FEES | 1.60 hrs | | $246.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
MARCH 27, 2013

0G2012-301147

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $246.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301147

INVOICE #  866063

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301147
     TC # 712846

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | RV | Draft memorandum to client with update on interest and escrow delinquency information submitted to opposing counsel | L120 | .10 hrs |
| 02/01/13 | RV | Phone conference with client regarding his discussions with witness, his unavailability, and his remaining questions as to his insurance and loan amount | L120 | .30 hrs |
| 02/01/13 | RV | Draft status report for January 2013 for the client | L190 | .20 hrs |
| 02/04/13 | ERP | Retrieve and review docket | L120 | .20 hrs |
| 02/04/13 | JAM | Access online docket and review for recent case activity and review for recently docketed pleadings and case activity | L120 | .20 hrs |
| 02/04/13 | RV | Review and analyze court docket information for recent filing activity and current status of the case | L120 | .10 hrs |
| 02/05/13 | ERP | Review client documents for property value and unpaid principle balance | L120 | .30 hrs |
| 02/06/13 | HTC | Review and revise settlement agreement | L160 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
APRIL 30, 2013

0G2012-301147

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/06/13 | RV | Research local rules of Miami-Dade County and published administrative orders as to motion for rehearing or reconsideration | L120 | .40 hrs |
| 02/06/13 | RV | Phone conference with C.Borges regarding local rules and Judge Cynamon's procedure for ruling on motion for reconsideration | L120 | .10 hrs |
| 02/06/13 | RV | Draft follow up email to J.Sutton regarding his client's review of the loan modification and the expiration date of same | L120 | .10 hrs |
| 02/06/13 | RV | Draft memorandum to client with draft settlement agreement attached | L120 | .10 hrs |
| 02/06/13 | RV | Draft settlement agreement regarding loan modification | L120 | .60 hrs |
| 02/06/13 | RV | Revise settlement agreement | L120 | .10 hrs |
| 02/06/13 | RV | Research Florida case law as to summary judgment standard of review at both the trial court and appellate level and particularly cases where there are no issues of fact and only issues of law | L120 | 1.40 hrs |
| 02/06/13 | RV | Research Florida case law as to reconsideration and rehearing standard of review at the trial court level and related to non-final and final orders and related to summary judgment cases where there are only issues of law | L120 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
APRIL 30, 2013

0G2012-301147

FED ID NO. 63-0243316

| 02/06/13 | RV | Review case law to be incorporated into MERS motion for reconsideration of its motion for summary judgment | L120 | 1.60 hrs |
|---|---|---|---|---|
| 02/06/13 | RV | Begin drafting MERS motion for reconsideration of its motion for summary judgment with introduction, undisputed facts, and procedural history | L430 | .70 hrs |
| 02/06/13 | RV | Draft standards of review for motion for reconsideration and for motion for summary judgment | L430 | .40 hrs |
| 02/06/13 | RV | Draft MERS motion for reconsideration argument as to only issues of law versus issues of fact as related to summary judgment standard | L430 | 1.40 hrs |
| 02/06/13 | RV | Phone conference with client regarding borrower's request for further wind insurance refunds and procedure for settling this case | L120 | .40 hrs |
| 02/06/13 | RV | Draft memorandum to client with status update of settlement discussions and requesting address for loan modification document | L120 | .10 hrs |
| 02/06/13 | RV | Draft MERS motion for reconsideration argument as to uncontroverted facts | L430 | .60 hrs |
| 02/07/13 | RV | Review memorandum from client as to settlement revisions | L120 | .20 hrs |
| 02/07/13 | RV | Phone conference with client regarding settlement discussions | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
APRIL 30, 2013

0G2012-301147

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/07/13 | RV | Revise settlement agreement with suggestions from client | L120 | .20 hrs |
| 02/07/13 | RV | Draft Stipulation of Dismissal and Order of Dismissal pursuant to Settlement Agreement | L430 | .40 hrs |
| 02/07/13 | RV | Final review of loan modification agreement, settlement agreement, stipulation of dismissal, and order of dismissal prior to sending to opposing counsel | L120 | .20 hrs |
| 02/07/13 | RV | Draft memorandum with instructions to opposing counsel regarding settlement agreement | L120 | .40 hrs |
| 02/07/13 | RV | Draft memorandum to client with communication to opposing counsel and strategy for motion for reconsideration in light of pending settlement | L120 | .10 hrs |
| 02/07/13 | RV | Multiple phone conferences with Madeline from J.Sutton's office regarding their completion and submission of the settlement documents | L120 | .50 hrs |
| 02/07/13 | RV | Draft memorandum to client with scanned copy of settlement paperwork and contribution check | L120 | .20 hrs |
| 02/07/13 | RV | Email exchange with J.Sutton regarding executed settlement documents | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      5
APRIL 30, 2013

0G2012-301147

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/08/13 | RV | Phone conference with client regarding cumulative redline and clients' execution of settlement and withdrawal of proof of claim and timing of filing of stipulation of dismissal | L120 | .20 hrs |
| 02/08/13 | RV | Phone conference with Madeline at J.Sutton's office regarding tracking for fedex package with executed settlement and check | L120 | .30 hrs |
| 02/11/13 | RV | Draft memorandum to J.Sutton regarding withdrawal of proof of claim | L120 | .20 hrs |
| 02/13/13 | ERP | Retrieve and initial review of docket regarding status | L120 | .30 hrs |
| 02/15/13 | RV | Review correspondence from client with executed settlement | L120 | .10 hrs |
| 02/15/13 | RV | Draft memorandum to J.Sutton with executed settlement and requesting update on proof of claim withdrawal | L120 | .10 hrs |
| 02/15/13 | RV | Draft memorandum to client with communications to J.Sutton regarding proof of claim | L120 | .10 hrs |
| 02/15/13 | RV | Phone conference with J.sutton regarding withdrawal of Proof of Claim | L120 | .20 hrs |
| 02/15/13 | RV | Email exchanges with client regarding modification documents | L120 | .30 hrs |
| 02/15/13 | RV | Review correspondence from C.Hamilton as to modified payment schedule | L120 | .10 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE        6
APRIL 30, 2013

0G2012-301147

FED ID NO. 63-0243316

---

| 02/15/13 | RV | Email exchange with client regarding depositing of contribution checks | L120 | .30 hrs |
|---|---|---|---|---|

| | TOTAL FEES FOR THIS MATTER | $3,285.20 |
|---|---|---|

| 01 | Copy Charges | 0.00 |
|---|---|---|
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

BILLING SUMMARY

| Hope Cannon | .20 hrs | 334.00 /hr | 66.80 |
|---|---|---|---|
| Jamie Mathews | .20 hrs | 150.00 /hr | 30.00 |
| Emily R. Powell | .80 hrs | 163.00 /hr | 130.40 |
| Richard Vann | 13.90 hrs | 220.00 /hr | 3,058.00 |

| TOTAL FEES | 15.10 hrs | | $3,285.20 |
|---|---|---|---|

| **TOTAL CHARGES FOR THIS INVOICE** | **$3,285.20** |
|---|---|

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301148

INVOICE #  841624

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301148
     TC # 713294

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | phn | Draft status report for client | L190 | .20 hrs |
| 01/09/13 | phn | Draft letter to P.Stokes regarding Plaintiff's November loan modification payment check dated December 21, 2012 in the amount of $1,887.14 | L120 | .30 hrs |
| 01/11/13 | phn | Phone call with Plaintiff's counsel regarding submission of monthly mortgage payments while loan modification and settlement and release agreement are pending with GMAC | B110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $163.10

35      Express Mail/Fedex                           0.00

BILLING SUMMARY

Preston H. Neel          .70 hrs    233.00 /hr      163.10

TOTAL FEES              0.70 hrs            $163.10

**TOTAL CHARGES FOR THIS INVOICE**          $163.10

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          APRIL 30, 2013
1100 Virginia Drive                             0G2012-301148
Fort Washington, PA 19034

                                                INVOICE #  866064

                                                FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301148
     TC # 713294

PROFESSIONAL SERVICES

02/01/13  phn  Draft status of matter                 L190      .20 hrs


          TOTAL FEES FOR THIS MATTER                         $46.60


BILLING SUMMARY

   Preston H. Neel          .20 hrs   233.00 /hr        46.60


TOTAL FEES                 0.20 hrs                    $46.60

**TOTAL CHARGES FOR THIS INVOICE**                    **$46.60**

             ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301149

INVOICE #  841625

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301149
     TC # 710702

PROFESSIONAL SERVICES

| 01/09/13 | JHP | Phone conference with client contact K.Dutill to discuss status of case | L120 | .10 hrs |
| 01/14/13 | JHP | Reviewed notice from appellate court of dismissal of appeal of borrower | L510 | .10 hrs |
| 01/15/13 | JHP | Email to client enclosing copy of order from court of appeals dismissing case | L510 | .10 hrs |
| 01/15/13 | BG | Receipt / review of dismissal of appeal from the Alabama Court of Civil Appeals | L120 | .10 hrs |
| 01/15/13 | BG | Correspondence with client regarding set-out and plaintiffs return to the property | L120 | .10 hrs |
| 01/16/13 | BG | Draft Motion to release funds from registry following appeal dismissal | L210 | .70 hrs |
| 01/17/13 | JHP | Revised and edited motion to release appeal bond | L250 | .20 hrs |
| 01/17/13 | BG | Revise Motion to release appeal bond | L510 | .10 hrs |
| 01/22/13 | BG | Revise Motion to Release Appeal Bond | L520 | .10 hrs |
| 01/24/13 | BG | Revise / finalize Motion to Release Appeal Bond | L210 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301149

FED ID NO. 63-0243316

| 01/28/13 | ABB | Finalize and compilation of Motion to Release Appeal Bond with exhibits and prepare same for electronic filing with the Court and for service upon parties | L110 | .30 hrs |
| --- | --- | --- | --- | --- |

TOTAL FEES FOR THIS MATTER                 $440.80

BILLING SUMMARY

| Allison Burke | .30 hrs | 158.00 /hr | 47.40 |
| Jon H. Patterson | .50 hrs | 290.00 /hr | 145.00 |
| Blake Goodsell | 1.20 hrs | 207.00 /hr | 248.40 |

TOTAL FEES            2.00 hrs                    $440.80

**TOTAL CHARGES FOR THIS INVOICE**            **$440.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                MARCH 27, 2013
1100 Virginia Drive                                   0G2012-301150
Fort Washington, PA 19034

                                                      INVOICE #  841626

                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

   Re:  0G2012-301150
        TC # 713377

PROFESSIONAL SERVICES

| 01/03/13 | JAM | Review emails regarding executed permit | L110 | .10 hrs |
|---|---|---|---|---|
| 01/03/13 | JDV | Communications with client regarding investor's execution of work permit | L190 | .40 hrs |
| 01/04/13 | JDV | Analysis of work permit status | L120 | .20 hrs |
| 01/04/13 | CJA | Confer with F.Robinson, G.Bird and other involved parties regarding HSBC execution of construction permit | B250 | .20 hrs |
| 01/14/13 | CJA | Confer with L.Matos regarding additional steps necessary for city approval of construction permit | B250 | .60 hrs |
| 01/14/13 | JAM | Review emails regarding permit from City of Miami Beach | L190 | .10 hrs |
| 01/15/13 | JDV | Communications with client regarding application issues raised by plaintiff in permit application process | L190 | .70 hrs |
| 01/15/13 | JDV | Analysis of application issues raised by plaintiff in permit application process | L120 | .90 hrs |
| 01/15/13 | CJA | Receipt and review of city request pertaining to HSBC authorization of work and review of previously provided documentation in order to determine scope of additional documents required | B250 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301150

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/15/13 | CJA | Receipt and review of HSBC authorizing resolutions and drafted summary of same for city attorney review | B250 | .80 hrs |
| 01/15/13 | CJA | Telephone calls and emails to city attorney detailing authorizing resolutions from HSBC contemplating authorization for work permit | B250 | .40 hrs |
| 01/16/13 | JDV | Communications with client regarding approval of permit application | L190 | .50 hrs |
| 01/16/13 | CJA | Confer with L.Matos regarding city approval for construction permit | B250 | .50 hrs |
| 01/17/13 | JDV | Communications with client regarding outstanding permits on subject property | L190 | .60 hrs |
| 01/17/13 | JDV | Analysis of outstanding permits on subject property | L120 | 1.20 hrs |
| 01/18/13 | JDV | Email correspondence with client regarding representation of parties | L190 | .20 hrs |
| 01/24/13 | JDV | Email correspondence with client regarding identity of trustee | L190 | .20 hrs |
| 01/29/13 | JDV | Email correspondence with Impactors, GMAC's realtor, regarding progress of repair work on property | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $2,116.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     3
MARCH 27, 2013

0G2012-301150

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .20 hrs | 150.00 /hr | 30.00 |
| C. Jason Avery | 2.80 hrs | 255.00 /hr | 714.00 |
| Jose D. Vega | 5.20 hrs | 264.00 /hr | 1,372.80 |

| | | |
|---|---|---|
| TOTAL FEES | 8.20 hrs | $2,116.80 |

**TOTAL CHARGES FOR THIS INVOICE**                    **$2,116.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                           APRIL 30, 2013
1100 Virginia Drive                                             0G2012-301150
Fort Washington, PA 19034

                                                               INVOICE #  866065

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301150
         TC # 713377

PROFESSIONAL SERVICES

| 02/01/13 | JAM | Access online docket and review for recent case activity and review for recently docketed pleadings and case activity | L120 | .40 hrs |
|----------|-----|---|------|---------|
| 02/04/13 | JDV | Email correspondence with plaintiff regarding City of Miami's approval of work permit | L190 | .20 hrs |
| 02/04/13 | JDV | Analysis of contractor's report and estimate | L120 | .30 hrs |
| 02/05/13 | JDV | Email correspondence with client regarding electrical repair work | L190 | .30 hrs |
| 02/06/13 | JDV | Review Notice of Commencement | L120 | .20 hrs |
| 02/07/13 | JDV | Communications with client regarding notice of commencement and status of repair work to property | L190 | .70 hrs |
| 02/12/13 | CJA | Confer with client regarding executed Notice of Commencement | B250 | .10 hrs |
| 02/13/13 | ERP | Retrieve and initial review of docket regarding status | L120 | .30 hrs |
| 02/14/13 | MPE | Review of case to determine if it will go to the Estate. | L110 | .30 hrs |

                  TOTAL FEES FOR THIS MATTER                    $633.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
APRIL 30, 2013

0G2012-301150

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .40 hrs | 150.00 /hr | 60.00 |
| Emily R. Powell | .30 hrs | 163.00 /hr | 48.90 |
| C. Jason Avery | .10 hrs | 255.00 /hr | 25.50 |
| Jose D. Vega | 1.70 hrs | 264.00 /hr | 448.80 |
| Melisa P. Palmer | .30 hrs | 167.00 /hr | 50.10 |

TOTAL FEES                 2.80 hrs                    $633.30

**TOTAL CHARGES FOR THIS INVOICE**                    $633.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2012-301151
Fort Washington, PA 19034

                                                          INVOICE #  841627

                                                          FED ID NO. 63-0243316
_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301151
         TC # 708187

PROFESSIONAL SERVICES

| Date | | | | |
|---|---|---|---|---|
| 01/08/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/09/13 | RPR | Update case status | B110 | .10 hrs |
| 01/09/13 | RPR | E-mail borrower regarding resolution | B110 | .20 hrs |
| 01/14/13 | RPR | Exchange multiple emails with borrowerÆs counsel regarding stipulated foreclosure | L120 | .20 hrs |
| 01/15/13 | RPR | Exchange e-mails with borrower's counsel regarding settlement | B110 | .20 hrs |
| 01/15/13 | ERP | Review of file and special instructions for county in preparation of setting hearing on Plaintiff's Motion to Dismiss | L120 | .40 hrs |
| 01/15/13 | ERP | E-mail correspondence with Court regarding setting hearing for Plaintiff's Motion to Dismiss | L120 | .20 hrs |
| 01/15/13 | ERP | Communication with Judicial Assistant regarding setting hearing on Plaintiff's Motion to Dismiss | L120 | .20 hrs |
| 01/17/13 | ERP | E-mail communication with R.Robichaux regarding scheduling hearing date for Plaintiff's Motion to Dismiss | L120 | .20 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/18/13 | RPR | Exchange phone calls with client regarding potential settlement | B110 | .30 hrs |
| 01/18/13 | RPR | Exchange phone calls with borrower regarding potential settlement | B110 | .30 hrs |
| 01/18/13 | RPR | Exchange multiple e-mails with borrower regarding hearing date | B110 | .50 hrs |
| 01/31/13 | RPR | Phone call with borrower discussing stipulated foreclosure | B110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                           $656.00

41          Computerized Legal Research-Westlaw                      0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .30 hrs | 150.00 /hr | 45.00 |
| Emily R. Powell | 1.00 hrs | 163.00 /hr | 163.00 |
| Ryan Robichaux | 2.00 hrs | 224.00 /hr | 448.00 |

TOTAL FEES              3.30 hrs              $656.00

**TOTAL CHARGES FOR THIS INVOICE**              $656.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301151

INVOICE #  866066

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301151
     TC # 708187

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 02/06/13 | RPR | Email with opposing counsel re stipulated foreclosure | B110 | .20 hrs |
| 02/06/13 | JAM | Access online docket and review for recent case activity and review for recently docketed pleadings and case activity | L120 | .20 hrs |
| 02/08/13 | RPR | Exchange multiple emails with opposing counsel regarding stipulated foreclosure | B110 | .40 hrs |
| 02/08/13 | RPR | Analyze strategy for drafting stipulated foreclosure | B110 | .30 hrs |
| 02/10/13 | RPR | Report to client regarding status of settlement negotiations | B110 | .30 hrs |
| 02/11/13 | RPR | Analyze strategy for finalizing agreement on stipulated foreclosure | B110 | .30 hrs |
| 02/11/13 | RPR | Exchange multiple emails with client regarding progress of short offer review | B110 | .30 hrs |
| 02/12/13 | RPR | Phone call with client regarding judgment figures | B110 | .30 hrs |
| 02/12/13 | RPR | Exchange multiple emails with client regarding final judgment figures | B110 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
APRIL 30, 2013

0G2012-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/12/13 | RPR | Draft motion for foreclosure documents, including summary judgment, affidavit of indebtedness, agreed final judgment, and stipulation of foreclosure | B110 | 2.50 hrs |
| 02/13/13 | RPR | Analyze strategy for finalizing a stipulated foreclosure | B110 | .40 hrs |
| 02/13/13 | RPR | Edit foreclosure pleadings | B110 | 1.00 hrs |
| 02/14/13 | RPR | E-mail with client regarding escrow numbers | B110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $1,530.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .20 hrs | 150.00 /hr | 30.00 |
| Ryan Robichaux | 6.70 hrs | 224.00 /hr | 1,500.80 |

TOTAL FEES                    6.90 hrs                    $1,530.80

**TOTAL CHARGES FOR THIS INVOICE**                    **$1,530.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                            MARCH 27, 2013
1100 Virginia Drive                                              0G2012-301152
Fort Washington, PA 19034

                                                                 INVOICE #   841628

                                                                 FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

   Re:  0G2012-301152
        TC # 703817

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | BG | Draft status report regarding extension of discovery deadlines and borrower depositions | L190 | .10 hrs |
| 01/08/13 | JHP | Emails to/from client contact J.Ho to discuss status of case and status of settlement talks with borrowers | L160 | .20 hrs |
| 01/08/13 | JHP | Phone call to counsel for borrowers to discuss potential resolution and modification | L160 | .20 hrs |
| 01/09/13 | ABB | Communications with Set Depo regarding cancellation of borrowers' depositions | L110 | .20 hrs |
| 01/09/13 | ABB | Communications with counsel regarding cancellation of borrowers' depositions and update file regarding same | L110 | .20 hrs |
| 01/18/13 | JHP | Reviewed settlement offer letter from counsel for borrower | L160 | .20 hrs |
| 01/23/13 | BG | Review of settlement offer from opposing counsel | L160 | .10 hrs |
| 01/23/13 | JHP | Emails to/from client contacts P.Stokes and J.Ho to discuss settlement offer from borrowers relating to Home Equity Loan and potential modification | L160 | .20 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301152

FED ID NO. 63-0243316

---

| 01/24/13 | JHP | Phone calls from client contact J.Ho to discuss borrower's settlement offer and to discuss strategy and response | L160 | .30 hrs |
| 01/30/13 | JHP | Emails to/from counsel for borrowers to discuss response of client to initial settlement offer of borrowers and to request deposition dates from borrowers | L160 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $481.60

BILLING SUMMARY

| Allison Burke | .40 hrs | 158.00 /hr | 63.20 |
| Jon H. Patterson | 1.30 hrs | 290.00 /hr | 377.00 |
| Blake Goodsell | .20 hrs | 207.00 /hr | 41.40 |

TOTAL FEES                    1.90 hrs                    $481.60

**TOTAL CHARGES FOR THIS INVOICE**                    **$481.60**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        APRIL 30, 2013
1100 Virginia Drive                                           0G2012-301152
Fort Washington, PA 19034

                                                             INVOICE #  866067

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301152
         TC # 703817

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/04/13 | JHP | Reviewed 30(b)(6) deposition notice received from borrower | L330 | .30 hrs |
| 02/04/13 | JHP | Email to client contact forwarding corporate representative deposition notice and discussing status of deposition calendaring | L330 | .10 hrs |
| 02/04/13 | BG | Receipt of corporate deposition notice | L120 | .10 hrs |
| 02/04/13 | JHP | Review email from counsel for borrowers to advise that he will notice client's corporate representative deposition given deadline for discovery but may not end up taking deposition | L330 | .10 hrs |
| 02/05/13 | BG | Draft status report regarding deposition notice | L190 | .20 hrs |
| 02/05/13 | BG | Correspondence with client regarding settlement offer | L160 | .10 hrs |
| 02/06/13 | JHP | Emails to/from counsel for borrowers to discuss available dates for borrowers' depositions and to discuss location | L330 | .30 hrs |

                 TOTAL FEES FOR THIS MATTER                      $314.80



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
APRIL 30, 2013

Rescap

0G2012-301152

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jon H. Patterson | .80 hrs | 290.00 /hr | 232.00 |
| Blake Goodsell | .40 hrs | 207.00 /hr | 82.80 |

TOTAL FEES                     1.20 hrs                        $314.80

**TOTAL CHARGES FOR THIS INVOICE**                        **$314.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301153

INVOICE #  841629

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

Re:  0G2012-301153
     TC # 722472
  41        Computerized Legal Research-Westlaw                        0.00


TOTAL FEES              0.00 hrs                      $.00

**TOTAL CHARGES FOR THIS INVOICE**                    $.00

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301153

INVOICE #  866068

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301153
     TC # 722472

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/06/13 | phn | Research and analysis of res judicata arguments for Plaintiff's second lawsuit | L120 | 2.30 hrs |
| 02/06/13 | phn | Draft notice of removal | L210 | 2.10 hrs |
| 02/06/13 | phn | Review and analysis of Plaintiff's complaint and state court file | L120 | .80 hrs |
| 02/06/13 | phn | Review and analysis of prior lawsuit and pleadings | L120 | 1.80 hrs |
| 02/07/13 | phn | Review and analysis of original loan files on extranet | L120 | .90 hrs |
| 02/11/13 | phn | Draft defendant's original answer | L350 | .40 hrs |
| 02/11/13 | phn | Draft initial litigation analysis and budget | L190 | .40 hrs |
| 02/11/13 | phn | Revise and edit affirmative defenses in answer | L210 | .40 hrs |
| 02/12/13 | phn | Draft motion for summary judgment fact section | L210 | .70 hrs |
| 02/12/13 | phn | Review and analysis of previous federal case and final judgment | L120 | 1.20 hrs |
| 02/12/13 | phn | Research and analysis of res judicata arguments | L120 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
APRIL 30, 2013

0G2012-301153

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/13/13 | MST | Obtain title report to determine chain of title, property value and possible liens or judgments | L110 | .40 hrs |
| 02/13/13 | phn | Research and analysis of res judicata elements in and pleading standards | L120 | 2.60 hrs |
| 02/13/13 | phn | Email exchange with client requesting standing documents and foreclosure files | L120 | .20 hrs |
| 02/13/13 | phn | Review and analysis of assignment of record for incorporation into motion for summary judgment | L120 | .30 hrs |
| 02/13/13 | phn | Draft res judicata arguments for motion for summary judgment | L210 | 1.70 hrs |
| 02/13/13 | phn | Review and analysis of foreclosure files from client for incorporation into motion for summary judgment | L120 | .80 hrs |
| 02/14/13 | phn | Draft MERS argument for motion for summary judgment | L120 | .50 hrs |
| 02/14/13 | phn | Research and analysis of MERS standing arguments | L120 | 1.50 hrs |
| 02/14/13 | phn | Review and analysis of title report for use in drafting motion for summary judgment | L120 | .60 hrs |
| 02/14/13 | MST | Receive and review title report and update file regarding same | L110 | .30 hrs |
| 02/14/13 | phn | Review and analysis of email and status request from MERS | L120 | .20 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
APRIL 30, 2013

0G2012-301153

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/14/13 | phn | Draft affidavit in support of motion for summary judgment | L210 | 1.20 hrs |
| 02/15/13 | phn | Draft injunctive relief section of motion for summary judgment | L210 | .90 hrs |
| 02/15/13 | phn | Draft quiet title section of motion for summary judgment | L210 | 1.40 hrs |
| 02/15/13 | phn | Email to B.Blake referencing status of case and pleadings | L190 | .30 hrs |
| 02/15/13 | phn | Draft fraud section of motion for summary judgment | L210 | 1.50 hrs |
| 02/15/13 | phn | Revise and edit wrongful foreclosure section of summary judgment | L210 | .80 hrs |

TOTAL FEES FOR THIS MATTER          $6,261.80

EXPENSES

07      Filing Fees                                58.44

          TOTAL COSTS FOR THIS MATTER          $58.44

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .70 hrs | 158.00 /hr | 110.60 |
| Preston H. Neel | 26.40 hrs | 233.00 /hr | 6,151.20 |

TOTAL FEES          27.10 hrs                    $6,261.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     4
APRIL 30, 2013

0G2012-301153

FED ID NO. 63-0243316

TOTAL EXPENSES                                    $58.44

**TOTAL CHARGES FOR THIS INVOICE**         $6,320.24

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301154

INVOICE #  841630

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301154
     TC # 716085

PROFESSIONAL SERVICES

| 01/22/13 | GWG | Work on quarterly bankruptcy update to court | L210 | .30 hrs |
|---|---|---|---|---|

|  | TOTAL FEES FOR THIS MATTER | $93.60 |
|---|---|---|

| 02 | Postage Charges | 0.00 |
|---|---|---|

BILLING SUMMARY

| Graham W. Gerhardt | .30 hrs | 312.00 /hr | 93.60 |
|---|---|---|---|

| TOTAL FEES | 0.30 hrs | $93.60 |
|---|---|---|

| **TOTAL CHARGES FOR THIS INVOICE** | **$93.60** |
|---|---|

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301155

INVOICE #  866069

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301155
     TC # 716293

PROFESSIONAL SERVICES

02/14/13  MST  Review of dismissal documents, prepare      L110     .40 hrs
               for closing and draft closing memo for
               attorney review

               TOTAL FEES FOR THIS MATTER                          $63.20

BILLING SUMMARY

   Melanie Thompson          .40 hrs   158.00 /hr      63.20

TOTAL FEES              0.40 hrs              $63.20

**TOTAL CHARGES FOR THIS INVOICE**         **$63.20**

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                        0G2012-301156
Fort Washington, PA 19034

                                                           INVOICE #  841632

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0G2012-301156
          TC # 716313

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 01/02/13 | BG | Draft status report regarding motion to escrow, Motion for Summary Judgment, and mediation dates | L190 | .20 hrs |
| 01/06/13 | JHP | Revised and edited Motion for Summary Judgment and incorporated brief in support of motion and revised and edited affidavit of GMAC representative for use in motion for summary judgment | L240 | 1.60 hrs |
| 01/06/13 | JHP | Revised and edited motion to escrow payments from borrower to court registry | L250 | .30 hrs |
| 01/10/13 | BG | Revisions to Motion to Escrow Funds and affidavit in support | L210 | .40 hrs |
| 01/10/13 | BG | Revisions to Motion for Summary Judgment | L210 | 1.20 hrs |
| 01/10/13 | BG | Revisions to Affidavit in Support of Motion for Summary Judgment | L210 | .60 hrs |
| 01/10/13 | BG | Correspondence with client regarding Motion to Escrow and plan of action | L120 | .10 hrs |
| 01/11/13 | JHP | Reviewed second set of discovery issued by counsel for borrower | L310 | .20 hrs |
| 01/11/13 | ABB | Receive and review discovery from borrower's counsel and calendar deadlines regarding same | L110 | .20 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
MARCH 27, 2013

0G2012-301156

FED ID NO. 63-0243316

| 01/11/13 | BG | Receipt / review of discovery requests from plaintiff | L120 | .20 hrs |
|---|---|---|---|---|
| 01/14/13 | BG | Draft responses to request for admission from Plaintiff | L350 | .50 hrs |
| 01/14/13 | BG | Draft responses to request for production of documents from Plaintiff | L350 | .40 hrs |
| 01/14/13 | BG | Draft responses to interrogatories from Plaintiff | L350 | .40 hrs |
| 01/14/13 | BG | Request documents from client responsive to Plaintiffǣs discovery requests | L120 | .10 hrs |
| 01/17/13 | BG | Revise motion to escrow funds and affidavit in support | L210 | .20 hrs |
| 01/18/13 | BG | Receipt / review of settlement correspondence from opposing counsel | L160 | .10 hrs |
| 01/30/13 | BG | Determine status of discovery documents needed to respond to requests and determine plan of action for filing dispositive motion | L120 | .10 hrs |
| 01/30/13 | BG | Revise Motion to Escrow Funds to reflect new reinstatement amounts and file | L210 | .10 hrs |
| 01/30/13 | BG | Revise Affidavit in Support of Motion to Escrow Funds to reflect new reinstatement amounts and file | L210 | .10 hrs |
| 01/30/13 | BG | Correspondence with client regarding discovery, motion to escrow, and dispositive motion | L210 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
MARCH 27, 2013

0G2012-301156

FED ID NO. 63-0243316

---

TOTAL FEES FOR THIS MATTER                              $1,634.20

01        Copy Charges                                            0.00
41        Computerized Legal Research-Westlaw                     0.00

BILLING SUMMARY

    Allison Burke          .20 hrs    158.00 /hr        31.60
    Jon H. Patterson      2.10 hrs    290.00 /hr       609.00
    Blake Goodsell        4.80 hrs    207.00 /hr       993.60


TOTAL FEES              7.10 hrs                  $1,634.20

TOTAL CHARGES FOR THIS INVOICE              $1,634.20

                ═══════════

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301156

INVOICE #  866070

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301156
     TC # 716313

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/01/13 | BG | Correspondence with client regarding execution of affidavit in support of motion to escrow | L210 | .10 hrs |
| 02/04/13 | BG | Conversation with client regarding reinstatement quote | L120 | .10 hrs |
| 02/04/13 | BG | Edit affidavit in support of Motion to Escrow payments | L210 | .20 hrs |
| 02/05/13 | BG | Draft status report regarding motion to escrow, discovery responses, and Motion for Summary Judgment | L190 | .20 hrs |
| 02/05/13 | BG | Finalize and file Motion to Escrow Payments | L210 | .10 hrs |
| 02/06/13 | BG | Request discovery extension and discuss status of litigation with opposing counsel | L120 | .20 hrs |
| 02/06/13 | BG | File Motion to Escrow | L210 | .20 hrs |
| 02/06/13 | ABB | Finalize Motion to Escrow Funds with exhibits A-D and prepare same for filing with the Court and for certified service upon counsel | L110 | .50 hrs |
| 02/08/13 | BG | Work on responses and objections to interrogatories | L350 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
APRIL 30, 2013

0G2012-301156

FED ID NO. 63-0243316

| 02/08/13 | BG | Work on responses and objections to request for production of documents | L350 | .80 hrs |
| 02/08/13 | BG | Work on responses and objections to request for admissions | L350 | .90 hrs |
| 02/08/13 | BG | Work on document production | L320 | .70 hrs |
| 02/08/13 | BG | Draft protective order and confidentiality agreement for discovery production | L350 | .30 hrs |
| 02/08/13 | BG | Make redactions to document production | L320 | .20 hrs |
| 02/08/13 | BG | Revise responses and objections to interrogatories | L350 | .20 hrs |
| 02/08/13 | BG | Revise responses and objections to request for admissions | L350 | .20 hrs |
| 02/11/13 | JHP | Revised and edited discovery responses to borrower (interrogatories, requests for admission and responses to request for production of documents) | L310 | .80 hrs |
| 02/12/13 | BG | Revise responses to Interrogatories | L350 | .20 hrs |
| 02/12/13 | BG | Revise responses to request for production of documents | L350 | .20 hrs |
| 02/12/13 | BG | Revise responses to request for admissions | L350 | .30 hrs |
| 02/12/13 | BG | Send discovery requests and confidentiality agreement to client for approval and execution with plan of action for further handling | L350 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     3
APRIL 30, 2013

0G2012-301156

FED ID NO. 63-0243316

| 02/13/13 | BG | Conversation with client regarding date loan was transferred into the trust and consider amendments to discovery responses | L120 | .30 hrs |
| 02/13/13 | BG | Receipt / review of plaintiff&s third discovery requests | L120 | .10 hrs |
| 02/13/13 | JHP | Reviewed third set of discovery from borrower to client | L310 | .20 hrs |
| 02/14/13 | BG | Revise responses to second discovery requests to reflect different loan pool information | L350 | .20 hrs |
| 02/15/13 | ABB | Calendar deadlines regarding recent receipt of third set of discovery | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $1,808.20

EXPENSES

| 01 | Copy Charges | 0.00 |
| 07 | Filing Fees | 5.00 |

TOTAL COSTS FOR THIS MATTER          $5.00

BILLING SUMMARY

| Allison Burke | .70 hrs | 158.00 /hr | 110.60 |
| Jon H. Patterson | 1.00 hrs | 290.00 /hr | 290.00 |
| Blake Goodsell | 6.80 hrs | 207.00 /hr | 1,407.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
APRIL 30, 2013

0G2012-301156

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 8.50 hrs | $1,808.20 |
| TOTAL EXPENSES | | $5.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$1,813.20** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301157

INVOICE #  841633

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301157
     TC # 722366

PROFESSIONAL SERVICES

01/01/13  MSW  Draft status report for client.          L120      .10 hrs

          TOTAL FEES FOR THIS MATTER                              $30.40

BILLING SUMMARY

   Mark S. Wierman          .10 hrs   304.00 /hr          30.40

TOTAL FEES                  0.10 hrs                     $30.40

**TOTAL CHARGES FOR THIS INVOICE**                       **$30.40**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                        0G2012-301157
Fort Washington, PA 19034

                                                           INVOICE #  866071

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:   0G2012-301157
      TC # 722366

EXPENSES

  50       Mediation Fee                                            243.33

              TOTAL COSTS FOR THIS MATTER              $243.33


TOTAL FEES                    0.00 hrs              $.00

TOTAL EXPENSES                                  $243.33

**TOTAL CHARGES FOR THIS INVOICE**              $243.33

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                        0G2012-301158
Fort Washington, PA 19034

                                                           INVOICE #  841634

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301158
     TC # 722652

PROFESSIONAL SERVICES

| 01/01/13 | KSA | Draft and submit status report | L120 | .10 hrs |
| 01/02/13 | KSA | Telephone discussion with plaintiff's counsel regarding appraisal and settlement | L160 | .20 hrs |
| 01/02/13 | KSA | Email communications to plaintiff's counsel regarding trial continuance and scheduling appraisal | L120 | .30 hrs |
| 01/02/13 | KSA | Draft motion for continuance and proposed order | L250 | .70 hrs |
| 01/03/13 | KSA | Telephone discussion with plaintiff's counsel regarding continuance and appraisal | L120 | .30 hrs |
| 01/03/13 | MST | Finalize Agreed Motion to Continue and prepare for filing and service | L210 | .70 hrs |
| 01/03/13 | MST | Draft letter to clerk via Federal Express enclosing Motion to Continue | L110 | .40 hrs |
| 01/04/13 | MST | Receive notification of certified mail delivery to opposing counsel and update pleadings file regarding same | L110 | .20 hrs |
| 01/04/13 | KSA | Telephone discussion with J.Hoy regarding appraiser situation | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301158

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/08/13 | KSA | Telephone discussion with court administrator regarding motion for continuance | L120 | .20 hrs |
| 01/16/13 | KSA | Email communications with plaintiff's counsel and J.Hoy regarding appraisal being scheduled | L120 | .20 hrs |
| 01/31/13 | MST | Receive correspondence from Chase Bank regarding response to Rule 45 Subpoena and update file regarding same | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                $826.60

EXPENSES

| | | |
|---|---|---|
| 02 | Postage Charges | 0.00 |
| 21 | Travel Expense | 15.95 |
| 35 | Express Mail/Fedex | 0.00 |

TOTAL COSTS FOR THIS MATTER          $15.95

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 1.50 hrs | 158.00 /hr | 237.00 |
| Keith S. Anderson | 2.20 hrs | 268.00 /hr | 589.60 |

TOTAL FEES                    3.70 hrs                    $826.60

TOTAL EXPENSES                                            $15.95



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
Rescap                                                                                    MARCH 27, 2013

0G2012-301158

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $842.55

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2012-301158
Fort Washington, PA 19034

                                                               INVOICE #  866072

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:   0G2012-301158
          TC # 722652

    PROFESSIONAL SERVICES

    02/01/13   KSA   Enter status report                L120      .10 hrs

    02/05/13   KSA   Telephone discussion with client and    L160   .30 hrs
                     edit settlement agreement

    02/07/13   KSA   Review of settlement agreement and      L160   .30 hrs
                     telephone discussion with client
                     regarding terms of settlement


               TOTAL FEES FOR THIS MATTER                     $187.60


    BILLING SUMMARY

       Keith S. Anderson        .70 hrs   268.00 /hr      187.60


    TOTAL FEES                 0.70 hrs              $187.60

    **TOTAL CHARGES FOR THIS INVOICE**              **$187.60**

               ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2012-301159
Fort Washington, PA 19034

                                                          INVOICE #  841635

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301159
         TC # 717437

PROFESSIONAL SERVICES

    01/04/13   BG    Correspondence with client regarding      L160      .10 hrs
                     draft settlement agreements

    01/29/13   BG    Work on receiving executed settlement      L160      .20 hrs
                     agreement

    01/30/13   BG    Send settlement agreement to opposing      L160      .10 hrs
                     counsel for execution

    01/31/13   JHP   Provided monthly status report to client   L120      .10 hrs


                     TOTAL FEES FOR THIS MATTER                      $111.80


BILLING SUMMARY

    Jon H. Patterson          .10 hrs    290.00 /hr        29.00
    Blake Goodsell            .40 hrs    207.00 /hr        82.80


TOTAL FEES                    0.50 hrs                 $111.80

**TOTAL CHARGES FOR THIS INVOICE**                    **$111.80**


            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              APRIL 30, 2013
1100 Virginia Drive                                 0G2012-301159
Fort Washington, PA 19034

                                                    INVOICE #  866073

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301159
     TC # 717437

PROFESSIONAL SERVICES

02/08/13   BG    Contact opposing counsel regarding       L120      .10 hrs
                 notice of dismissal in CV-1304 and 1305

02/13/13   BG    Correspondence with counsel for MERS     L160      .10 hrs
                 about execution of settlement agreement

02/13/13   BG    Contact opposing counsel regarding       L160      .10 hrs
                 execution of settlement agreement


                 TOTAL FEES FOR THIS MATTER                         $62.10


BILLING SUMMARY

   Blake Goodsell           .30 hrs    207.00 /hr        62.10


TOTAL FEES                  0.30 hrs                    $62.10

**TOTAL CHARGES FOR THIS INVOICE**                     **$62.10**

                 ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              MARCH 27, 2013
1100 Virginia Drive                                 0G2012-301160
Fort Washington, PA 19034

                                                    INVOICE #  841636

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301160
     TC # 717802

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/03/13 | JDV | Draft December 2012 status update for client | L190 | .10 hrs |
| 01/03/13 | JAM | Multiple conferences and emails with J.Vega, P.Stokes, and C.Heise regarding coordination of depositions of all parties | L330 | .80 hrs |
| 01/08/13 | JAM | Email with C.Heise regarding potential deposition dates | L330 | .10 hrs |
| 01/09/13 | JAM | Follow up emails with C.Heise regarding scheduling depositions of all parties | L330 | .20 hrs |
| 01/10/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/10/13 | JDV | Email correspondence with client regarding scheduling of client representative's deposition | L190 | .20 hrs |
| 01/10/13 | JDV | Email correspondence with client regarding scope of deposition | L190 | .40 hrs |
| 01/11/13 | JDV | Analysis of January 2013 docket | L120 | .10 hrs |
| 01/14/13 | JAM | Review emails regarding depositions | L330 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301160

FED ID NO. 63-0243316

| 01/15/13 | JDV | Email correspondence with client regarding possible March deposition dates for corporate representative | L190 | .20 hrs |
| 01/16/13 | JAM | Emails and phone calls with C.Heise to finalize deposition dates | L330 | .30 hrs |

TOTAL FEES FOR THIS MATTER                          $534.00

BILLING SUMMARY

| Jamie Mathews | 1.80 hrs | 150.00 /hr | 270.00 |
| Jose D. Vega | 1.00 hrs | 264.00 /hr | 264.00 |

TOTAL FEES            2.80 hrs                $534.00

**TOTAL CHARGES FOR THIS INVOICE**            $534.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301160

INVOICE #  866074

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301160
TC # 717802

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | JAM | Access online docket and review for recent case activity and review for recently docketed pleadings and case activity | L120 | .20 hrs |
| 02/05/13 | JDV | Communications with client regarding rescheduling of corporate representative's deposition | L190 | .40 hrs |
| 02/05/13 | JDV | Draft January 2013 status report for client | L190 | .10 hrs |
| 02/08/13 | JDV | Email correspondence with client regarding scheduling of depositions for April 11-12, 2013 | L190 | .40 hrs |
| 02/11/13 | JAM | Email correspondence with C.Heise regarding April 11-12, 2013 deposition dates | L330 | .10 hrs |
| 02/12/13 | JAM | Emails with C.Heise regarding deposition arrangements | L330 | .30 hrs |
| 02/13/13 | JAM | Emails regarding location of deposition | L330 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $357.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
APRIL 30, 2013

0G2012-301160

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .80 hrs | 150.00 /hr | 120.00 |
| Jose D. Vega | .90 hrs | 264.00 /hr | 237.60 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 1.70 hrs | | $357.60 |

**TOTAL CHARGES FOR THIS INVOICE**                               $357.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2012-301161
Fort Washington, PA 19034

                                                               INVOICE #  841637

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301161
         TC # 717901

PROFESSIONAL SERVICES

01/04/13   MCG   Exchange e-mails with counsel for          C400      .10 hrs
                 borrower regarding missing information
                 for loan modification review

01/14/13   LADA  Telephone conference with scheduling       L190      .60 hrs
                 clerk regarding setting outstanding
                 motion on next available hearing roster

01/15/13   MCG   Correspondence with H.Franchi regarding    C300      .10 hrs
                 hearing date

01/24/13   MCG   Correspondence with H.Franchi and          C300      .20 hrs
                 borrower's counsel regarding SSI
                 benefits letter for loan modification
                 review


           TOTAL FEES FOR THIS MATTER                        $234.00


BILLING SUMMARY

    Michael C. Griffin          .40 hrs    348.00 /hr       139.20
    Lucinda Kish                .60 hrs    158.00 /hr        94.80


TOTAL FEES                     1.00 hrs                   $234.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
MARCH 27, 2013

0G2012-301161

FED ID NO. 63-0243316

---

**TOTAL CHARGES FOR THIS INVOICE**                    $234.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301161

INVOICE #  866075

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301161
     TC # 717901

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/01/13 | MCG | Prepare case status report regarding hearing on the motion to lift stay and to compel discovery responses set for February 22, 2013, and borrower's submission of additional information regarding SSI benefits for the loan mod review | C300 | .10 hrs |
| 02/05/13 | MCG | Prepare and serve notice of deposition | L330 | .40 hrs |
| 02/05/13 | MPE | Research docket to confirm status | L110 | .20 hrs |
| 02/08/13 | MCG | Correspondence to H.Franchi regarding loan modification review | C300 | .10 hrs |
| 02/12/13 | MSW | Review pleadings and case documents in preparation for deposition | L330 | 1.60 hrs |

            TOTAL FEES FOR THIS MATTER                    $728.60

  01        Copy Charges                                         0.00

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Michael C. Griffin | .60 hrs | 348.00 /hr | 208.80 |
| Mark S. Wierman | 1.60 hrs | 304.00 /hr | 486.40 |
| Melisa P. Palmer | .20 hrs | 167.00 /hr | 33.40 |

TOTAL FEES              2.40 hrs                $728.60



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
APRIL 30, 2013

0G2012-301161

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $728.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              APRIL 30, 2013
1100 Virginia Drive                                 0G2012-301162
Fort Washington, PA 19034

                                                    INVOICE #  866076

                                                    FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301162
     TC # 720219

PROFESSIONAL SERVICES

02/05/13  FSP   Drafting and revising monthly case      L120      .10 hrs
                status report


           TOTAL FEES FOR THIS MATTER                          $22.00


BILLING SUMMARY

   Frankie Spero          .10 hrs   220.00 /hr        22.00


TOTAL FEES                  0.10 hrs                  $22.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$22.00**

                ===================

          ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 26, 2013
0G2012-301164

INVOICE #  840954

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

Re:  0G2012-301164
     TC # 720310

<u>EXPENSES</u>

| | | |
|---|---|---:|
| 01 | Copy Charges | 0.00 |
| 01A | Copy Charges - OUTSIDE SOURCES | 4.48 |
| 07 | Filing Fees | 33.76 |
| 20 | Airline Tickets | 868.20 |
| 21 | Travel Expense | 71.00 |
| 23 | Meal Expense | 33.98 |

|  | |
|---|---:|
| TOTAL COSTS FOR THIS MATTER | $1,011.42 |

| | | |
|---|---|---:|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $1,011.42 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$1,011.42** |

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301164

INVOICE #  841639

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301164
     TC # 720310

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/01/13 | KSA | Draft and submit status report | L120 | .10 hrs |
| 01/02/13 | KSA | Review documents in preparation for motion for new trial | L250 | .60 hrs |
| 01/02/13 | MST | Review and analyze Plaintiff's Motions with extensive evidence and exhibits and prepare hearing notebook | L140 | 2.10 hrs |
| 01/03/13 | MST | Prepare working copies of 4 proposed orders regarding motions for judge's convenience at hearing | L140 | .20 hrs |
| 01/03/13 | KSA | Prepare for and attend hearing regarding plaintiff's motion to vacate summary judgment and obtain denial of motion | L250 | 6.60 hrs |
| 01/04/13 | MST | Receive and review final order denying plaintiff's motion and prepare file for closing | L110 | .30 hrs |
| 01/22/13 | GP | Review and analyze new pleadings | L120 | .70 hrs |
| 01/22/13 | KSA | Review notice of appeal and email and telephone correspondence with P.Stokes regarding appeal and bankruptcy situation | L120 | .40 hrs |
| 01/22/13 | MJA | Initial review of new Texas appeal documents | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $2,714.40



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2

Rescap                                                              MARCH 27, 2013

0G2012-301164

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 2.60 hrs | 158.00 /hr | 410.80 |
| Marc J. Ayers | .30 hrs | 317.00 /hr | 95.10 |
| Keith S. Anderson | 7.70 hrs | 268.00 /hr | 2,063.60 |
| Grant Premo | .70 hrs | 207.00 /hr | 144.90 |

TOTAL FEES              11.30 hrs                    $2,714.40

**TOTAL CHARGES FOR THIS INVOICE**                  **$2,714.40**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301165

INVOICE #   841640

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301165
     TC # 720615

PROFESSIONAL SERVICES

01/02/13  JJO   Status update to client          L120      .20 hrs


          TOTAL FEES FOR THIS MATTER                      $49.20


BILLING SUMMARY

    Josh Johnson          .20 hrs   246.00 /hr       49.20


TOTAL FEES                 0.20 hrs                  $49.20

**TOTAL CHARGES FOR THIS INVOICE**                  **$49.20**

          ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        APRIL 30, 2013
1100 Virginia Drive                                           0G2012-301165
Fort Washington, PA 19034

                                                    INVOICE #  866077

                                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301165
         TC # 720615

PROFESSIONAL SERVICES

    02/01/13   JJO   Draft status report to client          L120      .30 hrs

    02/07/13   JJO   Call with D.Pham regarding eviction     L120      .50 hrs

    02/07/13   JJO   Update client regarding eviction        L120      .40 hrs

    02/13/13   JJO   Draft closing memo                      L120      .50 hrs


              TOTAL FEES FOR THIS MATTER                     $418.20


BILLING SUMMARY

    Josh Johnson              1.70 hrs   246.00 /hr      418.20


TOTAL FEES                    1.70 hrs                 $418.20

**TOTAL CHARGES FOR THIS INVOICE**                    **$418.20**

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301166

INVOICE #  841641

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301166
     TC # 714114

PROFESSIONAL SERVICES

| 01/24/13 | RLB | Teleconference with client regarding case status | L190 | .10 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER $29.90

BILLING SUMMARY

| Rashad L. Blossom | .10 hrs | 299.00 /hr | 29.90 |
|---|---|---|---|

TOTAL FEES          0.10 hrs          $29.90

**TOTAL CHARGES FOR THIS INVOICE**          **$29.90**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301166

INVOICE #  866078

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301166
     TC # 714114

PROFESSIONAL SERVICES

| 04/02/13 | KK | Draft closing memorandum to send to client regarding resolution of matter | L110 | .30 hrs |
| 04/09/13 | KK | Finalize closing memorandum and e-mail to client regarding resolution of matter | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                $79.00

BILLING SUMMARY

| Kerry Keane | .50 hrs | 158.00 /hr | 79.00 |

TOTAL FEES            0.50 hrs                    $79.00

**TOTAL CHARGES FOR THIS INVOICE**                 **$79.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2012-301168
Fort Washington, PA 19034

                                                          INVOICE #  841643

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301168
         TC # 720909

PROFESSIONAL SERVICES

01/02/13   GWG   Review pretrial scheduling order and      L120      .40 hrs
                 analyze for additional necessary
                 trial-related discovery

01/03/13   RK    Draft status report for client            L120      .10 hrs

01/28/13   GWG   Review status of responses received from  L310      .30 hrs
                 subpoenaed third-parties


                 TOTAL FEES FOR THIS MATTER                      $239.10


EXPENSES

    01       Copy Charges                                              0.00
    39       Copies of Medical Records                               10.35
    41       Computerized Legal Research-Westlaw                       0.00

             TOTAL COSTS FOR THIS MATTER                        $10.35


BILLING SUMMARY

    Graham W. Gerhardt        .70 hrs    312.00 /hr      218.40
    Riley Key                 .10 hrs    207.00 /hr       20.70


TOTAL FEES                    0.80 hrs                 $239.10

TOTAL EXPENSES                                         $10.35



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
MARCH 27, 2013

0G2012-301168

FED ID NO. 63-0243316

---

**TOTAL CHARGES FOR THIS INVOICE**                    $249.45

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301168

INVOICE #  866079

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:   0G2012-301168
      TC # 720909

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/04/13 | RK | Draft status report to client | L120 | .20 hrs |
| 02/04/13 | RK | Conference regarding third-party subpoenas and responses received from third-parties | L120 | .80 hrs |
| 02/04/13 | MST | Follow up with non-parties Keller Williams, Rite Aid Pharmacy and Southview Medical Group regarding response to subpoenas and draft memo regarding same | L110 | .80 hrs |
| 02/04/13 | MST | Analysis of documents received from W.T. Scruggs Medical Center and Columbiana Medical Clinic pursuant to Rule 45 Subpoenas | L110 | .60 hrs |
| 02/04/13 | GWG | Follow up with third-party regarding responses to subpoenas | L310 | .30 hrs |
| 02/12/13 | MST | Receipt and review of letter from Rite Aid Pharmacy in response to Rule 45 Subpoena | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                        $553.40

01      Copy Charges                                      0.00
41      Computerized Legal Research-Westlaw               0.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
APRIL 30, 2013

0G2012-301168

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 1.60 hrs | 158.00 /hr | 252.80 |
| Graham W. Gerhardt | .30 hrs | 312.00 /hr | 93.60 |
| Riley Key | 1.00 hrs | 207.00 /hr | 207.00 |

TOTAL FEES                 2.90 hrs                           $553.40

**TOTAL CHARGES FOR THIS INVOICE**                           **$553.40**

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301169

INVOICE #  841644

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301169
     TC # 720713

PROFESSIONAL SERVICES

| 01/02/13 | JDV | Draft December 2012 status report for client | L190 | .10 hrs |
|----------|-----|----------------------------------------------|------|---------|
| 01/02/13 | JAM | Multiple telephone calls and emails with A.Kohl and A.Peper's offices to coordinate signatures on Stipulation of Dismissal | L460 | .30 hrs |
| 01/02/13 | JAM | Draft correspondence to A.Kohl enclosing Stipulation of Dismissal with J.Vega's signature | L460 | .20 hrs |
| 01/04/13 | JDV | Email correspondence with client regarding revisions to settlement agreement | L190 | .20 hrs |
| 01/04/13 | JAM | Follow up with R.Peper's office regarding wet ink signature on Joint Stipulation of Dismissal | L160 | .20 hrs |
| 01/09/13 | JDV | Revise settlement agreement pursuant to new template | L190 | .30 hrs |
| 01/15/13 | JAM | Telephone calls with A.Kohl's office to follow up on Stipulation of Dismissal | L210 | .20 hrs |
| 01/23/13 | JDV | Email correspondence with client regarding review of loan modification agreement | L160 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
MARCH 27, 2013

0G2012-301169

FED ID NO. 63-0243316

| 01/23/13 | JDV | Email correspondence with client regarding loan modification agreement and settlement terms | L160 | .40 hrs |
|---|---|---|---|---|
| 01/23/13 | JDV | Analysis of loan modification agreement and settlement terms | L120 | 1.30 hrs |
| 01/24/13 | JDV | Email correspondence with client regarding revisions to settlement documents | L160 | .70 hrs |
| 01/24/13 | JDV | Revise settlement documents for service on A.Kohl, defendants' attorney | L160 | 1.10 hrs |
| 01/24/13 | JDV | Email correspondence with A.Kohl, defendants' attorney, regarding review of settlement documents | L160 | .20 hrs |
| 01/24/13 | HTC | Exchange emails with K.Dutill regarding settlement | L120 | .10 hrs |
| 01/24/13 | HTC | Review and revise changes to settlement agreement to cover items that are not covered in modification letter | L160 | .10 hrs |
| 01/29/13 | JDV | Communications with A.Kohl, defendants' attorney, regarding review of settlement documents | L190 | .60 hrs |
| 01/30/13 | JAM | Telephone calls with Foreclosure Department Judicial Assistant regarding cancellation of hearing on Motion for Summary Judgment | L230 | .20 hrs |
| 01/31/13 | JDV | Revise Settlement Agreement pursuant to defendants' comments | L190 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
MARCH 27, 2013

0G2012-301169

FED ID NO. 63-0243316

| 01/31/13 | JDV | Communications with A.Kohl, defendants' attorney, regarding settlement document issues | L190 | .60 hrs |
|---|---|---|---|---|
| 01/31/13 | JDV | Communications with client regarding defendants' comments on settlement documents | L190 | .30 hrs |
| 01/31/13 | HTC | Analyze issues brought by opposing counsel to settlement agreement and loan modification documents and ways to respond to same | L160 | .30 hrs |
| 01/31/13 | HTC | Review exchange of emails from client regarding loan modification and settlement documents | L160 | .20 hrs |

TOTAL FEES FOR THIS MATTER                     $2,035.60

35        Express Mail/Fedex                                        0.00

BILLING SUMMARY

| Hope Cannon | .70 hrs | 334.00 /hr | 233.80 |
|---|---|---|---|
| Jamie Mathews | 1.10 hrs | 150.00 /hr | 165.00 |
| Jose D. Vega | 6.20 hrs | 264.00 /hr | 1,636.80 |

TOTAL FEES              8.00 hrs              $2,035.60

**TOTAL CHARGES FOR THIS INVOICE**              **$2,035.60**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                APRIL 30, 2013
1100 Virginia Drive                                   0G2012-301169
Fort Washington, PA 19034

                                                      INVOICE #  866080

                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301169
         TC # 720713

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | JAM | Access online docket and review for recent case activity and review for recently docketed pleadings and case activity | L190 | .20 hrs |
| 02/04/13 | JDV | Communications with A.Kohl, defendants' attorney, regarding final review of settlement documents | L190 | .20 hrs |
| 02/04/13 | JDV | Draft January 2013 status report for client | L190 | .10 hrs |
| 02/06/13 | JDV | Communications with A.Kohl, defendants' attorney, regarding defendants' execution of settlement documents | L190 | .40 hrs |
| 02/07/13 | JDV | Communications with A.Kohl, defendants' attorney, regarding revisions to Section (C)(2) of the Settlement Agreement | L190 | .50 hrs |
| 02/07/13 | JDV | Revise Section (C)(2) of the Settlement Agreement pursuant to discussions with A.Kohl, defendants' attorney | L190 | .50 hrs |
| 02/07/13 | JDV | Communications with client regarding defendants' revisions to Section (C)(2) of the Settlement Agreement | L190 | .60 hrs |
| 02/08/13 | HTC | Analyze issues relating to settlement agreement conflict with cover letter and proposal to discard cover letter | L160 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
APRIL 30, 2013

0G2012-301169

FED ID NO. 63-0243316

Rescap

| 02/08/13 | JDV | Follow-up communications with client regarding final revisions to Settlement Agreement | L190 | .40 hrs |
|---|---|---|---|---|
| 02/08/13 | JDV | Follow-up communications with A.Kohl, defendants' attorney, regarding final revisions to Settlement Agreement | L190 | .40 hrs |
| 02/12/13 | JDV | Communications with A.Kohl, defendants' attorney, regarding delivery of settlement documents and reinstatement check | L190 | .50 hrs |
| 02/12/13 | JDV | Communications with client regarding defendants' delivery of settlement documents and reinstatement check | L190 | .20 hrs |
| 02/13/13 | JDV | Communications with A.Kohl, defendants' attorney, regarding defendants' payment of funds as required under Settlement Agreement | L190 | .60 hrs |
| 02/15/13 | JDV | Communications with client regarding receipt of funds and reinstatement of loan | L190 | .60 hrs |
| 02/15/13 | JDV | Communications with A.Kohl, defendants' attorney, regarding status of funds and reinstatement of loan | L190 | .40 hrs |

TOTAL FEES FOR THIS MATTER                              $1,522.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      3
APRIL 30, 2013

0G2012-301169

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .20 hrs | 334.00 /hr | 66.80 |
| Jamie Mathews | .20 hrs | 150.00 /hr | 30.00 |
| Jose D. Vega | 5.40 hrs | 264.00 /hr | 1,425.60 |

TOTAL FEES              5.80 hrs                    $1,522.40

**TOTAL CHARGES FOR THIS INVOICE**                    **$1,522.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          MARCH 27, 2013
1100 Virginia Drive                             0G2012-301170
Fort Washington, PA 19034

                                                INVOICE #  841645

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301170
         TC # 721143

PROFESSIONAL SERVICES

    01/02/13  AHC  Review docket and draft status report      L190     .30 hrs
                   for attorney review and catalog
                   information on comprehensive tracking
                   chart

    01/07/13  AHC  Review docket to determine status of        L190     .30 hrs
                   Mandate and draft memorandum regarding
                   final disposition of file

    01/07/13  AKA  Review docket to determine whether order    L210     .10 hrs
                   affirming appeal is final

    01/07/13  AKA  E-mail to Katie Dutill conveying that no     L190     .10 hrs
                   motion for rehearing was filed

    01/30/13  AHC  Correspondence to client regarding final    L190     .10 hrs
                   disposition of file


              TOTAL FEES FOR THIS MATTER                      $152.00


BILLING SUMMARY

    Alecia H. Cockrell        .70 hrs   158.00 /hr       110.60
    Anne Averitt              .20 hrs   207.00 /hr        41.40


TOTAL FEES                    0.90 hrs                  $152.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301170

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $152.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                         MARCH 27, 2013
1100 Virginia Drive                                           0G2012-301171
Fort Washington, PA 19034

                                                              INVOICE #  841646

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301171
         TC # 720703

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | BG | Receipt / review of recommendations of the magistrate judge | L120 | .10 hrs |
| 01/02/13 | BG | Draft status report regarding Motion for Summary Judgment and hearing date | L190 | .10 hrs |
| 01/03/13 | JHP | Reviewed 17 page Recommendation and Report by Magistrate Judge requesting federal court to grant client's motion for summary judgment | L240 | .50 hrs |
| 01/03/13 | JHP | Emails to/from GMAC client contact P.Stokes and MERS contact B.Blake to discuss report and recommendations of magistrate judge to summary judgment motion of clients | L120 | .40 hrs |
| 01/03/13 | BG | Correspondence with client regarding magistrateÆs recommendations | L120 | .10 hrs |
| 01/15/13 | JHP | Reviewed motion for judgment on the pleadings filed by substitute trustee | L240 | .40 hrs |
| 01/28/13 | ABB | Analysis and review of client documents 30 pages containing GMAC correspondence including debt letters and communications regarding loan mod agreement and written summarization of the same and continue updating timeline pertaining to Austin, Texas property | L110 | .80 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301171

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/28/13 | ABB | Analysis and review of certified real property records 52 pages and written summarization of the same and begin timeline pertaining to Austin, Texas property | L110 | 1.10 hrs |
| 01/31/13 | ABB | Further review and written summarization of client documents and loan file documents totaling 306 pages in preparation for assisting hearing | L110 | 1.10 hrs |

TOTAL FEES FOR THIS MATTER                                    $913.10

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 3.00 hrs | 158.00 /hr | 474.00 |
| Jon H. Patterson | 1.30 hrs | 290.00 /hr | 377.00 |
| Blake Goodsell | .30 hrs | 207.00 /hr | 62.10 |

TOTAL FEES                    4.60 hrs                    $913.10

**TOTAL CHARGES FOR THIS INVOICE**                    $913.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301171

INVOICE #  866081

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301171
      TC # 720703

PROFESSIONAL SERVICES

| 02/01/13 | JHP | Reviewed order from judge adopting report and recommendations of magistrate and dismissing case | L240 | .60 hrs |
| 02/01/13 | BG | Correspondence  order adopting magistrateÆs recommendation of dismissal of plaintiffÆs claims | L120 | .10 hrs |
| 02/01/13 | BG | Receipt /  review of order adopting magistrateÆs recommendation of dismissal of plaintiffÆs claims | L120 | .10 hrs |
| 02/01/13 | ABB | Retrieval of docket report and online inquiries regarding announcing "ready" and assigned Judge regarding hearing as well as telephone conference regarding same | L110 | .30 hrs |
| 02/05/13 | BG | Draft status report regarding dismissal | L190 | .20 hrs |
| 02/11/13 | ABB | Analyze and prepare settlement documents and further draft Closing Memo regarding case disposal for attorney review | L110 | .60 hrs |
| 02/12/13 | JHP | Revised and edited closing memo | L120 | .10 hrs |
| 02/12/13 | ABB | FUrther close file and finalize settlement documents as well as edits to closing memo | L110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
APRIL 30, 2013

0G2012-301171

FED ID NO. 63-0243316

---

| 02/12/13 | ABB | E-mail with attachments to client regarding case disposal and update file regarding the same | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                $507.00

BILLING SUMMARY

| Allison Burke | 1.40 hrs | 158.00 /hr | 221.20 |
| Jon H. Patterson | .70 hrs | 290.00 /hr | 203.00 |
| Blake Goodsell | .40 hrs | 207.00 /hr | 82.80 |

TOTAL FEES                    2.50 hrs                    $507.00

**TOTAL CHARGES FOR THIS INVOICE**                    $507.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                             0G2012-301172
Fort Washington, PA 19034

                                                                INVOICE #   841647

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301172
         TC # 721365

PROFESSIONAL SERVICES

01/04/13   JJPH  Prepare status report to client        L120      .10 hrs
                 regarding settlement

01/04/13   JJPH  Email correspondence to Jacqueline Ho  L160      .10 hrs
                 regarding property inspection

01/08/13   JJPH  Email correspondence with Jacqueline Ho L160     .10 hrs
                 regarding property inspection

01/14/13   JJPH  Email correspondence with Ted Jones    L160      .10 hrs
                 regarding settlement check

01/17/13   JJPH  Email correspondence with Jacqueline Ho L160     .10 hrs
                 regarding release of settlement check

01/17/13   JJPH  Review photographs and notes from      L120      .10 hrs
                 property inspection


           TOTAL FEES FOR THIS MATTER                          $158.40


BILLING SUMMARY

    Joshua J. Phillips          .60 hrs    264.00 /hr       158.40


TOTAL FEES                  0.60 hrs                    $158.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301172

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $158.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              APRIL 30, 2013
1100 Virginia Drive                                 0G2012-301172
Fort Washington, PA 19034

                                                    INVOICE #  866082

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301172
     TC # 721365

PROFESSIONAL SERVICES

02/04/13   JJPH  Prepare status report to client        L120      .10 hrs
                 regarding settlement funds

02/04/13   JJPH  Prepare closing memorandum for client  L120      .30 hrs

02/04/13   JJPH  Email correspondence to client regarding L120     .10 hrs
                 settlement and closing


           TOTAL FEES FOR THIS MATTER                    $132.00


BILLING SUMMARY

   Joshua J. Phillips          .50 hrs   264.00 /hr       132.00


TOTAL FEES                    0.50 hrs                  $132.00

**TOTAL CHARGES FOR THIS INVOICE**                     $132.00


          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                        0G2012-301173
Fort Washington, PA 19034

                                                           INVOICE #  841648

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301173
         TC # 723085

PROFESSIONAL SERVICES

01/02/13   ESA   Check on status of appeal               L510      .10 hrs

01/17/13   ESA   Communications regarding status of      L510      .40 hrs
                 appeal and filing request for status
                 update

01/17/13   MJA   Research on possible avenues to speed up L510     .30 hrs
                 appeal process

01/18/13   CWH   Email client regarding status of the    L110      .10 hrs
                 appeal and REO's frequent contact on the
                 case


           TOTAL FEES FOR THIS MATTER                         $269.70


BILLING SUMMARY

    Marc J. Ayers              .30 hrs    317.00 /hr        95.10
    Christian W. Hancock       .10 hrs    361.00 /hr        36.10
    Edmund Sauer               .50 hrs    277.00 /hr       138.50


TOTAL FEES                     0.90 hrs                    $269.70

**TOTAL CHARGES FOR THIS INVOICE**                        **$269.70**

           ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              APRIL 30, 2013
1100 Virginia Drive                                                0G2012-301173
Fort Washington, PA 19034

                                                                   INVOICE #  866083

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

   Re:  0G2012-301173
        TC # 723085

PROFESSIONAL SERVICES

02/05/13   AHC   Review docket and draft status report      L190      .30 hrs
                 for attorney review and catalog
                 information on comprehensive tracking
                 chart

02/12/13   AHC   Review docket to determine status of       L110      .20 hrs
                 court decision

02/12/13   ESA   Check on status of appeal                  L510      .10 hrs


           TOTAL FEES FOR THIS MATTER                              $106.70


BILLING SUMMARY

   Alecia H. Cockrell        .50 hrs    158.00 /hr       79.00
   Edmund Sauer              .10 hrs    277.00 /hr       27.70


TOTAL FEES                  0.60 hrs                    $106.70

**TOTAL CHARGES FOR THIS INVOICE**                     **$106.70**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2012-301174
Fort Washington, PA 19034

                                                               INVOICE #  841649

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301174
         TC # 723265

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | CLHA | Report to client regarding current status of case | L120 | .20 hrs |
| 01/02/13 | CLHA | Work on supplemental brief regarding local government case | L120 | .90 hrs |
| 01/04/13 | CLHA | Advise client regarding supplemental brief and continued work on same | L120 | 1.00 hrs |
| 01/09/13 | CLHA | Work on supplemental brief | L120 | 2.40 hrs |
| 01/11/13 | CLHA | Continued work on supplemental brief | L120 | .60 hrs |
| 01/14/13 | CLHA | Continued work on supplemental brief related to Texas local government code | L120 | 3.90 hrs |
| 01/17/13 | CLHA | Revise and circulate draft supplemental brief related to Texas local government code | L120 | 5.80 hrs |
| 01/24/13 | CLHA | Work on revisions to supplemental brief | L120 | 1.10 hrs |
| 01/31/13 | CLHA | Finalize and file supplemental brief | L120 | 1.20 hrs |
| 01/31/13 | CLHA | Analyze trustee's supplemental brief and advise MERS and client regarding same | L120 | .50 hrs |

         TOTAL FEES FOR THIS MATTER                            $6,424.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
MARCH 27, 2013

0G2012-301174

FED ID NO. 63-0243316

Rescap

BILLING SUMMARY

    Christopher L. Hawkins    17.60 hrs   365.00 /hr    6,424.00

TOTAL FEES    17.60 hrs    $6,424.00

**TOTAL CHARGES FOR THIS INVOICE**    **$6,424.00**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2012-301174
Fort Washington, PA 19034

                                                          INVOICE #  866084

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301174
         TC # 723265

PROFESSIONAL SERVICES

| 02/01/13 | CLHA | Prepare status report for client | L120 | .20 hrs |
|---|---|---|---|---|
| 02/08/13 | CLHA | Analyze court opinion and order on motion for summary judgment and advise client regarding same | L120 | .70 hrs |
| 02/08/13 | CLHA | Conduct legal research regarding inquiry notice and related burden of proof | L120 | .80 hrs |
| 02/11/13 | CLHA | Confer with MERS regarding summary judgment order and strategy for trial | L120 | .40 hrs |
| 02/11/13 | CLHA | Work on outline of brief regarding inquiry notice | L120 | 3.40 hrs |
| 02/11/13 | TPG | Analysis of summary judgment pleadings and the court's order and opinion granting partial summary judgment | L120 | 1.10 hrs |
| 02/11/13 | TPG | Research regarding constructive notice and inquiry notice under Texas law | L120 | 1.80 hrs |
| 02/12/13 | CLHA | Continued work on outline of brief regarding inquiry notice and evidence needed at trial | L120 | .80 hrs |
| 02/12/13 | TPG | Research regarding requirement under Texas law to recording a mortgage assignment | L120 | 1.80 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
APRIL 30, 2013

0G2012-301174

FED ID NO. 63-0243316

| 02/12/13 | TPG | Research case law cited by Judge Isgur in opinion regarding inquiry notice | L120 | 1.60 hrs |
| 02/13/13 | TPG | Review case law regarding bona fide purchaser status under Texas state law and Code Section 13.001(a) | L120 | .60 hrs |
| 02/13/13 | TPG | Review case law regarding constructive notice and inquiry notice under Texas state law and Code Section 13.001(a) | L120 | .80 hrs |
| 02/13/13 | TPG | Research regarding burden of proof as to inquiry notice under Texas state law and under Section 544 of bankruptcy code per Judge's request | L120 | .80 hrs |
| 02/13/13 | TPG | Research all federal case law regarding effect of validly recorded mortgage on a trustee's BFP status where assignment of mortgage was not recorded pro petition | L120 | 2.00 hrs |
| 02/13/13 | CLHA | Prepare motion to continue trial | L120 | .50 hrs |
| 02/13/13 | KSA | Review case law regarding MERS and assignments for motion for summary judgment hearing | L240 | .30 hrs |
| 02/14/13 | TPG | Analysis of Bankruptcy Rules 9023 and 9024 and motion for court to reconsider | L120 | .30 hrs |
| 02/15/13 | CLHA | Continued work on motion to reconsider ruling with respect to trial setting or inquiry notice | L120 | .80 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     3
APRIL 30, 2013

0G2012-301174

FED ID NO. 63-0243316

| 02/15/13 | TPG | Finish research regarding trustee's ability to use Section 544(a)(3) to avoid mortgage due to failure to record assignment pre petition | L120 | 3.50 hrs |
|----------|-----|------|------|------|
| 02/15/13 | TPG | Draft brief regarding trustee's ability to use Section 544(a)(3) to avoid mortgage due to failure to record assignment pre petition | L120 | 2.80 hrs |

TOTAL FEES FOR THIS MATTER                    $6,992.60

41        Computerized Legal Research-Westlaw                    0.00

BILLING SUMMARY

| Christopher L. Hawkins | 7.60 hrs | 365.00 /hr | 2,774.00 |
|------------------------|----------|------------|----------|
| Keith S. Anderson | .30 hrs | 268.00 /hr | 80.40 |
| T. Parker Griffin, Jr. | 17.10 hrs | 242.00 /hr | 4,138.20 |

TOTAL FEES              25.00 hrs              $6,992.60

**TOTAL CHARGES FOR THIS INVOICE**              **$6,992.60**

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301175

INVOICE #  841650

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301175
     TC # 723285

PROFESSIONAL SERVICES

| 01/02/13 | BG | Draft status report regarding file closure | L190 | .10 hrs |
|---|---|---|---|---|
| 01/03/13 | JHP | Emails to/from counsel for borrowers to discuss status of GMAC obtaining execution of rescission deed to complete settlement | L190 | .10 hrs |
| 01/03/13 | JHP | Emails to/from client contact R.Meeker to discuss status of GMAC obtaining execution of rescission deed to complete settlement | L120 | .10 hrs |
| 01/16/13 | JHP | Emails to/from client contact R.Meeker to discuss status of efforts to have rescission of loan completed and to request information on tax information for borrowers' loan | L120 | .20 hrs |
| 01/18/13 | JHP | Phone call from plaintiff's counsel to discuss status of settlement and rescission deed | L160 | .20 hrs |
| 01/31/13 | JHP | Email to client contact R.Meeker requesting status update on rescission deed execution by client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $223.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
MARCH 27, 2013

0G2012-301175

FED ID NO. 63-0243316

Rescap

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jon H. Patterson | .70 hrs | 290.00 /hr | 203.00 |
| Blake Goodsell | .10 hrs | 207.00 /hr | 20.70 |
| TOTAL FEES | 0.80 hrs | | $223.70 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$223.70** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2012-301175
Fort Washington, PA 19034

                                                               INVOICE #  866085

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

   Re:  0G2012-301175
        TC # 723285

PROFESSIONAL SERVICES

| 02/01/13 | JHP | Emails to/from client contact to check status of rescission deed | L120 | .10 hrs |
|---|---|---|---|---|
| 02/01/13 | JHP | Emails to/from counsel for borrower to discuss joint pre-trial order | L210 | .20 hrs |
| 02/05/13 | BG | Draft status report regarding rescission deed | L190 | .10 hrs |
| 02/06/13 | JHP | Reviewed draft Notice of Settlement Discussions drafted by counsel for plaintiff to file with court | L160 | .20 hrs |
| 02/06/13 | JHP | Email to client to request review and authority of Notice of Settlement Discussions and to request update on status of when we will receive executed rescission deed | L160 | .10 hrs |
| 02/06/13 | JHP | Emails to/from counsel for plaintiffs to discuss notice of settlement discussions to be filed with court | L160 | .10 hrs |
| 02/08/13 | JHP | Emails to/from counsel for borrowers to discuss new scheduling order dates and status of rescission deed | L190 | .10 hrs |
| 02/08/13 | JHP | Reviewed new scheduling order from court | L230 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
APRIL 30, 2013

0G2012-301175

FED ID NO. 63-0243316

---

| 02/08/13 | JHP | Email to client contact to advise of new scheduling order dates and to discuss status of receipt of rescission deed from Freddie Mac | L120 | .10 hrs |
|----------|-----|---|------|---------|
| 02/11/13 | JHP | Emails to/from client contact to discuss status of rescission deed and to request approval to file joint notice to court to notify of settlement status | L120 | .20 hrs |
| 02/11/13 | JHP | Revised and edited notice of settlement status | L210 | .20 hrs |
| 02/11/13 | JHP | Emails to/from counsel for borrowers to discuss and confirm authority to file notice of settlement status of case | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                           $484.70

BILLING SUMMARY

| Jon H. Patterson | 1.60 hrs | 290.00 /hr | 464.00 |
|---|---|---|---|
| Blake Goodsell | .10 hrs | 207.00 /hr | 20.70 |

TOTAL FEES                1.70 hrs                   $484.70

**TOTAL CHARGES FOR THIS INVOICE**                   **$484.70**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301176

INVOICE #  841651

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301176
     TC # 723263

PROFESSIONAL SERVICES

| 01/02/13 | KSA | Draft and send email to P.Stokes and R.Meeker regarding correspondence with plaintiff's counsel regarding resolution and short payoff | L120 | .30 hrs |
| 01/10/13 | KSA | Telephone discussions with plaintiff's counsel regarding resolution | L160 | .80 hrs |
| 01/11/13 | KSA | Telephone discussions with plaintiff's counsel regarding offers and demands towards resolution | L160 | .60 hrs |
| 01/15/13 | KSA | Research correspondence with LROT | L120 | .20 hrs |
| 01/15/13 | MST | Receipt and review of amended complaint and update pleadings file regarding same | L210 | .30 hrs |
| 01/15/13 | KSA | Email communications with R.Meeker and P.Stokes regarding property and resolution | L120 | .20 hrs |
| 01/16/13 | KSA | Draft letter to LROT regarding payment and send to P.Stokes for review | L120 | .30 hrs |
| 01/16/13 | KSA | Telephone discussion with plaintiff's counsel regarding potential resolution | L120 | .20 hrs |
| 01/17/13 | KSA | Edit and send letter to CROT regarding payment and email correspondence regarding LROT | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
Rescap                                                                MARCH 27, 2013

0G2012-301176

FED ID NO. 63-0243316

| 01/22/13 | KSA | Email communications with LSI and C.Innoye regarding reimbursement of expenses relating to loss | L120 | .30 hrs |
|---|---|---|---|---|
| 01/24/13 | KSA | Telephone discussion with P.Stokes regarding resolution | L120 | .20 hrs |
| 01/24/13 | KSA | Conference call with LSI, LROT, and P.Stokes regarding resolution | L120 | .80 hrs |
| 01/25/13 | KSA | Draft updated litigation assessment memo | L120 | .50 hrs |
| 01/25/13 | KSA | Conference call with GMAC and LROT representatives | L120 | .40 hrs |
| 01/25/13 | KSA | Telephone and email discussions with P.Stokes and plaintiff's counsel regarding resolution | L160 | .40 hrs |
| 01/25/13 | GP | Draft litigation settlement proposal | L160 | .60 hrs |
| 01/30/13 | KSA | Telephone and email discussions with plaintiff's counsel and P.Stokes regarding payoff and resolution | L160 | 1.00 hrs |
| 01/31/13 | KSA | Telephone discussion with P.Stokes regarding property and resolution | L120 | .20 hrs |

                    TOTAL FEES FOR THIS MATTER                    $2,020.80

BILLING SUMMARY

| Melanie Thompson | .30 hrs | 158.00 /hr | 47.40 |
|---|---|---|---|
| Keith S. Anderson | 6.90 hrs | 268.00 /hr | 1,849.20 |
| Grant Premo | .60 hrs | 207.00 /hr | 124.20 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
MARCH 27, 2013

0G2012-301176

FED ID NO. 63-0243316

TOTAL FEES                 7.80 hrs              $2,020.80

**TOTAL CHARGES FOR THIS INVOICE**              $2,020.80

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301176

INVOICE #  866086

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301176
     TC # 723263

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | KSA | Prepare status report to client | L120 | .10 hrs |
| 02/04/13 | KSA | Email communications regarding resolution and insurance status | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                 $80.40

BILLING SUMMARY

Keith S. Anderson        .30 hrs   268.00 /hr        80.40

TOTAL FEES                     0.30 hrs             $80.40

**TOTAL CHARGES FOR THIS INVOICE**                   **$80.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301177

INVOICE #  841652

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301177
     TC # 723590

PROFESSIONAL SERVICES

| 01/02/13 | CLHA | Report to client regarding current status of case | L120 | .20 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                              $73.00

BILLING SUMMARY

| Christopher L. Hawkins | .20 hrs | 365.00 /hr | 73.00 |
|---|---|---|---|

| TOTAL FEES | 0.20 hrs | $73.00 |
|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**                     **$73.00**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              APRIL 30, 2013
1100 Virginia Drive                                                0G2012-301177
Fort Washington, PA 19034

INVOICE #  866087

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301177
     TC # 723590

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 02/01/13 | CLHA Prepare status report for client | L120 | .20 hrs |
| 02/25/13 | CLHA Work on issues related to consummation of settlement | L120 | .40 hrs |
| 02/27/13 | CLHA Continued work on remaining settlement issues | L160 | .40 hrs |
| 03/01/13 | CLHA Prepare status report for client | L120 | .20 hrs |
| 03/11/13 | CLHA Prepare for and participate in call with client to discuss status and strategy | L120 | .10 hrs |
| 04/01/13 | CLHA Prepare status report for client | L120 | .20 hrs |

                    TOTAL FEES FOR THIS MATTER                    $547.50


BILLING SUMMARY

    Christopher L. Hawkins      1.50 hrs    365.00 /hr      547.50


TOTAL FEES                      1.50 hrs                  $547.50

**TOTAL CHARGES FOR THIS INVOICE**                       **$547.50**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301178

INVOICE #  841653

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301178
     TC # 720533

PROFESSIONAL SERVICES

01/03/13  RK   Draft status report for client          L120      .10 hrs

          TOTAL FEES FOR THIS MATTER                    $20.70

BILLING SUMMARY

    Riley Key              .10 hrs   207.00 /hr       20.70

TOTAL FEES              0.10 hrs                    $20.70

**TOTAL CHARGES FOR THIS INVOICE**                  $20.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 26, 2013
0G2012-301179

INVOICE #   840955

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

Re:  0G2012-301179
     TC # 723821

EXPENSES

| 01 | Copy Charges | 0.00 |
| 20 | Airline Tickets | 649.80 |
| 21 | Travel Expense | 390.17 |
| 23 | Meal Expense | 36.03 |
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |
| 50 | Mediation Fee | 750.00 |

TOTAL COSTS FOR THIS MATTER        $1,826.00

TOTAL FEES            0.00 hrs            $.00

TOTAL EXPENSES                        $1,826.00

**TOTAL CHARGES FOR THIS INVOICE**        $1,826.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301179

INVOICE #  841654

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301179
     TC # 723821

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/01/13 | KSA | Draft and submit status report | L120 | .10 hrs |
| 01/02/13 | KSA | Review plaintiff's motion to strike and response and send to P.Stokes with comments | L250 | .50 hrs |
| 01/03/13 | GP | Research Fifth Circuit law regarding arguments in Plaintiff's motion to strike | L210 | 1.70 hrs |
| 01/04/13 | GP | Review loan file documents to determine requirements for response to Plaintiff's motion to strike | L120 | .50 hrs |
| 01/07/13 | GP | Research Fifth Circuit law for arguments for response to Motion for Summary Judgment | L210 | .70 hrs |
| 01/10/13 | GP | Draft Response to Plaintiff's Motion to Strike | L210 | 3.20 hrs |
| 01/10/13 | GP | Revise Response to Plaintiff's Motion to Strike | L210 | .80 hrs |
| 01/10/13 | GP | Draft Reply to Plaintiff's Response to Motion for Summary Judgment | L240 | 3.00 hrs |
| 01/10/13 | GP | Review and revise Reply to Plaintiff's Response to Motion for Summary Judgment | L240 | .80 hrs |
| 01/10/13 | MST | Finalize Motion to Strike and proposed order and prepare for filing and service | L210 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301179

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/10/13 | MST | Finalize Reply to Plaintiff's Response to Motion for Summary Judgment and prepare for filing and service | L210 | .70 hrs |
| 01/11/13 | MST | Telephone calls with court clerk and case manager regarding reply to plaintiff's response to motion for summary judgment | L110 | .20 hrs |
| 01/11/13 | MST | Revise response to plaintiff's motion to strike and prepare for filing and service | L210 | .60 hrs |
| 01/16/13 | GP | Draft mediation position statement | L160 | 1.90 hrs |
| 01/17/13 | GP | Review and revise mediation position statement | L160 | .70 hrs |
| 01/17/13 | GP | Draft e-mails to client representative regarding mediation | L120 | .40 hrs |
| 01/17/13 | KSA | Review and edit mediation position statement | L120 | .40 hrs |
| 01/18/13 | GP | Review pleadings and loan documents to prepare for mediation | L120 | 1.50 hrs |
| 01/22/13 | GP | Plan and prepare for mediation | L160 | .50 hrs |
| 01/24/13 | GP | Plan and prepare for mediation | L160 | 2.00 hrs |
| 01/25/13 | GP | Meet with P.Stokes after mediation | L120 | 1.20 hrs |
| 01/25/13 | GP | Plan and prepare for mediation | L160 | 1.50 hrs |
| 01/25/13 | GP | Attend mediation | L160 | 1.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
MARCH 27, 2013

0G2012-301179

FED ID NO. 63-0243316

Rescap

| Date | Atty | Description | Task | Hours |
|---|---|---|---|---|
| 01/25/13 | KSA | Debrief regarding mediation and outline next set of events | L120 | .30 hrs |
| 01/25/13 | KSA | Review claims and prepare for pretrial filings | L120 | 1.20 hrs |
| 01/28/13 | KSA | Outline motions in limine, joint pretrial order, and jury instructions need for joint pretrial conference | L430 | .60 hrs |
| 01/28/13 | GP | Consider strategy for trial motions | L210 | 1.30 hrs |
| 01/29/13 | GP | Consider possible motions in limine to file | L210 | 1.70 hrs |
| 01/29/13 | KSA | Review pleadings and outline arguments in motion in limines, jury instructions, and joint pretrial order | L430 | 1.10 hrs |
| 01/30/13 | KSA | Review pleadings and judge's prior rulings in similar cases | L210 | .30 hrs |
| 01/30/13 | GP | Research Texas law regarding possible motions in limine | L120 | .60 hrs |
| 01/31/13 | SPM | Draft motions in limine | L210 | .30 hrs |
| 01/31/13 | SPM | Research issues for motion in limine relating to equitable remedies and the ability of a pro se attorney to act as a witness | L120 | 1.00 hrs |

TOTAL FEES FOR THIS MATTER                    $7,151.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301179

FED ID NO. 63-0243316

---

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 2.20 hrs | 158.00 /hr | 347.60 |
| Keith S. Anderson | 4.50 hrs | 268.00 /hr | 1,206.00 |
| Grant Premo | 25.80 hrs | 207.00 /hr | 5,340.60 |
| Spencer Mobley | 1.30 hrs | 198.00 /hr | 257.40 |

TOTAL FEES                33.80 hrs                        $7,151.60

**TOTAL CHARGES FOR THIS INVOICE**                $7,151.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2012-301179
Fort Washington, PA 19034

                                                              INVOICE #  866088

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301179
     TC # 723821

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | KSA | Prepare status report to client | L120 | .10 hrs |
| 02/01/13 | SPM | Revise motions in limine | L210 | .90 hrs |
| 02/01/13 | GP | Draft initial version of Motion in Limine | L120 | 1.60 hrs |
| 02/04/13 | GP | Review and revise Motion in Limine | L120 | 2.50 hrs |
| 02/04/13 | GP | Consider strategy for pre-trial motions | L120 | .70 hrs |
| 02/04/13 | KSA | Review and edit motions in limine and prepare for filing | L250 | .80 hrs |
| 02/04/13 | KSA | Review plaintiff's motions in limine and outline objections | L250 | 1.50 hrs |
| 02/04/13 | MST | Finalize motion in limine and proposed order and prepare both for filing and service | L210 | .80 hrs |
| 02/05/13 | MST | Finalize motion in limine and prepare for filing and service | L210 | .60 hrs |
| 02/05/13 | KSA | Draft witness and exhibit list | L210 | .60 hrs |
| 02/05/13 | KSA | Review pleadings and pending motions | L120 | .20 hrs |
| 02/06/13 | MST | Receive notification from the court regarding deficiency with motion in limine and update pleadings regarding same | L140 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
APRIL 30, 2013

0G2012-301179

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 02/06/13 | MST | Draft certificate of conference regarding motion in limine and prepare for filing and service | L210 | .60 hrs |
| 02/06/13 | MST | Telephone call with court clerk regarding certificate of conference for motion in limine | L110 | .20 hrs |
| 02/06/13 | MST | Revise motion in limine and prepare for filing and service | L210 | .40 hrs |
| 02/07/13 | KSA | Review pleadings and go over all filings for pretrial conference | L230 | .50 hrs |
| 02/07/13 | KSA | Draft pretrial disclosures | L210 | 1.80 hrs |
| 02/08/13 | KSA | Edit and add to exhibit list for pretrial disclosures | L210 | .80 hrs |
| 02/08/13 | GP | Review Texas and Fifth Circuit law for drafting jury instructions | L210 | 2.80 hrs |
| 02/08/13 | MST | Receive and review notice from court clerk regarding proposed order for motion in limine and update file regarding same | L110 | .20 hrs |
| 02/08/13 | MST | Email to court clerk attaching proposed order for motion in limine | L110 | .20 hrs |
| 02/11/13 | GP | Draft Jury Instructions | L210 | 3.20 hrs |
| 02/11/13 | GP | Draft Joint Final Pretrial Order | L210 | 2.90 hrs |
| 02/11/13 | GP | Draft witness and exhibit lists to attach to pretrial order | L210 | 1.20 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
APRIL 30, 2013

0G2012-301179

FED ID NO. 63-0243316

| 02/11/13 | GP | Review and revise pretrial disclosures | L310 | .30 hrs |
|---|---|---|---|---|
| 02/11/13 | GP | Draft letter to opposing counsel regarding pretrial motions and disclosures | L210 | .70 hrs |
| 02/11/13 | KSA | Review and edit jury instructions, pretrial order, and Rule 26 disclosures and serve upon plaintiff's in compliance with pretrial order | L210 | 1.30 hrs |
| 02/12/13 | GP | Draft Response and Objections to Plaintiff's Motion in Limine | L250 | 3.20 hrs |
| 02/12/13 | GP | Review and revise Response and Objections to Plaintiff's Motion in Limine | L250 | 2.50 hrs |
| 02/12/13 | SPM | Analyze Plaintiff's motions in limine to devise a strategy for addressing them | L120 | .20 hrs |
| 02/13/13 | SPM | Draft objections to Plaintiff's motions in limine | L120 | 2.20 hrs |
| 02/13/13 | GP | Draft letter to opposing counsel regarding pretrial motions | L120 | .70 hrs |
| 02/15/13 | GP | Telephone conference with opposing counsel regarding pretrial motions | L120 | .80 hrs |
| 02/15/13 | GP | Draft e-mail to opposing counsel regarding pretrial motions | L120 | .30 hrs |
| 02/15/13 | GP | Consider strategy for completing pretrial motions including Joint Final Pretrial Order | L120 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
APRIL 30, 2013

0G2012-301179

FED ID NO. 63-0243316

02/15/13  KSA  Review scheduling order and pleading     L210    .50 hrs
               deadlines and status of present pleadings

               TOTAL FEES FOR THIS MATTER              $8,318.50

        01       Copy Charges                                    0.00
        35       Express Mail/Fedex                              0.00
        41       Computerized Legal Research-Westlaw             0.00

BILLING SUMMARY

        Melanie Thompson      3.20 hrs   158.00 /hr      505.60
        Keith S. Anderson     8.10 hrs   268.00 /hr    2,170.80
        Grant Premo          24.10 hrs   207.00 /hr    4,988.70
        Spencer Mobley        3.30 hrs   198.00 /hr      653.40

TOTAL FEES              38.70 hrs               $8,318.50

**TOTAL CHARGES FOR THIS INVOICE**             $8,318.50

        ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301180

INVOICE #  841655

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301180
     TC # 724488

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/10/13 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 01/28/13 | RH | Research Florida law about time for appellant to move for rehearing and email to P.Stokes regarding same | L210 | .40 hrs |
| 01/28/13 | MJA | Review of order affirming judgment | L510 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $167.10

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | .10 hrs | 317.00 /hr | 31.70 |
| Alecia H. Cockrell | .30 hrs | 158.00 /hr | 47.40 |
| Rudy Hill | .40 hrs | 220.00 /hr | 88.00 |

TOTAL FEES              0.80 hrs                $167.10

**TOTAL CHARGES FOR THIS INVOICE**              $167.10

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301180

INVOICE #  866089

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301180
     TC # 724488

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 02/05/13 | AHC | Review docket to determine if appellant has filed for rehearing, confirm representation information and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .40 hrs |
| 02/13/13 | RH | Review docket to check for motion for rehearing/issuance of mandate and coordinate preparation of closing memorandum | L250 | .30 hrs |
| 02/13/13 | AHC | Correspondence to client regarding final disposition of file | L190 | .20 hrs |

                    TOTAL FEES FOR THIS MATTER                     $160.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .60 hrs | 158.00 /hr | 94.80 |
| Rudy Hill | .30 hrs | 220.00 /hr | 66.00 |

| | | |
|---|---|---|
| TOTAL FEES | 0.90 hrs | $160.80 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$160.80** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                        0G2012-301181
Fort Washington, PA 19034

                                                           INVOICE #  841656

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301181
         TC # 726185

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 01/03/13 | MST | Obtain and analyze Deed of Trust from 1992 and Security Instrument from 2006 | L110 | .40 hrs |
| 01/03/13 | RK | Draft status report for client | L120 | .10 hrs |
| 01/07/13 | MST | Review and analyze Deed of Trust from 1992 and Security Instrument from 2006 | L110 | .60 hrs |
| 01/10/13 | GWG | Correspondence with J. Soliz regarding outstanding discovery requests | L310 | .30 hrs |
| 01/11/13 | RK | Review correspondence to opposing counsel requesting the overdue discovery responses | L120 | .10 hrs |
| 01/13/13 | RK | Revise motion for summary judgment | L240 | 2.70 hrs |
| 01/14/13 | RK | Revise motion for summary judgment and declaration in support of motion in preparation for filing | L240 | 1.20 hrs |
| 01/14/13 | GWG | Work on brief in support of summary judgment | L240 | 2.80 hrs |
| 01/25/13 | RK | Revise declaration in support of motion for summary judgment | L240 | .10 hrs |

                  TOTAL FEES FOR THIS MATTER            $1,994.60

    02        Postage Charges                                    0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

FED ID NO. 63-0243316

41        Computerized Legal Research-Westlaw                      0.00

BILLING SUMMARY

Melanie Thompson        1.00 hrs    158.00 /hr        158.00
Graham W. Gerhardt      3.10 hrs    312.00 /hr        967.20
Riley Key               4.20 hrs    207.00 /hr        869.40

TOTAL FEES              8.30 hrs              $1,994.60

**TOTAL CHARGES FOR THIS INVOICE**            $1,994.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        MARCH 27, 2013
1100 Virginia Drive                                          0G2012-301182
Fort Washington, PA 19034

                                                             INVOICE #   841657

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0G2012-301182
          TC # 726220

     PROFESSIONAL SERVICES

     01/02/13   BAW   Correspond with client and opposing      L160      .20 hrs
                      counsel regarding settlement funds

     01/14/13   BAW   Draft memo to client regarding           L160      .20 hrs
                      borrower's counsel's inquiry regarding
                      settlement term

     01/23/13   BAW   Work with client to confirm deletion of  L160      .20 hrs
                      trade line

     01/23/13   BAW   Final correspondence to opposing counsel L160      .30 hrs
                      regarding satisfaction of obligations
                      under supplemental settlement agreement
                      and referral to Choice Legal for
                      stipulated foreclosure


              TOTAL FEES FOR THIS MATTER                       $300.60


     BILLING SUMMARY

        Brian Wahl           .90 hrs    334.00 /hr      300.60


     TOTAL FEES              0.90 hrs                    $300.60

     **TOTAL CHARGES FOR THIS INVOICE**                 **$300.60**
                                                        ═══════════

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301183

INVOICE #   841658

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:   0G2012-301183
      TC # 726588

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | ABB | Prepare settlement documents and draft closing memo regarding case settlement | L110 | .40 hrs |
| 01/02/13 | ABB | Email correspondence with client regarding settlement documentation | L110 | .30 hrs |
| 01/02/13 | BG | Draft status report regarding file closure | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                  $131.30

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | .70 hrs | 158.00 /hr | 110.60 |
| Blake Goodsell | .10 hrs | 207.00 /hr | 20.70 |

TOTAL FEES             0.80 hrs                $131.30

**TOTAL CHARGES FOR THIS INVOICE**           $131.30

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301184

INVOICE #  841659

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301184
     TC # 728190

PROFESSIONAL SERVICES

| 01/03/13 | RK | Draft status report for client | L120 | .10 hrs |
|---|---|---|---|---|
| 01/04/13 | RK | Review motion for extension of time to file response filed by opposing counsel | L120 | .30 hrs |
| 01/09/13 | RK | Review Response brief filed by Plaintiff | L240 | .50 hrs |
| 01/09/13 | GWG | Review plaintiff's 12(b)(6) opposition brief and prepare arguments for reply brief | L240 | 1.20 hrs |
| 01/14/13 | RK | Draft reply brief in further support of motion to dismiss | L240 | 5.50 hrs |
| 01/15/13 | RK | Revise reply brief in support of motion to dismiss | L240 | 2.10 hrs |
| 01/15/13 | MST | Finalize memorandum in support of motion to dismiss and prepare for filing and service | L210 | .80 hrs |
| 01/15/13 | GWG | Work on reply brief in support of motion to dismiss | L240 | 2.60 hrs |

TOTAL FEES FOR THIS MATTER                $3,071.50



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
MARCH 27, 2013

0G2012-301184

FED ID NO. 63-0243316

| Date | Description | Amount |
|------|-------------|--------|
| 01/08/13 | Copy Charges | 0.00 |
| 01/08/13 | Copy Charges | 0.00 |
| 01/14/13 | Copy Charges | 0.00 |
| 01/15/13 | Copy Charges | 0.00 |
| 01/03/13 | Computerized Legal Research-Westlaw Westlaw User: KEY,RILEY | 0.00 |
| 01/14/13 | Computerized Legal Research-Westlaw Westlaw User: KEY,RILEY | 0.00 |
| 01/15/13 | Computerized Legal Research-Westlaw Westlaw User: KEY,RILEY | 0.00 |

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Melanie Thompson | .80 hrs | 158.00 /hr | 126.40 |
| Graham W. Gerhardt | 3.80 hrs | 312.00 /hr | 1,185.60 |
| Riley Key | 8.50 hrs | 207.00 /hr | 1,759.50 |

TOTAL FEES          13.10 hrs                    $3,071.50

**TOTAL CHARGES FOR THIS INVOICE**              $3,071.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2012-301186
Fort Washington, PA 19034

                                                          INVOICE #  841660

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0G2012-301186
          TC # 728649

PROFESSIONAL SERVICES

01/02/13    MST    Obtain and analyze docket sheet to         L210      .30 hrs
                   determine case status and strategy

01/03/13    RK     Draft status report for client            L120      .10 hrs

01/11/13    MST    Obtain and analyze current docket sheet    L110      .30 hrs
                   to determine ruling on motion and update
                   file regarding same

01/15/13    MST    Telephone call with court clerk            L110      .20 hrs
                   regarding ruling on motion to compel and
                   notice of submission

01/17/13    GWG    Correspondence with client regarding       L120      .20 hrs
                   status of litigation


            TOTAL FEES FOR THIS MATTER                        $209.50


BILLING SUMMARY

     Melanie Thompson           .80 hrs    158.00 /hr        126.40
     Graham W. Gerhardt         .20 hrs    312.00 /hr         62.40
     Riley Key                  .10 hrs    207.00 /hr         20.70


TOTAL FEES                     1.10 hrs                   $209.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301186

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $209.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301186

INVOICE #  866090

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301186
     TC # 728649

PROFESSIONAL SERVICES

02/04/13  RK    Draft status report to client        L120      .10 hrs


          TOTAL FEES FOR THIS MATTER                          $20.70


BILLING SUMMARY

   Riley Key              .10 hrs   207.00 /hr        20.70


TOTAL FEES               0.10 hrs                    $20.70

TOTAL CHARGES FOR THIS INVOICE                       $20.70

          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 26, 2013
1100 Virginia Drive                                      0G2012-301187
Fort Washington, PA 19034

                                                         INVOICE #  840956

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

    Re:  0G2012-301187
         TC # 728740

<u>EXPENSES</u>

| | |
|---|---|
| 01/14/13 Copy Charges | 0.00 |
| 01/14/13 Copy Charges | 0.00 |
| 01/14/13 Copy Charges | 0.00 |
| 01/14/13 Copy Charges | 0.00 |
| 01/14/13 Copy Charges | 0.00 |
| 01/14/13 Copy Charges | 0.00 |
| 01/15/13 Copy Charges | 0.00 |
| 01/17/13 Copy Charges | 0.00 |
| 01/18/13 Copy Charges | 0.00 |
| 01/18/13 Copy Charges | 0.00 |
| 01/23/13 Airline Tickets - JESSICA JONES ATTEND MOTION HEARING IN TAMPA, FL 1/15/13 - 1/16/13 Bank ID: GENR Check Number: 105658 | 229.80 |
| 01/23/13 Travel Expense - JESSICA JONES ATTEND MOTION HEARING IN TAMPA, FL 1/15/13 - 1/16/13 HOTEL Bank ID: GENR Check Number: 105658 | 240.20 |
| 01/23/13 Travel Expense - JESSICA JONES ATTEND MOTION HEARING IN TAMPA, FL 1/15/13 - 1/16/13 CAB FARE Bank ID: GENR Check Number: 105658 | 60.05 |
| 01/23/13 Travel Expense - JESSICA JONES ATTEND MOTION HEARING IN TAMPA, FL 1/15/13 - 1/16/13 PARKING Bank ID: GENR Check Number: 105658 | 18.00 |
| 01/23/13 Meal Expense - JESSICA JONES ATTEND MOTION HEARING IN TAMPA, FL 1/15/13 - 1/16/13 Bank ID: GENR Check Number: 105658 | 71.15 |
| 01/15/13 Computerized Legal Research-Westlaw Westlaw User: JONES,JESSICA | 0.00 |

                  TOTAL COSTS FOR THIS MATTER          $619.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
MARCH 26, 2013

Rescap

0G2012-301187

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $619.20 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $619.20 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              MARCH 27, 2013
1100 Virginia Drive                                 0G2012-301187
Fort Washington, PA 19034

                                                    INVOICE #  841661

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

   Re:  0G2012-301187
        TC # 728740

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | JLJ | Plan and prepare for hearing | L240 | .30 hrs |
| 01/03/13 | JLJ | Plan and prepare for motion to compel and dispositive motion hearing | L240 | .20 hrs |
| 01/14/13 | JAM | Assist with assembly of hearing notebook | L230 | .20 hrs |
| 01/14/13 | JLJ | Plan and prepare to gather materials for hearing on motion to compel and motion to dismiss | L230 | .40 hrs |
| 01/15/13 | JLJ | Review complaint, notice of removal, motion to dismiss and prepare for hearing | L240 | 2.40 hrs |
| 01/16/13 | JLJ | Review orders regarding motion to compel and show cause hearing | L250 | .30 hrs |
| 01/16/13 | JLJ | Draft memorandum regarding hearing and argument at the same and case strategy | L450 | 1.10 hrs |
| 01/16/13 | JLJ | Continue preparations for hearing on motion to dismiss and motion to compel | L450 | 2.10 hrs |
| 01/16/13 | JLJ | Attendance at hearing on motion to dismiss and motion to compel | L450 | 1.20 hrs |
| 01/17/13 | JLJ | Review correspondence from client regarding original note and respond to same regarding hearing on motion to dismiss and motion to compel | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
MARCH 27, 2013

0G2012-301187

FED ID NO. 63-0243316

| 01/18/13 | JLJ | Plan and prepare for show cause hearing | L230 | .10 hrs |
|---|---|---|---|---|
| 01/18/13 | JLJ | Strategize regarding Rule 11 letter and motion for sanctions | L250 | .20 hrs |
| 01/23/13 | JLJ | Plan and prepare for Rule 11 arguments and motion | L250 | .20 hrs |
| 01/31/13 | JLJ | Attend show cause hearing telephonically | L230 | .40 hrs |
| 01/31/13 | JLJ | Review court order and filing notices regarding show cause hearing and dismissal of case | L250 | .30 hrs |
| 01/31/13 | JLJ | Correspondence with client regarding hearing and dismissal of case | C300 | .20 hrs |

TOTAL FEES FOR THIS MATTER                           $2,225.20

BILLING SUMMARY

| Jamie Mathews | .20 hrs | 150.00 /hr | 30.00 |
|---|---|---|---|
| Jessica L. Jones | 9.80 hrs | 224.00 /hr | 2,195.20 |

TOTAL FEES          10.00 hrs                      $2,225.20

**TOTAL CHARGES FOR THIS INVOICE**                 $2,225.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        APRIL 30, 2013
1100 Virginia Drive                                          0G2012-301187
Fort Washington, PA 19034

                                                             INVOICE #  866091

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301187
         TC # 728740

PROFESSIONAL SERVICES

02/13/13  JLJ  Review and revise closing file memorandum  L190       .10 hrs

          TOTAL FEES FOR THIS MATTER                          $22.40

BILLING SUMMARY

    Jessica L. Jones            .10 hrs   224.00 /hr        22.40

TOTAL FEES                  0.10 hrs                      $22.40

**TOTAL CHARGES FOR THIS INVOICE**                       $22.40

          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                        0G2012-301189
Fort Washington, PA 19034

                                                           INVOICE #   841662

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

   Re:  0G2012-301189
        TC # 729750

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 01/02/13 | JAM | Investigate certified mail service of process issues with defendants | L210 | .40 hrs |
| 01/04/13 | JAM | Research new procedures for accessing public case dockets and obtain Access online docket and review for recent case activity to confirm docketing of Notice of Hearing | L210 | .40 hrs |
| 01/04/13 | JAM | Review Notice of Hearing and confirm accuracy of address | L110 | .20 hrs |
| 01/04/13 | JAM | Research certified mailing issues to ascertain and then confirm that the pro se defendants were served with the Motion for Hearing | L110 | .30 hrs |
| 01/04/13 | RPR | Exchange e-mails with client regarding status of loss mitigation review | B110 | .20 hrs |
| 01/04/13 | RPR | Exchange e-mails with opposing counsel regarding status of settlement | B110 | .20 hrs |
| 01/07/13 | JAM | Draft Notice of Cancellation of January 9, 2013, hearing, prepare certified mail package to pro se defendants, prepare Notice for submission to court, and email pleading to foreclosure counsel pursuant to Florida Rule 2.516 | L210 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301189

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/07/13 | JAM | Multiple telephone conferences and emails with R.Robichaux regarding settlement strategy, and emails with Foreclosure Judicial Assistant regarding status of hearing and cancellation of same | L230 | .70 hrs |
| 01/08/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/08/13 | JAM | Email correspondence to K.Peters regarding rescheduling of hearing | L230 | .10 hrs |
| 01/08/13 | JAM | Email communication with Judicial Assistant regarding cancellation/rescheduling of hearing | L230 | .20 hrs |
| 01/09/13 | RPR | Exchange multiple e-mails with borrower's counsel regarding short sale | B110 | .30 hrs |
| 01/09/13 | RPR | Exchange multiple e-mails with client regarding short sale | B110 | .20 hrs |
| 01/09/13 | RPR | Update case status | B110 | .20 hrs |
| 01/09/13 | JAM | Email correspondence with K.Peters to confirm cancellation of hearing | L230 | .10 hrs |
| 01/10/13 | JAM | Email correspondence to J.Shurling regarding dates for hearing | L230 | .20 hrs |
| 01/14/13 | RPR | Exchange emails with client regarding loss mit issues | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
MARCH 27, 2013

0G2012-301189

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hrs |
|---|---|---|---|---|
| 01/14/13 | RPR | Exchange emails with borrowerÆs counsel regarding selling agent issues | L120 | .30 hrs |
| 01/15/13 | JAM | Emails with Judicial Assistant regarding potential hearing dates | L230 | .30 hrs |
| 01/15/13 | RPR | Review hearing dates from court | B110 | .10 hrs |
| 01/16/13 | RPR | E-mail borrower's counsel regarding brokerage issues | B110 | .30 hrs |
| 01/22/13 | RPR | E-mail with borrower's counsel regarding short sale | B110 | .20 hrs |
| 01/28/13 | RPR | Exchange e-mails with borrower's counsel and client regarding sale of property and closing requirements | B110 | .50 hrs |
| 01/28/13 | RPR | Telephone call with borrower's counsel regarding IBPO | B110 | .20 hrs |
| 01/29/13 | JAM | Emails with Judicial Assistant of Foreclosure Division regarding cancellation of hearing | L230 | .20 hrs |
| 01/30/13 | RPR | Telephone call to borrower's counsel regarding closing of sale | B110 | .20 hrs |
| 01/31/13 | RPR | Phone call to borrower's counsel regarding closing issues | B110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                $1,451.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
MARCH 27, 2013

0G2012-301189

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | 4.60 hrs | 150.00 /hr | 690.00 |
| Ryan Robichaux | 3.40 hrs | 224.00 /hr | 761.60 |

TOTAL FEES              8.00 hrs                      $1,451.60

**TOTAL CHARGES FOR THIS INVOICE**              $1,451.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301189

INVOICE #  866092

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301189
     TC # 729750

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 02/04/13 | RPR | Exchange telephone calls with opposing counsel regarding short sale | B110 | .30 hrs |
| 02/05/13 | RPR | Exchange multiple e-mails with borrowers counsel regarding HOA fees | B110 | .20 hrs |
| 02/05/13 | RPR | Exchange multiple e-mails with client regarding short sale | B110 | .20 hrs |
| 02/06/13 | JAM | Access online docket and review for recent case activity and review for recently docketed pleadings and case activity | L120 | .20 hrs |
| 02/06/13 | RPR | Exchange emails with client regarding HOA due payment | B110 | .20 hrs |
| 02/07/13 | RPR | Email with opposing counsel regarding HOA issue | B110 | .20 hrs |
| 02/10/13 | RPR | Analyze short offer strategy | B110 | .20 hrs |
| 02/11/13 | RPR | Exchange emails with client regarding progress of short offer review | B110 | .30 hrs |
| 02/11/13 | RPR | Exchange emails with opposing counsel regarding progress of short offer review | B110 | .20 hrs |
| 02/13/13 | RPR | Email with borrower's counsel regarding closing procedures | B110 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS LLP**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
APRIL 30, 2013

0G2012-301189

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $478.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .20 hrs | 150.00 /hr | 30.00 |
| Ryan Robichaux | 2.00 hrs | 224.00 /hr | 448.00 |

TOTAL FEES                    2.20 hrs                    $478.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$478.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        APRIL 30, 2013
1100 Virginia Drive                                          0G2012-301190
Fort Washington, PA 19034

                                                             INVOICE #  866093

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301190
         TC # 730691

PROFESSIONAL SERVICES

02/14/13  MST   Review of dismissal documents, prepare      L110      .40 hrs
                for closing and draft closing memo for
                attorney review


                TOTAL FEES FOR THIS MATTER                            $63.20


BILLING SUMMARY

    Melanie Thompson          .40 hrs   158.00 /hr          63.20


TOTAL FEES                   0.40 hrs                       $63.20

**TOTAL CHARGES FOR THIS INVOICE**                          **$63.20**


                ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301191

INVOICE #  841664

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301191
TC # 706845

PROFESSIONAL SERVICES

| 01/15/13 | BAW | Draft case status report to client | L190 | .10 hrs |
|---|---|---|---|---|
| 01/22/13 | BAW | Correspond with client regarding status | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                         $100.20

01       Copy Charges                                      0.00

BILLING SUMMARY

| Brian Wahl | .30 hrs | 334.00 /hr | 100.20 |
|---|---|---|---|

TOTAL FEES          0.30 hrs              $100.20

**TOTAL CHARGES FOR THIS INVOICE**          **$100.20**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301191

INVOICE #  866094

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301191
     TC # 706845

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 02/04/13 | JAM | Access online docket and review for recent case activity and review for recently docketed pleadings and case activity | L120 | .20 hrs |
| 02/07/13 | BAW | Correspond with client regarding ILAB | L190 | .20 hrs |
| 02/12/13 | BAW | Draft report to client regarding status of litigation | L190 | .70 hrs |
| 02/15/13 | BAW | Draft case summary memorandum to client | L190 | 1.80 hrs |
| 02/15/13 | BAW | Outline written discovery | L310 | .50 hrs |
| 02/15/13 | BAW | Work to identify strategies for pushing case forward | L190 | .20 hrs |
| 02/15/13 | BAW | Review reported TILA cases involving Golant | L190 | .30 hrs |
| 02/15/13 | BAW | Contact borrower's counsel regarding Ms. Tamposi's deposition | L330 | .30 hrs |
| 02/15/13 | CWH | Exchange e-mails with client about potential strategy on the TILA issues | L120 | .20 hrs |
| 02/15/13 | CWH | Research TILA statute of limitations, available damages, and issues about liquidation and offset claims for Tamposi matter | L120 | 2.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
APRIL 30, 2013

0G2012-301191

FED ID NO. 63-0243316

02/15/13   APUC Review and analyze case strategy and            L120      1.00 hrs
           TILA requirements

           TOTAL FEES FOR THIS MATTER                                 $2,559.60

BILLING SUMMARY

    Brian Wahl            4.00 hrs    334.00 /hr        1,336.00
    Christian W. Hancock  2.60 hrs    361.00 /hr          938.60
    Jamie Mathews          .20 hrs    150.00 /hr           30.00
    Amy Puckett           1.00 hrs    255.00 /hr          255.00

TOTAL FEES               7.80 hrs                     $2,559.60

**TOTAL CHARGES FOR THIS INVOICE**                    **$2,559.60**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 26, 2013
0G2012-301192

INVOICE #  840957

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

Re:   0G2012-301192
      TC # 707666

<u>EXPENSES</u>

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 20 | Airline Tickets | 1,315.20 |
| 21 | Travel Expense | 83.90 |
| 23 | Meal Expense | 22.56 |
| | TOTAL COSTS FOR THIS MATTER | $1,421.66 |

| TOTAL FEES | 0.00 hrs | $.00 |
|------------|----------|------|
| TOTAL EXPENSES | | $1,421.66 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $1,421.66 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                        0G2012-301192
Fort Washington, PA 19034

                                                           INVOICE #  841665

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

        Re:  0G2012-301192
             TC # 707666

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | MPE | Email correspondence with the clerk of court confirming the summary judgment hearing set for January 11, 2013 | L110 | .20 hrs |
| 01/02/13 | MW | Conference with J.Seigel, local co-counsel, regarding joint appearance and argument at upcoming motion for summary judgment hearing | C400 | .40 hrs |
| 01/04/13 | MW | Draft status update to client regarding pending motions and litigation strategy | C300 | .10 hrs |
| 01/04/13 | MW | Review correspondence, new motions, and settlement offer sent by opposing counsel in light of upcoming hearing | C300 | .50 hrs |
| 01/04/13 | MW | Correspondence with C.Cudebec, opposing counsel, regarding newly filed motions and extended settlement offer in light of scheduled motion for summary judgment hearing | C400 | .40 hrs |
| 01/04/13 | MCG | Strategy regarding motion for summary judgment hearing, settlement demand, and borrower's recently filed motion to amend and to compel | L120 | .40 hrs |
| 01/04/13 | MW | Correspondence with H.Franchi regarding updated procedural posture of action in light of opposing counsel's newly filed motions, extension of settlement offer, and revised litigation strategy in light | C400 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
MARCH 27, 2013

0G2012-301192

FED ID NO. 63-0243316

Rescap

of upcoming noticed hearing on the
pending motion for summary judgment

| 01/04/13 | MW | Correspondence with local co-counsel J.Seigel regarding newly-filed motions and settlement offer served by opposing counsel in light of scheduled motion for summary judgment hearing | C400 | .30 hrs |
|---|---|---|---|---|
| 01/05/13 | MW | Draft and revise letter to opposing counsel pursuant to Florida Statute 57.105 regarding newly filed motions, discovery dispute, and failure to confer | C400 | 1.00 hrs |
| 01/05/13 | MW | Draft and revise motion for sanctions pursuant to Rule 1.380 of the Florida Rules of Civil Procedure regarding filed motions, upcoming hearing, and failure to confer | L210 | 2.80 hrs |
| 01/05/13 | MW | Correspondence with C.Cudebec, opposing counsel, regarding newly filed motions and activity moving forward due to failure to confer or respond to correspondence | C400 | .20 hrs |
| 01/07/13 | MW | Review and revise draft letter and enclosed motion for sanctions with 21-day safe harbor period pursuant to Florida Statute 57.105 | C400 | .30 hrs |
| 01/07/13 | MW | Review and analyze procedural posture of action in light of newly filed motions and upcoming hearing, in preparation for development of revised litigation strategy moving forward as well as new correspondence to be delivered to opposing counsel | C300 | 1.60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      3
MARCH 27, 2013

0G2012-301192

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 01/07/13 | MW | Correspondence with C.Cudebec, opposing counsel, enclosing letter and motion for sanctions, in light of upcoming hearing | C400 | .20 hrs |
| 01/07/13 | MCG | Review and revise sanctions letter to opposing counsel | C400 | .20 hrs |
| 01/07/13 | MCG | Review and revise motion for sanctions | L210 | .30 hrs |
| 01/07/13 | MPE | Revise and finalize 57.105 letter to opposing counsel. | L110 | .40 hrs |
| 01/07/13 | MPE | Review file history to determine relevant documents needed for hearing on January 11, 2013. | L110 | .90 hrs |
| 01/07/13 | MPE | Review all recently filed motions and correspondence to update litigation analysis and timeline to assist with January 11, 2013 hearing | L110 | 1.20 hrs |
| 01/08/13 | MPE | Receive and review opposing counsel's response letter and exhibits. | L110 | .30 hrs |
| 01/08/13 | MPE | Revise and finalize materials needed for January 11, 2013 hearing based on letter from opposing counsel. | L110 | 1.50 hrs |
| 01/08/13 | MPE | Email correspondence with default counsel confirming documentation needed for January 11, 2013 hearing. | L110 | .20 hrs |
| 01/08/13 | MPE | Draft and finalize proposed order for January 11, 2013 hearing. | L110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
MARCH 27, 2013

0G2012-301192

FED ID NO. 63-0243316

| 01/08/13 | MW | Review and analyze correspondence from opposing counsel M.Toll regarding recent correspondence, recently filed discovery motions, and pending notice of hearing on motion for summary judgment | L120 | .90 hrs |
|---|---|---|---|---|
| 01/08/13 | MW | Correspondence with local counsel J.Seigel regarding upcoming hearing and status of action | L120 | .30 hrs |
| 01/08/13 | MW | Correspondence with H.Franchi regarding updated correspondence with opposing counsel and hearing date | L120 | .10 hrs |
| 01/09/13 | CWH | Review and analyze borrower's counsel's latest letter and multiple issues set for motion for summary judgment hearing on 1/11/13 | L120 | .90 hrs |
| 01/09/13 | MCG | Strategy regarding motion for summary judgment and motion to compel filed by borrower | L120 | .20 hrs |
| 01/09/13 | MPE | Review file history to determine representation history of borrower to assist with preparation for January 11, 2012 hearing and assist with drafting response to opposing counsel. | L110 | 2.10 hrs |
| 01/09/13 | MW | Review and analysis of recent motions filed in preparation for upcoming hearing on pending motion for summary judgment and response to opposing counsel's filings | C300 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE        5
MARCH 27, 2013

0G2012-301192

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 01/09/13 | MW | Draft and revise second response letter to opposing counsel's recent correspondence in light of recently filed motions | C400 | 1.10 hrs |
| 01/10/13 | CWH | Assist with preparation and strategy for tomorrow's motion for summary judgment hearing | L240 | .20 hrs |
| 01/10/13 | CWH | Review and revise letter in response to borrower's counsel's latest letter | L120 | .10 hrs |
| 01/10/13 | JDV | Analysis of motion for summary judgment in preparation of hearing | L450 | 1.10 hrs |
| 01/11/13 | JDV | Analysis of timeline, case file and pleadings in preparation of hearing on motion for summary judgment | L120 | 2.60 hrs |
| 01/11/13 | JDV | Face to face settlement negotiations with M.Toll, defendant's attorney | L160 | .60 hrs |
| 01/11/13 | JDV | Communications with client regarding settlement authority | L160 | .40 hrs |
| 01/11/13 | JDV | Attend hearing on motion for summary judgment | L450 | 1.10 hrs |
| 01/11/13 | MW | Correspondence with H.Franchi regarding potential for resolution of action based on conference with opposing counsel at hearing on motion for summary judgment | C400 | .30 hrs |
| 01/11/13 | CWH | Review and analyze judge's comments from the motion for summary judgment hearing today and borrower's counsel's interest in settlement | L160 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    6
MARCH 27, 2013

0G2012-301192

FED ID NO. 63-0243316

| 01/14/13 | MW | Correspondence with H.Franchi regarding correspondence with opposing counsel | C400 | .10 hrs |
|---|---|---|---|---|
| 01/22/13 | MW | Conference with local co-counsel J.Seigel regarding coordination of negotiations with opposing counsel and litigation strategy moving forward | C400 | .40 hrs |
| 01/23/13 | MW | Correspondence with local co-counsel J.Seigel regarding negotiations with opposing counsel | C400 | .30 hrs |
| 01/30/13 | MW | Correspondence with local counsel J.Seigel regarding updated negotiation status with opposing counsel | C400 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $7,122.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 1.30 hrs | 361.00 /hr | 469.30 |
| Michael C. Griffin | 1.10 hrs | 348.00 /hr | 382.80 |
| Jose D. Vega | 5.80 hrs | 264.00 /hr | 1,531.20 |
| Monica Wilson | 12.60 hrs | 282.00 /hr | 3,553.20 |
| Melisa P. Palmer | 7.10 hrs | 167.00 /hr | 1,185.70 |

TOTAL FEES            27.90 hrs            $7,122.20

**TOTAL CHARGES FOR THIS INVOICE**            **$7,122.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2012-301192
Fort Washington, PA 19034

                                                               INVOICE #  866095

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301192
         TC # 707666

<u>PROFESSIONAL SERVICES</u>

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 02/01/13 | MW | Draft status report to client regarding updated litigation strategy | L120 | .10 hrs |
| 02/04/13 | MW | Conference with J.Seigel regarding correspondence with opposing counsel and potential terms and conditions for settlement negotiations | L120 | .30 hrs |
| 02/04/13 | MW | Correspondence with client regarding potential for settlement of litigation | L120 | .20 hrs |
| 02/04/13 | MPE | Prepare initial draft of settlement agreement. | L110 | .40 hrs |
| 02/04/13 | MPE | Research docket to confirm status. | L110 | .20 hrs |
| 02/04/13 | MPE | Telephone call with judicial assistant regarding agreed order entered 1-11-13 | L210 | .20 hrs |
| 02/05/13 | MPE | Draft settlement memorandum for client for approval. | L110 | .80 hrs |
| 02/06/13 | MW | Draft and revise proposed settlement agreement terms and conditions, including limitation on release of any funds prior to vacate date of property | L320 | 1.00 hrs |
| 02/06/13 | MW | Draft and revise proposed settlement memorandum regarding litigation strategy and discovery disputes | L320 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
APRIL 30, 2013

0G2012-301192

FED ID NO. 63-0243316

| 02/08/13 | MCG | Review and revise settlement proposal memorandum | L160 | .30 hrs |
|---|---|---|---|---|
| 02/08/13 | MCG | Review and revise settlement agreement | L160 | .50 hrs |
| 02/10/13 | MW | Correspondence with regarding draft settlement agreement and settlement memorandum for review and approval | C400 | .30 hrs |
| 02/13/13 | MPE | Revise settlement agreement pursuant to client's instructions. | L110 | .40 hrs |
| 02/14/13 | MCG | Review and revise settlement agreement | L160 | .30 hrs |
| 02/14/13 | MW | Review and analyze proposed settlement terms and conditions after correspondence with client regarding debtor entity nonparty status in litigation | L120 | .30 hrs |
| 02/14/13 | MW | Correspondence with client regarding debtor entity nonparty status in litigation and proposed terms and conditions of potential settlement | C300 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                $1,478.20

BILLING SUMMARY

| Michael C. Griffin | 1.10 hrs | 348.00 /hr | 382.80 |
|---|---|---|---|
| Monica Wilson | 2.70 hrs | 282.00 /hr | 761.40 |
| Melisa P. Palmer | 2.00 hrs | 167.00 /hr | 334.00 |

TOTAL FEES              5.80 hrs              $1,478.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE       3
APRIL 30, 2013

0G2012-301192

FED ID NO. 63-0243316

---

TOTAL CHARGES FOR THIS INVOICE                    $1,478.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                             0G2012-301194
Fort Washington, PA 19034

                                                               INVOICE #  841666

                                                               FED ID NO. 63-0243316
_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301194
         TC # 693991

PROFESSIONAL SERVICES

01/14/13   BG    Correspondence with client regarding        L120      .10 hrs
                 status of the case

01/16/13   ABB   Telephone conference with Judge's office     L110      .20 hrs
                 regarding pending motion and ruling
                 regarding same as well as e-mail
                 communications in order to update file

01/25/13   BG    Correspondence with client regarding        L120      .10 hrs
                 conversations with the court about
                 securing a ruling on the pending motion
                 for summary judgment

01/31/13   ABB   Additional phone call with Judge's          L110      .20 hrs
                 secretary regarding status of ruling on
                 motion for summary judgment hearings and
                 e-mails regarding the same

01/31/13   JHP   Provided monthly status report to client    L120      .10 hrs


           TOTAL FEES FOR THIS MATTER                               $133.60


BILLING SUMMARY

    Allison Burke            .40 hrs    158.00 /hr        63.20
    Jon H. Patterson         .10 hrs    290.00 /hr        29.00
    Blake Goodsell           .20 hrs    207.00 /hr        41.40


TOTAL FEES                 0.70 hrs                    $133.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
MARCH 27, 2013

0G2012-301194

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $133.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2012-301194
Fort Washington, PA 19034

INVOICE #  866096

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301194
     TC # 693991

PROFESSIONAL SERVICES

02/12/13   ABB   Telephone conference with Judge's office      L110      .20 hrs
                 regarding possible ruling regarding
                 Motion for Summary Judgment and update
                 file regarding telephone conversation

                 TOTAL FEES FOR THIS MATTER                              $31.60

BILLING SUMMARY

   Allison Burke              .20 hrs   158.00 /hr        31.60

TOTAL FEES                   0.20 hrs                    $31.60

**TOTAL CHARGES FOR THIS INVOICE**                       $31.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        MARCH 27, 2013
1100 Virginia Drive                                          0G2012-301195
Fort Washington, PA 19034

                                                             INVOICE #  841667

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301195
         TC # 708797

PROFESSIONAL SERVICES

01/02/13   phn   Draft status report for client            L190      .20 hrs

01/02/13   phn   Review and analysis of correspondence     L120      .40 hrs
                 from opposing counsel regarding
                 plaintiffÆs commitment

01/08/13   phn   Communications with P.Stokes regarding    L160      .40 hrs
                 PlaintiffÆs offer for settlement

01/08/13   phn   Phone calls to PlaintiffÆs counsel        L160      .30 hrs
                 regarding offer for settlement and
                 PlaintiffÆs mortgage commitment

01/16/13   phn   E-mail to P. Stokes regarding opposing    B110      .40 hrs
                 counsel's request to refinance and to
                 obtain payoff instructions

01/17/13   phn   Correspondence with P.Stokes regarding    L120      .40 hrs
                 PlaintiffÆs commitment to refinance the
                 loan with 3rd party mortgage broker

01/23/13   phn   Email exchange with P.Stokes regarding    L120      .40 hrs
                 arms length transaction issues
                 surrounding borrowerÆs offer to refinance

01/25/13   phn   Phone conversation with P.Stokes          L120      .30 hrs
                 regarding FHA restrictions and
                 borrowerÆs commitment to refinance



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
MARCH 27, 2013

0G2012-301195

FED ID NO. 63-0243316

---

| 01/25/13 | phn | Phone conversation with opposing counsel regarding confirmation of borrowerÆs commitment and GMACÆs request to conduct BPO | L120 | .30 hrs |
| 01/25/13 | phn | Draft letter to opposing counsel memorializing request to conduct BPO | L120 | .20 hrs |
| 01/30/13 | phn | Review and analysis of reinstatement quote in preparation for plaintiff's short payoff commitment | L160 | .30 hrs |

TOTAL FEES FOR THIS MATTER                              $838.80

BILLING SUMMARY

   Preston H. Neel          3.60 hrs   233.00 /hr       838.80

TOTAL FEES                  3.60 hrs                    $838.80

**TOTAL CHARGES FOR THIS INVOICE**                     $838.80

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0G2012-301195
Fort Washington, PA 19034

                                                          INVOICE #  866097

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

     Re:  0G2012-301195
          TC # 708797

     PROFESSIONAL SERVICES

     02/01/13  phn  Draft status report for client         L190      .20 hrs

               TOTAL FEES FOR THIS MATTER                       $46.60

     BILLING SUMMARY

        Preston H. Neel            .20 hrs   233.00 /hr        46.60

     TOTAL FEES                  0.20 hrs                    $46.60

     **TOTAL CHARGES FOR THIS INVOICE**                     **$46.60**

               ***** TOTAL DUE UPON RECEIPT *****