

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301196

INVOICE #   841668

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301196
     TC # 721908

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | JAM | Review multiple emails regarding case analysis and strategy for going forward with Motion to Amend Complaint | L210 | .30 hrs |
| 01/02/13 | JDV | Draft December 2012 status report for client | L190 | .20 hrs |
| 01/07/13 | JDV | Email correspondence with client regarding status of summary judgment | L190 | .20 hrs |
| 01/10/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/11/13 | CWH | Review and approve email to client regarding standing issues | L110 | .10 hrs |
| 01/11/13 | JDV | Analysis of January 2013 docket | L120 | .10 hrs |
| 01/14/13 | JAM | Review emails regarding status and strategy of litigation | L120 | .10 hrs |
| 01/14/13 | JDV | Email correspondence with client regarding summary judgment | L190 | .20 hrs |
| 01/24/13 | JDV | Follow-up email correspondence with client regarding litigation strategy | L190 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301196

FED ID NO. 63-0243316

| 01/28/13 | CWH | Exchange e-mails with client about post-judgment issues | L120 | .20 hrs |
|---|---|---|---|---|
| 01/28/13 | JDV | Draft argument sections IV(A)-(E) in Motion for Summary Judgment on Defendant's Affirmative Defenses and Counterclaims | L210 | 6.30 hrs |
| 01/29/13 | JDV | Review Accurint Report on defendant | L120 | .60 hrs |
| 01/29/13 | JDV | Draft argument sections IV(F)-(S) in Motion for Summary Judgment on Defendant's Affirmative Defenses and Counterclaims | L210 | 5.90 hrs |
| 01/29/13 | CWH | Continue to exchange e-mails with client about post-judgment issues | L120 | .10 hrs |
| 01/30/13 | JDV | Revise argument section IV(A)-(S) in motion for summary judgment on defendant's affirmative defenses and counterclaims | L210 | 1.30 hrs |
| 01/30/13 | JDV | Email correspondence with client regarding servicing letter to borrower | L190 | .20 hrs |
| 01/31/13 | JDV | Email correspondence with client regarding servicing of defendant's loan | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $4,315.00

EXPENSES

| 01 | Copy Charges | 0.00 |
|---|---|---|
| 07 | Filing Fees | 5.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
MARCH 27, 2013

0G2012-301196

FED ID NO. 63-0243316

---

41        Computerized Legal Research-Westlaw                    0.00

          TOTAL COSTS FOR THIS MATTER              $5.00

BILLING SUMMARY

    Christian W. Hancock        .40 hrs    361.00 /hr        144.40
    Jamie Mathews               .70 hrs    150.00 /hr        105.00
    Jose D. Vega              15.40 hrs    264.00 /hr      4,065.60


TOTAL FEES                    16.50 hrs                  $4,315.00

TOTAL EXPENSES                                              $5.00

**TOTAL CHARGES FOR THIS INVOICE**                      **$4,320.00**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2012-301196
Fort Washington, PA 19034

                                                               INVOICE #  866098

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301196
         TC # 721908

    PROFESSIONAL SERVICES

    02/01/13  JAM   Access online docket and review for      L120      .20 hrs
                    recent case activity and review for
                    recently docketed pleadings and case
                    activity

    02/05/13  JDV   Draft January 2013 status report for     L190      .10 hrs
                    client

                    TOTAL FEES FOR THIS MATTER                        $56.40

        01        Copy Charges                                          0.00

    BILLING SUMMARY

        Jamie Mathews          .20 hrs    150.00 /hr      30.00
        Jose D. Vega           .10 hrs    264.00 /hr      26.40

    TOTAL FEES                0.30 hrs                  $56.40

    TOTAL CHARGES FOR THIS INVOICE                     $56.40

                ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 26, 2013
0G2012-301197

INVOICE #  840958

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

Re:  0G2012-301197
     TC # 690134

<u>EXPENSES</u>

| 12 | Court Costs - Pleadings | 200.00 |
|---|---|---|
| | TOTAL COSTS FOR THIS MATTER | $200.00 |

| TOTAL FEES | 0.00 hrs | $.00 |
|---|---|---|
| TOTAL EXPENSES | . | $200.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$200.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301197

INVOICE #  841669

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301197
     TC # 690134

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 01/07/13 | CET | Providing status update to the client. | L310 | .20 hrs |
| 01/07/13 | CET | Email correspondence with H. Franchi regarding the motion for summary judgment. | L240 | .20 hrs |
| 01/09/13 | JDR | Review motion for extension of time to file response to summary judgment motion. | L240 | .10 hrs |
| 01/09/13 | JDR | Attempt to contact Z.Taylor regarding summary judgment extension motion | L240 | .10 hrs |
| 01/09/13 | JDR | Telephone conference with D.Mour regarding hearing on motion for extension of time in which to respond to summary judgment motion. | L240 | .20 hrs |
| 01/16/13 | JDR | Second telephone conference with Z.Taylor regarding production of original loan file. | L310 | .20 hrs |
| 01/16/13 | JDR | Follow-up e-mail to Z.Taylor regarding original loan file. | L310 | .10 hrs |
| 01/16/13 | JDR | Work on determining how to resolve dispute regarding production of original loan documents. | L310 | .30 hrs |
| 01/16/13 | JDR | Telephone conference with Z.Taylor regarding summary judgment motion, discovery issues, and loan documents. | L240 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301197

FED ID NO. 63-0243316

| 01/16/13 | CET | Reviewing and analyzing original loan documents for production of color copies to plaintiff. | L310 | .40 hrs |
| 01/16/13 | CET | Analyzing plaintiff's counsel's request to inspect the original loan documents. | L310 | .30 hrs |
| 01/16/13 | JDR | Voicemail from Z.Taylor re litigation status | L240 | .10 hrs |
| 01/16/13 | JDR | Attempt to contact Z.Taylor regarding litigation status and summary judgment motion | L240 | .10 hrs |
| 01/17/13 | CMI | Convert TIF files to PDF files for production of Bank of New York documents. | L320 | .70 hrs |
| 01/17/13 | CMI | Bates label Bank of New York documents for production. | L320 | .50 hrs |
| 01/17/13 | CMI | Burn two CD copies of Bank of New York document production. | L320 | .30 hrs |
| 01/17/13 | CET | Reviewing client documents for document production to plaintiffs. | L310 | 3.50 hrs |
| 01/17/13 | CET | Reviewing final document production CD to plaintiff for production. | L310 | .50 hrs |
| 01/17/13 | CET | Email correspondence with plaintiff's counsel regarding his new address for the document production. | L310 | .20 hrs |
| 01/21/13 | JDR | E-mail correspondence with Z.Taylor regarding extension of time to answer summary judgment motion and agreed order regarding same. | L240 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      3
MARCH 27, 2013

0G2012-301197

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 01/23/13 | JDR | Review e-mail from Z.Taylor regarding motion for extension of time regarding summary judgment motion. | L240 | .10 hrs |
| 01/23/13 | JDR | Responsive e-mail to Z.Taylor regarding motion for extension of time regarding summary judgment motion. | L240 | .10 hrs |
| 01/29/13 | CET | Analyzing plaintiff's correspondence and demand to view original note. | L310 | .30 hrs |
| 01/29/13 | JDR | Review e-mail from Z.Taylor regarding motion for summary judgment. | L240 | .10 hrs |
| 01/29/13 | JDR | Review e-mail from Z.Taylor regarding viewing original of note. | L310 | .10 hrs |
| 01/29/13 | JDR | Draft and send responsive e-mail to Z.Taylor regarding availability of original of note. | L310 | .10 hrs |
| 01/29/13 | JDR | Send response e-mail to Z.Taylor regarding motion for summary judgment and other open issues. | L240 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $2,777.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jonathan Rose | 2.50 hrs | 304.00 /hr | 760.00 |
| Christopher E. Thorsen | 5.60 hrs | 312.00 /hr | 1,747.20 |
| Christina M. Isbell | 1.50 hrs | 180.00 /hr | 270.00 |

TOTAL FEES                    9.60 hrs                    $2,777.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     4
MARCH 27, 2013

0G2012-301197

FED ID NO. 63-0243316

---

**TOTAL CHARGES FOR THIS INVOICE**                    $2,777.20

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301197

INVOICE #  866099

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301197
     TC # 690134

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/01/13 | CET | Email correspondence with client regarding providing an update on the hearing date for the motion for summary judgment. | L320 | .30 hrs |
| 02/06/13 | JDR | Lengthy telephone conference with opposing counsel Z.Taylor regarding his correspondence and recently-filed motions. | L250 | .60 hrs |
| 02/07/13 | JDR | Review letter from Z.Taylor regarding purported discovery deficiencies. | L310 | .20 hrs |
| 02/07/13 | JDR | Review motion to compel received from Z.Taylor. | L250 | .30 hrs |
| 02/07/13 | JDR | Review previous discovery responses to evaluate issues raised in Z.Taylor's letter and in motion to compel. | L310 | 1.10 hrs |
| 02/07/13 | JDR | Draft lengthy responsive correspondence to Z.Taylor regarding discovery dispute. | L310 | .60 hrs |
| 02/07/13 | JDR | Review authorities on lack of standing by borrower to challenge assignment. | C200 | .30 hrs |
| 02/07/13 | CET | Reading and analyzing borrower's motion to extend time to file response to the motion for summary judgment. | L240 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
Rescap                                                          APRIL 30, 2013

0G2012-301197

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 02/07/13 | CET | Reading and analyzing borrower's motion to compel additional discovery information. | L240 | .40 | hrs |
| 02/07/13 | CET | Reviewing discovery responses and document production in light of the motion to compel. | L240 | .60 | hrs |
| 02/07/13 | CET | Email correspondence with client providing a detailed analysis of the discovery dispute and the strategy for responding. | L240 | .60 | hrs |
| 02/07/13 | CET | Review Kentucky law to find cases regarding a borrower's lack of standing to the challenge the assignment of the mortgage. | L250 | .70 | hrs |
| 02/07/13 | CET | Reviewing file documents for communications history with borrowers. | L320 | .40 | hrs |
| 02/07/13 | CET | Email correspondence with client requesting a copy of the communication history with borrowers. | L320 | .20 | hrs |
| 02/07/13 | CET | Email correspondence with Z. Taylor regarding the hearing on the motions. | L320 | .20 | hrs |
| 02/07/13 | CET | Reading and revising draft response to Z. Taylor regarding motion to compel. | L320 | .50 | hrs |
| 02/08/13 | JDR | Lengthy e-mail to Z.Taylor regarding scheduling hearing he has noticed without advance consultation. | L250 | .20 | hrs |
| 02/08/13 | JDR | E-mail to Z.Taylor regarding motion hearing set for Monday. | L250 | .10 | hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
APRIL 30, 2013

0G2012-301197

FED ID NO. 63-0243316

| 02/08/13 | JDR | Telephone conference with Z.Taylor regarding discovery issues. | L310 | .40 hrs |
| 02/08/13 | JDR | Review e-mail from Z.Taylor regarding hearing dates. | L250 | .10 hrs |
| 02/08/13 | JDR | Review three e-mails from foreclosure counsel along with attached authorities on the issue of the ability of a borrower to challenge a mortgage or note assignment. | C200 | .20 hrs |
| 02/08/13 | JDR | Conference with foreclosure counsel regarding law on ability of borrower to challenge assignment of note or mortgage. | L190 | .20 hrs |
| 02/08/13 | CET | Analyzing email correspondence with Z. Taylor regarding discovery disputes and the motion for summary judgment. | L320 | .40 hrs |
| 02/11/13 | CET | Email correspondence with H. Franchi regarding the call notes posted to extranet. | L320 | .20 hrs |
| 02/11/13 | CET | Email correspondence with H. Franchi regarding settlement authority. | L320 | .20 hrs |
| 02/12/13 | JDR | Draft and send correspondence to Z.Taylor regarding document review tomorrow. | L310 | .30 hrs |
| 02/12/13 | JDR | Prepare and review set of original documents to be produced in person to Z.Taylor tomorrow. | L310 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     4
APRIL 30, 2013

0G2012-301197

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/12/13 | JDR | Review and confirm original loan documents originals of which are to be produced tomorrow. | L310 | .20 hrs |
| 02/12/13 | CET | Preparing original loan documents for production to borrower's counsel. | L320 | .50 hrs |
| 02/12/13 | JDR | Telephone conference with Z.Taylor regarding document inspection tomorrow. | L310 | .20 hrs |
| 02/12/13 | JDR | Draft and send correspondence to Z.Taylor regarding original loan documents. | L310 | .20 hrs |
| 02/15/13 | CET | Reviewing and analyzing our file documents and document production to determine whether we have a full call history in the file. | L320 | .80 hrs |
| 02/15/13 | CET | Reading and analyzing correspondence received from borrower's counsel regarding his discovery complaints. | L320 | .50 hrs |

TOTAL FEES FOR THIS MATTER                    $3,884.80

41        Computerized Legal Research-Westlaw                    0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jonathan Rose | 5.80 hrs | 304.00 /hr | 1,763.20 |
| Christopher E. Thorsen | 6.80 hrs | 312.00 /hr | 2,121.60 |

TOTAL FEES        12.60 hrs        $3,884.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    5
APRIL 30, 2013

0G2012-301197

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $3,884.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301198

INVOICE #  841670

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301198
     TC # 721907

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/01/13 | KSA | Draft and submit status report | L120 | .10 hrs |
| 01/10/13 | KSA | Telephone and email discussion with R.Meeker regarding reinstatement amounts | L120 | .20 hrs |
| 01/10/13 | KSA | Email correspondence with plaintiff's counsel regarding reinstatement figures | L120 | .20 hrs |
| 01/23/13 | KSA | Telephone discussion with plaintiff's counsel regarding reinstatement funds and potential payoff | L120 | .20 hrs |
| 01/29/13 | KSA | Review of docket and pre-trial deadlines | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $241.20

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

BILLING SUMMARY

Keith S. Anderson          .90 hrs   268.00 /hr        241.20

TOTAL FEES                 0.90 hrs                    $241.20

**TOTAL CHARGES FOR THIS INVOICE**                    **$241.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                  MARCH 27, 2013
1100 Virginia Drive                                                     0G2012-301199
Fort Washington, PA 19034

                                                                        INVOICE #  841671

                                                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0G2012-301199
          TC # 716285

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 01/02/13 | NSR | Review e-mail correspondence regarding response to motion for relief from stay and escalation of loss mitigation review | L160 | .10 hrs |
| 01/02/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 01/07/13 | KK | Research and review docket to determine status of case | L110 | .10 hrs |
| 01/07/13 | NSR | Review and analyze client e-mail regarding deficiencies in borrower's request for loan modification | L160 | .20 hrs |
| 01/07/13 | NSR | Draft e-mail to borrower's counsel regarding additional items needed to complete loss mitigation review | L160 | .10 hrs |
| 01/08/13 | NSR | Correspondence with client and M.Roland, counsel for borrower, regarding additional documents needed for loss mitigation review | L160 | .10 hrs |
| 01/10/13 | NSR | E-mail correspondence with client regarding status of loan modification review | L160 | .20 hrs |
| 01/14/13 | NSR | Exchange e-mails regarding borrower's request for loan modification and receipt of additional documentation | L160 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
MARCH 27, 2013

0G2012-301199

FED ID NO. 63-0243316

| 01/15/13 | NSR | Correspondence regarding additional loss mitigation options and impact on motion for relief from stay | L160 | .30 hrs |
| 01/16/13 | NSR | Exchange e-mails with client regarding loss mitigation options | L160 | .10 hrs |
| 01/24/13 | NSR | Review and respond to client e-mail regarding additional documents needed for loss mitigation review | L160 | .10 hrs |
| 01/25/13 | NSR | Review and respond to e-mail from M.Roland, counsel for borrowers, regarding HAMP directives for loss mitigation review | L160 | .30 hrs |
| 01/30/13 | NSR | Review and analyze e-mail from M.Roland, counsel for borrower, with attached documents in support of loan modification request | L160 | .10 hrs |
| 01/31/13 | KK | Research docket to determine status of case | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $567.40

BILLING SUMMARY

| Nader Raja | 1.90 hrs | 282.00 /hr | 535.80 |
| Kerry Keane | .20 hrs | 158.00 /hr | 31.60 |

| TOTAL FEES | 2.10 hrs | | $567.40 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      3
MARCH 27, 2013

0G2012-301199

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**          **$567.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301199

INVOICE #  866100

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301199
     TC # 716285

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/04/13 | NSR | Review and respond to client e-mail regarding loss mitigation review | L160 | .30 hrs |
| 02/05/13 | NSR | Exchange e-mails with client regarding loss mitigation documents | L160 | .10 hrs |
| 02/05/13 | NSR | Exchange e-mails with bankruptcy counsel regarding loss mitigation efforts and motion for relief from stay | L160 | .10 hrs |
| 02/07/13 | NSR | Exchange e-mails with client regarding status of loss mitigation request | L160 | .10 hrs |
| 02/12/13 | NSR | Communicate with bankruptcy counsel and client regarding status of loss mitigation review | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                         $197.40

BILLING SUMMARY

Nader Raja              .70 hrs    282.00 /hr       197.40

TOTAL FEES              0.70 hrs              $197.40



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
APRIL 30, 2013

0G2012-301199

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $197.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              MARCH 27, 2013
1100 Virginia Drive                                                0G2012-301200
Fort Washington, PA 19034

                                                                   INVOICE #  841672

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:   0G2012-301200
          TC # 722448

PROFESSIONAL SERVICES

| 01/02/13 | BG | Correspondence with client regarding requested documentation | L120 | .10 hrs |
|---|---|---|---|---|
| 01/02/13 | ACRA | Analyze payment history spreadsheet to determine facts for summary judgment | L120 | .70 hrs |
| 01/02/13 | BG | Draft status report regarding Motion for Summary Judgment | L190 | .10 hrs |
| 01/03/13 | BG | Work on arguments in support of Motion for Summary Judgment | L210 | .30 hrs |
| 01/08/13 | BG | Correspondence with opposing counsel regarding hearing | L230 | .10 hrs |
| 01/09/13 | BG | Attend status conference before the Court | L230 | .30 hrs |
| 01/23/13 | BG | Receipt / review of notice of lis pendens | L120 | .10 hrs |

           TOTAL FEES FOR THIS MATTER                              $345.60


BILLING SUMMARY

| Blake Goodsell | 1.00 hrs | 207.00 /hr | 207.00 |
|---|---|---|---|
| Ann Craft | .70 hrs | 198.00 /hr | 138.60 |

| TOTAL FEES | 1.70 hrs | | $345.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
MARCH 27, 2013

0G2012-301200

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                  $345.60

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301200

INVOICE #  866101

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301200
     TC # 722448

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/05/13 | BG | Draft report to client regarding hearing and dispositive motion | L190 | .20 hrs |
| 02/07/13 | ACRA | Revise procedural history section of motion for summary judgment | L210 | .60 hrs |
| 02/07/13 | ACRA | Draft fact section of motion for summary judgment | L210 | 1.20 hrs |
| 02/07/13 | ACRA | Review and analyze loan file and prior pleadings for motion for summary judgment | L210 | 1.00 hrs |
| 02/09/13 | ACRA | Draft standard of review section of motion for summary judgment | L210 | .60 hrs |
| 02/09/13 | ACRA | Analyze recent alabama law on ejectment actions | L210 | 1.60 hrs |
| 02/11/13 | ACRA | Draft ejectment section of motion for summary judgment | L210 | 1.50 hrs |
| 02/11/13 | ACRA | Analyze alabama law on foreclosure standing for motion for summary judgment | L210 | 1.40 hrs |
| 02/11/13 | ABB | Retrieval of docket report in Jefferson County and obtain ejectment Complaint via court records for file management | L110 | .40 hrs |
| 02/12/13 | ACRA | Draft standing section of motion for summary judgment | L210 | 1.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
APRIL 30, 2013

0G2012-301200

FED ID NO. 63-0243316

| 02/13/13 | BG | Evaluate strategy for handling stayed claims in motion for summary judgment and assess sturdivant issues | L120 | .20 hrs |
| 02/13/13 | ACRA | Analyze alabama foreclosure law and mortgage provisions to determine procedure to foreclose | L210 | .90 hrs |
| 02/13/13 | ACRA | Draft section of motion for summary judgment detailing default and acceleration | L210 | 1.70 hrs |
| 02/13/13 | ACRA | Draft section discussing fulfillment of notice requirements and conditions precedent to foreclosure sale | L210 | 1.20 hrs |
| 02/13/13 | ACRA | Draft section of motion for summary judgment discussing compliance with Alabama law regarding the sale of property at the foreclosure sale | L210 | .50 hrs |
| 02/15/13 | ACRA | Anaylze alabama law regarding the duty of good faith and fair dealing and availability of claim for negligent servicing of mortgage loan | L210 | 1.60 hrs |

TOTAL FEES FOR THIS MATTER                    $3,155.60

01        Copy Charges                                              0.00

BILLING SUMMARY

| Allison Burke | .40 hrs | 158.00 /hr | 63.20 |
| Blake Goodsell | .40 hrs | 207.00 /hr | 82.80 |
| Ann Craft | 15.20 hrs | 198.00 /hr | 3,009.60 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
APRIL 30, 2013

0G2012-301200

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 16.00 hrs | $3,155.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$3,155.60** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2012-301201
Fort Washington, PA 19034

                                                               INVOICE #  841673

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301201
     TC # 717366

PROFESSIONAL SERVICES

| 01/02/13 | RLB | Review and analyze memo regarding allegations in complaint and potential defenses | L210 | .40 hrs |
| 01/02/13 | RLB | Teleconference with client regarding status of case | L210 | .60 hrs |
| 01/02/13 | RLB | Teleconference with local counsel regarding status of case | L210 | .30 hrs |
| 01/02/13 | JB | Conference regarding settlement negotiations | L120 | .20 hrs |
| 01/04/13 | KK | Draft monthly status report for client | L110 | .10 hrs |
| 01/08/13 | RLB | Revise client status report | L190 | .20 hrs |
| 01/22/13 | RLB | Review status of matter | L190 | .20 hrs |
| 01/22/13 | GEG | Work on review of status of adversary proceeding and trustee claim in bankruptcy | L120 | .30 hrs |
| 01/23/13 | RLB | Review status of case in preparation for conference call | L190 | .30 hrs |
| 01/24/13 | RLB | Teleconference with client regarding case status | L190 | .20 hrs |

                     TOTAL FEES FOR THIS MATTER                    $825.00



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
MARCH 27, 2013

0G2012-301201

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Glenn E. Glover | .30 hrs | 352.00 /hr | 105.60 |
| Rashad L. Blossom | 2.20 hrs | 299.00 /hr | 657.80 |
| James Bailey | .20 hrs | 229.00 /hr | 45.80 |
| Kerry Keane | .10 hrs | 158.00 /hr | 15.80 |

TOTAL FEES              2.80 hrs                      $825.00

**TOTAL CHARGES FOR THIS INVOICE**              $825.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          MARCH 26, 2013
1100 Virginia Drive                                            0G2012-301202
Fort Washington, PA 19034

                                                               INVOICE #  840959

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

   Re:  0G2012-301202
        TC # 718857

   EXPENSES

      01      Copy Charges                                           0.00
      12      Court Costs - Pleadings                              194.55
      41      Computerized Legal Research-Westlaw                    0.00

              TOTAL COSTS FOR THIS MATTER              $194.55


   TOTAL FEES              0.00 hrs                     $.00

   TOTAL EXPENSES                                      $194.55

   **TOTAL CHARGES FOR THIS INVOICE**                  $194.55

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                      0G2012-301202
Fort Washington, PA 19034

                                                    INVOICE #  841674

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301202
         TC # 718857

    PROFESSIONAL SERVICES

    01/07/13   BG   Finalize and file appellee brief        L520      .20 hrs

    01/10/13   BG   Correspondence with client regarding    L120      .10 hrs
                    request for original note


                    TOTAL FEES FOR THIS MATTER                      $62.10


    BILLING SUMMARY

       Blake Goodsell              .30 hrs   207.00 /hr        62.10


    TOTAL FEES                    0.30 hrs                    $62.10

    **TOTAL CHARGES FOR THIS INVOICE**                        **$62.10**

              ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 26, 2013
0G2012-301203

INVOICE #  840960

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

Re:  0G2012-301203
     TC # 693546

EXPENSES

| | | |
|---|---|---:|
| 20 | Airline Tickets | 1,003.00 |
| 21 | Travel Expense | 478.65 |
| 23 | Meal Expense | 87.36 |
| | TOTAL COSTS FOR THIS MATTER | $1,569.01 |

| | | |
|---|---|---:|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $1,569.01 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$1,569.01** |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301203

INVOICE #  841675

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301203
     TC # 693546

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/13 | phn | Draft status report for client | L190 | .20 hrs |
| 01/09/13 | JAM | Review emails regarding revisions to Motions for Fees | L210 | .20 hrs |
| 01/18/13 | phn | Email to R.Meeker regarding outstanding title claim issues | L120 | .20 hrs |
| 01/23/13 | HTC | Consider issues relating to claim against Fidelity for consequential damages | L120 | .10 hrs |
| 01/23/13 | phn | Review and analysis of title coverage and determination of potential losses to GMAC following foreclosure sale | L120 | .90 hrs |
| 01/23/13 | HEA | Review and consider status of equitable subrogation claim, success thereof and possible additional losses to be sought from title insurance underwriter | L190 | .50 hrs |
| 01/23/13 | HEA | Draft and send email memo to file regarding title insurance concerns | L190 | 1.00 hrs |
| 01/23/13 | phn | Phone call with Nicole Faltys at Fidelity regarding outstanding issues of title coverage on the loan | B110 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $888.50



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
Rescap                                                                      MARCH 27, 2013

0G2012-301203

FED ID NO. 63-0243316
_____

BILLING SUMMARY

    Hope Cannon              .10 hrs    334.00 /hr        33.40
    Jamie Mathews            .20 hrs    150.00 /hr        30.00
    Hall Eady               1.50 hrs    286.00 /hr       429.00
    Preston H. Neel         1.70 hrs    233.00 /hr       396.10


TOTAL FEES                  3.50 hrs                  $888.50

**TOTAL CHARGES FOR THIS INVOICE**                    **$888.50**
                                                     ===========

          ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301203

INVOICE #  866102

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301203
     TC # 693546

PROFESSIONAL SERVICES

| 02/04/13 | phn | Email to client regarding title claim and outstanding issues around potential loss in value | L120 | .40 hrs |
| --- | --- | --- | --- | --- |

TOTAL FEES FOR THIS MATTER                              $93.20

BILLING SUMMARY

| Preston H. Neel | .40 hrs | 233.00 /hr | 93.20 |
| --- | --- | --- | --- |

TOTAL FEES                0.40 hrs                    $93.20

**TOTAL CHARGES FOR THIS INVOICE**                    **$93.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                             0G2012-301204
Fort Washington, PA 19034

                                                               INVOICE #  841676

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2012-301204
         TC # 721155

PROFESSIONAL SERVICES

| 01/02/13 | NSR | Draft status report for client | L120 | .10 hrs |
|---|---|---|---|---|
| 01/04/13 | NSR | Review status of pending motions regarding requests for admissions | L350 | .10 hrs |
| 01/04/13 | KK | E-mail to opposing counsel regarding status of hearing dates to move case forward | L110 | .10 hrs |
| 01/04/13 | KK | Research and review docket to determine status of case | L110 | .10 hrs |
| 01/07/13 | KK | E-mail foreclosure counsel regarding payment of non-resident cost bond | L110 | .10 hrs |
| 01/07/13 | KK | Review docket to confirm non-resident cost bond is currently unpaid | L110 | .10 hrs |
| 01/08/13 | KK | E-mails with foreclosure counsel regarding non-resident cost bond | L110 | .20 hrs |
| 01/08/13 | KK | Receive and review 206 page answer and counterclaim filed by the borrower | L110 | .50 hrs |
| 01/08/13 | NSR | Review amended answer and counterclaim filed by borrowers, spanning 232 pages and 1297 paragraphs | L210 | 1.40 hrs |
| 01/09/13 | KK | Review affirmative defenses alleged by borrower in Answer and Counterclaim to determine how to proceed in case | L110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
MARCH 27, 2013

0G2012-301204

FED ID NO. 63-0243316

| 01/25/13 | NSR | Review strategy for responding to borrowers' amended counterclaims spanning over 200 pages | L120 | .30 hrs |
| 01/29/13 | KK | Draft and finalize motion for extension of time and proposed order in preparation of filing in Broward County, Florida | L110 | .80 hrs |
| 01/29/13 | KK | Research and review docket to determine status of case | L110 | .10 hrs |
| 01/29/13 | KK | E-mail service of documents to opposing counsel in case | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER          $915.00

35      Express Mail/Fedex                                    0.00

BILLING SUMMARY

| Nader Raja | 1.90 hrs | 282.00 /hr | 535.80 |
| Kerry Keane | 2.40 hrs | 158.00 /hr | 379.20 |

TOTAL FEES          4.30 hrs                    $915.00

**TOTAL CHARGES FOR THIS INVOICE**          **$915.00**

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0G2012-301204
Fort Washington, PA 19034

                                                          INVOICE #  866103

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2012-301204
         TC # 721155

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 02/08/13 | KK | Review and redact produced documents DB-01-000001-000178 and analyze client documents to determine whether to supplement first document production | L110 | .40 hrs |
| 02/11/13 | KK | Create FTP site link for service of larger documents to all parties in case | L110 | .20 hrs |
| 02/11/13 | KK | Review and finalize responses to discovery requests, produced documents DB-01-000001-000178, and notice of serving responses for filing and e-service in Broward County, Florida | L110 | 1.20 hrs |
| 02/11/13 | KK | E-mail correspondence with counsel regarding submission of FTP site link to transmit notice of serving, discovery responses, and produced documents DB-01-000001-000178 | L110 | .20 hrs |
| 02/15/13 | NSR | Draft sections I, II, and III of memorandum in support of motion to dismiss amended counterclaims pertaining to introduction, facts, procedural history, standing, FDCPA counterclaim, and FCCPA counterclaim | L240 | 2.80 hrs |

                    TOTAL FEES FOR THIS MATTER                    $1,105.60

    01          Copy Charges                                         0.00



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301204

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 35 | Express Mail/Fedex | | | 0.00 |

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Nader Raja | 2.80 hrs | 282.00 /hr | | 789.60 |
| Kerry Keane | 2.00 hrs | 158.00 /hr | | 316.00 |
| TOTAL FEES | 4.80 hrs | | | $1,105.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | | **$1,105.60** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301205

INVOICE #  841677

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301205
     TC # 724548

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 01/04/13 | NSR | Exchange e-mails with client regarding answer to second amended counterclaims and discovery requests | L120 | .10 hrs |
| 01/04/13 | KK | Finalize and prepare Answer and Affirmative Defenses for e-filing in Palm Beach County, Florida | L110 | .40 hrs |
| 01/14/13 | KK | Review and finalize responses to discovery requests and notice of serving in preparation of e-filing in Palm Beach County, Florida and e-service of documents | L110 | 1.10 hrs |
| 01/14/13 | KK | Draft Notice of Service of discovery responses in case | L110 | .30 hrs |
| 01/14/13 | NSR | Review and analyze verified interrogatory responses | L310 | .10 hrs |
| 01/31/13 | KK | Research docket to determine status of case | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $384.80

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
MARCH 27, 2013

0G2012-301205

FED ID NO. 63-0243316

BILLING SUMMARY

Nader Raja               .30 hrs    282.00 /hr         84.60
Kerry Keane             1.90 hrs    158.00 /hr        300.20

TOTAL FEES              2.20 hrs                    $384.80

**TOTAL CHARGES FOR THIS INVOICE**                 **$384.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2012-301206
Fort Washington, PA 19034

                                                          INVOICE #  841678

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301206
     TC # 724706

PROFESSIONAL SERVICES

| 01/02/13 | ES | Status update on extranet re: settlement | L240B | .10 hrs |
| 01/04/13 | ES | E-mails and phone calls with borrowers counsel re: settlement and release agreement | L160 | .20 hrs |
| 01/04/13 | JDM | Multiple e-mail correspondence with R.Dreyfuss re: settlement agreement and release | L160 | 2.20 hrs |
| 01/04/13 | JDM | Telephone conference with Court re: emergency hearing to enforce settlement agreement | L160 | .50 hrs |
| 01/07/13 | ES | Revise release, e-mail to borrower's counsel re: revised release | L230 | .60 hrs |
| 01/07/13 | ES | Draft letter to judge re: release | L230 | .30 hrs |
| 01/07/13 | JDM | Instructions re: revisions to settlement agreement | L160 | .40 hrs |
| 01/07/13 | JDM | Multiple telephone conferences with R.Dreyfuss re: settlement agreement | L160 | 1.80 hrs |
| 01/07/13 | JDM | Attend telephonic hearing with Court re: release | L450 | .80 hrs |
| 01/08/13 | ES | E-mail with borrower's counsel re: settlement funds | L160 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
MARCH 27, 2013

0G2012-301206

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 01/09/13 | JDM | E-mail correspondence to R.Dreyfus re: check stop-payment | L160 | .20 hrs |
| 01/09/13 | ES | Draft letter to borrower's counsel re: settlement release | L160 | .10 hrs |
| 01/10/13 | ES | Receive and read judgment ordering compliance with settlement from court re: borrower must sign and release GMAC and U.S. Bank | L240B | .10 hrs |
| 01/11/13 | ES | E-mail J.Holtgren re: signed settlement agreement | L160 | .10 hrs |
| 01/15/13 | ES | Draft letter to borrower's counsel re: settlement proceeds | L160 | .10 hrs |
| 01/16/13 | ES | E-mail J.Holtgren re: status of property | L160 | .10 hrs |
| 01/16/13 | ES | E-mail with borrower's counsel re: settlement | L160 | .10 hrs |
| 01/18/13 | ES | E-mails with borrower's counsel re: condition of property | L160 | .10 hrs |
| 01/23/13 | ES | Draft letter to J.Holtgren enclosing original settlement and release agreement signed by borrower | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $2,487.90

01/09/13 Express Mail/Fedex                              0.00
01/16/13 Express Mail/Fedex                              0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE       3
MARCH 27, 2013

0G2012-301206

FED ID NO. 63-0243316

BILLING SUMMARY

    J. Douglas Minor      5.90 hrs    348.00 /hr     2,053.20
    Erin Saltaformaggio   2.10 hrs    207.00 /hr      434.70

TOTAL FEES            8.00 hrs              $2,487.90

**TOTAL CHARGES FOR THIS INVOICE**        **$2,487.90**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        APRIL 30, 2013
1100 Virginia Drive                                          0G2012-301206
Fort Washington, PA 19034

                                                            INVOICE #  866105

                                                            FED ID NO. 63-0243316
_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

     Re:  0G2012-301206
          TC # 724706

     PROFESSIONAL SERVICES

     02/13/13  ABB   Prepare file to be closed and draft        L110      .50 hrs
                     closing memo regarding case disposal

     02/13/13  ABB   Communications via e-mail with             L110      .20 hrs
                     attachments to client regarding case
                     disposal and update file


                     TOTAL FEES FOR THIS MATTER                     $110.60


     BILLING SUMMARY

        Allison Burke              .70 hrs   158.00 /hr        110.60


     TOTAL FEES                    0.70 hrs                   $110.60

     **TOTAL CHARGES FOR THIS INVOICE**                       **$110.60**
                                                             ===========

                  ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 26, 2013
0G2012-301207

INVOICE #  840961

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

Re:  0G2012-301207
     TC # 733277

<u>EXPENSES</u>

| | | |
|---|---|---|
| 01/11/13 | Copy Charges Docs for notebook | 0.00 |
| 01/11/13 | Copy Charges Proposed Order | 0.00 |
| 01/14/13 | Copy Charges | 0.00 |
| 01/30/13 | Filing Fees - BUSINESS CARD BROWARD CLERKS 12-20-12 Bank ID: GENR Check Number: 105883 | 5.00 |
| 01/17/13 | Airline Tickets - RICHARD VANN ATTEND HEARING IN FT. LAUDERDALE, FL 1/14/13 - 1/15/13 Bank ID: GENR Check Number: 105420 | 785.60 |
| 01/17/13 | Travel Expense - RICHARD VANN ATTEND HEARING IN FT. LAUDERDALE, FL 1/14/13 - 1/15/13 HOTEL Bank ID: GENR Check Number: 105420 | 244.19 |
| 01/17/13 | Travel Expense - RICHARD VANN ATTEND HEARING IN FT. LAUDERDALE, FL 1/14/13 - 1/15/13 RENTAL CAR Bank ID: GENR Check Number: 105420 | 88.00 |
| 01/17/13 | Travel Expense - RICHARD VANN ATTEND HEARING IN FT. LAUDERDALE, FL 1/14/13 - 1/15/13 PARKING Bank ID: GENR Check Number: 105420 | 37.48 |
| 01/17/13 | Travel Expense - RICHARD VANN ATTEND HEARING IN FT. LAUDERDALE, FL 1/14/13 - 1/15/13 PARKING Bank ID: GENR Check Number: 105420 | 21.20 |
| 01/17/13 | Meal Expense - RICHARD VANN ATTEND HEARING IN FT. LAUDERDALE, FL 1/14/13 - 1/15/13 Bank ID: GENR Check Number: 105420 | 76.25 |

TOTAL COSTS FOR THIS MATTER            $1,257.72

TOTAL FEES            0.00 hrs            $.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
MARCH 26, 2013

0G2012-301207

FED ID NO. 63-0243316

TOTAL EXPENSES                              $1,257.72

**TOTAL CHARGES FOR THIS INVOICE**          $1,257.72

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2012-301207
Fort Washington, PA 19034

INVOICE #  841679

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301207
     TC # 733277

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 01/02/13 | RV | Draft December 2012 status report for client | L190 | .20 hrs |
| 01/04/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/08/13 | RV | Review court docket and case file for current status and determination of next steps in addition to Hearing on Defendant's Motion for Rehearing | L120 | .10 hrs |
| 01/09/13 | RV | Draft memorandum to M.Zelina, foreclosure counsel, regarding recent filing of motion to withdraw as counsel by one of the client's counsel | L120 | .20 hrs |
| 01/11/13 | ERP | Conference with R.Vann and J.Mathews regarding preparation of notebook for hearing scheduled on January 15, 2013 | L120 | .20 hrs |
| 01/11/13 | ERP | Compile evidence and legal authority to be used at hearing regarding Defendant's Motion for Rehearing on January 15, 2013 | L120 | 1.30 hrs |
| 01/11/13 | RV | Phone call to circuit court in Broward County regarding motion to withdraw filed by GMAC | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
Rescap                                                                      MARCH 27, 2013

0G2012-301207

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/11/13 | JAM | Conference with R.Vann regarding preparation for hearing | L230 | .20 hrs |
| 01/12/13 | RV | Review and analyze motion to vacate and to quash service of process and motion for rehearing on motion to vacate filed by E.Habib and responsive pleadings in opposition filed by the client | L430 | 1.20 hrs |
| 01/13/13 | RV | Review and analyze payment history, loan history, and correspondence to and from servicer to borrowers in order to summarize facts in opposition to defendant E.Habibs motion for rehearing and to vacate and set aside final judgment, sale, and certificate of title | L120 | .70 hrs |
| 01/13/13 | RV | Draft memorandum to H.Franchi regarding payment history | L120 | .20 hrs |
| 01/13/13 | RV | Research Florida case law as to service of process and presumptions as to validity of service and burden shifting to demonstrate irregularity | L120 | .50 hrs |
| 01/13/13 | RV | Research Florida case law and Florida rules of civil procedure as to vacating a final judgment | L120 | .30 hrs |
| 01/13/13 | RV | Research Florida case law as to standard for setting an evidentiary hearing and regarding when affidavits are involved | L120 | .40 hrs |
| 01/13/13 | RV | Research Florida case law as to motions for rehearing and standards for obtaining rehearing and proper scope of arguments requesting rehearing | L120 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      3
MARCH 27, 2013

0G2012-301207

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/14/13 | JAM | Emails and telephone calls with R.Vann and R.Kearley relative to hearing | L230 | .20 hrs |
| 01/14/13 | RV | Email exchange and phone conference with H.Franchi regarding payment history and outstanding balances | L120 | .30 hrs |
| 01/14/13 | RV | Draft arguments and outlines for arguments for Defendant E.Habib's motion for rehearing and to vacate final judgment, sale, and certificate of title | L120 | 1.90 hrs |
| 01/14/13 | RV | Draft briefs and outlines for case law cited by Defendant E.Habib in her motion for rehearing as well as in her motion to quash service of process and to vacate final judgment, foreclosure sale, and certificate of title for use in opposition to defendants motion for rehearing | L120 | 1.20 hrs |
| 01/14/13 | RV | Review and analyze case law cited by Defendant E.Habib in her motion for rehearing as well as in her motion to quash service of process and to vacate final judgment, foreclosure sale, and certificate of title in order to prepared for hearing and for argument in opposition to defendants motion for rehearing | L120 | 1.70 hrs |
| 01/14/13 | HTC | Discuss issues relating to arguments for motion for reconsideration hearing | L250 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      4
MARCH 27, 2013

0G2012-301207

FED ID NO. 63-0243316

| 01/14/13 | RV | Review and analyze loan modification packages and short-sale packages submitted by borrower and his wife, E.Habib, as well as correspondence with the servicer regarding loan servicing administration that occurred over a four year period in order to develop factual history and opposition to allegations made by E.Habib in her Motion for Rehearing on her Motion to Vacate which was denied | L120 | 1.20 hrs |
| 01/14/13 | RV | Review pleadings, motions, objections, and other filings by Defendants as to final judgment, foreclosure sale, issuance of certificate of title, quash service of process, and writ of possession in order to develop strategy for opposition to Defendant E.Habib's motion for rehearing on her motion to vacate and quash that was denied | L120 | 2.40 hrs |
| 01/14/13 | RV | Research Florida case law as to distinctions between void and voidable judgments in order to incorporate into opposition to Defendant E.Habib's motion for reconsideration | L120 | .40 hrs |
| 01/15/13 | RV | Research local rules for the Seventeenth Judicial Circuit and local Administrative Orders issued by the chief judge as to setting and hearing motions for reconsideration and petitions for rehearing in order to prepare response to improperly set hearing by Defense counsel | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      5
MARCH 27, 2013

0G2012-301207

FED ID NO. 63-0243316

---

| Date | | Description | Code | Hours |
|------|---|-------------|------|-------|
| 01/15/13 | RV | Prepare for Hearing on Defendant's motion for rehearing and to Vacate Final Judgment, Foreclosure Sale, and Certificate of Title to be held at the Broward County Courthouse | L450 | 3.30 hrs |
| 01/15/13 | RV | Attend Hearing on Defendant's motion for rehearing and to Vacate Final Judgment, Foreclosure Sale, and Certificate of Title that was held at the Broward County Courthouse where opposing counsel improperly set hearing, and was late in appearing at the hearing | L450 | 2.50 hrs |
| 01/15/13 | RV | Face to face meeting with opposing counsel, S.Joseph, regarding hearing on Defendant's motion for rehearing and to vacate | L450 | .30 hrs |
| 01/15/13 | RV | Research rules of appellate procedure as to the appealability of Orders on reconsideration or rehearing | L120 | .30 hrs |
| 01/18/13 | RV | Draft rule 11 letter to opposing counsel for failure to comply with local rules of court as to rehearings as well as state rules regarding mandatory email service | L250 | .70 hrs |
| 01/18/13 | RV | Review local rules of court and notes from hearing on defendant's motion for rehearing in order to draft letter to opposing counsel regarding failure to comply with rules | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE       6
MARCH 27, 2013

0G2012-301207

FED ID NO. 63-0243316

Rescap

---

| 01/18/13 | RV  | Research Florida rules as to service of pleadings and other matters to attorneys of record | L120 | .30 hrs |
| 01/18/13 | RV  | Draft motion for sanctions and and for attorney's fees and costs to be sent to opposing counsel along with rule 11 letter | L430 | 1.90 hrs |
| 01/18/13 | RV  | Review pleadings in order to incorporate defendant's prior arguments and motions into rule 11 letter and motion for sanctions to be sent to opposing counsel regarding improperly set hearing and failure to comply with state rules as to email service | L120 | .50 hrs |
| 01/18/13 | RV  | Research Florida law as to motions for sanctions and motions for attorney's fees and costs in order to draft motion regarding improperly setting and hearing motion for rehearing and failure to comply with state rules as to service | L120 | 1.40 hrs |
| 01/18/13 | JAM | Review documents forwarded to Judge with proposed Order | L210 | .20 hrs |
| 01/21/13 | RV  | Draft memorandum to H.Franchi regarding case status and recent hearing on Defendant's motion for rehearing, draft rule 11 letter and draft motion for sanctions for failure to comply with local and state rules | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      7
MARCH 27, 2013

0G2012-301207

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 01/22/13 | RV | Review correspondence from H.Franchi regarding ruling on defendant's motion for rehearing and potential rule 11 letter | L120 | .10 hrs | |
| 01/24/13 | JAM | Confirm docketing of Plaintiff's Opposition to Defendant's Motion for Rehearing and follow up on proposed Order submitted to Judge Lazarus | L210 | .30 hrs | |
| 01/24/13 | RV | Draft email to R.Kearley regarding status of ruling on Habib's motion for rehearing | L120 | .10 hrs | |
| 01/24/13 | RV | Phone call to Broward County Courthouse regarding status of ruling on Habib's motion for rehearing | L120 | .20 hrs | |
| 01/29/13 | RV | Email exchange with R.Kearley, of Judge Lazarus' chambers regarding Defendant's Motion for Rehearing, resubmission of the motion and proposed order, and then confirmation that Judge is presently considering the Motion | L120 | .30 hrs | |

TOTAL FEES FOR THIS MATTER                              $6,309.90


BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Hope Cannon | .10 hrs | 334.00 /hr | 33.40 |
| Jamie Mathews | 1.20 hrs | 150.00 /hr | 180.00 |
| Emily R. Powell | 1.50 hrs | 163.00 /hr | 244.50 |
| Richard Vann | 26.60 hrs | 220.00 /hr | 5,852.00 |


TOTAL FEES        29.40 hrs        $6,309.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      8
MARCH 27, 2013

Rescap

0G2012-301207

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $6,309.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301207

INVOICE #  866107

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:   0G2012-301207
      TC # 733277

<u>PROFESSIONAL SERVICES</u>

| 02/01/13 | RV | Draft status report for January 2013 for the client | L190 | .10 hrs |
| 02/04/13 | ERP | Retrieve and review docket | L120 | .20 hrs |
| 02/04/13 | RV | Review and analyze court docket information for recent filing activity and current status of the case including ruling on Habib's Motion for Rehearing | L120 | .10 hrs |
| 02/05/13 | ERP | Review client documents for property value and unpaid principle balance | L120 | .30 hrs |
| 02/05/13 | RV | Phone calls and email's to Judge Lazarus' chambers regarding outstanding motion for rehearing | L120 | .30 hrs |
| 02/05/13 | RV | Review court docket information for denial of defendant's motion for rehearing | L120 | .10 hrs |
| 02/05/13 | RV | Draft closing memorandum to client regarding case history and disposition | L120 | .40 hrs |
| 02/05/13 | RV | Review pleadings and file to incorporate into closing memorandum to client | L120 | .20 hrs |
| 02/06/13 | RV | Review correspondence from H.Franchi regarding not sending a motion for sanctions and transferring the file back to foreclosure counsel | L120 | .10 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
APRIL 30, 2013

0G2012-301207

FED ID NO. 63-0243316

| 02/12/13 | RV | Two phone conferences with different clerks at Broward County regarding copy of Order denying motion for rehearing | L120 | .30 hrs |
| 02/12/13 | RV | Draft memorandum to Judge Lazarus' chambers regarding the signed order on the motion for rehearing | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                              $455.50

BILLING SUMMARY

| Emily R. Powell | .50 hrs | 163.00 /hr | 81.50 |
| Richard Vann | 1.70 hrs | 220.00 /hr | 374.00 |

TOTAL FEES                2.20 hrs                $455.50

**TOTAL CHARGES FOR THIS INVOICE**              $455.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-105013

INVOICE #  866104

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:   0G2013-105013
      TC # 698527

PROFESSIONAL SERVICES

| 02/01/13 | KSA | Draft staus report for client review | L120 | .10 hrs |
|----------|-----|--------------------------------------|------|---------|
| 02/08/13 | KSA | Draft settlement agreement | L160 | .30 hrs |
| 02/08/13 | KSA | Prepare for and attend hearing regarding court registry funds | L230 | .40 hrs |
| 02/08/13 | KSA | Email discussions with R.Meeker and plaintiff's counsel regarding registry funds | L120 | .40 hrs |
| 02/08/13 | DBO | Teleconference with court regarding upcoming hearing and prepared for and attended emergency teleconference hearing with court | L120 | .70 hrs |
| 02/11/13 | KSA | Draft settlement agreement and send to R.Meeker for approval | L160 | .80 hrs |
| 02/11/13 | KSA | Telephone discussion with court to asses amount in court registry | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                           $857.70

BILLING SUMMARY

| D. Brian O'Dell | .70 hrs | 383.00 /hr | 268.10 |
|-----------------|---------|------------|--------|
| Keith S. Anderson | 2.20 hrs | 268.00 /hr | 589.60 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0G2013-105013

FED ID NO. 63-0243316

TOTAL FEES                    2.90 hrs              $857.70

**TOTAL CHARGES FOR THIS INVOICE**            $857.70

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301001

INVOICE #  862916

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301001
     TC # 702896

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/08/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/09/13 | RPR | Update case status | B110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $89.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .30 hrs | 150.00 /hr | 45.00 |
| Ryan Robichaux | .20 hrs | 224.00 /hr | 44.80 |

TOTAL FEES                0.50 hrs                        $89.80

**TOTAL CHARGES FOR THIS INVOICE**                    **$89.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                        APRIL 30, 2013
1100 Virginia Drive                                                           0G2013-301001
Fort Washington, PA 19034

                                                                              INVOICE #  866106

                                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301001
         TC # 702896

PROFESSIONAL SERVICES

02/06/13   JAM   Pull Access online docket and review for        L120      .10 hrs
                 recent case activity and review for
                 recently docketed pleadings and case
                 activity

04/08/13   CWH   Review and analyze status of foreclosure        L120      .20 hrs
                 suit and email Estate to see if they
                 want to monitor this case

04/09/13   CWH   Update timeline of events from 2009 case        L110      .20 hrs
                 and email K.Priore regarding status of
                 claims settlement offer she can
                 determine if Estate should monitor the
                 stayed counterclaims

04/30/13   CWH   Follow-up with K.Priore on whether              L110      .10 hrs
                 Estate needs to monitor this case


          TOTAL FEES FOR THIS MATTER                                   $195.50


BILLING SUMMARY

   Christian W. Hancock          .50 hrs    361.00 /hr        180.50
   Jamie Mathews                 .10 hrs    150.00 /hr         15.00


TOTAL FEES                       0.60 hrs                  $195.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0G2013-301001

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $195.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        MARCH 27, 2013
1100 Virginia Drive                                          0G2013-301002
Fort Washington, PA 19034

                                                             INVOICE #  862917

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301002
         TC # 711350

PROFESSIONAL SERVICES

01/01/13   MSW   Draft status report for client.          L120      .10 hrs

01/18/13   LADA  Review docket and filings confirming     L190      .40 hrs
                 matter is stayed pursuant to bankruptcy
                 filing

01/30/13   MSW   Draft status report for client.          L120      .10 hrs


            TOTAL FEES FOR THIS MATTER                        $124.00


BILLING SUMMARY

    Mark S. Wierman         .20 hrs    304.00 /hr        60.80
    Lucinda Kish            .40 hrs    158.00 /hr        63.20


TOTAL FEES              0.60 hrs                    $124.00

**TOTAL CHARGES FOR THIS INVOICE**                 **$124.00**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          MARCH 27, 2013
1100 Virginia Drive                             0G2013-301003
Fort Washington, PA 19034

                                                INVOICE #  862918

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301003
         TC # 700898

PROFESSIONAL SERVICES

01/01/13   MSW   Draft status report for client.        L120      .10 hrs

01/17/13   LADA  Review docket and filings confirming   L190      .40 hrs
                 matter is stayed pursuant to bankruptcy
                 filing

01/30/13   MSW   Draft status report for client.        L120      .10 hrs


           TOTAL FEES FOR THIS MATTER                         $124.00


BILLING SUMMARY

    Mark S. Wierman          .20 hrs   304.00 /hr      60.80
    Lucinda Kish             .40 hrs   158.00 /hr      63.20


TOTAL FEES                   0.60 hrs               $124.00

**TOTAL CHARGES FOR THIS INVOICE**                 **$124.00**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301003

INVOICE #  866108

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301003
     TC # 700898

PROFESSIONAL SERVICES

02/08/13  LADA Review and analysis of current docket      L190      .70 hrs
               for compliance with bankruptcy stay

               TOTAL FEES FOR THIS MATTER                        $110.60

BILLING SUMMARY

    Lucinda Kish              .70 hrs   158.00 /hr      110.60

TOTAL FEES                   0.70 hrs                 $110.60

TOTAL CHARGES FOR THIS INVOICE                        $110.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301004

INVOICE #   862919

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:   0G2013-301004
      TC # 731937

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/02/13 | JAM | Review status of docketing of Motion to Escrow | L210 | .30 hrs |
| 01/03/13 | RPR | Prepare for hearing by analyzing weakness of motion to escrow | L250 | .50 hrs |
| 01/04/13 | JAM | Review complete summary and analysis of file in preparation to assist attorney with hearing on Motion to Escrow | L230 | .50 hrs |
| 01/04/13 | JAM | Multiple telephone calls with Judicial Assistant regarding scheduling of hearing on telephone participation | L230 | .30 hrs |
| 01/08/13 | JAM | Draft Notice of Hearing | L210 | .20 hrs |
| 01/08/13 | JAM | Draft correspondence to Miami-Dade County Clerk enclosing Notice of Hearing for docketing | L210 | .20 hrs |
| 01/08/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/09/13 | RPR | Update case status | B110 | .20 hrs |
| 01/09/13 | RPR | Review notice of hearing | B110 | .20 hrs |
| 01/10/13 | RPR | Review hearing notice | L210 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
MARCH 27, 2013

ResCap

0G2013-301004

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 01/15/13 | RPR | Draft deposition notice | B110 | .50 hrs |
| 01/15/13 | RPR | Draft letter to borrower regarding overdue discovery | B110 | .50 hrs |
| 01/18/13 | RPR | Analyze discovery strategy | B110 | .50 hrs |
| 01/18/13 | RPR | Draft detailed letter to borrower's counsel regarding discovery | B110 | .50 hrs |
| 01/18/13 | RPR | Draft deposition notice | B110 | .50 hrs |
| 01/22/13 | JAM | Prepare service package for U.S. Attorney and MERS | L210 | .20 hrs |
| 01/23/13 | JAM | Review Notice of Deposition of Defendant and calculate and calendar pre-deposition deadlines | L330 | .20 hrs |
| 01/24/13 | RPR | Prepare for motion to escrow | B110 | .50 hrs |
| 01/24/13 | JAM | Assemble Notebook for attorney use at hearing on Motion to Escrow | L230 | .90 hrs |
| 01/25/13 | RPR | Review borrower's motion for extension | B110 | .30 hrs |
| 01/28/13 | RPR | Prepare for hearing on motion to escrow | B110 | .50 hrs |
| 01/29/13 | RPR | Prepare for hearing on motion to escrow | B110 | 3.50 hrs |
| 01/29/13 | RPR | Attend hearing on motion to escrow | B110 | .50 hrs |
| 01/29/13 | RPR | Draft report to client regarding hearing | B110 | .50 hrs |
| 01/29/13 | RPR | Draft letter to borrower's counsel regarding discovery | B110 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
MARCH 27, 2013

0G2013-301004

FED ID NO. 63-0243316

| 01/29/13 | RPR | Review court's order denying motion to escrow | B110 | .30 hrs |
| 01/29/13 | HTC | Consider and analyze issues relating to motion to extend discovery response deadline and proposed order | L120 | .10 hrs |
| 01/30/13 | RPR | Draft e-mail response to borrower's counsel regarding request for extension of time | B110 | .40 hrs |
| 01/30/13 | RPR | Edit proposed order to reflect borrower's 20 day requirement to provide responses | B110 | .40 hrs |
| 01/30/13 | HTC | Review and revise letter to opposing counsel regarding depositions to include courtÆs order | L120 | .10 hrs |
| 01/30/13 | RPR | Analyze borrower's request for an extension | B110 | .40 hrs |
| 01/30/13 | RPR | Draft deposition notice for V. Garcia | B110 | .40 hrs |
| 01/30/13 | RPR | Send report to client regarding hearing | B110 | .20 hrs |
| 01/31/13 | RPR | Exchange multiple e-mails with client explaining problems with magistrate judge | B110 | .40 hrs |
| 01/31/13 | RPR | Review deposition notice | B110 | .30 hrs |
| 01/31/13 | JAM | Review Notice of to Take Deposition of Defendant V.Garcia prior to service on counsel of record | L330 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
MARCH 27, 2013

0G2013-301004

FED ID NO. 63-0243316

---

01/31/13    JAM    Draft email service of Notice of          L330        .10 hrs
                   Deposition to all counsel pursuant to
                   Florida Rule 2.516.


                   TOTAL FEES FOR THIS MATTER                        $3,421.60


BILLING SUMMARY

    Hope Cannon            .20 hrs    334.00 /hr        66.80
    Jamie Mathews         3.40 hrs    150.00 /hr       510.00
    Ryan Robichaux       12.70 hrs    224.00 /hr     2,844.80


TOTAL FEES                16.30 hrs                 $3,421.60

**TOTAL CHARGES FOR THIS INVOICE**                 **$3,421.60**

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              APRIL 30, 2013
1100 Virginia Drive                                 0G2013-301004
Fort Washington, PA 19034

                                                    INVOICE #  866109

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

      Re:   0G2013-301004
            TC # 731937

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/04/13 | JAM | Access online docket and review for recent case activity and review for recently docketed pleadings and case activity | L120 | .20 hrs |
| 02/04/13 | JAM | Telephone call to Judge Ward's Judicial Assistant regarding judge assignment and hearing | L230 | .20 hrs |
| 02/05/13 | RPR | Review borrower's motion to compel | B110 | .50 hrs |
| 02/05/13 | JAM | Emails with K.Dutill regarding reinstatement figures | L190 | .20 hrs |
| 02/07/13 | RPR | Analyze motion to compel | B110 | .50 hrs |
| 02/07/13 | RPR | Review foreclosure counsel's response to RFPs and Roggs | B110 | 1.50 hrs |
| 02/07/13 | RPR | Phone call with foreclosure counsel re discovery | B110 | .20 hrs |
| 02/07/13 | RPR | Report to client regarding motion to compel | B110 | .20 hrs |
| 02/08/13 | RPR | Analyze strategy for opposing motion to compel | B110 | .30 hrs |
| 02/08/13 | RPR | Review client documents to respond to discovery | B110 | .30 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0G2013-301004

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/11/13 | JAM | Telephone calls to Judge Ward's Judicial Assistant regarding submission of proposed order granting extension of time to respond to discovery | L210 | .20 hrs |
| 02/11/13 | JAM | Draft correspondence to Judge Ward regarding proposed order | L210 | .20 hrs |
| 02/11/13 | JAM | Prepare e-courtesy submission package for Judge Ward | L210 | .20 hrs |
| 02/12/13 | JAM | Email to case manager regarding reinstatement figures | L190 | .10 hrs |
| 02/12/13 | RPR | Review Court's order regarding discovery | B110 | .30 hrs |
| 02/12/13 | RPR | Report to client regarding discovery order | B110 | .30 hrs |
| 02/12/13 | RPR | Draft memorandum to opposing counsel objecting to borrower's motion to compel | B110 | 1.00 hrs |
| 02/13/13 | RPR | Edit correspondence to opposing counsel detailing arguments against borrower's motion to compel | B110 | .50 hrs |
| 02/13/13 | RPR | Exchange multiple emails with borrower's counsel regarding motion to compel | B110 | .40 hrs |
| 02/13/13 | RPR | Draft report to client regarding correspondence with borrower | B110 | .20 hrs |
| 02/13/13 | RPR | Analyze strategy for opposing borrower's motion to compel | B110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
APRIL 30, 2013

0G2013-301004

FED ID NO. 63-0243316

| 02/14/13 | JAM | Review online docket for recent case activity and pleadings to determine pleadings that are needed to complete our file | L210 | .70 hrs |
|---|---|---|---|---|
| 02/14/13 | RPR | Prepare for deposition of borrower | B110 | .40 hrs |
| 02/15/13 | RPR | Exchange multiple e-mails with opposing counsel regarding deposition dates | B110 | .40 hrs |
| 02/15/13 | RPR | Analyze discovery strategy | B110 | .40 hrs |
| 02/15/13 | RPR | Review reinstatement figures | B110 | .30 hrs |
| 02/15/13 | HTC | Review emails regarding deposition of borrowers | L330 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $2,125.40

02/13/13  Computerized Legal Research-Westlaw Westlaw          0.00
          User: MASSEY,CAREY

BILLING SUMMARY

| Hope Cannon | .10 hrs | 334.00 /hr | 33.40 |
|---|---|---|---|
| Jamie Mathews | 2.00 hrs | 150.00 /hr | 300.00 |
| Ryan Robichaux | 8.00 hrs | 224.00 /hr | 1,792.00 |

TOTAL FEES                    10.10 hrs                  $2,125.40

**TOTAL CHARGES FOR THIS INVOICE**                       $2,125.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2013-301005
Fort Washington, PA 19034

                                                          INVOICE #  862920

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301005
         TC # 705358

PROFESSIONAL SERVICES

01/01/13   MSW   Draft status report for client.            L120      .10 hrs

01/05/13   APUC  Review and analyze case file and case      L210     2.40 hrs
                 law on Defendant's civil conspiracy
                 claim and draft Memorandum of Law in
                 support of Motion for Summary Judgment
                 (Count I)

01/07/13   APUC  Review and analyze case law addressing     L210     2.20 hrs
                 Defendant's civil conspiracy and
                 accounting claims and draft Memorandum
                 of Law in Support of Motion for Summary
                 Judgment (Counts 2 and 3)

01/15/13   CWH   Review and analyze basis of borrower's     L120      .40 hrs
                 claims and respond to client inquiry on
                 same with summary of case and claims

01/23/13   MSW   Revise motion for summary judgment         L240     1.70 hrs

01/23/13   APUC  Review and analyze case law addressing     L210     3.40 hrs
                 validity of MERS and standing to
                 challenge securitization and draft and
                 revise Memorandum of Law in support of
                 Motion for Summary Judgment

01/24/13   APUC  Review and analyze case law addressing     L210     3.10 hrs
                 an accounting claim and lack of legal
                 remedy requirement and draft and revise
                 memorandum of law in support of motion
                 for summary judgment (accounting claim)



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301005

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/29/13 | MCG | Review and revise memorandum of law in support of motion for summary judgment | L240 | 1.80 hrs |
| 01/30/13 | MSW | Draft status report for client. | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                        $4,178.90

41        Computerized Legal Research-Westlaw                        0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .40 hrs | 361.00 /hr | 144.40 |
| Michael C. Griffin | 1.80 hrs | 348.00 /hr | 626.40 |
| Mark S. Wierman | 1.90 hrs | 304.00 /hr | 577.60 |
| Amy Puckett | 11.10 hrs | 255.00 /hr | 2,830.50 |

TOTAL FEES                15.20 hrs                $4,178.90

**TOTAL CHARGES FOR THIS INVOICE**                $4,178.90

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301006

INVOICE #  862921

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301006
     TC # 726184

UNDERLINE PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/03/13 | RK | Draft status report for client | L120 | .10 hrs |
| 01/03/13 | GWG | Review pretrial order and analyze case for possible depositions and other necessary discovery | L120 | 1.00 hrs |
| 01/09/13 | RK | Review order granting motino for judgment on the pleadings | L210 | .30 hrs |
| 01/09/13 | RK | Draft closing memorandum | L120 | .30 hrs |
| 01/10/13 | GWG | Review dismissal opinion and prepare pertinent pleadings and correspondence for closing of the file | L140 | .50 hrs |
| 01/18/13 | RK | Review Order granting motion for judgment on the pleadings and Order rendering judgment | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $654.30

01        Copy Charges                                          0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | 1.50 hrs | 312.00 /hr | 468.00 |
| Riley Key | .90 hrs | 207.00 /hr | 186.30 |

TOTAL FEES              2.40 hrs              $654.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
ResCap                                                          MARCH 27, 2013

0G2013-301006

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $654.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301007

INVOICE #  862922

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301007
     TC # 731796

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | JDV | Draft December 2012 status report for client | L190 | .10 hrs |
| 01/02/13 | JAM | Review emails regarding hearing on Motion to Object to Deposition Notice | L210 | .20 hrs |
| 01/07/13 | JAM | Conference with J.Vega regarding hearing on Motion to Quash | L230 | .20 hrs |
| 01/08/13 | BAW | Prepare for hearing on motion for protective order regarding corporate representative's deposition | L230 | 3.00 hrs |
| 01/09/13 | BAW | Attend Judge Cabrello's motion docket | L230 | 1.80 hrs |
| 01/09/13 | BAW | Correspond with opposing counsel regarding motion for protective order and discovery objections | L250 | .20 hrs |
| 01/09/13 | HTC | Review emails regarding notice of hearing for January 23 | L120 | .10 hrs |
| 01/09/13 | JAM | Emails regarding rescheduling of hearing, telephone call to M.Grayson's office, and calendar hearing information | L230 | .30 hrs |
| 01/10/13 | JDV | Review Re-Notice of Hearing Plaintiff's Objection to Notice of Taking Deposition Duces Tecum and Motion for Protective Order | L250 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301007

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 01/10/13 | BAW | Draft proposed order granting GMAC's motion to strike/motion to dismiss | L250 | .60 hrs |
| 01/10/13 | BAW | Telephone conference with counsel for borrower regarding order on motion to dismiss/motion to strike | L250 | .30 hrs |
| 01/10/13 | BAW | Obtain signed order from Judge Hauly | L250 | .30 hrs |
| 01/11/13 | JDV | Analysis of January 2013 docket | L120 | .10 hrs |
| 01/15/13 | JDV | Communications with M.Grayson, defendants' attorney, regarding scheduling of hearing on Amended Re-Notice of Hearing | L190 | .40 hrs |
| 01/15/13 | JAM | Telephone call with Clerk and Judge Cabellero's Judicial Assistant to confirm judicial assignment | L110 | .30 hrs |
| 01/22/13 | HTC | Review pleadings in preparation for re-notice of hearing on motion for protective order | L210 | 4.50 hrs |
| 01/23/13 | RH | Research standard for motion to stay pending appeal under Florida law | L250 | 1.50 hrs |
| 01/23/13 | RH | Review Florida Rules of Appellate Procedure and case law to determine proper approach to appeal of discovery order | L120 | 1.30 hrs |
| 01/23/13 | JAM | Review emails regarding ruling at hearing and strategy going forward | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
MARCH 27, 2013

0G2013-301007

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|------|------|------------|------|-------|
| 01/23/13 | MJA | Research on new Florida mandamus matter for preparation of motion to stay and petition for writ of mandamus/certiorari | L510 | 1.20 hrs |
| 01/23/13 | HTC | Attendance at hearing and telephone conference with client and appellate counsel regarding results from same and need to appeal | L230 | 2.00 hrs |
| 01/24/13 | JAM | Review Motion for Protective Order and forward to M.Ayers | L210 | .10 hrs |
| 01/24/13 | RH | Research Florida Rule of Civil Procedure 1.310(b)(6) and case law to determine litigant's ability to select corporate adversary's corporate representative for certiorari petition | L120 | 2.10 hrs |
| 01/24/13 | RH | Research Fla.Stat.90.616 and implications of designating party representative on depositions under Rule 1.310(b)(6) for certiorari petition | L120 | .50 hrs |
| 01/24/13 | RH | Research irreparable injury under Florida law for purposes of satisfying standard for certiorari petition | L120 | 2.00 hrs |
| 01/24/13 | RH | Research privilege issues associated with putting a paralegal up for deposition for certiorari petition | L120 | 2.20 hrs |
| 01/24/13 | HTC | Analyze issues relating to appeal of judgment on the protective order | L120 | .10 hrs |
| 01/25/13 | RH | Draft motion to stay order denying GMAC's Motion for Protective Order pending appellate review | L250 | 3.00 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
MARCH 27, 2013

0G2013-301007

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/25/13 | MJA | Review of motion to stay and on mandamus issue | L250 | .40 hrs |
| 01/28/13 | MJA | Review of and caselaw research on new motion to stay pending certiorari review | L250 | .50 hrs |
| 01/28/13 | HTC | Review and revise motion to stay court's denial of protective order | L250 | .20 hrs |
| 01/28/13 | JAM | Final review of Motion to Stay Order Denying its Motion for Protective Order prior to submission to Court | L210 | .20 hrs |
| 01/28/13 | JAM | Draft correspondence to Miami-Dade County Clerk enclosing Plaintiff's Motion to Stay for docketing | L210 | .20 hrs |
| 01/28/13 | JAM | Prepare service package to all counsel of record | L210 | .20 hrs |
| 01/29/13 | RH | Prepare template for petition for writ of certiorari | L210 | .30 hrs |
| 01/29/13 | RH | Draft statement of the case and basis for the court's exercise of jurisdiction sections in petition for writ of certiorari | L120 | 2.80 hrs |
| 01/30/13 | RH | Draft facts and procedural history section of petition for certiorari | L210 | .70 hrs |
| 01/30/13 | RH | Draft request for relief section of petition for certiorari | L210 | .20 hrs |
| 01/30/13 | RH | Draft argument in petition for certiorari about irreparable harm | L210 | 2.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
MARCH 27, 2013

0G2013-301007

FED ID NO. 63-0243316

| 01/31/13 | RH | Draft argument in petition for certiorari relating to violation of Rule 1.310(b)(6) of Florida Rules of Civil Procedure | L210 | 1.40 hrs |
|---|---|---|---|---|
| 01/31/13 | RH | Draft argument in petition for certiorari relating to Ms.McWilliams' not qualifying as officer, director, or managing agent under Rule 1.310(b)(6) | L210 | 1.50 hrs |
| 01/31/13 | RH | Draft argument in petition for certiorari relating to violations of attorney-client privilege and work product doctrine | L210 | 1.30 hrs |
| 01/31/13 | RH | Draft argument in petition for certiorari relating to proper location of deposition | L210 | .60 hrs |
| 01/31/13 | RH | Draft conclusion section of petition for certiorari | L210 | .30 hrs |
| 01/31/13 | RH | Review and revise petition for certiorari | L210 | 1.20 hrs |

TOTAL FEES FOR THIS MATTER                    $10,936.10

EXPENSES

| 01/15/13 | Airline Tickets - BRIAN WAHL ATTEND HEARING 1/9/13 IN MIAMI RE: GMAC OBJECTION TO NOTICE OF TAKING DEPO Bank ID: GENR Check Number: 105183 | 112.44 |
|---|---|---|
| 01/31/13 | Airline Tickets - HOPE T. CANNON ATTEND HEARING IN FLORIDA 1/22/13 - 1/24/13 Bank ID: GENR Check Number: 106092 | 196.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      6
MARCH 27, 2013

ResCap

0G2013-301007

FED ID NO. 63-0243316

01/31/13 Airline Tickets - HOPE T. CANNON ATTEND HEARING            221.15
         IN FLORIDA 1/22/13 - 1/24/13 RETURN FLIGHT
         Bank ID: GENR Check Number: 106092
01/15/13 Travel Expense - BRIAN WAHL ATTEND HEARING                  80.33
         1/9/13 IN MIAMI RE: GMAC OBJECTION TO NOTICE OF
         TAKING DEPO RENTAL CAR
         Bank ID: GENR Check Number: 105183
01/15/13 Travel Expense - BRIAN WAHL ATTEND HEARING                 332.99
         1/9/13 IN MIAMI RE: GMAC OBJECTION TO NOTICE OF
         TAKING DEPO HOTEL
         Bank ID: GENR Check Number: 105183
01/15/13 Travel Expense - BRIAN WAHL ATTEND HEARING                  39.20
         1/9/13 IN MIAMI RE: GMAC OBJECTION TO NOTICE OF
         TAKING DEPO PARKING
         Bank ID: GENR Check Number: 105183
01/15/13 Travel Expense - BRIAN WAHL ATTEND HEARING                   2.15
         1/9/13 IN MIAMI RE: GMAC OBJECTION TO NOTICE OF
         TAKING DEPO FUEL
         Bank ID: GENR Check Number: 105183
01/31/13 Travel Expense - HOPE T. CANNON ATTEND HEARING             129.39
         IN FLORIDA 1/22/13 - 1/24/13 HOTEL
         Bank ID: GENR Check Number: 106092
01/31/13 Travel Expense - HOPE T. CANNON ATTEND HEARING             110.45
         IN FLORIDA 1/22/13 - 1/24/13 HOTEL
         Bank ID: GENR Check Number: 106092
01/31/13 Travel Expense - HOPE T. CANNON ATTEND HEARING              51.46
         IN FLORIDA 1/22/13 - 1/24/13 RENTAL CAR
         Bank ID: GENR Check Number: 106092
01/31/13 Travel Expense - HOPE T. CANNON ATTEND HEARING              20.45
         IN FLORIDA 1/22/13 - 1/24/13 PARKING, TOLLS
         Bank ID: GENR Check Number: 106092
01/15/13 Meal Expense - BRIAN WAHL ATTEND HEARING 1/9/13             42.66
         IN MIAMI RE: GMAC OBJECTION TO NOTICE OF TAKING
         DEPO
         Bank ID: GENR Check Number: 105183
01/31/13 Meal Expense - HOPE T. CANNON ATTEND HEARING IN             33.50
         FLORIDA 1/22/13 - 1/24/13
         Bank ID: GENR Check Number: 106092



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      7
MARCH 27, 2013

ResCap

0G2013-301007

FED ID NO. 63-0243316

TOTAL COSTS FOR THIS MATTER              $1,372.57

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 4.70 hrs | 334.00 /hr | 1,569.80 |
| Hope Cannon | 2.20 hrs | 315.00 /hr | 693.00 |
| Brian Wahl | 6.20 hrs | 334.00 /hr | 2,070.80 |
| Marc J. Ayers | 1.20 hrs | 317.00 /hr | 380.40 |
| Marc J. Ayers | .90 hrs | 297.00 /hr | 267.30 |
| Jamie Mathews | 1.80 hrs | 150.00 /hr | 270.00 |
| Jose D. Vega | .70 hrs | 264.00 /hr | 184.80 |
| Rudy Hill | 25.00 hrs | 220.00 /hr | 5,500.00 |

TOTAL FEES              42.70 hrs                    $10,936.10

TOTAL EXPENSES                                       $1,372.57

**TOTAL CHARGES FOR THIS INVOICE**              **$12,308.67**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2013-301007
Fort Washington, PA 19034

                                                               INVOICE #  866110

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301007
     TC # 731796

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 02/01/13 | JAM | Access online docket and review for recent case activity and review for recently docketed pleadings and case activity | L120 | .20 hrs |
| 02/03/13 | HTC | Revise petition for cert or writ on protective order issue and notice of appeal | L520 | 1.00 hrs |
| 02/04/13 | JDV | Draft January 2013 status report for client | L190 | .20 hrs |
| 02/06/13 | RH | Draft petition for writ of certiorari to account for additional arguments related to impropriety of deposition designation | L210 | 3.30 hrs |
| 02/06/13 | RH | Revise petition for writ of certiorari to prepare for filing | L210 | 1.00 hrs |
| 02/08/13 | JDV | Email correspondence with M.Grayson, defendants' attorney, regarding submission of loan workout package | L190 | .20 hrs |
| 02/08/13 | JDV | Analysis of non-jury trial docket | L120 | .10 hrs |
| 02/08/13 | JAM | Draft Notice of Appearance of H.Cannon and R.Vann | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
APRIL 30, 2013

0G2013-301007

FED ID NO. 63-0243316

ResCap

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/08/13 | HTC | Exchange emails with opposing counsel and client regarding loss mitigation and consider issues on motion to continue trial | L120 | .20 hrs |
| 02/08/13 | HTC | Continue editing petition for certiorari | L210 | .10 hrs |
| 02/10/13 | MJA | Review of and revisions to draft petition for certiorari | L510 | 2.20 hrs |
| 02/10/13 | HTC | Final review of revised petition for certiorari | L510 | .50 hrs |
| 02/11/13 | AHC | Prepare exhibits to Petition for Writ of Certiorari and draft Appendix to same for attorney review | L510 | 1.70 hrs |
| 02/11/13 | JDV | Draft Joint Motion to Continue | L210 | .50 hrs |
| 02/11/13 | RH | Review Florida Rules of Appellate Procedure to determine correct approach to moving for stay/continuance of trial setting | L120 | .30 hrs |
| 02/11/13 | RH | Review table of contents, table of authorities, and citations to verify accuracy | L120 | .30 hrs |
| 02/11/13 | RH | Final review of, and edits to petition | L210 | .30 hrs |
| 02/11/13 | RH | Review of Appendix to Petition; finalize for filing | L210 | .60 hrs |
| 02/11/13 | JAM | Telephone conference with M.Grayson's assistant regarding scheduling hearing on Motion to Stay Order and Motion for Summary Judgment | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
APRIL 30, 2013

0G2013-301007

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|------|---|-------------|------|-------|
| 02/11/13 | HTC | Consider issues relating to motion for summary judgment and motion to stay and telephone conference with Moises | L240 | .20 hrs |
| 02/11/13 | HTC | Finalize petition for certiorari | L510 | .10 hrs |
| 02/12/13 | JAM | Email correspondence regarding Motion to Continue | L210 | .20 hrs |
| 02/13/13 | HTC | Draft email to P.Stokes regarding motion to continue and review and revise motion to continue | L250 | .10 hrs |
| 02/13/13 | JDV | Email correspondence with client regarding review of Joint Motion to Continue | L190 | .20 hrs |
| 02/13/13 | ERP | Initial review of docket regarding status | L120 | .20 hrs |
| 02/14/13 | JDV | Follow-up communications with client regarding review of Joint Motion to Continue | L190 | .20 hrs |
| 02/14/13 | JAM | Multiple telephone conferences and emails to M.Grayson's office regarding Joint Motion to continue Trial | L210 | .30 hrs |
| 02/15/13 | JDV | Follow up communications with client regarding review and execution of Joint Motion to Continue | L190 | .30 hrs |
| 02/15/13 | JDV | Email correspondence with M.Grayson, defendants' attorney, regarding review and execution of Joint Motion to Continue | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                           $3,474.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
ResCap                                                                  APRIL 30, 2013

0G2013-301007

FED ID NO. 63-0243316

---

EXPENSES

02/11/13 Filing Fees - CLERK, THIRD DISTRICT COURT OF                    300.00
         APPEAL AC APPEAL FILING FEE
         Bank ID: GENR Check Number: 106553

            TOTAL COSTS FOR THIS MATTER                                 $300.00


BILLING SUMMARY

    Hope Cannon            2.20 hrs    315.00 /hr        693.00
    Marc J. Ayers          2.20 hrs    297.00 /hr        653.40
    Alecia H. Cockrell     1.70 hrs    145.00 /hr        246.50
    Jamie Mathews          1.10 hrs    145.00 /hr        159.50
    Emily R. Powell         .20 hrs    150.00 /hr         30.00
    Jose D. Vega           1.90 hrs    219.00 /hr        416.10
    Rudy Hill              5.80 hrs    220.00 /hr      1,276.00


TOTAL FEES              15.10 hrs                      $3,474.50

TOTAL EXPENSES                                          $300.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$3,774.50**

            ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301008

INVOICE #  862923

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301008
     TC # 715764

PROFESSIONAL SERVICES

| 01/03/13 | BG | Revisions to response to reply to motion for summary judgment | L210 | .10 hrs |
|---|---|---|---|---|
| 01/11/13 | ABB | Track package directed to Judge regarding summary judgment and communications from D.Eubank of the Court regarding the same | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                          $68.10

BILLING SUMMARY

| Allison Burke | .30 hrs | 158.00 /hr | 47.40 |
|---|---|---|---|
| Blake Goodsell | .10 hrs | 207.00 /hr | 20.70 |

TOTAL FEES              0.40 hrs              $68.10

**TOTAL CHARGES FOR THIS INVOICE**              **$68.10**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2013-301009
Fort Washington, PA 19034

                                                          INVOICE #  862924

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301009
         TC # 721872

    PROFESSIONAL SERVICES

01/08/13   KK    Draft closing memorandum to send to      L110      .30 hrs
                 client regarding resolution of case and
                 officially close out of system


                 TOTAL FEES FOR THIS MATTER                        $47.40


    BILLING SUMMARY

      Kerry Keane              .30 hrs   158.00 /hr          47.40


    TOTAL FEES                 0.30 hrs                      $47.40

    **TOTAL CHARGES FOR THIS INVOICE**                      **$47.40**

              ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301010

INVOICE #  862925

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301010
         TC # 701015

PROFESSIONAL SERVICES

01/28/13  MST  Further communication and attempts in        L110      .20 hrs
               obtaining order of nonsuit


               TOTAL FEES FOR THIS MATTER                            $31.60


BILLING SUMMARY

    Melanie Thompson            .20 hrs   158.00 /hr         31.60


TOTAL FEES                      0.20 hrs                    $31.60

**TOTAL CHARGES FOR THIS INVOICE**                         **$31.60**

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2013-301011
Fort Washington, PA 19034

                                                          INVOICE #  862926

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0G2013-301011
          TC # 720762

PROFESSIONAL SERVICES

| 01/02/13 | JDV | Draft December 2012 status report for client | L190 | .10 hrs |
|---|---|---|---|---|
| 01/02/13 | JAM | Review emails regarding status of HAMP modification and hearing | L160 | .10 hrs |
| 01/08/13 | JDV | Email correspondence with G.Sherman, defendant's attorney, regarding defendant's request for re-review of loan modification application | L190 | .20 hrs |
| 01/08/13 | JDV | Email correspondence with client regarding defendant's request for re-review of loan modification application | L190 | .40 hrs |
| 01/08/13 | JAM | Review emails regarding G.Sherman's request to reconsider loan modification | L160 | .10 hrs |
| 01/09/13 | JAM | Telephone call with Court regarding hearing | L230 | .10 hrs |
| 01/10/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/11/13 | JAM | Conference with J.Vega regarding upcoming hearing and status of case | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0G2013-301011

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 01/11/13 | JDV | Analysis of January 2013 docket | L120 | .10 hrs |
| 01/14/13 | JAM | Proof Plaintiff's Opposition to Plaintiff's Amended Verified Motion to Vacate the Order of Final Summary Judgment prior to submission to Court | L210 | .40 hrs |
| 01/14/13 | JAM | Draft Notice of Appearance of H.Cannon | L210 | .20 hrs |
| 01/14/13 | JAM | Draft correspondence to Broward County Clerk enclosing Plaintiff's Opposition to Defendant's Motion to be docketed | L210 | .20 hrs |
| 01/14/13 | JAM | Draft email service of Opposition to Defendant's Motion on counsel of record pursuant to Florida Rule 2.516 | L210 | .20 hrs |
| 01/14/13 | JB | Work on response to motion to set aside judgment | B420 | .20 hrs |
| 01/14/13 | JDV | Prepare Opposition to Defendantǽs Amended Verified Motion to Vacate the Order of Final Summary Judgment Based on Fraud Upon the Court for service and filing | L210 | .30 hrs |
| 01/14/13 | JDV | Draft final revisions to Opposition to Defendantǽs Amended Verified Motion to Vacate the Order of Final Summary Judgment Based on Fraud Upon the Court | L210 | 3.90 hrs |
| 01/14/13 | JDV | Analysis of state law regarding judicial estoppel | L120 | 1.70 hrs |
| 01/16/13 | JDV | Review Notice of Hearing on Motion to Withdraw as Counsel | L250 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0G2013-301011

FED ID NO. 63-0243316

| 01/21/13 | HTC | Prepare for hearing on amended motion to vacate | L250 | .30 hrs |
|---|---|---|---|---|
| 01/22/13 | JAM | Conference with J.Vega regarding status conference scheduled for January 24, 2013 | L230 | .20 hrs |
| 01/22/13 | JAM | Review pleadings and court's Order regarding status conference | L230 | .10 hrs |
| 01/22/13 | JAM | Telephone calls with Judge Perlman's Judicial Assistant to confirm status conference, hearing and procedures for submitting courtesy copies | L230 | .20 hrs |
| 01/23/13 | HTC | Review case law in preparation for motion to vacate | L250 | 4.00 hrs |
| 01/24/13 | HTC | Attendance at status conference and conference with opposing counsel | L240 | 2.70 hrs |
| 01/24/13 | JDV | Email correspondence with client regarding status conference hearing on defendant's verified motion to vacate | L190 | .40 hrs |
| 01/29/13 | JAM | Conference with J.Vega regarding hearing dates for Defendant's Amended Motion to Vacate Order of Final Summary Judgment | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $4,659.60

EXPENSES

| 07 | Filing Fees | 10.00 |
|---|---|---|
| 20 | Airline Tickets | 417.55 |
| 21 | Travel Expense | 311.72 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
MARCH 27, 2013

0G2013-301011

FED ID NO. 63-0243316

23        Meal Expense                                          33.50

              TOTAL COSTS FOR THIS MATTER              $772.77

BILLING SUMMARY

    Hope Cannon          7.00 hrs    334.00 /hr      2,338.00
    Jamie Mathews        2.50 hrs    150.00 /hr        375.00
    James Bailey          .20 hrs    229.00 /hr         45.80
    Jose D. Vega         7.20 hrs    264.00 /hr      1,900.80

TOTAL FEES               16.90 hrs                  $4,659.60

TOTAL EXPENSES                                        $772.77

TOTAL CHARGES FOR THIS INVOICE            $5,432.37

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301011

INVOICE #  866111

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301011
     TC # 720762

PROFESSIONAL SERVICES

| 02/01/13 | JDV | Review Notice of Special Set Hearing on Defendant's Amended Verified Motion to Vacate | L250 | .10 hrs |
|---|---|---|---|---|
| 02/01/13 | JDV | Email correspondence with client regarding special set hearing on Defendant's Amended Verified Motion to Vacate and status of loss mitigation re-review of loan workout package | L190 | .30 hrs |
| 02/01/13 | JAM | Access online docket and review for recent case activity and review for recently docketed pleadings and case activity | L120 | .20 hrs |
| 02/05/13 | JDV | Draft January 2013 status report for client | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                $188.40

BILLING SUMMARY

| Jamie Mathews | .20 hrs | 150.00 /hr | 30.00 |
|---|---|---|---|
| Jose D. Vega | .60 hrs | 264.00 /hr | 158.40 |

TOTAL FEES            0.80 hrs              $188.40



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0G2013-301011

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $188.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301012

INVOICE #  862927

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301012
     TC # 713452

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/08/13 | ABB | Receive and review of secured loan documents from client | C100 | .20 hrs |
| 01/08/13 | ABB | Assimilation and compilation of voluminous file documents including escrow chart, account notes, account history, etc and update file regarding same | L110 | .80 hrs |
| 01/08/13 | JHP | Email from client contact G.Albright enclosing recent information on borrowers' loan | L190 | .20 hrs |
| 01/10/13 | JHP | Email from client contact G.Albright attaching most recent payoff statement and reinstatement quote | L120 | .10 hrs |
| 01/17/13 | JHP | Email from counsel for borrowers to discuss mediation | L160 | .10 hrs |
| 01/18/13 | JHP | Reviewed information on potential mediators provided by various Texas attorneys to determine which mediator to choose for mediation of case | L160 | .50 hrs |
| 01/18/13 | JHP | Emails to/from counsel for borrowers to discuss potential mediators and mediator dates | L160 | .30 hrs |
| 01/25/13 | JHP | Emails to/from counsel for borrower to discuss mediation dates | L160 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
ResCap                                                                    MARCH 27, 2013

0G2013-301012

FED ID NO. 63-0243316

| Date | | Description | | |
|------|------|-------------|------|------|
| 01/25/13 | JHP | Emails to/from client requesting approval for mediation dates and to discuss and confirm mediation date and fees | L160 | .30 hrs |
| 01/25/13 | JHP | Emails to/from potential mediator to discuss available dates and fee and location | L160 | .20 hrs |
| 01/25/13 | JHP | Emails to/from client confirming mediation date and time and discussing mediators | L160 | .30 hrs |
| 01/25/13 | JHP | Emails to/from counsel for borrowers to discuss and confirm mediation dates and mediator | L160 | .20 hrs |
| 01/25/13 | JHP | Emails to/from mediator to discuss and confirm dates and time for mediation and to discuss rates | L160 | .30 hrs |
| 01/25/13 | BG | Correspondence regarding mediation dates | L120 | .10 hrs |
| 01/28/13 | JHP | Emails to/from client contact P.Stokes to confirm mediation date and time | L160 | .10 hrs |
| 01/28/13 | JHP | Email from mediator confirming mediation and enclosing mediation agreement and other mediation materials | L160 | .20 hrs |
| 01/31/13 | JHP | Provided monthly status report to client | L120 | .10 hrs |
| 01/31/13 | ABB | Analysis of file and calendar information pertaining to mediation | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                      $1,125.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0G2013-301012

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 1.30 hrs | 158.00 /hr | 205.40 |
| Jon H. Patterson | 3.10 hrs | 290.00 /hr | 899.00 |
| Blake Goodsell | .10 hrs | 207.00 /hr | 20.70 |

TOTAL FEES          4.50 hrs                    $1,125.10

**TOTAL CHARGES FOR THIS INVOICE**          $1,125.10

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                         MARCH 27, 2013
1100 Virginia Drive                                           0G2013-301013
Fort Washington, PA 19034

                                                              INVOICE #  862928

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301013
         TC # 719938

    PROFESSIONAL SERVICES

    01/02/13  phn  Draft status report for client        L190        .20 hrs


             TOTAL FEES FOR THIS MATTER                       $46.60


    BILLING SUMMARY

        Preston H. Neel         .20 hrs   233.00 /hr         46.60


    TOTAL FEES                 0.20 hrs                      $46.60

    **TOTAL CHARGES FOR THIS INVOICE**                      **$46.60**

             ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        MARCH 27, 2013
1100 Virginia Drive                                           0G2013-301014
Fort Washington, PA 19034

                                                              INVOICE #  862929

                                                                  FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301014
         TC # 712847

PROFESSIONAL SERVICES

01/02/13   phn   Draft status report for client           L190      .20 hrs

01/10/13   phn   Review and analysis of Plaintiff's       B110      .30 hrs
                 claims and issues surrounding bankruptcy
                 stay

01/30/13   phn   Review and analyze bankruptcy and        B110     1.30 hrs
                 pleadings to ascertain whether case can
                 move forward in lieu of stay


            TOTAL FEES FOR THIS MATTER                      $419.40


BILLING SUMMARY

    Preston H. Neel         1.80 hrs   233.00 /hr       419.40


TOTAL FEES               1.80 hrs                      $419.40

TOTAL CHARGES FOR THIS INVOICE                         $419.40

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301014

INVOICE #  866112

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301014
     TC # 712847

PROFESSIONAL SERVICES

| 03/25/13 | phn | Review and analysis of email from opposing counsel regarding settlement and loan modification | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $46.60

BILLING SUMMARY

Preston H. Neel          .20 hrs   233.00 /hr       46.60

TOTAL FEES              0.20 hrs                    $46.60

**TOTAL CHARGES FOR THIS INVOICE**                 **$46.60**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        MARCH 27, 2013
1100 Virginia Drive                                          0G2013-301015
Fort Washington, PA 19034

                                                             INVOICE #  862930

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301015
         TC # 709829

PROFESSIONAL SERVICES

| 01/07/13 | CET | Providing status update to the client. | L250 | .20 hrs |
| 01/07/13 | CET | Email correspondence with J. Ho regarding making arrangements for the appraisal. | L250 | .20 hrs |
| 01/08/13 | CET | Telephone conversation with J. Ho regarding scheduling an interior BPO. | L250 | .30 hrs |
| 01/08/13 | CET | Reading and analyzing the Order received from the court regarding providing a status update regarding settlement discussions. | L250 | .20 hrs |
| 01/08/13 | CET | Email correspondence with R. Gibson regarding arranging an internal BPO and providing a status report to the court. | L250 | .30 hrs |
| 01/08/13 | CET | Drafting and revising a status report to the court regarding settlement discussions. | L250 | .50 hrs |
| 01/08/13 | CET | Email correspondence with R. Gibson regarding the draft Status Report. | L250 | .20 hrs |
| 01/08/13 | CET | Telephone conversation with R. Gibson regarding the contents of the draft status report. | L250 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301015

FED ID NO. 63-0243316

| 01/08/13 | CET | Telephone conversation with the appraiser regarding scheduling the interior BPO. | L250 | .30 hrs |
| 01/08/13 | CET | Telephone conversation with R. Gibson regarding scheduling an internal BPO. | L250 | .30 hrs |
| 01/08/13 | CET | Email correspondence with J. Ho confirming the interior BPO. | L250 | .20 hrs |
| 01/10/13 | CET | Reading and analyzing Order entered by court regarding status report. | L250 | .30 hrs |
| 01/10/13 | CET | Telephone conversation with appraisal vendor regarding scheduling a full appraisal with borrower. | L250 | .30 hrs |
| 01/10/13 | CET | Telephone conversation with J. Ho regarding appraisal. | L250 | .20 hrs |
| 01/16/13 | CET | Telephone conversation with Glen Trotter regarding scheduling appraisal. | L250 | .20 hrs |
| 01/17/13 | CET | Telephone conversation with Glen Trotter regarding scheduling an appraisal of the property. | L250 | .20 hrs |
| 01/22/13 | CET | Telephone conversation with the appraiser regarding scheduling an appraisal. | L250 | .20 hrs |
| 01/23/13 | CET | Telephone conversation with the appraiser regarding scheduling a home inspection. | L250 | .20 hrs |
| 01/23/13 | CET | Telephone conversation with R. Gibson regarding scheduling an appraisal. | L250 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
MARCH 27, 2013

0G2013-301015

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/29/13 | CET | Email correspondence with J. Ho regarding scheduling the appraisal. | L250 | .20 hrs |
| 01/29/13 | CET | Telephone conversation with R. Gibson regarding getting the appraisal scheduled. | L250 | .20 hrs |
| 01/29/13 | CET | Telephone conversation with the appraiser regarding trying to schedule the appraisal. | L250 | .20 hrs |
| 01/30/13 | CET | Working on scheduling appraisal. | L250 | .20 hrs |
| 01/30/13 | CET | Email correspondence with J. Ho regarding the identity of the local appraiser. | L250 | .20 hrs |
| 01/31/13 | CET | Telephone conversation with the appraisal vendor regarding scheduling the appraisal. | L250 | .30 hrs |
| 01/31/13 | CET | Telephone conversation with R. Gibson regarding scheduling appraisal. | L250 | .20 hrs |
| 01/31/13 | CET | Email correspondence with G. Trotter regarding scheduling appraisal. | L250 | .20 hrs |
| 01/31/13 | CET | Email correspondence with J. Ho regarding confirming appraisal time. | L250 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $2,090.40

BILLING SUMMARY

Christopher E. Thorsen      6.70 hrs    312.00 /hr      2,090.40



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      4
MARCH 27, 2013

0G2013-301015

FED ID NO. 63-0243316

TOTAL FEES                    6.70 hrs              $2,090.40

**TOTAL CHARGES FOR THIS INVOICE**              $2,090.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301015

INVOICE #  866113

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301015
     TC # 709829

PROFESSIONAL SERVICES

| 02/04/13 | AHC | Draft status report for attorney review | L190 | .30 hrs |
|---|---|---|---|---|
| 02/04/13 | CET | Providing status update to the client. | L250 | .30 hrs |
| 02/15/13 | MPE | Review matter to assist with estate determination. | L110 | .10 hrs |
| 02/15/13 | CET | Analyzing matter to determine claims and whether the matter should be an Estate matter. | L250 | .40 hrs |

                    TOTAL FEES FOR THIS MATTER                    $282.50


BILLING SUMMARY

| Christopher E. Thorsen | .70 hrs | 312.00 /hr | 218.40 |
|---|---|---|---|
| Alecia H. Cockrell | .30 hrs | 158.00 /hr | 47.40 |
| Melisa P. Palmer | .10 hrs | 167.00 /hr | 16.70 |

TOTAL FEES                    1.10 hrs                    $282.50

**TOTAL CHARGES FOR THIS INVOICE**                    **$282.50**

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                              MARCH 27, 2013
1100 Virginia Drive                                                 0G2013-301016
Fort Washington, PA 19034

                                                                    INVOICE #  862931

                                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301016
         TC # 717556

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | JDV | Analysis of conformed copy of Order of Dismissal with Prejudice | L210 | .10 hrs |
| 01/02/13 | JDV | Email correspondence with client regarding entry of Order of Dismissal with Prejudice | L210 | .20 hrs |
| 01/02/13 | AHC | Draft correspondence to opposing counsel regarding settlement proceeds | L160 | .20 hrs |
| 01/02/13 | AHC | Draft memorandum regarding final disposition of file and prepare status report and correspondence to client regarding same | L190 | .40 hrs |
| 01/02/13 | JAM | Review emails regarding status of occupancy of house | L110 | .10 hrs |
| 01/04/13 | JDV | Review conformed copy of Notice of Cancellation of Case Management Conference | L210 | .10 hrs |
| 01/10/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |

                 TOTAL FEES FOR THIS MATTER                     $260.40



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
MARCH 27, 2013

ResCap

0G2013-301016

FED ID NO. 63-0243316

35        Express Mail/Fedex                                      0.00

BILLING SUMMARY

Alecia H. Cockrell          .60 hrs   158.00 /hr        94.80
Jamie Mathews               .40 hrs   150.00 /hr        60.00
Jose D. Vega                .40 hrs   264.00 /hr       105.60


TOTAL FEES                 1.40 hrs                  $260.40

**TOTAL CHARGES FOR THIS INVOICE**                   **$260.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301017

INVOICE #  862932

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301017
     TC # 716553

PROFESSIONAL SERVICES

| 01/08/13 | CWH | Review and analyze the pleadings from contested foreclosure and HOA's separate suit now that appeal is resolved and review client's documents regarding the loan | L120 | 1.70 hrs |
| 01/08/13 | CWH | Email client to request information on investor, BPO, and loss mitigation history | L120 | .20 hrs |
| 01/08/13 | CWH | Draft timeline of the two cases and history of the loan and send same to client with initial analysis of next steps | L120 | 1.10 hrs |
| 01/08/13 | MPE | Research docket for all cases relating to matter to determine status and assist with strategy moving forward. | L110 | .50 hrs |
| 01/08/13 | MPE | Research public records to assist with determining case status. | L110 | .60 hrs |
| 01/08/13 | MJA | Research on Cerron case status | L120 | .50 hrs |
| 01/09/13 | CWH | Exchange e-mails with client regarding correct investor, BPO, and loss mitigation history | L120 | .20 hrs |
| 01/16/13 | MSW | Conference call with client regarding case strategy | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301017

FED ID NO. 63-0243316

| 01/16/13 | CWH | Review and analyze remaining issues with counterclaims and motion to dismiss and prepare for conference call with client on same | L210 | 1.20 hrs |
| 01/16/13 | CWH | Conference call with client to discuss case strategy and thoughts for resolution | L210 | .50 hrs |
| 01/16/13 | MPE | Draft, finalize,and electronically submit and serve notice of appearance and email designation for the foreclosure and HOA case. | L210 | .50 hrs |
| 01/17/13 | CWH | Exchange e-mails with client regarding full name of investor | L110 | .10 hrs |
| 01/23/13 | RLB | Outline issues for letter to Homeowners' Association to recover rents | L240B | .60 hrs |
| 01/24/13 | EL | Review of mortgage and riders and consideration of issues regarding assignment of rents absent standard assignment of rents rider | L120 | .50 hrs |
| 01/28/13 | CWH | Review and analyze status of efforts to get rental payments | L120 | .20 hrs |
| 01/29/13 | MSW | Research and analyze grounds for liability and communicate with client and opposing counsel | L120 | 1.80 hrs |
| 01/29/13 | CWH | Review and analyze issues with response to borrower's motion to dismiss and loss mitigation history on this loan | L120 | .40 hrs |
| 01/30/13 | MSW | Draft settlement letter | L160 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0G2013-301017

FED ID NO. 63-0243316

| 01/30/13 | MSW | Draft status report for client. | L120 | .10 hrs |
| 01/30/13 | MPE | Research docket to determine status. | L110 | .20 hrs |
| 01/30/13 | MPE | Review copies of case filings to assist with issue resolution and case strategy. | L110 | .50 hrs |

TOTAL FEES FOR THIS MATTER                    $3,649.20

EXPENSES

| 01 | Copy Charges | 0.00 |
| 30A | Miscellaneous Expense | 230.16 |

TOTAL COSTS FOR THIS MATTER          $230.16

BILLING SUMMARY

| Marc J. Ayers | .50 hrs | 317.00 /hr | 158.50 |
| Christian W. Hancock | 5.60 hrs | 361.00 /hr | 2,021.60 |
| Rashad L. Blossom | .60 hrs | 299.00 /hr | 179.40 |
| Mark S. Wierman | 2.40 hrs | 304.00 /hr | 729.60 |
| Elena Lovoy | .50 hrs | 352.00 /hr | 176.00 |
| Melisa P. Palmer | 2.30 hrs | 167.00 /hr | 384.10 |

TOTAL FEES                11.90 hrs              $3,649.20

TOTAL EXPENSES                              $230.16



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
MARCH 27, 2013

0G2013-301017

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE              $3,879.36

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                               MARCH 27, 2013
1100 Virginia Drive                                  0G2013-301018
Fort Washington, PA 19034

                                                     INVOICE #  862933

                                                     FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301018
         TC # 734610

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | RV | Draft December 2012 status report for client | L190 | .20 hrs |
| 01/03/13 | RV | Phone conference with S.Gatling at Pendergast and Morgan regarding non-service of D.Serrels and service of L.Sanford | L120 | .30 hrs |
| 01/03/13 | RV | Email exchange with S.Gatling regarding service of newly added defendants, L.Sanford and D.Serrels, and steps to be taken to obtain service over D.Serrels | L120 | .30 hrs |
| 01/03/13 | RV | Review and analyze responsive pleadings filed by R.Winer to develop strategy in light of new defenses raised and responses to amended verified complaint to foreclose mortgage | L120 | .50 hrs |
| 01/03/13 | HTC | Review and revise motion to enforce settlement agreement | L250 | .70 hrs |
| 01/04/13 | HTC | Review and revise title claim letter to First American Title | L120 | 1.00 hrs |
| 01/04/13 | JAM | Telephone conferences to Court regarding steps to file Motion to Reopen case | L190 | .40 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0G2013-301018

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/04/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/07/13 | RV | Phone conference with opposing counsel, R.Winer, discussing various issues in this case, including statute of limitations, equitable lien theory, and prior settlement agreement, as well as possible speedy resolution to the pending action | L160 | .40 hrs |
| 01/07/13 | RV | Draft memorandum to S.McGinnis regarding proposed settlement offer presented by opposing counsel, R.Winer | L160 | .20 hrs |
| 01/07/13 | RV | Phone conference with S.McGinnis regarding settlement strategy and possible outcomes, as well as obtaining new interior inspection | L120 | .30 hrs |
| 01/07/13 | RV | Email exchange with S.McGinnis regarding terms and possibilities of proposed settlement | L120 | .30 hrs |
| 01/07/13 | RV | Phone conference with S.McGinnis regarding property interior inspection prior to final settlement | L120 | .10 hrs |
| 01/07/13 | RV | Phone call to law office of Russell Winer regarding proposed settlement | L120 | .10 hrs |
| 01/08/13 | RV | Review court docket and case file for current status and determination of next steps | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       3
MARCH 27, 2013

0G2013-301018

FED ID NO. 63-0243316

| 01/08/13 | RV | Draft letter to opposing counsel, R.Winer, regarding possible settlement discussions | L120 | .10 hrs |
| 01/10/13 | RV | Phone call to clerk of court for Hillsborough County, Florida regarding payment of filing fees | L120 | .30 hrs |
| 01/10/13 | RV | Review settlement agreement and other pleadings and court order in revising motion to enforce settlement agreement to be filed in prior foreclosure action | L120 | .40 hrs |
| 01/10/13 | RV | Revise motion to enforce settlement agreement with suggestions of H.Cannon | L250 | .50 hrs |
| 01/10/13 | RV | Revise title claim letter to First American Title Insurance Company | L250 | .30 hrs |
| 01/10/13 | HTC | Review issues relating to motion to dismiss second foreclosure action | L250 | .10 hrs |
| 01/11/13 | ERP | Conference with R.Vann and J.Mathews regarding Motion to Re-Open case and Notice of Appearance | L120 | .20 hrs |
| 01/11/13 | RV | Phone conference with Mark at the Clerk of Court for the 13th Judicial Circuit regarding return of re-open check and process for re-opening prior foreclosure action | L120 | .30 hrs |
| 01/11/13 | RV | Draft motion to reopen prior foreclosure action | L250 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      4
MARCH 27, 2013

0G2013-301018

FED ID NO. 63-0243316

| 01/11/13 | RV | Draft letter to clerk of court for hillsborough county regarding reopening the prior foreclosure action | L250 | .20 hrs |
|---|---|---|---|---|
| 01/11/13 | JAM | Conference with R.Vann regarding litigation strategy and draft motion | L210 | .20 hrs |
| 01/14/13 | HTC | Analyze issues relating to motion to dismiss counterclaim | L250 | .10 hrs |
| 01/14/13 | HTC | Revise edited letter to UGIC regarding settlement and title claim | L120 | .30 hrs |
| 01/14/13 | HTC | Review and edit motion to reopen first foreclosure action to enforce settlement | L250 | .20 hrs |
| 01/16/13 | JAM | Final review of Motion to Reopen Case prior to submission to Court | L210 | .20 hrs |
| 01/16/13 | JAM | Final review of Notice of Appearance and Designation of Email Service Addresses prior to submission to Court | L210 | .20 hrs |
| 01/16/13 | JAM | Draft correspondence to Hillsborough County Clerk enclosing Motion to Reopen Case, Notice of Appearance, and fee to reopen case | L210 | .30 hrs |
| 01/16/13 | JAM | Draft email service of Motion to Reopen Case and Notice of Appearance to counsel of record pursuant to Florida Rule 2.516 | L210 | .20 hrs |
| 01/16/13 | ERP | Draft and revise Notice of Appearance | L120 | .30 hrs |
| 01/16/13 | RV | Phone conference with S.McGinnis regarding substitution of parties in prior foreclosure action | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE        5
MARCH 27, 2013

0G2013-301018

FED ID NO. 63-0243316

| 01/16/13 | RV | Review and finalize Motion to Reopen prior foreclosure action in preparation to file today | L120 | .20 hrs |
|---|---|---|---|---|
| 01/16/13 | RV | Revise Motion to Enforce Settlement Agreement with suggestions from H.Cannon and to inform the court as to the second foreclosure action | L430 | .20 hrs |
| 01/16/13 | RV | Draft memorandum to S.McGinnis regarding filing of the motion to reopen | L120 | .10 hrs |
| 01/16/13 | RV | Revise title claim letter to First American and finalize for sending to J.Young in the First American claims department | L120 | .20 hrs |
| 01/16/13 | RV | Draft letter to J.Young at First American title regarding correspondence from H.Cannon | L120 | .10 hrs |
| 01/16/13 | RV | Draft memorandum to S.McGinnis regarding title claim letter sent to J.Young at First American from H.Cannon | L120 | .10 hrs |
| 01/17/13 | RV | Review correspondence from S.McGinnis regarding Suggs title claim to First American | L120 | .10 hrs |
| 01/21/13 | RV | Review and analyze court docket, correspondence with First American Title Company as to title claim in 2007 actions, and S.McGinnis as to possible substitution of parties in 2007 action, and strategy for moving to dismiss counterclaims in 2012 action and setting aside initial case assessment memo in light of motion to dismiss | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    6
MARCH 27, 2013

0G2013-301018

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/21/13 | RV | Draft memorandum to S.McGinnis as to 2007 case status, holding off on initial case assessment memo in 2012 action, possible substitution of parties in 2007 action, and strategy for moving to dismiss counterclaims in 2012 action | L120 | .20 hrs |
| 01/22/13 | RV | Phone conference with Carmen of the Senior Judge Foreclosure Division of the 13th Judicial Circuit regarding recent filing to reopen case and notice of appearance | L120 | .20 hrs |
| 01/22/13 | RV | Review correspondence from S.Gatling of Pendergast and Morgan as to serving new defendants with amended complaint | L120 | .10 hrs |
| 01/22/13 | ERP | E-mail communication with R.Vann attaching docket regarding status of motion to reopen being filed | L120 | .10 hrs |
| 01/22/13 | ERP | Retrieve and initial review of docket regarding motion to re-open | L120 | .20 hrs |
| 01/23/13 | HTC | Exchange emails with client regarding substitution of GMAC | L120 | .10 hrs |
| 01/23/13 | RV | Phone conference with S.McGinnis regarding substitution of parties in 2007 foreclosure action and servicing agreement as well as strategy in moving to enforce settlement in 2007 case and moving to dismiss in 2012 case | L120 | .20 hrs |
| 01/23/13 | RV | Research court records as to ruling on motion to reopen 2007 action | L120 | .10 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      7
MARCH 27, 2013

0G2013-301018

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/23/13 | RV | Review correspondence from S.McGinnis as to pooling and servicing agreement and substitution of parties in 2007 action | L120 | .10 hrs |
| 01/24/13 | JAM | Revise correspondence to the Court submitting confidential Settlement Agreement for in camera inspection | L210 | .20 hrs |
| 01/24/13 | JAM | Draft Notice of Hearing on Plaintiff's Motion to Enforce Settlement Agreement prior to submission to Court | L210 | .30 hrs |
| 01/24/13 | RV | Phone conference with Carmen of foreclosure division at Hillsborough County Courthouse regarding submitting settlement agreement to presiding senior judge for in camera inspection as well as setting the hearing on the motion to enforce | L120 | .20 hrs |
| 01/24/13 | RV | Final review of motion to enforce settlement agreement and exhibits prior to filing | L430 | .20 hrs |
| 01/24/13 | RV | Draft letter to Presiding Senior Judge of 13th Judicial Circuit in and for Hillsborough County in regards to submission of Settlement Agreement for in camera review along with copy of Motion to Enforce | L430 | .20 hrs |
| 01/24/13 | RV | Multiple phone conferences with Carmen of the Foreclosure division of the Hillsborough County Courthouse in regards to getting assistance setting the hearing on the client's motion to enforce settlement agreement | L120 | .30 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      8
MARCH 27, 2013

0G2013-301018

FED ID NO. 63-0243316

| 01/24/13 | ERP | Final review of Motion to Enforce Settlement Agreement with Exhibits for filing | L120 | .60 hrs |
|---|---|---|---|---|
| 01/24/13 | ERP | E-mail communication to R.Winer regarding service of documents | L120 | .20 hrs |
| 01/25/13 | JAM | Confirm docketing of Notice of Hearing on Plaintiff's Motion to Enforce Settlement | L210 | .20 hrs |
| 01/29/13 | JAM | Confirm docketing of Plaintiff's Motion to Reopen Case | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                 $3,414.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 2.50 hrs | 334.00 /hr | 835.00 |
| Jamie Mathews | 2.70 hrs | 150.00 /hr | 405.00 |
| Emily R. Powell | 1.60 hrs | 163.00 /hr | 260.80 |
| Richard Vann | 8.70 hrs | 220.00 /hr | 1,914.00 |

TOTAL FEES              15.50 hrs                        $3,414.80

**TOTAL CHARGES FOR THIS INVOICE**                        **$3,414.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                    APRIL 30, 2013
1100 Virginia Drive                                                       0G2013-301018
Fort Washington, PA 19034

                                                                    INVOICE #  866114

                                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301018
         TC # 734610

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | RV | Draft status report for January 2013 for the client | L190 | .20 hrs |
| 02/04/13 | RV | Phone conference with First American Title Insurance Company regarding status of title claim | L120 | .20 hrs |
| 02/04/13 | RV | Draft memorandum to J.Young of First American Title Insurance Company regarding status of title claim | L120 | .10 hrs |
| 02/04/13 | RV | Review and analyze court docket information of both 2007 and 2012 actions for recent filing activity and current status of the cases | L120 | .10 hrs |
| 02/04/13 | ERP | Retrieve and review docket | L120 | .20 hrs |
| 02/05/13 | ERP | Review client documents for property value and unpaid principle balance | L120 | .30 hrs |
| 02/11/13 | RV | Analyze correspondence from J.Young at First American Title regarding title claims | L120 | .30 hrs |
| 02/11/13 | RV | Email exchange with S.Gatling of Pendergast regarding service of process on D.Serrels | L120 | .20 hrs |
| 02/11/13 | HTC | Review correspondence from title carrier and consider response to same | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0G2013-301018

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                              $356.90

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .10 hrs | 334.00 /hr | 33.40 |
| Emily R. Powell | .50 hrs | 163.00 /hr | 81.50 |
| Richard Vann | 1.10 hrs | 220.00 /hr | 242.00 |

| | | |
|---|---|---|
| TOTAL FEES | 1.70 hrs | $356.90 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$356.90** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301019

INVOICE #   862934

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:   0G2013-301019
      TC # 724478

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/04/13 | RPR | Exchange e-mails with client regarding status of loss mitigation review | B110 | .20 hrs |
| 01/04/13 | RPR | Exchange e-mails with opposing counsel regarding status of BPO | B110 | .20 hrs |
| 01/09/13 | RPR | Update case status | B110 | .10 hrs |
| 01/15/13 | RPR | Exchange e-mails with client regarding rejection of intervenor's offer | B110 | .30 hrs |
| 01/15/13 | RPR | Analyze counter-offer | B110 | .30 hrs |
| 01/22/13 | RPR | Exchange e-mails with H. Franchi regarding loss mitigation response to questions about selling authority | B110 | .30 hrs |
| 01/22/13 | HTC | Review email from client regarding settlement and loss mitigation requirements and analyze response to same | L160 | .10 hrs |
| 01/23/13 | RPR | Telephone call with client regarding counter offer to settle dispute | B110 | .30 hrs |
| 01/23/13 | RPR | Exchange multiple e-mails with client regarding settlement offers | B110 | .30 hrs |
| 01/23/13 | HTC | Review loss mitigation email relating to settlement proposal | L160 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301019

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 01/28/13 | RPR | Exchange e-mails with client regarding status of counter-offer and motion for relief | B110 | .30 hrs |
| 01/30/13 | RPR | Review e-mails from client regarding rejection of intervenor's offer | B110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $649.20

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Hope Cannon | .20 hrs | 334.00 /hr | | 66.80 |
| Ryan Robichaux | 2.60 hrs | 224.00 /hr | | 582.40 |

TOTAL FEES               2.80 hrs                    $649.20

**TOTAL CHARGES FOR THIS INVOICE**                    $649.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0G2013-301019
Fort Washington, PA 19034

                                                          INVOICE #  866115

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

     Re:  0G2013-301019
          TC # 724478

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 02/05/13 | RPR | Telephone call with client regarding settlement offer | B110 | .20 hrs |
| 02/05/13 | RPR | Exchange e-mails with client confirming settlement offer | B110 | .20 hrs |
| 02/05/13 | RPR | Draft counter-offer letter to purchaser | B110 | .30 hrs |
| 02/07/13 | RPR | Email with client regarding reinstatement figures | B110 | .20 hrs |
| 02/07/13 | RPR | Edit memo to opposing counsel re counteroffer | B110 | .40 hrs |
| 02/08/13 | HTC | Review draft email to opposing counsel regarding settlement offer | L160 | .10 hrs |
| 02/08/13 | RPR | Exchange emails with opposing counsel regarding counteroffer | B110 | .50 hrs |
| 02/11/13 | RPR | Analyze strategy for providing a response to opposing counsel on the issue of the counter-offer | B110 | .50 hrs |
| 02/11/13 | HTC | Consider response to opposing counsel regarding counteroffer to borrowerÆs initial short sale offer | L160 | .10 hrs |
| 02/12/13 | JAM | Email to case manager regarding reinstatement figures | L190 | .10 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
ResCap                                                                    APRIL 30, 2013

0G2013-301019

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/12/13 | RPR | Draft memorandum to opposing counsel regarding rejection of intervenor's offer | B110 | .70 hrs |
| 02/13/13 | RPR | Edit multiple drafts of correspondence to intervenor's counsel regarding counter-offer | B110 | .70 hrs |
| 02/14/13 | RPR | Review reinstatement documents | B110 | .30 hrs |
| 02/14/13 | RPR | Telephone call to client regarding appraisal | B110 | .10 hrs |
| 02/15/13 | RPR | Telephone call with client regarding appraisal of property | B110 | .20 hrs |

                TOTAL FEES FOR THIS MATTER                    $1,045.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .20 hrs | 334.00 /hr | 66.80 |
| Jamie Mathews | .10 hrs | 150.00 /hr | 15.00 |
| Ryan Robichaux | 4.30 hrs | 224.00 /hr | 963.20 |

TOTAL FEES                    4.60 hrs                    $1,045.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$1,045.00**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                         0G2013-301020
Fort Washington, PA 19034

                                                            INVOICE #  862935

                                                            FED ID NO. 63-0243316

_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301020
         TC # 730096

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 01/02/13 | RK | Conference regarding motion for summary judgment in light of Plaintiff's failure to file an amended complaint | L120 | .20 hrs |
| 01/02/13 | RK | Conference regarding timing of our motion for summary judgment | L120 | .30 hrs |
| 01/02/13 | RK | Draft letter to opposing counsel regarding upcoming deposition | L120 | .30 hrs |
| 01/02/13 | GWG | Work on summary judgment arguments given plaintiff's failure to amend her Complaint | L210 | 1.50 hrs |
| 01/03/13 | GWG | Work on summary judgment as to the remaining claim in plaintiff's complaint | L240 | 1.70 hrs |
| 01/03/13 | RK | Draft status report for client | L120 | .10 hrs |
| 01/06/13 | RK | Draft correspondence to opposing counsel regarding deposition | L330 | .30 hrs |
| 01/15/13 | GWG | Review plaintiff's expert designations and analyze case for possible necessity of rebuttal experts | L420 | .30 hrs |
| 01/18/13 | RK | Draft initial portion of motion for summary judgment | L240 | 2.80 hrs |
| 01/21/13 | RK | Draft argument section for motion for summary judgment | L240 | 2.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0G2013-301020

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 01/24/13 | RK | Draft declaration in support of motion for summary judgment | L240 | .70 hrs |
| 01/25/13 | RK | Review Amended Complaint filed by Plaintiff | L120 | .30 hrs |
| 01/25/13 | GWG | Review plaintiff's amended complaint and work on summary judgment argument for breach of contract claim | L210 | 1.00 hrs |

TOTAL FEES FOR THIS MATTER                       $3,018.60

| | | |
|---|---|---|
| 01/02/13 | Copy Charges | 0.00 |
| 01/07/13 | Copy Charges | 0.00 |
| 01/18/13 | Copy Charges | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | 4.50 hrs | 312.00 /hr | 1,404.00 |
| Riley Key | 7.80 hrs | 207.00 /hr | 1,614.60 |

TOTAL FEES                     12.30 hrs                    $3,018.60

**TOTAL CHARGES FOR THIS INVOICE**                    **$3,018.60**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301020

INVOICE #   866116

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:   0G2013-301020
      TC # 730096

PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|---|---|---|---|---|
| 02/04/13 | RK | Draft status report to client | L120 | .20 hrs |
| 02/05/13 | RK | Revise motion for summary judgment to address Plaintiff's First Amended Complaint | L240 | 3.10 hrs |
| 02/05/13 | RK | Draft Answer to Plaintiff's First Amended Complaint | L210 | 1.60 hrs |
| 02/05/13 | GWG | Begin work on motion for summary judgment directed to the claim in plaintiff's amended complaint | L240 | 1.00 hrs |
| 02/13/13 | GWG | Legal research regarding expert report requirements and correspondence with opposing counsel regarding same | L340 | 1.40 hrs |

TOTAL FEES FOR THIS MATTER                    $1,763.10

| Date | | Amount |
|---|---|---|
| 02/05/13 | Copy Charges | 0.00 |
| 02/06/13 | Copy Charges | 0.00 |
| 02/06/13 | Copy Charges | 0.00 |
| 02/06/13 | Copy Charges | 0.00 |
| 02/06/13 | Copy Charges | 0.00 |
| 02/06/13 | Copy Charges | 0.00 |
| 02/06/13 | Copy Charges | 0.00 |
| 02/06/13 | Copy Charges | 0.00 |
| 02/06/13 | Copy Charges | 0.00 |
| 02/13/13 | Copy Charges | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301020

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | 2.40 hrs | 312.00 /hr | 748.80 |
| Riley Key | 4.90 hrs | 207.00 /hr | 1,014.30 |
| TOTAL FEES | 7.30 hrs | | $1,763.10 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$1,763.10** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2013-301021
Fort Washington, PA 19034

                                                          INVOICE #  862936

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301021
         TC # 713716

PROFESSIONAL SERVICES

01/07/13   MST   Receive and review order of dismissal     L210     .50 hrs
                 and prepare file for closing, draft
                 closing memo for attorney review

01/30/13   MST   Revise closing memo and forward to client L110     .40 hrs

            TOTAL FEES FOR THIS MATTER                          $142.20

BILLING SUMMARY

    Melanie Thompson          .90 hrs   158.00 /hr      142.20

TOTAL FEES                  0.90 hrs                 $142.20

**TOTAL CHARGES FOR THIS INVOICE**                   **$142.20**
                                            ════════════════

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301022

INVOICE #  862937

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301022
      TC # 708398

PROFESSIONAL SERVICES

| Date | | | | | |
|------|------|------|------|------|------|
| 01/18/13 | MJA | Research on order denying certiorari petition and possible rehearing | L510 | .30 hrs | |

TOTAL FEES FOR THIS MATTER                                $95.10

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Marc J. Ayers | .30 hrs | 317.00 /hr | | 95.10 |

TOTAL FEES                    0.30 hrs                    $95.10

**TOTAL CHARGES FOR THIS INVOICE**                    **$95.10**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301023

INVOICE #  862938

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301023
     TC # 724804

PROFESSIONAL SERVICES

| 01/01/13 | MSW | Draft status report for client. | L120 | .10 hrs |
| 01/03/13 | LADA | Receipt and review of notice and motion to withdraw filed by additional counsel | L140 | .40 hrs |
| 01/30/13 | MSW | Draft status report for client. | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                     $124.00

BILLING SUMMARY

| Mark S. Wierman | .20 hrs | 304.00 /hr | 60.80 |
| Lucinda Kish | .40 hrs | 158.00 /hr | 63.20 |

| TOTAL FEES | 0.60 hrs | | $124.00 |

**TOTAL CHARGES FOR THIS INVOICE**                 **$124.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0G2013-301023
Fort Washington, PA 19034

                                                          INVOICE #  866117

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301023
         TC # 724804

    PROFESSIONAL SERVICES

    02/05/13   MPE   Research docket and review borrower's      L110      .30 hrs
                     recent filings.

    02/12/13   LADA  Revise and finalize notice of             L210      .30 hrs
                     unavailability

    02/14/13   MSW   Review and analyze pleadings filed by     L210      .30 hrs
                     borrowers


               TOTAL FEES FOR THIS MATTER                      $188.70


    BILLING SUMMARY

       Mark S. Wierman          .30 hrs    304.00 /hr          91.20
       Lucinda Kish             .30 hrs    158.00 /hr          47.40
       Melisa P. Palmer         .30 hrs    167.00 /hr          50.10


    TOTAL FEES                  0.90 hrs                       $188.70

    **TOTAL CHARGES FOR THIS INVOICE**                        **$188.70**

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301024

INVOICE #  862939

FED ID NO, 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301024
     TC # 713403

PROFESSIONAL SERVICES

| 01/02/13 | NWN | Telephone conference with Judge Alderson's court administrator regarding available hearing dates for our Motion for Summary Judgment to be heard | L440 | .30 hrs |
|---|---|---|---|---|
| 01/02/13 | NWN | Prepare and forward email to E.Saltaformaggio regarding proposed hearing dates for Judge Alderson to hear our Motion for Summary Judgment | L440 | .30 hrs |
| 01/02/13 | ES | Read pleadings and motions re: claim by borrower's counsel that claim should proceed in spite bankruptcy, prepare for call with borrower's counsel, call and leave message | L240B | .60 hrs |
| 01/07/13 | ES | Status update on extranet re: communication with borrower's attorney | L240B | .10 hrs |
| 01/08/13 | ES | Draft motion to withdraw D.Pharr from case | L240B | .20 hrs |
| 01/08/13 | NWN | Telephone call attempts with Judge Alderson's court administrator regarding Motion to Withdraw attorney D.Pharr | L190 | .20 hrs |
| 01/08/13 | NWN | Emails from and to and telephone conference with E.Saltaformaggio regarding telephone attempts with Judge Alderson's court administrator regarding Motion to Withdraw D.Pharr | L190 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
ResCap                                                                  MARCH 27, 2013

0G2013-301024

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/09/13 | NWN | Telephone call attempts with Judge Alderson's court administrator regarding Motion to Withdraw attorney D.Pharr | L190 | .20 hrs |
| 01/11/13 | ES | Phone call to plaintiff's lawyer re: summary judgment motion | L240B | .10 hrs |
| 01/14/13 | ES | E-mail plaintiff's lawyer re: moving case forward | L240B | .10 hrs |
| 01/15/13 | ES | Phone call with plaintiff's lawyer re: MSJ hearing; follow-up e-mails re: proposed order setting hearing date | L240B | .20 hrs |
| 01/15/13 | ES | Status update e-mail to H.Franchi re: status of case | L240B | .10 hrs |
| 01/15/13 | NWN | Emails from and to and telephone conferences with E.Saltaformaggio and K.Pollock regarding proposed order setting hearing on 2/28 and preparation of letter to clerk regarding same | L440 | .50 hrs |
| 01/15/13 | NWN | Telephone conference with court administrator regarding proposed order setting hearing on 2/28 and time and place of same | L440 | .20 hrs |
| 01/15/13 | NWN | Telephone conference with court administrator regarding Motion to Withdraw D.Pharr | L210 | .10 hrs |
| 01/15/13 | NWN | Emails to and from E.Saltaformaggio regarding Motion to Withdraw D.Pharr | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     3
ResCap                                                      MARCH 27, 2013

0G2013-301024

FED ID NO. 63-0243316

---

| Date | | Description | | |
|---|---|---|---|---|
| 01/15/13 | NWN | Prepare draft Proposed Order for Motion for Summary Judgment Hearing and forward to E.Saltaformaggio for review | L440 | .50 hrs |
| 01/15/13 | NWN | Emails from and to E.Saltaformaggio regarding preparation of Judge letter regarding Proposed Order for Motion for Summary Judgment Hearing | L440 | .20 hrs |
| 01/15/13 | NWN | Prepare letter to Judge regarding Proposed Order for Motion for Summary Judgment Hearing and forward to E.Saltaformaggio for review | L440 | .40 hrs |

TOTAL FEES FOR THIS MATTER                              $738.60


BILLING SUMMARY

| | | | |
|---|---|---|---|
| Niki Nix | 3.30 hrs | 136.00 /hr | 448.80 |
| Erin Saltaformaggio | 1.40 hrs | 207.00 /hr | 289.80 |

TOTAL FEES          4.70 hrs                            $738.60

**TOTAL CHARGES FOR THIS INVOICE**                     $738.60

═══════════

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0G2013-301024
Fort Washington, PA 19034

                                                          INVOICE #  866118

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301024
         TC # 713403

    PROFESSIONAL SERVICES

    02/04/13   ES   Draft status update on extranet re:      L240B      .10 hrs
                    hearing on motion for summary judgment

    02/13/13   ES   Phone call with court administrator re:  L240       .10 hrs
                    hearing date


               TOTAL FEES FOR THIS MATTER                            $41.40


    BILLING SUMMARY

       Erin Saltaformaggio          .20 hrs   207.00 /hr        41.40


    TOTAL FEES                   0.20 hrs                    $41.40

    **TOTAL CHARGES FOR THIS INVOICE**                      **$41.40**

               ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301025

INVOICE #  862940

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301025
     TC # 719755

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/04/13 | JHP | Email to counsel for second lien holder requesting update on case | L190 | .10 hrs |
| 01/23/13 | JHP | Phone call from and email to client to discuss whether borrower is still in possession of home | L120 | .20 hrs |
| 01/23/13 | JHP | Email to counsel for Evolve Credit Union to discuss status of case | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $116.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jon H. Patterson | .40 hrs | 290.00 /hr | 116.00 |
| TOTAL FEES | 0.40 hrs | | $116.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$116.00** |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2013-301025
Fort Washington, PA 19034

                                                               INVOICE #  866119

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301025
         TC # 719755

PROFESSIONAL SERVICES

02/04/13   BG    Draft status update regarding          L190      .10 hrs
                 prospective dismissal

02/05/13   JHP   Phone call to counsel for Evolve Credit L160      .20 hrs
                 Union to discuss possible resolution to
                 case through quitclaim deed of property
                 to client

02/05/13   JHP   Emails to/from client to discuss call   L160      .20 hrs
                 with counsel for Evolve Credit Union to
                 discuss possible resolution to case
                 through quitclaim deed of property to
                 client

           TOTAL FEES FOR THIS MATTER                    $136.70

BILLING SUMMARY

    Jon H. Patterson        .40 hrs   290.00 /hr      116.00
    Blake Goodsell          .10 hrs   207.00 /hr       20.70

TOTAL FEES                  0.50 hrs                  $136.70

**TOTAL CHARGES FOR THIS INVOICE**                    **$136.70**

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                      0G2013-301026
Fort Washington, PA 19034

                                                    INVOICE #  862941

                                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301026
         TC # 722618

PROFESSIONAL SERVICES

01/04/13   MW   Draft status update to client regarding      C300      .10 hrs
                pending motion

01/13/13   MPE  Email correspondence with default            L110      .20 hrs
                counsel regarding previous requests to
                draft Affidavit of Indebtedness and
                summary judgment motion.

01/16/13   MPE  Email correspondence with default            L110      .20 hrs
                counsel regarding foreclosure
                requirements and to check the status of
                their progress.

01/16/13   MPE  Research docket to confirm status            L110      .20 hrs

01/21/13   MPE  Draft and finalize affidavit in support      L210      .90 hrs
                of motion for summary judgment and all
                relvant exhibits.

01/23/13   MW   Review and revise affidavit to be            L240B     .40 hrs
                exhibit to motion for summary judgment,
                in preparation for submission and
                execution

                TOTAL FEES FOR THIS MATTER                    $391.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301026

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Monica Wilson | .50 hrs | 282.00 /hr | 141.00 |
| Melisa P. Palmer | 1.50 hrs | 167.00 /hr | 250.50 |

| | | |
|---|---|---|
| TOTAL FEES | 2.00 hrs | $391.50 |

**TOTAL CHARGES FOR THIS INVOICE**                    **$391.50**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301027

INVOICE #  862942

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301027
     TC # 689360

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 01/02/13 | JDV | Draft December 2012 status report for client | L190 | .10 hrs |
| 01/03/13 | JAM | Multiple telephone call to R.Plotka's office regarding scheduling of hearing | L230 | .30 hrs |
| 01/08/13 | JAM | Email correspondence with opposing counsel's assistant regarding scheduling hearing | L230 | .10 hrs |
| 01/09/13 | JAM | Multiple emails with L.Tosca regarding scheduling hearing on Motion for Summary Judgment | L230 | .30 hrs |
| 01/10/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/10/13 | JAM | Email correspondence with Judicial Assistant regarding special set hearing dates | L230 | .20 hrs |
| 01/11/13 | JDV | Analysis of January 2013 docket | L120 | .10 hrs |
| 01/14/13 | JAM | Telephone call to Judicial Assistant for new Broward County judge regarding procedures for special set hearing | L230 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301027

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/14/13 | JAM | Draft correspondence to Judge Perlman's Judicial Assistant requesting special set hearing and forwarding copy of Motion to Dismiss | L230 | .20 hrs |
| 01/16/13 | JAM | Emails and telephone calls with Judge Perlman's Judicial Assistant to schedule hearing on Plaintiff's Motion for Summary Judgment on Counterclaims | L230 | .40 hrs |
| 01/16/13 | JAM | Draft Notice of Hearing on Plaintiff's Motion for Summary Judgment on Counterclaims | L210 | .30 hrs |
| 01/16/13 | JAM | Draft email service of Motion to Dismiss Counterclaims to counsel of record pursuant to Florida Rule 2.516 | L210 | .20 hrs |
| 01/25/13 | JAM | Confirm docketing of Motion for Summary Judgment on Defendant's Counterclaims | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $472.80

EXPENSES

07        Filing Fees                                                        15.00

TOTAL COSTS FOR THIS MATTER                    $15.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | 2.80 hrs | 150.00 /hr | 420.00 |
| Jose D. Vega | .20 hrs | 264.00 /hr | 52.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
MARCH 27, 2013

0G2013-301027

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 3.00 hrs | $472.80 |
| TOTAL EXPENSES | | $15.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$487.80** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301027

INVOICE #  866120

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301027
     TC # 689360

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | JAM | Pull Access online docket and review for recent case activity and review for recently docketed pleadings and case activity | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $30.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .20 hrs | 150.00 /hr | 30.00 |

TOTAL FEES                    0.20 hrs              $30.00

**TOTAL CHARGES FOR THIS INVOICE**              $30.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                      0G2013-301028
Fort Washington, PA 19034

                                                    INVOICE #   862943

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301028
         TC # 725401

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 01/03/13 | JAM | Multiple emails with Court regarding final issues with scheduling hearing | L230 | .40 hrs |
| 01/03/13 | JAM | Revise Notice of Hearing | L210 | .20 hrs |
| 01/03/13 | JAM | Draft correspondence to Clerk enclosing Notice of Hearing for docketing | L210 | .20 hrs |
| 01/08/13 | JAM | Email correspondence with C.Haynes regarding hearing | L230 | .10 hrs |
| 01/08/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/09/13 | JAM | Email correspondence with Lake County Senior Foreclosure Specialist regarding scheduling hearing | L230 | .20 hrs |
| 01/09/13 | JAM | Conference with R.Robichaux regarding status of hearing | L230 | .20 hrs |
| 01/09/13 | RPR | Update case status | B110 | .20 hrs |
| 01/10/13 | RPR | Analyze strategy for dismissing counterclaim | L120 | .30 hrs |
| 01/10/13 | JAM | Email correspondence to Judicial Assistant regarding hearing dates | L230 | .20 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0G2013-301028

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/11/13 | RPR | Analyze strategy for hearing on motion to dismiss | L120 | .30 hrs |
| 01/15/13 | RPR | E-mail with client regarding hearing status | B110 | .30 hrs |
| 01/15/13 | JAM | Emails with Judicial Assistant regarding potential dates for hearing | L230 | .30 hrs |
| 01/16/13 | JAM | Telephone calls with Judge Musleh's Judicial Assistant regarding hearing scheduled for February 26, 2013 | L230 | .30 hrs |
| 01/16/13 | JAM | Review Lake County website for hearing procedures/courtesy submission procedures for Judge Musleh | L250 | .30 hrs |
| 01/16/13 | JAM | Telephone calls with K.Plotka's office to coordinate hearing | L230 | .30 hrs |
| 01/22/13 | JAM | Revise Notice of Hearing on Plaintiff's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment and Plaintiff's Motion to Strike Affirmative Defenses | L210 | .20 hrs |
| 01/22/13 | RPR | Review report from discussions with Judicial Assistant on hearing issue | B110 | .20 hrs |
| 01/23/13 | JAM | Pull Access online docket and review for recent case activity to determine status of docketing of motions to be heard at February 26, 2013 hearing | L210 | .20 hrs |
| 01/23/13 | JAM | Final revisions to Notice of Hearing prior to submission to Court | L210 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
MARCH 27, 2013

0G2013-301028

FED ID NO. 63-0243316

| 01/23/13 | JAM | Draft email service of Notice of Hearing to all counsel of record pursuant to Florida Rule 2.516 | L210 | .20 hrs |
|---|---|---|---|---|
| 01/23/13 | RPR | Provide report on status of hearing | B110 | .20 hrs |
| 01/24/13 | RPR | Request report from clerk regarding hearing scheduling | B110 | .20 hrs |
| 01/24/13 | RPR | Review notice of hearing | B110 | .20 hrs |
| 01/25/13 | JAM | Confirm docketing of Plaintiff's Motion to Dismiss, or in the Alternative Motion for Summary Judgment and Plaintiff's Motion to Strike Affirmative Defenses | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                        $1,010.60

BILLING SUMMARY

| Jamie Mathews | 3.90 hrs | 150.00 /hr | 585.00 |
|---|---|---|---|
| Ryan Robichaux | 1.90 hrs | 224.00 /hr | 425.60 |

TOTAL FEES              5.80 hrs                    $1,010.60

**TOTAL CHARGES FOR THIS INVOICE**                $1,010.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                        0G2013-301028
Fort Washington, PA 19034

                                                           INVOICE #  866121

                                                           **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301028
         TC # 725401

<u>PROFESSIONAL SERVICES</u>

| 02/06/13 | JAM | Pull Access online docket and review for recent case activity and review for recently docketed pleadings and case activity | L190 | .20 hrs |
| 02/11/13 | RPR | Report to client regarding hearing on motion to dismiss | B110 | .20 hrs |
| 02/14/13 | JAM | Continue assembly of hearing binder | L230 | .60 hrs |
| 02/14/13 | JAM | Prepare conformed copies of order and stamped envelopes, pursuant to court procedure for proposed orders | L230 | .30 hrs |

             TOTAL FEES FOR THIS MATTER                    $209.80

<u>BILLING SUMMARY</u>

| Jamie Mathews | 1.10 hrs | 150.00 /hr | 165.00 |
| Ryan Robichaux | .20 hrs | 224.00 /hr | 44.80 |

TOTAL FEES                    1.30 hrs              $209.80

**TOTAL CHARGES FOR THIS INVOICE**                 **$209.80**

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                        0G2013-301029
Fort Washington, PA 19034

                                                           INVOICE #  862945

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301029
         TC # 694012

<u>PROFESSIONAL SERVICES</u>

| 01/04/13 | JAM | Revise Notice of Appearance and submit for docketing | L210 | .30 hrs |
|---|---|---|---|---|
| 01/09/13 | JAM | Review Access online docket and review for recent case activity and research parties and counsel and draft Notice of Appearance | L210 | .30 hrs |
| 01/28/13 | BAW | Review designation of attorney for bidding purposes | L190 | .20 hrs |
| 01/28/13 | BAW | Review mortgage records to confirm property liens in advance of foreclosure sale | L190 | .60 hrs |
| 01/28/13 | BAW | Outline case status for client review | L190 | .50 hrs |
| 01/29/13 | BAW | Review Atlanta Title's affirmative discovery to GMAQ | L310 | .40 hrs |
| 01/29/13 | BAW | Confirm foreclosure sale and attendant proceedings are unrelated to GMAC per bankruptcy stay | L190 | .50 hrs |

                 TOTAL FEES FOR THIS MATTER              $824.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0G2013-301029

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Brian Wahl | 2.20 hrs | 334.00 /hr | 734.80 |
| Jamie Mathews | .60 hrs | 150.00 /hr | 90.00 |

TOTAL FEES                2.80 hrs                    $824.80

**TOTAL CHARGES FOR THIS INVOICE**                    **$824.80**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0G2013-301029
Fort Washington, PA 19034

                                                          INVOICE #  866122

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301029
     TC # 694012

PROFESSIONAL SERVICES

| 02/04/13 | JAM | Access online docket and review for recent case activity and review for recently docketed pleadings and case activity | L120 | .20 hrs |
|---|---|---|---|---|
| 02/13/13 | BAW | Telephone conference with T.Newmark regarding emergency motion regarding foreclosure sale | L250 | .30 hrs |
| 02/13/13 | BAW | Review document package from Mac Group related to foreclosure sale/emergency motion | L250 | .60 hrs |
| 02/14/13 | BAW | Prepare memo regarding case status | L190 | .40 hrs |
| 02/14/13 | BAW | Review plaintiff's motion and objection in opposition to issuance of certificate of title and to vacate fraudulent assignment of bid | L250 | .80 hrs |
| 02/22/13 | BAW | Review administrative order of foreclosure division regarding new procedures for trial settings and case reports | L190 | .30 hrs |
| 02/25/13 | MPE | Review administrative order for case clarification in palm beach county and review case to determine relevant deadlines. | L110 | .30 hrs |
| 03/26/13 | BAW | Read Atlantic Title's First RFP to GMAC | L310 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301029

FED ID NO. 63-0243316

| 04/04/13 | CWH | Analyze activity in GMAQ's foreclosure case | L120 | .20 hrs |
| 04/04/13 | BAW | Draft memo regarding progress of litigation | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                         $1,154.30

BILLING SUMMARY

| Brian Wahl | 3.00 hrs | 334.00 /hr | 1,002.00 |
| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Jamie Mathews | .20 hrs | 150.00 /hr | 30.00 |
| Melisa P. Palmer | .30 hrs | 167.00 /hr | 50.10 |

| TOTAL FEES | 3.70 hrs | | $1,154.30 |

**TOTAL CHARGES FOR THIS INVOICE**                  $1,154.30

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                        0G2013-301030
Fort Washington, PA 19034

                                                           INVOICE #  862946

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301030
         TC # 694652

PROFESSIONAL SERVICES

01/02/13    JWA    Prepare client update                   L120      .10 hrs

01/10/13    MPE    Research docket to confirm status        L110      .20 hrs

01/10/13    MPE    Draft status report                     L110      .10 hrs

01/10/13    JWA    Review and analysis of file in          L120     2.20 hrs
                   preparation for amended motion for
                   summary judgment

01/16/13    CWH    Phone call with default counsel          L120      .10 hrs
                   regarding strategy in case


            TOTAL FEES FOR THIS MATTER                      $734.80

    01         Copy Charges                                          0.00

BILLING SUMMARY

    Christian W. Hancock       .10 hrs    361.00 /hr        36.10
    James Warmoth             2.30 hrs    282.00 /hr       648.60
    Melisa P. Palmer           .30 hrs    167.00 /hr        50.10


TOTAL FEES                    2.70 hrs                   $734.80

**TOTAL CHARGES FOR THIS INVOICE**                      $734.80

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0G2013-301030
Fort Washington, PA 19034

                                                          INVOICE #  866123

                                                          FED ID NO. 63-0243316
_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301030
         TC # 694652

PROFESSIONAL SERVICES

    02/13/13   MPE   Research docket to determine status.       L110      .20 hrs

    02/13/13   MPE   In depth review of 36 pages of call        L110     1.90 hrs
                     notes and payment history to determine
                     status of first and second mortgage with
                     GMAC from January 1, 2007 until October
                     1, 2007.  Review all applications of
                     funds and all borrower requests to
                     reapply funds back and forth between
                     mortgages.

    02/13/13   MPE   In depth review of borrower's 79 page      L110     2.10 hrs
                     objection to summary judgment to assist
                     with validity of new claims and
                     determine authenticity of exhibits.  Add
                     to the timeline of case events.

    02/14/13   MPE   Prepare initial draft of updated motion    L190     2.10 hrs
                     for summary judgment.

    02/14/13   JWA   Review and analysis of file for            L120      .20 hrs
                     bankruptcy estate classification

    02/15/13   JWA   Review and analysis of recent pleadings    L120     2.10 hrs
                     in preparation for updated motion for
                     summary judgment

    02/15/13   JWA   Prepare updated timeline and notes in      L120      .80 hrs
                     preparation for motion for summary
                     judgment



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0G2013-301030

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $1,926.30

BILLING SUMMARY

| | | | |
|---|---|---|---|
| James Warmoth | 3.10 hrs | 282.00 /hr | 874.20 |
| Melisa P. Palmer | 6.30 hrs | 167.00 /hr | 1,052.10 |

| | | |
|---|---|---|
| TOTAL FEES | 9.40 hrs | $1,926.30 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$1,926.30** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2013-301031
Fort Washington, PA 19034

                                                               INVOICE #  862947

                                                                       FED ID NO. 63-0243316
_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:   0G2013-301031
           TC # 690430

PROFESSIONAL SERVICES

01/02/13   NSR   Draft status report for client          L120      .10 hrs

01/07/13   KK    Research and review docket to assess and L110      .20 hrs
                 determine status of case and direction
                 going forward

01/08/13   NSR   Review and and analyze client e-mail    L160      .20 hrs
                 regarding additional documents needed
                 for moss mitigation review

01/08/13   NSR   Draft e-mail to J.Hughes, counsel for   L160      .10 hrs
                 borrower, regarding loss mitigation
                 review and additional documents needed

01/14/13   NSR   Draft e-mail to J.Hughes, counsel for   L160      .10 hrs
                 borrower, regarding need for additional
                 documentation for loan modification
                 review

01/15/13   NSR   Review and analyze e-mail from opposing L160      .10 hrs
                 counsel with additional loss mitigation
                 documents and forward the same to client

01/24/13   NSR   Review and respond to client e-mail     L160      .20 hrs
                 regarding additional documents needed
                 for loss mitigation review

01/24/13   KK    Review borrower's bank statements as    L110      .20 hrs
                 requested by client



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301031

FED ID NO. 63-0243316

01/31/13   KK     Research docket to determine status of       L110       .10 hrs
                  case

                  TOTAL FEES FOR THIS MATTER                               $304.60

BILLING SUMMARY

    Nader Raja                .80 hrs    282.00 /hr        225.60
    Kerry Keane               .50 hrs    158.00 /hr         79.00

TOTAL FEES                  1.30 hrs                       $304.60

**TOTAL CHARGES FOR THIS INVOICE**                        **$304.60**

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                             0G2013-301031
Fort Washington, PA 19034

                                                               INVOICE #  866124

                                                               FED ID NO. 63-0243316
_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

   Re:  0G2013-301031
        TC # 690430

PROFESSIONAL SERVICES

02/01/13  NSR  Draft status report for client          L120       .10 hrs


        TOTAL FEES FOR THIS MATTER                         $28.20


BILLING SUMMARY

   Nader Raja                 .10 hrs   282.00 /hr           28.20


TOTAL FEES                   0.10 hrs                     $28.20

**TOTAL CHARGES FOR THIS INVOICE**                        $28.20
                                                      ====================

        ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301032

INVOICE #  862948

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301032
      TC # 729274

PROFESSIONAL SERVICES

| 01/01/13 | MSW | Draft status report for client. | L120 | .10 hrs |
|---|---|---|---|---|
| 01/18/13 | LADA | Review docket and filings confirming matter is stayed pursuant to bankruptcy filing | L190 | .40 hrs |
| 01/28/13 | LADA | Correspondence with clerk regarding potential dates for hearing on motion for contempt and sanctions | L190 | .40 hrs |
| 01/30/13 | MSW | Draft status report for client. | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                              $187.20

BILLING SUMMARY

| Mark S. Wierman | .20 hrs | 304.00 /hr | 60.80 |
|---|---|---|---|
| Lucinda Kish | .80 hrs | 158.00 /hr | 126.40 |

TOTAL FEES                    1.00 hrs                    $187.20

**TOTAL CHARGES FOR THIS INVOICE**                        $187.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                          APRIL 30, 2013
1100 Virginia Drive                             0G2013-301032
Fort Washington, PA 19034

                                                INVOICE #  866125

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301032
         TC # 729274

PROFESSIONAL SERVICES

02/01/13  MSW  Discussions on motion to withdraw and      L120      .30 hrs
               motion for sanctions

02/12/13  LADA Revise and finalize notice of             L210      .30 hrs
               unavailability


          TOTAL FEES FOR THIS MATTER                        $138.60


BILLING SUMMARY

    Mark S. Wierman          .30 hrs   304.00 /hr       91.20
    Lucinda Kish             .30 hrs   158.00 /hr       47.40


TOTAL FEES                   0.60 hrs                  $138.60

TOTAL CHARGES FOR THIS INVOICE                        $138.60

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        MARCH 27, 2013
1100 Virginia Drive                                           0G2013-301033
Fort Washington, PA 19034

                                                             INVOICE #  862949

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0G2013-301033
          TC # 719597

PROFESSIONAL SERVICES

| 01/15/13 | JJO | Review file and emails with client | L120 | .20 hrs |
| 01/15/13 | JJO | Conference regarding loan modification application and transfer of loan | L120 | .40 hrs |
| 01/15/13 | JJO | Conference with counsel regarding status conference | L120 | .40 hrs |
| 01/16/13 | JJO | Conference with client regarding status conference | L120 | .20 hrs |
| 01/16/13 | JJO | Telephone conference and emails with I.Burghard regarding status and status conference | L120 | .50 hrs |
| 01/16/13 | JJO | Prepare for status conference | L120 | 1.00 hrs |
| 01/28/13 | JJO | Emails with client regaridng litigation strategy | L120 | .30 hrs |
| 01/28/13 | JJO | Review file to analyze litigation status | L120 | .30 hrs |
| 01/28/13 | JJO | Email update to client regarding litigation status | L120 | .30 hrs |
| 01/28/13 | JJO | Calls with opposing counsel regarding litigation strategy | L120 | .30 hrs |

             TOTAL FEES FOR THIS MATTER                      $959.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301033

FED ID NO. 63-0243316

BILLING SUMMARY

    Josh Johnson              3.90 hrs   246.00 /hr        959.40

TOTAL FEES                    3.90 hrs                    $959.40

**TOTAL CHARGES FOR THIS INVOICE**                        **$959.40**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2013-301033
Fort Washington, PA 19034

                                                               INVOICE #  866126

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

        Re:  0G2013-301033
             TC # 719597

        PROFESSIONAL SERVICES

        02/22/13   JJO   Review transfer of claim          L120      .20 hrs

        03/01/13   JJO   Draft status update               L120      .20 hrs

        03/11/13   JJO   Status conference with client      L120      .30 hrs

        03/11/13   JJO   Status update regarding stay       L120      .10 hrs

        04/01/13   JJO   Prepare status report             L120      .20 hrs


                   TOTAL FEES FOR THIS MATTER                      $246.00


        BILLING SUMMARY

            Josh Johnson          1.00 hrs   246.00 /hr      246.00


        TOTAL FEES                1.00 hrs                  $246.00

        **TOTAL CHARGES FOR THIS INVOICE**                 $246.00

                   ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              MARCH 27, 2013
1100 Virginia Drive                                 0G2013-301034
Fort Washington, PA 19034

                                                    INVOICE #  862950

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301034
         TC # 721316

<u>PROFESSIONAL SERVICES</u>

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/02/13 | JAM | Review emails regarding amending complaint | L160 | .10 hrs |
| 01/09/13 | CWH | Review and analyze whether standing is established, the merits of borrower's counterclaims for violation of TILA, violation of RESPA, breach of contract, unjust enrichment, and accounting and develop strategy for case | L120 | 1.40 hrs |
| 01/09/13 | CWH | Review and approve motion to strike jury demand | L210 | .10 hrs |
| 01/09/13 | JDV | Draft Motion to Strike Jury Demand | L250 | .20 hrs |
| 01/09/13 | PMD | Reviewed Rodriguez counterclaim regarding TILA | L120 | .60 hrs |
| 01/10/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/10/13 | JAM | Proof Motion to Strike Jury Demand | L210 | .10 hrs |
| 01/10/13 | JAM | Draft correspondence to Broward County Clerk enclosing Motion to Strike Jury Demand for docketing | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
MARCH 27, 2013

ResCap

0G2013-301034

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 01/10/13 | JAM | Draft email service of Motion to Strike Jury Demand to all counsel of record pursuant to Florida Rule 2.516 | L210 | .10 hrs |
| 01/11/13 | JDV | Analysis of January 2013 docket | L120 | .10 hrs |
| 01/28/13 | PMD | Reviewed TILA, HOEPA counterclaims | L120 | 1.10 hrs |
| 01/28/13 | PMD | Reviewed loan documents to issues compliance with TILA and HOEPA | L120 | 1.60 hrs |
| 01/28/13 | PMD | Reviewed auditor's reports regarding TILA and HOEPA | L120 | .90 hrs |

TOTAL FEES FOR THIS MATTER                          $2,219.10

EXPENSES

07          Filing Fees                                          10.00

TOTAL COSTS FOR THIS MATTER              $10.00

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Paige M. Boshell | 4.20 hrs | 352.00 /hr | 1,478.40 |
| Christian W. Hancock | 1.50 hrs | 361.00 /hr | 541.50 |
| Jamie Mathews | .80 hrs | 150.00 /hr | 120.00 |
| Jose D. Vega | .30 hrs | 264.00 /hr | 79.20 |

TOTAL FEES              6.80 hrs              $2,219.10

TOTAL EXPENSES                               $10.00



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0G2013-301034

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE          $2,229.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                           APRIL 30, 2013
1100 Virginia Drive                                             0G2013-301034
Fort Washington, PA 19034

                                                                INVOICE #  866127

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301034
         TC # 721316

PROFESSIONAL SERVICES

02/01/13  JAM  Pull Access online docket and review for    L120      .20 hrs
               recent case activity and review for
               recently docketed pleadings and case
               activity


               TOTAL FEES FOR THIS MATTER                           $30.00


BILLING SUMMARY

    Jamie Mathews              .20 hrs   150.00 /hr        30.00


TOTAL FEES                    0.20 hrs                   $30.00

**TOTAL CHARGES FOR THIS INVOICE**                       **$30.00**

             ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2013-301035
Fort Washington, PA 19034

                                                          INVOICE #   862951

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301035
         TC # 729516

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/01/13 | KSA | Submit status report | L120 | .10 hrs |
| 01/03/13 | KSA | Review plaintiff's deposition transcript and correspond with title counsel regarding motion for summary judgment arguments | L240 | .40 hrs |
| 01/03/13 | GP | Review and analyze Plaintiff's deposition | L120 | .50 hrs |
| 01/03/13 | MST | Receive and review deposition transcript of plaintiff and update file regarding same | L140 | .40 hrs |
| 01/09/13 | GP | Review and revise Motion for Summary Judgment | L240 | 1.50 hrs |
| 01/09/13 | KSA | Review and edit motion for summary judgment | L240 | .50 hrs |
| 01/10/13 | KSA | Edit motion for summary judgment and send email to title counsel regarding edits and additions to motion for summary judgment | L240 | .50 hrs |
| 01/10/13 | GP | Draft e-mail to title counsel regarding changes to Motion for Summary Judgment | L240 | .60 hrs |
| 01/21/13 | KSA | Review plaintiff's filings | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0G2013-301035

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 01/25/13 | KSA | Review plaintiff's motion for summary judgment and mapping of designated areas to outline response | L240 | .80 hrs |
| 01/28/13 | KSA | Telephone discussion with title counsel regarding motion for summary judgment | L250 | .20 hrs |

TOTAL FEES FOR THIS MATTER $1,325.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .40 hrs | 158.00 /hr | 63.20 |
| Keith S. Anderson | 2.70 hrs | 268.00 /hr | 723.60 |
| Grant Premo | 2.60 hrs | 207.00 /hr | 538.20 |

TOTAL FEES                5.70 hrs                $1,325.00

**TOTAL CHARGES FOR THIS INVOICE**                $1,325.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          APRIL 30, 2013
1100 Virginia Drive                             0G2013-301035
Fort Washington, PA 19034

                                        INVOICE #  866128

                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

   Re:  0G2013-301035
        TC # 729516

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/05/13 | KSA | Telephone discussion with title counsel regarding response to plaintiff's motion for summary judgment and research Texas home equity affidavit cases | L240 | .40 hrs |
| 02/07/13 | KSA | Review case law for reply to plaintiff's response to motion for summary judgment | L240 | .40 hrs |
| 02/07/13 | KSA | Telephone discussion with title counsel regarding pleadings and possible resolution | L160 | .50 hrs |
| 02/07/13 | GP | Review and provide notes for Defendant's response to Plaintiff's motion for summary judgment | L120 | 2.60 hrs |
| 02/13/13 | KSA | Review reply brief in support of motion for summary judgment and phone discussion with title counsel regarding reply and motion for summary judgment hearing | L250 | .80 hrs |
| 02/14/13 | KSA | Telephone discussion with title counsel on wording of proposed order and examination of our SDUS and legal descriptions | L120 | .40 hrs |

                 TOTAL FEES FOR THIS MATTER                  $1,208.20



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0G2013-301035

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Keith S. Anderson | 2.50 hrs | 268.00 /hr | 670.00 |
| Grant Premo | 2.60 hrs | 207.00 /hr | 538.20 |
| TOTAL FEES | 5.10 hrs | | $1,208.20 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | $1,208.20 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                        0G2013-301036
Fort Washington, PA 19034

                                                           INVOICE #  862952

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0G2013-301036
          TC # 698044

PROFESSIONAL SERVICES

01/02/13   KW   Drafted monthly status report          L190      .20 hrs

01/07/13   KW   Drafted closing memorandum             L190      .60 hrs

01/07/13   KW   Provided client with closing documents L190      .30 hrs
                and prepared the file to be closed out

01/15/13   CET  Email correspondence with eviction     L240      .20 hrs
                counsel regarding finality of the
                Chancery Court dismissal.

01/15/13   CET  Email correspondence with eviction     L240      .20 hrs
                counsel regarding providing a copy of
                the final Order of Dismissal from the
                Chancery Court.


           TOTAL FEES FOR THIS MATTER                       $352.50


BILLING SUMMARY

     Christopher E. Thorsen    .40 hrs    312.00 /hr      124.80
     Kristi Wilcox            1.10 hrs    207.00 /hr      227.70


TOTAL FEES                    1.50 hrs                  $352.50



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301036

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $352.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              MARCH 27, 2013
1100 Virginia Drive                                                0G2013-301037
Fort Washington, PA 19034

                                                                   INVOICE #  862953

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

      Re:  0G2013-301037
           TC # 725593

PROFESSIONAL SERVICES

| 01/09/13 | RK | Prepare stipulation of dismissal to be filed | L120 | .10 hrs |
| 01/09/13 | GWG | Assemble fully-executed release and joint stipulation of dismissal and correspond with T. Garmon regarding same | L160 | .30 hrs |
| 01/09/13 | GWG | Conference call with client regarding status of Alabama cases | L120 | .00 hrs |
| 01/15/13 | GWG | Call with third-party in Gadsden regarding his potential purchase of the property at issue | L110 | .30 hrs |
| 01/15/13 | RK | Conference regarding settlement status | L120 | .50 hrs |
| 01/21/13 | RK | Draft correspondence to K.Dutill regarding settlement agreement | L120 | .10 hrs |
| 01/28/13 | RK | Draft closing memorandum | L120 | .70 hrs |
| 01/28/13 | GWG | Prepare pertinent pleadings and correspondence in preparation for closing of the file | L140 | .40 hrs |

                    TOTAL FEES FOR THIS MATTER                     $601.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301037

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | 1.00 hrs | 312.00 /hr | 312.00 |
| Riley Key | 1.40 hrs | 207.00 /hr | 289.80 |

TOTAL FEES                    2.40 hrs                        $601.80

**TOTAL CHARGES FOR THIS INVOICE**                        **$601.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              MARCH 27, 2013
1100 Virginia Drive                                 0G2013-301038
Fort Washington, PA 19034

                                                    INVOICE #  862954

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301038
         TC # 730414

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/03/13 | JDR | Conference with J.Ho regarding settlement offer. | P500 | .10 hrs |
| 01/07/13 | JDR | Draft e-mail to K.Leighton regarding potential settlement. | P500 | .10 hrs |
| 01/07/13 | JDR | E-mail to J.Ho regarding settlement terms. | P500 | .10 hrs |
| 01/07/13 | JDR | Leave voicemail with K.Leighton seeking return call about possible settlement terms. | P500 | .10 hrs |
| 01/08/13 | JDR | Telephone conference with J.Ho regarding settlement offer. | P500 | .20 hrs |
| 01/10/13 | JDR | Attempt to contact K.Leighton regarding settlement proposal, leave message. | P500 | .10 hrs |
| 01/10/13 | JDR | Conference with K.Leighton regarding possible short payoff. | P500 | .20 hrs |
| 01/15/13 | JDR | Follow-up e-mail correspondence back and forth with K.Leighton regarding settlement offer. | P500 | .20 hrs |
| 01/15/13 | JDR | Prepare case status report. | L190 | .20 hrs |
| 01/15/13 | JDR | E-mail to K.Leighton regarding whether her client is still willing to do short payoff. | P500 | .20 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301038

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/18/13 | JDR | Review e-mail from K.Leighton regarding settlement offer. | P500 | .10 hrs |
| 01/24/13 | JDR | E-mail to J.Ho regarding status of settlement discussions. | P500 | .10 hrs |
| 01/24/13 | JDR | Review e-mail from J.Ho regarding settlement offer. | P500 | .10 hrs |
| 01/24/13 | JDR | E-mail to K.Leighton with draft settlement agreement. | P500 | .10 hrs |
| 01/24/13 | JDR | E-mail to J.Ho with draft settlement agreement. | P500 | .10 hrs |
| 01/24/13 | JDR | Drafting settlement agreement, including review of facts of case and previous bankruptcy and circuit court filings as necessary for reference. | P500 | 2.00 hrs |
| 01/24/13 | JDR | Review e-mail from K.Leighton regarding settlement agreement. | P500 | .10 hrs |
| 01/24/13 | JDR | Revise draft settlement agreement per J.Ho's comments. | P500 | .30 hrs |
| 01/24/13 | JDR | E-mail to K.Leighton regarding draft settlement agreement. | P500 | .10 hrs |
| 01/24/13 | JDR | Review comments and proposed revisions by J.Ho to proposed settlement agreement. | P500 | .20 hrs |
| 01/28/13 | JDR | E-mail to J.Ho regarding possibility of mutual release in settlement agreement. | P500 | .10 hrs |
| 01/28/13 | JDR | Responsive e-mail to K.Leighton regarding settlement agreement. | P500 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
MARCH 27, 2013

0G2013-301038

FED ID NO. 63-0243316

| 01/28/13 | JDR | Review e-mail from K.Leighton regarding settlement agreement. | P500 | .10 hrs |
| 01/29/13 | JDR | Review e-mail from K.Leighton regarding timing of possible settlement check. | P500 | .10 hrs |
| 01/29/13 | JDR | E-mail to J.Ho regarding identity of payee on potential settlement check. | P500 | .10 hrs |
| 01/29/13 | JDR | Responsive e-mail to K.Leighton regarding settlement issues. | P500 | .10 hrs |
| 01/30/13 | JDR | Telephone conference with J.Ho regarding settlement agreement language. | P500 | .20 hrs |
| 01/30/13 | JDR | E-mail to K.Leighton regarding identity of payee of potential settlement funds. | P500 | .10 hrs |

TOTAL FEES FOR THIS MATTER                              $1,702.40

BILLING SUMMARY

    Jonathan Rose          5.60 hrs    304.00 /hr      1,702.40

TOTAL FEES               5.60 hrs                      $1,702.40

**TOTAL CHARGES FOR THIS INVOICE**                      $1,702.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2013-301038
Fort Washington, PA 19034

                                                               INVOICE #  866129

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301038
         TC # 730414

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|---|------------|------|-------|
| 02/08/13 | JDR | E-mail to J.Ho about and attaching draft settlement agreement. | P500 | .10 hrs |
| 02/08/13 | JDR | Revise draft settlement agreement. | P500 | .50 hrs |
| 02/11/13 | JDR | E-mails back and forth with K.Leighton regarding draft settlement agreement. | P500 | .20 hrs |
| 02/12/13 | JDR | E-mail to K.Leighton regarding upcoming status conference. | L230 | .10 hrs |
| 02/12/13 | JDR | E-mail to J.Ho regarding proposed revision to settlement term. | P500 | .10 hrs |
| 02/12/13 | JDR | Review e-mail from K.Leighton regarding upcoming status conference. | L230 | .10 hrs |
| 02/12/13 | JDR | Draft response to e-mail from K.Leighton regarding upcoming status conference and status of settlement agreement. | P500 | .10 hrs |
| 02/14/13 | JDR | Review e-mail from J.Ho regarding settlement agreement. | P500 | .10 hrs |
| 02/14/13 | JDR | Revise draft settlement agreement. | P500 | .50 hrs |
| 02/14/13 | JDR | E-mail to K.Leighton regarding revised draft settlement agreement. | P500 | .10 hrs |

                    TOTAL FEES FOR THIS MATTER                  $577.60



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
APRIL 30, 2013

ResCap

0G2013-301038

FED ID NO. 63-0243316

BILLING SUMMARY

   Jonathan Rose          1.90 hrs   304.00 /hr      577.60

TOTAL FEES             1.90 hrs             $577.60

**TOTAL CHARGES FOR THIS INVOICE**          **$577.60**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2013-301039
Fort Washington, PA 19034

                                                          INVOICE #  862955

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301039
         TC # 709607

PROFESSIONAL SERVICES

01/04/13  MW   Review order of final judgment received    C300      .40 hrs
               from court and revise closing memorandum

01/04/13  MW   Correspondence with P.Stokes regarding     C400      .20 hrs
               disposition of action and enclosing
               closing memorandum, final judgment, and
               notice of sale

               TOTAL FEES FOR THIS MATTER                         $169.20

BILLING SUMMARY

    Monica Wilson           .60 hrs   282.00 /hr        169.20

TOTAL FEES                 0.60 hrs                    $169.20

**TOTAL CHARGES FOR THIS INVOICE**                     **$169.20**

               ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2013-301040
Fort Washington, PA 19034

                                                               INVOICE #  862956

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301040
         TC # 688683

PROFESSIONAL SERVICES

| 01/01/13 | MSW | Draft status report for client. | L120 | .10 hrs |
|---|---|---|---|---|
| 01/08/13 | CWH | Review and analyze posture of the case against Herman, her counterclaims, and the HOA's ownership interest by virtue of their foreclosure | L120 | .70 hrs |
| 01/08/13 | CWH | Research effect of second lien holder's foreclosure on borrower's continued interest in property | C200 | 1.10 hrs |
| 01/08/13 | MSW | Research state law regarding subrogation and necessary parties | L120 | .40 hrs |
| 01/15/13 | CWH | Review and analyze documents from HOA suit and determine when title was transferred from Herman to HOA | L120 | .30 hrs |
| 01/15/13 | CWH | Exchange e-mails with client about whether HOA needed bankruptcy relief and how to address Herman's claims | L120 | .20 hrs |
| 01/15/13 | MSW | Conversation with client regarding case strategy | L120 | .20 hrs |
| 01/23/13 | LADA | Draft motion to dismiss | L210 | .70 hrs |
| 01/23/13 | LADA | Draft amended notice of bankruptcy | L210 | .70 hrs |
| 01/29/13 | MSW | Revise notice of dismissal and notice of bankruptcy | L210 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       2
MARCH 27, 2013

0G2013-301040

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/29/13 | LADA | Compile and finalize notice of dismissal with proposed order | L210 | .90 hrs |
| 01/29/13 | LADA | Compile and finalize notice of bankruptcy and supplemental servicing order | L210 | .90 hrs |
| 01/29/13 | CWH | Review and revise amended notice of bankruptcy, now that borrower's claims are not foreclosure-based counterclaims | L210 | .20 hrs |
| 01/29/13 | CWH | Develop strategy for resolving suit, now that Herman is being dismissed | L210 | .20 hrs |
| 01/30/13 | MSW | Draft status report for client. | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $1,814.70

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Christian W. Hancock | 2.70 hrs | 361.00 /hr | 974.70 |
| Mark S. Wierman | 1.10 hrs | 304.00 /hr | 334.40 |
| Lucinda Kish | 3.20 hrs | 158.00 /hr | 505.60 |

TOTAL FEES                    7.00 hrs                    $1,814.70

**TOTAL CHARGES FOR THIS INVOICE**                    **$1,814.70**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                 APRIL 30, 2013
1100 Virginia Drive                                                    0G2013-301040
Fort Washington, PA 19034

                                                                 INVOICE #  866130

                                                                 FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

     Re:  0G2013-301040
          TC # 688683

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 02/05/13 | LADA | Revise and finalize dismissal regarding borrower defendant | L210 | .30 hrs |
| 02/05/13 | LADA | Revise and finalize suggestion of bankruptcy and servicing order | L210 | .30 hrs |
| 02/06/13 | CWH | Phone call with HOA's counsel in non-foreclosure suit brought by Herman against the HOA | L110 | .30 hrs |
| 02/06/13 | CWH | Phone call to J.Stone (HOA's counsel in foreclosure suit) to discuss resolution with HOA | L110 | .10 hrs |
| 02/12/13 | MSW | Review and analyze all pleadings and motions to develop case strategy | L120 | 1.20 hrs |
| 02/12/13 | LADA | Revise and finalize notice of unavailability | L210 | .70 hrs |

               TOTAL FEES FOR THIS MATTER                        $714.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .40 hrs | 361.00 /hr | 144.40 |
| Mark S. Wierman | 1.20 hrs | 304.00 /hr | 364.80 |
| Lucinda Kish | 1.30 hrs | 158.00 /hr | 205.40 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 2.90 hrs | | $714.60 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0G2013-301040

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $714.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          MARCH 27, 2013
1100 Virginia Drive                             0G2013-301041
Fort Washington, PA 19034

                                                INVOICE #  862957

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301041
         TC # 710229

PROFESSIONAL SERVICES

01/02/13  phn  Draft status report for client          L190      .20 hrs

01/11/13  phn  Email correspondence with G. Albright    B110      .40 hrs
               regarding case status and named
               defendants

01/31/13  phn  Review and analysis of pleadings in      L120     1.30 hrs
               preparation for dispositive motion
               practice

01/31/13  phn  Phone call with Southern Title regarding L120      .50 hrs
               receivership, status of claim, and
               procedures for moving forward with case


               TOTAL FEES FOR THIS MATTER                       $559.20


BILLING SUMMARY

    Preston H. Neel          2.40 hrs   233.00 /hr       559.20


TOTAL FEES                   2.40 hrs                  $559.20

**TOTAL CHARGES FOR THIS INVOICE**                    **$559.20**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301042

INVOICE #  862958

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301042
     TC # 713422

PROFESSIONAL SERVICES

01/02/13  JJPH Prepare status report for client          L120      .10 hrs

          TOTAL FEES FOR THIS MATTER                   $26.40

BILLING SUMMARY

     Joshua J. Phillips          .10 hrs   264.00 /hr        26.40

TOTAL FEES                   0.10 hrs                 $26.40

**TOTAL CHARGES FOR THIS INVOICE**                   **$26.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0G2013-301042
Fort Washington, PA 19034

                                                          INVOICE #  866131

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301042
         TC # 713422

PROFESSIONAL SERVICES

02/04/13   JJPH  Prepare status report to client          L120      .10 hrs
                 regarding recent activity

02/15/13   MPE   Review matter to assist with estate      L110      .10 hrs
                 determination.

02/17/13   MPE   Final review of case to confirm          L110      .10 hrs
                 assignment to the estate.

03/06/13   JJPH  Prepare status report to client          L120      .10 hrs
                 regarding automatic stay and recent
                 activity

04/05/13   JJPH  Prepare status report to client          L120      .10 hrs
                 regarding notice of bankruptcy and
                 suggestion of automatic stay


           TOTAL FEES FOR THIS MATTER                          $112.60


BILLING SUMMARY

    Joshua J. Phillips        .30 hrs   264.00 /hr        79.20
    Melisa P. Palmer          .20 hrs   167.00 /hr        33.40


TOTAL FEES                   0.50 hrs               $112.60



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301042

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                     $112.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        MARCH 27, 2013
1100 Virginia Drive                                          0G2013-301043
Fort Washington, PA 19034

                                                             INVOICE #  862959

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0G2013-301043
          TC # 707800

     PROFESSIONAL SERVICES

     01/02/13   ES    Status update on extranet re: motion to    L240B    .10 hrs
                      dismiss pending


                TOTAL FEES FOR THIS MATTER                        $20.70


     BILLING SUMMARY

        Erin Saltaformaggio        .10 hrs    207.00 /hr        20.70


     TOTAL FEES                    0.10 hrs                     $20.70

     **TOTAL CHARGES FOR THIS INVOICE**                        $20.70


                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301043

INVOICE #  866132

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301043
     TC # 707800

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/04/13 | ES | Update client re: Motion to dismiss pending before the court | L240B | .10 hrs |
| | | TOTAL FEES FOR THIS MATTER | | $20.70 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Erin Saltaformaggio | .10 hrs | 207.00 /hr | 20.70 |
| TOTAL FEES | 0.10 hrs | | $20.70 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$20.70** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2013-301044
Fort Washington, PA 19034

                                                          INVOICE #  862960

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

        Re:  0G2013-301044
             TC # 727044

PROFESSIONAL SERVICES

| 01/02/13 | phn | Draft status report for client | L190 | .20 hrs |
|---|---|---|---|---|
| 01/14/13 | phn | Review email from H.Franchi requesting update on motion to dismiss | L120 | .20 hrs |
| 01/15/13 | phn | Review and analyze Plaintiff's response brief | L120 | 1.10 hrs |
| 01/15/13 | phn | Review and analyze appearance of Wade Kricken, new counsel, following retirement of Steve Tieman | L120 | .50 hrs |
| 01/15/13 | phn | Research and analysis of late filing arguments in N.D. of Texas | L120 | 1.30 hrs |
| 01/16/13 | phn | Draft motion to strike and reply brief to plaintiff's response in opposition to 12(b)(6) | L210 | 5.40 hrs |
| 01/16/13 | phn | Draft update for H. Franchi regarding plaitniff's response and recent appearance of new opposing counsel | B110 | .30 hrs |
| 01/16/13 | phn | Review and analysis of foreclosure documents from ETS for incorporation into motion for summary judgment | L210 | .50 hrs |
| 01/17/13 | phn | Correspondence with H.Franchi regarding foreclosure files | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301044

FED ID NO. 63-0243316

| 01/18/13 | phn | Research and analysis of elements required to amend pleadings in Texas | L120 | 1.70 hrs |
|----------|-----|-------------------------------------------------------------------------|------|----------|
| 01/25/13 | HTC | Review and revise motion to strike, or alternatively, reply brief | L250 | .70 hrs |
| 01/28/13 | phn | Revise and edit reply brief in support of motion to dismiss | L210 | .60 hrs |
| 01/28/13 | phn | Plan and prepare for filing and service | L210 | .30 hrs |
| 01/28/13 | phn | Draft letter to Judge pursuant to local rule regarding courtesy copies | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                              $3,146.30

| 01/30/13 Express Mail/Fedex | 0.00 |
|-----------------------------|------|
| 01/15/13 Computerized Legal Research-Westlaw Westlaw | 0.00 |
| User: NEEL,PRESTON | |
| 01/16/13 Computerized Legal Research-Westlaw Westlaw | 0.00 |
| User: NEEL,PRESTON | |
| 01/18/13 Computerized Legal Research-Westlaw Westlaw | 0.00 |
| User: NEEL,PRESTON | |
| 01/28/13 Computerized Legal Research-Westlaw Westlaw | 0.00 |
| User: NEEL,PRESTON | |

BILLING SUMMARY

| Hope Cannon | .70 hrs | 334.00 /hr | 233.80 |
|-------------|---------|------------|--------|
| Preston H. Neel | 12.50 hrs | 233.00 /hr | 2,912.50 |

TOTAL FEES              13.20 hrs              $3,146.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0G2013-301044

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $3,146.30

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301044

INVOICE #  866133

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301044
     TC # 727044

PROFESSIONAL SERVICES

02/01/13  phn  Draft status report for client          L190      .20 hrs


          TOTAL FEES FOR THIS MATTER                    $46.60


BILLING SUMMARY

     Preston H. Neel          .20 hrs   233.00 /hr        46.60


TOTAL FEES                    0.20 hrs                   $46.60

**TOTAL CHARGES FOR THIS INVOICE**                      $46.60

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2013-301045
Fort Washington, PA 19034

                                                               INVOICE #  862961

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0G2013-301045
          TC # 724903

PROFESSIONAL SERVICES

| 01/04/13 | MW | Draft status update to client regarding litigation strategy | C300 | .10 hrs |
|----------|----|----|------|---------|
| 01/07/13 | MW | Review and analyze options for litigation strategy in light of procedural posture of action | C300 | .40 hrs |
| 01/08/13 | MW | Review and analyze procedural posture of action and options for revised strategy moving forward given HUD program requirements | L120 | .50 hrs |
| 01/09/13 | MW | Review and analyze history of action in terms of procedural posture and in preparation for requesting authorization from HUD to enter into settlement stipulation, in preparation for conference | C300 | .90 hrs |
| 01/14/13 | MW | Correspondence with G.Albright regarding conference on updated litigation strategy | C400 | .20 hrs |
| 01/16/13 | MW | Conference with P.Stokes and G.Albright regarding strategy moving forward with action and options for potential settlement and variance request from HUD | C400 | .70 hrs |
| 01/16/13 | HTC | Telephone conference with client regarding steps going forward | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301045

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/22/13 | MW | Correspondence with J.Aguirre regarding updated HUD Guidelines and potential for submission of variance request to HUD | C400 | .30 hrs |
| 01/23/13 | MW | Correspondence with J.Aguirre regarding submission of variance request to HUD based on Pre-Foreclosure Sale Program | C400 | .20 hrs |
| 01/28/13 | MW | Correspondence with J.Aguirre regarding necessary proposed terms of settlement agreement for submission of variance request | C400 | .20 hrs |
| 01/30/13 | MW | Correspondence with J.Aguirre and G.Albright regarding proposed terms and conditions of settlement agreement pending HUD approval of variance and submission procedure moving forward | C400 | .30 hrs |
| 01/30/13 | MW | Correspondence with P.Stokes and G.Albright regarding update on variance submission procedure | C400 | .20 hrs |
| 01/30/13 | HTC | Review emails from client regarding HUD waiver requirements and procedure | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $1,194.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .20 hrs | 334.00 /hr | 66.80 |
| Monica Wilson | 4.00 hrs | 282.00 /hr | 1,128.00 |

TOTAL FEES                    4.20 hrs                    $1,194.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0G2013-301045

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                 $1,194.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        APRIL 30, 2013
1100 Virginia Drive                                          0G2013-301045
Fort Washington, PA 19034

                                                        INVOICE #  866134

                                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301045
         TC # 724903

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/01/13 | HTC | Consider issues relating to waiver of deficiency and ways to posture settlement agreement and telephone conference with client regarding same | L160 | .40 hrs |
| 02/01/13 | MW | Draft status report to client regarding updated litigation strategy | L120 | .10 hrs |
| 02/01/13 | MW | Conference with G.Albright and P.Stokes regarding updated status of action and HUD variance information | L120 | .50 hrs |
| 02/04/13 | MPE | Research docket to confirm status | L110 | .20 hrs |
| 02/07/13 | MPE | Draft settlement agreement. | L110 | .50 hrs |
| 02/07/13 | MW | Review and revise draft contingent settlement agreement for submission to HUD for variance approval | L320 | 1.20 hrs |
| 02/11/13 | HTC | Review and revise draft settlement agreement | L160 | .50 hrs |
| 02/11/13 | MW | Correspondence with opposing counsel K.Lipman regarding potential terms of negotiated settlement | C400 | .30 hrs |
| 02/13/13 | ERP | Retrieve and initial review of docket regarding status | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0G2013-301045

FED ID NO. 63-0243316

| 02/14/13 | MW | Review and revise proposed settlement agreement regarding contingent terms of waiver of deficiency based on HUD variance request | L120 | .40 hrs |
| 02/14/13 | MW | Correspondence with G.Albright and P.Stokes regarding potential for settlement and enclosing draft settlement agreement | C400 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $1,211.50

BILLING SUMMARY

| Hope Cannon | .90 hrs | 334.00 /hr | 300.60 |
| Emily R. Powell | .20 hrs | 163.00 /hr | 32.60 |
| Monica Wilson | 2.70 hrs | 282.00 /hr | 761.40 |
| Melisa P. Palmer | .70 hrs | 167.00 /hr | 116.90 |

TOTAL FEES            4.50 hrs              $1,211.50

**TOTAL CHARGES FOR THIS INVOICE**              $1,211.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2013-301046
Fort Washington, PA 19034

                                                               INVOICE #  862962

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

      Re:  0G2013-301046
           TC # 715769

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | JDV | Draft December 2012 status report for client | L190 | .20 hrs |
| 01/10/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/11/13 | JDV | Analysis of January 2013 docket | L120 | .10 hrs |
| 01/22/13 | JDV | Review Court Call Confirmation | L120 | .20 hrs |
| 01/29/13 | JAM | Review Judge Hardt's hearing procedures regarding telephone participation and telephone call to Judge's assistant regarding same | L230 | .30 hrs |
| 01/29/13 | JAM | Make arrangements with Court Call for J.Vega to appear telephonically at status conference | L190 | .30 hrs |
| 01/29/13 | JAM | Draft correspondence to Judge Hardt confirming J.Vega's telephonic participation at status conference | L230 | .20 hrs |
| 01/29/13 | JAM | Draft email to counsel of record forwarding Court Call's confirmation of telephonic participation and Request to Appear Telephonically form | L230 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
MARCH 27, 2013

ResCap

0G2013-301046

FED ID NO. 63-0243316

| Date | | | | | |
|---|---|---|---|---|---|
| 01/30/13 | JDV | Communications with L.Abruzzo, defendants' attorney, regarding status conference hearing | L190 | .30 hrs | |

|  | TOTAL FEES FOR THIS MATTER | | $406.20 |
|---|---|---|---|
| 35 | Express Mail/Fedex | | 0.00 |

BILLING SUMMARY

| | hrs | rate | amount |
|---|---|---|---|
| Jamie Mathews | 1.30 hrs | 150.00 /hr | 195.00 |
| Jose D. Vega | .80 hrs | 264.00 /hr | 211.20 |

| TOTAL FEES | 2.10 hrs | $406.20 |
|---|---|---|
| **TOTAL CHARGES FOR THIS INVOICE** | | **$406.20** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        MARCH 27, 2013
1100 Virginia Drive                                          0G2013-301047
Fort Washington, PA 19034

                                                             INVOICE #  862963

                                                             FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0G2013-301047
          TC # 732522

PROFESSIONAL SERVICES

| 01/02/13 | JDV | Prepare letter to borrowers for service | L190 | .20 hrs |
| 01/02/13 | JDV | Email correspondence with client regarding service of letter to borrowers | L190 | .20 hrs |
| 01/02/13 | JDV | Email correspondence with MERS' counsel regarding status of litigation | L190 | .20 hrs |
| 01/02/13 | JDV | Draft December 2012 status report for client | L190 | .10 hrs |
| 01/02/13 | JAM | Review emails regarding draft of Response to "independent foreclosure review" | L210 | .20 hrs |
| 01/02/13 | JAM | Conference with J.Vega regarding status of Motions to Dismiss and ruling from the Court | L240 | .10 hrs |
| 01/02/13 | JAM | Multiple telephone calls to Judge Meize's court to obtain information on process of submitting proposed orders to Judge | L240 | .30 hrs |
| 01/03/13 | JAM | Review emails regarding status of litigation | L120 | .10 hrs |
| 01/10/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0G2013-301047

FED ID NO. 63-0243316

| 01/16/13 | JDV | Draft MERS Corporate Disclosure Statement | L210 | .20 hrs |
|---|---|---|---|---|
| 01/16/13 | JDV | Draft GMAC Corporate Disclosure Statement | L210 | .50 hrs |
| 01/16/13 | JDV | Draft Notification of Ninety Days Expiring | L210 | .70 hrs |
| 01/16/13 | JDV | Analysis of Order Requiring Joint Scheduling Report | L210 | .30 hrs |
| 01/17/13 | JDV | Email correspondence with client regarding review of corporate disclosure statements | L210 | .20 hrs |
| 01/17/13 | JDV | Analysis of Order to Show Cause | L210 | .20 hrs |
| 01/22/13 | JDV | Prepare Corporate Disclosure Statements for service and filing | L250 | .20 hrs |
| 01/23/13 | JDV | Email correspondence with client regarding filing of corporate disclosure statements and show cause order | L190 | .20 hrs |
| 01/23/13 | JAM | Final review of Corporate Disclosure Statements of MERS and GMAC prior to submission to Court | L210 | .30 hrs |
| 01/23/13 | JAM | Prepare Certified Mail package for pro se plaintiff | L210 | .30 hrs |
| 01/31/13 | JDV | Analysis of Final Order of Dismissal | L210 | .20 hrs |
| 01/31/13 | JDV | Communications with client and W.Buzzetta, counsel for MERS, regarding Final Order of Dismissal | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0G2013-301047

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $1,190.40

01/02/13 Express Mail/Fedex                                        0.00

BILLING SUMMARY

    Jamie Mathews          1.60 hrs   150.00 /hr      240.00
    Jose D. Vega           3.60 hrs   264.00 /hr      950.40

TOTAL FEES                 5.20 hrs              $1,190.40

**TOTAL CHARGES FOR THIS INVOICE**              **$1,190.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301047

INVOICE #  866135

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301047
     TC # 732522

PROFESSIONAL SERVICES

02/01/13  JAM   Draft closing file memorandum and        L190      .30 hrs
                forward to S.Mcginnis


                TOTAL FEES FOR THIS MATTER                      $45.00


BILLING SUMMARY

    Jamie Mathews              .30 hrs   150.00 /hr        45.00


TOTAL FEES                     0.30 hrs                 $45.00

**TOTAL CHARGES FOR THIS INVOICE**                      **$45.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2013-301048
Fort Washington, PA 19034

                                                               INVOICE #  862964

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301048
         TC # 730242

PROFESSIONAL SERVICES

| 01/02/13 | RK | Review pleadings and draft of motion to dismiss | L120 | 1.50 hrs |
|---|---|---|---|---|
| 01/02/13 | phn | Draft status report for client | L190 | .20 hrs |
| 01/03/13 | RK | Draft discovery requests to Plaintiffs | L310 | 1.60 hrs |
| 01/03/13 | RK | Revise discovery requests | L310 | 1.30 hrs |
| 01/03/13 | GWG | Work on discovery requests to plaintiffs | L310 | .50 hrs |
| 01/03/13 | GWG | Review pleadings from plaintiffs' various other state suits filed in the last years | L110 | 1.50 hrs |
| 01/04/13 | GWG | Edit discovery requests to plaintiff | L310 | .20 hrs |
| 01/04/13 | GWG | Work on fact section for brief in support of our motion for judgment on the pleadings | L240 | 1.90 hrs |
| 01/08/13 | RK | Draft initial portion of motion for judgment on the pleadings | L240 | 4.80 hrs |
| 01/09/13 | phn | Review and analysis of rescission of acceleration | L120 | .20 hrs |
| 01/10/13 | phn | Review and analysis of Nueces County Land records for recorded version of GMAC's rescission of acceleration for incorporation into 12(c) motion | L210 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
MARCH 27, 2013

ResCap

0G2013-301048

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/10/13 | RK | Draft remaining portion of motion for judgment on the pleadings | L240 | 7.30 hrs |
| 01/11/13 | RK | Revise motion for judgment on the pleadings | L240 | 4.40 hrs |
| 01/11/13 | GWG | Work on brief in support of motion for judgment on the pleadings | L240 | 4.80 hrs |
| 01/15/13 | GWG | Review plaintiff's expert designations and analyze case for possible necessity of rebuttal experts | L420 | .30 hrs |
| 01/15/13 | RK | Revise motion for judgment on the pleadings in preparation for filing | L240 | 3.60 hrs |
| 01/16/13 | RK | Review counterclaim from 2009 lawsuit | L120 | .60 hrs |
| 01/16/13 | RK | Prepare motion for judgment on the pleadings for filing | L240 | .30 hrs |
| 01/30/13 | GWG | Research caselaw interpreting which party is obligated to pay copying charges for a Rule 34 document production | L310 | .40 hrs |
| 01/30/13 | GWG | Review plaintiffs' responses to our interrogatories and requests for production | L310 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $8,229.00

| | | |
|---|---|---|
| 01/08/13 | Copy Charges | 0.00 |
| 01/08/13 | Copy Charges | 0.00 |
| 01/10/13 | Copy Charges | 0.00 |
| 01/11/13 | Copy Charges | 0.00 |
| 01/15/13 | Copy Charges | 0.00 |
| 01/15/13 | Copy Charges | 0.00 |